# EXHIBIT A

**Exhibit A**

| Registration Number | Title of Work | Author of Work |
|---|---|---|
| TX0008680299 | The Breakthrough | Charles Graeber |
| TX0007731544 | The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber |
| TX0007764797 | To Be A Friend Is Fatal | Kirk W. Johnson |
| TX0008858704 | The Lost Night: A Novel | Andrea Bartz |