| | |
|---|---|
| Justin A. Nelson* <br> Alejandra C. Salinas* <br> **SUSMAN GODFREY L.L.P** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> **SUSMAN GODFREY L.L.P** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br> RNath@susmangodfrey.com <br><br> Jordan W. Connors* <br> **SUSMAN GODFREY L.L.P** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> J. Craig Smyser* <br> **SUSMAN GODFREY L.L.P** <br> One Manhattan West, 51st Floor, <br> New York, NY 10019 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com | Rachel Geman* <br> Wesley Dozier* <br> Anna Freymann* <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br><br> Reilly T. Stoler (SBN 310761) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> rstoler@lchb.com <br><br> Scott J. Sholder* <br> CeCe M. Cole* <br> **COWAN DEBAETS ABRAHAMS & SHEPPARD LLP** <br> 60 Broad Street, 30th Floor <br> New York, New York 10010 <br> Telephone: (212) 974-7474 <br> ssholder@cdas.com <br> ccole@cdas.com |

*Attorneys for Plaintiffs Andrea Bartz, Charles Graeber, and Kirk Wallace Johnson, and the Proposed Class*

*(Pro Hac Vice forthcoming)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:24-cv-05417-WHA <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civil Local Rule 3-13, counsel for Plaintiffs in *Bartz et al. v. Anthropic PBC*, 24-cv-05417-WHA (N.D. Cal.) ("*Bartz*") submit this notice of pendency of other action or proceeding to give notice of the following action: *Concord Music Group, Inc. et al. v. Anthropic PBC*, 5:24-cv-03811-EKL (N.D. Cal.) ("*Concord*").

In *Concord*, the Plaintiffs allege copyright infringement claims against defendant Anthropic PBC ("Anthropic") predicated on Anthropic's use of copyrighted lyrics in the development of its large language model product, Claude. *See* Ex. 1 (*Concord* Complaint at ¶¶50 *et seq*.). *Concord* was filed in the Middle District of Tennessee on October 18, 2023 and was transferred to this district on June 26, 2024. *See Concord*, Dkts. 1, 125. On August 21, 2024, prior to the initial case management conference, the *Concord* case was reassigned from Judge Corley to Judge Lee. *See Concord*, Dkt. 206. A motion to dismiss and preliminary injunction are pending. *See Concord*, Dkt. 179, 205.

Concurrent with this Notice, Plaintiffs are also filing an Administrative Motion pursuant to Civil Local Rule 3-12 before the Honorable Eumi K. Lee in the *Concord* action requesting the Court consider relating the *Bartz* and *Concord* actions.

A copy of the administrative motion to consider whether the cases should be related, filed in *Concord* is attached hereto as Exhibit 2. As set forth in the notice, the *Bartz* action "may be related" to the *Concord* action under Civil Local Rule 3-12(b) because they concern similar claims for copyright infringement against the same defendant.

Based on the foregoing Notice, Plaintiffs submit to the Court to make any appropriate orders pursuant to Civil Local Rule 3-13(d).

| | | |
|---|---|---|
| 1 | Dated: August 27, 2024 | Respectfully submitted, |
| 2 | | By: /s/ Rohit D. Nath |

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Justin A. Nelson*
Alejandra C. Salinas*
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman*
Wesley Dozier*
Anna Freymann*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Sholder*
CeCe M. Cole*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs Andrea Bartz, Charles Graeber, and Kirk Wallace Johnson, and the Proposed Class*
*(Pro Hac Vice forthcoming)*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in:

- *Bartz et al. v. Anthropic PBC*, 24-cv-05417-WHA (N.D. Cal.)
- *Concord Music Group, Inc. et al. v. Anthropic PBC*, 5:24-cv-03811-EKL (N.D. Cal.)

via electronic service, in accordance with the Federal Rules of Civil Procedure, on August 27, 2024.

*/s/ Rohit D. Nath*
Counsel for Plaintiff