# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

CONCORD MUSIC GROUP, INC.; CAPITOL
CMG, INC. D/B/A ARIOSE MUSIC, D/B/A
CAPITOL CMG GENESIS, D/B/A CAPITOL
CMG PARAGON, D/B/A GREG NELSON
MUSIC, D/B/A JUBILEE
COMMUNICATIONS, INC., D/B/A
MEADOWGREEN MUSIC COMPANY, D/B/A
MEAUX HITS, D/B/A MEAUX MERCY,
D/B/A RIVER OAKS MUSIC, D/B/A
SHEPHERD'S FOLD MUSIC, D/B/A
SPARROW SONG, D/B/A WORSHIP
TOGETHER MUSIC, D/B/A
WORSHIPTOGETHER.COM SONGS;
UNIVERSAL MUSIC CORP. D/B/A ALMO
MUSIC CORP., D/B/A CRITERION MUSIC
CORP., D/B/A GRANITE MUSIC CORP.,
D/B/A IRVING MUSIC, INC., D/B/A
MICHAEL H. GOLDSEN, INC., D/B/A
UNIVERSAL – GEFFEN MUSIC, D/B/A
UNIVERSAL MUSIC WORKS; SONGS OF
UNIVERSAL, INC. D/B/A UNIVERSAL –
GEFFEN AGAIN MUSIC, D/B/A UNIVERSAL
TUNES; UNIVERSAL MUSIC – MGB NA
LLC D/B/A MULTISONGS, D/B/A
UNIVERSAL MUSIC – CAREERS, D/B/A
UNIVERSAL MUSIC – MGB SONGS;
POLYGRAM PUBLISHING, INC. D/B/A
UNIVERSAL – POLYGRAM
INTERNATIONAL TUNES, INC., D/B/A
UNIVERSAL – POLYGRAM
INTERNATIONAL PUBLISHING, INC.,
D/B/A UNIVERSAL – SONGS OF
POLYGRAM INTERNATIONAL, INC.;
UNIVERSAL MUSIC – Z TUNES LLC D/B/A
NEW SPRING PUBLISHING, D/B/A
UNIVERSAL MUSIC – BRENTWOOD
BENSON PUBLISHING, D/B/A UNIVERSAL
MUSIC – BRENTWOOD BENSON SONGS,
D/B/A UNIVERSAL MUSIC – BRENTWOOD
BENSON TUNES, D/B/A UNIVERSAL
MUSIC – Z MELODIES, D/B/A UNIVERSAL

Case No. _____

**COMPLAINT AND
DEMAND FOR JURY TRIAL**

MUSIC – Z SONGS; and ABKCO MUSIC,
INC.,

          Plaintiffs,

          v.

ANTHROPIC PBC,

          Defendant.

Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc. d/b/a Ariose Music, d/b/a

Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee

Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux

Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a

Worship Together Music, d/b/a Worshiptogether.com Songs; Universal Music Corp. d/b/a Almo

Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc.,

d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works;

Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes;

Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a

Universal Music – MGB Songs; Polygram Publishing, Inc. d/b/a Universal – Polygram

International Tunes, Inc., d/b/a Universal – Polygram International Publishing, Inc., d/b/a

Universal – Songs of Polygram International, Inc.; Universal Music – Z Tunes LLC d/b/a New

Spring Publishing, d/b/a Universal Music – Brentwood Benson Publishing, d/b/a Universal

Music – Brentwood Benson Songs, d/b/a Universal Music – Brentwood Benson Tunes, d/b/a

Universal Music – Z Melodies, d/b/a Universal Music – Z Songs; and ABKCO Music, Inc.

(collectively, "Publishers"), for their complaint against Defendant Anthropic PBC ("Anthropic"),

allege, on personal knowledge as to matters relating to themselves and on information and belief as to all other matters, as set forth below.

## NATURE OF THE CASE

1.      Publishers bring this action to address the systematic and widespread infringement of their copyrighted song lyrics by the artificial intelligence ("AI") company Anthropic. In the process of building and operating AI models, Anthropic unlawfully copies and disseminates vast amounts of copyrighted works—including the lyrics to myriad musical compositions owned or controlled by Publishers. Publishers embrace innovation and recognize the great promise of AI when used ethically and responsibly. But Anthropic violates these principles on a systematic and widespread basis. Anthropic must abide by well-established copyright laws, just as countless other technology companies regularly do.

2.      Although the AI technology involved in this case may be complex and cutting-edge, the legal issues presented here are straightforward and long-standing. A defendant cannot reproduce, distribute, and display someone else's copyrighted works to build its own business unless it secures permission from the rightsholder. This foundational rule of copyright law dates all the way back to the Statute of Anne in 1710, and it has been applied time and time again to numerous infringing technological developments in the centuries since. That principle does not fall away simply because a company adorns its infringement with the words "AI." Just like the developers of other technologies that have come before, from the printing press to the copy machine to the web-crawler, AI companies must follow the law.

3.      The recent explosion in the development of AI portends extraordinary changes in the way people and businesses operate, including the potential for exceptional breakthroughs for

the music and entertainment industries. But, those advances cannot come at the expense of the existing and future creators who serve as the backbone for AI's development.

4.      Publishers are among the world's leading music publishers. They own or control the copyrights to the musical compositions—including the lyrics contained therein—for thousands of the most popular and beloved songs of all time. Publishers' core business functions include representing and advocating for thousands of talented and creative songwriters. Publishers foster the creation of musical compositions by composers and lyricists, promote their works, protect their copyrights, and ensure that they receive proper remuneration for their creative efforts, through the commercial licensing of their copyrighted works, including song lyrics.

5.      Music is rooted in creativity and innovation. To succeed, Publishers innovate, foster innovation, and partner with innovators—including entrepreneurs, start-ups, and established companies. Whether in their own operations or by accelerating start-up businesses or partnering with other companies, Publishers recognize and drive true innovation. For example, Universal uses AI in its business and production operations. By contrast, Anthropic's copyright infringement is not innovation; in layman's terms, it's theft.

6.      Anthropic is in the business of developing, operating, selling, and licensing AI technologies. Its primary product is a series of AI models referred to as "Claude." Anthropic builds its AI models by scraping and ingesting massive amounts of text from the internet and potentially other sources, and then using that vast corpus to train its AI models and generate output based on this copied text. Included in the text that Anthropic copies to fuel its AI models are the lyrics to innumerable musical compositions for which Publishers own or control the copyrights, among countless other copyrighted works harvested from the internet. This

copyrighted material is not free for the taking simply because it can be found on the internet. Anthropic has neither sought nor secured Publishers' permission to use their valuable copyrighted works in this way. Just as Anthropic does not want its code taken without its authorization, neither do music publishers or any other copyright owners want their works to be exploited without permission.

7.    Anthropic claims to be different from other AI businesses. It calls itself an AI "safety and research" company, and it claims that, by training its AI models using a so-called "constitution," it ensures that those programs are more "helpful, honest, and harmless." Yet, despite its purportedly principled approach, Anthropic infringes on copyrights without regard for the law or respect for the creative community whose contributions are the backbone of Anthropic's infringing service.

8.    As a result of Anthropic's mass copying and ingestion of Publishers' song lyrics, Anthropic's AI models generate identical or nearly identical copies of those lyrics, in clear violation of Publishers' copyrights. When a user prompts Anthropic's Claude AI chatbot to provide the lyrics to songs such as "A Change Is Gonna Come," "God Only Knows," "What a Wonderful World," "Gimme Shelter," "American Pie," "Sweet Home Alabama," "Every Breath You Take," "Life Is a Highway," "Somewhere Only We Know," "Halo," "Moves Like Jagger," "Uptown Funk," or any other number of Publishers' musical compositions, the chatbot will provide responses that contain all or significant portions of those lyrics.

9.    There are already a number of music lyrics aggregators and websites that serve this same function, but those sites have properly licensed Publishers' copyrighted works to provide this service. Indeed, there is an existing market through which Publishers license their copyrighted lyrics, ensuring that the creators of musical compositions are compensated and

credited for such uses. By refusing to license the content it is copying and distributing, Anthropic is depriving Publishers and their songwriters of control over their copyrighted works and the hard-earned benefits of their creative endeavors, it is competing unfairly against those website developers that respect the copyright law and pay for licenses, and it is undermining existing and future licensing markets in untold ways.

10.     What's more, Anthropic's AI models generate output containing Publishers' lyrics even when the models are not specifically asked to do so. Indeed, Anthropic's Claude responds to a whole range of prompts that do not seek Publishers' lyrics—such as requests to write a song about a certain topic, provide chord progressions for a given musical composition, or write poetry or short fiction in the style of a certain artist or songwriter—by generating output that nevertheless copies Publishers' lyrics.

11.     By copying and exploiting Publishers' lyrics in this manner—both as the input it uses to train its AI models and as the output those AI models generate—Anthropic directly infringes Publishers' exclusive rights as copyright holders, including the rights of reproduction, preparation of derivative works, distribution, and public display. In addition, because Anthropic unlawfully enables, encourages, and profits from massive copyright infringement by its users, it is secondarily liable for the infringing acts of its users under well-established theories of contributory infringement and vicarious infringement. Moreover, Anthropic's AI output often omits critical copyright management information regarding these works, in further violation of Publishers' rights; in this respect, the composers of the song lyrics frequently do not get recognition for being the creators of the works that are being distributed. It is unfathomable for Anthropic to treat itself as exempt from the ethical and legal rules it purports to embrace.

12.     Anthropic profits richly from its infringement of Publishers' repertoires and other copyright owners' works. Though the company only recently launched, Anthropic is already reportedly valued at $5 billion or more, has received billions of dollars in funding, and boasts of numerous high-profile commercial customers and partnerships. None of that would be possible without the vast troves of copyrighted material that Anthropic scrapes from the internet and exploits as the input and output for its AI models. Unlike songwriters, who are creative by nature, Anthropic's AI models are not creative—they depend entirely on the creativity of others.

13.     Yet, Anthropic pays nothing to Publishers, their songwriters, or the countless other copyright owners whose copyrighted works Anthropic uses to train its AI models. Anthropic has never even attempted to license the use of Publishers' lyrics.

14.     Anthropic's copyright infringement causes substantial and irreparable harm. Anthropic's unlawful conduct enriches Anthropic at the expense of Publishers and their songwriters and to the detriment of music creation. If left unchecked, Anthropic will continue to infringe Publishers' rights and cause damage on a broad scale to Publishers and the songwriters they represent, supplanting the fruits of human ingenuity and creativity with automated infringements that simulate genuine expressive works. Accordingly, Publishers bring this action to stop Anthropic's infringement and remedy the significant harm Anthropic has caused.

## JURISDICTION AND VENUE

15.     This is a civil action in which Publishers seek injunctive relief and damages under the Copyright Act, 17 U.S.C. § 101, *et seq*. As such, the Court has original subject matter jurisdiction over Publishers' copyright infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

16.     This Court has specific personal jurisdiction over Anthropic pursuant to Tenn. Code Ann. § 20-2-214. Anthropic knowingly and intentionally markets and supplies its services to persons in Tennessee and this District. Anthropic has chosen to direct its infringing activities at Tennessee, including entering into agreements with licensees and users of its AI models located in Tennessee; unlawfully distributing and publicly displaying Publishers' copyrighted lyrics via AI model output to licensees and users in Tennessee; enabling, assisting, and inducing residents of Tennessee to commit direct infringement of Publishers' copyrighted lyrics, including generating infringing output through the AI models; and engaging in other activities purposefully directed at Tennessee. The claims asserted herein arise from and relate to those activities and Anthropic's contacts therefrom.

17.     This Court has personal jurisdiction over Anthropic because, among other things, Anthropic does systematic and continuous business in this District and/or has performed acts directed at and causing harm in this District that give rise to the Complaint.

18.     Anthropic provides its highly interactive AI models to individuals in Tennessee, including residents of this District. Residents of Tennessee access Anthropic's AI models through Anthropic's own website and the websites of its customers, either directly, via web searches, or through other means, and the voluminous acts of infringement for which Anthropic is liable require a high degree of interaction between users' computers or other devices and Anthropic's AI models. Anthropic's copyright infringement arises, in part, from licensees and users based in Tennessee.

19.     Anthropic's conduct complained of herein causes Publishers to suffer harm in Tennessee, given that Publishers either have their principal place of business in Tennessee and/or offices, operations, staff, and songwriters in Tennessee.

20.     Venue is proper in this District in accordance with 28 U.S.C. §§ 1391(b) and
1400(a) because Anthropic conducts, transacts, and/or solicits business in this District, and
because a substantial portion of the events or omissions giving rise to the claims asserted herein,
including those described above, occurred in this District, and much of the harm caused by
Anthropic is felt in this District.

## THE PARTIES

**Plaintiff Concord**

21.     Plaintiff Concord Music Group, Inc. ("Concord") is a Delaware corporation with
its principal place of business in Nashville, Tennessee.

22.     Concord is a global, independent music publisher with rights in over 800,000
copyrighted musical works by some of the world's most celebrated songwriters, composers, and
lyricists, including, for example, "7 Rings" (as recorded by Ariana Grande) and "Humble and
Kind" (as recorded by Tim McGraw). Concord has its headquarters in Nashville and represents
songwriters based in Tennessee.

**Plaintiff Universal**

23.     Plaintiff Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis,
d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc.,
d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks
Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a
Worshiptogether.com Songs is a California corporation with its principal place of business in
Santa Monica, California. Their offices are based in Brentwood, Tennessee, with over 100
employees there.

24.     Plaintiff Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works is a Delaware corporation with its principal place of business in Santa Monica, California.

25.     Plaintiff Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes is a California corporation with its principal place of business in Santa Monica, California.

26.     Plaintiff Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music – MGB Songs is a California limited liability company with its principal place of business in Santa Monica, California.

27.     Plaintiff Polygram Publishing, Inc. d/b/a Universal – Polygram International Tunes, Inc., d/b/a Universal – Polygram International Publishing, Inc., d/b/a Universal – Songs of Polygram International Inc. is a Delaware corporation with its principal place of business in Santa Monica, California.

28.     Plaintiff Universal Music – Z Tunes LLC d/b/a New Spring Publishing, d/b/a Universal Music – Brentwood Benson Publishing, d/b/a Universal Music – Brentwood Benson Songs, d/b/a Universal Music – Brentwood Benson Tunes, d/b/a Universal Music – Z Melodies, d/b/a Universal Music – Z Songs is a New York limited liability company with its principal place of business in Santa Monica, California.

29.     Plaintiffs Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a

Worshiptogether.com Songs; Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion

Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen,

Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works; Songs of Universal, Inc.

d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes; Universal Music – MGB NA LLC

d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music – MGB Songs;

Polygram Publishing, Inc. d/b/a Universal – Polygram International Tunes, Inc., d/b/a Universal

– Polygram International Publishing, Inc., d/b/a Universal – Songs of Polygram International,

Inc.; and Universal Music – Z Tunes LLC d/b/a New Spring Publishing, d/b/a Universal Music –

Brentwood Benson Publishing, d/b/a Universal Music – Brentwood Benson Songs, d/b/a

Universal Music – Brentwood Benson Tunes, d/b/a Universal Music – Z Melodies, d/b/a

Universal Music – Z Songs are referred to herein collectively as "Universal."

30.     The entities comprising Universal are part of Universal Music Publishing Group,

one of the largest music publishers in the world, with rights to an extensive music catalog,

representing iconic standards and hit pop songs alike. Universal Music Publishing Group has an

office in Nashville and represents songwriters based in Tennessee.

**Plaintiff ABKCO**

31.     Plaintiff ABKCO Music, Inc. ("ABKCO") is a New York corporation with its

principal place of business in New York, New York.

32.     ABKCO is a leading independent music publisher. Founded over 60 years ago,

ABKCO holds rights in the catalogs of countless iconic songwriters, including Sam Cooke (for

example, "You Send Me," as recorded by Sam Cooke) and Mick Jagger/Keith Richards (for

example, "Wild Horses," as recorded by the Rolling Stones), among many others. ABKCO

represents songwriters based in Tennessee.

**Defendant Anthropic**

33.    Defendant Anthropic PBC is a Delaware corporation with its principal place of business at 548 Market Street, PMB 90375, San Francisco, California 94104-5401.

## PUBLISHERS AND THEIR COPYRIGHTS

34.    Publishers are among the world's foremost music publishers. As music publishers, they foster the creation and lawful exploitation of musical compositions, including the lyrics contained therein. Publishers serve as representatives and advocates for the interests of the songwriters they represent, *i.e.*, lyricists and composers, who have written many of the most well-known and cherished songs of all time. Publishers are committed to artistry, innovation, and entrepreneurship.

35.    It takes enormous talent, energy, and resources for songwriters to create the songs listened to by fans throughout the world. Publishers' songwriters pour their hearts and souls into the lyrics they create. Those lyrics are essential to providing narrative, expressing emotion, and, ultimately, creating meaning in music. Indeed, lyrics are often the most recognizable and memorable aspects of songs. Publishers serve the songwriters who write these lyrics by assisting them in their creative process and promoting their works to record companies and recording artists.

