Justin A. Nelson*
Alejandra C. Salinas*
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman*
Wesley Dozier*
Anna Freymann*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Sholder*
CeCe M. Cole*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs Andrea Bartz, Charles Graeber, and Kirk Wallace Johnson, and the Proposed Class*

*(Pro Hac Vice forthcoming)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

2  conflict or interest (other than the named parties) to report.

3

4  Dated:  September 5, 2024

   Respectfully submitted,

5    By: /s/ Rohit D. Nath

6    Rohit D. Nath (SBN 316062)
     **SUSMAN GODFREY L.L.P**

7    1900 Avenue of the Stars, Suite 1400
     Los Angeles, CA 90067-2906

8    Telephone: (310) 789-3100
     RNath@susmangodfrey.com

9
     Justin A. Nelson*

10   Alejandra C. Salinas*
     **SUSMAN GODFREY L.L.P**

11   1000 Louisiana Street, Suite 5100
     Houston, TX 77002-5096

12   Telephone: (713) 651-9366
     jnelson@susmangodfrey.com

13   asalinas@susmangodfrey.com

14   Jordan W. Connors*
     **SUSMAN GODFREY L.L.P**

15   401 Union Street, Suite 3000
     Seattle, WA 98101

16   Telephone: (206) 516-3880
     jconnors@susmangodfrey.com

17
     J. Craig Smyser*

18   **SUSMAN GODFREY L.L.P**
     One Manhattan West, 51st Floor,

19   New York, NY 10019
     Telephone: (212) 336-8330

20   csmyser@susmangodfrey.com

21   Rachel Geman*
     Wesley Dozier*

22   Anna Freymann*
     **LIEFF CABRASER HEIMANN**

23   **& BERNSTEIN, LLP**
     250 Hudson Street, 8th Floor

24   New York, New York 10013-1413
     Telephone: (212) 355-9500

25   rgeman@lchb.com

26   Reilly T. Stoler (SBN 310761)
     **LIEFF CABRASER HEIMANN**

27   **& BERNSTEIN, LLP**
     275 Battery Street, 29th Floor

28   San Francisco, CA 94111-3339
     Telephone: (415) 956-1000

CASE NO. 3:24-CV-05417
PLAINTIFFS' CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS

1    rstoler@lchb.com

2    Scott J. Sholder*
     CeCe M. Cole*
3    **COWAN DEBAETS ABRAHAMS
     & SHEPPARD LLP**
4    60 Broad Street, 30th Floor
     New York, New York 10010
5    Telephone: (212) 974-7474
     ssholder@cdas.com
6    ccole@cdas.com

7    *Attorneys for Plaintiffs Andrea Bartz, Charles Graeber, and
     Kirk Wallace Johnson, and the Proposed Class*
8    **(Pro Hac Vice forthcoming)*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:24-CV-05417
PLAINTIFFS' CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of the foregoing was duly served upon all

3

Counsel of record in *Bartz et al. v. Anthropic PBC*, 24-cv-05417-WHA (N.D. Cal.) via electronic

4

service, in accordance with the Federal Rules of Civil Procedure, on September 5, 2024.

5

6

*/s/ Rohit D. Nath*
Counsel for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:24-CV-05417
PLAINTIFFS' CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS