1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

4  ANDREA BARTZ et al. ,

Case No. 3:24-cv-05417-WHA

5  Plaintiff(s),

6  v.

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7  ANTHROPIC PBC ,

8  Defendant(s).

10  I, Wesley Dozier, an active member in good standing of the bar of
11  Supreme Court of Tennessee, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Plaintiffs Andrea Bartz et al. in the
13  above-entitled action. My local co-counsel in this case is Reilly T. Stoler, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 310761.

16  250 Hudson Street, 8th Floor
New York, New York 10013-1413

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

17  MY ADDRESS OF RECORD

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (212) 355-9500

(415) 956-1000

19  MY TELEPHONE # OF RECORD

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  wdozier@lchb.com

rstoler@lchb.com

MY EMAIL ADDRESS OF RECORD

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 037735.
24  A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26  I have been granted pro hac vice admission by the Court 0 times in the 12 months
27  preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/11/2024                                                         Wesley Dozier
                                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Wesley Dozier is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE