Douglas A. Winthrop (SBN 183532)
Douglas.Winthrop@arnoldporter.com
Joseph Farris (SBN 263405)
Joseph.Farris@arnoldporter.com
Jessica L. Gillotte (SBN 333517)
Jessica.Gillotte@arnoldporter.com
Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400

Angel T. Nakamura (SBN 205396)
Angel.Nakamura@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:     (213) 243-4000
Facsimile:     (213) 243-4199

*Attorneys for Defendant* Anthropic PBC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIAS

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**DEFENDANT ANTHROPIC PBC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, apart from the named party, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Google LLC, which is a wholly owned subsidiary of Alphabet, Inc.

Dated: October 14, 2024

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____/s/ Douglas A. Winthrop_____
Douglas A. Winthrop (SBN 183532)

Joseph Farris (SBN 263405)
Jessica L. Gillotte (SBN 333517)
Estayvaine Bragg (SBN 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Angel T. Nakamura (SBN 205396)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: ( 213) 243-4199

*Attorneys for Defendant,* Anthropic PBC.

ANTHROPIC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   Case No. 3:24-cv-05417-WHA