UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TECHNOLOGY TUTORIAL** |

The Parties, by and through their respective counsel of record, hereby stipulate and agree to the following terms that will govern the technology tutorial before the Court.

## **STIPULATION AND [~~PROPOSED~~] ORDER**

1. The purpose of this Stipulation and Order is to set a technology tutorial.

2. For a tutorial for the Judge, counsel shall make presentations to set forth the basic technology related to the Large Language Models (LLMs) at issue in this case.

3. The parties will exchange demonstrative exhibits at least 48 hours before the hearing, subject to good faith changes in response to the other side's presentation.

4. Each side will have 45 minutes on **JANUARY 16, 2025 AT 10:00 A.M.**, subject to the availability of the court. The public may attend the entire presentation. The presentation materials, and representations made or stipulated to during the presentation, shall not be considered evidence in this matter.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: November 15, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | By: */s/Douglas A. Winthrop* | By: */s/Rachel Geman* |

| | |
|---|---|
| Douglas A. Winthrop (SBN 183532) | Rachel Geman (*pro hac vice*) |
| Joseph Farris (SBN 263405) | Wesley Dozier (*pro hac vice*) |
| Jessica L. Gillotte (SBN 333517) | Anna Freymann (*pro hac vice*) |
| Estayvaine Bragg (SBN 341400) | Jacob Miller (*pro hac vice*) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| Three Embarcadero Center, 10th Floor | 250 Hudson Street, 8th Floor |
| San Francisco, CA 94111-4024 | New York, New York 10013-1413 |
| Telephone: (415) 471-3100 | Telephone: (212) 355-9500 |
| Douglas.Winthrop@arnoldporter.com | rgeman@lchb.com |
| Joseph.Farris@arnoldporter.com | |
| Jessica.Gillotte@arnoldporter.com | Reilly T. Stoler (SBN 310761) |
| Estayvaine.Bragg@arnoldporter.com | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| Angel T. Nakamura (SBN 205396) | San Francisco, CA 94111-3339 |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Telephone: (415) 956-1000 |
| 777 South Figueroa Street, 44th Floor | rstoler@lchb.com |
| Los Angeles, CA 90017-5844 | |
| Telephone: (213) 243-4000 | Justin A. Nelson (*pro hac vice*) |
| Angel.Nakamura@arnoldporter.com | Alejandra C. Salinas (*pro hac vice*) |
| | Collin Fredricks (*pro hac vice*) |
| Joseph R. Wetzel (SBN 238008) | **SUSMAN GODFREY L.L.P** |
| **LATHAM & WATKINS LLP** | 1000 Louisiana Street, Suite 5100 |
| 505 Montgomery Street, Suite 2000 | Houston, TX 77002-5096 |
| San Francisco, CA 94111 | Telephone: (713) 651-9366 |
| Telephone: +1.415.391.0600 | jnelson@susmangodfrey.com |
| joe.wetzel@lw.com | asalinas@susmangodfrey.com |
| | |
| *Attorneys for Defendant,* | Rohit D. Nath (SBN 316062) |
| ANTHROPIC PBC | **SUSMAN GODFREY L.L.P** |
| | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067-2906 |
| | Telephone: (310) 789-3100 |
| | RNath@susmangodfrey.com |
| | |
| | Jordan W. Connors (*pro hac vice forthcoming*) |
| | **SUSMAN GODFREY L.L.P** |
| | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | jconnors@susmangodfrey.com |
| | |
| | J. Craig Smyser (*pro hac vice*) |
| | **SUSMAN GODFREY L.L.P** |
| | One Manhattan West, 51st Floor, |
| | New York, NY 10019 |
| | Telephone: (212) 336-8330 |
| | csmyser@susmangodfrey.com |

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

**IT IS SO ORDERED**

| | |
|---|---|
| November 18, 2024. | /s/ William Alsup |
| Date | HONORABLE WILLIAM ALSUP |