**Exhibit A**

| Registration Number | Title of Work | Author of Work |
|---|---|---|
| TX0008680299 | The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber |
| TX0007731544 | The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber |
| TX0007764797 | To Be A Friend Is Fatal | Kirk W. Johnson |
| TX0009212326 | The Fishermen and the Dragon: Fear, Greed, and a Fight for Justice on the Gulf Coast | Kirk W. Johnson |
| TX0008590664 | The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson |
| TX0008858704 | The Lost Night: A Novel | Andrea Bartz |
| TX0008912519 | The Herd | Andrea Bartz |
| TX0009000657 | We Were Never Here | Andrea Bartz |
| TX0009301448 | The Spare Room | Andrea Bartz |