UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | No. C 24-05417 WHA<br><br>**ORDER ADOPTING STIPULATION RE PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND HARD-COPY DOCUMENTS (WITH PROVISO)** |

Parties jointly ask the Court to enter their agreed order regarding the production of electronically stored information and hard-copy documents (*see* Dkt. No. 73). Their stipulated order (*ibid.*) is hereby **ENTERED**, with the proviso that the judge reserves the authority to modify any provision in any particular circumstance, as it is impossible to foresee the needs of the case and how each part of this 28-page stipulation will play out in practice.

**IT IS SO ORDERED.**

Dated: January 13, 2025.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE