| | |
|---|---|
| Justin A. Nelson *(pro hac vice)*<br>Alejandra C. Salinas *(pro hac vice)*<br>Collin Fredricks *(pro hac vice)*<br>SUSMAN GODFREY L.L.P<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com<br>asalinas@susmangodfrey.com<br>cfredricks@susmangodfrey.com<br><br>Rohit D. Nath (SBN 316062)<br>SUSMAN GODFREY L.L.P<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>RNath@susmangodfrey.com<br><br>J. Craig Smyser *(pro hac vice)*<br>SUSMAN GODFREY L.L.P<br>One Manhattan West, 51st Floor,<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br>csmyser@susmangodfrey.com | Jordan W. Connors *(pro hac vice)*<br>SUSMAN GODFREY L.L.P<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>jconnors@susmangodfrey.com<br><br>Rachel Geman *(pro hac vice)*<br>Wesley Dozier *(pro hac vice)*<br>Anna Freymann *(pro hac vice)*<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>rgeman@lchb.com<br>wdozier@lchb.com<br>afreymann@lchb.com<br><br>Reilly T. Stoler (SBN 310761)<br>Daniel M. Hutchinson (SBN 239458)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>rstoler@lchb.com<br>dhutchinson@lchb.com |

*Attorneys for Plaintiffs and the Proposed Class*
(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>  Defendants. | Case No. 3:24-cv-05417-WHA<br><br>**NOTICE OF PLAINTIFFS' TECHNOLOGY TUTORIAL DEMONSTRATIVES** |

Plaintiffs hereby file their demonstratives used during the January 30, 2025 technology tutorial hearing.

Dated: January 30, 2025

By: /s/ Collin Fredricks

Justin A. Nelson *
Alejandra C. Salinas *
Collin Fredricks *
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman *
Wesley Dozier *
Anna Freymann *
Jacob S. Miller *
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com
jmiller@lchb.com

Reilly T. Stoler (SBN 310761)
Daniel M. Hutchinson (SBN 239458)

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com
dhutchinson@lchb.com

Scott J. Sholder *
CeCe M. Cole *
**COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

 *(pro hac vice)