# TECHNOLOGY TUTORIAL





## *Bartz et al v. Anthropic*
*January 30, 2025*

## Plaintiffs' Presentation
Justin Nelson, Susman Godfrey LLP

1

# Complaint Alleges Anthropic Used Copyrighted Books Without Permission





# A.I. is really H.I. — "Human Imitation"





# The Basic Formula



**DATA** + **COMPUTE** = **MODEL**

Better data, Better compute, Better model

# LLM, or "Large Language Model"



Large

Language

Model

Trained on a large dataset

# "Data is the Fossil Fuel of AI"—Because it is a Finite Resource





**Ilya Sutskever**
Former Chief Scientist of OpenAI

"Data is the fossil fuel of AI. It was like, created somehow. And now we use it."



# What is an LLM?



# High Sierra: A Mystery Novel



JC Write me the opening two pages of a mystery novel, set on the John Muir trail in the 1970s.



← High Sierra Mystery - Opening Pages                                    ✕

The first sign something was wrong was the ravens. Three of them, wheeling in tight circles above the treeline, their harsh calls echoing off the granite walls of Evolution Valley. Rangers learn to read the birds, especially the ravens. They're nature's undertakers, and where they gather, death usually follows.

I shouldered my pack higher and picked up the pace. The September air was thin at 10,000 feet, and my lungs burned with each step. Twenty-three years of patrolling these trails, and

JC Write me the opening two pages of a mystery novel, set on the John Muir trail in the 1970s.

"We've got a situation at McClure Meadow. Hiker reported finding an abandoned campsite. Blood on a sleeping bag. No sign of the occupant. Nearest backup is four hours out. Over."

My free hand instinctively went to the holster at my hip. In '76, most rangers still carried revolvers – simple, reliable Smith & Wessons that could handle the abuse of backcountry patrol. We rarely needed them for anything more threatening than the occasional rattler or injured deer. But there had been changes lately. More drug runners using the remote trails. More desperate people fleeing into the wilderness, carrying their troubles with them.

"Copy that. I'm about thirty minutes out. Tell them not to touch anything. Over."

"Wilco. Be careful up there. Out."

The ravens had disappeared behind the ridgeline. I checked my watch – 2:47 PM. At this altitude, darkness would come early, and I needed to document whatever I found before

# GIGO – AI Without Human Data



# Presentation Roadmap

**1** **Background of LLMs**

**2** **How an LLM is trained and how it works**

**3** **Why books are so important to LLMs**

# What is a Large Language Model?



# First Neural Networks Proposed in the 1950s

_THE PERCEPTRON: A PROBABILISTIC MODEL FOR INFORMATION STORAGE AND ORGANIZATION IN THE BRAIN_
_By Rosenblatt, 1958_

THE PERCEPTRON: A PROBABILISTIC MODEL FOR INFORMATION STORAGE AND ORGANIZATION IN THE BRAIN [1]

F. ROSENBLATT

_Cornell Aeronautical Laboratory_

With regard to the second question, two alternative positions have been maintained. The first suggests that storage of sensory information is in the form of coded representations or images, with some sort of one-to-one mapping between the sensory stimulus and the stored pattern. According to this hypothesis, if one understood the code or "wiring diagram" of the nervous system, one should, in principle, be able to discover exactly what an organism remembers by reconstructing the original sensory patterns from the "memory traces" which they have left, much as we might develop a photographic negative, or translate the pattern of electrical charges in the "memory" of a digital computer.

# What Claude Says It Can Do

 Good morning

> **A** How does *A Tale of Two Cities* start?

 It was the best of times, it was the worst of times, it was the age of wisdom, it was the age of foolishness, it was the epoch of belief, it was the epoch of incredulity, it was the season of Light, it was the season of Darkness, it was the spring of hope, it was the winter of despair, we had everything before us, we had nothing before us, we were all going direct to Heaven, we were all going direct the other way--in short, the period was so far like the present period, that some of its noisiest authorities insisted on its being received, for good or for evil, in the superlative degree of comparison only.

# ANTHROP\C

"everything from a text message to a screenplay to a novel."



**150,000 words at once**

# What is an LLM?

**All 500 pages at once**



The murderer is _____.



# LLMs have mined from human works





The latest LLMs have trained on ~9.75 trillion words

# Scaling Laws



*Scaling Laws for Neural Language Models,* Kaplan et al, 2020



# "Large" Data Sets



# Presentation Roadmap

**1**  **Background of LLMs**

**2**  **How an LLM is trained and how it works**

**3**  **Why books are so important to LLMs**

# How an LLM is Trained

**1**

## Acquiring the Data

- Scraped from across the internet, from public and/or pirating sites

- Books highly valued for diversity, long-context reasoning, high-quality writing, and more.

