Douglas A. Winthrop (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
Joseph Farris (Bar No. 263405)
Joseph.Farris@arnoldporter.com
Jessica L. Gillotte (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
Estayvaine Bragg (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

Angel T. Nakamura (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:    (415) 391-0600

*Attorneys for Defendant* Anthropic PBC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>ANTHROPIC PBC,<br><br>                    Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**NOTICE OF ANTHROPIC PBC'S TECHNOLOGY TUTORIAL DEMONSTRATIVES** |

NOTICE OF ANTHROPIC PBC'S TECHNOLOGY TUTORIAL DEMONSTRATIVES Case No. 3:24-cv-05417-WHA

Defendant hereby files its demonstratives used during the January 30, 2025 technology tutorial hearing.

Dated: February 4, 2025

Respectfully submitted,

By: */s/ Douglas A. Winthrop*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Douglas A. Winthrop
Joseph Farris
Angel Nakamura
Jessica Gillotte
Estayvaine Bragg

**LATHAM & WATKINS LLP**
Joseph R. Wetzel

*Attorneys for Defendant,*
ANTHROPIC PBC