**ANTHROP\C**

# Technology Tutorial

*Andrea Bartz, et al., v. Anthropic PBC*
Case No.: 3:24-cv-05417-WHA

January 30, 2025

# Agenda

- Large Language Models

- Pretraining

- Fine-tuning

- Constitutional AI and Guardrails

- Running and Using the Model

# Agenda

- **Large Language Models**

- Pretraining

- Fine-tuning

- Constitutional AI and Guardrails

- Running and Using the Model

3

# What Is A Large Language Model?

In plain language, a Large Language Model (LLM)

- captures **patterns** and **statistical relationship** information about training data; and

- when prompted, generates **new text** with **known uncertainty**

4

# Key Points About LLM



- An LLM learns **patterns** and **relationships** from training data through mathematical functions

- LLMs do **not** work by retrieving **stored text**

- LLMs give **varied** responses to **similar** prompts based on probabilities

# Use Cases For LLMs

## Software Developers

Draft and iterate code



## Writers

Ideate potential advertising slogans



## Healthcare Professionals

Analyze medical records and interpret clinical data



## Lawyers

Summarize legal transcripts



# How Is An LLM Built?



Blank Model Architecture    Data Collection and Assembly    Tokenization    Pretraining    Fine-Tuning

# Blank Model Architecture



- Initial code is written

- Objective is defined

- Model is not yet useful

# Data Collection And Assembly









# Agenda

- Large Language Models

- **Pretraining**

- Fine-tuning

- Constitutional AI and Guardrails

- Running and Using the Model

# The Pretraining Process

- Pretraining involves processing **massive amounts of data** to create a foundation for language understanding

- The key objective is to **learn generalizable patterns** and **relationships**

# Pretraining an LLM: Data Is First Broken Into Tokens

- Tokens are the **smallest unit** an LLM can understand

- LLMs **cannot** understand language **without** tokens



"The coldest winter I ever spent was a summer in San Francisco."



Words: 11    Tokens: 16

The coldest winter I ever spent was a summer in San Francisco.

12

# Pretraining an LLM: Vectorization





The model analyzes token sequences to **learn statistical relationships** between tokens and stores those relationships as "**vectors**."

13

# Pretraining: A Graphical Representation



# Pretraining: The Critical Role of Weights

**weights**

The **cold**est winter I ever spent was a summer in San Francisco.



**cold**

| 2.1 |
|-----|
| 7.4 |
| 5.4 |
| 7.1 |
| 6.0 |
| 5.4 |
| 4.2 |
| 3.8 |

# Pretraining: The Critical Role of Weights



The salesperson made a **cold** call to potential clients.

# Pretraining: The Critical Role of Weights



weights

Revenge is a dish best served **cold**.

cold

| |
|---|
| 3.8 |
| 8.6 |
| 6.5 |
| 8.3 |
| 7.2 |
| 6.4 |
| 5.3 |
| 4.8 |

15

# Pretraining: The Critical Role of Weights



I got **cold** feet before the presentation.

15

# Pretraining: The Critical Role of Weights



**weights**

The **Cold** War shaped international politics for decades.



| cold |
|------|
| 5.1 |
| 1.7 |
| 8.2 |
| 9.4 |
| 9.4 |
| 7.6 |
| 6.4 |
| 5.8 |

# Pretraining: The Critical Role of Weights



**weights**

**Cold**-blooded animals need external heat sources.



# Pretraining: The Critical Role of Weights



**weights**

**cold**

| |
|---|
| 5.8 |
| 3.4 |
| 9.4 |
| 1.5 |
| 1.3 |
| 8.6 |
| 7.1 |
| 6.5 |



He gave me the **cold** shoulder after our argument.

15

# Pretraining: The Critical Role of Weights



Feed a **cold**, starve a fever.

15

# Pretraining: The Critical Role of Weights



**weights**

Her hands were **cold** as ice.



| cold |
|:---:|
| 6.2 |
| 3.7 |
| 9.7 |
| 1.8 |
| 1.6 |
| 8.1 |
| 7.4 |
| 6.8 |

15

# Agenda

- Large Language Models

- Pretraining

- **Fine-tuning**

- Constitutional AI and Guardrails

- Running and Using the Model

16

# Fine-tuning

## User Prompt

How cold is San Francisco in July?

## Pretrained Model Response

San Francisco has a temperature 66°F for July average.

## Fine-tuned Model Response

In July, San Francisco has average daytime temperatures between 65-70°F. The city experiences cool summer temperatures due to marine fog and ocean winds. Mornings and evenings can feel particularly chilly, often requiring a light jacket. This is significantly cooler than summer temperatures in most other California cities.

# Fine-tuning

## Supervised Learning:

- LLM is fine-tuned on datasets of **examples** to teach it to behave like an AI assistant

- Fine-tuning datasets may include example input-and-response pairs

## Reinforcement Learning:

- Model is **rewarded** for preferred responses and **penalized** for less preferred responses through adjustments to the model's weights

# Agenda

- Large Language Models

- Pretraining

- Fine-tuning

- **Constitutional AI and Guardrails**

- Running and Using the Model

# Constitutional AI and Guardrails

- **Constitutional AI** – embedding principles in the model to encourage good behavior, including to avoid copyright infringement

- **Prompt-side filtering** – designed to identify harmful prompts and either redirect or refuse to answer them

- **Output-side filtering** – backend check to avoid the replication of training data

20

# Protections In Practice



**Please give me the script of "Harry Potter and the Order of the Phoenix"**

I apologize, but I cannot provide the script of "Harry Potter and the Order of the Phoenix" as that would be a copyright violation. The screenplay, like the book, is protected intellectual property owned by J.K. Rowling and Warner Bros.

If you're interested in studying the film's structure or specific scenes, I can discuss them in general terms or point you to publicly available resources.

21

# Agenda

- Large Language Models

- Pretraining

- Fine-tuning

- Constitutional AI and Guardrails

- **Running and Using the Model**

22

# Running And Using The Model: Inference

 **User input:** The user sends a prompt to the model for processing

 **Tokenization:** The input text is broken into smaller units (tokens) and each token is assigned an integer that the model can process

 **Vectorization:** The tokens are further converted into vectors, which capture the mathematical relationships between words and their positions in the text

 **Forward pass:** Vectors are passed through the model in which matrix multiplication and other processes generate a probabilistic response

23

# Probabilistic Responses – Sampling

The city experiences cool summer temperatures due to . . .

- "marine" – 33%

- "ocean" – 27%

- "geographical" – 14%

- "the" – 8%

# LLMs Are Probabilistic



