Pages 1 - 70

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

ANDREA BARTZ, et al,                )
                                    )
                                    )
            Plaintiffs,             )
                                    )
   vs.                              ) No. C 24-5417 WHA
                                    )
ANTHROPIC PBC,                      )
                                    ) San Francisco, California
            Defendant.             ) Thursday
                                    ) January 30, 2025
_____) 10:00 a.m.


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**         SUSMAN GODFREY, LLP
                            1000 Louisiana Street
                            Suite 5100
                            Houston, Texas 77002
                    BY: **JUSTIN A. NELSON, ESQ.**
                        **COLLIN FREDERICKS, ESQ.**
                        **ALEJANDRA C. SALINAS, ESQ.**



                            SUSMAN GODFREY, LLP
                            One Manhattan West
                            50th Floor
                            New York, New York 10001
                    BY: **JAMES CRAIG SMYSER, ESQ.**


            **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**



Reported By:    *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                Official Reporter - US District Court
                Computerized Transcription By Eclipse

**APPEARANCES:   (CONTINUED)**

For Plaintiffs:          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                         Embarcadero Center West
                         275 Battery Street
                         29th Floor
                         San Francisco, California 94111
                    BY:  **DANIEL M. HUTCHINSON, ESQ.**
                         **REILLY T. STOLER, ESQ.**


                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                         250 Hudson Street
                         8th Floor
                         New York, New York 10013
                    BY:  **RACHEL GEMAN, ESQ.**


For Defendant:           ARNOLD & PORTER KAYE SCHOLER, LLP
                         Three Embarcadero Center
                         10th Floor
                         San Francisco, California 94111
                    BY:  **DOUGLAS A. WINTHROP, ESQ.**
                         **JOSEPH R. FARRIS, ESQ.**
                         **ESTAYVAINE BRAGG, ESQ.**
                         **JESSICA L. GILLOTTE**


                         LATHAM AND WATKINS, LLP
                         505 Montgomery Street
                         Suite 2000
                         San Francisco, California 94111
                    BY:  **JOSEPH R. WETZEL, ESQ.**


Also Present:            **BEN ZHAO**
                         **APARNA SRIDHAR**


                              —   —   —

| | |
|---|---|
| 1 | **THURSDAY - JANUARY 30, 2025**                                    **10:00 A.M.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---000--- |
| 4 | **THE CLERK:**  Calling Civil Action 24-5417, Bartz, |
| 5 | et al, versus Anthropic PCB. |
| 6 | Counsel, please approach the podium and state your |
| 7 | appearances for the record, beginning with counsel for |
| 8 | plaintiff No. |
| 9 | **MR. NELSON:**  Good morning, Your Honor, Justin Nelson |
| 10 | from Susman Godfrey. |
| 11 | With me from Susman Godfrey I have Craig Smyser, and |
| 12 | Collin Fredericks.  With me -- and Alejandra Salinas. |
| 13 | With me from Lieff Cabraser, Rachel Geman, Daniel |
| 14 | Hutchinson and Reilly Stoler. |
| 15 | Your Honor, also in attendance, not a lawyer, independent |
| 16 | expert is Ben Zhao, who is the Newbauer Professor of Computer |
| 17 | Science at University of Chicago and one of four academics |
| 18 | listed in the *Time* AI Top 100 List.  Any mistakes are totally |
| 19 | my fault and not his. |
| 20 | Thank you, Your Honor. |
| 21 | **MR. WINTHROP:**  Good morning.  Doug Winthrop from |
| 22 | Arnold and Porter. |
| 23 | And I'm here with my colleagues, Joe Farris, Jessica |
| 24 | Gillotte, Estayvaine Bragg, and my co-counsel Joe Wetzel from |
| 25 | Latham and Watkins. |

1          **THE COURT:**  Okay.  Welcome to all of you.

2      All right.  So we're here so you all can teach me

3   something about artificial intelligence, at least as it

4   pertains to our case.

5      I would like to get your suggestion -- I think we've set

6   aside two hours.  What are your suggestions on -- procedurally

7   on the best way to proceed, and then we'll just get started on

8   it.

9          **MR. NELSON:**  Thank you, Your Honor.  Justin Nelson.

10     I would suggest -- I think the parties had conferred and

11  we've exchanged slides.  I think we both have slide

12  presentations.

13     I would suggest, and I think we've reserved about 45

14  minutes for an opening presentation.  So, of course, up to Your

15  Honor's pleasure.

16     I would suggest that we present for 45 minutes.  Of

17  course, if there are questions or confusions, please feel free

18  to ask, but we've structured our presentation to be, without

19  interruption, about 45 minutes.

20         **THE COURT:**  All right.  And yours is how long?

21         **MR. WINTHROP:**  Similar.  Actually, probably -- ours is

22  probably shorter.  Ours is probably closer to a half hour, but

23  yeah.

24         **THE COURT:**  Okay.  This is all fine, except let me

25  ask.  I usually find it very helpful if there is a way to --

1    when you finish and before you go to your next major point,

2    that I give the other side a chance to critique that point and

3    then we move to the next point.

4        I don't know enough to say where the break point is,

5    but is that possible here?

6            MR. WINTHROP:  I think we'll do whatever you want.  I

7    would say ours, at least, is, you know, relatively -- the parts

8    flow relatively smoothly together.  But if -- if you -- if it

9    works out to your favor to --

10            THE COURT:  Okay.  All right.  All right.  You don't

11    like the idea.  We're not going to do that.

12        All right.  We'll start with plaintiff.  You get to go

13    first.

14            MR. NELSON:  Thank you, Your Honor.

15        I will say that just having exchanged slides, I can't say

16    there's going to be 100 percent agreement, but I did notice

17    that there was a substantial overlap in terms of some of what

18    we're talking about.

19            THE COURT:  All right.  Now, which one of these is

20    yours?

21            MR. NELSON:  The one in the binder, Your Honor.

22            THE COURT:  Okay.  So let's -- so you get to sit down

23    and listen.  And then you'll get the floor in due course.

24        Who is going to do the presentation?

25            MR. NELSON:  Thank you, Your Honor.  That will be me.

1          **THE COURT:**  I should say I know very little about

2     artificial intelligence, and I'm going to have some questions

3     along the way.

4          I know a fair amount about computers.  I know a fair

5     amount from having all these cases over the years.  Code, I

6     know a fair amount.

7          But the actual idea of artificial intelligence and how it

8     works and what it's capable of doing, I'm -- the average

9     citizen knows more than I do.

10         So I'm not up to speed, and this will be very helpful to

11    me.

12         **MR. NELSON:**  Well, thank you, Your Honor.  I hope

13    between the presentations today that you are ready for your PhD

14    or at least your Master's.

15         **THE COURT:**  Good, good, good.  I'll apply to the

16    University of Chicago.

17         Go ahead.

18         **MR. NELSON:**  Thank you, Your Honor.  May it please the

19    Court, Justin Nelson from Susman Godfrey representing

20    plaintiffs.

21         Over the next 45 minutes or so we will go through how a

22    large language model works, how expressive content is critical

23    to the functionality of those LLMs, and why books are

24    especially important.

25         On the screen is a book called *The Feather Thief* by Kirk

1  Wallace Johnson, who is one of the named plaintiffs.  We will

2  be using the *Feather Thief* as an exemplary book throughout

3  today's presentation.

4      The allegations in this case are that Anthropic used not

5  just the *Feather Thief*, but hundreds of thousands of other

6  books without permission, including that Anthropic downloaded

7  books that came from a known pirated database and stole copies

8  of Mr. Johnson's and the class's books.

9      One of those datasets alone, Books3, contains

10 approximately 196,640 books.

11     We will show how LLMs are designed to mimic human

12 expression and how encoding huge quantities of real human

13 expression from a diverse set of sources --

14         **THE COURT:**  You said LLM?

15         **MR. NELSON:**  Large language models.

16         **THE COURT:**  Okay, got it.  Thank you.

17         **MR. NELSON:**  -- is how you do that.

18     Throughout this presentation we'll refer to this as AI,

19 artificial intelligence, but AI really is a misnomer.  It's HI,

20 human imitation.

21     Artificial intelligence is a predictive model.  These

22 models predict the next word based upon the content that they

23 ingest.

24     And if you look on the screen, you can see what is

25 basically the formula, which underpins today's large language

1    models.  It's that the quality of the model is based on, number

2    one, the quality of the data; and, number two, the quality of

3    your compute.  Better data, better compute, means a better

4    model because data and the quality of data are so important.

5         The "large" in "large language models" is because large

6    amounts of data, large training sets, are the key to an LLMs'

7    ability to mimic natural speech.  In fact, one of the founders

8    of OpenAI, Ilya Sutskever, said [as read]:

9              "Data is the fossil fuel of AI.  It was like

10        created somehow and now we use it."

11        Of course, we know it wasn't "like created somehow."  It

12   was created by humans, including our plaintiffs, and the AI

13   systems are trying to mimic it.

14        Books, in particular, are an incredibly valuable finite

15   resource for AI companies.

16        The models we refer to as AI models are mathematical

17   models applying various forms of mathematics, statistics and

18   pattern recognition, algorithms, to a massive corpus of human

19   expression and intelligence.

20        And as this illustration shows, the reason an LLM, like

21   Claude, can generate expressive content is because its mind and

22   encoded the expression from countless works like the *Feather*

23   *Thief* into its predictive model of human intelligence.

24        Here we see the first sentence of the *Feather Thief*

25   [as read]:

1           "By the time Edwin Rist stepped off the train on

2       to the platform at Tring, it was already quite late."

3       As we'll discuss, the LLM process breaks up that sentence

4   and turns those words into something called tokens, which are

5   numerical representations of those words.  And that happens not

6   just for the *Feather Thief*, but for all books and all data in

7   the training set.

8       We ask Claude, for example:  Write me the first two pages

9   of a mystery novel, set on the John Muir trail in the 1970's.

