UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,

    Plaintiffs,

v.

ANTHROPIC PBC,

    Defendant.

No. C 24-05417 WHA

**ORDER RE DISCOVERY DISPUTE**

Plaintiffs have raised a discovery dispute (Dkt. No. 86).

Defendant's response, if any, shall be filed **BY NOON ON MONDAY, FEBRUARY 24, 2025.**

Both sides shall appear for an in-person hearing to resolve the issue **AT 10:30 A.M. ON TUESDAY, FEBRUARY 25, 2025 IN COURTROOM 12, SAN FRANCISCO.**

**IT IS SO ORDERED.**

Dated: February 20, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE