Douglas A. Winthrop (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
Joseph Farris (Bar No. 263405)
Joseph.Farris@arnoldporter.com
Jessica L. Gillotte (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
Estayvaine Bragg (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400
Angel T. Nakamura (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
Facsimile:   (213) 243-4199

Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 391-0600

*Attorneys for Defendant* Anthropic PBC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417<br><br>**DECLARATION OF DOUGLAS A. WINTHROP IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO REQUEST A CASE MANAGEMENT CONFERENCE ON THE ORDERING OF SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS** |

I, Douglas A. Winthrop, declare:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Defendant Anthropic PBC ("Anthropic") in this matter. I am an attorney duly licensed to practice law in the State of California.

2. I make this declaration in support of Defendant Anthropic's Administrative Motion to Request a Case Management Conference on the Ordering of Summary Judgment and Class Certification Motions.

3. On February 10, 2025, I emailed Plaintiffs' attorney Justin Nelson our proposal to re-order the deadlines for consideration of motions for summary judgment and class certification in this matter and asked for Mr. Nelson's views on presenting this proposal to the Court. A true and correct copy of my correspondence with Mr. Nelson is attached as **Exhibit A**.

4. By email dated February 11, 2025, Mr. Nelson's co-counsel Rachel Geman responded that Plaintiffs did not agree with our proposal. By email dated February 16, 2025, Mr. Nelson confirmed that this was Plaintiffs' position.

5. On February 19, 2025, I replied to Mr. Nelson's email and asked whether Plaintiffs would stipulate to Anthropic's request that the Court hold a case management conference to allow the parties and the Court to discuss the ordering of summary judgment and class certification motions. I asked Mr. Nelson to let me know by 5pm PST on February 20, 2025, if Plaintiffs would so stipulate. He responded to my email on February 20, 2025, declining to so stipulate. A true and correct copy of this email exchange is attached hereto as **Exhibit B.**

6. Attached hereto as **Exhibit C** is a true and correct copy of the relevant pages of a transcript of proceedings that occurred on January 12, 2024, in the case of *Kadrey v. Meta Platforms Inc.*, No. 3:23-cv-03417-VC (filed July 7, 2023) (N.D. Cal.).

7. Attached hereto as **Exhibit D** is a true and correct copy of the relevant pages of the transcript of the technology tutorial that occurred on January 30, 2025, in this matter.

- 2 -

Case No. 3:24-cv-05417-WHA
DECLARATION OF DOUGLAS A. WINTHROP IN SUPPORT OF ANTHROPIC PBC'S ADMINISTRATION MOTION TO REQUEST A CMC

1  I declare under penalty of perjury pursuant to the laws of the State of California and the
2  United States of America that the foregoing is true and correct.

4  Executed this 20th day of February, 2025 in San Francisco, CA.

                                          */s/ Douglas A. Winthrop*
                                          DOUGLAS A. WINTHROP

Case No. 3:24-cv-05417-WHA
DECLARATION OF DOUGLAS A. WINTHROP IN SUPPORT OF ANTHROPIC PBC'S
ADMINISTRATION MOTION TO REQUEST A CMC