# EXHIBIT A

**From:** Winthrop, Douglas A.
**Sent:** Monday, February 10, 2025 5:15 PM
**To:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Cc:** Collin Fredricks <CFredricks@susmangodfrey.com>; Miller, Jacob S. <jmiller@lchb.com>; Stoler, Reilly T. <rstoler@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>; Alejandra Salinas <ASalinas@susmangodfrey.com>; 'Bartz-AI-TT@simplelists.susmangodfrey.com' <Bartz-AI-TT@simplelists.susmangodfrey.com>; Jordan Connors <jconnors@SusmanGodfrey.com>; Geman, Rachel <rgeman@lchb.com>; 'ssholder@cdas.com' <ssholder@cdas.com>; 'ccole@cdas.com' <CCole@cdas.com>; Craig Smyser <CSmyser@susmangodfrey.com>; Dozier, Wesley <wdozier@lchb.com>; Freymann, Anna J. <afreymann@lchb.com>; Farris, Joseph <Joseph.Farris@arnoldporter.com>; Bragg, Estayvaine <Estayvaine.Bragg@arnoldporter.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>
**Subject:** Summary judgment and class certification

Justin – We've been thinking further about the summary judgment/class certification ordering issue we discussed before the Initial Case Management Conference and with Judge Alsup at the Conference. Our view is that, for a number of reasons, it does make the most sense to deal with summary judgment, in particular our fair use defense, before class certification. We would waive the protection of the one-way intervention rule. I'm happy to get on a call to discuss, but, in sum, we would propose the following revised schedule:

| Event | Deadline |
| --- | --- |
| Dispositive Motions | May 22, 2025 |
| Opposition to Dispositive Motions | June 5, 2025 |
| Reply to Dispositive Motions | June 12, 2025 |
| Hearing on Dispositive Motions | June 26, 2025 |
| Close of Discovery | July 17, 2025 |
| Motion for Class Certification | August 7, 2025 |
| Opposition to Class Certification | August 28, 2025 |
| Reply to Class Certification | September 11, 2025 |
| Hearing on Class Certification | September 25, 2025 |
| Pretrial Conference | November 19, 2025 |
| Trial | December 1, 2025 |

Can you please let me know what you think, or if you'd prefer that I give you a call? Of course, we would need to present any proposed change in the case schedule to Judge Alsup. Thanks.

Doug

_____

Douglas A. Winthrop
Partner | Bio

**Arnold & Porter**

Three Embarcadero Center | 10th Floor
San Francisco, CA 94111-4024
T: +1 415.471.3174
Douglas.Winthrop@arnoldporter.com
www.arnoldporter.com | LinkedIn