# EXHIBIT B

**From:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Sent:** Thursday, February 20, 2025 3:28 PM
**To:** Winthrop, Douglas A. <Douglas.Winthrop@arnoldporter.com>
**Cc:** Collin Fredricks <CFredricks@susmangodfrey.com>; Miller, Jacob S. <jmiller@lchb.com>; Stoler, Reilly T. <rstoler@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>; Alejandra Salinas <ASalinas@susmangodfrey.com>; 'Bartz-AI-TT@simplelists.susmangodfrey.com' <Bartz-AI-TT@simplelists.susmangodfrey.com>; Jordan Connors <jconnors@SusmanGodfrey.com>; Geman, Rachel <rgeman@lchb.com>; 'ssholder@cdas.com' <ssholder@cdas.com>; 'ccole@cdas.com' <CCole@cdas.com>; Craig Smyser <CSmyser@susmangodfrey.com>; Dozier, Wesley <wdozier@lchb.com>; Freymann, Anna J. <afreymann@lchb.com>; Farris, Joseph <Joseph.Farris@arnoldporter.com>; Bragg, Estayvaine <Estayvaine.Bragg@arnoldporter.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; Gillotte, Jessica <Jessica.Gillotte@arnoldporter.com>; Myers, Ally <Ally.Myers@arnoldporter.com>
**Subject:** RE: Summary judgment and class certification

External E-mail

We disagree on having a CMC on moving class cert and would oppose.

Thanks.

Justin

**From:** Winthrop, Douglas A. <Douglas.Winthrop@arnoldporter.com>
**Sent:** Wednesday, February 19, 2025 10:51 PM
**To:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Cc:** Collin Fredricks <CFredricks@susmangodfrey.com>; Miller, Jacob S. <jmiller@lchb.com>; Stoler, Reilly T. <rstoler@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>; Alejandra Salinas <ASalinas@susmangodfrey.com>; 'Bartz-AI-TT@simplelists.susmangodfrey.com' <Bartz-AI-TT@simplelists.susmangodfrey.com>; Jordan Connors <jconnors@SusmanGodfrey.com>; Geman, Rachel <rgeman@lchb.com>; 'ssholder@cdas.com' <ssholder@cdas.com>; 'ccole@cdas.com' <CCole@cdas.com>; Craig Smyser <CSmyser@susmangodfrey.com>; Dozier, Wesley <wdozier@lchb.com>; Freymann, Anna J. <afreymann@lchb.com>; Farris, Joseph <Joseph.Farris@arnoldporter.com>; Bragg, Estayvaine <Estayvaine.Bragg@arnoldporter.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>; Gillotte, Jessica <Jessica.Gillotte@arnoldporter.com>; Myers, Ally <Ally.Myers@arnoldporter.com>
**Subject:** Re: Summary judgment and class certification

EXTERNAL Email

Justin--Thanks for your email. We just see things differently on this. We think the best course now is to request a case management conference with Judge Alsup to discuss this issue with him. Will you please let us know tomorrow by 5pm PST whether you will stipulate to a joint request to the Court for a CMC? If not, we'll proceed with an administrative motion requesting one. Thank you.

1

Doug

Douglas A. Winthrop
Partner | Bio

**Arnold & Porter**

Three Embarcadero Center | 10th Floor
San Francisco, CA 94111-4024
T: +1 415.471.3174
Douglas.Winthrop@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Sent:** Sunday, February 16, 2025 4:14 PM
**To:** Winthrop, Douglas A. <Douglas.Winthrop@arnoldporter.com>
**Cc:** Collin Fredricks <CFredricks@susmangodfrey.com>; Miller, Jacob S. <jmiller@lchb.com>; Stoler, Reilly T. <rstoler@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>; Alejandra Salinas <ASalinas@susmangodfrey.com>; 'Bartz-AI-TT@simplelists.susmangodfrey.com' <Bartz-AI-TT@simplelists.susmangodfrey.com>; Jordan Connors <jconnors@SusmanGodfrey.com>; Geman, Rachel <rgeman@lchb.com>; 'ssholder@cdas.com' <ssholder@cdas.com>; 'ccole@cdas.com' <CCole@cdas.com>; Craig Smyser <CSmyser@susmangodfrey.com>; Dozier, Wesley <wdozier@lchb.com>; Freymann, Anna J. <afreymann@lchb.com>; Farris, Joseph <Joseph.Farris@arnoldporter.com>; Bragg, Estayvaine <Estayvaine.Bragg@arnoldporter.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>
**Subject:** Re: Summary judgment and class certification

External E-mail

Doug -

As also discussed in a separate thread, we continue to believe that class certification should come first, with our brief due on March 6 on the 49 day hearing schedule. We have been working diligently for a while with this date in mind. Changing it now would be prejudicial and inefficient. We have a number of other concerns with your proposal as well. Happy to talk through in more detail but we will oppose any change.

Best Regards,

Justin

---

**From:** Winthrop, Douglas A. <Douglas.Winthrop@arnoldporter.com>
**Sent:** Monday, February 10, 2025 7:14:56 PM
**To:** Justin A. Nelson <jnelson@SusmanGodfrey.com>
**Cc:** Collin Fredricks <CFredricks@susmangodfrey.com>; Miller, Jacob S. <jmiller@lchb.com>; Stoler, Reilly T. <rstoler@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>; Alejandra Salinas <ASalinas@susmangodfrey.com>; 'Bartz-AI-TT@simplelists.susmangodfrey.com' <Bartz-AI-TT@simplelists.susmangodfrey.com>; Jordan Connors <jconnors@SusmanGodfrey.com>; Geman, Rachel <rgeman@lchb.com>; 'ssholder@cdas.com' <ssholder@cdas.com>; 'ccole@cdas.com' <CCole@cdas.com>; Craig Smyser <CSmyser@susmangodfrey.com>; Dozier, Wesley <wdozier@lchb.com>; Freymann, Anna J. <afreymann@lchb.com>; Farris, Joseph <Joseph.Farris@arnoldporter.com>; Bragg, Estayvaine <Estayvaine.Bragg@arnoldporter.com>; Ramallo, Oscar <Oscar.Ramallo@arnoldporter.com>
**Subject:** Summary judgment and class certification

EXTERNAL Email

2

Justin – We've been thinking further about the summary judgment/class certification ordering issue we discussed before the Initial Case Management Conference and with Judge Alsup at the Conference. Our view is that, for a number of reasons, it does make the most sense to deal with summary judgment, in particular our fair use defense, before class certification. We would waive the protection of the one-way intervention rule. I'm happy to get on a call to discuss, but, in sum, we would propose the following revised schedule:

| Event | Deadline |
| --- | --- |
| Dispositive Motions | May 22, 2025 |
| Opposition to Dispositive Motions | June 5, 2025 |
| Reply to Dispositive Motions | June 12, 2025 |
| Hearing on Dispositive Motions | June 26, 2025 |
| Close of Discovery | July 17, 2025 |
| Motion for Class Certification | August 7, 2025 |
| Opposition to Class Certification | August 28, 2025 |
| Reply to Class Certification | September 11, 2025 |
| Hearing on Class Certification | September 25, 2025 |
| Pretrial Conference | November 19, 2025 |
| Trial | December 1, 2025 |

Can you please let me know what you think, or if you'd prefer that I give you a call? Of course, we would need to present any proposed change in the case schedule to Judge Alsup. Thanks.

Doug

_____

Douglas A. Winthrop
Partner | Bio

Arnold & Porter

Three Embarcadero Center | 10th Floor
San Francisco, CA 94111-4024
T: +1 415.471.3174
Douglas.Winthrop@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com