| | |
|---|---|
| Douglas A. Winthrop (Bar No. 183532)<br>Douglas.Winthrop@arnoldporter.com<br>Joseph Farris (Bar No. 263405)<br>Joseph.Farris@arnoldporter.com<br>Jessica L. Gillotte (Bar No. 333517)<br>Jessica.Gillotte@arnoldporter.com<br>Estayvaine Bragg (Bar No. 341400)<br>Estayvaine.Bragg@arnoldporter.com | Joseph R. Wetzel (Bar No. 238008)<br>joe.wetzel@lw.com<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:     (415) 391-0600 |

**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     (415) 471-3100
Facsimile:       (415) 471-3400
Angel T. Nakamura (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:     (213) 243-4000
Facsimile:       (213) 243-4199

*Attorneys for Defendant* Anthropic PBC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br> ANTHROPIC PBC,<br><br>          Defendant. | Case No. 3:24-cv-05417<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO REQUEST A CASE MANAGEMENT CONFERENCE ON THE ORDERING OF SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS** |

1  Pursuant to Civil Local Rule 7-11 Defendant Anthropic PBC has submitted its
2  Administrative Motion to Request a Case Management Conference on the Ordering of Summary
3  Judgment and Class Certification Motions.
4  Upon consideration of the Administrative Motion and the papers submitted in support and
5  response thereto, and good cause appearing, the motion is **GRANTED**. The Court sets a Case
6  Management Conference for the __th of _____, 2025 at ____.

8  IT IS SO ORDERED.

10 Dated:_____    _____
11                                   UNITED STATES DISTRICT JUDGE
                                     THE HONORABLE WILLIAM ALSUP