UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No. C 24-05417 WHA<br><br>**ORDER RE ADMINISTRATIVE MOTION SEEKING CHANGE IN CASE MANAGEMENT SCHEDULING ORDER** |

In this putative class action asserting copyright infringement, plaintiffs filed a discovery letter brief seeking to compel production and cabin the record before class certification (Dkt. No. 86). The Court ordered defendant to respond and both parties to appear this Tuesday (Dkt. No. 87).

Now, defendant files an administrative motion moving for a case management conference (Dkt. No. 88). The motion ultimately seeks a change in our case management scheduling order (*e.g.*, Dkt. No. 88-2 at 2 (proposed schedule)). *Cf.* Civil L.R. 16-2(d). The basic contention is that the fair use defense should be heard first, before class certification.

Plaintiffs shall file their response, if any, **BY 8:00 P.M. ON MONDAY, FEBRUARY 24, 2025.**

1  We will hear from both sides on this issue at the same hearing previously scheduled, **AT
2  10:30 A.M. ON TUESDAY, FEBRUARY 25, 2025 IN COURTROOM 12, SAN FRANCISCO.**
3      **IT IS SO ORDERED.**

5  Dated: February 21, 2025.

   _____
   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE