| | |
|---|---|
| Justin A. Nelson *(pro hac vice)* <br> Alejandra C. Salinas *(pro hac vice)* <br> Collin Fredricks *(pro hac vice)* <br> SUSMAN GODFREY L.L.P <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br> cfredricks@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> SUSMAN GODFREY L.L.P <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br> RNath@susmangodfrey.com <br><br> J. Craig Smyser *(pro hac vice)* <br> SUSMAN GODFREY L.L.P <br> One Manhattan West, 51st Floor, <br> New York, NY 10019 <br> Telephone: (212) 336-8330 <br> Facsimile: (212) 336-8340 <br> csmyser@susmangodfrey.com | Jordan W. Connors *(pro hac vice)* <br> SUSMAN GODFREY L.L.P <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> Rachel Geman *(pro hac vice)* <br> Wesley Dozier *(pro hac vice)* <br> Anna Freymann *(pro hac vice)* <br> LIEFF CABRASER HEIMANN & <br> BERNSTEIN, LLP <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br> wdozier@lchb.com <br> afreymann@lchb.com <br><br> Reilly T. Stoler (SBN 310761) <br> Daniel M. Hutchinson (SBN 239458) <br> LIEFF CABRASER HEIMANN & <br> BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> rstoler@lchb.com <br> dhutchinson@lchb.com |

*Attorneys for Plaintiffs and the Proposed Class*
(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No. 3:24-cv-05417-WHA <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs respectfully asks the Court to consider whether the following materials, filed in relation to Plaintiffs' Opposition to Anthropic PBC's Administrative Motion to Request a Case Management Conference on the Ordering of Summary Judgment and Class Certification Motions, should be sealed. The material has been designated as confidential by Defendant Anthropic PBC.

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Opposition to Anthropic PBC's Administrative Motion to Request a Case Management Conference on the Ordering of Summary Judgment and Class Certification Motions | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Exhibit B | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Exhibit C | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Exhibit D | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or |

| | | | |
|---|---|---|---|
| | | | "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Exhibit E | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

Pursuant to Civil Local Rule 79-5(f), Defendant, as the Designating Party, bears the responsibility to establish that their designated material is sealable.

Dated: February 24, 2025

By: */s/ Rohit D. Nath*

Justin A. Nelson *
Alejandra C. Salinas *
Collin Fredricks *
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman *
Wesley Dozier *
Anna Freymann *
Jacob S. Miller *
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com
jmiller@lchb.com

Reilly T. Stoler (SBN 310761)
Daniel M. Hutchinson (SBN 239458)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com
dhutchinson@lchb.com

Scott J. Sholder *
CeCe M. Cole *
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

*(pro hac vice)