| | |
|---|---|
| Justin A. Nelson *(pro hac vice)* | Rachel Geman *(pro hac vice)* |
| Alejandra C. Salinas *(pro hac vice)* | Jacob S. Miller *(pro hac vice)* |
| Collin Fredricks *(pro hac vice)* | LIEFF CABRASER HEIMANN & |
| SUSMAN GODFREY L.L.P | BERNSTEIN, LLP |
| 1000 Louisiana Street, Suite 5100 | 250 Hudson Street, 8th Floor |
| Houston, TX 77002-5096 | New York, New York 10013-1413 |
| Telephone: (713) 651-9366 | Telephone: (212) 355-9500 |
| jnelson@susmangodfrey.com | rgeman@lchb.com |
| asalinas@susmangodfrey.com | wdozier@lchb.com |
| cfredricks@susmangodfrey.com | afreymann@lchb.com |
| | |
| Rohit D. Nath (SBN 316062) | Reilly T. Stoler (SBN 310761) |
| SUSMAN GODFREY L.L.P | Daniel M. Hutchinson (SBN 239458) |
| 1900 Avenue of the Stars, Suite 1400 | LIEFF CABRASER HEIMANN & |
| Los Angeles, CA 90067-2906 | BERNSTEIN, LLP |
| RNath@susmangodfrey.com | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| J. Craig Smyser *(pro hac vice)* | Telephone: (415) 956-1000 |
| SUSMAN GODFREY L.L.P | rstoler@lchb.com |
| One Manhattan West, 51st Floor, | dhutchinson@lchb.com |
| New York, NY 10019 | |
| Telephone: (212) 336-8330 | |
| csmyser@susmangodfrey.com | |

Jordan W. Connors *(pro hac vice)*
SUSMAN GODFREY L.L.P
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No. 3:24-cv-05417-WHA<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs respectfully asks the Court to consider whether the following materials, filed in relation to Plaintiffs' Letter Motion to Compel, should be sealed. The material has been designated as Highly Confidential – Attorneys' Eyes Only by Defendant Anthropic PBC.

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Discovery Letter | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Exhibit 1 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Exhibit 2 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

Pursuant to Civil Local Rule 79-5(f), Defendant, as the Designating Party, bears the responsibility to establish that their designated material is sealable.

| | | |
|---|---|---|
| 1 | Dated: March 24, 2025 | By: */s/ Rachel Geman* |
| 2 | | |
| 3 | | Justin A. Nelson * <br> Alejandra C. Salinas * <br> Collin Fredricks * |
| 4 | | **SUSMAN GODFREY L.L.P** <br> 1000 Louisiana Street, Suite 5100 |
| 5 | | Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 |
| 6 | | jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com |
| 7 | | cfredricks@susmangodfrey.com |
| 8 | | Rohit D. Nath (SBN 316062) <br> **SUSMAN GODFREY L.L.P** |
| 9 | | 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 |
| 10 | | Telephone: (310) 789-3100 <br> RNath@susmangodfrey.com |
| 11 | | |
| 12 | | Jordan W. Connors * <br> **SUSMAN GODFREY L.L.P** <br> 401 Union Street, Suite 3000 |
| 13 | | Seattle, WA 98101 <br> Telephone: (206) 516-3880 |
| 14 | | jconnors@susmangodfrey.com |
| 15 | | J. Craig Smyser * <br> **SUSMAN GODFREY L.L.P** |
| 16 | | One Manhattan West, 51st Floor, <br> New York, NY 10019 |
| 17 | | Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com |
| 18 | | Rachel Geman * |
| 19 | | Jacob S. Miller * <br> Danna Elmasry* |
| 20 | | **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** |
| 21 | | 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 |
| 22 | | Telephone: (212) 355-9500 <br> rgeman@lchb.com |
| 23 | | jmiller@lchb.com <br> delmasry@lchb.com |
| 24 | | |
| 25 | | Reilly T. Stoler (SBN 310761) <br> Daniel M. Hutchinson (SBN 239458) <br> **LIEFF CABRASER HEIMANN** |
| 26 | | **& BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor |
| 27 | | San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 |
| 28 | | rstoler@lchb.com <br> dhutchinson@lchb.com |

| | |
|---|---|
| 1 | |
| 2 | Scott J. Sholder * |
|   | CeCe M. Cole * |
| 3 | **COWAN DEBAETS ABRAHAMS &** |
|   | **SHEPPARD LLP** |
| 4 | 60 Broad Street, 30th Floor |
|   | New York, New York 10010 |
| 5 | Telephone: (212) 974-7474 |
|   | ssholder@cdas.com |
| 6 | ccole@cdas.com |

*Attorneys for Plaintiffs and the Proposed Class*
 *(*pro hac vice*)

3

ADMINISTRATIVE MOTION TO SEAL ANOTHER PARTY'S MATERIAL
3:24-cv-05417

3208544.1