DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:     (415) 471-3400

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 391-0600

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:     (213) 243-4199

MARK A. LEMLEY (Bar No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:    (646) 898-2055

*Attorneys for Defendant* ANTHROPIC PBC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC,<br><br>              Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable William H. Alsup |

Pursuant to Local Rule 79-5, Defendant Anthropic PBC ("Anthropic") moves to maintain under seal Exhibit 1 in support of the Declaration of Jessica L. Gillotte filed in support of Anthropic's Response to Plaintiffs' Letter Motion to Compel. Portions of the document reflect and reveal highly confidential, nonpublic Anthropic technical information.

Anthropic respectfully requests that this information be sealed so that it remains confidential for the reasons detailed in the Declaration of Jessica L. Gillotte In Support of Defendant Anthropic PBC's Administrative Motion to Seal ("Gillotte Sealing Declaration"), and Exhibit 1 thereto, and as set forth in the Proposed Order, which is narrowly tailored to seal only the sealable material, and which lists in table format the portion of the document thereof that is sought to be sealed, and also attaches a proposed redacted version of the document sought to be sealed.

I.  **LEGAL STANDARD**

A party seeking to seal material is required to establish that the document, or portions thereof, are sealable. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79, 1182 (9th Cir. 2006). Where the underlying filing is "more than tangentially related to the merits of a case," (*Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097, 1101-02 (9th Cir. 2016)), the moving party must make a showing of "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana*, 447 F.3d at 1178-79 (internal citation omitted).

The Ninth Circuit also recognizes that preventing the release of proprietary information and/or trade secrets is a compelling reason that overrides this strong presumption. *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011) ("The publication of materials that could result in infringement upon trade secrets has long been considered a factor that would overcome this strong presumption."). Examples of what might constitute a compelling reason to seal include "'sources of business information that might harm a litigant's competitive standing.'" *Ctr. for Auto Safety,* 807 F.3d at 1097 (quoting *Nixon v. Warner Commc'n,* 435 U.S. 589, 598-99 (1978)); *U.S. Ethernet Innovations, LLC v. Acer, Inc.*, 2014 WL 6664621, at *1 (N.D. Cal. Nov. 24, 2014) (finding compelling reasons to seal "proprietary literature describing the structure, configuration, and operation of the … technology"); *Guzik Tech. Enters. v. W. Digital Corp.*, 2013 WL 6092852, at

- 1 -

*11-12 (N.D. Cal. Nov. 19, 2013) (granting motion to seal confidential information regarding the plaintiff's technology where the disclosure of that information would harm the plaintiff's competitive standing).

## II. THERE ARE COMPELLING REASONS TO SEAL

Anthropic respectfully requests that this Court seal portions of the document listed below because it contains Anthropic's highly confidential information such that the public disclosure of this highly sensitive information would cause competitive injury to Anthropic. In making this request, Anthropic has carefully considered the legal standard and sought to seal the narrowest portions of the document on the public docket, such that no less restrictive alternative to sealing is available.

In particular, as set forth in the Gillotte Sealing Declaration, the information that Anthropic seeks to seal comprises highly confidential, nonpublic, and closely guarded technical information concerning Anthropic's selection and use of datasets for experimentation, training, and research with at least one of Anthropic's research and development models that were not commercially released. Gillotte Sealing Decl., ¶ 3. Such harm could not be avoided by less restrictive means than the narrowly tailored sealing of this information. *Id.*, ¶ 4.

Anthropic has also sought to seal the narrowest portions of this information as possible and which Anthropic had originally designated under the Protective Order. It seeks to seal only the following information:

| ECF | Document | Portions to Seal |
|---|---|---|
|  | Exhibit 1 | Portions highlighted in orange at pp. 2, 5-7 |

## III. CONCLUSION

For the foregoing reasons, Anthropic respectfully requests that this Court grant this administrative motion.

| | |
|---|---|
| Dated: March 26, 2025 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | By: /s/ *Joseph Farris* |
| | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>DOUGLAS A. WINTHROP<br>JOSEPH FARRIS<br>ANGEL T. NAKAMURA<br>OSCAR RAMALLO<br>JESSICA GILLOTTE<br>ESTAYVAINE BRAGG<br>ALLYSON MYERS |
| | **LATHAM & WATKINS LLP**<br>JOSEPH R. WETZEL |
| | **LEX LUMINA PLLC**<br>MARK A. LEMLEY |
| | *Attorneys for Defendant*<br>ANTHROPIC PBC |

## CERTIFICATE OF SERVICE

I, Joseph Farris, am the ECF user whose identification and password are being used to file the foregoing **DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**.

Dated: March 26, 2025

      /s/ *Joseph Farris*