DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

MARK LEMLEY (Bar No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:    (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 34038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 391-0600
Facsimile:    (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>                    Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DECLARATION OF DOUGLAS A. WINTHROP IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 15, 2025<br>Time:   8:00 a.m.<br>Place:  Courtroom 12, 19th Floor<br><br>Judge: Honorable William H. Alsup |

I, Douglas A. Winthrop, declare:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Defendant Anthropic PBC ("Anthropic") in this matter. I am an attorney duly licensed to practice law in the State of California.

2. I make this declaration in support of Anthropic's Motion for Summary Judgment. The information set herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following:

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the March 5, 2025 deposition transcript of Charles Graeber.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the March 7, 2025 deposition transcript of Andrea Bartz.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the March 6, 2025 deposition transcript of Kirk Johnson.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of Charles Graeber's Responses to Request for Admission No. 9 dated January 28, 2025.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of Andrea Bartz's Responses to Request for Admission No. 9 dated January 28, 2025.

8. Attached as Exhibit 6 is a true and correct copy of excerpts of Kirk Johnson's Responses to Request for Admission No. 9 dated January 28, 2025.

9. Attached as Exhibit 7 is a true and correct copy of a document titled Concise Research Roadmap (ANT_BARTZ_000436674).

10. Attached as Exhibit 8 is a true and correct copy of Trenton Bricken et al., *Towards Monosemanticity: Decomposing Language Models With Dictionary Learning*, https://transformer-circuits.pub/2023/monosemantic-features/index.html (Oct. 4, 2023).

11. Attached as Exhibit 9 is a true and correct copy of Adly Templeton et al., *Scaling Monosemanticity: Extracting Interpretable Features from Claude 3 Sonnet*, https://transformer-circuits.pub/2024/scaling-monosemanticity/ (May 21, 2024) (ANT_BARTZ_000001795-1866).

12. Attached as Exhibit 10 is a true and correct copy of Arc Institute, *Evo Mechanistic Interpretability Visualizer*, https://arcinstitute.org/tools/evo/evo-mech-interp.

13. Attached as Exhibit 11 is a true and correct copy of Garyk Brixi et al., *Genome Modeling and Design Across All Domains of Life with Evo 2*, https://www.biorxiv.org/content/10.1101/2025.02.18.638918v1 (Feb. 21, 2025).

14. Attached as Exhibit 12 is a true and correct copy of Elana Simon & James Zou, *InterPLM: Discovering Interpretable Features in Protein Language Models via Sparse Autoencoders*, https://www.biorxiv.org/content/10.1101/2024.11.14.623630v1 (Jan. 28, 2025).

15. Attached as Exhibit 13 is a true and correct copy of Yuntao Bai et al., *Constitutional AI: Harmlessness from AI Feedback*, https://arxiv.org/pdf/2212.08073 (Dec. 15, 2022).

16. Attached as Exhibit 14 is a true and correct copy of Google Scholar Search Results for "*Constitutional AI: Harmlessness from AI Feedback*," Google Scholar, https://scholar.google.com/scholar?hl=en&as_sdt=0%2C9&q=constitutional+ai%3A+harmlessness+from+AI+feedback&btnG= (last accessed March 24, 2025).

1. Attached as Exhibit 15 is a true and correct copy of Cem Anil et al., *Many-shot Jailbreaking*, https://www-cdn.anthropic.com/af5633c94ed2beb282f6a53c595eb437e8e7b630/May_Shot_Jailbreaking__2024_04_02_0936.pdf (Apr. 2, 2024) (ANT_BARTZ_000000544-577).

2. Attached as Exhibit 16 is a true and correct copy of Alex Tamkin et al., *Evaluating and Mitigating Discrimination in Language Model Decisions*, https://arxiv.org/pdf/2312.03689 (Dec. 6, 2023).

3. Attached as Exhibit 17 is a true and correct copy of Erik Jones et al., *Forecasting Rare Language Model Behaviors*, https://arxiv.org/pdf/2502.16797 (Feb. 24, 2025).

