# Exhibit 1

Lodged Conditionally Under Seal