# Exhibit 2

Lodged Conditionally Under Seal