# Exhibit 19

# Native Files Provided to Court and All Parties