# Exhibit 21

# Native Files Provided to Court and All Parties