# Exhibit 41

Lodged Conditionally Under Seal