# EXHIBIT 27

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    ---oOo---

4    ANDREA BARTZ, ANDREA BARTZ,   )
     INC., CHARLES GRAEBER, KIRK   )
5    WALLACE JOHNSON, MJ + KJ,     )
     INC., individually and on     )
6    behalf of others similarly    )
     situated,                     )
7                                  )
              Plaintiffs,          )
8                                  )
     vs.                           )    No. 3:24-cv-05417
9                                  )
     ANTHROPIC PBC,                )
10                                 )
              Defendant.           )
11   _____ )

12

13        TRANSCRIPT DESIGNATED "CONFIDENTIAL"

14

15          VIDEO-RECORDED DEPOSITION OF

16              ANDREA MARIE BARTZ,

17      Taken in her individual capacity and as

18      a 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.

19           Volume I - Pages 1 through 258

20   _____

21             Friday, March 7, 2025

22           San Francisco, California

23

24   Reported By:  JANE GROSSMAN, CSR No. 5225

25   Job No. SF 7222289

                                      Page 1

CONFIDENTIAL

```
 1                         I N D E X
 2     VIDEO-RECORDED DEPOSITION OF ANDREA BARTZ, INDIVIDUALLY,
 3     AND AS A 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.
 4     FRIDAY, MARCH 7, 2025
 5     VOLUME I
 6                                                    PAGE
 7     MORNING SESSION                                  10
 8     AFTERNOON SESSION                               111
 9     EXAMINATION OF ANDREA BARTZ AS AN INDIVIDUAL
10           BY MR. FARRIS                             13
11           (Pages 1 through 231)
12     EXAMINATION OF ANDREA BARTZ AS A 30(b)(6)
13     WITNESS FOR ANDREA BARTZ, INC.
14           BY MR. FARRIS                            232
15           (Pages 232 through 252)
16                       ---oOo---
17                      E X H I B I T S
18         DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION
19       [* Document designated "HIGHLY CONFIDENTIAL."]
20        [** Document designated "CONFIDENTIAL"]
21                       ---oOo---
22     EXHIBIT NO.   DESCRIPTION                      PAGE
23     Exhibit 47    Multipage excerpt from the        68
                     LinkedIn page for Andrea
24                   Bartz (No Bates numbers)
25     / / / / /
```

Page 2

```
 1                    E X H I B I T S
 2                      (Continued)
 3    EXHIBIT NO.    DESCRIPTION                        PAGE
 4    Exhibit 48    Multipage document titled            84
                    "PLAINTIFFS ANDREA BARTZ AND
 5                  ANDREA BARTZ, INC.'S FIRST
                    SUPPLEMENTAL RESPONSES TO
 6                  FIRST SET OF REQUESTS FOR
                    PRODUCTION OF DOCUMENTS
 7                  (NOS. 1-84)" (No Bates numbers)
 8    Exhibit 49    Two-page document on the letter-     95
                    head of ANDREA BARTZ, with
 9                  the heading "ABOUT ANDI"
                    (No Bates numbers)
10
      Exhibit 50    Multipage document, the first        96
11                  page of which is on the letter-
                    head of Page Vault, showing
12                  information regarding the
                    document titled "Stuff Hipsters
13                  Hate" (No Bates numbers)
14    Exhibit 51 ** Three-page e-mail dated 7/29/       119
                    2019, addressed to andreambartz@
15                  gmail.com, from LinkedIn
                    Customer Support "Subject:
16                  Notice of Copyright Infringe-
                    ment..." (BARTZ000003577 -
17                  BARTZ000003579)
18    Exhibit 52 ** Multipage document on the letter-   138
                    head of N.Y.S. DEPARTMENT OF
19                  STATE, titled "ONLINE FILING
                    RECEIPT," dated as "FILED:
20                  01/20/2016"(BARTZ000000274 -
                    BARTZ000000277)
21
      Exhibit 53    Two-page document on the letter-    145
22                  head of Copyright, United States
                    Copyright Office, titled "Public
23                  Catalog" (BARTZ000000266 -
                    BARTZ000000267)
24    / / / / /
25    / / / / /
```

Page 3

```
 1                     E X H I B I T S
 2                      (Continued)
 3    EXHIBIT NO.    DESCRIPTION                    PAGE
 4    Exhibit 54     Two-page document on the letter-    146
                     head of Copyright, United States
 5                   Copyright Office, titled "Public
                     Catalog" (BARTZ000000262 -
 6                   BARTZ000000263)
 7    Exhibit 55 **  Multipage e-mail chain, the top-    148
                     most of which is dated 9/28/
 8                   2020, addressed to Weishuhn,
                     Caroline, from Andrea Bartz,
 9                   "Subject: Re: THE HERD Page
                     Proofs" (BARTZ000003412 -
10                   BARTZ000003415)
11    Exhibit 56 **  Multipage document, the first     153
                     two pages of which are a letter
12                   on the letterhead of RANDOM
                     HOUSE, dated October 22, 2020,
13                   addressed to Andrea Bartz Inc.,
                     from William J. Takes
14                   (BARTZ000003382 - BARTZ000003385)
15    Exhibit 57     Two-page document on the letter-    156
                     head of Copyright, United States
16                   Copyright Office, titled "Public
                     Catalog" (BARTZ000000260 -
17                   BARTZ000000261)
18    Exhibit 58     Two-page document on the letter-    157
                     head of Copyright, United States
19                   Copyright Office, titled "Public
                     Catalog" (BARTZ000000264 -
20                   BARTZ000000265)
21    Exhibit 59 *   One-page document titled          158
                     "ASSIGNMENT" dated as effective
22                   April 15, 2021 (BARTZ000002334)
23    Exhibit 60 **  One-page document titled          164
                     "ASSIGNMENT" dated as effective
24                   February 28, 2025 (BARTZ000004686)
25    / / / / /
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                        E X H I B I T S
 2                         (Continued)
 3      EXHIBIT NO.   DESCRIPTION                      PAGE
 4      Exhibit 61 ** One-page letter on the letter-    167
                     head of ICM PARTNERS, undated,
 5                   unsigned, addressed "Dear
                     Andi," regarding "THE LOST
 6                   NIGHT" (BARTZ000000001)
 7      Exhibit 62 * Multipage agreement on the letter- 172
                     head of Penguin Random House,
 8                   dated 2017, regarding "THE LOST
                     NIGHT" (BARTZ000000006 -
 9                   BARTZ000000022)
10      Exhibit 63 ** Multipage agreement on the letter- 190
                     head of Penguin Random House,
11                   dated the 12th day of November,
                     2019, regarding "Work #1: THE
12                   VISITORS..."  (Designated
                     "CONFIDENTIAL - ATTORNEYS'
13                   EYES ONLY") (BARTZ000003427 -
                     BARTZ000003454)
14
        Exhibit 64 ** Three-page listing of works       195
15                   in progress (Designated
                     "CONFIDENTIAL - ATTORNEYS'
16                   EYES ONLY") (BARTZ000004687 -
                     BARTZ000004689)
17
        Exhibit 65   One-page printout on the letter-   197
18                   head of Copyright, United States
                     Copyright Office showing a
19                   search for the name "bartz
                     andrea" (No Bates number)
20
        Exhibit 66 ** Multipage letter on the letter-    209
21                   head of CROWN Penguin Random
                     House, dated January 28, 2025,
22                   addressed to Andrea Bartz Inc.,
                     with the heading "Royalty
23                   Summary Statement For Period
                     April 01, 2024 to September 30,
24                   2024" (Designated "CONFIDENTIAL -
                     ATTORNEYS' EYES ONLY")
25                   (BARTZ000002339 - BARTZ000002342)
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                    E X H I B I T S
 2                      (Continued)
 3    EXHIBIT NO.   DESCRIPTION                      PAGE
 4    Exhibit 67 ** One-page document on the letter-  213
                    head of ICM PARTNERS, dated
 5                  02/12/2020, titled "Electronic
                    Transfer Detail" (Designated
 6                  "CONFIDENTIAL - ATTORNEYS' EYES
                    ONLY") (BARTZ000000278)
 7
      Exhibit 68   One-page document with the head-   214
 8                 ing "Penguin Random House Author
                   Portal..." for Andrea Bartz
 9                 (BARTZ000000957)
10    Exhibit 69   Multipage document with the head-  215
                   ing "Penguin Random House Author
11                 Portal..." for Andrea Bartz
                   (All pages numbered BARTZ000000960)
12
      Exhibit 70 ** One-page document on the letter-  216
13                  head of Penguin Random House,
                    titled "Author Portal, THE LOST
14                  NIGHT, Sales from Mar 02, 2019 -
                    Jan 04, 2025" (Designated
15                  "CONFIDENTIAL - ATTORNEYS' EYES
                    ONLY") (BARTZ000000958)
16
      Exhibit 71   Multipage document titled          233
17                 "ANTHROPIC PBC'S AMENDED NOTICE
                   OF 30(b)(6) DEPOSITION OF ANDREA
18                 BARTZ, INC." (No Bates numbers)
19                      ---oOo---
20            PREVIOUSLY MARKED EXHIBITS
21              REFERRED TO HEREIN
22    EXHIBIT NO.   DESCRIPTION                      PAGE
23    Exhibit 23   Multipage document titled "FIRST   111
                   AMENDED CLASS ACTION COMPLAINT"
24                 (No Bates numbers)
25                      ---oOo---

                                            Page 6
```

