DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:    (415) 471-3400

MARK LEMLEY
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
Facsimile:    (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 391-0600
Facsimile:    (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S NOTICE OF MANUAL FILING RE: EXHIBITS 19 AND 21 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 15, 2025<br>Time:  8:00 a.m.<br>Place:  Courtroom 12, 19th Floor<br><br>Judge: Honorable William H. Alsup |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-2, the following files will be lodged manually in a hard drive, because these are video files and cannot be filed electronically:

- Exhibit 19 in Support of Defendant Anthropic PBC's Motion for Summary Judgment
- Exhibit 21 in Support of Defendant Anthropic PBC's Motion for Summary Judgment

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served via KiteWorks.

This filing was not e-filed for the following reason(s):

1. Unable to Scan Documents
2. Physical Object (please describe):
3. Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. Item Under Seal in Criminal Case
5. Conformance with the Judicial Conference Privacy Policy (General Order 53)
6. Other (please describe):

Dated: March 27, 2025

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  /s/ Douglas A. Winthrop
     DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

## CERTIFICATE OF SERVICE

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DEFENDANT ANTHROPIC PBC'S NOTICE OF MANUAL FILING RE: EXHIBITS 19 AND 21 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**.

Dated: March 27, 2025

/s/ *Douglas A. Winthrop*