UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No.  C 24-05417 WHA<br><br>**QUESTIONS FOR BRIEFING** |

Somewhere in the briefing on summary judgment each side shall please explain the extent to which each of the following cases does or does not violate the copyright laws:

*Case 1.*  An e-book is purchased at full price and read over five days by the purchaser. Each day he reloads the entire e-book.

*Case 2.*  Same as Case 1 but he buys the e-book for one cent from a notorious counterfeiter known as Books 'R' Cheap.

*Case 3.*  Same as Case 2 but his purpose throughout is to write a transformative parody of the work (and he does).

*Case 4.*  Same as Case 3 but his purpose further includes to write the parody with co-writers, so he buys one e-book and copies it for all co-writers (they jointly write the parody).

*Case 5.* Someone buys a copy of the e-book at full price and then gives it to a writer who uses it to write a transformative parody of the work.

*Variant.* For any case relevant (or for all at once), briefly explain to what extent it makes any difference for the copyright laws whether the work is purchased as an e-book or instead in print and converted by the purchaser immediately into a digital format before the next step.

**IT IS SO ORDERED.**

Dated: April 3, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE