UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No. C 24-05417 WHA<br><br>**ORDER RE DISCOVERY LETTER SEEKING RECONSIDERATION** |

Defendant Anthropic PBC has submitted a letter brief seeking reconsideration of the recent order (Dkt. No. 136 (re Dkt. No. 134)). Counsel for both sides shall appear for a hearing in person to discuss the issue AT **11:00 A.M. ON APRIL 9, 2025.**

**IT IS SO ORDERED.**

Dated: April 4, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE