Lieff Cabraser Heimann & Bernstein
Attorneys at Law

SUSMAN GODFREY

April 7, 2025

**VIA ECF**

Judge William H. Alsup
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue, 16th Floor Clerk's Office
San Francisco, CA 94102

      RE: *Bartz, et. al. v. Anthropic PBC*, Case Number 3:24-CV-05417 (N.D. Cal.) Response to Dkt. No. 139

Dear Judge Alsup:

  In light of the Court's Order resetting the discovery hearing from 11:00 a.m. to 1:00 p.m. on Wednesday, April 9, proposed co-lead counsel respectfully request that the hearing be moved to slightly earlier in the day if possible or, alternatively, to seek permission for Justin A. Nelson to leave early due to a pre-existing conflict. Mr. Nelson has a preliminary injunction hearing set for 2:00 pm in Case No. 3:25-cv-02937-VC, *Media Matters for America et al v. X Corp. et al.*, before the Honorable Vince Chhabria in the same courthouse. Counsel for Anthropic is available at any time before 1 p.m. on April 9.


Respectfully Submitted,

LIEFF CABRASER HEIMANN    SUSMAN GODFREY LLP
& BERNSTEIN, LLP

/s/ Rachel Geman       /s/ Justin A. Nelson
Rachel Geman         Justin A. Nelson