# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-858-704**

**Effective Date of Registration:**
November 07, 2019

**Registration Decision Date:**
March 31, 2020

## Title

**Title of Work:** THE LOST NIGHT: A Novel

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 26, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780525574712

## Author

- **Author:** Andrea Bartz
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Andrea Bartz Inc.
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Crown Archetype
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

Page 1 of 2

BARTZ000004695

Registration #: TX0008858704
Service Request #: 1-8235002322

Penguin Random House LLC
Michele Park
1745 Broadway, 14th Fl.
New York, NY 10019

BARTZ000004696