# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 9-301-448**

Effective Date of Registration:
June 27, 2023
Registration Decision Date:
August 21, 2023

## Title
　　　　Title of Work:  THE SPARE ROOM   A Novel

## Completion/Publication
　　　　Year of Completion:  2022
　　　　Date of 1st Publication:  June 20, 2023
　　　　Nation of 1st Publication:  United States
　　　　International Standard Number:  ISBN 9781984820495

## Author
　　　　　　　Author:  Andrea Bartz
　　　　Author Created:  text
　　　　　　Citizen of:  United States

## Copyright Claimant
　　　　Copyright Claimant:  Andrea Bartz Inc.
　　　　　　　　c/o International Creative Management Partners LLC, 65 East 55th Street, New York, NY, 10022, United States
　　　　Transfer statement:  By written agreement

## Rights and Permissions
　　　　Organization Name:  Ballantine Books
　　　　　　　Address:  1745 Broadway
　　　　　　　　New York, NY 10019 United States

## Certification
　　　　　　　　Name:  Deborah Foley

Registration #: TX0009301448
Service Request #: 1-12697667368

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004698