# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-912-519**

**Effective Date of Registration:**
November 12, 2020
**Registration Decision Date:**
November 23, 2020

## Title

Title of Work: THE HERD   A Novel

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: March 24, 2020
Nation of 1st Publication: United States
International Standard Number: ISBN 9781984826367

## Author

- Author: Andrea Bartz
  Author Created: text
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Andrea Bartz Inc.
c/o ICM Partners LLC, 65 East 55th Street, New York, NY, 10022, United States
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Ballantine Books
Address: 1745 Broadway
5th Floor
New York, NY 10019 United States

## Certification

Name: Deborah Foley

Page 1 of 2

BARTZ000004693

Registration #:   TX0008912519
Service Request #:   1-9810286462

Ballantine Books
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

BARTZ000004694