# EXHIBIT 15

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-680-299**
Effective Date of Registration:
December 12, 2018

### Title
**Title of Work:** The Breakthrough

### Completion/Publication
**Year of Completion:** 2018
**Date of 1st Publication:** November 13, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781455568505

### Author
- **Author:** Charles Graeber
  **Author Created:** text
  **Citizen of:** United States

### Copyright Claimant
**Copyright Claimant:** Charles Graeber
c/o Hachette Book Group, 1290 Avenue of the Americas, 4th Floor, New York, NY, 10104, United States

### Certification
**Name:** Jillian P Mannarino
**Date:** December 11, 2018

BARTZ000004701