# Exhibit 23

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
TX 7-764-797

**Effective date of registration:**
September 6, 2013

## Title
- **Title of Work:** To Be A Friend Is Fatal

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** September 3, 2013
- **Nation of 1st Publication:** United States
- **International Standard Number:** ISBN  9781476710488

## Author
- **Author:** Kirk W. Johnson
- **Author Created:** text, compilation
- **Work made for hire:** No
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Kirk W. Johnson
  c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States

## Limitation of copyright claim
- **Material excluded from this claim:** Quotes and photos from various sources
- **New material included in claim:** text, compilation

## Rights and Permissions
- **Organization Name:** Simon & Schuster Permissions Dept.
- **Address:** c/o Simon & Schuster, Inc.
  1230 Avenue of the Americas
  New York, NY 10020  United States

## Certification

BARTZ000004706

Registration #: TX0007764797
Service Request #: 1-989049183

Simon & Schuster, Inc.
Stacy Skolnik
1230 Avenue of the Americas
17th Floor
New York, NY 10020  United States

BARTZ000004707