# EXHIBIT 24

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-212-326

**Effective Date of Registration:**
October 14, 2022
**Registration Decision Date:**
January 12, 2023

## Title
___

Title of Work: THE FISHERMEN AND THE DRAGON: Fear, Greed, and a Fight for Justice
on the Gulf Coast

## Completion/Publication
___

Year of Completion: 2022
Date of 1st Publication: August 09, 2022
Nation of 1st Publication: United States
International Standard Number: ISBN 978-1-9848-8012-3

## Author
___

- Author: MJ + KJ, Inc. (employer of Kirk Wallace Johnson)
Author Created: text
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant
___

Copyright Claimant: MJ + KJ, Inc.
c/o The Kneerim & Williams Agency LLC, 90 Canal Street 1st Fl, Boston, MA,
02114

## Limitation of copyright claim
___

Material excluded from this claim: Brief quotes and images from other sources.

New material included in claim: text

## Rights and Permissions
___

Organization Name: Viking
Address: c/o Penguin Random House LLC
1745 Broadway

Page 1 of 2

BARTZ000004704

**Registration #:** TX0009212326
**Service Request #:** 1-11783525502

Penguin Random House LLC
Anna Scheithauer
1745 Broadway
14th Floor
New York, NY 10019

BARTZ000004705