# EXHIBIT 25

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-590-664**

**Effective Date of Registration:**
June 21, 2018

## Title

**Title of Work:** THE FEATHER THIEF: BEAUTY, OBSESSION, AND THE NATURAL
HISTORY HEIST OF THE CENTURY by Kirk Wallace Johnson

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 24, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-101-98161-0

## Author

- **Author:** MJ + KJ, Inc. (employer of Kirk Wallace Johnson)
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** MJ + KJ, Inc.
.c/o Kneerim & Williams, 90 Canal Street, Boston, MA, 02114

## Certification

**Name:** Tsuyako Uehara
**Date:** June 19, 2018

Page 1 of 1

BARTZ000004703