# EXHIBIT 41
**Public Redacted**

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4     ANDREA BARTZ, et al.,       )
                                   )
 5               Plaintiff,        )  Case No.:
                                   )  3:24-CV-05417-WHA
 6     v.                          )
                                   )
 7     ANTHROPIC PBC,              )
                                   )
 8               Defendants.       )
       _____ )
 9                                 )

10

11

12

13          VIDEOTAPED DEPOSITION OF THOMAS TURVEY

14     ██████████████████████████████████████████████

15                    April 10, 2025

16                      9:09 a.m.

17

18

19

20

21

22

23     REPORTED BY:

24     Tammy Moon, CSR No. 13184, RDR, CRR

25     JOB NO. 10162277
```

| Thomas Turvey | | Andrea Bartz, et al. vs. Anthropic PBC |
|---|---|---|

```
 1    APPEARANCES:

 2    FOR PLAINTIFF ANDREA BARTZ, et al.:

 3    SUSMAN GODFREY LLP
      BY:  ALEJANDRA SALINAS, ESQ.
 4    BY:  COLLIN FREDRICKS, ESQ.
      1000 Louisiana St., Ste 5100
 5    Houston, Texas 77002-5096
      713.651.9366
 6    Asalinas@susmangodfrey.com

 7    FOR DEFENDANT:

 8    ARNOLD & PORTER KAYE SCHOLER LLP
      BY:  JOSEPH RICHARD FARRIS, ESQ.
 9    Three Embarcadero Center, 10th Flr
      San Francisco, California 94111-4024
10    415.471.3100
      Joseph.farris@arnoldporter.com
11

12    ALSO PRESENT:  JAKE MILLER, ESQ.

13    TIM KAMAL-GRAYSON, ANTHROPIC

14    J. CRAIG SMYSER (REMOTE)

15    RACHEL GEMAN (REMOTE)

16    NEIL GEORGE, THE VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

Case 3:24-cv-05417-WHA   Document 148-42   Filed 04/17/25   Page 4 of 9

Thomas Turvey █████████ Andrea Bartz, et al. vs. Anthropic PBC

```
 1                    INDEX TO EXAMINATION
 2                        THOMAS TURVEY
 3                   Thursday, April 10, 2025
 4           Tammy Moon CSR No. 13184, RPR, CRR
 5              WITNESS:   THOMAS TURVEY
 6
 7   EXAMINATION                                          PAGE
 8   MS. SALINAS                                            10
```

```
 1            Thursday, April 10, 2025, 9:09 a.m.
 2            THE VIDEOGRAPHER:  We are now on the
 3   record.  Today's date is April 10th, 2025, and the
 4   time is 9:09 a.m.  This is the video-recorded
 5   deposition of Tom Turvey being taken in the matter
 6   of Andrea Bartz et al. v. Anthropic PBC.  Case
 7   number is 3:24-CV-05417-WHA.
 8            My name is Neil George.  I am the legal
 9   videographer.  The court reporter today is Tammy
10   Moon.  We are both representing Aptus Court
11   Reporting.
12            Counsel will now state their appearance for
13   the record.
14            MS. SALINAS:  Alejandra Salinas, from
15   Susman Godfrey, on behalf of the plaintiffs.
16            MR. FARRIS:  Good morning.  Joe Farris,
17   with Arnold & Porter, on behalf of Anthropic.  I'm
18   also here with in-house counsel from Anthropic Tim
19   Kamal-Grayson.
20            THE VIDEOGRAPHER:  Will the court reporter
21   please swear in the witness.
22                        THOMAS TURVEY,
23      called as a witness, having been duly sworn,
24                     testified as follows:
25            THE WITNESS:  I do.
```

Case 3:24-cv-05417-WHA    Document 148-42    Filed 04/17/25    Page 6 of 9

Thomas Turvey | Andrea Bartz, et al. vs. Anthropic PBC

```
 1        THE REPORTER:  This is Tammy Moon,
 2   Certified Stenographic Reporter 13184.  I am a
 3   code-compliant reporter, and as such, this
 4   transcript will be handled pursuant to the Code of
 5   Civil Procedure 2025.550.
 6      EXAMINATION BY MS. SALINAS, COUNSEL FOR PLAINTIFF
 7            MS. SALINAS:
 8        Q.   Please state your name for the record.
 9        A.   Thomas Turvey.
10        Q.   Good morning, Mr. Turvey.
11        A.   Good morning.
12        Q.   My name is Alejandra Salinas.  And as you
13   just heard, I'm an attorney for the plaintiffs.
14   Have you ever been deposed before?
15        A.   I have.
16        Q.   How many times have you been deposed?
17        A.   Three, I believe.
18        Q.   Three times.  Do you recall the names of
19   the cases that you were deposed in?
20        A.   The names, I don't.  I'm familiar with the
21   matters.
22        Q.   That's fine.
23        A.   A Google Books case.  There's an e-book
24   suit involving Play e-books -- separate suit.  And
25   then there was a separate Play case around patents.
```

