UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Andrea Bartz, et al
                    **Plaintiff(s)**
                                                    VS.                    Case No: 3:24-cv-05417-WHA
Anthropic PBC
                    **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter Dated April 18, 2025, Defendant Anthropic PBC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Proposed Order Granting Defendant Anthropic PBC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed with Exhibit 42, and Redacted Anthropic PBV's Opposition to Plaintiffs' Motion for Class Certification in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 4/18/2025 at 1:40 PM, I served HarperCollins Publishers L.L.C., c/o Corporation Service Company, Registered Agent with the Letter Dated April 18, 2025, Defendant Anthropic PBC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Proposed Order Granting Defendant Anthropic PBC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed with Exhibit 42, and Redacted Anthropic PBV's Opposition to Plaintiffs' Motion for Class Certification. Service was accepted by a Legal Representative of Corporation Service Company, who received on behalf of the registered agent at 251 Little Falls Drive, Wilmington, Delaware 19808.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 4/18/2025

_____
Adam Golden

Client Ref Number: 1107703.00005
Job #:13136618

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050