Justin A. Nelson *(Pro Hac Vice)*
Alejandra C. Salinas *(Pro Hac Vice)*
Collin Fredricks *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

Scott J. Sholder *(Pro Hac Vice)*
CeCe M. Cole *(Pro Hac Vice)*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Under Civil Local Rules 7-11 and 79-5, Plaintiffs bring this administrative motion to determine whether or not relevant evidence designated "confidential" by Defendant Anthropic PBC should be sealed and removed from the public record. Plaintiffs are not the proponents of sealing. Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated "Confidential" by an opposing party be filed provisionally under seal pending the Court's determination of whether or not the party's confidentiality designation was appropriate. *See* ECF No. 63.

This Motion addresses 47 exhibits to the Declaration of Collin Fredricks in Support of Plaintiffs' Opposition to Anthropic's Motion for Summary Judgment, in addition to the declarations themselves. In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Plaintiffs outline the status of each document in the table below:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Declaration of Collin Fredricks in Support of Plaintiffs' Opposition to Anthropic's Motion for Summary Judgment | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Declaration of Ben Y. Zhao | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Declaration of James E. Malackowski | Defendant Anthropic PBC, Harper Collins, and Simon & Schuster | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 1: Bates numbered ANT_BARTZ_000003439-3440 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 2: Bates numbered ANT_BARTZ_000004915-4920 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 3: Bates numbered ANT_BARTZ_000003433-3436 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 4: Bates numbered ANT_BARTZ_000168435-8443 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Fredricks Decl. Exhibit 6: Anthropic PBC's Objections and Responses to Plaintiffs' Fourth Set of Interrogatories | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 8: Bates numbered ANT_BARTZ_000389776 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 12: Bates numbered ANT_BARTZ_000391318-20 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 13: Bates numbered ANT_BARTZ_000534120-22 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 14: ANT_BARTZ_000389778-81 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| | | | Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 15: Bates numbered ANT_BARTZ_000003386-3414 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 16: Bates numbered ANT_BARTZ_000533972-3980 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 17: excerpts of the Deposition of Jared Kaplan | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 19: Bates numbered ANT_BARTZ_000394794 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Fredricks Decl. Exhibit 20: Bates numbered ANT_BARTZ_000391435-1443 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 21: Bates numbered ANT_BARTZ_000005492 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 22: excerpts of the Deposition of Tom Turvey | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 26: Bates numbered ANT_BARTZ_000146048 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 27: Bates numbered ANT_BARTZ_000002604 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Fredricks Decl. Exhibit 28: Bates numbered ANT_BARTZ_000006294-6296. | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 29: Bates numbered ANT_BARTZ_000032229-2234 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 30: Anthropic PBC's Objections and Responses to Plaintiffs' Second Set of Interrogatories | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 31: Bates numbered ANT_BARTZ_000035587-5591 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 32: Bates numbered ANT_BARTZ_000139989 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Fredricks Decl. Exhibit 33: Bates numbered ANT_BARTZ_000184285-4333 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 35: Bates numbered ANT_BARTZ_000029063-9171 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 36: Bates numbered ANT_BARTZ_000006228-6229 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 37: Anthropic PBC's Objections and Responses to Plaintiffs' Third Set of Interrogatories | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 38: Bates numbered ANT_BARTZ_000004895 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Fredricks Decl. Exhibit 43: Bates numbered ANT_BARTZ_000415587-9; ANT_BARTZ_000415597-9 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit 46: true and correct copy of a handout provided by Anthropic PBC at the Deposition of Pranay Sangani | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

For the foregoing reasons, Plaintiffs respectfully request a Court determination of whether or not these documents should remain sealed.

Dated: April 24, 2025           Respectfully submitted,

                                        /s/ *Collin Fredricks*
                                      Collin Fredricks

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

|   |   |
|---|---|
| 1 | Daniel M. Hutchinson (SBN 239458) |
| 2 | Reilly T. Stoler (SBN 310761)<br>**LIEFF CABRASER HEIMANN** |

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

Justin A. Nelson *(Pro Hac Vice)*
Alejandra C. Salinas *(Pro Hac Vice)*
Collin Fredricks *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P..**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scott J. Sholder (Pro Hac Vice)
CeCe M. Cole (Pro Hac Vice)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*