1  Justin A. Nelson (*Pro Hac Vice*)              Rachel Geman *(Pro Hac Vice)*
   Alejandra C. Salinas *(Pro Hac Vice)*          Jacob S. Miller *(Pro Hac Vice)*
2  Collin Fredricks *(Pro Hac Vice)*              Danna Z. Elmasry *(Pro Hac Vice)*
   **SUSMAN GODFREY L.L.P.**                     **LIEFF CABRASER HEIMANN**
3  1000 Louisiana Street, Suite 5100              **& BERNSTEIN, LLP**
   Houston, TX 77002-5096                         250 Hudson Street, 8th Floor
4  Telephone: (713) 651-9366                      New York, New York 10013-1413
   jnelson@susmangodfrey.com                      Telephone: (212) 355-9500
5  asalinas@susmangodfrey.com                     rgeman@lchb.com
   cfredricks@susmangodfrey.com                   jmiller@lchb.com
6                                                 delmasry@lchb.com
   Rohit D. Nath (SBN 316062)
7  **SUSMAN GODFREY L.L.P.**                     Daniel M. Hutchinson (SBN 239458)
   1900 Avenue of the Stars, Suite 1400           Reilly T. Stoler (SBN 310761)
8  Los Angeles, CA 90067-2906                    **LIEFF CABRASER HEIMANN**
   Telephone: (310) 789-3100                     **& BERNSTEIN, LLP**
9  RNath@susmangodfrey.com                        275 Battery Street, 29th Floor
                                                  San Francisco, CA 94111-3339
10 Jordan W. Connors *(Pro Hac Vice)*             Telephone: (415) 956-1000
   **SUSMAN GODFREY L.L.P.**                      dhutchinson@lchb.com
11 401 Union Street, Suite 3000                   rstoler@lchb.com
   Seattle, WA 98101
12 Telephone: (206) 516-3880                      *Proposed Co-Lead Counsel*
   jconnors@susmangodfrey.com
13                                                Scott J. Sholder *(Pro Hac Vice)*
   J. Craig Smyser *(Pro Hac Vice)*               CeCe M. Cole *(Pro Hac Vice)*
14 **SUSMAN GODFREY L.L.P.**                     **COWAN DEBAETS ABRAHAMS**
   One Manhattan West, 51st Floor,                **& SHEPPARD LLP**
15 New York, NY 10019                             60 Broad Street, 30th Floor
   Telephone: (212) 336-8330                      New York, New York 10010
16 csmyser@susmangodfrey.com                      Telephone: (212) 974-7474
                                                  sshoulder@cdas.com
17 *Proposed Co-Lead Counsel*                     ccole@cdas.com

18                                                *Additional Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No.: 3:24-cv-05417-WHA |
| Plaintiffs, | **DECLARATION OF COLLIN FREDRICKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ANTHROPIC PBC, | **REDACTED** |
| Defendants. | |

1    I, Collin Fredricks, declare:

2    1.    I am an associate in the Houston, Texas office of the law firm Susman Godfrey L.L.P., counsel of record for Plaintiffs in the above-captioned case. I am a member of the State Bar of Texas and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3    2.    Discovery in the case is ongoing, and Anthropic has continued to make substantial document productions and claw back documents as privileged as late as the filing date of this brief. Likewise, Anthropic has withheld or redacted nearly 1,500 documents as privileged, many of which are facially overbroad or baseless. Furthermore, Anthropic only completed its review and re-designations in response to Plaintiffs' privilege challenges on the filing date of this brief: April 24, 2025. Plaintiffs intend to review Anthropic's re-designations and challenge Anthropic's overbroad privilege assertions.

4    3.    In the course of its productions, Anthropic produced a spreadsheet showing the training data mix for each of its models, including models not publicly released, at ANT_BARTZ_000209256. Duplicates of that spreadsheet was produced under the following Bates stamps at ANT_BARTZ_000337664 and ANT_BARTZ_000209402. I reviewed that spreadsheet several times. On April 1, however, Anthropic clawed back those documents because they "were produced inadvertently with incorrect confidentiality designations." Anthropic took the position that these spreadsheets "should have been designated as HIGHLY CONFIDENTIAL SOURCE CODE and/or HIGHLY CONFIDENTIAL - TRAINING DATA." Plaintiffs challenged these designations as the spreadsheets were not code or themselves training data, but complied with the clawback requests. However, Anthropic has since refused to allow Plaintiffs to view that spreadsheet in any form outside of the secure inspection environment, set up near Anthropic's offices in San Francisco. On three separate meet-and-confers, Plainitffs requested a redacted version which could be cited in this opposition, but Anthropic did not provide one. Therefore, Plaintiffs are forced to rely on this Declaration to represent the contents of that spreadsheet.

- 1 -

DECLARATION OF COLLIN FREDRICKS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-05417-WHA

4. Based on my review of the clawed-back spreadsheet, the training data mix of Anthropic's "Finch" model included datasets associated with Books3, Pilimi, and Library Genesis.

