Justin A. Nelson (*Pro Hac Vice*)
Alejandra C. Salinas (*Pro Hac Vice*)
Collin Fredricks (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Rachel Geman (*Pro Hac Vice*)
Jacob S. Miller (*Pro Hac Vice*)
Danna Z. Elmasry (*Pro Hac Vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

Scott J. Sholder (*Pro Hac Vice*)
CeCe M. Cole (*Pro Hac Vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Under Civil Local Rules 7-11 and 79-5, Plaintiffs bring this administrative motion to determine whether or not relevant evidence designated "confidential" by Defendant Anthropic PBC should be sealed and removed from the public record. Plaintiffs are not the proponents of sealing. Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated "Confidential" by an opposing party be filed provisionally under seal pending the Court's determination of whether or not the party's confidentiality designation was appropriate. *See* ECF No. 63.

This Motion addresses Plaintiffs' Opposition to Anthropic's Motion for Summary Judgment. In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Plaintiffs outline the status of each document in the table below:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Opposition to Anthropic's Motion for Summary Judgment | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

For the foregoing reasons, Plaintiffs respectfully request a Court determination of whether or not these documents should remain sealed.

- 1 -

1   Dated:  April 24, 2025                    Respectfully submitted,

2
                                             /s/ Collin Fredricks
3                                            Collin Fredricks

4                                            Rachel Geman (Pro Hac Vice)
                                             Jacob S. Miller (Pro Hac Vice)
5                                            Danna Z. Elmasry (Pro Hac Vice)
6                                            **LIEFF CABRASER HEIMANN**
                                             **& BERNSTEIN, LLP**
7                                            250 Hudson Street, 8th Floor
                                             New York, New York 10013-1413
8                                            Telephone: (212) 355-9500
                                             rgeman@lchb.com
9                                            jmiller@lchb.com
                                             delmasry@lchb.com
10
                                             Daniel M. Hutchinson (SBN 239458)
11                                           Reilly T. Stoler (SBN 310761)
12                                           **LIEFF CABRASER HEIMANN**
                                             **& BERNSTEIN, LLP**
13                                           275 Battery Street, 29th Floor
                                             San Francisco, CA 94111-3339
14                                           Telephone: (415) 956-1000
                                             dhutchinson@lchb.com
15                                           rstoler@lchb.com

16                                           *Proposed Co-Lead Counsel*

17                                           Justin A. Nelson (*Pro Hac Vice*)
                                             Alejandra C. Salinas *(Pro Hac Vice)*
18                                           Collin Fredricks (*Pro Hac Vice*)
                                             **SUSMAN GODFREY L.L.P..**
19                                           1000 Louisiana Street, Suite 5100
                                             Houston, TX 77002-5096
20                                           Telephone: (713) 651-9366
                                             jnelson@susmangodfrey.com
21                                           asalinas@susmangodfrey.com
                                             cfredricks@susmangodfrey.com
22
23                                           Rohit D. Nath (SBN 316062)
                                             **SUSMAN GODFREY L.L.P.**
24                                           1900 Avenue of the Stars, Suite 1400
                                             Los Angeles, CA 90067-2906
25                                           Telephone: (310) 789-3100
                                             RNath@susmangodfrey.com
26

27

28

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Scott J. Sholder (Pro Hac Vice)
CeCe M. Cole (Pro Hac Vice)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*