**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**[PROPOSED]**<br>**ORDER DENYING DEFENDANT**<br>**ANTHROPIC PBC'S MOTION FOR**<br>**SUMMARY JUDGMENT** |

Having considered the complete files and records in this action, and such argument and evidence presented before or at the hearing, the Court **DENIES** Defendant Anthropic PBC's Motion for Summary Judgment.

**IT IS SO ORDERED**

DATED: _____, 2025

_____
Honorable Judge William H. Alsup