Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com
*Counsel for Non-Party HarperCollins Publishers LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTS, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No.: 3:24-CV-05417-WHA<br><br>**NON-PARTY HARPERCOLLINS PUBLISHERS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(c) and 79-5(d), Non-Party HarperCollins Publishers, LLC ("HarperCollins") moves this Court for an Order allowing HarperCollins to file under seal its confidential Declaration in Support of Defendant Anthropic PBC ("Defendant")'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Dkt. 147). HarperCollins respectfully submits that compelling reasons exist for the filing of its Declaration under seal.

| | |
|---|---|
| 1  DATED: April 25, 2025 | Respectfully submitted, |
| 2 | MINTZ & GOLD LLP |
| 3 | s/ Terence W. McCormick |
| 4 | Attorneys for Non-Party<br>HarperCollins Publishers, LLC |