Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com
*Counsel for Non-Party HarperCollins Publishers LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTS, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>                                   Defendant. | Case No.:   3:24-CV-05417-WHA<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY HARPERCOLLINS PUBLISHERS, LLC'S ADMINSTRATIVE MOTION TO SEAL** |

Before this Court is Non-Party HarperCollins Publishers, LLC's ("HarperCollins") Administrative Motion to Seal our Declaration in support of Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 147). The Court finds HarperCollins's Declaration is extremely sensitive and includes confidential information or items, the disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means other than filing under seal. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the Motion to seal HarperCollins's Declaration in support.

1

DATED: April 25, 2025

Respectfully submitted,

MINTZ & GOLD LLP
s/ Terence W. McCormick
Attorneys for Non-Party
HarperCollins Publishers, LLC

3:24-CV-05417-WHA