# EXHIBIT 18

Anthropic Just Reached a New Revenue Milestone



NEWSLETTERS          SUBSCRIBE

**TECHNOLOGY**

# Anthropic Just Reached a New Revenue Milestone   Anthropic's Claude 3.7 Sonnet is a game-changer for the company, which is partly owned by Google.

BY BEN SHERRY, STAFF REPORTER @BENLUCASSHERRY

MAR 12, 2025

SHARE



Photo: Getty Images

Anthropic is slowly but surely catching up to OpenAI.

As of early March, the Dario Amodei-led AI startup has reportedly boosted its annual recurring revenue to $1.4 billion.

Annualized recurring revenue (ARR) is calculated by multiplying the past month's revenue by 12. Companies that rely on a subscription-based business model use annualized recurring revenue to give investors a clearer picture of how much money is expected to be made over the full year.

The $1.4 billion figure means that Anthropic's recent monthly revenue was around $116 million. According to The Information, which first reported news of Anthropic's current revenue, Anthropic's ARR is in line with OpenAI's revenue back in November 2023, putting the company around 17 months behind its chief rival.

As of December 2024, Anthropic's annualized recurring revenue was reportedly roughly $1 billion. The new $1.4 billion figure is evidence that the company has been picking up momentum as a result of its recent launch of Claude 3.7 Sonnet, a highly-advanced AI model that has shown remarkable skill at coding

and can be used to power AI agents, such as an internally-developed Anthropic agent that can play Pokémon. Since the new model's launch in February, Anthropic has raised $3.5 billion.

One company looking to profit from Anthropic's fortunes? Google. According to court documents given to *The New York Times* by Anthropic's lawyers, Google has invested $3 billion in Anthropic and currently owns 14 percent of the company. The filings also reveal that while Google has plans to invest an additional $750 million in Anthropic this year, the company cannot own more than 15 percent of the startup.

Anthropic's Claude family of AI models have made the company a major player in the world of AI. The firm was founded in 2021 by brother and sister duo, Dario and Daniela Amodei, to provide a more safety-focused alternative to OpenAI.

*The final application deadline for the 2025 Inc. 5000 is Friday, April 25, at 11:59 p.m. PT. Apply Today.*

**Inc.Top Tech**

Email *

Case 3:24-cv-05417-AMO    Document 163-18    Filed 04/25/25    Page 5 of 10

Weekly roundup of the latest in tech news

Sign Up

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

PRIVACY POLICY

Case 3:24-cv-05417-AMO     Document 163-18     Filed 04/25/25     Page 7 of 10

Case 3:24-cv-05417-AMO    Document 163-18    Filed 04/25/25

PRIVACY POLICY

NOTICE OF COLLECTION

DO NOT SELL MY PERSONAL INFORMATION

AD VENDOR POLICY

TERMS OF USE

ADVERTISE

HELP CENTER

ABOUT US

SUBSCRIBE

SITEMAP

COPYRIGHT 2025 MANSUETO VENTURES ▷


Inc.com adheres to NewsGuard's nine standards of credibility and transparency.

LEARN MORE