| | |
|---|---|
| Justin A. Nelson* | Rachel Geman* |
| Alejandra C. Salinas* | Jacob S. Miller* |
| Collin Fredricks* | Danna Z. Elmasry* |
| **SUSMAN GODFREY L.L.P** | **LIEFF CABRASER HEIMANN** |
| 1000 Louisiana Street, Suite 5100 | **& BERNSTEIN, LLP** |
| Houston, TX 77002-5096 | 250 Hudson Street, 8th Floor |
| Telephone: (713) 651-9366 | New York, New York 10013-1413 |
| jnelson@susmangodfrey.com | Telephone: (212) 355-9500 |
| asalinas@susmangodfrey.com | rgeman@lchb.com |
| cfredricks@susmangodfrey.com | jmiller@lchb.com |
| | delmasry@lchb.com |
| Rohit D. Nath (SBN 316062) | |
| **SUSMAN GODFREY L.L.P** | Daniel M. Hutchinson (SBN 239458) |
| 1900 Avenue of the Stars, Suite 1400 | Reilly T. Stoler (SBN 310761) |
| Los Angeles, CA 90067-2906 | **LIEFF CABRASER HEIMANN** |
| Telephone: (310) 789-3100 | **& BERNSTEIN, LLP** |
| RNath@susmangodfrey.com | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| Jordan W. Connors* | Telephone: (415) 956-1000 |
| **SUSMAN GODFREY L.L.P** | dhutchinson@lchb.com |
| 401 Union Street, Suite 3000 | rstoler@lchb.com |
| Seattle, WA 98101 | |
| Telephone: (206) 516-3880 | Scott J. Sholder* |
| jconnors@susmangodfrey.com | CeCe M. Cole* |
| | **COWAN DEBAETS ABRAHAMS** |
| J. Craig Smyser* | **& SHEPPARD LLP** |
| **SUSMAN GODFREY L.L.P** | 60 Broad Street, 30th Floor |
| One Manhattan West, 51st Floor, | New York, New York 10010 |
| New York, NY 10019 | Telephone: (212) 974-7474 |
| Telephone: (212) 336-8330 | ssholder@cdas.com |
| csmyser@susmangodfrey.com | ccole@cdas.com |

*Attorneys for Plaintiffs and the Proposed Class in Bartz et al. v. Anthropic PBC, Case 3:24-cv-05417 (N.D. Cal.)*

*(Pro Hac Vice)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ET AL., | Case No. 3:24-cv-05417-WHA |
| Plaintiffs, | **PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 153 AND 158** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

1    Plaintiffs Andrea Bartz, Kirk Wallace Johnson, Charles Graeber, MJ + KJ, Inc., and
2  Andrea Bartz, Inc., ("Plaintiffs") hereby move to remove Plaintiffs' Opposition to Anthropic's
3  Motion for Summary Judgment (Dkt. 158) and the supporting Declaration of Collin Fredricks
4  (Dkt. 153) submitted electronically on April 24, 2025 as Docket Nos. 153 and 158 in Case No.
5  3:24-cv-5417-WHA.
6    These two documents contain inadvertently unredacted material which Defendant
7  Anthropic has designated under the protective order. The ECF helpdesk has been contacted and
8  have temporarily limited access to these documents and are awaiting the Court's order to remove
9  them from the docket.
10   Plaintiffs are resubmitting these documents with the proper redactions applied.
11   For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs
12  Motion to Remove Incorrectly Filed Documents: Docket Nos. 153 and 158.

Dated: April 25, 2025            Respectfully submitted,

By: /s/Justin A. Nelson
Rachel Geman*
Jacob S. Miller*
Danna Z. Elmasry*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400

|   |   |
|---|---|
| 1 | Los Angeles, CA 90067-2906 |
| 2 | Telephone: (310) 789-3100<br>RNath@susmangodfrey.com |

Justin A. Nelson*
Alejandra C. Salinas*
Collin Fredricks*
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Scott J. Sholder*
CeCe M. Cole*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class(es)*
*(Pro Hac Vice)*