DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400

MARK LEMLEY (Bar No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:     (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:     (213) 243-4000
Facsimile:     (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 391-0600
Facsimile:     (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-CV-05417-WHA<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Place:  Courtroom 12, 19th Floor<br>Judge: Honorable William H. Alsup |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 7-11, Defendant Anthropic PBC ("Anthropic") hereby moves this Court to issue an order removing Docket Nos. 147-0, 147-1, and 148-1 from the ECF docket for this matter.

Docket No. 147-0 is Anthropic's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. Docket No. 147-1 is a [Proposed] Order Granting Anthropic's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. Docket No. 148-1 is the Declaration of Douglas A. Winthrop in Support of Anthropic's Opposition to Plaintiffs' Motion for Class Certification. As to Docket Nos. 147-0, 147-1, and 148-1, counsel for non-party Harper Collins contacted Anthropic on Friday, April 25. Harper Collins notified Anthropic that its position was that the identity of the counterparty to an agreement (referenced in these filings) is highly confidential under the Protective Order. Per Harper Collins' request, Anthropic promptly contacted the ECF Help Desk to temporarily block access to Docket Nos. 147-0, 147-1, and 148-1. The ECF Help Desk has confirmed that these documents are no longer accessible by the public. The remainder of the documents within Docket Nos. 147 and 148 do not need to be removed from the ECF docket for this matter. By this motion, Anthropic respectfully requests that the Court remove the incorrectly filed Docket Nos. 147-0, 147-1, and 148-1 permanently from the Court's public docket and ECF.

Dated: April 28, 2025

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Douglas A. Winthrop*

DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

**[PROPOSED] ORDER**

The Court has now considered Anthropic's Administrative Motion Pursuant To Civil Local Rule 7-11 To Remove Incorrectly Filed Documents. Having considered the moving papers before it and finding good cause,

The Court hereby **GRANTS** the Motion and Orders that Docket Nos. 147-0, 147-1, and 148-1 be removed from the docket for this matter.

**IT IS SO ORDERED**.

Dated:_____

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **ANTHROPIC'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO REMOVE INCORRECTLY FILED DOCUMENTS.**

Dated: April 28, 2025

/s/ *Douglas A. Winthrop*
DOUGLAS A. WINTHROP