DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

MARK LEMLEY (Bar No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:   (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 391-0600
Facsimile:    (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-CV-05417-WHA<br><br>**DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date:  May 15, 2025<br>Time:  8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br><br>Judge: Honorable William H. Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Anthropic PBC ("Anthropic") moves to maintain under seal Exhibits 5-7, 9-14, 17-22, 26-34, 40, and 42, which were designated under the Protective Order as protected material by another party or non-party (the "Designating Party"). Anthropic also moves to maintain under seal limited portions of Anthropic's Opposition to Plaintiffs' Motion For Class Certification and supporting Declaration of Mohit Iyyer, which cite to material designated under the Protective Order as protected material by the "Designating Party."

Civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3). Pursuant to these rules, Anthropic identifies portions of the documents listed below, and filed concurrently herewith, that may contain information Plaintiffs designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Order. Anthropic takes no position as to the confidentiality of the information that Plaintiffs requested be filed under seal pursuant to the Protective Order. Rather, Anthropic respectfully requests that this information be sealed provisionally.

- 2 -

| ECF | Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|---|
| 147-2 | Ex. 5, Letter from Penguin Random House to Andrea Bartz attaching November 26, 2018 publishing agreement between Andrea Bartz Inc. and The Crown Publishing Group, marked as BARTZ000004755-4782 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-3 | Ex. 6, Publishing Agreement between Andrea Bartz Inc and Random House, dated November 12, 2019, marked as BARTZ000003427-3454 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-4 | Ex. 7, Letter from Penguin Random House to Andrea Bartz attaching October 23, 2017 publishing agreement between Andrea Bartz Inc. and The Crown Publishing Group, marked as BARTZ000005288-5307 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-5 | Ex. 9, Option/Purchase Agreement between Netflix and Andrea Bartz Inc., dated April 16, 2021, marked as BARTZ000003547-74 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |

ANTHROPIC PBC'S MOTION TO SEAL
ANOTHER PARTY'S MATERIALS                                    No. 3:24-CV-05417-WHA

| ECF | Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|---|
| 147-6 | Ex. 10, Amendment to the Option/Acquisition Deal Memorandum between Cartel Entertainment, LLC and Andrea Bartz, Inc., dated November 3, 2019, marked as BARTZ000000023-28 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-7 | Ex. 11, Email from Andrea Bartz to Caroline Weishuhn, dated September 28, 2020, marked as BARTZ000003412-15 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-8 | Ex. 12, Amendment to Publishing Agreements between Andrea Bartz Inc. and Random House, dated October 22, 2020, marked as BARTZ000003382-85 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-9 | Ex. 13, Assignment from Andrea Bartz to Andrea Bartz Inc., dated April 15, 2021, marked as BARTZ000002334 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-10 | Ex. 14, Assignment from Andrea Bartz to Andrea Bartz Inc., dated February 28, 2025, marked as BARTZ000004686 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |

ANTHROPIC PBC'S MOTION TO SEAL
ANOTHER PARTY'S MATERIALS                                          No. 3:24-CV-05417-WHA

- 4 -

| ECF | Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|---|
| 147-11 | Ex. 17, Publishing Agreement between Grand Central Publishing and Charles Graeber, dated September 6, 2007, marked as BARTZ000000207-24 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-12 | Ex. 18, Publishing Agreement between Grand Central Publishing and Charles Graeber dated December 14, 2015, marked as BARTZ000000225-41 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-13 | Ex. 19, Excerpts from the March 5, 2025 transcript of the deposition of Charles A. Graeber | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-14 | Ex. 20, Memorandum of Agreement between Having and Selling LLC and La Nave di Teseo Editore Srl, dated June 24, 2021, marked as BARTZ000005659-5666 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-15 | Ex. 21, Memorandum of Agreement between Having and Selling LLC and Nakladatelsvi Jota, s.r.o., dated March 3, 2023, marked as BARTZ000005676-5678 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |

