| | |
|---|---|
| Justin A. Nelson *(Pro Hac Vice)*<br>Alejandra C. Salinas *(Pro Hac Vice)*<br>Collin Fredricks *(Pro Hac Vice)*<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com<br>asalinas@susmangodfrey.com<br>cfredricks@susmangodfrey.com | Rachel Geman *(Pro Hac Vice)*<br>Jacob S. Miller *(Pro Hac Vice)*<br>Danna Z. Elmasry *(Pro Hac Vice)*<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>rgeman@lchb.com<br>jmiller@lchb.com<br>delmasry@lchb.com |
| Rohit D. Nath (SBN 316062)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>RNath@susmangodfrey.com | Daniel M. Hutchinson (SBN 239458)<br>Reilly T. Stoler (SBN 310761)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>dhutchinson@lchb.com<br>rstoler@lchb.com |
| Jordan W. Connors *(Pro Hac Vice)*<br>**SUSMAN GODFREY L.L.P.**<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>jconnors@susmangodfrey.com | *Proposed Co-Lead Counsel* |
| J. Craig Smyser *(Pro Hac Vice)*<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West, 51st Floor,<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com | Scott J. Sholder *(Pro Hac Vice)*<br>CeCe M. Cole *(Pro Hac Vice)*<br>**COWAN DEBAETS ABRAHAMS<br>& SHEPPARD LLP**<br>60 Broad Street, 30th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>ssholder@cdas.com<br>ccole@cdas.com |
| *Proposed Co-Lead Counsel* | *Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Under Civil Local Rules 7-11 and 79-5, Plaintiffs bring this administrative motion to determine whether or not relevant evidence designated "confidential" by Defendant Anthropic PBC should be sealed and removed from the public record. Plaintiffs are not the proponents of sealing. Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated "Confidential" by an opposing party be filed provisionally under seal pending the Court's determination of whether or not the party's confidentiality designation was appropriate. *See* ECF No. 63.

This Motion addresses 11 exhibits to the Declaration of Jacob S. Miller in Support of Plaintiffs' Reply in Support of Class Certification and Plaintiffs' Reply in Support of Class Certification. In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Plaintiffs outline the status of each document in the table below:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Reply in Support of Class Certification | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Declaration of Jacob S. Miller in Support of Plaintiffs' Reply in Support of Class Certification | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Miller Decl. Exhibit 40: Bates numbered ANT_BARTZ_000004895 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 41: Bates numbered ANT_BARTZ_000004899 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 42: Bates numbered ANT_BARTZ_000184269 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 43: Bates numbered ANT_BARTZ_000227005 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 44: Bates numbered ANT_BARTZ_000389147 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Miller Decl. Exhibit 45: Bates numbered ANT_BARTZ_000365927 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 46: Bates numbered ANT_BARTZ_000533421-2 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 47: Bates numbered ANT_BARTZ_000389522 | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 48: Bates numbered HC004_ANT0001559 | Harper Collins | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Miller Decl. Exhibit 49: excerpts of the Deposition of Mycal Tucker, taken on April 29, 2025. | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Miller Decl. Exhibit 50: excerpts of the Deposition of Mohit Iyyer, taken on April 30, 2025. | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

For the foregoing reasons, Plaintiffs respectfully request a Court determination of whether or not these documents should remain sealed.

Dated: May 1, 2025           Respectfully submitted,

                       /s/ *Rachel Geman*
                       Rachel Geman

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

|   |   |
|---|---|
| 1 | Justin A. Nelson *(Pro Hac Vice)* |
| 2 | Alejandra C. Salinas *(Pro Hac Vice)*<br>Collin Fredricks *(Pro Hac Vice)* |
| 3 | **SUSMAN GODFREY L.L.P..**<br>1000 Louisiana Street, Suite 5100 |
| 4 | Houston, TX 77002-5096<br>Telephone: (713) 651-9366 |
| 5 | jnelson@susmangodfrey.com<br>asalinas@susmangodfrey.com |
| 6 | cfredricks@susmangodfrey.com |
| 7 | Rohit D. Nath (SBN 316062) |
| 8 | **SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400 |
| 9 | Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100 |
| 10 | RNath@susmangodfrey.com |
| 11 | Jordan W. Connors *(Pro Hac Vice)*<br>**SUSMAN GODFREY L.L.P.** |
| 12 | 401 Union Street, Suite 3000<br>Seattle, WA 98101 |
| 13 | Telephone: (206) 516-3880<br>jconnors@susmangodfrey.com |
| 14 |   |
| 15 | J. Craig Smyser *(Pro Hac Vice)*<br>**SUSMAN GODFREY L.L.P.** |
| 16 | One Manhattan West, 51st Floor,<br>New York, NY 10019 |
| 17 | Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com |
| 18 |   |
| 19 | *Proposed Co-Lead Counsel* |
| 20 | Scott J. Sholder (Pro Hac Vice)<br>CeCe M. Cole (Pro Hac Vice) |
| 21 | **COWAN DEBAETS ABRAHAMS<br>& SHEPPARD LLP** |
| 22 | 60 Broad Street, 30th Floor<br>New York, New York 10010 |
| 23 | Telephone: (212) 974-7474<br>sshoulder@cdas.com |
| 24 | ccole@cdas.com |
| 25 | *Additional Counsel for the Class* |
| 26 |   |
| 27 |   |
| 28 |   |