Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com
*Counsel for Non-Party HarperCollins Publishers LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTS, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No.: 3:24-CV-05417-WHA<br><br>**NON-PARTY HARPERCOLLINS PUBLISHERS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(c) and 79-5(d), Non-Party HarperCollins Publishers, LLC ("HarperCollins") moves this Court for an Order allowing HarperCollins to file under seal its confidential Declaration in support of Plaintiffs Andrea Bartz, Andrea Bartz, Inc., Charles Graeber, Kirk Wallace Johnson, and MJ + KJ, Inc., individually and on behalf of others similarly situated ("Plaintiffs")'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 157). HarperCollins respectfully submits that compelling reasons exist for the filing of its Declaration under seal.

| | |
|---|---|
| DATED: May 2, 2025 | Respectfully submitted, |
| | MINTZ & GOLD LLP |
| | s/ Terence W. McCormick |
| | Attorneys for Non-Party |
| | HarperCollins Publishers, LLC |