DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

MARK LEMLEY (Bar No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:    (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 391-0600
Facsimile:    (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>                Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: May 15, 2025<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br><br>Judge: Honorable William H. Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Anthropic PBC ("Anthropic") moves to maintain under seal Exhibits 47-49, attached to the Declaration of Douglas A. Winthrop in Support of Defendant Anthropic PBC's Reply in Support of Motion for Summary Judgment ("Winthrop Reply Decl."), which were designated under the Protective Order as protected material by another party or non-party (the "Designating Party"). Anthropic also moves to maintain under seal limited portions of Anthropic's Reply in Support of Motion for Summary Judgment and supporting Supplemental Declaration of Steven R. Peterson, which cites to material designated under the Protective Order as protected material by the "Designating Party."

Civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3). Pursuant to these rules, Anthropic identifies portions of the documents listed below, and filed concurrently herewith, that may contain information Plaintiffs designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Order. Anthropic takes no position as to the confidentiality of the information that Plaintiffs requested be filed under seal pursuant to the Protective Order. Rather, Anthropic respectfully requests that this information be sealed provisionally.

| Document | Portions to Seal | Designating Party | Reason |
|---|---|---|---|
| Anthropic's Reply in Support of Motion for Summary Judgment | Portions highlighted in **blue** at 12:9-11 | HarperCollins | Cites Winthrop Declaration in Support of Anthropic's Opposition to Plaintiffs' Motion for Class Certification, Ex. 42 (ECF No. 147-27). |
| Supplemental Declaration of Steven R. Peterson in Support of Anthropic's Motion for Summary Judgment | Portions highlighted in **blue** at ¶ 11 | HarperCollins | Cites Exhibits 47-49 and Winthrop Declaration in Support of Anthropic's Opposition to Plaintiffs' Motion for Class Certification, Ex. 42 (ECF No. 147-27). |
| Winthrop Reply Decl., Ex. 47, Email, marked as HC004_ANT0004027 | Entire Document | HarperCollins | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| Winthrop Reply Decl., Ex. 48, Email, marked as HC004_ANT0003890 | Entire Document | HarperCollins | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |
| Winthrop Reply Decl., Ex. 49, Email, marked as HC004_ANT0003864 | Entire Document | HarperCollins | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (ECF No. 63) |

For the foregoing reasons, Anthropic respectfully requests that this Court grant this administrative motion.

- 3 -

Dated: May 8, 2025

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Douglas A. Winthrop
      DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024. On May 1, 2025, the foregoing **DEFENDANT ANTHROPIC PBC's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.**, and exhibits thereto were electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com

- 4 -

ANTHROPIC PBC'S MOTION TO SEAL ANOTHER PARTY'S MATERIAL    No. 3:24-CV-05417-WHA

1 | jmiller@lchb.com

2 | Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN**
3 | **& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
4 | San Francisco, CA 94111-3339
Telephone: (415) 956-1000
5 | rstoler@lchb.com

6 | Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
7 | **COWAN DEBAETS ABRAHAMS**
**& SHEPPARD LLP**
8 | 60 Broad Street, 30th Floor
New York, New York 10010
9 | Telephone: (212) 974-7474
sshoulder@cdas.com
10 | ccole@cdas.com

11 | Terence William McCormick (SBN 222145)
**MINTZ & GOLD LLP**
12 | 600 Third Avenue, 25th Floor
New York, New York 10016
13 | Telephone: (212) 696-4848
mccormick@mintzandgold.com
14 |

15 |       I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed May 8, 2025 at Palo Alto, California.

18 |
19 |                                      /s/ Sherri Mills
                                       Sherri Mills