| | |
|---|---|
| Justin A. Nelson *(Pro Hac Vice)* | Rachel Geman *(Pro Hac Vice)* |
| Alejandra C. Salinas *(Pro Hac Vice)* | Jacob S. Miller *(Pro Hac Vice)* |
| Collin Fredricks *(Pro Hac Vice)* | Danna Z. Elmasry *(Pro Hac Vice)* |
| **SUSMAN GODFREY L.L.P.** | **LIEFF CABRASER HEIMANN** |
| 1000 Louisiana Street, Suite 5100 | **& BERNSTEIN, LLP** |
| Houston, TX 77002-5096 | 250 Hudson Street, 8th Floor |
| Telephone: (713) 651-9366 | New York, New York 10013-1413 |
| jnelson@susmangodfrey.com | Telephone: (212) 355-9500 |
| asalinas@susmangodfrey.com | rgeman@lchb.com |
| cfredricks@susmangodfrey.com | jmiller@lchb.com |
| | delmasry@lchb.com |
| Rohit D. Nath (SBN 316062) | |
| **SUSMAN GODFREY L.L.P.** | Daniel M. Hutchinson (SBN 239458) |
| 1900 Avenue of the Stars, Suite 1400 | Reilly T. Stoler (SBN 310761) |
| Los Angeles, CA 90067-2906 | **LIEFF CABRASER HEIMANN** |
| Telephone: (310) 789-3100 | **& BERNSTEIN, LLP** |
| RNath@susmangodfrey.com | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| Jordan W. Connors *(Pro Hac Vice)* | Telephone: (415) 956-1000 |
| **SUSMAN GODFREY L.L.P.** | dhutchinson@lchb.com |
| 401 Union Street, Suite 3000 | rstoler@lchb.com |
| Seattle, WA 98101 | |
| Telephone: (206) 516-3880 | *Proposed Co-Lead Counsel* |
| jconnors@susmangodfrey.com | |
| | Scott J. Sholder *(Pro Hac Vice)* |
| J. Craig Smyser *(Pro Hac Vice)* | CeCe M. Cole *(Pro Hac Vice)* |
| **SUSMAN GODFREY L.L.P.** | **COWAN DEBAETS ABRAHAMS** |
| One Manhattan West, 51st Floor, | **& SHEPPARD LLP** |
| New York, NY 10019 | 60 Broad Street, 30th Floor |
| Telephone: (212) 336-8330 | New York, New York 10010 |
| csmyser@susmangodfrey.com | Telephone: (212) 974-7474 |
| | sshoulder@cdas.com |
| *Proposed Co-Lead Counsel* | ccole@cdas.com |
| | *Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (UNITED STATES COPYRIGHT OFFICE REPORT)** |

Plaintiffs hereby submit notice of the May 9, 2025 report from the United States Copyright Office on Generative AI Training entitled "Copyright and Artificial Intelligence Part 3: Generative AI Training," attached hereto as Exhibit A as supplemental authority to pending motions before this Court, Dkts. 122 and 125. The Copyright Office released this pre-publication report setting forth its views regarding the use of copyrighted material in generative AI training under copyright law in response to congressional inquiries and expressions of interest from stakeholders. Plaintiffs particularly direct the Court's attention to: Ex. A at 46-52, 62-70, 73-74.

Dated:  May 12, 2025                         Respectfully submitted,

                                             _____/s/ Rachel Geman_____
                                             Rachel Geman

                                             Rachel Geman *(Pro Hac Vice)*
                                             Jacob S. Miller *(Pro Hac Vice)*
                                             Danna Z. Elmasry *(Pro Hac Vice)*
                                             **LIEFF CABRASER HEIMANN
                                             & BERNSTEIN, LLP**
                                             250 Hudson Street, 8th Floor
                                             New York, New York 10013-1413
                                             Telephone: (212) 355-9500
                                             rgeman@lchb.com
                                             jmiller@lchb.com
                                             delmasry@lchb.com

                                             Daniel M. Hutchinson (SBN 239458)
                                             Reilly T. Stoler (SBN 310761)
                                             **LIEFF CABRASER HEIMANN
                                             & BERNSTEIN, LLP**
                                             275 Battery Street, 29th Floor
                                             San Francisco, CA 94111-3339
                                             Telephone: (415) 956-1000
                                             dhutchinson@lchb.com
                                             rstoler@lchb.com

                                             *Proposed Co-Lead Counsel*

| | |
|---|---|
| 1 | Justin A. Nelson (*Pro Hac Vice*) |
| 2 | Alejandra C. Salinas *(Pro Hac Vice)* |
|   | Collin Fredricks *(Pro Hac Vice)* |
| 3 | **SUSMAN GODFREY L.L.P..** |
|   | 1000 Louisiana Street, Suite 5100 |
| 4 | Houston, TX 77002-5096 |
|   | Telephone: (713) 651-9366 |
| 5 | jnelson@susmangodfrey.com |
|   | asalinas@susmangodfrey.com |
| 6 | cfredricks@susmangodfrey.com |

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Scott J. Sholder (Pro Hac Vice)
CeCe M. Cole (Pro Hac Vice)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*