| | |
|---|---|
| Justin A. Nelson (*Pro Hac Vice*) <br> Alejandra C. Salinas (*Pro Hac Vice*) <br> Collin Fredricks (*Pro Hac Vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br> cfredricks@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> **SUSMAN GODFREY L.L.P.** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br> RNath@susmangodfrey.com <br><br> Jordan W. Connors (*Pro Hac Vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> J. Craig Smyser (*Pro Hac Vice*) <br> **SUSMAN GODFREY L.L.P.** <br> One Manhattan West, 51st Floor, <br> New York, NY 10019 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com <br><br> *Proposed Co-Lead Counsel* | Rachel Geman (*Pro Hac Vice*) <br> Jacob S. Miller (*Pro Hac Vice*) <br> Danna Z. Elmasry (*Pro Hac Vice*) <br> **LIEFF CABRASER HEIMANN** <br> **& BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br> jmiller@lchb.com <br> delmasry@lchb.com <br><br> Daniel M. Hutchinson (SBN 239458) <br> Reilly T. Stoler (SBN 310761) <br> **LIEFF CABRASER HEIMANN** <br> **& BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> dhutchinson@lchb.com <br> rstoler@lchb.com <br><br> *Proposed Co-Lead Counsel* <br><br> Scott J. Sholder (*Pro Hac Vice*) <br> CeCe M. Cole (*Pro Hac Vice*) <br> **COWAN DEBAETS ABRAHAMS** <br> **& SHEPPARD LLP** <br> 60 Broad Street, 30th Floor <br> New York, New York 10010 <br> Telephone: (212) 974-7474 <br> ssholder@cdas.com <br> ccole@cdas.com <br><br> *Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Under Civil Local Rules 7-11 and 79-5, Plaintiffs bring this administrative motion to determine whether or not relevant evidence designated "confidential" by Defendant Anthropic PBC should be sealed and removed from the public record. Plaintiffs are not the proponents of sealing. Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated "Confidential" by an opposing party be filed provisionally under seal pending the Court's determination of whether or not the party's confidentiality designation was appropriate. *See* ECF No. 63.

This Motion addresses 11 exhibits to the Declaration of Jacob S. Miller in Support of Plaintiffs' Reply in Support of Class Certification and Plaintiffs' Reply in Support of Class Certification. In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Plaintiffs outline the status of each document in the table below:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Letter Brief | Defendant Anthropic PBC | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |
| Fredricks Decl. Exhibit B: excerpts of the Deposition of Jared Kaplan, taken on April 11, 2025. | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Anthropic's Basis for Sealing |
|---|---|---|---|
| Fredricks Decl. Exhibit C: excerpts of the Deposition of Mycal Tucker, taken on April 29, 2025. | Defendant Anthropic PBC | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 63) |

For the foregoing reasons, Plaintiffs respectfully request a Court determination of whether or not these documents should remain sealed.

Dated: May 14, 2025                    Respectfully submitted,

/s/ *Rachel Geman*
Rachel Geman

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

|   |   |
|---|---|
| 1 | Justin A. Nelson *(Pro Hac Vice)* |
| 2 | Alejandra C. Salinas *(Pro Hac Vice)* |
|   | Collin Fredricks *(Pro Hac Vice)* |
| 3 | **SUSMAN GODFREY L.L.P..** |
|   | 1000 Louisiana Street, Suite 5100 |
| 4 | Houston, TX 77002-5096 |
|   | Telephone: (713) 651-9366 |
| 5 | jnelson@susmangodfrey.com |
|   | asalinas@susmangodfrey.com |
| 6 | cfredricks@susmangodfrey.com |

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Scott J. Sholder (Pro Hac Vice)
CeCe M. Cole (Pro Hac Vice)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*