**TRANSCRIPT ORDER**
Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

COURT USE ONLY
**DUE DATE:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

1a. CONTACT PERSON FOR THIS ORDER: **Jerome E. Ferrer**
2a. CONTACT PHONE NUMBER: **(415) 823-5305**
3. CONTACT EMAIL ADDRESS: **jerome.ferrer@arnoldporter.com**

1b. ATTORNEY NAME (if different): **Douglas A. Winthrop**
2b. ATTORNEY PHONE NUMBER: **(415) 471-3100**
3. ATTORNEY EMAIL ADDRESS: **douglas.winthrop@arnoldporter.com**

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Arnold Porter Kaye Scholer, LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

5. CASE NAME: **Bartz v. Anthropic PBC**
6. CASE NUMBER: **24-cv-05417**

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
**April Brott**

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (Initials) | TYPE (e.g, CMC) | PORTION If requesting less than full hearing, specify portion (e.g., witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2025 | WHA | Cert. | FULL | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE: **/s/ Douglas A. Winthrop**
12. DATE: **05/15/2025**

Clear Form    Save as new PDF