UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No.  C 24-05417 WHA<br><br>**QUESTIONS FOR SUPPLEMENTAL BRIEFING RE CLASS CERTIFICATION** |

Both sides shall critique the following definitions and notice in five pages or fewer **BY TUESDAY, MAY 20, 2025 AT NOON** — no attachments, no declarations, no footnotes, and all double spaced, these limitations imposed to facilitate focus on the most important points, with all other points having already been made.  The judge has not made any decision.  Include whether the named plaintiffs fall within these classes.

*Pirated Class:*  All registered owners of the right to copy and reproduce or to prepare derivative works or a generic copyright not excluding the foregoing for any book included in Books3, PiLiMi, or LibGen.

*Scanned Class:*  Same but for any book in the Scanned List.

1  *Notice:* The notice shall refer readers to a searchable website listing all scanned books by author and title and ISBN. The notice shall state that anyone who wishes to correct the registered copyrights must do so by MM-DD-YYYY. Only the registered owner of the above rights shall have any right to participate in any judgment or settlement. Those with notice of the class notice who fail to correct the copyright registration to name themselves shall be barred from suing defendant later. Notice shall be widely disseminated at plaintiffs' expense, including first class mailed notice to every author involved and every publisher in the country as well as published notice.

**IT IS SO ORDERED.**

Dated: May 16, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE