DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

MARK LEMLEY
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
ANDREW M. GASS (Bar No. 259694)
andrew.gass@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 391-0600
Facsimile:    (415) 395-8095

*Attorneys for Defendant* ANTHROPIC PBC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:24-CV-05417-WHA <br><br> Action Filed: August 19, 2024 <br><br> **DECLARATION OF JARED KAPLAN IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S OMNIBUS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge: Honorable William H. Alsup |

I, Jared Kaplan, hereby declare as follows:

1.      I am Chief Science Officer at Anthropic PBC ("Anthropic").  I submit this declaration in support of Anthropic's Administrative Motion to File Documents Under Seal.  I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.      I have reviewed the documents listed in the table at the end of this declaration. These documents contain several categories of confidential information whose disclosure would harm Anthropic. Immediately below I provide an overview of the major categories of confidential information contained in these documents. In the table at the end of this declaration, I describe on a document-by-document basis the confidential nature of the documents and the competitive or other harm that would occur if the information in these documents were disclosed to competitors, vendors, or the public.

**Value of different categories of data**

3.      Anthropic spends significant amounts of time, money, ingenuity, and effort researching and studying how to create performant LLMs with particular capabilities that are helpful, honest, and harmless. Part of that research is work done to evaluate the value of different categories of data for LLM training. For example, the documents attached to this motion contain detailed and specific information about Anthropic's training evaluations (or "evals"). Evaluations are tests used during and after the training process to assess performance, guide training decisions, and ensure the model is developing desired capabilities. Evals can come in several forms, including multiple choice or classification tests on academic subjects or on commonsense reasoning tasks, tests on open-ended generation tasks such as writing functional source code, adversarial or "red team" evals that try to elicit harmful outputs, and loss evals that measure a model's error rate in predicting certain data that was "held out from" (that is, not included in) its training data. In the generative AI industry, firms keep confidential the details of how they run evals, on which kinds of models, which specific tests they use, and most results obtained during the training process. They do this because proprietary evaluation methods and results confer a strategic competitive advantage. If a competitor knew the details of which evals Anthropic runs and on which models, Anthropic

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS          No. 3:24-CV-05417-WHA
MOTION TO SEAL

would lose competitive advantages we have gained in measuring model capabilities in ways we believe our competitors are not tracking, which allow us to identify model weaknesses in ways we believe others in the industry may miss. These insights, derived from our evals, allow us to prioritize and allocate our development resources (time, money, people, computing power) more effectively than we believe our competitors can. Evaluation methods represent significant research and development investment, especially where Anthropic has developed novel approaches to measuring capabilities or risks. Even more critically, exposing the details of safety or adversarial evaluation methodologies and results would allow malicious actors to more easily learn what capabilities Anthropic tests for and which it does not, so that they could more easily design attacks that evade model security safeguards to prompt dangerous model behavior.

4.      Ablation studies are a core technique that, at its simplest, tests the result of making a change in how a model is trained. These studies can reveal critical insights about how models work, their capabilities, the value of certain training data, and/or different training techniques. Ablation studies help Anthropic understand which model components, such as training data mixes or model architecture, are most important for specific desired capabilities.  Sharing these methods could allow competitors to replicate advances Anthropic achieves, and they could do it without investing in the underlying research.

5.      Recent technical studies, especially ablation studies from the past 6-12 months, contain detailed insights that could significantly accelerate LLM development. This information is sensitive for two reasons.  These studies represent valuable intellectual property that could benefit competitors, both domestic and international. Anthropic's mission includes ensuring AI development proceeds safely. Detailed technical findings could enable rapid capability advances by any actor, potentially including those who might misuse advanced AI systems. Therefore, Anthropic implements strict security measures to protect these technical studies and prevent unauthorized access or dissemination for those reasons.

6.      Revealing this information would enable competitors to train LLMs with more valuable capabilities without needing to expend the significant resources Anthropic expended on investigation, research, and development. Revealing this information would also put Anthropic at a

disadvantage in negotiations with data acquisition partners because the information reveals the value of different categories of data to Anthropic's business. Anthropic's competitors would also gain a negotiation advantage with data acquisition partners because they would know what deal terms Anthropic has been able to negotiate.

**Compute costs**

7.    The documents attached to the motion contain information relating to Anthropic's computing or "compute" costs, which is one of the largest operational expenses for LLM companies. "Compute" refers to the computational resources required to train and run LLMs.

8.    Understanding exactly how much Anthropic spends on compute resources, overall and for training any particular commercially released model, would be extremely valuable to its competitors. Training costs reveal crucial information about a company's technical capabilities, efficiency, data quality, training technique advances, and resource allocation. Competitors can use this information to benchmark their own efforts, estimate the resources needed to match or exceed performance of a released model, and make strategic decisions about where to invest. Revealing compute costs to train particular models can give competitors information on the other aspects of training an LLM. This is because once an LLM is released, the public can assess its capabilities and performance, and several important aspects all work together to drive performance, including data quality and amount, training techniques, and innovations in model architecture.  As a result, for example, knowing compute costs for a model whose capabilities are also known can indicate whether the developer made advances in model architecture, training techniques, or data processing. So if a competitor is aware of a highly performant model that was trained at great expense, they can infer that the model does not represent significant innovations in training or data processing techniques.

**Size and composition of the training datamixes**

9.    The documents attached to the motion reveal the number of tokens and precise composition of the training datamixes for several of Anthropic's LLMs. Revealing the number of tokens of Anthropic's recent training corpora, by category,  would give competitors insights into which compositions of which categories of data may result in advances in particular capabilities.

The training datamixes for Anthropic's models, as well as research related to them, represent the results of significant research and development costs.  Competitors would be able to free ride off of these investments to create similarly capable models, if this information were disclosed.

10.    By way of background, training frontier LLMs requires well-designed neural networks, high quality and voluminous data, and modern training techniques. At Anthropic and its competitors, researchers work in all these areas to improve the next generation of models. Research on datamixes (i.e., the combination of datasets) explores how to best train a single model by using, or not using, different individual datasets in particular proportions. Anthropic experiments have confirmed that a significant portion of the pre-training model capability improvements Anthropic has generated can be attributed to the company's data-related research, including about datamixes as well as other aspects of data processing. Thus, publishing datamix information (in the form of dataset names and/or portions of a training corpus comprising particular datasets) would substantially harm Anthropic by allowing competitors to skip the time- and resource-intensive research process that Anthropic has gone through in developing the final pretraining datamixes for its models.

**Training process**

11.    The documents attached to the motion contain Anthropic's engineers' business sensitive and detailed internal notes on the training process, including internal brainstorming of processes for filtering various types of training data, confidential research into how the data is processed during training, approaches to training that would reduce costs while maintaining performance, and information about the training of yet-unreleased models. Disclosure of this information would allow Anthropic's competitors to free ride on research and development efforts that required a significant expenditure of time, money, and resources for Anthropic to develop in order to produce models with similar performance capabilities.

**Proprietary source code**

12.    Anthropic's engineers develop proprietary source code to handle vast quantities of data, train LLMs and other models, build product and security features, measure and improve model

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

performance, and conduct research, among many other things. The documents attached to this motion contain information about and copies of Anthropic's proprietary source code. Among other things, the source code in these documents implements the logic to impose automated guardrails designed to prevent Claude from generating harmful outputs, such as by inhibiting Claude models from replicating copyrighted content to end users. The source code itself has direct monetary value. It represents the accumulated labor and expertise of developers, architects, and engineers. Unauthorized access could enable competitors to avoid their own development costs while enjoying the commercial benefit of implementing the same or similar automatic solutions to those Anthropic developed through investment. In the normal course of business Anthropic's source code remains protected from public access. Anthropic categorizes employees into different clearance levels, and only a subset of employees have clearance to access Anthropic's source code repository. Disclosure of the source code in these documents that relate to Anthropic's systems to prevent harmful outputs could allow bad actors to evade the safeguards, resulting in harmful outputs, including, among other things, copyright-infringing content.

