| | |
|---|---|
| Justin A. Nelson *(Pro Hac Vice)* | Rachel Geman *(Pro Hac Vice)* |
| Alejandra C. Salinas *(Pro Hac Vice)* | Jacob S. Miller *(Pro Hac Vice)* |
| Collin Fredricks *(Pro Hac Vice)* | Danna Z. Elmasry *(Pro Hac Vice)* |
| **SUSMAN GODFREY L.L.P.** | **LIEFF CABRASER HEIMANN** |
| 1000 Louisiana Street, Suite 5100 | **& BERNSTEIN, LLP** |
| Houston, TX 77002-5096 | 250 Hudson Street, 8th Floor |
| Telephone: (713) 651-9366 | New York, New York 10013-1413 |
| jnelson@susmangodfrey.com | Telephone: (212) 355-9500 |
| asalinas@susmangodfrey.com | rgeman@lchb.com |
| cfredricks@susmangodfrey.com | jmiller@lchb.com |
| | delmasry@lchb.com |
| Rohit D. Nath (SBN 316062) | |
| **SUSMAN GODFREY L.L.P.** | Daniel M. Hutchinson (SBN 239458) |
| 1900 Avenue of the Stars, Suite 1400 | Reilly T. Stoler (SBN 310761) |
| Los Angeles, CA 90067-2906 | **LIEFF CABRASER HEIMANN** |
| Telephone: (310) 789-3100 | **& BERNSTEIN, LLP** |
| RNath@susmangodfrey.com | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| Jordan W. Connors *(Pro Hac Vice)* | Telephone: (415) 956-1000 |
| **SUSMAN GODFREY L.L.P.** | dhutchinson@lchb.com |
| 401 Union Street, Suite 3000 | rstoler@lchb.com |
| Seattle, WA 98101 | |
| Telephone: (206) 516-3880 | *Proposed Co-Lead Counsel* |
| jconnors@susmangodfrey.com | |
| | Scott J. Sholder *(Pro Hac Vice)* |
| J. Craig Smyser *(Pro Hac Vice)* | CeCe M. Cole *(Pro Hac Vice)* |
| **SUSMAN GODFREY L.L.P.** | **COWAN DEBAETS ABRAHAMS** |
| One Manhattan West, 51st Floor, | **& SHEPPARD LLP** |
| New York, NY 10019 | 60 Broad Street, 30th Floor |
| Telephone: (212) 336-8330 | New York, New York 10010 |
| csmyser@susmangodfrey.com | Telephone: (212) 974-7474 |
| | sshoulder@cdas.com |
| *Proposed Co-Lead Counsel* | ccole@cdas.com |
| | *Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF RACHEL GEMAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF ANTHROPIC FOUNDER RECORDS AND THE TRANSCRIPT OF BENJAMIN MANN'S MARCH 3, 2025 DEPOSITION** |

I, Rachel Geman, declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, attorneys for Plaintiffs and the proposed class in the above-captioned class action. I am a member in good standing of the bar of New York, and have been admitted to this case *pro hac vice*. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This declaration is submitted in support of Plaintiffs' Motion to Compel the Production of Anthropic Founder Records and the Transcript of Benjamin Mann's March 3, 2025 Deposition.

3. On April 15, 2025, Anthropic informed Plaintiffs that the transcript of Mr. Mann's deposition was not in its possession, custody, or control.

4. Attached as **Exhibit 1** is a true and correct copy of the Rule 45 subpoena to produce documents served on OpenAI on March 14, 2025.

5. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Fifth Set of Requests for Production of Documents served on Anthropic on March 11, 2025.

6. Attached as **Exhibit 3** is a true and correct copy of e-mail correspondence between counsel for Plaintiffs and counsel for OpenAI regarding OpenAI's compliance with Plaintiffs' Rule 45 subpoena.

7. Attached as **Exhibit 4** is a true and correct copy of a March 22, 2024 letter from Joseph C. Gratz to counsel for Plaintiffs in the *Authors Guild* action.

8. Attached as **Exhibit 5** is a true and correct copy of Dkt. 254, in *In re OpenAI ChatGPT Litigation*, No. 3:23-03223 (Jan. 17, 2025, N.D. Cal.).

9. Attached as **Exhibit 6** is a true and correct copy of the amended Rule 45 subpoena to produce documents served on OpenAI on March 24, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

1  Executed in New York, New York on June 6, 2025.

*/s/ Rachel Geman*
Rachel Geman

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served on June 6, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman