COOLEY LLP
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

EPHRAIM MCDOWELL (*pro hac vice*)
(emcdowell@cooley.com)
ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

Attorneys for Defendant
ANTHROPIC PBC

(Additional Counsel on Next Page)

ARNOLD & PORTER KAYE SCHOLER LLP
DOUGLAS A. WINTHROP (183532)
(Douglas.Winthrop@arnoldporter.com)
JOSEPH FARRIS (263405)
(Joseph.Farris@arnoldporter.com)
JESSICA L. GILLOTTE (333517)
(Jessica.Gillotte@arnoldporter.com)
ESTAYVAINE BRAGG (341400)
(Estayvaine.Bragg@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Attorneys for Defendant
ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**[Proposed] Order Granting Defendant Anthropic PBC's Motion for an Order Permitting Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) or, in the Alternative, Motion for Leave to File Motion for Reconsideration**<br><br>Hearing Date: August 28, 2025<br>Hearing Time: 8:00 am<br>Judge: Honorable William H. Alsup |

ARNOLD PORTER & KAYE SCHOLER LLP
ANGEL T. NAKAMURA (205396)
(Angel.Nakamura@arnoldporter.com)
OSCAR RAMALLO (241487)
(Oscar.Ramallo@arnoldporter.com)
Allyson Myers (342038)
(Ally.Myers@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

LEX LUMINA LLP
MARK LEMLEY (155830)
(mlemley@lex-lumina.com)
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

LATHAM & WATKINS LLP
JOSEPH R. WETZEL (238008)
(joe.wetzel@lw.com)
ANDREW M. GASS (259694)
(andrew.gass@lw.com)
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
ANTHROPIC PBC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ANTHROPIC PBC'S MOT. FOR
CERT. ORDER OR RECONSIDERATION
CASE NO. 3:24-CV-05417-WHA

Pending before the Court is Defendant Anthropic PBC's ("Anthropic") Motion for an Order Permitting an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) or, in the alternative, Motion for Leave to File Motion for Reconsideration (the "Motion") regarding the Court's June 23, 2025 order denying in part Anthropic's motion for summary judgment (ECF No. 231, the "Order"). Having considered all papers filed in support of and in opposition to the Motion, any oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. [Anthropic's Motion for an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is **GRANTED**. A district court may certify an order for interlocutory appeal pursuant to U.S.C. § 1292(b) if it (1) involves "a controlling question of law"; (2) on which there is "substantial ground[s] for difference of opinion"; and (3) "an immediate appeal from the order may materially advance the ultimate termination of the litigation . . . ." 28 U.S.C. § 1292(b); *see In re Cement Antitrust Litig.*, 673 F.2d 1020, 1026 (9th Cir. 1981). The Court finds that all three requirements are met here. The Court hereby amends its Order to certify the order for interlocutory review by the U.S. Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3). Anthropic must seek leave from the Ninth Circuit for an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) within 10 days of this Order.]

*In the alternative:*

2. [Anthropic's motion for leave to file a motion for reconsideration of this Court's Order is **GRANTED**. The Court will issue a briefing schedule on Anthropic's motion for reconsideration.]

**IT IS SO ORDERED.**

Dated: _____

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE