UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No.  C 24-05417 WHA <br><br> **ORDER DIRECTING RESPONSE** |

Defendant seeks leave to file a motion for reconsideration of the fair use order, or else an order to certify it for interlocutory appeal (Dkt. No. 241). As to the former, our Civil Local Rule 7-9 requires that an order direct any response and hearing. Plaintiffs shall file a response by JULY 28, defendants shall file any reply by AUGUST 4, and the matter shall be heard on AUGUST 28, 2025, all in parallel with the motion seeking certification.

**IT IS SO ORDERED.**

Dated: July 15, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE