UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No.  C 24-05417 WHA <br><br> **ORDER RE DISCOVERY HEARING** |

Counsel for both sides shall please appear for a discovery hearing to discuss all pending discovery motions **NOON ON WEDNESDAY, JULY 23, 2025** in Courtroom 12, San Francisco.

**IT IS SO ORDERED.**

Dated:  July 17, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE