UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. C 24-05417 WHA <br><br> **ORDER RE ANY MOTION SEEKING RECONSIDERATION** |

Any motion seeking reconsideration of the order on class certification shall be heard at the same hearing as the motion seeking reconsideration of the fair use order — at **8:00 A.M. ON AUGUST 28, 2025** in Courtroom 12, San Francisco. This means that any such motion shall be filed by **NOON ON JULY 31**, any response by **NOON ON AUGUST 14**, and any reply by **NOON ON AUGUST 21, 2025**. Chambers copies shall be filed by 4:00 p.m. on the same day as any electronic filing, and the same shall be done for any other briefing due before the hearing date.

Neither this order nor the filing of any such motion(s) modifies the due dates set forth in the order on class certification.

**IT IS SO ORDERED.**

Dated: July 18, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE