UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>ANTHROPIC PBC, <br><br>    Defendant. | No. C 24-05417 WHA <br><br> **FURTHER ORDER RE DISCOVERY HEARING** |

For avoidance of doubt, counsel for OpenAI also shall please appear for the hearing **NOON TOMORROW, JULY 23, 2025** in Courtroom 12, San Francisco (Dkt. Nos. 245, 249).

**IT IS SO ORDERED.**

Dated: July 22, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE