UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No.  C 24-05417 WHA <br><br>**ORDER RE SPECIAL MASTER** |

At today's hearing, the judge ruled on the record regarding several pending discovery disputes (Dkt. Nos. 190/191, 224, 226/227, 260). Another was withdrawn following a compromise by the parties, as stated on the record (Dkt. No. 239). A final one challenging privilege (Dkt. No. 222/223) will be decided in part by the judge, as to communications with third parties, and in part by the special master, as to communications with business teams in-house — assuming a special master is appointed. That raises the next point:

Without adding or subtracting anything ordered at today's discovery hearing, and looking to the future only, the judge would like to appoint a special master for discovery, Harold J. McElhinny, now retired from Morrison Foerster. The parties would pay his fee, but he has agreed as a service to the Court to charge only $300 per hour, a bargain given that Mr. McElhinny was and remains a premier trial lawyer and IP lawyer.

Counsel shall please call him together to work out the terms of the referral, one important piece of which will be that none of his orders will be appealable. He can be reached at (415) 866-7225 or haroldmcelhinny@gmail.com. Please call him by the end of next week and complete all details including the form of reference by August 8.

**IT IS SO ORDERED.**

Dated: July 23, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE