UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. C 24-05417 WHA <br><br> **REQUEST FOR INFORMATION** |

The judge meant to raise the following at yesterday's hearing and forgot: Has Anthropic given up any assertion of reliance on advice of counsel? If not, is there an order in place setting a deadline to do so (so that discovery and other proceedings thereon can be had)? In raising this question the Court does not intend to revive any opportunity to assert a defense that already has been given up. Please respond by **5:00 P.M. TODAY**.

For the avoidance of doubt, the discovery rulings yesterday constitute the rulings of the judge. Other than as to the still-pending discovery dispute on privileges (now supplemented for in-camera review), there will be no further written orders.

**IT IS SO ORDERED.**

Dated: July 24, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE