# Arnold & Porter

**Joseph Farris**
+1 415.471.3454 Direct
Joseph.Farris@arnoldporter.com

July 24, 2025

**VIA ECF**

Hon. William H. Alsup
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue, 16th Floor Clerk's Office
San Francisco, CA 94102

  Re: Anthropic's Response to Court's Request for Information in *Bartz et al. v. Anthropic PBC*, No. 3:24-cv-05417-WHA (Dkt. 269)

Dear Judge Alsup:

  In response to the Court's Request for Information issued earlier today (Dkt. 269), Anthropic has not asserted reliance on advice of counsel in this case to date, and there has been no order setting a deadline by which Anthropic must assert reliance on advice of counsel.

           Respectfully Submitted,

           ARNOLD & PORTER
           KAYE SCHOLER LLP


           By */s/ Joseph Farris*
             Joseph Farris

           *Counsel for Defendant Anthropic PBC*

**Arnold & Porter Kaye Scholer LLP**
Three Embarcadero Center, 10th Floor | San Francisco, CA 94111-4024 | www.arnoldporter.com

US 254540797v1