1   COOLEY LLP
    KATHLEEN R. HARTNETT (314267)
2   (khartnett@cooley.com)
    3 Embarcadero Center
3   20th Floor
    San Francisco, CA  94111-4004
4   Telephone: (415) 693-2000
    Facsimile: (415) 693 2222
5
    ARNOLD & PORTER KAYE SCHOLER LLP
6   DOUGLAS A. WINTHROP (183532)
    (Douglas.Winthrop@arnoldporter.com)
7   JOSEPH FARRIS (263405)
    (Joseph.Farris@arnoldporter.com)
8   Three Embarcadero Center, 10th Floor
    San Francisco, CA 94111-4024
9   Telephone: (415) 471-3100
    Facsimile: (415) 471-3400
10
11  Attorneys for Defendant
    ANTHROPIC PBC
12
    (Additional Counsel on Next Page)
13

MORRISON & FOERSTER LLP
Daralyn J. Durie (169825)
(Ddurie@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MORRISON & FOERSTER LLP
Whitney R. O'Bryne (325698)
(WOByrne@mofo.com)
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
ANTHROPIC PBC

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17  ANDREA BARTZ, CHARLES GRAEBER,      Case No. 3:24-cv-05417-WHA
    and KIRK WALLACE JOHNSON,
18                                      Action Filed: August 19, 2024
            Plaintiffs,
19                                      **[PROPOSED] ORDER GRANTING
        v.                              DEFENDANT ANTHROPIC PBC'S MOTION
20                                      FOR STAY**
    ANTHROPIC PBC,
21                                      Hearing Date:  August 28, 2025
            Defendant.                  Hearing Time:  8:00 a.m.
22                                      Judge:  Honorable William H. Alsup
23
24
25
26
27
28

COOLEY LLP
EPHRAIM MCDOWELL (*pro hac vice*)
(emcdowell@cooley.com)
ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

ARNOLD PORTER & KAYE SCHOLER LLP
JESSICA L. GILLOTTE (333517)
(Jessica.Gillotte@arnoldporter.com)
ESTAYVAINE BRAGG (341400)
(Estayvaine.Bragg@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

LEX LUMINA LLP
MARK LEMLEY (155830)
(mlemley@lex-lumina.com)
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

Attorneys for Defendant
ANTHROPIC PBC

MORRISON & FOERSTER LLP
Ramsey W. Fisher (334228)
(RamseyFisher@mofo.com)
Jackson Lane (351633)
(jlane@mofo.com)
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MORRISON & FOERSTER LLP
Fitz Beckwith Collings (*pro hac vice*)
(fcollings@mofo.com)
Mary Prendergast (272737)
(MPrendergast@mofo.com)
Aditya Vijay Kamdar (324567)
(AKamdar@mofo.com)
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order Granting
Motion for Stay
Case No. 3:24-cv-05417-WHA

1    Pending before the Court is Defendant Anthropic PBC's ("Anthropic") Motion for Stay (the

2    "Motion"). Anthropic's Motion seeks a stay of proceedings pending two requests for interlocutory

3    appeals. First, the Motion seeks to stay proceedings pending the Ninth Circuit's resolution of

4    Anthropic's forthcoming petition under Federal Rule of Civil Procedure 23(f) (the "23(f) Petition")

5    for permission to appeal this Court's order granting class certification (ECF No. 244, or the "Class

6    Certification Order"), to be filed with the Ninth Circuit by July 31, 2025, as well any subsequent

7    appeal. Second, the Motion requests an order staying these proceedings if the Court certifies for

8    interlocutory appeal under 28 U.S.C. § 1292(b) the order denying in part Anthropic's motion for

9    summary judgment (ECF No. 231, or the "Summary Judgment Order"); *see* ECF No. 241

10   (Anthropic's pending motion to certify the Summary Judgment Order for appeal, or the "Section

11   1292(b) Motion," which is set for hearing by the Court on August 28, 2025).

12   Having considered all papers filed in support of and in opposition to the Motion, any oral

13   arguments of counsel, and all other pleadings and papers on file herein, the Court **GRANTS**

14   Anthropic's Motion. For the reasons set forth in Anthropic's Motion, a stay will assist controlling

15   the disposition of this case "with economy of time and effort [for the Court], for counsel, and for

16   litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see Mediterranean Enters., Inc. v.*

17   *Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983). In particular, a stay pending disposition of

18   Anthropic's Rule 23(f) Petition and appeal is warranted given that Anthropic has (1) demonstrated

19   a "fair prospect" of success on the merits; (2) shown it "will be irreparably injured absent a stay";

20   (3) demonstrated that a stay will not "substantially injure the other parties interested in the

21   proceeding"; and (4) exhibited that the "public interest" favors a stay. *Leiva-Perez v. Holder*, 640

22   F.3d 962, 964, 967 (9th Cir. 2011). Likewise, a stay pending Anthropic's interlocutory appeal of

23   the Summary Judgment Order is warranted, particularly given the "serious questions going to the

24   merits" raised in Anthropic's Section 1292(b) Motion. *Silbersher v. Allergan Inc.*, No. 18-cv-

25   03018, 2021 WL 292244, at *3 (N.D. Cal. Jan. 28, 2021) (quoting *Leiva-Perez*, 640 F.3d at 968).

26   The Court will thus stay proceedings if and when Anthropic files with this Court a copy of

27   its timely filed Rule 23(f) Petition. At that time, the Court will confirm the stay, including its

28   duration, by minute order. The stay will last until the Ninth Circuit rules on Anthropic's 23(f)

**[PROPOSED] ORDER GRANTING**
**MOTION FOR STAY**
**CASE NO. 3:24-CV-05417-WHA**

Petition; if the 23(f) Petition is granted, the stay will continue until resolution of any subsequent appeal.

Moreover, should this Court certify its Summary Judgment Order for interlocutory appeal, it will stay the proceedings, independent of the stay pending Anthropic's Rule 23(f) Petition. *E.g.*, *Regents of the Univ. of Cal. v. DHS*, No. C 17-05211, 2018 WL 1210551, at *7 (N.D. Cal. Mar. 8, 2018) (Alsup, J.) (certifying order for interlocutory appeal, and preemptively ruling that "[i]f a petition is submitted for interlocutory review and is granted, then this order shall be deemed stayed"). The Court will confirm the application of the stay with its order on Anthropic's pending Section 1292(b) Motion, should it grant the motion. The stay shall last until the Ninth Circuit rules on whether it will permit Anthropic's appeal under 28 U.S.C. § 1292(b); if the Ninth Circuit permits Anthropic's appeal of the Summary Judgment Order, the stay will continue until resolution of any subsequent appeal.

**IT IS SO ORDERED.**

Dated: _____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO