UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. C 24-05417 WHA <br><br> **ORDER RE MOTION TO STAY** |

Plaintiffs' response to defendant's motion to stay (Dkt. No. 272) is due by **NOON ON MONDAY, JULY 28**, and any reply is due by **NOON ON WEDNESDAY, JULY 30**, with the motion to be decided on the papers. Meanwhile, there is no stay.

**IT IS SO ORDERED.**

Dated: July 24, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE