1  Harold McElhinny, CA Bar No. 66781
2  The Law Offices of Harold J. McElhinny
   1664 9th Avenue
3  San Francisco, CA 94122.
   Telephone: (415) 866-7225
4  haroldmcelhinny@gmail.com

5

6

7

8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN FRANCISCO DIVISION
11

12

13  ANDREA BARTZ, ANDREA BARTZ, INC., | Case No. 3:24-cv-05417-WHA
    CHARLES GRAEBER, KIRK WALLACE      |
14  JOHNSON, and MJ + KJ, INC., individually and |
    on behalf of others similarly situated, | **DISCOVERY MASTER FED. R. CIV.**
15                                      | **PROC. 53(b)(3) DECLARATION**
           Plaintiffs,                  |
16                                      | Judge: Hon. William Alsup
       v.                               | Courtroom: 12, 19th Floor
17                                      | Complaint Filed: August 19, 2024
    ANTHROPIC PBC,                      | Trial Date: December 1, 2025
18                                      |
           Defendant.                   |
19

20

21

22

23

24

25

26

27

28

**DECLARATION OF HAROLD J. MCELHINNY**

Pursuant to Fed. R. of Civ. Proc. 53(b), Judge William Alsup has issued an order proposing the appointment of Harold J. McElhinny as a Discovery Master in the matter of *Bartz et al. v. Anthropic PBC,* 3:24CV05417. As required under Fed. R. of Civ. Proc. 53(a)(2) and (b)(3)(A), I, Harold J. McElhinny, have reviewed the public pleadings and the docket and thoroughly familiarized myself with the issues involved in this case. I have determined that I do not have a relationship with the parties, attorneys, action, or court that would require disqualification under 28 U.S.C. § 455.

I declare under penalty of perjury that the foregoing is true.

Date: August 8, 2025.

/s/ *Harold J. McElhinny*
Harold J. McElhinny