1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12
13
14
15
16
17
18
19
20

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER FOR DISCOVERY DISPUTES**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Complaint Filed: August 19, 2024<br>Trial Date: December 1, 2025 |

21
22
23
24
25
26
27
28

1        Pursuant to this Court's July 23, 2025 order, Dkt. 263, Plaintiffs Andrea Bartz, Andrea

2    Bartz, Inc., Charles Graeber, Kirk Wallace Johnson, and MJ + KJ, Inc., and Defendant Anthropic

3    PBC enter into the following stipulation, subject to the Court's approval, as follows:

4        WHEREAS, the Court has requested appointment of a Discovery Master in this matter

5    pursuant to Fed. R. Civ. Proc. 53;

6        WHEREAS, the Court has proposed the appointment of Harold J. McElhinny to supervise

7    discovery and resolve all discovery disputes;

8        WHEREAS, the Court requested that the parties assist the court in drafting the terms of

9    reference;

10        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and

11    subject to approval by the Court:

12    1) The Parties accept the Court's proposed appointment of Harold J. McElhinny as a Discovery

13        Master in this matter to supervise discovery and resolve all discovery disputes;

14    2) The Discovery Master shall serve until further order of the Court;

15    3) The Discovery Master shall be compensated for time reasonably expended in connection

16        with this matter at the rate of $300 per hour and for any reasonably necessary out-of-pocket

17        expenses;

18    4) The Discovery Master's fees shall be paid as follows: 50% by Plaintiffs and 50% by

19        Defendant;

20    5) The Discovery Master has the authority to reallocate his fees, if circumstances warranted,

21        to the more culpable party;

22    6) The Discovery Master has the authority to impose costs and attorney's fees to the prevailing

23        side of a dispute according to Rule 37;

24    7) The Discovery Master's rulings would be final except as to matters of privilege, which

25        maybe "appealed" pursuant to Fed. R. Civ. Proc. 53;

26    8) There shall be no ex parte communications with the Discovery Master;

27    9) The Discovery Master will proceed with all reasonable diligence;

28

1

Dated:  August 8, 2025                          Respectfully submitted

2

3

By: /s/ *Justin A. Nelson*

                                 By: /s/ *Kathleen R. Hartnett*

4

Justin A. Nelson*                                Kathleen R. Hartnett (SBN 314267)
Alejandra C. Salinas*                            **COOLEY LLP**

5

**SUSMAN GODFREY L.L.P.**                         3 Embarcadero Center, 20th Floor
1000 Louisiana Street, Suite 5100                San Francisco, CA, 94111-4004

6

Houston, TX 77002-5096                           Telephone: (415) 693-2000
Telephone: (713) 651-9366                        khartnett@cooley.com

7

jnelson@susmangodfrey.com
asalinas@susmangodfrey.com                       Douglas A. Winthrop (SBN 183532)

8

                                   Joseph Farris (SBN 263405)
Rohit D. Nath (SBN 316062)                       Jessica L. Gillotte (SBN 333517)

9

Michael Gervais (SBN 330731)                     Estayvaine Bragg (SBN 341400)
Molly Karlin (SBN 266393)                        **ARNOLD & PORTER KAYE SCHOLER LLP**

10

**SUSMAN GODFREY L.L.P.**                         Three Embaradero Center, 10th Floor
1900 Avenue of the Stars, Suite 1400             San Francisco, CA 94111-4004

11

Los Angeles, CA 90067-2906                       Telephone: (415) 471-3100
Telephone: (310) 789-3100                        douglas.winthrop@arnoldporter.com

12

rnath@susmangodfrey.com                          joseph.farris@arnoldporter.com
mgervais@susmangodfrey.com                       jessica.gillotte@arnoldporter.com

13

                                   estayvaine.bragg@arnoldporter.com
Jordan W. Connors*

14

**SUSMAN GODFREY L.L.P.**                         Daralyn J. Durie (SBN 169825)
401 Union Street, Suite 3000                     Ramsey W. Fisher (SBN 334228)

15

Seattle, WA 98101                                Jackson Lane (SBN 351633)
Telephone: (206) 516-3880                        **MORRISON & FOERSTER LLP**

16

jconnors@susmangodfrey.com                       425 Market Street
                                   San Francisco, CA 94105-2482

17

J. Craig Smyser*                                 Telephone: (415) 268-7000
Samir Doshi*                                     ddurie@mofo.com

18

**SUSMAN GODFREY L.L.P.**                         ramseyfisher@mofo.com
One Manhattan West, 51st Floor,                  jlane@mofo.com

19

New York, NY 10019
Telephone: (212) 336-8330                        Whitney R. O'Byrne (SBN 325698)

20

csmyser@susmangodfrey.com                        **MORRISON & FOERSTER LLP**
                                   707 Wilshire Boulevard, Suite 6000

21

Rachel Geman*                                    Los Angeles, CA 90017-3453
Jacob S. Miller*                                 Telephone: (213) 892-5200

22

Danna Z. Elmasry*                                wobyrne@mofo.com
**LIEFF CABRASER HEIMANN  &**

23

**BERNSTEIN, LLP**                                Ephraim Mcdowell*
250 Hudson Street, 8th Floor                     Alexander J. Kasner (SBN 310637)

24

New York, New York 10013-1413                    **COOLEY LLP**
Telephone: (212) 355-9500                        1299 Pennsylvania Avenue NW, Suite 700

25

rgeman@lchb.com                                  Washington, DC 20004-2400
jmiller@lchb.com                                 Telephone: (202) 842-7800

26

delmasry@lchb.com                                emcdowell@cooley.com
                                   akasner@cooley.com

27

Daniel M. Hutchinson (SBN 239458)
Jallé Dafa (SBN 290637)                          Mark Lemley (SBN 155830)

28

Reily T. Stoler (SBN 310761)                     **LEX LUMINA LLP**
**LIEFF CABRASER HEIMANN  &**                      700 S. Flower Street, Suite 1000

2

1    **BERNSTEIN, LLP**                          Los Angeles, CA 90017
      275 Battery Street, 29th Floor         Telephone: (213) 600-6063
2    San Francisco, CA 94111-3339              mlemley@lex-lumina.com
      Telephone: (415) 956-1000
3    rgeman@lchb.com                            Fitz Beckwith Collings*
      wdozier@lchb.com                           Mary Prendergast (SBN 272737)
4    afreymann@lchb.com                        Aditya Vijay Kamdar (SBN 324567)
                                                 **MORRISON & FOERSTER LLP**
5    Betsy A. Sugar*                            2100 L Street, N.W.
      **LIEFF CABRASER HEIMANN &**      Washington, DC 20037
6    **BERNSTEIN, LLP**                        Telephone: (202) 887-1500
      222 Second Ave., #1640                     fcollings@mofo.com
7    Nashville, TN 37201                        MPrendergast@mofo.com
      Telephone: (615) 313-9000                  AKamdar@mofo.com
8    bsugar@lchb.com
                                                 Attorneys for Defendant
9    *Co-Lead Class Counsel*                   ANTHROPIC PBC
      *(*Pro Hac Vice*)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:24-cv-05417-WHA
JOINT STIPULATION RE SPECIAL MASTER FOR DISCOVERY DISPUTES

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 8, 2025                                        /s/ *Rachel Geman*
                                                                          Rachel Geman