1  DOUGLAS A. WINTHROP (No. 183532)
   Douglas.Winthrop@arnoldporter.com
2  JOSEPH FARRIS (No. 263405)
   Joseph.Farris@arnoldporter.com
3  PIETER de GANON (No. 320385)
   Pieter.deGanon@arnoldpoter.com
4  JESSICA L. GILLOTTE (No. 333517)
   Jessica.Gillotte@arnoldporter.com
5  ESTAYVAINE BRAGG (No. 341400)
   Estayvaine.Bragg@arnoldporter.com
6  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
7  San Francisco, CA 94111-4024
   Telephone:  (415) 471-3100
8  Facsimile:  (415) 471-3400

9  KATHLEEN R. HARTNETT (No. 314267)
   khartnett@cooley.com
10 **COOLEY LLP**
   Three Embarcadero Center, 20th Floor
11 San Francisco, CA 94111-4004
   Telephone:  (415) 693-2000
12 Facsimile:  (415) 693-2222

13

14 *Attorneys for Defendant* ANTHROPIC PBC
   (Additional Counsel on Next Page)

   DARALYN J. DURIE (No. 169825)
   Ddurie@mofo.com
   RAMSEY W. FISHER (No. 334228)
   RamseyFisher@mofo.com
   JACKSON LANE (No. 351633)
   JLane@mofo.com
   **MORRISON & FOERSTER LLP**
   425 Market Street
   San Francisco, CA 94105-2482
   Telephone:  (415) 268-7000
   Facsimile: (415) 268-7522

   MARK LEMLEY (No. 155830)
   mlemley@lex-lumina.com
   **LEX LUMINA LLP**
   700 S. Flower Street, Suite 1000
   Los Angeles, CA 90017
   Telephone:  (213) 600-6063

15                    **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN FRANCISCO DIVISION**

18

19 ANDREA BARTZ, ANDREA BARTZ, INC.         Case No. 3:24-cv-05417-WHA
   CHARLES GRAEBER, KIRK WALLACE
20 JOHNSON, and MJ + KJ, INC., individually  **ANTHROPIC PBC'S REQUEST FOR**
   and on behalf of others similarly situated, **LEAVE TO FILE REPLY IN SUPPORT**
21                                            **OF RESPONSE TO ORDER TO SHOW**
                                              **CAUSE RE AFFIRMATIVE DEFENSES**
22              Plaintiffs,

23        v.

24 ANTHROPIC PBC,

25              Defendant.

26

27

28

ASSAD H. RAJANI (No. 251143)
Assad.Rajani@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Suite 500
Palo Alto, CA 94306-3807
Telephone:  (650) 319-4500
Facsimile: (650) 319-4700

RYAN NISHIMOTO (No. 235208)
Ryan.Nishimoto@arnoldporter.com
OSCAR RAMALLO (No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile: (213) 243-4199

WHITNEY R. O'BYRNE (No. 325698)
WOByrne@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone:  (213) 892-5200
Facsimile: (213) 892-5454

FITZ BECKWITH COLLINGS (*pro hac vice*)
FCollings@mofo.com
MARY PRENDERGAST (No. 272737)
MPrendergast@mofo.com
ADITYA KAMDAR (No. 324567)
AKamdar@mofo.com
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:  (202) 887-1500
Facsimile: (202) 887-0763

EPHRAIM MCDOWELL (*pro hac vice*)
emcdowell@cooley.com
ALEXANDER J. KASNER (No. 310637)
akasner@cooley.com
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Defendant*
ANTHROPIC PBC

Defendant Anthropic PBC respectfully seeks leave to file a reply in support of its response to the Court's Order to Show Cause Re Defenses Based on Advice of Counsel, ECF 273. Anthropic respectfully requests that such reply be due on August 13, 2025.

On July 24, Plaintiffs sent a letter to the Court taking the position that, by "asserting privilege over materials relevant to [Anthropic's] affirmative defenses" of innocent infringement and volitional conduct, Anthropic had "selectively used privilege as both a sword and a shield," ECF 271 at 1. The letter did not identify any specific testimony or evidence in support of Plaintiffs' theory that those defenses put privileged material in issue. This Court then ordered Anthropic to "Show Cause why its third and eleventh affirmative defenses should not be stricken unless it produces all evidence of advice of counsel." ECF 273. Anthropic filed its show cause response on July 31, and Plaintiffs responded on August 7. The Court's order did not provide for a reply.

Good cause exists for the Court to grant Anthropic leave to file a reply in support of its response to the Court's Order to Show Cause.

*First*, Plaintiffs' response identifies for the first time the evidence on which they are purportedly relying to support their claim that Anthropic has impliedly waived privilege. They attach excerpts from transcripts of six depositions, as well as specific entries from Anthropic's privilege log. Plaintiffs' July 24 letter, by contrast, referred more generally to the privilege log and made no mention of any depositions. ECF 271 at 2. Anthropic deserves an opportunity to explain why the specific evidence Plaintiffs now cite does not support their implied waiver theory.

