1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**[PROPOSED] ORDER RE APPOINTING SPECIAL MASTER FOR DISCOVERY DISPUTES**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Complaint Filed: August 19, 2024<br>Trial Date: December 1, 2025 |

**IT IS HEREBY ORDERED THAT:**

Having considered the Parties' Joint Stipulation re Special Master for Discovery Disputes (Dkt. No. 288, reprinted below), the Court hereby GRANTS the Joint Stipulation. For avoidance of doubt, the district judge will decide plaintiffs' letter motion to compel communications involving third-party consultants (Dkt. No. 223, Part I). And, referred to Special Master McElhinny for decision are the remaining portions of plaintiffs' same letter motion (Dkt. No. 223, Parts II-III), defendant's newly filed discovery dispute concerning Rule 30(b)(6) depositions (Dkt. No. 291), and all future discovery disputes.

Dated: August 8, 2025.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER FOR DISCOVERY DISPUTES**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Complaint Filed: August 19, 2024<br>Trial Date: December 1, 2025 |

Pursuant to this Court's July 23, 2025 order, Dkt. 263, Plaintiffs Andrea Bartz, Andrea Bartz, Inc., Charles Graeber, Kirk Wallace Johnson, and MJ + KJ, Inc., and Defendant Anthropic PBC enter into the following stipulation, subject to the Court's approval, as follows:

WHEREAS, the Court has requested appointment of a Discovery Master in this matter pursuant to Fed. R. Civ. Proc. 53;

WHEREAS, the Court has proposed the appointment of Harold J. McElhinny to supervise discovery and resolve all discovery disputes;

WHEREAS, the Court requested that the parties assist the court in drafting the terms of reference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to approval by the Court:

1) The Parties accept the Court's proposed appointment of Harold J. McElhinny as a Discovery Master in this matter to supervise discovery and resolve all discovery disputes;
2) The Discovery Master shall serve until further order of the Court;
3) The Discovery Master shall be compensated for time reasonably expended in connection with this matter at the rate of $300 per hour and for any reasonably necessary out-of-pocket expenses;
4) The Discovery Master's fees shall be paid as follows: 50% by Plaintiffs and 50% by Defendant;
5) The Discovery Master has the authority to reallocate his fees, if circumstances warranted, to the more culpable party;
6) The Discovery Master has the authority to impose costs and attorney's fees to the prevailing side of a dispute according to Rule 37;
7) The Discovery Master's rulings would be final except as to matters of privilege, which maybe "appealed" pursuant to Fed. R. Civ. Proc. 53;
8) There shall be no ex parte communications with the Discovery Master;
9) The Discovery Master will proceed with all reasonable diligence;

