UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. C 24-05417 WHA <br><br> **ORDER RE PACER FEES FOR SPECIAL MASTER** |

Having been appointed as special master in the instant case, Harold J. McElhinny seeks an exemption from PACER user fees. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met for the court to grant an exemption from PACER fees.

It would be unreasonable to burden Special Master McElhinny with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as a special master in this case, public access to information will also be promoted if he has free access to the entire docket in this case. Thus, the Court finds that both standards have been met in this instance and grants exemption from PACER user fees. The exemption shall remain in place as long as Harold J McElhinny remains appointed as special master in the instant case.

**IT IS SO ORDERED.**

Dated: August 8, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE