| | |
|---|---|
| Justin A. Nelson (pro hac vice)<br>Alejandra C. Salinas (pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br><br>Rohit D. Nath (SBN 316062)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br><br>Jordan W. Connors (pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br><br>J. Craig Smyser (pro hac vice)<br>Samir H. Doshi (pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West, 51st Floor,<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>*Co-Lead Class Counsel* | Rachel Geman (pro hac vice)<br>Jacob S. Miller (pro hac vice)<br>Danna Z. Elmasry (pro hac vice)<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br><br>Daniel M. Hutchinson (SBN 239458)<br>Reilly T. Stoler (SBN 310761)<br>Jallé H. Dafa (SBN 290637)<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br><br>Betsy A. Sugar (pro hac vice)<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>222 2nd Avenue S., Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br><br>*Co-Lead Class Counsel*<br><br>Scott J. Sholder (pro hac vice)<br>CeCe M. Cole (pro hac vice)<br>COWAN DEBAETS ABRAHAMS<br>& SHEPPARD LLP<br>60 Broad Street, 30th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br><br>*Additional Counsel for the Class* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>           Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**NOTICE OF ASSOCIATION OF ADDITIONAL COUNSEL** |

Class Counsel hereby notify the Court that they have associated with additional counsel to assist Class Counsel in representing the Class:

<u>Publishers' Coordination Counsel</u>: Edelson PC and Oppenheim + Zebrak, LLP ("O+Z") serve as Publishers' Coordination Counsel, representing the interests of publishers in the common goal of maximizing the per-work recovery for the Class. Edelson and O+Z are supported in this role by the Association of American Publishers and its members.

Publishers' Coordination Counsel will provide the publishers' perspective and assist with trial preparation and strategy, trial, assembling the class list, class notice, and settlement discussions.

<u>Samuel Issacharoff</u>:  Mr. Issacharoff, the Bonnie and Richard Reiss Professor of Constitutional Law at the New York University School of Law and the reporter for the American Law Institute's Principles of Aggregate Litigation, is advising Class Counsel on class and procedural issues.

Counsel will file Notices of Appearances and Pro Hac Vice applications as applicable.

Dated: August 11, 2025

Respectfully submitted,

By: /s/ Rohit D. Nath

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
Jallé H. Dafa (SBN  290637)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on August 11, 2025, upon counsel of record via CM/ECF.

                                              */s/ Rohit D. Nath*
                                              Rohit D. Nath