Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
(415) 630-2350

Attorneys for Non-Party
OPENAI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**NON-PARTY OPENAI, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 285)** |

On August 7, 2025, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 285, the "Sealing Motion").

Non-Party OpenAI does not contend that the Court should maintain under seal the excerpts from the transcript of the deposition of Benjamin Mann that are attached as Exhibit D (Dkt. No. 285-7) to the Declaration of Rachel J. Geman (Dkt. No. 285-2). OpenAI does not contend that the Court should, due to references to material from Exhibit D to the Geman Declaration, maintain under seal portions of the Plaintiffs' Brief in Response to Anthropic's Response to the Court's Order to Show Cause (Dkt. No. 285-3) that reference material from Exhibit D.

OpenAI otherwise takes no position on the Sealing Motion.

Respectfully submitted,

KWUN BHANSALI LAZARUS LLP

Dated: August 12, 2025

By: /s/ Michael S. Kwun
Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA  94111
(415) 630-2350

Attorneys for Non-Party
OPENAI, INC.