# Exhibit A

**From:** Craig Smyser <CSmyser@susmangodfrey.com>
**Sent:** Friday, February 21, 2025 4:13 PM
**To:** Gutkin, Jeff <jgutkin@cooley.com>; Holden Benon <hbenon@saverilawfirm.com>; Stoler, Reilly T. <rstoler@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>; Dozier, Wesley <wdozier@lchb.com>; eezray@bsfllp.com; Christopher Young <cyoung@saverilawfirm.com>; alter-ai-tt@simplelists.susmangodfrey.com
**Cc:** Eagan, Shannon <seagan@cooley.com>; Simmons, Amie <asimmons@cooley.com>
**Subject:** Re: Mann Deposition | Location and Start Time

**[External]**

Counsel:

On behalf of the SDNY Plaintiffs, we do not intend to ask questions specifically about Mr. Mann's work at Anthropic except as they relate to employment and foundational issues such as his leaving OpenAI and now being employed at Anthropic. We have spoken with the counsel for the NDCA Plaintiffs and they agree. We are happy to get on the phone on Monday and discuss if helpful.

Thanks,
Craig

**J. Craig Smyser | Susman Godfrey L.L.P.**
One Manhattan West, 51st Floor, New York, NY 10001
(212) 336-2023 (office) | (713) 503 6252 (cell)
csmyser@susmangodfrey.com | www.susmangodfrey.com

1