# EXHIBIT B

**United States District Court for the Northern District of California**
*Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA

**If you are the author, publisher, or legal or beneficial owner of a copyright in a book that was included in the Library Genesis or Pirate Library Mirror datasets downloaded by Anthropic, you may be affected by a class action lawsuit**

*A court authorized this Notice.*
*This is not junk mail, an advertisement, or a solicitation from a lawyer.*

- On July 17, 2025, the Honorable William H. Alsup of the United States District Court for the Northern District of California entered an order certifying a class in a copyright infringement lawsuit called *Bartz v. Anthropic PBC*. The lawsuit was brought by copyright owners against Anthropic.

- The Court ordered this notice and decided the lawsuit could proceed on behalf of a group of people that could include you. The certified Class consists of all legal or beneficial copyright owners of any book that was included in one of two allegedly pirated online datasets called Library Genesis (LibGen) and Pirate Library Mirror (PiLiMi) that Anthropic downloaded. Your books may be in these datasets without your knowledge. To qualify, the book must:
    - ✓ have an International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN);
    - ✓ have been registered with the United States Copyright Office within five years of publication; and
    - ✓ have been registered before being downloaded by Anthropic, or within three months of publication.

    The Class includes all legal or beneficial copyright owners of the books contained in the LibGen or PiLiMi datasets that Anthropic downloaded. The Class includes publishers, authors (and estates thereof), and academic institutions if they are the legal or beneficial owners of a book that meets the above requirements. Excluded from the Class are directors, officers, and employees of Anthropic, personnel of federal agencies, and district court personnel.

- Plaintiffs allege that Anthropic infringed protected copyrights by downloading books in these datasets. Anthropic denies these allegations and argues that its use of downloaded books was fair. The Court has not decided who is right. The only purpose of this Notice is to tell you about the lawsuit and your right to stay in or opt out of the Class, so that you can make an informed decision. The parties are litigating, and the trial is currently scheduled to begin on December 1, 2025.

- **Please read this Notice carefully.** Your legal rights may be affected whether you act or not. You have two options: (1) do nothing and stay in the Class, or (2) opt out of the Class.

## **YOUR LEGAL RIGHTS AND OPTIONS**

| OPTION | WHAT IT MEANS |
|---|---|
| **Do Nothing, Stay in the Class** | By doing nothing, you will stay in the Class and be bound by the outcome of this lawsuit, whether favorable or unfavorable to the Class.<br><br>If the Class wins at trial or there is a settlement, you may be eligible to get a payment. The Court has not yet made any decision about whether the Class will recover anything or how much. There is no money available now to Class Members and no guarantee that there ever will be. The outcome of the continuing class action lawsuit against Anthropic is not yet known. If the Class wins at trial or there is a settlement, you must then register for payment to be eligible for any payment. Registration instructions will be sent later, if the Class wins or agrees to a settlement (see Question 9 below).  If you stay in the Class and the Class loses at trial, you will be foreclosed from suing Anthropic for the claims in this lawsuit. |
| **Exclude Yourself ("Opt Out") from the Ongoing Lawsuit** | If you do not wish to stay in the Class for any reason, including if you wish to bring your own lawsuit against Anthropic for the claims covered by this class action, you may exclude yourself by following the directions in Question 13, below.<br><br>If you ask to be excluded from the Class, you will:<br>1. keep your right to file your own lawsuit related to the issues in the case;<br>2. not be bound by any determination or judgment entered in the litigation; and<br>3. lose any opportunity you may have to get any money or benefits recovered as a result of this lawsuit. |

**Table of Contents**

1. Why did I get this Notice?
2. What is this lawsuit about?
3. Why is this a class action, and who is involved?
4. Does this Class Action lawsuit include all potential copyright claims?
5. Has the Court made any decisions related to the claims in this lawsuit?
6. Am I a Class Member who is part of the ongoing class action lawsuit against Anthropic?
7. How do I know if my copyrighted book was in the LibGen or PiLiMi datasets?
8. I'm still not sure if I am included.
9. Can I get money from this case?
10. Who represents the Class in this case?
11. Should I get my own lawyer?
12. How will the lawyers be paid?
13. How do I exclude myself from the lawsuit?
14. If I don't exclude myself, can I sue Anthropic for the same thing later?
15. If I exclude myself, can I get money from this case?
16. When is the trial?
17. What happens if this lawsuit settles?
18. What happens if I do nothing at all?
19. Are more details about the lawsuit available?

**Basic Information**

1. **Why did I get this Notice?**

   You got this Notice because records that Class Counsel have obtained from the United States Copyright Office and Anthropic show that you may be the legal or beneficial copyright owner of a book that Anthropic downloaded from one of two websites: Library Genesis and Pirate Library Mirror.

