| | |
|---|---|
| Justin A. Nelson* | Rachel Geman* |
| Alejandra C. Salinas* | Jacob S. Miller* |
| **SUSMAN GODFREY L.L.P** | Danna Z. Elmasry* |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN &** |
| Houston, TX 77002-5096 | **BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, NY 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Gervais (SBN 330731) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | Reilly T. Stoler (SBN 310761) |
| RNath@susmangodfrey.com | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| Jordan W. Connors* | 275 Battery Street, 29th Floor |
| **SUSMAN GODFREY L.L.P** | San Francisco, CA 94111-3339 |
| 401 Union Street, Suite 3000 | Telephone: (415) 956-1000 |
| Seattle, WA 98101 | rstoler@lchb.com |
| Telephone: (206) 516-3880 | jdafa@lchb.com |
| jconnors@susmangodfrey.com | dhutchinson@lchb.com |
| | |
| J. Craig Smyser* | Betsy A. Sugar* |
| Samir Doshi* | **LIEFF CABRASER HEIMANN &** |
| **SUSMAN GODFREY L.L.P** | **BERNSTEIN, LLP** |
| One Manhattan West, 51st Floor, | 222 Second Ave., #1640 |
| New York, NY 10019 | Nashville, TN 37201 |
| Telephone: (212) 336-8330 | Telephone: (615) 313-9000 |
| Facsimile: (212) 336-8340 | bsugar@lchb.com |
| csmyser@susmangodfrey.com | *Co-Lead Class Counsel* |
| sdoshi@susmangodfrey.com | *(Pro Hac Vice)* |
| *Co-Lead Class Counsel* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD RE: DKT. 285** |

1   Class Plaintiffs seek leave to submit additional deposition testimony germane to the
2   parties' submissions to the Court regarding Anthropic's claims of innocent infringement and non-
3   willful violation of the Copyright Act. See Dkts. 280, 285, 313.
4       Since filing their response, Dkt. 285, Plaintiffs deposed Anthropic's Rule 30(b)(6) witness
5   Benjamin Mann, who Anthropic designated to testify about, *inter alia*, Anthropic's awareness
6   that the books acquired from LibGen and Pirate Library Mirror were pirated or otherwise made
7   available in violation of copyright law. In particular, Mr. Mann testified ███████████
8   ████████████████████████████████████████████
9   ████████████████████████████████████████████
10  ███████. See Ex. A (Mann Rough Aug. 15, 2025 Dep. Tr.) at 77:23-81:12, 84:7-85:8, 89:3-90:23,
11  91:12-92:7, 92:24-93:11, 101:3-18, 138:8-22, 241:7-243:21, 253:2-5, 261:9-23, 301:19-302:20.
12  Nevertheless, Mr. Mann made clear that—███████████████████████████
13  ████████████████████████████████████████████
14  ████████████████████████████████. See id.
15      Good cause exists for the Court to grant this motion and consider the attached material.
16  Mr. Mann's testimony—which was not available when Class Plaintiffs filed their response at Dkt.
17  285—only further confirms how Anthropic's selective disclosure of information about its state of
18  mind threatens to undermine the truth-seeking function of a jury: Anthropic will claim at trial that
19  it didn't know its mass torrenting from criminal enterprises was unlawful, admits that its state of
20  mind has been irredeemably tainted by the advice of counsel it received before and while it was
21  torrenting and exploiting these pirate datasets, yet refuses to disclose the communications that,
22  without a doubt, bore on its state of mind.
23      Class Plaintiffs respectfully request the Court consider this material when ruling on this
24  issue and have attached highlighted portions of Mr. Mann's rough deposition transcript for the
25  Court's reference.

26  Dated: August 18, 2025                    By: /s/ Justin Nelson

                                              Justin A. Nelson *
                                              Alejandra C. Salinas *
28                                            **SUSMAN GODFREY L.L.P**

                        1
            Plaintiffs' Motion for Leave
                  3:24-cv-05417

3290399.2

1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
mgervais@susmangodfrey.com

Jordan W. Connors *
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *
Samir Doshi*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
*Co-Lead Class Counsel*

Rachel Geman *
Jacob S. Miller*
Danna Z. Elmasry*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com
jmiller@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé Dafa (SBN 290637)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com
jdafa@lchb.com
dhutchinson@lchb.com

1
2
3
4
5
6

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3290399.2