1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10   ANDREA BARTZ and KIRK WALLACE            No.   C 24-05417 WHA
     JOHNSON, individually, and ANDREA
11   BARTZ, INC., CHARLES GRAEBER, and
     MJ + KJ, INC., individually and as
12   representatives of the class,

13               Plaintiffs,               **ORDER RE NOTICE FORM
                                           AND DISTRIBUTION PLAN**
14         v.

15   ANTHROPIC PBC,

16               Defendant.

17   ─────────────────────────────────

18         The order on class certification asked both sides to submit a "single, agreed proposed

19   notice and distribution program by noon on August 15, 2025" (Dkt. No. 317 at 2 (citing Dkt.

20   No. 244 at 30–31)).  A single proposal was received, but to what extent both sides agreed to it

21   remains unclear.

22         *On the one hand*:  "[T]he parties conferred to craft a notice package that satisfies

23   Rule 23, due-process requirements, and the specific directives of the Court's Certification

24   Order" (at 3).  "The parties agreed to the form of Class Notice" (at 2 n.1), as well as to the opt-

25   out process, the opt-out deadline, and other specific features of the distribution plan (at 9).

26   And, "[b]ecause the proposed notice and plan fully comport with Rule 23, constitutional due

27   process, and this Court's express instructions, the parties respectfully request that the Court

28   grant this motion" (at 3).

United States District Court
Northern District of California

1    *On the other hand*:  "Plaintiffs request the Court grant the Motion for Class Notice and

2    approve the Form of Notice" (at 11), with defendant declining to join (at 2 n.1).

3    To the extent defendant does not support the proposed form of notice and plan for

4    distribution of notice (including schedule), defendant shall please file any and all objections by

5    NOON ON AUGUST 20, 2025.

6    IT IS SO ORDERED.

7

8    Dated:  August 18, 2025.

9

10

11    WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

12

13

United States District Court
Northern District of California

2