| | |
|---|---|
| DOUGLAS A. WINTHROP (Bar No. 183532)<br>Douglas.Winthrop@arnoldporter.com<br>JOSEPH FARRIS (Bar No. 263405)<br>Joseph.Farris@arnoldporter.com<br>PIETER de GANON (Bar No. 320385)<br>Pieter.deGanon@arnoldpoter.com<br>JESSICA L. GILLOTTE (Bar No. 333517)<br>Jessica.Gillotte@arnoldporter.com<br>ESTAYVAINE BRAGG (Bar No. 341400)<br>Estayvaine.Bragg@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br><br>KATHLEEN R. HARTNETT (No. 314267)<br>khartnett@cooley.com<br>**COOLEY LLP**<br>Three Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant* ANTHROPIC PBC<br>(Additional Counsel on Next Page) | DARALYN J. DURIE (Bar No. 169825)<br>ddurie@mofo.com<br>RAMSEY FISHER (Bar No.334228)<br>ramseyfisher@mofo.com<br>JACKSON LANE (Bar No. 351633)<br>jlane@mofo.com<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br><br>MARK LEMLEY (Bar No. 155830)<br>mlemley@lex-lumina.com<br>**LEX LUMINA LLP**<br>700 S. Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>Telephone: (213) 600-6063 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE TO SUPPLEMENT RECORD (DKT 327-3)**<br><br>Judge: Honorable William H. Alsup |

ASSAD H. RAJANI (No. 251143)
Assad.Rajani@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

RYAN NISHIMOTO (No. 235208)
Ryan.Nishimoto@arnoldporter.com
OSCAR RAMALLO (No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

EPHRAIM MCDOWELL (*pro hac vice*)
emcdowell@cooley.com
ALEXANDER J. KASNER (No. 310637)
akasner@cooley.com
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

WHITNEY R. O'BYRNE (No. 325698)
WOByrne@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

FITZ BECKWITH COLLINGS (*pro hac vice*)
FCollings@mofo.com
MARY PRENDERGAST (No. 272737)
MPrendergast@mofo.com
ADITYA KAMDAR (No. 324567)
AKamdar@mofo.com
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

*Attorneys for Defendant*
ANTHROPIC PBC

Plaintiffs filed a Motion for Leave to Supplement the Record Re: Dkt. 285, in which Plaintiffs cite a portion of Mr. Mann's 30(b)(6) deposition testimony from Friday, August 15, 2025. (Dkt. No. 327-3.) Plaintiffs omit that they continued Mr. Mann's 30(b)(6) Deposition today, during which they asked Mr. Mann numerous additional questions on the same subject matter. Defendant Anthropic PBC ("Anthropic") intends to respond to the Motion to Leave and requests to have until Thursday, August 21, 2025 to do so.

Dated: August 18, 2025

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Douglas A. Winthrop*
DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

# CERTIFICATE OF SERVICE

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DEFENDANT ANTHROPIC PBC'S NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE TO SUPPLEMENT RECORD (DKT 327-3)**

Dated: August 18, 2025

                                                    */s/ Douglas A. Winthrop*
                                                    Douglas A. Winthrop