UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No.   C 24-05417 WHA<br><br>**NOTICE RE ORDER** |

At the time the judge entered the order asking defendant to submit any and all objections to the proposed form and distribution of class notice, the court had not yet seen defendant's filing the previous hour respecting class notice. Nevertheless, defendant will have the additional time specified in which to make any further objections.

**IT IS SO ORDERED.**

Dated: August 19, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE