UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No.  C 24-05417 WHA<br><br>**ORDER RE MOTION TO SUPPLEMENT RECORD RE IMPLIED WAIVER AND UPCOMING HEARING** |

Plaintiffs' motion for leave to supplement the record on what plaintiffs assert was defendant's implied or "at-issue" waiver of privilege (Dkt. No. 328) is **GRANTED**. Defendant's request to respond (Dkt. No. 331) is **GRANTED**, though the response is due by **NOON ON THURSDAY, AUGUST 21**. The response must remain within the scope of the supplemental filing; there is no leave for reply.

Both sides shall please appear to argue and answer questions about any implied waiver (Dkt. Nos. 271, 273, 280, 286, 312, 328, etc.) at **8:00 A.M. ON THURSDAY, AUGUST 28** in Courtroom 12. This issue will take most of our time that morning, with argument on the motion under Section 1292(b) or Local Rule 7-9 (Dkt. No. 241) taking less time.

**IT IS SO ORDERED.**

Dated:  August 19, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE