| | |
|---|---|
| COOLEY LLP<br>Kathleen R. Hartnett (314267)<br>(khartnett@cooley.com)<br>Three Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693 2222 | MORRISON & FOERSTER LLP<br>Daralyn J. Durie (169825)<br>(Ddurie@mofo.com)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>Douglas A. Winthrop (183532)<br>(Douglas.Winthrop@arnoldporter.com)<br>Joseph Farris (263405)<br>(Joseph.Farris@arnoldporter.com)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400 | MORRISON & FOERSTER LLP<br>Whitney R. O'Byrne (325698)<br>(WOByrne@mofo.com)<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>Attorneys for Defendant<br>ANTHROPIC PBC |

Attorneys for Defendant
ANTHROPIC PBC

*(Counsel continued on subsequent page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER,, AND KIRK WALLACE JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**ANTHROPIC'S RESPONSE TO PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE** |

1  COOLEY LLP
   Ephraim McDowell (*pro hac vice*)
2  (emcdowell@cooley.com)
   Alexander J. Kasner (310637)
3  (akasner@cooley.com)
4  1299 Pennsylvania Avenue NW, Suite 700
   Washington, DC 20004-2400
5  Telephone: (202) 842-7800
   Facsimile: (202) 842-7899
6
7  ARNOLD PORTER & KAYE SCHOLER
   LLP
8  Jessica L. Gillotte (333517)
   (Jessica.Gillotte@arnoldporter.com)
9  Estayvaine Bragg (341400)
   (Estayvaine.Bragg@arnoldporter.com)
10 Three Embarcadero Center, 10th Floor
   San Francisco, CA 94111-4024
11 Telephone: (415) 471-3100
12 Facsimile: (415) 471-3400

13 LEX LUMINA LLP
   Mark Lemley (155830)
14 (mlemley@lex-lumina.com)
15 700 S. Flower Street, Suite 1000
   Los Angeles, CA 90017
16 Telephone: (213) 600-6063
   Attorneys for Defendant
17 ANTHROPIC PBC

MORRISON & FOERSTER LLP
Ramsey W. Fisher (334228)
(RamseyFisher@mofo.com)
Jackson Lane (351633)
(jlane@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MORRISON & FOERSTER LLP
Fitz Beckwith Collings (*pro hac vice*)
(fcollings@mofo.com)
Mary Prendergast (272737)
(MPrendergast@mofo.com)
Aditya Vijay Kamdar (324567)
(AKamdar@mofo.com)
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

18
19
20
21
22
23
24
25
26
27
28

ANTHROPIC'S RESPONSE TO PLAINTIFFS'
MOTION TO APPROVE CLASS NOTICE
CASE NO. 3:24-CV-05417-WHA

1  Pursuant to ECF Nos. 330 and 332, Anthropic PBC ("Anthropic") respectfully submits this response to Plaintiffs' Motion to Approve Class Notice (ECF No. 317).

Anthropic incorporates by reference and in full its August 18, 2025 response to Plaintiffs' Motion (ECF No. 329). In light of the Court's allowance for Anthropic to provide "any further objections" (ECF No. 332), Anthropic responds that it lacks the necessary information to properly evaluate the notice plan and requested that information from Plaintiffs on August 18, 2025. Specifically, it requested by email that Plaintiffs provide by August 22, 2025 the underlying data supporting their representations regarding potential class member identification and outreach methodology (Exhibit 1). Anthropic needs this information to properly evaluate the notice plan's scope and effectiveness, and it objects to notice going out before Anthropic receives this information and has an opportunity to assess it.

Plaintiffs' proposed plan also contemplates notices being sent out starting September 1, 2025—the same day their proposed class list is due. Anthropic objects to notice going out without any meaningful opportunity to respond to and challenge the proposed class list, including by filing a Daubert motion challenging Plaintiffs' expert methodology. *See* Class Certification Order, ECF No. 244 at 17 n.3 (plaintiffs' methods "must withstand *Daubert* and defendants' exacting scrutiny"). Sending class notices that may be inaccurate serves no one—neither the absent class members nor Anthropic. Therefore, Anthropic should be permitted to evaluate and rebut the accuracy of the list before notices are issued.

Dated: August 20, 2025

MORRISON & FOERSTER LLP

By: _____
Daralyn J. Durie

*Attorneys for Defendant*
ANTHROPIC PBC