UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | No. C 24-05417 WHA<br><br>**CLARIFICATION TO ORDER (DKT. NO. 344)** |

With respect to ANTPRIV_0000575, the claim of privilege for the redaction at BATES 28528 is **OVERRULED**. Disregard the use of the word "latter."

**IT IS SO ORDERED.**

Dated: August 23, 2025.

*/s/ Harold J. McElhinny*
HAROLD J. MCELHINNY
SPECIAL MASTER