United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE
JOHNSON, individually, and ANDREA
BARTZ, INC., CHARLES GRAEBER, and
MJ + KJ, INC., individually and as
representatives of the class,

        Plaintiffs,

    v.

ANTHROPIC PBC,

        Defendant.

No.  C 24-05417 WHA

**ORDER RE STIPULATION**

The parties have stipulated to proposals regarding expert evidence (Dkt. No. 342).

Most of the proposals concern production of information underlying experts' reports or further inquiries into each other side's experts (including inquiries into communications among and between experts, parties, and counsel, as well as the subpoenas related thereto).  These portions (¶¶ 1–9, 11–12) are **ALLOWED**.

Another proposal concerns delaying disclosure of testifying experts' demonstrative exhibits.  This portion (¶ 10) is **DISALLOWED**.  Rule 26 and the undersigned's standing order require experts to attach these to their opening reports for obviously good reason.  The Court will not relax that requirement in advance.  But the Court will take into account whether minor modifications later would involve any actual prejudice to the other side.

United States District Court
Northern District of California

1    The remainder of the stipulation concerns *Daubert* deadlines.  The stipulated schedule for

2  the *Daubert* challenge to the per-work list (¶ 13) is **ALLOWED**.  Note well, however, that this

3  schedule pertains to a *Daubert* challenge to trial evidence.  It does not address use of the per-

4  work list for purposes of class notice.  The final provision respecting all other *Daubert*

5  challenges to trial evidence (¶ 14) is **ALLOWED**.

6    **IT IS SO ORDERED.**

8  Dated:  August 24, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE