| | |
|---|---|
| Justin A. Nelson* | Rachel Geman* |
| Alejandra C. Salinas* | Jacob S. Miller* |
| **SUSMAN GODFREY L.L.P** | Danna Z. Elmasry* |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN &** |
| Houston, TX 77002-5096 | **BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, NY 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Gervais (SBN 330731) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | Reilly T. Stoler (SBN 310761) |
| RNath@susmangodfrey.com | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| Jordan W. Connors* | 275 Battery Street, 29th Floor |
| **SUSMAN GODFREY L.L.P** | San Francisco, CA 94111-3339 |
| 401 Union Street, Suite 3000 | Telephone: (415) 956-1000 |
| Seattle, WA 98101 | rstoler@lchb.com |
| Telephone: (206) 516-3880 | jdafa@lchb.com |
| jconnors@susmangodfrey.com | dhutchinson@lchb.com |
| | |
| J. Craig Smyser* | Betsy A. Sugar* |
| Samir Doshi* | **LIEFF CABRASER HEIMANN &** |
| **SUSMAN GODFREY L.L.P** | **BERNSTEIN, LLP** |
| One Manhattan West, 51st Floor, | 222 Second Ave., #1640 |
| New York, NY 10019 | Nashville, TN 37201 |
| Telephone: (212) 336-8330 | Telephone: (615) 313-9000 |
| Facsimile: (212) 336-8340 | bsugar@lchb.com |
| csmyser@susmangodfrey.com | *Co-Lead Class Counsel* |
| sdoshi@susmangodfrey.com | |

*Co-Lead Class Counsel*
*(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF RACHEL GEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Rachel Geman, declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, attorneys for Plaintiffs and the class in the above-captioned class action. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This declaration is submitted in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed. I submit this declaration, in accordance with Civil Local Rules 79-5 and 7-11.

3. Plaintiffs' discovery letter brief and corresponding exhibits refer to and include various portions that have been designated as "Confidential" or "Highly Confidential" by Defendant Anthropic PBC under the Protective Order (Dkt. 63).

4. I am a member in good standing of the bar of New York, and have been admitted to this case *pro hac vice*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on August 24, 2025.

             */s/ Rachel Geman*  
                Rachel Geman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served August 24, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman