| | |
|---|---|
| 1  Justin A. Nelson* | Rachel Geman* |
|    Alejandra C. Salinas* | Jacob S. Miller* |
| 2  **SUSMAN GODFREY L.L.P** | Danna Z. Elmasry* |
|    1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN &** |
| 3  Houston, TX 77002-5096 | **BERNSTEIN, LLP** |
|    Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| 4  jnelson@susmangodfrey.com | New York, NY 10013-1413 |
|    asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| 5 | rgeman@lchb.com |
|    Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| 6  Michael Gervais (SBN 330731) | delmasry@lchb.com |
|    **SUSMAN GODFREY L.L.P** | |
| 7  1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
|    Los Angeles, CA 90067-2906 | Jallé Dafa (SBN 290637) |
| 8  Telephone: (310) 789-3100 | Reilly T. Stoler (SBN 310761) |
|    RNath@susmangodfrey.com | **LIEFF CABRASER HEIMANN &** |
| 9 | **BERNSTEIN, LLP** |
|    Jordan W. Connors* | 275 Battery Street, 29th Floor |
| 10 **SUSMAN GODFREY L.L.P** | San Francisco, CA 94111-3339 |
|    401 Union Street, Suite 3000 | Telephone: (415) 956-1000 |
| 11 Seattle, WA 98101 | rstoler@lchb.com |
|    Telephone: (206) 516-3880 | jdafa@lchb.com |
| 12 jconnors@susmangodfrey.com | dhutchinson@lchb.com |
| 13 J. Craig Smyser* | Betsy A. Sugar* |
|    Samir Doshi* | **LIEFF CABRASER HEIMANN &** |
| 14 **SUSMAN GODFREY L.L.P** | **BERNSTEIN, LLP** |
|    One Manhattan West, 51st Floor, | 222 Second Ave., #1640 |
| 15 New York, NY 10019 | Nashville, TN 37201 |
|    Telephone: (212) 336-8330 | Telephone: (615) 313-9000 |
| 16 Facsimile: (212) 336-8340 | bsugar@lchb.com |
|    csmyser@susmangodfrey.com | *Co-Lead Class Counsel* |
| 17 sdoshi@susmangodfrey.com | |

*Co-Lead Class Counsel*
*(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No.: 3:24-cv-05417-WHA <br><br> **DECLARATION OF JACOB S. MILLER IN SUPPORT OF PLAINTIFFS' DISCOVERY LETTER BRIEF** |

1  I, Jacob S. Miller, declare:

2  1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiffs in the above-captioned case. I am a member of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached as **Exhibit A** is a true and correct copy of an email sent by Plaintiffs' counsel to Anthropic's counsel on August 20, 2025.

3. Attached as **Exhibit B** is a true and correct copy of an email sent by Anthropic's counsel to Plaintiffs' counsel on August 23, 2025.

4. Attached as **Exhibit C** are true and correct copies of the deposition of Benjamin Mann on August 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2025 in New York, NY.

*/s/ Jacob S. Miller*
Jacob S. Miller

- 1 -

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF DISCOVERY LETTER BRIEF
CASE NO. 3:24-CV-05417-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served August 24, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman