**VIA ECF AND MAIL**

Special Master Harold J. McElhinny
1664 Ninth Ave.
San Francisco, CA 94122

                RE:    *Bartz et al. v. Anthropic PBC*, No. 3:24-CV-05417-WHA (N.D. Cal.)
                       Plaintiffs' Letter Motion to Compel 30(b)(6) Depositions

Dear Special Master McElhinny:

      Plaintiffs request an order compelling Anthropic to re-open the recent 30(b)(6) depositions of Ben Mann and Sarah Rodriguez for a total of three hours to address: (i) Anthropic's document repositories and retention; ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

      Anthropic agreed to prepare Mr. Mann and Ms. Rodriguez to testify about these topics but failed to do so, as Mr. Mann and Ms. Rodriguez repeatedly refused to provide any substantive response to Plaintiffs' questions. Plaintiffs are filing this motion as soon as practicable given the recency of the depositions and the parties' subsequent meet-and-confer efforts (Mr. Mann was deposed on August 15 and August 18, while Ms. Rodriguez was deposed on August 25).

## DISCUSSION

      ***Document Repositories and Retention.*** Anthropic designated Sarah Rodriguez as its representative to testify regarding the ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] Plaintiffs have sought a 30(b)(6) deposition on discovery for months. Plaintiffs first requested a deposition on these issues on June 11. On July 2, Plaintiffs requested that Anthropic "provide times as soon as practicable" for a deposition on discovery. Anthropic called the request "premature." On August 6, after multiple meet and confers, Anthropic finally designated a witness, but did not provide a date. On August 19, after all other Rule 30(b)(6) depositions had taken place, Anthropic informed Plaintiffs that the witness would be available on August 25.





\*\*\*

In light of Anthropic's failure to prepare its corporate designees appropriately, Plaintiffs respectfully request that the Special Master re-open the recent 30(b)(6) depositions of Ben Mann and Sarah Rodriguez for a total of three hours to discuss the issues identified above.

---

[3] In a subsequent meet-and-confer meeting on August 25, counsel for Anthropic informed Plaintiffs that Anthropic may supplement its interrogatory responses to explain whether such access logs have been retained. Absent that supplementation, however, Plaintiffs are not in a position to withdraw this request. And given the timelines of fact discovery in the case, Plaintiffs are compelled to file the instant motion.

Respectfully submitted,

*/s/ Samir Doshi*

Samir Doshi\*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51 Floor,
New York, NY 10019
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com

Justin A. Nelson \*
Alejandra C. Salinas \*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors \*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser \*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51 Floor,
New York, NY 10019
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com

Rachel Geman \*
Jacob S. Miller\*
Danna Z. Elmasry\*
**LIEFF CABRASER HEIMANN**

**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé Dafa (SBN 290637)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
jdafa@lchb.com
dhutchinson@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com