| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) <br> Alejandra C. Salinas (*pro hac vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br><br> Rohit D. Nath (SBN 316062) <br> Michael Adamson (SBN 321754) <br> **SUSMAN GODFREY L.L.P.** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br><br> Rachel Geman (*pro hac vice*) <br> Jacob S. Miller (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br><br> Daniel M. Hutchinson (SBN 239458) <br> Reilly T. Stoler (SBN 310761) <br> Jallé H. Dafa (SBN 290637) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br><br> *Co-Lead Counsel* <br><br> [Additional counsel listed in the signature block.] | Douglas A. Winthrop (Bar No. 183532) <br> Joseph Farris (Bar No. 263405) <br> Pieter de Ganon (Bar No. 320385) <br> Jessica L. Gillotte (Bar No. 333517) <br> Estayvaine Bragg (Bar No. 341400) <br> **ARNOLD & PORTER KAYE SCHOLER LLP** <br> Three Embarcadero Center 10th Floor <br> San Francisco, CA 94111-4024 <br> (415) 471-3100 <br> (415) 471-3400 (fax) <br> douglas.winthrop@aporter.com <br> joseph.farris@arnoldporter.com <br> pieter.deganon@arnoldporter.com <br> estayvaine.bragg@arnoldporter.com <br> jessica.gillotte@arnoldporter.com <br> estayvaine.bragg@arnoldporter.com <br><br> Daralyn J. Durie (Bar No. 169825) <br> Ramsey Fisher (Bar No.334228) <br> Jackson Lane (Bar No. 351633) <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, CA 94105 <br> (415) 268-7000 <br> (415) 268-7522 (fax) <br> DDurie@mofo.com <br> RamseyFisher@mofo.com <br> jlane@mofo.com <br><br> *Attorneys for Defendant Anthropic PBC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No.: 3:24-cv-05417-WHA <br><br> **NOTICE OF SETTLEMENT, JOINT STIPULATION FOR STAY, AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-12 and 6-2, Plaintiffs and Defendant Anthropic PBC ("Defendant" or "Anthropic") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on August 19, 2025, the Parties attended an arms-length mediation with a third-party neutral, the Hon. Layn Phillips, and have thereafter continued negotiations with the third-party neutral's assistance;

**WHEREAS**, the Parties have now reached a class-wide settlement memorialized in a binding term sheet;

**WHEREAS**, staying discovery in this matter and vacating all existing deadlines and hearings will preserve judicial resources and allow the Parties to focus their efforts on preparing all necessary documents supporting settlement approval on an expedited basis;

**WHEREAS**, a stay will not prejudice any party and will serve the interests of judicial economy;

**WHEREAS**, the Parties anticipate they will finalize and execute a full-form settlement agreement on or before September 3, 2025;

**WHEREAS**, Plaintiffs anticipate filing a motion for preliminary settlement approval by September 5, 2025, and anticipate requesting a hearing on that motion during the week of September 8, 2025; and

**WHEREAS**, the Parties are available to address scheduling of a preliminary approval hearing on August 28, 2025, if the Court desires.

**NOW, THEREFORE,** the Parties stipulate and agree as follows:

The Parties jointly request a stay of all fact and expert discovery deadlines and, further that all motions pending before the Court be taken off calendar.

**IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| Dated: August 26, 2025 | Respectfully submitted, |
| By: */s/ Justin A. Nelson* | By: */s/ Douglas A. Winthrop* |
| Justin A. Nelson (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com<br><br>*Co-Lead Counsel*<br><br>Rachel Geman *(pro hac vice)*<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>rgeman@lchb.com<br><br>*Co-Lead Counsel*<br><br>Rohit D. Nath (SBN 316062)<br>Michael Adamson (SBN 321754)<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>RNath@susmangodfrey.com<br>MAdamson@susmangodfrey.com<br><br>Daniel M. Hutchinson (SBN 239458)<br>Reilly T. Stoler (SBN 310761)<br>Jallé H. Dafa (SBN 290637)<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>dhutchinson@lchb.com<br>rstoler@lchb.com<br>jdafa@lchb.com | Douglas A. Winthrop (Bar No. 183532)<br>Joseph Farris (Bar No. 263405)<br>Pieter de Ganon (Bar No. 320385)<br>Jessica L. Gillotte (Bar No. 333517)<br>Estayvaine Bragg (Bar No. 341400)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center 10th Floor<br>San Francisco, CA 94111-4024<br>(415) 471-3100<br>(415) 471-3400 (fax)<br>douglas.winthrop@aporter.com<br>joseph.farris@arnoldporter.com<br>pieter.deganon@arnoldporter.com<br>estayvaine.bragg@arnoldporter.com<br>jessica.gillotte@arnoldporter.com<br>estayvaine.bragg@arnoldporter.com<br><br>Assad H. Rajani (Bar No. 251143)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306<br>(650) 319.4500<br>(650) 319-4700 (fax)<br>assad.rajani@arnoldporter.com |

