UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

No.  C 24-05417 WHA

**ORDER RE SETTLEMENT IN PRINCIPLE**

The parties believe they have a settlement in principle reduced to a term sheet (Dkt. No. 354). Both sides shall file a motion for preliminary approval of class settlement by **NOON SEPTEMBER 5** for hearing **NOON SEPTEMBER 8, 2025**.

The hearing scheduled for this Thursday, August 28, is **VACATED**. The case will be stayed in the event that both sides file the above motion by noon on September 5. All proceedings before Special Master McElhinny are **STAYED**, subject to resumption in the event that the motion is not filed as represented by counsel, now by noon on September 5.

Nothing in this order affects the trial date or the final pretrial conference date or any other trial-related date in the event that the settlement craters.

**IT IS SO ORDERED.**

Dated: August 26, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE