UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHROPIC PBC,<br><br>　　　　Defendant. | No.  C 24-05417 WHA<br><br>**ORDER RE TELEPHONE CALL** |

　　Counsel for plaintiffs have telephoned the courtroom deputy seeking to delete a docket entry. This was improper. Such relief must be sought by motion.

　　**IT IS SO ORDERED.**

Dated: September 2, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE