| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) | Douglas A. Winthrop (Bar No. 183532) |
| Alejandra C. Salinas (*pro hac vice*) | Joseph Farris (Bar No. 263405) |
| **SUSMAN GODFREY L.L.P** | Pieter de Ganon (Bar No. 320385) |
| 1000 Louisiana Street, Suite 5100 | Jessica L. Gillotte (Bar No. 333517) |
| Houston, TX 77002-5096 | Estayvaine Bragg (Bar No. 341400) |
| Telephone: (713) 651-9366 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | Three Embarcadero Center 10th Floor |
| Rohit D. Nath (SBN 316062) | San Francisco, CA 94111-4024 |
| Michael Adamson (SBN 321754) | (415) 471-3100 |
| **SUSMAN GODFREY L.L.P** | (415) 471-3400 (fax) |
| 1900 Avenue of the Stars, Suite 1400 | douglas.winthrop@aporter.com |
| Los Angeles, CA 90067-2906 | joseph.farris@arnoldporter.com |
| Telephone: (310) 789-3100 | pieter.deganon@arnoldporter.com |
| | estayvaine.bragg@arnoldporter.com |
| Rachel Geman (*pro hac vice*) | jessica.gillotte@arnoldporter.com |
| Jacob S. Miller (*pro hac vice*) | estayvaine.bragg@arnoldporter.com |
| Danna Z. Elmasry (*pro hac vice*) | |
| **LIEFF CABRASER HEIMANN &** | Daralyn J. Durie (Bar No. 169825) |
| **BERNSTEIN, LLP** | Ramsey Fisher (Bar No.334228) |
| 250 Hudson Street, 8th Floor | Jackson Lane (Bar No. 351633) |
| New York, NY 10013-1413 | **MORRISON & FOERSTER LLP** |
| Telephone: (212) 355-9500 | 425 Market Street |
| | San Francisco, CA 94105 |
| Daniel M. Hutchinson (SBN 239458) | (415) 268-7000 |
| Reilly T. Stoler (SBN 310761) | (415) 268-7522 (fax) |
| Jallé Dafa (SBN 290637) | DDurie@mofo.com |
| **LIEFF CABRASER HEIMANN &** | RamseyFisher@mofo.com |
| **BERNSTEIN, LLP** | jlane@mofo.com |
| 275 Battery Street, 29th Floor | |
| San Francisco, CA 94111-3339 | *Attorneys for Defendant Anthropic PBC* |
| Telephone: (415) 956-1000 | |

*Co-Lead Counsel*

[Additional counsel listed in the signature block.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**JOINT ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 347-4** |

1   Pursuant to Civil Local Rule 7-11, Plaintiffs Andrea Bartz, Kirk Wallace Johnson, Charles
2   Graeber, MJ + KJ, Inc., and Andrea Bartz, Inc., ("Plaintiffs"), and Defendant Anthropic PBC
3   ("Anthropic") hereby move this Court to remove Exhibit A submitted electronically on August
4   25, 2025 as Dkt. 347-4 in Case No. 3:24-cv-5417-WHA.
5   Docket No. 347 is Plaintiffs' Administrative Motion to Consider Whether Another Party's
6   Materials Should Be Sealed. On Friday, August 29, 2025, Anthropic notified Plaintiffs that its
7   position was that Dkt. No. 347-4, Exhibit A, inadvertently referenced material that Anthropic had
8   clawed back on August 15, 2025. Plaintiffs promptly contacted the ECF Help Desk with
9   Anthropic's consent and approval. The ECF Help Desk has confirmed that this document is not
10  accessible by the public, and the Court instructed that expungement should be sought by motion.
11  For the foregoing reasons, the parties respectfully request that the Court grant this Motion
12  to Remove Incorrectly Filed Document: Docket No. 347-4.

Dated: September 2, 2025

By: */s/ Rachel Geman*

Justin A. Nelson (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com

*Co-Lead Counsel*

Rachel Geman (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

*Co-Lead Counsel*

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

Respectfully submitted,

By: */s/ Douglas A. Winthrop*

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Assad H. Rajani (Bar No. 251143)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319.4500
(650) 319-4700 (fax)
assad.rajani@arnoldporter.com

