1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET NO. 347-4** |

3307167.1

1    The parties have moved to remove incorrectly filed Docket No. 347-4. Having considered

2    the request and finding good cause therefore, the Court hereby GRANTS the parties'

3    Administrative Motion to Remove Incorrectly Filed Document: Docket Nos. 347-4.

4

5    **IT IS SO ORDERED.**

6

7    DATED: _____, 2025

8                                        _____
                                          Honorable Judge William H. Alsup
                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28