| | |
|---|---|
| DOUGLAS A. WINTHROP (No. 183532)<br>Douglas.Winthrop@arnoldporter.com<br>JOSEPH FARRIS (No. 263405)<br>Joseph.Farris@arnoldporter.com<br>PIETER de GANON (No. 320385)<br>Pieter.deGanon@arnoldpoter.com<br>JESSICA L. GILLOTTE (No. 333517)<br>Jessica.Gillotte@arnoldporter.com<br>ESTAYVAINE BRAGG (No. 341400)<br>Estayvaine.Bragg@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br><br>KATHLEEN R. HARTNETT (No. 314267)<br>khartnett@cooley.com<br>**COOLEY LLP**<br>Three Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant* ANTHROPIC PBC<br>(Additional Counsel on Next Page) | DARALYN J. DURIE (No. 169825)<br>ddurie@mofo.com<br>RAMSEY FISHER (No.334228)<br>ramseyfisher@mofo.com<br>JACKSON LANE (No. 351633)<br>jlane@mofo.com<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br><br>MARK LEMLEY (No. 155830)<br>mlemley@lex-lumina.com<br>**LEX LUMINA LLP**<br>700 S. Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>Telephone: (213) 600-6063 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable William H. Alsup |

| | |
|---|---|
| ASSAD H. RAJANI (No. 251143) | WHITNEY R. O'BYRNE (No. 325698) |
| Assad.Rajani@arnoldporter.com | WOByrne@mofo.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **MORRISON & FOERSTER LLP** |
| 3000 El Camino Real, Suite 500 | 707 Wilshire Boulevard |
| Palo Alto, CA 94306-3807 | Los Angeles, CA 90017-3543 |
| Telephone: (650) 319-4500 | Telephone: (213) 892-5200 |
| Facsimile: (650) 319-4700 | Facsimile: (213) 892-5454 |
| | |
| RYAN NISHIMOTO (No. 235208) | FITZ BECKWITH COLLINGS (*pro hac vice*) |
| Ryan.Nishimoto@arnoldporter.com | FCollings@mofo.com |
| OSCAR RAMALLO (No. 241487) | MARY PRENDERGAST (No. 272737) |
| Oscar.Ramallo@arnoldporter.com | MPrendergast@mofo.com |
| ALLYSON MYERS (No. 342038) | ADITYA KAMDAR (No. 324567) |
| Ally.Myers@arnoldporter.com | AKamdar@mofo.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **MORRISON & FOERSTER LLP** |
| 777 South Figueroa Street, 44th Floor | 2100 L Street, NW, Suite 900 |
| Los Angeles, CA 90017-5844 | Washington, D.C. 20037 |
| Telephone: (213) 243-4000 | Telephone: (202) 887-1500 |
| Facsimile: (213) 243-4199 | Facsimile: (202) 887-0763 |

EPHRAIM MCDOWELL (*pro hac vice*)
emcdowell@cooley.com
ALEXANDER J. KASNER (No. 310637)
akasner@cooley.com
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Defendant*
ANTHROPIC PBC

Pursuant to Civil Local Rule 79-5, Defendant Anthropic PBC ("Anthropic") moves to maintain under seal portions of Exhibits A[1] and B that Plaintiffs provisionally filed under seal on August 24, 2025 (Dkt. No. 347) because they contain highly confidential, nonpublic Anthropic business information and technical access details that could allow the public to directly access Anthropic's file systems.

Anthropic requests only narrowly tailored redactions of this sensitive information. Anthropic respectfully requests that the information subject to this motion be sealed so that it remains confidential for the reasons detailed in the Declaration of Allyson Myers in Support of Defendant Anthropic PBC's Administrative Motion to Seal ("Myers Sealing Declaration") and as set forth in the Proposed Order, which is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed, and also attaches proposed redacted versions of each document sought to be sealed in part.

## I.    LEGAL STANDARD

A party seeking to seal material is required to establish that the document, or portions thereof, are sealable. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79, 1182 (9th Cir. 2006). Where the underlying filing is "more than tangentially related to the merits of a case," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097, 1101-02 (9th Cir. 2016), the moving party must make a showing of "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure," *Kamakana*, 447 F.3d at 1178-79 (citation omitted).  Where, as here, the material is related to a discovery matter, the party seeking to seal material need only show good cause.  *Kamakana*, 447 F.3d at 1179.

The Ninth Circuit also recognizes that preventing the release of proprietary information and/or trade secrets is a compelling reason for sealing. *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011) ("The publication of materials that could result in infringement upon trade secrets has long been considered a factor that would overcome this strong presumption."). Examples of what might

---

[1] Plaintiffs originally filed a version of Exhibit A at ECF 347-4 that included information that Anthropic clawed back as privileged. Plaintiffs are concurrently filing a joint motion to expunge Exhibit A in ECF 347-4. Accordingly, the instant motion seeks to seal a corrected version of Exhibit A in which privileged information is redacted in black, while proposed redactions for confidentiality are highlighted in yellow.

1  constitute a compelling reason or good cause to seal include "sources of business information that might harm a litigant's competitive standing." *Ctr. for Auto Safety,* 809 F.3d at 1097 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598-99 (1978)); *U.S. Ethernet Innovations, LLC v. Acer, Inc.*, 2014 WL 6664621, at *1 (N.D. Cal. Nov. 24, 2014) (finding compelling reasons to seal "proprietary literature describing the structure, configuration, and operation of the … technology"); *Guzik Tech. Enters., Inc. v. W. Digit. Corp.*, 2013 WL 6092852, at *11-12 (N.D. Cal. Nov. 19, 2013) (granting motion to seal confidential information regarding the plaintiff's technology where the disclosure of that information would harm the plaintiff's competitive standing).

## II.  THERE ARE COMPELLING REASONS TO SEAL

Anthropic respectfully requests that this Court seal portions of the documents described in the table below because they contain Anthropic's highly confidential and trade secret information such that the public disclosure of this highly sensitive information would cause competitive injury to Anthropic.

| Exhibit | Document Description | Portions to Seal |
|---|---|---|
| 347-4 | Exhibit A: August 20, 2025 email from Jacob S. Miller | **Yellow** highlighted portions |
| 347-5 | Exhibit B: August 23, 2025 email from Cameron Klein | **Yellow** highlighted portions |

In making this request, Anthropic has carefully considered the legal standard and sought to seal the narrowest portions of documents on the public docket as possible, such that no less restrictive alternative to sealing is available. The information that Anthropic seeks to seal comprises link information that poses a security risk to internal files, highly confidential and trade secret information regarding Anthropic's negotiations and transaction details for specific types of training data, and strategic information regarding Anthropic's pre-training process. Public disclosure would create a significant risk of competitive harm for Anthropic because competitors could utilize it to modify their own business strategies and technical practices in order to gain a competitive advantage over Anthropic. Such harm could not be avoided by less restrictive means than the narrowly tailored sealing of these documents.

Moreover, the link access information Anthropic seeks to seal is not related to the merits of the case, meaning that the public has little to no interest in viewing the materials. *Ctr. for Auto Safety*, 809 F.3d at 1101–02. Anthropic has redacted a link that provides access information to Anthropic's internal files. *See* Myers Sealing Declaration ¶ 2. This information is not related to the merits of any motion or claim in this case.

### III. CONCLUSION

For the foregoing reasons, Anthropic respectfully requests that this Court grant this administrative motion.

Dated: September 2, 2025                                                    Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:   */s/ Douglas A. Winthrop*
        DOUGLAS A. WINTHROP

        *Attorneys for Defendant*
        ANTHROPIC PBC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, 10th Floor, San Francisco, California 94111. On September 2, 2025, the foregoing **DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**, and accompanying declarations and exhibits thereto, were electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com
jmiller@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed September 2, 2025 at San Francisco, California.

/s/ *[signature]*

JEROME E. FERRER