1  DOUGLAS A. WINTHROP (No. 183532)
   Douglas.Winthrop@arnoldporter.com
2  JOSEPH FARRIS (No. 263405)
   Joseph.Farris@arnoldporter.com
3  PIETER de GANON (No. 320385)
   Pieter.deGanon@arnoldpoter.com
4  JESSICA L. GILLOTTE (No. 333517)
   Jessica.Gillotte@arnoldporter.com
5  ESTAYVAINE BRAGG (No. 341400)
   Estayvaine.Bragg@arnoldporter.com
6  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
7  San Francisco, CA 94111-4024
   Telephone: (415) 471-3100
8  Facsimile: (415) 471-3400

9  KATHLEEN R. HARTNETT (No. 314267)
   khartnett@cooley.com
10 **COOLEY LLP**
   Three Embarcadero Center, 20th Floor
11 San Francisco, CA 94111-4004
   Telephone: (415) 693-2000
12 Facsimile: (415) 693-2222

DARALYN J. DURIE (No. 169825)
ddurie@mofo.com
RAMSEY FISHER (No.334228)
ramseyfisher@mofo.com
JACKSON LANE (No. 351633)
jlane@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

MARK LEMLEY (No. 155830)
mlemley@lex-lumina.com
**LEX LUMINA LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

*Attorneys for Defendant* ANTHROPIC PBC
(Additional Counsel on Next Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DECLARATION OF ALLYSON MYERS IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Honorable William H. Alsup |

| | |
|---|---|
| ASSAD H. RAJANI (No. 251143) | WHITNEY R. O'BYRNE (No. 325698) |
| Assad.Rajani@arnoldporter.com | WOByrne@mofo.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **MORRISON & FOERSTER LLP** |
| 3000 El Camino Real, Suite 500 | 707 Wilshire Boulevard |
| Palo Alto, CA 94306-3807 | Los Angeles, CA 90017-3543 |
| Telephone: (650) 319-4500 | Telephone: (213) 892-5200 |
| Facsimile: (650) 319-4700 | Facsimile: (213) 892-5454 |
| | |
| RYAN NISHIMOTO (No. 235208) | FITZ BECKWITH COLLINGS (*pro hac vice*) |
| Ryan.Nishimoto@arnoldporter.com | FCollings@mofo.com |
| OSCAR RAMALLO (No. 241487) | MARY PRENDERGAST (No. 272737) |
| Oscar.Ramallo@arnoldporter.com | MPrendergast@mofo.com |
| ALLYSON MYERS (No. 342038) | ADITYA KAMDAR (No. 324567) |
| Ally.Myers@arnoldporter.com | AKamdar@mofo.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **MORRISON & FOERSTER LLP** |
| 777 South Figueroa Street, 44th Floor | 2100 L Street, NW, Suite 900 |
| Los Angeles, CA 90017-5844 | Washington, D.C. 20037 |
| Telephone: (213) 243-4000 | Telephone: (202) 887-1500 |
| Facsimile: (213) 243-4199 | Facsimile: (202) 887-0763 |

EPHRAIM MCDOWELL (*pro hac vice*)
emcdowell@cooley.com
ALEXANDER J. KASNER (No. 310637)
akasner@cooley.com
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Defendant*
ANTHROPIC PBC

I, Allyson Myers, hereby declare as follows:

1. I am an associate at Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Anthropic PBC ("Anthropic") in this matter. I am an attorney duly licensed to practice law in the State of California. I make this declaration in support of Anthropic's Administrative Motion to File Documents Under Seal.

2. I have reviewed the documents that are the subject of Anthropic's present request to seal, which are attached as Exhibits A[1] and B that Plaintiffs provisionally filed under seal on August 24, 2025. (Dkt. No. 347.) As summarized in the table below, these materials (or portions of these materials) contain highly confidential, nonpublic Anthropic business information and technical access details that could allow the public to directly access Anthropic's file systems.

| Exhibit | Document Description | Portions to Seal | Reason |
|---|---|---|---|
| 347-4 | Exhibit A: August 20, 2025 email from Jacob S. Miller | **Yellow** highlighted portions | Reveals storage paths of Anthropic filesystems. Redaction is necessary to protect the security of Anthropic's information stored on the linked systems. These file paths themselves contain no information related to the merits of any issue in this case, and the public has no interest in their disclosure.<br><br>*See also* 5/22/2025 Declaration of Jared Kaplan, ¶ 19 (Dkt. No. 205-3).<br><br>Reveals highly confidential trade secrets regarding the process steps, vendor commitments, and strategic importance of Anthropic's content acquisition strategy. Disclosure of this sensitive commercial information would inflict severe competitive harm by providing rivals with critical intelligence to assess Anthropic's resource allocation, strategic priorities, and confidence level in this initiative, thereby enabling competitors to make more informed decisions (without the commensurate investment) about whether to pursue competing projects and how to |

---

[1] Plaintiffs originally filed a version of Exhibit A at ECF 347-4 that included information that Anthropic clawed back as privileged. Plaintiffs are concurrently filing a joint motion to expunge Exhibit A in ECF 347-4. Accordingly, the instant motion seeks to seal the corrected version of Exhibit A with privileged information redacted in black and proposed redactions for confidentiality highlighted in yellow.

| | | | |
|---|---|---|---|
| | | | structure their own approach to maximize competitive advantage. Further, revealing the details of existing data deals would fundamentally compromise Anthropic's negotiating position with current and prospective counterparties. Those counterparties are likely to seek to obtain higher compensation in negotiating future data deals with Anthropic based on public information about prices Anthropic has paid in other deals.<br><br>*See* Declaration of Tom Turvey, ECF No. 205-4, ¶¶ 7-10.<br><br>The document also reveals strategic details about Anthropic's pre-training process, which is an important competitive secret and the result of research and development expenditures. Disclosure of this information would allow Anthropic's competitors to free ride on research and development efforts that required a significant expenditure of time, money, and resources for Anthropic to develop in order to produce models with similar performance capabilities.<br><br>*See* Declaration of Jared Kaplan, ECF No. 205-3 ¶ 11. |
| 347-5 | Exhibit B: August 23, 2025 email from Cameron Klein | **Yellow** highlighted portions | Reveals storage paths of Anthropic filesystems. Redaction is necessary to protect the security of Anthropic's information stored on the linked systems. These file paths themselves contain no information related to the merits of any issue in this case, and the public has no interest in their disclosure.<br><br>*See also* 5/22/2025 Declaration of Jared Kaplan, ¶ 19 (Dkt. No. 205-3). |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2025, in San Francisco, California.

                                        */s/ Allyson Myers*
                                        ALLYSON MYERS