|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **NORTHERN DISTRICT OF CALIFORNIA** |
| | **SAN FRANCISCO DIVISION** |

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 3:24-CV-05417-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

This matter comes before the Court on Defendant Anthropic PBC's ("Anthropic") Administrative Motion to File Documents Under Seal. Having considered the motion and documents submitted in support, the Court finds good cause and GRANTS the motion to seal as indicated in the table below.

| Exhibit | Document Description | Portions to Seal |
|---|---|---|
| 347-4 | Exhibit A: August 20, 2025 email from Jacob S. Miller | **Yellow** highlighted portions |
| 347-5 | Exhibit B: August 23, 2025 email from Cameron Klein | **Yellow** highlighted portions |

**IT IS SO ORDERED.**

Dated: _____, 2025

HON. WILLIAM H. ALSUP