1  Justin A. Nelson (*pro hac vice*)           Douglas A. Winthrop (Bar No. 183532)
   Alejandra C. Salinas (*pro hac vice*)        Joseph Farris (Bar No. 263405)
2  **SUSMAN GODFREY L.L.P.**                     Pieter de Ganon (Bar No. 320385)
   1000 Louisiana Street, Suite 5100            Jessica L. Gillotte (Bar No. 333517)
3  Houston, TX 77002-5096                        Estayvaine Bragg (Bar No. 341400)
   Telephone: (713) 651-9366                     **ARNOLD & PORTER KAYE SCHOLER LLP**
4                                                Three Embarcadero Center 10th Floor
   Rohit D. Nath (SBN 316062)                    San Francisco, CA 94111-4024
5  Michael Adamson (SBN 321754)                  (415) 471-3100
   **SUSMAN GODFREY L.L.P.**                     (415) 471-3400 (fax)
6  1900 Avenue of the Stars, Suite 1400          douglas.winthrop@aporter.com
   Los Angeles, CA 90067-2906                    joseph.farris@arnoldporter.com
7  Telephone: (310) 789-3100                     pieter.deganon@arnoldporter.com
                                                 estayvaine.bragg@arnoldporter.com
8  Rachel Geman (*pro hac vice*)                 jessica.gillotte@arnoldporter.com
   Jacob S. Miller (*pro hac vice*)              estayvaine.bragg@arnoldporter.com
9  Danna Z. Elmasry (*pro hac vice*)
   **LIEFF CABRASER HEIMANN**                    Daralyn J. Durie (Bar No. 169825)
10 **& BERNSTEIN, LLP**                          Ramsey Fisher (Bar No.334228)
   250 Hudson Street, 8th Floor                  Jackson Lane (Bar No. 351633)
11 New York, New York 10013-1413                 **MORRISON & FOERSTER LLP**
   Telephone: (212) 355-9500                     425 Market Street
12                                               San Francisco, CA 94105
   Daniel M. Hutchinson (SBN 239458)             (415) 268-7000
13 Jallé H. Dafa (SBN  290637)                   (415) 268-7522 (fax)
   Amelia Haselkorn (SBN 339633)                 DDurie@mofo.com
14 **LIEFF CABRASER HEIMANN**                    RamseyFisher@mofo.com
   **& BERNSTEIN, LLP**                          jlane@mofo.com
15 275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339                  *Attorneys for Defendant Anthropic PBC*
16 Telephone: (415) 956-1000

17 *Co-Lead Counsel*

18 [Additional counsel listed in the signature block.]

19                    UNITED STATES DISTRICT COURT
20                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
21

22  ANDREA BARTZ, ANDREA BARTZ, INC., )   Case No.: 3:24-cv-05417-WHA
    CHARLES GRAEBER, KIRK WALLACE      )
23  JOHNSON, and MJ + KJ, INC., individually )   **STIPULATION AND [PROPOSED] ORDER**
    and on behalf of others similarly situated, )   **EXTENDING PAGE LIMIT FOR THE**
24                                        )   **MEMORANDUM OF POINTS AND**
                                          )   **AUTHORITIES IN SUPPORT OF MOTION**
25            Plaintiffs,                 )   **FOR PRELIMINARY APPROVAL OF**
                                          )   **CLASS SETTLEMENT**
26  v.                                    )
                                          )
27  ANTHROPIC PBC,                        )
                                          )
28            Defendant.                  )

1      1.      WHEREAS, the Parties have reached a proposed Settlement Agreement resolving the claims

2  asserted in this Action;

3      2.      WHEREAS, under Federal Rule of Civil Procedure 23(e) and this District's Procedural

4  Guidance for Class Action Settlements, a motion for preliminary approval of a class action settlement must

5  address all the factors under Rules 23(a), (b)(3), and (e)(2) as well as thirteen separate factors under the

6  Procedural Guidance;

7      3.      WHEREAS, to sufficiently address the factors noted above, Plaintiffs respectfully request up

8  to twenty-eight (28) pages for their memorandum and points of authorities in support of their motion for

9  preliminary approval;

10      4.      WHEREAS, all parties consent to the relief sought herein.

11

12      IT IS THEREFORE STIPULATED AND AGREED, by the parties, through their respective counsel

13  of record, that, subject to the Court's approval, Plaintiffs may submit a memorandum and points of authorities

in support of their motion for preliminary approval of up to twenty-eight (28) pages.

14

15

16

17

18  Dated:  September 5, 2025                      Respectfully submitted,

19  By: */s/ Daniel M. Hutchinson*                      By: */s/ Douglas A. Winthrop*

20  Rachel Geman *(pro hac vice)*                      Douglas A. Winthrop (Bar No. 183532)
    Jacob S. Miller *(pro hac vice)*                      Joseph Farris (Bar No. 263405)
21  Danna Z. Elmasry *(pro hac vice)*                      Pieter de Ganon (Bar No. 320385)
    **LIEFF CABRASER HEIMANN**                          Jessica L. Gillotte (Bar No. 333517)
22  **& BERNSTEIN, LLP**                               Estayvaine Bragg (Bar No. 341400)
    250 Hudson Street, 8th Floor                        **ARNOLD & PORTER KAYE SCHOLER LLP**
23  New York, New York 10013-1413                       Three Embarcadero Center 10th Floor
    Telephone: (212) 355-9500                           San Francisco, CA 94111-4024
24  rgeman@lchb.com                                    (415) 471-3100
    jmiller@lchb.com                                   (415) 471-3400 (fax)
25  delmasry@lchb.com                                  douglas.winthrop@aporter.com
                                                       joseph.farris@arnoldporter.com
26                                                     pieter.deganon@arnoldporter.com
                                                       estayvaine.bragg@arnoldporter.com
27                                                     jessica.gillotte@arnoldporter.com
                                                       estayvaine.bragg@arnoldporter.com
28

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT
                                                       FOR MPA ISO PRELIM APPROVAL OF CLASS SETTLEMENT
                                                       CASE NO. 3:24-CV-05417

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN  290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Assad H. Rajani (Bar No. 251143)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319.4500
(650) 319-4700 (fax)
assad.rajani@arnoldporter.com

Oscar Ramallo (Bar No. 241487)
Angel Tang Nakamura (Bar No. 205396)
Ryan M. Nishimoto (Bar No. 235208)
Allyson C. Myers (Bar No. 342038)
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
oscar.ramallo@arnoldporter.com
angel.nakamura@arnoldporter.com
ryan.nishimoto@arnoldporter.com
ally.myers@arnoldporter.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No.334228)
Jackson Lane (Bar No. 351633)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com
jlane@mofo.com

Whitney Rose O'Byrne (Bar No. 325698)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
(213) 892-5200
(213) 892-5454 (fax)
WOByrne@mofo.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51ˢᵗ Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30ᵗʰ Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

Mary Prendergast (Bar No. 272737)
Fitz Beckwith Collings (*pro hac vice*)
Aditya Vijay Kamdar (Bar No. 324567)
**MORRISON & FOERSTER LLP**
2100 L Street, N.W.
Washington, DC 20037
(202) 572-6757
(202) 887-0763 (fax)
MPrendergast@mofo.com
fcollings@mofo.com
AKamdar@mofo.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2071
(415) 693-2222 (fax)
khartnett@cooley.com

Alexander J. Kasner (Bar No. 310637)
Ephraim McDowell (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 776-2266
(202) 842-7899 (fax)
akasner@cooley.com
emcdowell@cooley.com

Mark Alan Lemley (Bar No. 155830)
**LEX LUMINA LLP**
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
(650) 723-4605
mlemley@lex-lumina.com

*Attorneys for Defendant Anthropic PBC*

1

**ATTESTATION**

2    Pursuant to Civil Local Rule 5.1(i)(3) regarding signatures, I attest that I have obtained concurrence

3    in the filing of this document from the signatories identified above.

4

5    Dated:  September 5, 2025

By: */s/ Daniel M. Hutchinson*
Daniel M. Hutchinson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT
FOR MPA ISO PRELIM APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:24-CV-05417

1

**[PROPOSED] ORDER**

2

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS

3

the parties' Stipulation Extending Page Limit for the Memorandum of Points and Authorities in Support of

4

Plaintiffs' Forthcoming Motion for Preliminary Approval of Class Settlement.

5

6

PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8

9

DATED: _____, 2025

10

_____ _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT
FOR MPA ISO PRELIM APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:24-CV-05417