| | |
|---|---|
| Justin A. Nelson* | Rachel Geman* |
| Alejandra C. Salinas* | Jacob S. Miller* |
| **SUSMAN GODFREY L.L.P.** | Danna Z. Elmasry* |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN &** |
| Houston, TX 77002-5096 | **BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, NY 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P.** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | **LIEFF CABRASER HEIMANN &** |
| rnath@susmangodfrey.com | **BERNSTEIN, LLP** |
| madamson@susmangodfrey.com | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| Jordan W. Connors* | Telephone: (415) 956-1000 |
| **SUSMAN GODFREY L.L.P.** | dhutchinson@lchb.com |
| 401 Union Street, Suite 3000 | jdafa@lchb.com |
| Seattle, WA 98101-2683 | |
| Telephone: (206) 516-3880 | Betsy A. Sugar* |
| jconnors@susmangodfrey.com | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| J. Craig Smyser* | 222 Second Ave., #1640 |
| Samir Doshi* | Nashville, TN 37201-2375 |
| **SUSMAN GODFREY L.L.P.** | Telephone: (615) 313-9000 |
| One Manhattan West, 51st Floor, | bsugar@lchb.com |
| New York, NY 10001-8602 | |
| Telephone: (212) 336-8330 | *Co-Lead Class Counsel* |
| csmyser@susmangodfrey.com | *(Pro Hac Vice)* |
| sdoshi@susmangodfrey.com | |

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **DECLARATION OF RACHEL GEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Rachel Geman, declare:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, attorney for Plaintiffs and the Class in the above-captioned class action. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This declaration is submitted in support of Plaintiffs' Administrative Motion to File Under Seal. I submit this declaration, in accordance with Civil Local Rules 79-5 and 7-11.

3. In reaching the Settlement Agreement, the parties' negotiated an opt-out threshold. As explained in Section 7.2 of the Settlement Agreement, if the threshold is reached, the Settling Parties are permitted to terminate the Settlement Agreement.

4. The precise number of the opt out threshold should be kept confidential to discourage the well-recognized potential for abuse of this information, including potentially by those who do not share the Class's interests.

5. In their Settlement Agreement, the parties agreed that the opt out threshold should be kept confidential.

6. I am a member in good standing of the bar of New York, and have been admitted to this case *pro hac vice*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on September 5, 2025.

                                             */s/ Rachel Geman*
                                                Rachel Geman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served September 5, 2025 upon counsel of record via service by ECF.

/s/ *Rachel Geman*
Rachel Geman