1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8                              SAN FRANCISCO DIVISION
9

10  ANDREA BARTZ, ANDREA BARTZ, INC.,              Case No. 3:24-cv-05417-WHA
    CHARLES GRAEBER, KIRK WALLACE
11  JOHNSON, and MJ + KJ, INC., individually and
    on behalf of others similarly situated,        **[PROPOSED] ORDER RE PLAINTIFFS'**
12                                                 **ADMINISTRATIVE MOTION TO SEAL**
            Plaintiffs,
13
      v.
14
    ANTHROPIC PBC,
15
            Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED THAT:**

Having considered Plaintiffs' Administrative Motion to Seal and all attendant documents, the Court hereby **GRANTS / DENIES / GRANTS IN PART** the Motion as follows:

| DOCUMENT | PORTIONS TO SEAL | GRANT | DENY | GRANT IN PART |
|---|---|---|---|---|
| Ex. A, Settlement Agreement | Yellow highlighted portion of ¶ 7.2 | | | |

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
The Honorable William H. Alsup
United States District Judge