UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>   Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC,<br><br>   Defendant. | No.   C 24-05417 WHA<br><br>**ORDER GRANTING ADDITIONAL PAGES** |

   The ordinary 25-page limit is relaxed to 28 pages for the memorandum and points of authorities in support of the motion for preliminary approval of class settlement to be filed by today at noon. This order does not opine on the substantive requirements to be met in those pages.

   **IT IS SO ORDERED.**

Dated: September 5, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE