# EXHIBIT C



**Lieff**
**Cabraser**
**Heimann**&
**Bernstein**
Attorneys at Law

# Rachel Geman
## PARTNER

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
t 212.355.9500
f 212.355.9592
rgeman@lchb.com

# Working for Employees, Whistleblowers, and Consumers

Rachel Geman, a partner in the New York office, chairs the firm's Whistleblower Law/False Claims Act practice group and combats frauds that harm her clients in their lives and misconduct that threatens the fairness and safety of their workplaces and communities.

Exemplar matters:

- **Employment and Civil Rights:** Appointed Co-Lead Class Counsel in forced labor case vindicating the rights of 200 workers who were Colombian nationals or of Colombian origin (2024); represented a certified class of female employees who secured a $215 million settlement in the Goldman Sachs Gender litigation (2023); served as Co-Lead Counsel representing the City of Philadelphia in Fair Housing Act litigation against Wells Fargo resulting in the bank's funding city programs for communities affected by lending discrimination and agreeing to other relief (2019); represented employee benefit plans in recovering $65 million from AXA Rosenberg.

- **Health Care and Whistleblower:** Represented whistleblower in $8.4 million cybersecurity settlement (2025); Appointed Co-Lead Class Counsel for the medical monitoring class in Valsartan contaminated drug litigation (2023); Lead Counsel for the whistleblower in litigation against AbbVie involving the marketing of Humira securing $27 million and, in California, programmatic relief (2023); Lead Counsel for the whistleblowers in matter involving fraud in New York's Indigent Care Program against the Door (2022). Rachel cut her teeth on the False Claims Act years ago in helping to recoup $78.5 million from the University of Phoenix in one of the largest settlements involving fraud on the Department of Education.

- **Technology's Impact:** Currently representing proposed classes of writers in copyright class action litigation against Anthropic, OpenAI, Microsoft, and Meta; appointed Co-Lead Class Counsel in consumer privacy litigation against fintech company Plaid (2022 settlement of $58 million and robust injunctive relief); appointed Co-Lead Class Counsel in settled VPPA matters against FloSports and Gaia.

Rachel has been recognized by Best Lawyers in the field of Employment Law-Individuals and

was named "Lawyer of the Year" in 2014 and 2019; by Lawdragon as one of "500 Leading Plaintiff Employment & Civil Rights Lawyers in America," as one of "500 Leading Plaintiff Financial Lawyers in America" and a "500 Leading Litigator in America"; she is a Legal 500 Recommended Lawyer and received Recognition for outstanding service to individuals and families who sought compensation under the September 11th Victim Compensation Fund. Rachel is a CDRC-trained community mediator, and her bar service has included leadership as the employee-side chair of the ABA's EEO and Workplace and Occupational Safety and Health Law Committees.

## Areas of Practice

Consumer Protection, Employment, False Claims Act

## Education

Columbia Law School, New York, New York
J.D. - 1997
Honors: Stone Scholar
Honors: Equal Justice America Fellow; Human Rights Fellow
Law Journal: Columbia Journal of Law and Social Problems, Editor

Harvard University, Cambridge, Massachusetts
A.B. (Cum Laude) - 1993

## Bar Admissions

New York, 1998
New York State Supreme Court, 1998
U.S. Supreme Court, 2013
U.S. Court Of Appeals, 2nd Circuit, 2015
U.S. Court Of Appeals, 9th Circuit
U.S. District Court, District of Colorado, 2007
U.S. District Court, Eastern District of Michigan, 2005
U.S. District Court, Eastern District of New York, 1999
U.S. District Court, Southern District of New York, 1999
U.S. District Court, Northern District of Ohio, 2019
U.S. District Court, Eastern District of Wisconsin, 2011

## Professional Associations and Memberships

American Bar Association, Labor and Employment Law Section, Standing Committee on Equal Employment Opportunity, Member, Past Employee Co-Chair (2009-2011)
Certified Fraud Examiners, New York Chapter, Member
National Employment Lawyers' Association, New York Chapter, Chair of Amicus Committee (2017-); Past Board Member (2005-2011)
National Employment Lawyers' Association - National
Public Justice Foundation
Rutter Federal Employment Guide, Contributing Editor (2017 - present)
Taxpayers Against Fraud Education Fund

## Seminars and Presentations

Panelist, "Ethics of Mediation: Fact or Fiction?" 18th Annual ABA Section of Labor and Employment Law Conference, November 2024

Panelist, "Class Actions Challenging Employment Discrimination," NELA New York Chapter Spring 2024 Conference, May 2024

Panelist, "Artificial Intelligence and the Future of Civil Litigation," Berkeley Law AI and Evidence Symposium, April 2024

Panelist, "It's a Global Workforce – Employer International Health and Safety Obligations," ABA Workplace and Occupational Safety & Health Mid-Winter Conference, March 2024

Faculty, "Medical Monitoring in Personal Injury, Products Liability, and Medical Device Litigation: Developments and Strategies," Strafford CLE Webinar, June 2023

Panelist, "Gender Based Discrimination & Pay Inequality," 7th Annual Class Action Money & Ethics Conference, May 2023

Panelist, "The Mental Health Crisis and the Workplace," ABA Workplace and Occupational Safety & Health Mid-Winter Conference, March 2023

Panelist, "Shareholder Derivative Actions Challenging Diversity," 16th Annual ABA Labor and Employment Law Conference, November 2022

Speaker, "Data Driven Cases," Taxpayers Against Fraud 22d Annual Conference, October 2022

Moderator, "Artificial Intelligence, Machine Learning, and Bias: Prospects, Pitfalls, and Penalties," 2022 National Conference on Equal Employment Opportunity Law," March 2022

Panelist, "Time to Rethink and Retool: Innovative Strategies for Crafting State-of-the Art Settlement Agreements," ABA Section of Labor & Employment Law, 15th Annual Labor & Employment Law Conference, November 2021

Moderator, "Corporations Are Deponents, My Friend: Taking 30(b)(6) Depositions In Wage & Hour Cases," National Employment Lawyers Association Spring Seminar, March 2021

Moderator, "Discovery In Wage & Hour Cases," National Employment Lawyers Association Virtual Convention, July 2020

Faculty, "Classwide Damage Models in Misleading and False Advertising Consumer Class Actions," Strafford Consumer Class Actions Webinar, May 2020

Faculty, "Current Topics in Employment Discrimination Class Actions," Lawline Webinar, August 2019

Speaker, "Statistics in Employment and FCA Cases," Clearlaw Webinar, January 2018

Speaker, "The Anatomy of a False Claims Act Case & How the FCA Works in a Whistleblower World," Lawline Webinar, October 2017

Speaker, "Litigating Wage & Hour Cases: Challenges & Opportunities," National Employment Lawyers Association Spring Conference, April 2017

Speaker, "Plaintiffs' Perspective in Investigating and Litigating Employment Class Actions," Lawline Webinar, December 2016

Speaker, "Pay Equity in Practice: What Works? Employee-Side Perspectives on Compensation Discrimination," ABA-LEL Conference, November 2016

Speaker, "Bringing Your First – or Next – FHA Case," NCLC Annual Conference, October 2016

Moderator, Government Plenary, ABA EEO Conference, March 2016

Speaker, "Latest Trends and Developments in Qui Tam Lawsuits and the Statute of Limitations," Webinar, January 2016

Speaker and Moderator, "Statistics for Lawyers – Even Those Who Hate Math," National Employment Lawyers Association Annual Convention, June 2015

Speaker, "Gender Pay Disparities: Enforcement, Litigation, and Remedies," New York City Conference on Representing Employees, May 2015

Speaker, "Protecting Pay: Representing Workers With Wage and Hour Claims," National Employment Lawyers Association, April 2015

Speaker and Author, "What Employment Lawyers Need to Know About Non-Employment Class Actions," ABA Section of Labor and Employment Law Conference, November 2014

Moderator, "Dodd-Frank and Sarbanes-Oxley Whistleblower Issues," National Employment Lawyers Association/New York, October 2014

Speaker, "Consumer Class Action Symposium," National Consumer Law Center Consumer Rights

Litigation Conference, November 2013

Panelist, "Who is an Employer Under the FLSA?," National Employment Lawyers Association Conference, 2013

Panelist, "Class Certification Strategies: Dukes in the Rear View Mirror," Impact Fund Class Action Conference, 2013

Panelist, "Fraud and Consumer Protection: Plaintiff and Defense Strategies," Current Issues in Pharmaceutical and Medical Device Litigation, ABA Section of Litigation, 2012

Panelist, "Drafting Class Action Complaints," New York State Bar Association, 2011

Participant and Moderator, "Ask the EEOC: Current Insights on Enforcement and Litigation," ABA Section of Labor and Employment Law, 2011

Moderator, "Hot Topics in Wage and Hour Class and Collective Actions," American Association for Justice Tele-Seminar, 2010

Panelist, "Class Action Considerations: Certification, Settlement, and More," American Conference Institute Advanced Forum, 2009

Panelist, "'Don't I Think I Know You Already?': Excessive Subjective Decision-Making as an Improper Tool for Hiring and Promotion," ABA Labor & Employment Section Annual Meeting, 2008

Panelist, "Rights Without Remedies," American Constitutional Society National Convention, Revitalizing Our Democracy: Progress and Possibilities, 2008

Panelist, "Fair Measure: Toward Effective Attorney Evaluations"

Panelist, "Getting to Know You: Use and Misuse of Selection Devices for Hiring and Promotion," ABA Labor & Employment Section Annual Meeting, 2008

Panelist, "Ethical Issues in Representing Workers in Wage & Hour Actions," Representing Workers in Individuals & Collective Actions under the FLSA, 2007

Panelist, "Evidence and Jury Instructions in FLSA Actions," Georgetown Law Center/ACL-ABA, 2007

Panelist, "Crucial Events in the 'Life' of an FLSA Collective Action: Filing Considerations and the Two-step 'Similarly-Situated' Analysis," National Employment Lawyers Association, Annual Convention, 2006

Panelist, "Electronic Discovery," Federal Judicial Center & Institute of Judicial Administration, Workshop on Employment Law for Federal Judges, 2005

Panelist, "Time is Money, Except When It's Not: Compensable Time and the FLSA," National Employment Lawyers Association, Impact Litigation Conference, 2005

Chair and Panelist, "Current Topics in Fair Labor Standards Act Litigation," Conference, Association of the Bar of the City of New York, 2003

Moderator, "Workforce Without Borders," ABA Section of Labor & Employment Law, EEOC Midwinter Meeting, 2003

## Published Works

Rutter Federal Employment Guide, Contributing Editor (2016 – present)

"Class Actions: Class Representatives / Named Plaintiffs (Federal)," Practical Guidance Practice Note, Lexis/Nexis, 2021

Author, "Whistleblower Under Pressure," Trial Magazine, April 2013

The New York Employee Advocate (Co-Editor, 2005-2009)

"Image-Based Discrimination and the BFOQ Defense," EEO Today: The Newsletter of the EEO Committee of the ABA's Section of Labor and Employment Law, Vol. 9, Issue 1, 2004

"Fair Labor Standards Act Overtime Exemptions: Proposed Regulatory Changes," New York State Bar Association Labor & Employment Newsletter, 2004

## Honors and Awards

AV Preeminent Peer Review Rated, Martindale-Hubbell

Selected for inclusion by peers in The Best Lawyers in America in field of "Employment Law – Individuals," 2012-2026

"Lawyer of the Year," Best Lawyers, Employment Law – Individuals, New York City, 2014, 2019, 2026

"Lawdragon 500 Leading Plaintiff Employment & Civil Rights Lawyers in America," Lawdragon, 2018-

2025

"Lawdragon 500 Leading Plaintiff Financial Lawyers in America," Lawdragon, 2021-2025

"Lawdragon 500 Leading Plaintiff Consumer Lawyers in America," Lawdragon, 2022-2025

"Lawdragon 500 Leading Litigators in America," Lawdragon, 2025

"Super Lawyer for New York Metro," Super Lawyers, 2011, 2013-2024

Recognition for outstanding service to individuals and families who sought compensation under the September 11th Victim Compensation Fund

Legal 500 recommended lawyer, LegalEase, 2013

"Rising Star for New York Metro," Super Lawyers, 2011

Distinguished Honor Award, United States Department of State, 2001



**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

# Daniel Hutchinson
## PARTNER

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

t 415.956.1000
f 415.956.1008

dhutchinson@lchb.com

# Championing the Rights of Employees and Consumers

Daniel M. Hutchinson chairs the firm's employment practice group and supports the firm's employment cases. His practice has been focused on litigating, settling, and taking to trial complex class actions that have advanced the public interest. As a partner at Lieff Cabraser, Daniel served as lead or co-lead counsel on cases that recovered over $800 million for his clients in all variety of industries and across myriad discrimination, unpaid wages, ERISA, consumer protection, and financial fraud cases.

Daniel's employment litigation experience spreads across a wide variety of industries, He was a key player representing Indian nationals in wage theft litigation against Tata, taking the overtime claims of information technology workers to a trial victory against CSC, and litigating the discrimination claims of female managers at Costco.

Daniel has pursued dozens of class action consumer protection cases against major banks and financial services providers that place robocalls to consumers. Daniel's efforts helped result in the largest monetary settlements in the history of the Telephone Consumer Protection Act and ended harassing robocalls to millions of consumers.

Daniel has been recognized as a nationwide leader in employment law. In 2014, Law360 acknowledged Daniel as one of six of the nation's top employment lawyers under 40. The Daily Journal named him as a Top 40 Under 40 leading lawyer in California. The Recorder endorsed him as one of "50 Lawyers on the Fast Track." Daniel has spoken and presented papers at national employment and consumer law conferences, including events sponsored by the American Bar Association's Section of Labor and Employment Law, the Mason Judicial Education Program, the Practising Law Institute, the Impact Fund, the UCLA School of Law, the National Employment Lawyers Association, and the Consumer Attorneys of California. Daniel has served as the Board Chair for the Lawyers Committee for Civil Rights.

From 1999 to 2002, Daniel worked as a public school teacher in Oakland, California, where he still lives with his spouse, Angelica, and their two children.

## Areas of Practice

Employment Law, Consumer Protection, Privacy and Cybersecurity

## Education

University of California at Berkeley, School of Law (Berkeley Law), Berkeley, California
J.D. - 2005
Law Review: African-American Law & Policy Report, Senior Articles Editor, 2003 - 2004

Brown University, Providence, Rhode Island
B.A. - 1999

University of California, Berkeley Extension (Multiple Subject Teaching Credential) - 2002

## Bar Admissions

California, 2005
U.S. Court of Appeals, 1st Circuit, 2012
U.S. Court of Appeals, 2nd Circuit, 2020
U.S. Court of Appeals, 4th Circuit, 2008
U.S. Court of Appeals, 7th Circuit, 2015
U.S. Court of Appeals, 9th Circuit, 2006
U.S. Court of Appeals, 11th Circuit, 2018
U.S. District Court, Central District of California, 2012
U.S. District Court, Northern District of California, 2006
U.S. District Court, Southern District of California, 2012
U.S. District Court, District of Colorado, 2022
U.S. District Court, Southern District of Florida, 2011
U.S. District Court, Central District of Illinois, 2023
U.S. District Court, Northern District of Illinois, 2014
U.S. District Court, Middle District of North Carolina, 2009
U.S. District Court, Eastern District of Wisconsin, 2013

## Professional Associations and Memberships

American Bar Association (Journal of Labor & Employment Law Editorial Board, 2022)
Law360 Editorial Advisory Board, Employment, 2021
American Bar Association (Section of Labor & Employment Law Leadership Development Program, 2009 - 2010)
Association of Business Trial Lawyers (Leadership Development Committee, 2008 - 2010)
Bar Association of San Francisco (Vice Chair, Cybersecurity and Privacy Law Section)
Consumer Attorneys of California
Lawyer's Committee for Civil Rights of the San Francisco Bay Area (Board Chair, 2015; Chair-Elect, 2014; Board Secretary, 2011 - 2013; Board of Directors, 2009 - Present)
National Bar Association
National Employment Lawyers Association
State Bar of California

## Publications & Presentations

Facilitator, "Current Government Trends Impacting EEO Practitioners," ABA Section of Labor and Employment Law National Conference on EEO Law, March 2025
Panelist, "Navigating Expanding Expectations Around Corporate Social Responsibility," ABA 2023

National Conference on Equal Employment Opportunity Law, March 2023

Panelist, "Ascertainability isn't a thing. Or is it?" Impact Fund Class Action Conference, February 2019

Panelist, "Employment Discrimination Class Actions Post-Dukes," Consumer Attorneys of California 50th Annual Convention, 2011

"Ten Points from Dukes v. Wal-Mart Stores, Inc.," 20(3) CADS Report 1, Spring 2010

Panelist, "Rethinking Pro Bono: Private Lawyers and Public Service in the 21st Century," UCLA School of Law, 2008

Author and Panelist, "Pleading an Employment Discrimination Class Action" and "EEO Litigation: From Complaint to the Courthouse Steps," ABA Section of Labor and Employment Law Second Annual CLE Conference, 2008

Co-Presenter, "Rule 23 Basics in Employment Cases," Strategic Conference on Employment Discrimination Class Actions, 2008

## Honors and Awards

Selected for inclusion by peers in The Best Lawyers in America in the field of "Employment Law-Individuals," 2020-2023, 2026

"Super Lawyer for Northern California," Super Lawyers, 2013-2025

"Lawdragon 500 Leading Plaintiff Employment & Civil Rights Lawyers in America," Lawdragon, 2018-2025

"Rising Star," Law360, 2014

Legal 500 recommended lawyer, LegalEase, 2013

"50 Lawyers on the Fast Track," The Recorder, 2012

"Rising Star for Northern California," Super Lawyers, 2009-2012



# Jallé Dafa

## Partner

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

t 415.956.1000
f 415.956.1008
jdafa@lchb.com

Jallé H. Dafa represents consumers and workers in high-stakes class action litigation.

A partner in Lieff Cabraser's San Francisco office, Jallé has prosecuted several winning cases. She represented professors against Duke University and the University of North Carolina for conspiring to suppress the mobility and pay of their faculty. The litigation settled for a total of $73.5 million and significant injunctive relief.

Jallé has litigated against AT&T for charging hidden fees, Allstate for price discrimination in auto insurance premiums, Thermo Fisher Scientific and Natera for using a defective solution during the testing of irreplaceable human embryos, and Kaiser Permanente for racially discriminating against Black employees. She also successfully challenged the Trump Administration's unlawful decision to withhold COVID-19 CARES Act stimulus relief from incarcerated Americans and their families. The district court granted summary judgment and entered a permanent injunction ordering the government to terminate its policy, resulting in $1.5 billion in economic impact payments to plaintiffs.

Jallé was involved in the firm's work against Google for its collection and tracking of location information despite the disabling of a setting to prevent such tracking, resulting in a settlement of $62 million. Jallé also served as Class Counsel in a case against Oracle, one of the world's largest data brokers, for surveilling the daily activities of Americans and complying their personal information into digital profiles—including detailed information regarding their everyday movements, finances, demographics, interests, and health concerns—and selling the personal profiles without consent to third parties for profit. The district court granted final approval of a settlement requiring Oracle to pay $115 million and make changes to its business practices.

Jallé currently represents scientists and scholars against six large commercial publishers of academic journals, including Elsevier, Springer Nature, Taylor and Francis, Sage, Wiley, and Wolters Kluwer, for appropriating billions of dollars that would have otherwise funded scientific research. The antitrust lawsuit alleges a three-part anticompetitive scheme: fixing the price of peer review services at zero, requiring scholars to submit their manuscripts to only one journal at a time, and prohibiting scholars from freely sharing their scientific findings.

Jallé is an active member of the Bay Area legal community. She serves as a Board Member of the ACLU Foundation of Northern California (ACLU NorCal), and a member of the Executive Committee

of the Litigation Section of The Bar Association of San Francisco.

Jallé joined Lieff Cabraser after clerking on the United States Court of Appeals for the Ninth Circuit for the Honorable Mary M. Schroeder, and the Northern District of California for the Honorable Jacqueline S. Corley. Prior to Lieff Cabraser, Jallé was an associate at Siegel, Yee, Brunner, & Mehta, where she litigated Title VII, Title IX, and Whistleblower retaliation claims on behalf of wrongfully terminated employees. Jallé earned an A.B. from Brown University, and a J.D. from Berkeley Law School.

## Areas of Practice

Antitrust, Consumer Protection, and Cybersecurity and Data Privacy.

## Education

University of California, Berkeley School of Law, Berkeley, CA
J.D., 2011
Co-Founder, Women of Color Collective; New clinic formation, Community Economic Justice Clinic; Housing & Eviction Defense Clinic, East Bay Community Law Center; Social Justice Chair, Law Students of African Descent; Baker & McKenzie Diversity Scholar, 2009

Brown University, Providence, RI
B.A., 2007
Co-President, The Organization of United African Peoples; Peer Counselor, Third World Center; Co-Founder, Coalition for Police Accountability and Institutional Transparency

## Bar Admissions

California, 2013
U.S. Court Of Appeals, Ninth Circuit, 2019
U.S. District Court, Central District of California, 2020
U.S. District Court, Northern District of California, 2015
U.S. District Court, Southern District of California, 2019

## Professional Associations & Memberships

American Civil Liberties Union of Northern California (Board of Directors, 2024 to present)
Bar Association of San Francisco (Executive Committee, Litigation Section, 2024 to present)

## Speaking Engagements

Moderator, "Effective Settlement Conferences," BASF Litigation Section Panel, September 2024
Moderator, "Black History Month Roundtable," ABA Section of Labor and Employment Law Heritage Month Webinar Series, February 2022

## Awards

"Lawdragon 500 Leading Plaintiff Consumer Lawyers in America," Lawdragon, 2025

"Lawdragon 500 Leading Global Antitrust & Competition Lawyers," Lawdragon, 2025

"Ones to Watch," Best Lawyers, 2023-2025

# Jacob Miller

## Associate

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

t 212.355.9500
f 212.355-9592

jmiller@lchb.com

Jacob Miller is an associate in Lieff Cabraser's New York office. Prior to joining Lieff Cabraser, Jacob was a judicial law clerk for the Honorable James Donato of the U.S. District Court for the Northern District of California and for the Honorable Todd Eddins of the Supreme Court of Hawaii. Previously, he was an associate at a litigation firm in New York.

### Education
Harvard Law School
J.D., 2020

Harvard College
A.B., 2015

### Admissions
New York, 2021



# Amelia Haselkorn
## Associate

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

t 415.956.1000
f 415.956.1008

ahaselkorn@lchb.com

Amelia Haselkorn is an associate in Lieff Cabraser's San Francisco office, representing consumers and workers who have suffered harm from corporate negligence and violations of data privacy.

Before coming to our firm, Amelia worked at the UC Irvine School of Law Domestic Violence and Civil Rights Litigation Clinics. Prior to that, she was a Judicial Extern to Justice Steven C. González, Chief Justice of the Washington Supreme Court, and a Summer Associate at Lieff Cabraser.

Amelia graduated magna cum laude with a Juris Doctor from the University of California, Irvine School of Law, where she won numerous awards, including for achieving the highest performance in four courses. While in law school, she was Senior Articles Editor for the UC Irvine Journal of International, Transnational, and Comparative Law; Co-President of the Women's Law Society; and contributed many hours in multiple pro bono projects.

## Areas of Practice

Consumer Protection

## Education

University of California, Irvine School of Law, Irvine, CA
J.D., magna cum laude, May 2021

Pitzer College, Claremont, CA
B.A. with honors, 2016

## Bar Admissions

California, 2021
U.S. District Court, Central District of California, 2022
U.S. District Court, Eastern District of California, 2022
U.S. District Court, Northern District of California, 2022
U.S. District Court, Western District of Michigan, 2022
U.S. Court of Appeals, Ninth Circuit, 2025

# Publications & Presentations

Speaker, "Cooper IVF Litigation (MDL 3122 – In re: The Cooper Companies)" HarrisMartin MDL Conference, September 2024

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

# Danna Elmasry
## Associate

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

t 212.355.9500
f 212.355.9592

delmasry@lchb.com



Danna Elmasry is an associate in Lieff Cabraser's New York office. Danna works primarily in the Consumer Protection and Privacy & Cybersecurity practice groups.

## Areas of Practice

Consumer Protection, Cybersecurity & Privacy

## Education

University of Michigan Law School
J.D., 2022

University of Chicago
B.A., 2017

## Bar Admissions

New York, 2023
U.S. District Court for the Southern District of New York, 2023

# Betsy Sugar
## Associate

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
222 2nd Ave. South, Suite 1640
Nashville, Tennessee 37201
Phone: +1.615.313.9965
Fax: +1.615.313.9965
bsugar@lchb.com



Betsy Sugar is an Associate in Lieff Cabraser's Nashville office.

## Education

Vanderbilt University Law School
J.D., 2024

Davidson College
B.A., magna cum laude, 2021

## Bar Admissions

E.D. Wisconsin, 2025
Tennessee, 2024

## Publications & Presentations

"Redesigning, Recruiting, and Mentoring," Class of Our Own Women's Summit, 2025
Co-Author, "The Law of Class Action," 2025
Co-Author, "Survey of Federal Class Action Law," 2025