# EXHIBIT E

# SUSMAN GODFREY



# Justin A. Nelson

## Partner

Houston
(713) 651-9366
jnelson@susmangodfrey.com

## *Overview*

Justin Nelson is the go-to lawyer for high-stakes litigation. Justin's practice centers on taking cases to trial, arguing key motions leading up to trial or the appeal, and positioning the case for victory. He brings an unparalleled combination of trial and appellate excellence. In 2024, he was nominated for Litigator of the Year by the *American Lawyer*.

Justin represented Dominion Voting Systems in its litigation against Fox, culminating in April 2023 with a $787.5 million settlement—an amount that represented "vindication and accountability," as Justin stated. Watch the video here.

> *"Justin Nelson has always had a reputation as a 'go to' lawyer in high stakes litigation but his major win in the defamation claim against Fox News has just elevated the 'go to' to 'must have.'"*
> **LawFuel, "Who is Justin Nelson – The Star Lawyer Who Took Fox News To Task"**

> *"Justin is an amazing lawyer. He has it all. In court he's a sight to behold. His command of the law and facts is masterful."*
> **Anthony C. Lame, CEO of Green Mountain Glass**

> *"Justin is a giant slayer. He wins. It is so impressive to watch him in action. Smart, dedicated. He fights hard for you and he does it with a smile. He's exactly what you want from a lawyer."*

# SUSMAN GODFREY

**Ruben Bonet, CEO of Fractus**



*"Since Justin Nelson began appearing, the court "has granted Nelson almost everything he has asked for."*
**The *American Lawyer*, click here for the full article**

The Court in *Dominion v. Fox* publicly noted at the time of the settlement that "this is the best lawyering I've had, ever."  Justin took the deposition of Rupert Murdoch, among other key witnesses. A CNN legal commentator stated about that deposition: "I've never seen anything like these admissions. This is one of the most damaging depositions I've ever seen in my thirty years practicing law."

Justin is one of the foremost leaders and experts in AI litigation. He was selected by the Court to serve as Interim Lead Class Counsel in MDL suits versus OpenAI and Microsoft, *In re: Open AI Copyright Infringement Litigation* (read more). In addition, Justin represents book authors in a proposed class action against Anthropic that alleges Anthropic committed copyright infringement in its artificial intelligence systems. Justin has a number of other cases regarding artificial intelligence, including other copyright matters along with patent litigation. He also is defending Media Matters against X Corp., a case that has received attention based on the implications for the First Amendment and for media organizations. Justin also serves as an American Law Institute panel member on Civil Liability for Artificial Intelligence and speaks regularly on AI-related issues.

Justin's practice spans across other complex cases as well, from antitrust to bankruptcy to contractual disputes to fraud to patent litigation to trade secret theft.

Among other cases, Justin was lead counsel for Green Mountain when it obtained a $64.5 million judgment against Ardagh in the Federal District Court of Delaware—a verdict upheld on appeal and was included on *National Law Journal's* Top 100 Verdicts of the Year list.

Justin won a $38 million judgment for repeat client, Fractus, (a case that later settled on appeal) and has led a strategy that has resulted in Fractus recovering over $100 million.

**HIGH PROFILE LITIGATION**

*Dominion v. Fox* was one of a number of high-profile cases for Justin. In Dominion v. Fox, the summary judgment briefing in the case earned widespread praise from the legal community and the broader public alike.

# SUSMAN GODFREY

Justin also represented a number of plaintiffs against a major car rental company that resulted in victories in court and ultimately a settlement.

In 2020, Justin represented various governmental actors regarding the 2020 election. His clients included entities with both Republican and Democratic control. Among his clients, Justin represented the Arizona Secretary of State in Bowyer v. Ducey and argued the successful motion to dismiss regarding the false allegations of election fraud. Justin also successfully represented the Governor of Wisconsin in a series of litigations related to the 2020 election. Justin also represented a number of plaintiffs against a major car company that allegedly falsely reported its clients to the police for car theft. That case resulted in a combined nine-figure settlement across the hundreds of plaintiffs who had been injured by the false reports. The artificial intelligence cases and the ERC cases also have generated substantial attention given their intersection of law and policy—an area where Justin often litigates.

**RECOGNITION**

The legal industry has taken note of Justin's litigation talents. In June 2024, he was named one of Hollywood's Top 100 Lawyers by the *Hollywood Reporter*.  In 2010, *American Lawyer* wrote about how Justin fought off efforts from large banks to ram through a plan that would have disadvantaged individuals in the multi-billion Washington Mutual bankruptcy. He's also repeatedly been named a "Super Lawyer" by Thomson Reuters, among other recognitions.

**BACKGROUND & COMMITMENT TO THE LEGAL INDUSTRY**

Justin is a former law clerk to Justice Sandra Day O'Connor at the United States Supreme Court and for Judge J. Harvie Wilkinson, United States Court of Appeals for the Fourth Circuit.  Justin has represented various parties as amici in the Supreme Court of the United States, in cases ranging from intellectual property to antitrust to election law. He has practiced First Amendment law on behalf of various media companies.

Justin is one of the very few lawyers who have both clerked for the United States Supreme Court and also served as lead trial counsel in a verdict of over $50 million.

Justin also has taught Advanced Constitutional Law on the Law of the Political Process and has served as the Chair of the Economics of the Profession Committee in the American Bar Association's Intellectual Property Division. He is a Fellow of the American Bar Association and the Texas Bar Association. Justin also currently teaches *Legislation & Statutory Interpretation* as an adjunct professor at The University of Texas School of Law, a class that covers a wide range of issues from public policy to statutes to criminal law to Constitutional law and the First Amendment.

# SUSMAN GODFREY

In addition to his legal writings, Justin's article on Lyndon Johnson's role at the 1968 Democratic Convention appeared in the Presidential Studies Quarterly.

Justin is a member of Susman Godfrey's Executive Committee.

## Notable Representations

### Representative Matters

- ***In re: Open AI Copyright Infringement Litigation.*** Selected by the Court to serve as Interim Lead Class Counsel in MDL suits versus OpenAI and Microsoft. The case is in early stages.

- ***Dominion v. Fox***. Justin represented Dominion in the Dominion v. Fox litigation, a case that received widespread attention and resulted in a historic $787.5 million settlement.

- **Election Litigation** Working pro bono on election-related litigation, Justin successfully represented various governmental actors in a non-partisan capacity during the 2020 election. His clients included those controlled by Republicans and Democrats. As Susman Godfrey lead counsel, his representations included the Arizona Secretary of State and the Wisconsin Governor in litigation defending the integrity of the 2020 election.  These cases generated a significant amount of attention because the rulings—including in a case that Justin argued—made clear that the rule of law would prevail.

- ***Green Mountain Glass LLC and Culchrome LLC v. Saint-Gobain Containers, Inc., d.b.a Verallia North America.*** Served as lead counsel to Green Mountain Glass LLC in a patent infringement matter that spanned three years. A federal jury in Wilmington, Delaware awarded Green Mountain Glass more than $50.3 million in its lawsuit against Ardagh Glass, Inc. The jury found Ardagh, formerly known as Saint-Gobain Containers, willfully infringed Green Mountain's patent No. 5,718,737 for technology that allows glass manufacturers to use recycled glass of mixed colors. Click here for more on the case or click here to read *Law360's* feature on the case in their "How They Won It" series.

- **Equity Committee of Washington Mutual**. Representing the Equity Committee, Justin helped the equity holders in Washington Mutual receive stock in the re-emerged company and a substantial role in the Liquidation Trust. In confirming the plan, the bankruptcy judge stated: "*I think the equity committee has really, really done a great job in getting a recovery for its constituents.*" *American Lawyer* awarded Justin "Litigator of the Week" for his work on the case.

- ***Fractus v. Samsung et al***. Served as co-lead counsel in a patent case involving antennas for mobile phones. In addition to running the case on a daily basis and examining key witnesses, Justin argued case-dispositive matters such as Markman and summary judgment. Before trial, Fractus reached licenses with all the original Defendants except for Samsung.

# SUSMAN GODFREY

These licenses resulted in agreements worth over $100 million in total. During trial against Samsung, Justin presented and cross-examined key witnesses such as one of the inventors of the patents-in-suit; Fractus's technical expert; Samsung's lead engineer; and Samsung's damages expert. The trial resulted in a $23 million jury verdict for his client Fractus against Samsung, and a $38 million judgment. The case was settled after Justin's appellate argument.

- ***In re Stewart***. Represented a family member who had been excluded from a large estate. Justin prevailed against the Estate's Motion to Dismiss and invalidated the in terrorem clauses in the will and trust. In addition, he successfully argued that the trial court that Arizona should recognize a claim of tortious interference with inheritance, becoming the first court in the state to do so. Soon after the court ruled in favor of Justin's client, the case settled.

|  |  |
|---|---|
| *Honors & Distinctions* | • *Lawdragon* 500 Leading Lawyer (<u>2024</u>, <u>2025</u>) |
|  | • IAM Patent 1000: Worlds Leading Patent Professionals (<u>2023</u>, <u>2024</u>)- |
|  | • *American Lawyer's* Litigator of the Week in <u>2023</u> for his work related to *Dominion v. Fox* and in <u>2010</u> for his work related to the Washington Mutual litigation. |
|  | • <u>Litigation Star</u>, Benchmark Litigation (<u>2022</u>, <u>2023</u>, 2024, <u>2025</u> Euromoney) |
|  | • *Lawdragon* 500 Leading Plaintiff Financial Lawyer (<u>2023</u>, <u>2024</u>, <u>2025</u>) |
|  | • *Lawdragon* 500 Leading Litigator (<u>2022</u>, <u>2023</u>, <u>2024</u>) |
|  | • Recommended Lawyer, Dispute Resolution: General Commercial Disputes, The Legal 500 (<u>2018</u>, <u>2019</u>) |
|  | • Recommended Lawyer, IAM Patent 1000 |
|  | • John Ordronaux Prize for Highest Academic Average in Graduating Class |
|  | • James Kent Scholar, 1997-98, 1998-99, 1999-2000 |
|  | • Articles Editor, Columbia Law Review (1999-2000) |
| *Clerkships* | Honorable Sandra Day O'Connor, Supreme Court of the United States, 2002-2003 |
|  | Honorable J. Harvie Wilkinson III, United States Court of Appeals for the Fourth Circuit, 2000-2001 |
| *Education* | **Yale University** (B.A., cum laude, 1997) |

# SUSMAN GODFREY

**Columbia Law School** (J.D., , 2000)

# SUSMAN GODFREY



# Rohit Nath

Partner

Los Angeles

(310) 789-3100

rnath@susmangodfrey.com

## *Overview*

Rohit Nath represents plaintiffs and defendants in high stakes litigation. He has taken on industry leaders such as the country's biggest insurers, major media and technology companies, and international wireless carriers in courts across the United States. Nath has handled disputes in an array of practice areas, including insurance, copyright, patent, breach-of-contract, and real estate.

In *37 Besen Parkway LLC v. John Hancock Life Insurance Co,* Nath was a significant part of a team of Susman Godfrey lawyers that secured a settlement of $91.25 million (before fees and expenses) for a certified class of insurance policy owners against John Hancock Life Insurance Company. In the final approval order, Judge Paul Gardephe described the settlement as a "quite extraordinary . . . result achieved on behalf of the class." You can read more about the case here (subscription required).

Nath is currently prosecuting similar class actions against a number of other insurance companies, including Equitable, Voya Retirement & Annuity Company, and ReliaStar Life Insurance Company. More information on the Voya class action, which was certified in 2019, can be found here.

On the defense side, Nath was hired by Lighting Science Group Corporation after it was sued by its former patent broker. Serving as lead counsel for Lighting Science, Nath successfully compelled arbitration, took and defended key depositions, and briefed and argued critical motions. The parties reached a confidential settlement on the eve of the plenary arbitration hearing.

In addition to the cases above, Nath also:

- Represents a putative class of professors and textbook authors in a lawsuit against one of the world's largest textbook publishers, Cengage

# SUSMAN GODFREY

Learning, related to underpayment of royalties for electronic textbook offerings.

- Represents Flo & Eddie–the founding members of the 70's music group, the Turtles—against Pandora and SiriusXM in litigation concerning the unlicensed use of pre-1972 sound recordings.

- Represents SAJE and ACCE Action, two tenant advocacy groups, as proposed intervenors to help defend the City of Los Angeles's eviction and rent-freeze ordinances enacted in the wake of the COVID-19 pandemic.

Nath is active in the Los Angeles legal community. He received a Public Counsel Pro Bono award for his legal work to help the troubled LA housing situation. The *Daily Journal* and *Law360* also profiled Nath and his colleagues for their significant pro bono work in this area. He is a longtime board member of the South Asian Bar Association of Southern California and served as co-president during the 2021-2022 term. Nath is also a member of the Executive Committee of the Litigation Section of the Los Angeles County Bar Association.

Nath joined Susman Godfrey after working as a trial attorney at the U.S. Department of Justice and as a law clerk on the U.S. Court of Appeals for the Ninth Circuit.  He graduated with high honors from The University of Chicago Law School, where he served as editor-in-chief of *The University of Chicago Law Review*.  Before law school, he taught eighth-grade math in Oklahoma as a Teach for America corps member.

*Notable Representations*

**Insurance**

- ***37 Besen Parkway LLC v. John Hancock Life Insurance Co***. (S.D.N.Y.) Secured a $91.25 million all-cash, non-reversionary settlement (before fees and expenses) for a certified class of insurance policy owners.  The class alleged that John Hancock breached the life insurance contracts of the class by failing to charge cost-of-insurance rates that were "based on [John Hancock's] expectations of future mortality experience."  Nath had a critical role in achieving what Judge Paul Gardephe described as a "quite extraordinary" result for the class.

- ***Brach Family Foundation v. AXA Equitable Life Insurance Company*** (S.D.N.Y.) Represent a putative class of insurance policyholders suing AXA for a cost-of-insurance increase on the Athena Universal Life II product, claiming breach of contract and violations of New York Insurance Law Section 4226.

- ***Helen Hanks vs. The Lincoln Life & Annuity Company of New York***; ***Voya Retirement Insurance and Annuity***

# SUSMAN GODFREY

*Company* (S.D.N.Y.) Litigating an insurance matter against Voya Life Insurance Company. The class was recently certified by the court.

- ***Advance Trust & Life Escrow Services, LTA v. ReliaStar Life Insurance Company*** (D. Minn.) Represents a putative class of life insurance policyholders against ReliaStar Life Insurance Company related to ReliaStar's failure to charge cost-of-insurance rates in accordance with the terms of its policies. The case is in discovery.

### Breach of Contract

- ***Rui Zhi Ventures, Ltd. v. Lighting Science Group Corporation***, (C.D. Cal. and JAMS Arbitration) Represented Lighting Science Group Corporation in a fee dispute with its former patent broker. After successfully compelling arbitration, the parties reached a confidential settlement on the eve of the plenary arbitration hearing.

- ***Bernstein, et al. v. Cengage Learning, Inc.*** (S.D.N.Y.) Represents a putative class of textbook authors against one of the world's largest textbook publishers. Plaintiffs allege that Cengage has breached its publishing agreements with authors by manipulating the royalty base used to calculate royalties for Cengage's online textbook offerings.

### Intellectual Property

- ***Flo & Eddie Inc. v. Pandora*** (C.D. Cal.) Serve as co-lead counsel representing Flo & Eddie (the founding members of 70's music group, The Turtles) in this putative class action alleging infringement of the public performance right in sound recordings, copying, and misappropriation. The case is before the district court, following remand from an appeal to the Ninth Circuit Court of Appeals. This case follows the similar, *Flo & Eddie v. Sirius XM*, in which Susman Godfrey secured a settlement for the class valued at up to $73 million.  The Court granted final approval of that settlement in 2017.

- ***Personalized Media Communications, LLC Cases*** (E.D. Tex.) Represented Personalized Media Communications (PMC) in a series of patent infringement cases against Vizio, Samsung, and Funai.  Nath played a key role in these cases, which included taking and defending key depositions and briefing claim construction motions. PMC reached favorable, confidential settlements with each defendant.

## Honors & Distinctions

- Top Intellectual Property Lawyer, *The Daily Journal* (2025)
- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024, 2025)
- "They've Got Next: The 40 Under 40" *Bloomberg Law* (Bloomberg, 2023)
- California Lawyer Attorney of the Year, *Daily Journal* (2023)

# SUSMAN GODFREY

- Rising Stars of the Plaintiffs Bar, *National Law Journal's* Elite Trial Lawyers (2022, ALM)

- Public Counsel Pro Bono Award (2020)

- Named a Sports and Entertainment Litigation Trailblazer by *National Law Journal* (2020, ALM)

- Rising Star, Southern California (Thomson Reuters, 2020, 2021, 2022, 2023, 2024)

- Editor-in-Chief, *The University of Chicago Law Review*

- Order of the Coif

- Kirkland & Ellis Scholar: Awarded to top 5 percent of the 1L class

- 2011 Teacher of Today Award

- Wake Forest University Debate Team

## Clerkships

Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

## Education

**The University of Chicago Law School** (J.D., with High Honors, Order of the Coif, 2014)

- Editor-in-Chief, *The University of Chicago Law Review*

**Wake Forest University** (B.A., magna cum laude, 2009)

# SUSMAN GODFREY



# Alejandra C. Salinas

Partner

Houston

(713) 651-9366

asalinas@susmangodfrey.com

## *Overview*

Recognized as a "Top Women in Law in Houston" by the National Diversity Council, a "Texas Rising Star" by Thomas Reuters Super Lawyer, and as a member of "The Next Generation of Leading Lawyers" by Lawdragon, Alejandra Salinas tries high stakes cases in courtrooms across the country.

Alejandra has helped secure hundreds of millions of dollars for her clients. She litigates cases across a wide array of practice areas, including contract disputes, intellectual property disputes, antitrust claims, and many other complex commercial and financial matters.

Among other cases, Alejandra currently represents Pulitzer-winning authors in a federal copyright infringement class action against OpenAI and Microsoft, related to the companies' unlicensed use of the authors' books for training its large language models such as ChatGPT (*Reuters*).

Alejandra also has significant pro bono experience, including successfully defending Harris County Judge Lina Hidalgo and other county officials in election contests (*Texas Tribune*), working with the ACLU to secure a settlement with Magnolia ISD to eliminate its discriminatory hair policy (*Houston Chronicle*), co-drafting a Supreme Court amicus brief on political gerrymandering, and successfully arguing an immigration case before the 9th circuit whereby the client was able to remain in the county.

Before joining the firm, Alejandra was a surrogate for President Barack Obama and the youngest member of the Democratic National Committee's Executive Committee. She delivered a nationally televised speech on the final night of the 2012 Democratic National Convention, addressed embassies around the world, and was interviewed by CNN, Univision, Telemundo, NPR, PBS, and USA Today.

**SUSMAN GODFREY**

## Notable Representations

**Notable Representations**

- **Atlas Global Technologies LLC v. TP-Link Technologies Co., Ltd. et al (E.D. Tex.)** Won a $37.5 million verdict for Atlas Global Technologies in its patent infringement case against Chinese telecom equipment manufacturer TP-Link. A Texas jury issued the verdict against TP-Link for infringing five patents for wireless routers that meet an industry standard known as "WiFi 6," which was developed to provide fast, efficient internet connections for high-density locations such as offices, shopping malls and apartment buildings. Following a five-day trial and just a few hours of deliberations, the jury determined TP-Link owes Atlas $37,481,264 in damages. Read more.

- **UNM Rainforest Innovations v. Taiwan Semiconductor Manufacturing Company (TSMC), Samsung Electronics Co. Ltd., and GlobalFoundries Inc.** Secured confidential settlements for UNM Rainforest Innovations in its patent infringement cases against TSMC, Samsung, and GlobalFoundries involving semiconductor manufacturing technology. UNM Rainforest Innovations is the University of New Mexico's non-profit corporation dedicated to commercializing the wide range of technology developed at the UNM. Ms. Salinas delivered the opening argument in an eight-figure arbitration against one of the defendants.

- **Insignia Systems v. News Corporation and News America Marketing (NAM).** Secured a $20 million settlement for retail marketing firm, Insignia Systems, in its antitrust case against News Corporation and its subsidiary NAM. Insignia was one of NAM's only remaining competitors for in-store advertising displays and alleged that News Corp. and NAM acquired and maintained a monopoly in this market through exclusionary agreements. Before settlement, Ms. Salinas deposed several current and former News Corp. and NAM executives.

## Honors & Distinctions

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024, 2025)
- Rising Star, Texas Super Lawyers (2022, 2023, 2024; Thomson Reuters)
- Future Leader – LGBT + Equality, Chambers USA (2019)
- Top Women in Law, The National Diversity Council (2017)

## Clerkships

## SUSMAN GODFREY

Chief Judge Sidney R. Thomas, United States Court of Appeals for the Ninth Circuit

*Education*

**Boston College Law School** (J.D., cum laude)

- Point Foundation Scholar (national LGBTQ scholarship)

**The University of Texas** (B.B.A., Management, )

- Friar Society (UT's oldest honor society)

*Leadership & Professional Memberships*

- Board Member, Greater Houston LGBTQ+ Chamber of Commerce
- Former Co-Chair, Susman Godfrey Diversity Committee
- Board Member, Second Mile Haiti, a non-profit organization focused on empowering Haitian women and children
- Former Young Lawyer Representative, American Bar Association Antitrust Law Section
- Member, Houston Bar Association LGBTQ+ Committee

# SUSMAN GODFREY



# Jordan Connors

### Partner

Seattle
(206) 516-3880

## *Overview*

Jordan Connors is a trusted litigator with a nationwide practice serving clients in high-stakes matters in both state and federal court. Connors has successfully represented plaintiffs and defendants in a wide variety of commercial cases, including cases that involve environmental disasters, class actions, intellectual property, trusts and estates, securities fraud, and false advertising. Connors has achieved success for his clients – who range from industry leaders to small businesses and individuals – against some of the largest companies and organizations in the world, from big banks, to big tech, to big wireless, to the United States Government.

**SIGNIFICANT LITIGATION**

Connors is frequently called on to litigate some of the nation's cutting-edge cases.

For example, Connors currently represents some of the most awarded and celebrated authors in the world in their federal copyright infringement class actions against Anthropic, OpenAI, Microsoft, and others. These cases allege that the defendants have used the authors' books in connection with training and developing their large language models such as Claude and ChatGPT.

In the nationally followed environmental matter, *In re Flint Water Crisis Litigation*, Connors represents a class of tens of thousands of Flint residents impacted by the Flint water crisis. Connors has served as a leader on the case from drafting the initial complaint to coordinating and overseeing the strategic planning and efforts among the nine law firms litigating the case on behalf of the class. Connors's team recently secured preliminary approval of a $641 million settlement with multiple government defendants. Connors continues to pursue claims against the remaining defendants on behalf of certain residents in the City of Flint harmed by the water crisis.

# SUSMAN GODFREY

Connors also served as second chair in a multi-forum dispute, spanning an arbitration, two state court actions, and litigation abroad concerning a business dispute among a set of Chinese companies and investors. Connors client, Gang Yuan, achieved a complete victory at the final arbitration hearing and in related disputes in Washington State and the People's Republic of China.

Connors served as counsel to the largest political subdivisions in the largest state in the nation—including the University of California system, the California State University System, and the County of Los Angeles—in a landmark suit against the "Big 4" wireless carriers, Verizon, AT&T, Sprint, and T-Mobile for fraudulently over-billing the government. Connors' clients secured record settlements valued at $175 million. Read more about the case on _Law Street Media_ and _Law360 (subscription required)._

Connors also secured a $16.5 million settlement one month before trial (net settlement of $11.7 million) in a securities fraud class action arising from alleged misrepresentations by a biotechnology executive in a conference call with investors.

### RECOGNITION AND BACKGROUND

_Law & Politics Magazine_, published by Thomson Reuters, has named Mr. Connors a "Rising Star" every year since 2013, an honor bestowed on 2.5 percent of attorneys in the state of Washington for "demonstrated excellence in the practice of law."

Connors is an active member of the Federal Bar Association for the Western District of Washington where he represents the Seattle Community Police Commission in its effort to provide community input on reforms for the Seattle Police Department. Before joining Susman Godfrey Connors served as Law Clerk to The Honorable Vaughn R. Walker, Chief Judge of the U.S. District Court for the Northern District of California

## _Notable Representations_

### Ongoing Litigation

- **_Genus Lifesciences, Inc. v. Lannett Company, Inc._ (N.D. Cal.).** Lead trial counsel for Genus Lifesciences, Inc. in a Lanham Act false advertising lawsuit against Lannett Corporation, Inc. involving Lannett's alleged false advertising of its C-Topical product (cocaine hydrochloride 4% solution).

- **Flint Water Crisis Litigation (E.D. Mich.).** Representing a class of tens of thousands of plaintiffs in complex litigation stemming from the contamination of the Flint, Michigan water distribution system with highly corrosive water following the 2014 switch to a new water supply. On behalf of a certified class of Flint residents, Connors has led many of the key depositions in the multiple cases, obtaining critical information about

## SUSMAN GODFREY

the truth of who and what caused the water crisis. He has also led efforts to shape the legal strategy for challenging the conduct of private engineering firms and government officials and continues to seek out compensation for the injuries resulting from lead poisoning, property damage, and other harm resulting from the highly corrosive water. Settlements to date are valued at $641 million. The case remains ongoing against remaining defendants.

- **North Carolina PFAS Litigation (E.D.N.C.).** Representing plaintiffs in a proposed class action lawsuit against DuPont and Chemours. The case seeks relief on behalf of thousands of North Carolinians who have been harmed by decades of discharges by DuPont and Chemours of GenX and other toxic PFAS chemicals by DuPont and Chemours into the water supply in the Cape Fear River basin. Click here or here for coverage on this news (*subscription required*).

- **Whidbey Island/OLF Coupevile Naval Airflight Operations (Fed. Cl.).** Representing a class of residents of Whidbey Island, Washington pursuing a class action filed against the United States government in the U.S. Court of Federal Claims based on the U.S. Navy's substantial increase in EA18-G Growler flight operations from a small airstrip on the island and the impact on residents' properties.

### Previous Wins

- ***State of California, et al., On The Go Wireless, LLC, v. CELLCO Partnership, et al*** **(CA Superior Ct.).** Represented some of California's largest political subdivisions—including the University of California system, the California State University System, and the County of Los Angeles, to name a few—in this groundbreaking suit against the "Big 4" wireless carriers, Verizon, AT&T, Sprint, and T-Mobile. The team recently secured settlements totaling $175 million.

- ***Clark v. AdvanceMe, Inc.*,** **(C.D. Cal.).** Secured a $23.4 million settlement (set settlement of $19 million) on behalf of businesses in a class action alleging they had been injured by financial arrangements in violation of California usury laws.

- ***McGuire v. Dendreon*** **(W.D. Wash.).** Secured a $16.5 million settlement one month before trial (net settlement of $11.7 million) in a securities fraud class action arising from alleged misrepresentations by a biotechnology executive in a conference call with investors.

## Honors & Distinctions

- Rising Star, Washington Super Lawyers (2013 – Present, Thomson Reuters)

- Whitney North Seymour Medal for Columbia Law student who shows greatest promise of becoming a distinguished trial advocate (2007)

- Senior Editor, Columbia Law Review (2007-2008)

# SUSMAN GODFREY

- Harlan Fiske Stone Moot Court Finalist (2008)
- Harlan Fiske Stone Scholar (2005-2006, 2006-2007, 2007-2008)
- Ann C. Seminara Award in Public Policy (2003)

## *Clerkships*

Honorable Vaughn R. Walker, Chief Judge, United States District Court for the Northern District of California, 2008-2009

## *Education*

**Stanford University** (B.A., Public Policy, , 2003)

**Columbia Law School** (J.D., , 2008)

## *Admissions*

**Bar Admissions**

- Washington

**Court Admissions**

- Federal Bar Association for the Western District of Washington
- U.S. District Court for the Eastern District of Texas
- U.S. Court of Appeals Federal Circuit

## *Leadership & Professional Memberships*

- Federal Bar Association for the Western District of Washington

# SUSMAN GODFREY



# Michael Adamson

### Partner

Los Angeles

(310) 789-3100

madamson@susmangodfrey.com

---

## *Overview*

Trial lawyer Michael Adamson has been recognized by *Daily Journal* as a Top 40 Lawyer Under 40 (2022), by *Law.com* as a Lawyer on the Fast Track (2025), and by *National Law Journal* as a Plaintiff's Attorney Trailblazer (2023). Michael is a versatile litigator representing plaintiffs and defendants in arbitrations and federal and state courts across the country.

**LEGAL VICTORIES**

In 2023, Michael secured more than $330 million in a confidential arbitration for a client in the renewable energy industry. The litigation proceeded from demand to hearing in just 60 days. After speeding through fact and expert discovery, Michael led damages examinations at the hearing and helped secure an award of 100 cents on the dollar of the client's proposed damages model. Michael also secured for the client a full reimbursement of attorneys' fees and expenses from the opposing party.

On the defense side, Michael represented Wyle Labs, a subsidiary of KBR, in a trade-secrets case. By the end of a four-week trial, the court had struck most of the damages, and the jury had rejected the most significant remaining claims. Through post-trial briefing, Michael helped defeat some of the jury's few unfavorable findings. The case ultimately settled for a tiny fraction of the tens of millions in damages asserted – a knockout win for Wyle.

Michael has also achieved victories for both plaintiffs and defendants in class actions. He recently helped secure an eight-figure settlement for a nationwide class of hundreds of policyholders suing PHL Variable Insurance Company for breach of contract. In state court, Michael defended cybersecurity company Bitdefender in a consumer class action asserting claims under California's Unfair Competition Law. Through mediation, Michael helped negotiate a favorable pre-discovery settlement.

# SUSMAN GODFREY

**PRO BONO**

Michael represents a putative class of disabled students and their families alleging systemic constitutional violations, as well as violations of the Individuals with Disabilities Education Act. The class seeks injunctive relief in the form of widespread reform to the educational system afforded to disabled students in Virginia. Michael argued against defendants' motion to dismiss in this case, which has garnered national media attention from the _Wall Street Journal_, _Washington Post_, _Politico_, _Associated Press_, and others. Read more.

**BACKGROUND**

Michael joined Susman Godfrey after clerking for Judge Gerald Tjoflat on the U.S. Court of Appeals for the Eleventh Circuit. He received his law degree from Duke University School of Law and his undergraduate degree from the Marriott School of Business at Brigham Young University where he studied accounting and later became a Certified Public Accountant.

Before law school, Michael worked in Washington, D.C. as a legislative aide for the Ranking Member of the Senate Finance Committee, specializing in tax, banking, and financial policy.

## Notable Representations

**Contract Disputes**

- **Confidential Arbitration.** Obtained an award of hundreds of millions of dollars in connection with fraud and breach-of-contract claims. The arbitration proceeded from demand to hearing in just 60 days, during which Michael took and defended several depositions, coordinated expert reports and discovery, and examined several witnesses at the hearing, with emphasis on damages issues. In the tribunal's award, the arbitrator fully adopted the client's damages model, awarding 100 cents on the dollar.

- **_Chevron v.California Resources Corp._** Served as counsel for American multinational energy corporation, Chevron, in a complex contractual dispute regarding oil production and gas balancing. Prior to arbitration, Michael helped achieve a business solution to the dispute on favorable terms for Chevron.

**Insurance and Annuities**

- **_Advance Trust & Life Escrow Servs, LTA et al. v. PHL Variable Ins. Co.,_(S.D.N.Y.)** Represented plaintiffs asserting breach-of-contract claims stemming from PHL Variable Insurance Company's unlawful cost of insurance rate increases imposed on plaintiffs' universal life insurance policies. After fully briefing the motion for class certification and starting

# SUSMAN GODFREY

summary judgment briefing, the parties agreed to an eight-figure settlement for the class.

- ***Vida Longevity Fund, LP v. Lincoln Life & Annuity Co. of N.Y.* (S.D.N.Y.)** Represents a certified class of hundreds of policyholders in an action against Lincoln National's New York affiliate, Lincoln Life & Annuity Co. of New York. The court has granted class certification.

- ***TVPX ARS Inc. v. Lincoln Nat'l Ins. Co.* (E.D. Pa.)** Represents a putative class of thousands of insurance policyholders who are asserting breach-of-contract claims against Lincoln National Insurance Company, which failed to reduce cost of insurance rates to reflect improvements in mortality rates, as the contracts require. Michael led efforts to write and file class-certification and Daubert motions, both of which are currently pending decision.

- ***Iwanski v. First Penn-Pacific Life Ins. Co.* (E.D. Pa.)** Serving as counsel to plaintiffs in this matter against Lincoln National's affiliate First Penn-Pacific Life Insurance Co. Michael has led all aspects of discovery and all major briefings. The parties are awaiting the court's decision on pending class-certification and Daubert motions.

- ***Angus v. Lincoln Nat'l Life Ins. Co.* (E.D.P.A.)** Briefed the opposition to Lincoln National's motion to dismiss, which is pending decision, in this putative class action. The plaintiff is alleging breach of contract due to Lincoln's failure to lower cost of insurance rates on universal life insurance policies despite substantial improvements in Lincoln's mortality expectations.

- ***Clinton v. Security Benefit Life Ins. Co.* (D. Kan.)** Represents putative class members asserting RICO, fraud, statutory consumer-protection claims related to misrepresentations made in connection with annuity sales made to tens of thousands of contract holders.

## Intellectual Property

- ***Positron v. KBR/Wyle* (Cal. Super. Ct.)** Defended construction company, KBR and its subsidiary Wyle Laboratories against trade secret claims. After developing legal defenses not asserted by prior counsel and trying the case to a jury verdict, the court struck nearly all plaintiff's damages and the case settled for fractions of a penny on the dollar.

- ***Finjan v. Bitdefender* (N.D. Cal.)** Defended cybersecurity company, Bitdefender, in a patent infringement case. Michael argued claim construction, led all aspects of discovery, and took and defended key depositions in multiple countries. The case settled on favorable terms for Bitdefender.

## Terrorism Financing

# SUSMAN GODFREY

- ***King et al. v. Habib Bank Ltd.* (S.D.N.Y.)** Represents dozens of Gold Star families asserting claims associated with terrorist attacks allegedly financed and facilitated by Pakistani bank, Habib Bank Limited.

**Pro Bono**

- ***C. et al. v. Fairfax County School Board et al.*(E.D. Va.)** Represents a proposed class of disabled students and their parents against the Virginia Department of Education and Fairfax County School Board for systemic constitutional violations, as well as violations of the Individuals with Disabilities Education Act. Read more.

## Honors & Distinctions

- Lawdragon 500X – The Next Generation of Leading Lawyers (2024, 2025)
- Recorder and Law.com – Lawyer on the Fast Track (2025)
- Plaintiff's Attorney Trailblazer, *National Law Journal* (2023)
- Top 40 Under 40, *Daily Journal*(2022)
- Finalist, Leaders in Law Rising Star, *Los Angeles Business Journal* (2021)
- Duke Law Journal, Executive Editor
- Top 5 Percent of Graduating Class
- Governing Faculty Award for Excellence in Business and Finance Law
- Order of the Coif
- Dean's Award

## Clerkships

Honorable Gerald B. Tjoflat, United States Court of Appeals for the Eleventh Circuit

## Education

**Duke University School of Law** (J.D., magna cum laude, Order of the Coif, 2016)

**Brigham Young University** (B.S., Accounting, , 2011)

## Admissions

**Bar Admissions**

- California
- New York

**Court Admissions**

- U.S. District Court for the Southern District of New York

# SUSMAN GODFREY

- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. Court of Appeals for the Fourth Circuit

*Leadership & Professional Memberships*

- Certified Public Accountant

# SUSMAN GODFREY



# J. Craig Smyser

Associate

New York

(212) 336-8330

csmyser@susmangodfrey.com

## *Overview*

Craig Smyser joined Susman Godfrey after clerking for the Honorable Debra Ann Livingston of the United States Court of Appeals for the Second Circuit and for the Honorable Christopher R. Cooper of the United States District Court for the District of Columbia.  Mr. Smyser graduated *cum laude* with Departmental Honors in Philosophy from Dartmouth College. He earned his J.D. *magna cum laude* from Harvard Law School, where he was a semifinalist in the Ames Moot Court competition and served as Executive Submissions Editor of the *Journal on Legislation*.  Prior to law school, Mr. Smyser served as a Fulbright Teaching Fellow in Turkey and worked as a consultant for L.E.K. Consulting in New York City.

## *Clerkships*

Honorable Christopher R. Cooper, United States District Court for the District of Columbia

Honorable Debra Ann Livingston, United States Court of Appeals for the Second Circuit

## *Education*

**Harvard Law School** (J.D., magna cum laude)

**Dartmouth College** (B.A., Philosophy, cum laude)

## *Admissions*

**Bar Admissions**
- New York
- Texas

# SUSMAN GODFREY



# Samir Doshi

Associate

New York

(212) 336-8330

sdoshi@susmangodfrey.com

## *Overview*

Since joining Susman Godfrey, Samir has represented clients in the most significant cases in the country.

**LANDMARK WINS**

Samir's representations include:

Serving as counsel to Everly Health in an arbitration for breach of contract and violations of the Lanham Act. After a two-week trial, the arbitrator awarded Everly $987 million. Everly then successfully moved to confirm the arbitration award in the United States District Court for the District of Delaware, notwithstanding an opposing motion to vacate. The Court confirmed the award in a judgment valued at over $1.03 billion. Read more in *Reuters*, the *Chicago Tribune*, and *Law360* (subscription required).

Representing Dutch telecommunications company Koninklijke KPN N.V. (KPN) in a breach of contract dispute against Samsung Electronics Co. After a week-long trial, the jury awarded KPN $341 million in damages.  When Samsung attempted to remove the case to federal court post-trial, Samir led KPN's remand briefing in E.D. Tex., filing an opposition brief in just days and then arguing two of the three main issues to the court. Samir prevailed and the case was summarily remanded. The jury verdict for KPN has been covered in *Texas Lawyer*, *Bloomberg Law,* and *World IP Review*. Read more.

Representing a certified class of plaintiffs in *In re: National Football League's Sunday Ticket Antitrust Litigation*, Susman Godfrey served as trial counsel in an antitrust action against the National Football League and its 32 teams. After a three-week trial, the jury awarded plaintiffs more than $4.7 billion in damages before trebling. The trial court vacated the verdict on a post-trial motion, while leaving untouched the jury's determination that the NFL violated the Sherman Act. The case is on appeal to the Ninth Circuit. Read more in *Fortune*, ESPN, *Reuters*, and CNN.

# SUSMAN GODFREY

Samir's clients have also included multiple leading pharmaceutical companies, multiple Fortune 500 companies, and a leading academic research institution—covering intellectual property, patent, financial, and complex commercial issues.

**BACKGROUND**

Samir joined Susman Godfrey after clerking at all three levels of the federal judiciary, most recently for Chief Justice of the United States, John G. Roberts, Jr., and previously for Judge Raymond J. Lohier, Jr. of the United States Court of Appeals for the Second Circuit, and Judge Randolph D. Moss of the United States District Court for the District of Columbia.  Samir also served as a Bristow Fellow in the Office of the Solicitor General at the United States Department of Justice, where he assisted in the briefing and preparation of argument for matters on behalf of the federal government in the U.S. Supreme Court.

Samir is a graduate of the Yale Law School, where he received the Thurman Arnold Prize, Potter Stewart Prize, William E. Miller Prize, and John Fletcher Caskey Prize. Samir was also selected as a Coker Fellow in Contracts, served as Notes and Comments editor on the *Yale Law Journal,* and served as co-President of the Trial Advocacy Team.  Samir received his B.A., *magna cum laude*, Phi Beta Kappa, with distinction in all subjects from Cornell University, where he was elected commencement speaker for the Government Department and received an "All American" award from the American Mock Trial Association.

Samir has published in the Harvard Law School Forum for Corporate Governance, and, prior to law school, worked as management consultant at McKinsey & Company.

## Honors & Distinctions

- One to Watch, Commercial Litigation *Best Lawyers* (2026 Woodward White, Inc.)
- Rising Star of the Plaintiffs' Bar, *National Law Journal's* Elite Trial Lawyers (2025)

## Clerkships

Chief Justice John G. Roberts, Jr., Supreme Court of the United States

Honorable Raymond J. Lohier, Jr., United States Court of Appeals for the Second Circuit

Honorable Randolph D. Moss, United States District Court for the District of Columbia

# SUSMAN GODFREY

**Education**

**Yale Law School** (J.D., )

- Notes and Comments Editor, *Yale Law Journal*
- Thurman Arnold Prize
- Potter Stewart Prize
- William E. Miller Prize
- John Fletcher Caskey Prize
- Coker Fellow, Contracts

**Cornell University** (B.A., magna cum laude, with distinction in all subjects)

- Phi Beta Kappa
- All American award, American Mock Trial Association

**Admissions**

**Bar Admissions**

- New York

**Court Admissions**

- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Northern District of New York