**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC.,individually and on behalf of others similarly situated, | Case No. 3:24-cv-05417-WHA |
| Plaintiffs, | **DECLARATION OF ROBERT MILLS** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

**DECLARATION OF ROBERT MILLS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

I, Robert Mills, hereby declare and state as follows:

1.    I am an economist and a Managing Director at BRG in its Los Angeles office. BRG is a global strategic advisory and expert consulting firm that provides independent advice, data analytics, valuation, authoritative studies, expert testimony, investigations, transaction advisory, restructuring services, and regulatory and dispute consulting to companies, government agencies, law firms, and regulatory bodies around the world. I have more than 25 years of economic research and consulting experience in areas including the valuation of intellectual property and other assets, industrial organization, financial analysis, and the calculation of economic damages. I have served as an expert witness or consultant in more than 20 class action matters during my career. This experience includes analyzing class certification issues, calculating economic damages, developing settlement fund distribution plans, and quantifying disbursements to class members. A biographical summary is set forth at Attachment A.

2.    I have been retained by Lieff Cabraser Heimann & Bernstein on behalf of Andrea Bartz, Charles Graeber, Kirk Wallace Johnson, MJ+KJ Inc., Andrea Bartz, Inc., and others similarly situated ("plaintiffs") as an expert in this matter.

3.    I have been asked by counsel to estimate the total interest that will accrue to the Settlement Fund assuming (i) entry of a preliminary settlement approval order will occur on September 8, 2025 (and Anthropic makes a $300 million payment five business days later); (ii) entry of a final settlement approval order will occur on December 31, 2025 (and Anthropic makes a second $300 million payment five business days later); (iii) Anthropic makes Scheduled Payment 1 in the amount of $450 million with interest thereon on September 8, 2026 (12 months after entry of a preliminary settlement approval order); (iv) Anthropic makes Scheduled Payment 2 in the amount of $450 million with interest thereon on September 8, 2027 (24 months after entry of a

preliminary settlement approval order); (v) distribution of the Settlement Fund will occur on September 8, 2027, when Scheduled Payment 2 is made; and (vi) the applicable interest rate for calculating interest owed by Anthropic for Scheduled Payment 1 and Scheduled Payment 2 and for calculating interest that will accrue on funds held in the escrow account is 4.20 percent compounded monthly.

4.    Total interest that will accrue to the Settlement Fund under these assumptions is $126.40 million, including $19.27 million in interest to be paid by Anthropic for Scheduled Payment 1, $39.36 million in interest to be paid by Anthropic for Scheduled Payment 2, and $67.77 million in interest accruing for funds held in the escrow account.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 4, 2025, at Redondo Beach, California

Robert Mills

**ATTACHMENT A**



# ROBERT MILLS

BERKELEY RESEARCH GROUP (BRG), LLC
1888 Century Park East, Suite 1400
Los Angeles, CA 90067

Direct: 424.281.3665
robert.mills@thinkbrg.com

Robert Mills is a Managing Director who has more than twenty-five years of experience quantifying economic damages in connection with commercial litigation. He has served as an expert witness and consultant across a range of matters, including patent, trademark, and copyright infringement; theft of trade secrets; breach of contract; fraud; and labor disputes. Mr. Mills has testified as an economic expert in federal district court, state courts in multiple jurisdictions, the US International Trade Commission (ITC), and arbitration in forums including FINRA, the American Arbitration Association, JAMS, and the International Chamber of Commerce. He has appeared at mediation venues and before the US Department of Justice.

Mr. Mills has significant experience dating to the late 1990s assessing fair, reasonable, and non-discriminatory (FRAND) royalties in the field of standard-essential patent licensing, including standards promulgated by the IEEE, ITU, JEDEC, and ETSI. He has been recognized as an expert by courts in the areas of patent damages and economic analysis related to royalty calculations and FRAND licensing and by the ITC on patent valuation in the FRAND context. In addition, he has served as an expert on FRAND issues in international arbitrations and has been instructed as an expert on F/RAND issues in matters pending before the High Court of Justice Business and Property Courts of England and Wales and the Unified Patent Court.

Mr. Mills also has significant experience conducting economic analyses and damages assessments in the life insurance industry. He has served as an expert in life insurance disputes where he has analyzed cost of insurance rates, cost of insurance charges, mortality rates, administrative expenses, rider charges, credited interest, death benefits, and policy lapses, among other issues. He has analyzed more than one million policies spanning hundreds of life insurance products during his career.

Mr. Mills also engages in economic research and consulting activities outside the dispute context. He has assessed the anticipated competitive effects of mergers and joint ventures on behalf of government regulatory agencies and merging parties; developed forecasts and strategic recommendations for government agencies, financial institutions, and clients involved with real estate development; assisted clients with the valuation of intangible assets; and provided support in licensing negotiations.



## PRESENT EMPLOYMENT

    Berkeley Research Group, LLC
    Managing Director, 2025 – present

## PREVIOUS POSITIONS

    Micronomics
    1998 – 2025

    Affiliated with InteCap
    2000 – 2003

    Hobson Johnson & Associates
    Associate Consultant, 1996 – 1998

    University of California, Santa Barbara
    Teaching Assistant, Department of Economics, 1994 – 1995

## SELECTED CONSULTING EXPERIENCE

### Economic Damages/Lost Profits

- Calculated lost profits on behalf of plaintiffs and defendants in connection with contract disputes, patent infringement, fraud, antitrust, and other causes of action.  Addressed lost sales, incremental cost, market definition, capacity, foreseeability, and mitigation.

- Assessed feasibility of calculating damages on a class-wide basis in numerous class action matters involving alleged breaches of contract, securities violations, employment disputes, and other causes of action.

- Quantified relevant profits under disgorgement theories of damages.

- Determined magnitude of alleged underpayment of overtime to a class of exempt employees on behalf of a national retail chain.

- Quantified lost earnings and benefits in connection with wrongful termination and personal injury matters.

- Determined damages resulting from cost of insurance overcharges in the life insurance industry.

- Analyzed irreparable harm issues in connection with motions for temporary restraining orders and preliminary injunctions.

**BRG**

INTELLIGENCE THAT WORKS

## Intellectual Property

- Determined reasonable royalties and calculated lost profits in connection with patent infringement matters on behalf of patent owners and alleged infringers.  Addressed royalty bases, reasonable royalty rates, apportionment, commercial success, non-infringing substitutes, availability, comparability, capacity constraints, convoyed sales, price erosion damages, and the entire market value rule.

- Calculated damages on behalf of clients involved with theft of trade secrets, trademark infringement, and copyright infringement litigation.

- Reviewed hundreds of license and cross-license agreements covering technologies related to telecommunications, semiconductors, software, sporting goods, medical devices, security, construction materials, motion control, and consumer products, among other industries

- Analyzed and opined on F/RAND-compliant terms in connection with standard-essential patents.

- Assisted with the negotiation of patent license agreements

## Antitrust

- Assessed the anticipated competitive effects of mergers, acquisitions, and joint ventures on behalf of government regulatory agencies as well as merging parties.

- Estimated anticipated post-merger prices using merger simulation techniques on behalf of a manufacturer of branded consumer products and presented findings to US Department of Justice.

- Conducted studies of market definition, attempted monopolization, and economic damages on behalf of plaintiffs and defendants involved with antitrust litigation.

- Evaluated price fixing allegations in the semiconductor industry.

- Conducted econometric analyses of pricing and output in a matter involving price fixing allegations.

## Real Estate

- Assisted government agencies with eminent domain compensation issues.

- Prepared feasibility studies and financial projections for income producing properties, including commercial, industrial, residential, and resort projects.

- Prepared forecasts of vacancy, absorption, rental rates, and new construction for financial institutions, government agencies, and real estate developers.

- Conducted study of student housing options on behalf of a university.  Recommended adjustments to university housing rental rates and determined target rates for planned development.





- Recommended development strategies to numerous real estate developers. Addressed product size, mix, location, and other qualitative factors.

- Calculated damages caused by interference with development of a master planned community.

## Cost Benefit/Risk Analysis

- Estimated the economic, fiscal, and social impact of instituting system development fees for new real estate development.

- Assisted a multi-jurisdiction planning commission in assessing economic, fiscal, and social impacts of anticipated demilitarization.

- Advised the developer of a major destination resort of the economic and fiscal impacts of the proposed project.

- Advised client on financial and other costs and benefits of relocating headquarters and manufacturing operations.

- Recommended development strategies to a port authority based on analysis of the costs and benefits of its options.

- Assisted law firms, corporate legal departments, and mediators with assessments of litigation risk and the expected value of litigation.

## Econometrics

- Developed econometric models used to assess the competitive impacts of proposed mergers.

- Estimated own- and cross-price elasticity of demand for differentiated products in the baking industry.

- Prepared and evaluated revenue and earnings forecasts on behalf of plaintiffs and defendants involved with commercial litigation.

- Evaluated econometric models provided to a government regulatory agency by parties contemplating a merger.

- Developed econometric models used to measure the effects of economic events on the value of firms.

**BRG**    INTELLIGENCE THAT WORKS

## RECENT TESTIMONY

1.  *Lawrence Handorf, et al. v. Transamerica Life Insurance Company*
    United States District Court, Northern District of Iowa
    Case No. 23-cv-00032-CJW-MAR
    Breach of Contract
    Reports, Deposition

2.  *Sean Flynn, et al. v. McGraw Hill LLC, et al.*
    United States District Court, Southern District of New York
    Breach of Contract
    Case No. 21-cv-614 (LGS) (BCM)
    Report, Deposition

3.  *In the Matter of Certain Electronic Computing Devices, and Components and Modules Thereof*
    United States International Trade Commission
    Investigation No. 337-TA-1387
    F/RAND Licensing
    Reports, Trial

4.  *In the Matter of Certain Mobile Phones, Components Thereof, and Products Containing Same*
    United States International Trade Commission
    Investigation No. 337-TA-1375
    F/RAND Licensing
    Reports, Deposition, Trial

5.  *Fractus, S.A. v. ADT LLC d/b/a ADT Security Services*
    United States District Court, Eastern District of Texas
    Case No. 2:22-cv-412
    Patent Infringement
    Reports, Deposition

6.  *Zilkr Cloud Technologies, LLC v. Cisco Systems, Inc.*
    United States District Court, Eastern District of Texas
    Case No. 2:22-cv-00166
    Patent Infringement
    Report, Deposition

7.  *PWNHealth, LLC d/b/a Everly Health Solutions v. Walgreen Co.*
    American Arbitration Association
    Case No. 01-22-002-4919
    Trademark Infringement; Breach of Contract
    Report, Trial



8. *Microsoft Corporation v. MediaPointe, Inc., et al.*
   United States District Court, Central District of California
   Case No. 2:22-cv-01009
   Patent Infringement
   Report, Deposition

9. *Jane Doe v. MindGeek USA Inc., et al.*
   United States District Court, Central District of California
   Case No. 8:21-cv-00338-CJC-ADS
   Violation of Federal and State Laws
   Report, Declaration, Deposition

10. *Akamai Technologies, Inc. v. MediaPointe, Inc., et al.*
    United States District Court, Central District of California
    Case No. 2:22-cv-06233
    Patent Infringement
    Reports, Deposition

11. *Jenale Nielsen v. Walt Disney Parks and Resorts U.S. Inc.*
    United States District Court, Central District of California
    Case No. 8:21-cv-02055-DOC-ADS
    Breach of Contract
    Declarations, Deposition

12. *Eland 1 Solar CEI Parent, LLC, et al. v. 8minutenergy US Solar, LLC, et al.*
    JAMS Alternative Dispute Resolution
    JAMS Ref No. 5100000603
    Breach of Contract, Fraud
    Reports, Declarations, Deposition, Trial

13. *Ericsson Inc., et al. v. Apple Inc.*
    United States District Court, Eastern District of Texas
    Case No. 2:21-cv-376-JRG
    Breach of Contract, FRAND Licensing
    Reports, Deposition, Trial

14. *In the matter of Certain Mobile Telephones, Tablet Computers with Cellular Connectivity, and Smart Watches with Cellular Connectivity, Components Thereof, and Products Containing Same*
    United States International Trade Commission
    Investigation No. 337-TA-1299
    FRAND Licensing
    Reports, Deposition



15. *Advance Trust & Life Escrow Services, LTA, et al. v. PHL Variable Insurance Company*
United States District Court, Southern District of New York
Case No. 1:18-cv-03444 (PAC)
Breach of Contract
Reports, Declarations, Deposition

16. *TVPX ARS Inc., et al. v. Lincoln National Life Insurance Company*
United States District Court, Eastern District of Pennsylvania
Case No. 18-CV-05173 (RBS)
Breach of Contract
Reports, Deposition

17. *Aspect Pharmaceuticals, LLC v. Allergan, Inc., et al.*
JAMS Ref. No. 1220067779
Breach of Contract
Report, Trial

18. *LSIMC, LLC v. American General Life Insurance Company*
United States District Court, Central District of California
Case No. 20-CV-11518-SVW-PVC
Breach of Contract
Reports, Declarations, Deposition

19. *HTC Corporation v. Telefonaktiebolaget LM Ericsson*
International Chamber of Commerce International Court of Arbitration
ICC Case No. 24176/MK
FRAND Licensing, Breach of Contract
Reports, Trial

20. *TRU Creditor Litigation Trust v. David A. Brandon, et al.*
United States District Court, Eastern District of Virginia
Case No. 17-34665 (KLP)
Breach of Duty, Fraud
Reports, Deposition

21. *In Re: Lincoln National 2017 COI Litigation*
United States District Court, Eastern District of Pennsylvania
Case No. 17-CV-04150-GJP
Breach of Contract
Declaration, Deposition

**BRG**                                                    INTELLIGENCE THAT WORKS

22. *In Re: Lincoln National COI Litigation*
United States District Court, Eastern District of Pennsylvania
Case No. 16-CV-06605-GJP
Breach of Contract
Declaration, Deposition

23. *Brighton Trustees, LLC v. Genworth Life and Annuity Insurance Company*
United States District Court, Eastern District of Virginia
Case No. 3:20-CV-240-DJN
Breach of Contract
Reports, Declaration, Deposition

24. *Rebotix Repair LLC v. Intuitive Surgical, Inc.*
United States District Court, Middle District of Florida
Case No. 20-CV-02274-VMC-TGW
Antitrust
Reports, Declaration, Deposition

25. *Fractus, S.A. v. TCL Corp., et al.*
United States District Court, Eastern District of Texas
Case No. 2:20-CV-00097-JRG
Patent Infringement
Report, Deposition

26. *Vida Longevity Fund, LP v. Lincoln Life & Annuity Company of New York*
United States District Court, Southern District of New York
Case No. 1:19-cv-06004-ALC-DCF
Breach of Contract
Reports, Deposition

27. *Advance Trust & Life Escrow Services, LTA v. North American Company for Life and Health Insurance*
United States District Court, Southern District of Iowa
Case No. 4:18-cv-00368-SMR-HCA
Breach of Contract
Reports, Declarations, Depositions

28. *Damonie Earl, et al. v. The Boeing Company, et al.*
United States District Court, Eastern District of Texas
Case No. 4:19-cv-00507
Fraud
Report, Declarations, Deposition



29. *Ancora Technologies, Inc. v. Samsung Electronics Co., Ltd., et al.*
United States District Court, Western District of Texas
Case No. 6:19-cv-384
Patent Infringement
Reports, Deposition

30. *Soundgarden, et al. v. UMG Recordings, Inc.*
United States District Court, Central District of California
Case No. 2:19-cv-05449-JAK-MRW
Breach of Contract
Declarations, Deposition

31. *Lois Friedman, et al. v. John Murphy, et al.*
Superior Court of the State of California, County of Los Angeles
Case No. SC 121128
Shareholder Dispute and Professional Negligence
Deposition

## EDUCATION

MA, Economics             University of California, Santa Barbara, 1995
MS, Applied Economics     Portland State University, 1994
BS, Economics and History Portland State University, 1992

## PROFESSIONAL AFFILIATIONS

American Economic Association, Member
Licensing Executives Society, Member

## PAPERS/PRESENTATIONS

- "Practical Elements of Finance," Practising Law Institute, New York, New York, June 13-14, 2011.

- "Regression Analysis Applications in Litigation," (with Dubravka Tosic), chapter in *Pocket MBA: Finance for Lawyers*, Practising Law Institute, March 2011.

- "Industry Norms and Reasonable Royalty Rate Determination," (with Roy Weinstein and Michelle Porter), *les Nouvelles*, March 2008.

- "Market Concentration and Unilateral Effects," UCLA First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions, Ritz-Carlton Hotel, Marina Del Ray, California, February 28, 2004.




- "Hot Topics in Intellectual Property Valuation," California Mandatory Continuing Legal Education Program, Los Angeles, November 2000.

- "Valuing Intellectual Property," California Mandatory Continuing Legal Education Program, Los Angeles, July 2000.

- "Unilateral Effects in Merger Analysis: The Simulation Approach," for the Los Angeles County Bar Association, February 1999.