1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8

9
10
11

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

No.   C 24-05417 WHA

12

Plaintiffs,

13

v.

14

ANTHROPIC PBC,

15

Defendant.

**ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

16

17

We will go ahead with the hearing at noon tomorrow, September 8, in San Francisco.

18

Counsel for both sides shall appear.  So shall at least one lawyer from each of the law

19

firms prospectively involved as Authors' Coordination Counsel (Cowan DeBaets Abrahams &

20

Sheppard LLP and Fairmark Partners LLP) and as Publishers' Coordination Counsel (Edelson

21

PC and Oppenheim + Zebrak, LLP).  Finally, it is strongly recommended that Authors Guild

22

CEO Mary Rasenberger and Association of American Publishers CEO Maria Pallante attend.

23

But the district judge is disappointed that counsel have left important questions to be

24

answered in the future, including respecting the Works List, the Class List, the Claim Form,

25

and, particularly for works with multiple claimants, the processes for notification (for opt-out,

26

so-called re-inclusion, and claims, whether a given choice is exercised by one, some, or all co-

27

claimants), allocation, and dispute resolution.  Counsel propose that proposals on these

28

important points will be made with input from the Working Group (and the mediator, former-

1    District Judge Layn Phillips), then challenged by Anthropic, then approved by the Court, all by

2    October 10.  Those critical choices will need to be confirmed well before October 10 and

3    before preliminary approval can be granted.

4        Still, the hearing will go forward, and we will work hard to make progress in person.

5        **IT IS SO ORDERED.**

6

7    Dated:  September 7, 2025.

8

9

10   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

11