Judge William H. Alsup
September 7, 2025
Page 1


**VIA ECF**
Judge William H. Alsup
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue, 16th Floor Clerk's Office
San Francisco, CA 94102

>  RE:  *Bartz et al. v. Anthropic PBC*, Case Number 3:24-CV-05417-WHA (N.D. Cal.), Dkt. 364

Dear Judge Alsup:

In advance of tomorrow's hearing, Plaintiffs write to inform the Court of the following. For Authors' Coordination Counsel, an attorney from Cowan DeBaets Abrahams & Sheppard LLP and an attorney from Fairmark Partners LLP will be in attendance. For Publishers' Coordination Counsel, an attorney from Edelson PC and an attorney from Oppenheim + Zebrak, LLP will be in attendance. Authors Guild CEO Mary Rasenberger as well as Association of American Publishers CEO Maria Pallante will both attend the hearing. They will also be meeting in the morning in advance of the hearing. Clay Cogman, a mediator with Phillips ADR Enterprises and who worked with Mr. Phillips in mediating the Parties' Settlement Agreement, will attend the hearing as well.

We look forward to discussing all the issues raised in the Court's order at Dkt. No. 364 and any other questions the Court may have.


Respectfully submitted,

*/s/ Justin Nelson*

Justin A. Nelson*
Alejandra C. Salinas*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Samir Doshi*
J. Craig Smyser*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51 Floor,
New York, NY 10019

Judge William H. Alsup
September 7, 2025
Page 2

      Telephone: (212) 336-8330
      sdoshi@susmangodfrey.com
      csmyser@susmangodfrey.com

      Rohit D. Nath (SBN 316062)
      Michael Adamson (SBN 321754)
      **SUSMAN GODFREY L.L.P.**
      1900 Avenue of the Stars, Suite 1400
      Los Angeles, CA 90067-2906
      Telephone: (310) 789-3100
      rnath@susmangodfrey.com
      madamson@susmangodfrey.com

      Jordan W. Connors*
      **SUSMAN GODFREY L.L.P.**
      401 Union Street, Suite 3000
      Seattle, WA 98101
      Telephone: (206) 516-3880
      jconnors@susmangodfrey.com

      Rachel Geman*
      Jacob S. Miller*
      Danna Z. Elmasry*
      **LIEFF CABRASER HEIMANN**
      **& BERNSTEIN, LLP**
      250 Hudson Street, 8th Floor
      New York, NY 10013-1413
      Telephone: (212) 355-9500
      rgeman@lchb.com
      jmiller@lchb.com
      delmasry@lchb.com

      Daniel M. Hutchinson (SBN 239458)
      Jallé Dafa (SBN 290637)
      Amelia A. Haselkorn (SBN 339633)
      **LIEFF CABRASER HEIMANN &**
      **BERNSTEIN, LLP**
      275 Battery Street, 29th Floor
      San Francisco, CA 94111-3339
      Telephone: (415) 956-1000
      dhutchinson@lchb.com
      jdafa@lchb.com

Judge William H. Alsup
September 7, 2025
Page 3

ahaselkorn@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

Jay Edelson*
J. Eli Wade-Scott*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com
ewadescott@edelson.com

Matthew J. Oppenheim*
Jeffrey M. Gould*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: (202) 450-3958
matt@oandzlaw.com
jeff@oandzlaw.com

*Admitted Pro Hac Vice*