1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  ANDREA BARTZ et al.         ,         Case No. C 24-05417 WHA
5           Plaintiff(s),
6       v.                                **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  ANTHROPIC PBC              ,          (CIVIL LOCAL RULE 11-3)
8           Defendant(s).
9
10    I, __Yinka Onayemi__, an active member in good standing of the bar of
11    __the State of New York__, hereby respectfully apply for admission to practice pro hac
12    vice in the Northern District of California representing: __ANDREA BARTZ et al.__ in the
13    above-entitled action. My local co-counsel in this case is __Rohit D. Nath__, an
14    attorney who is a member of the bar of this Court in good standing and who maintains an office
15    within the State of California.  Local co-counsel's bar number is: __316062__.
16    400 7th St. NW, #304, Washington, DC 20004          1900 Avenue Of The Stars, Ste 1400, Los Angeles, CA 90067
17    MY ADDRESS OF RECORD                                 LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18    708-351-4497                                         310-789-3138
19    MY TELEPHONE # OF RECORD                             LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20    yinka@fairmarklaw.com                                RNath@susmangodfrey.com
      MY EMAIL ADDRESS OF RECORD                           LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22         I am an active member in good standing of a United States Court or of the highest court of
23    another State or the District of Columbia, as indicated above; my bar number is: __5940614__.
24         A true and correct copy of a certificate of good standing or equivalent official document
25    from said bar is attached to this application.
26         I have been granted pro hac vice admission by the Court __0__ times in the 12 months
27    preceding this application.
28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/8/2025

Yinka Onayemi
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Yinka Onayemi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE