# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

__YINKA   EZEKIEL   ONAYEMI__ , Bar # __5940614__

was duly admitted to practice in the Court on

__May 24, 2022__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __September 8, 2025__
New York, New York

*Tammi M. Hellwig* (signature)

__Tammi M. Hellwig__            By      __s/ R. Juliano__
Clerk of Court                          Deputy Clerk