| | |
|---|---|
| Justin A. Nelson* | Rachel Geman* |
| Alejandra C. Salinas* | Jacob S. Miller* |
| **SUSMAN GODFREY L.L.P** | Danna Z. Elmasry* |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN &** |
| Houston, TX 77002-5096 | **BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, NY 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Gervais (SBN 330731) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | Amelia Haselkorn (SBN 339633) |
| RNath@susmangodfrey.com | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| Jordan W. Connors* | 275 Battery Street, 29th Floor |
| **SUSMAN GODFREY L.L.P** | San Francisco, CA 94111-3339 |
| 401 Union Street, Suite 3000 | Telephone: (415) 956-1000 |
| Seattle, WA 98101 | dhutchinson@lchb.com |
| Telephone: (206) 516-3880 | jdafa@lchb.com |
| jconnors@susmangodfrey.com | ahaslekorn@lchb.com |
| | |
| J. Craig Smyser* | Betsy A. Sugar* |
| Samir Doshi* | **LIEFF CABRASER HEIMANN &** |
| **SUSMAN GODFREY L.L.P** | **BERNSTEIN, LLP** |
| One Manhattan West, 51st Floor, | 222 Second Ave., #1640 |
| New York, NY 10019 | Nashville, TN 37201 |
| Telephone: (212) 336-8330 | Telephone: (615) 313-9000 |
| Facsimile: (212) 336-8340 | bsugar@lchb.com |
| csmyser@susmangodfrey.com | *Co-Lead Class Counsel* |
| sdoshi@susmangodfrey.com | |

*Co-Lead Class Counsel*
*(Pro Hac Vice)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No.: 3:24-cv-05417-WHA |
| | **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| Plaintiffs, | |
| v. | |
| ANTHROPIC PBC, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

Having considered Plaintiffs' Administrative Motion to Seal, the Court hereby **GRANTS / DENIES / GRANTS IN PART** the Motion and ORDERS the following:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | GRANT | DENY | GRANT IN PART |
|---|---|---|---|---|---|
| Exhibit 1: Works List | Plaintiffs | In its entirety | | | |
| Exhibit 2: Class List | Plaintiffs | In its entirety | | | |