| | |
|---|---|
| Justin A. Nelson (*pro hac vice*)<br>Alejandra C. Salinas (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com<br>asalinas@susmangodfrey.com<br><br>Rohit D. Nath (SBN 316062)<br>Michael Adamson (SBN 321754)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>rnath@susmangodfrey.com<br>madamson@susmangodfrey.com<br><br>Jordan W. Connors*<br>**SUSMAN GODFREY L.L.P.**<br>401 Union Street, Suite 3000<br>Seattle, WA 98101-2683<br>Telephone: (206) 516-3880<br>jconnors@susmangodfrey.com<br><br>J. Craig Smyser*<br>Samir Doshi*<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West, 51st Floor,<br>New York, NY 10001-8602<br>Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com<br>sdoshi@susmangodfrey.com<br><br>*Co-Lead Counsel* | Rachel Geman (*pro hac vice*)<br>Jacob S. Miller (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>rgeman@lchb.com<br>jmiller@lchb.com<br>delmasry@lchb.com<br><br>Daniel M. Hutchinson (SBN 239458)<br>Jallé H. Dafa (SBN 290637)<br>Amelia Haselkorn (SBN 339633)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>dhutchinson@lchb.com<br>jdafa@lchb.com<br>ahaselkorn@lchb.com<br><br>Betsy A. Sugar*<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>222 Second Ave., #1640<br>Nashville, TN 37201-2375<br>Telephone: (615) 313-9000<br>bsugar@lchb.com<br><br>*Co-Lead Class Counsel*<br>*(Pro Hac Vice) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No.: 3:24-cv-05417-WHA<br><br>**MANUAL FILING NOTIFICATION** |

1  **Regarding:   UNREDACTED VERSION OF EXHIBIT 1 – WORKS LIST (LODGED UNDER**
2  **SEAL) to the NOTICE OF COMPLIANCE**

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website under Frequently Asked Questions (FAQ). However, please note that this filing is lodged under seal.

This filing was not efiled for the following reasons:

☐ Voluminous Document (PDF file size larger than efiling system allowances)

☐ Unable to Scan Documents

☐ Physical Object (description):

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53

☒ Other (description):  Lodge under seal


Dated:  September 15, 2025                    Respectfully submitted,

                                              By: */s/ Rachel Geman*

                                              Rachel Geman *(pro hac vice)*
                                              Jacob S. Miller *(pro hac vice)*
                                              Danna Z. Elmasry *(pro hac vice)*
                                              **LIEFF CABRASER HEIMANN**
                                              **& BERNSTEIN, LLP**
                                              250 Hudson Street, 8th Floor
                                              New York, New York 10013-1413
                                              Telephone: (212) 355-9500
                                              rgeman@lchb.com
                                              jmiller@lchb.com
                                              delmasry@lchb.com

                                              Daniel M. Hutchinson (SBN 239458)
                                              Reilly T. Stoler (SBN 310761)
                                              Jallé H. Dafa (SBN  290637)
                                              **LIEFF CABRASER HEIMANN**
                                              **& BERNSTEIN, LLP**
                                              275 Battery Street, 29th Floor
                                              San Francisco, CA 94111-3339
                                              Telephone: (415) 956-1000

dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

MAdamson@susmangodfrey.com

Jordan W. Connors *
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi (*pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**

1
2
3

60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

4
5

*Additional Counsel for the Class and Proposed Authors' Coordinating Counsel*

6
7
8

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

9
10
11
12

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

13

*Publishers' Coordinating Counsel*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28