| | |
|---|---|
| 1  Justin A. Nelson (*pro hac vice*) | Rachel Geman (*pro hac vice*) |
|    Alejandra C. Salinas (*pro hac vice*) | Jacob S. Miller (*pro hac vice*) |
| 2  **SUSMAN GODFREY L.L.P.** | Danna Z. Elmasry (*pro hac vice*) |
|    1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN** |
| 3  Houston, TX 77002-5096 | **& BERNSTEIN, LLP** |
|    Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| 4  jnelson@susmangodfrey.com | New York, New York 10013-1413 |
|    asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| 5  | rgeman@lchb.com |
|    Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| 6  Michael Adamson (SBN 321754) | delmasry@lchb.com |
|    **SUSMAN GODFREY L.L.P.** | |
| 7  1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
|    Los Angeles, CA 90067-2906 | Jallé H. Dafa (SBN 290637) |
| 8  Telephone: (310) 789-3100 | Amelia Haselkorn (SBN 339633) |
|     rnath@susmangodfrey.com | **LIEFF CABRASER HEIMANN** |
| 9   madamson@susmangodfrey.com | **& BERNSTEIN, LLP** |
|    | 275 Battery Street, 29th Floor |
| 10 Jordan W. Connors* | San Francisco, CA 94111-3339 |
|    **SUSMAN GODFREY L.L.P.** | Telephone: (415) 956-1000 |
| 11 401 Union Street, Suite 3000 | dhutchinson@lchb.com |
|    Seattle, WA 98101-2683 | jdafa@lchb.com |
| 12 Telephone: (206) 516-3880 | ahaselkorn@lchb.com |
|    jconnors@susmangodfrey.com | |
| 13 | Betsy A. Sugar* |
|    J. Craig Smyser* | **LIEFF CABRASER HEIMANN** |
| 14 Samir Doshi* | **& BERNSTEIN, LLP** |
|    **SUSMAN GODFREY L.L.P.** | 222 Second Ave., #1640 |
| 15 One Manhattan West, 51st Floor, | Nashville, TN 37201-2375 |
|    New York, NY 10001-8602 | Telephone: (615) 313-9000 |
| 16 Telephone: (212) 336-8330 | bsugar@lchb.com |
|    csmyser@susmangodfrey.com | |
| 17 sdoshi@susmangodfrey.com | *Co-Lead Class Counsel* |
|    | *(Pro Hac Vice) |
| 18 *Co-Lead Counsel* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., ) | Case No.: 3:24-cv-05417-WHA |
| CHARLES GRAEBER, KIRK WALLACE      ) | |
| JOHNSON, and MJ + KJ, INC., individually ) | **CERTIFICATE OF SERVICE** |
| and on behalf of others similarly situated, ) | |
|                                    ) | |
|          Plaintiffs,               ) | |
|                                    ) | |
| v.                                 ) | |
|                                    ) | |
| ANTHROPIC PBC,                     ) | |
|                                    ) | |
|          Defendant.                ) | |

1  I hereby certify that true and correct copies of the Works List and Class List were duly served upon
2  all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil
3  Procedure, on September 15, 2025.

4

5  Dated: September 15, 2025              */s/ Rachel Geman*
                                          Rachel Geman
6