UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 3:24-cv-05417-WHA<br><br>DECLARATION OF ANDREA BARTZ |

### DECLARATION OF ANDREA BARTZ

Pursuant to 28 U.S.C. § 1746, I, Andrea Bartz, declare as follows:

1. I am an author and a class representative in this action. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. The following statements are made within my personal knowledge and are true and correct.

2. As a full-time novelist, I'm acutely aware of the harm piracy and copyright infringement wreak on authors and publishers, and when I heard that Anthropic had pirated my intellectual property, I was compelled to be a part of this class action. I felt violated and harmed, professionally as well as personally, and I wanted to stand up for others in the book industry who'd been harmed as well.

3. Since filing this complaint as a lead plaintiff (on behalf of my loan-out, Andrea Bartz, Inc.) in August 2024, I've invested many hours into this lawsuit—and will continue to do so for as long as

necessary. I answered extensive discovery requests, handing over thousands of pages of documents and digging through a decade's worth of contracts and communications to provide accurate information. I met with my counsel for many hours and participated in an extensive deposition. I traveled from my home in New York to San Francisco to attend the deposition and major court hearings, and I reviewed and approved major court filings, including the settlement agreement. I did my best to be an informed and engaged class representative, peppering my attorneys with questions about the case, reading up on copyright law, sharing important information about my claims and the class's potential point of view on relevant details, and more.

4. On behalf of my wholly owned loan-out corporation, I was proud to be appointed as a class representative in the Court's order certifying the class. I understand that the Court certified a class that included all owners of a copyrighted work, comprising authors like myself (and their loan-outs) as well as publishers, who were also harmed by Anthropic's piracy. I take seriously my duties to represent the entire class, and I see this settlement as a win for the publishing industry, i.e., the allied parties who together invest in bringing books into the world.

5. Most recently, I've dedicated substantial time to the proposed plan of distribution. Since signing the term sheet on August 25, 2025, I've been heavily involved in the creation and refinement of the materials. Grasping how important it will be for class members to understand the settlement, I've made comments and suggestions on the notice packet, claim form, and other materials, identifying potential pitfalls and suggesting language for clarity and inclusion. I recognize how crucial it will be for authors, publishers, and other rights-holders to quickly wrap their minds around the specifics of this large settlement, and I'm proud of the work we've done to make opting in and claiming damages intuitive and straightforward.

6. The works included in this case represent hundreds of millions of hours of labor and immeasurable dedication, creativity, vulnerability, and grit from both authors and publishers. I strongly

support this settlement and, in the coming months, I'm committed to helping class members, including my fellow authors, understand the settlement and why it's such a critical step for those of us who believe that Anthropic violated our copyrights. In my personal conversations with author friends, I've been heartened to learn how curious, engaged, and motivated writers are to take part in this historic settlement hand-in-hand with the publishers that brought their books into the world. Together, authors and publishers are sending a message to AI companies: You are not above the law, and our intellectual property isn't yours for the taking.

    I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed September 22, 2025 at New York City, New York.

*DocuSigned by:*

*Andrea Bartz*

C8FE84475767423...

Andrea Bartz