UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**DECLARATION OF KIRK WALLACE JOHNSON** |

## DECLARATION OF KIRK WALLACE JOHNSON

Pursuant to 28 U.S.C. § 1746, I, Kirk Wallace Johnson, declare:

1. I am an author and a class representative in this action. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. The following statements are made within my personal knowledge and are true and correct.

2. When I look at my books, I don't see the stories within. I see the quarter of my life that I poured into them. I see all the times my wife shouldered the burdens of childrearing so that I could finish them in time. I see all the moments my children endured a distracted or stressed dad. I see all the readers that trusted me with their time. I see my books as tiny links connecting me to that most fundamental chain of human history: the storytellers.

3. The covenant binding authors and publishers and protecting our investment of time and money is so obvious that we risk taking it for granted: copyright. Well before it was enshrined in the

Constitution, authors have had their work protected. Over the centuries of technological change, that basic expectation - that we reap the rewards of our own hard work - has been renewed, enforced, and never seriously questioned.

4. So when I look at my books, I never imagined that they would be pirated and used to train a pile of code that would grant unimaginable wealth and power to those that set fire to that basic covenant.

5. I am under no illusion that my books are uniquely special compared to the hundreds of thousands in this class. I firmly believe that counsel could have ladled out any other author from the pool of infringed work, and they would've found a similarly motivated class representative.

6. That sobering awareness has compelled me to take my responsibility to the others in the class as seriously as possible. This has taken the form of hundreds of hours of calls with counsel to make sure I understood each twist and turn of the litigation; extensive work responding to discovery requests, digging up thousands of pages of contracts, emails, and other documents; sitting for a lengthy deposition; reviewing court filings and the settlement agreement; and flying to attend multiple court hearings.

7. Beyond that, I felt a duty to understand the origins and future trajectories of the AI companies that trained their LLMs on pirated intellectual property, not only through reading numerous books and long-form reporting, but also experimenting extensively with the AI platforms to better understand their capabilities.

8. Since the term sheet was signed in late August, I have been so heavily involved in discussions about the proposed distribution plan that I've had to set my paid work aside. This has meant dozens of hours of Zooms with counsel, mediators, and stakeholders from the community of authors and publishers; reviewing each draft of the notice packet and claim form, imagining that I was a member of the class with little prior knowledge or understanding of the settlement.

9. I say this with little sense of grievance over lost time; rather, I've viewed it as an honor to represent that chain of human storytellers who deserve redress. I also saw it as essential to my forthcoming obligations to explain this settlement to other members of the class.

10. This settlement marks an important moment for the legal and moral framework that has bound us to each other since we started telling each other stories: that it's wrong to steal; that the system of

justice protects us from those that ignore it, and that we don't have to sacrifice everything we once valued on the altar of big tech.

11. I will remain in this struggle as long as I am helpful.

Executed in Los Angeles, California on September 22, 2025.

*Kirk Wallace Johnson*
Kirk Wallace Johnson

3326974.1