UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF JOHN DEGEN IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, John Degen, declare and state as follows:

1. I am the Chief Executive Officer of The Writers' Union of Canada, which represents over 3000 authors across Canada. The Writers' Union of Canada was founded in 1973 and is the national organization of professionally published writers.

2. The organization and its members are very interested in the proposed settlement of this litigation. Once approved, the Writers' Union will post a link on its website (writersunion.ca) to the court-approved settlement website and court-approved notice. In addition to members, many others use the organization's website as a source of information about important issues affecting Canadian writers.

3. The Writers' Union will also send an email to each of its members including a link to the court-approved settlement website and court-approved notice.

4. The Writers' Union will also encourage its members to share notice with their friends and acquaintances who are writers, publishers, or might otherwise be interested in the settlement.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 18/09/2025 at Toronto, Canada.

John Degen

CEO, The Writers' Union of Canada