UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF MATTHEW FULTON IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, MATTHEW FULTON, declare and state as follows:

1. I am the Director of Business Affairs for Writers House and am over 18 years of age. Writers House has been around for over fifty years and is one of the largest independent literary agencies in the world, with offices in New York, California and London. Writers House currently has 30 active literary agents.

2. A number of our clients have reached out to us with questions about this case and the settlement, and I have contacted Class Counsel about the settlement.

3. Should the Court grant preliminary approval of the proposed settlement, Writers House will help publicize court-approved notice of the settlement, including by posting a link to

the Settlement Website on the Writers House website. Further, Writers House will encourage our agents to forward the Settlement Website to active clients via email.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 22nd day of September 2025 in New York, NY.

MATTHEW FULTON

*Director, Business Affairs*
*Writers House*