UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF ANNA GANLEY IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, ANNA GANLEY, declare and state as follows:

1.　　I am Chief Executive for the UK Society of Authors ("SoA") and am over 18 years of age. The SoA is the UK's largest trade union for professional writers, illustrators and literary translators. The SoA was established in 1884 and helps its 12,500+ members by advising them on all aspects of the profession, including confidential contract vetting.

2.　　A number of SoA members already have expressed interest in and a desire to learn more about this case and the settlement. Over the last few weeks, Class Counsel have provided my team with information and case filings.

3.　　Should the Court grant preliminary approval of the proposed settlement, the SoA will help distribute the court-approved Settlement website to hundreds of thousands of authors.

Specifically, the SoA will send a dedicated email to its mailing list, post the link across its social media channels, feature the link publicly on the SoA website (societyofauthors.org), and work jointly with other UK industry groups — such as the Association of Authors' Agents (which represents 131 agencies), the Authors' Licensing and Collecting Society (which represents 128,000 members), the British Copyright Council (which represents over 500,000 individual creators), the Creators' Rights Alliance (which represents circa 500,000 creators), and the Writers' Guild of Great Britain (which represents over 3,000 members) — to notify their members about the settlement. The SoA will also notify the following international groups: the International Authors' Forum (which represents over 700,000 authors worldwide) and the European Writers' Council (which represents 53 organisations, representing 250,000 writers and literary translators in the book and text sector across Europe and publishing worldwide).

4. In addition, the SoA will use its contacts with wider industry stakeholders to raise awareness of the settlement and encourage its members to do the same with their own contacts and networks. The SoA will liaise with industry organisations and counterparts to seek a coordinated and consistent approach to external messaging about the notice of settlement and claims process to be followed.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 21 September 2025 in London, UK.

ANNA GANLEY
*Chief Executive, Society of Authors, UK*