UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF BRIDGET SHINE IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, BRIDGET SHINE, declare and state as follows:

　　1.　　I am the Chief Executive of the Independent Publishers Guild (IPG), the membership body for the thriving independent publishing sector in the UK and Ireland. The IPG was established in 1962: with over 600 members, it is the largest professional community for publishers in the UK by membership.

　　2.　　The proposed settlement in this litigation is of great interest to IPG and its members. If the Court grants preliminary approval to the proposed settlement, IPG will give notice of the settlement to its members by including a link to the Settlement Website and Long-Form Notice on (i) IPG's email newsletter, which is sent to members each week; (ii) through IPG's social media

channels, including LinkedIn, Facebook and Bluesky; and (iii) on IPG's website, https://www.independentpublishersguild.com.

3. Through those same channels, IPG will also encourage its members to forward notice to contacts who may be interested in the settlement, including any publishers and authors who conceivably might be Class Members.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2025, at 17.15.

*Bridget Shine*

BRIDGET SHINE

Independent Publishers Guild