UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>　　　　Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF CATRIONA STEVENSON IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, Catriona Stevenson, declare and state as follows:

1.　　I am the General Counsel and Deputy CEO of The Publishers Association Limited ("PA"), a company limited by guarantee incorporated in England and Wales. The PA is the member organisation for UK publishing and represents more than 140 publishers of all sizes and specialisms including major consumer, academic and education publishers. I am also Co-Chair of the Copyright Committee of the International Publishers Association, the world's largest federation of national, regional and specialist publishers associations with 105 members in 84 countries.

2. The PA is aware of the proposed settlement and has been monitoring developments in this litigation. If the Court preliminarily approves the settlement, the PA will share notice of the settlement with its members, including by posting a link to the Settlement Website and court-approved notice to its website, and emailing the notice directly to its members through various email distribution lists.

3. The PA will also take steps to ensure that notice of the settlement is shared with other publishing industry organisations, both in the UK and internationally, including: the Independent Publishers Guild (IPG), a membership body representing the independent publishing sector in the UK with 600 members; Publishers Licensing Services (PLS) which oversees collective licensing for book, journal, magazine and website content with over 4000 members; the International Publishers Association (IPA), the world's largest federation of national, regional and specialist publishers associations with 105 members in 84 countries; the Federation of European Publishers (FEP), the federation of publishers associations in Europe, representing 31 national associations; and the International Association of Scientific Technical & Medical Publishers (STM), the global trade association that represents the world's leading scholarly publishers with 150 members in 21 countries.

4. In addition, the PA will use its contacts with wider industry stakeholders to raise awareness of the notice of settlement and encourage its members to do the same with their own contacts and networks. The PA will liaise with industry associations and counterparts to seek a coordinated and consistent approach to external messaging about the notice of settlement and claims process to be followed.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21st, 2025, in London, UK.

*[Signature: Catriona Stevenson]*

CATRIONA STEVENSON

The Publishers Association