Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Co-Lead Counsel*

[Additional counsel listed in the signature block.]

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No. 334228)
Jackson Lane (Bar No. 351633)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com
jlane@mofo.com

*Attorneys for Defendant Anthropic PBC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMIT~~ED~~ FOR THE SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

3309875.1

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMIT
FOR SUPP. MPA ISO PRELIM APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:24-CV-05417

1.       WHEREAS, the Parties have reached a proposed Settlement Agreement resolving the claims asserted in this Action;

2.       WHEREAS, to sufficiently address the factors that the Court inquired of in its order of September 8, 2025—namely "clarifications respecting the Claim Form, claims procedure, and anything else"—Plaintiffs respectfully request up to thirty-five (35) pages for their supplemental memorandum and points of authorities in support of their motion for preliminary approval;

3.       WHEREAS, all parties consent to the relief sought herein.

IT IS THEREFORE STIPULATED AND AGREED, by the parties, through their respective counsel of record, that, subject to the Court's approval, Plaintiffs may submit a supplemental memorandum and points of authorities in support of their motion for preliminary approval of up to thirty-five (35) pages.

Dated: September 21, 2025

By: /s/Rachel Geman

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com

Respectfully submitted,

By: /s/ Douglas A. Winthrop

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Assad H. Rajani (Bar No. 251143)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319.4500
(650) 319-4700 (fax)
assad.rajani@arnoldporter.com

| | |
|---|---|
| Betsy A. Sugar (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>222 2nd Avenue S., Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br>bsugar@lchb.com<br><br>*Co-Lead Counsel* | Oscar Ramallo (Bar No. 241487)<br>Angel Tang Nakamura (Bar No. 205396)<br>Ryan M. Nishimoto (Bar No. 235208)<br>Allyson C. Myers (Bar No. 342038)<br>**ARNOLD & PORTER LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000<br>(213) 243-4199 (fax)<br>oscar.ramallo@arnoldporter.com<br>angel.nakamura@arnoldporter.com<br>ryan.nishimoto@arnoldporter.com<br>ally.myers@arnoldporter.com |
| Rohit D. Nath (SBN 316062)<br>Michael Adamson (SBN 321754)<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>RNath@susmangodfrey.com<br>MAdamson@susmangodfrey.com | Daralyn J. Durie (Bar No. 169825)<br>Ramsey Fisher (Bar No.334228)<br>Jackson Lane (Bar No. 351633)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>(415) 268-7522 (fax)<br>DDurie@mofo.com<br>RamseyFisher@mofo.com<br>jlane@mofo.com |
| Justin A. Nelson (*pro hac vice*)<br>Alejandra C. Salinas (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com<br>asalinas@susmangodfrey.com | Whitney Rose O'Byrne (Bar No. 325698)<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017<br>(213) 892-5200<br>(213) 892-5454 (fax)<br>WOByrne@mofo.com |
| Jordan W. Connors (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P**<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>jconnors@susmangodfrey.com | Mary Prendergast (Bar No. 272737)<br>Fitz Beckwith Collings (*pro hac vice*)<br>Aditya Vijay Kamdar (Bar No. 324567)<br>**MORRISON & FOERSTER LLP**<br>2100 L Street, N.W.<br>Washington, DC 20037<br>(202) 572-6757<br>(202) 887-0763 (fax)<br>MPrendergast@mofo.com<br>fcollings@mofo.com<br>AKamdar@mofo.com |

| | |
|---|---|
| J. Craig Smyser (*pro hac vice*) <br> Samir H. Doshi (*pro hac vice* <br> **SUSMAN GODFREY L.L.P** <br> One Manhattan West, 51st Floor, <br> New York, NY 10019 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com <br> sdoshi@susmangodfrey.com <br><br> *Co-Lead Counsel* | Kathleen R. Hartnett <br> **COOLEY LLP** <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, CA 94111-4004 <br> (415) 693-2071 <br> (415) 693-2222 (fax) <br> khartnett@cooley.com |
| Scott J. Shoulder (*pro hac vice*) <br> CeCe M. Cole (*pro hac vice*) <br> **COWAN DEBAETS ABRAHAMS & SHEPPARD LLP** <br> 60 Broad Street, 30th Floor <br> New York, New York 10010 <br> Telephone: (212) 974-7474 <br> sshoulder@cdas.com <br> ccole@cdas.com <br><br> *Additional Counsel for the Class* | Alexander J. Kasner (Bar No. 310637) <br> Ephraim McDowell (*pro hac vice*) <br> **COOLEY LLP** <br> 1299 Pennsylvania Avenue, NW, Suite 700 <br> Washington, DC 20004-2400 <br> (202) 776-2266 <br> (202) 842-7899 (fax) <br> akasner@cooley.com <br> emcdowell@cooley.com |
| Jay Edelson* <br> **EDELSON PC** <br> 350 North LaSalle Street, 14th Floor <br> Chicago, IL 60654 <br> Telephone: (312) 589-6370 <br> jedelson@edelson.com | |
| Matthew J. Oppenheim* <br> **OPPENHEIM & ZEBRAK LLP** <br> 4530 Wisconsin Ave, NW, 5th Floor <br> Washington, DC 20016 <br> Telephone: 202.450.3958 <br> matt@oandzlaw.com <br><br> *Publishers' Coordinating Counsel* | Mark Alan Lemley (Bar No. 155830) <br> **LEX LUMINA LLP** <br> 700 S. Flower St., Suite 1000 <br> Los Angeles, CA 90017 <br> (650) 723-4605 <br> mlemley@lex-lumina.com <br><br> *Attorneys for Defendant Anthropic PBC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 22, 2025.

_____
The Honorable William Alsup
United States District Court Judge