# EXHIBIT 2

# PROPOSED CLAIM FORM

**Must be postmarked by**
**mail no later than**
**[date]**

ANTHROPIC COPYRIGHT SETTLEMENT
C/O JND LEGAL ADMINISTRATION
PO BOX 91204
SEATTLE, WA 98111
www.AnthropicCopyrightSettlement.com

# ANTHROPIC COPYRIGHT SETTLEMENT CLAIM FORM

You may be eligible to receive a cash payment if:

1. You are a legal, beneficial, or sole owner of the exclusive right to reproduce a copyrighted work;

2. The work is included in the Works List; and

3. You are not a director, officer, or employee of Anthropic, PBC, and you are not personnel of federal agencies or of the United States District Court.

Typically, a contract between a **publisher** and **author** establishes these rights. In some cases, a contract may specify whether and/or how litigation proceeds will be split between **authors** and **publishers**.

For purposes of this claims process:

A **legal owner** of a work holds the exclusive right to publish and reproduce that work. Often, the legal owner of the work is the publisher because it holds the right to reproduce by contract.

A **beneficial owner** of a work is a former legal owner who assigned the exclusive right to publish and reproduce the work to another in exchange for royalty payments. Often, authors are beneficial owners.

A **sole owner** holds all rights to reproduce the work. Examples of sole ownership include:

- An author whose rights in the work have **reverted** from the publisher.

- An author whose rights assigned to the publisher have **terminated**.

- A self-published author who did not work with a co-author and never assigned rights to a publisher.

- A publisher that commissioned a work-for-hire, as defined in the Copyright Act.

- A publisher to which all rights in a work have been assigned, with no royalty obligations to an author or anyone else.

If you are not sure, **consult your contract** or **contact Class Counsel**.

You may search the Works List online at
www.AnthropicCopyrightSettlement.com

If your work does not appear on the Works List, your work is not part of the settlement, your claims about that work are not being released, and you should not submit a claim for that work.

**The easiest way to file is online at**
**www.AnthropicCopyrightSettlement.com.**

# INSTRUCTIONS FOR COMPLETING THIS CLAIM FORM

1. **Please provide below, and on page 10, the Unique ID contained in the email or on the notice that you received.** If you did not receive a notice, or if you cannot locate your notice, write "unavailable."

| UNIQUE ID: | |
|---|---|

2. <u>Section A:</u> Please provide your contact information.

3. <u>Section B:</u> Please provide your works information. If you are the sole owner of all works listed, after completing Section B, please skip to Section F.

4. <u>Section C:</u> If you are not the sole owner, please provide contact information for any other rightsholders. Please note that many works will have both a legal and beneficial owner because even if an **author** or **publisher** owns the copyright, the other party may still be entitled to royalties.

5. <u>Section D:</u> Please review this section for an explanation of default author/publisher percentage of recovery splits for all works other than Education Works, such as **trade** and **university press** works.

6. <u>Section E:</u> Please review this section for the distribution of settlement proceeds **for Education Works only**. Education Works are works published by education publishers. Education publishers specialize in creating and publishing works, including but not limited to textbooks, for the instruction of students and professionals, which are distributed for and through educational and professional markets. The searchable directory of works accessible on www.AnthropicCopyrightSettlement.com/ identifies which works are Education Works.

7. <u>Section F:</u> Please complete and provide your payment method election.

8. <u>Section G:</u> You must sign the claim form certification and mail it to the address below, postmarked by **[date]**, for your claim to be considered. Or you can quickly complete this claim form online at www.AnthropicCopyrightSettlement.com.

Anthropic Copyright Settlement
C/O JND Legal Administration
PO Box 91204
Seattle, WA 98111

9. Please review the checklist on page 11 before submitting your claim.

*By submitting this claim form, you consent to the disclosure and use of your information by the Settlement Administrator. The information you provide on this claim is confidential and will be used solely to contact you and process your claim. It will not be used for any other purpose. As detailed below, some of the information you provide may be shared with other legal or beneficial owners of your works.*

10. *To ensure eligibility for a payment, you **must** submit your claim form online or postmarked by **[date]**. Do not mail or deliver your claim form to the Court.*

## SECTION A: CLAIMANT INFORMATION

| | |
|---|---|
| **1.  CLAIMANT NAME:** | |
| **2.  PEN NAME/PSEUDONYM:** | |

| **3.  MAILING ADDRESS:** | Street Address Line 1 |
|---|---|

| | |
|---|---|
| | Street Address Line 2 |

| | City | State | Zip |
|---|---|---|---|
| | | | |

| **4.  COMPANY CONTACT NAME AND TITLE:**<br>**(IF APPLICABLE)** | |
|---|---|
| **5.  PHONE NUMBER:** | |
| **6.  EMAIL ADDRESS:** | |
| **7.  CLAIMANT TYPE** | -  Author<br>-  Publisher<br>-  Author Loan-Out Company<br>-  Literary Trust<br>-  Literary Estate<br>-  Other (please describe) _____ |
| **8.  ARE YOU A DIRECTOR, OFFICER, OR EMPLOYEE OF ANTHROPIC, PBC, OR PERSONNEL OF A FEDERAL AGENCY OR OF THE UNITED STATES DISTRICT COURT?** | Yes _____<br><br>No  _____ |



## SECTION B: WORKS INFORMATION

*Please provide the following information for each work you are claiming from the Works List. If any information is unavailable, you may leave it blank.*

*If you require more space than the chart below provides,* **_you should file online at www.AnthropicCopyrightSettlement.com_**. *Or, you may make multiple copies of this page or submit the information on a spreadsheet.*

| Title of Work | Author | Publisher | U.S. Copyright Office Registration Number* | Optional: International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN) *If multiple, please list all* | Are you the sole owner of the reproduction rights? (Yes/No)** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* The Registration Number refers to the registration number recorded with the United States Copyright Office. You can search for the copyright registration number on the Settlement Website at www.AnthropicCopyrightSettlement.com.

\*\*If you answered "No", please complete Section C.

## SECTION C: OTHER RIGHTSHOLDERS



*If you have not done so already, you are required to identify and provide any contact information you have or can readily obtain for anyone you believe may be entitled to submit a claim related to the claimed work. This includes **authors**, **co-authors**, **co-owners**, and **publishers** of the claimed work. If you have already submitted such contact information to Class Counsel or the Settlement Administrator, please check the following box:*

|  | **Yes**, I have already submitted the required contact information to Class Counsel or the Settlement Administrator. |
|---|---|

*Otherwise, please provide any current contact information you have or can readily obtain (including if it is through another party) or last known contact information. Failure to provide this information may result in denial of your claim.*

*If you require more space than the chart below provides, **you should file online at www.AnthropicCopyrightSettlement.com**. Or, you may make multiple copies of this page or submit the information on a spreadsheet.*

| Title of Work | Full Name of Additional Rightsholder (Such as Parent Publisher or Author Name) | Rightsholder Type (Author, Author Loan-Out, Literary Trust, Literary Estate, Publisher, or Other) | Address Line 1 (if applicable) | City, State Zip | Email Address (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## SECTION D: EXPLANATION OF DEFAULT PUBLISHER/AUTHOR PERCENTAGES FOR ALL WORKS OTHER THAN EDUCATION WORKS

**NOTE: This Section describes the default percentage of recovery split ("Default Option") for all works (including trade books and university press books) other than Education Works. The Default Option <u>does not apply</u> to Education Works. For any Education Works, complete Section E.**

The Settlement provides that, in situations where a work has a legal owner (often the publisher(s)) and a beneficial owner (often the author(s)), for all books other than Education Works, the default payment will be split 50/50 between **authors** and **publishers** that submit valid claims for the same work.[1] This Section D and this 50/50 Default Option do not apply to Education Works.

**You are <u>not</u> required to agree to the 50/50 Default Option. The Default Option may or may not be consistent with your contractual arrangement for the claimed work. If your contract provides for a split that is different than 50/50, you have the option to claim what your contract provides under the Alternative Option. Other owners of your work can also choose the Alternative Option. If all owners accept the Default Option, that is how you and the others will be paid.** If multiple **authors** or **publishers** file valid claims for the same work, the **author** share will be split equally among all **authors** who file a valid claim, and the **publisher** share will be split equally among all **publishers** who file a valid claim, unless otherwise specified.

### DEFAULT OPTION

- **If you accept the Default Option**, you are **NOT** required to provide any additional data or evidence in support of your claim at this time. If you do not accept the Default Option, you should follow the instructions below for the Alternative Option.

- If another claimant's filing affects your claim, you will be provided with an opportunity to respond later.

### ALTERNATIVE OPTION

- If you want to claim an alternative contractual split instead of the Default Option, you must complete the table on page 7 **AND** provide documents (i.e., contracts) to support the percentages you list in the table.

- The Settlement Administrator will review your submission. If there is a dispute, the Settlement Administrator will follow the process for Resolving Any Disputes on Page 9.

---

[1] For purposes of this Default Option, a Literary Trust or Estate or an author's loan-out company will be deemed an "author." If the rightsholder type is designated "Other" in Section C above, the Settlement Administrator will contact the claimant and/or rightsholder to collect additional information as needed to facilitate the Default Option.

 **SECTION D CONTINUED…**

<u>STOP</u>: **If you want to use the Default Option, <u>DO NOT</u> FILL OUT THIS SECTION.**

If you would like to claim the **Alternative Option** instead of receiving the Default Option, please state the percentage you believe you are entitled to based on your publishing agreement or other documents.

| Title | Percentage (%) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

***REMINDER: If you choose to apply for an alternative percentage, you must provide documents with this claim form supporting the percentage you claim. If completing this form online, you can upload those documents here. If you fill out this chart to apply for an alternative percentage without providing additional documentation, the Default Option will be applied to your claim.***

 **SECTION E: DISTRIBUTION OF SETTLEMENT FUNDS FOR EDUCATION WORKS**

**NOTE: This Section describes the distribution of settlement funds for Education Works. Education Works are works published by education publishers. Education publishers specialize in creating and publishing works, including but not limited to textbooks, for the instruction of students and professionals, which are distributed for and through educational and professional markets. The searchable directory of works accessible on www.AnthropicCopyrightSettlement.com identifies which works are Education Works. This Section does not apply to books other than Education Works, such as trade books and university press books. For books other than Education Works, you should fill out Section D.**

The information that you submit for this Section E as it pertains to a given work will be shared with other claimants for that work.

If you don't know the percentage recovery you and others are entitled to, check the following box:☐ You may upload a copy **here** of any relevant publishing agreement(s) or other documents to the Settlement Administrator, who will determine the amount, if any, to which you are entitled.

Otherwise, for each of your claimed works, if you have an understanding as to the percentage of the recovery to which you are entitled, please make a good-faith representation regarding the percentage of recovery you believe you are entitled to receive, between 0% and 100%.

| Title of Education Work | Percentage of Recovery to Which You Believe You Are Entitled |
|---|---|
| | _____% |
| | _____% |
| | _____% |

For each of your claimed works, if you have an understanding, please make a good-faith representation regarding the percentage of recovery you believe *any other* rightsholders are entitled to receive. For each work, the sum of percentages among you and any other rightsholders should be 100%.

| Title of Education Work | Full Name of Additional Rightsholder (Such as Parent Publisher or Author Name) | Percentage of Recovery to Which You Believe Other Rightsholder Is Entitled |
|---|---|---|
| | | _____% |
| | | _____% |
| | | _____% |



## SECTION E CONTINUED...

For each of your claimed works, you may, but are not required, to submit any relevant publishing agreement(s) or other documents at this point. If you choose to submit such documentation now, please **upload it here** or include it in an envelope with your mailed form.

If you would like to share any additional information, you can do so here:

The Settlement Administrator will review your submission. If there is a dispute, the Settlement Administrator will follow the process for Resolving Any Disputes described below.



## RESOLVING ANY DISPUTES

If all claimants for a given work do not agree on the percentage of recovery, or if any claimant does not know the amount to which they are entitled, the Settlement Administrator will notify each claimant of the situation. The claimants will then have an opportunity to meet and confer on the issue and can amend their request. If the claimants cannot resolve any disagreement, they may, within 30 days of being notified of the situation by the Settlement Administrator, confidentially submit the contractual basis for their position, including any supporting documents (for example, the relevant contract) to the Settlement Administrator. The Settlement Administrator will then work with the parties to resolve their dispute based on the supporting documents. The Settlement Administrator may require you to submit your contract. If the parties do not resolve their dispute, they may then submit the dispute to a Court-appointed Special Master at no cost to the claimants, and with no requirement to meet in person.

The Special Master will endeavor to quickly resolve all disputes based on the law. No claimant will be permitted to serve any discovery requests, nor be required to respond to any discovery requests in resolving such disputes. The position that any claimant takes will not be binding on that claimant for other purposes or other works.

A decision by the Special Master will be binding without a right of appeal. It will also have no precedential value as to other claims. If a claimant fails to timely submit a claim during the claims period, that claimant is bound by the allocations determined during the claims period.

 **SECTION F: PAYMENT ELECTION**

Please let us know how you would like to receive your settlement payment if your claim is deemed valid. **You may only check one box below.**

*Final determinations of claim amounts will not be made until after processing by the Settlement Administrator is complete.*

I would like to receive my payment by…

☐   ACH

☐   Zelle

☐   Check

---

**YOU MUST SIGN AND DATE YOUR CLAIM FORM BELOW
TO BE ELIGIBLE FOR A PAYMENT**

---

**SECTION G: SIGNATURE**

By signing below, I agree to allow Class Counsel and JND, as the Court-Appointed Settlement Administrator, to retain and use the information provided in this form solely to complete claims processing related to the Settlement proceedings including but not limited to contacting me with questions, updates, or information and sharing certain relevant information with co-claimants, as described above.

By signing below, I am also certifying that this Claim Form, and any worksheets or other documentation submitted with it, contains true and correct information to the best of my knowledge, and I make this submission under penalty of perjury.

| UNIQUE ID: | |
| --- | --- |

| Signature: | Dated: |
| --- | --- |
| Print Name: | Title (if signing on behalf of company/business): |

# CHECKLIST

Did you include your Unique ID on page 2 and page 10? Or, if you do not have a Unique ID, did you write "unavailable"?

Did you complete all fields in Sections A, B, and C, as applicable?

If you elected the Alternative Option in Section D, did you include supporting documentation or information?

Did you complete Section D for any books that are not Education Works?

Did you complete Section E for any Education Works?

Did you complete Section F and tell us how you want to receive payment?

Did you sign and date the claim form at Section G?

Did you mail or submit your form online prior to the deadline?

*If any of your contact information changes, you must promptly notify us by emailing info@AnthropicCopyrightSettlement.com.*

*Please note that Settlement benefits will be distributed after the Settlement is approved by the Court and final. Please be patient.*