# EXHIBIT 4

# PROPOSED SHORT FORM NOTICE

# Records show that you may be entitled to money from a $1.5 billion class action settlement

*A federal court authorized this Notice.*
*This is not junk mail, an advertisement, or a solicitation from a lawyer.*

**Learn more and file a claim at: www.AnthropicCopyrightSettlement.com**



| | |
|---|---|
| YOUR UNIQUE ID: | [Unique ID] |

Dear [Class Member]:

A Settlement has been reached in a class action lawsuit claiming that Anthropic infringed protected copyrights by downloading books in two allegedly pirated online datasets called Library Genesis (LibGen) and Pirate Library Mirror (PiLiMi). Class Members who submit a valid Claim Form are eligible to receive a cash payment from a Settlement Fund totaling $1,500,000,000. The current Settlement provides for **approximately $3,000 per work**, prior to the deduction of any costs, fees, and expenses as described below.

**The Court issued this Notice because Class Members have a right to know about the Settlement and about their legal rights and options before the Court decides the outcome.**

## What's this lawsuit about?

The lawsuit alleges that Anthropic infringed copyrights by downloading allegedly pirated datasets containing copyrighted works, in violation of the federal Copyright Act. Anthropic denies the allegations. You can get more information about the lawsuit and view related court documents at www.AnthropicCopyrightSettlement.com.

## Who is included?

You are a Class Member if you are the legal or beneficial owner of a work that meets four criteria:

✔ the work was included in the LibGen or PiLiMi datasets downloaded by Anthropic;

✔ the work has an International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN);

✔ the work was registered with the U.S. Copyright Office within five years of publication; and

✔ the work was registered before being downloaded, or within three months of publication.

A **legal owner** of a work holds the exclusive right to publish and reproduce that work. Often, the legal owner of the book is the publisher because it holds the right to reproduce by contract.

A **beneficial owner** of a work is a former legal owner who assigned the exclusive right to publish and reproduce the book to another in exchange for royalty payments. Often, authors are beneficial owners.

A searchable database of all works covered by the Settlement is available at www.AnthropicCopyrightSettlement.com. Your works may be in the LibGen or PiLiMi datasets without your knowledge. Please visit www.AnthropicCopyrightSettlement.com to search the Works List by author, title, publisher, ISBN, or ASIN to see if your work is included.

## How do I benefit?

Visit www.AnthropicCopyrightSettlement.com to submit your Claim Form online, or to download a full Claim Form to complete and return it by mail. You can also complete and return by mail the Claim Form included in the envelope with this notice. Claim Forms must be submitted by **DATE**. The amount of money valid claimants will receive depends on several factors, including how many other valid claims are submitted. The Settlement also requires Anthropic to destroy all books that it downloaded from the LibGen or PiLiMi datasets subject to Anthropic's existing legal preservation obligation or obligation pursuant to court order under either U.S. or international law.

## What options do I have?

You have four options:

(1) Submit a Claim Form by **[DATE]** to receive payment from the Settlement Fund and give up your right to sue Anthropic for the claims this Settlement resolves;

(2) Exclude yourself and every other legal and beneficial owner of your work by **[DATE]** to give up your right to receive payment from this Settlement and prevent every other legal and beneficial owner of your work from receiving payment from the Settlement, and have the option to bring your own separate lawsuit against Anthropic for the claims this Settlement resolves;

(3) Object by **[DATE]** if you disagree with the Settlement and want to remain a Class Member; or

(4) Do nothing, in which case you may still receive a payment but are not guaranteed to receive a payment. You will give up your right to sue Anthropic for the claims this Settlement resolves.

For complete details on your options, visit www.AnthropicCopyrightSettlement.com. If you choose to receive payment, do nothing, or object to the Settlement, another legal and beneficial owner of your work can still opt you out of the Settlement.

## Who represents the Class?

The Court has appointed the law firms of Lieff Cabraser Heimann & Bernstein, LLP, and Susman Godfrey L.L.P. as Class Counsel to represent you and all Class Members. You may hire your own lawyer at your own cost and expense if you want someone other than Class Counsel to represent you. Plaintiffs will request an award of attorneys' fees for Plaintiffs' Counsel of up to 25% of the

Questions? Visit www.AnthropicCopyrightSettlement.com or call 1-877-206-2314

2

Settlement Fund, and for reimbursement of Plaintiffs' Counsel's costs and other expenses, and for service payments of up to $50,000 to each of the Class Representatives. Class Counsel will post the Motion for Attorneys' Fees and Costs on www.AnthropicCopyrightSettlement.com. All amounts awarded will be determined by the Court.

## What happens next?

The Court has scheduled a hearing for **DATE/TIME** at the San Francisco Federal Courthouse, 450 Golden Gate Ave., Courtroom 12 – 19th Floor, to consider whether to approve the Settlement, Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses, and service awards for the Class Representatives, as well as any objections. You or your attorney may request to appear at the hearing, but you are not required to do so. The date or time of the hearing may change, so please check www.AnthropicCopyrightSettlement.com for updates.

## Questions?

This Notice is only a summary. For more information:


Visit:    www.AnthropicCopyrightSettlement.com


Email:    info@AnthropicCopyrightSettlement.com


Call:    1-877-206-2314


Write:    *Bartz v Anthropic*,
c/o JND Legal Administration,
P.O. Box 91204,
Seattle, WA 98111


Access the pleadings, orders and other publicly filed documents for a fee through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**