# EXHIBIT 12

# PROPOSED PRESS RELEASE

# Authors, Publishers, and Copyright Owners May Benefit from a 1.5 Billion Class Action Settlement

Seattle/RELEASE DATE/JND Legal Administration---

A proposed class action settlement was reached in the lawsuit, *Bartz v. Anthropic PBC*, which claimed that Anthropic infringed copyrights by downloading allegedly pirated datasets containing copyrighted books. Anthropic denies the allegations.

Authors, publishers, and copyright owners may be Class Members and benefit from the Settlement if they own the copyright of a work included in the LibGen or PiLiMi datasets downloaded by Anthropic.

More details and a searchable database of all books included in the settlement are available at www.AnthropicCopyrightSettlement.com.

Class Members have the following options:

1. **File a Claim** by [DATE] to receive payment from the $1.5 billion Settlement Fund.
2. **Exclude Yourself and All Rightsholders** (or Opt Out) by [DATE] to give up all rights to receive payment from this Settlement and have the option to bring your own separate lawsuit against Anthropic for the claims this Settlement resolves.
3. **Object** by [DATE] if you disagree with the Settlement and want to remain a Class Member.
4. **Do nothing**. You may or may not receive money from the Settlement, and you are not guaranteed a payment unless you submit a valid Claim Form.

The Court scheduled a hearing for **DATE/TIME** at the San Francisco Federal Courthouse, 450 Golden Gate Ave., Courtroom 12 – 19th Floor, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorneys' fees of up to 25% of the Settlement Fund, reimbursement for other costs and expenses, and service payments of up to $50,000 to each Class Representative, as well as any objections.

Contact Information:

    Visit: www.AnthropicCopyrightSettlement.com

    Email: info@AnthropicCopyrightSettlement.com

    Call: 1-877-206-2314

    Write:  *Bartz v Anthropic*
             c/o JND Legal Administration
             P.O. Box 91204
             Seattle, WA 98111

Complete copies of the pleadings, orders and other publicly filed documents in the lawsuit may also be accessed for a fee through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**