# EXHIBIT 13

# PROPOSED ENVELOPE

Anthropic Copyright Settlement
c/o JND Legal Administration
PO Box 91204
Seattle, WA 98111

**Presorted**
**First Class Mail**
**U.S. Postage**
**PAID**
**Philadelphia, PA**
**Permit No. 5634**



**Important Class Action Notice**
**United States District Court**
**Northern District of California**
**Honorable William Alsup**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**