Rhoda Huffey
31 Clubhouse Ave
Venice, CA 90291-3202
rhodahuffey@ca.rr.com
310.396.8441

RECEIVED

SEP 1 9 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 9, 2025

Clerk of the Court
San Francisco Courthouse, Courtroom 12 – 19th Floor
450 Golden State Ave
San Francisco, CA 94012

Re: Request to Join Class Action Lawsuit – Copyright Infringement
    Bartz v. Anthropic PBC **3:24-cv-05417**

To the Honorable William Alsup,

I am writing to respectfully request that I be permitted to join the pending class action lawsuit against Anthropic (Bartz v. Anthropic) regarding unauthorized use of copyrighted works. I am the author of two published books, and I have reason to believe that material from my work has been used by Anthropic without my consent, in violation of copyright law.

Unfortunately, I was unable to file my claim within the original deadline due to the recent passing of my husband in June 2025, which placed me under extraordinary personal hardship. I deeply regret the delay but am now in a position to assert my rights and request inclusion in this matter.

I submit this letter as a formal request to be added as a claimant and to ensure that my rights as a copyright holder are recognized and preserved within this litigation. I am prepared to provide proof of authorship for my works and any documentation the Court or attorneys require.

Thank you for your consideration of my circumstances and for allowing me an opportunity to protect my intellectual property through this proceeding.

Respectfully,


Rhoda Huffey

Rhoda Huffey)
PO Box 5012
Santa Monica, CA
90409

LOS ANGELES CA 900

17 SEP 2025  PM 8  L

RECEIVED

1775

94102-366199

Clerk of the Cou
San Francisco Courthouse, Courtroom 12—
450 Golden State Ave.
San Francisco, CA 94012

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

SEP 1 9 2025

WHA
CRD

19th Floor

FOREVER USA
RUTH BADER GINSBURG