Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
Samir Doshi*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
*\*(Pro Hac Vice)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No.: 3:24-cv-05417-WHA<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Class Representatives Andrea Bartz, Inc., Charles Graeber, and MJ + KJ, Inc. ("Plaintiffs") respectfully move to file the Amended Corrected Works List under seal. This document is attached as Exhibit 1 to Plaintiffs' Notice of Filing Amended Corrected Works List filed on September 24, 2025. Prior to filing this Motion, Plaintiffs conferred with Defendant Anthropic PBC, who does not oppose. For the reasons set forth below, Plaintiffs respectfully request that the Court permit this document to be maintained under seal.

## I.   FACTUAL BACKGROUND

On September 15, 2025, Plaintiffs inadvertently filed an incorrect version of the Class List with the Court. Specifically, the version of the Class List did not mirror the works contained on the Works List filed that same day. On September 16, 2015, the Court posed additional questions to the parties in advance of the preliminary approval hearing on September 25, 2025. Dkt. 383. Question 22 inquired about certain inconsistencies between the Works List and Class List. *See id.* ¶ 22. In the course of investigating the Court's question, Plaintiffs discovered that the September 15, 2025 Class List inadvertently failed to accurately reflect the list of works on the Works List. Additionally, Class Counsel identified approximately 2,300 works which met the criteria for inclusion but which were not included on the original Works List and a handful of corrections to works previously included on the Works List. Plaintiffs filed the Corrected Works List and Corrected Class List on September 23, 2025. *See* Dkt. 404.

The Corrected Works List contains 482,460 works and additionally includes the "Education" column specified in the Plan of Allocation filed on September 22, 2025. *See* Dkt. 401-1 at § 4.a.

Shortly after filing the Corrected Works List on September 23, 2025, Class Counsel discovered a bug in the "Education" column for the approximately 2,300 additional works which caused over-designation of works as falling within the "Education" column.

Plaintiffs have corrected this bug and thus seek to file an Amended Corrected Works List under seal.

## II.   LEGAL STANDARD

Confidential documents that are "unrelated, or only tangentially related[] to the underlying cause of action" may—in most instances—be kept under seal upon a showing of good cause. *Kamakana v. City & County. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *Juarez v. Soc. Fin., Inc.*, No. 20-CV-03386-HSG, 2023 WL 5749260, at *2 (N.D. Cal. Sept. 6, 2023) ("Because the Class List is not associated with any

dispositive motion, the Court applies the lower good cause standard."). Good cause exists when the Court weighs the interests of the parties and the public and determines that guarding the materials from disclosure to the public will "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1), (c)(1)(A); *see also Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) ("The 'good cause' standard is not limited to discovery.").

## III.    ARGUMENT

### A.    There are Compelling Reasons to Seal the Amended Corrected Works List in its Full Form

While the Amended Corrected Works List does not include sensitive personal information, it does contain non-public information. Plaintiffs respectfully submit that this Court can strike the balance between and among allowing Class members and others access to information, facilitating the settlement (if approved), and avoiding the specter of fraudulent claims by (a) permitting the Corrected Works List to remain under seal in its full form but (b) permitting a form of access to it by a publicly-searchable database to be released as part of the notice and claims process. *See In re Bank of America California Unemployment Benefits Litigation*, 2024 WL 4820704, at *5, (S.D. Cal. Nov. 12, 2024) (granting motion to seal due to risk of future fraud); Alison Frankel, *The class action claim bots are coming! (Actually, they're already here)*, Reuters (Jan. 18, 2018). Indeed, the Works List contains non-public information that, if disclosed publicly without proper precautions, risks providing a roadmap for non-class members to submit fraudulent claims in this high-profile case. Even if these claims are rejected, they may result in unnecessary time and costs for the proposed Settlement Administrator, which would ultimately be paid from the Settlement to the detriment of actual Class Members.

Nor is there a specific need for Class Members to access a full copy of the Amended Corrected Works List at this time. Should the Court preliminarily approve the proposed Settlement, Class Members will be directed to a Settlement Website—Plaintiffs have proposed www.AnthropicCopyrightSettlement.com—which will allow potential class members to search for specific entries in order to determine whether they are Class Members. *See* Dkt. 363-12, Keough Declaration at 9. This will strike a necessary balance, providing potential Class Members with an easy mechanism to identify whether they are in the Class while deterring mass submissions of potentially fraudulent claims. At the

conclusion of the Settlement, the Amended Corrected Works List could be made public.

**IV.     CONCLUSION**

Plaintiffs respectfully request that the Court grant the administrative motion to file under seal.

Dated:  September 24, 2025

Respectfully submitted,

By: */s/ Rachel Geman*
     */s/ Justin Nelson*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Justin A. Nelson *(pro hac vice)*
Alejandra C. Salinas *(pro hac vice)*
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

- 3 -

jnelson@susmangodfrey.com

asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS**
**& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

- 4 -

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 24, 2025

*/s/ Rachel J. Geman*
Rachel J. Geman

ADMIN MTN TO FILE UNDER SEAL
CASE NO. 3:24-CV-05417