September 24, 2025

**VIA ECF**

Mark B. Busby, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

        RE:    *Bartz et al. v. Anthropic PBC*, Case No. 3:24-cv-05417-WHA (N.D. Cal.) | Docket Entry 420

Dear Mr. Busby:

        Class Counsel have received the letter that Rhonda Huffey submitted to the Court, currently residing at Dkt. 420, and are responding to Ms. Huffey directly.

Dated: September 24, 2025                Respectfully submitted,

                                            By: */s/ Rachel Geman*

                                            Rachel Geman *(pro hac vice)*
                                            Jacob S. Miller *(pro hac vice)*
                                            Danna Z. Elmasry *(pro hac vice)*
                                            **LIEFF CABRASER HEIMANN**
                                            **& BERNSTEIN, LLP**
                                            250 Hudson Street, 8th Floor
                                            New York, New York 10013-1413
                                            Telephone: (212) 355-9500
                                            rgeman@lchb.com
                                            jmiller@lchb.com
                                            delmasry@lchb.com

                                            Daniel M. Hutchinson (SBN 239458)
                                            Jallé H. Dafa (SBN 290637)

Mark B. Busby, Clerk of the Court
September 24, 2025
Page 2

    Amelia Haselkorn (SBN 339633)
    **LIEFF CABRASER HEIMANN**
    **& BERNSTEIN, LLP**
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
    dhutchinson@lchb.com
    jdafa@lchb.com
    ahselkorn@lchb.com

    Betsy A. Sugar (*pro hac vice*)
    **LIEFF CABRASER HEIMANN**
    **& BERNSTEIN, LLP**
    222 2nd Avenue S., Suite 1640
    Nashville, TN 37201
    Telephone: (615) 313-9000
    bsugar@lchb.com

    *Co-Lead Counsel*

    Rohit D. Nath (SBN 316062)
    Michael Adamson (SBN 321754)
    **SUSMAN GODFREY L.L.P**
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067-2906
    Telephone: (310) 789-3100
    RNath@susmangodfrey.com
    MAdamson@susmangodfrey.com

    Justin A. Nelson (*pro hac vice*)
    Alejandra C. Salinas (*pro hac vice*)
    **SUSMAN GODFREY L.L.P**
    1000 Louisiana Street, Suite 5100
    Houston, TX 77002-5096
    Telephone: (713) 651-9366
    jnelson@susmangodfrey.com
    asalinas@susmangodfrey.com

    J. Craig Smyser (*pro hac vice*)
    Samir H. Doshi *(pro hac vice*
    **SUSMAN GODFREY L.L.P**
    One Manhattan West, 51st Floor,
    New York, NY 10019
    Telephone: (212) 336-8330

    csmyser@susmangodfrey.com
    sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class and Authors' Coordinating Counsel*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

3329073.1