1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ANDREA BARTZ, ANDREA BARTZ, INC.,
CHARLES GRAEBER, KIRK WALLACE
JOHNSON, and MJ + KJ, INC., individually and on
behalf of others similarly situated,

        Plaintiffs,

v.

ANTHROPIC PBC,

        Defendant.

Case No.  3:24-cv-05417-WHA

**NOTICE OF COMPLIANCE WITH
DIRECTIVES AT THE PRELIMINARY
APPROVAL HEARING AND REQUEST FOR
APRIL 23, 2026 FINAL APPROVAL HEARING**

The Parties respectfully report that they have revised the Long-Form Notice, Short-Form Notice, and E-mail Notice to incorporate the Court's directives at the September 25, 2025 hearing, including but not limited to clarifying the role of the Special Master, adding the 1542 Waiver, making explicit the Class Members' access to the Complaint, and referencing the statutory provisions discussed at the hearing relating to notice. In addition, the Parties added language regarding common questions about the Works List. *See* Dkt. 399 ¶ 99 (the frequently asked questions will be updated regularly). Attached as Exhibits A-F are the updated Long-Form, Short-Form, and E-Mail Notices in clean and tracked-changes form, showing changes since the September 23 submission. *Compare* Dkt. 405, Exs. 3-5.

Plaintiffs believe they have satisfied any and all obligations under 17 U.S.C. § 508, by, among other things, filing a Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Form AO121) with the Clerk of Court (*see* Dkt. 3). However, in an abundance of caution, Plaintiffs will file a second Form AO121 by October 3, 2025, attach a copy of the Works List, and request that the Clerk of Court send a copy of the Report and Works List to the United States Copyright Office.

In addition, absent objection from the Court, the Parties intend to use April 23, 2026, and not April 22, 2026, as the date for the Final Fairness hearing in the Notice that will go out starting Thursday, October 2, 2024. The documents advise the Class that the date is subject to change.

1    Dated:  October 1, 2025                Respectfully submitted,

2

3    By:/s/ *Rachel Geman*                  By:/s/ *Douglas A. Winthrop*
          */s/ Justin Nelson*

4                                           Douglas A. Winthrop (Bar No. 183532)
5    Rachel Geman (*pro hac vice*)          Joseph Farris (Bar No. 263405)
     Jacob S. Miller (*pro hac vice*)       Pieter de Ganon (Bar No. 320385)
     Danna Z. Elmasry (*pro hac vice*)      Jessica L. Gillotte (Bar No. 333517)
6    **LIEFF CABRASER HEIMANN**             Estayvaine Bragg (Bar No. 341400)
     **& BERNSTEIN, LLP**                   **ARNOLD & PORTER KAYE SCHOLER LLP**
7    250 Hudson Street, 8th Floor           Three Embarcadero Center 10th Floor
     New York, New York 10013-1413          San Francisco, CA 94111-4024
8    Telephone: (212) 355-9500              Telephone: (415) 471-3100
     rgeman@lchb.com                        douglas.winthrop@aporter.com
9    jmiller@lchb.com                       joseph.farris@arnoldporter.com
     delmasry@lchb.com                      pieter.deganon@arnoldporter.com
10                                          estayvaine.bragg@arnoldporter.com
                                            jessica.gillotte@arnoldporter.com
11                                          estayvaine.bragg@arnoldporter.com

12

13
     Daniel M. Hutchinson (SBN 239458)      Assad H. Rajani (Bar No. 251143)
14   Jallé H. Dafa (SBN 290637)             **ARNOLD & PORTER KAYE SCHOLER LLP**
     Amelia Haselkorn (SBN 339633)          3000 El Camino Real
15   **LIEFF CABRASER HEIMANN**             Five Palo Alto Square, Suite 500
     **& BERNSTEIN, LLP**                   Palo Alto, CA 94306
16   275 Battery Street, 29th Floor         Telephone: (650) 319.4500
     San Francisco, CA 94111-3339           assad.rajani@arnoldporter.com
17   Telephone: (415) 956-1000
     dhutchinson@lchb.com
18   jdafa@lchb.com
     ahaselkorn@lchb.com
19
     Betsy A. Sugar (*pro hac vice*)        Oscar Ramallo (Bar No. 241487)
20   **LIEFF CABRASER HEIMANN**             Angel Tang Nakamura (Bar No. 205396)
     **& BERNSTEIN, LLP**                   Ryan M. Nishimoto (Bar No. 235208)
21   222 Second Ave., #1640                 Allyson C. Myers (Bar No. 342038)
     Nashville, TN 37201-2375               **ARNOLD & PORTER LLP**
22   Telephone: (615) 313-9000              777 South Figueroa Street, 44th Floor
     bsugar@lchb.com                        Los Angeles, CA 90017-5844
23                                          Telephone: (213) 243-4000
     *Co-Lead Class Counsel*                oscar.ramallo@arnoldporter.com
24                                          angel.nakamura@arnoldporter.com
                                            ryan.nishimoto@arnoldporter.com
25                                          ally.myers@arnoldporter.com

26

27

28

NOTICE OF COPMPLIANCE AND REQUEST FOR APRIL 23,
                                                2026 FINAL APPROVAL HEARING 3:24-CV-05417-WHA

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No. 334228)
Jackson Lane (Bar No. 351633)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
DDurie@mofo.com
RamseyFisher@mofo.com
jlane@mofo.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
nath@susmangodfrey.com
madamson@susmangodfrey.com

Whitney Rose O'Byrne (Bar No. 325698)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: (213) 892-5200
WOByrne@mofo.com

J. Craig Smyser (*pro hac vice*)
Samir Doshi (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

Mary Prendergast (Bar No. 272737)
Fitz Beckwith Collings (pro hac vice)
Aditya Vijay Kamdar (Bar No. 324567)
**MORRISON & FOERSTER LLP**
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 572-6757
MPrendergast@mofo.com
fcollings@mofo.com
AKamdar@mofo.com

*Co-Lead Class Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
khartnett@cooley.com

*Additional Counsel for the Class*

Jay Edelson (*pro hac vice*)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Alexander J. Kasner (Bar No. 310637)
Ephraim McDowell (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2266
akasner@cooley.com
emcdowell@cooley.com

NOTICE OF COPMPLIANCE AND REQUEST FOR APRIL 23,
2026 FINAL APPROVAL HEARING 3:24-CV-05417-WHA

Matthew J. Oppenheim (*pro hac vice*)
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

Mark Alan Lemley (Bar No. 155830)
**LEX LUMINA LLP**
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Telephone: (650) 723-4605
mlemley@lex-lumina.com

*Attorneys for Defendant Anthropic PBC*

NOTICE OF COPMPLIANCE AND REQUEST FOR APRIL 23,
2026 FINAL APPROVAL HEARING 3:24-CV-05417-WHA

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 1, 2025                    /s/ Rachel Geman
                                           Rachel Geman