Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
Samir Doshi*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
*\*(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, as well as the Court's comments at the preliminary approval hearing, Class Representatives Andrea Bartz, Inc., Charles Graeber, and MJ + KJ, Inc. ("Plaintiffs") respectfully move to file an Updated Report on the Filing or Determination of an Action Regarding a Copyright ("Form AO-121" or "Updated Report") and Exhibit A attached thereto, which contains a version of the Amended Corrected Works List containing just the material required by the Form AO-121 ("Simplified Works List"), under seal. Prior to filing this Motion, Plaintiffs conferred with Defendant Anthropic PBC, who does not oppose. For the reasons set forth below and in Plaintiffs' prior motion to seal the Amended Corrected Works List (Dkt. 421), Plaintiffs respectfully request that the Court permit these documents to be maintained under seal.

## I.      FACTUAL BACKGROUND

Upon filing this lawsuit, Plaintiffs also filed a Report on the Filing or Determination of an Action Regarding a Copyright in compliance with 17 U.S. Code § 508(a). *See* Dkt. No. 3. That Report listed the three named plaintiff authors in this action. *See id.*

On September 24, 2025, Plaintiffs filed the operative Works List with the Court under seal, which contains a list of all of the copyrighted works involved in this action. Dkt. Nos. 422 (Notice of Filing Amended Corrected Works List), Dkt. 421 (Administrative Motion to Seal). The next day, the Court preliminarily approved the parties' proposed class action Settlement. Dkt. Nos. 426, 427. As part of the notice and claims process, on October 2, 2025, a publicly-searchable database was made available on the Settlement Website, which allows the public to see if their work is included on the Works List, and therefore, in the Settlement.[1]

To assist the Clerk of Court in notifying the Register of Copyrights of the title, author, and registration number of each work involved in this settlement pursuant to 17 U.S. Code § 508(b), Plaintiffs now seek to file an updated Form AO-121 containing just the relevant information (registration number, copyright-registered title, and copyright-registered author) listed on the Works List.

## II.      LEGAL STANDARD

Confidential documents that are "unrelated, or only tangentially related[] to the underlying cause of action" may—in most instances—be kept under seal upon a showing of good cause. *Kamakana v. City &*

---

[1] Anthropic Works List Lookup, available at: https://secure.anthropiccopyrightsettlement.com/lookup.

*County. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *Juarez v. Soc. Fin., Inc.*, No. 20-CV-03386-HSG, 2023 WL 5749260, at *2 (N.D. Cal. Sept. 6, 2023) ("Because the Class List is not associated with any dispositive motion, the Court applies the lower good cause standard."). Good cause exists when the Court weighs the interests of the parties and the public and determines that guarding the materials from disclosure to the public will "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1), (c)(1)(A); *see also Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) ("The 'good cause' standard is not limited to discovery.").

## III.     ARGUMENT

### A.     There are Compelling Reasons to Seal the Updated Report and Simplified Works List in Full.

While the Updated Report and attached Simplified Works List do not include sensitive personal information, they do contain non-public information. Plaintiffs respectfully submit that this Court can strike the balance between and among allowing Class members and others access to information, facilitating the preliminarily-approved settlement, and avoiding the specter of fraudulent claims by (a) permitting the Updated Report and Simplified Works List to remain under seal in their full form while still (b) maintaining a form of access to it by a publicly-searchable database which has already been released as part of the notice and claims process. *See In re Bank of America California Unemployment Benefits Litigation*, 2024 WL 4820704, at *5, (S.D. Cal. Nov. 12, 2024) (granting motion to seal due to risk of future fraud); Alison Frankel, *The class action claim bots are coming! (Actually, they're already here)*, Reuters (Jan. 18, 2018). Indeed, the Simplified Works List contains non-public information that, if disclosed publicly without proper precautions, risks providing a roadmap for non-class members to submit fraudulent claims in this high-profile case. Even if these claims are rejected, they may result in unnecessary time and costs for the proposed Settlement Administrator, which would ultimately be paid from the Settlement to the detriment of actual Class Members.

Nor, given the availability of the lookup tool on the Settlement Website, is there a specific need for individuals seeking to determine if they are class members to access a full copy of the Updated Report and Simplified Works List at this time. Potential class members are already able to search for specific entries to determine whether they are Class Members on the Settlement Website—

www.AnthropicCopyrightSettlement.com. *See* Dkt. 363-12, Keough Declaration at 9. This strikes a necessary balance, providing potential Class Members with an easy mechanism to identify whether they are in the Class while deterring mass submissions of potentially fraudulent claims. At the conclusion of the Settlement, the Updated Report and attached Simplified Works List could be made public.

## IV.   CONCLUSION

Plaintiffs respectfully request that the Court grant the administrative motion to file under seal.

Dated:  October 3, 2025

Respectfully submitted,

By: */s/ Rachel Geman*
　　 */s/ Justin Nelson*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com

asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor

- 4 -

Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: October 3, 2025

*/s/ Rachel J. Geman*
Rachel J. Geman

- 6 -