UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**IT IS HEREBY ORDERED THAT**:

Having considered Plaintiffs' Administrative Motion to Seal and all attendant documents, the Court hereby **GRANTS / DENIES / GRANTS IN PART** the Motion as follows:

| DOCUMENT | PORTIONS TO SEAL | GRANT | DENY | GRANT IN PART |
|---|---|---|---|---|
| Updated Report on the Filing or Determination of an Action Regarding a Copyright | Entire document | | | |
| Exhibit A (Simplified Version of the Amended Corrected Works List) attached to Updated Report on the Filing or Determination of an Action Regarding a Copyright | Entire document | | | |

**IT IS SO ORDERED**.

DATED: _____  ___, 2025

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE ADMIN MTN TO FILE UNDER SEAL
CASE NO. 3:24-CV-05417