October 10, 2025

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

RECEIVED
OCT 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Bartz v. Anthropic PBC No. 3:24-cv-05417-WHA

To whom it may concern,

I am writing as a member of the above-mentioned Class Action case. I am a published author whose work was stolen, without my permission, and subsequently used by the defendant, Anthropic, in this case, for their own financial gain. Three of my works, identified below, have had their legal copyright compromised for the benefit and profit of the defendant, Anthropic.

| Title | Author | ISBN | Copyright Reg |
|---|---|---|---|
| White Knight | Jaclyn Reding | 9780451198525 | TX0005106647 |
| The Adventurer | Jaclyn Reding | 9780451207401 | TX0005659075 |
| The Secret Gift | Jaclyn Reding | 9780451209566 | TX0005914639 |

I wish to object to the proposed settlement amount as I do not believe it is fairly compensatory in respect to the egregious nature and scope of the misuse. I am but one of hundreds, even thousands, of authors whose work was stolen. This is work we spent years of our lives crafting. U.S. Copyright law is meant to protect that work, the work of creation, by imposing strict penalties on those who seek to profit from the work of others. Typically, a willful copyright infringement such as has taken place here can garner upwards of $150,000 in penalty per work, as a means of discouraging such blatant theft. By considering .02% of that—even less after legal fees—as compensatory for the years of work typically given to such works is not only insulting to the artist but invites further misuse in the future. For these reasons, I wish to enter my personal objection to the proposed settlement amount.

As I live quite a distance from the court, I will be financially unable to appear at the final approval hearing. I am, however, willing to appear virtually, if requested.

I thank you for your time in considering my objection, and hope you will find it in your conscience to give the work, the art—and the artist—their due respect.

Sincerely,

Jaclyn Reding
5 Rice Corner Rd.
Brookfield, MA 01506

(508)735-9537
jaclyn@jaclynreding.com