| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) | Rachel Geman (*pro hac vice*) |
| Alejandra C. Salinas (*pro hac vice*) | Jacob S. Miller (*pro hac vice*) |
| **SUSMAN GODFREY L.L.P.** | Danna Z. Elmasry (*pro hac vice*) |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN** |
| Houston, TX 77002-5096 | **& BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, New York 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P.** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé H. Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | Amelia Haselkorn (SBN 339633) |
| rnath@susmangodfrey.com | **LIEFF CABRASER HEIMANN** |
| madamson@susmangodfrey.com | **& BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| Jordan W. Connors* | San Francisco, CA 94111-3339 |
| **SUSMAN GODFREY L.L.P.** | Telephone: (415) 956-1000 |
| 401 Union Street, Suite 3000 | dhutchinson@lchb.com |
| Seattle, WA 98101-2683 | jdafa@lchb.com |
| Telephone: (206) 516-3880 | ahaselkorn@lchb.com |
| jconnors@susmangodfrey.com | |
| | Betsy A. Sugar* |
| J. Craig Smyser* | **LIEFF CABRASER HEIMANN** |
| Samir Doshi* | **& BERNSTEIN, LLP** |
| **SUSMAN GODFREY L.L.P.** | 222 Second Ave., #1640 |
| One Manhattan West, 51st Floor, | Nashville, TN 37201-2375 |
| New York, NY 10001-8602 | Telephone: (615) 313-9000 |
| Telephone: (212) 336-8330 | bsugar@lchb.com |
| csmyser@susmangodfrey.com | |
| sdoshi@susmangodfrey.com | *Co-Lead Class Counsel* |
| | *(Pro Hac Vice) |
| *Co-Lead Class Counsel* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No.: 3:24-cv-05417-WHA |
| Plaintiffs, | **NOTICE OF COMPLIANCE AND FIRST REPORT ON SETTLEMENT IMPLEMENTATION** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

Class Counsel respectfully submit this Report to (1) update the Court on the implementation of the Settlement to date, (2) confirm compliance with the Court's Memorandum Opinion on Preliminary Approval (Dkt. 437), and (3) request certain information from the Court to permit the Settlement notice and claims processes to continue efficiently.

## I. Compliance with October 2, 2025 Deadline: The Claims Process is Open and the Settlement is Enjoying Wide Exposure

The parties have satisfied the Court's October 2, 2025 deadline for the Settlement Administrator to initiate publication notice and digital and social media notice. *See* Dkts. 401, § III (Supplemental Br. in Support of Prelim. Approval), 401-1 (Plan of Allocation), 427 (Minute Entry Granting Preliminary Approval); *see also* Dkt. 437 (Opinion on Preliminary Approval). On October 2, 2025, the Settlement Administrator (JND) launched the Settlement Website and other requisite publication notice. *See* Dkt. 401-1 (Plan of Allocation) § 2(a).

While the Settlement has generated significant earned media, Class Counsel have worked with stakeholders, such as trade groups and literary agencies, to publicize the Settlement. Class Counsel have presented at two webinars to answer questions about the claims process, which together were attended by well over 1,000 attendees (with more viewings of the recording ongoing), and are scheduling multiple additional webinars. Class Counsel and JND are in constant contact with potential Class Members. Publishers Coordination Counsel similarly held a town hall with UK publishers on October 6, 2025.

These efforts have led to a successful launch of the claims program. Even though direct notice will not be distributed until next month, as of October 31, 2025, claims have already been submitted for 58,788 works. While ongoing auditing and verification is needed to confirm claim validity, the early response to the Settlement shows that the claims process is accessible and manageable, and that class members are informed and engaged.

Class Counsel, aided by JND and Shape Advocacy,[1] are actively monitoring communications about the Settlement, particularly those made by claims filing companies. Indeed, given the broadly available

---

[1] The Northern District of California's Procedural Guidance for Class Action Settlements recommends that parties consider "hiring a marketing specialist" to "increase notice to class members," which Class Counsel has done. N.D. Cal. Procedural Guidance for Class Action Settlements § 3. As noted in Plaintiffs' preliminary approval papers, Class Counsel has hired Shape Advocacy—a public relations firm with significant experience working on copyright and rightsholder issues—to advise on how to maximize the reach of the notice program. *See* Dkt. 363 at 6 n.3.

information about the Settlement, the forthcoming direct notice, and streamlined claims process, Class Counsel are of the view that the claims process will not benefit from the involvement of third-party claims filing companies. Class Counsel are in dialogue with claims filing companies that have either launched or considered launching campaigns. After discussions with Class Counsel, two claims filing companies confirmed that they do not currently plan to market this Settlement and removed any existing marketing materials from their websites. A third is in dialogue with Class Counsel, and Class Counsel is reviewing their most recent material.

II. **Edits to Notices to Comply with the Court's Memorandum Opinion on Preliminary Approval (Dkt. 437) and Incorporate Recurring Questions**

Class Counsel report that they have revised the Long-Form Notice, the Short-Form Notice, and E-Mail Notice to incorporate the Court's directives in its Memorandum Opinion on Preliminary Approval (Dkt. 437). In addition, Class Counsel have drafted additional edits to the question and answer portion of the Long-Form Notice (which also appears as the "Frequently Asked Questions" section on the Settlement Website), as informed by our ongoing communications with Class Members.

Attached as **Exhibits A–F** are the updated Long-Form, Short-Form, and E-Mail Notices, in clean and tracked changes formats, reflecting changes since the October 1, 2025 submission to the Court (Dkt. 432). The revised Short-Form and Email Notices reflect changes to incorporate the Court's directives in its Memorandum Opinion on Preliminary Approval (Dkt. 437). The proposed Long-Form Notice has changes both to incorporate the Court's directives and to add edits and new questions informed by Class Member communications and agreed to by the parties. Specifically, the following language and questions on the Long-Form Notice have been edited:

    a.    Edits pursuant to the Court's directives appear on the (i) cover page, (ii) table of options, and (iii) Questions 5 (first edit re first publication), 8 (changing "book" to "work"), 16 (removing reference to ensuring or guaranteeing eligibility), 41 (formerly Question 39, cropping statement re improper side deals), 51 (formerly Question 49, edit in subpart (ii) re first publication), 56 (formerly Question 51, removing request not to contact the Court).

   b.  The following questions have been added to further clarify the claims process: Questions 22, 26, 53–55.[2]

   c.  The following questions have revisions in their wording for clarity: Questions 3, 4, 5 (second edit re preservation of rights for works that are not on the Works List), 6, 8 (adding "in the U.S."), 14, 16, 21, 32, 34, 36, 40, 42, and 51.

### III. Recoding Education/Non-Education Designation for Less Than One Percent of Class Works

Pursuant to Section 4(a)(i) of the Plan of Allocation (Dkt. 401-1), the Works List Lookup on the Settlement Website identifies whether works are designated Education Works or Non-Education Works. Education Works are books published by education publishers that specialize in creating and publishing works, such as textbooks, which are distributed for and through educational and professional markets. Dkt. 401-1 § 4(a)(i). Class Counsel has corrected an error that miscoded a small percentage of works. Specifically, Class Counsel is recoding less than one percent of works, adding the Education designation to 4,085 works and removing the Education designation from 269 works. Class Counsel is contacting the modest number of Class members who have already submitted a claim for a recoded work and helping them make any necessary edits to their claim form.

### IV. Requests

To keep the Settlement notice and claims processes running efficiently, Class Counsel respectfully make the following requests.

#### A. Request for Substitution of Special Master

The parties respectfully request that Theo Cheng be appointed to serve as Special Master, rather than Naomi Jane Gray, to avoid the appearance of a potential unforeseen conflict. Mr. Cheng has herewith submitted a declaration setting forth his qualifications and the absence of any conflict, attached as **Exhibit G**. Both Plaintiffs' and Anthropic's counsel agree to the appointment of Mr. Cheng.

Mr. Cheng has served as an arbitrator and mediator for over fifteen years, including serving as a discovery master, and is well-versed in copyright and contract law. Mr. Cheng spent twenty-five years in private practice where he represented clients in numerous copyright infringement lawsuits, including actions

---

[2] Questions 22 and 26 already had been added to the Settlement Website. Questions 53–55 will be added after Question 52: www.anthropiccopyrightsettlement.com/faq.

brought by classes of songwriters and music publishers against unlicensed file-sharing companies. Mr. Cheng also serves as the Vice President of the Copyright Society, a non-profit organization that strives to foster interest in and advance the study of copyright law.

### B. Request for Court's Seal for Mail Notice

The Settlement Administrator requires a "native high-resolution" version of the seal of the United States District Court, Northern District of California to place on the envelope transmitting Mail Notice. *See* Dkt. 416 (Proposed Envelope). Plaintiffs request that the Court permit the Clerk of Court to send Class Counsel a file containing the Court's seal via electronic mail to be used solely for the Envelope transmitting Mail Notice.

Dated: October 31, 2025

Respectfully submitted,

By: /s/ Rachel Geman

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class and Authors' Coordinating Counsel*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor

Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*