# EXHIBIT G

1
2
3
4

Theodore K. Cheng
ADR Office of Theo Cheng LLC
295 Princeton Hightstown Road
Suite 11-115
West Windsor, NJ 08550
(917) 459-3669

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13

14

ANDREA BARTZ, ANDREA BARTZ, INC.,
CHARLES GRAEBER, KIRK WALLACE
JOHNSON, and MJ + KJ, INC., individually and
on behalf of others similarly situated,

Case No. 3:24-cv-05417-WHA

**SPECIAL MASTER DECLARATION
PURSUANT TO FED. R. CIV. P. 53**

15

Plaintiffs,

16

v.

17

ANTHROPIC PBC,

18

Defendant.

Judge: Hon. William Alsup
Courtroom: 12, 19th Floor
Complaint Filed: August 19, 2024

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF THEODORE K. CHENG

2      As required under Federal Rule of Civil Procedure 53(a)(2) and (b)(3)(A), I, Theodore K.

3 Cheng, have reviewed the public pleadings and the docket and thoroughly familiarized myself with

4 the issues involved in this case. I have determined that I do not have a relationship with the parties,

5 attorneys, action, or court that would require disqualification under 28 U.S.C. § 455. Before

6 adjudicating disputes, if any, among class members, I will make a specific disclosure of any

7 conflicts to the class members.

8      I further certify that I am qualified to serve as Special Master for settlement claims in this

9 matter. I have conducted over 800 arbitrations and mediations involving commercial and business

10 disputes, breach of contract and negligence actions, trade secret theft, employment discrimination

11 claims, wage-and-hour disputes, and intellectual property infringement contentions. The Justice

12 Marie L. Garibaldi American Inn of Court for ADR presented me with the 2024 Richard K. Jeydel

13 Award (for demonstrated civility, professionalism, ethics, and excellence in and service to ADR),

14 and the New Jersey State Bar Association Dispute Resolution Section presented me with the 2020

15 James B. Boskey ADR Practitioner of the Year Award. In addition, the *National Law*

16 *Journal* named me a 2017 ADR Champion; in 2022–2025, I was voted a Top Arbitrator by the

17 readers of the *New York Law Journal*; and I received the 2021 Best Mediator/Arbitrator by the

18 readers of the *New Jersey Law Journal*.

19      I am a member of the Commercial and Employment arbitration and mediation rosters of the

20 American Arbitration Association and the International Centre for Dispute Resolution; the

21 Commercial and Employment panels of arbitrators and mediators of Resolute Systems; and the

22 Panel of Distinguished Neutrals of the CPR Institute. I was also appointed to the American

23 Intellectual Property Law Association's List of Arbitrators and Mediators and the Silicon Valley

24 Arbitration & Mediation Center's List of the World's Leading Technology Neutrals. In 2019, I was

25 inducted into the National Academy of Distinguished Neutrals, and in 2022, I was inducted as a

26 Fellow into the College of Commercial Arbitrators.

27

28

1      I declare under penalty of perjury that the foregoing is true.

2

3   Date: October 28, 2025

4

5                                                                    Theodore K. Cheng

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28