UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | No.   C 24-05417 WHA<br><br>**ORDER RE STATUS REPORT** |

    Class counsel filed a status report illustrating changes to the class notice, among other things (Dkt. No. 440). Some of these changes create possible concerns for the Court. An order as to these changes and other items in the update will issue later this week.

    **IT IS SO ORDERED.**

Dated: November 4, 2025.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE