UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**DECLARATION OF RACHEL GEMAN AND ROHIT NATH IN SUPPORT OF MOTION FOR ORDER LIMITING THIRD PARTY'S COMMUNICATIONS WITH CLASS MEMBERS AND FOR OTHER RELIEF PURSUANT TO FED. R. CIV. P. 23(d)** |

Rachel Geman and Rohit Nath declare and state as follows:

1. I, Rachel Geman, am a partner at Lieff Cabraser Heimann & Bernstein, LLP and a court-appointed Class Counsel. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. I am joined in this declaration by Rohit Nath, who is also court-appointed Class Counsel and a partner at Susman Godfrey LLP. Rohit has personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to those facts.

3. The Claims Administrator alerted Class Counsel to ClaimsHero's webpage on November 1, 2025. That same day, I, Rachel Geman, emailed ClaimsHero via the company's website, requesting to speak immediately. I reached out again on November 2, 2025 via a LinkedIn message to ClaimsHero's Chief Legal Officer.

4. ClaimsHero responded, and on November 3, 2025 a group of Class Counsel from Lieff Cabraser and Susman Godfrey (myself, Daniel Hutchinson, Rohit Nath, Michael Adamson, and Amelia Haselkorn) met with Alex Potter, of Freedman Normand Friedland LLP, and ClaimsHero CEO Matt Freund.

5. During that meeting, Class Counsel explained that the website was confusing and misleading because, among other reasons, it conflated claims and opt-outs and failed to provide required information in a sufficiently prominent manner.

6. Class Counsel requested that ClaimsHero immediately delete its webpage; disclose any other means by which it contacted, or intends to contact, Class Members; and state how many individuals to date have submitted information to ClaimsHero on its webpage. Class Counsel also explained why their requests were supported by the requirements of Rule 23(d) and necessary to help protect Class Members. Class Counsel also indicated their intent to move the Court for relief promptly if ClaimsHero refused to comply with Class Counsel's requests.

7. Mr. Potter maintained that ClaimsHero's marketing was adequate, but indicated he would consult with his client. Mr. Potter emailed Class Counsel after the close of business on November 3, reiterating the company's contention that its marketing was adequate, but had made (from Class Counsel's perspective) merely cosmetic changes to the company's webpage.

8. Attached hereto as **Exhibit A** are true and correct copies of the screenshots Class Counsel captured of the previous version of ClaimsHero's webpage titled "Anthropic Copyright Infringement" (www.claimshero.io/anthropic-copyright-infringement; captured November 3, 2025 (morning)).

9. Attached hereto as **Exhibit B** is a true and correct copy of an email sent to Class Counsel by Mr. Potter on November 3, 2025.

10. Attached hereto as **Exhibit C** is a true and correct copy of Judge White's Order Denying ClaimsHero's Administrative Motion (Dkt. 364) in *Lopez v. Apple Inc.*, No. 4:19-cv-04577-JSW (N.D. Cal.).

11. Attached hereto as **Exhibit D** are true and correct copies of the screenshots Class Counsel captured of the superficially updated version of ClaimsHero's webpage (www.claimshero.io/anthropic-copyright-infringement; captured November 3, 2025 (afternoon/evening)).

12. Attached hereto as **Exhibit E** are true and correct copies of compiled screenshots of certain of ClaimsHero's online advertisements.

I, Rachel Geman, declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, New York on November 4, 2025.

I, Rohit Nath, declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Los Angeles, California on November 4, 2025.

Respectfully submitted,

*/s/ Rachel Geman*
Rachel Geman (*Pro Hac Vice*)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*Co-Lead Class Counsel*

*/s/ Rohit Nath*
Rohit Nath (SBN 316062)

**SUSMAN GODFREY L.L.P.**

*Co-Lead Class Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2025

*/s/ Rachel Geman*

DECL. ISO MOTION FOR ORDER LIMITING 3RD PARTY'S
COMMUNICATIONS WITH CLASS MEMBERS
CASE NO. 3:24-CV-05417-WHA