# EXHIBIT B

| | |
|---|---|
| **Subject:** | FW: [EXT] Bartz v. Anthropic - ClaimsHero |

**From:** Alex Potter <apotter@fnf.law>
**Sent:** Monday, November 3, 2025 7:34 PM
**To:** Geman, Rachel <rgeman@lchb.com>; Rohit Nath <RNath@susmangodfrey.com>
**Cc:** Hutchinson, Daniel M. <dhutchinson@lchb.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Matt Freund <matt@claimshero.io>
**Subject:** Re: [EXT] Bartz v. Anthropic - ClaimsHero

<mark>EXTERNAL Email</mark>
Rohit and Rachel,

Thank you for your call today about ClaimsHero's retention by clients opting out of the *Bartz v. Anthropic* settlement.

As to your concern that ClaimsHero's website does not disclose that its clients would need to opt out of the settlement, we disagree. As I pointed out to you on the call, the website referenced opting out of the settlement no less than five times, including *in the first sentence* of the webpage. Furthermore, during its client intake process, ClaimsHero requires prospective clients to affirmatively click a button to request to be excluded from the Class and to affirmatively click *a second* button authorizing ClaimsHero to take any necessary steps on their behalf to exclude them from the Class. Finally, the first sentence of ClaimsHero's engagement letter for its Anthropic opt-out clients states that prospective clients "hereby retain ClaimsHero Holdings LLC (the 'Firm') to represent You (the 'Client') in opting out from the class action settlement in *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.) (the 'Settlement') and asserting your copyright claims against Anthropic." Thus, there can have been no confusion about what ClaimsHero was offering and what clients were retaining ClaimsHero to do.

That said, to try and reach compromise, we have edited the page to make this even clearer. We trust a review of the revised website will allay any possible concern.

Your second objection was that class members might confuse ClaimsHero with the settlement administrator or class counsel. Again, we disagree. The website nowhere suggested an affiliation with the settlement administrator, provided external links to the settlement administrator's website, and talked about opting out of the settlement five times.

Nonetheless, in another effort to reach compromise the first sentence of the "overview" section has been revised to state this expressly. Specifically, it now reads, in bold font, that **"ClaimsHero is not affiliated with either Class Counsel or the Settlement Administrator - ClaimsHero is Only Representing Authors and Rightsholders seeking to Opt Out of the Anthropic Settlement."** ClaimsHero has also included links to class counsel's websites in the FAQ's section.

I trust this correspondence has resolved your concerns. To the extent it has not, I'd be happy to speak with you again about what exactly you find problematic.

Best,

Alex

1

Alex Potter
*Partner*
**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(t) 646.350.0527
(f) 646.392.8842
(m) 425.478.3870
(@) apotter@fnf.law

**From:** Alex Potter <apotter@fnf.law>
**Date:** Monday, November 3, 2025 at 7:26 AM
**To:** Geman, Rachel <rgeman@lchb.com>
**Cc:** Hutchinson, Daniel M. <dhutchinson@lchb.com>, jnelson@susmangodfrey.com <jnelson@susmangodfrey.com>, RNath@susmangodfrey.com <RNath@susmangodfrey.com>, Matt Freund <matt@claimshero.io>
**Subject:** Re: [EXT] Bartz v. Anthropic - ClaimsHero

Thanks – 12:45 ET works for us – I'll send an invite.

Alex

Alex Potter
*Partner*
**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(t) 646.350.0527
(f) 646.392.8842
(m) 425.478.3870
(@) apotter@fnf.law

**From:** Geman, Rachel <rgeman@lchb.com>
**Date:** Sunday, November 2, 2025 at 10:12 PM
**To:** Alex Potter <apotter@fnf.law>
**Cc:** Hutchinson, Daniel M. <dhutchinson@lchb.com>, jnelson@susmangodfrey.com <jnelson@susmangodfrey.com>, RNath@susmangodfrey.com <RNath@susmangodfrey.com>, Matt Freund <matt@claimshero.io>
**Subject:** Re: [EXT] Bartz v. Anthropic - ClaimsHero

**[EXTERNAL SENDER]**

Thank you for writing.  Can you speak at either 1245 ET or 6 ET?
Sent from my iPhone

On Nov 2, 2025, at 8:24 PM, Alex Potter <apotter@fnf.law> wrote:

Ms. Geman,

I represent ClaimsHero. I understand that you contacted Mr. Goode regarding ClaimsHero's communications regarding the Anthropic settlement. We are happy to set up a call with you to discuss tomorrow. Please let us know what times work for you.

Best,

Alex

> Alex Potter
> *Partner*
> **Freedman Normand Friedland LLP**
> 10 Grand Central
> 155 E. 44th Street, Suite 915
> New York, NY 10017
> (t) 646.350.0527
> (f) 646.392.8842
> (m) 425.478.3870
> (@) apotter@fnf.law

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.