# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, AS GUARDIAN OF A.L., A MINOR, LISHOMWA HENRY, JOSEPH HARMS, JOHN TROY PAPPAS, AND DAVID YACUBIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 4:19-CV-04577-JSW-SK<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO COMPEL ANGEION GROUP TO ACCEPT CLAIM FORMS SUBMITTED BY COUNSEL FOR ABSENT CLASS MEMBERS**<br><br>Judge: Hon. Jeffrey S. White<br><br>Magistrate Judge: Hon. Sallie Kim |

Having considered Movant Defne Gun's Administrative Motion to Compel Angeion Group to Accept Claim Forms Submitted by Counsel for Absent Class Members, all papers submitted in support and in opposition to the motion, and good cause appearing,

IT IS HEREBY ORDERED that the Administrative Motion is DENIED. The Court has reviewed the Reply (Dkt. No. 363-1 and GRANTS the request to file it.

**IT IS SO ORDERED.**

DATED: June 13, 2025

_____
Honorable Jeffrey S. White
United States District Judge