UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**DECLARATION OF RACHEL GEMAN IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION  FOR ORDER LIMITING THIRD PARTY'S COMMUNICATIONS WITH CLASS MEMBERS AND FOR OTHER RELIEF PURSUANT TO FED. R. CIV. P. 23(d)** |

I, Rachel Geman, declare and state as follows:

1. I am a partner at Lieff Cabraser Heimann & Bernstein, LLP and a Court-appointed Class Counsel. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. Pursuant to Civil Local Rules 7-10 and 7-11, I respectfully submit this declaration in support of Plaintiffs' *ex parte* application for an order shortening time for this Court to hear Plaintiffs' Motion for an Order Limiting Third Party's Communications With Class Members. Plaintiffs request that the hearing be set on November 12, 2025, or at the Court's earliest convenience.

3. Pursuant to Local Rule 7-11(a), Class Counsel met and conferred with ClaimsHero in a good-faith effort to obtain a stipulation for an expedited hearing schedule. On November 5, 2025, I asked Mr. Alex Potter, the ClaimsHero representative, over email if ClaimsHero would consent to an expedited hearing. At approximately 10am Pacific, Mr. Potter responded that he would revert by the close of the business day. At 11:14am, my co-counsel responded that "[o]ur plan is to file earlier than that, given the situation. Please let us know by noon eastern. If we haven't heard from you by then, we will lay out the timeline for the court and that you haven't gotten back to us. Thanks." At 11:53am, Mr. Potter responded that "[y]our deadline of approximately an hour after Ms. Geman gave notice of your intent to file a motion for an expedited hearing is unreasonable. I told you I'd get back to you by close of business. Please let the Court know that we indicated we'd respond by then, but that you refused to wait."

4. At 12:57pm, Mr. Potter sent a second email proposing a hearing date of November 20, 2025, with ClaimsHero's opposition due on November 17, 2025.

5. At 5:26pm, I responded "Mr. Potter - Thank you. We are moving *ex parte* for a shortened time frame so the Court can set the hearing. (The Court has also indicated it is unavailable the week of 11/17, including therefore 11/20). Best, Rachel".

6. I, declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, New York on November 5, 2025.

Respectfully submitted,

*/s/ Rachel Geman*
Rachel Geman (*Pro Hac Vice*)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*Co-Lead Class Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2025

/s/ Rachel Geman