|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION FOR AN ORDER LIMITING THIRD PARTY'S COMMUNICATIONS WITH CLASS MEMBERS AND FOR OTHER RELIEF PURSUANT TO FED. R. CIV. P. 23(D)** |

On November 5, 2025, Plaintiffs filed an *ex parte* application for an order shortening time to hear their 23(d) Motion for an Order Limiting Third Party's Communications with Class Members.

Good cause appearing, Plaintiffs' *ex parte* application is **GRANTED**. The hearing on Plaintiffs' Motion for an Order Limiting Third Party's Communications with Class Members and for Other Relief Pursuant to Federal Rule of Civil Procedure 23(d) is set for November \_\_\_, 2025 at _____:_____ am/pm.

**IT IS SO ORDERED.**

DATED: November \_\_\_\_, 2025

_____
HON. WILLIAM H. ALSUP