UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

No. C 24-05417 WHA

**ORDER RE MOTIONS RE CLAIMSHERO**

Class counsel has filed a motion seeking to stop and cure communications made to class members by a third party (Dkt. No. 442). After an apparent exchange between class counsel and the third party's counsel by email, the third party promptly entered appearances in this action (Dkt. No. 442 Exh. B; Dkt. Nos. 443–45). Class counsel then certified that it had served copies of the motion by email upon counsel for the third party and by FedEx mail upon the third party (Dkt. No. 447). And, after setting a hearing on the motion for December 11, 2025, class counsel now has filed an *ex parte* motion to hear the matter as soon as November 12 (Dkt. No. 446) — this *ex parte* motion not having been certified as served on the third party.

Notwithstanding other notice, BY NOON ON FRIDAY, NOVEMBER 7, class counsel shall file a certificate of service attesting additionally to having served copies of this order, of the motion, of the *ex parte* motion, and of the memorandum opinion on preliminary approval (Dkt.

United States District Court
Northern District of California

1  Nos. 437, 442, 446, 448) upon counsel for ClaimsHero Holdings LLC by mail or personally
2  before that time. Alternatively, a waiver of this service may be filed in this action by counsel
3  for ClaimsHero.
4      Provided that this additional service is met: **BY NOON ON WEDNESDAY, NOVEMBER 12**,
5  any response to the original motion (Dkt. No. 442) must be filed by ClaimsHero, defendant, or
6  both; we will then hear argument *in person* **AT 8:00 A.M. ON THURSDAY, NOVEMBER 13** in
7  Courtroom 12, San Francisco. To this extent, the *ex parte* motion (Dkt. No. 446) is **GRANTED**.
8      **IT IS SO ORDERED.**

10  Dated: November 6, 2025.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE