| | |
|---|---|
| DOUGLAS A. WINTHROP (No. 183532) | DARALYN J. DURIE (No. 169825) |
| Douglas.Winthrop@arnoldporter.com | ddurie@mofo.com |
| JOSEPH FARRIS (No. 263405) | RAMSEY FISHER (No. 334228) |
| Joseph.Farris@arnoldporter.com | ramseyfisher@mofo.com |
| PIETER de GANON (No. 320385) | JACKSON LANE (No. 351633) |
| Pieter.deGanon@arnoldpoter.com | jlane@mofo.com |
| JESSICA L. GILLOTTE (No. 333517) | **MORRISON & FOERSTER LLP** |
| Jessica.Gillotte@arnoldporter.com | 425 Market Street |
| ESTAYVAINE BRAGG (No. 341400) | San Francisco, CA 94105-2482 |
| Estayvaine.Bragg@arnoldporter.com | Telephone: (415) 268-7000 |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | |
| Three Embarcadero Center, 10th Floor | MARK LEMLEY (No. 155830) |
| San Francisco, CA 94111-4024 | mlemley@lex-lumina.com |
| Telephone: (415) 471-3100 | **LEX LUMINA LLP** |
| Facsimile: (415) 471-3400 | 700 S. Flower Street, Suite 1000 |
| | Los Angeles, CA 90017 |
| KATHLEEN R. HARTNETT (No. 314267) | Telephone: (213) 600-6063 |
| khartnett@cooley.com | |
| **COOLEY LLP** | |
| Three Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111-4004 | |
| Telephone: (415) 693-2000 | |
| Facsimile: (415) 693-2222 | |

*Attorneys for Defendant* ANTHROPIC PBC
(Additional Counsel on Next Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:24-CV-05417-WHA <br><br> Action Filed: August 19, 2024 <br><br> **DEFENDANT ANTHROPIC PBC'S RESPONSE TO COURT'S REQUEST FOR DEFENDANT'S POSITION REGARDING PLAINTIFFS' PROPOSED CHANGES TO CLASS NOTICE (DKT. 453)** <br><br> Judge: Honorable William H. Alsup |

| | | |
|---|---|---|
| 1 | ASSAD H. RAJANI (No. 251143)<br>Assad.Rajani@arnoldporter.com | WHITNEY R. O'BYRNE (No. 325698)<br>WOByrne@mofo.com |
| 2 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>3000 El Camino Real, Suite 500 | **MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard |
| 3 | Palo Alto, CA 94306-3807<br>Telephone: (650) 319-4500 | Los Angeles, CA 90017-3543<br>Telephone: (213) 892-5200 |
| 4 | Facsimile: (650) 319-4700 | Facsimile: (213) 892-5454 |
| 5 | RYAN NISHIMOTO (No. 235208)<br>Ryan.Nishimoto@arnoldporter.com | FITZ BECKWITH COLLINGS (*pro hac vice*)<br>FCollings@mofo.com |
| 6 | OSCAR RAMALLO (No. 241487)<br>Oscar.Ramallo@arnoldporter.com | MARY PRENDERGAST (No. 272737)<br>MPrendergast@mofo.com |
| 7 | ALLYSON MYERS (No. 342038)<br>Ally.Myers@arnoldporter.com | ADITYA KAMDAR (No. 324567)<br>AKamdar@mofo.com |
| 8 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 South Figueroa Street, 44th Floor | **MORRISON & FOERSTER LLP**<br>2100 L Street, NW, Suite 900 |
| 9 | Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000 | Washington, D.C. 20037<br>Telephone: (202) 887-1500 |
| 10 | Facsimile: (213) 243-4199 | Facsimile: (202) 887-0763 |

11  EPHRAIM MCDOWELL (*pro hac vice*)
    emcdowell@cooley.com
12  ALEXANDER J. KASNER (No. 310637)
    akasner@cooley.com
13  **COOLEY LLP**
    1299 Pennsylvania Avenue NW, Suite 700
14  Washington, DC 20004-2400
    Telephone: (202) 842-7800
15  Facsimile: (202) 842-7899

16  *Attorneys for Defendant*
    ANTHROPIC PBC

ANTHROPIC'S RESPONSE TO DKT. 453                    No. 3:24-CV-05417-WHA

Defendant Anthropic PBC ("Anthropic") approves of all changes proposed by Class Counsel, as identified in Plaintiffs' Response and Notice of Compliance Regarding Court's Order on Changes to Class Notice and The Appointment of a Special Master (Dkt. 453).

Dated: November 11, 2025

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Douglas A. Winthrop*
     DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

ANTHROPIC'S RESPONSE TO DKT. 453   No. 3:24-CV-05417-WHA

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, 10th Floor, San Francisco, California 94111. On November 11, 2025, the foregoing DEFENDANT ANTHROPIC PBC'S RESPONSE TO COURT'S REQUEST FOR DEFENDANT'S POSITION REGARDING PLAINTIFFS' PROPOSED CHANGES TO CLASS NOTICE (DKT. 453), was electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413

| | |
|---|---|
| 1 | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| 2 | wdozier@lchb.com |
| | afreymann@lchb.com |
| 3 | jmiller@lchb.com |
| | Reilly T. Stoler (SBN 310761) |
| 4 | **LIEFF CABRASER HEIMANN** |
| | **& BERNSTEIN, LLP** |
| 5 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 6 | Telephone: (415) 956-1000 |
| | rstoler@lchb.com |
| 7 | |
| | Scott J. Sholder (*pro hac vice*) |
| 8 | CeCe M. Cole (*pro hac vice*) |
| | **COWAN DEBAETS ABRAHAMS** |
| 9 | **& SHEPPARD LLP** |
| | 60 Broad Street, 30th Floor |
| 10 | New York, New York 10010 |
| | Telephone: (212) 974-7474 |
| 11 | sshoulder@cdas.com |
| | ccole@cdas.com |
| 12 | |
| | Alex Potter |
| 13 | **FREEMAN NORMAN FRIEDLAND LLP** |
| | 155 E. 44th Street, Suite 915 |
| 14 | New York, NY 10017 |
| | Telephone: (646) 494-2900 |
| 15 | apotter@faf.law |
| 16 | Velvel (Devin) Freeman |
| | **FREEMAN NORMAN FRIEDLAND LLP** |
| 17 | 1 SE 3rd Avenue, Suite 1240 |
| | Miami, FL 33131 |
| 18 | Telephone: (786) 924-2900 |
| | vel@fnf.law |
| 19 | |
| | Ivy Ngo |
| 20 | **FREEMAN NORMAN FRIEDLAND LLP** |
| | 2020 Century Park East, Suite 400N |
| 21 | Los Angeles, CA 90067 |
| | Telephone: (646) 494-2900 |
| 22 | ingo@fnf.law |
| 23 | |
| 24 | I declare under penalty of perjury under the laws of the State of California and the United |
| 25 | States of America that the foregoing is true and correct. Executed November 11, 2025 at San |
| 26 | Francisco, California. |
| 27 | /s/ *(signature)* |
| | JEROME E. FERRER |
| 28 | |