Theodore K. Cheng
ADR Office of Theo Cheng LLC
295 Princeton Hightstown Road
Suite 11-115
West Windsor, NJ 08550
(917) 459-3669

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**SPECIAL MASTER DECLARATION PURSUANT TO FED. R. CIV. P. 53**<br><br>Judge: Hon. William Alsup<br>Courtroom: 12, 19th Floor<br>Complaint Filed: August 19, 2024 |

## DECLARATION OF THEODORE K. CHENG

I, THEODORE K. CHENG, declare under 28 U.S.C. § 1746 as follows:

1. I submit this declaration in support of the joint agreement of the parties in the above-captioned action to have the Court appoint me as the Special Master to resolve disputes between claimants to the court-approved qualified settlement fund. I have personal knowledge of the facts set forth in this declaration.

### *Education and Background in Private Law Practice and Copyright Law*

2. In 1991, I received an A.B. *cum laude* in Chemistry and Physics from Harvard University and, in 1997, I received my J.D. from New York University School of Law. After graduating from law school, I practiced law for over 20 years in a variety of different settings, including at nationally recognized law firms such as Loeb & Loeb LLP; Orrick, Herrington & Sutcliffe LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; and Proskauer Rose LLP. During that time, I also spent two years serving as a federal law clerk to the Honorable Ronald L. Buckwalter of the U.S. District Court for the Eastern District of Pennsylvania and the Honorable Julio M. Fuentes of the U.S. Court of Appeals for the Third Circuit.

3. My private law practice principally comprised representing clients in general commercial and intellectual property litigation matters, including significant work in copyright-related disputes. I typically counseled high net-worth individuals and small to middle-market business entities in a variety of industries (*e.g.*, high-tech, telecommunications, entertainment, consumer products) and represented them in a broad array of business disputes. My clients in copyright-related matters included photographers, artists, software companies and developers, songwriters, music publishers, record labels, motion picture studios, television production companies, and other entertainment-related entities.

4. Perhaps my most notable matters involved representing certified classes of songwriters and music publishers, sometimes in conjunction with record labels and motion picture studios, in federal court litigations against the owners and operators of various unlicensed peer-to-peer internet file-sharing companies such as Napster and Grokster. I was one of the attorneys who

successfully sought and obtained certification of a class of songwriters and music publishers in the companion case captioned *Leiber v. Consumer Empowerment BV a/k/a FastTrack* (C.D. Cal.) that was consolidated with the action that resulted in the U.S. Supreme Court's decision in *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005). There, the Supreme Court unanimously ruled that the defendants in that case could be held liable for inducing copyright infringement by users of their file-sharing software.

5. Although I ceased practicing law several years ago, I remain a duly licensed attorney in, and a member in good standing of the bars of, the States of New York and New Jersey. I am also an inactive member of the bar of the District of Columbia. I also maintain my admissions to several federal and state courts around the country, including the U.S. Court of Appeals for the Ninth Circuit and the Supreme Court of the United States.

### *Background in Alternative Dispute Resolution (ADR) and Other Professional Activities*

6. Beginning in 2009, I began serving as a volunteer arbitrator in the Small Claims Court of the New York City Civil Court. Two years later, I began serving as a volunteer mediator in the U.S. District Court for the Southern District of New York. Over the next 15 years, I have successfully sought admission to several other rosters and panels maintained by both public and private institutions for appointment as an arbitrator or mediator on both court and private disputes.

7. Concurrently, in or around 2016, I began making plans to transition out of the private practice of law, and, at the end of 2017, I withdrew from my then partnership at the law firm of Fox Horan & Camerini LLP and thereafter launched a solo practice in ADR, primarily as an arbitrator and mediator (the ADR Office of Theo Cheng LLC). Over the next few years, I gradually ceased all practice of law.

8. Today, I am an independent, full-time arbitrator and mediator, focusing on commercial, intellectual property, technology, entertainment, and employment disputes, both domestically in the U.S. and internationally. Among others, I have been appointed to the commercial and employment arbitration and mediation rosters of the American Arbitration Association, the International Centre for Dispute Resolution, the International Institute for the

Prevention of Conflict Prevention & Resolution (CPR Institute), and Resolute Systems. I have also been appointed to the American Intellectual Property Law Association's (AIPLA) List of Arbitrators and Mediators and the Silicon Valley Arbitration & Mediation Center's (SVAMC) List of the World's Leading Technology Neutrals. I am also a member of the National Academy of Distinguished Neutrals (www.nadn.org) and a Fellow of the College of Commercial Arbitrators (www.ccarbitrators.org). More information about me is available on my website, www.theocheng.com, and on my LinkedIn profile at www.linkedin.com/in/theocheng. For the Court's convenience, I also annex my professional resume as Exhibit A to this declaration.

9. To date, I have handled over 800 disputes as an arbitrator and/or mediator involving commercial and business disputes, breach of contract and negligence actions, trade secret theft, employment discrimination claims, wage-and-hour disputes, and intellectual property infringement contentions. I have presided over hundreds of contested hearings (either as a sole arbitrator or the chair or wing of a tripartite tribunal) and issued over 150 final awards. I have also had experience presiding over proceedings involving both counseled and *pro se* litigants. Additionally, I have previous experience serving as a discovery master.

10. Intellectual property matters account for approximately 30-40% of my docket, and arbitration matters comprise approximately 85% of my docket. I am regularly appointed/selected as an arbitrator or mediator on a wide variety of matters involving copyright issues such as ownership, validity, infringement, and fair use.

11. I am a Past President of the Justice Marie L. Garibaldi American Inn of Court for ADR (Garibaldi Inn) and a Past Chair of the New York State Bar Association Dispute Resolution Section. The Garibaldi Inn presented me with the 2024 Richard K. Jeydel Award (for demonstrated civility, professionalism, ethics, and excellence in and service to ADR), and the New Jersey State Bar Association Dispute Resolution Section presented me with the 2020 James B. Boskey ADR Practitioner of the Year Award. In addition, the *National Law Journal* named me a 2017 ADR Champion; in 2022–2025, I was voted a Top Arbitrator by the readers of the *New York Law Journal*; and I received the 2021 Best Mediator/Arbitrator by the readers of the *New Jersey Law Journal*.

12. In addition to my ADR-related work, I am an Adjunct Professor at New York Law School where I teach ADR-related courses and a Practitioner in Residence at the Intellectual Property Policy Institute at the University of Akron School of Law (formerly, the Center for Intellectual Property x Innovation Policy (C-IP2) at George Mason University Antonin Scalia Law School). I also recently co-founded and serve as the CEO of Sonata Academy, an institution of education and training for the ADR field, offering arbitration, mediation, and other related courses to both neutrals and advocates.

13. I also currently serve as the Vice President of the Copyright Society (www.copyrightsociety.com), a leading non-profit organization that strives to foster interest in and advance the study and understanding of copyright law in literature, music, art, theater, motion picture, television, computer software, architecture, and other works of authorship, and their distribution through both traditional and new media. I will become the President of that organization for two years beginning in June 2026.

***Service as a Special Master in this Case***

14. As required under Federal Rule of Civil Procedure 53(a)(2) and (b)(3)(A), I have reviewed the settlement agreement, the public pleadings, and the docket in this action, thereby thoroughly familiarizing myself with the issues involved in this case.

15. I believe that I am qualified and fit to serve as the Special Master in this case, and I am able to fully execute my responsibilities.

16. I will maintain a professional demeanor and appearance of impartiality during my service as a Special Master, and I will endeavor to effectively manage all aspects of my appointment with a commitment to speed, economy, and just resolution in a manner consistent with the parties' expectations and the settlement agreement in this case.

17. I will invoice for my services responsibly and ethically, and I will review my invoices for reasonableness relative to the nature and scope of the activity performed prior to submitting them. I also agree to serve at the rate of $500 per hour.

18. After conducting a reasonable investigation, including consulting my own conflicts database, and based upon my recollection and to the best of my knowledge, I have determined that I do not have a relationship with the parties, the attorneys, this action, or this Court that would require disqualification under 28 U.S.C. § 455.

19. I also do not anticipate having any actual or potential conflicts (or even any disclosures) with respect to any claimants who may appear before me. After conducting a reasonable investigation, including consulting my own conflicts database, and based upon my recollection and to the best of my knowledge, I have determined that I have never represented a book author or book publisher during my years in private law practice, and I do not have any present intention to represent a book author or book publisher in the future.

20. Moreover, after conducting a reasonable investigation, including consulting my own conflicts database, and based upon my recollection and to the best of my knowledge, I have never previously served as an arbitrator or mediator in a dispute involving a book author or book publisher, and I will refrain from serving as an arbitrator or mediator on a matter involving a book author or book publisher for the duration of my tenure as a Special Master on this case.

21. Nonetheless, before adjudicating any disputes, if any, among claimants, I will again conduct a reasonable investigation, including consulting my own conflicts database, and disclose any actual or potential conflicts that I may have and make any appropriate disclosures.

22. To that end, in the interest of full disclosure, I note that I am an author and editor on the forthcoming third edition of a book entitled *ADR Advocacy, Strategies, and Practices for Intellectual Property and Technology Cases*, which will be published by ABA Book Publishing sometime this fall (*see* https://www.americanbar.org/products/inv/book/452655008/). I was not, however, an author or editor on the two prior editions. As a result, and based upon the list of works at issue provided to me by the attorneys in this case, I am not a member of the certified class.

//

//

//

23. If the Court requires any additional information or details, I would be happy to provide it.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 11, 2025

_____
Theodore K. Cheng

# EXHIBIT A
# CHENG RESUME

# Theodore K. Cheng

295 Princeton-Hightstown Road, Suite 11-115, NJ 08550
(917) 459-3669 · theo@theocheng
www.theocheng.com · www.linkedin.com/in/theocheng

---

**ADR Office of Theo Cheng**, West Windsor, NJ                                                  01/18-present

Independent, full-time arbitrator and mediator focusing on commercial/business, intellectual property, technology, entertainment, and employment disputes. Conducted over 30 evidentiary hearings and issued over 85 final awards.

- American Arbitration Association (Arbitrator and Mediator)                 06/14-present
- CPR Institute (Arbitrator and Mediator)                                    04/16-present
- Eastern District of New York Mediation Panel                               12/14-present
- District of New Jersey Mediation Panel                                     10/16-04/23
- International Centre for Dispute Resolution (Arbitrator and Mediator)      06/21-present
- Financial Industry Regulatory Authority (Arbitrator)                       12/17-present
- New York City Bar Association (Arbitrator)                                 10/21-present
- New York City Civil Court (Arbitrator)                                     12/09-12/19
- OCA-PYETT Protocol Mediation Panel                                         08/24-present
- Resolute Systems, LLC (Arbitrator and Mediator)                            2/11-present
- Second Circuit Mediation Panel                                             11/16-12/21
- Southern District of New York Mediation Panel                              09/11-present

**Legal Experience**

Former intellectual property and commercial litigation partner with nearly 25 years of experience counseling senior management and in-house counsel on litigation strategy and dispute resolution.

- Fox Horan & Camerini LLP, New York, NY                                     06/13-12/17
- Yoon & Kim LLP, New York, NY                                               02/11-06/13
- Proskauer Rose LLP, New York, NY                                           07/07-12/10
- Loeb & Loeb LLP, New York, NY                                              01/06-06/07
- Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY                 09/99-09/00; 10/01-01/06
- Orrick, Herrington & Sutcliffe LLP, New York, NY                           09/97-09/98

*Representative matters:*
- Tried patent damages case over infringing animal vaccine resulting in favorable jury verdict
- Tried unpaid wages case resulting in $226,600 compensatory and punitive damages jury verdict
- Tried fraud and breach of contract claims resulting in $2.4 million damages jury verdict
- Tried arbitration between broker-dealers over a compensation dispute on co-brokered IPOs
- Litigated copyright infringement actions brought by classes of songwriters and music publishers against unlicensed Internet file-sharing companies Grokster, Napster, Aimster, and Audiogalaxy

**Business and Financial Acumen**

**MetLife Brokerage**, Princeton, NJ (Marketing Consultant)                                     09/93-08/94

Supported brokerage agencies in the marketing and sales of various life insurance and annuity products through, among other things, direct phone support and field training of products and software. Assisted in development of new products and produced various marketing and sales materials. Held Series 7 General Securities Representative registration.

**MetLife Insurance Company**, New York, NY (Management Associate)                              09/91-08/93

Completed a management training program and rotated through personal and group insurance, pensions and annuities, brokerage sales, structured settlements, international operations, and investments. Significant experience in the sales and marketing of life insurance and annuity products. Held Chartered Life Underwriter and Chartered Financial Consultant industry designations.

*Theodore K. Cheng, Page 2*

## Clerkships

| | |
|---|---|
| **The Hon. Julio M. Fuentes, U.S. Court of Appeals for the Third Circuit**, Newark, NJ | 10/00-10/01 |
| **The Hon. Ronald L. Buckwalter, U.S. District Court, E.D. Pa.**, Philadelphia, PA | 09/98-09/99 |

## Bar Admissions

District of Columbia (1999, inactive), New Jersey (2012), New York (1998)
Supreme Court of the United States
U.S. Courts of Appeals:  Second, Third, Sixth, Seventh, Ninth, and Federal Circuits
U.S. District Courts:  E.D.N.Y., N.D.N.Y., S.D.N.Y., D.N.J., W.D. Mich.

## Education

**New York University School of Law**, J.D., 1997
  *Moot Court Board*, Editor-in-Chief
  Honors*:*   Moot Court Board Prize; Order of Barristers Award; Norman S. Ostrow Award; David Friedman Memorial Award; Delaware State Bar Association Louis L. Redding Fellowship
  Activities:   Unemployment Action Center; NYU Public Service Auction

**Harvard University**, A.B. *cum laude* Chemistry and Physics, 1991
  Honors*:*   Dean's List; Harvard College Scholarships
  Activities:   Varsity Lightweight Crew (Coxswain); Intramural Crew (Coach and Coxswain); Harvard-Radcliffe Opportunes (Assistant Musical Director)

## Honors/Awards

| | |
|---|---|
| 2024 | Richard K. Jeydel Award (Justice Marie L. Garibaldi American Inn of Court for ADR) |
| 2022-2025 | *New York Law Journal* Top Arbitrator |
| 2021 | *New Jersey Law Journal* Best Mediator/Arbitrator |
| 2020 | ADR Practitioner of the Year (New Jersey State Bar Association Dispute Resolution Section) |
| 2019 | National Academy of Distinguished Neutrals |
| 2017 | *National Law Journal* ADR Champion |
| 2013 | American Arbitration Association A. Leon Higginbotham, Jr. Fellowship |
| 2007 | National Asian Pacific American Bar Association Best Lawyers Under 40 Award |

## Select Appointments

| | |
|---|---|
| Adjunct Professor, New York Law School | 01/20-present |
| Practitioner in Residence, Intellectual Property Policy Institute | 04/25-present |
| American Arbitration Association (Council Member) | 05/16-05/25 |
| Practitioner in Residence, Center for Intellectual Property x Innovation Policy | 01/22-03/25 |
| New York State Statewide ADR Advisory Committee | 06/21-05/24 |
| Adjunct Professor, Fordham University School of Law | 09/18-12/18 |
| New Jersey Supreme Court Arbitration Advisory Committee | 09/14-06/17 |
| New Jersey Supreme Court Committee on Complementary Dispute Resolution | 09/14-06/17 |
| American Arbitration Association (Director) | 05/15-05/16 |
| S.D.N.Y. Mediator Advisory Committee | 09/13-7/15 |
| New York and Kings County District Attorney's Offices (Special Assistant District Attorney) | 02/98-05/12 |

## Select Publications

"Nonparty Discovery in Domestic Arbitration Proceedings," *Lexis Practice Advisor*
"Conducting a Preliminary Hearing in U.S. Arbitration: The Arbitrator's Perspective," *Lexis Practice Advisor*
"Pleading Practice in Arbitration Proceedings," *Lexis Practice Advisor*
"Preparation is the Key to a Successful and Rewarding Mediation," *NYSBA NY Litigator*
"When Experts Come From Different Planets: Finding the Difference Driving Seemingly Irreconcilable Expert Evidence in Arbitration," *NYSBA NY Litigator*

*Theodore K. Cheng, Page 3*

**Select Speaking Engagements**

    "Considerations for Drafting an Enforceable Reasoned Award," ABA DRS Arbitration Committee (Jan 2023)
    "A Refreshed Way to Deliver the Mediator's Proposal," ABA DRS Mediation Committee (Jul 2022)
    "When to Consider Mediation and How to Identify Opportunities for Settlement," CPR Institute (May 2022) (co-panelist)
    "Using Alternative Dispute Resolution to Address Intellectual Property Rights in the Employment Context," NYSBA L&E Law Section Fall Meeting (Oct 16, 2021) (co-panelist)
    "Arbitration Conversation No. 11: Theo Cheng on Intellectual Property Arbitration," *Arbitrate.com* (Jul 13, 2020; available here) (interviewee)
    "ADR Ethics and Inclusion – How We Can Do Better," NYSBA Contemporary Arbitration and Mediation – How We Can Do Better (Mar 14, 2020) (co-panelist)
    "What in the World Was I Thinking? Unconscious Bias in Arbitration, Mediation and Settlement Negotiations," Federal Bar Council Fall Retreat (Oct 21, 2018) (co-panelist)
    "Drafting Arbitration Clauses to Ease Preparing for the Hearing," ABA DRS Webinar (Dec 13, 2017) (co-panelist)
    "Pleadings in State Court, Federal Court, and Arbitration," NYSBA Commercial Litigation Academy (May 4, 2017) (co-panelist)
    "How is the Market Currently Addressing These Party/User Needs and Expectations?," Global Pound Conference – New York (Sep 12, 2016) (co-panelist)

**Select Professional Affiliations**

    American Bar Association
    American Intellectual Property Law Association
    Asian American Bar Association of New York (Director and Recording Secretary, 2004-2007)
    Asian Pacific American Lawyers Association of New Jersey (Director, 2016-2017; President, 2015-2016; President-Elect, 2014-2015)
    The Association for Conflict Resolution – Greater New York Chapter (Director, 2016-2019)
    The Copyright Society of the U.S.A. (Vice President, 2024-2026; Treasurer, 2020-2022; Secretary, 2018-2020; Trustee and Executive Committee Member, 2016-2020; Co-Chair, N.Y. Chapter, 2015-2017)
    Justice Marie L. Garibaldi American Inn of Court for ADR (President, 2018-2023; Secretary/Treasurer, 2017-2019; Executive Committee Member, 2015-2017)
    New Jersey State Bar Association (Director, Dispute Resolution Section, 2016-2019)
    New York State Bar Association (House of Delegates Member, 2016-2018; Dispute Resolution Section Chair (2019-2020), Chair-Elect (2018-2019), Vice-Chair (2017-2018))

**Community Engagement**

    **Chapin School** (Princeton, NJ) (Trustee and Charter Trustee)      07/18-06/25

    Member, Policy (2018-present; Chair, 2020-2024), Buildings & Grounds (2021-present) and Strategic Planning (2018-2021) Committees. Serve on board of local independent school responsible for establishment of policy, appointment of Head of School, and preservation of the school's mission, finances, facilities, and programs.

    **Storytelling Arts, Inc.** (Princeton, NJ) (Secretary and Trustee)      04/13-06/23

    Serve on 6-member board of statewide 501(c)(3) nonprofit organization comprising a community of storytellers, story writers, and teaching artists who share the ancient art of storytelling with contemporary audiences. Provide governance, policy, and financial guidance for Executive Director and staff.

    **New York State Insurance Fund** (Commissioner)      06/10-12/10

    Appointed by Governor David A. Paterson, and confirmed by New York State Senate, to serve on Board of Commissioners. Oversaw and assisted in managing State's largest workers' compensation and disability benefits carrier, insuring approximately 155,000 policyholders, with more than $2 billion in annual premiums and $18 billion in assets.

    **New York State Commission on Increasing Diversity in the State Government Workforce** (Chair)      04/07-12/12

    Appointed by Governor Eliot Spitzer as member, and then later Chair by Governor David A. Paterson, of legislative commission charged with examining, evaluating, and making recommendations on ways to increase the number of minority workers in New York State service.