**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy Ngo (S.B.N. 249860)
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
T: (646) 494-2900
Email: ingo@fnf.law

Devin (Velvel) Freedman (*pro hac vice*)
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
Email: vel@fnf.law

Alex Potter (*pro hac vice*)
155 E. 44th Street, Suite 915
New York, NY 10017
T: (646) 494-2900
Email: apotter@fnf.law

*Counsel for Third Party*
*ClaimsHero Holdings LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**DECLARATION OF JANE ADAMS IN SUPPORT OF CLAIMSHERO'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER LIMITING THIRD PARTY COMMUNICATIONS WITH CLASS MEMBERS AND OTHER RELIEF** |

I, Jane Adams, declare:

1. I am a member of the settlement class in the above captioned lawsuit.

2. I understand the Court has (i) granted preliminary approval of a settlement which proposes to have Anthropic pay $1.5 billion to settle claims that it pirated copyrighted works to build a central library; and that (ii) each class member could file a claim form and likely obtain approximately $3,000 from that settlement.

DECLARATION OF JANE ADAMS

3. I do not want to participate in that settlement. I want to opt out of it. Instead, I want to file an individual lawsuit against Anthropic seeking more compensation.

4. I have hired ClaimsHero to both (i) opt me out, and (ii) handle that individual lawsuit for me.

5. I came to that decision after reviewing ClaimsHero's website, the materials presented there, completing its intake forms, and executing an engagement letter ("CH Comms").

6. None of the CH Comms were misleading in any way. I did not believe ClaimsHero was filing a claim in the settlement for me. I understood ClaimsHero would be opting me out of the settlement. I understood I'd be filing an individual claim, which will take longer, and is not guaranteed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2025.

*Jane Adams*

JANE ADAMS