Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
Samir Doshi*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
*\*(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No.: 3:24-cv-05417-WHA<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's November 7, 2025 Order directing Class Counsel to lodge "this corrected Works List with the Court for archival purposes (under seal for the time being)" (Dkt. No. 453 at 4 n.2), Class Representatives Andrea Bartz, Inc., Charles Graeber, and MJ + KJ, Inc. ("Plaintiffs") respectfully move to file the Nov. 12 Works List under seal. This document is attached as Exhibit 1 to Plaintiffs' Certificate of Filing Nov. 12 Works List. For the reasons set forth below, Plaintiffs respectfully request that the Court permit this document to be maintained under seal.

I.    **FACTUAL BACKGROUND**

Pursuant to Section 4(a)(i) of the Plan of Allocation (Dkt. No. 401-1), the Works List Lookup on the Settlement Website identifies whether works are designated Education Works or Non-Education Works. Education Works are books published by education publishers that specialize in creating and publishing works, such as textbooks, which are distributed for and through educational and professional markets. Dkt. No. 401-1 § 4(a)(i).

As described in Plaintiffs' Notice of Compliance and First Report on Settlement Implementation, Class Counsel has corrected an error that miscoded a small percentage of works. *See* Dkt. No. 440 § III. Specifically, Class Counsel reported the recoding of less than one percent of works, adding the Education designation to 4,085 works and removing the Education designation from 269 works. *See id.* The Court ordered Class Counsel to lodge "this corrected Works List with the Court for archival purposes (under seal for the time being)." Dkt. No. 453 at 4 n.2. Therefore, Plaintiffs seek to file the Nov. 12 Works List under seal.

II.   **LEGAL STANDARD**

Confidential documents that are "unrelated, or only tangentially related[] to the underlying cause of action" may—in most instances—be kept under seal upon a showing of good cause. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *Juarez v. Soc. Fin., Inc.*, No. 20-CV-03386-HSG, 2023 WL 5749260, at *2 (N.D. Cal. Sept. 6, 2023) ("Because the Class List is not associated with any dispositive motion, the Court applies the lower good cause standard."). Good cause exists when the Court weighs the interests of the parties and the public and determines that guarding the materials from disclosure to the public will "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1), (c)(1)(A); *see also Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678

(9th Cir. 2010) ("The 'good cause' standard is not limited to discovery.").

## III.    ARGUMENT

### A.    There are Compelling Reasons to Seal the Nov. 12 Works List in its Full Form.

While the Nov. 12 Works List does not include sensitive personal information, it does contain non-public information. Plaintiffs respectfully submit that this Court can strike the balance between and among allowing Class members and others access to information, facilitating the settlement (if approved), and avoiding the specter of fraudulent claims by (a) permitting the Nov. 12 Works List to remain under seal in its full form but (b) permitting a form of access to it by a publicly-searchable database to be released as part of the notice and claims process. *See In re Bank of America California Unemployment Benefits Litigation*, 2024 WL 4820704, at *5, (S.D. Cal. Nov. 12, 2024) (granting motion to seal due to risk of future fraud); Alison Frankel, *The class action claim bots are coming! (Actually, they're already here)*, Reuters (Jan. 18, 2018). Indeed, the Works List contains non-public information that, if disclosed publicly without proper precautions, risks providing a roadmap for non-class members to submit fraudulent claims in this high-profile case. Even if these claims are rejected, they may result in unnecessary time and costs for the proposed Settlement Administrator, which would ultimately be paid from the Settlement to the detriment of actual Class Members.

Nor is there a specific need for Class Members to access a full copy of the Nov. 12 Works List at this time. On October 2, 2025, following the Court's preliminarily approval of the proposed Settlement, the Settlement Administrator (JND) launched the Settlement Website. *See* Dkt. No. 401-1 (Plan of Allocation) § 2(a); *see also* Dkt. No. 440 (Notice of Compliance and First Report on Settlement Implementation) § I. The Settlement Website allows potential class members to search for specific entries in order to determine whether they are Class Members. *See* Dkt. No. 363-12 (Keough Declaration) at 9. This has struck a necessary balance, providing potential Class Members with an easy mechanism to identify whether they are in the Class while deterring mass submissions of potentially fraudulent claims. At the conclusion of the Settlement, the Nov. 12 Works List could be made public.

## IV.    CONCLUSION

Plaintiffs respectfully request that the Court grant the administrative motion to file under seal.

Dated:  November 12, 2025

Respectfully submitted,

By: */s/ Rachel Geman*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Justin A. Nelson *(pro hac vice)*
Alejandra C. Salinas *(pro hac vice)*
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com

asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100

- 3 -

RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi (*pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

- 4 -