UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**IT IS HEREBY ORDERED THAT**:

Having considered Plaintiffs' Administrative Motion to Seal and all attendant documents, the Court hereby **GRANTS / DENIES / GRANTS IN PART** the Motion as follows:

| DOCUMENT | PORTIONS TO SEAL | GRANT | DENY | GRANT IN PART |
|---|---|---|---|---|
| Exhibit 1 (Nov. 12 Works List) attached to Plaintiffs' Certificate of Filing Nov. 12 Works List | Entire document | | | |

**IT IS SO ORDERED**.

DATED: _____  ___, 2025

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -