UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

No. C 24-05417 WHA

**REQUEST FOR INFORMATION**

In preparing an order to address amendments to the class notice, the judge is concerned that claims for more than 60,000 works have been submitted by class members without the benefit of direct class notice having been disseminated. In particular, it appears that those claimants were never advised that they had the right to opt out of the lawsuit. In this regard, the claim form itself makes no mention of the right to opt out, nor does it provide a direct link to a document that would clearly advise them of their right to opt out. The judge does not remember ever being advised that tens of thousands of claims would ever be submitted before direct class notice was ever delivered. **BY 5:00 P.M. TOMORROW**, please point to the record where class counsel clearly advised the Court that this would happen.

**IT IS SO ORDERED.**

Dated: November 16, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE