| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) | Rachel Geman (*pro hac vice*) |
| Alejandra C. Salinas (*pro hac vice*) | Jacob S. Miller (*pro hac vice*) |
| **SUSMAN GODFREY L.L.P.** | Danna Z. Elmasry (*pro hac vice*) |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN** |
| Houston, TX 77002-5096 | **& BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, New York 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P.** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé H. Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | Amelia Haselkorn (SBN 339633) |
| rnath@susmangodfrey.com | **LIEFF CABRASER HEIMANN** |
| madamson@susmangodfrey.com | **& BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| Jordan W. Connors* | San Francisco, CA 94111-3339 |
| **SUSMAN GODFREY L.L.P.** | Telephone: (415) 956-1000 |
| 401 Union Street, Suite 3000 | dhutchinson@lchb.com |
| Seattle, WA 98101-2683 | jdafa@lchb.com |
| Telephone: (206) 516-3880 | ahaselkorn@lchb.com |
| jconnors@susmangodfrey.com | |
| | Betsy A. Sugar* |
| J. Craig Smyser* | **LIEFF CABRASER HEIMANN** |
| Samir Doshi* | **& BERNSTEIN, LLP** |
| **SUSMAN GODFREY L.L.P.** | 222 Second Ave., #1640 |
| One Manhattan West, 51st Floor, | Nashville, TN 37201-2375 |
| New York, NY 10001-8602 | Telephone: (615) 313-9000 |
| Telephone: (212) 336-8330 | bsugar@lchb.com |
| csmyser@susmangodfrey.com | |
| sdoshi@susmangodfrey.com | *Co-Lead Class Counsel* |
| | *(Pro Hac Vice) |
| *Co-Lead Class Counsel* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' RESPONSE TO REQUEST FOR INFORMATION (DKT. 485)** |

Plaintiffs write in response to the Court's Order issued today (Dkt. 485) directing that Plaintiffs "point to the record where class counsel clearly advised the Court" that Claims could be submitted before direct notice was delivered.

The answer is Section 2 of the Plan of Allocation and Distribution (POA&D), Dkt. 401-1. That section expressly provides that "[o]pt-out requests and Claim Forms may be submitted to the Settlement Administrator *any time after Preliminary Approval*" (§ 2(d)), while direct notice would not be completed until "59 days after Preliminary Approval." (§ 2(b)-(c)). *Id* (emphasis added).

This is consistent with the overall timing of the notice program, under which (a) indirect notice, publication of the Claim Form on the settlement website, and the claims process began within seven days of Preliminary Approval; and (b) direct mail and email notice is scheduled to be completed slightly later, after the collection of additional author contact information from major publishers (POA&D § 2(b)-(c)). *See also* 9/25 Hr'g Tr. 19:3-25 (discussing timing of direct notice, indirect notice, and the settlement website going live). Plaintiffs' written submissions in support of Preliminary Approval—both the POA&D and other materials—also made clear that the Claims Form would be available to class members as soon as the approved settlement website went live, and thus before the completion of direct notice. *See, e.g.,* POA&D § 2(a)-(c) ("Within 7 days of Preliminary Approval . . . [t]he settlement website will go live, with, among other things . . . copies of the long-form notice . . . ***and Claim Form***" (emphasis added)); *id.* § 3(b)(i) ("The Claim Form will be electronic and available on the settlement website."); Dkt. No. 399 (Sept. 22, 2025 Suppl. Decl. of Jennifer M. Keough regarding Proposed Class Notice Plan) at ¶ 103 ("The Settlement Website will feature a user-friendly, automated version of the Claim Form."). Consistent with the POA&D and other submissions,[1] the Settlement Administrator has been accepting both claim *and* opt-out submissions since the Claim Form went live on the settlement website on October 2, 2025.

With respect to the Court's concern about whether claimants have been apprised of their right to opt out, there is every reason to believe that they have. The claims period opened with the approved launch of

---

[1] The Court approved the POA&D from the bench and in its Minute Entry on September 25, 2025 (Dkt. 427_001) (Minute Entry granting "preliminary approval to the plan of distribution") and did so again in-writing in its Memorandum Opinion on Preliminary Approval of Class Action Settlement on October 17, 2025. Dkt. No. 437 at 1 ("In this copyright action, the district judge granted preliminary approval to the class settlement, preliminary approval to the plan of distribution, and preliminary approval to the plan for notice.") and 9 ("[T]he notice plan does not depend merely on one initial notice plus inquiry.") (citation omitted).

the settlement website on October 2, 2025. Any Class Member who has submitted claims to date will have accessed the Claim Form through the website, which describes class members' "Legal Rights and Options," including the option to "*Exclude Yourself* and all Rightsholders from the settlement ('Opt Out')" (emphasis added). The settlement website also apprises class members of their right to opt out in several other places:

- The **Key Dates webpage** lists the January 7, 2026 deadline to "Exclude Yourself and all Rightsholders from the settlement ('Opt Out')."

- The **FAQ webpage** includes a section consisting of four frequently asked questions (FAQs) about "Excluding Yourself from the Ongoing Lawsuit," reproduced from the Long-Form Notice.

- The **Long-Form Notice**, which was available on the "Important Documents" webpage until November 7, 2025, contained detailed descriptions of Class Members' right to opt out of the settlement.

- The **Plan of Allocation and Distribution** (2.f "Opt-Out Process"), the **Class Action Settlement Agreement** (§ 4.14 "Right to Request Exclusion"), and the Court's **Memorandum Opinion on Preliminary Approval of Class Action Settlement** (*e.g.*, p. 11-12 "Further Notice Upon Actions Affecting Specific Works"), are all similarly available on the settlement website's "**Important Documents**" webpage and describe the rights of class members to opt-out.

In addition to the settlement website, Class Counsel has undertaken an extensive indirect notice campaign, through social media ads, major membership associations, and publication notice. Dkt. 401 at 16-19. Advertisements placed in Court-approved publications—*Publishers Weekly*, *The Atlantic*, *The Toronto Star*, *The Globe and Mail*, and *The Chronicle of Higher Education*—have all included information about the right to opt out from the Settlement.

Between the extensive disclosures on the settlement website and the robust indirect notice campaign that drew traffic to the settlement website, Class Counsel is confident that the more than 18,000 Class Members who took the affirmative step of visiting the settlement website and completing the nine-section Claim Form were apprised of the right to opt out. That the Settlement Administrator has already received exclusion requests—11 to date—is further confirmation. In any event, all Class Members who have already submitted claims will receive direct mail and email notice detailing the opt-out right, and will still have the opportunity to submit an exclusion request any time before January 7, 2026.

Dated: November 16, 2025

By: */s/ Rohit D. Nath*
  Justin A. Nelson (*pro hac vice*)
  Alejandra C. Salinas (*pro hac vice*)
  **SUSMAN GODFREY L.L.P**
  1000 Louisiana Street, Suite 5100
  Houston, TX 77002-5096
  Telephone: (713) 651-9366
  jnelson@susmangodfrey.com
  asalinas@susmangodfrey.com

  Rohit D. Nath (SBN 316062)
  Michael Adamson (SBN 321754)
  **SUSMAN GODFREY L.L.P**
  1900 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067-2906
  Telephone: (310) 789-3100
  RNath@susmangodfrey.com
  MAdamson@susmangodfrey.com

  J. Craig Smyser (*pro hac vice*)
  Samir H. Doshi (*pro hac vice*
  **SUSMAN GODFREY L.L.P**
  One Manhattan West, 51st Floor,
  New York, NY 10019
  Telephone: (212) 336-8330
  csmyser@susmangodfrey.com
  sdoshi@susmangodfrey.com

*Co-Lead Counsel*

By: */s/ Rachel Geman*
  Rachel Geman *(pro hac vice)*
  Jacob S. Miller *(pro hac vice)*
  Danna Z. Elmasry *(pro hac vice)*
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  250 Hudson Street, 8th Floor
  New York, New York 10013-1413
  Telephone: (212) 355-9500
  rgeman@lchb.com
  jmiller@lchb.com
  delmasry@lchb.com

  Daniel M. Hutchinson (SBN 239458)
  Jallé H. Dafa (SBN 290637)
  Amelia Haselkorn (SBN 339633)
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  275 Battery Street, 29th Floor
  San Francisco, CA 94111-3339
  Telephone: (415) 956-1000
  dhutchinson@lchb.com
  jdafa@lchb.com
  ahaselkorn@lchb.com

  Betsy A. Sugar (*pro hac vice*)
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  222 2nd Avenue S., Suite 1640
  Nashville, TN 37201
  Telephone: (615) 313-9000
  bsugar@lchb.com

*Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 16, 2025

*/s/ Rohit D. Nath*