| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) <br> Alejandra C. Salinas (*pro hac vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> Michael Adamson (SBN 321754) <br> **SUSMAN GODFREY L.L.P.** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br> rnath@susmangodfrey.com <br> madamson@susmangodfrey.com <br><br> Jordan W. Connors* <br> **SUSMAN GODFREY L.L.P.** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101-2683 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> J. Craig Smyser* <br> Samir Doshi* <br> **SUSMAN GODFREY L.L.P.** <br> One Manhattan West, 51st Floor, <br> New York, NY 10001-8602 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com <br> sdoshi@susmangodfrey.com <br><br> *Co-Lead Class Counsel* | Rachel Geman (*pro hac vice*) <br> Jacob S. Miller (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN** <br> **& BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br> jmiller@lchb.com <br> delmasry@lchb.com <br><br> Daniel M. Hutchinson (SBN 239458) <br> Jallé H. Dafa (SBN 290637) <br> Amelia Haselkorn (SBN 339633) <br> **LIEFF CABRASER HEIMANN** <br> **& BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> dhutchinson@lchb.com <br> jdafa@lchb.com <br> ahaselkorn@lchb.com <br><br> Betsy A. Sugar* <br> **LIEFF CABRASER HEIMANN** <br> **& BERNSTEIN, LLP** <br> 222 Second Ave., #1640 <br> Nashville, TN 37201-2375 <br> Telephone: (615) 313-9000 <br> bsugar@lchb.com <br><br> *Co-Lead Class Counsel* <br> *(Pro Hac Vice) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' ERRATA REGARDING PLAINTIFFS' RESPONSE (DKT. 486) TO REQUEST FOR INFORMATION (DKT. 485)** |

Plaintiffs submit this notice to inform the Court of one citation error in Plaintiffs' filing yesterday (Dkt. 486) in response to the Court's Order issued earlier that day (Dkt. 485). In the second paragraph of Plaintiffs' filing, Plaintiffs cited Section 2(d) of the Plan of Allocation and Distribution, Dkt. 401-1, as providing that "[o]pt-out requests and Claim Forms may be submitted to the Settlement Administrator any time after Preliminary Approval." However, it is **Section 2(e)** of the Plan of Allocation and Distribution—not Section 2(d)—which contains the quoted language.

Accordingly, Plaintiffs submit herewith a corrected version of Plaintiffs' filing. *See* Exhibit A. No changes have been made to the filing except for correction of the citation error noted above. For the Court's convenience, a redline of the correction is provided below:

<u>Original Filing (Dkt. 486)</u>

The answer is Section 2 of the Plan of Allocation and Distribution (POA&D), Dkt. 401-1. That section expressly provides that "[o]pt-out requests and Claim Forms may be submitted to the Settlement Administrator ***any time after Preliminary Approval***" (§ 2(d), while direct notice would not be completed until "59 days after Preliminary Approval." (§ 2(b)-(c)). *Id* (emphasis added).

<u>Corrected Filing (Dkt. 487)</u>

The answer is Section 2 of the Plan of Allocation and Distribution (POA&D), Dkt. 401-1. That section expressly provides that "[o]pt-out requests and Claim Forms may be submitted to the Settlement Administrator ***any time after Preliminary Approval***" (§ 2(~~d~~e)), while direct notice would not be completed until "59 days after Preliminary Approval." (§ 2(b)-(c)). *Id* (emphasis added).

Dated: November 17, 2025

By: */s/ Rohit D. Nath*
   Justin A. Nelson (*pro hac vice*)
   Alejandra C. Salinas (*pro hac vice*)
   **SUSMAN GODFREY L.L.P**
   1000 Louisiana Street, Suite 5100
   Houston, TX 77002-5096
   Telephone: (713) 651-9366
   jnelson@susmangodfrey.com
   asalinas@susmangodfrey.com

   Rohit D. Nath (SBN 316062)
   Michael Adamson (SBN 321754)
   **SUSMAN GODFREY L.L.P**
   1900 Avenue of the Stars, Suite 1400

By: */s/ Rachel Geman*
   Rachel Geman (*pro hac vice*)
   Jacob S. Miller (*pro hac vice*)
   Danna Z. Elmasry (*pro hac vice*)
   **LIEFF CABRASER HEIMANN**
   **& BERNSTEIN, LLP**
   250 Hudson Street, 8th Floor
   New York, New York 10013-1413
   Telephone: (212) 355-9500
   rgeman@lchb.com
   jmiller@lchb.com
   delmasry@lchb.com

| | |
|---|---|
| Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>RNath@susmangodfrey.com<br>MAdamson@susmangodfrey.com<br><br>J. Craig Smyser (*pro hac vice*)<br>Samir H. Doshi (*pro hac vice*<br>**SUSMAN GODFREY L.L.P**<br>One Manhattan West, 51st Floor,<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com<br>sdoshi@susmangodfrey.com<br><br>*Co-Lead Counsel* | Daniel M. Hutchinson (SBN 239458)<br>Jallé H. Dafa (SBN 290637)<br>Amelia Haselkorn (SBN 339633)<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>dhutchinson@lchb.com<br>jdafa@lchb.com<br>ahaselkorn@lchb.com<br><br>Betsy A. Sugar (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>222 2nd Avenue S., Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br>bsugar@lchb.com<br><br>*Co-Lead Counsel* |
| Scott J. Shoulder (*pro hac vice*)<br>CeCe M. Cole (*pro hac vice*)<br>**COWAN DEBAETS ABRAHAMS**<br>**& SHEPPARD LLP**<br>60 Broad Street, 30th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>sshoulder@cdas.com<br>ccole@cdas.com<br><br>*Additional Counsel for the Class and Authors'*<br>*Coordinating Counsel* | Jay Edelson*<br>**EDELSON PC**<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>jedelson@edelson.com<br><br>Matthew J. Oppenheim*<br>**OPPENHEIM & ZEBRAK LLP**<br>4530 Wisconsin Ave, NW, 5th Floor<br>Washington, DC 20016<br>Telephone: 202.450.3958<br>matt@oandzlaw.com<br><br>*Publishers' Coordinating Counsel* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 17, 2025

/s/ Rohit Nath