UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

No. C 24-05417 WHA

**FURTHER ORDER RE REQUEST FOR INFORMATION, AND ORDER TO PRESERVE COMMUNICATIONS**

The district judge has read but does not fully understand the response by class counsel (Dkt. No. 487-1) to the order yesterday (Dkt. No. 485), and will have more to say on the subject in the future.

In the meantime, class counsel **SHALL ENSURE THE PRESERVATION** of past, present, and future communications of every type, however informal, at all touching on claims and/or opt outs as made to class members by class counsel, the settlement administrator, the class representatives, any organization represented by an appearance or by a declaration filed in this case — namely Anthropic PBC (and all its counsel), the so-called Authors' Coordination Counsel (Cowan DeBaets Abrahams & Sheppard LLP and Fairmark Partners LLP), Publishers' Coordination Counsel (Edelson PC and Oppenheim + Zebrak, LLP), retained

public relations people (Shape Advocacy), Industry Working Group members and related outfits (Association of American Publishers, Association of University Presses, Authors Guild, Independent Publishers Guild, International Publishers Association, Novelists, Inc., The Publishers Association Limited, Publishers' Licensing Services, Romance Writers of America, Inc., Science Fiction & Fantasy Writers of America, Sisters in Crime, Society of Authors, Textbook and Academic Authors Association, Writers House, Writers' Union), and anyone else class counsel or defendant (or defense counsel) has retained or used to communicate to class members about claims and/or opt-outs.

**IT IS SO ORDERED.**

Dated: November 17, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE