| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) <br> Alejandra C. Salinas (*pro hac vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> Michael Adamson (SBN 321754) <br> **SUSMAN GODFREY L.L.P.** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br>  rnath@susmangodfrey.com <br>  madamson@susmangodfrey.com <br><br> Jordan W. Connors* <br> **SUSMAN GODFREY L.L.P.** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101-2683 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> J. Craig Smyser* <br> Samir Doshi* <br> **SUSMAN GODFREY L.L.P.** <br> One Manhattan West, 51st Floor, <br> New York, NY 10001-8602 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com <br> sdoshi@susmangodfrey.com <br><br> *Co-Lead Class Counsel* | Rachel Geman (*pro hac vice*) <br> Jacob S. Miller (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br> jmiller@lchb.com <br> delmasry@lchb.com <br><br> Daniel M. Hutchinson (SBN 239458) <br> Jallé H. Dafa (SBN 290637) <br> Amelia Haselkorn (SBN 339633) <br> **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> dhutchinson@lchb.com <br> jdafa@lchb.com <br> ahaselkorn@lchb.com <br><br> Betsy A. Sugar* <br> **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** <br> 222 Second Ave., #1640 <br> Nashville, TN 37201-2375 <br> Telephone: (615) 313-9000 <br> bsugar@lchb.com <br><br> *Co-Lead Class Counsel* <br> *(Pro Hac Vice) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' NOTICE OF COMPLIANCE RE PRESERVATION OF COMMUNICATIONS (DKT. NO. 488)** |

Class Counsel report that they have contacted each of the organizations, individuals, and law firms identified in the Court's Order, and have shared a copy of the Order with each as well. Class Counsel, in response to the Court's Order, are likewise preserving "all past, present, and future communications of every type, however informal, at all touching on claims and/or opt outs as made to class members by class counsel." Dkt. 488 at 1.

Dated: November 18, 2025

By: */s/ Justin A. Nelson*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi (*pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)

By: */s/ Rachel Geman*
Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Jay Edelson*
**EDELSON PC**

| | |
|---|---|
| **COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**<br>60 Broad Street, 30th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>sshoulder@cdas.com<br>ccole@cdas.com<br><br>*Additional Counsel for the Class and Authors' Coordinating Counsel* | 350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>jedelson@edelson.com<br><br>Matthew J. Oppenheim*<br>**OPPENHEIM & ZEBRAK LLP**<br>4530 Wisconsin Ave, NW, 5th Floor<br>Washington, DC 20016<br>Telephone: 202.450.3958<br>matt@oandzlaw.com<br><br>*Publishers' Coordinating Counsel* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 18, 2025              */s/ Rachel Geman*
                                                                     Rachel Geman