| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) <br> Alejandra C. Salinas (*pro hac vice*) <br> **SUSMAN GODFREY L.L.P** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br><br> Rohit D. Nath (SBN 316062) <br> Michael Adamson (SBN 321754) <br> **SUSMAN GODFREY L.L.P** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br><br> Rachel Geman (*pro hac vice*) <br> Jacob S. Miller (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, NY 10013-1413 <br> Telephone: (212) 355-9500 <br><br> Daniel M. Hutchinson (SBN 239458) <br> Jallé Dafa (SBN 290637) <br> Amelia Haselkorn (SBN 339633) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br><br> *Co-Lead Counsel* <br><br> [Additional counsel listed in the signature block.] | Douglas A. Winthrop (Bar No. 183532) <br> Joseph Farris (Bar No. 263405) <br> Pieter de Ganon (Bar No. 320385) <br> Jessica L. Gillotte (Bar No. 333517) <br> Estayvaine Bragg (Bar No. 341400) <br> **ARNOLD & PORTER KAYE SCHOLER LLP** <br> Three Embarcadero Center 10th Floor <br> San Francisco, CA 94111-4024 <br> (415) 471-3100 <br> (415) 471-3400 (fax) <br> douglas.winthrop@aporter.com <br> joseph.farris@arnoldporter.com <br> pieter.deganon@arnoldporter.com <br> estayvaine.bragg@arnoldporter.com <br> jessica.gillotte@arnoldporter.com <br> estayvaine.bragg@arnoldporter.com <br><br> Daralyn J. Durie (Bar No. 169825) <br> Ramsey Fisher (Bar No.334228) <br> Jackson Lane (Bar No. 351633) <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, CA 94105 <br> (415) 268-7000 <br> (415) 268-7522 (fax) <br> DDurie@mofo.com <br> RamseyFisher@mofo.com <br> jlane@mofo.com <br><br> *Attorneys for Defendant Anthropic PBC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **JOINT MOTION TO EXTEND THE NOTICE DEADLINE** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-3, Plaintiffs Andrea Bartz, Kirk Wallace Johnson, Charles Graeber, MJ + KJ, Inc., and Andrea Bartz, Inc., ("Plaintiffs"), and Defendant Anthropic PBC ("Anthropic") hereby jointly move this Court to extend the deadline by which the Settlement Administrator must finalize distribution of direct notice to December 10, 2025, and to similarly extend the remaining deadlines in this case to ensure consistency in the case schedule. A table of the requested revisions to case deadlines is provided below.

Good cause supports this joint request. Plaintiffs have immediately begun incorporating all revisions to the Long-Form Notice and Buckslip that the Court ordered last night, *see* Dkt. 490, and Plaintiffs will be submitting updated versions of both documents—with Anthropic's approval—to the Court no later than Monday, November 24 at noon. Plaintiffs will also be prepared to address any questions the Court may have about those documents or about notice more generally at the November 25 hearing.

As discussed in the Declaration of Jennifer M. Keough submitted herewith, the Settlement Administrator requires two weeks after finalization of the Long-Form Notice and Buckslip to complete the direct notice process due to the numerous and voluminous tasks the Administrator must conduct—translating, printing, organizing, and distributing of millions of pages of notice materials to hundreds of thousands of class members in the United States and abroad.

The Parties accordingly request the Court extend the deadline by which the Settlement Administrator must finalize distribution of direct notice to December 10, 2025—*i.e.*, two weeks after the day following the November 25 hearing—and that the other case deadlines be adjusted similarly.

## **BACKGROUND**

The Court granted preliminary approval of the Class Settlement on September 25, 2025. Dkt. No. 427 (Minute Entry). The approved notice plan required direct notice by first-class mail to be completed by November 24, 2025. *See* Dkt. No. 401-1 §§ 2(b)–(c), 7 (Plan of Allocation and Distribution); Dkt. No. 437 at 9 (Memorandum Opinion on Preliminary Approval of Class Action Settlement); Dkt. No. 399 ¶ 33(a); (Supp. Keough Decl.). The November 24 date was purposefully selected to be 14 days after the November 10 deadline for major publishers to send the Settlement Administrator contact information for their authors, aiding the comprehensive dissemination of direct notice. *See* Sept. 25, 2025 Hr'g Tr. at 19:21–25 ("Within 45 days of today, the major publishers . . . will give up-to-date information[,] and then 14 days after that, . . .

1 notice will go out from there.").

2 Last night, on November 18, 2025, the Court ordered Plaintiffs to implement revisions to the Long-Form Notice and Buckslip and to "then disseminate the long-form notice with buckslip." Dkt. 490 at 7. Plaintiffs have immediately begun the process of making those revisions and will submit final versions of the Long-Form Notice and Buckslip—in clean and redline form, with Anthropic's approval—to the Court no later than noon on Monday, November 24 (and earlier if practicable). Plaintiffs will also be prepared to address any questions about those forms, or about notice more generally, at the hearing scheduled for Tuesday, November 25.

9 The Settlement Administrator requires two (2) weeks from the finalization of the Long-Form Notice and Buckslip to complete the first-class mail notice campaign that the Court approved and ordered. During that time, the Administrator must (i) translate the notice documents into French; (ii) conduct a final formatting and proof check of all documents; (iii) print a 24-page booklet for all domestic and international postal addresses, which will span over 10 million pages of material; (iv) print the English Buckslip for all domestic and international addresses; (v) print a separate 56-page booklet comprising the Long-Form Notice in English and French for Canadian postal addresses, which will itself span approximately 450,000 pages; (vi) print the Buckslip in English and French for Canadian postal addresses; (vii) combine and insert the notice documents into hundreds of thousands of envelopes; and—finally—(viii) coordinate and organize the accurate, first-class mailing of these documents to hundreds of thousands of recipients. Dkt. 493-1 at TK (Keough Decl.).

**LEGAL STANDARD**

An extension of time may be granted for "good cause," Fed. R. Civ. P. 6(b)(1), which the Ninth Circuit has explained "is a non-rigorous standard that has been construed broadly across procedural and statutory contexts," *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010); *see also U.S. for Use & Benefit of DeLoss v. Kenner Gen. Contractors, Inc.*, 764 F.2d 707, 711 (9th Cir. 1985) ("Rule 6(b) is a general provision authorizing extensions of time limits in a variety of situations."). As a result, "requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian*, 624 F.3d at 1259 (citing 4B Wright & Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

That standard applies in the context of settlement administration as well—courts, including this one, have repeatedly recognized that deadlines set at the time of preliminary approval may be extended for good cause. *See, e.g.*, *In re Network Associates, Inc. Securities Litigation*, No. C-99-01729-WHA, 2001 WL 34135321, at *3 (N.D. Cal. Feb. 28, 2001) (Alsup, J.) ("The Court may, for good cause, extend any of the deadlines set forth in this Order without further notice to the Class.").[1] And indeed, the Amended Proposed Order that the parties submitted prior to preliminary approval likewise stated that the "time periods and dates" governing the settlement administration process "may be altered by the Court or throughout written consent of the Parties' counsel, without notice to the class; provided, however, that any such changes in the schedule of Settlement proceedings will be posted on the Settlement Website." Dkt. 417 at 13.

## ARGUMENT

Good cause exists to extend the Notice End Date. The Parties have worked diligently to meet the deadlines ordered by the Court in furtherance of the notice and claims program. The parties promptly implemented the Court's changes to the Class Notices while also proposing additional changes to address questions that Class Members frequently asked about the Settlement, *see, e.g.*, Dkt. Nos. 455, 440, 432. Plaintiffs likewise exercised diligence with respect to finalizing the Long-Form Notice specifically. *See* Dkt. 483 (Nov. 14, 2025) (requesting "the Court enter an order today, November 14, 2025, so that the Settlement Administrator may print and deliver notice by the November 24, 2025 notice deadline").

Notwithstanding the diligence of the Parties, the Settlement Administrator cannot accomplish direct Mail Notice by the November 24, 2025, deadline because the Long-Form Notice and Buckslip remain under revision as Plaintiffs incorporate the Court's recent order. *See* Dkt. No. 455 at 7 n.4; Dkt. No. 483. Plaintiffs are working with all due speed to ensure the Court's revisions are implemented accurately, and Plaintiffs will submit final versions of the Long-Form Notice and Buckslip on or before Monday, November 24 at noon.

As the declaration from the Settlement Administrator submitted herewith attests, the Settlement

---

[1] *See also Lopez v. Eurofins Sci., Inc.*, No. 21-CV-08652-LB, 2023 WL 6609355, at *7 (N.D. Cal. Oct. 9, 2023) (same); *Cochran v. Kroger Co.*, No. 5:21-CV-01887-EJD, 2021 WL 8824962, at *5 (N.D. Cal. Nov. 5, 2021) (same); *Grey Fox, LLC v. Plains All Am. Pipeline, L.P.*, No. 2:16-CV-03157-PSG-JEM, 2024 WL 4039944, at *6 (C.D. Cal. May 1, 2024) (same); *Perkins v. LinkedIn Corp.*, No. 13-CV-04303-LHK, 2015 WL 13357952, at *5 (N.D. Cal. Sept. 15, 2015) (same); *Hickcox-Huffman v. US Airways, Inc.*, No. 10-CV-05193-VKD, 2018 WL 5291990, at *5 (N.D. Cal. Oct. 22, 2018) (same); *In re Leadis Tech., Inc. Sec. Litig.*, No. C-05-0882-CRB, 2009 WL 8725108, at *7 (N.D. Cal. Feb. 4, 2009) (same); *Chavez v. Blue Sky Nat. Beverage Co.*, No. CV-06-06609 JSW, 2012 WL 12921329, at *3 (N.D. Cal. Feb. 23, 2012) (same).

Administrator requires two weeks after the Long-Form Notice and Buckslip are finalized to complete the print notice mailing. Dkt. 493-1 at ¶ 5 (Keough Decl.). Rushing the notice process, by contrast—one involving millions of pages of materials, multiple different languages, and class members in the United States and abroad—is unlikely to serve the class well. The modest extension that the parties request is warranted in these circumstances.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court extend the deadline by which the Settlement Administrator must complete direct notice to December 10, 2025, and commensurately extend the remaining case deadlines as reflected in the chart below. If the Court approves the requested extension, the parties will do the following within 24 hours: (1) incorporate the amended deadlines into the final Notices and the "Key Dates" section of the Settlement Website, and (2) add an "IMPORTANT UPDATE" to the front of the Settlement Website that says "[p]lease note that if you earlier visited the Settlement Website, some important dates have been extended (see the "Key Dates" section of the Website).

| Event | Prior Date | Proposed Date |
|---|---|---|
| Settlement Administrator finalizes distribution of direct notice | Nov. 24, 2025 | Dec. 10, 2025 |
| Deadline for Class Counsel's Motion for Attorney's Fees and Costs | Dec. 3, 2025 | Dec. 22, 2025 |
| Anthropic to file response, if any, to Motion for Attorney's Fees and Costs | Dec. 17, 2025 | Jan. 16, 2026[2] |
| Deadline to submit opt-out request | Jan. 7, 2026 | Jan. 26, 2026 |
| Deadline for Settlement Administrator to inform rights holders of a requested exclusion | Jan. 14, 2026 | Jan. 30, 2026 |
| Deadline for opt-outs to request re-inclusion | Mar. 2, 2026 | Mar. 18, 2026 |
| Deadline for Settlement Administrator to inform rights holders of re-inclusion | Mar. 9, 2026 | Mar. 25, 2026 |
| Deadline to submit claims | Mar. 23, 2026 | Apr. 8, 2026 |
| Deadline for Motion for Final Approval | April 15, 2026 | May 1, 2026 |
| Deadline for Class Members to cure timely submitted Claim Forms | April 20, 2026 | May 6, 2026 |

---

[2] The parties understand that Anthropic's deadline would otherwise be 14 days after December 22, 2025—that is, January 5, 2026—which is immediately after the holiday period.

| Final approval hearing | Apr. 22, 2026 | May 8, 2026 |
|---|---|---|
| Calculation of Per-Work and Per-Claimant Distributions (if Settlement is not appealed) | June 11, 2026 | June 29, 2026 |

Dated: November 19, 2025

By: */s/ Rachel Geman*

Rachel Geman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Justin A. Nelson (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906

Respectfully submitted,

By: */s/ Douglas A. Winthrop*

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Assad H. Rajani (Bar No. 251143)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319.4500
(650) 319-4700 (fax)
assad.rajani@arnoldporter.com

Oscar Ramallo (Bar No. 241487)
Angel Tang Nakamura (Bar No. 205396)
Ryan M. Nishimoto (Bar No. 235208)

| | |
|---|---|
| 1  Telephone: (310) 789-3100 | Allyson C. Myers (Bar No. 342038) |
|    RNath@susmangodfrey.com | **ARNOLD & PORTER LLP** |
| 2  MAdamson@susmangodfrey.com | 777 South Figueroa Street, 44th Floor |
|                               | Los Angeles, CA 90017-5844 |
| 3  Alejandra C. Salinas (*pro hac vice*) | (213) 243-4000 |
|    **SUSMAN GODFREY L.L.P** | (213) 243-4199 (fax) |
| 4  1000 Louisiana Street, Suite 5100 | oscar.ramallo@arnoldporter.com |
|    Houston, TX 77002-5096 | angel.nakamura@arnoldporter.com |
| 5  Telephone: (713) 651-9366 | ryan.nishimoto@arnoldporter.com |
|    jnelson@susmangodfrey.com | ally.myers@arnoldporter.com |
| 6  asalinas@susmangodfrey.com | |
|                               | Daralyn J. Durie (Bar No. 169825) |
| 7  *Co-Lead Counsel* | Ramsey Fisher (Bar No.334228) |
|                       | Jackson Lane (Bar No. 351633) |
| 8 | **MORRISON & FOERSTER LLP** |
|   | 425 Market Street |
| 9 | San Francisco, CA 94105 |
|   | (415) 268-7000 |
| 10| (415) 268-7522 (fax) |
|   | DDurie@mofo.com |
| 11| RamseyFisher@mofo.com |
|   | jlane@mofo.com |
| 12| |
|   | Whitney Rose O'Byrne (Bar No. 325698) |
| 13| **MORRISON & FOERSTER LLP** |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 14| Los Angeles, CA 90017 |
|   | (213) 892-5200 |
| 15| (213) 892-5454 (fax) |
|   | WOByrne@mofo.com |
| 16| |
| 17  Jordan W. Connors (*pro hac vice*) | Mary Prendergast (Bar No. 272737) |
|     **SUSMAN GODFREY L.L.P** | Fitz Beckwith Collings (*pro hac vice*) |
| 18  401 Union Street, Suite 3000 | Aditya Vijay Kamdar (Bar No. 324567) |
|     Seattle, WA 98101 | **MORRISON & FOERSTER LLP** |
| 19  Telephone: (206) 516-3880 | 2100 L Street, N.W. |
|     jconnors@susmangodfrey.com | Washington, DC 20037 |
| 20  | (202) 572-6757 |
|     | (202) 887-0763 (fax) |
| 21  J. Craig Smyser (*pro hac vice*) | MPrendergast@mofo.com |
|     Samir H. Doshi (*pro hac vice*) | fcollings@mofo.com |
|     **SUSMAN GODFREY L.L.P** | AKamdar@mofo.com |
| 22  One Manhattan West, 51st Floor, | |
|     New York, NY 10019 | Kathleen R. Hartnett |
| 23  Telephone: (212) 336-8330 | **COOLEY LLP** |
|     csmyser@susmangodfrey.com | 3 Embarcadero Center, 20th Floor |
| 24  sdoshi@susmangodfrey.com | San Francisco, CA 94111-4004 |
|     | (415) 693-2071 |
| 25  Jacob S. Miller (*pro hac vice*) | (415) 693-2222 (fax) |
|     Danna Z. Elmasry (*pro hac vice*) | khartnett@cooley.com |
| 26  **LIEFF CABRASER HEIMANN** | |
|     **& BERNSTEIN, LLP** | Alexander J. Kasner (Bar No. 310637) |
| 27  250 Hudson Street, 8th Floor | Ephraim McDowell (*pro hac vice*) |
|     New York, New York 10013-1413 | **COOLEY LLP** |
| 28  Telephone: (212) 355-9500 | 1299 Pennsylvania Avenue, NW, Suite 700 |
|     jmiller@lchb.com | |

| | |
|---|---|
| delmasry@lchb.com | Washington, DC 20004-2400 |
| | (202) 776-2266 |
| *Co-Lead Counsel* | (202) 842-7899 (fax) |
| | akasner@cooley.com |
| Scott J. Shoulder (*pro hac vice*) | emcdowell@cooley.com |
| CeCe M. Cole (*pro hac vice*) | |
| **COWAN DEBAETS ABRAHAMS** | Mark Alan Lemley (Bar No. 155830) |
| **& SHEPPARD LLP** | **LEX LUMINA LLP** |
| 60 Broad Street, 30th Floor | 700 S. Flower St., Suite 1000 |
| New York, New York 10010 | Los Angeles, CA 90017 |
| Telephone: (212) 974-7474 | (650) 723-4605 |
| sshoulder@cdas.com | mlemley@lex-lumina.com |
| ccole@cdas.com | |
| | *Attorneys for Defendant Anthropic PBC* |
| *Additional Counsel for the Class* | |

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
Jeffrey M. Gould*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 19, 2025                                         */s/ Rachel Geman*
                                                                                  Rachel Geman