UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING PROPOSED CLASS NOTICE PLAN** |

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am Chief Executive Officer, President, and Co-Founder of JND Legal Administration LLC ("JND"). I have more than 20 years of legal experience creating and supervising notice and claims administration programs, and have personally overseen well over 1,000 matters. I will oversee this matter personally as well. I am regularly called upon to submit declarations in connection with JND's notice and administration work.

2. This Declaration is intended to supplement my previous Declarations regarding Notice Administration, filed September 5, 2025 ("Initial Keough Declaration") and September 22, 2025 ("Supplemental Keough Declaration"). I submit this Declaration based on my personal

knowledge, as well as upon information provided to me by experienced JND employees and Counsel for the Plaintiffs and Defendants.

**BACKGROUND AND EXPERIENCE**

3. **_Full-Service Provider._** JND is a leading legal administration services provider with offices throughout the United States and its headquarters in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered hundreds of class action matters. JND's class action division provides all services necessary for the effective implementation of class actions including: (1) all facets of legal notice, such as outbound mailing, email notification, and the design and implementation of media programs; (2) website design and deployment, including online claim filing capabilities; (3) call center and other contact support; (4) secure class member data management; (5) paper and electronic claims processing; (6) calculation design and programming; (7) payment disbursements through check, wire, PayPal, merchandise credits, and other means; (8) qualified settlement fund tax reporting; (9) banking services and reporting; and (10) all other functions related to the secure and accurate administration of class actions.

4. JND brings unparalleled expertise in administering mail and email notice programs, ensuring efficiency and compliance at scale. Across programs managed by JND and its leadership, more than 950 million notices have been delivered with an average deliverability rate exceeding 95%. For example, JND served as notice and claims administrator in the landmark $2.67 billion antitrust settlement, In re: Blue Cross Blue Shield Antitrust Litigation, No. 2:13-cv-20000-RDP (N.D. Ala.), where over 100 million postcard notices were mailed and hundreds of millions of email notices and reminders were sent. Similarly, JND was appointed settlement administrator in the $1.3 billion Equifax Data Breach Settlement, executing two rounds of email notice to more than 140 million class members. These examples underscore JND's proven ability to manage complex, high-volume notice programs with precision and reliability.

### Print Notice

5. Based on extensive experience, JND agreed it could complete the noticing campaign within 14 days of receiving the Author data from publishers. When the print documents were not approved by November 10, and after consultation with the parties, JND determined that it could satisfy the November 24 Notice deadline only if it received approval of *all* documents – print, email, buckslip – by November 14, 2025. Even factoring in the Thanksgiving holiday, JND can complete the print notice within two weeks of receiving approval of all notice documents, as originally stated.

6. Upon receipt of approval of all noticing documents, the following steps must still occur:

   a. Translation of all noticing documents into French;

   b. Final print formatting and proofing;

   c. Printing a 24-page booklet for all domestic and international postal addresses (over 10 million pages);

   d. Printing the English buckslip for all domestic and international addresses;

   e. Printing a separate 56-page booklet (LFN in English and French) for Canadian postal addresses (approx. 450k pages);

   f. Printing the buckslip in English and French for Canadian postal addresses.

   g. Combining and inserting all notice documents into the envelopes.

### Email Notice

7. JND recommends commencing the email notice upon approval of the document and continuing through when the print notice completes. While JND can send the email notice faster if required (for example, within three (3) days of receiving the approved English and French notices), we recommend starting the campaign as early as possible to maximize deliverability.

8. In the same way the direct notice builds upon the publication notice, the print notice will build upon the email notice. Therefore, when print and email notice are included in a notice campaign, JND routinely commences the email campaign prior to sending the print notice.

Executed on November 19, 2025 at Seattle, Washington.

_____
JENNIFER M. KEOUGH