UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**[PROPOSED] ORDER APPROVING JOINT MOTION TO EXTEND NOTICE DEADLINE** |

For good cause shown, the Court hereby **APPROVES** extension of the following deadlines in this case as indicated in the "New Date" column of the Chart below:

| Event | Prior Date | New Date |
|---|---|---|
| Settlement Administrator finalizes distribution of direct notice | Nov. 24, 2025 | Dec. 10, 2025 |
| Deadline for Class Counsel's Motion for Attorney's Fees and Costs | Dec. 3, 2025 | Dec. 22, 2025 |
| Anthropic to file response, if any, to Motion for Attorney's Fees and Costs | Dec. 17, 2025 | Jan. 16, 2026 |
| Deadline to submit opt-out request | Jan. 7, 2026 | Jan. 26, 2026 |
| Deadline for Settlement Administrator to inform rights holders of a requested exclusion | Jan. 14, 2026 | Jan. 30, 2026 |
| Deadline for opt-outs to request re-inclusion | Mar. 2, 2026 | Mar. 18, 2026 |
| Deadline for Settlement Administrator to inform rights holders of re-inclusion | Mar. 9, 2026 | Mar. 25, 2026 |
| Deadline to submit claims | Mar. 23, 2026 | Apr. 8, 2026 |
| Deadline for Motion for Final Approval | April 15, 2026 | May 1, 2026 |

| | | |
|---|---|---|
| Deadline for Class Members to cure timely submitted Claim Forms | April 20, 2026 | May 6, 2026 |
| Final approval hearing | Apr. 22, 2026 | May 8, 2026 |
| Calculation of Per-Work and Per-Claimant Distributions (if Settlement is not appealed) | June 11, 2026 | June 29, 2026 |

It is further **ORDERED** that within 24 hours, Plaintiffs shall (1) incorporate the amended deadlines into the final Notices and the "Key Dates" section of the Settlement Website, and (2) add an "IMPORTANT UPDATE" to the front of the Settlement Website that says "[p]lease note that if you earlier visited the Settlement Website, some important dates have been extended (see the "Key Dates" section of the Website).

**IT IS SO ORDERED.**

DATED: November ____, 2025

_____
WILLIAM ALSUP
UNITED STATED DISTRICT JUDGE