1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE
JOHNSON, individually, and ANDREA
BARTZ, INC., CHARLES GRAEBER, and
MJ + KJ, INC., individually and as
representatives of the class,

        Plaintiffs,

   v.

ANTHROPIC PBC,

        Defendant.

No.   C 24-05417 WHA

**ORDER ON JOINT MOTION TO
EXTEND THE NOTICE DEADLINE**

With respect to the joint motion to extend the notice and other deadlines (Dkt. No. 494):

The Court does not need to nor want to see the notice again.  The Court's order was clear.

Class counsel shall comply and make the required changes and this time send it to the class,

not resubmit it to the Court (Dkt. No. 490 at 7).

Class counsel earlier told the Court that upon receipt of final versions the settlement

administrator would require ten days to mail notice (Dkt. No. 483 at 1 (citing Dkt. No. 455 [at

5 n.4])).  Now, after receiving the Court's order approving clear-cut final changes with six days

remaining on class counsel's preferred timeline, class counsel tells the Court that it takes

fourteen days (not ten) — and then asks for twenty-two days total (not fourteen) (Dkt. No. 494

United States District Court
Northern District of California

at 1). Class counsel also asks for extensions to deadlines that do not turn on the notice at all. These requests are not reasonable.

Therefore, the Court will allow a **SEVEN-DAY EXTENSION** to the following deadlines:

- Distribution of Direct Notice;
- Submission of Opt-Out Requests and Notice of Opt-Out Requests Submitted;
- Submission of Re-Inclusion Requests and Notice of Re-Inclusion Requests Submitted;
- Submission of Claims and Notice of Claims Submitted;
- Submission of Follow-On Claims from so-called Nonfiling Claimants;
- Notices of Claim Deficiencies and Submissions of Claim Supplements.

Deadlines always should be accurately stated everywhere they are stated. The other extensions requested (including to the motion for attorney's fees and costs, the motion for final approval, the final approval hearing, and the calculation of awards) are **DENIED**.

The new deadline for distribution of direct notice is **DECEMBER 1, 2025**.

**IT IS SO ORDERED.**

Dated: November 20, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE