**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 3:24-cv-05417-WHA

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REFERRING CLAIMANT DISPUTES TO SPECIAL MASTER THEODORE K. CHENG**

**STIPULATION AND [~~PROPOSED~~] ORDER OF REFERENCE**

Pursuant to Federal Rule of Civil Procedure 53, the Court appoints Theodore K. Cheng ("Theo Cheng") as Special Master for settlement claims in this matter.

a. In the event that Class Members dispute the ownership of a work or the portion of the settlement award for a work to which they are entitled—and in the event that dispute cannot be resolved by mutual agreement, as facilitated by the Settlement Administrator—these disputes will be addressed and resolved by Theo Cheng in his capacity as the Court-appointed, neutral Special Master.

b. The Special Master shall serve until further order of the Court. The Special Master shall be compensated for time reasonably expended in connection with this matter at the rate of $500 per hour and for any reasonably necessary out-of-pocket expenses. Plaintiffs will seek authorization from the Court for distribution of funds from the Settlement Fund for payment of fees and expenses for the claims administration services provided by the Special Master. If Class Counsel advance fees or costs to the Special Master that are reimbursed, and final approval is either not granted or (if appealed) overturned, Class Counsel will refund those amounts to the Settlement Fund.

c. The Special Master will proceed with all reasonable diligence and will endeavor to quickly resolve all disputes based on the law.

d. All decisions by the Special Master shall be final and binding without a right of appeal.

**IT IS SO STIPULATED.**

DATED: November 11, 2025

Respectfully submitted,

By: */s/ Rachel Geman*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

By: */s/ Joseph Farris*

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Assad H. Rajani (Bar No. 251143)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
(650) 319.4500
(650) 319-4700 (fax)
assad.rajani@arnoldporter.com

Oscar Ramallo (Bar No. 241487)
Angel Tang Nakamura (Bar No. 205396)
Ryan M. Nishimoto (Bar No. 235208)
Allyson C. Myers (Bar No. 342038)
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
oscar.ramallo@arnoldporter.com
angel.nakamura@arnoldporter.com
ryan.nishimoto@arnoldporter.com
ally.myers@arnoldporter.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No.334228)
Jackson Lane (Bar No. 351633)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com
jlane@mofo.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

Whitney Rose O'Byrne (Bar No. 325698)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
(213) 892-5200
(213) 892-5454 (fax)
WOByrne@mofo.com

Mary Prendergast (Bar No. 272737)
Fitz Beckwith Collings (*pro hac vice*)
Aditya Vijay Kamdar (Bar No. 324567)
**MORRISON & FOERSTER LLP**
2100 L Street, N.W.
Washington, DC 20037
(202) 572-6757
(202) 887-0763 (fax)
MPrendergast@mofo.com
fcollings@mofo.com
AKamdar@mofo.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2071
(415) 693-2222 (fax)
khartnett@cooley.com

Alexander J. Kasner (Bar No. 310637)
Ephraim McDowell (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 776-2266
(202) 842-7899 (fax)
akasner@cooley.com
emcdowell@cooley.com

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

Mark Alan Lemley (Bar No. 155830)
**LEX LUMINA LLP**
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
(650) 723-4605
mlemley@lex-lumina.com

*Attorneys for Defendant Anthropic PBC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 11, 2025

*/s/ Rachel Geman*

As Attorney Cheng also declared his full qualifications, absence of conflict, and ability to do the work at $500 per hour rather than $1,000 (Dkt. No. 458), the parties' stipulated order of reference is **APPROVED AND ENTERED**.

**IT IS SO ORDERED.**

DATED: November 25, 2025.

HON. WILLIAM ALSUP