UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| Date: 11/25/2025 | Time: 8:06-10:11= 2 H, 05 M; 10:25-11:48= 1 H, 23 M  Total: 3 H, 28 M | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 24-cv-05417-WHA | Case Name: Bartz v. Anthropic PBC | |
| Deputy Clerk: Jenny Galang | Court Reporter: April Brott | |

**Attorney for Plaintiff:**
From Lieff Cabraser Heimann & Bernstein, LLP:  Rachel Geman, Elizabeth Cabraser, Daniel Hutchinson, Jalle Dafa, Michael Mazzarella (Tech. Support)
From Susman Godfrey LLP:  Rohit Nath, Samir Doshi, Craig Smyser

**Attorney for Defendant:**
From Morrison & Foerster LLP:  Daralyn Durie,
From Arnold & Porter Kaye Scholer LLP:  Douglas Winthrop, Joseph Farris
From Anthropic:  Devon Hanley Cook
From Freedman Normand Friedland LLP (for Claims Hero):  Velvel Freedman, Alex Potter
From Stris & Maher LLP:  Elizabeth Brannen

## PROCEEDINGS

REASON FOR HEARING:     Evidentiary hearing - HELD

RESULT OF HEARING:      After taking evidence, Court made findings and ordered relief as stated on record.