UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cv-05417-WHA
Case Name: Bartz v. Anthropic PBC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Rachel Geman, Elizabeth Cabraser, Daniel Hutchinson, Jalle Dafa, Rohit Nath, Samir Doshi, Craig Smyser, Michael Mazzarella (tech support) | Daralyn Durie, Douglas Winthrop, Joseph Farris, Devon Hanley Cook, Velvel Freedman, Alex Potter |
| **EVIDENTIARY DATE:** 11/25/2025 | **REPORTER(S):** April Brott | **CLERK:** Jenny Galang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:06 a.m. | | | Court in session. Parties stated appearances. | |
| | | 8:18 a.m. | | | Witness **John Carreyrou**, sworn. Direct examination by Vel Freedman. | |
| | | 8:23 a.m. | | | Cross examination of witness John Carreyrou by Samir Doshi. | |
| | | 8:28 a.m. | | | Roche Enterprises website. The Court read in part, a document of the website. Court takes judicial notice. | |
| | | 8:42 a.m. | | | Witness **Michael Kochin**, sworn. Direct examination by Vel Freedman. | |
| | | 8:45 a.m. | | | Cross examination of witness Michael Kochin by Jalle Dafa. | |
| 463 | | | X | | Document shown to witness. | |
| | | 8:49 a.m. | | | Witness Michael Kochin excused. | |
| | | 8:50 a.m. | | | Witness **Jane Adams**, sworn. Direct examination by Vel Freedman. | |
| | | 8:53 a.m. | | | Cross examination of witness Jane Adams by Samir Doshi. | |
| | | 8:55 a.m. | | | Witness Jane Adams is excused. | |
| | | 8:56 a.m. | | | Witness **Matthew Freund**, sworn. Direct examination by Vel Freedman. | |
| | | 9:02 a.m. | X | | Claims Hero Exhibit 1. | |
| | 1 | | X | | Demonstrative 1, portion of an email. (Docket 442-3) | |
| | | 9:20 a.m. | | | Cross examination of witness Matthew Freund by Rohit Nath. | |
| 461 | | | X | | Document 461: Declaration | |
| CH-69 | | | X | | Claims Hero advertisement. | |
| CH-005 | | | X | | Claims Hero social media video advertisement. | |

1

Case No: 24-cv-05417-WHA
Case Name: Bartz v. Anthropic PBC
Date: November 25, 2025
Courtroom Deputy: Jenny Galang     - Court Reporter:    April Brott

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| CH-00138 | | | X | | Claims Hero video | |
| CH-00272 | | | | | Contract. | |
| | | 10:11 a.m. | | | Court in recess. | |
| | | 10:25 a.m. | | | Court reconvenes. Redirect examination of witness Matthew Freund by Vel Freedman. | |
| | | 10:32 a.m. | | | Recross examination of witness Matthew Freund by Rohit Nath. | |
| | | 10:34 a.m. | | | Witness Matthew Freund is excused. | |
| | | 10:36 a.m. | | | Witness **Lisa Barretta**, sworn. Direct examination by Vel Freedman. | |
| | | 10:40 a.m. | | | Cross examination of witness Lisa Barretta by Jalle Dafa. | |
| | | 10:50 a.m. | | | Witness Lisa Baretta is excused. | |
| | | 10:52 a.m. | | | Witness **Philip Shishkin**, sworn. Direct examination by Vel Freedman. | |
| | | 10:54 a.m. | | | Cross examination of witness Philip Shishkin by Craig Smyser. | |
| | | 10:55 a.m. | | | Witness Philip Shishkin is excused. | |
| | | 10:56 a.m. | | | Witness **Matthew Sacks**, sworn. Direct examination by Vel Freedman. | |
| | | 10:59 a.m. | | | Class counsel examines witness Matthew Sacks by Craig Smyser. | |
| | | 11:00 a.m. | | | Witness Matthew Sacks is excused. Discussions continue with Court and parties. | |
| | | 11:13 a.m. | | | Read into the record. An order from the USDC, ND: Valenti v. DFINITY USA Research LLC, 21-cv-06118-JD, Signed on May 8, 2023, page 7, line 20-22.<br>In Re Tether and Bitfinex Crypto Asset Litigation, USDC, SD of New York. 19-cv-09236. Page 4, line 16. Docket 253, Dated 10-28-22.<br>Per Court order: Copies provided to the Clerk. | |
| | | 11:48 a.m. | | | Court is adjourned. | |