1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:24-cv-05417-WHA

**DECLARATION OF COURT APPOINTED CLASS COUNSEL JUSTIN A. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS-REPRESENTATIVE SERVICE AWARDS**

11    I, Justin A. Nelson, declare and state as follows:

12    1.    I am a partner at Susman Godfrey L.L.P. ("Susman Godfrey"), and serve as an

13 attorney of record for Plaintiffs in the above-captioned class action. I am also a court-appointed

14 Class Counsel. I am an active member in good standing of the bar of Texas, and am admitted *pro*

15 *hac vice* to practice before this Court. *See* Dkt. 34. I have personal knowledge of the facts stated in

16 this declaration and, if called as a witness, I could and would testify competently to them.

17    2.    I provide this declaration in support of Plaintiffs' Motion for Attorneys' Fees,

18 Reimbursement of Expenses, and Class-Representative Service Awards.

19 **I.    Susman Godfrey's Present Lodestar Represents its Efficient and Exhaustive Efforts**
20      **in This Case.**

21    3.    The Susman Godfrey team has intensely litigated this historic case, devoting 9,341.6

22 hours to the matter as of December 1, 2025, culminating in a lodestar of $9,312,610. That effort

23 resulted in the largest publicly reported copyright recovery in American history, ***plus*** a past-only

24 release, ***plus*** Anthropic's permanent destruction of its copies of the pirated datasets subject to legal

25 preservation obligations. The Settlement has been described as "a huge victory for authors and

26 copyright owners of all types." Rachel Kim, *Top 5 Things You Need to Know About Participating*

27 *in the $1.5 Billion Bartz v. Anthropic Settlement*, COPYRIGHT ALLIANCE (Oct. 28, 2025),

28 https://tinyurl.com/Preliminary-Approval. It is indeed just that.

4.      Susman Godfrey prosecuted this case on a purely contingent basis. The firm did so to the exclusion of other fee-generating work, taking on the risk that a fee would be procured here only if counsel obtained meaningful class-wide relief.

5.      The below schedule provides a summary reflecting the amount of time spent by the attorneys and professional support staff of Susman Godfrey who were involved in this litigation; the lodestar calculation is made using 2025 billing rates. The schedule was prepared from daily time records regularly prepared and maintained by Susman Godfrey, which are available at the request of the Court. Time expended in preparing the application for fees and submitting requests for reimbursement of expenses are excluded and not reflected below. Hours worked by summer associates and a small number of attorneys and staff who provided fewer than 10 hours of time have also been excluded and are not reflected below.

| TIMEKEEPER | TITLE | HOURLY RATE | TOTAL HOURS | VALUE |
|---|---|---|---|---|
| Bhatia, Vineet | Partner | $ 2,300.00 | 11.0 | $ 25,300.00 |
| Nelson, Justin A. | Partner | $ 2,250.00 | 1,218.5 | $ 2,741,625.00 |
| Connors, Jordan | Partner | $ 1,100.00 | 356.7 | $ 392,370.00 |
| Gervais, Michael | Partner | $ 1,075.00 | 43.5 | $ 46,762.50 |
| Adamson, Michael | Partner | $ 975.00 | 448.2 | $ 436,995.00 |
| Nath, Rohit | Partner | $ 975.00 | 1,343.0 | $ 1,309,425.00 |
| Salinas, Alejandra | Partner | $ 975.00 | 557.0 | $ 543,075.00 |
| Doshi, Samir | Associate | $ 850.00 | 758.3 | $ 644,555.00 |
| Smyser, Craig | Associate | $ 825.00 | 1,795.8 | $ 1,481,535.00 |
| Fredricks, Collin | Associate | $ 750.00 | 1,050.7 | $ 788,025.00 |
| Karlin, Molly | Of Counsel | $ 900.00 | 165.0 | $ 148,500.00 |
| Stemkovsky, Alex | Staff Attorney | $ 625.00 | 19.5 | $ 12,187.50 |
| Clark, Audra | Staff Attorney | $ 575.00 | 363.7 | $ 209,127.50 |
| Galik, Kristin | Staff Attorney | $ 575.00 | 18.1 | $ 10,407.50 |
| Gipson, Vicki | Staff Attorney | $ 550.00 | 54.3 | $ 29,865.00 |
| Mohsen, Rania | Staff Attorney | $ 500.00 | 260.6 | $ 130,300.00 |
| Aana, Patrick | Staff Attorney | $ 450.00 | 139.4 | $ 62,730.00 |
| Mikhael, Nehad | Staff Attorney | $ 450.00 | 10.2 | $ 4,590.00 |
| Sinha, Reetu | Staff Attorney | $ 450.00 | 532.5 | $ 239,625.00 |
| Izquierdo, Martha | Paralegal | $ 300.00 | 72.8 | $ 21,840.00 |
| Loaiza, Nicholas | Paralegal | $ 275.00 | 122.8 | $ 33,770.00 |
| | | | 9,341.6 | $ 9,312,610.00 |

6.      The foregoing lodestar reflects the markedly efficient staffing model of the Susman Godfrey team. At even the most intense moments in the case, only *two* associates typically worked on the matter at a given time. At the partner level, only four partners typically worked the case at a given time. The efforts of that core team were complemented by a limited number of staff attorneys and paralegals who provided invaluable assistance throughout. That small, core team reflects Susman Godfrey's commitment to acting in the best interests of the class by prioritizing a results-driven—not hours-driven—model of staffing.

7.      Across its cases (both class and non-class), Susman Godfrey takes pride in working as smartly and efficiently as possible. Unlike larger firms, Susman Godfrey does not have a "pyramid structure" with a small number of equity partners and a large number of associates who bill by the hour. Rather, nearly half of Susman Godfrey attorneys are equity partners. Susman Godfrey is able to thrive because rather than billing by the hour, we bet on ourselves to achieve the best result for the client. In non-class cases where the client advances expenses, our normal percentages range from 35-45% depending on the stage of the case. Where we advance expenses as we are doing here, the fee generally ranges from 40-50%. At the stage of the case where this case settled, and with the firm advancing expenses as opposed to the client, our normal contingent fee would have been approximately 45% in a non-class case.

8.      Despite its lean size, the Susman Godfrey team along with co-counsel produced an enormous amount of high-quality work on a compressed schedule. As I noted in an earlier declaration which comprehensively overviews the factual and procedural background of the case, "[t]he Parties produced millions of pages of documents, litigated over one dozen discovery motions, inspected source code and books data in a highly secure environment, and took or defended twenty depositions." Dkt. 363-2 at 6 (Declaration of Justin A. Nelson and Rachel Geman in support of preliminary approval). The parties also "submitted over 100 pages in expert reports in connection with Anthropic's motion for summary judgment and Plaintiffs' motion for class certification," and Plaintiffs were prepared to serve up to a half-dozen additional expert reports just days before the Parties notified the Court of their settlement. *Id.* at 8. In addition, Plaintiffs litigated motions for summary judgment, for class certification, for interlocutory review under 28 U.S.C. § 1292(b), for

interlocutory review under Rule 23(f), to stay (in this Court), and to stay (in the Ninth Circuit). *Id.* at 9–11. Throughout all this, Class Counsel fought off Anthropic's highly skilled lawyers from five different quality firms.

9.      None of these issues were "cut and paste." They required cutting-edge legal analysis in a fast-moving, novel area of the law. Before this litigation, I am aware of no court having ever (a) held that piracy by an AI company constituted copyright infringement, or (b) certified a class in a copyright infringement action against an AI company. Moreover, the last major copyright class action for copyright owners of books, the *Authors Guild v. Google* case, resulted in failure—a low per-work settlement that the Second Circuit rejected, followed by a total loss on summary judgment later affirmed on appeal. But in this case—just one month after this Court certified the class and two months after the Court denied Anthropic's motion for summary judgment in light of Plaintiffs' opposition, observing that Anthropic's piracy was "inherently, irredeemably infringing"— Plaintiffs secured a $1.5 billion settlement accompanied by significant non-monetary relief. Dkt. 231 at 18–19. That result is genuinely historic, and it was possible only because Counsel were willing to take the risk of fighting this case—with a leanly-staffed, streamlined team to boot. Indeed, I and my colleagues Rohit Nath and Craig Smyser wrote an article describing the piracy theory as one that all sides in the debate had previously overlooked. *See* Nelson, Nath, Smyser, *Poisoning the WeLL(M): Pirated Data, Large Language Models, and Copyright*, THE ADVOCATE, Winter 2024, https://tinyurl.com/Poisoning-The-Well.

10.     Class Counsel's work received exceptional praise from the Court from the beginning of the case to the end. As the Court's scheduling conference on October 10, 2024, for example, the Court asked each side to provide an impromptu two-minute summary of their arguments. I previewed the arguments that have been hotly contested in this Court, including piracy. The Court commented: "A very good, short summary. You get an A plus." Dkt. 50 at 5. Near the end of the second preliminary approval hearing, the Court observed that "We have some of the best lawyers in America in this courtroom now."  Dkt. 431 at 17. And the Court has continued to praise the settlement thereafter, calling it a "home run," Dkt. 484 at 54, and stating "I don't see how you could get a better deal than the deal that's on the table now," Dkt. 503 at 139.

11.    Susman Godfrey also reports time records, which are broken down here using eleven categories of task codes: (1) Administrative; (2) Expert Consultants (including expert depositions); (3) Pleading/briefing/legal analysis; (4) Case management (including development of the Works List); (5) Offensive discovery; (6) Client communication and defensive discovery; (7) Third-party discovery; (8) Court appearances/preparation; (9) Investigation and document analysis; (10) Depositions; and (11) Settlement. The schedule below provides a summary reflecting the amount of time spent in aggregate by the attorneys and professional support staff of Susman Godfrey who were involved in this litigation in each of these categories. The schedule was prepared from daily time records. Time expended in preparing the application for fees and submitting requests for reimbursement of expenses are excluded and not reflected below. Hours worked by summer associates and a small number of attorneys and staff who provided fewer than 10 hours of time have also been excluded and are not reflected below.

| TASK CATEGORY | TOTAL HOURS | TOTAL |
|---|---|---|
| Case Management | 3,568.9 | $ 3,677,152.50 |
| Pleading/Briefing/Analysis | 1,666.3 | $ 1,702,782.50 |
| Investigation and Document Analysis | 1,212.5 | $ 843,872.50 |
| Court Appearance | 823.7 | $ 1,007,842.50 |
| Settlement | 681.2 | $ 867,895.00 |
| Offensive Discovery | 538.0 | $ 466,087.50 |
| Deposition | 453.8 | $ 426,362.50 |
| Experts/Consultants | 290.4 | $ 247,987.50 |
| Client Communication/Defensive Discovery | 94.1 | $ 65,635.00 |
| Third-Party Discovery | 12.2 | $ 6,855.00 |
| Administration | 0.5 | $ 137.50 |
| TOTAL | 9,341.6 | $ 9,312,610.00 |

12.    This categorization of SG's billing reflects the efficient and thoughtful approach the firm employed in litigating this matter. Case Management tasks—the top category—included, among other things, the monumental, first-of-its-kind compilation of a Works List ready to withstand a *Daubert* challenge, involving the identification of half-a-million works captured in pirate shadow libraries (as well as their authors, publishers, copyright claimants, ISBNs, and copyright registration numbers), using information obtained in discovery and through multiple public and proprietary databases, including massive datasets of copyright and ISBN information.

To say that producing the Works List was a massive undertaking is an understatement—it alone required ***thousands*** of hours to create. This category also reflects the intensive case work that required constant supervision and oversight, often with multiple judgment and strategy decisions occurring on a daily basis on matters large and small.

13.    Similarly, the second category—which includes briefing and legal analysis—reflects the intense efforts of the SG team alongside co-counsel in the most critical areas of this case. Those areas included successfully prevailing on a first-of-its-kind class certification motion; prevailing in part at summary judgment, in yet another first-of-its kind motion; litigating 17 motions to compel; prevailing on Anthropic's motion to stay in the district court; and advancing powerful oppositions to a suite of Anthropic's other motions which were not resolved in light of the settlement (*e.g.*, Anthropic's motions for interlocutory review under 28 U.S.C. § 1292(b), for interlocutory review under a Rule 23(f), and to stay in the Ninth Circuit).

14.    Finally, the third category of investigation and document review—which, combined with the prior two categories constitute a total of 69% of the time spent by SG in this case—was especially important. It was Class Counsel who were responsible for revealing through the discovery process the existence and extent of Anthropic's massive piracy of LibGen and PiLiMi datasets. Class Counsel were then successfully able to incorporate that discovery into their motion for class certification due only six days after Anthropic produced its reliance on LibGen and PiLiMi, with the Court ultimately certifying classes with respect to those shadow libraries. The expenditure on investigation and document review likewise dovetails with the extensive discovery in this action, in which more than 80,000 documents from Anthropic (spanning two million pages) were reviewed, alongside hundreds of gigabytes of training data, Slack exports, Notion wikis, and Google Vault data.

15.    In short, I believe Susman Godfrey's lodestar is reasonable given the extensive work required in this case, the staffing model that Susman Godfrey employed, and the incredible results that Plaintiffs obtained.

## II.    Susman Godfrey's Future Lodestar Reflects the Significant Work Ahead

16.    The Susman Godfrey team will continue to spend significant time in this case. The final approval hearing is over four months away; the claims-filing period is open for another three-plus months and indeed can extend even past final approval; and Anthropic's payment obligations will, at present, conclude in September 2027. Each of these tasks—preparing for the final approval hearing, assisting in the claims process and dispute resolution, and monitoring Anthropic's financial situation (*e.g.*, qualified financing events; risks to Anthropic's liquidity or ability to pay a judgment) will require additional time expenditures from the Susman Godfrey team.

17.    I estimate these tasks projected through February 2027 will require an additional 5,356 hours of time expenditure at a lodestar of $3,969,575.00.[1] I and my SG team reached that estimate by making conservative projections based on the time that the Susman Godfrey team invested at analogous points in the case—namely, in the period before and following preliminary approval, where many similar tasks were conducted. That analogy provides a meaningful way to estimate the future time expenditures of counsel as this case progresses. A per-person, per-month overview of these projections is available at the Court's request. Note that these projections do not include any time for appeals.

18.    First, the tasks that will be conducted at final approval will overlap—while also extend beyond—those conducted at preliminary approval. Those tasks were significant. At preliminary approval, Susman Godfrey alongside co-Class Counsel (i) submitted an extensive, detailed motion for preliminary approval on September 5, 2025, less than two weeks after executing a binding term sheet; (ii) submitted six separate declarations and a dozen exhibits; (iii) participated in an initial hearing on preliminary approval; (iv) responded to 34 additional questions from the Court in a 53-page submission; (v) submitted a 33-page supplemental brief in support of preliminary approval, Dkt. 401, with a detailed Plan of Allocation, Dkt. 401-1, backed by 16 declarations from numerous industry organizations—both author and publisher, *see, e.g.*, Dkts. 388–96. Many of these tasks will assuredly have to be conducted for final approval, too—at minimum, the submission of additional briefing, the preparation for and participation in a final

---

[1] SG's total present and future time is thus 14,667.6 hours at a lodestar of $13,282,185.00.

approval hearing, and the submission of fact and potentially expert declarations regarding the settlement. In addition, counsel will also have to inform the Court of developments during the claims process. That process, which has only just begun, will involve author and publisher constituencies across the globe and will implicate nearly half-a-million unique copyrighted works.

19.     Second, the tasks that will be conducted during the claims process and in dispute resolution are also similar—but will again extend beyond—the tasks that occurred during the preliminary approval process. At the time of preliminary approval, the Susman Godfrey team studied a number of contractual relationships between authors and publishers to determine whether to include a default-split option in the Claim Form (as well as what that split should be and in what contexts it should be applied). So too did the Susman Godfrey team review case law concerning issues related to when litigation rights to copyrights vest; whether they can be transferred; and how contracts between authors and publishers can alter those rules. These tasks—reviewing contracts and engaging in legal analysis of the distribution of rights under them—will also be carried out during the settlement process, as Class Counsel offer ongoing aid to the Settlement Administrator and to Class Members in resolving disputes prior to any submission to the Special Master. This will also include monitoring social media and other media for, among other things, misleading statements and solicitations related to the Settlement. *See, e.g.,* Dkt. 478 (minute entry for proceedings regarding nonparty ClaimsHero); Dkt. 442 (Class Counsel's motion addressing misleading solicitations to class members by ClaimsHero).

20.     The claims process and dispute resolution will also require additional efforts from counsel that go beyond analogous tasks conducted during the preliminary approval stage. For example, the Susman Godfrey team will be on standby to address any issues raised by Class Members, including as related to all of their options under the Settlement (*e.g.*, how to file a claim, how to opt out, how to object, how to reinclude); which works of theirs are eligible; when to expect payment and how to receive it; how to coordinate amongst rightsholders; how they want to receive payment and tracking down contact information (especially for owners of a claimed work who did not file their own claim); and any other questions that might arise. The Susman Godfrey team along with co-lead counsel has already been extensively engaged in these efforts, which has taken

upwards of 100 hours and which I expect will likely intensify as the claims process continues. The Susman Godfrey team will also provide ample assistance during the dispute resolution process. That assistance will include helping Class Members address issues with respect to their contractual relationships with other Class Members; working with the Settlement Administrator to reach amicable resolutions between differing parties; and ensuring, if ultimately necessary, that Class Members can utilize the services of the Special Master. The proposed future time expenditures account for the significant effort these tasks will take.

21.    Third, the Susman Godfrey team will also actively monitor Anthropic's financial situation to ensure the Class is protected. The Settlement Agreement requires that, in the event of a qualified financing event or liquidity event, Anthropic's payments to the class must generally be accelerated to within 30 days of those events' closing. To ensure that the class is timely compensated, Class Counsel will actively monitor and investigate the financing and liquidity events that Anthropic is experiencing. In addition, because Anthropic is competing in a volatile, fast-moving industry—and because Anthropic reportedly spent much more than it earned in 2024—Class Counsel must actively monitor Anthropic's financial condition to ensure it remains able to fulfill its financial obligations to the class. These ongoing supervisory efforts will require additional time expenditures from the Susman Godfrey team.

### III.    Susman Godfrey's Rates are Reasonable

22.    Susman Godfrey frequently takes high-stakes, non-class commercial cases on a contingent fee basis (e.g., patent, legal malpractice, antitrust, etc.). In cases like this one where the firm is advancing expenses, the firm typically negotiates contingent fee arrangements starting at 40% of the gross sum recovered, with increases to 45% and then again to 50% of the gross sum recovered depending on the stage of the case (plus a separate reimbursement of expenses). Sophisticated parties and institutions repeatedly agree to these standard market terms and have for decades. The requested fee here of 20% of the settlement fund is thus *substantially less* than what Susman Godfrey would receive under its standard contingency agreement.

23.    Susman Godfrey also enters into hourly arrangements with clients. The hourly rates for Susman Godfrey's attorneys and professional support staff charged here are the firm's standard

1    hourly rates that it uses in its hourly matters with clients. I have been paid my hourly rate in non-

2    contingency, hourly representations, as have other members of the Susman Godfrey team.

3        24.    The hourly rates charged by the core Susman Godfrey litigation team here are

4    reasonable when compared to market rates. In a nationwide survey of AmLaw 50 law firms

5    performed by PwC Product Sales, LLC and issued in June 2025, the median standard billing rate

6    for equity partners was $1,770; the 1st quartile standard billing rate was $2,006; and the 3rd quartile

7    standard billing rate was $1,604. For associates, the median standard billing rate was $1,088; the

8    1st quartile standard billing rate was $1,196; and the 3rd quartile standard billing rate was $986.

9        25.    Here, three of the main five SG partners involved in prosecuting this case—Mr.

10    Nath, Mr. Adamson, and Ms. Salinas—billed at rates ($975) lower than the third-lowest quartile

11    for **associates** ($988). The fourth partner—Mr. Connor—billed at a rate ($1,100) lower than 75%

12    of the partners reported in the PwC survey. The main Susman Godfrey associates involved in this

13    case—Mr. Doshi ($850), Mr. Smyser ($825), and Mr. Fredericks ($750)—meanwhile billed

14    multiple hundreds of dollars lower than the median standard billing rate for associates ($1,088).

15        26.    I was the remaining Susman Godfrey partner significantly involved in this case, and

16    I billed at a rate ($2,250), which is only slightly higher than the 1st quartile standard billing rate

17    reported by the PWC survey. SG's hourly clients regularly pay that rate in cases where SG is

18    engaged in hourly representation. And as indicated in the exhibit of peer firm rates submitted

19    herewith, my rate is indeed lower than the rates approved for partners at **two** of Anthropic's law

20    firms in this very case, Morrison and Forester ($2,475) and Latham and Watkins ($2,550). *See* Ex.

21    1. It is also lower than the top-end range approved in bankruptcy proceedings last year for five

22    comparable law firms (Covington & Burling LLP ($2,625); Kirkland & Ellis LLP ($2,445); Paul

23    Hastings LLP ($2,300); Sullivan & Cromwell LLP ($2,375); Weil, Gotshal & Manges LLP

24    ($2,350)). *Id*. And my rate is equal to the top-end range for two other law firms. *Id.* (Willkie Farr

25    & Gallagher, LLP ($2,250); Quinn Emanuel Urquhart & Sullivan, LLP ($2,250)).[2]

26    

27    [2] It is important to underscore that many of these rates, many of which are a year old, appear to significantly **understate** present billing practices. For example, partners at Quinn Emanuel now bill $3,000, while "[e]ven associates at the firm now bill as much as $1,665 an hour, according to court

28    filings." Debra Weiss, *This law firm bills as much as $3,000 per hour*, ABAJOURNAL.COM, Feb. 26, 2025, (https://tinyurl.com/QEUS-bills-as-much-as-3000hr). Similarly, Latham "partners were

DECLARATION OF JUSTIN NELSON
CASE NO. 3:24-CV-05417

27.    The billing practices of the core Susman Godfrey team are also justified by their significant experience, which I overview below. A detailed overview of the experience of the Susman Godfrey firm in the class action context is available in paragraph 89 of my declaration submitted at Dkt. 362-2 on September 5, 2025. Susman Godfrey was named "Litigation Boutique of the Year" in 2023 and "Law Firm of the Year" in 2025 by The American Lawyer; "Commercial Litigation Firm of the Year" in 2023 by Benchmark Litigation; and was among five finalists for "Law Firm of the Year" and "Litigation Boutique of the Year" in 2024 by Texas Lawyer (with firms multiple its size). SG has also been consistently recognized across several practice areas in National Law Journal's "Elite Trial Lawyers," which profiles firms specifically for their plaintiff work. Law360 has named Susman Godfrey "Class Action Practice Group of the Year" in three separate years, 2024, 2018, and 2017, cementing its place as a leader in the highly complex practice area; previously gave SG the distinction of "Most Feared Plaintiffs Firm" three years in a row; and named SG the "Media & Entertainment Group" of the year in 2024. Also in 2024, the firm was also named among the few finalists for "Antitrust Firm of the Year," "Technology Firm of the Year" and "Plaintiffs Firm of the Year" by National Law Journal and "Law Firm of the Year" and "Litigation Department of the Year - General Commercial Litigation" by Texas Lawyer. Dozens of the firm's lawyers are recognized each year as "Super Lawyers" and "Rising Stars" in the states where they practice, and the firm leads Lawdragon's list of the country's top 500 lawyers year after year. The firm has also been named the country's leading litigation boutique by Vault every year since 2011.

28.    I am a partner in Susman Godfrey's Houston office and have practiced law for more than twenty years, litigating complex cases in state and federal courts throughout the United States. I have served as an adjunct professor at the University of Texas School of Law. I am a former law clerk to the Honorable Sandra Day O'Conner of the United States Supreme Court and to the Honorable J. Harvie Wilkinson III of the United States Court of Appeals for the Fourth Circuit.

---

charging up to $2,745 an hour in the Chapter 11 bankruptcy of online used car seller Vroom."). *See* David Thomas, Mike Scarcella, *More lawyers join the $3,000-an-hour club, as firms close in*, REUTERS, Feb. 27, 2025, (https://tinyurl.com/Lawyers-Join-3000-Hour-Club).

29.    In 2023, I represented Dominion Voting Systems against Fox News in helping secure the landmark $787.5 million settlement arising from the latter's defamatory news coverage claiming that Dominion's voting machines were responsible for massive voter fraud during the 2020 U.S. presidential election. The settlement is believed to be the largest defamation settlement in history. The Court in *Dominion v. Fox* publicly noted that "this is the best lawyering I've had, ever."

30.    I routinely represent clients in high-stakes and complex litigation, including helping secure a nine-figure settlement against a large rental car company for a group of people who alleged they had been falsely arrested—a set of cases that spanned multiple courts and jurisdictions, including bankruptcy court. I am also a leader in AI litigation, serving as an American Law Institute panel member on Civil Liability for Artificial Intelligence. In 2024, I was nominated for "Litigator of the Year" by the American Lawyer and am a member of the American Law Institute. Among other awards, I have been named as one of the "500 Leading Lawyers", "500 Leading Plaintiff Financial Lawyer" and "500 Leading Litigator" in America by Lawdragon; one of the few litigators on The Hollywood Reporter's list of "Hollywood's Top 100 Attorneys," and also been repeatedly recognized as American Lawyer's "Litigator of the Week" and a Benchmark Litigation, "Litigation Star." I was recently named one of Forbes' "America's Top 250 Lawyers." On May 30, 2025, the OpenAI MDL court in the Southern District of New York appointed me as interim lead class counsel in a case with similar allegations as this case. *See In Re: OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW (S.D.N.Y. May 30, 2025), Dkt. 83.

31.    Susman Godfrey partner, Rohit D. Nath, has extensive experience litigating class actions, including those involving allegations of breach of contract and royalty disputes. He served as co-lead counsel, alongside a team of Susman Godfrey lawyers, in the AXA COI ($307.5 million settlement) and 37 Besen ($91.25 million settlement) matters discussed above. He has been recognized as one of the best young lawyers in America by Lawdragon and Bloomberg Law. He was also named one of the "California Lawyer Attorneys of the Year" by Daily Journal for his successful defense of COVID-19 eviction-protection measures against constitutional challenges. Mr. Nath joined Susman Godfrey after clerking for Judge Alex Kozinski on the United States Court

1  of Appeals for the Ninth Circuit and serving as editor-in-chief of the University of Chicago Law

2  Review.

3        32.    Susman Godfrey partner, Alejandra C. Salinas, is an experienced trial lawyer who

4  has litigated complex cases in state and federal courts throughout the United States. She has

5  amassed an impressive collection of litigation victories and favorable settlements for clients who

6  vary from Fortune 500 industry leaders to a class of indigent detainees, including a recent $37.5

7  million jury verdict. She successfully represented indirect purchasers in a class action settlement

8  against telescope manufacturers and distributors. She has been recognized as one of the best young

9  lawyers in America by Lawdragon, a "Texas Rising Star" by Thomas Reuters Super Lawyer, and

10  a "Top Women in Law in Houston" by the National Diversity Council.

11        33.    Susman Godfrey partner, Jordan Connors, has served clients in high-stakes matters

12  in both state and federal court. Connors served as counsel to the largest political subdivisions in the

13  largest state in the nation—including the University of California system, the California State

14  University System, and the County of Los Angeles—in a landmark suit against the "Big 4" wireless

15  carriers, Verizon, AT&T, Sprint, and T-Mobile for fraudulently over-billing the government.

16  Connors' clients secured record settlements valued at $175 million. And in the nationally followed

17  environmental matter, *In re Flint Water Crisis Litigation*, Connors represents a class of tens of

18  thousands of Flint residents impacted by the Flint water crisis, for whom he secured a $641 million

19  settlement with multiple government defendants. Connors has been recognized by Law & Politics

20  Magazine as a "Rising Star" every year since 2013, an honor bestowed on 2.5 percent of attorneys

21  in the state of Washington for "demonstrated excellence in the practice of law."

22        34.    Susman Godfrey partner, Michael Adamson, represents plaintiffs and defendants in

23  arbitrations and federal and state courts across the country. He has been recognized by Daily Journal

24  as a "Top 40 Lawyer Under 40" (2022), by Law.com as a "Lawyer on the Fast Track" (2025), and

25  by National Law Journal as a "Plaintiff's Attorney Trailblazer" (2023). In 2023, he secured more

26  than $330 million in a confidential arbitration pertaining to the renewable energy industry. He also

27  represents a putative class of disabled students and their families alleging systemic constitutional

28  violations, as well as violations of the Individuals with Disabilities Education Act, seeking

DECLARATION OF JUSTIN NELSON
CASE NO. 3:24-CV-05417

injunctive relief in the form of widespread reform to the educational system afforded to disabled students in Virginia. Mr. Adamson joined Susman Godfrey after clerking for Judge Gerald Tjoflat on the U.S. Court of Appeals for the Eleventh Circuit.

35.    Susman Godfrey associate, J. Craig Smyser, has represented both plaintiffs and defendants in complex commercial and intellectual property disputes across the country. He is a former law clerk to Chief Judge Debra Ann Livingston of the United States Court of Appeals for the Second Circuit; and Judge Christopher R. Cooper of the United States District Court for the District of Columbia. In the first major jury trial in the New York Commercial Division following the COVID-19 pandemic, he represented Match.com over claims relating to valuation of synthetic equity options owned by the founders of Tinder. In addition to his work on this matter, he also represents putative classes of book authors—including George R. R. Martin, John Grisham, and Jonathan Franzen—against OpenAI and Microsoft in *In re: OpenAI Copyright Litigation*, No. 25-md-3143-SHS-OTW (S.D.N.Y.), and putative classes of book authors against Mosaic and Databricks in *In Re Mosaic LLM Litigation,* No. 3:24-cv-01451-CRB-LJC (N.D. Cal.), and against NVIDIA in *Nazemian v. NVIDIA Corp.*, No. 4:24-cv-1454-JST-SK (N.D. Cal.). Alongside Mr. Nelson and Mr. Nath, he co-authored an article for the Texas State Bar's *The Advocate* referenced above.

36.    Susman Godfrey associate, Samir Doshi, has litigated complex cases throughout the United States. He is a former law clerk to Chief Justice John G. Roberts, Jr., of the United States Supreme Court; the Honorable Raymond J. Lohier, Jr., of the United States Court of Appeals for the Second Circuit; and Judge Randolph D. Moss of the United States District Court for the District of Columbia. He also served as a Bristow Fellow in the Office of the Solicitor General in the United States Department of Justice. He represents the class plaintiffs in *In re National Football League's "Sunday Ticket" Antitrust Litigation*, No. 2:15-ml-02668-PSG-SK (C.D. Cal.), which resulted in a $4.7 billion pre-trebling jury damages award, now on appeal to the Ninth Circuit after the District Court's grant of JMOL in defendants' favor. In 2024–2025, Mr. Doshi also represented Everly Health in an arbitration for breach of contract and violations of the Lanham Act, which resulted in an arbitral award to Everly for $987 million, later confirmed by the United States District Court for

the District of Delaware at over $1.03 billion. Mr. Doshi has been named a "Rising Star of the Plaintiffs' Bar" by the National Law Journal and features in the 2026 edition of "Best Lawyers: Ones to Watch in America" in the commercial litigation category.

37.     Former Susman Godfrey associate, Collin Fredricks, is a 2020 graduate of the University of Texas McCombs School of Business and a 2024 graduate of Stanford Law School. Mr. Fredricks departed Susman Godfrey in July 2025 to begin a clerkship on the United States Court of Appeals for the Ninth Circuit for the Honorable Daniel Bress and is expected to thereafter complete a clerkship on the United States District Court for the Southern District of New York for the Honorable Arun Subramanian.

38.     True copies of the Susman Godfrey attorneys' profiles are attached as Exhibit A.

39.     In addition to the core litigation team, 10 total staff attorneys and paralegals at Susman Godfrey assisted in this action, including principally in conducting offensive and defensive discovery tasks, and aiding in the preparation of filings to the Court. As noted, per-task, per-person billing entries (including for staff attorneys and paralegals) are available for the Court's review.

**IV.    Susman Godfrey's Expenses were Reasonable and Necessary**

40.     SG also contributed $952,500 to the joint litigation cost fund in this case. As categorized and shown in the below schedule, separate from the joint litigation fund, SG also advanced a total of $114,248.75 in other un-reimbursed expenses in connection with the prosecution of this case. These expenses were reasonably necessary to the prosecution of this case and are of the type SG normally incurs in litigation. These include costs advanced in connection with customary litigation expenses, such as testifying and consulting experts, mediation, travel fees, and other customary litigation expenses. Expenses were calculated from the firm's books and records and represent an accurate recordation of costs and expenses. To safeguard the financial interests of the class, SG has declined to submit for reimbursement any expenditures incurred on meals or hotels.

| EXPENSE TYPE | TOTAL |
|---|---|
| Air Travel | $ 43,900.35 |
| Outside Photocopy Services | $ 21,689.48 |
| Expert Fees | $ 14,125.00 |
| Ground Transportation (Taxis, Car Service) | $ 12,516.65 |
| Research Charges | $ 12,395.44 |
| Filing Fees | $ 2,275.00 |
| Deposition Expenses | $ 1,570.65 |
| Prints (Color) | $ 1,052.00 |
| Videotaped Deposition Expenses | $ 1,000.00 |
| Prints (Black & White) | $ 960.90 |
| Messenger Delivery Service | $ 572.44 |
| Online Research Services | $ 419.39 |
| Trial Transcripts | $ 383.55 |
| Court Document Alerts | $ 333.90 |
| Process Service Fees | $ 328.00 |
| Parking | $ 231.15 |
| Court Reporter Expense | $ 196.85 |
| Secretarial Overtime | $ 150.00 |
| Trial and Trial Preparation Expenses | $ 77.00 |
| Certificate Copies of Documents | $ 50.00 |
| Mileage (Travel) | $ 21.00 |
| **TOTAL** | **$ 114,248.75** |

41.     It is Susman Godfrey's policy and practice to prepare records from official source materials such as receipts and credit card records. Based on my oversight of the compilation of Susman Godfrey's expenses in this case, I believe them to constitute an accurate record of the expenses reasonably and actually incurred in the prosecution of this action. Indeed, they understate the expenses because we did not include expenses for hotel or food even though the firm imposes limitations on reimbursement amount and even though such costs are regularly submitted for reimbursement in class action cases. For airfare, I personally purchase economy tickets and Susman Godfrey reimburses no higher than the lowest refundable economy fare. All case expenses were passed along at cost, with no additional mark-up to the firm. Itemized expense reports are available for review by the Court should the Court deem it appropriate.

***

42.     I, Justin A. Nelson, declare under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, New York on December 3, 2025.

DECLARATION OF JUSTIN NELSON
CASE NO. 3:24-CV-05417

Respectfully submitted,

*/s/ Justin Nelson*

Justin A. Nelson (*Pro Hac Vice*)

**SUSMAN GODFREY L.L.P.**

*Co-Lead Class Counsel*

DECLARATION OF JUSTIN NELSON
CASE NO. 3:24-CV-05417

EXHIBIT A

**SUSMAN GODFREY**

## The Susman Godfrey Difference

For over forty years, Susman Godfrey has focused its nationally recognized practice on just one thing: high-stakes commercial litigation. We are one of the nation's leading litigation boutique law firms, with offices in Houston, Los Angeles, New York, and Seattle. Susman Godfrey's experiences, track record of success, and staying power are reflected in its wide recognition as the nation's preeminent trial firm, including by *The American Lawyer* in its first-ever "Litigation Boutique of the Year" competition (an award the firm won again in 2023); by being included yearly on *National Law Journal*'s "America's Elite Trial Lawyers" list; and by being named as *Benchmark Litigation*'s National Trial Firm of the Year in 2022 and 2023. *Vault* has likewise named Susman Godfrey its #1 Litigation Boutique in America every year since 2011.

## The Will to Win

At Susman Godfrey we are stand-up trial attorneys, not discovery litigators. We approach each case as if it is headed for trial. Everything that we do is designed to prepare our attorneys to persuade a jury. When you are represented by Susman Godfrey, the opposing party will know that you are willing to take the case all the way to a verdict if necessary; this fact alone can make a good settlement possible.

Susman Godfrey has a longstanding reputation as one of the premier firms of trial lawyers in the United States. We are often brought in on the eve of trial to "rescue" troubled cases or to take the reins when the case requires trial lawyers with a proven record of courtroom success.

We also want to win because we share the risk with our clients. We prefer to work on a contingency-fee basis so that our time and efforts pay off only when we win. Our interests are aligned with our clients—we want to achieve the best-possible outcome at the lowest possible cost.

Finally, we want to win because each of our attorneys shares a commitment to your success. Each attorney at the firm—associate as well as partner—examines every proposed contingent fee case and has an equal vote on whether or not to accept it. The resulting profit or loss affects the compensation of every attorney at the firm. This model has been a tremendous success for both our attorneys and our clients.

## Unique Perspective

Susman Godfrey represents both plaintiffs and defendants. We thrive on variety, flexibility, and creativity. Clients appreciate the insights that our broad experience brings. "I think that's how they keep their tools sharp," says one.

We know from experience what motivates both plaintiffs and defendants. This dual perspective informs not just our trial tactics, but also our approach to settlement negotiations and mediation presentations. We are successful in court because we understand our opponent's case as well as our own.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

**SUSMAN GODFREY**

## An Uncommon Structure

There is no costly pyramid structure at Susman Godfrey. As a business, we are lean, mean and un-leveraged—with a two-to-one ratio between partners and associates. To counter the structural bloat of our opponents, who often have three associates for each partner, we rely on creativity and efficiency.

Susman Godfrey's experience has taught what is important at trial and what can be safely ignored. We limit document discovery and depositions to the essential. For most depositions and other case-related events we send one attorney and one attorney alone to handle the matter. After four decades of trials, we know what we need—and what is just a waste of time and money.

## Unparalleled Talent

Susman Godfrey prides itself on a talent pool as deep as any firm in the country. Clerking for a judge in the federal court system is considered to be the best training for a young trial attorney, 100% of our Associates and over 95% of our Partners served in these highly sought-after clerkships after law school. Eleven of our trial lawyers have clerked at the highest level—for Justices of the United States Supreme Court.

Each trial attorney at Susman Godfrey is invested in our unique model and stands ready to handle big-stakes commercial litigation.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

# SUSMAN GODFREY



# Justin A. Nelson

Partner

Houston

(713) 651-9366

jnelson@susmangodfrey.com

## Overview

Justin Nelson is the go-to lawyer for high-stakes litigation. Justin's practice centers on taking cases to trial, arguing key motions leading up to trial or the appeal, and positioning the case for victory. He brings an unparalleled combination of trial and appellate excellence. In 2024, he was nominated for Litigator of the Year by the *American Lawyer*.

Justin represented Dominion Voting Systems in its litigation against Fox, culminating in April 2023 with a $787.5 million settlement—an amount that represented "vindication and accountability," as Justin stated. Watch the video here.

> "
>
> *"Justin Nelson has always had a reputation as a 'go to' lawyer in high stakes litigation but his major win in the defamation claim against Fox News has just elevated the 'go to' to 'must have.'"*
>
> **LawFuel, "Who is Justin Nelson – The Star Lawyer Who Took Fox News To Task"**

> "
>
> *"Justin is an amazing lawyer. He has it all. In court he's a sight to behold. His command of the law and facts is masterful."*
>
> **Anthony C. Lame, CEO of Green Mountain Glass**

> "
>
> *"Justin is a giant slayer. He wins. It is so impressive to watch him in action. Smart, dedicated. He fights hard for you and he does it with a smile. He's exactly what you want from a lawyer."*

# SUSMAN GODFREY

**Ruben Bonet, CEO of Fractus**



*"Since Justin Nelson began appearing, the court "has granted Nelson almost everything he has asked for."*
The *American Lawyer*, click here for the full article

The Court in *Dominion v. Fox* publicly noted at the time of the settlement that "this is the best lawyering I've had, ever."  Justin took the deposition of Rupert Murdoch, among other key witnesses. A CNN legal commentator stated about that deposition: "I've never seen anything like these admissions. This is one of the most damaging depositions I've ever seen in my thirty years practicing law."

Justin is one of the foremost leaders and experts in AI litigation. He was selected by the Court to serve as Interim Lead Class Counsel in MDL suits versus OpenAI and Microsoft, *In re: Open AI Copyright Infringement Litigation* (read more).

Justin is co-lead counsel representing copyright owners against Anthropic, alleging Anthropic committed copyright infringement in its artificial intelligence systems. The case against Anthropic recently settled in "historic" fashion.

Justin has a number of other cases regarding artificial intelligence, including other copyright matters along with patent litigation. He also is defending Media Matters against X Corp., a case that has received attention based on the implications for the First Amendment and for media organizations. Justin also serves as an American Law Institute panel member on Civil Liability for Artificial Intelligence and speaks regularly on AI-related issues.

Justin's practice spans across other complex cases as well, from antitrust to bankruptcy to contractual disputes to fraud to patent litigation to trade secret theft.

Among other cases, Justin was lead counsel for Green Mountain when it obtained a $64.5 million judgment against Ardagh in the Federal District Court of Delaware—a verdict upheld on appeal and was included on *National Law Journal's* Top 100 Verdicts of the Year list. Justin won a $38 million judgment for repeat client, Fractus, (a case that later settled on appeal) and has led a strategy that has resulted in Fractus recovering over $100 million..

## HIGH PROFILE LITIGATION

*Dominion v. Fox* was one of a number of high-profile cases for Justin. In Dominion v. Fox, the summary judgment briefing in the case earned widespread praise from the legal community and the broader public alike.

# SUSMAN GODFREY

Justin also represented a number of plaintiffs against a major car rental company that resulted in victories in court and ultimately a settlement.

Justin previously represented various governmental individuals regarding the 2020 election. His clients included entities with both Republican and Democratic control. Among his clients, Justin represented the Arizona Secretary of State in *Bowyer v. Ducey* and argued the successful motion to dismiss regarding the false allegations of election fraud. Justin also successfully represented the Governor of Wisconsin in a series of litigations related to the 2020 election.

Justin also represented a number of plaintiffs against a major car company that allegedly falsely reported its clients to the police for car theft. That case resulted in a combined nine-figure settlement across the hundreds of plaintiffs who had been injured by the false reports. The artificial intelligence cases and the ERC cases also have generated substantial attention given their intersection of law and policy—an area where Justin often litigates.

**RECOGNITION**

The legal industry has taken note of Justin's litigation talents. In June 2024, he was named one of Hollywood's Top 100 Lawyers by the *Hollywood Reporter*.  In 2010, *American Lawyer* wrote about how Justin fought off efforts from large banks to ram through a plan that would have disadvantaged individuals in the multi-billion Washington Mutual bankruptcy.  And he has been names to Forbes' America's Top 250 Lawyers for 2025, and has been repeatedly honored as a *Lawdragon 500* Leading Litigator. In 2024, the *American Lawyer* nominated Justin for Litigator of the Year.

**BACKGROUND & COMMITMENT TO THE LEGAL INDUSTRY**

Justin is a former law clerk to Justice Sandra Day O'Connor at the United States Supreme Court and for Judge J. Harvie Wilkinson, United States Court of Appeals for the Fourth Circuit.  Justin has represented various parties as amici in the Supreme Court of the United States, in cases ranging from intellectual property to antitrust to election law. He has practiced First Amendment law on behalf of various media companies.

Justin is one of the very few lawyers who have both clerked for the United States Supreme Court and also served as lead trial counsel in a verdict of over $50 million.

Justin also has taught Advanced Constitutional Law on the Law of the Political Process and has served as the Chair of the Economics of the Profession Committee in the American Bar Association's Intellectual Property Division. He is a Fellow of the American Bar Association and the Texas Bar Association. Justin also currently teaches *Legislation & Statutory Interpretation* as an adjunct professor at The University of Texas School of Law, a class that

SUSMAN GODFREY

covers a wide range of issues from public policy to statutes to criminal law to Constitutional law and the First Amendment.

In addition to his legal writings, Justin's article on Lyndon Johnson's role at the 1968 Democratic Convention appeared in the Presidential Studies Quarterly.

Justin is a member of Susman Godfrey's Executive Committee.

## Notable Representations

**Representative Matters**

- ***In re: Open AI Copyright Infringement Litigation.*** <u>Selected by the Court to serve as Interim Lead Class Counsel</u> in MDL suits versus OpenAI and Microsoft. The case is in early stages.

- ***Andrea Bartz et al. v. Anthropic PBC.*** Co-lead counsel to a class of copyright owners bringing copyright infringement claims against Anthropic pending before Judge William Alsup in the Northern District of California. Class plaintiffs are best-selling authors who allege their books were illegally pirated and used to develop Anthropic's Large Language Models. The case recently announced a historic proposed settlement.

- ***Dominion v. Fox***. Justin represented Dominion in the Dominion v. Fox litigation, a case that received widespread attention and resulted in a historic $787.5 million settlement.

- ***ParTec v. Microsoft.*** Representing German supercomputing pioneer ParTec AG—which has helped design some of the most powerful supercomputers in Europe—in litigation against Microsoft. ParTec alleges that the infrastructure powering Microsoft's AI services and used for AI training and inferencing infringes ParTec patents relating to the dynamic assignment of computing resources and tasks.

- **Nvidia Class Action.** Counsel to a putative classes of book authors bringing copyright infringement claims against Nvidia pending before Judge Jon Steven Tigar in the Northern District of California. Class plaintiffs are best-selling authors who allege their books were illegally pirated and used to develop Nvidia's Large Language Models.

- **DataBricks Class Action.** Counsel to a putative classes of book authors bringing copyright infringement claims against Databricks and Mosaic ML pending before Judge Charles Breyer in the Northern District of California. Class plaintiffs are best-selling authors who allege their books were illegally pirated and used to develop Databrick's and Mosaic's Large Language Models.

- **Election Litigation** Working pro bono on election-related litigation, Justin successfully represented various governmental actors in a non-partisan capacity during the 2020 election. His clients included those controlled by Republicans and Democrats. As Susman Godfrey lead counsel, his

# SUSMAN GODFREY

representations included the Arizona Secretary of State and the Wisconsin Governor in litigation defending the integrity of the 2020 election.  These cases generated a significant amount of attention because the rulings—including in a case that Justin argued—made clear that the rule of law would prevail.

- ***Cohen v. OAN.*** Persuaded One America News Network (OAN) to publicly retract a false article that OAN published about Michael Cohen, Donald Trump's former personal counsel. The retraction came after an OAN article falsely claimed Mr. Cohen was having an affair with adult film actress Stormy Daniels, and that Mr. Cohen was trying to extort Mr. Trump. Read more.

- ***Green Mountain Glass LLC and Culchrome LLC v. Saint-Gobain Containers, Inc., d.b.a Verallia North America.*** Served as lead counsel to Green Mountain Glass LLC in a patent infringement matter that spanned three years. A federal jury in Wilmington, Delaware awarded Green Mountain Glass more than $50.3 million in its lawsuit against Ardagh Glass, Inc. The jury found Ardagh, formerly known as Saint-Gobain Containers, willfully infringed Green Mountain's patent No. 5,718,737 for technology that allows glass manufacturers to use recycled glass of mixed colors. Click herefor more on the case or click here to read *Law360's* feature on the case in their "How They Won It" series.

- **Equity Committee of Washington Mutual**. Representing the Equity Committee, Justin helped the equity holders in Washington Mutual receive stock in the re-emerged company and a substantial role in the Liquidation Trust. In confirming the plan, the bankruptcy judge stated: "*I think the equity committee has really, really done a great job in getting a recovery for its constituents.*" *American Lawyer*awarded Justin "Litigator of the Week" for his work on the case.

- ***Fractus v. Samsung et al***. Served as co-lead counsel in a patent case involving antennas for mobile phones. In addition to running the case on a daily basis and examining key witnesses, Justin argued case-dispositive matters such as Markman and summary judgment. Before trial, Fractus reached licenses with all the original Defendants except for Samsung. These licenses resulted in agreements worth over $100 million in total. During trial against Samsung, Justin presented and cross-examined key witnesses such as one of the inventors of the patents-in-suit; Fractus's technical expert; Samsung's lead engineer; and Samsung's damages expert. The trial resulted in a $23 million jury verdict for his client Fractus against Samsung, and a $38 million judgment. The case was settled after Justin's appellate argument. Read more.

- ***In re Stewart***. Represented a family member who had been excluded from a large estate. Justin prevailed against the Estate's Motion to Dismiss and invalidated the in terrorem clauses in the will and trust. In addition, he successfully argued that the trial court that Arizona should recognize a claim of tortious interference with inheritance, becoming the

# SUSMAN GODFREY

first court in the state to do so. Soon after the court ruled in favor of Justin's client, the case settled.

*Honors & Distinctions*

- Litigator of the Week, Law.com (<u>2025</u>)
- Named Among America's Top 250 Lawyers 2025, *Forbes* (<u>2025</u>)
- Power Lawyer, *The Hollywood Reporter* (<u>2024</u>)
- *Lawdragon* 500 Leading Lawyer (<u>2024</u>, <u>2025</u>)
- Patent Star, *Managing IP* (<u>2025</u>)
- IAM Patent 1000: Worlds Leading Patent Professionals (<u>2023</u>, <u>2024</u>)-
- *American Lawyer's*Litigator of the Week in <u>2023</u> for his work related to *Dominion v. Fox* and in <u>2010</u> for his work related to the Washington Mutual litigation.
- <u>Litigation Star</u>, Benchmark Litigation (<u>2022</u>, <u>2023</u>, 2024, <u>2025</u> Euromoney)
- *Lawdragon* 500 Leading Plaintiff Financial Lawyer (<u>2023</u>, <u>2024</u>, <u>2025</u>)
- *Lawdragon*500 Leading Litigator (<u>2023</u>, <u>2024</u>, <u>2025</u>, <u>2026</u>)
- Recommended Lawyer, Dispute Resolution: General Commercial Disputes, The Legal 500 (<u>2018</u>, <u>2019</u>)
- Recommended Lawyer, IAM Patent 1000
- John Ordronaux Prize for Highest Academic Average in Graduating Class
- James Kent Scholar, 1997-98, 1998-99, 1999-2000
- 

*Clerkships*

Honorable Sandra Day O'Connor, Supreme Court of the United States, 2002-2003

Honorable J. Harvie Wilkinson III, United States Court of Appeals for the Fourth Circuit, 2000-2001

*Education*

**Yale University** (B.A., cum laude, 1997)

**Columbia Law School** (J.D., 2000)

# SUSMAN GODFREY



# Rohit Nath

Partner

Los Angeles

(310) 789-3100

rnath@susmangodfrey.com

## *Overview*

Rohit Nath leads groundbreaking litigation across the United States. For plaintiffs, he has recovered over $500 million, taking on the world's largest technology companies, insurers, international wireless carriers, and more. On the defense side, Nath has represented Fortune 500 companies in cases with billions at stake. Nath has been named a California Lawyer of the Year (*Daily Journal*), a Rising Star of the Plaintiffs Bar (*NLJ*), a Sports and Entertainment Litigation Trailblazer (*NLJ*), and a Top Intellectual Property Lawyer (*Daily Journal*).

Most recently, Nath has been at the forefront of artificial intelligence litigation. This includes *Bartz v. Anthropic*, where he co-led a Susman Godfrey team that secured a $1.5 billion settlement, which, if approved, will be the largest reported copyright settlement in history.

**LANDMARK AI LITIGATION**

In a historic copyright infringement action, Nath co-led a team from Susman Godfrey to secure a $1.5 billion settlement for rightsholders whose books were downloaded by Anthropic from pirated databases. The settlement is subject to court approval and, if approved, would be the largest reported settlement in copyright history. Nath and his co-lead counsel were named Litigators of the Week by Law.com for this precedent-setting result.

Nath argued successfully in opposition to Anthropic's summary judgment motion on fair use, which paved the way for the settlement. Read more in the *New York Times*, *Bloomberg,* and Law.com.

Nath is also leading litigation related to copyright infringement and artificial intelligence in *In re OpenAI Inc. Copyright Infringement Litigation*, where he represents a group of prominent writers—including the John Grisham, David Baldacci, Jonathan Franzen, and Pulitzer Prize winners Stacy Schiff and Kai

SUSMAN GODFREY

Bird—against OpenAI and Microsoft. Nath also co-leads AI copyright cases against Databricks and NVIDIA.

In *Doe v. Mindgeek*, Nath represents a certified class of minors against the world's largest online pornography company. The case alleges that Mindgeek promoted and profited from the distribution of child pornography on its websites. In July 2024, Nath argued summary judgment on cutting edge issues of Section 230.

**WINS FOR INSURANCE POLICYHOLDERS**

Nath helped secure a $307.5 million deal against AXA for victims of an life insurance rate increase targeting elderly insureds. The settlement came after nearly seven years of litigation, and after plaintiffs succeeded on class certification and defeated summary judgment.

In *37 Besen Parkway LLC v. John Hancock Life Insurance Co,* Nath helped secure a settlement of $91.25 million (before fees and expenses) for a certified class of insurance policy owners against John Hancock Life Insurance Company.  In the final approval order, Judge Paul Gardephe described the settlement as a "**quite extraordinary . . . result achieved on behalf of the class**." You can read more about the case here (subscription required).

**DEFENSE-SIDE LITIGATION**

On the defense side, Nath has represented some of the largest companies in their biggest disputes. In 2021, Nath represented Match Group in a nearly four week jury trial over a multi-billion dispute related to the founding of the popular dating app Tinder. In 2025, Nath represented Chevron U.S.A. in a property dispute in Kern County, where Nath argued and won key motions on the eve of trial.

**PRO BONO**

Nath previously received a Public Counsel Pro Bono award for his work defending the COVID-19 mortarium in the City of Los Angeles and other moratoria across the state. In *Apartment Association of Greater Los Angeles.v. City of Los Angeles*, Nath helped secure the first federal appellate decision upholding a COVID-19 eviction moratorium in the country.

The *Daily Journal* profiled Nath and his colleagues for their work in this area and named them a California Lawyer Attorney of the Year  in 2023 for their critical work. Read more in the San Francisco Chronicle  and Law360 (subscription required).

**BACKGROUND**

Nath joined Susman Godfrey after working as a trial attorney at the U.S. Department of Justice and as a law clerk for Judge Alex Kozinski (Ret.) on the U.S. Court of Appeals for the Ninth Circuit.  He graduated with high honors

# SUSMAN GODFREY

from The University of Chicago Law School, where he served as editor-in-chief of *The University of Chicago Law Review*.

Before law school, he taught eighth-grade math in Oklahoma as a Teach for America corps member. Nath is a longtime board member of the South Asian Bar Association of Southern California and served as co-president during the 2021-2022 term. He is also a member of the Executive Committee of the Litigation Section of the Los Angeles County Bar Association.

## *Notable Representations*

**Insurance**

- ***In re AXA Equitable Life Insurance Company COI Litigation (S.D.N.Y)*** Secured a $307.5 million deal for a putative class of plaintiffs who challenged AXA's 2016 hike of cost on insurance rates on hundreds of elderly insureds, claiming AXA unfairly increased the cost of insurance for certain flexible-premium universal life insurance policies.

- ***Helen Hanks v. Voya Retirement Insurance and Annuity Company*** **(S.D.N.Y.)** Secured settlement worth $118 million, before fees and expenses, including a cash fund of over $92 million and an agreement by Voya not to impose a higher rate scale for 5 years, on behalf of a certified class of 46,000+ policyholders over allegations that Voya improperly raised cost-of-insurance charges.

- ***37 Bensen Parkway v. John Hancock Life Insurance Company*** **(S.D.N.Y)** Secured a $91.25 million settlement all-cash, non-reversionary settlement (before fees and expenses) for insurance policy owners against John Hancock Life Insurance Company. The Honorable Paul Gardephe described the settlement as a "**quite extraordinary . . . result achieved on behalf of the class."**

**Breach of Contract**

- <u>***State of California, et al., On The Go Wireless, LLC, v. Cellco Partnership, et al.***</u> Served as trial counsel representing the largest political subdivisions in the largest state in the nation—including the University of California system, the California State University System, and the County of Los Angeles, to name a few—in this groundbreaking suit against Verizon, AT&T, and Sprint for over-billing the government. Nath helped secure settlements with all defendants collectively valued at $175 million, which have been paid to hundreds of California and Nevada government entities. These record-setting settlements are the largest of their kind in California.

- ***Rui Zhi Ventures, Ltd. v. Lighting Science Group Corporation*** **(C.D. Cal. and JAMS Arbitration)** Represented Lighting Science Group Corporation in a fee dispute with its former patent broker. After

# SUSMAN GODFREY

successfully compelling arbitration, the parties reached a confidential settlement on the eve of the plenary arbitration hearing.

- ***Bernstein, et al. v. Cengage Learning, Inc.*** **(S.D.N.Y.)** Represented authors of higher education textbooks for failure to pay royalties owed on their contracts when those texts were offered on the company's online platforms.  Secured a non-reversionary settlement of $21 million approved by the court for past damages.

### Intellectual Property

- ***Bartz et al. v. Anthropic PBC*** **(N.D. Cal)** Secured a $1.5 billion settlement in a "historic" deal for rightsholders whose books were downloaded by Anthropic from the pirated databases "Library Genesis" and "Pirate Library Mirror." This settlement is the largest publicly reported recovery in the history of U.S. copyright litigation. When preliminarily approving the settlement, Judge Alsup said, **"We have some of the best lawyers in America in the courtroom right now."** Read more in *Bloomberg* and Law.com.

- ***In Re OpenAI Inc. Copyright Infringement Litigation*** **(S.D.N.Y.)** Represents a putative classes of book authors bringing copyright infringement claims against OpenAI and Microsoft. Class plaintiffs are best-selling authors who allege their books were illegally pirated and used to develop OpenAI and Microsoft's Large Language Models, including the models used in ChatGPT.

- ***Flo & Eddie Inc. v. Pandora*** **(C.D. Cal.)** Served as co-lead counsel representing Flo & Eddie (the founding members of 70's music group, The Turtles) in a putative class action alleging infringement of the public performance right in sound recordings, copying, and misappropriation. This case followed the similar*, Flo & Eddie v. Sirius XM*, in which Susman Godfrey secured a settlement for the class valued at up to $73 million.  The Court granted final approval of that settlement in 2017.

- ***Personalized Media Communications, LLC Cases*** **(E.D. Tex.)** Represented Personalized Media Communications (PMC) in a series of patent infringement cases against Vizio, Samsung, and Funai.  Nath played a key role in these cases, which included taking and defending key depositions and briefing claim construction motions. PMC reached favorable, confidential settlements with each defendant.

## Honors & Distinctions

- Litigator of the Week, Law.com (2025)

- Top Intellectual Property Lawyer, *The Daily Journal* (2025)

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024, 2025)

- "They've Got Next: The 40 Under 40" *Bloomberg Law* (Bloomberg, 2023)

# SUSMAN GODFREY

- <u>California Lawyer Attorney of the Year</u>, *Daily Journal* (2023)

- <u>Rising Stars of the Plaintiffs Bar</u>, *National Law Journal's* Elite Trial Lawyers (2022, ALM)

- Public Counsel <u>Pro Bono Award</u> (2020)

- Named a <u>Sports and Entertainment Litigation Trailblazer</u> by *National Law Journal* (2020, ALM)

- Rising Star, Southern California (2020, 2021, <u>2022</u>, <u>2023</u>, <u>2024</u>, <u>2025</u> Thomson Reuters)

- Editor-in-Chief, *The University of Chicago Law Review*

- Order of the Coif

- Kirkland & Ellis Scholar: Awarded to top 5 percent of the 1L class

- 2011 Teacher of Today Award

- Wake Forest University Debate Team

| | |
|---|---|
| *Clerkships* | Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit |
| *Education* | **The University of Chicago Law School** (J.D., with High Honors, Order of the Coif, 2014) |

- Editor-in-Chief, *The University of Chicago Law Review*

**Wake Forest University** (B.A., magna cum laude, 2009)

# SUSMAN GODFREY



# Alejandra C. Salinas

Partner

Houston

(713) 651-9366

asalinas@susmangodfrey.com

## *Overview*

Recognized as a "Top Women in Law in Houston" by the National Diversity Council, a "Texas Rising Star" by Thomas Reuters Super Lawyer, and as a member of "The Next Generation of Leading Lawyers" by Lawdragon, Alejandra Salinas tries high stakes cases in courtrooms across the country.

Alejandra has helped secure hundreds of millions of dollars for her clients. She litigates cases across a wide array of practice areas, including contract disputes, intellectual property disputes, antitrust claims, and many other complex commercial and financial matters.

Among other cases, Alejandra currently represents Pulitzer-winning authors in a federal copyright infringement class action against OpenAI and Microsoft, related to the companies' unlicensed use of the authors' books for training its large language models such as ChatGPT (*Reuters*).

Alejandra also has significant pro bono experience, including successfully defending Harris County Judge Lina Hidalgo and other county officials in election contests (*Texas Tribune*), working with the ACLU to secure a settlement with Magnolia ISD to eliminate its discriminatory hair policy (*Houston Chronicle*), co-drafting a Supreme Court amicus brief on political gerrymandering, and successfully arguing an immigration case before the 9th circuit whereby the client was able to remain in the county.

Before joining the firm, Alejandra was a surrogate for President Barack Obama and the youngest member of the Democratic National Committee's Executive Committee. She delivered a nationally televised speech on the final night of the 2012 Democratic National Convention, addressed embassies around the world, and was interviewed by CNN, Univision, Telemundo, NPR, PBS, and USA Today.

# SUSMAN GODFREY

## Notable Representations

### Notable Representations

- ***Atlas Global Technologies LLC v. TP-Link Technologies Co., Ltd. et al (E.D. Tex.)*** Won a $37.5 million verdict for Atlas Global Technologies in its patent infringement case against Chinese telecom equipment manufacturer TP-Link. A Texas jury issued the verdict against TP-Link for infringing five patents for wireless routers that meet an industry standard known as "WiFi 6," which was developed to provide fast, efficient internet connections for high-density locations such as offices, shopping malls and apartment buildings. Following a five-day trial and just a few hours of deliberations, the jury determined TP-Link owes Atlas $37,481,264 in damages. Read more.

- ***UNM Rainforest Innovations v. Taiwan Semiconductor Manufacturing Company (TSMC), Samsung Electronics Co. Ltd., and GlobalFoundries Inc.*** Secured confidential settlements for UNM Rainforest Innovations in its patent infringement cases against TSMC, Samsung, and GlobalFoundries involving semiconductor manufacturing technology. UNM Rainforest Innovations is the University of New Mexico's non-profit corporation dedicated to commercializing the wide range of technology developed at the UNM. Ms. Salinas delivered the opening argument in an eight-figure arbitration against one of the defendants.

- ***Insignia Systems v. News Corporation and News America Marketing (NAM).*** Secured a $20 million settlement for retail marketing firm, Insignia Systems, in its antitrust case against News Corporation and its subsidiary NAM. Insignia was one of NAM's only remaining competitors for in-store advertising displays and alleged that News Corp. and NAM acquired and maintained a monopoly in this market through exclusionary agreements. Before settlement, Ms. Salinas deposed several current and former News Corp. and NAM executives.

## Honors & Distinctions

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023, 2024, 2025)

- Rising Star, Texas Super Lawyers (2022, 2023, 2024, 2025 Thomson Reuters)

- Future Leader – LGBT + Equality, Chambers USA (2019)

- Top Women in Law, The National Diversity Council (2017)

# SUSMAN GODFREY

*Clerkships*

Chief Judge Sidney R. Thomas, United States Court of Appeals for the Ninth Circuit

*Education*

**Boston College Law School** (J.D., cum laude)

- Point Foundation Scholar (national LGBTQ scholarship)

**The University of Texas** (B.B.A., Management)

- Friar Society (UT's oldest honor society)

*Leadership & Professional Memberships*

- Board Member, Greater Houston LGBTQ+ Chamber of Commerce
- Former Co-Chair, Susman Godfrey Diversity Committee
- Board Member, Second Mile Haiti, a non-profit organization focused on empowering Haitian women and children
- Former Young Lawyer Representative, American Bar Association Antitrust Law Section
- Member, Houston Bar Association LGBTQ+ Committee

# SUSMAN GODFREY



# Michael Adamson

## Partner

Los Angeles

(310) 789-3100

madamson@susmangodfrey.com

## *Overview*

Trial lawyer Michael Adamson has been recognized by *Daily Journal* as one of the Top 100 Lawyers in California (2025) and a Top 40 Lawyer Under 40 (2022), by *Law.com* as a Lawyer on the Fast Track (2025), and by *National Law Journal* as a Plaintiff's Attorney Trailblazer (2023). Michael is a versatile litigator representing plaintiffs and defendants in arbitrations and federal and state courts across the country.

**LEGAL VICTORIES**

In a "historic" copyright infringement action, Adamson and a team from Susman Godfrey secured a $1.5 billion settlement for rightsholders whose books were downloaded by Anthropic from pirated databases "Library Genesis" and "Pirate Library Mirror." This settlement is the largest publicly reported recovery in the history of U.S. copyright litigation. When preliminarily approving the settlement, Judge Alsup said, **"We have some of the best lawyers in America in the courtroom right now."** Read more in *Bloomberg* and Law.com

Michael previously secured over $330 million in a confidential arbitration for a client in the renewable energy industry. The litigation proceeded from demand to hearing in just 60 days. After speeding through fact and expert discovery, Michael led damages examinations at the hearing and helped secure an award of 100 cents on the dollar of the client's proposed damages model. Michael also secured for the client a full reimbursement of attorneys' fees and expenses from the opposing party.

On the defense side, Michael represented Wyle Labs, a subsidiary of KBR, in a trade-secrets case. By the end of a four-week trial, the court had struck most of the damages, and the jury had rejected the most significant remaining claims. Through post-trial briefing, Michael helped defeat some of the jury's

few unfavorable findings. The case ultimately settled for a tiny fraction of the tens of millions in damages asserted – a knockout win for Wyle.

Michael has also achieved victories for both plaintiffs and defendants in class actions. He recently helped secure an eight-figure settlement for a nationwide class of hundreds of policyholders suing PHL Variable Insurance Company for breach of contract. In state court, Michael defended cybersecurity company Bitdefender in a consumer class action asserting claims under California's Unfair Competition Law. Through mediation, Michael helped negotiate a favorable pre-discovery settlement.

**PRO BONO**

Michael represents a putative class of disabled students and their families alleging systemic constitutional violations, as well as violations of the Individuals with Disabilities Education Act. The class seeks injunctive relief in the form of widespread reform to the educational system afforded to disabled students in Virginia. Michael argued against defendants' motion to dismiss in this case, which has garnered national media attention from the _Wall Street Journal_, _Washington Post_, _Politico_, _Associated Press_, and others. Read more.

**BACKGROUND**

Michael joined Susman Godfrey after clerking for Judge Gerald Tjoflat on the U.S. Court of Appeals for the Eleventh Circuit. He received his law degree from Duke University School of Law and his undergraduate degree from the Marriott School of Business at Brigham Young University where he studied accounting and later became a Certified Public Accountant.

Before law school, Michael worked in Washington, D.C. as a legislative aide for the Ranking Member of the Senate Finance Committee, specializing in tax, banking, and financial policy.

## Notable Representations

**Contract Disputes**

- **Confidential Arbitration.** Obtained an award of hundreds of millions of dollars in connection with fraud and breach-of-contract claims. The arbitration proceeded from demand to hearing in just 60 days, during which Michael took and defended several depositions, coordinated expert reports and discovery, and examined several witnesses at the hearing, with emphasis on damages issues. In the tribunal's award, the arbitrator fully adopted the client's damages model, awarding 100 cents on the dollar.

- **_Chevron v. California Resources Corp._** Served as counsel for American multinational energy corporation, Chevron, in a complex contractual dispute regarding oil production and gas balancing. Prior to arbitration,

# SUSMAN GODFREY

Michael helped achieve a business solution to the dispute on favorable terms for Chevron.

**Insurance and Annuities**

- ***Advance Trust & Life Escrow Servs, LTA et al. v. PHL Variable Ins. Co.,*(S.D.N.Y.)** Represented plaintiffs asserting breach-of-contract claims stemming from PHL Variable Insurance Company's unlawful cost of insurance rate increases imposed on plaintiffs' universal life insurance policies. After fully briefing the motion for class certification and starting summary judgment briefing, the parties agreed to an eight-figure settlement for the class.

- ***Vida Longevity Fund, LP v. Lincoln Life & Annuity Co. of N.Y.* (S.D.N.Y.)** Represents a certified class of hundreds of policyholders in an action against Lincoln National's New York affiliate, Lincoln Life & Annuity Co. of New York. The court has granted class certification.

- ***TVPX ARS Inc. v. Lincoln Nat'l Ins. Co.*(E.D. Pa.)** Represents a putative class of thousands of insurance policyholders who are asserting breach-of-contract claims against Lincoln National Insurance Company, which failed to reduce cost of insurance rates to reflect improvements in mortality rates, as the contracts require. Michael led efforts to write and file class-certification and Daubert motions, both of which are currently pending decision.

- ***Iwanski v. First Penn-Pacific Life Ins. Co.*(E.D. Pa.)** Serving as counsel to plaintiffs in this matter against Lincoln National's affiliate First Penn-Pacific Life Insurance Co. Michael has led all aspects of discovery and all major briefings. The parties are awaiting the court's decision on pending class-certification and Daubert motions.

- ***Angus v. Lincoln Nat'l Life Ins. Co.*(E.D.P.A.)** Briefed the opposition to Lincoln National's motion to dismiss, which is pending decision, in this putative class action. The plaintiff is alleging breach of contract due to Lincoln's failure to lower cost of insurance rates on universal life insurance policies despite substantial improvements in Lincoln's mortality expectations.

- ***Clinton v. Security Benefit Life Ins. Co.* (D. Kan.)** Represents putative class members asserting RICO, fraud, statutory consumer-protection claims related to misrepresentations made in connection with annuity sales made to tens of thousands of contract holders.

**Intellectual Property**

- ***Bartz et al. v. Anthropic PBC* (N.D. Cal)** Secured a <u>$1.5 billion settlement</u> in a "<u>historic</u>" deal for rightsholders whose books were downloaded by Anthropic from the pirated databases "Library Genesis" and "Pirate Library Mirror." This settlement is the largest publicly reported recovery in the history of U.S. copyright litigation. When preliminarily

# SUSMAN GODFREY

approving the settlement, Judge Alsup said, **"We have some of the best lawyers in America in the courtroom right now."** Read more in *Bloomberg* and Law.com.

- ***Positron v. KBRWyle*(Cal. Super. Ct.)** Defended construction company, KBR and its subsidiary Wyle Laboratories against trade secret claims. After developing legal defenses not asserted by prior counsel and trying the case to a jury verdict, the court struck nearly all plaintiff's damages and the case settled for fractions of a penny on the dollar.

- ***Finjan v. Bitdefender* (N.D. Cal.)**Defended cybersecurity company, Bitdefender, in a patent infringement case. Michael argued claim construction, led all aspects of discovery, and took and defended key depositions in multiple countries. The case settled on favorable terms for Bitdefender.

**Terrorism Financing**

- ***King et al. v. Habib Bank Ltd.* (S.D.N.Y.)** Represents dozens of Gold Star families asserting claims associated with terrorist attacks allegedly financed and facilitated by Pakistani bank, Habib Bank Limited.

**Pro Bono**

- ***D.C. et al. v. Fairfax County School Board et al.*(E.D. Va.)** Represents a proposed class of disabled students and their parents against the Virginia Department of Education and Fairfax County School Board for systemic constitutional violations, as well as violations of the Individuals with Disabilities Education Act. Read more.

*Honors & Distinctions*

- Top 100 Lawyer in California, *Daily Journal* (2025)
- Lawdragon 500X – The Next Generation of Leading Lawyers (2024, 2025)
- Recorder and Law.com – Lawyer on the Fast Track (2025)
- Plaintiff's Attorney Trailblazer, *National Law Journal* (2023)
- Top 40 Under 40, *Daily Journal* (2022)
- Finalist, Leaders in Law Rising Star, *Los Angeles Business Journal* (2021)

*Clerkships*

Honorable Gerald B. Tjoflat, United States Court of Appeals for the Eleventh Circuit

*Education*

**Duke University School of Law** (J.D., magna cum laude, Order of the Coif, 2016)

SUSMAN GODFREY

- Executive Editor, *Duke Law Journal*

- Top 5 Percent of Graduating Class

- Governing Faculty Award for Excellence in Business and Finance Law

- Order of the Coif

**Brigham Young University** (B.S., Accounting, 2011)

*Admissions*

**Bar Admissions**
- California
- New York

**Court Admissions**
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. Court of Appeals for the Fourth Circuit

*Leadership & Professional Memberships*

- Certified Public Accountant

# SUSMAN GODFREY



# Jordan Connors

## Partner

Seattle
(206) 516-3880

## *Overview*

Jordan Connors is a trusted litigator with a nationwide practice serving clients in high-stakes matters in both state and federal court. Connors has successfully represented plaintiffs and defendants in a wide variety of commercial cases, including cases that involve environmental disasters, class actions, intellectual property, trusts and estates, securities fraud, and false advertising. Connors has achieved success for his clients – who range from industry leaders to small businesses and individuals – against some of the largest companies and organizations in the world, from big banks, to big tech, to big wireless, to the United States Government.

**SIGNIFICANT LITIGATION**

Connors is frequently called on to litigate some of the nation's most cutting-edge cases.

For example, Connors currently represents some of the most awarded and celebrated authors in the world in their underlined_federal copyright infringement class actions against Anthropic, OpenAI, Microsoft, and others. These cases allege that the defendants have used the authors' books in connection with training and developing their large language models such as Claude and ChatGPT.

In the nationally followed environmental matter, *In re Flint Water Crisis Litigation*, Connors represents a class of tens of thousands of Flint residents impacted by the Flint water crisis. Connors has served as a leader on the case from drafting the initial complaint to coordinating and overseeing the strategic planning and efforts among the nine law firms litigating the case on behalf of the class. Connors's team recently secured preliminary approval of a $641 million settlement with multiple government defendants. Connors continues to pursue claims against the remaining defendants on behalf of certain residents in the City of Flint harmed by the water crisis.

# SUSMAN GODFREY

Connors also served as second chair in a multi-forum dispute, spanning an arbitration, two state court actions, and litigation abroad concerning a business dispute among a set of Chinese companies and investors. Connors client, Gang Yuan, achieved a complete victory at the final arbitration hearing and in related disputes in Washington State and the People's Republic of China.

Connors served as counsel to the largest political subdivisions in the largest state in the nation—including the University of California system, the California State University System, and the County of Los Angeles—in a landmark suit against the "Big 4" wireless carriers, Verizon, AT&T, Sprint, and T-Mobile for fraudulently over-billing the government. Connors' clients secured record settlements valued at $175 million. Read more about the case on _Law Street Media_ and _Law360 (subscription required)._

Connors also secured a $16.5 million settlement one month before trial (net settlement of $11.7 million) in a securities fraud class action arising from alleged misrepresentations by a biotechnology executive in a conference call with investors.

### RECOGNITION AND BACKGROUND

_Law & Politics Magazine_, published by Thomson Reuters, has named Mr. Connors a "Rising Star" every year since 2013, an honor bestowed on 2.5 percent of attorneys in the state of Washington for "demonstrated excellence in the practice of law."

Connors is an active member of the Federal Bar Association for the Western District of Washington where he represents the Seattle Community Police Commission in its effort to provide community input on reforms for the Seattle Police Department. Before joining Susman Godfrey Connors served as Law Clerk to The Honorable Vaughn R. Walker, Chief Judge of the U.S. District Court for the Northern District of California

## _Notable Representations_

**Ongoing Litigation**

- **_Genus Lifesciences, Inc. v. Lannett Company, Inc._ (N.D. Cal.).** Lead trial counsel for Genus Lifesciences, Inc. in a Lanham Act false advertising lawsuit against Lannett Corporation, Inc. involving Lannett's alleged false advertising of its C-Topical product (cocaine hydrochloride 4% solution).

- Flint Water Crisis Litigation **(E.D. Mich.).** Representing a class of tens of thousands of plaintiffs in complex litigation stemming from the contamination of the Flint, Michigan water distribution system with highly corrosive water following the 2014 switch to a new water supply. On behalf of a certified class of Flint residents, Connors has led many of the key depositions in the multiple cases, obtaining critical information about

# SUSMAN GODFREY

the truth of who and what caused the water crisis. He has also led efforts to shape the legal strategy for challenging the conduct of private engineering firms and government officials and continues to seek out compensation for the injuries resulting from lead poisoning, property damage, and other harm resulting from the highly corrosive water. Settlements to date are valued at $641 million. The case remains ongoing against remaining defendants.

- **North Carolina PFAS Litigation (E.D.N.C.).** Representing plaintiffs in a proposed class action lawsuit against DuPont and Chemours. The case seeks relief on behalf of thousands of North Carolinians who have been harmed by decades of discharges by DuPont and Chemours of GenX and other toxic PFAS chemicals by DuPont and Chemours into the water supply in the Cape Fear River basin. Click here or here for coverage on this news (*subscription required*).

- **Whidbey Island/OLF Coupeville Naval Airflight Operations (Fed. Cl.).** Representing a class of residents of Whidbey Island, Washington pursuing a class action filed against the United States government in the U.S. Court of Federal Claims based on the U.S. Navy's substantial increase in EA18-G Growler flight operations from a small airstrip on the island and the impact on residents' properties.

### Previous Wins

- ***State of California, et al., On The Go Wireless, LLC, v. CELLCO Partnership, et al*** **(CA Superior Ct.).** Represented some of California's largest political subdivisions—including the University of California system, the California State University System, and the County of Los Angeles, to name a few—in this groundbreaking suit against the "Big 4" wireless carriers, Verizon, AT&T, Sprint, and T-Mobile. The team recently secured settlements totaling $175 million.

- ***Clark v. AdvanceMe, Inc.***, **(C.D. Cal.).** Secured a $23.4 million settlement (set settlement of $19 million) on behalf of businesses in a class action alleging they had been injured by financial arrangements in violation of California usury laws.

- ***McGuire v. Dendreon*** **(W.D. Wash.).** Secured a $16.5 million settlement one month before trial (net settlement of $11.7 million) in a securities fraud class action arising from alleged misrepresentations by a biotechnology executive in a conference call with investors.

## Honors & Distinctions

- Rising Star, Washington Super Lawyers (2013 – Present, Thomson Reuters)

- Whitney North Seymour Medal for Columbia Law student who shows greatest promise of becoming a distinguished trial advocate (2007)

- Senior Editor, Columbia Law Review (2007-2008)

# SUSMAN GODFREY

- Harlan Fiske Stone Moot Court Finalist (2008)
- Harlan Fiske Stone Scholar (2005-2006, 2006-2007, 2007-2008)
- Ann C. Seminara Award in Public Policy (2003)

*Clerkships*

Honorable Vaughn R. Walker, Chief Judge, United States District Court for the Northern District of California, 2008-2009

*Education*

**Stanford University** (B.A., Public Policy, 2003)

**Columbia Law School** (J.D., 2008)

*Admissions*

**Bar Admissions**
- Washington

**Court Admissions**
- Federal Bar Association for the Western District of Washington
- U.S. District Court for the Eastern District of Texas
- U.S. Court of Appeals Federal Circuit

*Leadership & Professional Memberships*

- Federal Bar Association for the Western District of Washington

# SUSMAN GODFREY



# Michael Gervais

Partner

Los Angeles

(310) 789-3100

mgervais@susmangodfrey.com

## *Overview*

Michael Gervais is a skilled and accomplished trial lawyer who represents both plaintiffs and defendants in all types of high stakes commercial litigation. Gervais has amassed an impressive collection of litigation victories and favorable settlements for clients who vary from Fortune 500 industry leaders to classes of unfairly treated plaintiffs in several national high-profile lawsuits.

**LANDMARK LITIGATION**

Gervais worked alongside Managing Partner, Neal Manne, Partner Lexie White, and Partner Joseph Grinstein representing a class of indigent misdemeanor arrestees pro bono in a landmark case to challenge the money bail scheme in Harris County, Texas.  Along with Civil Rights Corps and the Texas Fair Defense Project, Gervais's work helped secure a sweeping preliminary injunction from a Houston federal judge, who struck down Harris County, Texas' money bail system.  The decision focused national attention on the countrywide practice of jailing poor people because they are unable to afford bail when arrested for minor offenses and has been covered by national outlets such as *The New York Times*, *The Houston Chronicle*, and *Lawdragon*. In the first year in which the injunctive relief was in effect, more than 12,000 people were released from jail.

In another high-profile class action, Gervais worked alongside Partners Kalpana Srinivasan, Steven Sklaver and Steve Morrissey representing Flo & Eddie, members of the 1960's rock group The Turtles, in addition to a class of copyright owners in a case against Sirius XM.  In this landmark case it was established under California law, that these owners of sound recordings from before 1972 have the exclusive right to perform those recordings. Under a groundbreaking settlement, Sirius XM agreed to pay at least $25.5 million (over $16 million after fees and expenses) and royalties under a 10-year license that is valued up to $62 million (over $41 million after fees and

# SUSMAN GODFREY

expenses) as compensation for publicly performing without a license Pre-1972 sound recordings. The settlement was approved by the Court, and has received widespread media coverage from publications such as *The New York Times, Billboard, The Hollywood Reporter, Law360, Rolling Stone, Variety, Reuters* and *Managing IP*.

Additionally, Gervais won a complete dismissal for energy company, Vitol, of $10 billion antitrust case filed in federal district court in Miami by a litigation trust asserting claims against numerous defendants on behalf of a Venezuelan national oil company. Gervais' firm, Susman Godfrey, was tapped to take the lead in briefing and arguing the motion to dismiss for the multi-party joint defense group. This win was reported on by *Wall Street Journal* and *Law360*. The 11th Circuit Court of Appeals affirmed the district court's decision in 2021.

Gervais was appointed by the court to serve on the Steering Committee to represent plaintiffs in a Biometric Information Privacy Act class action MDL against TikTok and its parent company. In July 2022 this District Court gave final approval to a $92 million litigation-wide settlement. This marked one of the highest privacy-related settlements in the country.

**U.S. SUPREME COURT ROOTS**

Before joining Susman Godfrey, Gervais served as a clerk at both the Supreme Court of the United States and in the Ninth Circuit U.S. Court of Appeals. These experiences have given him a unique perspective and a valuable background that supports the success he brings his clients in federal, district and state courts as well as in arbitration and at every level of litigation.

*Notable Representations*

**Current Litigation**

- ***In re Accellion Inc. Data Breach Litigation*** **(N.D. Cal.)** Represent a proposed nationwide class of individuals suing Accellion, Inc., after their personal information was exposed in one of the largest data breaches during the last five years.

**Past Wins**

- ***In re: Telescopes Antitrust Litigation*** **(N.D. Cal.)** Served as Court-appointed co-lead counsel representing a putative class of indirect purchasers of amateur telescopes impacted by a conspiracy to fix prices and allocate markets for telescopes sold to consumers in the United States. The parties reached a settlement for $32 million, which was approved by the Court. Read more.

- ***City of Sacramento v. Teva Pharmaceutical Industries, Ltd. et al.*** Represented the City of Sacramento in its opioid litigation that seeks to hold the major manufacturers and distributors of opioids responsible for

# SUSMAN GODFREY

the harm they've caused to the City. The city opted into various national settlements to resolve litigation.

- ***IQVIA, Inc. v. Veeva Systems*** **(D.N.J.)** Represented Veeva Systems, a CRM and master data management technology company, in federal court antitrust litigation against healthcare data and information technology provider IQVIA, Inc. The case, which involved antitrust issues relating to master data management and alleged trade secrets, settled.

- ***PHT Holding I LLC v. Security Life of Denver Insurance Company*** **(D. Colo.)** Represented a class of life insurance policyholders in a breach-of-contract suit against Security Life of Denver challenging increases to cost-of-insurance charges. Michael's team secured class certification of a 31-state class on a state law breach-of-contract claim. On the eve of trial, the parties settled for $30 million, a settlement the Court subsequently approved.

- ***Federal Trade Commission v. Intercontinental Exchange, Inc. (ICE) and Black Knight, Inc.*** **(N.D. Cal./Federal Trade Commission (FTC)** Served as counsel to Intercontinental Exchange (ICE) in proceedings brought by the FTC in federal court in California and in an administrative hearing in the FTC related to ICE's proposed acquisition of Black Knight. Working closely with ICE and the legal team, Gervais successfully navigated challenges by the FTC to clear the way for the $11.7 billion deal to move forward.

- ***Meta Platforms Inc. v. Octopus*** **(N.D. Cal.)** *and Meta Platforms Inc. v. Social Data Trading Ltd.* **(N.D. Cal.)** Represented Meta in its lawsuits against companies illicitly scraping data from its platforms.

- ***In Re: Tiktok, Inc Consumer Privacy Litigation*** **(N.D. Ill.)** Appointed by the U.S. District Court Northern District of Illinois to serve on the Steering Committee to represent plaintiffs in a Biometric Information Privacy Act class action MDL against TikTok and its parent company. In July 2022 this District Court gave final approval to a $92 million litigation-wide settlement. This marked one of the highest privacy-related settlements in the country.

- ***Helen Hanks vs. Voya Retirement Insurance and Annuity Company*** **(S.D.N.Y.)** Negotiated settlement worth $118 million, before fees and expenses, including a cash fund of over $92 million and an agreement by Voya not to impose a higher rate scale for 5 years, on behalf of a certified class of 46,000+ policyholders over allegations that Voya improperly raised cost-of-insurance charges. Over the course of litigation, the team from Susman Godfrey secured certification of the nationwide class and defeated summary judgment. The Court recognized the quality of the work, stating:  "I want to commend you all for the work done on the pretrial order and motions in limine . . . I'm very happy to have you as lawyers appearing before me."

# SUSMAN GODFREY

- ***David McLaughlin v. HomeLight, Inc. et al.* (C.D. Cal.):** Successfully obtained on behalf of HomeLight a dismissal with prejudice a Lanham Act claim brought in California federal court.  Read the Court's order <u>here</u>.

- ***PDVSA US Litigation Trust v. Lukoil Pan Americas LLC et al* (S.D. Fl.)** Won a complete dismissal for Vitol of $10 billion antitrust case filed in federal court in Miami by a litigation trust, represented by David Boies, asserting claims on behalf of the Venezuelan national oil company. Susman Godfrey was tapped to take the lead in briefing and arguing the motion to dismiss for the multi-party joint defense group. The 11th Circuit Court of Appeals <u>affirmed the district court's decision</u> in 2021.

- ***ODonnell et al. v. Harris County, et al*.** In this landmark constitutional case coming out of Harris County, Texas, won a landmark ruling in 2017, and was later affirmed in 2018, by the U.S. Court of Appeals for the Fifth Circuit, that the system of cash bail used in Harris County, Texas, violated the Due Process and Equal Protection rights of the thousands of misdemeanor arrestees. Gervais served on this case pro bono and was an active and critical part of the team from the filing of the Complaint to the consent decree entered by the district court following settlement.

- ***Flo & Eddie v. Sirius XM* (C.D. Cal.)** Served on a team from Susman Godfrey that was co-lead counsel to Flo & Eddie (the founding members of 70's music group, The Turtles) along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM.   Flo & Eddie settled with Sirius XM on behalf of the class in a deal worth millions and approved by the Court in May 2017. Sirius XM agreed to pay at least $25.5 million (over $16 million after fees and expenses) and royalties under a 10-year license that is valued up to $62 million (over $41 million after fees and expenses)

- ***Bahnsen et al. v. Boston Scientific Neuromodulation Corp* (D.N.J.)** Secured favorable settlement for whistleblower clients against Boston Scientific Neuromodulation Corp. Gervais was instrumental in obtaining critical deposition testimony and document discovery, defeating the defendant's motion for summary judgement, and arguing and winning crucial motions in limine that ultimately led to settlement.

## *Honors & Distinctions*

- Lawdragon 500X – The Next Generation of Leading Lawyers (<u>2023</u>, <u>2024</u>, <u>2025</u>)

- Lawdragon, Top 500 Plaintiff Financial Lawyers (<u>2024</u>, <u>2025</u>)

- 40 and Under Hot List, *Benchmark Litigation* (<u>2022</u>, <u>2023</u>, <u>2024</u> Euromoney)

- Future Star, *Benchmark Litigation* (<u>2023</u>, 2024, <u>2025</u>  Euromoney)

- "<u>They've Got Next: The 40 Under 40</u>" *Bloomberg Law* (Bloomberg, 2021)

# SUSMAN GODFREY

- "How I Made Partner" *Law.com* (ALM, July 2021)

- Minority Leader of Influence: Attorneys, *Los Angeles Business Journal* (2021)

- Founding Member, 1844. 1844 is a group of black male lawyers practicing primarily in BigLaw and in-house legal departments around the country. The group's name "1844" is in reference to the year that the first black person, Macon Bolling Allen, was admitted to practice law in America. The purpose of 1844 is to build genuine relationships between its members and leverage those relationships to help them develop personally and professionally and give back to their communities. 1844 has been widely lauded for its exceptional work, including the New York City Bar Association's 2016 Diversity and Inclusion Champion Award.

- Founding Member, Black BigLaw Pipeline ("BBP"). BBP's purpose is to serve as a powerful and unique resource for reshaping diversity and, specifically, the experience of Black attorneys in the legal profession.

- Former Chairperson, Susman Godfrey Diversity Committee

- Term Member, Yale Law School Executive Committee

- Southern California Rising Star, Super Lawyers (2020, 2021, 2022, 2023 Thomson Reuters)

- 2017 Fellow, Associate Leadership Institute (NYC Bar)

*Clerkships*

Honorable Stephen Breyer, Supreme Court of the United States

Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit

*Education*

**Yale Law School** (J.D.)

**American University** (B.A., International Studies, summa cum laude)

*Admissions*

**Bar Admissions**
- California
- New York

# SUSMAN GODFREY



# Vineet Bhatia

## Managing Partner

Houston

(713) 651-9366

vbhatia@susmangodfrey.com

## *Overview*

Vineet Bhatia is a seasoned, first-chair commercial trial lawyer with nearly 30 years of experience handling a wide variety of complicated, high-stakes disputes for plaintiffs and defendants. He has tried more than 25 cases to verdict or arbitration decision and has led dozens more that have resolved successfully for his clients before trial commenced.

Mr. Bhatia's renowned trial experience in bet-the-company cases has repeatedly led clients to call him to take over cases shortly before trial. In those situations, clients need a lawyer with a proven track record of consistent trial wins to represent them in their high-stakes litigation. A quick learner, Mr. Bhatia is adept at breaking down complex factual and legal disputes succinctly and convincingly to judges and juries. This skill is invaluable when he comes into a case shortly before trial.

"

*"His ability to absorb information is scary; his ability to weave together information is unbelievable. His ability to digest that stuff is fantastic and he has a keen legal mind. He is a brilliant strategist."*
**As quoted from Chambers 2018 USA Guide – Antitrust: Mainly Plaintiff**

"

*"Vineet has a knack for putting together a great story but without sacrificing an in-depth knowledge of the details of a case, no matter how complex it may be."*
**As quoted from Chambers 2016 USA Guide, State Regulatory & Litigation (Oil & Gas)**

"

*We hired Susman Godfrey, a law firm with a great reputation for fighting hard and winning big cases in court. The goal was to send a*

# SUSMAN GODFREY

*message that we were serious. The message was received, and we*
*achieved excellent results without having to go to court.*
**Jason Ryan, Client and Vice-President, Centerpoint**

Mr. Bhatia has been hired to try lawsuits for numerous Fortune 500 companies, including ACE Limited, Genworth Financial, Great Plains Energy, KBR, LyondellBasell, Philip Morris, Walmart, and Westar Energy.  He has also been hired by private equity firms and their portfolio companies, including Apollo and its portfolio company, Hexion Specialty Chemicals.  Likewise, Bhatia has faced off against industry giants such as Bank of America, Tyco Healthcare Group, Genzyme Corporation, Wells Fargo, and Venezuela national oil company, PDVSA – and won.

In addition to representing corporate clients, Mr. Bhatia often represents individuals either in mass actions or class actions and smaller companies in their disputes with larger corporate defendants.

Mr. Bhatia's practice has spanned the country.  He has handled lawsuits or arbitrations in Arkansas, Arizona, California, Colorado, Florida, Kansas, Kentucky, Mississippi, Missouri, New York, New Jersey, Massachusetts, North Carolina, Oklahoma, Oregon, Pennsylvania, Texas, Virginia, and Washington. His cases have involved antitrust, breach of contract, fraud, theft of trade secrets, patent infringement, insurance coverage, environmental contamination, product liability litigation, the federal false claims act, and many other types of cases.  Mr. Bhatia has also handled numerous arbitrations arising out of corporate transactions, including disputes related to purchase price adjustments, contingent compensation, and tax sharing agreements.  He has also handled arbitrations in London in multiple insurance coverage disputes.

Mr. Bhatia graduated from the Columbia Law School in 1990, where he was a Harlan Fiske Stone Scholar and a Notes and Comments Editor on the *Columbia Law Review*.  He started his career at Wachtell Lipton Rosen & Katz in New York City in 1991 and joined Susman Godfrey in 1996. He became a partner at Susman Godfrey a year later in 1997 and has served frequently on the firm's Executive Committee.

## Notable Representations

**Notable Plaintiff-Side Victories**

Mr. Bhatia has proved repeatedly that he is the lawyer to call when one is looking to secure a significant award from a legal dispute.  A few of his high-stakes plaintiff-side litigation victories include:

- After intervening in the SEC's action against digital music streaming service, Akazoo, secured $35 million settlement on behalf of a group of

# SUSMAN GODFREY

PIPE and SPAC investors over allegations that Akazoo defrauded them and lied about business prospects both before and after its 2019 special purpose acquisition company merger. The group represented by Bhatia and Susman Godfrey in the matter was awarded $30.1 million of the settlement ($25.3 million after fees and expenses). Read more.

- Serving as lead counsel to prosecute Peak Web Litigation Trust's $100+ million claim against Machine Zone for breach of contract, fraud and theft of trade secrets in state court in San Jose, CA. The case was settled in December 2017 shortly before trial for a confidential amount.

- Serving as lead counsel in LyondellBasell's business interruption insurance claim arising out of Hurricane Ike, a matter that was litigated in a confidential arbitration in London. The case settled one day before the arbitration hearing was scheduled to commence.  Mr. Bhatia led the settlement negotiations with insurers. The settlement amount is confidential, although LyondellBasell disclosed in SEC filings that it received in excess of $100 million from its insurers.

- Serving as co-lead counsel in a $100+ million breach of contract claim brought on behalf of Lyondell-Citgo Refining L.P. against PDVSA, the Venezuela national oil company, for breaching a long-term crude supply contract. The case was filed in the Southern District of New York and arose under New York and Venezuelan law. After defeating PDVSA's motion to dismiss the case under the "act of state" doctrine and completing extensive discovery in the United States and Venezuela, Mr. Bhatia obtained an adverse inference against PDVSA for refusing to produce documents, and, following that discovery sanction, filed a plaintiff-side motion for summary judgment. The case settled on confidential terms while that summary judgment motion was pending.

- Representing the world's largest retailer, Walmart, in its claims against tuna manufacturers for price-fixing in federal court in San Diego. Bhatia was responsible for the day-to-day handling of the case and led the settlement discussions with defendants.  Walmart has now resolved all of its claims against the tuna manufacturers for confidential amounts, although one defendant did publicly disclose that it paid $20.5 million to settle its role in the case. Read more on this case here.

- Serving as lead counsel to two Kansas utilities involved in disputes over wind energy projects. In one case, he represented KCP&L in an arbitration involving the purchase of wind energy.  KCP&L prevailed on all claims in the arbitration.  In a second case, he represented a Westar Energy subsidiary, in which his client prevailed on all claims and required the other side to pay attorney fees and costs.

- Being selected by a class of shareholders to serve as lead trial counsel in a securities action against Genzyme Corporation. On the eve of trial, Genzyme agreed to pay $64 million to the class.

- Making a major contribution to one of 2005's Top Ten Verdicts in the United States, when he and firm founder, Steve Susman, obtained a $140

# SUSMAN GODFREY

million jury verdict (automatically trebled to $420 million) in an antitrust case against Tyco Healthcare Group. The claims had been brought under the federal antitrust laws based on Tyco's anticompetitive practices that prevented Masimo from selling its competing pulse oximetry products to hospitals located in the United States. In 2006, the Court upheld the jury's findings of antitrust liability but ordered a new trial on damages. The Ninth Circuit Court of Appeals affirmed the liability verdict and the new damage award. Bhatia selected the jury and presented and cross-examined most of the witnesses at trial.

- Serving as co-lead counsel with the head of the firm's Los Angeles office, Marc Seltzer, representing a class of injured people whose reserves for future medical care and living expenses had been looted from trust funds. The suit was filed after the trustee stopped paying disbursements of settlement proceeds to over 250 seriously injured people and wrongful death claimants. In large part due to Mr. Bhatia's efforts, several large financial institutions paid more than $100 million to settle consolidated class actions enabling plaintiffs to recover 100% of their losses.

- Winning an arbitration on behalf of Lyondell Chemical Company against Atlantic Richfield Company. The arbitration involved the breach of a long-term agreement to supply MTBE. After the arbitration decision, the parties agreed that ARCO should pay Lyondell $21.5 million. Mr. Bhatia served as lead counsel in this case, and the result was featured in an article in the *National Law Journal* on the top plaintiff firms in the United States.

- Serving as lead counsel for Western Resources in a purchase price adjustment arbitration and related litigation against Westinghouse Electric Corporation. The arbitration and related case involved Western Resources's purchase of Westinghouse's home-monitored security business in December 1996. The terms of the settlement were confidential, although Western Resources disclosed, as required by the SEC, that it received $37.5 million to resolve all the claims.

**Notable Defense-Side Wins**

In addition to winning money for plaintiffs, Mr. Bhatia successfully has defended clients facing multi-million and multi-billion dollar claims. Here are a few examples:

- As lead counsel, Mt. Bhatia secured a favorable award for Flutter Entertainment when an arbitrator in New York nearly doubled the exercise price its opponent, FOX Corporation, sought for its option to acquire 18.6% of Flutter's portfolio company, FanDuel Group. This high stakes, high profile arbitration resulted from FOX's assertion that it should be entitled to the same price Flutter paid for its share of FanDuel two years before the arbitration took place – $2.1 billion, with an implied company valuation of $11.2 billion. The arbitrator, however, found that FOX's payment must be based on a substantially higher FanDuel valuation of $20 billion it was hoping for, plus an additional 5% interest per year. At the

# SUSMAN GODFREY

time of the decision, this equated to a valuation for FanDuel of $22 billion and an option exercise price of $4.1 billion for FOX — nearly twice the amount that FOX argued it should be required to pay. The arbitrator also rejected FOX's claim that Flutter had not provided commercially reasonable resources to the Fox Bet business. <u>Read more</u>.

- KBR, asked Mr. Bhatia to serve as lead counsel in a lawsuit in California state court filed against KBR's subsidiary, Wyle Laboratories. The lawsuit had been pending for three years, and the main claim against Wyle Labs was for theft of trade secrets. The plaintiff was seeking tens of millions in damages.  Bhatia and his team mastered the complex facts of the case and developed legal defenses that had not been previously asserted by prior counsel.  The case was then tried to a jury verdict, with the jury rejecting the trade secret claim and the Court striking nearly all of plaintiff's damages.  The plaintiff was awarded less than $250,000 by the jury (a tiny fraction of what they were seeking) and that amount is now being challenged in post-trial motions.

- Bhatia was part of a team selected to represent Walmart two months before trial, in a theft of trade secret case pending in Arkansas federal court. Mr. Bhatia put on several witness at trial and cross-examined the CEO of the plaintiff and plaintiff's damage expert.  While the jury awarded damages to the plaintiff, over 95% of those damages were struck by the Court on post-trial motions.  The record that Mr. Bhatia developed during cross-examination was cited extensively in the Court's ruling.  The case is currently on appeal.

- During the financial crisis, Mr. Bhatia was hired by longtime client, Genworth Financial, to serve as lead counsel in a series of arbitrations involving mortgage fraud and negligent underwriting arising out of the housing downturn. In one of the cases, two weeks before arbitration proceedings were to begin, Mr. Bhatia's client resolved a dispute with a mortgage originator over $500-plus million in bulk mortgage insurance. In addition to defending Genworth in such cases, he provided strategic advice to guide them through a multi-year litigation effort.

- Bhatia was serving as co-lead counsel to ConocoPhillips when a federal district court in San Antonio dismissed all claims by 53 plaintiffs suing the company as well as and Rio Grande Resources, alleging that defendants' uranium mining and milling operations caused cancer and other medical ailments. Plaintiffs sought damages in excess of $50 million plus punitive damages; they recovered nothing.

- Mr. Bhatia was selected by Philip Morris to be on a National Steering Committee to organize the defense of tobacco litigation brought by dozens of foreign countries.  In that role, he also was charged with leading the defense of the cases brought in Texas.   The cases in Texas and throughout the country were dismissed, and those dismissals were upheld on appeal. Philip Morris ended up paying nothing.

# SUSMAN GODFREY

## Honors & Distinctions

- *Lawdragon* 500 Global Plaintiff Lawyer (2024, 2025)

- *Lawdragon* 500 Leading Litigator (2023, 2024, 2025, 2026)

- *Lawdragon* Legend  (2021)

- Litigation Star, Benchmark Litigation (2022, 2023, 2024, 2025 Euromoney)

- Recommended Lawyer, Antitrust: Civil Litigation/Class Actions: Plaintiff (2019, 2020, 2021) and Dispute Resolution: General Commercial Disputes, (2019, 2020, 2021, 2022, 2023) The Legal 500

- *Lawdragon* 500 Leading Plaintiff Financial Lawyers (2019, 2020, 2021, 2022, 2023, 2024, 2025)

- The Best Lawyers in America, Excellence in Commercial Litigation (Woodward White Inc., 2018 – 2026)

- Featured in Lawdragon's 2018 cover story, "Don't Mess With Texas – How Susman Godfrey Became America's Leading Trial Firm"

- *Lawdragon* 500 Leading Lawyers in America (2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024)

- AV Preeminent Lawyer, Martindale-Hubble (2018 – 2019)

- Chambers USA Guide to America's Leading Lawyers – General Commercial Litigation (2009)

- Super Lawyer, Texas – an honor awarded to the top 5% of lawyers in Texas (2021, 2006, 2021, 2022, 2023, 2024, 2025, Thomson Reuters)

- Rising Star, Super Lawyers, Texas – an honor awarded to the top 2.5% of lawyers in the Texas (2004 – 2005, Thomson Reuters)

## Clerkships

Honorable Jack B. Weinstein, United States District Court for the Eastern District of New York

## Education

**Columbia Law School** (J.D., 1990)

**Rice University** (B.A., 1987)

## Admissions

**Bar Admissions**

- Texas

- New York

# SUSMAN GODFREY

*Leadership & Professional Memberships*

- American Bar Association; Litigation Section, Antitrust Section
- New York State Bar Association
- New York City Bar Association
- Texas Bar Association
- Houston Bar Association

# SUSMAN GODFREY



# J. Craig Smyser

Associate

New York

(212) 336-8330

csmyser@susmangodfrey.com

## Overview

Since joining Susman Godfrey, Craig has scored successes for his clients in some of the most significant cases in the United States.

**WINS**

In the "historic" copyright infringement action *Bartz v. Anthropic*, Craig and a team from Susman Godfrey secured a $1.5 billion settlement for rightsholders whose books were downloaded by Anthropic from pirated databases. If approved, it will be the single largest recovery in any copyright case ever. Read more in *The New York Times*, *Bloomberg*, *Reuters*, and *Law.com*. Relatedly, alongside Susman Godfrey partners Justin Nelson and Rohit Nath, Craig co-authored an article for the Texas State Bar's *The Advocate* setting forth their analysis of copyright cases in which AI companies are alleged to have pirated millions of books. The approach in their article prefigured the historic settlement in *Bartz v. Anthropic*.

Craig also serves as counsel on behalf of a group of prominent writers—including John Grisham, David Baldacci, Jonathan Franzen, and George R.R. Martin—against OpenAI and Microsoft in *In re: Open AI Copyright Infringement Litigation*. In addition, Craig is representing plaintiffs against NVIDIA and Databricks in litigation related to copyright infringement and artificial intelligence.

Other major wins include:

- Representing the former owner of an NFL football team in issues involving the sale of the franchise.

- Securing significant licensing agreements for antenna design firm, Fractus, S.A., following patent litigation against ADT and Vivint in the Eastern District of Texas. The Vivint suit settled shortly after Craig argued

# SUSMAN GODFREY

at the claim construction hearing, and the ADT case settled on the eve of trial following favorable rulings Craig achieved at the pre-trial conference on summary judgment and *Daubert*.

- Scoring a win for air ambulance companies who challenged regulations promulgated under the Federal No Suprises Act before the district court and the Fifth Circuit in *Texas Medical Association, et al. v. U.S. Dep't of Health and Human Services*.

- Representing Match.com in the first major jury trial in the New York Commercial Division after the start of the COVID-19 pandemic against founders of Tinder over claims relating to valuation of synthetic equity options. The client described Craig as a "**star**" with "**superb**" "**client management skills**."

**BACKGROUND**

Craig joined Susman Godfrey after clerking for the Honorable Debra Ann Livingston of the United States Court of Appeals for the Second Circuit and for the Honorable Christopher R. Cooper of the United States District Court for the District of Columbia.

Craig earned his J.D. *magna cum laude* from Harvard Law School, where he was a semifinalist in the Ames Moot Court competition and served as Executive Submissions Editor of the *Journal on Legislation*. Before that, he graduated *cum laude* with Departmental Honors in Philosophy from Dartmouth College. Prior to law school, Craig served as a Fulbright Teaching Fellow in Turkey and worked as a consultant for L.E.K. Consulting in New York City.

*Clerkships*

Honorable Christopher R. Cooper, United States District Court for the District of Columbia

Honorable Debra Ann Livingston, United States Court of Appeals for the Second Circuit

*Education*

**Harvard Law School** (J.D., magna cum laude)

**Dartmouth College** (B.A., Philosophy, cum laude)

*Admissions*

**Bar Admissions**

- New York

- Texas

# SUSMAN GODFREY



# Collin Fredricks

Associate

Houston

(713) 651-9366

cfredricks@susmangodfrey.com

---

## *Overview*

Collin joined Susman Godfrey after earning his J.D. from Stanford Law School, where he served as Executive Editor of the *Stanford Law Review*. He participated in the law school's Religious Liberty Clinic, where he successfully argued an appeal in the U.S. Court of Appeals for the Ninth Circuit.

Before law school, Collin worked as a management consultant at Boston Consulting Group. He earned his undergraduate degree from the University of Texas at Austin.

## *Clerkships*

Honorable Arun Subramanian, United States District Court for the Southern District of New York, 2026 - 2027

Honorable Daniel Bress, United States Court of Appeals for the Ninth Circuit, 2025 - 2026

## *Education*

**Stanford Law School** (J.D., )

**The University of Texas at Austin** (B.B.A. Business Honors, with Highest Honors)

**The University of Texas at Austin** (B.A. Plan II Honors, with Highest Honors)

---

## *Admissions*

**Bar Admissions**

- Texas

# SUSMAN GODFREY



# Samir Doshi

Associate

New York

(212) 336-8330

sdoshi@susmangodfrey.com

## *Overview*

Since joining Susman Godfrey after clerking for Chief Justice Roberts on the United States Supreme Court, Samir has represented clients in the most significant cases in the country.

**LANDMARK WINS**

Samir's representations include:

Serving as counsel to the certified class of Plaintiffs in *Bartz v. Anthropic*, where he and the Susman Godfrey team secured a $1.5 billion settlement, which, if approved, will be the largest reported copyright settlement in history. Read more in *The New York Times*, *Bloomberg*, and *Reuters*.

Serving as counsel to Everly Health in an arbitration for breach of contract and violations of the Lanham Act. After a two-week trial, the arbitrator awarded Everly $987 million. Everly then successfully moved to confirm the arbitration award in the United States District Court for the District of Delaware, notwithstanding an opposing motion to vacate. The Court confirmed the award in a judgment valued at over $1.03 billion. Read more in *Reuters*, the *Chicago Tribune*, and *Law360* (subscription required).

Representing Dutch telecommunications company Koninklijke KPN N.V. (KPN) in a breach of contract dispute against Samsung Electronics Co. After a week-long trial, the jury awarded KPN $341 million in damages.  When Samsung attempted to remove the case to federal court post-trial, Samir led KPN's remand briefing in E.D. Tex., filing an opposition brief in just days and then arguing two of the three main issues to the court. Samir prevailed and the case was summarily remanded. The jury verdict for KPN has been covered in *Texas Lawyer*, *Bloomberg Law,* and *World IP Review*. Read more.

Representing a certified class of plaintiffs in *In re: National Football League's Sunday Ticket Antitrust Litigation*, Susman Godfrey served as trial counsel in an antitrust action against the National Football League and its 32 teams. After

# SUSMAN GODFREY

a three-week trial, the jury awarded plaintiffs more than $4.7 billion in damages before trebling. The trial court vacated the verdict on a post-trial motion, while leaving untouched the jury's determination that the NFL violated the Sherman Act. The case is on appeal to the Ninth Circuit. Read more in *Fortune*, ESPN, *Reuters*, and CNN.

Samir's clients have also included multiple leading pharmaceutical companies, multiple Fortune 500 companies, and a leading academic research institution—covering intellectual property, patent, financial, and complex commercial issues.

## BACKGROUND

Samir joined Susman Godfrey after clerking at all three levels of the federal judiciary, most recently for Chief Justice of the United States, John G. Roberts, Jr., and previously for Judge Raymond J. Lohier, Jr. of the United States Court of Appeals for the Second Circuit, and Judge Randolph D. Moss of the United States District Court for the District of Columbia.  Samir also served as a Bristow Fellow in the Office of the Solicitor General at the United States Department of Justice, where he assisted in the briefing and preparation of argument for matters on behalf of the federal government in the U.S. Supreme Court.

Samir is a graduate of the Yale Law School, where he received the Thurman Arnold Prize, Potter Stewart Prize, William E. Miller Prize, and John Fletcher Caskey Prize. Samir was also selected as a Coker Fellow in Contracts, served as Notes and Comments editor on the *Yale Law Journal,* and served as co-President of the Trial Advocacy Team.  Samir received his B.A., *magna cum laude*, Phi Beta Kappa, with distinction in all subjects from Cornell University, where he was elected commencement speaker for the Government Department and received an "All American" award from the American Mock Trial Association.

Samir has published in the Harvard Law School Forum for Corporate Governance, and, prior to law school, worked as management consultant at McKinsey & Company.

## *Honors & Distinctions*

- One to Watch, Commercial Litigation *Best Lawyers* (2026 Woodward White, Inc.)
- Rising Star of the Plaintiffs' Bar, *National Law Journal's* Elite Trial Lawyers (2025)

## *Clerkships*

Chief Justice John G. Roberts, Jr., Supreme Court of the United States

# SUSMAN GODFREY

Honorable Raymond J. Lohier, Jr., United States Court of Appeals for the Second Circuit

Honorable Randolph D. Moss, United States District Court for the District of Columbia

## *Education*

**Yale Law School** (J.D.)

- Notes and Comments Editor, *Yale Law Journal*
- Thurman Arnold Prize
- Potter Stewart Prize
- William E. Miller Prize
- John Fletcher Caskey Prize
- Coker Fellow, Contracts

**Cornell University** (B.A., magna cum laude, with distinction in all subjects)

- Phi Beta Kappa
- All American award, American Mock Trial Association

## *Admissions*

**Bar Admissions**

- New York

**Court Admissions**

- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Northern District of New York

# SUSMAN GODFREY



# Molly Karlin

Of Counsel

Los Angeles

(310) 789-3100

mkarlin@susmangodfrey.com

## *Overview*

Molly is an experienced appellate lawyer and a go-to attorney for high-stakes cases. A writer by nature, Molly has drafted numerous briefs and petitions before the United States Supreme Court and appellate courts and has successfully briefed and argued dispositive motions in both the federal and state courts and in arbitration.  Her diverse practice runs the gamut from complex commercial litigation, on behalf of both plaintiffs and defendants, to defense-side criminal appeals. She is adept at finding creative solutions to the toughest problems, identifying novel issues and adopting out-of-the-box approaches to resolve disputes in her clients' favor.



*"[Your brief] is excellent.  Very clear and hard-hitting."*
**– Hon. Alex Kozinski, Former Chief Judge of the U.S. Court of Appeals for the Ninth Circuit**

Molly currently holds an undefeated record in complex commercial appeals.  The United States Supreme Court has also called for responsive briefing to nearly all of the petitions for writs of certiorari Molly has filed, indicating its interest in her clients' cases even where the opposing party waived its right to be heard.  State and federal courts have corrected defects in their court rules and pattern jury instructions in direct response to issues Molly raised in her clients' appeals.  On the political front, her cases have spurred remedial legislation.

**LANDMARK WINS**

Prior to joining Susman Godfrey, Molly prevailed for her clients in several high-profile matters.

In a case that captured widespread public attention, Molly represented Marissa Alexander, a young Black mother who had been sentenced to twenty years in

## SUSMAN GODFREY

prison for firing a warning shot to defend herself against her abusive partner. Molly persuaded the Florida Court of Appeals to reverse Ms. Alexander's conviction; then, on retrial, she convinced the trial court to admit the copious evidence of the "victim's" violent attacks on his prior romantic partners. Rather than attempt to defend this damning pattern of abuse before a jury, the prosecution agreed to a sentence of time served. Ms. Alexander's case led the Florida legislature to amend the state's Stand-Your-Ground law to permit the firing of a warning shot in circumstances like hers. The case was heavily covered by nearly every major news outlet in the United States, several magazines, and publications in other countries, including *The New York Times*, *USA Today*, *Reuters*, *U.S. News and World Report*, *NPR*, *The Guardian*, *The Toronto Star*, various cable news channels, and *Rolling Stone*, *Slate*, *The Nation*, *Essence*, and *Salon* magazines.

On behalf of a Berkshire Hathaway subsidiary, Molly drafted the successful summary judgment briefing that eliminated plaintiff Ford Motor Company's claims for hundreds of millions in punitive damages, leading to a favorable settlement for the Berkshire subsidiary. In a related case, Molly prevailed for her insurer client in arbitration and then obtained a federal court's confirmation of the arbitrator's decision denying Ford the hundreds of millions it sought. Both cases received coverage in *Law360*.

Molly obtained the acquittal at trial of a Syrian man on several terrorism-related offenses stemming from the alleged construction of improvised explosive devices (IEDs) in the Iraq War. On appeal of the remaining convictions, she then argued and obtained reversal—and complete dismissal—of the counts alleging the commission of a crime of violence. She further persuaded the court of appeals to vacate the defendant's life sentence, which included a conviction for conspiring to use a weapon of mass destruction. The case was covered by media outlets across the globe, including *The Associated Press*, *Reuters*, *FOX News*, and *The Times of Israel*.

**PRO BONO**

Molly is deeply committed to *pro bono* work. Recently, she secured a grant of clemency by the President for a client sentenced to life without parole under a federal three-strikes law. She obtained legal status in immigration court, precluding deportation, for a client who had been sexually assaulted by gang members in El Salvador due to her transgender status. Molly also regularly represents *amici curiae* in the defense of constitutional rights and civil liberties and in opposition to capital punishment.

**BACKGROUND**

For a decade prior to joining Susman Godfrey, Molly served as a federal public defender, advocating for indigent defendants convicted of serious federal crimes. Before that, she worked as an associate at other high-powered firms, where she was the primary drafter of important briefing in billion-dollar disputes. Molly holds a J.D. from Columbia Law School, where she was a

# SUSMAN GODFREY

Harlan Fiske Stone Scholar, earned the Parker School Certificate of Achievement in International and Comparative Law, and served as an Articles Editor for *The Columbia Journal of Gender and Law*.  After graduating, she served as a law clerk on the United States Court of Appeals for the Ninth Circuit. She earned her B.A., *cum laude* and with distinction in the English major, from Yale University.

## *Notable Representations*

**Appellate**

- ***United States v. Alahmedalabdaloklah***, **94 F.4th 782 (9th Cir.).** Argued and obtained reversal and complete dismissal of charges for conspiracy to possess a destructive device in furtherance of a crime of violence and aiding and abetting, and reversal of life sentence for conspiracy to use a weapon of mass destruction and conspiracy to maliciously destroy government property.

- ***United States v. Charley***, **1 F.4th 637 (9th Cir.).** Argued and obtained reversal, in published opinion, of federal convictions for assault resulting in serious bodily injury and assault with a dangerous weapon for defendant who had been abused by victim boyfriend, followed by complete dismissal of charges.

- ***Camargo v. Ryan***, **684 F. App'x 607 (9th Cir.).** Argued and obtained reinstatement of federal habeas corpus petition for defendant serving 25-year sentence for kidnapping and assault.

- ***Consumer Financial Protection Bureau v. United Guaranty Corp.*** **(11th Cir.).** Obtained dismissal of appeal on behalf of mortgage insurer against third party seeking to upset settlement agreement between client and the Consumer Financial Protection Bureau.

- ***Riddle v. Bank of Am.***, **588 F. App'x 127 (3d Cir.).** Obtained affirmance of dismissal on behalf of mortgage insurer in class action alleging an illegal kickback scheme in violation of the Real Estate Settlement Practices Act.

**Complex Commercial Litigation**

- ***HDI-Gerling Industrie Versicherung v. Ford Motor Co.*** **(S.D.N.Y.).** Defeated half-billion dollar claim in arbitration on behalf of insurer against major automobile manufacturer; then obtained confirmation of award in federal court.

- ***Ford Motor Co. v. National Indemnity Co.*** **(E.D. Va.).** Obtained favorable settlement in federal court on behalf of defendant reinsurer against major automobile manufacturer after prevailing on summary judgment denying plaintiff's claim for hundreds of millions in punitive damages.

# SUSMAN GODFREY

- ***Primo Hospitality v. Americana at Brand* (Cal. Super. Ct.).** Obtained win at trial on behalf of major developer against restaurant claiming contract violations and seeking millions in damages plus attorneys' fees.

## Honors & Distinctions

- Harlan Fiske Stone Scholar
- Parker School Certificate of Achievement in International & Comparative Law
- Winner of Notes Competition, *Columbia Journal of Gender & Law*
- Articles Editor, *Columbia Journal of Gender & Law*

## Clerkships

Honorable Arthur L. Alarcón, United States Court of Appeals for the Ninth Circuit

## Education

**Columbia Law School** (J.D., 2009)

**Yale University** (B.A., cum laude, 2004)

## Admissions

**Bar Admissions**

- California
- New York
- Arizona

**Court Admissions**

- United States Supreme Court
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Western District of New York

# SUSMAN GODFREY

- U.S. District Court for the District of Arizona

- U.S. District Court for the Eastern District of Oklahoma

# SUSMAN GODFREY



# Reetu Sinha

Houston

(713) 651-9366

rsinha@susmangodfrey.com

---

## *Overview*

Reetu represents plaintiffs and defendants in a variety of commercial litigation matters. Prior to joining Susman Godfrey, Reetu clerked on the Western District of Texas, and then worked as an associate at a litigation boutique, where she represented parties at various stages of the litigation process.

## *Education*

**The University of Texas School of Law** (J.D., with Honors)

**Mary Baldwin College** (B.A., magna cum laude)

---

## *Admissions*

**Bar Admissions**

- Texas

---

**Court Admissions**

- U.S. District Court for the Western District of Texas

# SUSMAN GODFREY



# Audra Clark

Houston

(713) 651-9366
aclark@susmangodfrey.com

## Overview

Audra represents plaintiffs and defendants in a variety of commercial litigation matters.  While in law school, Audra clerked at the United Nations International War Crimes Tribunal for the Former Yugoslavia in The Hague, The Netherlands.

## Education

**South Texas College of Law** (J.D.)

**The University of Texas** (B.A., Pre-Law Government)

**The University of Texas** (B.A., Pre-Law Sociology)

## Leadership & Professional Memberships

- Texas Bar Foundation, Fellow
- Leadership Houston, Class of XXXII
- College of the State Bar of Texas, Member

# SUSMAN GODFREY



# Rania Mohsen

Houston
(713) 651-9366
rmohsen@susmangodfrey.com

## *Overview*

Rania represents plaintiffs and defendants in a variety of commercial litigation matters. Prior to joining Susman Godfrey, Rania worked as an associate in a law firm where she represented plaintiffs in first party property insurance claims. Rania joined Susman Godfrey in the spring of 2016. Rania earned her law degree from the University of Texas School of Law in May of 2015.

# SUSMAN GODFREY



# Patrick Aana

Houston

(713) 651-9366

PAana@susmangodfrey.com

## *Overview*

Patrick represents both plaintiffs and defendants in a variety of commercial litigation matters.  Prior to joining Susman Godfrey, Patrick practiced in the Houston office of an international law firm, where his disputes practice focused on cross-border and domestic arbitrations as well as complex litigation in state and federal courts.  Over the years, Patrick has volunteered considerable time to the Houston Young Lawyers Association (HYLA) and has served as an elected director and Secretary on HYLA's Board of Directors.

Patrick is a Houston native, having earned an undergraduate degree from the University of Houston and a master's degree from the University of St. Thomas.  He worked in the non-profit sector for several years before attending the University of Texas School of Law for his law degree, which he achieved in 2019.  At Texas Law, Patrick served as an Articles & Notes Editor for the Texas International Law Journal and was selected as a Human Rights Scholar for the Rapoport Center for Human Rights and Justice.  In addition, Patrick served as a Dean's Fellow and Society Coordinator in the law school's Society Program and participated in the Texas Law Fellowships, Assault & Flattery, and mock trial.  Patrick interned in the Appellate Section of the U.S. Attorney's Office for the Southern District of Texas.  Texas Law honored him as a Pro Bono Torchbearer for his pro bono work.

## *Education*

**The University of Texas School of Law** (J.D.)

**The University of Saint Thomas** ()

- Masters, International Studies

**The University of Houston** (B.A., magna cum laude)

## *Admissions*
**susmangodfrey.com**

# SUSMAN GODFREY

**Bar Admissions**

- Texas

**Court Admissions**

- U.S. District Court for the Southern District of Texas

*Leadership & Professional Memberships*

- Member, Litigation Section, Houston Bar Association
- Secretary of the Board of Directors, Houston Young Lawyers Association
- Alumni Board Member, Texas International Law Journal
- Member, Texas Law 2019 Class Committee
- Member, Texas Law Houston Young Alumni Steering Committee
- Fellow, Houston Bar Foundation
- Fellow, Houston Young Lawyer Foundation
- Member, World Affairs Council of Greater Houston
- Friend of HAMUN, Houston Area Model United Nations

# SUSMAN GODFREY



# Vicki Gipson

Houston

(713) 651-9366

vgipson@susmangodfrey.com

---

## *Overview*

Vicki represents plaintiffs and defendants in a variety of commercial litigation matters.  Prior to joining Susman Godfrey, Vicki worked as an attorney at a law firm where she represented exploration and production companies in a variety of oil and gas transactional matters.  She also worked as a Finance professional prior to attending law school.  Vicki earned her law degree from the Thurgood Marshall School of Law in May of 2011.

## *Education*

**Thurgood Marshall School of Law** (J.D.)

**Texas Southern University** (M.B.A., Business)

**Louisiana State University** (B.S., Finance)

## *Admissions*

**Bar Admissions**
- Texas
- District of Columbia
- Wyoming

## SUSMAN GODFREY

# Alex Stemkovsky

Los Angeles

(310) 789-3100

astemkovsky@susmangodfrey.com

*Overview*

Alex has been an e-Discovery attorney for over 20 years specializing in complex litigation at the federal and state level. Some matters Alex was involved in include antitrust, false claims act, employment, securities fraud, and breach of contract. While in law school Alex interned at the New Jersey State Attorney General's Office in Newark. Prior to joining Susman Godfrey Alex was with O'Melveny & Myers LLP.

*Education*

**New York Law School** (J.D., 1996)

**Montclair State University** (1993)

*Languages*

Russian

# SUSMAN GODFREY



# Kristin Galik

Houston

(713) 651-9366

kgalik@susmangodfrey.com

*Overview*

Kristin represents both plaintiffs and defendants in various types of commercial litigation matters in federal and state courts.  Prior to joining Susman Godfrey, Kristin represented clients in matters in all types of industries, including oil and gas, corporate law, and probate.  Kristin earned her law degree from the University of Houston in 2005.

*Honors & Distinctions*

- Houston Business and Tax Law Journal, Managing Editor

*Education*

**The University of Houston Law Center** (J.D.)

**The University of Texas** (B.B.A. in Accounting, summa cum laude)

San Antonio, Texas

# SUSMAN GODFREY



# Nehad Mikhael

### Staff Attorney

Houston

(713) 651-9366

nmikhael@susmangodfrey.com

## *Overview*

Nehad Mikhael graduated *summa cum laude* from the University of Houston Law Center, where he earned both his JD and LLM in Health Law. During law school, Nehad won various awards, was ranked 4th in his class, and was on the Dean's List.

Prior to law school, Nehad worked as a pharmacist and is currently licensed in the States of New York, New Jersey, and Texas. He earned his PharmD from Bernard J. Dunn School of Pharmacy in Winchester, Virginia. He is also a Board-Certified Pharmacotherapy Specialist by the Board of Pharmacy Specialties.

## *Honors & Distinctions*

- Dean's List (Fall 2021, Spring 2022, Fall 2022, Spring 2023, & Fall 2023)
- Order of the Barons
- Huey O'Toole Award Recipient
- CALI Award Recipient (for highest grade) in Legal Research and Writing I, Criminal Law, Torts II, and Contracts II

## *Education*

**The University of Houston Law Center** (LLM, Health Law)

**The University of Houston Law Center** (J.D., summa cum laude)

**Shenandoah University Bernard J. Dunn School of Pharmacy** (PharmD)

## *Admissions*

**Bar Admissions**

- Texas