| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) <br> Alejandra C. Salinas (*pro hac vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> Michael Adamson (SBN 321754) <br> **SUSMAN GODFREY L.L.P.** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br> rnath@susmangodfrey.com <br> madamson@susmangodfrey.com <br><br> Jordan W. Connors* <br> **SUSMAN GODFREY L.L.P.** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101-2683 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> J. Craig Smyser* <br> Samir Doshi* <br> **SUSMAN GODFREY L.L.P.** <br> One Manhattan West, 51st Floor, <br> New York, NY 10001-8602 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com <br> sdoshi@susmangodfrey.com <br><br> *Co-Lead Class Counsel* | Rachel Geman (*pro hac vice*) <br> Jacob S. Miller (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br> jmiller@lchb.com <br> delmasry@lchb.com <br><br> Daniel M. Hutchinson (SBN 239458) <br> Jallé H. Dafa (SBN 290637) <br> Amelia Haselkorn (SBN 339633) <br> **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> dhutchinson@lchb.com <br> jdafa@lchb.com <br> ahaselkorn@lchb.com <br><br> Betsy A. Sugar* <br> **LIEFF CABRASER HEIMANN <br> & BERNSTEIN, LLP** <br> 222 Second Ave., #1640 <br> Nashville, TN 37201-2375 <br> Telephone: (615) 313-9000 <br> bsugar@lchb.com <br><br> *Co-Lead Class Counsel* <br> **(Pro Hac Vice)* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' ERRATA REGARDING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF SERVICE AWARDS (DKT. 505)** |

Plaintiffs submit this notice to inform the Court of one typographical error in Plaintiffs' filing yesterday in Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Awards (Dkt. 505). On page three of the document, signatures for Class Counsel were omitted in the Notice of Motion. Plaintiffs submit herewith a corrected version of Plaintiffs' filing. *See* Exhibit A. No changes have been made to the filing except for correction of the typographical error noted above.

Dated: December 4, 2025

By: */s/ Justin A. Nelson*
  Justin A. Nelson (*pro hac vice*)
  Alejandra C. Salinas (*pro hac vice*)
  **SUSMAN GODFREY L.L.P**
  1000 Louisiana Street, Suite 5100
  Houston, TX 77002-5096
  Telephone: (713) 651-9366
  jnelson@susmangodfrey.com
  asalinas@susmangodfrey.com

  Rohit D. Nath (SBN 316062)
  Michael Adamson (SBN 321754)
  **SUSMAN GODFREY L.L.P**
  1900 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067-2906
  Telephone: (310) 789-3100
  RNath@susmangodfrey.com
  MAdamson@susmangodfrey.com

  J. Craig Smyser (*pro hac vice*)
  Samir H. Doshi (*pro hac vice*
  **SUSMAN GODFREY L.L.P**
  One Manhattan West, 51st Floor,
  New York, NY 10019
  Telephone: (212) 336-8330
  csmyser@susmangodfrey.com
  sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)

By: */s/ Rachel Geman*
  Rachel Geman *(pro hac vice)*
  Jacob S. Miller *(pro hac vice)*
  Danna Z. Elmasry *(pro hac vice)*
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  250 Hudson Street, 8th Floor
  New York, New York 10013-1413
  Telephone: (212) 355-9500
  rgeman@lchb.com
  jmiller@lchb.com
  delmasry@lchb.com

  Daniel M. Hutchinson (SBN 239458)
  Jallé H. Dafa (SBN 290637)
  Amelia Haselkorn (SBN 339633)
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  275 Battery Street, 29th Floor
  San Francisco, CA 94111-3339
  Telephone: (415) 956-1000
  dhutchinson@lchb.com
  jdafa@lchb.com
  ahaselkorn@lchb.com

  Betsy A. Sugar (*pro hac vice*)
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  222 2nd Avenue S., Suite 1640
  Nashville, TN 37201
  Telephone: (615) 313-9000
  bsugar@lchb.com

*Co-Lead Counsel*

Jay Edelson*
**EDELSON PC**

| | | |
|---|---|---|
| 1 | **COWAN DEBAETS ABRAHAMS & SHEPPARD LLP** | 350 North LaSalle Street, 14th Floor |
| 2 | 60 Broad Street, 30th Floor | Chicago, IL 60654 |
| | New York, New York 10010 | Telephone: (312) 589-6370 |
| 3 | Telephone: (212) 974-7474 | jedelson@edelson.com |
| | sshoulder@cdas.com | |
| 4 | ccole@cdas.com | Matthew J. Oppenheim* |
| | | **OPPENHEIM & ZEBRAK LLP** |
| 5 | *Additional Counsel for the Class and Authors'* | 4530 Wisconsin Ave, NW, 5th Floor |
| | *Coordinating Counsel* | Washington, DC 20016 |
| 6 | | Telephone: 202.450.3958 |
| | | matt@oandzlaw.com |
| 7 | | |
| | | *Publishers' Coordinating Counsel* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 4, 2025

/s/ Justin Nelson