United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE
JOHNSON, individually, and ANDREA
BARTZ, INC., CHARLES GRAEBER, and
MJ + KJ, INC., individually and as
representatives of the class,

        Plaintiffs,

    v.

ANTHROPIC PBC,

        Defendant.

No.  C 24-05417 WHA

**ORDER RE LETTER FROM
ATTORNEY CULPEPPER**

    The undersigned judge has read the letter written by Attorney Kerry Culpepper to
Anthropic dated December 9, 2025.  The clients of Attorney Culpepper are, of course, entitled
to exclude themselves from the class action (following the correct procedures under prior
orders), but they are not permitted to seek to remain in the class yet seek a sweeter deal than
other class members.  No class work can receive more or less than any other class work.
Anthropic and plaintiffs and their counsel are under a court order not to entertain any such
overture.  Counsel for Anthropic shall please send a copy of this order to Attorney Culpepper.

    **IT IS SO ORDERED.**

Dated:  December 11, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE