| | |
|---|---|
| Justin A. Nelson* | Rachel Geman* |
| Alejandra C. Salinas* | Jacob S. Miller* |
| **SUSMAN GODFREY L.L.P** | Danna Z. Elmasry* |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN &** |
| Houston, TX 77002-5096 | **BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, NY 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) Jallé Dafa (SBN 290637) |
| Los Angeles, CA 90067-2906 | **LIEFF CABRASER HEIMANN &** |
| Telephone: (310) 789-3100 | **BERNSTEIN, LLP** |
| rnath@susmangodfrey.com | 275 Battery Street, 29th Floor |
| madamson@susmangodfrey.com | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| Jordan W. Connors* | dhutchinson@lchb.com |
| **SUSMAN GODFREY L.L.P** | jdafa@lchb.com |
| 401 Union Street, Suite 3000 | |
| Seattle, WA 98101 | Betsy A. Sugar* |
| Telephone: (206) 516-3880 | **LIEFF CABRASER HEIMANN &** |
| jconnors@susmangodfrey.com | **BERNSTEIN, LLP** |
| | 222 Second Ave., #1640 |
| J. Craig Smyser* | Nashville, TN 37201 |
| Samir Doshi* | Telephone: (615) 313-9000 |
| **SUSMAN GODFREY L.L.P** | bsugar@lchb.com |
| One Manhattan West, 51st Floor, | |
| New York, NY 10019 | *Co-Lead Class Counsel* |
| Telephone: (212) 336-8330 | *(Pro Hac Vice)* |
| csmyser@susmangodfrey.com | |
| sdoshi@susmangodfrey.com | |

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **ATTESTATION REGARDING CLASS MEMBERS WHO REQUESTED TO REMOVE LEGAL NAME FROM WORKS LIST LOOKUP** |

Following the Court's November 18, 2025 Further Order on Status Report Re Changes to Class Notice (Dkt. 490) (the "November 18 Order"), Class Counsel attest that they contacted each of the fourteen (14) class members who previously requested to remove their legal names from the publicly accessible Works List Lookup on the Settlement Website. Class Counsel's outreach to all fourteen (14) class members included one initial communication and at least two additional communications; in particular, an initial email, one or more telephone calls (if a telephone number was available and the Class Member wanted to talk by phone), and one or more follow-up emails (depending on the Class Member's needs and preferences about questions). Class Counsel contacted each Class Member at the same email address that the Class Member previously used to contact the Settlement Administrator or Class Counsel about removal of their legal name from the Works List.

As a result of this outreach, eleven (11) class members have rescinded their prior request to remove their legal name from the Works List Lookup, and three (3) class members have not responded to Class Counsel. Of the eleven (11) class members who responded to Class Counsel's inquiries, the final class member communicated her intent to rescind her request at 1:28pm today, December 19, 2025.

The legal names of the eleven (11) class members who have rescinded their requests and the three (3) class members who have not responded have been restored in the Works List Lookup. The Works List Lookup reflects those legal names at the time of this filing.

Dated: December 19, 2025

By: */s/ Justin A. Nelson*
  Justin A. Nelson (*pro hac vice*)
  Alejandra C. Salinas (*pro hac vice*)
  **SUSMAN GODFREY L.L.P**
  1000 Louisiana Street, Suite 5100
  Houston, TX 77002-5096
  Telephone: (713) 651-9366
  jnelson@susmangodfrey.com
  asalinas@susmangodfrey.com

  Rohit D. Nath (SBN 316062)
  Michael Adamson (SBN 321754)
  **SUSMAN GODFREY L.L.P**
  1900 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067-2906

By: */s/ Rachel Geman*
  Rachel Geman *(pro hac vice)*
  Jacob S. Miller *(pro hac vice)*
  Danna Z. Elmasry *(pro hac vice)*
  **LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
  250 Hudson Street, 8th Floor
  New York, New York 10013-1413
  Telephone: (212) 355-9500
  rgeman@lchb.com
  jmiller@lchb.com
  delmasry@lchb.com

| | |
|---|---|
| Telephone: (310) 789-3100<br>RNath@susmangodfrey.com<br>MAdamson@susmangodfrey.com<br><br>J. Craig Smyser (*pro hac vice*)<br>Samir H. Doshi *(pro hac vice*<br>**SUSMAN GODFREY L.L.P**<br>One Manhattan West, 51st Floor,<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com<br>sdoshi@susmangodfrey.com<br><br>*Co-Lead Counsel*<br><br>Scott J. Shoulder (*pro hac vice*)<br>**COWAN DEBAETS ABRAHAMS<br>& SHEPPARD LLP**<br>60 Broad Street, 30th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>sshoulder@cdas.com<br><br>*Additional Counsel for the Class and Authors' Coordinating Counsel* | Daniel M. Hutchinson (SBN 239458)<br>Jallé H. Dafa (SBN 290637)<br>Amelia Haselkorn (SBN 339633)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>dhutchinson@lchb.com<br>jdafa@lchb.com<br>ahaselkorn@lchb.com<br><br>Betsy A. Sugar (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>222 2nd Avenue S., Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br>bsugar@lchb.com<br><br>*Co-Lead Counsel*<br><br>Jay Edelson*<br>**EDELSON PC**<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>jedelson@edelson.com<br><br>Matthew J. Oppenheim*<br>**OPPENHEIM & ZEBRAK LLP**<br>4530 Wisconsin Ave, NW, 5th Floor<br>Washington, DC 20016<br>Telephone: 202.450.3958<br>matt@oandzlaw.com<br><br>*Publishers' Coordinating Counsel* |

## **ATTESTATION**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served December 19, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman