GAW POE LLP
CHRISTOPHER WIMMER (#263275)
cwimmer@gawapoe.com
ONE EMBARCADERO, SUITE 1200
SAN FRANCISCO, CA 94111
Telephone: (415) 326-3957
Facsimile: (415) 737-0642

SLARSKEY LLC
DAVID N. SLARSKEY *pro hac vice application pending*
ADAM HOLLANDER *on the brief*
DEEPA DEVANATHAN *on the brief*
dslarskey@slarskey.com
767 THIRD AVENUE, 14TH FLOOR
NEW YORK, NY  10017

Attorneys for Proposed Intervenor Textbook and Academic Authors Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC. CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>Defendants. | CASE NO. 3:24-CV-05417-WHA<br><br>**NOTICE OF WITHDRAWAL OF MOTION**<br><br>Date: January 27, 2026<br>Time: 8:00 am<br>Courtroom: 12 – 19th Floor<br>The Honorable William H. Alsup |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Textbook and Academic Authors Association ("TAA") hereby withdraws its Motion to Intervene and for Curative Communication pursuant to Rule 23(d), which Motion was Noticed on December 22, 2025 (ECF No. 513). TAA has communicated with Class Counsel and Sage Publishing. The three parties have agreed to a follow-on communication to be sent (subject to approval by the Court) to Class members who received the email referenced in TAA's Motion. Class Counsel have informed TAA that they will file a short response to the motion today, as well as, promptly, a joint stipulation for approval by the Court of the proposed follow-on communication. TAA is withdrawing this motion without prejudice to re-filing it and re-noticing it at a later time.

Date: December 29, 2025  
New York, New York

SLARSKEY LLC

*/s/ David N. Slarskey*  
David N. Slarskey *pro hac vice application pending*

GAW | POE LLP

*/s/ Christopher Wimmer*  
Christopher Wimmer

Attorneys for Proposed Intervenor Textbook and Academic Authors Association

**ECF Attestation**

I am the person efiling this document. I attest that each of the other signatories have concurred in the filing of the document.

*/s/ Christopher Wimmer*