1  Justin A. Nelson (*pro hac vice*)
   Alejandra C. Salinas (*pro hac vice*)
2  **SUSMAN GODFREY L.L.P.**
   1000 Louisiana Street, Suite 5100
3  Houston, TX 77002-5096
   Telephone: (713) 651-9366
4  jnelson@susmangodfrey.com
   asalinas@susmangodfrey.com
5
   Rohit D. Nath (SBN 316062)
6  Michael Adamson (SBN 321754)
   **SUSMAN GODFREY L.L.P.**
7  1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067-2906
8  Telephone: (310) 789-3100
    rnath@susmangodfrey.com
9   madamson@susmangodfrey.com

10 Jordan W. Connors*
   **SUSMAN GODFREY L.L.P.**
11 401 Union Street, Suite 3000
   Seattle, WA 98101-2683
12 Telephone: (206) 516-3880
   jconnors@susmangodfrey.com
13
   J. Craig Smyser*
14 Samir Doshi*
   **SUSMAN GODFREY L.L.P.**
15 One Manhattan West, 51st Floor,
   New York, NY 10001-8602
16 Telephone: (212) 336-8330
   csmyser@susmangodfrey.com
17 sdoshi@susmangodfrey.com

18 *Co-Lead Class Counsel*

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
*(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE AND FOR CURATIVE COMMUNICATION PURSUANT TO RULE 23(D)** |

1    Class Counsel have conferred with Textbook and Academic Authors Association ("TAA") and Sage Publishing regarding TAA's Motion to Intervene and for Curative Communication Pursuant to Rule 23(d) (ECF No. 513). As a result of those discussions, TAA has withdrawn its Motion (ECF No. 518) in favor of a proposed follow-up email to be sent to class members who received the original email (sent by Sage Publishing) at issue in the TAA's Motion.

Because the proposed follow-up email would constitute a direct communication to several hundred class members, and because Class Counsel were substantially involved in drafting the proposed follow-up email, Class Counsel's view is that it must be approved by the Court before it is sent. *See* ECF No. 453 at 2 ("[T]he content of class notices should be approved by the district judge."). Class Counsel is conferring with Anthropic about that proposed follow-up email and will then file a joint motion for Court approval of it by December 30, 2025. *See id.*

Dated: December 29, 2025

| | |
|---|---|
| By: */s/ Rohit D. Nath* | By: */s/ Rachel Geman* |
| Justin A. Nelson (*pro hac vice*) | Rachel Geman (*pro hac vice*) |
| Alejandra C. Salinas (*pro hac vice*) | Jacob S. Miller (*pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Danna Z. Elmasry *(pro hac vice)* |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN** |
| Houston, TX 77002-5096 | **& BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, New York 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P** | |
| 1900 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067-2906 | Daniel M. Hutchinson (SBN 239458) |
| Telephone: (310) 789-3100 | Jallé H. Dafa (SBN 290637) |
| RNath@susmangodfrey.com | Amelia Haselkorn (SBN 339633) |
| MAdamson@susmangodfrey.com | **LIEFF CABRASER HEIMANN** |
| | **& BERNSTEIN, LLP** |
| J. Craig Smyser (*pro hac vice*) | 275 Battery Street, 29th Floor |
| Samir H. Doshi (*pro hac vice* | San Francisco, CA 94111-3339 |
| **SUSMAN GODFREY L.L.P** | Telephone: (415) 956-1000 |
| One Manhattan West, 51st Floor, | dhutchinson@lchb.com |
| New York, NY 10019 | jdafa@lchb.com |
| Telephone: (212) 336-8330 | ahaselkorn@lchb.com |
| csmyser@susmangodfrey.com | |
| sdoshi@susmangodfrey.com | |
| | Betsy A. Sugar (*pro hac vice*) |
| *Co-Lead Counsel* | **LIEFF CABRASER HEIMANN** |
| | **& BERNSTEIN, LLP** |
| | 222 2nd Avenue S., Suite 1640 |
| | Nashville, TN 37201 |
| | Telephone: (615) 313-9000 |
| | bsugar@lchb.com |
| | |
| | *Co-Lead Counsel* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 29, 2025

/s/ Rohit Nath