GAW POE LLP
CHRISTOPHER WIMMER (Bar Number 263275)
cwimmer@gawpoe.com
ONE EMBARCADERO, SUITE 1200
SAN FRANCISCO, CA 94111
Telephone: (415) 326-3957
Facsimile: (415) 737-0642


ARCHSTONE LAW GROUP, P.C.
BRENDA M. ULRICH
bulrich@archstonelaw.com
Riverside Center, 275 Grove St, Suite 2-400
Newton, MA 02466
Attorneys for Proposed Intervenors
Textbook and Academic Authors Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC. CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No. 3:24-cv-05417-WHA<br><br>**DECLARATION OF BRENDA M. ULRICH IN RESPONSE TO JUDGE'S MEMORANDUM AND ORDER REGARDING PETITIONS FOR FEES AND COSTS** |

I, Brenda M. Ulrich, declare and state as follows:

1. I am an attorney, partner with the law firm of Archstone Law Group, P.C., and counsel for the Textbook and Academic Authors Association ("TAA").

2. I am personally familiar with the facts contained in this declaration and make this declaration in response to the Court's Memorandum and Order Regarding Fees and Costs, issued December 23, 2025.

3. Archstone Law Group, P.C. has made no agreement to share any portion of any fee award in this class action or in any other class action(s) (putative or certified) involving any party (or class member) herein.

4. Archstone Law Group, P.C. has not made any proposal to anyone to share any portion of any fee award in this class action or in any other class action(s) (putative or certified) involving any party (or class member) herein.

5. Archstone Law Group, P.C. is not aware of any arrangement or proposal by which any class member would receive a recovery other than as approved by the Court.

6. The only agreement Archstone Law Group, P.C. is a party to that pertains to sharing of fees is the agreement referenced in the Declaration of Justin Nelson, Paragraph 20, which accurately discloses the agreement between Archstone Law Group, P.C. and Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2025, in Boston, MA.

Respectfully submitted,

Brenda. M. Ulrich