# EXHIBIT 1

**PROPOSED EMAIL CORRESPONDENCE TO BE SENT BY SAGE PUBLISHING**

We are writing to clear up any confusion that may have resulted from our previous email regarding the claims process in the *Bartz v. Anthropic* settlement.

Our previous email reflected Sage's view that under the distribution plan you are entitled to <<XX>>% based on the << YY term – either: royalty rate you receive for a sale of your work OR contract provision addressing litigation proceeds >> from your contract. You are not required to put this percentage on your claim form, and you may have a different view of what you are entitled to, based on your review of your contract or the review of your counsel, if you have counsel. You may also state on your claim form that you do not know.

If you have already submitted your claim form, you have up until the Claims deadline on March 30, 2026 to change or modify it. There is a claims process set up by the court to address situations where the publisher's and author's claims do not align.

If you have any questions about the claim form or the settlement process, you can contact the Settlement Administrator or Class Counsel, whose contact information is below:

Settlement Administrator:
info@AnthropicCopyrightSettlement.com
877-206-2314

Class Counsel:
Rohit D. Nath – SUSMAN GODFREY L.L.P.
RNath@susmangodfrey.com
713-650-4355

Daniel Hutchinson – LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
dhutchinson@lchb.com
800-254-2660