1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

11

12

13

14

15

16

17

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class, | Case No. 3:24-cv-05417-WHA |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR SUPPLEMENTAL CLASS NOTICE** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

1        This matter is before the Court on the Joint Motion for Approval of Supplemental Class

2    Notice. Having considered the moving papers and the record in this matter, the Court **GRANTS**

3    the joint motion and permits the dissemination by Sage Publishing of the supplemental email notice

4    provided in the Joint Motion to those class members who received the prior email correspondence

5    by Sage Publishing detailed in the Joint Motion.

6

7        **IT IS SO ORDERED.**

8

   DATED: **December 30, 2025**

9

10              WILLIAM ALSUP

11              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR SUPPLEMENTAL CLASS NOTICE
CASE NO. 3:24-CV-05417-WHA