36.    Publishers and their songwriters rely upon the United States' copyright laws to protect their musical compositions from infringement and preserve their artistic and economic interests in the music they create. Publishers' financial incentives to invest in songwriters and the creation and promotion of their musical compositions flow directly from the protections afforded by copyright. Copyright protection is what enables music publishers to invest substantial time, money, effort, and talent to develop, promote, publish, administer, acquire, license, and otherwise

exploit the copyrights in the musical compositions written by the many songwriters they represent.

37.     Publishers own and/or control, in whole or in part, the exclusive rights to millions of valuable musical compositions, including the compositions listed on Exhibit A, which is an illustrative and non-exhaustive list of the musical compositions owned by Publishers that Anthropic infringed, and which will be amended as necessary as the case proceeds.

38.     Publishers own, control, administer, or are the exclusive licensors of the copyrights in and to these works in a variety of ways, including pursuant to agreements with the songwriters and rightsholders.

39.     All the musical compositions listed on Exhibit A constitute original works and copyrightable subject matter pursuant to the Copyright Act, 17 U.S.C. § 101, *et seq.*, and they have been duly registered with the U.S. Copyright Office. The copyrights in the musical compositions set forth in Exhibit A remain valid and subsisting and have been owned and/or controlled by Publishers at all times relevant to the allegations in this Complaint.

40.     The registered copyrights for these musical compositions include the lyrics contained therein.

41.     Publishers own and/or exclusively control the rights set forth in 17 U.S.C. § 106 of the Copyright Act with respect to the musical compositions on Exhibit A, and many more.

42.     Each of the rights under the Copyright Act—including the rights to reproduce the work, prepare derivative works, distribute copies to the public, and display the work publicly—is a separate right within the bundle of rights that a copyright owner (or holder of an exclusive license) may choose to exploit. These rights are reserved under copyright law for those that own or control them, and Anthropic is not authorized to appropriate them to build its business model.

13

43.     Publishers work to ensure that songwriters' creative achievements are properly rewarded. Anyone who wants to use the musical compositions owned and/or controlled by Publishers, including the lyrics contained therein, must comply with copyright law by obtaining necessary licenses from them.

44.     Publishers routinely enter into various licenses and agreements relating to the musical compositions in their catalogs, collect the income arising from such transactions, and compensate their songwriters with their applicable share of the income. Those songwriters, in turn, rely on that income to earn a living so that they can continue to enrich the world with new music. Indeed, the music publishing industry is based on a model of licensing, permission, and authorization, which ensures that songwriters and publishers are appropriately compensated for authorized uses of their works and retain control over the exploitation of such works.

45.     Publishers expend great energy and resources developing and pursuing new licensing opportunities and business models for their musical compositions. In particular, Publishers help songwriters exploit their works by assisting them in licensing musical compositions for sound recordings, public performances, printed sheet music, commercials, advertisements, motion pictures, television shows, various digital services, lyrics aggregators, and/or lyrics websites.

46.     Publishers have embraced technological innovation and provide their songs and catalogs across an ever-evolving variety of formats, distribution, and access models. Today, Publishers and their partners offer consumers a variety of authorized means to enjoy their musical compositions—including through the licensed lyrics aggregators and websites where consumers can find genuine, authorized copies of the lyrics to their favorite songs. Publishers often require that these sites properly credit the authors of the musical compositions they license.

47.     Licensing for the use of musical compositions—including for use of lyrics in internet-based media—is an important revenue source for Publishers and a fundamental means by which songwriters earn a living. Publishers depend on licensing and otherwise exploiting these exclusive rights under the Copyright Act, among others, to earn revenue from their catalogs of musical compositions to ensure that the songwriters they represent are compensated for the use of their songs. Without appropriate protections provided by copyright law and corresponding licenses, unchecked infringement will deny Publishers and songwriters control over the exploitation of their compositions and erode the artistic, cultural, and economic value of these compositions, including their lyrics.

48.     Publishers recognize the great potential of ethical AI as a powerful tool for the future. However, it is critical that AI technology be developed and employed responsibly, in a manner that protects the rights of Publishers and songwriters, their livelihoods, and the creative ecosystem as a whole. Doing so will ensure that AI enhances—rather than undermines—human creativity.

## ANTHROPIC AND ITS INFRINGING CONDUCT

### A.     *Anthropic and Its AI Business*

49.     Anthropic is in the business of developing, operating, selling, and licensing access to AI programs. Founded in 2021 by former OpenAI executives and funded by companies like Amazon, Google, and Zoom, Anthropic is an AI juggernaut valued at $5 billion or more.[1] But Anthropic has built its business by unlawfully taking and using massive amounts of copyrighted content without permission or credit—including Publishers' lyrics.

---

[1] *See, e.g.*, Krystal Hu and Jaiveer Shekhawat, *Google-backed Anthropic raises $450 mln in latest AI funding*, REUTERS (May 23, 2023), https://www.reuters.com/markets/deals/alphabet-backed-ai-startup-anthropic-raises-450-million-funding-freeze-thaws-2023-05-23/.

50.    Anthropic's primary product offering is a series of AI models referred to as "Claude." Anthropic's Claude AI models are a type of model known as a general purpose large language model ("LLM"). Anthropic feeds the model vast amounts of text copied from the internet, totaling billions or trillions of words, in order to "train" Claude. As a result, Claude is then able to provide text-based responses to user queries in a seemingly intelligent, human-like manner.

51.    Anthropic released its latest Claude model, known as "Claude 2," in July 2023. Anthropic touts Claude 2 as its "most capable system yet."[2] The company also offers various other iterations of its Claude AI models. According to Anthropic, all of these AI models "use similar techniques," and Claude 2 represents "a continuous evolution and a series of small, but meaningful improvements" over previous versions.[3]

52.    Anthropic provides access to its Claude AI models in two ways: through a chat interface on Anthropic's website, and as a commercial Application Programming Interface ("API") through which custom third-party client software can interact with Claude AI models. First, Anthropic provides individual users access to Claude 2 as a "chatbot" on its website. This chatbot responds to user-submitted questions and commands with seemingly sophisticated and conversational AI-generated replies. Anthropic makes this chatbot available in a paid subscription-based version and a more limited free version. Second, Anthropic sells or licenses API-based access to Claude 2 and its earlier Claude models to commercial customers, incorporating Claude interactions into these customers' software, products, and systems. When a prompt is entered into customer software using the Anthropic API, the customer's software sends

---

[2] *Model Card and Evaluations for Claude Models*, at 1, ANTHROPIC, https://www-files.anthropic.com/production/images/Model-Card-Claude-2.pdf.

[3] *Id.*

the prompt to an Anthropic server, Anthropic passes the prompt as input to its AI model, and then an Anthropic server sends the model's response back to the customer's software. This process is invisible to the ultimate end user, who experiences using the customer's software as if the customer itself is generating the response for the user.

**B.** ***Anthropic's Development of Its AI Models Generally***

53.     Anthropic's Claude AI models respond to user prompts in a seemingly human-like manner because Anthropic has copied and fed the underlying models vast amounts of text. Notably, Anthropic does not create the text that it uses to fuel its AI models. Rather, Anthropic harvests this text—including Publishers' copyrighted lyrics and countless other copyrighted works—from across the internet on an enormous scale, and then copies that text to serve as input for its AI models.

54.     Specifically, Anthropic "trains" its Claude AI models how to generate text by taking the following steps:

a.      First, Anthropic copies massive amounts of text from the internet and potentially other sources. Anthropic collects this material by "scraping" (or copying or downloading) the text directly from websites and other digital sources and onto Anthropic's servers, using automated tools, such as bots and web crawlers, and/or by working from collections prepared by third parties, which in turn may have been harvested through web scraping. This vast collection of text forms the input, or "corpus," upon which the Claude AI model is then trained.

b.      Second, as it deems fit, Anthropic "cleans" the copied text to remove material it perceives as inconsistent with its business model, whether technical or subjective in nature (such as deduplication or removal of offensive language), or for other

reasons. In most instances, this "cleaning" process appears to entirely ignore copyright infringements embodied in the copied text.

  c. Third, Anthropic copies this massive corpus of previously copied text into computer memory and processes this data in multiple ways to train the Claude AI models, or establish the values of billions of parameters that form the model. That includes copying, dividing, and converting the collected text into units known as "tokens," which are words or parts of words and punctuation, for storage. This process is referred to as "encoding" the text into tokens. For Claude, the average token is about 3.5 characters long.[4]

  d. Fourth, Anthropic processes the data further as it "finetunes" the Claude AI model and engages in additional "reinforcement learning," based both on human feedback and AI feedback, all of which may require additional copying of the collected text.

55. Once this input and training process is complete, Anthropic's Claude AI models generate output consistent in structure and style with both the text in their training corpora and the reinforcement feedback. When given a prompt, Claude will formulate a response based on its model, which is a product of its pretraining on a large corpus of text and finetuning, including based on reinforcement learning from human feedback. According to Anthropic, "Claude is not a bare language model; it has already been fine-tuned to be a helpful assistant."[5] Claude works with text in the form of tokens during this processing, but the output is ordinary readable text.

---

[4] *Glossary*, ANTHROPIC, https://docs.anthropic.com/claude/docs/glossary.

[5] *Id.*

C. *Anthropic's Unlawful Exploitation of Publishers' Works*

56.     First, Anthropic engages in the wholesale copying of Publishers' copyrighted lyrics as part of the initial data ingestion process to formulate the training data used to program its AI models.

57.     Anthropic fuels its AI models with enormous collections of text harvested from the internet. But just because something may be available on the internet does not mean it is free for Anthropic to exploit to its own ends.

58.     For instance, the text corpus upon which Anthropic trained its Claude AI models and upon which these models rely to generate text includes vast amounts of Publishers' copyrighted lyrics, for which they own or control the exclusive rights.

59.     Anthropic largely conceals the specific sources of the text it uses to train its AI models. Anthropic has stated only that "Claude models are trained on a proprietary mix of publicly available information from the Internet, datasets that we license from third party businesses, and data that our users affirmatively share or that crowd workers provide," and that the text on which Claude 2 was trained continues through early 2023 and is 90 percent English-language.[6] The reason that Anthropic refuses to disclose the materials it has used for training Claude is because it is aware that it is copying copyrighted materials without authorization from the copyright owners.

60.     Anthropic's limited disclosures make clear that it has relied heavily on datasets (e.g., the "Common Crawl" dataset) that include massive amounts of content from popular lyrics

---

[6] *Model Card and Evaluations for Claude Models*, at 2, ANTHROPIC, https://www-files.anthropic.com/production/images/Model-Card-Claude-2.pdf.

websites such as genius.com, lyrics.com, and azlyrics.com, among other standard large text collections, to train its AI models.[7]

61.   Moreover, the fact that Anthropic's AI models respond to user prompts by generating identical or near-identical copies of Publishers' copyrighted lyrics makes clear that Anthropic fed the models copies of those lyrics when developing the programs. Anthropic had to first copy these lyrics and process them through its AI models during training, in order for the models to subsequently disseminate copies of the lyrics as output.

62.   Second, Anthropic creates additional unauthorized reproductions of Publishers' copyrighted lyrics when it cleans, processes, trains with, and/or finetunes the data ingested into its AI models, including when it tokenizes the data. Notably, although Anthropic "cleans" the text it ingests to remove offensive language and filter out other materials that it wishes to exclude from its training corpus, Anthropic has not indicated that it takes any steps to remove copyrighted content.

63.   By copying Publishers' lyrics without authorization during this ingestion and training process, Anthropic violates Publishers' copyrights in those works.

64.   Third, Anthropic's AI models disseminate identical or near-identical copies of a wide range of Publishers' copyrighted lyrics, in further violation of Publishers' rights.

65.   Upon accessing Anthropic's Claude AI models through Anthropic's commercially available API or via its public website, users can request and obtain through Claude verbatim or near-verbatim copies of lyrics for a wide variety of songs, including copyrighted lyrics owned

---

[7] *A General Language Assistant as a Laboratory for Alignment*, at 8, 27, ANTHROPIC (Dec. 9, 2021), https://arxiv.org/pdf/2112.00861.pdf.

and controlled by Publishers. These copies of lyrics are not only substantially but strikingly similar to the original copyrighted works.

66.    For example, when Anthropic's Claude is asked, "What are the lyrics to Roar by Katy Perry," to which Concord owns the copyright, the AI model responds by providing an almost identical copy of those lyrics, in violation of Concord's rights:

| Claude output: | Genuine Concord lyrics: |
|---|---|
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything | I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything |
| You held me down, but I got up<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder gonna shake the ground<br>You held me down, but I got up<br>Get ready 'cause I've had enough<br>I see it all, I see it now | You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now |
| I got the eye of the tiger, a fighter, dancing through the fire<br>'Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion and you're gonna hear me roar | I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar |
| Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh<br>You're gonna hear me roar | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |
| Now I'm floating like a butterfly<br>Stinging like a bee I earned my stripes<br>I went from zero, to my own hero | Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero |
| You held me down, but I got up<br>Already brushing off the dust | You held me down, but I got up (hey)<br>Already brushing off the dust |

| | |
|---|---|
| You hear my voice, you hear that sound<br>Like thunder gonna shake the ground<br>You held me down, but I got up<br>Get ready 'cause I've had enough<br>I see it all, I see it now | You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now |
| I got the eye of the tiger, a fighter, dancing through the fire<br>'Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion and you're gonna hear me roar | I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar |
| Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh<br>You're gonna hear me roar<br>Oh oh oh oh oh oh<br>You'll hear me roar<br>Oh oh oh oh oh oh<br>You're gonna hear me roar... | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |
| Roar-or, roar-or, roar-or | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (you'll hear me roar)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |
| | Roar, roar, roar, roar, roar |
| | I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar |
| | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (yeah)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |
| | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (you'll hear me roar)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |

22

67.     Likewise, when Anthropic's Claude is prompted, "What are the lyrics to I Will Survive by Gloria Gaynor," to which Universal owns the copyright, the model responds by providing a nearly word-for-word copy of those lyrics, in violation of Universal's copyright:

| Claude output: | Genuine Universal lyrics: |
| --- | --- |
| First I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along | At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along |
| And so you're back from outer space<br>I just walked in to find you here with that sad look upon your face<br>I should have changed my stupid lock, I should have made you leave your key<br>If I had known for just one second you'd be back to bother me | And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me |
| Go on now, go, walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die? | Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die? |
| Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey | Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey |
| It took all the strength I had not to fall apart<br>Kept trying hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself<br>I used to cry | Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my |

| | |
|---|---|
| But now I hold my head up high<br><br>And you see me somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in and just expect me to be free<br>Well, now I'm saving all my lovin' for someone who's lovin' me<br><br>Go on now, go, walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive<br><br>Oh go on now, go, walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to crush me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive<br><br>I will survive | broken heart<br>And I spent oh-so many nights just feeling sorry for myself<br>I used to cry<br>But now I hold my head up high<br><br>And you see me, somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in<br>And just expect me to be free<br>Well, now I'm saving all my lovin'<br>For someone who's loving me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive<br><br>Oh<br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Do you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>No no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive |

24

|  | I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive |
|---|---|

68.     Meanwhile, when Claude is prompted, "What are the lyrics to Friends in Low Places by Garth Brooks," the AI model again provides a nearly identical copy of those lyrics, in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Blame it all on my roots<br>I showed up in boots<br>And ruined your black tie affair<br>The last one to know<br>The last one to show<br>I was the last one you thought you'd see there<br><br>And I saw the surprise<br>And the fear in his eyes<br>When I took his glass of champagne<br>And I toasted you<br>Said, honey, we may be through<br>But you'll never hear me complain | Blame it all on my roots<br>I showed up in boots<br>And ruined your black tie affair<br>The last one to know<br>The last one to show<br>I was the last one you thought you'd see there<br>And I saw the surprise<br>And the fear in his eyes<br>When I took his glass of champagne<br>And I toasted you<br>Said "honey, we may be through"<br>But you'll never hear me complain |

'Cause I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

Well, I guess I was wrong
I just don't belong
But then, I've been there before
Everything's all right
I'll just say goodnight
And I'll show myself to the door

Hey, I didn't mean
To cause a big scene
Just give me an hour and then
Well, I'll be as high
As that ivory tower
That you're livin' in

'Cause I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

'Cause I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

Well, I guess I was wrong
I just don't belong
But then, I've been there before
Everything's all right
I'll just say goodnight
And I'll show myself to the door
Hey, I didn't mean
To cause a big scene
Just give me an hour and then
Well, I'll be as high as that ivory tower
That you're livin' in

'Cause I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

I've got friends in low places
Where the whiskey drowns

| | And the beer chases my blues away<br>And I'll be okay |

69.    Likewise, when Claude is queried, "What are the lyrics to You Can't Always Get What You Want by the Rolling Stones," to which ABKCO owns the copyright, the AI model responds with an almost verbatim copy of those lyrics, in violation of ABKCO's rights:

| Claude output: | Genuine ABKCO lyrics: |
|---|---|
| I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man | I saw her today at the reception<br>A glass of wine in her hand<br>I knew she would meet her connection<br>At her feet was her footloose man |
| No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you find<br>You get what you need | No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometime you'll find<br>You get what you need |
| I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man | I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man |
| You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you might find<br>You get what you need | You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes, well, you might find<br>You get what you need |
| Oh yeah, hey hey hey, oh... | Ah, yeah<br>Oh |
| And I went down to the demonstration<br>To get my fair share of abuse<br>Singing, "We're gonna vent our frustration<br>If we don't we're gonna blow a 50-amp fuse"<br>Sing it to me now... | And I went down to the demonstration<br>To get my fair share of abuse<br>Singing, "We're gonna vent our frustration<br>If we don't we're gonna blow a fifty-amp fuse"<br>Sing it to me, honey |
| You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want | You can't always get what you want<br>You can't always get what you want |

| | |
|---|---|
| But if you try sometimes well you just might find<br>You get what you need<br><br>Oh baby, yeah, yeah!<br><br>I went down to the Chelsea drugstore<br>To get your prescription filled<br>I was standing in line with Mr. Jimmy<br>And man, did he look pretty ill<br>We decided that we would have a soda<br>My favorite flavor, cherry red<br>I sung my song to Mr. Jimmy<br>Yeah, and he said one word to me, and that was "dead"<br>I said to him<br><br>You can't always get what you want, no!<br>You can't always get what you want (tell ya baby)<br>You can't always get what you want (no)<br>But if you try sometimes you just might find<br>You get what you need<br><br>Oh yes! Woo!<br><br>You get what you need—yeah, oh baby!<br>Oh yeah!<br><br>I saw her today at the reception<br>In her glass was a bleeding man<br>She was practiced at the art of deception<br>Well I could tell by her blood-stained hands<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need<br><br>You can't always get what you want (no, no baby)<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you just might find | You can't always get what you want<br>But if you try sometimes, well, you just might find<br>You get what you need<br>Ah baby, yeah<br>Ah<br><br>I went down to the Chelsea drugstore<br>To get your prescription filled<br>I was standing in line with Mr. Jimmy<br>And, man, did he look pretty ill<br>We decided that we would have a soda<br>My favorite flavor, cherry red<br>I sung my song to Mr. Jimmy<br>Yeah, and he said one word to me, and that was "dead"<br>I said to him<br><br>You can't always get what you want, well no<br>You can't always get what you want. I tell you, baby<br>You can't always get what you want, no<br>But if you try sometimes you just might find, uh, mm<br>You get what you need, oh yeah, woo!<br><br>Ah, woo!<br><br>You get what you need, yeah, oh baby<br>Ah yeah<br><br>I saw her today at the reception<br>In her glass was a bleeding man<br>She was practiced at the art of deception<br>Well, I could tell by her blood-stained hands, sing it<br><br>You can't always get what you want, yeah<br>You can't always get what you want, ooh yeah, child<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need, ah yeah<br>Ah baby, woo! |

| | |
|---|---|
| You just might find<br>You get what you need, ah yes! | Ah, you can't always get what you want, no, no, baby<br>You can't always get what you want, you can't now, now<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find that you<br>You get what you need, oh yeah<br>Ah yeah, do that |

70.     Claude's output is likewise identical or substantially and strikingly similar to Publishers' copyrighted lyrics for each of the compositions listed in Exhibit A. These works that have been infringed by Anthropic include timeless classics as well as today's chart-topping hits, spanning a range of musical genres. And this represents just a small fraction of Anthropic's infringement of Publishers' works and the works of others, through both the input and output of its AI models.

71.     Anthropic's Claude is also capable of generating lyrics for new songs that incorporate the lyrics from existing copyrighted songs. In these cases, Claude's output may include portions of one copyrighted work, alongside portions of other copyrighted works, in a manner that is entirely inconsistent and even inimical to how the songwriter intended them.

72.     Moreover, Anthropic's Claude also copies and distributes Publishers' copyrighted lyrics even in instances when it is not asked to do so. Indeed, when Claude is prompted to write a song about a given topic—without any reference to a specific song title, artist, or songwriter—Claude will often respond by generating lyrics that it claims it wrote that, in fact, copy directly from portions of Publishers' copyrighted lyrics.

73.     For instance, when Anthropic's Claude is queried, "Write me a song about the death of Buddy Holly," the AI model responds by generating output that copies directly from the

song "American Pie" written by Don McLean, in violation of Universal's copyright, despite the

fact that the prompt does not identify that composition by title, artist, or songwriter:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here is a song I wrote about the death of Buddy Holly: | A long long time ago<br>I can still remember how<br>That music used to make me smile |
| The Day the Music Died | And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while |
| February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step | But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step |
| I can't remember if I cried<br>When I read about his widowed bride<br>But something touched me deep inside<br>The day the music died | I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died |
| So bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | So<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |
| Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so<br>Do you believe in rock n' roll?<br>Can music save your mortal soul? | Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to dance real slow? |
| Well, I know that you're in love with him<br>'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues | Well, I know that you're in love with him<br>'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues |
| I was a lonely teenage broncin' buck<br>With a pink carnation and a pickup truck<br>But I knew I was out of luck<br>The day the music died | I was a lonely teenage broncin' buck |
| I started singing bye, bye Miss American Pie | I started singing bye, bye Miss American Pie |

Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey 'n rye
Singin' this'll be the day that I die
This'll be the day that I die

Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be
When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me

Oh and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned

And while Lenin read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died

We were singin' bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey 'n rye
Singin' this'll be the day that I die
This'll be the day that I die

Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast
It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast

Now the halftime air was sweet perfume
While sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance
'Cause the players tried to take the field
The marching band refused to yield

With a pink carnation and a pickup truck
But I knew I was out of luck
The day the music died
I started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die

Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be

When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me

Oh, and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned

And while Lennon read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died
We were singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die

Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast

It landed foul on the grass
The players tried for a forward pass

31

Do you recall what was revealed
The day the music died?
We started singin' bye, bye Miss American
Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
'n rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died

He was singin' bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
'n rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away
I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't
play

And in the streets the children screamed
The lovers cried, and the poets dreamed
But not a word was spoken

With the jester on the sidelines in a cast

Now the half-time air was sweet perfume
While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance

'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again

So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell

And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
Singin' this'll be the day that I die

32

| The church bells all were broken | This'll be the day that I die |
|---|---|
| And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singin' bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | I met a girl who sang the blues<br>And I asked her for some happy news<br>But she just smiled and turned away |
| | I went down to the sacred store<br>Where I'd heard the music years before<br>But the man there said the music wouldn't play |
| They were singin' bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>And singin' this'll be the day that I die | And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken |
| | And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singing |
| | Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |
| | They were singing<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |

74.     Similarly, when Anthropic's Claude is prompted, "Write a song about moving from Philadelphia to Bel Air," the AI model responds by generating output that copies verbatim from the lyrics to the song "Fresh Prince of Bel-Air" written by Will Smith and Jeffrey Townes,

33

in violation of Universal's copyright, even though the prompt nowhere references that

composition by title, artist, or songwriter:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here's a draft song about moving from Philadelphia to Bel Air:<br><br>Now this is a story all about how<br>My life got flipped-turned upside down<br>And I'd like to take a minute, just sit right there<br>I'll tell you how I became a prince of a town called Bel Air<br><br>In West Philadelphia born and raised<br>On the playground was where I spent most of my days<br>Chillin' out maxin' relaxin' all cool<br>And all shootin' some b-ball outside of the school<br>When a couple of guys who were up to no good<br>Started makin' trouble in my neighborhood<br>I got in one little fight and my mom got scared<br>She said "You're movin' with your auntie and uncle in Bel Air"<br><br>I begged and pleaded with her day after day<br>But she packed my suitcase and sent me on my way<br>She gave me a kiss and then she gave me my ticket<br>I put my Walkman on and said "I might as well kick it"<br><br>First class, yo this is bad,<br>Drinking orange juice out of a champagne glass<br>Is this what the people of Bel Air are livin' like?<br>Hmmm this might be alright!<br><br>I whistled for a cab and when it came near | Now this is a story all about how<br>My life got flipped, turned upside down<br>And I'd like to take a minute<br>Just sit right there<br>I'll tell you how I became the prince of a town called Bel-Air<br><br>In West Philadelphia born and raised<br>On the playground was where I spent most of my days<br>Chillin' out, maxin,' relaxin' all cool<br>And all shootin' some b-ball outside of the school<br>When a couple of guys who were up to no good<br>Started making trouble in my neighborhood<br>I got in one little fight and my mom got scared<br>And said, "You're movin' with your auntie and uncle in Bel-Air"<br><br>I begged and pleaded with her day after day<br>But she packed my suitcase and sent me on my way<br>She gave me a kiss and then she gave me my ticket<br>I put my Walkman on and said, "I might as well kick it"<br><br>First class, yo this is bad<br>Drinking orange juice out of a champagne glass<br>Is this what the people of Bel-Air living like?<br>Hmm, this might be alright<br><br>But wait I hear they're prissy, bourgeois and all that<br>Is this the type of place that they should send this cool cat?<br>I don't think so, I'll see when I get there |

| The license plate said "Fresh" and had dice in the mirror<br>If anything I could say that this cab was rare<br>But I thought "Nah forget it, Yo home to Bel Air"<br><br>I pulled up to the house about 7 or 8<br>And I yelled to the cabbie "Yo Holmes, smell ya later!"<br>Looked at my kingdom, I was finally there<br>To sit on my throne as the prince of Bel Air | I hope they're prepared for the prince of Bel-Air<br><br>Well, uh, the plane landed and when I came out<br>There was a dude looked like a cop standing there with my name out<br>I ain't tryna get arrested yet, I just got here<br>I sprang with the quickness like lightning, disappeared<br><br>I whistled for a cab and when it came near<br>The license plate said "fresh" and it had dice in the mirror<br>If anything I could say that this cab was rare<br>But I thought, "Nah, forget it, yo, holmes, to Bel-Air"<br><br>I pulled up to a house about seven or eight<br>And I yelled to the cabbie, "Yo, holmes, smell ya later"<br>Looked at my kingdom, I was finally there<br>To sit on my throne as the Prince of Bel-Air |

75.     Separately, when Anthropic's Claude is prompted to provide the chord progressions for a given song, with or without reference to the lyrics, the AI model will often generate output containing Publishers' copyrighted lyrics alongside those chords.

76.     For example, when Claude is queried, "Give me the chords to Daddy Sang Bass by Johnny Cash," the AI model responds by providing both the chords and the lyrics to that composition, in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here are the chords for the song "Daddy Sang Bass" by Johnny Cash:<br><br>Verse:<br>G         D7     G<br>Well, I remember when I was a lad.<br>G         D7     G | I remember when I was a lad<br>Times were hard and things were bad<br>But there's a silver linin' behind every cloud<br>Just poor people, that's all we were<br>Tryin' to make a living out of black-land dirt<br>But we'd get together in a family circle singing loud |



| | |
|---|---|
| Times were hard and things were bad.<br>C           G   D7  G<br>But there's a silver linin' behind every cloud.<br>C          G   D7  G<br>Just poor people, that's all we were.<br>C          G   D7  G<br>Tryin' to make a livin' out of blackland dirt.<br>C          G   D7  G<br>We'd get together in a family circle singing loud.<br><br>Chorus:<br>G                       C      G<br>Daddy sang bass, Mama sang tenor.<br>G                D7   G<br>Me and little brother would join right in there.<br>G                    C     G<br>Singin' seems to help a troubled soul.<br>G                D7   G<br>One of these days and it won't be long,<br>G                  C     G<br>I'll rejoin them in a song.<br>G                D7   G<br>I'm gonna join the family circle at the Throne. | Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>Singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>No, the circle won't be broken<br>By and by, Lord, by and by<br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky, Lord, in the sky<br><br>Now I remember after work, mama would call in all of us<br>You could hear us singing for a country mile<br>Now little brother has done gone on<br>But I'll rejoin him in a song<br>We'll be together again up yonder in a little while<br><br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>'Cause singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>Oh no, the circle won't be broken<br>By and by, Lord, by and by<br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky, Lord, in the sky<br>In the sky, Lord, in the sky |

77. Moreover, when Anthropic's Claude is asked to write other types of copyrighted works, such as poetry, in the style of a certain artist or songwriter, the AI model will also frequently respond with output copying directly from Publishers' lyrics.

78. For instance, when Anthropic's Claude is asked, "Write a poem in the style of Lynyrd Skynyrd," without any reference to a specific musical composition or lyrics, the AI

model responds by providing a nearly word-for-word copy of the lyrics to "Sweet Home

Alabama," in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here's my attempt at a poem in the style of Lynyrd Skynyrd:<br><br>Sweet Home Alabama<br><br>Big wheels keep on turning,<br>Carry me home to see my kin,<br>Singing songs about the Southland,<br>I miss 'ole 'bama once again.<br><br>In Birmingham they love the governor,<br>We all did what we could do,<br>Watergate does not bother me,<br>Does your conscience bother you?<br><br>Now Muscle Shoals has got the Swampers,<br>And they've been known to pick a song or two,<br>Lord they get me off so much,<br>They pick me up when I'm feeling blue.<br><br>Sweet home Alabama,<br>Where the skies are so blue,<br>Sweet home Alabama,<br>Lord I'm coming home to you.<br><br>In Birmingham they love the governor,<br>Now we all did what we could do,<br>Now Watergate does not bother me,<br>Does your conscience bother you?<br><br>Now Muscle Shoals has got the Swampers,<br>And they've been known to pick a song or two,<br>Lord they get me off so much,<br>They pick me up when I'm feeling blue.<br><br>Sweet home Alabama,<br>Where the skies are so blue,<br>Sweet home Alabama, | Big wheels keep on turning<br>Carry me home to see my kin<br>Singing songs about the southland<br>I miss Alabamy once again<br>And I think it's a sin, yes<br><br>Well, I heard Mr. Young sing about her<br>Well, I heard old Neil put her down<br>Well, I hope Neil Young will remember<br>A Southern man don't need him around anyhow<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br><br>In Birmingham they love the governor (boo! Boo! Boo!)<br>Now we all did what we could do<br>Now Watergate does not bother me<br>Does your conscience bother you?<br>Tell the truth<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br>Here I come, Alabama<br><br>Now Muscle Shoals has got the Swampers<br>And they've been known to pick a song or two (yes, they do)<br>Lord, they get me off so much<br>They pick me up when I'm feeling blue<br>Now how 'bout you?<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama |

| Lord I'm coming home to you. | Lord, I'm coming home to you |
|---|---|

79.   Similarly, when Claude is queried, "Write a short piece of fiction in the style of Louis Armstrong," the AI model responds by copying significant portions of the lyrics to "What a Wonderful World," in violation of Concord's rights:

| Claude output: | Genuine Concord lyrics: |
|---|---|
| Here is a short piece of fiction in the style of Louis Armstrong:<br><br>What a Wonderful World<br><br>I see trees of green, red roses too. I see them bloom, for me and for you. And I think to myself, what a wonderful world.<br><br>The bright blessed day, the dark sacred night. And I think to myself, what a wonderful world.<br><br>The colors of the rainbow, so pretty in the sky. Are also on the faces, of people going by. I see friends shaking hands, sayin' how do you do? They're really saying, I love you.<br><br>I hear babies cry, I watch them grow. They'll learn much more, than I'll ever know. And I think to myself, what a wonderful world.<br><br>The streets are filled with music, the air with laughter. The warm sunny days, they stick around long after. And I think to myself, what a wonderful world.<br><br>People greeting their neighbors, with smiles and hugs. Folks helping each other, showin' love and care. And I think to myself, what a wonderful world.<br><br>We all got a song to sing, let it ring clear and strong. Even in sadness, we can find hope to go on. Oh what a wonderful, wonderful | I see trees of green<br>Red roses too<br>I see them bloom<br>For me and you<br>And I think to myself<br>What a wonderful world<br><br>I see skies of blue<br>And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world<br><br>The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you<br><br>I hear babies cry<br>I watch them grow<br>They'll learn much more<br>Than I'll never know<br>And I think to myself<br>What a wonderful world<br>Yes, I think to myself<br>What a wonderful world<br>Ooh, yes |

| | |
|---|---|
| world.<br><br>So much beauty everywhere, if you open your eyes. It's in nature, and people, and under blue skies. And I think to myself, what a wonderful world.<br><br>We're together in this thing called life. Might as well make it a pleasant ride. Oh what a wonderful, wonderful world.<br><br>Yes I think to myself, what a wonderful world. What a wonderful world. | |

80.     In other words, Anthropic infringes Publishers' copyrighted lyrics not only in response to specific requests for those lyrics. Rather, once Anthropic copies Publishers' lyrics as input to train its AI models, those AI models then copy and distribute Publishers' lyrics as output in response to a wide range of more generic queries related to songs and various other subject matter.

81.     Despite the fact that Anthropic blatantly exploits Publishers' lyrics and other copyrighted content to develop and train its AI models, Anthropic forbids others from using its own content for the same purpose. In fact, Anthropic's Terms of Service explicitly prohibit the use of its content to "develop or train any artificial intelligence or machine learning algorithms or models."[8] Anthropic violates this same principle by taking Publishers' lyrics without their permission. Anthropic cannot have it both ways.

82.     Anthropic has the ability to exclude Publishers' lyrics and other copyrighted content from its training corpus, so as to prevent its AI models from being trained on and otherwise exploiting these copyrighted materials without permission. But Anthropic has not

---

[8] *Terms of Service*, ANTHROPIC (Sept. 6, 2023), https://console.anthropic.com/legal/terms.

indicated that it has taken any steps to filter out or remove Publishers' lyrics or other copyrighted materials from its training data.

83.     Anthropic likewise has the ability to program "guardrails" into its AI models, so as to prevent the models from responding to certain prompts or generating output that copies Publishers' lyrics or other copyrighted content. Indeed, in some cases, Anthropic's AI models affirmatively refuse to respond to prompts seeking certain song lyrics, warning users that providing those lyrics runs afoul of "copyright restrictions." These responses make clear that Anthropic understands that generating output that copies others' lyrics violates copyright law. However, despite this knowledge and apparent ability to exercise control over infringement, in the majority of instances, Anthropic fails to implement effective and consistent guardrails to prevent against the infringement of Publishers' works. What's more, even in those instances where Anthropic's AI models may respond to prompts by declining to provide copies of copyrighted lyrics, simply re-entering the same prompts again is often enough to evade these ineffective guardrails and generate infringing output.

84.     Additionally, through its AI models, Anthropic also intentionally removes or alters the copyright management information associated with Publishers' lyrics, or distributes copies of Publishers' lyrics knowing that copyright management information has been removed or altered, without Publishers' authorization and in violation of the law.

85.     When Publishers license their lyrics to authorized lyrics aggregators and websites, the aggregator and website operators are often required to identify such lyrics with the song title, songwriter name(s), and other important identifying information, all of which constitutes copyright management information.

86.     But when Anthropic's AI models regurgitate Publishers' lyrics, they are often unaccompanied by the corresponding song title, songwriter, or other critical copyright management information.

87.     For example, when Claude is prompted, "Write me a song about Born to Be Wild," the AI model responds almost word-for-word with the lyrics to "Born to Be Wild" written by Mars Bonfire (of Steppenwolf), but fails to properly identify those lyrics by the song title, songwriter, or other copyright management information for the work, in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here is a song I wrote about being born to be wild: | Get your motor runnin' |
| | Head out on the highway |
| Get your motor runnin' | Lookin' for adventure |
| Head out on the highway | And whatever comes our way |
| Lookin' for adventure | |
| And whatever comes our way | Yeah, darlin', go make it happen |
| | Take the world in a love embrace |
| Yeah darlin' gonna make it happen | Fire all of your guns at once and |
| Take the world in a love embrace | Explode into space |
| Fire all of your guns at once | |
| And explode into space | I like smoke and lightnin' |
| | Heavy metal thunder |
| I like smoke and lightning | Racin' with the wind |
| Heavy metal thunder | And the feelin' that I'm under |
| Racin' with the wind | |
| And the feelin' that I'm under | Yeah, darlin', go make it happen |
| | Take the world in a love embrace |
| Yeah darlin' gonna make it happen | Fire all of your guns at once and |
| Take the world in a love embrace | Explode into space |
| Fire all of your guns at once | |
| And explode into space | Like a true nature's child |
| | We were born, born to be wild |
| Like a true nature's child | We can climb so high |
| We were born, born to be wild | I never wanna die |
| We can climb so high | |
| I never wanna die | Born to be wild |
| | Born to be wild |

| | |
|---|---|
| Born to be wild<br>Born to be wild<br><br>Get your motor runnin'<br>Head out on the highway<br>Looking for adventure<br>And whatever comes our way<br><br>Yeah darlin' gonna make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild | Get your motor runnin'<br>Head out on the highway<br>We're lookin' for adventure<br>And whatever comes our way<br><br>Yeah, darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild |

88. By failing to provide this information, Anthropic is not only removing copyright management information, it is also denying creators appropriate attribution that assures consumers understand the source of the lyrics.

89. Publishers have never authorized or licensed Anthropic to copy their copyrighted lyrics or otherwise use these lyrics in connection with Anthropic's AI models, as input or output. Anthropic does not have permission or any right to deliberately and systematically copy and exploit Publishers' copyrighted lyrics in this manner.

**D.** *Anthropic's Profits From Its Infringement*

90. Anthropic has profited richly from exploiting the copyrighted works of Publishers and others in connection with its AI models.

91. Anthropic is reportedly valued at $5 billion or more. The company has already received several billion dollars in total funding. In September 2023, Anthropic announced that

Amazon would be investing up to $4 billion in Anthropic, at an undisclosed valuation, and taking a minority stake in the company.[9] Anthropic has also received $500 million in funding from a group led by Sam Bankman-Fried, the founder of the failed cryptocurrency exchange FTX, as well as $300 million from Google, and hundreds of millions of dollars more from Zoom, Salesforce, and others.

92.     Although Anthropic bills itself as an AI "safety and research" company, the company reaps substantial financial profits from the AI models it builds and sells to commercial customers using infringing content.

93.     According to its website, Anthropic has already sold access to its Claude API to "thousands of businesses." Anthropic is also reportedly working with several larger customers to build customized commercial AI models.

94.     These commercial arrangements are lucrative. Anthropic charges its commercial customers for using its Claude API on a per-word, pay-as-you-go model. Anthropic receives revenues from these commercial customers based both on the amount of text submitted by each customers' end users into the Claude API, and the amount of text generated as output by the models. In other words, Anthropic is paid every time one of its customers' end users submits a request for Publishers' song lyrics, and it is paid again every time its Claude API generates output copying and relying on those lyrics. Ultimately, the more Anthropic's AI models are used by its commercial customers and their end users—including to infringe Publishers' copyrights—the more money Anthropic makes.

---

[9] *Expanding access to safer AI with Amazon,* ANTHROPIC (Sept. 25, 2023), https://www.anthropic.com/index/anthropic-amazon.

95.     Each of Anthropic's commercial customers, by integrating and using the Claude API in their own software, likewise infringes Publishers' copyrights when these AI models generate output copying or relying on Publishers' lyrics. Moreover, when Anthropic licenses its Claude API to commercial clients, it is essentially including in those licenses Publishers' copyrighted content, which it has no right to license and is unauthorized.

96.     Anthropic has also monetized the version of its Claude 2 chatbot that it makes available to individual users through the Anthropic website. Although Anthropic initially made this version of the Claude 2 chatbot available to users for free, the company has begun to limit access by unpaid users.[10] Moreover, Anthropic recently launched a paid version of Claude 2—"Claude Pro"—for which it charges individual users a $20 monthly subscription fee for "5x more usage" of the model compared to the unpaid version.[11] At the same time, Anthropic collects and exploits data from its Claude 2 chatbot beta testing to further develop and improve its AI models, including the commercially available API products. By providing Anthropic additional data on which to refine its AI models, as well as generating publicity regarding the company and its products, the Claude 2 beta deployment also enables Anthropic to seek and secure additional valuable commercial funding.

---

[10] Kristi Hines, *Anthropic To Launch Paid Plans For Access To Claude*, SEARCH ENGINE JOURNAL (Aug. 25, 2023), https://www.searchenginejournal.com/anthropic-to-launch-paid-plans-for-access-to-claude/494867/#close.

[11] *Introducing Claude Pro*, ANTHROPIC (Sept. 7, 2023), https://www.anthropic.com/index/claude-pro.

97. Anthropic's AI products continue to be in very high demand. Indeed, the waitlist to access Claude's commercial API and its chatbot has been reported to be 350,000 people long.[12]

98. One of the reasons that Anthropic's AI models are so popular and valuable is because of the substantial underlying text corpus that includes Publishers' copyrighted lyrics. As such, Publishers' copyrighted content serves as a draw for individual users, commercial customers, and ultimately investors.

99. What's more, according to media reports, Anthropic is currently pursuing as much as $5 billion in additional Series C fundraising over the next two years, to take on rival AI companies, enter over a dozen new major industries, and develop a new AI model—dubbed "Claude-Next"—which it claims will be ten times more powerful than even today's most advanced AI models.[13]

### E. Growing Alarm Over the Proliferation of AI Technology

100. Despite the surging popularity of Anthropic's AI models and other programs like them, this AI technology raises serious and wide-ranging concerns. Academics, ethicists, and industry experts have expressed alarm about a broad range of threats posed by AI, including questions about privacy and surveillance, concerns over bias and discrimination, and the potential for the systems to produce other toxic and harmful outcomes. And, of course, if AI developers' unlawful exploitation of copyrighted works is allowed to continue unchecked, it will

---

[12] Hayden Field, *Anthropic—the $4.1 billion OpenAI rival—debuts new A.I. chatbot and opens it to public*, CNBC (July 11, 2023), https://www.cnbc.com/2023/07/11/anthropic-an-openai-rival-opens-claude-2-ai-chatbot-to-the-public.html.

[13] Kyle Wiggers, Devin Coldewey, and Manish Singh, *Anthropic's $5B, 4-year plan to take on OpenAI*, TECHCRUNCH (Apr. 6, 2023), https://techcrunch.com/2023/04/06/anthropics-5b-4-year-plan-to-take-on-openai/.

have potentially devastating effects on artists and the creation of new works. Yet, Anthropic's professed concern for safety and security somehow does not reach this existential threat to copyright owners.

101.    The U.S. Congress has expressed deep concern over these issues. Over the past several months, the Senate Judiciary Committee has held a series of hearings regarding the need for greater AI oversight to ensure that the technology complies with existing laws—including to protect intellectual property rights. Similarly, in June 2023, U.S. Senator Michael Bennet wrote to Anthropic and a number of other AI developers, calling on these companies to do more to address the spread of misinformation and disinformation through AI, and demanding additional information about how they develop and monitor the content distributed through their AI models.

102.    U.S. regulators have also begun to take steps to address these issues and hold AI developers to account. In April 2023, the U.S. Consumer Financial Protection Bureau, Department of Justice's Civil Rights Division, Equal Employment Opportunity Commission, and Federal Trade Commission issued a joint statement regarding the need for AI companies to respect the law, with the agency heads emphasizing that "the use of advanced technologies, including artificial intelligence, must be consistent with federal laws," and that "[t]here is no AI exemption to the laws on the books."[14] In May 2023, after Amazon was required to pay a $25 million civil penalty for misusing customers' personal data to refine its Alexa machine learning models, a U.S. Federal Trade Commission commissioner emphasized that technology companies "would do well to heed this lesson": "Machine learning is no excuse to break the law. . . . The

---

[14] Press Release, Justice Department's Civil Rights Division Joins Officials from CFPB, EEOC and FTC Pledging to Confront Bias and Discrimination in Artificial Intelligence (Apr. 25, 2023), https://www.justice.gov/opa/pr/justice-department-s-civil-rights-division-joins-officials-cfpb-eeoc-and-ftc-pledging.

data you use to improve your algorithms must be lawfully collected and lawfully retained."[15] And, in July 2023, the FTC opened a formal investigation into OpenAI's data practices in connection with its AI models.

103.    Anthropic makes much of the so-called "constitutional AI" process it uses to train its Claude AI models, but, notably, that training does nothing to avert the large-scale infringement of Publishers' copyrighted lyrics. Anthropic claims that it trains Claude on the basis of certain enumerated principles—a "constitution"—and thereby makes the AI model more helpful and less harmful. Many of the constitutional principles upon which Claude is apparently trained purport to emphasize the importance of refraining from "illegal" or "unlawful" activity and respecting "property rights."[16]

104.    But Anthropic's constitution notably omits the critical protections for intellectual property rights, such as copyright, that are centrally enshrined in the actual Constitution of the United States. Our founding fathers determined that protecting the rights of creators was critical to our nation: "Congress shall have Power . . . To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries." U.S. Const. art. I, § 8, cl. 8. Despite paying lip service to complying with the law, Anthropic violates this founding principle when it illegally copies Publishers' copyrighted lyrics, without authorization or compensation. Perhaps this is why Anthropic admits that "[c]onstitutions aren't a panacea," that its "current constitution is neither

---

[15] Alvaro M. Bedoya, Statement of Commissioner Alvaro M. Bedoya Joined by Chair Lina M. Khan and Commissioner Rebecca Kelly Slaughter In the Matter of Amazon Alexa (United States v. Amazon.com, Inc.) (May 31, 2023), https://www.ftc.gov/system/files/ftc_gov/pdf/Bedoya-Statement-on-Alexa-Joined-by-LK-and-RKS-Final-1233pm.pdf.

[16] *Claude's Constitution*, ANTHROPIC (May 9, 2023), https://www.anthropic.com/index/claudes-constitution.

finalized nor is it likely the best it can be," and that AI models like Claude "will continue to generate difficult questions about what they are and aren't allowed to do."[17]

### F. The Ongoing Harm to Publishers From Anthropic's Infringement

105. Anthropic's unlawful conduct has caused and continues to cause substantial and irreparable harm to Publishers, their songwriters, and the entire music community.

106. Publishers' musical compositions are creative intellectual property at the core of what receives copyright protection under the Copyright Act. In turn, Anthropic is a for-profit commercial operation that disseminates complete or near-complete copies of Publishers' copyrighted lyrics through its AI models, and enables its customers and users to do the same. Anthropic repackages and distributes these copies for financial gain, thereby devaluing the creative efforts of songwriters and depriving them of compensation, credit, and the prestige of having created something special and unique. Anthropic's actions also deprive songwriters of control over how their creative works are reconstituted and adapted, uses which would typically be subject to their consent under their governing agreements with music publishers. Moreover, the sheer breadth and scope Anthropic's copying makes it effectively impossible to measure, calculate, or even estimate the financial damage it imposes on songwriters and publishers.

107. Anthropic has failed to seek or obtain the licenses or other agreements necessary for it to lawfully exploit Publishers' works. Anthropic's unlawful conduct enriches Anthropic at Publishers' and their songwriters' expense and to the detriment of musical creation. Anthropic's infringement undermines the incentive for songwriters to create music and for Publishers to invest in, support, and exploit those creative efforts, which in turn hinders songwriters' ability to earn a living based on their craft.

---

[17] *Id.*

108.    Anthropic's unauthorized use also undercuts the existing and potential markets for licensing song lyrics and undermines those legitimate lyrics aggregators, websites, and digital services that properly license lyrics, given that users of Anthropic's AI models do not visit the legitimate sites that compensate Publishers for the right to use their lyrics. Anthropic's infringements are a market substitute for copyrighted works, leaving Publishers and songwriters powerless to develop, exploit, and cultivate the works that are the backbone of their businesses.

109.    Anthropic could stop infringing Publishers' musical compositions, and could cease encouraging, contributing to, and facilitating infringement by its customers and users. Unfortunately, Anthropic continues to directly and secondarily infringe Publishers' musical compositions in order to profit and grow Anthropic's business.

110.    Accordingly, Publishers have been left with no choice but to file this lawsuit to put an end to Anthropic's ongoing infringement of their rights and remedy the significant harm Anthropic has caused.

## CLAIMS FOR RELIEF

### Count I—Direct Copyright Infringement

111.    Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 110 of this Complaint.

112.    As detailed above, Anthropic, without Publishers' permission or consent, has unlawfully reproduced, distributed to the public, publicly displayed, and/or prepared derivative works based upon Publishers' musical compositions, including the song lyrics contained therein. Such activity, which is ongoing, constitutes direct infringement by Anthropic of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

113.    A non-exhaustive, exemplary list of the musical compositions for which Publishers are the legal or beneficial copyright owners, and which Anthropic has infringed, is attached hereto as Exhibit A.

114.    Each infringement by Anthropic in and to Publishers' musical compositions constitutes a separate and distinct act of infringement.

115.    Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

116.    As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting infringement of Publishers' copyrights and exclusive rights under copyright.

117.    As a direct and proximate result of Anthropic's infringement of Publishers' copyrights and exclusive rights, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 504(b), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

118.    Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## Count II—Contributory Infringement

119.    Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 110 of this Complaint.

120.     As detailed above, the licensees and users of Anthropic's AI models, without Publishers' permission or consent, have unlawfully reproduced, distributed to the public, publicly displayed, and/or prepared derivative works based upon Publishers' musical compositions, including the song lyrics contained therein. Such activity, which is ongoing, constitutes direct infringement or an unauthorized act in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

121.     Anthropic is contributorily liable for these direct infringements by licensees and/or users of its AI models as described herein.

122.     As discussed above, Anthropic is well aware of its licensees' and users' infringing activity through its AI products. Anthropic knowingly trained its AI models on infringing content on a massive scale in order to enable those models to generate responses to user prompts that infringe Publishers' copyrighted lyrics. Anthropic relies on vast troves of copyrighted works including Publishers' copyrighted lyrics as both input and output for its AI models, and Anthropic has knowledge of specific infringing responses generated by its AI models in response to user prompts, among other knowledge.

123.     Nevertheless, Anthropic facilitates, encourages, and materially contributes to such infringement, including, without limitation, by promoting its AI models, providing access to those models through its website and its API, and hosting and transmitting known infringing content via those models.

124.     Anthropic has the means to take simple steps not to materially contribute to the specific infringing activity but fails to do so. Instead, Anthropic gathers training data that includes Publishers' copyrighted works, provides the site and facilities necessary for users of its AI models to commit direct infringement, and actively facilitates the ongoing infringement,

including via the actions described above. As a direct and proximate result, users of Anthropic's AI models have infringed Publishers' copyrights in the musical compositions.

125.    Accordingly, Anthropic is contributorily liable for the infringement of Publishers' copyrighted musical compositions, including the song lyrics contained therein, in violation of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

126.    Through the activities set forth above, among others, Anthropic designs, operates, and maintains its AI models with the object of promoting their use to infringe Publishers and other copyright owners' copyrights. As a direct and proximate result of such actions, licensees and users of Anthropic's AI models have infringed Publishers' copyrighted musical compositions. Accordingly, Anthropic is liable for inducing the infringing acts of the licensees and users of its AI models, in violation of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

127.    A non-exhaustive, exemplary list of the musical compositions for which Publishers are the legal or beneficial copyright owners, and which Anthropic has infringed, is attached hereto as Exhibit A.

128.    Each infringement of Publishers' musical compositions constitutes a separate and distinct act of infringement.

129.    Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

130.    As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law.

Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting infringement of Publishers' copyrights and exclusive rights under copyright.

131.     As a direct and proximate result of Anthropic's infringement of Publishers' copyrights and exclusive rights, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 504(b), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

132.     Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## Count III—Vicarious Infringement

133.     Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 110 of this Complaint.

134.     As detailed above, the licensees and users of Anthropic's AI models, without Publishers' permission or consent, have unlawfully reproduced, distributed to the public, publicly displayed, and/or prepared derivative works based upon Publishers' musical compositions, including the song lyrics contained therein. Such activity, which is ongoing, constitutes direct infringement or an unauthorized act in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

135.     Anthropic is vicariously liable for these direct infringements by licensees and/or users of its AI models as described herein.

136.     As discussed above, Anthropic has the legal right and practical ability to supervise and control the infringing activities that occur through and as a result of its AI models.

Anthropic has the ability to control both the input and output of its AI models based on how it develops and trains the models on an ongoing basis; it can monitor and review its AI models for harmful, infringing, or otherwise unlawful input and output; it has the ability to refine and finetune its AI models to address or remove such harmful, infringing, or otherwise unlawful input and output; it can control and limit user access to its AI models available through its website and as API (including by terminating such access altogether, pursuant to its terms of service); and it can monitor and review user interactions with its AI models, among other rights and abilities to supervise and control the infringing activities.

137.    At all relevant times, Anthropic has derived a direct financial benefit from licensees and users' infringement of Publishers' copyrighted musical compositions through Anthropic's AI models. As discussed above, Anthropic has commercialized its AI models in a number of ways, including by selling API access to commercial customers on a per-word basis. Through this pay-as-you-go subscription model, Anthropic receives revenues every time a user submits a request for Publishers' song lyrics through the API, and again every time the API generates output copying or relying on those lyrics. Among other financial benefits, Anthropic has also received billions of dollars in commercial funding in connection with the development of its AI models, and it has saved a substantial amount of money by failing to properly pay licensing fees for the use of Publishers' copyrighted lyrics.

138.    Publishers' lyrics are also a draw for licensees and users. Anthropic's AI models have value and are in high demand because of the underlying text corpus that includes Publishers' copyrighted lyrics, among other reasons. Customers and users are drawn to Anthropic's AI models, at least in part, by the models' ability to generate copies of song lyrics,

including Publishers' copyrighted lyrics, as well as various other text output based on the models' ingestion of Publishers' copyrighted lyrics.

139.    Anthropic has refused to take reasonable steps to prevent the widespread infringement by users of its AI models. As a direct and proximate result of such refusal, users of Anthropic's AI models have infringed Publishers' copyrights in the musical compositions.

140.    Accordingly, Anthropic is vicariously liable for the infringement of Publishers' copyrighted musical compositions, including the song lyrics contained therein, in violation of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

141.    A non-exhaustive, exemplary list of the musical compositions for which Publishers are the legal or beneficial copyright owners, and which Anthropic has infringed, is attached hereto as Exhibit A.

142.    Each infringement of Publishers' musical compositions constitutes a separate and distinct act of infringement.

143.    Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

144.    As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting infringement of Publishers' copyrights and exclusive rights under copyright.

145.    As a direct and proximate result of Anthropic's infringement of Publishers' copyrights and exclusive rights, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 504(b), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

146.    Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

### Count IV—Removal or Alteration of Copyright Management Information

147.    Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 110 of this Complaint.

148.    The titles of Publishers' musical compositions, the name and other identifying information about the authors of those musical compositions, and the name and other identifying information about the copyright owners of those musical compositions, including the song lyrics contained therein, constitute copyright management information under the Copyright Act, 17 U.S.C. § 1202.

149.    As detailed above, Anthropic has intentionally removed or altered copyright management information from Publishers' musical compositions, and/or distributed or imported for distribution copies of Publishers' musical compositions knowing that copyright management information has been removed or altered, without Publishers' authorization and in violation of the Copyright Act, 17 U.S.C. § 1202(b). Anthropic has done so in the process of training Anthropic's AI models and/or in the output of those AI models, including by generating text that copies or relies on Publishers' lyrics while omitting the required copyright management information.

56

150. Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

151. As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting Anthropic's unlawful activity.

152. As a direct and proximate result of Anthropic's unlawful activity, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(B). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 1203(c)(2), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

153. Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(4)-(5).

## <u>PRAYER FOR RELIEF</u>

By reason of the facts and circumstances alleged above, Publishers seek relief against Anthropic as follows:

a. Judgment on each of the claims set forth above, including that Anthropic has directly and secondarily infringed Publishers' copyrights under the Copyright Act, that Anthropic has unlawfully removed and/or altered Publishers' copyright management information in violation of the Copyright Act, and that such infringement and unlawful activity was willful;

b. An order for such equitable relief under Title 17, Title 28, and/or the Court's inherent authority as is necessary to prevent or restrain infringement of Publishers' copyrights

and removal or alteration of Publishers' copyright management information, including a
preliminary and permanent injunction requiring that Anthropic and its officers, agents, servants,
employees, attorneys, directors, successors, assigns, licensees, and all others in active concert or
participation with any of them, cease directly infringing, indirectly infringing, and/or removing
or altering copyright management information, or causing, aiding, enabling, facilitating,
encouraging, promoting, inducing, or materially contributing to or participating in the
infringement of any of Publishers' exclusive rights under copyright, including without limitation
in the musical compositions in Exhibit A;

     c.     An order requiring Anthropic to pay Publishers statutory damages in an amount
up to the maximum provided by law, arising from Anthropic's willful violations of Publishers'
rights under the Copyright Act, including in an amount up to $150,000 per work infringed,
pursuant to 17 U.S.C. § 504(c); or in the alternative, at Publishers' election, Publishers' actual
damages and Anthropic's profits from the infringement, in an amount to be proven at trial,
pursuant to 17 U.S.C. § 504(b);

     d.     An order requiring Anthropic to pay Publishers statutory damages in an amount
up to the maximum provided by law, arising from Anthropic's removal and/or alteration of
Publishers' copyright management information in violation of the Copyright Act, including in an
amount up to $25,000 per violation, pursuant to 17 U.S.C. § 1203(c)(3)(B); or in the alternative,
at Publishers' election, Publishers' actual damages and Anthropic's profits, in an amount to be
proven at trial, pursuant to 17 U.S.C. § 1203(c)(2);

     e.     An order requiring Anthropic to provide an accounting of the training data,
training methods, and known capabilities of its AI models, including requiring that Anthropic
identify the Publishers' lyrics and other copyrighted works on which it has trained its AI models,

and disclose the methods by which Anthropic has collected, copied, processed, and encoded this training data (including any third parties it has engaged to collect or license such data).

      f.      An order requiring that Anthropic destroy under the Court's supervision all infringing copies of Publishers' copyrighted works in Anthropic's possession or control, and then file a sworn report setting forth in detail the manner in which it has complied with the aforesaid order, pursuant to 17 U.S.C. § 503(b);

      g.      Publishers' reasonable attorneys' fees and costs in this action, pursuant to 17 U.S.C. § 505 and/or 17 U.S.C. § 1203(b)(4)-(5);

      h.      Pre-judgment and post-judgment interest at the applicable rate on any monetary award made part of the judgment against Anthropic; and

      i.      Such other and further relief as the Court deems proper.

## **JURY TRIAL DEMAND**

      Publishers hereby request a trial by jury.

Dated: October 18, 2023

Respectfully submitted,

*/s/ Steven A. Riley*
Steven A. Riley (No. 6258)
Tim Harvey (No. 21509)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tharvey@rjfirm.com

Matthew J. Oppenheim
Nicholas C. Hailey
Audrey Adu-Appiah
(*pro hac vice* applications to follow)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016

Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(*pro hac vice* applications to follow)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

OF COUNSEL
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(*pro hac vice* applications to follow)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: 212-790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

CONCORD MUSIC GROUP, INC., et al.

**DEFENDANTS**

ANTHROPIC PBC

**(b)** County of Residence of First Listed Plaintiff  Davidson County, TN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Francisco, CA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Steven A. Riley, Timothy Harvey, Riley & Jacobson,
PLC, 1906 West End Ave., Nashville, TN 37203, (615) +

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander Personal Injury | | ☒ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other / ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

Brief description of cause:
Claims of direct, contributory, and vicarious copyright infringement and removal/alteration of copyright management information

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
As Per 17 U.S.C. § 504

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

Oct 18, 2023

SIGNATURE OF ATTORNEY OF RECORD

s/ Steven A. Riley

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 04/21)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC.; CAPITOL CMG, INC. D/B/A ARIOSE MUSIC, D/B/A CAPITOL CMG GENESIS, D/B/A CAPITOL CMG PARAGON, D/B/A GREG NELSON MUSIC, D/B/A JUBILEE COMMUNICATIONS, INC., D/B/A MEADOWGREEN MUSIC COMPANY, D/B/A MEAUX HITS, D/B/A MEAUX MERCY, D/B/A RIVER OAKS MUSIC, D/B/A SHEPHERD'S FOLD MUSIC, D/B/A SPARROW SONG, D/B/A WORSHIP TOGETHER MUSIC, D/B/A WORSHIPTOGETHER.COM SONGS; UNIVERSAL MUSIC CORP. D/B/A ALMO MUSIC CORP., D/B/A CRITERION MUSIC CORP., D/B/A GRANITE MUSIC CORP., D/B/A IRVING MUSIC, INC., D/B/A MICHAEL H. GOLDSEN, INC., D/B/A UNIVERSAL – GEFFEN MUSIC, D/B/A UNIVERSAL MUSIC WORKS; SONGS OF UNIVERSAL, INC. D/B/A UNIVERSAL – GEFFEN AGAIN MUSIC, D/B/A UNIVERSAL TUNES; UNIVERSAL MUSIC – MGB NA LLC D/B/A MULTISONGS, D/B/A UNIVERSAL MUSIC – CAREERS, D/B/A UNIVERSAL MUSIC – MGB SONGS; POLYGRAM PUBLISHING, INC. D/B/A UNIVERSAL – POLYGRAM INTERNATIONAL TUNES, INC., D/B/A UNIVERSAL – POLYGRAM INTERNATIONAL PUBLISHING, INC., D/B/A UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; UNIVERSAL MUSIC – Z TUNES LLC D/B/A NEW SPRING PUBLISHING, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON PUBLISHING, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON SONGS, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON TUNES, D/B/A UNIVERSAL MUSIC – Z MELODIES, | Case No. _____  **COMPLAINT AND DEMAND FOR JURY TRIAL** |

D/B/A UNIVERSAL MUSIC – Z SONGS; and
ABKCO MUSIC, INC.,

        Plaintiffs,

        v.

ANTHROPIC PBC,

        Defendant.

## ATTACHMENT TO CIVIL COVER SHEET

The Plaintiffs in this matter are as follows:

1. Concord Music Group, Inc.;

2. Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a Worshiptogether.com Songs;

3. Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works;

4. Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes;

5. Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music – MGB Songs;

6. Polygram Publishing, Inc. d/b/a Universal – Polygram International Tunes, Inc., d/b/a Universal – Polygram International Publishing, Inc., d/b/a Universal – Songs of Polygram International Inc.;

7. Universal Music – Z Tunes LLC d/b/a New Spring Publishing, d/b/a Universal Music – Brentwood Benson Publishing, d/b/a Universal Music – Brentwood Benson Songs, d/b/a Universal Music – Brentwood Benson Tunes, d/b/a Universal Music – Z Melodies, d/b/a Universal Music – Z Songs; and

8. ABKCO Music, Inc.

# EXHIBIT A

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 1 | 7 RINGS | Concord Music Group, Inc. | PA0002187265 |
| 2 | CENTURIES | Concord Music Group, Inc. | PA0001961647 |
| 3 | DANCING WITH A STRANGER | Concord Music Group, Inc. | PA0002185007 |
| 4 | DIAMONDS | Concord Music Group, Inc. | PA0001845153 |
| 5 | DIE YOUNG | Concord Music Group, Inc. | PA0001850818 |
| 6 | DONTTRUSTME | Concord Music Group, Inc. | PA0001653773 |
| 7 | DUSK TILL DAWN | Concord Music Group, Inc. | PA0002185366 |
| 8 | GRENADE | Concord Music Group, Inc. | PA0002182938 |
| 9 | HALO | Concord Music Group, Inc. | PA0001642019; PA0001682642 |
| 10 | HIPS DON'T LIE | Concord Music Group, Inc. | PA0001367687; PAu003149121 |
| 11 | KICKSTART MY HEART | Concord Music Group, Inc. | PA0000440232 |
| 12 | LAST FRIDAY NIGHT (T.G.I.F.) | Concord Music Group, Inc. | PA0001711655; PA0001396980; PA0001753637 |
| 13 | LOVE YOU LIKE A LOVE SONG | Concord Music Group, Inc. | PA0001869961 |
| 14 | MAPS | Concord Music Group, Inc. | PA0001947799 |
| 15 | MARRY ME | Concord Music Group, Inc. | PA0002120132; PA0002138910; PA0002130922 |
| 16 | ME AND MY BROKEN HEART | Concord Music Group, Inc. | PA0001959686 |
| 17 | MEANT TO BE | Concord Music Group, Inc. | PA0002105522 |
| 18 | NOTHING BREAKS LIKE A HEART | Concord Music Group, Inc. | PA0002182042 |
| 19 | ROAR | Concord Music Group, Inc. | PA0001860200 |
| 20 | RUMOUR HAS IT | Concord Music Group, Inc. | PA0001738213 |
| 21 | SOMEBODY ELSE | Concord Music Group, Inc. | PA0002015511 |
| 22 | TIK TOK | Concord Music Group, Inc. | PA0001688442 |
| 23 | TIME AFTER TIME | Concord Music Group, Inc. | PA0000238686; PA0000299757 |
| 24 | TURNING TABLES | Concord Music Group, Inc. | PA0001738213 |
| 25 | UNSTOPPABLE | Concord Music Group, Inc. | PA0002134877 |
| 26 | UPTOWN FUNK | Concord Music Group, Inc. | PA0001938200 |
| 27 | WHAT A WONDERFUL WORLD | Concord Music Group, Inc. | EU0000010029; RE0000689584; RE0000704744 |
| 28 | ADORE YOU | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250803; PA0002265129 |
| 29 | BLEEDING LOVE | Concord Music Group, Inc.; Universal Music Corp. | PA0001613694 |
| 30 | CALIFORNIA GURLS | Concord Music Group, Inc.; Universal Music Corp. | PA0001711654; PA0001396981; PA0001734423 |
| 31 | GOLDEN | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250726; PA0002265133 |
| 32 | HUMBLE AND KIND | Concord Music Group, Inc.; Songs Of Universal, Inc. | PA0002032466; PA0002130282 |
| 33 | MOVES LIKE JAGGER | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001801572 |
| 34 | PAYPHONE | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001824573; PA0001849242 |
| 35 | SIGN OF THE TIMES | Concord Music Group, Inc.; Universal Music Corp. | PA0002085488 |
| 36 | STAY | Concord Music Group, Inc.; Songs Of Universal, Inc. | PA0002316799; PA0002345926; PA0002370561 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 37 | STEREO HEARTS | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001806415 |
| 38 | WANNABE | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0000823685 |
| 39 | WATERMELON SUGAR | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250681; PA0002265071 |
| 40 | WE BUILT THIS CITY | Concord Music Group, Inc.; Universal Music - MGB NA LLC | PA0000265529; PA0000264311 |
| 41 | A CHANGE IS GONNA COME | ABKCO Music, Inc. | EU0000816632; RE0000570151 |
| 42 | ANOTHER SATURDAY NIGHT | ABKCO Music, Inc. | EU0000766723; RE0000516155 |
| 43 | BITTERSWEET SYMPHONY | ABKCO Music, Inc. | PAu002199365 |
| 44 | BRING IT ON HOME TO ME | ABKCO Music, Inc. | EU0000719893; RE0000475464; EP0000166883; RE0000475432 |
| 45 | BROWN SUGAR | ABKCO Music, Inc. | EU0000235987 |
| 46 | CUPID | ABKCO Music, Inc. | EU0000668349; RE0000446794 |
| 47 | DEAD FLOWERS | ABKCO Music, Inc. | EP0000289677 |
| 48 | GIMME SHELTER | ABKCO Music, Inc. | EU0000154592 |
| 49 | HONKY TONK WOMEN | ABKCO Music, Inc. | EU0000125715 |
| 50 | IT'S ALL OVER NOW | ABKCO Music, Inc. | EU0000824981; RE0000570496 |
| 51 | JUMPIN' JACK FLASH | ABKCO Music, Inc. | EU0000053487 |
| 52 | MAMA SAID | ABKCO Music, Inc. | EU0000655257; RE0000446770 |
| 53 | MOONLIGHT MILE | ABKCO Music, Inc. | EP0000289679 |
| 54 | PLAY WITH FIRE | ABKCO Music, Inc. | EU0000874314; PAu001489708 |
| 55 | SALT OF THE EARTH, THE | ABKCO Music, Inc. | EU0000084522 |
| 56 | SHE'S A RAINBOW | ABKCO Music, Inc. | EU0000031919 |
| 57 | SHINE A LIGHT | ABKCO Music, Inc. | EU0000326812 |
| 58 | STREET FIGHTING MAN | ABKCO Music, Inc. | EU0000070720 |
| 59 | SYMPATHY FOR THE DEVIL | ABKCO Music, Inc. | EU0000075421 |
| 60 | TWISTIN' THE NIGHT AWAY | ABKCO Music, Inc. | EU0000701315; RE0000475433 |
| 61 | WILD HORSES | ABKCO Music, Inc. | EU0000180744 |
| 62 | WONDERFUL WORLD | ABKCO Music, Inc. | EU0000567694; RE0000361641 |
| 63 | YOU CAN'T ALWAYS GET WHAT YOU WANT | ABKCO Music, Inc. | EU0000099333 |
| 64 | YOU SEND ME | ABKCO Music, Inc. | EU0000491316; RE0000233851 |
| 65 | WE BELONG TOGETHER | ABKCO Music, Inc.; Universal Music - MGB NA LLC | PA0001162027; PA0001163150 |
| 66 | (SITTIN' ON) THE DOCK OF THE BAY | Universal Music Corp. | EU0000033492; RE0000760653; PAu002069906 |
| 67 | 10,000 REASONS (BLESS THE LORD) | Capitol CMG, Inc. | PA0001751588 |
| 68 | A BEAUTIFUL LIE | Universal Music - Z Tunes LLC | PA0001630062 |
| 69 | A FOREST | Universal Music - MGB NA LLC | PA0000194922 |
| 70 | A PLACE FOR MY HEAD | Universal Music - Z Tunes LLC | PA0001092514 |
| 71 | A THOUSAND MILES | Songs of Universal, Inc. | PA0001102367 |
| 72 | ACHY BREAKY HEART | Polygram Publishing, Inc. | PA0000534864 |
| 73 | AIN'T NO SUNSHINE | Songs of Universal, Inc. | EU0000243844; RE0000827146 |
| 74 | AJA | Universal Music Corp. | EU0000811347; RE0000910216 |
| 75 | ALL ALONG THE WATCHTOWER | Songs of Universal, Inc. | EU0000032648; RE0000739070 |
| 76 | ALL I REALLY WANT TO DO | Songs of Universal, Inc. | EU0000848258; RE0000588423; EP0000195706; RE0000588403 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 77 | ALL I WANTED | Capitol CMG, Inc. | PA0001676908 |
| 78 | ALWAYS | Universal Music Corp. | PA0001243938 |
| 79 | ALWAYS | Capitol CMG, Inc. | PA0001766253 |
| 80 | AMERICAN GIRL | Universal Music Corp. | EU0000721156; RE0000890825 |
| 81 | AMERICAN PIE | Songs of Universal, Inc. | EU0000284299; RE0000803730 |
| 82 | ANACONDA | Songs of Universal, Inc. | PA0002062630 |
| 83 | ANARCHY IN THE U.K. | Universal Music - MGB NA LLC; Polygram Publishing, Inc. | EU0000853584; PAu001125351; RE0000932107; PA0000369943 |
| 84 | AND I AM TELLING YOU I'M NOT GOING | Universal Music Corp.; Songs of Universal, Inc. | PAu000365845; PAu000395732; PAu000440080 |
| 85 | AND I LOVE YOU SO | Songs of Universal, Inc. | EU0000201220; RE0000771158; EP0000311666; RE0000829100 |
| 86 | ANGEL | Polygram Publishing, Inc. | PA0000342822 |
| 87 | ANGEL EYES | Universal Music - MGB NA LLC | PA0000385332 |
| 88 | ANGELES | Universal Music - MGB NA LLC | PA0000859623 |
| 89 | ANGELS | Polygram Publishing, Inc. | PA0001816076 |
| 90 | ANY MAJOR DUDE WILL TELL YOU | Universal Music Corp. | EU0000469050; RE0000854810 |
| 91 | AS THE DEER | Universal Music - Z Tunes LLC | PA0000315393 |
| 92 | AT THE CROSS (LOVE RAN RED) | Capitol CMG, Inc.; Universal Music - Z Tunes LLC | PA0001910159 |
| 93 | ATTACK | Universal Music - Z Tunes LLC | PA0001630069 |
| 94 | AWAKE MY SOUL | Polygram Publishing, Inc. | PA0001932490 |
| 95 | AWAY FROM THE SUN | Songs of Universal, Inc. | PA0001120567 |
| 96 | BABY BABY | Universal Music - Z Tunes LLC | PA0000512809 |
| 97 | BACK AT ONE | Polygram Publishing, Inc. | PA0001203871 |
| 98 | BALLAD OF A THIN MAN | Songs of Universal, Inc. | EU0000903127; RE0000647444 |
| 99 | BALLROOM BLITZ | Universal Music - MGB NA LLC | PAu000066844 |
| 100 | BARRACUDA | Universal Music Corp.; Universal Music - MGB NA LLC | EU0000791168; RE0000910167; EU0000789263; RE0000910161 |
| 101 | BEAUTIFUL THINGS | Capitol CMG, Inc. | PA0001734874 |
| 102 | BECAUSE I GOT HIGH | Universal Music Corp. | PA0001123416 |
| 103 | BENNIE AND THE JETS | Polygram Publishing, Inc. | EFO000170947; RE0000838312 |
| 104 | BEST THING THAT EVER HAPPENED TO ME | Polygram Publishing, Inc. | EU0000376780; RE0000823172 |
| 105 | BLEED IT OUT | Universal Music - Z Tunes LLC | PA0001602887; PA0001167572 |
| 106 | BLEEDING OUT | Songs of Universal, Inc. | PA0001816018 |
| 107 | BLESS THE BROKEN ROAD | Universal Music - MGB NA LLC | PA0000734451 |
| 108 | BLOWIN' IN THE WIND | Songs of Universal, Inc. | EU0000731107; RE0000481471 |
| 109 | BODHISATTVA | Universal Music Corp. | EU0000416548; RE0000837424 |
| 110 | BONFIRE | Songs of Universal, Inc. | PA0001773709 |
| 111 | BOOGIE WOOGIE BUGLE BOY | Universal Music Corp. | EU0000238602; R00000425178 |
| 112 | BORN TO BE WILD | Songs of Universal, Inc. | EU0000035989; RE0000722455 |
| 113 | BOYS DON'T CRY | Universal Music - MGB NA LLC | PA0000205033 |
| 114 | BREAK STUFF | Universal Music - Z Tunes LLC | PA0001021053 |
| 115 | BREAKFAST IN AMERICA | Universal Music Corp. | PA0000032062 |
| 116 | BREAKING THE HABIT | Universal Music - Z Tunes LLC | PA0001256418 |
| 117 | BREAKING UP IS HARD TO DO | Universal Music - MGB NA LLC | EP0000165278; RE0000501238; RE0000491450; EU0000724459; RE0000491465; RE0000501221 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 118 | BREATHE ME | Universal Music - MGB NA LLC | PA0001164903; PA0001338526 |
| 119 | BREATHING | Universal Music - MGB NA LLC | PA0001158186 |
| 120 | BRIMFUL OF ASHA | Polygram Publishing, Inc. | PA0000988476 |
| 121 | BUILD MY LIFE | Capitol CMG, Inc. | PA0002076039 |
| 122 | BURN IT DOWN | Universal Music - Z Tunes LLC | PA0001805742 |
| 123 | BURNING IN THE SKIES | Universal Music - Z Tunes LLC | PA0001725616 |
| 124 | BY MYSELF | Universal Music - Z Tunes LLC | PA0001092512 |
| 125 | CALIFORNIA DREAMIN' | Universal Music Corp. | EU0000918773; RE0000635860 |
| 126 | CALIFORNIA GIRLS | Universal Music Corp. | EU0000890216; RE0000610581; PAu002079518; EU0000212915; RE0000775518; PAu002079809 |
| 127 | CAN'T GET YOU OUT OF MY HEAD | Universal Music Corp. | PA0001136727 |
| 128 | CANDLE IN THE WIND | Polygram Publishing, Inc. | EFO000170947; RE0000838312 |
| 129 | CASTLE OF GLASS | Universal Music - Z Tunes LLC | PA0001805745 |
| 130 | CHASING CARS | Polygram Publishing, Inc. | PA0001990266 |
| 131 | CHEEK TO CHEEK | Universal Music Corp. | EU0000097144; R000000289527 |
| 132 | CHILDREN'S STORY | Songs of Universal, Inc. | PA0000449656 |
| 133 | CHRISTMAS LIGHTS | Universal Music - MGB NA LLC | PA0001969616 |
| 134 | CLOSER | Universal Music - Z Tunes LLC | PA0001395685 |
| 135 | CLOSER TO FINE | Songs of Universal, Inc. | PA0000451204 |
| 136 | COLORS | Songs of Universal, Inc. | PA0002059980 |
| 137 | COME AS YOU ARE | Capitol CMG, Inc. | PA0001910192 |
| 138 | COME SAIL AWAY | Universal Music Corp. | EU0000828640; RE0000910690 |
| 139 | COMING HOME | Songs of Universal, Inc.; Universal Music - Z Tunes LLC | PA0001751168 |
| 140 | CONTROL | Songs of Universal, Inc. | PA0002060006 |
| 141 | COPACABANA | Songs of Universal, Inc.; Universal Music - MGB NA LLC | PAu000009986 |
| 142 | COSMIC LOVE | Polygram Publishing, Inc. | PA0001892799 |
| 143 | COURT OF THE CRIMSON KING | Universal Music - MGB NA LLC | EU0000148405; RE0000755409 |
| 144 | COWARD OF THE COUNTY | Universal Music Corp.; Universal Music - MGB NA LLC | PA0000039661 |
| 145 | CRAWLING | Universal Music - Z Tunes LLC | PA0001092510 |
| 146 | CROCODILE ROCK | Polygram Publishing, Inc. | EFO000159444; RE0000822540 |
| 147 | CRUEL TO BE KIND | Universal Music - MGB NA LLC | PA0000022753 |
| 148 | DADDY SANG BASS | Polygram Publishing, Inc. | EU0000088125; RE0000723367; EP0000377413; RE0000750614 |
| 149 | DARE YOU TO MOVE (I DARE YOU TO MOVE) | Capitol CMG, Inc. | PA0001044236 |
| 150 | DE DO DO DO, DE DA DA DA | Songs of Universal, Inc. | PA0000089745 |
| 151 | DEACON BLUES | Universal Music Corp. | EU0000811348; RE0000910217; PA0000003182 |
| 152 | DEMONS | Songs of Universal, Inc. | PA0001796478 |
| 153 | DESERT ROSE | Songs of Universal, Inc. | PA0000976583; PA0001038417; PA0001074378 |
| 154 | DESOLATION ROW | Songs of Universal, Inc. | EU0000905799; RE0000647455 |
| 155 | DISTURBIA | Songs of Universal, Inc.; Universal Music Corp. | PA0001692669 |
| 156 | DO IT AGAIN | Universal Music Corp. | EU0000353004; RE0000823108 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 157 | DO WAH DIDDY DIDDY | Polygram Publishing, Inc. | EU0000796084; RE0000529632; EP0000193467; RE0000585084 |
| 158 | DOG DAYS ARE OVER | Polygram Publishing, Inc. | PA0001892802 |
| 159 | DON'T CRY FOR ME ARGENTINA | Universal Music Corp. | EF0000041481; RE0000891073 |
| 160 | DON'T MIND | Songs of Universal, Inc.; Universal Music - Z Tunes LLC | PA0002047004; PA0002048732 |
| 161 | DON'T STAND SO CLOSE TO ME | Songs of Universal, Inc. | PA0000089740 |
| 162 | DON'T STAY | Universal Music - Z Tunes LLC | PA0001256411 |
| 163 | DON'T STOP | Universal Music - MGB NA LLC | EU0000713074; RE0000904499; EP0000373131 |
| 164 | DON'T WORRY BABY | Universal Music Corp.; Universal Music - MGB NA LLC | EU0000818195; RE0000604378; RE0000574344 |
| 165 | DRIFT AWAY | Universal Music Corp. | EP0000312071; PA0000790342; EU0000331792; PAu002121140; RE0000816855 |
| 166 | EASIER TO RUN | Universal Music - Z Tunes LLC | PA0001256414 |
| 167 | ENGLISHMAN IN NEW YORK | Songs of Universal, Inc. | PA0000351652; PA0001038425 |
| 168 | EVER FALLEN IN LOVE WITH SOMEONE YOU SHOULDN'T'VE | Universal Music - MGB NA LLC | PA0000067070 |
| 169 | EVERGLOW | Universal Music - MGB NA LLC | PA0002031153 |
| 170 | EVERY BREATH YOU TAKE | Songs of Universal, Inc. | PA0000201652; PA0001038430 |
| 171 | EVERY GRAIN OF SAND | Songs of Universal, Inc. | PAu000237620; PA0000115557 |
| 172 | EVERY LITTLE THING SHE DOES IS MAGIC | Songs of Universal, Inc. | PA0000127302 |
| 173 | EVERY TEARDROP IS A WATERFALL | Universal Music - MGB NA LLC; Universal Music Corp. | PA0001766995 |
| 174 | EVERYWHERE | Universal Music - MGB NA LLC | PAu000853444; PA0000332445 |
| 175 | EYE IN THE SKY | Universal Music - MGB NA LLC | PA0000144130 |
| 176 | FACE DOWN | Songs of Universal, Inc. | PA0001376457 |
| 177 | FAINT | Universal Music - Z Tunes LLC | PA0001256417 |
| 178 | FATHER OF MINE | Songs of Universal, Inc.; Universal Music Corp. | PA0000873792 |
| 179 | FERRY 'CROSS THE MERSEY | Polygram Publishing, Inc. | EFO000104733; RE0000573321 |
| 180 | FIELDS OF GOLD | Songs of Universal, Inc. | PA0000618389; PA0001038420 |
| 181 | FIREFLIES | Universal Music Corp. | PA0001692976 |
| 182 | FIX YOU | Universal Music - MGB NA LLC | PA0001700422 |
| 183 | FLAVOR OF THE WEEK | Universal Music - MGB NA LLC | PA0000981396 |
| 184 | FLY | Songs of Universal, Inc. | PA0001745306 |
| 185 | FOR THE FIRST TIME | Universal Music - Z Tunes LLC | PA0001746223 |
| 186 | FOR THE GOOD TIMES | Universal Music - MGB NA LLC | EP0000248830; RE0000718330 |
| 187 | FOREVER | Songs of Universal, Inc.; Universal Music Corp. | PA0001677037 |
| 188 | FORGOTTEN | Universal Music - Z Tunes LLC | PA0001092515 |
| 189 | FRAGILE | Songs of Universal, Inc. | PA0000351655; PA0001038440 |
| 190 | FREE BIRD | Songs of Universal, Inc. | EU0000450840; RE0000838872; RE0000852176 |
| 191 | FRESH PRINCE OF BEL-AIR | Universal Music - Z Tunes LLC | PAu001887849 |
| 192 | FRIDAY I'M IN LOVE | Universal Music - MGB NA LLC | PA0001073351 |
| 193 | FRIENDS | Capitol CMG, Inc. | PA0000154225 |
| 194 | FRIENDS IN LOW PLACES | Universal Music - MGB NA LLC | PA0000485587 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 195 | FROM THE BOTTOM OF MY BROKEN HEART | Universal Music - Z Tunes LLC | PA0000932241 |
| 196 | FROM THE INSIDE | Universal Music - Z Tunes LLC | PA0001256421 |
| 197 | FUN, FUN, FUN | Universal Music Corp. | EU0000807824; RE0000574318 |
| 198 | GIMME SOME LOVIN' | Polygram Publishing, Inc. | EF0000031746; RE0000657899 |
| 199 | GIMME THREE STEPS | Songs of Universal, Inc. | EU0000448562; RE0000851733 |
| 200 | GIRLS JUST WANNA HAVE FUN | Universal Music - MGB NA LLC | PA0000532922 |
| 201 | GIVEN UP | Universal Music - Z Tunes LLC | PA0001167570; PA0001602906 |
| 202 | GOD MUST HAVE SPENT A LITTLE MORE TIME ON YOU | Songs of Universal, Inc. | PA0000982175 |
| 203 | GOD OF WONDERS | Capitol CMG, Inc.; Universal Music - Z Tunes LLC | PA0001305795 |
| 204 | GOD ONLY KNOWS | Universal Music Corp. | EU0000948189; RE0000662431 |
| 205 | GOD SAVE THE QUEEN (NO FUTURE) | Universal Music - MGB NA LLC | PAu001125349 |
| 206 | GOOD GOOD FATHER | Capitol CMG, Inc. | PA0002296837 |
| 207 | GOOD VIBRATIONS | Universal Music Corp. | EU0000964030; RE0000654512 |
| 208 | GOODBYE YELLOW BRICK ROAD | Polygram Publishing, Inc. | EF0000170947; RE0000838312 |
| 209 | GOODNESS OF GOD | Capitol CMG, Inc. | PA0002394586; PA0002186334 |
| 210 | GOTTA SERVE SOMEBODY | Songs of Universal, Inc. | PAu000110766; PAu000137092 |
| 211 | GRANDMA'S HANDS | Songs of Universal, Inc. | EU0000243847; RE0000827149 |
| 212 | GREAT IS THE LORD | Capitol CMG, Inc. | PA0000158291 |
| 213 | GREEN EYES | Universal Music - MGB NA LLC | PA0001073305 |
| 214 | GYPSYS, TRAMPS AND CHEERS | Universal Music - MGB NA LLC | EU0000271991; RE0000728553 |
| 215 | HALL OF FAME | Universal Music - Z Tunes LLC | PA0001828622 |
| 216 | HARD TO SAY I'M SORRY | Universal Music - MGB NA LLC | PA0000142242; PA0000150388 |
| 217 | HARDER TO BREATHE | Universal Music - MGB NA LLC | PA0001073084 |
| 218 | HATE THAT I LOVE YOU | Universal Music - Z Tunes LLC | PA0001641335 |
| 219 | HAVE A LITTLE FAITH IN ME | Universal Music - MGB NA LLC | PA0000343117 |
| 220 | HE IS EXALTED | Capitol CMG, Inc. | PA0000296457 |
| 221 | HE REIGNS | Capitol CMG, Inc. | PA0001226974 |
| 222 | HELLO AGAIN | Songs of Universal, Inc.; Universal Music Corp. | PAu000193778; PA0000506680 |
| 223 | HELP ME RHONDA | Universal Music Corp. | EU0000868745; RE0000610558; PAu002079506 |
| 224 | HEMORRHAGE (IN MY HANDS) | Polygram Publishing, Inc. | PA0001025282; PA0001103603 |
| 225 | HERE | Songs of Universal, Inc.; Universal Music Corp. | PA0002049195 |
| 226 | HERE WITHOUT YOU | Songs of Universal, Inc. | PA0001120571 |
| 227 | HERE'S MY HEART | Capitol CMG, Inc. | PA0001839539 |
| 228 | HIGHWAY 61 REVISITED | Songs of Universal, Inc. | EU0000903131; RE0000647447 |
| 229 | HOLD ON LOOSELY | Universal Music - MGB NA LLC | PA0000106829 |
| 230 | HOUSE AT POOH CORNER | Universal Music Corp. | EU0000104835; RE0000749927 |
| 231 | HOW GREAT IS OUR GOD | Capitol CMG, Inc. | PA0001299530 |
| 232 | HOW SOON IS NOW | Polygram Publishing, Inc. | PA0000243097 |
| 233 | HURRICANE | Songs of Universal, Inc. | EU0000613348; EU0000633490 |
| 234 | HURRICANE | Universal Music - Z Tunes LLC | PA0002076980 |
| 235 | I AM NOT ALONE | Capitol CMG, Inc. | PA0001903579 |
| 236 | I AM WOMAN | Universal Music Corp. | EU0000264747; RE0000799367 |
| 237 | I AM...I SAID | Songs of Universal, Inc. | EU0000239274; RE0000797642 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 238 | I BELIEVE I CAN FLY | Universal Music - Z Tunes LLC | PA0000848248 |
| 239 | I BET MY LIFE | Songs of Universal, Inc. | PA0001938182; PA0001999963 |
| 240 | I CAN LOVE YOU BETTER | Polygram Publishing, Inc. | PA0000545908 |
| 241 | I CAN'T MAKE YOU LOVE ME | Universal Music Corp.; Universal Music - MGB NA LLC | PA0000535292 |
| 242 | I CAN'T STAND THE RAIN | Universal Music Corp. | EU0000420732; RE0000837101; PAu001165939 |
| 243 | I DON'T KNOW HOW TO LOVE HIM | Universal Music Corp. | EU0000219295; RE0000778056 |
| 244 | I GET AROUND | Universal Music Corp. | EU0000821071; RE0000574324; PAu002079503 |
| 245 | I HATE MYSELF FOR LOVING YOU | Songs of Universal, Inc.; Polygram Publishing, Inc. | PA0000391570; PA0000419420; PAu001029900 |
| 246 | I LOVE THE WAY YOU LOVE ME | Universal Music - MGB NA LLC | PAu001650145; PA0000713657 |
| 247 | I MISS YOU | Universal Music Corp. | PA0001243932 |
| 248 | I NEED YOU | Capitol CMG, Inc. | PA0000991416 |
| 249 | I STAND ALONE | Universal Music Corp. | PA0001227288; PA0001212305 |
| 250 | I WANT CRAZY | Songs of Universal, Inc. | PA0001856536 |
| 251 | I WILL BE HERE | Capitol CMG, Inc.; Universal Music - Z Tunes LLC | PA0000454569 |
| 252 | I WILL RISE | Capitol CMG, Inc. | PA0001623041 |
| 253 | I WILL SURVIVE | Polygram Publishing, Inc. | PAu000047934; PAu000129011; PA0000041104 |
| 254 | I WILL WAIT | Polygram Publishing, Inc. | PA0001818830 |
| 255 | I WON'T DANCE | Polygram Publishing, Inc. | EP0000046848; R00000291379; R00000291158 |
| 256 | I'LL NEVER BREAK YOUR HEART | Universal Music - Z Tunes LLC | PA0000859260; PA0000949897 |
| 257 | I'LL NEVER SMILE AGAIN | Universal Music Corp. | EU0000202771; R00000392686 |
| 258 | I'M A BELIEVER | Songs of Universal, Inc. | EP0000229124; RE0000653597; EU0000968474; RE0000653692 |
| 259 | I'M N LUV (WIT A STRIPPER) FEATURING MIKE JONES | Universal Music - Z Tunes LLC | PA0001396315 |
| 260 | IF I EVER LOSE MY FAITH IN YOU | Songs of Universal, Inc. | PA0000618388; PA0001038452 |
| 261 | IF YOU LEAVE ME NOW | Universal Music - MGB NA LLC | EU0000694744; RE0000904428 |
| 262 | IN MY PLACE | Universal Music - MGB NA LLC | PA0001073301 |
| 263 | IN THE END | Universal Music - Z Tunes LLC | PA0001092513 |
| 264 | INBETWEEN DAYS | Universal Music - MGB NA LLC | PA0000279383 |
| 265 | INDESCRIBABLE | Capitol CMG, Inc. | PA0001299529 |
| 266 | IRIDESCENT | Universal Music - Z Tunes LLC | PA0001725626 |
| 267 | IT'S ALL COMING BACK TO ME NOW | Polygram Publishing, Inc. | PAu001953216; PA0000787517 |
| 268 | IT'S ALL OVER NOW, BABY BLUE | Songs of Universal, Inc. | EU0000874587; RE0000647437; EP0000202991; RE0000647469 |
| 269 | IT'S ALRIGHT, MA (I'M ONLY BLEEDING) | Songs of Universal, Inc. | EU0000874591; RE0000647441; EP0000202990; RE0000647468; EP0000223904; RE0000684773 |
| 270 | IT'S TIME | Songs of Universal, Inc. | PA0001796482 |
| 271 | JESUS MESSIAH | Capitol CMG, Inc. | PA0001623039 |
| 272 | JOKERMAN | Songs of Universal, Inc. | PAu000531924; PA0000191286 |
| 273 | JOY TO THE WORLD | Universal Music Corp. | EU0000218428; RE0000775044; EP0000284915; RE0000643916 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 274 | JUST LIKE A WOMAN | Songs of Universal, Inc. | EU0000930913; RE0000684782; EP0000221661; RE0000684766 |
| 275 | JUST LIKE HEAVEN | Universal Music - MGB NA LLC | PA0000344486 |
| 276 | JUST LIKE TOM THUMB'S BLUES | Songs of Universal, Inc. | EU0000903129; RE0000647445 |
| 277 | JUST ONE LOOK | Universal Music - MGB NA LLC | EU0000761806; RE0000530731 |
| 278 | KID CHARLEMAGNE | Universal Music Corp. | EU0000679291; RE0000891480 |
| 279 | KING OF PAIN | Songs of Universal, Inc. | PA0000201653; PA0001038431 |
| 280 | KINGS AND QUEENS | Universal Music - Z Tunes LLC | PA0002076506 |
| 281 | KRYPTONITE | Songs of Universal, Inc. | PA0000999801 |
| 282 | LAMB OF GOD | Capitol CMG, Inc. | PA0000296457 |
| 283 | LATCH | Polygram Publishing, Inc. | PA0001916095 |
| 284 | LEAN ON ME | Songs of Universal, Inc. | EP0000304954; RE0000832582 |
| 285 | LEAVE OUT ALL THE REST | Universal Music - Z Tunes LLC | PA0001167571 |
| 286 | LET YOU DOWN | Capitol CMG, Inc. | PA0002222190 |
| 287 | LET'S FACE THE MUSIC AND DANCE | Universal Music Corp. | EU0000105690; R00000301275; EP0000052756; R00000313962 |
| 288 | LET'S GET TOGETHER | Universal Music Corp. | EU0000778381; RE0000518243 |
| 289 | LET'S STAY TOGETHER | Universal Music Corp. | EU0000287623; RE0000799562 |
| 290 | LETTERS FROM HOME | Universal Music - MGB NA LLC | PA0001159374; PA0001160515; PA0001166509 |
| 291 | LIFE IS A HIGHWAY | Universal Music Corp. | PA0000683569 |
| 292 | LIGHTNING CRASHES | Universal Music - MGB NA LLC | PA0000720664 |
| 293 | LIKE A ROLLING STONE | Songs of Universal, Inc. | EP0000205564; RE0000640124 |
| 294 | LITTLE DEUCE COUPE | Universal Music Corp.; Universal Music - MGB NA LLC | EU0000783375; RE0000575772; EU0000783375; RE0000575773; EU0000783375; RE0000525573 |
| 295 | LITTLE LIES | Universal Music - MGB NA LLC | PA0000332449; PA0000391430 |
| 296 | LITTLE LION MAN | Polygram Publishing, Inc. | PA0001932483 |
| 297 | LONG COOL WOMAN IN A BLACK DRESS | Polygram Publishing, Inc. | EU0000349588; RE0000825602 |
| 298 | LORD, I NEED YOU | Capitol CMG, Inc. | PA0001734765 |
| 299 | LOVE IS ALL AROUND | Polygram Publishing, Inc. | EF0000124632; RE0000698430 |
| 300 | LOVE MINUS ZERO/NO LIMIT | Songs of Universal, Inc. | EU0000874590; RE0000647440; EP0000202992; RE0000647470 |
| 301 | LOVESONG | Universal Music - MGB NA LLC | PA0001073355 |
| 302 | LUCKENBACH TEXAS (BACK TO THE BASICS OF LOVE) | Polygram Publishing, Inc. | EP0000367087; RE0000909980 |
| 303 | LYING FROM YOU | Universal Music - Z Tunes LLC | PA0001256415 |
| 304 | MACARTHUR PARK | Polygram Publishing, Inc. | EU0000049691; RE0000723251; |
| 305 | MAD | Universal Music - Z Tunes LLC | PA0001395687 |
| 306 | MAGIC | Universal Music - MGB NA LLC | PA0001916029 |
| 307 | MAGIC CARPET RIDE | Songs of Universal, Inc. | EU0000083717; RE0000730472 |
| 308 | MASTERS OF WAR | Songs of Universal, Inc. | EU0000765995; RE0000529553; EP0000178108; RE0000529581 |
| 309 | MEANT TO LIVE | Capitol CMG, Inc. | PA0001227016 |
| 310 | MERRY CHRISTMAS DARLING | Universal Music Corp. | EP0000281386; RE0000774636; PA0000856789 |
| 311 | MESSAGE IN A BOTTLE | Songs of Universal, Inc. | PA0000069032 |
| 312 | MIDNIGHT | Universal Music - MGB NA LLC | PA0001916020 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 313 | MIDNIGHT TRAIN TO GEORGIA | Polygram Publishing, Inc. | EU0000287454; RE0000802289; EP0000311363; RE0000835032 |
| 314 | MILKSHAKE | Universal Music - MGB NA LLC | PA0001158349; PA0001158583 |
| 315 | MISERY | Universal Music - MGB NA LLC | PA0001726265 |
| 316 | MISS INDEPENDENT | Universal Music - Z Tunes LLC | PA0001395688 |
| 317 | MONA LISAS AND MAD HATTERS | Polygram Publishing, Inc. | EF0000157243; RE0000822534 |
| 318 | MONDAY MONDAY | Universal Music Corp. | EU0000922884; RE0000705550; EP0000220921; RE0000705546 |
| 319 | MOONLIGHT IN VERMONT | Universal Music Corp. | EU0000395533; R0000515635 |
| 320 | MOVE ALONG | Universal Music - MGB NA LLC | PA0001203496 |
| 321 | MR. TAMBOURINE MAN | Songs of Universal, Inc. | EP0000202671; RE0000647466; EU0000848210; RE0000588389 |
| 322 | MY BACK PAGES | Songs of Universal, Inc. | EU0000848264; RE0000588408; EP0000195713; RE0000588391 |
| 323 | MY BEST FRIEND | Universal Music - MGB NA LLC | PA0000964541 |
| 324 | MY DECEMBER | Universal Music - Z Tunes LLC | PA0001054030 |
| 325 | MY OLD SCHOOL | Universal Music Corp. | EU0000416546; RE0000837422 |
| 326 | NEVER BE ALONE | Songs of Universal, Inc.; Universal Music Corp. | PA0001984359 |
| 327 | NEVER BEEN TO SPAIN | Universal Music Corp. | EU0000218427; RE0000775043 |
| 328 | NEW DIVIDE | Universal Music - Z Tunes LLC | PA0001677173 |
| 329 | NEXT TO ME | Songs of Universal, Inc. | PA0002396886 |
| 330 | NO AIR | Universal Music - MGB NA LLC; Universal Music Corp. | PA0001653567 |
| 331 | NO DIGGITY | Universal Music - Z Tunes LLC | PA0000839312 |
| 332 | NO LIGHT, NO LIGHT | Polygram Publishing, Inc. | PA0001777616 |
| 333 | NO MORE SORROW | Universal Music - Z Tunes LLC | PA0001602921; PA0001167576 |
| 334 | NO ONE | Universal Music Corp. | PA0001590102 |
| 335 | NOBODY'S LISTENING | Universal Music - Z Tunes LLC | PA0001256420 |
| 336 | NOT DARK YET | Songs of Universal, Inc. | PAu002179480 |
| 337 | NOTHING FROM NOTHING | Universal Music Corp. | EU0000510833; RE0000855515; PAu002434356 |
| 338 | NUMB | Universal Music - Z Tunes LLC | PA0001256412 |
| 339 | OCEAN AVENUE | Universal Music - MGB NA LLC | PA0001158187 |
| 340 | ON TOP OF THE WORLD | Songs of Universal, Inc. | PA0001796480 |
| 341 | ONE DAY I'LL FLY AWAY | Universal Music Corp. | PA0000081908 |
| 342 | ONE STEP CLOSER | Universal Music - Z Tunes LLC | PA0001092507; PA0001237305 |
| 343 | ONE TIN SOLDIER | Songs of Universal, Inc. | EU0000128013; RE0000755132 |
| 344 | ONE TOKE OVER THE LINE | Universal Music - MGB NA LLC | EU0000201193; RE0000780432 |
| 345 | ONLY HOPE | Capitol CMG, Inc. | PA0000943389 |
| 346 | OPEN YOUR EYES | Polygram Publishing, Inc. | PA0001990273 |
| 347 | OUR DAY WILL COME | Universal Music Corp. | EU0000751240; RE0000502027; RE0000463672 |
| 348 | OUR GOD | Capitol CMG, Inc. | PA0001730879 |
| 349 | OUR LIPS ARE SEALED | Universal Music - MGB NA LLC | PAu000299968; PA0000123694 |
| 350 | PAPERCUT | Universal Music - Z Tunes LLC | PA0001092506 |
| 351 | PARADISE | Universal Music - MGB NA LLC | PA0001766985 |
| 352 | PARENTS JUST DON'T UNDERSTAND | Universal Music - Z Tunes LLC | PA0000381782 |
| 353 | PEOPLE NEED THE LORD | Capitol CMG, Inc. | PA0000212604 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 354 | POINTS OF AUTHORITY | Universal Music - Z Tunes LLC | PA0001092509 |
| 355 | POISON | Songs of Universal, Inc.; Polygram Publishing, Inc. | PA0000472703; PA0000445681 |
| 356 | POSITIVELY 4TH STREET | Songs of Universal, Inc. | EU0000903133; RE0000647449 |
| 357 | POSSUM KINGDOM | Songs of Universal, Inc. | PA0000730720 |
| 358 | POWERLESS | Universal Music - Z Tunes LLC | PA0001805751 |
| 359 | PRAISE YOU | Polygram Publishing, Inc. | PA0000968847 |
| 360 | PRETTY GIRL ROCK | Universal Music - Z Tunes LLC | PA0001784138 |
| 361 | PUTTIN' ON THE RITZ | Universal Music Corp. | E0000696554; R00000155144; EP0000011281; R00000183130 |
| 362 | RADIOACTIVE | Songs of Universal, Inc. | PA0001796477 |
| 363 | RAINY DAYS AND MONDAYS | Universal Music Corp. | EU0000222638; RE0000775443; PAu002237895; EP0000300297; PA0000864726 |
| 364 | RED, RED WINE | Songs of Universal, Inc. | RE0000653689 |
| 365 | REDBONE | Songs of Universal, Inc.; Universal Music Corp. | PA0002063056; PA0002082553 |
| 366 | REELING IN THE YEARS | Universal Music Corp. | EU0000353008; RE0000823112 |
| 367 | REMEMBER THE NAME | Universal Music - Z Tunes LLC | PA0001163444 |
| 368 | REMEMBERING SUNDAY | Songs of Universal, Inc. | PA0001675980 |
| 369 | RENEGADES | Songs of Universal, Inc. | PA0001995174 |
| 370 | REUNITED | Polygram Publishing, Inc. | PAu000023138; PA0000039131 |
| 371 | RIDE LIKE THE WIND | Universal Music - MGB NA LLC | PA0000071337 |
| 372 | RIKKI DON'T LOSE THAT NUMBER | Universal Music Corp. | EU0000469054; RE0000854814 |
| 373 | ROCKY MOUNTAIN WAY | Songs of Universal, Inc. | EU0000416549; RE0000837425 |
| 374 | ROXANNE | Songs of Universal, Inc. | PA0000052671 |
| 375 | RUN | Polygram Publishing, Inc. | PA0001994133 |
| 376 | RUNAWAY | Universal Music - Z Tunes LLC | PA0001092511 |
| 377 | RUNAWAY | Polygram Publishing, Inc. | PA0000707154 |
| 378 | RUSSIAN ROULETTE | Universal Music - Z Tunes LLC | PA0001704500 |
| 379 | SAD | Universal Music - MGB NA LLC | PA0001810801 |
| 380 | SAILING | Universal Music - MGB NA LLC | PA0000071338 |
| 381 | SAN FRANCISCO BE SURE TO WEAR FLOWERS IN YOUR HAIR | Universal Music Corp. | EU0000995820; RE0000687597 |
| 382 | SANTERIA | Songs of Universal, Inc. | PA0000813737 |
| 383 | SAY SOMETHING | Songs of Universal, Inc. | PA0001846423; PA0001397885 |
| 384 | SCARS TO YOUR BEAUTIFUL | Songs of Universal, Inc. | PA0002100489 |
| 385 | SECRET | Universal Music - MGB NA LLC | PA0001073092 |
| 386 | SHAMBALA | Songs of Universal, Inc. | EU0000398898; RE0000836928 |
| 387 | SHAPE OF MY HEART | Songs of Universal, Inc. | PA0000618387; PA0001038451 |
| 388 | SHE BELIEVES IN ME | Polygram Publishing, Inc. | EP0000368480; RE0000909991; PA0000066693 |
| 389 | SHE BELONGS TO ME | Songs of Universal, Inc. | EU0000874585; RE0000647435; EP0000202996; RE0000647474 |
| 390 | SHE WILL BE LOVED | Universal Music - MGB NA LLC | PA0001073087 |
| 391 | SHELTER FROM THE STORM | Songs of Universal, Inc. | EU0000530721; RE0000862517 |
| 392 | SHIVER | Universal Music - MGB NA LLC | PA0000981357 |
| 393 | SIMPLE MAN | Songs of Universal, Inc. | EU0000448563; RE0000844239; RE0000851734 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 394 | SIMPLE TWIST OF FATE | Songs of Universal, Inc. | EU0000530720; RE0000862516 |
| 395 | SMOKE GETS IN YOUR EYES | Polygram Publishing, Inc. | EP0000039116; R00000265488; R0000026554 |
| 396 | SO SICK | Universal Music - Z Tunes LLC | PA0001163977 |
| 397 | SOLITARY MAN | Songs of Universal, Inc. | PA00000042999; EP0000215760; RE0000653594 |
| 398 | SOMEBODY TO LOVE | Universal Music Corp. | EU0000922524; RE0000846415; EP0000228384; RE0000654121 |
| 399 | SOMETHING JUST LIKE THIS | Universal Music - MGB NA LLC | PA0002083153 |
| 400 | SOMEWHERE I BELONG | Universal Music - Z Tunes LLC | PA0001256410 |
| 401 | SOMEWHERE ONLY WE KNOW | Universal Music - MGB NA LLC | PA0001160739 |
| 402 | SONG SUNG BLUE | Songs of Universal, Inc. | EU0000322568; RE0000813919 |
| 403 | SONGBIRD | Universal Music - MGB NA LLC | A00000885251; EU0000772678 |
| 404 | SOUL MAN | Universal Music Corp. | EU0000016237; RE0000688918 |
| 405 | SOUND OF DA POLICE | Universal Music - Z Tunes LLC | PA0000711682 |
| 406 | SPIRITS IN THE MATERIAL WORLD | Songs of Universal, Inc. | PA0000128668 |
| 407 | STEP INTO CHRISTMAS | Polygram Publishing, Inc. | EP0000319570; RE0000836136; EFO000167890; RE0000838135 |
| 408 | STRAWBERRY WINE | Songs of Universal, Inc.; Universal Music - Z Tunes LLC | PA0000840407 |
| 409 | SUBTERRANEAN HOMESICK BLUES | Songs of Universal, Inc. | EU0000874584; RE0000647434; EP0000201208; RE0000647465 |
| 410 | SUCKER FOR PAIN | Songs of Universal, Inc. | PA0002076970; PA0002078398 |
| 411 | SUGAR MAN | Songs of Universal, Inc. | EU0000133445; RE0000767053 |
| 412 | SUMMER WINE | Universal Music Corp. | EU0000951758; RE0000640586 |
| 413 | SUNDAY MORNING | Universal Music - MGB NA LLC | PA0001073091 |
| 414 | SWEET CAROLINE | Songs of Universal, Inc. | EU0000121797; RE0000748767; PA0000043001 |
| 415 | SWEET CREATURE | Polygram Publishing, Inc. | PA0002087493 |
| 416 | SWEET HOME ALABAMA | Songs of Universal, Inc.; Universal Music Corp. | EU0000511375; RE0000862377; EU0000511375; RE0000857056 |
| 417 | SWING, SWING | Universal Music - MGB NA LLC | PA0001203496 |
| 418 | SYNCHRONICITY II | Songs of Universal, Inc. | PA0000201651; PA0001038429 |
| 419 | TAKE A BOW | Universal Music - Z Tunes LLC | PA0001692696 |
| 420 | TAKE ME OUT | Polygram Publishing, Inc. | PA0001233512 |
| 421 | TALK | Universal Music - MGB NA LLC | PA0001700311 |
| 422 | TALK | Polygram Publishing, Inc. | PA0002190909 |
| 423 | TANGLED UP IN BLUE | Songs of Universal, Inc. | EU0000529117; RE0000862509 |
| 424 | TEARDROP | Polygram Publishing, Inc. | PA0000926996 |
| 425 | TENNESSEE WHISKEY | Polygram Publishing, Inc. | PAu000307891; PA0000148061; PA0000211136 |
| 426 | THAT SMELL | Songs of Universal, Inc. | EU0000842824; RE0000910305; PA0000111507 |
| 427 | THE BAD TOUCH | Polygram Publishing, Inc. | PA0001049232 |
| 428 | THE BOYS ARE BACK IN TOWN | Polygram Publishing, Inc. | EU0000674600; RE0000891463 |
| 429 | THE CATALYST | Universal Music - Z Tunes LLC | PA0001725628 |
| 430 | THE CAVE | Polygram Publishing, Inc. | PA0001932476 |
| 431 | THE CHANGE | Universal Music Corp. | PA0000774761; PA0000776742 |
| 432 | THE DEVIL WENT DOWN TO GEORGIA | Songs of Universal, Inc. | PAu000084340 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 433 | THE GRAND ILLUSION | Universal Music Corp. | EU0000828643; RE0000910692 |
| 434 | THE HARDER THEY COME | Polygram Publishing, Inc. | EU0000388670 |
| 435 | THE KEEPER OF THE STARS | Polygram Publishing, Inc. | PA0000692567; PA0000713749; PAu001898849 |
| 436 | THE KILL | Universal Music - Z Tunes LLC | PA0001630065 |
| 437 | THE KING OF CARROT FLOWERS PART ONE | Universal Music - MGB NA LLC | PA0000928784 |
| 438 | THE LOGICAL SONG | Universal Music Corp. | PA0000032060 |
| 439 | THE LONG BLACK VEIL | Polygram Publishing, Inc. | EU0000577749; RE0000346323 |
| 440 | THE SAFETY DANCE | Songs of Universal, Inc.; Polygram Publishing, Inc. | PA0000413304; PA0000444999 |
| 441 | THE SAGA BEGINS | Songs of Universal, Inc. | PA0000995641 |
| 442 | THE SALTWATER ROOM | Universal Music Corp. | PA0001649308 |
| 443 | THE SCIENTIST | Universal Music - MGB NA LLC | PA0001073303 |
| 444 | THE TIMES THEY ARE A-CHANGIN' | Songs of Universal, Inc. | EU0000798069; RE0000529575; EP0000196321; RE0000588437 |
| 445 | THE TROUBLE WITH LOVE IS | Songs of Universal, Inc. | PA0001227298 |
| 446 | THE WEIGHT | Songs of Universal, Inc. | EU0000049518; RE0000739082; EP0000258882; RE0000739062 |
| 447 | THE WORLD'S GREATEST | Universal Music - Z Tunes LLC | PA0001084039 |
| 448 | THEME FROM SHAFT | Universal Music Corp. | EU0000259390; RE0000796884; RE0000801338 |
| 449 | THESE BOOTS ARE MADE FOR WALKIN' | Universal Music Corp. | EU0000915461; RE0000612396 |
| 450 | THIRTEEN | Universal Music Corp. | EU0000328421; RE0000816224 |
| 451 | THIS IS WAR | Universal Music - Z Tunes LLC | PA0002076510 |
| 452 | THIS LOVE | Universal Music - MGB NA LLC | PA0001073085 |
| 453 | THUNDER | Songs of Universal, Inc.; Universal Music Corp. | PA0002113702 |
| 454 | TINY DANCER | Polygram Publishing, Inc. | EU0000283994; RE0000802431 |
| 455 | TO MAKE YOU FEEL MY LOVE | Songs of Universal, Inc. | PAu002178281 |
| 456 | TOO CLOSE | Polygram Publishing, Inc. | PA0001806290 |
| 457 | TOP OF THE WORLD | Universal Music Corp. | EU0000329403; RE0000817022; PAu002215502 |
| 458 | TORN | Universal Music - MGB NA LLC; Polygram Publishing, Inc. | PA0000836968; PA0000705322 |
| 459 | TRAPPED IN THE CLOSET (PART 1) | Universal Music - Z Tunes LLC | PA0001395840 |
| 460 | UNFAITHFUL | Universal Music - Z Tunes LLC | PA0001164749 |
| 461 | UNINVITED | Universal Music Corp. | PA0000921947 |
| 462 | VANILLA TWILIGHT | Universal Music Corp. | PA0001692986 |
| 463 | VINCENT (STARRY, STARRY NIGHT) | Songs of Universal, Inc. | EU0000284302; RE0000803733 |
| 464 | VIOLET HILL | Universal Music - MGB NA LLC | PA0001820463 |
| 465 | VISIONS OF JOHANNA | Songs of Universal, Inc. | EU0000930909; RE0000685898; EP0000221660; RE0000685899; EU0000928301; RE0000684775 |
| 466 | VIVA LA VIDA | Universal Music - MGB NA LLC | PA0001820459 |
| 467 | VOODOO | Universal Music Corp. | PA0000940225 |
| 468 | WALK THE DINOSAUR | Universal Music Corp. | PA0000415228 |
| 469 | WALKING ON THE MOON | Songs of Universal, Inc. | PA0000069037 |
| 470 | WANTED | Songs of Universal, Inc. | PA0001777909 |

| | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 471 | WARRIOR | Songs of Universal, Inc. | PA0002375231 |
| 472 | WE GOT THE BEAT | Universal Music - MGB NA LLC | PA0000123699; PA0000127864 |
| 473 | WE'RE NOT GONNA TAKE IT | Songs of Universal, Inc. | PA0000226789 |
| 474 | WE'VE ONLY JUST BEGUN | Universal Music Corp. | EU0000169722; RE0000775608 |
| 475 | WHAT I'VE DONE | Universal Music - Z Tunes LLC | PA0001167574; PA0001602911; PA0001708260 |
| 476 | WHEN I'M GONE | Songs of Universal, Inc. | PAu002577919; PA0001120566 |
| 477 | WHITE BLANK PAGE | Polygram Publishing, Inc. | PA0001932481 |
| 478 | WHITE CHRISTMAS | Universal Music Corp. | EU0000238624; R00000435930; EP0000104340; R00000464105 |
| 479 | WHO WE ARE | Songs of Universal, Inc. | PA0001934683 |
| 480 | WHOM SHALL I FEAR (GOD OF ANGEL ARMIES) | Capitol CMG, Inc. | PA0001830592 |
| 481 | WICHITA LINEMAN | Polygram Publishing, Inc. | EU0000073735; RE0000732681 |
| 482 | WILL IT GO ROUND IN CIRCLES | Universal Music Corp. | EU0000383670; RE0000836544 |
| 483 | WINDY | Universal Music Corp. | EU0000989067; RE0000687658; EP0000232781; RE0000687939 |
| 484 | WITH YOU | Universal Music - Z Tunes LLC | PA0001092508 |
| 485 | WORDS I NEVER SAID | Songs of Universal, Inc.; Universal Music - Z Tunes LLC; Universal Music - MGB NA LLC | PA0001739113 |
| 486 | WOULDN'T IT BE NICE | Universal Music Corp. | EU0000948191; PAu002079501; RE0000662433 |
| 487 | WRAPPED AROUND YOUR FINGER | Songs of Universal, Inc. | PA0000201655; PA0001038433; PA0000201654; PA0001038432 |
| 488 | YELLOW | Universal Music - MGB NA LLC | PA0000981360 |
| 489 | YESTERDAY ONCE MORE | Universal Music Corp. | EU0000401698; RE0000872358; PAu002215503 |
| 490 | YOU AIN'T GOIN' NOWHERE | Songs of Universal, Inc. | EU0000018767; RE0000701195 |
| 491 | YOU ARE NOT ALONE | Universal Music - Z Tunes LLC | PA0000789976 |
| 492 | YOU ARE SO BEAUTIFUL | Universal Music Corp. | EU0000408125; RE0000837480 |
| 493 | YOU CAN GET IT IF YOU REALLY WANT | Polygram Publishing, Inc. | EU0000212983; RE0000778661 |
| 494 | YOU LIGHT UP MY LIFE | Polygram Publishing, Inc. | EU0000676281; RE0000891470; EP0000380330; RE0000910478 |
| 495 | YOU LOOK SO GOOD IN LOVE | Universal Music Corp.; Polygram Publishing, Inc. | PAu000502409 |
| 496 | YOU MAKE LOVIN FUN | Universal Music - MGB NA LLC | EU0000713071; RE0000904498; PA0001162955 |
| 497 | YOU'RE MY BEST FRIEND | Polygram Publishing, Inc. | EP0000336092; RE0000875578 |
| 498 | YOU'RE THE INSPIRATION | Universal Music - MGB NA LLC | PA0000213889; PAu000638574; PAu000598698 |
| 499 | YOUR GUARDIAN ANGEL | Songs of Universal, Inc. | PA0001376464 |
| 500 | YOUR SONG | Polygram Publishing, Inc. | EFO000142515; RE0000759790; EU0000183663; RE0000779459 |