**2**

## Pre-Training

- **Token**—words or fragments of words represented by a number

- **Vectors**—coordinates locating tokens relative to each other and encoding contextual information

- Predicting against training data in millions of **iterations**

- Ultimately creates a **next-token predictor**

**3**

## Fine Tuning

- Model shown example conversations curated for certain characteristics (e.g. acting like a chatbot) or certain guardrails (e.g. copyright)

1



# The Training Process

## ① Acquiring the Data

- Scraped from across the internet, from public and/or pirating sites

- Books highly valued for diversity, long-context reasoning, high-quality writing, and more.

## ② Pre-Training

- **Token**—words or fragments of words represented by a number

- **Vectors**—coordinates locating tokens relative to each other and encoding contextual information

- Predicting against training data in millions of **iterations**

- Ultimately creates a **next-token predictor**

## ③ Fine Tuning

- Model shown example conversations curated for certain characteristics (e.g. acting like a chatbot) or certain guardrails (e.g. copyright)

# LLMs Are a Type of Neural Network



# "Transformer" Architecture Encodes Context to Generate Output

## Encoder:

Processes input sequences in parallel to generate numerical representations of context



## Decoder:

Processes these contextual embeddings in parallel to generate output predictions

# "Transformer": A Neural Network Architecture

https://www.newyorker.com/science/annals-of-artificial-intelligence/was-linguistic-ai-created-by-accident



*Attention Is All You Need*
By Ashish Vaswani, Noam Shazeer, Niki Parmar, Jakob Uszkoreit, Llion Jones, Aidan N. Gomez, Lukasz Kaiser, Illia Polosukhin,
2017



The element of accident in the transformer's outsized success has evoked a notable humility in its inventors. When I asked Parmar how she would rate our current understanding of the models developed with the transformer, she said, "Very low." I asked, How low? Ten per cent? One per cent? She shrugged: "How do we understand other humans? It will be the same with the models." It's fitting that the architecture outlined in "Attention Is All You Need" is called the transformer only because Uszkoreit liked the sound of that word. ("I never really understood the name," Gomez told me. "It sounds cool, though.")

# Math of LLMs: Matrix Multiplication and the Chain Rule

$$
\begin{bmatrix} a & b & c \\ d & e & f \\ g & h & i \end{bmatrix}
\begin{bmatrix} j & k & l \\ m & n & o \\ p & q & r \end{bmatrix}
=
\begin{bmatrix}
(aj + bm + cp) & (ak + bn + cq) & (al + bo + cr) \\
(dj + em + fp) & (dk + en + fq) & (dl + eo + fr) \\
(gj + hm + ip) & (gk + hn + iq) & (gl + ho + ir)
\end{bmatrix}
$$

**Chain Rule**

$$
\frac{\partial f}{\partial y} = \frac{\partial q}{\partial y} \, \frac{\partial f}{\partial q}
$$

25

# Pre-Training Process



One small step for man, one giant leap for _____.



# Pre-Training Process



One small step for man, one giant leap for <u>penguins</u> .



penguins 52%

mankind 46%

frogs 2%

# Pre-Training Process



One small step for man, one giant leap for <u>mankind</u>.



penguins 52% ✗

mankind 46%

frogs 2%

# The LLM Pre-Training Process



# The LLM Pre-Training Process



# What is a Token?



## Pre-Training

**Token**—words or fragments of words represented by a number

- **Vectors**—coordinates locating tokens relative to each other and encoding contextual information

- Predicting against training data in millions of **iterations**

- Ultimately creates a **next-token predictor**

# What is a Token?

**GPT-4o & GPT-4o mini**    **GPT-3.5 & GPT-4**    **GPT-3 (Legacy)**

Many words map to one token, but some don't: indivisible.

Unicode characters like emojis may be split into many tokens containing the underlying bytes: 🖐

Sequences of characters commonly found next to each other may be grouped together: 1234567890

Clear    Show example

**Tokens**
53

**Characters**
252

Many words map to one token, but some don't: indivisible.

Unicode characters like emojis may be split into many tokens containing the underlying bytes: 🖐

Sequences of characters commonly found next to each other may be grouped together: 1234567890

Text    Token IDs

# What is a Token?



**GPT-4o & GPT-4o mini**    **GPT-3.5 & GPT-4**    **GPT-3 (Legacy)**

By the time Edwin Rist stepped off the train onto the platform at Tring, forty miles north of London, it was already quite late.

Clear    Show example

**Tokens**    **Characters**
29           128

[1582, 290, 1058, 140958, 460, 421, 45744, 1277, 290, 8513, 13291, 290, 6361, 540, 1514, 289, 11, 56671, 10753, 16173, 328, 9741, 11, 480, 673, 4279, 6752, 7844, 13]

Text    Token IDs

# The LLM Pre-Training Process



# Embedding Assigns 'Tokens' to 'Vectors'—Like Points on a Map

- Vectors are long lists of numbers that act like coordinates in very-high dimensional space.

- In the "Embedding" step, the tokens are assigned vectors.

- At first the vectors are essentially random, though they "improve" as the model trains.



# Phase 2: Embedding



# Phase 2: Embedding



# Phase 2: Embedding



# Phase 2: Embedding



King – man ≈ **royalty**

King – man + woman ≈ **queen**

King – Queen ≈ man - woman

# The LLM Pre-Training Process



# Phase 3: Contextual Encoding

**Input**

**Vectors**



# Phase 3: Contextual Encoding



| By | the | time | Edwin | Rist | stepped | off | the | train | onto | the | platform |
|---|---|---|---|---|---|---|---|---|---|---|---|

| at | Tring | , | forty | miles | north | of | London | , | it | was | already | quite | late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## platform



# Phase 3: Contextual Encoding



By | the | time | Edwin | Rist | stepped | off | the | train | onto | the | platform | at | Tring | , | forty | miles | north | of | London | , | it | was | already | quite | late

## Tring



# Phase 3: Contextual Encoding



**"plant"**





# Phase 3: Contextual Encoding



# Phase 3: Contextual Encoding





# The LLM Pre-Training Process



# Phase 4: Prediction and Learning





# Phase 4: Prediction and Learning







# The LLM Pre-Training Process



# The Training Process

## ① Acquiring the Data

- Scraped from across the internet, from public and/or pirating sites

- Books highly valued for diversity, long-context reasoning, high-quality writing, and more.

## ② Pre-Training

- **Token**—words or fragments of words represented by a number

- **Vectors**—coordinates locating tokens relative to each other and encoding contextual information

- Predicting against training data in millions of **iterations**

- Ultimately creates a **next-token predictor**

## ③ Fine Tuning

- Model shown example conversations curated for certain characteristics (e.g. acting like a chatbot) or certain guardrails (e.g. copyright)

# Different Types of Guardrails



## ① User Side Blocking

looks at the **input** and sanitizes it

## ② Alignment Training

changes the ***model*** itself based on human feedback

## ③ Post-Interference Filtering

looks at the model's ***output*** while it's being generated

# How does an LLM work?
# "The Inference Stage"

# The Inference Stage

 Write me the opening two pages of a mystery novel, set on the John Muir trail in the 1970s.

# The LLM *Inference* Process



# LLM Hallucinations



## AI Generated Case Cites

*Varghese v. China Southern Airlines Co Ltd*, 925 F.3d 1339 (11th Cir. 2019).

**Does not exist**

*Shaboon v. Egyptair*, 2013 IL App (1st) 111279-U (Ill. App. Ct. 2013).

**Does not exist**

*Petersen v. Iran Air*, 905 F. Supp. 2d 121 (D.D.C. 2012).

**Does not exist**

*Martinez v. Delta Airlines*, 2019 WL 4639462 (Tex. App. Sept. 25, 2019)

**Does not exist**

*Estate of Durden v. KLM Royal Dutch Airlines*, 2017 WL 2418825 (Ga. Ct. App. June 5, 2017).

**Does not exist**

*Miller v. United Airlines, Inc.*, 174 F.3d 366 (2d. Cir. 1999)

**Does not exist**

# Presentation Roadmap

**1**    **Background of LLMs**

**2**    **How an LLM is trained and how it works**

**3**    **Why books are so important to LLMs**

# What is Valuable Data?



# "Models are truly approximating their datasets."

## The "it" in AI models is the dataset.

Posted on June 10, 2023 by jbetker

I've been at OpenAI for almost a year now. In that time, I've trained a **lot** of generative models. More than anyone really has any right to train. As I've spent these hours observing the effects of tweaking various model configurations and hyperparameters, one thing that has struck me is the similarities in between all the training runs.

It's becoming awfully clear to me that these models are truly approximating their datasets to an incredible degree. What that means is not only that they learn what it means to be a dog or a cat, but the interstitial frequencies between distributions that don't matter, like what photos humans are likely to take or words humans commonly write down.

"[Model behavior is] determined by your dataset, nothing else. Everything else is a means to an end in efficiently deliver[ing] compute to approximating that dataset."

Then, when you refer to "Lambda", "ChatGPT", "Bard", or "Claude" then, it's not the model weights that you are referring to. It's the dataset.



_Understanding LLMs:_
_A Comprehensive_
_Overview from_
_Training to Inference_
By: Yiheng Liua, Hao Hea, Tianle Hana,
Xu Zhanga, Mengyuan Liua, Jiaming
Tiana, Yutong Zhangb, Jiaqi Wangc,
Xiaohui Gaod, Tianyang Zhongd, Yi
Pane, Shaochen Xue, Zihao Wue,
Zhengliang Liue, Xin Zhangb, Shu
Zhangc, Xintao Hud, Tuo Zhangd, Ning
Qianga, Tianming Liue and Bao Ge,
2024

"**Books** . . . contribute to the models' training by exposing them to a diverse array of textual genres and subject matter, fostering a more comprehensive understanding of language across various domains."



_A Pretrainer's Guide to Training Data: Measuring the Effects of Data Age, Domain Coverage, Quality, & Toxicity_

By: Shayne Longpre, Gregory Yauney, Emily Reif, Katherine Lee, Adam Roberts, Barret Zoph, Denny Zhou, Jason Wei, Kevin Robinson, David Mimno, Daphne Ippolito, 2023

"The best performing domains comprise high-quality (Books) and heterogeneous (Web) data"

# Long-form Coherence



*How to Train Long-Context Language Models (Effectively)*

By: Tianyu Gao, Alexander Wettig, Howard Yen, Danqi Chen, 2024





Princeton AI researchers concluded that using **"long books as long-context data"** was **"crucial"** for **"long-context performance."**



| Component | Raw Size | Weight | Epochs | Effective Size | Mean Document Size |
|---|---|---|---|---|---|
| Pile-CC | 227.12 GiB | 18.11% | 1.0 | 227.12 GiB | 4.33 KiB |
| PubMed Central | 90.27 GiB | 14.40% | 2.0 | 180.55 GiB | 30.55 KiB |
| Books3† | 100.96 GiB | 12.07% | 1.5 | 151.44 GiB | 538.36 KiB |
| OpenWebText2 | 62.77 GiB | 10.01% | 2.0 | 125.54 GiB | 3.85 KiB |
| ArXiv | 56.21 GiB | 8.96% | 2.0 | 112.42 GiB | 46.61 KiB |

> "We included Bibliotik because **books are invaluable** for long-range context modeling research and coherent storytelling."

| | | | | | |
|---|---|---|---|---|---|
| Ubuntu IRC | 5.52 GiB | 0.88% | 2.0 | 11.03 GiB | 545.48 KiB |
| BookCorpus2 | 6.30 GiB | 0.75% | 1.5 | 9.45 GiB | 369.87 KiB |
| EuroParl† | 4.59 GiB | 0.73% | 2.0 | 9.17 GiB | 68.87 KiB |
| HackerNews | 3.90 GiB | 0.62% | 2.0 | 7.80 GiB | 4.92 KiB |
| YoutubeSubtitles | 3.73 GiB | 0.60% | 2.0 | 7.47 GiB | 22.55 KiB |
| PhilPapers | 2.38 GiB | 0.38% | 2.0 | 4.76 GiB | 73.37 KiB |
| NIH ExPorter | 1.89 GiB | 0.30% | 2.0 | 3.79 GiB | 2.11 KiB |
| Enron Emails† | 0.88 GiB | 0.14% | 2.0 | 1.76 GiB | 1.78 KiB |
| **The Pile** | **825.18 GiB** | | | **1254.20 GiB** | **5.91 KiB** |

_The Pile: An 800GB Dataset of Diverse Text for Language Modeling_

Leo Gao, Travis Hoppe, Anish Thite, Stella Biderman, Charles Foster, Noa Nabeshima, Sid Black, Jason Phang, Shawn Presser, Laurence Golding, Horace He, Connor Leahy, 2020



EleutherAI

# Long-form Coherence

**Input**                    **Machine Learning**                    **Vectors**



# Books are especially valuable training data



Books are indeed a particularly valuable source of training data for several key reasons:

- **High signal-to-noise ratio:** Books generally represent carefully crafted, edited, and curated content. Unlike social media posts or informal web content, books typically go through extensive review and editing processes, resulting in higher quality information and expression.

- **Complex reasoning and extended arguments:** Books allow authors to develop sophisticated arguments and ideas over hundreds of pages. This extended format enables deep exploration of topics and complex chains of reasoning that shorter formats can't support.

- **Rich contextual relationships:** Books often contain complex networks of references between concepts, characters, and ideas. This interconnected nature provides rich semantic relationships for learning.



ANTHROP\C
✳ Claude

# The LLM Pre-Training Process



# LLMs Would Not Work Without High-Quality Data

## "Infinite Monkey Theorem" vs. "H.I. — Human Imitation"



_A numerical evaluation of the Finite Monkeys Theorem_

Stephen Woodcock,
Jay Fallett, 2024