10  And it produced a book called High Sierra.

11      The reason Claude can do that is because it's processed

12  and encoded many, many books, its pattern matching and

13  conditional probabilities.  And without that high quality human

14  data, the result is a low quality model; garbage in, garbage

15  out.

16      How does Claude produce something like High Sierra?  We'll

17  be talking about how these LLMs work, from its background

18  through the intricacies on how it encodes expression, to the

19  importance of quality expressive content to the model.

20      First, let's talk about the background of modern LLMs,

21  where they came from and what they are.

22      A large language model is exactly what it purports to be.

23  It's large.  It works with human language.  And it's a type of

24  statistical predictive model.

25      It is, in short, a statistical model of human language

1  built upon a neural network architecture.  Neural networks were

2  first proposed in the 1950's.

3       These large language models are a type of neural network

4  that predicts what word comes next based on the words that came

5  before it, but they are much more sophisticated models than

6  from prior generations.

7       LLMs, predicting one word at a time and stringing those

8  words together, are able to draft and Anthropic's telling

9  everything from a text message to a screenplay to a novel.

10      Recall the High Sierra example above.  It will write you

11 the rest of the book if you prompt it to.  And if you tell

12 Claude, "Tell me the first two paragraphs of a *Tale of Two*

13 *Cities*," as the slide shows, it will do it.

14      Claude has the ability to accept entire books as input and

15 then predict the next word.

16      Claude has a context window -- that's the box where the

17 user can put in information -- equivalent to about 150,000

18 words, or approximately a 500-page book.

19      The classic example of this capability is to imagine a

20 mystery novel where the final sentence is "The murderer is."

21 If a modern LLM were predicting the last word of that novel, it

22 would be able to take into account every word of the mystery

23 novel in predicting who the murder was, even clues from the

24 first pages of the book.

25      LLMs do this because they have taken in a huge amount of

1  human expression.  The most recent generation of LLMs are

2  estimated to have approximately 9.75 trillion words.

3      Performance of today's LLMs are governed by so-called

4  scaling laws.  In their simplest form these scaling laws, which

5  are really just observed empirical relationships, mean that the

6  resulting size and performance of these models is dependent on

7  proportional and exponential increases in the amount of data

8  and the amount of specialized computers and chips called

9  graphic processing units, or GPUs, used in training the model.

10      These scaling models can be seen in the following three

11  graphs.  With the "X" axis, an exponential scale.  The graphs

12  show that model performance scales with increases in compute

13  and data size.

14      So these models absorb vast quantities of human expression

15  and then use math to generate probabilistic estimates of the

16  next words.

17      According to the Complaint, and by public reporting, it

18  was OpenAI that fired the starting gun of this generation of

19  LLMs by creating a proprietary dataset of pirated books which

20  they used to train the models which would go on to power what

21  is now OpenAI's ChatGPT.

22      Seeing OpenAI's success, according to the Complaint,

23  Anthropic decided that it needed to catch up and did the same.

24  So it downloaded something called the "pile," which contains a

25  dataset of pirated books, named Books3.

1      Here is the tweet announcing the launch of Books3.

2    Suppose you wanted to train a world-class GPT model, just like

3    OpenAI.  How?  You have no data.  Now you do.  Now everyone

4    does.  Presenting Books3, a/k/a all of Bibliotik, which is a

5    known pirated website.  196,640 books in plain text.

6      Next we'll talk about how an LLM is trained and how it

7    works.  There are essentially three steps in the training

8    process.

9      Step 1 is acquiring the data.  Step two is pre-training,

10    where the data acquired in Step 1 is used to generate the

11    model.  At a high level, pre-training involves taking the data

12    acquired in Step 1 and chopping it up into word fragments known

13    as tokens represented by a number.

14      The model then takes those tokens and matches them to a

15    long series of numbers called vectors.  Vectors act like

16    longitude and latitude coordinates to help locate the token

17    relative to other tokens, the vectors and code information

18    about the token and about the surrounding context in which the

19    token appears.

20      The model then predicts what the next token will be based

21    on that vector information in millions of iterations.  If its

22    prediction is correct, then the model increases the strength of

23    the predictive pathways that led to that prediction.  If it is

24    incorrect, the model decreases the strength of the pathway that

25    led to the prediction.

1    At the end of the pre-training, in all of those
2    iterations, you have a pre-trained model which is called a next
3    token predictor.  Meaning, it is literally predicting what the
4    next token will be.  In other words, what the next word will
5    be.
6    The final step, fine-tuning, is how the pre-trained model
7    becomes the chatbot that users can interact with.  The company
8    achieves this by showing a model example conversations curated
9    for certain characteristics, or it implements so-called
10   guardrails, like a copyright guardrail.
11   That's a high level of review of what we're going to talk
12   through.
13   So how does an LLM encode the human expression in books
14   into a mathematical model?  A helpful analogy to understand how
15   a model estimates patterns from its training set is a path
16   through the woods.
17   Imagine a dense forest.  People enter on the left and exit
18   on the right.  At first there are no paths, but as people
19   travel through the forest, paths start to take shape.  The ones
20   that are more commonly traveled get more worn down.
21   Over time it becomes clear how to navigate the different
22   areas of the forest.  You walk where the people before you
23   walked.
24   That's what an LLM is doing.  It ingests its training set
25   and records how to get to the correct result.

1    The pre-training step is where the model is trained to

2  mimic human expression.  This training occurs on an

3  architecture called a neural network, as shown on the slide.

4  A neural network is a computational model consisting of layers

5  of interconnected nodes, also known as neurons.

6    This image shows the architecture of a neural network.

7  Specifically, something called a fully-connected, feed-forward

8  neural network, which is also known in the AI jargon as a

9  multi-layer perceptron, or an MLP.

10    The network is divided into distinct layers marked by, on

11  the slide, those vertical dotted lines with connections flowing

12  from left to right.

13    Each circle represents a neuron or a node, and the lines

14  between them represent the weighted connections.

15    Starting from the left we have first the input layer

16  marked as "i."  This is where raw data enters the network.  It

17  has "n" input neurons labeled as Input 1 through Input n.

18  There can be thousands of input neurons, but in LLMs they

19  generally correspond to the number of unique tokens in the

20  token vocabulary, which in modern LLMs are approximately

21  100,000, give or take.

22    Next the hidden layers, marked as $h_i$, $h_2$ through $h_n$, are

23  the network's processing centers.  This particular network

24  shows multiple hidden layers demonstrating what is called deep

25  learning.  Each neuron in these layers connects to every neuron

1    in the previous and subsequent layers.  These hidden layers

2    process the input data through increasingly complex

3    representations.  These connections each carry a weight that

4    the network adjusts during training in response to patterns in

5    the data.

6        Because these models have billions of neurons and even

7    more connections, the models need huge quantities of these

8    graphic processing units, the GPUs, and huge quantities of

9    data.

10       Those connections between nodes are like the paths through

11   the woods in our analogy.  The more people walk down a path,

12   the more wore down it gets.  And the more the training data

13   traverses certain sequences of words or certain expressions,

14   the better the model gets at predicting what word should come

15   next.

16       The model's weights measure the strength of the

17   connections between the different nodes.

18       The output layer, marked as "o," is where the network

19   produces its final results.  It has "n" output neurons labeled

20   as Output 1 through Output n.

21       LLMs use a special neural network architecture called a

22   transformer, which processes an entire string of words at once

23   instead of one at a time.  This allows it to encode a wealth of

24   information about the text it is trained on by recording how

25   words appear next to each other.

 1          Put simply, transformer architecture is really the

 2     combination of two relatively straightforward features.

 3          An encoder is a series of algorithms that processes input

 4     sequences in parallel to generate numerical representations of

 5     context.

 6          A decoder is another series of algorithms which processes

 7     these embeddings in parallel to generate output predictions.

 8          And to be clear, Your Honor, this doesn't have anything to

 9     do with the legal conception of transformativeness.  And, in

10     fact, the authors who coined the term "transformer" said they

11     chose "transformer" because they liked the sound of the word.

12          The math underlying this architecture is really pretty

13     simple, relatively speaking.  Essentially it's just matrix

14     multiplication and repeated application of the chain rule from

15     calculus.  Math, which is in the grasp of a bright high

16     schooler.

17          Although I hope Your Honor will forgive me if I'm unable

18     to perform calculus off the top of my head this morning.

19          It is the prevalence of matrix multiplication and the

20     training process which is why GPUs are so highly prized.  It

21     turns out that video game graphics use a ton of matrix

22     multiplication as well.

23          At a high level, the pre-training process essentially

24     consists of the model attempting a fill-in-the-blank quiz over

25     and over again and adjusting each time based on whether the

1    model's prediction was right or wrong using a function called

2    back propagation.  That function is really just repeated

3    application of the chain rule.

4         Here is a simple example of the prediction process.  Take,

5    "One small step for man, one giant leap for," blank.  In this

6    made-up example the model might predict "penguin," "mankind" or

7    "frogs."  We know if it picks "penguins," it's wrong.  It

8    checks to see that "mankind" is the right answer, updating it

9    the next time.

10        Let's talk about the four main steps for how it gets to

11   that point this time using the *Feather Thief* as an example.

12        First, tokenization.  Second, embedding.  Third,

13   contextual encoding.  And fourth, prediction.  Each one of

14   these four steps happens millions of times to train a single

15   model.

16        A single cycle through the four steps is what is called an

17   iteration.  And each time, at the prediction phase, the model

18   is checking its prediction against the underlying text in its

19   training data for accuracy and to improve its predictive

20   capacity.  If the model training process is functioning

21   properly, the model should continue to improve each iteration.

22        So let's start with tokenization.  After the training

23   material is acquired, it needs to be tokenized so that the

24   training set can be put in a format that the model can ingest.

25        As I said earlier, "token" means a word or part of a word

1    represented by a number.  "Tokenization" is almost a

2    translation, but not quite.  But because there is a set

3    relationship between a given word and a given token, tokenizing

4    a particular work will always generate the same tokens in the

5    same order.

6          For example, here is OpenAI's public tokenizer.  You can

7    see the sentence, "Many words map to one token, but some don't:

8    Indivisible," in that highlighted first.

9          Now, that's -- according to the tokenizer, in the green

10   box there are 53 tokens.  And that first sentence -- if you go

11   to the bottom part of that slide, that first sentence, "Many

12   words map to one token," shows you where exactly each token is.

13         Most, you see, Your Honor, consist of the entire word, but

14   the comma, for example, is its own token.  The colon is its own

15   token.  And ironically "indivisible" is not indivisible.  It

16   has two tokens.

17         The very last on the way down is a string of numbers, and

18   you'll see that 123 is its own token.  456 is a separate own

19   token.  And 789 are also its own token.

20         That's in text form, but we can convert it to tokens.

21   That's the exact same thing, except instead of words it's in

22   tokens.  What was previously text has been turned into

23   numerical tokens, but every time the same words are used it

24   will produce the same sequence of tokens.

25         So here, again, is the first sentence from the *Feather*

1    *Thief* [as read]:

2          "By the time Edwin Rist stepped off the train

3        onto the platform Tring, 40 miles north of London, it

4        was already quite late."

5    You see that up top.

6    Down below you see in the OpenAI public tokenizer that

7    converts to 29 tokens, and you see where the token breaks

8    occur.

9        And then, if you change that text to token IDs, it becomes

10   numbers.  And every time that sentence appears, it will have

11   that same set of numbers.

12       Also *Feather Thief* is a 300-page book and every sentence

13   of that book, every part of the training set would be broken

14   down into tokens.

15       The second step is converting those tokens into vectors,

16   which is something called embedding.  The concept of embedding

17   traces back to the 80's and 90's.  The idea is a word is known

18   by the company it keeps.  So instead of just one number, the

19   vector is a series of numbers that acts like a longitude and

20   latitude coordinate for that token in multi-dimensional space.

21       To start, the vectors are essentially random, although

22   they improve as a model trains.  Here on the right we're

23   looking at five words as they might appear as vectors.  But, of

24   course, in the actual model these wouldn't be the words

25   themselves.  They would be the tokens that have been converted

from the words.

The segment passes through what's called the embedding layer, which converts each token into a numerical vector.  So you see, take the word "by."  It goes through the embedding layer.  And then the top vector, "by" is converted to, in this example, 23, 52, negative 10, et cetera.  And because it's multi-dimensional, that vector will go on for a number of other characters as well.

Now, when the model begins the training process, the vectors are essentially random coordinates.  But throughout the training process, running those four steps over and over, the vectors are going to be updated over and over again until they start to encode mathematically information about each word conditional on the surrounding words in context.

These conditional probabilities mean that over time and after running through these four phases over and over again, each word in the vector space will end up being close to similar type words.

For example, here "king" would end up being close to "queen" and near "prince."  And the difference in vector space also encodes mathematical representations of the words.

For example, "king" minus "man" might equal "royalty." "King" minus "man" plus "woman" might equal "queen."

And "king" minus "queen" might approximately equal "man" minus "woman."

 1          And the vector difference between "man" and "woman" is

 2     similar to the vector difference, in this example, between

 3     "king" and "queen."

 4          Returning to our chart of the steps, now we're at Step 3,

 5     which is contextual encoding.  Step 2 was converting the tokens

 6     into vectors.  Step 3 is where those vectors gets updated based

 7     upon how those words appear next to each other in the training

 8     data.

 9          The contextual encoding step is the key difference between

10     modern LLMs and what came before.

11          At Step 3 the vectors are fed into something called an

12     attention block which adjusts each token's vector based on the

13     surrounding tokens.  For each word it looks at all of the

14     surrounding words and identifies which ones are relevant to

15     updating its representation of the word in question.  Then it

16     moves around the word's coordinate based on the surrounding

17     context.

18          Critical to all of this is the context for how the words

19     appear.  For example, in the sentence, "By the time Edwin

20     resist stepped off the train onto the platform at Tring,

21     40 miles north of London, it was already quite late," the

22     attention block would update its vector for platform based on

23     the word "train."  We're not talking about a political party's

24     platform.  We're talking about a train platform.

25          Similarly, it would also update its encoding of Tring

based on the phrase that follows, "40 miles north of London."
We're not talking about the video game Monster Tring.  We're
talking about the town 40 miles north of London.

    Another example would be the word "plant."  In general,
you might think of, well, a plant.  But in a thriller novel you
might think of a spy.  The attention block updates based on how
words appear next to each other.

    And next, each vector passes through a multi-layer
perceptron block.  This multilayer perceptron block is a
version of the neural network we showed earlier, with inputs,
hidden layers and outputs.

    In this step the model checks each word in isolation for
pattern matching.  Remember, all of this is in service of an
ultimate prediction.  The model will be predicting what word
comes next.

    So, for example, in predicting the next word it is looking
like -- words like "time," "already," and "quite."  You can
think of this modeling, what part of the forest it's in.  The
system is modeling based on the expression in its training set
and how those words were used, which words are likely to impact
its prediction more and which are not.

    Take our example sentence.  The words "time," "already,"
and "quite" are all important clues for what word will come
next.  Whereas, words like "the" have less impact on the
prediction.

1    If instead there were surrounding words like "negligence,"

2  "breach," "plaintiff," the model would recognize that those

3  words are legal words and, therefore, would be more likely to

4  predict other legal words to come next.

5    The model then adjusts the vectors again based on those

6  patterns.  That process then repeats as the vectors pass

7  through additional attention blocks and multi-layer perceptron

8  blocks adjusting each time.

9    To be clear, in Step 3, even in one of these millions of

10  iterations, the sentence is passing through lots of attention

11  blocks and multi-layer perceptron blocks with its vectors

12  updating each time.

13    And now we're at the last step, prediction.  At Step 4 the

14  model applies simple calculus to those updated vectors to

15  generate a probability distribution over all tokens in the

16  vocabulary from which a new token can be probabilistically

17  selected.

18    Here is the example sentence again [as read]:

19        "By the time Edwin Rist stepped off of the train

20        onto the platform at Tring, 40 miles north of London,

21        it was already quite blank."

22    In this example that we are making up, the model might

23  predict "dark" as the most likely next word, with words like

24  "late," "chilly," "crowded," et cetera, after that.

25    This is conditional probability.  The model is calculating

 1   the probability of the next word based on all of the words that

 2   came before it.  Here the model predicted "dark."  The model

 3   did not predict "dark" in a vacuum.  It predicted "dark"

 4   because of all the words that came before it.

 5        The probability distribution, the model's prediction, is

 6   compared to the right answer, the actual next word in the text

 7   in its training data and the accuracy or inaccuracy of the

 8   distribution is then calculated.

 9        So here in the *Feather Thief* the actual next word was

10   "late," not "dark."  "Late" was the model's second most likely

11   prediction in this hypothetical example.

12        At every single step the underlying expression, in this

13   case the book, is the critical input and provides the answer

14   key or in AI lingo something called the ground truth.

15        How --

16             **THE COURT:**  The what?

17             **MR. NELSON:**  The ground truth.

18             **THE COURT:**  G-R-O-U-N-D?

19             **MR. NELSON:**  Correct, sir.

20        How mathematically good the prediction was is quantified

21   through something called a loss function.  If the model

22   returned a high probability for a correct answer, then the

23   guess was pretty good.  If the model returned a low

24   probability, then the guess was pretty bad.

25        The loss function is measuring how well the model fits the

1   training set, and it's that training set that provides the

2   correct answers.

3       After quantifying how good or how bad the guess was, the

4   previous steps are run in reverse and that back propagation

5   function, which is the repeated application of the Chain Rule,

6   adjusts the weights at each layer.  The weights that pointed in

7   the right direction gets amplified, while the weights that

8   pointed in the wrong direction get downplayed.

9       Picking back up on our path through the woods analogy

10  earlier, this is like the model retracing its steps over the

11  path that led to the correct destination.  This back

12  propagation is how the model updates from the training data.

13      By repeating this process over and over again in millions

14  of iterations the model becomes better and better at taking

15  text and outputting a probability distribution that predicts

16  the next word in the training set.

17      At the end of the pre-training phase, the model is a next

18  token predictor calibrated to its training set.  Pre-training

19  results in what is called a base model.

20      Base models then typically go through another round of

21  training called fine-tuning, where human engineers intervene to

22  train the model to provide certain types of responses and not

23  other types of responses.

24      In fine-tuning some AI companies build in so-called

25  guardrails.  For example, if you try to get Claude to spit out

 1    copyright information, you might notice that it resists.  That

 2    resistance is not anything inherent to LLMs or to Claude.

 3    Instead, it's a gloss grafted on by, in this case, Anthropic or

 4    other AI companies.

 5        The reason Claude and other AI companies resist is because

 6    of constraints that accompany a company like Anthropic has at

 7    some point put on its models to attempt to prevent

 8    regurgitation of the copyrighted materials in its training set.

 9        And, in general, there are three types of constraints.

10    The first is something called user side blocking, which is

11    before the prompt goes into the model.  This guardrail looks at

12    words in the user's prompt and sanitizes the input so that the

13    model doesn't output infringing or other inappropriate

14    materials.

15        Second is something called alignment training, which is

16    changing the model based on human feedback.  The most common

17    form of this is where humans rate responses as good or bad and

18    the model updates based upon that.

19        Third is something called post-interference filtering,

20    which looks at the model's output as it is being generated and

21    blocks it if it's bad.

22        Without those constraints regurgitation would happen all

23    the time.  We can see that by how easily the model reproduces

24    non-copyrighted works, like the Bible or a *Tale of Two Cities*.

25    The fact that companies need to use these constraints is a

 1   further example that the model does copy its training data.

 2        Now, we've talked about how LLMs are created.  Let's talk

 3   about how they work in practice.

 4        How does an LLM, like Claude, work when a consumer is

 5   using it?  This stage is called inference, as opposed to what

 6   we have been discussing up until now, which was training.

 7        We saw at the very beginning of this presentation an

 8   example of inference.  A user says:  Write me the opening two

 9   pages of a mystery novel set on the John Muir trail in the

10   1970's, and the model drafts one.

11        Here is the inference process.  And as you see, it looks a

12   lot like the training process.

13        This explanation of inference will go pretty quick because

14   the inference process, indeed, is almost identical to the

15   training process.  That is, when consumers use Claude and the

16   model outputs a response, it's essentially following the same

17   process we just described.

18        The difference is that the input to the model comes from

19   the user rather than the training set, and the model isn't

20   updated based upon its predictions at the end.

21        So at Step 1, that prompt to write a mystery will be

22   tokenized.

23        At Step 2, those tokens will be converted into vectors.

24        At Step 3, those vectors are updated based on what the

25   model saw in its training set during pre-training and the

1    context of the user's input, which, as we said, in the context

2    window can take up to about 150,000 words.

3        The key difference is at Step 4.  The model still predicts

4    a new word, but instead of having its prediction checked

5    against the underlying human expression contained in its

6    training set, it simply outputs the word to the users.

7        Now, the AI company can also adjust how often the model

8    spits out the most likely next word every time or something

9    lower on the probability distribution by adjusting something

10   called the temperature.  The lower the temperature, the more

11   likely it is to spit out the most highly predicted next word.

12       It's important to note that the model is doing pattern

13   recognition of how words appear next to each other.  So

14   sometimes it gets things wrong.

15       You can see this, for example, in what's known as

16   hallucinations.  Large language models will often generate

17   content that looks extremely credible and accurate, but in

18   reality it's completely made up.  A false matching to patterns.

19       So if you ask OpenAI's ChatGPT for case law, it may

20   provide very accurate looking case citations which are

21   completely false.

22       A lawyer in New York, for example, submitted a brief that

23   cited the following cases.  None of these cases were real.  The

24   citations looked real, but not a single one of those cases

25   actually exists.

1    This brings us to our last point, which is why training

2  data, in particular in this case books, are important to LLMs.

3    In real estate it's location, location, location.  In AI

4  it's data, data, data.  And that's because the model is only as

5  good as its inputs.  If you want your LLMs to produce

6  well-structured text of expressive variety, it needs to see

7  well-structured expressly varied text during training, a lot of

8  it.

9    And if you want your LLM to produce text that is written

10  in modern vernacular and not 19th century English and produce

11  text that incorporates modern developments you'll need in

12  copyright works.  The ability of an LLM to convincingly mimic

13  speech is a function of the quality of the data and the

14  training set used to train it.

15    As one OpenAI researcher put it, the "it" in AI models is

16  the dataset.  He says:  "Models" -- on the screen [as read]:

17        "Models are truly approximating their datasets to

18        an incredible degree.  Model behavior is determined by

19        your dataset, nothing else.  Everything else is a;

20        means to an end in efficiently delivering compute to

21        approximating that dataset."

22    Books are an especially valuable source for the training

23  set.  Article after article has confirmed this.

24    So, for example, here is a 2024 paper stating that

25  [as read]:

1          "Books contribute to the models' training by
2      exposing them to a diverse array of textual genres and
3      subject matter, fostering a more comprehensive
4      understanding of language across various domains."
5          This 2023 paper from researchers at MIT, Google and OpenAI
6  states [as read]:
7          "The best performing domains comprise
8      high-quality (Books) and heterogeneous (Web) data."
9          Similarly [as read]:
10         "Princeton AI researchers concluded that using
11     'long books as long-context data' was crucial for
12     long-context performance of the models."
13         These are just a few of the papers.
14         And, of course, Books3 was created for a reason.  Its
15  creators wrote in the 2020 paper introducing the dataset that
16  the pirated books were included [as read]:
17         "Because books are invaluable for long-range
18     context modeling research and coherent story telling."
19         Other sources of LLM training set data, blog posts,
20  Wikipedia articles, websites, don't offer the same cohesion
21  over as long a stretch of text.
22         And this is --
23         **THE COURT:**  Say that last sentence again?  Other what?
24         **MR. NELSON:**  Sources of the training set for large
25  language models, like blog posts, Wikipedia articles.  They are

1    going to be shorter, so they are not going to have the context

2    over tens of thousands of words to see how things fit together

3    in long coherence.

4         So, for example, when it's running through that

5    multi-layer perceptron block, it's going to have the whole

6    narrative put together.

7         So, and that's why, for example, in Books3, we're looking

8    at something that gives you the long-range context modeling

9    research and the ability to have coherent storytelling, which

10   is why they put it in the dataset.

11        So this is -- so, for example, think back to how the

12   attention block works, right, where the model learns from how

13   words appear next to each other in context.

14        In our example we showed a single sentence being fed into

15   the model, but that, of course, was simplified because modern

16   large language models are able to process not just a single

17   sentence, but entire books all at once, learning from those

18   connections across the entire book.

19        And we can also ask Claude the question.  We did.  We

20   asked Claude about the importance of books in training data,

21   and here is part of his response -- its response, I should say

22   [as read]:

23             "Books are indeed a particularly valuable source

24        of training data for several reasons.

25             "High signal-to-noise ratio.  Books generally

1    represent carefully crafted, edited, and curated

2    content.  Unlike social media posts or informal web

3    content, books typically go through extensive review

4    and editing processes, resulting in higher quality

5    information and expression."

6    Second [as read]:

7        "Complex reasoning and extended arguments.  Books

8    allow authors to develop sophisticated arguments and

9    ideas over hundreds of pages.  This extended format

10   enables deep exploration of topics and complex chains

11   of reasoning that shorter formats can't support."

12   Third [as read]:

13       "Rich contextual relationships.  Books often

14   contain complex networks of references between

15   concepts, characters, and ideas.  This interconnected

16   nature provides rich semantic relationships for

17   learning."

18       **THE COURT:**  You say that Claude --

19       **MR. NELSON:**  Yeah.  We --

20       **THE COURT:**  Claude itself gave that answer?

21       **MR. NELSON:**  That was directly from Claude, Your

22   Honor.

23       **THE COURT:**  It's pretty cool.

24   Okay.  I have a question at some point, but are you near

25   the end?

1              **MR. NELSON:**  In fact, my next words are "in

2    conclusion," Your Honor.

3              **THE COURT:**  All right.  Go ahead.

4              **MR. NELSON:**  In conclusion, if there's one thing to

5    take away from this presentation is that LLMs wouldn't be able

6    to do what they were to do if not for the high-quality training

7    sets, like books.

8         The entire reason the model works in these four steps that

9    we just went over is because of the high-quality content used

10   to train them.

11        At every step in the training process the model relies on

12   copies, and it is the expression in that content that makes the

13   model what it is.

14        So you might have heard of the Infinite Monkey Theorem,

15   that a monkey randomly pressing keys on a typewriter would

16   eventually type out the complete works of William Shakespeare

17   purely by chance.

18        Well, a few months ago some mathematicians wrote a paper

19   where they analyzed this problem, and they came to the

20   conclusion that even if you had 200,000 monkeys randomly

21   pressing one key per second until the universe ends, you could

22   not actually reproduce Shakespeare's works.  In fact, you

23   couldn't even get to *Curious George*.

24        If LLMs were just generators of random words strung

25   together, like hypothetical monkeys typing away, they wouldn't

```
 1   be worth much attention.

 2       But the reason LLMs work and the reason we're here is

 3   because it's not a bunch of monkeys in the back room.  It's

 4   humanity's collective expression.  And the model, this

 5   so-called AI, is engaging in HI, human imitation.

 6       Thank you, Your Honor.

 7            THE COURT:  I've got a question for you, and the other

 8   side can answer it, too.  You repeatedly said that the idea is

 9   to predict the next word.

10            MR. NELSON:  Yes.

11            THE COURT:  So how does it know when the sentence

12   ends, and how does it know when whether it's grammatically

13   correct?

14            MR. NELSON:  That is all from the training set.  It's

15   literally -- it's -- it's predicting the next word, which is --

16   it's called a next token prediction; right?  So it's actually

17   predicting the next token, which is converted back into the

18   word.

19       But, remember, the token is like there's a dictionary

20   effectively between converting the token and converting the --

21   to the actual word that it outputs, but it knows to make it

22   grammatically correct.

23       It knows if you --

24            THE COURT:  How does it know -- does it know that it

25   has to have a verb and a --
```

```
1            MR. NELSON:  It does that through going through these
2    millions of iterations and going through these multi-layer
3    perceptron blocks so that it knows, for example, that a noun
4    and a verb go together.
5         If you remember back -- let's see.  If we can go to the
6    slide that has it broken down into the tokens, which I think is
7    slide --
8            THE COURT:  There was one for the comma, one for the
9    period.
10           MR. NELSON:  One for the comma and --
11           THE COURT:  I got that, but these are only predictors,
12   and they are going to be -- statistically on a given page
13   there's going to be some sentences that are not -- they are
14   sentence fragments.
15        How does it -- does it have a -- after it -- does it have
16   a check to see, okay, this one doesn't have a verb.  We need to
17   put a verb in there.  Or how does it solve that problem?
18           MR. NELSON:  Well, because -- I mean, it uses
19   thousands and thousands of these GPUs and goes through these
20   months-long training sessions and millions of iterations to get
21   that; but if it's still, after the base model, having issues,
22   that's when the fine-tuning comes in.
23        And so when it spits out something that might not look
24   correct --
25           THE COURT:  All right.
```

1     **MR. NELSON:**  -- the researcher will -- the human will

2  go in and say:  Hey, this one is missing a verb or something.

3  But it --

4     **THE COURT:**  Wait a minute.  But you don't want humans

5  to do it.  You want Claude to do it.

6     Okay.  I have a different question.  I can see the point

7  about predicting the next word, but how does it predict plot?

8     You know, a good writer would have tension.  You know,

9  Actor A and Actor B, there's a chapter in the book that Claude

10  is writing and a good chapter will have tension.

11     Do you know what I mean by that?  In other words, they are

12  fighting over something or disagreeing over something.  Or

13  chapter one and two and three are setting up the plot, but the

14  plot slowly unfolds, and then there's a twist in the plot.

15     Now, how does it predict that kind of more subtle, more

16  graphic general organizational level?

17     **MR. NELSON:**  Because it is seeing hundreds of

18  thousands and millions of books.  And it recognizes that when

19  you're asking it to write a novel, that's what a novel is.

20     **THE COURT:**  But you can't possibly do that if it's

21  only predicting the next word.  It has to be able to predict

22  the plot.  Somehow it has to do that.

23     **MR. NELSON:**  Correct, Your Honor.

24     But built into that is the very different weights that

25  come back to it.  So it's based upon the context that you're

1    inputting.

2         So when you're doing, it knows -- remember the example the

3    part of the forest it's in?  It knows that it's in the novel

4    part of the forest.  So even though it's predicting the next

5    token -- and it does do that.

6         For example, let's go to slide eight.  Slide eight is our

7    High Sierra mystery novel.  Okay?  And if you actually -- you

8    can -- Your Honor has it on the slides.  You can actually zoom

9    in on it and it actually --

10             **THE COURT:**  It's too small.  I can't read that.

11             **MR. NELSON:**  In the back you'll see it.  It actually

12   creates something that tries to give tension.

13        And it says this -- you know, the -- I'll just read it for

14   Your Honor [as read]:

15             "The first sign something was wrong was the

16        ravens."

17        Right?

18        And it goes on [as read]:

19             "Three of them, wheeling in tight circles above

20        the tree line..."

21        And then it just -- it talks about that; right?

22        And so it knows that that's what a mystery novel is

23   supposed to do because it's seen mystery novels; right?

24        And when we asked it to put in something about -- in the

25   70's, you'll see how it talks about the -- you know, things

```
 1   that are related specifically to -- you know, look at the

 2   second to the last paragraph [as read]:

 3            "My freehand instinctively went to the holster at

 4       my hip.  In '76, most rangers still carried

 5       revolvers."

 6   So it's setting it in the place and time knowing that's

 7   what it did.  And it does that because even though it's a next

 8   word predictor, next token predictor --

 9            THE COURT:  No.  In the '70s I don't think they

10   carried revolvers.  Wilderness rangers, I don't think they did

11   then.  Law enforcement rangers, of course, they did.

12       But it's -- what I can read there is pretty good, but I

13   don't -- I'm not -- you're not convincing me -- not convinced.

14       I'm not understanding how a -- what is the next word

15   likely to be.  Could predict what is the next twist in the plot

16   likely to be.

17       That is, to me, a higher level of -- maybe they -- maybe

18   they do that.  Maybe they have got the universe broken out

19   into, you know, many different plots and they can follow one

20   path through the -- through the woods that way.

21       Okay.  Other side gets their say.

22       Thank you.  Excellent presentation.  Thank you.

23            MR. NELSON:  Thank you, Your Honor.

24            THE COURT:  Who at the table over there helped prepare

25   the slides and all that?  Raise your hand if you were involved.
```

```
 1              MR. NELSON:  Mr. Frederiks and Mr. Smyser were key.
 2   They were absolutely critical to this.
 3        So thank you, Your Honor.
 4              THE COURT:  Thank you.  Thank you.
 5              MR. NELSON:  I to say, I was -- my -- I was boning up
 6   on my calculus and, you know --
 7              THE COURT:  I don't think some of those were calculus.
 8   I think some of those were some other kind of math, but --
 9              MR. NELSON:  The Chain Rule -- the Chain Rule was -- I
10   was proud of myself for getting the trivial answers right, Your
11   Honor.
12              THE COURT:  You did good.
13        Okay.  Next side.
14              MR. WINTHROP:  Thank you, Your Honor.  Doug Winthrop
15   from Arnold and Porter for Anthropic.  And I neglected to tell
16   you our client is here, so I --
17              THE COURT:  Where is your client?  Go ahead, introduce
18   your client.
19              MR. WINTHROP:  Yes.  Aparna Sridhar is here, in the
20   back, in-house counsel at Anthropic.
21              THE COURT:  Good morning.
22              MR. WINTHROP:  Before I start, I want to just point
23   out one thing that just jumped out at me about the presentation
24   and even that last discussion.
25        There's no claim that the High Sierra essay that you saw
```

1    infringed anybody's copyright, that it was substantially

2    similar to anybody's copyrighted work.  And that's going to be

3    a pretty important concept as we go through this.

4         So you'll see a -- a fair amount of overlap between our

5    presentation and theirs, but there are some differences and

6    some things where I think they have misstated and overstated.

7    So I'll point those out as I go through this.

8              THE COURT:  Sure.  Go ahead.

9              MR. WINTHROP:  So I'm going to cover five major areas.

10   As you now know, large language models, LLMs, how they work.

11        What happens during pre-training.

12        The idea of fine-tuning, which counsel covered.

13        And then what Anthropic calls constitutional AI and

14   guardrails.

15        And then finally we'll talk as well about inference; this

16   process of how the models run, how they actually work.  So

17   there will be similarity in the topics that we cover.

18        So in this case when we're talking about Anthropic's

19   artificial intelligence tool, we're talking about a large

20   language model.  So that's where we need to start.

21        So what is a large language model?  In plain language, a

22   large language model captures patterns and statistical

23   relationship information about training data.

24        And, when prompted, generates data with known uncertainty.

25        And so breaking that down, it's a mathematical system, as

1    you've heard.  Training data, vast amount of training data is

2    used.  It's fed into the system.

3         The structure of the system allows it to iteratively

4    extract statistical information about the data, such as how

5    likely one word is to appear next to other words or how likely

6    a words is to appear in the beginning, the middle, the end.

7         And then that kind of probability information is captured

8    within this mathematical system.

9         So then you say:  Okay.  What does the LLM do with the

10   information?

11        When the LLM is prompted to give a response, it can

12   generate that response in natural language by predicting an

13   appropriate next word in a sequence based on the statistical

14   information it has captured from the training data.

15        What I said is important in this context, by predicting an

16   appropriate next word.  I didn't say predicting a precise or

17   specific or the correct next word.  And that's important.

18        If you look at the slide, this concept of known

19   uncertainty.  That means there's a range of possible

20   appropriate answers, and the LLM picks among the most likely

21   appropriate answers based on the statistical information it has

22   captured.

23        It does not always pick a particular answer.  It does not

24   always pick -- there's no, like, one correct answer it's always

25   going to get.

```
 1        And I'm going to cover that in a second, but the
 2   implication of what you just heard is that this was very
 3   deterministic; that essentially that the model is looking for
 4   what's the right answer.
 5        And as I'm going to cover in a second, that's actually not
 6   a good sign, a sign -- not a good aspect of a model.  A model
 7   that does that actually needs to be adjusted.  We'll come to
 8   that.
 9        So key points about the overall principles that I want to
10   cover that are set out right now.
11        So, as we said, an LLM learns patterns about -- and
12   relationships within data rather than storing contents.
13        And related to that, the responses of an LLM don't come
14   from receiving stored text, but from this predictive and
15   probabilistic process.
16        Responses are based on the patterns and relationships the
17   LLM learned from the data.
18        So any notion that an LLM is storing data or storing
19   training data and using training data that's stored, that's
20   just fundamentally not true.
21        And then after the model is trained -- and this is what I
22   was talking about -- it gives varied responses to similar user
23   prompts based on probability.
24        And I'm going to show you this.  In fact, if you give the
25   exact same prompt to the same LLM twice, you're likely going to
```

1    get different responses.

2        It's different than the computer coding that I grew up

3    with, where you put something in.  You put the right -- the

4    code language, and out comes a deterministic response.  That is

5    not this world.

6        So use cases for LLMs.  An LLM's ability to craft natural

7    language responses based on statistical information that's

8    extracted from the training data gives LLMs a wide range of

9    functions.

10        And here are just examples of some.  So an LLM can write

11   code.  It can be used by writers to come up with ideas for

12   potential advertising slogans or ideas for an essay on national

13   parks.

14        As I mentioned, it can come up for -- interesting for an

15   idea of a High Sierra thriller type mystery.  But, again, no

16   claim that in this case anything like that has infringed

17   anybody's copyright.

18        Healthcare professionals can use an LLM to analyze medical

19   resources and interpret complex clinical data --

20        **THE COURT:**  Go to the first one, software developers.

21   So you're -- I'll give you -- I'll just make up an example.  So

22   could you say to Claude:  Draft -- using the language you make

23   up -- let's say Python.  Using the language Python, write a

24   program in code that can play checkers.  And then it would go

25   and do that and deliver you some code?

1          **MR. WINTHROP:**  What's that?

2          **THE COURT:**  Would it then deliver you executable code?

3          **MR. WINTHROP:**  I don't know the answer to that, Your

4     Honor.  What I do know is that it can create code.

5       So what I don't know is whether that means it can create

6     sub-aspects of code to do certain functions or whether it can

7     put it all together in that --

8          **THE COURT:**  Okay.

9          **MR. WINTHROP:**  Yeah.

10         **THE COURT:**  All right.

11         **MR. WINTHROP:**  And I wanted to -- on this notion, the

12    theme of an essay, right, that we talked about this High

13    Sierra.  It's also interesting to me that when you looked at

14    that presentation and the *Feather Thief*, the theme of the

15    *Feather Thief* throughout the presentation, still there was no

16    allegation, no -- no output, nothing that said that our

17    client's LLM or anybody's LLM had produced something that was

18    substantially similar.

19         **THE COURT:**  What if you said to Claude -- what's the

20    name of that book?

21         **MR. WINTHROP:**  *Feather Thief*.

22         **THE COURT:**  *Feather Thief*.

23         **MR. WINTHROP:**  The *Feather Thief*.

24         **THE COURT:**  All right.  If you use that title, say:

25    Give me the words for that book.  Would it do that, or would it

1    be --

2            **MR. WINTHROP:**  It would not.  And I'm going to show

3    you with an example like that.  You would get a prompt from

4    Claude that would say something like -- because I can't tell

5    you the exact words because it's not deterministic, but the

6    model has been trained to recognize it as something and say:

7    I'm sorry, I can't do that.  That is copyrighted.

8            **THE COURT:**  Okay, all right.

9            **MR. WINTHROP:**  Okay.  So let's go on then to how an

10   LLM is built.  Here are the key elements that you -- I'm just

11   going to run through them.

12       Blank model architecture.

13       Data collection and assembly.

14       Tokenization.

15       Pre-training.

16       And fine-tuning.

17       Some of the similar steps that counsel just mentioned.

18       So blank model architecture.  That's the fundamental

19   design and structure of the model.  The basic code is written.

20   The objective of the model is set out.  But the model can't

21   really do anything useful because it hasn't been trained.  It's

22   received no training data from which it can start to learn.

23       So we go to the next part of the building a model,

24   building an LLM, data collection and assembly.  So you collect,

25   assemble.  You clean up the data before it's ready to be used.

1    For example, you want to get rid of duplicates.  You want to

2    get rid of noise, like, HTML and XML tags and web pages.

3        And LLMs are trained on a variety of data, because as

4    the -- what the model is trying to do is extract statistical

5    information about data and to do this well, to do it

6    accurately, it needs to be exposed to a wide variety of data,

7    see the vast expanse of how language is used.

8        So to name just a few, right, LLMs are often trained on

9    portions of common crawl, which is meaning historical snapshots

10   from the internet.  Certain source code repositories.  Books.

11   Research papers.  Government documents.  Even court decisions.

12       Now, there's some interesting things to note about how

13   training data is used.  So training data is typically

14   introduced to a model in a variety of orders.  So you might say

15   why?  Why would that matter?  And that's so that the LLM does

16   not become biased and weigh training data presented first more

17   heavily than training data presented later.

18       So as an analogy, if you read all of Shakespeare's

19   sonnets before reading any science texts, you might temporarily

20   think that all writing, including scientific literature, should

21   be written in iambic pentameter.  So that's why there's

22   different ordering of data.

23       Also, the number of times a model sees each piece of

24   training data is typically limited, and that's to avoid causing

25   the LLM to pay too much attention to any one piece of data.

 1    Again, the goal is to have a broad diversity of many types of

 2    data, so you don't want the model to see the same data over and

 3    over again.

 4        Another thing that's just interesting to note, which we

 5    thought we should share, is just some of the unique aspects of

 6    this.  So introducing a diversity of training data is important

 7    for building a good model in both intuitive and non-intuitive

 8    ways.

 9        So, for example, Anthropic has learned that training on

10    source code also makes the model better at logical reasoning.

11    And training on data in one language also makes the model

12    perform better in other languages.

13        **THE COURT:**  Okay.

14        **MR. WINTHROP:**  All right.  So now we get to

15    pre-training.  As you heard earlier, we know what pre-training

16    is.  It involves processing massive amounts of data to create a

17    foundation for language understanding.  And the term "language

18    understanding" means that the model has extracted patterns and

19    statistical relationship information from the training data,

20    which patterns and statistical relationships are reflected in

21    the weights in the model.

22        So let's go here.  And you'll -- there's a similarity in

23    certain aspects of how -- how we present because obviously

24    there's some fundamental features that everyone agrees on with

25    the LLMs.

1          So tokenization.  I said a few times, right, that the LLM

2    extracts statistical information about words -- where they go

3    in the sentence, how they relate to other words in a

4    sentence -- and that's to conceptualize what's going on here.

5          In fact, the model, as you heard earlier, is not

6    extracting statistical information from words.  It's extracting

7    statistical information from tokens; right?  So the whole

8    training process turns tokens into numerical representations.

9          And so tokenization is the process of converting input

10   training data into these smaller units represented by numerical

11   values in order to make the training data, such as natural

12   language, processible by the --

13          THE COURT:  Let me ask you a question about that.  I

14   understand the word gets turned into a token, to a number, but

15   is the number more or less random or do the numbers correspond

16   to something?

17          MR. WINTHROP:  I believe that there is a set

18   dictionary of token identifiers, and I think that -- we agree

19   it's about 100,000.

20          So the tokens then get -- that is how they get identified;

21   right?  So if you -- there is this finite list of tokens.

22          THE COURT:  Are all the ones, say, in the 25,000

23   series, are they -- have some relationship or --

24          MR. WINTHROP:  Yeah, I don't know.  Within the

25   100,000, how do they order them?  I don't know.  And that's

1    something we could find out.

2          **THE COURT:**  Okay.

3          **MR. WINTHROP:**  Okay.  And just like as you saw before,

4    right, there are more tokens than words.  A token can be part

5    of a word.  It can be, in some cases, punctuation.  And as I

6    mentioned, there are about 100,000 in this token -- in the

7    token dictionary.

8          Okay.  So you heard about vectors and vectorization this

9    morning.  So you have the training data broken down into

10   tokens.  Now the model starts to learn how those tokens relate

11   to other tokens, and those relationships are captured

12   numerically through vectors.

13         So as training progresses, the model assigns literally

14   thousands of numerical values.  We tried to represent by this

15   graphic to show just how many, the quantity of data that is

16   assigned to each token, each representing some aspect of the

17   token's relationship to other tokens.

18         So one can think of it this way with an array of numbers,

19   or you could look at it, think of it, you know, graphically in

20   this other way we show.

21         Next slide.

22         And this is a three-dimensional diagram.  Each dimension

23   representing some aspect of meaning.  So, for example, what

24   these pairs have in common.

25         But this is a three-dimensional diagram.  In an actual

1  model, there might be literally 10,000 dimensions represented

2  as -- in these vectors.  So representing such concepts as time,

3  period association, subject/object relationship, noun, verb,

4  what other token is normally to -- with to form a word, where

5  it goes in a sentence, does it introduce a question.  All this

6  data related to the tokens.

7        So then you get to the critical role of weights.

8            THE COURT:  Of what?

9            MR. WINTHROP:  Weights.  So if you look at the chart

10  here, what we've tried to show, as a human receives more and

11  varied information, right -- for example, words have different

12  meanings based on context, what's around them.  They start to

13  learn patterns and relationships.

14        So that's the same with pre-training a model.  In fact,

15  the term "neural network," which you heard this morning, is

16  often used to describe the architecture of a functioning LLM

17  because an LLM is comprised of a series of algorithms that are

18  modeled, in a sense, on the interconnectedness of the human

19  brain.

20        So as the model is exposed to more and more training data,

21  the thousands of numbers reflecting a vector for a token are

22  processed by the model.  The weights, mathematical parameters

23  within the model, are altered as a result of being exposed to

24  the vectorized training date from all the other tokens.

25        And the model that has not been pre-trained, the weights

1    are set at random levels.

2        But then as the model is exposed to ever more training

3    data and, therefore, ever more relationships between tokens,

4    the weights adjust to actual values that reflect the model's

5    growing appreciation for the ever more precise information

6    about the relationship between tokens and how tokens, or as

7    words or parts of words, are actually used in natural language.

8        So if you look on the screen, Your Honor, this is

9    obviously a simplification.  And we're not seeing in this

10   visualization the matrix multiplication and other processes

11   that are occurring which caused the weights and vector values

12   to adjust.

13       We think it's a helpful visual for what's happening inside

14   an LLM as it's exposed to tokens that have different meanings

15   or usage based on context and the surrounding tokens.

16       So it's shown here -- just go back one.

17       If you show here every time the model sees a slightly

18   different use of "cold," including uses demonstrating sarcasm,

19   metaphor -- let's go slowly -- homonym, right, it makes a

20   subtle adjustment in the vector for that token as well as in

21   the model weights.

22       And we -- we show on here, just graphically; right?  It's

23   kind of analogous to the brain learning about different

24   contexts, different uses.  Only in the context of an LLM this

25   is done mathematically, as the weights and vectors are adjusted

 1   based on more and more training data.

 2        So that's -- when you finish that process, you have a

 3   pre-trained model, but you're far from having anything

 4   particularly useful.

 5        So the next topic is fine-tuning.  So if you -- let's go

 6   to the next one.

 7        The quality of the generated output can be improved by

 8   giving the model rewards to guide its behavior during this

 9   fine-tuning process.

10        So, for example, here, if you have the user prompt:  How

11   cold is San Francisco in July?  A pre-trained model response

12   might be:  San Francisco has a temperature of 66 degree

13   Fahrenheit for July average.  You know, it's functional.  It

14   kind of gives you what you need to know.  It's not written very

15   well.

16        But once a model is fine-tuned, you can get a more --

17   train the model to give a more fulsome response, something that

18   we -- there's often referred to as a useful assistant.  How

19   would this be useful to someone?  So that is what goes on in

20   pre-training.

21        So there are two common modalities for fine-tuning.

22   What's referred to as supervised learning and reinforcement

23   learning.

24        So with supervised learning, the model is exposed to

25   preferred responses to sample inputs.  So, for example, instead

```
 1   of the nine word answer to the prompt:  How cold is

 2   San Francisco in July?  The model is shown a fuller, more

 3   discursive response, and that one would -- again, you'd to get

 4   from a helpful assistant.  The model is trained on input and

 5   response pairs like this.

 6       It's like studying by looking at practice tests and ideal

 7   responses prepared by the professor.

 8       Another modality is called reinforcement learning, and

 9   that's somewhat different.  There the model's responses to

10   certain inputs are judged and the model is trained so that it

11   sees its -- if its response was good or bad.  And the analogy

12   would be it's like taking practice questions and then being

13   told immediately whether your answer is good or not that good.

14       And so through that process you get a more sophisticated

15   model that can do more and communicate in a more fulsome way.

16           THE COURT:  Is a human telling it that, or does a

17   computer somehow evaluate whether it's a good or bad answer?

18           MR. WINTHROP:  Both.  There are humans involved in

19   this pre-training -- in this fine-tuning process, but part of

20   what the humans are doing is also creating models that can

21   judge:  Is that a good answer or a bad answer?

22       So they use smaller models, for example, to -- that are

23   trained on samples of inputs and, you know, good and bad

24   outputs.  So that way the model can learn what's a good -- a

25   useful response and a not-so-useful response.  And that, like,
```

1    helper model, if you will, can help with the fine-tuning of the

2    LLM.  So it's a mix of both.

3        Next topic we have is constitutional AI and guardrails.

4        So the term "constitutional AI," that's an Anthropic term.

5    That refers to an approach of developing AI systems with

6    certain behavioral constraints and principles built in during

7    training.

8        So among those constitutional AI principles is avoiding

9    copyright infringement.  And I'll show you a slide that --

10   relating to your question about if you asked it to, you know,

11   print out the first chapter of some copyrighted book.

12       In addition, LLMs typically have other features that are

13   relevant here.  So when a user enters a prompt like, for

14   example, the one that you hypothesized, if that prompt may

15   generate a response that is not desirable, prompt-side

16   filtering is designed to identify those prompts and either

17   redirect or refuse to answer them.

18       In addition, outside filtering -- output-side filtering is

19   a feature that compares a potential response against

20   copyrighted works to prevent a model from providing copyrighted

21   material in response to a user prompt.

22       And then this is also something I wanted to note

23   because -- again, from the -- the presentation you heard this

24   morning.

25       On the relationship between these principles -- so

1    constitutional AI, prompt-side filtering and output-side

2    filtering and how they relate to basic training, all right,

3    they seem to suggest in the presentation this morning that the

4    goal of an LLM is to mimic the training data; that this whole

5    process was designed to determine or see if you can set up a

6    system where the model can mimic the training data.  That is

7    actually not true.

8         A model that simply repeats training data is not a good

9    model.  The repetition of training data is not what makes an AI

10   model a useful assistant.

11        And so when Anthropic trainers, for example, see this

12   happening, there is a term for it.  It's called over-fitting,

13   if the model is too -- adhering too close to training data.

14   The model is actually penalized, a term for meaning the weights

15   are adjusted, right, to prevent that.  You don't want that to

16   happen.

17        And so that the model learns that repeating training data

18   is not a preferred response to a user prompt.  So that's one

19   place where we differ from how they were presenting all of

20   this.

21        **THE COURT:**  Can I ask a question?

22        All the inputs here seem to be words, words.  The inputs

23   are words.  But somehow I had the idea that pictures, for

24   example, or sounds even, were factored into the database.

25        So like bird sounds.  I have an app that I can tell what

 1   bird it is by listening to the -- and it will tell me.  That's

 2   a such-and-such, acorn woodpecker.

 3        So does Claude do that?  Can Claude listen?  And is Claude

 4   trained on sounds and music and facial recognition, that kind

 5   of thing?

 6        MR. WINTHROP:  What I can tell you is the reason that

 7   we have focused on words, and the reason the plaintiffs have

 8   focused on words, is because this case is about books.  So,

 9   therefore, we have not been focused on your -- what you said,

10   pictures, sounds, that sort of thing.

11        My understanding is -- is yes, there is an aspect of that

12   kind of training that occurs.  But I would not want to

13   represent to you that I have studied that because I have been

14   focused on the words for this case, but I believe you are

15   correct.

16        THE COURT:  Okay.

17        MR. WINTHROP:  So we -- we mentioned the -- this idea

18   of the constitutional AI and guardrails and prompt-side

19   filtering and output-side filtering, and I said I would give

20   you examples.

21        So if you go to the next slide.

22        There.  You see this is -- you asked about could the

23   book -- could the model produce in response, you know, a

24   chapter of the book.  And this is what you're going to get.

25   This is -- in this prompt it's DW.  Those are my initials.

1    I asked it:  Please give me the script of *Harry Potter and*

2   *the Order of the Phoenix*.

3    You get a response [as read]:

4        "I apologize, but I cannot provide the script of

5        *Harry Potter and the Order of the Phoenix* as that

6        would be a copyright violation.  The screenplay, like

7        the book, is protected intellectual property,

8        et cetera.  If you're interested in studying the

9        film's structure or specific scenes, I can discuss

10       them in general terms or point you to publicly

11       available resources."

12    They did show you in their presentation a section of *Tale*

13   *of Two Cities*.  Of course, *Tale of Two Cities* is out of

14   copyright; right?

15    Okay.  Last topic is running and using the model, what is

16   referred to as inference.

17    So here is the big picture.  The user sends a prompt to

18   the model for processing.  The input text is broken into

19   tokens, and each token is assigned a number that the model can

20   understand and process.

21    The tokens are further converted into vectors, which

22   capture the mathematical relationships between tokens.

23    And, finally, this encoding is passed through the model,

24   referred to as the forward pass, is the term that's used, in

25   which matrix multiplication and other processes generate a

1    probabilistic result.

2        And here is an example on the screen of what that is,

3    the -- the idea of showing the probabilistic result.

4        It's very important to understand that in deciding what

5    response that the model will give, the model is not trained to

6    give a precise specific response or a predetermined response or

7    one response.  There is a -- there are a range of appropriate

8    responses based on probabilities from what it has -- the

9    training data, what is learned from the training data.  And the

10   model is going to use sampling to decide what -- which response

11   to give in any given case.

12       So if you look at the graphic that we've shown here, in

13   this example, "The city experiences cool summer temperatures

14   due to..."   And the question is what's going to be the -- you

15   know, what's it going to -- what's the response going to be?

16       The model will complete the given statement 33 percent of

17   the time with "marine."  27 percent of the time with "ocean."

18   14 percent of the time with "geographical."  And 8 percent of

19   the time with "the."  And then the rest of it to get to

20   100 percent is smaller numbers.

21       And this goes back to the notion of known uncertainty.

22   Inherent in the response generated by an LLM is a certain level

23   of uncertainty within the known constraints of this kind of

24   sampling of appropriate responses.

25       And that's why, when you go to the next slide, this is how

1    this works in practice.  We asked:  Write me a Haiku about

2    San Francisco.

3        You will note that they are different.  This is -- this is

4    the same model.  This is the same prompt.  And I suspect this

5    was done within minutes of each other, seconds of each other.

6    So that there are many possible outputs even for the exact same

7    prompt.

8        Each output is the result of the process involving the

9    millions of statistical calculations previously discussed that

10   for the same input can provide different outputs.

11       And so this is unique and interesting.  It contrasts with

12   deterministic coding, where you may, for example, right, query

13   a database for a specific value and the same value is always

14   returned.  That is not what these models do and that's not how

15   they are set up.

16       So this is how the technology works.

17           **THE COURT:**  Okay.  Just a sec.

18       (Brief pause.)

19           **THE COURT:**  Could you ask Claude or any of these other

20   programs to summarize all of the news reports for the day into

21   a single memo so that you didn't have to go to *Wall Street*

22   *Journal, Washington Post*?  You could get Claude's version of

23   the morning news?  Is that doable?

24           **MR. WINTHROP:**  Not really because the models are

25   trained as of a certain date.  And so, for example, if you were

1  to say to Claude:  Who is the President of the United States?

2  Which I asked Claude this last night.  As a great surprise to

3  Donald Trump, Claude said:  Joe Biden is the president of the

4  United States because -- and then the model goes on to say:

5  Because I was trained as of a certain date.

6      THE COURT:  Okay.  Let's say a different example.

7  Let's say you were to say for the first 24 years of this

8  decade -- not decade, century, for each year give me one

9  paragraph of the most important things that happened.

10      MR. WINTHROP:  I would --

11      THE COURT:  Would it be able to do that?

12      MR. WINTHROP:  I think probably.  I think probably.

13  It may not be perfect, but it might -- I think it could

14  generate something, yeah.

15      THE COURT:  If you were to say:  What were the best

16  movies?  And let Claude decide what the best movies were --

17      MR. WINTHROP:  For each year --

18      THE COURT:  -- could it do that, or would it give you

19  an answer that makes some sense?

20      MR. WINTHROP:  I think it might be able to tell you

21  from what -- of what -- it might say what were the movies that

22  got certain awards or that sort of thing.  I think -- I would

23  expect you would get some kind of response.

24      And one thing that's interesting that I've noticed when

25  you -- so I have also used this -- this tool, is it can

1    iterate.  So, for example, you could say, as I did:  Draft a

2    poem in honor of my brother-in-law's birthday, and he's a

3    lawyer, and he's got two kids, and his kids play soccer.  And

4    it drafted -- it came up with a poem.

5        Then I said:  Oh, you know, I forgot, like, my

6    sister-in-law is also a lawyer.  We should include that.  And

7    the kids aren't toddlers, they are actually in high school and

8    college, so I need a little more advanced.  And I said that.  I

9    typed that into Claude.  And it came back and it iterated in

10   that way and had a more -- you know, made the kids older, that

11   sort of thing, and included some reference to the wife.

12       So it's quite, you know -- it's possible in that way to

13   kind of communicate with Claude or sense of iterate and give it

14   more data, more information to help it come up with appropriate

15   useful response.

16       **THE COURT:**  Let me change the subject just slightly.

17   I don't want to get into the merits too much, but I want to

18   give each of you three sentences; maybe five, but no more than

19   a total of a minute to -- with the benefit of what I've learned

20   here, I want the plaintiff to explain what the copyright

21   violation is.  And I want you to explain your view of why it's

22   not.  So let's -- let's hear what the one-minute version is.

23       **MR. NELSON:**  Thank you, Your Honor.

24       As we saw in one of the slides, Anthropic knowingly went

25   to a pirated dataset and downloaded, copied that dataset and

 1  used it, period.  That alone -- you can stop there, full stop.

 2  That is the *Napster* case.  You cannot do that.  That is

 3  paradigmatic copyright infringement.

 4       Now, we can go on and talk about other copyright

 5  infringements.  My colleague is 100 percent correct.  This is

 6  not an output copyright infringement.  But the use of training

 7  data by itself is also copyright infringement as it goes on.

 8       There is a market emerging that you go through the four

 9  steps of fair use.  It hits every one of those four steps.

10       My expectation is that they are going to say it is

11  transformative because the output is transformative, but that

12  is not the test.

13       As we saw in the training data, it is consistently copying

14  and using that expression to train, number one.

15       Number two, it is for a commercial use, but it is -- just

16  as the *Andy Warhol* case said, if you go through the other

17  factors, including the emerging licensing market, you will see

18  that it is not fair use.  There is no doubt it is prima facie

19  copyright infringement.  Putting aside, I think, the clear

20  pirated part of it, even going beyond that, is also copyright

21  infringement.

22       Thank you, Your Honor.

23           **THE COURT:**  Okay.  What's your one-minute version?

24           **MR. WINTHROP:**  This is a quintessential fair use.  In

25  every copyright fair use case, there is copying.

1          **THE COURT:**  There is what?

2          **MR. WINTHROP:**  There is copying.  That just gets

3     you -- that's the entrance to the discussion about fair use.

4          The question is:  What's it for?  What's the use?  Is it a

5     different use than what the copyright holder's use and purpose

6     was?

7          This is fundamental.  This is using what -- using works,

8     using to learn the language, to study language.  It's not

9     expressive.  It's basically extracting data about language and

10    that is not copyright infringement.  It is a fair use.  This

11    whole notion of --

12         **THE COURT:**  If you went through the four statutory

13    factors --

14         **MR. WINTHROP:**  Fundamentally a completely different

15    change, a different use.  Fundamentally different use.

16    Completely transformative use.

17         **THE COURT:**  But at the moment you copy it, it is the

18    exact copy.

19         **MR. WINTHROP:**  In any fair use case there is always

20    some copying, and it's always -- you can often say you start

21    with a copy and then do you something with it.

22         I don't think that's going to be the answer.  And I think

23    if you think of *Napster*, that's their analogy.  *Napster* is you

24    copy a song and someone plays a song.  They copied the song and

25    they played the song.

 1          We have been here for two hours.  There is no notion that

 2    Anthropic is generating anything that infringes any copyright.

 3    Nothing that they -- they have showed nothing that says

 4    anything is substantially similar.

 5          **THE COURT:**  What the four statutory factors?  It's

 6    commercial use --

 7          **MR. WINTHROP:**  Amount you --

 8          **THE COURT:**  -- the extent of copying.  I've forgotten

 9    the other two off the top of my head.

10          **MR. WINTHROP:**  It's the impact on the market.  It's

11    the extent of your use.  How much of their -- their -- the

12    plaintiff's use -- the work was used.

13          And so when you run through those, they go in different

14    directions and certain elements.  And the Courts say some are

15    more important than others.

16          The most important one is the first one.  What is our --

17    what is the defendant's purpose and use?  And are we doing

18    something different?  Is it transformative?

19          And I think this is -- the two hours of presentations

20    should have shown you it's quite different than anything that

21    folks have been talking about.

22          **THE COURT:**  All right.  Now, you got more than one

23    minute, so you get a rebuttal.

24          **MR. NELSON:**  Thank you, Your Honor.

25          When you look at just that copying, they are using it for

1    the exact purpose.  There's is no gloss.  There's no derivation
2    even.  It is -- they are using it for how the words are put
3    together.  They are using it for the human expressive content
4    in the training data.
5        It is simply not true that you can only look at the
6    output-side and say:  Well, nothing that happened in between,
7    the intermediate copying --
8            THE COURT:  He's not saying that.  What he's saying
9    is, yes, we copied it, but that's the starting point.  He's
10   saying that they copied it for a transformative purpose.
11           MR. NELSON:  They copied it -- no.  They copied it to
12   extract the expressive content and make exact copies during the
13   training process.
14       And while it is true that -- even if you accept -- which I
15   don't think the case law will show, but even if you accept that
16   you do look at the output-side of it, okay, as the Warhol case
17   just said, you also, according to the statutory language and
18   the case law, you have to look at the commercial use as well.
19       They are copying swaths of these books.  The 196- -- just
20   on Books3, the 196,000 books alone for their expressive
21   content.  And then so what are they doing then?  They are
22   looking at how it's formed.
23       And Your Honor asked a question, which I thought was very
24   perceptive -- and I did ask our expert during the break -- and
25   on this next token predictor, next word predictor, how does it

1  know the plot.

2      And the answer is it has all of these books, all of this

3  training set that is built into it, and it does it on multiple

4  levels; the chapter, the structure.

5      And so if you have a small dataset, it doesn't necessarily

6  get you there.  But as you expand out, you look, you know what

7  the training set is about.  You understand that the -- it is

8  the model that has ingested this.  And it is making exact

9  replicas, exact replicas of this.

10     So the only fair use thing is, okay, well, if you're going

11 to look at the output alone, you know, is that enough to

12 overcome the exact replicas that it is making in the training

13 data for the purpose of having the model understand -- and, by

14 the way, it's not a brain, it's code; okay? -- having the model

15 understand how words are strung together for that contextual

16 encoding and how words are strung together.

17         **THE COURT:**  Well, the -- I see that point, but let me

18 ask you:  Let's say you just had two books and you did the

19 weighting, so the -- how the words.  In one book it was an

20 89 weighting and the other book it was 14.  So the computer

21 merges them together and comes up with something like 50,

22 and -- which is neither.

23     So in going through 180,000 books, it's going to come up

24 with an average that represents none of the books.  It

25 represents the average of -- some weighted numerical

```
 1   representation of how often these words appear next to each

 2   other, which is not going to -- not going to translate to any

 3   of the particular works unless it was just a statistical fluke.

 4        So what would be your answer to that; that the output is

 5   different, the output is transformative, even though they do,

 6   in fact, literally copy exact words, the entirety of the work?

 7            MR. NELSON:  Well, I would say that this case is not

 8   an output case and they might have a -- something that talks

 9   about a defense on the output-side, if it's generating

10   something about the output-side of this.

11        Our case is specifically about -- just -- let's focus just

12   alone on that initial pirated copying.  I'll be corrected if

13   I'm wrong, but I don't know if there's a case or someone has

14   gone to a pirated site and downloaded knowing that that was

15   illegal content and then use that data, forgetting about the

16   output.

17        Your Honor asked, for example, at the scheduling

18   conference:  What if you buy an illegal copy of a book and then

19   write a book review about it?  All right?  The book review is

20   going to be fair use; right?  But that doesn't excuse the fact

21   that you stole the book or that you illegally downloaded the

22   book.  The fair use, whatever it is, on the output-side --

23            THE COURT:  Okay.  That's a good analogy.

24        What's your answer to that?

25            MR. WINTHROP:  I think there's going to be a big
```

```
 1   difference here between the parties.  What they want to say is
 2   that the process of using this data in training is taking the
 3   expressive -- the expressive --
 4            THE COURT:  But he's saying you stole it.  You
 5   downloaded a pirated copy.
 6            MR. WINTHROP:  There is ample case law that this whole
 7   idea of good faith, bad faith, all of that in fair use is
 8   virtually irrelevant.  And we will cite all of the cases.
 9            THE COURT:  Okay.  That's not my memory, but --
10            MR. WINTHROP:  In many, many, many cases that -- the
11   party that is doing something doesn't have authorization to
12   copy.  And the Courts have said that's not -- that doesn't get
13   you -- bar your fair use defense.
14            THE COURT:  Okay.
15            MR. WINTHROP:  And let me just -- one -- I want to
16   make one point.
17            THE COURT:  One last point --
18            MR. WINTHROP:  Yes.
19            THE COURT:  And then we've got to go.
20            MR. WINTHROP:  Is that there -- we disagree
21   fundamentally that what's going on here is extracting the
22   expressive content of these materials.  That is not -- and your
23   analogy, I think, of the algorithm kind of demonstrates that.
24   And that's why there is no output that infringes copyright.
25            THE COURT:  Okay.
```

1      **MR. NELSON:**  Can I just for three seconds?

2    No, no.  Sorry.

3      **THE COURT:**  All right.  What do you want to say?

4    Fifteen seconds.

5      **MR. NELSON:**  Really briefly, really briefly.  The

6    reason why these so-called guardrails are in place is because,

7    of course, it can replicate content.  You can summarize the

8    plot of the *Feather Thief* if you ask.

9    So the fact that the model, they have chosen to put in

10    these constraints --

11      **THE COURT:**  Well, I see that point, but it's not going

12    to do it in every case.  It's going to do it in a rare case,

13    and the guardrail is there to guard against the rare case.

14    I don't think it would -- unless somebody asked:  Give me

15    the text for your copyrighted work.  Then, of course.  So, but

16    in the ordinary case, it's not going to monkey at the

17    typewriter, come up with that book.

18      **MR. NELSON:**  That's right.  And that's why it's not an

19    output case, Your Honor.

20      **THE COURT:**  All right.  Who helped you do your slides?

21      **MR. WINTHROP:**  I had a lot of help.  I had Jessica

22    Gillotte here.  My colleague Joe Farris did a lot on the

23    slides.  Our client did a lot on the slides.  And we had help

24    from FTI over here in the back.

25      **THE COURT:**  Both sides did an excellent job.  I thank

1    you.  I've learned a lot today and I look forward to seeing you

2    again.

3        Okay.  Bye-bye.

4        (Proceedings adjourned.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF OFFICIAL REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Saturday, February 8, 2025