4. Attached as Exhibit 18 is a true and correct copy of Alex Tamkin et al., *Clio: Privacy-Preserving Insights into Real World AI Use*, https://arxiv.org/pdf/2412.13678 (Dec. 18, 2024).

5. Attached as Exhibit 19 is a true and correct copy of Anthropic, *Claude 3.5 Sonnet for Sparking Creativity*, https://www.youtube.com/watch?v=rHqk0ZGb6qo (Jun. 20, 2024).

6. Attached as Exhibit 20 is a true and correct copy of Anthropic, *Introducing Claude*, https://www.anthropic.com/news/introducing-claude (Mar. 14, 2023).

7. Attached as Exhibit 21 is a true and correct copy of Anthropic, *Claude 3.5 Sonnet as a Writing Partner*, https://www.youtube.com/watch?v=-dWfl7Dhb0o (June 20, 2024) (ANT_BARTZ_000436709).

8. Attached as Exhibit 22 is a true and correct copy of Anthropic, *The University of Sydney and Accenture Accelerate Whale Conservation with Claude*, https://www.anthropic.com/customers/university-of-sydney.

9. Attached as Exhibit 23 is a true and correct copy of Anthropic, *MagicSchool Transforms K-12 Education for 3 Million Educators and Their Students with Claude*, https://www.anthropic.com/customers/magicschool (last accessed Mar. 16, 2025).

10. Attached as Exhibit 24 is a true and correct copy of Anthropic, *European Parliament Expands Access to Their Archives with Claude*, https://www.anthropic.com/customers/european-parliament (last accessed Mar. 16, 2025).

11. Attached as Exhibit 25 is a true and correct copy of Anthropic, *Anthropic & AWS: Enterprise AI at scale*, https://assets.anthropic.com/m/319d41d452322da/original/Anthropic-AWS-info-sheet.pdf.

12. Attached as Exhibit 26 is a true and correct copy of Anthropic, *Steno Helps Attorneys Find the Critical Insights in Legal Transcripts with Claude*, https://www.anthropic.com/customers/steno (last accessed Mar. 16, 2025) (ANT_BARTZ_000002487-492).

13. Attached as Exhibit 27 is a true and correct copy of Anthropic, *Jumpcut Helps Hollywood Find the Next Big Script with Claude*, https://www.anthropic.com/customers/jumpcut (last accessed Mar. 16, 2025) (ANT_BARTZ_0000002385-390).

14. Attached as Exhibit 28 is a true and correct copy of Anthropic, *Campfire Accelerates Accounting with Claude*, https://www.anthropic.com/customers/campfire (last accessed Mar. 16, 2025).

15. Attached as Exhibit 29 is a true and correct copy of Accenture, *AWS, Accenture and Anthropic Join Forces to Help Organizations Scale AI Responsibly*,

https://newsroom.accenture.com/news/2024/aws-accenture-and-anthropic-join-forces-to-help-organizations-scale-ai-responsibly (Mar. 20, 2024).

16. Attached as Exhibit 30 is a true and correct copy of Danny Hernandez et al., *Scaling Laws and Interpretability of Learning from Repeated Data*, https://arxiv.org/pdf/2205.10487 (May 21, 2022).

17. Attached as Exhibit 31 is a true and correct copy of Chiyuan Zhang et al., *Counterfactual Memorization in Neural Language Models*, https://arxiv.org/pdf/2112.12938 (Sept. 22, 2022).

18. Attached as Exhibit 32 is a true and correct copy of Yiheng Liu et al., *Understanding LLMs: A Comprehensive Overview from Training to Inference*, https://arxiv.org/pdf/2401.02038 (Jan. 6, 2024).

19. Attached as Exhibit 33 is a true and correct copy of Jordan Hoffmann et al., *Training Compute-Optimal Large Language Models*, https://arxiv.org/pdf/2203.15556 (Mar. 29, 2022).

20. Attached as Exhibit 34 is a true and correct copy of Brando Miranda et al., *Beyond Scale: The Diversity Coefficient as a Data Quality Metric for Variability in Natural Language Data*, https://arxiv.org/pdf/2306.13840 (Aug. 26, 2024).

21. Attached as Exhibit 35 is a true and correct copy of Priya Khandelwal et al., *A Guide to Improving Long Context Instruction Following on Open Source Models*, https://scale.com/blog/long-context-instruction-following (Sept. 26, 2024).

22. Attached as Exhibit 36 is a true and correct copy of Tianyu Gao et al., *How to Train Long-Context Language Models (Effectively)*, https://arxiv.org/pdf/2410.02660 (Oct. 3, 2024).

23. Attached as Exhibit 37 is a true and correct copy of Anthropic, *The Claude 3 Model Family: Opus, Sonnet, Haiku 3* (2024) (ANT_BARTZ_000000381-422).

24. Attached as Exhibit 38 is a true and correct copy of Anthropic, *Model Card and Evaluations for Claude Models 2* (2023) (ANT_BARTZ_000000367-80).

25. Attached as Exhibit 39 is a true and correct copy of Leo Gao et al., *The Pile: An 800GB Dataset of Diverse Text for Language Modeling*, https://arxiv.org/pdf/2101.00027 (Dec. 31, 2020).

26. Attached as Exhibit 40 is a true and correct copy of Internet Archive, *About the Internet Archive*, https://archive.org/about/ (last accessed Mar. 16, 2025).

27. Attached as Exhibit 41 is a true and correct copy of Model Data Domain Breakdown Google Sheet (ANT_BARTZ_000435165).

28. Attached as Exhibit 42 is a true and correct copy of Yuntao Bai et al., *Training a Helpful and Harmless Assistant with Reinforcement Learning from Human Feedback*, https://arxiv.org/pdf/2204.05862 (Apr. 12, 2022) (ANT_BARTZ_000004461-534).

29. Attached as Exhibit 43 is a true and correct copy of Amanda Askell et al., *A General Language Assistant as a Laboratory for Alignment*, available at https://arxiv.org/abs/2112.00861 (Dec. 9, 2021) (ANT_BARTZ_000002865-912).

30. Attached as Exhibit 44 is a true and correct copy of Anthropic, *Consumer Terms of Service*, available at https://www.anthropic.com/legal/consumer-terms (Feb. 19, 2025).

31. Attached as Exhibit 45 is a true and correct copy of WTP Valuation Model (ANT_BARTZ_000279410).

32. Attached as Exhibit 46 is a true and correct copy of Jay Peters, *HarperCollins Is Asking Authors to License Their Books for AI Training*, https://www.theverge.com/2024/11/18/24299882/harpercollins-authors-license-books-ai-training (Nov. 19, 2024).

33. Attached as Exhibit 47 is a true and correct copy of Authors Guild, *HarperCollins AI Licensing Deal*, https://authorsguild.org/news/harpercollins-ai-licensing-deal/ (Nov. 19, 2024).

34. Attached as Exhibit 48 is a true and correct copy of Elsevier, *ScienceDirect: Elsevier's Premier Platform of Peer-reviewed Scholarly Literature*, https://www.elsevier.com/products/sciencedirect (last accessed Mar. 26, 2025).

35. Attached as Exhibit 49 is a true and correct copy of Jim Milliott, *Wiley Wraps Up Divestiture Program, Looks at AI Opportunities*, Publisher's Weekly, https://www.publishersweekly.com/pw/by-topic/industry-news/financial-reporting/article/95870-wiley-wraps-up-divestiture-program-looks-at-ai-opportunities.html (Sept. 5, 2024).

36. Attached as Exhibit 50 is a true and correct copy of Oxford Academic, *Our Book Publishing Programme*, https://academic.oup.com/pages/for-authors/books (last accessed Mar. 27, 2025).

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: March 27, 2025                    Respectfully submitted,

                                         /s/ *Douglas A. Winthrop*
                                         DOUGLAS A. WINTHROP

## CERTIFICATE OF SERVICE

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DECLARATION OF DOUGLAS A. WINTHROP IN SUPPPORT OF DEFENDANT ANTHROPIC PBC'S MOTION FOR SUMMARY JUDGMENT**.

Dated: March 27, 2025

                                                      /s/ *Douglas A. Winthrop*