CONFIDENTIAL

```
 1        Q.   Okay.  How long is your longest book,        09:56:30

 2   approximately?                                         09:56:32

 3             You don't have to give me a page number.     09:56:33

 4        A.   In the neighborhood of a hundred thousand    09:56:35

 5   words.                                                 09:56:37

 6        Q.   Okay.  And how long was your shortest        09:56:38

 7   book, approximately?                                   09:56:43

 8        A.   Maybe 90,000 words.                          09:56:46

 9        Q.   Okay.  Do you think the amount you'd be      09:56:48

10   willing to license your works as training data to an   09:56:52

11   LLM for would depend on the number of words in the     09:56:55

12   book?                                                  09:56:57

13             MS. GEMAN:  Objection.                       09:56:57

14             THE WITNESS:  I don't know.                  09:56:57

15   BY MR. FARRIS:                                         09:56:58

16        Q.   You understand you brought this lawsuit on   09:57:17

17   behalf of a class of individuals?                      09:57:18

18        A.   My understanding is it's a class of, yeah,   09:57:22

19   individuals and entities that own copyrights.          09:57:24

20        Q.   Okay.  And you know you are -- you are a     09:57:29

21   representative of that class?                          09:57:31

22        A.   Yes.                                         09:57:32

23        Q.   All right.  Can you describe for me who      09:57:33

24   the members of the class are, as you understand it?    09:57:35

25        A.   My understanding is that it's the           09:57:38
```

Page 49

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | individuals and entities that are owners of the | 09:57:41 |
| 2 | copyrighted books that have been used by Anthropic | 09:57:45 |
| 3 | without licensing as training data for their LLMs. | 09:57:50 |
| 4 | Q.    Okay.   As far as you understand, is there | 09:57:55 |
| 5 | just one class of people or entities or more than | 09:58:01 |
| 6 | one? | 09:58:04 |
| 7 | MS. GEMAN:   Objection. | 09:58:05 |
| 8 | THE WITNESS:   I'm not sure. | 09:58:05 |
| 9 | BY MR. FARRIS: | 09:58:06 |
| 10 | Q.    Okay.   What do you understand your role | 09:58:07 |
| 11 | to be as the representative of that class? | 09:58:09 |
| 12 | A.    I believe my role is to represent the | 09:58:16 |
| 13 | class and ensure a equitable outcome for -- to the | 09:58:19 |
| 14 | best of my ability for all the people I'm | 09:58:31 |
| 15 | representing. | 09:58:33 |
| 16 | Q.    Anything else? | 09:58:35 |
| 17 | A.    Can you repeat the original question? | 09:58:44 |
| 18 | Q.    Sure. | 09:58:46 |
| 19 | I just wanted to know what -- what do you | 09:58:47 |
| 20 | understand about your -- your role as the class | 09:58:48 |
| 21 | representative? | 09:58:50 |
| 22 | What -- what types of duties do you have, | 09:58:51 |
| 23 | other than what you've told me? | 09:58:53 |
| 24 | MS. GEMAN:   Objection. | 09:58:54 |
| 25 | THE WITNESS:   So what kind of duties? | 09:58:58 |

Page 50

| | | |
|---|---|---|
| 1 | That was a different question. | 09:59:00 |
| 2 | BY MR. FARRIS: | 09:59:01 |
| 3 | Q. Yeah, you're right. | 09:59:01 |
| 4 | So let me just -- if I ask it a different | 09:59:03 |
| 5 | way, do you understand that you have any duties to | 09:59:05 |
| 6 | the class other than anything you've already said? | 09:59:07 |
| 7 | A. No. I -- I believe I covered it. | 09:59:12 |
| 8 | Q. Okay. Did you review the original | 09:59:14 |
| 9 | Complaint in this case before it was filed? | 09:59:21 |
| 10 | A. Yes. | 09:59:24 |
| 11 | Q. Without telling me the substance of | 09:59:26 |
| 12 | anything you said to your lawyers, did you provide | 09:59:27 |
| 13 | input about what the allegations would be? | 09:59:29 |
| 14 | MS. GEMAN: I'm just going to caution you | 09:59:34 |
| 15 | not to reveal any discussions with counsel. | 09:59:36 |
| 16 | So if you can answer that question without | 09:59:38 |
| 17 | describing the content of communications, you're | 09:59:41 |
| 18 | free to answer. | 09:59:44 |
| 19 | THE WITNESS: Can you repeat the question, | 09:59:46 |
| 20 | please? | 09:59:48 |
| 21 | BY MR. FARRIS: | 09:59:49 |
| 22 | Q. Yeah. | 09:59:49 |
| 23 | Did you feel like you provided input on | 09:59:50 |
| 24 | what the allegations should be? | 09:59:52 |
| 25 | MS. GEMAN: Sorry. The question was, did | 09:59:55 |

Page 51

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you -- okay. | 09:59:57 |
| 2 | THE WITNESS:  Yes. | 10:00:00 |
| 3 | BY MR. FARRIS: | 10:00:01 |
| 4 | Q.   Do you know how many versions of the | 10:00:02 |
| 5 | Complaint have been filed? | 10:00:04 |
| 6 | A.   I'm not positive. | 10:00:07 |
| 7 | Q.   Okay.  Did you -- well, how did you get | 10:00:09 |
| 8 | connected with the lawyers that represent you in | 10:00:16 |
| 9 | this case? | 10:00:18 |
| 10 | A.   I had contacted counsel after discovering | 10:00:20 |
| 11 | that my works appeared to be part of a dataset that | 10:00:26 |
| 12 | Anthropic had used. | 10:00:30 |
| 13 | Q.   How did you discover that your works | 10:00:35 |
| 14 | appeared to be part of a dataset that Anthropic had | 10:00:38 |
| 15 | used? | 10:00:41 |
| 16 | A.   There was an article in The Atlantic that | 10:00:43 |
| 17 | talked about the dataset and included a sort of | 10:00:47 |
| 18 | search function for checking what books were likely | 10:00:50 |
| 19 | in there. | 10:00:56 |
| 20 | Q.   Do you remember, did you read that in a | 10:00:58 |
| 21 | print edition of The Atlantic or an online version? | 10:01:00 |
| 22 | A.   I believe it was online. | 10:01:06 |
| 23 | Q.   How did the article come to your | 10:01:07 |
| 24 | attention? | 10:01:09 |
| 25 | A.   I -- I am not sure. | 10:01:11 |

Page 52

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    I'm not sure. | 10:02:31 |
| 2 | Q.    Okay.  Did you get a referral to those | 10:02:32 |
| 3 | lawyers somehow, the lawyers you reached out to in | 10:02:35 |
| 4 | the first place? | 10:02:38 |
| 5 | A.    I don't remember how I found them. | 10:02:43 |
| 6 | Q.    When was the first time, if any, you met | 10:02:57 |
| 7 | in person with a lawyer to discuss this case? | 10:02:59 |
| 8 | A.    Yesterday. | 10:03:06 |
| 9 | Q.    Okay.  Before the case was filed in | 10:03:07 |
| 10 | August of this year [sic], how -- had you done phone | 10:03:13 |
| 11 | calls with your lawyers? | 10:03:18 |
| 12 | MS. GEMAN:  I'm just reminding you not to | 10:03:22 |
| 13 | disclose the content of any calls or communications. | 10:03:24 |
| 14 | THE WITNESS:  The question was, did I have | 10:03:27 |
| 15 | phone calls? | 10:03:29 |
| 16 | BY MR. FARRIS: | 10:03:29 |
| 17 | Q.    Yes. | 10:03:30 |
| 18 | A.    Yes. | 10:03:30 |
| 19 | Q.    Okay.  Do you recall how many times you've | 10:03:31 |
| 20 | talked to your lawyers on the phone before the case | 10:03:32 |
| 21 | was filed? | 10:03:35 |
| 22 | A.    I would estimate three to five times. | 10:03:39 |
| 23 | Q.    Okay.  Do you understand that as a named | 10:03:43 |
| 24 | plaintiff that you could be called as a witness to | 10:04:08 |
| 25 | testify at a jury trial if this goes that far? | 10:04:10 |

Page 54

CONFIDENTIAL

```
1          A.    Yes.                                      10:04:14

2          Q.    Would you be willing to travel to          10:04:15

3    San Francisco to do that if you were required to?     10:04:17

4          A.    Yes.                                      10:04:19

5          Q.    Did you sign a written agreement with your 10:04:27

6    lawyers about their representation of you in this      10:04:30

7    case?                                                  10:04:32

8          A.    I believe so.                              10:04:39

9          Q.    Do you recall when you signed it?          10:04:42

10         A.    I believe it would be August '24.          10:04:49

11         Q.    Okay.  Do you know if you have signed any  10:04:53

12   other written agreements with your lawyers other       10:04:56

13   than that one time?                                    10:04:58

14         A.    Of any kind?                               10:05:01

15         Q.    Yeah.                                      10:05:03

16         A.    You're asking if I've signed any documents 10:05:06

17   or specifically --                                     10:05:09

18         Q.    Agreements with your lawyers -- not,       10:05:10

19   like, just generally documents in the case; like,      10:05:12

20   something that actually sets forth the terms of your   10:05:14

21   representation by counsel.                             10:05:17

22         A.    Not that I can recall.                     10:05:20

23         Q.    Okay.  Are your lawyers paying your        10:05:26

24   expenses related to this litigation?                   10:05:27

25         A.    My lawyers booked my travel for this       10:05:32
```

Page 55

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. FARRIS: | 10:57:23 |
| 2 | Q.   Did you sign up? | 10:57:24 |
| 3 | A.   No. | 10:57:25 |
| 4 | Q.   Why not? | 10:57:25 |
| 5 | A.   This happened recently.  And I'm still | 10:57:28 |
| 6 | thinking about it. | 10:57:32 |
| 7 | Q.   Okay.  Okay.  Have you had any | 10:57:32 |
| 8 | communication or interaction with Certified Made | 10:57:44 |
| 9 | by Humans other than the webinar? | 10:57:46 |
| 10 | A.   No. | 10:57:50 |
| 11 | Q.   Have you ever heard of an organization | 10:57:55 |
| 12 | called the Authors Alliance? | 10:57:57 |
| 13 | A.   No. | 10:58:00 |
| 14 | MR. FARRIS:  Okay.  Sorry.  I had this | 10:58:00 |
| 15 | issue with Ms. Salinas the other day.  The table is | 10:58:25 |
| 16 | really long, so it's sort of hard to throw things at | 10:58:29 |
| 17 | you, and it's not -- it's not aggressive. | 10:58:31 |
| 18 | MS. GEMAN:  That's okay.  I know. | 10:58:33 |
| 19 | THE REPORTER:  This is Exhibit 48. | 10:58:36 |
| 20 | (Deposition Exhibit 48 was marked for | 10:58:37 |
| 21 | identification.) | 10:58:37 |
| 22 | MR. FARRIS:  Okay.  Exhibit 48 is -- is | 10:58:43 |
| 23 | one of the documents from the litigation record in | 10:58:45 |
| 24 | this case, which is titled "PLAINTIFF ANDREA BARTZ | 10:58:48 |
| 25 | AND ANDREA BARTZ, INC.'S FIRST SUPPLEMENTAL | 10:58:52 |

Page 84

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | RESPONSES TO FIRST SET OF REQUEST FOR PRODUCTION OF | 10:58:55 |
| 2 | DOCUMENTS..." | 10:58:59 |
| 3 | Q.   Do you see that, ma'am? | 10:58:59 |
| 4 | A.   Yes. | 10:59:01 |
| 5 | Q.   Okay.  I'm not going to quiz you about | 10:59:01 |
| 6 | everything in this document. | 10:59:05 |
| 7 | But I want to ask, generally, do you | 10:59:06 |
| 8 | recall seeing something that was called a Request | 10:59:08 |
| 9 | for Production of Documents to you and -- and | 10:59:10 |
| 10 | working with your lawyers to respond to it? | 10:59:13 |
| 11 | A.   Yes. | 10:59:15 |
| 12 | Q.   Okay.  Did you go out and then, | 10:59:16 |
| 13 | thereafter, look for documents to -- to produce | 10:59:23 |
| 14 | in this case? | 10:59:25 |
| 15 | MS. GEMAN:  Objection. | 10:59:26 |
| 16 | THE WITNESS:  Yes. | 10:59:29 |
| 17 | BY MR. FARRIS: | 10:59:31 |
| 18 | Q.   Okay.  What places did you search? | 10:59:32 |
| 19 | A.   Generally, I searched my own e-mail. | 10:59:38 |
| 20 | And, also, I worked with a third-party | 10:59:40 |
| 21 | vendor to give them access to my e-mail, my social | 10:59:43 |
| 22 | media, and other similar things. | 10:59:50 |
| 23 | Q.   Okay.  Do you recall the name of the | 10:59:54 |
| 24 | vendor? | 10:59:55 |
| 25 | A.   I don't recall. | 10:59:56 |

Page 85

# EXHIBIT 28

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4    ANDREA BARTZ, ANDREA BARTZ,  )
      INC., CHARLES GRAEBER, KIRK  )
 5    WALLACE JOHNSON, MJ + KJ,    )
      INC., individually and on    )
 6    behalf of others similarly   )
      situated,                    )
 7                                 )
                  Plaintiffs,      )
 8                                 )
      vs.                          )   No. 3:24-cv-05417
 9                                 )
      ANTHROPIC PBC,               )
10                                 )
                  Defendant.       )
11    _____  )
12
13         TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15            VIDEO-RECORDED DEPOSITION OF
16              CHARLES ANDREW GRAEBER
17                    Volume I
18               Pages 1 through 235
19    _____
20            Wednesday, March 5, 2025
21           San Francisco, California
22
23    Reported By:  JANE GROSSMAN, CSR No. 5225
24
25    Job No. SF 7222284
```

Page 1

```
 1                        I N D E X
 2    VIDEO-RECORDED DEPOSITION OF CHARLES ANDREW GRAEBER
 3    WEDNESDAY, MARCH 5, 2025
 4    VOLUME I
 5                                                   PAGE
 6    MORNING SESSION                                   9
 7    AFTERNOON SESSION                               146
 8    EXAMINATION BY:    MR. FARRIS                    11
 9                      ---oOo---
10                    E X H I B I T S
11         DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION
12         [* Document designated HIGHLY CONFIDENTIAL."]
13            [** Document designated "CONFIDENTIAL"]
14                      ---oOo---
15    EXHIBIT NO.   DESCRIPTION                        PAGE
16    Exhibit 1     Multipage excerpt from LinkedIn      60
                    Re:  Charles Graeber (No Bates
17                  numbers)
18    Exhibit 2     Multipage excerpt from LinkedIn      61
                    for Charles Graeber with the
19                  heading "Experience" (No Bates
                    numbers)
20
      Exhibit 3     Multipage document titled           75
21                  "PLAINTIFF CHARLES GRAEBER'S
                    FIRST SUPPLEMENTAL RESPONSES
22                  TO FIRST SET OF REQUESTS FOR
                    PRODUCTION OF DOCUMENTS
23                  (NOS. 1-83)" (No Bates numbers)
24    / / / / /
25    / / / / /

                                          Page 2
```

CONFIDENTIAL

```
 1                     E X H I B I T S
 2                      (Continued)
 3     EXHIBIT NO.    DESCRIPTION                      PAGE
 4     Exhibit 4     One-page screenshot from a         81
                     Twitter account with the
 5                   Twitter handle "@TheGoodNurseBK"
                     (No Bates number)
 6
       Exhibit 5     Two-page printout of the bio page  85
 7                   from the URL charlesgraeber.com
                     (No Bates numbers)
 8
       Exhibit 6     One-page screenshot from a         93
 9                   Twitter account with the
                     Twitter handle "@TheGoodNurseBK,"
10                   dated March 26th, 2024
                     (No Bates number)
11
       Exhibit 7     Multipage document titled         97
12                   "FIRST AMENDED CLASS ACTION
                     COMPLAINT" (No Bates numbers)
13
       Exhibit 8 **  Manuscript for The Good Nurse     116
14                   (BARTZ000001676 - BARTZ000001995)
15     Exhibit 9     Two-page document on the letter-  124
                     head of Copyright, United States
16                   Copyright Office, titled "Public
                     Catalog" (BARTZ000000256 -
17                   BARTZ000000257)
18     Exhibit 10 *  Multipage agreement on the letter- 127
                     head of GRAND CENTRAL PUBLISHING,
19                   dated September 6, 2007
                     (BARTZ000000207 - BARTZ000000224)
20
       Exhibit 11 *  One-page document on the letter-  153
21                   head of WOODCUT MEDIA, titled
                     "ADULT CONTRIBUTOR'S CONSENT
22                   FORM," dated as signed 08/20/2024
                     (BARTZ000000242)
23
24     / / / / /
25     / / / / /
```

Page 3

```
 1                    E X H I B I T S
 2                      (Continued)
 3    EXHIBIT NO.   DESCRIPTION                   PAGE
 4    Exhibit 12 *  Multipage letter on the letter-     155
                    head of 22nd Street Entertainment,
 5                  LLC, "Dated as of December 16, 2019,"
                    addressed to Charles Graeber
 6                  (BARTZ000004621 - BARTZ000004672)
 7    Exhibit 13 *  Three-page document on the letter-  158
                    head of Writers House LLC,
 8                  addressed to Having & Selling LLC,
                    titled "Consolidated 2024 Tax
 9                  Statement..." (BARTZ000002331 -
                    BARTZ000002333)
10
      Exhibit 14 ** Manuscript for The Breakthrough      175
11                  BARTZ000002011 - BARTZ000002330)
12    Exhibit 15    One-page document on the letter-     182
                    head of Copyright, United States
13                  Copyright Office, titled "Public
                    Catalog" (BARTZ000000255)
14
      Exhibit 16 ** Multipage agreement on the letter-   183
15                  head of GRAND CENTRAL PUBLISHING,
                    dated December 14, 2015,
16                  (BARTZ000000225 - BARTZ000000241)
17    Exhibit 17    Two-page document on the letter-     189
                    head of Copyright, United States
18                  Copyright Office, titled "Public
                    Catalog" (No Bates numbers)
19
      Exhibit 18    One-page document on the letter-     192
20                  head of Copyright, United States
                    Copyright Office, titled "Public
21                  Catalog" (No Bates number)
22    Exhibit 19 *  Multipage document on the letter-    197
                    head of hachette Book Group,
23                  titled "The Good Nurse"
                    (BARTZ000001996 - BARTZ000002010)
24
25    / / / / /
```

Page 4

```
 1                    E X H I B I T S
 2                      (Continued)
 3    EXHIBIT NO.   DESCRIPTION                        PAGE
 4    Exhibit 20 ** Multipage document on the letter-   207
                    head of hachette Book Group,
 5                  titled "The Breakthrough"
                    (BARTZ000003387 - BARTZ000003394)
 6
 7    Exhibit 21 *  Two-page document titled "SECOND    224
                    PUBLICATION RIGHTS AGREEMENT,"
                    dated July 22, 2019, with hand-
 8                  written interlineations
                    (BARTZ000003763 - BARTZ000003764)
 9
      Exhibit 22    Multipage document titled           226
10                  "PLAINTIFF CHARLES GRAEBER'S
                    FIRST SUPPLEMENTAL RESPONSES TO
11                  DEFENDANT ANTHROPIC PBC'S
                    FIRST SET OF INTERROGATORIES
12                  (NOS. 1-15)" (No Bates numbers)
13
14                      ---oOo---
15            Proceedings Commenced:  9:11 a.m.
16                      RECESSES
17             10:16 a.m. until 10:27 a.m.
18             11:38 a.m. until 11:47 a.m.
19       Luncheon Recess:  12:44 p.m. until 1:21 p.m.
20              2:11 p.m. until 2:19 p.m.
21              3:17 p.m. until 3:31 p.m.
22          Proceedings Adjourned:  3:44 p.m.
23                      ---oOo---
24
25
```

Page 5

CONFIDENTIAL

```
1                 UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                         ---oOo---
4    ANDREA BARTZ, ANDREA BARTZ,  )
     INC., CHARLES GRAEBER, KIRK  )
5    WALLACE JOHNSON, MJ + KJ,    )
     INC., individually and on    )
6    behalf of others similarly   )
     situated,                    )
7                                 )
              Plaintiffs,         )
8                                 )
     vs.                          )    No. 3:24-cv-05417
9                                 )
     ANTHROPIC PBC,               )
10                                )
              Defendant.          )
11   _____  )
12
13          BE IT REMEMBERED that, pursuant to Notice of
14   Taking Video-recorded Deposition, and on Wednesday,
15   March 5, 2025, commencing at the hour of 9:11 a.m., and
16   ending at the hour of 3:44 p.m., at the Law Offices of
17   ARNOLD & PORTER KAYE SCHOLER LLP, Three Embarcadero
18   Center, Tenth Floor, San Francisco, California
19   94111-4024, before me, JANE GROSSMAN, a Certified
20   Shorthand Reporter of the State of California,
21   personally appeared
22                   CHARLES ANDREW GRAEBER,
23   produced as a witness in said action, who, being first
24   duly sworn by the Certified Shorthand Reporter, was
25   thereupon examined as a witness in said cause.
```

Page 6

CONFIDENTIAL

```
 1                   A P P E A R A N C E S

 2

 3     FOR PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC.,

 4     CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC.,

 5     individually and on behalf of others similarly

 6     situated:

 7                  SUSMAN GODFREY L.L.P.

                    1000 Louisiana Street, Suite 5100

 8                  Houston, Texas 77002-5096

                    713.651.9366

 9                  By:  ALEJANDRA C. SALINAS, Attorney at Law

                         asalinas@susmangodfrey.com

10

                    COLLIN FREDRICKS, Attorney at Law

11                  cfredricks@susmangodfrey.com

12                  REETU SINHA, Attorney at Law

                    rsinha@susmangodfrey.com

13

14     FOR PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC.,

15     CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC.,

16     individually and on behalf of others similarly

17     situated:

18                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                    250 Hudson Street, 8th Floor

19                  New York, New York 10013-1413

                    212.355.9500

20                  By:  JACOB MILLER, Attorney at Law

                         (Present via Zoom)

21                  jmiller@lchb.com

22     / / / / /

23     / / / / /

24     / / / / /

25     / / / / /
```

Page 7

```
 1              A P P E A R A N C E S
 2                    (Continued)
 3    FOR DEFENDANT ANTHROPIC PBC:
 4              ARNOLD & PORTER KAYE SCHOLER LLP
               Three Embarcadero Center, Tenth Floor
 5              San Francisco, California 94111-4024
               415.471.3100
 6              By:  JOSEPH FARRIS, Attorney at Law
                    Joseph.Farris@arnoldporter.com
 7
                    OSCAR RAMALLO, Attorney at Law
 8                  (Present via Zoom)
                    Oscar.Ramallo@arnoldporter.com
 9
                    JESSICA GILLOTTE, Attorney at Law
10                  Jessica.Gillotte@arnoldporter.com
                    (Present via Zoom)
11
                    ALLY MYERS, Attorney at Law
12                  Ally.Myers@arnoldporter.com
13
14    ALSO PRESENT:
15              REILLY LEET, Videographer
16                    ---oOo---
17
18
19
20
21
22
23
24
25
```

Page 8

CONFIDENTIAL

```
 1    BY MR. FARRIS:                                        09:59:36

 2         Q.   Okay.  Do you believe there are authors of 09:59:37

 3    very short books in this class?                       09:59:43

 4         A.   I don't know.                               09:59:47

 5         Q.   What do you understand your role as the     09:59:55

 6    class representative to be?                           09:59:57

 7         A.   I'm simply here to tell my -- my truth and  10:00:02

 8    to explain what happened to me and what was -- and    10:00:08

 9    how my work was stolen and state my complaint.        10:00:15

10         Q.   Okay.  Do you understand that you have any  10:00:22

11    duties to the other people in your class?             10:00:24

12         A.   I hope to -- to help the Court bring a      10:00:26

13    resolution that they would be -- they would be happy  10:00:35

14    with.                                                 10:00:38

15         Q.   Okay.  Do you -- do you understand any      10:00:39

16    other duties you might have to them?                  10:00:41

17         A.   I have no conflicts that I'm aware of.      10:00:43

18              I feel that I can represent them well.      10:00:49

19         Q.   Okay.  Did you review the original         10:00:51

20    Complaint in this case before it was filed?          10:01:03

21         A.   Before it was filed?  Yes, I -- I          10:01:05

22    believe -- yes, I believe so.                        10:01:07

23         Q.   Without telling me the substance of any    10:01:09

24    communications with your lawyer, did you provide      10:01:11

25    input on what the allegations should be before it     10:01:12
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | was filed? | 10:01:15 |
| 2 | A.   I don't believe -- well, I'm not -- I'm, | 10:01:21 |
| 3 | frankly, not sure. | 10:01:25 |
| 4 | Q.   Okay.  Do you know how many versions of | 10:01:27 |
| 5 | the Complaint have been filed? | 10:01:31 |
| 6 | A.   No. | 10:01:33 |
| 7 | Q.   Did you meet in person with the lawyers | 10:01:36 |
| 8 | who filed this case before it was filed? | 10:01:39 |
| 9 | A.   No. | 10:01:42 |
| 10 | Q.   Did you have phone calls or Zoom calls | 10:01:46 |
| 11 | with the lawyers in this case before it was filed? | 10:01:49 |
| 12 | A.   I -- yes, I believe so. | 10:01:57 |
| 13 | Q.   How many phone calls did you have with | 10:02:00 |
| 14 | your lawyers before this case was filed? | 10:02:02 |
| 15 | A.   I don't know. | 10:02:05 |
| 16 | Q.   Okay.  If you had to approximate how long | 10:02:06 |
| 17 | you spent actually discussing this case with a | 10:02:10 |
| 18 | lawyer before it was filed, could you give me an | 10:02:12 |
| 19 | estimate? | 10:02:15 |
| 20 | A.   No. | 10:02:20 |
| 21 | Q.   Would it be more than a few hours? | 10:02:22 |
| 22 | A.   I honestly don't know. | 10:02:25 |
| 23 | Q.   All right.  How did you first get | 10:02:31 |
| 24 | connected with the lawyers that represent you in | 10:02:38 |
| 25 | this lawsuit? | 10:02:39 |

Page 44

```
 1            The principal was Donovan Leitch,        10:54:00

 2     L-e-i-t-c-h, yeah, like Mellow Yellow, Donovan.  10:54:03

 3        Q.   Around when did you enter the option     10:54:13

 4     agreement?                                        10:54:15

 5        A.   It's been many years.                     10:54:16

 6            MR. FARRIS:  Okay.  I'll mark Exhibit 3.   10:54:52

 7            Oh, I'm sorry.  I forgot our protocol.     10:54:56

 8            (Deposition Exhibit 3 was marked for       10:54:59

 9             identification.)                          10:54:59

10     BY MR. FARRIS:                                     10:55:07

11        Q.   You get the official one.                 10:55:07

12        A.   I see.                                     10:55:09

13            MR. FARRIS:  Exhibit 3 is a document from  10:55:18

14     this litigation called (as read) "PLAINTIFF CHARLES  10:55:24

15     GRAEBER'S FIRST SUPPLEMENTAL RESPONSES TO FIRST SET  10:55:28

16     OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1   10:55:30

17     THROUGH 83)."                                     10:55:34

18        Q.   Do you see that, sir?                     10:55:35

19        A.   I do.                                      10:55:43

20        Q.   Do you know if you have reviewed the      10:55:44

21     Request for Production of Documents to you in this  10:55:46

22     case?                                             10:55:48

23        A.   I have.                                    10:55:48

24        Q.   Okay.  Did you go and search for certain  10:55:49

25     documents to provide to your attorneys in -- to   10:55:52
```

Page 75

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | produce in this case? | 10:55:56 |
| 2 | A.   Yes. | 10:55:58 |
| 3 | Q.   Okay.  Where did you search for -- what | 10:55:58 |
| 4 | locations did you search for documents? | 10:56:03 |
| 5 | A.   On hard drives and in physical files and | 10:56:07 |
| 6 | on e-mail. | 10:56:13 |
| 7 | Q.   How many hard drives? | 10:56:15 |
| 8 | A.   All of them. | 10:56:19 |
| 9 | Q.   You have -- you have many? | 10:56:22 |
| 10 | A.   I have many. | 10:56:23 |
| 11 | Q.   Okay.  Okay.  Do you own a computer? | 10:56:23 |
| 12 | A.   I do. | 10:56:41 |
| 13 | Q.   Did you search the computer itself? | 10:56:41 |
| 14 | A.   Yes. | 10:56:43 |
| 15 | Q.   So one of the hard drives was the | 10:56:45 |
| 16 | computer's hard drive? | 10:56:47 |
| 17 | A.   That's correct. | 10:56:48 |
| 18 | Q.   Okay.  How many computers do you own? | 10:56:49 |
| 19 | A.   Can you define "computer"? | 10:57:00 |
| 20 | Q.   Well, I'm thinking of, like, a PC or, | 10:57:06 |
| 21 | like, a laptop, that sort of thing. | 10:57:08 |
| 22 | A.   I have one PC functional, one laptop | 10:57:10 |
| 23 | functional, one functional desktop, and one iPad. | 10:57:20 |
| 24 | Q.   Did you search all three of those devices | 10:57:35 |
| 25 | for documents that might be responsive in this case? | 10:57:37 |

Page 76

# EXHIBIT 29

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4    _____
                                   )
 5    ANDREA BARTZ, ANDREA BARTZ,  )
      INC., CHARLES GRAEBER, KIRK  )
 6    WALLACE JOHNSON, MJ + KJ,    )
      INC., individually and on    )
 7    behalf of others similarly   )
      situated,                    )
 8                                 )
 9            Plaintiffs,          )
                                   )
      vs.                          ) No. 3:24-cv-05417
10                                 )
      ANTHROPIC PBC,               )
11                                 )
              Defendant.           )
12    _____)
13
14
15
16       VIDEOTAPED DEPOSITION OF KIRK WALLACE JOHNSON
17                Los Angeles, California
18                Thursday, March 6, 2025
19
20
21
22    Reported by:
      RENEE A. PACHECO, RPR, CLR
23    CSR No. 11564
24    Job No. 7222286
25    PAGES 1 - 227
```

                                                    Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4     _____
                                      )
 5     ANDREA BARTZ, ANDREA BARTZ,    )
       INC., CHARLES GRAEBER, KIRK    )
 6     WALLACE JOHNSON, MJ + KJ,      )
       INC., individually and on      )
 7     behalf of others similarly     )
       situated,,                     )
 8                                    )
               Plaintiffs,            )
 9                                    )
          vs.                         ) No. 3:24-cv-05417
10                                    )
       ANTHROPIC PBC,                 )
11                                    )
               Defendant.             )
12     _____)
13
14
15          Videotaped deposition of KIRK WALLACE JOHNSON,
16     taken on behalf of Defendant, taken at 777 South
17     Figueroa Street, Los Angeles, California, beginning at
18     9:17 a.m. and ending at 5:21 p.m. on Thursday,
19     March 6, 2025, before RENEE A. PACHECO, Certified
20     Shorthand Reporter No. 11564, RPR, CLR.
21
22
23
24
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4         SUSMAN GODFREY LLP

 5         BY:  JORDAN W. CONNORS, ESQ.

 6         401 Union Street, Suite 3000

 7         Seattle, Washington 98101

 8         (206) 516-3880

 9         Jconnors@susmangodfrey.com

10

11         SUSMAN GODFREY L.L.P

12         By:  COLLIN FREDRICKS, ESQ.

13         1000 Louisiana Street, Suite 5100

14         Houston, Texas 77002-5096

15         (713) 651-9366

16         Cfredricks@susmangodfrey.com

17

18    For Defendant:

19         ARNOLD & PORTER KAYE SCHOLER LLP

20         BY:  OSCAR D. RAMALLO, ESQ.

21         777 South Figueroa Street, 44th Floor

22         Los Angeles, California 90017-5844

23         (213) 243-4290

24         oscar.ramallo@arnoldporter.com

25
```

Page 3

1    APPEARANCES (Continued):

2

3    Also Present:  (Via Zoom)

4         Ally Myers

5         Cameron Klein

6         Joe Farris

7         Jessica Gillotte

8         Reetu Sinha

9

10   Videographer:

11        Tristen Knudsen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
1                              INDEX
2   DEPONENT                                    EXAMINATION
3   KIRK WALLACE JOHNSON
4           BY MR. RAMALLO                              9
5           BY MR. RAMALLO 30(B)6                     184
6
7
8                             EXHIBITS
9   DEFENDANT'S                                        PAGE
10  Exhibit 23    First Amended Complaint              68
11  Exhibit 24    Printout from                        75
                  kirkwjohnson.com/about
12
    Exhibit 25    Printout from website               80
13
    Exhibit 26    Printout from website               83
14
    Exhibit 27    Printout from website               84
15
    Exhibit 28    Plaintiff Kirk Wallace Johnson      92
16                and MJ + KJ, Inc.'sFirst
                  Supplement Responses to First
17                Set of Request For Production
                  of Documents
18
    Exhibit 29    "My Books Were Used to Train        103
19                Meta's Generative AI.  Good.
                  It Can Have My Next One Too."
20                By Ian Bogost
21  Exhibit 30    Article "It's Practically           104
                  Impossible to Run a Big AI
22                Company Ethically"
23  Exhibit 31    Copyright registration              111
                  information for "To Be a
24                Friend Is Fatal"
25
```

Page 5

```
 1                  INDEX (CONTINUED)

 2

 3                      EXHIBITS

 4   DEFENDANT'S                                    PAGE

 5   Exhibit 32   E-mail                            118

 6   Exhibit 33   E-mail attachment                118

 7   Exhibit 34   E-mail                            130

 8   Exhibit 35   Attachment to E-mail             131

 9   Exhibit 36   Assignment of the copyright of    133
                  books to MJ + KJ, Inc.
10

     Exhibit 37   Agreement dated 8-24-15           143
11

     Exhibit 38   Option Agreement                  149
12

     Exhibit 39   TV Option for "The Feather        151
13                Thief"

14   Exhibit 40   Assignment of the copyright of    156
                  "The Feather Thief"
15

     Exhibit 41   Book deal with Viking             160
16

     Exhibit 42   Option for "The Fisherman and     164
17                The Dragon"

18   Exhibit 43   Royalty Statement                 167

19   Exhibit 44   Royalty Statement                 168

20   Exhibit 45   Royalty Statement                 170

21   Exhibit 46   30(b)(6) Notice                   185

22

23

                  INSTRUCTION NOT TO ANSWER
24
                         (None)
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1      be valued at over $60 billion.

 2           Q   Is there anything else you can recall

 3      reading about Anthropic?

 4           A   Not that I can recall right now.

 5           Q   You are a plaintiff in this case; correct?      09:40AM

 6           A   Yes.

 7           Q   And you are suing my client, Anthropic?

 8           A   Yes.

 9           Q   Can you tell me in your own words what this

10      case is about from your perspective?                    09:40AM

11           A   Yes.   This case is about Anthropic's

12      unlicensed use of pirated copies of my work and of

13      thousands of other authors' work in order to train

14      their LLMs.

15           Q   Do you know what the legal claims or causes    09:41AM

16      of action are in the case?

17           A   I'm not a lawyer, but my understanding is

18      that this is copyright infringement.

19           Q   What type of company do you understand

20      Anthropic to be?                                        09:42AM

21           A   Sorry.   What type of company?

22           Q   Yes.

23           A   Do you mean like the -- the legal structure

24      of it or what?   I guess I'm trying to understand

25      what you're asking.                                     09:42AM
```

Page 21

1    that they didn't even try.

2    BY MR. RAMALLO:

3        Q    Do you understand that you brought this

4    lawsuit on behalf of a class of individuals?

5        A    I do.                                              11:15AM

6        Q    And you're a class representative; is that

7    correct?

8        A    Yes.

9        Q    Who would you say you represent as a

10   plaintiff in this lawsuit?                                  11:15AM

11       A    You're asking me to describe or define the

12   class?

13       Q    I'm asking you who you view as -- as the

14   group that you are representing?

15       A    I'm representing myself, my own work, and         11:15AM

16   the work of thousands of other authors whose work

17   has been infringed upon.

18       Q    What do you understand to be your role as a

19   class representative?

20       A    In a very reductive sense, to not just look       11:16AM

21   out for my own interest, but to consider the best

22   interest of the class and to provide information

23   that was requested by you all in discovery and to

24   sit in a deposition like this.

25       Q    Did you review the original Complaint            11:16AM

Page 60

```
 1    before it was filed?
 2         A   I did.
 3         Q   And without telling me the substance of any
 4    of your communications with your lawyers, did you
 5    provide input on what the allegations should be?        11:17AM
 6         A   I can't recall.
 7         Q   Did you meet with your lawyers before the
 8    case was filed?
 9         A   In person.
10         Q   We'll start with in person.                    11:17AM
11             Did you meet with them in person?
12         A   No.
13         Q   Did you meet with your lawyers before the
14    case was filed over Zoom or similar technology?
15         A   I had phone calls with them, and my wife       11:17AM
16    did as well, acting as my personal attorney.
17         Q   How many phone calls did you have with your
18    attorneys prior to filing the lawsuit?
19         A   I don't know the exact number, but if you
20    want an estimate, I would be guessing, but in the       11:18AM
21    five to ten range.  I could be wrong about that.
22         Q   Did your wife have calls separate with you,
23    or were you always on calls together when she was
24    involved?
25         A   If I recall, she was on the initial call,      11:18AM
```

Page 61

```
1      with Jonathan Franzen?

2          A   I didn't say I had a conversation with him

3      about -- I saw an article that he was suing.  In

4      that article, I believe I read that it was Susman.

5          Q   Oh.                                      11:22AM

6          A   Yeah.

7          Q   Okay.  Thanks for the clarification.

8              So you didn't contact Jonathan Franzen; is

9      that correct, to talk about this case?

10         A   Before -- before suing?                  11:22AM

11         Q   Before suing, yes.

12         A   No, I don't believe so.

13         Q   Have you talked to Jonathan Franzen about

14     this case after suing?

15         A   I asked him a question about his experience 11:22AM

16     in his case, which is a separate case, but it was

17     only about the discovery process.

18         Q   Do you understand as named plaintiff, you

19     can be called as witness to testify at trial if the

20     case goes to trial?                              11:23AM

21         A   I do.

22         Q   Would you be willing to do that if it

23     requires you to travel to San Francisco?

24         A   Yes.

25         Q   Do you have any understanding about whether 11:23AM
```

Page 63

# EXHIBIT 30

## ASSIGNMENT AND WORK FOR HIRE

In exchange for good and valuable consideration, the receipt and sufficiency of which are acknowledged, Kirk Johnson, having an address at 6927 Paseo Del Serra, Los Angeles, CA 90068 ("Author"), hereby acknowledges and agrees that Author hereby irrevocably sells, transfers, and assigns the entire right, title, and interest, including the right to sue for past infringement, in and to the work(s) as described in Schedule A attached hereto (the "Works") to MJ+KJ, Inc., having a principle place of business at 6927 Paseo Del Serra, Los Angeles, CA 90068 ("MJ+KJ") for all purposes under the Copyright Act. MJ+KJ shall own all rights in the Works including without limitation the right to transfer or license any of its rights and to prepare derivative works based upon the Works (including without limitation all worldwide rights under copyright) in all media now known or as may hereafter be developed.

If and to the extent that Author adds to, updates, modifies, edits, adapts, creates derivative works from, or otherwise creates new copyrightable material relating to the Works ("New Material"), Author acknowledges and agrees that all such New Material is expressly commissioned by MJ+KJ, will be considered "work made for hire" as defined under the US Copyright Act, and shall be owned solely and exclusively by MJ+KJ. In the event that any such copyrightable New Material may be held not to be work made for hire, Author agrees that this Agreement is and shall be deemed to be a sufficient assignment of Author's entire right and interest in that copyrightable New Material to MJ+KJ.

All trademarks and copyrights with respect to the Works and New Material shall be registered in the name of MJ+KJ. Author further agrees to take all actions and execute and deliver all documents requested by MJ+KJ in order to evidence the assignment of Author's rights in and to the Works and New Material.

MJ+KJ shall accord credit to Author, or cause Author to be accorded credit as the author of the Works. Casual or inadvertent failure to accord such credits shall not constitute a breach of this agreement; provided, however, that after receipt of notice of such failure, MJ+KJ agrees to take all reasonable and necessary steps to cure such failure. Author hereby grants to MJ+KJ the perpetual worldwide right to use and permit others to use Author's name, likeness, and biographical material in any promotions and advertisements relating to the Works or MJ+KJ.

This Agreement shall be governed according to the laws and exclusively in the state and federal courts of the State of California. Author and MJ+KJ accept the personal jurisdiction and waive any objections to the venue of such courts. In no event shall Author be entitled to seek or obtain injunctive or other equitable relief in respect of any breach hereof.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the date written below.

AGREED:

Author                                          MJ+KJ, Inc.

Signed By: _____            Signed By: _____
                Kirk Johnson                                    Kirk Johnson
                                                                President,
                                                                MJ+KJ, Inc.

SSN: 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

Date Signed: 1/28/2025                         Date Signed: 1/28/2025

HIGHLY CONFIDENTIAL                                          BARTZ000004690

V15033 D264 P2

## SCHEDULE A

### The Works

*To Be A Friend Is Fatal,* copyright 2013

*The Feather Thief,* copyright 2015

*The Fishermen and the Dragon*, copyright 2019

HIGHLY CONFIDENTIAL

BARTZ000004691

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

March 14, 2025

_____

Date of Recordation

15033                              264

_____

Volume                         Doc.No.

BARTZ000004692

Additional Certificate (17 USC 1700)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-912-519

**Effective Date of Registration:**
November 12, 2020
**Registration Decision Date:**
November 23, 2020

---

## Title

**Title of Work:** THE HERD   A Novel

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 24, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781984826367

## Author

- **Author:** Andrea Bartz
**Author Created:** text
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Andrea Bartz Inc.
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Ballantine Books
**Address:** 1745 Broadway
5th Floor
New York, NY 10019 United States

## Certification

**Name:** Deborah Foley

Page 1 of 2

BARTZ000004693

Registration #:     TX0008912519
Service Request #:  1-9810286462

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004694

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-858-704

**Effective Date of Registration:**
November 07, 2019
**Registration Decision Date:**
March 31, 2020

---

## Title
_____

**Title of Work:** THE LOST NIGHT: A Novel

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** February 26, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780525574712

## Author
_____

- **Author:** Andrea Bartz
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Andrea Bartz Inc.
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Organization Name:** Crown Archetype
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification
_____

BARTZ000004695

Registration #:    TX0008858704
Service Request #:    1-8235002322

Penguin Random House LLC
Michele Park
1745 Broadway, 14th Fl.
New York, NY 10019

BARTZ000004696

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-301-448

**Effective Date of Registration:**
June 27, 2023
**Registration Decision Date:**
August 21, 2023

## Title

**Title of Work:**    THE SPARE ROOM   A Novel

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 20, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781984820495

## Author

- **Author:** Andrea Bartz
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Andrea Bartz Inc.
c/o International Creative Management Partners LLC, 65 East 55th Street, New
York, NY, 10022, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Ballantine Books
**Address:** 1745 Broadway
New York, NY 10019 United States

## Certification

**Name:** Deborah Foley

Page 1 of 2

BARTZ000004697

Registration #:  TX0009301448
Service Request #:  1-12697667368

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004698

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-000-657

**Effective Date of Registration:**
August 10, 2021
**Registration Decision Date:**
September 01, 2021

---

## Title
_____

Title of Work: WE WERE NEVER HERE   A Novel

## Completion/Publication
_____

Year of Completion: 2021
Date of 1st Publication: August 03, 2021
Nation of 1st Publication: United States
International Standard Number: ISBN 9781984820464

## Author
_____

- Author: Andrea Bartz
  Author Created: text
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Andrea Bartz Inc.
c/o International Creative Management Partners LLC, 65 E. 55th Street, New York, NY, 10022, United States
Transfer statement: By written agreement

## Rights and Permissions
_____

Organization Name: Ballantine Books
Address: 1745 Broadway
5th Floor
New York, NY 10019 United States

## Certification
_____

Page 1 of 2

BARTZ000004699

**Registration #:**  TX0009000657
**Service Request #:**  1-10746725413

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004700

Additional Certificate (1/ U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-680-299**

**Effective Date of Registration:**
December 12, 2018

## Title

**Title of Work:**  The Breakthrough

## Completion/Publication

**Year of Completion:**  2018
**Date of 1st Publication:**  November 13, 2018
**Nation of 1ˢᵗ Publication:**  United States
**International Standard Number:**  ISBN 9781455568505

## Author

• **Author:**  Charles Graeber
**Author Created:**  text
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Charles Graeber
c/o Hachette Book Group, 1290 Avenue of the Americas, 4th Floor, New York, NY, 10104, United States

## Certification

**Name:**  Jillian P Mannarino
**Date:**  December 11, 2018

Page 1 of 1

BARTZ000004701

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-731-544

**Effective date of
registration:**

May 30, 2013

## Title

**Title of Work:** The Good Nurse: A True Story of Medicine, Madness, and Murder

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 15, 2013        **Nation of 1st Publication:** United States

**International Standard Number:** ISBN        9780446505291

## Author

■    **Author:** Charles Graeber

**Author Created:** text

**Citizen of:** not known        **Domiciled in:** not known

## Copyright claimant

**Copyright Claimant:** Charles Graeber

c/o Hachette Book Group, 237 Park Ave, New York, NY, 10017, United
States

## Certification

**Name:** Stephanie Robinson

**Date:** May 28, 2013

**Copyright Office notes:** Regarding limitation of claim: statement on deposit indicates some text
preexisting.

BARTZ000004702

Additional Certificate (Y705417WHA)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## TX 8-590-664

Effective Date of Registration:
June 21, 2018

---

## Title

**Title of Work:** THE FEATHER THIEF: BEAUTY, OBSESSION, AND THE NATURAL
HISTORY HEIST OF THE CENTURY by Kirk Wallace Johnson

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 24, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-101-98161-0

## Author

- **Author:** MJ + KJ, Inc. (employer of Kirk Wallace Johnson)
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** MJ + KJ, Inc.
c/o Kneerim & Williams, 90 Canal Street, Boston, MA, 02114

## Certification

**Name:** Tsuyako Uehara
**Date:** June 19, 2018

---

Page 1 of 1

BARTZ000004703

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-212-326

**Effective Date of Registration:**
October 14, 2022
**Registration Decision Date:**
January 12, 2023

---

## Title _____

**Title of Work:** THE FISHERMEN AND THE DRAGON: Fear, Greed, and a Fight for Justice
on the Gulf Coast

## Completion/Publication _____

**Year of Completion:** 2022
**Date of 1st Publication:** August 09, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-9848-8012-3

## Author _____

- **Author:** MJ + KJ, Inc. (employer of Kirk Wallace Johnson)
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** MJ + KJ, Inc.
c/o The Kneerim & Williams Agency LLC, 90 Canal Street 1st Fl, Boston, MA,
02114

## Limitation of copyright claim _____

**Material excluded from this claim:** Brief quotes and images from other sources.

**New material included in claim:** text

## Rights and Permissions _____

**Organization Name:** Viking
**Address:** c/o Penguin Random House LLC
1745 Broadway

Page 1 of 2

Registration #:  TX0009212326
Service Request #:  1-11783525502

Penguin Random House LLC
Anna Scheithauer
1745 Broadway
14th Floor
New York, NY 10019

BARTZ000004705

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-764-797

**Effective date of registration:**

September 6, 2013

## Title

| | |
|---|---|
| Title of Work: | To Be A Friend Is Fatal |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2013 | | |
| Date of 1st Publication: | September 3, 2013 | Nation of 1st Publication: | United States |
| International Standard Number: | ISBN | 9781476710488 | |

## Author

| | |
|---|---|
| ▪ Author: | Kirk W. Johnson |
| Author Created: | text, compilation |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Kirk W. Johnson |
| | c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Quotes and photos from various sources |
| New material included in claim: | text, compilation |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Simon & Schuster Permissions Dept. |
| Address: | c/o Simon & Schuster, Inc. |
| | 1230 Avenue of the Americas |
| | New York, NY 10020  United States |

## Certification

BARTZ000004706

**Registration #:** TX0007764797

**Service Request #:** 1-989049183

Simon & Schuster, Inc.
Stacy Skolnik
1230 Avenue of the Americas
17th Floor
New York, NY 10020  United States

BARTZ000004707



United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = To Be A Friend is Fatal

Search Results: Displaying 2 of 2 entries



Labeled View

*To Be A Friend Is Fatal ; Reg. TX0007764797 (2013).*

**Type of Work:** Recorded Document
**Document Number:** V15033D264
**Date of Recordation:** 2025-03-14
**Entire Copyright Document:** V15033 D264 P1-2
**Date of Execution:** 28Jan25
**Registration Number Not Verified:** TX0007764797
**Title:** To Be A Friend Is Fatal ; Book Reg. TX0007764797 (2013).
**Notes:** Assignment And Work For Hire.
**Party 1:** Kirk Johnson
MJ+KJ, Inc.
**Names:** Johnson, Kirk
MJ+KJ, Inc.





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save | |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

# EXHIBIT 31

Pages 1 - 21

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

ANDREA BARTZ, individually and )
on behalf of others similarly  )
situated,                       )
                                )
            Plaintiffs,         )
                                )
    VS.                         )     **NO. C 24-05417 WHA**
                                )
ANTHROPIC PBC,                  )
                                )
            Defendant.          )
_____)


                        San Francisco, California
                        Tuesday, February 25, 2025

            **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                    LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
                    250 Hudson Street - 8th Floor
                    New York, New York 10013
                BY: **RACHEL GEMAN, ATTORNEY AT LAW**

                    SUSMAN GODFREY LLP
                    1000 Louisiana Street - Suite 5100
                    Houston, Texas  77002
                BY: **COLLIN FREDRICKS, ATTORNEY AT LAW**

For Defendant:
                    ARNOLD & PORTER KAYE SCHOLER LLP
                    Three Embarcadero Center - 10th Floor
                    San Francisco, California  94111
                BY: **DOUGLAS A. WINTHROP, ATTORNEY AT LAW**
                    **ESTAYVAINE BRAGG, ATTORNEY AT LAW**
                    **JESSICA L. GILLOTTE, ATTORNEY AT LAW**
                    **JOSEPH R. FARRIS, ATTORNEY AT LAW**

Remotely Reported: Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
                    U.S. District Court - Official Reporter

1   was the output.  There was no dispute about comparing the

2   output that was there to the output that was in the book.  They

3   were the same.  That was the whole point.  They wanted a copy

4   and for a different use.  And the circuit -- the Second Circuit

5   said that you ought to -- this was -- you ought to first

6   consider the fair use arguments because that is going to inform

7   you -- even if you reject them, that will inform your class

8   certification at a minimum.

9       And the one example that you gave right there in the

10  earlier questions about good faith is exactly an example of

11  that.

12          THE COURT:  How would you even know who to move for

13  summary judgment for since there are two different scenarios

14  and play for the --

15          MR. WINTHROP:  We will move for summary judgment on

16  the Plaintiffs before the Court, the Plaintiffs who sued us,

17  and whatever their particular facts are and however their book

18  was used.

19          THE COURT:  How many Plaintiffs do we have?

20          MR. WINTHROP:  There are three Plaintiffs essentially.

21  And can I just comment on one thing on your -- the example you

22  gave is perfect because this good faith/bad faith issue; okay.

23      So, I would like to read from your decision in the *Google*

24  *versus Oracle* case, the end of the case, the JMOL motions.  You

25  said there was a respectable view that good or bad faith should

no longer be a consideration after the Supreme Court's decision in *Campbell versus Acuff-Rose* -- citations.  Put differently, either a use is objectively fair or it is not; and subjective worry over the issue arguably should not penalize the user.

     In that very case the Supreme Court -- in your case, the *Google versus Oracle*, the Supreme Court said (as read:) "As for bad faith, our decision in *Campbell* expressed some skepticism about whether bad faith has any role in a fair use analysis" -- citation.  "We find this skepticism justifiable as, quote, copyright is a not a privileged reserved for the well-behaved," quote, quoting Judge Leval.

     We believe we acted in good faith.  Please, let me make that clear; that we disagree fundamentally everything they have said about pirated and all that.  "Pirated" is just a jury phrase.  In the *Google versus Oracle*, Google and Oracle had license negotiations and they fell apart and Google decided to proceed and use what they were discussing in their license negotiations.  Was that pirated?  It was just unauthorized, and it is unauthorized because every fair use case is, quote, "unauthorized."  If it was authorized, it wouldn't be copyright infringement.  You wouldn't get to fair use.

     My point is our view is good faith, bad faith, none of that is going to matter.  Their view is different.  You are going to have to decide that, and how you decide will implicate the class issues.  That's my point.