|  |  |
|---|---|
| Thomas Turvey | Andrea Bartz, et al. vs. Anthropic PBC |

```
 1        A.   I do not.
 2        Q.   How much is Anthropic willing to pay for a
 3   book to license from ▮▮▮▮▮▮▮▮▮▮?
 4        A.   That's interesting.  It would depend
 5   greatly upon the category of the book.  We have an
 6   understanding and valuation model that accounts for
 7   category, and it might be -- fits within the -- the
 8   category.
 9             There's some unit cost there that is an
10   upper bound that we might be willing to pay.  So it
11   would depend on which category and, you know, what
12   the valuation model implies.
13        Q.   What's the upper bound of what you are
14   willing to pay per book?
15        A.   For individual books, you are asking?
16        Q.   Yes.
17        A.   For an individual book, the valuation model
18   that we use most frequently cites ▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  I believe per book, it was
20   around, my memory, ▮▮▮, I believe.
21        Q.   So the most Anthropic is willing to pay to
22   license a book for LLM training is ▮▮▮?
23        A.   No.  What I'm letting you know is that
24   there's a valuation model that we use for ▮▮▮▮▮▮
25   ▮▮▮▮▮▮▮, and that is the model that we would then
```

Case 3:24-cv-05417-WHA   Document 148-42   Filed 04/17/25   Page 8 of 9

Thomas Turvey █████████████ Andrea Bartz, et al. vs. Anthropic PBC

```
 1   theoretically use for other kinds of book
 2   acquisition.  And that model has the ████
 3   ████ being worth it to us around ██ last time
 4   I looked.
 5        Q.   How did you get to that ██ figure?
 6        A.   It is an individualized unit cost based
 7   upon a rather complicated formula that I am not
 8   fully in the weeds on.  But between finance and
 9   compute cost research, the, you know, third-grade
10   version is ████████████████████████████████
11   ████████████ has a cost to it.
12           And then that is divided by the amount that
13   we might be willing to pay for estimates of relative
14   value for different content formats.  And then
15   that's -- there's a multiplier.
16        Q.   How do you determine what that denominator
17   is of, like, the -- sounds like you are attributing
18   some amount of money you are willing to spend to ██
19   ████████████████████████████.  How do you determine what
20   that number should be?
21        A.   Yeah.  The folks that did the math there
22   would be better equipped to answer that, but it's
23   basically the cost -- my understanding is it's the
24   cost that -- to ████████████████████████████████
25   ████████████████████████████████████.  And there's
```

Case 3:24-cv-05417-WHA    Document 148-42    Filed 04/17/25    Page 9 of 9

Thomas Turvey                                                    Andrea Bartz, et al. vs.
                                                                 Anthropic PBC

```
 1   STATE OF CALIFORNIA )
                         )
 2   COUNTY OF SACRAMENTO)

 3           I, TAMMY MOON, CSR No. 13184, Certified
 4   Shorthand Reporter, do hereby certify:
 5           That prior to being examined, the witness
 6   in the foregoing proceedings was by me duly sworn to
 7   testify to the truth, the whole truth, and nothing
 8   but the truth;
 9           That said proceedings were taken by me in
10   shorthand and thereafter transcribed into
11   typewriting under my direction and supervision;
12           That I am neither counsel for, nor related
13   to, any party to said proceedings, nor in any way
14   interested in the outcome thereof.
15           I further certify that I am not a party to
16   any stipulation, if made, that would waive my duties
17   mandated by the Court Reporters Board of California.
18           In witness whereof, I have hereunto
19   subscribed my name.
20           Dated:  13th of April, 2025
21
22
         Tammy Moon
23   ------------------------------
24       Tammy Moon, CSR No. 13184, RDR, CRR
25
```