5. Attached as **Exhibit 1** is a true and correct copy of a document titled ▮▮▮ ▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000003439-3440.

6. Attached as **Exhibit 2** is a true and correct copy of a document that begins ▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000004915-4920.

7. Attached as **Exhibit 3** is a true and correct copy of a document titled ▮▮▮ ▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000003433-3436.

8. Attached as **Exhibit 4** is a true and correct copy of a document titled ▮▮▮ ▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000168435-8443.

9. Attached as **Exhibit 5** is a true and correct copy of an Oct. 25, 2020 tweet by Shawn Presser, accessed by Plaintiffs on March 27, 2025 at this URL: https://x.com/theshawwn/status/1320282149329784833?lang=en.

10. Attached as **Exhibit 6** is a true and accurate copy of Anthropic PBC's Objections and Responses to Plaintiffs' Fourth Set of Interrogatories.

11. Attached as **Exhibit 7** is a true and correct copy of a post on the website for the Office of the United States Trade Representative entitled *2024 Review of Notorious Markets for Counterfeiting and Piracy*, accessed by Plaintiffs on March 27, 2025 at this URL: https://ustr.gov/sites/default/files/2024%20Review%20of%20Notorious%20Markets%20of%20Counterfeiting%20and%20Piracy%20(final).pdf.

12. Attached as **Exhibit 8** is a true and correct copy of a screenshot of Benjamin Mann's browser, produced by Anthropic PBC as ANT_BARTZ_ 000389776.

13. Attached as **Exhibit 9** is a true and correct copy of a higher-resolution image of the Library Genesis logo, accessed by Plaintiffs on April 24, 2025 at this URL: https://en.wikipedia.org/wiki/Library_Genesis#/media/File:Libgen_logo.svg.

- 2 -

DECLARATION OF COLLIN FREDRICKS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-05417-WHA

14. Attached as **Exhibit 10** is a true and correct copy of the homepage for the Pirate Library Mirror website, pilimi.org, as of July 3, 2022. The archived webpage was accessed by Plaintiffs via the Wayback Machine at this URL: https://web.archive.org/web/20220703222308/http://pilimi.org/.

15. Attached as **Exhibit 11** is a true and correct copy of a Nov. 16, 2022 press release by the United States Attorney's Office for the Eastern District of New York entitled *Two Russian Nationals Charged with Running Massive E-Book Piracy Site*, accessed by Plaintiffs on March 27, 2025 at this URL: https://www.justice.gov/usao-edny/pr/two-russian-nationals-charged-running-massive-e-book-piracy-website.

16. Attached as **Exhibit 12** is a true and correct copy of a document titled, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ produced by Anthropic PBC as ANT_BARTZ_000391318-20.

17. Attached as **Exhibit 13** is a true and correct copy of a document titled, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ produced by Anthropic PBC as ANT_BARTZ_000534120-22.

18. Attached as **Exhibit 14** is a true and correct copy of a document titled, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ produced by Anthropic PBC as ANT_BARTZ_000389778-81.

19. Attached as **Exhibit 15** is a true and correct copy of a document titled, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ produced by Anthropic PBC as ANT_BARTZ_000003386-3414.

20. Attached as **Exhibit 16** is a true and correct copy of a document titled, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ produced by Anthropic PBC as ANT_BARTZ_000533972-3980.

21. Attached as **Exhibit 17** are true and correct copies of excerpts of the Deposition of Jared Kaplan, taken on April 11, 2025.

22. Attached as **Exhibit 18** is a true and correct copy of an Inc article titled, "Anthropic Just Reached a New Revenue Milestone," written by Ben Sherry, published on March

1  12, 2025, and accessible at this URL: https://www.inc.com/ben-sherry/anthropic-just-reached-a-new-revenue-milestone/91160252.

23. Attached as **Exhibit 19** is a true and correct copy of a document titled, ▮▮▮▮▮▮▮▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000394794.

24. Attached as **Exhibit 20** is a true and correct copy of a document titled, ▮▮▮▮▮▮▮▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000391435-1443.

25. Attached as **Exhibit 21** is a true and correct copy of a document titled, ▮▮▮▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000005492.

26. Attached as **Exhibit 22** are true and correct copies of excerpts of the Deposition of Tom Turvey, taken on April 10, 2025.

27. Attached as **Exhibit 23** are true and correct copies of excerpts of the Deposition of Andrea Bartz and Andrea Bartz, Inc., taken on March 7, 2025

28. Attached as **Exhibit 24** are true and correct copies of excerpts of the Deposition of Charles Graeber, taken on March 5, 2025.

29. Attached as **Exhibit 25** are true and correct copies of excerpts of the Deposition of Kirk Wallace Johnson and MJ+KJ, Inc., taken on March 6, 2025.

30. Attached as **Exhibit 26** is a true and correct copy of a document titled, ▮▮▮▮▮▮▮▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000146048.

31. Attached as **Exhibit 27** is a true and correct copy of a January 8, 2023 email from Dario Amodei to Jared Kaplan, produced by Anthropic PBC as ANT_BARTZ_000002604.

32. Attached as **Exhibit 28** is a true and correct copy of a document titled, ▮▮▮▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000006294-6296.

33. Attached as **Exhibit 29** is a true and correct copy of a document titled, ▮▮▮▮▮▮ produced by Anthropic PBC as ANT_BARTZ_000032229-2234.

34. Attached as **Exhibit 30** is a true and correct copy of Anthropic PBC's Objections and Responses to Plaintiffs' Second Set of Interrogatories.

35. Attached as **Exhibit 31** is a true and correct copy of an August 30, 2024 email from Gyula Lakatos to Cecilia Latapie, produced by Anthropic PBC as ANT_BARTZ_000035587-5591.

36. Attached as **Exhibit 32** is a true and correct copy of an August 7, 2024 email from Miliett Alcantar Tavira to Cecilia Latape, produced by Anthropic PBC as ANT_BARTZ_000139989.

37. Attached as **Exhibit 33** is a true and correct copy of a document titled, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Anthropic PBC as ANT_BARTZ_000184285-4333.

38. Attached as **Exhibit 34** is a true and correct copy of an excerpt of the transcript of the Technology Tutorial Hearing held on January 30, 2025.

39. Attached as **Exhibit 35** is a true and correct copy of a document titled, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Anthropic PBC as ANT_BARTZ_000029063-9171.

40. Attached as **Exhibit 36** is a true and correct copy of an email thread titled, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Anthropic PBC as ANT_BARTZ_000006228-6229.

41. Attached as **Exhibit 37** is a true and correct copy of Anthropic PBC's Objections and Responses to Plaintiffs' Third Set of Interrogatories.

42. Attached as **Exhibit 38** is a true and correct copy of a document titled, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Anthropic PBC as ANT_BARTZ_000004895.

43. Attached as **Exhibit 39** is a true and correct copy of the New York Times article, *Silicon Valley Confronts a Grim New A.I. Metric*, written by Kevin Roose, published on Dec. 6, 2023, accessible at this URL: https://www.nytimes.com/2023/12/06/business/dealbook/silicon-valley-artificial-intelligence.html.

- 5 -

DECLARATION OF COLLIN FREDRICKS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-05417-WHA

44. Attached as **Exhibit 40** is a true and correct copy of The Verge article, *Google Helps DOJ Make First Big Mistake in Apple Ebook Trial*, written by Greg Sandoval, published on June 6, 2013, accessible at this URL: https://www.theverge.com/2013/6/6/4404026/google-helps-doj-make-first-big-mistake-in-apple-ebook-trial.

45. Attached as **Exhibit 41** is a true and correct copy of the donation page for the Z-Library website, https:/zlibrary-global.se/howtodonate.php, as of October 1, 2023. The archived webpage was accessed by Plaintiffs via the Wayback Machine at this URL: https://web.archive.org/web/20231001023025/https:/zlibrary-global.se/howtodonate.php.

46. Attached as **Exhibit 42** is a true and correct copy of a donation page of Anna's Archive website, accessible at this URL: https://annas-archive.org/donate.

47. Attached as **Exhibit 43** is a true and correct copy of a document titled, ███████████████████████████████████ produced by Anthropic PBC as ANT_BARTZ_000415587-9, as well as the attached photographs titled, "IMG_1459.jpg," "IMG_1455.jpg," and "IMG_1451.jpg," produced by Anthropic PBC as ANT_BARTZ_000415597-9.

48. Attached as **Exhibit 44** is a true and correct copy of the paper, *The Pile: An 800GB Dataset of Diverse Text for Language Modeling*, by EleutherAI, accessible at this URL: https://arxiv.org/pdf/2101.00027.

49. Attached as **Exhibit 45** is a true and correct copy of a post on Anthropic's website titled, *Anthropic Raises Series E at $61.5B Post-Money Valuation*, published on Mar. 3, 2025, accessible at this URL: https://www.anthropic.com/news/anthropic-raises-series-e-at-usd61-5b-post-money-valuation.

50. Attached as **Exhibit 46** is a true and correct copy of a handout provided by Anthropic PBC at the Deposition of Pranay Sangani.

51. Attached as **Exhibit 47** is a true and correct copy of a WIRED article titled, "The Battle Over Books3 Could Change AI Forever," written by Kate Knibbs, published on Sep. 4, 2023, accessible at this URL: https://www.wired.com/story/battle-over-books3/.

- 6 -

DECLARATION OF COLLIN FREDRICKS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-05417-WHA

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 24th day of April, 2025 in Houston, TX.

                                */s/ Collin Fredricks*_____
                                    Collin Fredricks

- 7 -

DECLARATION OF COLLIN FREDRICKS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-05417-WHA

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served April 24, 2025 upon counsel of record via service by ECF.

*/s/ Collin Fredricks*
Collin Fredricks

- 8 -

DECLARATION OF COLLIN FREDRICKS
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:24-CV-05417-WHA