- 5 -

| ECF | Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|---|
| 147-16 | Ex. 22, Letter from 22nd Street Entertainment, LLC to Charles Graeber, attaching Literary Material Option/Purchase Agreement, dated August 7, 2013, marked as BARTZ000004621-72 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-17 | Ex. 26, Excerpts from the March 6, 2025 transcript of the deposition of Kirk W. Johnson | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-18 | Ex. 27, Simon & Schuster Royalty Statement for Six Months Ending March 31, 2024 to Kirk W. Johnson, marked as BARTZ000000599-604 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-19 | Ex. 28, Penguin Random House Royalty Summary Statement for Period February 1 to July 31, 2024 to MJ + KJ, Inc., marked as BARTZ000000961-64 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-20 | Ex. 29, Penguin Random House Royalty Summary Statement for Period February 1 to July 31, 2024 to MJ + KJ, Inc., marked as BARTZ000001288-91 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |

- 6 -

| ECF | Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|---|
| 147-21 | Ex. 30, Publishing Agreement between Simon & Schuster, Inc. and K. Johnson, dated June 15, 2012, marked as BARTZ000004875-4899 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-22 | Ex. 31, Publishing Agreement between MJ + KJ, Inc. and Viking, dated August 24, 2015, marked as BARTZ000005520-5533 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-23 | Ex. 32, Publishing Agreement between MJ + KJ, Inc. and Viking, dated July 8, 2019, marked as BARTZ000004841-4860 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-24 | Ex. 33, Short-Form Rights Option Agreement between Amazon Content Services LLC and MJ + KJ Inc., dated November 12, 2018, marked as BARTZ000000088-93 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-25 | Ex. 34, Assignment and Work for Hire from K. Johnson to MJ + KJ Inc., dated January 28, 2025, marked as BARTZ000004690-91 | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |

| ECF | Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|---|
| 147-26 | Ex. 40, Excerpts from the April 8, 2025 transcript of the deposition of Dr. Ben Y. Zhao | Entire Document | Plaintiffs | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-27 | Ex. 42, Data Access and Delivery Agreement with HarperCollins Publishers L.L.C., marked as HC004-ANT0001559-1703 | Entire Document | Harper Collins | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| 147-29 | Declaration of Mohit Iyyer in Support of Anthropic's Opposition to Plaintiffs' Notice of Motion and Motion for Class Certification | Blue highlighted[1] portions at ¶¶ 67-70, 73-74, 79. | Plaintiffs | Cites and quotes Exhibit 40, as described above. Also refers to material previously designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63), including Dr. Zhao's source code at BARTZ_ZHAO_CERT_000000506-507, 509. |
| 147-30 | Anthropic's Opposition to Plaintiffs' Motion for Class Certification | Blue highlighted[2] portions at 3:25-4:2, 4:5-7, 4:9-11, 4:15-17, 4:19-20, 5:2-22, 6:3-20, 7:4-7, 13:25-14:4, 14:6-16, 14:20-26, 15:2-8, 18:6-9, 19:4-7, 19:17- | Plaintiffs and Harper Collins | Cites and quotes Exhibits 5-7, 9-14, 17-22, 26-34, 40, and 42, as described above. Also refers to material previously designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63), including the Expert Declaration of Dr. |

| | | 19, 19 n. 7, 21:23-22:1. | | Ben Y. Zhao (ECF No. 121-4). |
|---|---|---|---|---|

For the foregoing reasons, Anthropic respectfully requests that this Court grant this administrative motion.

Dated: April 28, 2025   Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Douglas A. Winthrop*
     DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

---

[1] This document also includes proposed redactions in <mark>yellow highlight</mark> because it is the subject of a concurrently filed Motion to Seal regarding Anthropic's nonpublic, highly confidential information.

[2] This document also includes proposed redactions in <mark>yellow highlight</mark> as it is the subject of a concurrently filed Motion to Seal regarding Anthropic's nonpublic, highly confidential information.

ANTHROPIC PBC'S MOTION TO SEAL
ANOTHER PARTY'S MATERIALS                              No. 3:24-CV-05417-WHA

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is 3000 El Camino Real, Five Palo Alto Square, Suite 500, Palo Alto, California 94306. On April 28, 2025, the foregoing **DEFENDANT ANTHROPIC PBC's ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED & [PROPOSED ORDER]** were electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500

- 9 -

rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com
jmiller@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed April 28, 2025 at Palo Alto, California.

              /s/ Sherri Mills
              SHERRI MILLS