**Future projects**

13.    Anthropic operates in a rapidly developing and highly competitive industry, and it has numerous projects in development, including planned commercial releases of new LLMs and product features. The documents attached to this motion contain information related to projects that are currently in development, including product release plans, project code names, and other information relating to future commercial releases. Revealing this information would cause competitive harm by providing competitors with advance notice of planned capabilities and product innovations, enabling them to adjust their own development timelines and strategies accordingly. Disclosure of in-development project information could also impact negotiations with potential customers who might delay purchase commitments until in-development features are released, or who might choose competing LLMs if they believe disclosure of future product features that do not interest them indicates Anthropic will not be releasing features that do. Disclosure of project code names for unreleased models would make a confidential information leak much more harmful. For

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS              No. 3:24-CV-05417-WHA
MOTION TO SEAL

example, if they had code names it could make it easier for third parties to attempt to uncover or exfiltrate information about those projects, as they would have keywords with which to search Anthropic's documents or source code comments. If these code names were known, there would also be an increased risk of phishing and/or social engineering attacks that could exfiltrate additional information.

### Business Strategies

14.    The documents attached to this motion contain highly confidential information concerning Anthropic's internal business strategies. The documents contain, for example, recently-created financial forecasts, assessments of commercial model efficiencies, target market segments, market share targets, and product strategies. Public disclosure of information such as which market segments Anthropic is pursuing or focusing on for market share growth would allow Anthropic's competitors to anticipate and potentially impede Anthropic's commercial opportunities those market segments by intensifying their go-to-market efforts in those same segments, or by prioritizing product feature development they believe are important to those market segments. Competitors could use this information to accelerate their own product release timelines or engage in preemptive marketing.

### Financing

15.    Anthropic is a privately held company. The documents attached to this motion contain details of financial investments in Anthropic, including the names of certain individual shareholders, who may be harmed because disclosure of their identities could subject their investment decisions and personal wealth to public scrutiny. This would harm Anthropic, by extension, by chilling future investment from those and other investors. Additionally, the documents contain fundraising dollar amounts that have not been publicly disclosed and provide insight into market sensitive details about the form of the investments. Disclosure of these details would weaken the company's positioning with its negotiating partners, investors, and competitors. For example an investor could look at publicly reported Note amounts and the underlying principal amounts to determine whether and to what extent certain investors received a premium on their Note investments. Investment

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS
MOTION TO SEAL                                         No. 3:24-CV-05417-WHA

premiums are a sensitive deal term not widely known and carefully negotiated. Disclosure of these terms would make future financing and partnership deals more difficult and threaten the ability of the company to receive funding on terms that allow it to stay at the frontier of AI development. Similarly, details of note financing would provide market guidance on the company's ability to fund compute, a key determinant of the company's ability to remain on the frontier of AI development and competitive with other LLM providers.

**Market share**

16.     Anthropic's market share information is not publicly available, nor is its market share aspirations, or the market segments the company intends to and does target to gain share. The documents attached to this motion also contain usage metrics, such as the number of Anthropic's total users and daily active users, at different points in time, which indicates Anthropic's growth trajectory. The documents also discuss Anthropic's market share aspirations and the market segments where it believes it can make the most relative progress toward those aspirations. Disclosure of those strategic business considerations to the public, and especially to the companies from whom Anthropic is competing to take that market share by targeting particular market segments, reveals where and how Anthropic is allocating focus and resources in growing its business, and by implication, which kinds product features it is likely to develop, and which not. The documents also include internal assessments of the market share of certain competitors, the disclosure of which would reveal to those competitors Anthropic's understanding or the allocation of market share. To the extent those assessments are incorrect, that is helpful information for competitors that could inform where they focus go to market efforts.

17.     Such information, if disclosed, could be used by competitors to assess Anthropic's relative standing in the market for AI products and to target market growth opportunities identified by Anthropic. To compete effectively in this sector, Anthropic must keep these metrics and its strategy confidential.

**Internal Links, System Credentials, and Access Instructions**

18.     Certain documents in the motion to seal contain the complete path of links on Anthropic's Google Drive, Slack, S3 data storage buckets, GitHub, and similar platforms. Even if

access permissions are properly configured, publicly visible links create attack vectors for social engineering, credential harvesting, and targeting phishing campaigns aimed at gaining elevated access to internal systems. Redaction of these links is therefore necessary to protect the security of Anthropic's information stored on linked systems.

19.    Other documents in the motion to seal contain communications between Anthropic's counsel and Plaintiffs' counsel that provide specific technical access details, including credentials and access instructions that would allow the public to directly access confidential information produced in discovery in this case. Redaction of these materials is therefore necessary to protect the security of Anthropic's information stored on linked systems.

**Document-by-Document Descriptions**

The table below describes on a document-by-document basis the reasons why particular portions of documents should be redacted to prevent harm to Anthropic.

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| 5 | 119-3 | Exhibit 41 – Model Data Domain Breakdown Google Sheet [ANT_BARTZ_000435165] | **Green** highlighted portions at pp. 3-5 of PDF | Reveals the datamix and proportional composition of the training corpora for three of Anthropic's commercial models, including descriptions of the categories of data included. The precise composition of a particular LLM's training datamix is a highly guarded trade secret, as the precise datamix reflects strategic decisions about model composition, and when combined with a publicly accessible model, can create a road map for competitors to share in the benefits of Anthropic's research efforts related to data quality without themselves making similar investments. Thus, public disclosure would cause competitive harm by enabling Anthropic's competitors to compete on LLM development aspects in which they have not |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS          No. 3:24-CV-05417-WHA
MOTION TO SEAL

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | made similar investments. *See also*, supra ¶¶ 9-10. |
| 6 | 119-4 | Exhibit 45 – WTP Valuation Model [ANT_BARTZ_000 279410] | **Green** highlighted portions at pp. 3-4, 7 of PDF | Reveals Anthropic's willingness to pay for particular types of data based on technical and business assessments of how valuable they are to developing a model, which required significant investment in research to develop. Developing this valuation model required a significant investment of time, money, and resources. Disclosure of this information would cause significant competitive harm if released because it would allow competitors and potential counterparties on data deals to understand the details of how Anthropic values certain kinds of data. It would also allow counterparties to get insights into Anthropic's negotiating strategy for purchasing books. *See also*, supra ¶¶ 3-6. |
| 7 | 119-5 | Kaplan Declaration in Support of Motion for Summary Judgment | **Green** highlighted portions at ¶¶ 18-19, 39, 46, 53, 55 | ¶ 18: Reveals Anthropic's computing costs related to research and training of models including Claude and noncommercial models which were never made publicly available. Compute cost is one of the largest operational expenses for LLM companies, the disclosure of which could provide competitors with insights on model capabilities, training strategies, competitive positioning, and margins and profitability. *See also*, supra ¶¶ 7-8. ¶ 19: Reveals Anthropic's daily active user count for Claude, |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | which is closely guarded and not publicly available information. Daily active user data represents a key performance indicator that directly reflects market share. Revelation of this information would cause competitive harm because it would provide competitors with intelligence to benchmark their own model performance while Anthropic would not have reciprocal transparency and ability to benchmark.<br><br>*See also*, supra ¶¶ 16-17.<br><br>¶¶ 39, 46: Reveals the size (in tokens) of the training corpora for Claude 3.7 Sonnet, Anthropic's most recent commercial Claude model, which gives competitive insights into its cost and efficiency. Anthropic is not seeking to redact the token count of its earlier Claude 1 model, as it is comparatively less sensitive than Claude 3.7 Sonnet. Specifically, the token count directly correlates with training costs, which can run into tens of millions of dollars for large models. Revealing this information could disclose operational efficiency and budget allocation strategies to competitors, allowing competitors to compete more effectively against Anthropic.<br><br>*See also*, supra ¶¶ 6-9.<br><br>¶ 53: Reveals the data source composition of the training corpora for three of Anthropic's recent commercial models, including the names of specific datasets used for training and the proportions of different categories of training data that |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | required a significant investment of time, money, and resources to develop. The precise composition of a particular LLM's training datamix is a considered a trade secret by LLM providers, as the precise datamix reflects strategic decisions about model composition and will have a significant impact on the model's performance. Public disclosure would cause competitive harm by enabling competitors to reverse-engineer some of Anthropic's LLM's performance advantages and replicate training approaches that advanced to a commercial stage without the commensurate investment in research and development. Competitors could use the information to gain insights into the performance of Anthropic's models to compete more effectively against Anthropic.<br><br>*See also*, supra ¶¶ 9-10.<br><br>¶ 55: Reveals information about the number of tokens used from certain categories of data for pretraining, which is a confidential variable in model training. The specific number of tokens per category used in pretraining is the result of extensive research and development, the disclosure of which could enable competitors to benefit from Anthropic's R&D without a commensurate investment of their own.<br><br>*See also*, supra ¶¶ 9-10. |
| 8 | 119-6 | Peterson Declaration in Support of Motion for Summary | **Green** highlighted portions at ¶¶ 15 | ¶¶ 15 & n.19, 56: Reveals the size (in tokens) of the training corpora for Claude 3.7 Sonnet, Anthropic's most recent |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | Judgment | & n.19, 56, 65-67, 70 | commercial Claude model, which gives competitive insights into cost and efficiency. Anthropic is not seeking to redact the token count of its earlier Claude 1 model, as it is comparatively less sensitive than Claude 3.7 Sonnet. Specifically, the token count directly correlates with training costs, which can run into tens of millions of dollars for large models. Revealing this information could disclose operational efficiency and budget allocation strategies to competitors, allowing competitors to compete more effectively against Anthropic. *See also*, supra ¶¶ 9-10. ¶¶ 65-67: Reveals Anthropic's willingness to pay for particular types of data based on technical and business assessments of how valuable they are to developing a model, which required significant investment in research to develop. Disclosure of this information would cause significant competitive harm if released because it would allow competitors and potential counterparties on data deals to understand the details of how Anthropic values certain kinds of data. *See also*, supra ¶¶ 3-6. I reviewed only an excerpt of this document that I am informed does not contain Plaintiffs' confidential information. |
| 9 | 119-7 | Notice of Motion and Motion for Summary Judgment | **Green** highlighted portions at 1:18, 3:13-14, 5:12-14, | 1:18, 5:12-14, 18:8, 21:26-27, 22:8-9, 23:7, 23:9: Reveals the size (in tokens) of training corpora for Claude 3.7 Sonnet, |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | 8:10-11, 9:3, 16:15, 18:8, 21:26-27, 22:8-9, 23:7, 23:9 | Anthropic's most recent commercial Claude model, which gives competitive insights into its cost and efficiency. Anthropic is not seeking to redact the token count of its earlier Claude 1 model, as it is comparatively less sensitive than Claude 3.7 Sonnet. Specifically, the token count directly correlates with training costs, which can run into millions of dollars for large models. Revealing this information could disclose operational efficiency and budget allocation strategies to competitors, allowing competitors to compete more effectively against Anthropic. |
| | | | | *See also*, supra ¶¶ 9-10. |
| | | | | 3:13: Compute cost is one of the largest operational expenses for LLM companies, the disclosure of which could provide competitors with insights on model capabilities, training strategies, competitive positioning, and margins and profitability. |
| | | | | *See also*, supra ¶¶ 7-8. |
| | | | | 3:14:  Daily active users is an important non-public metric and one indication of commercial performance. Anthropic and its competitors do not regularly release this information. Disclosure of Anthropic's daily active user metrics would cause competitive harm if released because competitors would benefit from understanding Anthropic's market share over time as well as, based on the total numbers, how the company focuses its go to market strategy. |
| | | | | *See also*, supra ¶¶ 16-17. |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS                    No. 3:24-CV-05417-WHA
MOTION TO SEAL

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | I reviewed only an excerpt of this document that I am informed does not contain Plaintiffs' confidential information. |
| 11 | 131-6 | Exhibit 1 in support of Plaintiffs' Discovery Letter Motion to Compel<br><br>Correspondence between Plaintiffs and Anthropic containing production access details to download confidential material | **Green** highlighted portions at p. 1 | Reveals technical access details of File Transfer Protocol for downloading datasets used by Anthropic in experimentation, training, and research with at least one of Anthropic's research and development models that were not commercially released, including datasets that Anthropic currently uses in training its models and those it no longer uses. Redaction is necessary to protect the security of Anthropic's information stored on the linked systems.<br><br>*See also*, supra ¶¶ 13, 18. |
| 12 | 131-8 | Exhibit 2 in support of Plaintiffs' Discovery Letter Motion to Compel<br><br>Correspondence between Plaintiffs and Anthropic containing production access details to download confidential material | **Green** highlighted portions at pp. 3, 9-10 | Reveals technical access details of File Transfer Protocol and AWS S3 transfer protocol for downloading datasets provided during discovery. The link, credentials, and access instructions are unrelated to the merits of any issue in this case, and the public has no interest in its disclosure. Redaction is necessary to protect the security of Anthropic's information stored on the linked systems.<br><br>*See also*, supra ¶ 18. |
| 13 | 137-3 | Ex. A [Proposed redactions to Zhao Decl. Exhibit C]<br><br>Spreadsheet showing location of Plaintiffs' books in datasets | **Green** highlighted portions at 1 | Reveals Anthropic's internal filepaths to datasets used in experimentation, training, and research for model development..<br><br>*See also*, supra ¶ 18. |

- 14 -

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| 14 | 121-8 | Miller Decl. Exhibit 2: Anthropic PBC's Second Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 6-13) | **Green** highlighted portions at p. 7 | Summarizes and reveals details of financial investments in Anthropic (via equity and convertible notes). This includes the names of certain individual shareholders, whom disclosure could harm by subjecting their investment decisions and personal wealth to public scrutiny.  This would harm Anthropic, by extension, by chilling future investment. <br><br> *See also*, supra ¶ 15. <br><br> As a private company, Anthropic is dependent on investments, institutional and individual, to fund its AI safety mission, research and development, and operations. The dollar amounts Anthropic seeks to maintain under seal have not been publicly disclosed and provide insight into market sensitive details about the investments. Disclosure of these details weaken the company's positioning with its negotiating partners, investors, and competitors. <br><br> *See also*, supra ¶ 15. <br><br> Disclosure of these details weaken the company's positioning with its negotiating partners, investors, and competitors. For example the discrepancies between the publicly reported Note Financing amounts and the principal amounts of those notes reveals whether and to what extent certain investors received a premium on their investments. Note premiums are a sensitive deal term not widely known. <br><br> *See also*, supra ¶ 15. |

- 15 -

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | Disclosure of note premiums, or lack thereof, would make future financing and partnership deals more difficult and threaten the ability of the company to receive funding on terms that allow it to stay at the frontier of AI development. Similarly, details of note financing would provide market guidance on the company's ability to fund compute, a key determinant of the company's ability to remain on the frontier of AI development and competitive with other LLM providers.<br><br>*See also*, supra ¶ 15. |
| 15 | 121-8 | Miller Decl. Exhibit 8: Bates numbered ANT_BARTZ_000 003492-3<br><br>Token Valuation Memorandum | **Green** highlighted portions at ANT_BARTZ_00 0003492-3 | Reveals Anthropic's detailed assessments of the costs and value of using different categories of data for model training, how it thinks about valuation of data generally and specifically, and Anthropic's views on the tradeoffs between the costs and benefits of acquiring certain data. Disclosure of this information would give insight into Anthropic's cost structure, including its cost of compute, and reveal Anthropic's proprietary data valuation methodologies and cost-benefit decisions that directly inform data acquisition decisions. Competitors could exploit this intelligence to (i) understand Anthropic's operational efficiency and resource allocation strategies; (ii) benchmark their own data acquisition and training investments against Anthropic's approach; and (iii) identify which data categories Anthropic considers most competitively valuable. Further, revealing |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS
MOTION TO SEAL                                          No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | assessments of Anthropic's internal valuations of training data would compromise Anthropic's negotiating position with data providers who could use knowledge of Anthropic's valuation models to demand higher data acquisition fees. *See also*, supra ¶¶ 3-6. Reveals internal code name of an unreleased model and recent models which increases risks of exfiltration or data leaks, as well as where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code names. *See also*, supra ¶13. |
| 16 | 121-8 | Miller Decl. Exhibit 9: Bates numbered ANT_BARTZ_000 004587-8  Internal approval form for additional book orders for scanning | **Green** highlighted portions at ANT_BARTZ_00 0004587-588 | Reveals location and path information for Anthropic's internal file management system (on Google Drive). Redaction is necessary to protect the security of Anthropic's information stored on the linked systems. *See also*, supra ¶ 18. |
| 20 | 121-8 | Miller Decl. Exhibit 13: Bates numbered ANT_BARTZ_000 029063-29171  Anthropic LLM training engineering notes and data | **Green** highlighted portions at ANT_BARTZ_000029 063-64, ANT_BARTZ_000029 066-83, ANT_BARTZ_000029 085-87, ANT_BARTZ_000029 089, ANT_BARTZ_000029 091, ANT | This document contains the internal code name of an unreleased model which increases risks of exfiltration or data leaks, as well as, where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code name. *See also*, supra ¶ 13. |

- 17 -

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | _BARTZ_000029 093, ANT _BARTZ_000029 095-131, ANT _BARTZ_000029 138, ANT _BARTZ_000029 140-41, ANT _BARTZ_000029 143-171 | This document has three main parts, and each of them contain sensitive information that could give other companies in the LLM industry a competitive advantage by enabling them to obtain significant research and development insights into Compute Multipliers (explained below), without having to make the corresponding investments that Anthropic has had to make to achieve these insights. By way of background, in the LLM industry, there are a few main aspects that are related and that can be adjusted to increase model performance and they include data quality, compute resources, training techniques, and model architecture. Gaining significant insights into any of these aspects in the context of a publicly accessible model whose capabilities can generally be known and observed by the public, including other LLM developers, provides contextual insights about the other aspects. For example, if and when Anthropic makes discoveries about how to improve the quality of existing data, that may allow the company to train a model that is more performant while maintaining the same model size and using the same amount of compute resources. In that case, Anthropic would consider the data improvement process to have a "compute multiplier," which is also known as "CM." Exposure of any insights related to CMs could be extremely competitively harmful, regardless of whether the insight relates to data improvement, an algorithmic advances, or a new training technique, because it would allow a competitor to build a |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | model competitive with Anthropic's, while spending less on compute resources, and without having to invest in the research and development that gave rise to the CM discovery. <br><br> *See also*, supra ¶¶ 3-11. <br><br> The three parts are: First, the document describes various "deduplication strategies" for processing data.  Second, the document describes running experiments of training smaller models using data that has gone through these various deduplication strategies to assess the value of various strategies to the outcomes reflected in model performance.  Third, the document describes running experiments using larger models that have already been trained to see if they might be suffering from negative performance impacts as a result of having duplicated data in their training datamix. <br><br> *See also*, supra ¶ 11. <br><br> At a high level, these ideas are all related: this document tests a hypothesis that training on repeated data is inefficient with respect to CMs and/or results in less performant models than if trained on data that contained no duplications. The first part describes strategies to remove duplicated data. The second part studies the effect of various methods to deduplicate data and how those methods impact model training.  The first and third sections study existing models to see if the data duplication thesis is a real-world problem in the highly |

- 19 -

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | competitive context of LLM training. |
| | | | | *See also*, supra ¶ 11. |
| | | | | The information Anthropic proposes to redact in this document is sensitive because it describes extremely valuable research insight into CMs and methods for data quality improvements. |
| | | | | *See also*, supra ¶¶ 7-10. |
| | | | | ANT BARTZ 000029068, -70, -86, -115, -123, -125, -146, -148, -151, -158, -167: Reveals location and path information for Anthropic's Google Drive, Slack, S3, and GitHub. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. |
| | | | | *See also*, supra ¶ 18. |
| 21 | 121-9 | Miller Decl. Exhibit 16: Bates numbered ANT_BARTZ_000003441-2<br><br>Internal Anthropic financial forecast | **Green** highlighted portions at ANT_BARTZ_000003441-42 | Proposed redactions describe a training approach that can reduce the costs of models while maintaining model performance, which is an important competitive secret and the result of research and development expenditures. The redactions further reveal specific information regarding fundraising, revenue forecasting, and compute acquisition related to the training approach.<br><br>*See also*, supra ¶¶ 7-8.<br><br>Redaction of compute multipliers and relative efficiency of data sources that describe closely guarded secrets |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | of Anthropic's current cost saving advantages over a direct competitor, resulting from trade secret algorithmic improvements, and forecasts for how these will change over time. Revealing estimated compute advantage would give insight into how much Anthropic needs to spend on compute relative to others to produce models of comparable size and performance. *See also*, supra ¶¶ 7-10. |
| 22 | 121-9 | Miller Decl. Exhibit 20: Bates numbered ANT_BARTZ_000 391318-20 Slack messages between Anthropic employees | **Green** highlighted portions at ANT_BARTZ_00 0391318-19 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |
| 23 | 137-8 | Ex. F [proposed redactions to Miller Decl. Exhibit 17: Bates numbered ANT_BARTZ_000 002604] Email thread reflecting comments regarding data acquisition | **Green** highlighted portions at ANT_BARTZ_00 0002604 | Reveals Anthropic's business sensitive assessments of the value of a category of data for model training, and how it thinks about valuation of data generally and specifically. Disclosure of this information would reveal Anthropic's cost-benefit decisions that directly inform data acquisition decisions. Competitors could exploit this intelligence to (i) understand Anthropic's operational efficiency and resource allocation strategies; (ii) benchmark their own data acquisition and training investments against Anthropic's approach; and (iii) identify which data categories Anthropic considers most valuable for competitive advantage. Further, |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | revealing assessments of Anthropic's internal valuations of training data would compromise Anthropic's negotiating position with data providers who could use knowledge of Anthropic's valuation models to demand higher data acquisition fees. *See also*, supra ¶¶ 3-6. Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |
| 24 | 121-9 | Miller Decl. Exhibit 19: Bates numbered ANT_BARTZ_000 389773-5 Internal messages showing Anthropic engineers' notes regarding research and development models | **Green** highlighted portions at pp. 1-3 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |
| 25 | 121-9 | Miller Decl. Exhibit 22: Bates numbered ANT_BARTZ_000 034918 Email from Anthropic executive regarding specifics of transaction to acquire dataset | **Green** highlighted portions at p. 1 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| 26 | 121-9 | Miller Decl. Exhibit 23: Bates numbered ANT_BARTZ_000 006363- 90<br><br>Internal agenda containing weekly updates on partnerships for data acquisition | **Green** highlighted portions at ANT_BARTZ_00 0006363-89) | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 27 | 121-9 | Miller Decl. Exhibit 25: Bates numbered ANT_BARTZ_000 004936- 51<br><br>Internal memorandum regarding training data strategy | **Green** highlighted portions at ANT_BARTZ_00 0004936-38, ANT_BARTZ_00 0004941, ANT_BARTZ_00 0004945-47 | ANT_BARTZ_000004937-38, -41, -45-47: Reveals details about Anthropic's business sensitive assessments and evaluations on tokens used in training. Reveals details about Anthropic's methodology of obtaining datasets that have been used to train commercial Claude models. The source of and methodology for obtaining these datasets reflects choices and research—which required significant investment of time, money, and resources to develop—about which mixes of data to use in training Anthropic's models. Disclosure of this information would allow competitors to free ride on Anthropic's significant investments in research.<br><br>*See also*, supra ¶¶ 3-6.<br><br>ANT_BARTZ_000004936-37, -45: Reveals internal code name of unreleased models, which increases risks of exfiltration or data leaks, as well as where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code names.<br><br>*See also*, supra ¶ 13. |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS
MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | ANT_BARTZ_000004937-38, -45-47: Reveals the size (in tokens) of various datasets considered for inclusion in Anthropic's training corpora, including for unreleased models, which gives competitive insights into cost and efficiency of Anthropic's models. Specifically, the token count directly correlates with training costs, which can run into millions of dollars for large models. Revealing this information could disclose operational efficiency and budget allocation strategies to competitors, allowing competitors to compete more effectively against Anthropic. <br><br>*See also*, supra ¶¶ 7-10. <br><br>ANT_BARTZ_000004937: Identifies Anthropic's industry segment targets, disclosing sensitive product and go-to-market plans. Revealing this information could cause competitors to modify their own roadmaps and adversely impact Anthropic's commercial opportunities in these industry segments. <br><br>*See also*, supra ¶ 14. |
| 28 | 121-9 | Miller Decl. Exhibit 26: Bates numbered ANT_BARTZ_000 209219- 235 <br><br>Memo on evaluation of different evals that Anthropic uses to test model capabilities | **Green** highlighted portions at ANT_BARTZ_00 0209219-20, ANT_BARTZ_00 0209222-23, ANT_BARTZ_00 0209225, 209227-33 | ANT_BARTZ_000209219-20, 22-23, 25, 27-33: Contains detailed descriptions of Anthropic's evaluations (or evals) of an important part of model training that helps to ensure models are performant in particular capabilities. Specific details of the evals Anthropic uses are sensitive because they could benefit competitors, who would have insights into how Anthropic tests its models on particular capabilities, and which |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | it doesn't. Exposure of this level of detail about which evals Anthropic runs and on which kinds of models, would cost the company competitive advantages of key insights we have gained in measuring model capabilities resulting from decisions to optimize different aspects of training, in ways we believe our competitors are not. These insights, derived from our evals, allow us to prioritize and allocate our development resources (time, money, people, computing power) more effectively than we believe our competitors can. *See also*, supra ¶¶ 3-6. ANT_BARTZ_000209220, 31, 33: Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |
| 31 | 137-12 | Ex. I Declaration of Ben Y. Zhao (part 2 of 2)[1] | **Green** highlighted portions at ¶¶ 80, 83, 89 | ¶ 83: Reveals Anthropic's business sensitive assessments of the value of different categories of data for model training, and how it thinks about valuation of data generally and specifically. Disclosure of this information would reveal Anthropic's cost-benefit decisions that directly inform data acquisition decisions. Competitors could exploit this intelligence to (i) understand Anthropic's operational |

---

[1] Document was broken into two files due to file size.

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL                     No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | efficiency and resource allocation strategies; (ii) benchmark their own data acquisition and training investments against Anthropic's approach; and (iii) identify which data categories Anthropic considers most valuable for competitive advantage. Further, revealing assessments of Anthropic's internal valuations of training data would compromise Anthropic's negotiating position with data providers who could use knowledge of Anthropic's valuation models to demand higher data acquisition fees. *See also*, supra ¶¶ 3-6. |
| 33 | 146-3 | Ex. 35, Report summarizing Anthropic ablation studies, marked as ANT_BARTZ_000 273474-486 | **Green** highlighted portions at ANT_BARTZ_00 0273474-86 | The ablation study described in this report reflects the highly sensitive and commercially valuable results of internal research. The report provides insight on how different types of data affect training performance, the results of which impact data acquisition priorities and other related aspects of model development. The proposed redactions seek to seal only the specific and quantitative results of the study, particularly those which describe results that are surprising or would not be commonly expected by those in the industry. Disclosure of this information could enable competitors to improve their own models by focusing on or ignoring specific types of books, and impact sensitive commercial negotiations between Anthropic and book providers. Its public disclosure would also provide competitors with insight into Anthropic's data acquisition priorities and the relative |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS
MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | benefits of particular types of data on model performance. Furthermore, the research results would allow competitors to save the time and money Anthropic invested in conducting the experiments by simply accessing the results.<br><br>*See also*, supra ¶¶ 3-6. |
| 35 | 146-5 | Declaration of Mycal Tucker in Support of Anthropic's Opposition to Plaintiffs' Motion for Class Certification | **Green** highlighted portions at ¶¶ 6-7, 10 | The proposed redacted portions disclose the results of the ablation study listed above (ECF No. 146-3). The results of the ablation study discussed in this deposition excerpt reflects highly sensitive and commercially valuable results of internal research. The ablation study provides insight on how different types of data affect training performance, the results of which impact data acquisition priorities and model development goals. The proposed redactions seek to seal only the specific and quantitative results of the study, particularly those which describe results that are surprising. Disclosure of this information could enable competitors to improve their own models by focusing on or ignoring specific types of books, and impact sensitive commercial negotiations between Anthropic and book providers. Its public disclosure would also provide competitors with insight into Anthropic's data acquisition priorities and the relative benefits of particular types of data on model performance Furthermore, the research results would allow competitors to save the time and money Anthropic invested in conducting the experiments which jointly used |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL                    No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | hundreds of GPUs for multiple days. *See also*, supra ¶¶ 3-6. |
| 37 | 152-13 | Fredricks Decl. Exhibit 12: Bates numbered ANT_BARTZ_000 391318-20<br><br>Slack messages between Anthropic employees | **Green** highlighted portions at ANT_BARTZ_00 0391318-19 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 38 | 152-14 | Fredricks Decl. Exhibit 13: Bates numbered ANT_BARTZ_000 534120- 22<br><br>Slack messages between Anthropic employees | **Green** highlighted portion at ANT_BARTZ_00 0534122 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 39 | 152-17 | Fredricks Decl. Exhibit 16: Bates numbered ANT_BARTZ_000 533972- 3980<br><br>Slack messages between Anthropic employees | **Green** highlighted portions at ANT_BARTZ_00 0533975-76, 0533979-80 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 43 | 170-3 | Plaintiffs' Opposition to Anthropic's Motion for Summary Judgment | **Green** highlighted portions at 2:27-3:1, 5:3, 13:1-2, 16:17, 23:20 | 2:27-3:1, 16:17: Proposed redactions seek to seal only the specific results from an internal and non-public study showing how specific datamixes of different types of books impact evaluations and model performance. The statement in |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | these passages reflect an assessment from that study regarding the relative performance between two different types of data. Disclosure of this information could enable competitors to improve their own models by focusing on specific types of books, and impact sensitive commercial negotiations between Anthropic and book providers. Anthropic only seeks to redact a specific portion of the findings that is not known by competitors. This information is the result of research and testing, and its public disclosure would provide competitors with insight into Anthropic's data acquisition priorities and the relative benefits of particular types of data on model performance. *See also*, supra ¶¶ 3-6, 9-10. 23:20: Reveals business sensitive information concerning the proportional composition of books in the training corpus for Claude 3.5, Haiku, a recent commercial LLM. The precise composition of a particular LLM's training datamix is a highly guarded industry secret, as the precise datamix reflects strategic decisions about model composition. Public disclosure would cause competitive harm by enabling competitors to reverse-engineer Anthropic's performance advantages and replicate training approaches that advanced to a commercial stage without the commensurate investment in research and development. Anthropic does not seek to seal this information with respect to Claude 1, an older LLM. |

- 29 -

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | *See also*, supra ¶¶ 9-10. |
| 44 | 170-4 | Declaration of Ben Y. Zhao | **Green** highlighted portions at pp. ¶¶ 32-34, 32 n.3, 33 n.4, 79, 81 | ¶ 81: Reveals Anthropic's business sensitive assessments of the value of different categories of data for model training, and how it thinks about valuation of data generally and specifically. Disclosure of this information would reveal Anthropic's cost-benefit decisions that directly inform data acquisition decisions. Competitors could exploit this intelligence to (i) understand Anthropic's operational efficiency and resource allocation strategies; (ii) benchmark their own data acquisition and training investments against Anthropic's approach; and (iii) identify which data categories Anthropic considers most valuable for competitive advantage. Further, revealing assessments of Anthropic's internal valuations of training data would compromise Anthropic's negotiating position with data providers who could use knowledge of Anthropic's valuation models to demand higher fees. <br><br> *See also*, supra ¶¶ 3-6. |
| 45 | 170-5 | Declaration of James E. Malackowski | **Green** highlighted portions at ¶¶ 18, 34, 43, 47, 54 n.21. | ¶ 54 n.121: Reveals business sensitive information concerning the number of tokens that Anthropic has used to train its recent LLMs. If competitors know how many tokens Anthropic used to train a model with certain performance properties, and because many performance properties are shared publicly by Anthropic or are knowable by users of the publicly-available model, it |

- 30 -

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | allows competitors to infer the volume of compute resources invested in the model and/or other advances Anthropic has made, or not made, on the other technical aspects listed above, and to try to replicate those advances. This competitive intelligence would allow other developers to make more informed choices about whether to keep investing in obtaining more data or to focus on research and training methods to improve the quality of the data they already have, among other aspects. *See also*, supra ¶¶ 9-10. |
| 46 | 152-7 | Fredricks Decl. Exhibit 1: Bates numbered ANT_BARTZ_000 003439-3440 Financial Forecast memorandum for investors | **Green** highlighted portions at ANT_BARTZ_00 0003439-40 | Reveals highly confidential business sensitive financial forecasting information subject to a non-disclosure agreement with a third party, including assessments relating to commercial model efficiencies, which could be used by competitors to compete more effectively against Anthropic. Anthropic is dependent on investments, institutional and individual, to fund its AI safety mission, research and development, and operations. Disclosure of these details weaken the company's positioning with its negotiating partners, investors, and competitors. *See also*, supra ¶¶ 14-15. Descriptions of Anthropic's fundraising strategy to improve its compute multipliers reveal closely guarded secrets of Anthropic's current cost saving advantages over a direct competitor given its trade secret algorithmic improvements, and |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | forecasts for how these will change over time. Revealing Anthropic's strategy surrounding an estimated Compute Multiplier advantage and would give insight into how much it needs to spend on compute relative to others to produce models of comparable size and performance. *See also*, supra ¶ 15. |
| 47 | 152-8 | Fredricks Decl. Exhibit 2: Bates numbered ANT_BARTZ_00 0004915- 4920<br><br>Internal memorandum regarding data sources and approach to training | **Green** highlighted portions at ANT_BARTZ_00 0004915-17, ANT_BARTZ_00 0004919 | Summarizes and reveals Anthropic's business sensitive discussions and strategy surrounding possible acquisitions of datasets for training commercial Claude models. Reveals granular information regarding which types of data are of interest to Anthropic in training models, at what volumes, and how Anthropic might go about obtaining it. This information would cause significant competitive harm if released because it would allow competitors to understand the details of how Anthropic values certain kinds of data and focus their own training efforts on the data types most important to Anthropic's performance advantages, without having to conduct their own R&D to identify such data. *See also*, supra ¶¶ 3-6, 14.<br><br>Descriptions of compute multipliers ("CMs") reveal closely guarded secrets of Anthropic's current cost saving advantages over direct competitors given its trade secret algorithmic improvements. Revealing Anthropic's estimated compute multiplier advantage would give insight into how |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | much it needs to spend on compute relative to others to produce models of comparable size and performance, allowing competitors to compete more effectively against Anthropic. *See also*, supra ¶¶ 7-10. |
| 48 | 152-10 | Fredricks Decl. Exhibit 4: Bates numbered ANT_BARTZ_000 168435- 8443

Memorandum re proposals for investments in data acquisition | **Green** highlighted portions at ANT_BARTZ_00 0168435-38, ANT_BARTZ_00 0168440-43 | Reveals granular information regarding which types of data are of interest to Anthropic in training models. This information would cause significant competitive harm if released because it would allow competitors to understand the details of how Anthropic values certain kinds of data and focus their own training efforts on the data types most important to Anthropic's performance advantages, without having to conduct their own R&D to identify such data. *See also*, supra ¶¶ 3-6.

Descriptions of compute multipliers reveal closely guarded secrets of Anthropic's current cost saving advantages over a direct competitor given its trade secret algorithmic improvements, and forecasts for how these will change over time. Revealing Anthropic's estimated Compute Multiplier advantage would give insight into how much it needs to spend on compute relative to others to produce models of comparable size and performance. This includes information regarding token counts and valuations. The token count directly correlates |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS
MOTION TO SEAL

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | with training costs, which can run into millions of dollars for large models. Revealing this information could disclose operational efficiency and budget allocation strategies to competitors. It also reveals business sensitive information regarding the value of certain data that Anthropic uses to train its LLMs, and how Anthropic values such data. <br><br>*See also*, supra ¶¶ 7-10. |
| 49 | 152-15 | Fredricks Decl. Exhibit 14: ANT_BARTZ_000 389778- 81 <br><br>Slack messages regarding initial text data quality experiments | **Green** highlighted portions at ANT_BARTZ_00 0389778, ANT_BARTZ_00 0389780 | Reveals Anthropic's assessment of the quality of certain datasets, assessments on duplication between certain datasets, and recommendations on how to compose certain datamixes. Release of this information would cause competitive harm because the means of developing the correct mix, as well as views on what constitutes the best mix, is a highly guarded industry secret. Public disclosure would cause competitive harm by enabling competitors to reverse-engineer Anthropic's performance advantages and replicate training approaches without the commensurate investment in research and development. <br><br>*See also*, supra ¶¶ 9-10. <br><br>Reveals location and path information for Anthropic's internal file systems and GitHub links. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | *See also*, supra ¶ 18. |
| 51 | 152-20 | Fredricks Decl. Exhibit 20: Bates numbered ANT_BARTZ_000 391435- 1443<br><br>Slack messages between Anthropic employees regarding data sources | **Green** highlighted portions at ANT_BARTZ_00 0391438-440 | Reveals granular information regarding which types of data are of interest to Anthropic in training models, at what volumes, and how Anthropic might go about obtaining it. This information would cause significant competitive harm if released because it would allow competitors to understand the details of how Anthropic values certain kinds of data and focus their own training efforts on the data types most important to Anthropic's performance advantages, without having to conduct their own R&D to identify such data.<br><br>*See also*, supra ¶¶ 3-6.<br><br>Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 54 | 170-8 | Fredricks Decl. Exhibit 27: Bates numbered ANT_BARTZ_000 002604<br><br>Comments regarding book and | **Green** highlighted portions at ANT_BARTZ_00 0002604 | Reveals granular information regarding which types of data are of interest to Anthropic in training models, at what volumes, and how Anthropic might go about obtaining it. This information would cause significant competitive harm if released because it would allow competitors to understand the |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | paper data source acquisitions | | details of how Anthropic values certain kinds of data and focus their own training efforts on the data types most important to Anthropic's performance advantages, without having to conduct their own R&D to identify such data.Further, revealing assessments of Anthropic's internal valuations of training data would compromise Anthropic's negotiating position with data providers who could use knowledge of Anthropic's valuation models to demand higher data acquisition fees.<br><br>*See also*, supra ¶¶ 3-6.<br><br>Reveals location and path information for Anthropic's Google Drive. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 55 | 152-25 | Fredricks Decl. Exhibit 28: Bates numbered ANT_BARTZ_000 006294-6296<br><br>Memo on potential sources of tokens | **Green** highlighted portions at ANT_BARTZ_00 0002604 | This document discusses how to obtain, from where, and expected volumes, of "held out" data for the purpose of evaluating models. For context, in performing evals, it is important to test the performance of models on data that was not in the model's training datamix, because testing on held out data is a better indication of the model's ability to generalize what it has learned.<br><br>*See also*, supra ¶¶ 3, 6.<br><br>The proposed redacted portions reveal Anthropic's business sensitive assessments of the |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | likely scope and scale of data that could be used for evals, including estimates of how many tokens these data sources could contain. Disclosure of this information would reveal Anthropic's evaluation of data sources, and of how much data is needed to effectively run evals. Competitors could exploit this intelligence to better understand the scale of Anthropic's data needs for specific purposes, and infer how much data of similar kinds Anthropic already possesses. If a competing LLM developer had access to these quantifications, it would create competitive harm in that they would have insights into how Anthropic tests its models under development, as well as what kinds of assessments Anthropic was unable to perform as of the document's date about a year ago, due to data limitations. Just as learning which evals Anthropic does run could cause competitive harm, revealing which evals Anthropic did not run in the recept past could cause competitive harm by allowing competitors to potentially identify weaknesses in Anthropic's model evaluation process, which would allow those competitors to prioritize their development resources more effectively.<br><br>*See also*, supra ¶¶ 3-6. |
| 57 | 152-28 | Fredricks Decl. Exhibit 31: Bates numbered ANT_BARTZ_000 035587- 5591 | **Green** highlighted portions at ANT_BARTZ_00 0035587- 89 | Reveals location and path information for Anthropic's internal file systems. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, |


| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | Comments on book data duplication | | or if published could be useful for hackers and other bad actors. The specific links are unrelated to the merits of any issue in this case, and the public has no interest in its disclosure. Redaction is necessary to protect the security of Anthropic's information stored on the linked systems.

*See also*, supra ¶ 18. |
| 58 | 152-31 | Fredricks Decl. Exhibit 35: Bates numbered ANT_BARTZ_000 029063-9171

Memo on various technical matters | **Green** highlighted portions at ANT_BARTZ_00 0029063-64, 66-83, 85-87, 89, 91, 93, 095-131, 138, 140-141, 143-171 | ANT_BARTZ_000029063-64, 66-83, 85-87, 89, 91, 93, 095-131, 138, 140-141, 143-171:

This document contains the internal code name of an unreleased model which increases risks of exfiltration or data leaks, as well as, where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code name.

*See also*, supra ¶ 13.

This document has three main parts, and each of them contain sensitive information that could give other companies in the LLM industry a competitive advantage by enabling them to obtain significant research and development insights into Compute Multipliers (explained below), without having to make the corresponding investments that Anthropic has had to make to achieve these insights.  By way of background, in the LLM industry, there are a few main aspects that are related and that can be adjusted to increase model performance and they include data quality, compute resources, training techniques, |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | and model architecture. Gaining significant insights into any of these aspects in the context of a publicly accessible model whose capabilities can generally be known and observed by the public, including other LLM developers, provides contextual insights about the other aspects. For example, if and when Anthropic makes discoveries about how to improve the quality of existing data, that may allow the company to train a model that is more performant while maintaining the same model size and using the same amount of compute resources. In that case, Anthropic would consider the data improvement process to have a "compute multiplier," which is also known as "CM." Exposure of any insights related to CMs could be extremely competitively harmful, regardless of whether the insight relates to data improvement, an algorithmic advances, or a new training technique, because it would allow a competitor to build a model competitive with Anthropic's, while spending less on compute resources, and without having to invest in the research and development that gave rise to the CM discovery. |
| | | | | *See also*, supra ¶¶ 3-11. |
| | | | | The three parts are: First, the document describes various "deduplication strategies" for processing data. Second, the document describes running experiments of training smaller models using data that has gone through these various deduplication strategies to assess the value of various strategies to the outcomes reflected in model |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | performance. Third, the document describes running experiments using larger models that have already been trained to see if they might be suffering from negative performance impacts as a result of having duplicated data in their training datamix. |
| | | | | *See also*, supra ¶ 11. |
| | | | | At a high level, these ideas are all related: this document tests a hypothesis that training on repeated data is inefficient with respect to CMs and/or results in less performant models than if trained on data that contained no duplications. The first part describes strategies to remove duplicated data. The second part studies the effect of various methods to deduplicate data and how those methods impact model training. The first and third sections study existing models to see if the data duplication thesis is a real-world problem in the highly competitive context of LLM training. |
| | | | | *See also*, supra ¶ 11. |
| | | | | The information Anthropic proposes to redact in this document is sensitive because it describes extremely valuable research insight into CMs and methods for data quality improvements. |
| | | | | *See also*, supra ¶¶ 7-10. |
| | | | | ANT BARTZ 000029068, -70, -86, -115, -123, -125, -146, -148, -151, -158, -167: Reveals location and path information for Anthropic's Google Drive, Slack, and S3. These links contain information that points |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS
MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors.<br><br>*See also*, supra ¶ 18. |
| 59 | 176-4 | Declaration of Jacob S. Miller in Support of Plaintiffs' Reply in Support of Class Certification ("Miller Decl.") | **Green** highlighted portions at ¶ 6 | ¶ 6: Reveals internal code name of an unreleased model which increases risks of exfiltration or data leaks, as well as where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code names.<br><br>*See also*, supra ¶ 13. |
| 60 | 171-5 | Miller Decl. Exhibit 42: Bates numbered ANT_BARTZ_000 184269-8<br><br>Memo on product visions | **Green** highlighted portions at ANT_BARTZ_00 0184269, ANT_BARTZ_00 0184272 | The document discussed Anthropic's market share aspirations and also discusses the market segments where it believes it can make the most relative progress toward those aspirations. Disclosure of those strategic business considerations with the public, especially with the companies from whom Anthropic is competing to take that market share, reveals where and how Anthropic is allocating focus and resources in growing its business, and by implication, which kinds product features it is likely to develop, and which not, because particular kinds of features are more and less important to different market segments.<br><br>*See also*, supra ¶¶ 16-17. |
| 61 | 171-7 | Miller Decl. Exhibit 44: Bates numbered | **Green** highlighted portions at | Reveals business sensitive communications among Anthropic engineers regarding the contents of datasets that have |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | ANT_BARTZ_000389147-205<br><br>Slack messages between Anthropic employees regarding data processing | ANT_BARTZ_000389147-205 | been used to train its LLMs, including technical details regarding how that data is obtained and processed and analyses of the value of the data. The precise composition of a particular LLM's training datamix and how such data is processed before use are highly guarded industry secrets, as will have a significant impact on the model's performance. Public disclosure would cause competitive harm by enabling competitors to reverse-engineer Anthropic's performance advantages and replicate training approaches that advanced to a commercial stage without the commensurate investment in research and development.<br><br>*See also*, supra ¶¶ 9-10.<br><br>Reveals internal code name of an unreleased model which increases risks of exfiltration or data leaks, as well as, where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code names. Moreover, this discussion relates to technical evaluation and testing and evaluation of the performance capabilities of a forthcoming model. If a competing LLM developer had access to these conversations, it would create competitive harm in that they would have insights into how Anthropic tests its new models under development, as well as what those assessments reveal about a forthcoming model.<br><br>*See also*, supra ¶ 13. |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | Reveals location and path information for Anthropic's Google Drive, S3, Ant.Dev, and GitHub link locations.These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |
| 62 | 171-8 | Miller Decl. Exhibit 45: Bates numbered ANT_BARTZ_000 365927-366136 Internal Anthropic document compiling technical information on data acquisition and processing | **Green** highlighted portions at ANT_BARTZ_00 0365928-29, ANT_BARTZ_00 0365934, ANT_BARTZ_00 0365936-39, ANT_BARTZ_00 0365940-41, ANT_BARTZ_00 0365964, ANT_BARTZ_00 0365966-67, ANT_BARTZ_00 0365990, ANT_BARTZ_00 0366010-11, ANT_BARTZ_00 0366023, ANT_BARTZ_00 0366025, ANT_BARTZ_00 0366029-30, ANT_BARTZ_00 0366032, ANT_BARTZ_00 0366034, ANT_BARTZ_00 0366038-39, ANT_BARTZ_00 0366041, ANT_BARTZ_00 0366045-47, | ANT_BARTZ_000365936-38, 5964, 5966-67, 5990, 6023, 6025, 6029-30, 6038-39, 6054, 6056-57, 6071, 6079, 6081, 6086, 6094, 6097, 6104, 6107, 6117, 6121, 6125, 6130: Reveals credentials, location and path information for Anthropic's Google Drive, Slack, S3 data storage bucket, GitHub, and similar platform links. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | ANT_BARTZ_00 0366049-52, ANT_BARTZ_00 0366054, ANT_BARTZ_00 0366056-57, ANT_BARTZ_00 0366062-64, ANT_BARTZ_00 0366068, ,ANT_BARTZ_0 00366071, ANT_BARTZ_00 0366075-76, ANT_BARTZ_00 0366079, ANT_BARTZ_00 0366081, ANT_BARTZ_00 0366086, ANT_BARTZ_00 0366089-90, ANT_BARTZ_00 0366094, ANT_BARTZ_00 0366096-97, ANT_BARTZ_00 0366104-05, ANT_BARTZ_00 0366107, ANT_BARTZ_00 0366110-11, ANT_BARTZ_00 0366114-15, ANT_BARTZ_00 0366117, ANT_BARTZ_00 0366121, ANT_BARTZ_00 0366125, ANT_BARTZ_00 0366130 | |
| 63 | 171-9 | Miller Decl. Exhibit 46: Bates numbered ANT_BARTZ_000 533421-22 | Entirety | This source code is related to preventing abuse and unauthorized use of Anthropic systems. If a developer who can read the code had access to it, it would provide understanding of exactly how Anthropic has |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | Anthropic source code | | implemented this risk reduction system and it could give bad actors a road map for easier ways to circumvent or evade Anthropic's protections against certain model behavior. With respect to competitors, Anthropic has engineered a guardrail system that works very well, while also avoiding outsized negative operational impact in terms of cost and speed/latency. The system required significant investment of resources (time, money, people), and competitors could free ride off of Anthropic's investment in this area by studying this source code, causing Anthropic competitive harm. Further, in the normal course of business, Anthropic's source code remains protected from public access. Anthropic categorizes employees into different clearance levels, and only a subset of employees have clearance to access Anthropic's source code repository. *See also*, supra ¶ 12. |
| 64 | 171-10 | Miller Decl. Exhibit 47: Bates numbered ANT_BARTZ_000 389522-39 Slack messages | **Green** highlighted portions at ANT_BARTZ_00 0389522-27, ANT_BARTZ_00 0389529 | Reveals internal code name of unreleased model which increases risks of exfiltration or data leaks, as well as, where such leaks occur, the ability for external actors to triangulate or combine information to understand the implications of other information that also contains the code names. Moreover, this discussion relates to technical evaluation and testing and evaluation of the performance capabilities of a forthcoming model. If a competing LLM developer had access to these conversations, it would create competitive harm |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | in that they would have insights into how Anthropic tests its new models under development, as well as what those assessments reveal about a forthcoming model. *See also*, supra ¶ 13. Reveals location and path information for Anthropic's Google Drive, Slack, S3 data storage buckets, and Ant.Dev. These links contain information that points to internal Anthropic technical infrastructure, or potentially reveals trade secret information, or if published could be useful for hackers and other bad actors. *See also*, supra ¶ 18. |
| 65 | 176-5 | Miller Decl. Exhibit 49: Excerpts of Deposition Mycal Tucker | **Green** highlighted portions at 69:8-15, 69:17-70:10, 79:4, 79:12, 79:17, 79:21, 79:23, 80:18, 80:22, 81:5, 81:8, 81:10, 82:1, 82:4, 82:16 | 69:8-15, 69:17-70:10: Proposed redactions seek to seal the specific qualitative results from an internal and non-public ablation study showing how specific datasets of different types of data impact model performance on particular kinds of tasks. As noted in the transcript, the results are "surprising," meaning they would not be apparent or obvious to other companies involved in LLM development. Exposure of this discussion provides a roadmap to a certain set of study results, which, even though generalized, could enable competitors to improve their own models by focusing on specific types of books data. Revelation of this discussion could also impact commercial negotiations between Anthropic and data providers by providing insight into Anthropic's data acquisition priorities and the relative benefits of particular |

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL

No. 3:24-CV-05417-WHA

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | types of data on model performance.<br><br>*See also*, supra ¶¶ 3-6. |
| 66 | 179-4 | Supplemental Declaration of Steven R. Peterson in Support of Anthropic's Motion for Summary Judgment | **Green** highlighted portions at ¶¶ 6 n.7, 11(b)-(d), 11(d) n.24, 17(a) | ¶ 6 n.7: Reveals business sensitive information detailing the specific contents of the training datamix that Anthropic has used in one of its commercially released LLMs.<br><br>*See also*, supra ¶¶ 9-10.<br><br>¶¶ 11(b)-(d), 17(a): Reveals business sensitive information concerning the number of tokens that Anthropic has used to train its LLMs. LLM developers are all competing to create more performant models and they all have the same technical aspects that they try to optimize including data quality, compute resources and efficiency, and training techniques. If competitors know how many tokens Anthropic used to train a model with certain performance properties, and because many performance properties are shared publicly by Anthropic or are knowable by users of the publicly-available model, it allows competitors to infer the volume of compute resources invested in the model and/or other advances Anthropic has made, or not made, on the other technical aspects listed above, and to try to replicate those advances. This competitive intelligence would allow other developers to make more informed choices about whether to keep investing in obtaining more data or to focus on research and training methods to improve the quality of the data |

- 47 -

| New ECF Attach No | Orig. ECF | Document | Portions to Seal (Page:Lines) | Reason |
|---|---|---|---|---|
| | | | | they already have, among other aspects. *See also*, supra ¶¶ 9-10. ¶ 11(d) n.24: Reveals Anthropic's business sensitive assessments of the value of different categories of data for model training, and how it thinks about valuation of two categories of data and specifically. Exposure would cause Anthropic significant competitive harm if released because it would allow competitors to understand the details of how Anthropic values certain kinds of data and focus their own training efforts on the data types most important to Anthropic's performance advantages without having to conduct their own R&D to identify such data types. It would also allow counterparties to get insights into Anthropic's negotiating strategy for purchasing books. *See also*, supra ¶¶ 3-6. I reviewed only an excerpt of this document that I am informed does not contain Plaintiffs' or third-party confidential information. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2025, in Pacifica, California.

_____
JARED KAPLAN

KAPLAN DECL. ISO ANTHROPIC PBC'S OMNIBUS MOTION TO SEAL                     No. 3:24-CV-05417-WHA