*Second*, Plaintiffs also argue that, if Anthropic does not produce privileged materials, it should be barred from denying willfulness *at all*, and not only barred from raising affirmative defenses. This Court's Order to Show Cause asked only about Anthropic's two affirmative defenses, and Anthropic accordingly focused on the affirmative defenses. *See* ECF 273 ("[B]y NOON ON JULY 31, defendant shall SHOW CAUSE why its third and eleventh affirmative defenses should not be stricken unless it produces all evidence of advice of counsel." (formatting omitted)). Anthropic deserves an opportunity to address Plaintiffs' argument that it should be precluded from denying willfulness more generally—a possibility not addressed by the Court's Order.

1    **Third**, Anthropic deserves the opportunity to respond to Plaintiffs' legal theories, which

2    were not developed in any meaningful way in the July 24 letter.

3        For these reasons, Anthropic respectfully requests that the Court permit it to file a reply in

4    support of its response to the Court's Order to Show Cause, to be due on August 13, 2025.

5

6    dated: August 8, 2025                        Respectfully submitted,

7                                                  **ARNOLD & PORTER KAYE SCHOLER LLP**

8                                                  By:    */s/ Douglas A. Winthrop*
                                                         DOUGLAS A. WINTHROP
9

10                                                 *Attorneys for Defendant*
                                                  ANTHROPIC PBC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANTHROPIC'S REQUEST FOR LEAVE                              Case No. 3:24-cv-05417-WHA

1

**CERTIFICATE OF SERVICE**

2      I am a resident of the State of California, over the age of eighteen years and not a party to

3  the within-entitled action; my business address is Three Embarcadero Center, 10th Floor, San

4  Francisco, California 94111.  On August 8, 2025, the foregoing **ANTHROPIC PBC'S REQUEST**

5  **FOR LEAVE TO FILE REPLY IN SUPPORT OF RESPONSE TO ORDER TO SHOW**

6  **CAUSE RE AFFIRMATIVE DEFENSES** was electronically served on the following:

7      Justin A. Nelson (*pro hac vice*)
        Alejandra C. Salinas (*pro hac vice*)
8      **SUSMAN GODFREY L.L.P**
        1000 Louisiana Street, Suite 5100
9      Houston, TX 77002-5096
        Telephone: (713) 651-9366
10     jnelson@susmangodfrey.com
        asalinas@susmangodfrey.com

11

        Rohit D. Nath (SBN 316062)
12     **SUSMAN GODFREY L.L.P**
        1900 Avenue of the Stars, Suite 1400
13     Los Angeles, CA 90067-2906
        Telephone: (310) 789-3100
14     RNath@susmangodfrey.com

15     Jordan W. Connors (*pro hac vice*)
        **SUSMAN GODFREY L.L.P**
16     401 Union Street, Suite 3000
        Seattle, WA 98101
17     Telephone: (206) 516-3880
        jconnors@susmangodfrey.com

18

        J. Craig Smyser (*pro hac vice*)
19     **SUSMAN GODFREY L.L.P**
        One Manhattan West, 51st Floor,
20     New York, NY 10019
        Telephone: (212) 336-8330
21     csmyser@susmangodfrey.com

22     Rachel Geman (*pro hac vice*)
        Wesley Dozier (*pro hac vice*)
23     Anna Freymann (*pro hac vice*)
        Jacob Miller (*pro hac vice*)
24     **LIEFF CABRASER HEIMANN**
        **& BERNSTEIN, LLP**
25     250 Hudson Street, 8th Floor
        New York, New York 10013-1413
26     Telephone: (212) 355-9500
        rgeman@lchb.com
27     wdozier@lchb.com
        afreymann@lchb.com
28     jmiller@lchb.com

ANTHROPIC'S REQUEST FOR LEAVE                                    Case No. 3:24-cv-05417-WHA

1    Reilly T. Stoler (SBN 310761)
2    **LIEFF CABRASER HEIMANN**
     **& BERNSTEIN, LLP**
3    275 Battery Street, 29th Floor
     San Francisco, CA 94111-3339
     Telephone: (415) 956-1000
4    rstoler@lchb.com

5    Scott J. Sholder (*pro hac vice*)
     CeCe M. Cole (*pro hac vice*)
6    **COWAN DEBAETS ABRAHAMS**
     **& SHEPPARD LLP**
7    60 Broad Street, 30th Floor
     New York, New York 10010
8    Telephone: (212) 974-7474
     ssholder@cdas.com
9    ccole@cdas.com

10

11          I declare under penalty of perjury under the laws of the State of California that the foregoing

12   is true and correct.  Executed August 8, 2025 at San Francisco.

13

14                                                        _____
15                                                              Jerome E. Ferrer

16

17

18

19

20

21

22

23

24

25

26

27

28