| | |
|---|---|
| Dated:  August 8, 2025 | Respectfully submitted |
| By: /s/ *Justin A. Nelson* | By: /s/ *Kathleen R. Hartnett* |
| Justin A. Nelson* | Kathleen R. Hartnett (SBN 314267) |
| Alejandra C. Salinas* | **COOLEY LLP** |
| **SUSMAN GODFREY L.L.P.** | 3 Embarcadero Center, 20th Floor |
| 1000 Louisiana Street, Suite 5100 | San Francisco, CA, 94111-4004 |
| Houston, TX 77002-5096 | Telephone: (415) 693-2000 |
| Telephone: (713) 651-9366 | khartnett@cooley.com |
| jnelson@susmangodfrey.com | |
| asalinas@susmangodfrey.com | Douglas A. Winthrop (SBN 183532) |
| | Joseph Farris (SBN 263405) |
| Rohit D. Nath (SBN 316062) | Jessica L. Gillotte (SBN 333517) |
| Michael Gervais (SBN 330731) | Estayvaine Bragg (SBN 341400) |
| Molly Karlin (SBN 266393) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| **SUSMAN GODFREY L.L.P.** | Three Embaradero Center, 10th Floor |
| 1900 Avenue of the Stars, Suite 1400 | San Francisco, CA 94111-4004 |
| Los Angeles, CA 90067-2906 | Telephone: (415) 471-3100 |
| Telephone: (310) 789-3100 | douglas.winthrop@arnoldporter.com |
| rnath@susmangodfrey.com | joseph.farris@arnoldporter.com |
| mgervais@susmangodfrey.com | jessica.gillotte@arnoldporter.com |
| | estayvaine.bragg@arnoldporter.com |
| Jordan W. Connors* | |
| **SUSMAN GODFREY L.L.P.** | Daralyn J. Durie (SBN 169825) |
| 401 Union Street, Suite 3000 | Ramsey W. Fisher (SBN 334228) |
| Seattle, WA 98101 | Jackson Lane (SBN 351633) |
| Telephone: (206) 516-3880 | **MORRISON & FOERSTER LLP** |
| jconnors@susmangodfrey.com | 425 Market Street |
| | San Francisco, CA 94105-2482 |
| J. Craig Smyser* | Telephone: (415) 268-7000 |
| Samir Doshi* | ddurie@mofo.com |
| **SUSMAN GODFREY L.L.P.** | ramseyfisher@mofo.com |
| One Manhattan West, 51st Floor, | jlane@mofo.com |
| New York, NY 10019 | |
| Telephone: (212) 336-8330 | Whitney R. O'Byrne (SBN 325698) |
| csmyser@susmangodfrey.com | **MORRISON & FOERSTER LLP** |
| | 707 Wilshire Boulevard, Suite 6000 |
| Rachel Geman* | Los Angeles, CA 90017-3453 |
| Jacob S. Miller* | Telephone: (213) 892-5200 |
| Danna Z. Elmasry* | wobyrne@mofo.com |
| **LIEFF CABRASER HEIMANN &** | |
| **BERNSTEIN, LLP** | Ephraim Mcdowell* |
| 250 Hudson Street, 8th Floor | Alexander J. Kasner (SBN 310637) |
| New York, New York 10013-1413 | **COOLEY LLP** |
| Telephone: (212) 355-9500 | 1299 Pennsylvania Avenue NW, Suite 700 |
| rgeman@lchb.com | Washington, DC 20004-2400 |
| jmiller@lchb.com | Telephone: (202) 842-7800 |
| delmasry@lchb.com | emcdowell@cooley.com |
| | akasner@cooley.com |
| Daniel M. Hutchinson (SBN 239458) | |
| Jallé Dafa (SBN 290637) | Mark Lemley (SBN 155830) |
| Reily T. Stoler (SBN 310761) | **LEX LUMINA LLP** |
| **LIEFF CABRASER HEIMANN &** | 700 S. Flower Street, Suite 1000 |

| | | |
|---|---|---|
| 1 | **BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor | Los Angeles, CA 90017<br>Telephone: (213) 600-6063 |
| 2 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | mlemley@lex-lumina.com |
| 3 | rgeman@lchb.com<br>wdozier@lchb.com | Fitz Beckwith Collings*<br>Mary Prendergast (SBN 272737) |
| 4 | afreymann@lchb.com | Aditya Vijay Kamdar (SBN 324567)<br>**MORRISON & FOERSTER LLP** |
| 5 | Betsy A. Sugar*<br>**LIEFF CABRASER HEIMANN &** | 2100 L Street, N.W.<br>Washington, DC 20037 |
| 6 | **BERNSTEIN, LLP**<br>222 Second Ave., #1640 | Telephone: (202) 887-1500<br>fcollings@mofo.com |
| 7 | Nashville, TN 37201<br>Telephone: (615) 313-9000 | MPrendergast@mofo.com<br>AKamdar@mofo.com |
| 8 | bsugar@lchb.com | |
| 9 | *Co-Lead Class Counsel*<br>*(Pro Hac Vice)* | Attorneys for Defendant<br>ANTHROPIC PBC |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 8, 2025        /s/ *Rachel Geman*
                                    Rachel Geman