   On July 17, 2025, the Court decided that this lawsuit can move forward against Anthropic as a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal court.

   **The Court directed that you be sent this Notice because Class Members have a right to know about the class action lawsuit against Anthropic and about their legal rights and options before the Court decides whether the claims being made on behalf of the Class are proven. If you received this notice, but you are not a Class Member because you are not the legal or beneficial owner of the copyright in a book contained in the LibGen or PiLiMi datasets that Anthropic downloaded and otherwise meet the requirements set forth above, you will not be impacted by the outcome of this case.**

2. **What is this lawsuit about?**

   The lawsuit alleges that Anthropic infringed copyrights by downloading datasets containing copyrighted books in violation of the federal Copyright Act. Anthropic denies all the allegations and denies that it did anything wrong. Anthropic argues that its use of the downloaded datasets was fair.

   By certifying the Class and issuing this Notice, the Court has *not* decided whether the Class will win or lose this case. The Class must still prove its claims, including the amount of any damages. You can get more information about the lawsuit and view related court documents at www.AnthropicCopyrightLawsuit.com.

3. **Why is this a class action, and who is involved?**

   In a class action lawsuit, one or more people called "Named Plaintiffs" or "Class Representatives" sue on behalf of other people who have similar claims. The people with similar claims together are a "Class" and are called "Class Members." In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves from the Class. Each Class Member is bound by the result of the lawsuit, whether the Class wins or loses, and may not file her own lawsuit over the same claims that were decided in the class action.

   The Court appointed Named Plaintiffs Andrea Bartz, Inc., Charles Graeber, and MJ + KJ Inc. as Class Representatives in this case.

4. **Does this Class Action lawsuit include all potential copyright claims?**

   No. This Class Action lawsuit does *not* include all potential copyright claims that you may have against Anthropic.

   The Class Action concerns two specific sources Anthropic used, Library Genesis and Pirate Library Mirror, and whether Anthropic is liable for downloading copyrighted books from those two sources. The Class Action does *not* concern other sources Anthropic may have used (such as Books3 or books that Anthropic purchased), or the output generated by Anthropic's Large Language Models (LLMs).

   **You have the right to file your own lawsuit alleging any additional claims that are not part of this Class Action.**

5. **Has the Court made any decisions related to the claims in this lawsuit?**

   The Court has not decided the claims made on behalf of the Class.

   The Court made an earlier summary judgment ruling in this case that applies only to the Named Plaintiffs. The Court decided that Anthropic was entitled to judgment on certain of the Named Plaintiffs' copyright claims: specifically, that Anthropic's training of its models with copyrighted material and scanning of purchased books (rather than downloaded books) constituted "fair use" and did not violate copyright law. That decision about the Named Plaintiffs does not apply to you, whether or not you decide to stay in the Class.

## Who Is in the Class Action Lawsuit?

6. **Am I a Class Member who is part of the ongoing class action lawsuit against Anthropic?**

   You are receiving this Notice because you may be a Class Member. You are a Class Member if you are the legal or beneficial owner of the right to reproduce copies of a book that was included in the versions of the LibGen or PiLiMi datasets downloaded by Anthropic. A "book," in this context, refers only to works that:

   - ✓ have an International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN);
   - ✓ were registered with the United States Copyright Office within five years of publication; and
   - ✓ were registered before being downloaded by Anthropic, or within three months of publication.

   The Class includes publishers, authors (and estates thereof), and academic institutions if they are the legal or beneficial owners of a book. Excluded from the Class are the directors, officers, and employees of Anthropic, personnel of federal agencies, and district court personnel.

7. **How do I know if my copyrighted book was in the LibGen or PiLiMi datasets?**

   Your book may have been in the datasets at issue without your knowledge. Class Counsel have compiled a searchable database of books included in the LibGen or PiLiMi datasets downloaded by Anthropic. You can access the database at www.AnthropicCopyrightLawsuit.com. The website allows you to search for books by author, title, publisher, ISBN number, or ASIN number. If you own the copyright to a book that is in the searchable database, then you may be a member of the Class.

8. **I'm still not sure if I am included.**

   If this Notice was mailed or emailed to you, then you were listed as a potential Class Member. If you are still not sure whether you are included, you can get help at www.AnthropicCopyrightLawsuit.com or by calling 877-206-2314.

## Payment from this Lawsuit

9. **Can I get money from this case?**

   If you stay in the Class, and the Class wins at trial or the parties agree to a settlement, you may be eligible to receive payment. You will receive further instructions on (i) whether you will be eligible for payment and (ii) how to register for payment, after the trial or settlement.

## The Lawyers Representing You

10. **Who represents the Class in this case?**

    The Court appointed the following Class Counsel to represent the Class:

| | |
|---|---|
| Rachel Geman<br>Daniel Hutchinson<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>250 Hudson Street, 8th Floor<br>New York, NY 10013 | Justin Nelson<br>Rohit Nath<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>1900 Avenue of the Stars, Suit 1400<br>Los Angeles, CA 90067 |

Class Counsel has associated with the law firms Edelson PC and Oppenheim + Zebrak, LLP to serve as Publishers' Coordination Counsel. Publishers' Coordination Counsel represent the interests of publishers in the common goal of maximizing the per-work recovery for the Class. Publishers' Coordination Counsel can be contacted at:

| | |
|---|---|
| Jay Edelson<br>EDELSON PC<br>350 N LaSalle Street, 14th Fl.<br>Chicago, IL 60654 | Matthew J. Oppenheim<br>Oppenheim + Zebrak, LLP<br>4530 Wisconsin Ave, NW, 5th Floor,<br>Washington, DC 20016 |

**11. Should I get my own lawyer?**

If you stay in the Class, you do not need to hire your own lawyer to pursue your claim against Anthropic. Class Counsel is working on behalf of the Class. However, if you want to be represented by your own lawyer, you may hire one at your own expense and cost. You may also appear for yourself without a lawyer.

**12. How will the lawyers be paid?**

You will not be personally responsible for paying Class Counsel's attorneys' fees or out-of-pocket costs. If the Class recovers money, Class Counsel will ask the Court to be reimbursed out of the money obtained for the Class.

## Excluding Yourself from the Ongoing Lawsuit

**13. How do I exclude myself from the lawsuit?**

If you do not want to be included in the ongoing class action lawsuit against Anthropic, then you may "opt out" of it.

To do so, you must submit the Class Action Opt Out Request Form to the Notice Administrator (1) via mail or email, or (2) electronically at www.AnthropicCopyrightLawsuit.com [for mailed notice only, add: "using the unique identifier <<Clmnt_IDNo>>"].

Your Class Action Opt Out Request Form must be postmarked no later than **November 1, 2025**. If you submit the form via email or the case website, it must be received by **November 1, 2025**.

The Notice Administrator's address and contact information is:

Bartz v. Anthropic
c/o JND Legal Administration
PO Box 91204
Seattle, WA 98111
Toll-Free Number: 877-206-2314

You cannot exclude yourself (opt out) by telephone.

**14. If I don't exclude myself, can I sue Anthropic for the same thing later?**

No. If you are a Class Member, unless you exclude yourself from the ongoing lawsuit, you give up your right to sue Anthropic for the claims discussed in Questions 2 and 4 above.

**15. If I exclude myself, can I get money from this case?**

No. If you exclude yourself from the ongoing lawsuit against Anthropic, and if the Class gets money or benefits as a result of a trial or a settlement, you will not be able to get any money or benefits awarded to the Class. But, by excluding yourself, you will not be legally bound by the Court's decisions, which means you would keep your right to bring your own individual action about the same legal claims in this class action lawsuit should you want to sue Anthropic on your own.

## Trial and Settlement

**16. When is the trial?**

If the case against Anthropic is not dismissed or settled, the case will go to trial. Trial is currently scheduled for December 1, 2025. You do not need to come to trial unless you are a trial witness who is asked to attend by the Court. You are welcome to come, at your expense. The current schedule for the case, and any later scheduling changes, will be posted at www.AnthropicCopyrightLawsuit.com.

**17. What happens if this lawsuit settles?**

If the parties reach a settlement, you will get a separate notice that will explain next steps. Any settlement notice will inform you of the status of the lawsuit and your rights under the settlement, so that you can make an informed decision. Class counsel has committed that any settlement they agree to will provide you with an additional opportunity to opt out of the class.

## If You Do Nothing

**18. What happens if I do nothing at all?**

If you are a Class Member and you do nothing, you will stay in the ongoing class action lawsuit and keep the ability to get money or other benefits that may come from a trial or a settlement in the Class Action. If no money is obtained for the Class, you will still be bound by that result. By staying in the case, you give up your right to sue Anthropic on your own for the same legal claims in this lawsuit.

**Getting More Information**

**19. Are more details about the lawsuit available?**

Yes. The information in this Notice is only a summary of the litigation. You can get more detailed information, including copies of the order granting class certification, the Class Action Complaint, and other case documents at www.AnthropicCopyrightLawsuit.com. You may also contact Class Counsel with questions (*See* Question 10, above).

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK OF THE COURT REGARDING THIS ACTION. YOU SHOULD DIRECT ANY QUESTIONS YOU MAY HAVE ABOUT THIS NOTICE TO THE NOTICE ADMINISTRATOR AND/OR TO CLASS COUNSEL.**

You may also seek the advice and counsel of your own attorney at your own expense, if you desire.