| | |
|---|---|
| 1   Betsy A. Sugar (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN**<br>2   **& BERNSTEIN, LLP**<br>222 2nd Avenue S., Suite 1640<br>3   Nashville, TN 37201<br>Telephone: (615) 313-9000<br>4   bsugar@lchb.com<br>5<br>*Co-Lead Counsel* | Oscar Ramallo (Bar No. 241487)<br>Angel Tang Nakamura (Bar No. 205396)<br>Ryan M. Nishimoto (Bar No. 235208)<br>Allyson C. Myers (Bar No. 342038)<br>**ARNOLD & PORTER LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000<br>(213) 243-4199 (fax)<br>oscar.ramallo@arnoldporter.com<br>angel.nakamura@arnoldporter.com<br>ryan.nishimoto@arnoldporter.com<br>ally.myers@arnoldporter.com |

Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No.334228)
Jackson Lane (Bar No. 351633)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com
jlane@mofo.com

Whitney Rose O'Byrne (Bar No. 325698)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
(213) 892-5200
(213) 892-5454 (fax)
WOByrne@mofo.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

Mary Prendergast (Bar No. 272737)
Fitz Beckwith Collings (*pro hac vice*)
Aditya Vijay Kamdar (Bar No. 324567)
**MORRISON & FOERSTER LLP**
2100 L Street, N.W.
Washington, DC 20037
(202) 572-6757
(202) 887-0763 (fax)
MPrendergast@mofo.com
fcollings@mofo.com
AKamdar@mofo.com

| | |
|---|---|
| J. Craig Smyser (*pro hac vice*)<br>Samir H. Doshi (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P**<br>One Manhattan West, 51st Floor,<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com<br>sdoshi@susmangodfrey.com<br><br>Jacob S. Miller (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>jmiller@lchb.com<br>delmasry@lchb.com<br><br>*Co-Lead Counsel*<br><br>Scott J. Shoulder (*pro hac vice*)<br>CeCe M. Cole (*pro hac vice*)<br>**COWAN DEBAETS ABRAHAMS<br>& SHEPPARD LLP**<br>60 Broad Street, 30th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>sshoulder@cdas.com<br>ccole@cdas.com<br><br>*Additional Counsel for the Class*<br><br>Jay Edelson*<br>**EDELSON PC**<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>jedelson@edelson.com<br><br>Matthew J. Oppenheim*<br>Jeffrey M. Gould*<br>**OPPENHEIM & ZEBRAK LLP**<br>4530 Wisconsin Ave, NW, 5th Floor<br>Washington, DC 20016<br>Telephone: 202.450.3958<br>matt@oandzlaw.com<br><br>*Publishers' Coordinating Counsel* | Kathleen R. Hartnett<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>(415) 693-2071<br>(415) 693-2222 (fax)<br>khartnett@cooley.com<br><br><br><br><br><br><br><br><br><br><br><br><br>Alexander J. Kasner (Bar No. 310637)<br>Ephraim McDowell (*pro hac vice*)<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 776-2266<br>(202) 842-7899 (fax)<br>akasner@cooley.com<br>emcdowell@cooley.com<br><br><br><br><br><br><br><br><br><br><br>Mark Alan Lemley (Bar No. 155830)<br>**LEX LUMINA LLP**<br>700 S. Flower St., Suite 1000<br>Los Angeles, CA 90017<br>(650) 723-4605<br>mlemley@lex-lumina.com<br><br>*Attorneys for Defendant Anthropic PBC* |

- 4 -   STIPULATION AND [PROPOSED] ORDER RE STAY
CASE NO. 3:24-CV-05417

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
The Honorable William H. Alsup
United States District Court Judge

- 5 -

STIPULATION AND [PROPOSED] ORDER RE STAY
CASE NO. 3:24-CV-05417