| | | |
|---|---|---|
| 1 | Daniel M. Hutchinson (SBN 239458) | Oscar Ramallo (Bar No. 241487) |
| 2 | Reilly T. Stoler (SBN 310761)<br>Jallé H. Dafa (SBN 290637) | Angel Tang Nakamura (Bar No. 205396)<br>Ryan M. Nishimoto (Bar No. 235208) |
| 3 | **LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP** | Allyson C. Myers (Bar No. 342038)<br>**ARNOLD & PORTER LLP** |
| 4 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 | 777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 |
| 5 | Telephone: (415) 956-1000<br>dhutchinson@lchb.com | (213) 243-4000<br>(213) 243-4199 (fax) |
| 6 | rstoler@lchb.com<br>jdafa@lchb.com | oscar.ramallo@arnoldporter.com<br>angel.nakamura@arnoldporter.com |
| 7 | Betsy A. Sugar (*pro hac vice*) | ryan.nishimoto@arnoldporter.com<br>ally.myers@arnoldporter.com |
| 8 | **LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP** | Daralyn J. Durie (Bar No. 169825) |
| 9 | 222 2nd Avenue S., Suite 1640<br>Nashville, TN 37201 | Ramsey Fisher (Bar No.334228)<br>Jackson Lane (Bar No. 351633) |
| 10 | Telephone: (615) 313-9000 | **MORRISON & FOERSTER LLP**<br>425 Market Street |
| 11 | bsugar@lchb.com | San Francisco, CA 94105<br>(415) 268-7000 |
| 12 | *Co-Lead Counsel* | (415) 268-7522 (fax)<br>DDurie@mofo.com |
| 13 | Alejandra C. Salinas (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P** | RamseyFisher@mofo.com<br>jlane@mofo.com |
| 14 | 1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 | Whitney Rose O'Byrne (Bar No. 325698) |
| 15 | Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com | **MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000 |
| 16 | asalinas@susmangodfrey.com | Los Angeles, CA 90017<br>(213) 892-5200 |
| 17 | | (213) 892-5454 (fax)<br>WOByrne@mofo.com |
| 18 | Jordan W. Connors (*pro hac vice*) | Mary Prendergast (Bar No. 272737) |
| 19 | **SUSMAN GODFREY L.L.P**<br>401 Union Street, Suite 3000 | Fitz Beckwith Collings (*pro hac vice*)<br>Aditya Vijay Kamdar (Bar No. 324567) |
| 20 | Seattle, WA 98101<br>Telephone: (206) 516-3880 | **MORRISON & FOERSTER LLP**<br>2100 L Street, N.W. |
| 21 | jconnors@susmangodfrey.com | Washington, DC 20037<br>(202) 572-6757 |
| 22 | J. Craig Smyser (*pro hac vice*)<br>Samir H. Doshi *(pro hac vice)* | (202) 887-0763 (fax)<br>MPrendergast@mofo.com |
| 23 | **SUSMAN GODFREY L.L.P**<br>One Manhattan West, 51st Floor, | fcollings@mofo.com<br>AKamdar@mofo.com |
| 24 | New York, NY 10019<br>Telephone: (212) 336-8330 | Kathleen R. Hartnett |
| 25 | csmyser@susmangodfrey.com<br>sdoshi@susmangodfrey.com | **COOLEY LLP**<br>3 Embarcadero Center, 20th Floor |
| 26 | Jacob S. Miller *(pro hac vice)* | San Francisco, CA 94111-4004<br>(415) 693-2071 |
| 27 | Danna Z. Elmasry *(pro hac vice)*<br>**LIEFF CABRASER HEIMANN** | (415) 693-2222 (fax)<br>khartnett@cooley.com |
| 28 | **& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor | |

| | | |
|---|---|---|
| 1 | New York, New York 10013-1413<br>Telephone: (212) 355-9500 | Alexander J. Kasner (Bar No. 310637)<br>Ephraim McDowell (*pro hac vice*) |
| 2 | jmiller@lchb.com<br>delmasry@lchb.com | **COOLEY LLP**<br>1299 Pennsylvania Avenue, NW, Suite 700 |
| 3 | *Co-Lead Counsel* | Washington, DC 20004-2400<br>(202) 776-2266 |
| 4 | | (202) 842-7899 (fax)<br>akasner@cooley.com |
| 5 | Scott J. Shoulder (*pro hac vice*)<br>CeCe M. Cole (*pro hac vice*) | emcdowell@cooley.com |
| 6 | **COWAN DEBAETS ABRAHAMS<br>& SHEPPARD LLP** | Mark Alan Lemley (Bar No. 155830) |
| 7 | 60 Broad Street, 30th Floor<br>New York, New York 10010 | **LEX LUMINA LLP**<br>700 S. Flower St., Suite 1000 |
| 8 | Telephone: (212) 974-7474<br>sshoulder@cdas.com | Los Angeles, CA 90017<br>(650) 723-4605 |
| 9 | ccole@cdas.com | mlemley@lex-lumina.com |
| 10 | *Additional Counsel for the Class* | *Attorneys for Defendant Anthropic PBC* |
| 11 | Jay Edelson*<br>**EDELSON PC** | |
| 12 | 350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654 | |
| 13 | Telephone: (312) 589-6370<br>jedelson@edelson.com | |
| 14 | Matthew J. Oppenheim* | |
| 15 | Jeffrey M. Gould*<br>**OPPENHEIM & ZEBRAK LLP** | |
| 16 | 4530 Wisconsin Ave, NW, 5th Floor<br>Washington, DC 20016 | |
| 17 | Telephone: 202.450.3958<br>matt@oandzlaw.com | |
| 18 | *Publishers' Coordinating Counsel* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served September 2, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman