| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) | Rachel Geman (*pro hac vice*) |
| Alejandra C. Salinas (*pro hac vice*) | Jacob S. Miller (*pro hac vice*) |
| **SUSMAN GODFREY L.L.P.** | Danna Z. Elmasry (*pro hac vice*) |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN** |
| Houston, TX 77002-5096 | **& BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, New York 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P.** | |
| 1900 Avenue of the Stars, Suite 1400 | Elizabeth J. Cabraser (SBN 083151) |
| Los Angeles, CA 90067-2906 | Daniel M. Hutchinson (SBN 239458) |
| Telephone: (310) 789-3100 | Jallé H. Dafa (SBN 290637) |
| rnath@susmangodfrey.com | Amelia Haselkorn (SBN 339633) |
| madamson@susmangodfrey.com | **LIEFF CABRASER HEIMANN** |
| | **& BERNSTEIN, LLP** |
| Jordan W. Connors* | 275 Battery Street, 29th Floor |
| **SUSMAN GODFREY L.L.P.** | San Francisco, CA 94111-3339 |
| 401 Union Street, Suite 3000 | Telephone: (415) 956-1000 |
| Seattle, WA 98101-2683 | ecabraser@lchb.com |
| Telephone: (206) 516-3880 | dhutchinson@lchb.com |
| jconnors@susmangodfrey.com | jdafa@lchb.com |
| | ahaselkorn@lchb.com |
| J. Craig Smyser* | |
| Samir Doshi* | Betsy A. Sugar* |
| **SUSMAN GODFREY L.L.P.** | **LIEFF CABRASER HEIMANN** |
| One Manhattan West, 51st Floor, | **& BERNSTEIN, LLP** |
| New York, NY 10001-8602 | 222 Second Ave., #1640 |
| Telephone: (212) 336-8330 | Nashville, TN 37201-2375 |
| csmyser@susmangodfrey.com | Telephone: (615) 313-9000 |
| sdoshi@susmangodfrey.com | bsugar@lchb.com |
| | |
| *Co-Lead Counsel* | |
| **(Pro Hac Vice)* | *Co-Lead Class Counsel* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-AMO <br><br> **PLAINTIFFS' STATUS REPORT: UPDATE ON CLASS ACTION SETTLEMENT APPROVAL PROCESS** |

Plaintiffs file this Status Report to update the Court and request a status conference to be held at the Court's convenience.

This case concerns a class of copyright holders whose books were downloaded from pirated websites without permission by Anthropic. Judge Alsup denied summary judgment, in part, on June 23, 2025, Dkt. 231, and granted class certification, in part, on July 17, 2025, Dkt. 244. There are 482,460 books in the Class. Dkt. 437 at 5 n.2. On September 5, the parties announced a non-reversionary settlement of $1.5 billion plus interest—over $3,000 per work (Dkt. 363), with unclaimed amounts distributed to recovering class members on a pro rata per-work basis. The settlement would be the largest known copyright recovery of all time, and also includes non-monetary relief. Judge Alsup called the settlement a "home run" (Dkt. 484 at 54), later re-confirming that "I don't see how you could get a better deal than the deal that's on the table now." Dkt. 503 at 139.

Plaintiffs moved for preliminary approval of the settlement on September 5, 2025. Dkt. 363. Judge Alsup postponed preliminary approval for Plaintiffs to present a detailed plan of allocation. Dkt. 371. Judge Alsup also asked the parties to answer 34 detailed questions which Judge Alsup set forth in multiple written orders. Dkts. 375, 383. On September 22, Plaintiffs filed their supplemental motion for preliminary approval, Dkt. 401, and, on September 23, the parties filed their answers to the 34 questions Judge Alsup had posed, Dkt. 418. On September 25, Judge Alsup held a hearing at which the Court comprehensively explained the reasons why the proposed settlement ("Settlement") was in the best interests of the Class. Judge Alsup orally granted approval of the Settlement at the hearing, and, on October 17, 2025, issued a detailed written order again explaining his reasons for approval. Dkt. 437.

The Settlement stages payments in four increments: $300 million shortly after preliminary approval (already paid), $300 million shortly after final approval, and two payments of $450 million each to occur the earlier of (a) September 25, 2026 (for the first) and September 25, 2027 (for the second). *See* Dkt. at 362-3 at 9-10. Anthropic will make the final two payments on a faster timeline if it either conducts a qualifying private capital raise or has an initial public offering. *Id*.; *see also id.* at 6. Interest accrues on the additional $450 million payments from the time of

preliminary approval but does not accrue on the $300 million payment due at final approval.

The settlement website (https://www.anthropiccopyrightsettlement.com/) went live soon after preliminary approval, and Plaintiffs engaged in a robust indirect notice program. Direct notice was sent by U.S. Mail and email on December 1, 2025. The current opt-out and objection date is 45 days later, on January 15, 2026. A hearing on final approval was set for April 23 at 12:00 PM, which the notice reflects.

On December 3, 2025, Plaintiffs' counsel filed their request for fees, costs, and service awards. Dkt. 505. Anthropic objected to the fee portion of the request on December 17. Dkt. 511. On December 23, Judge Alsup issued a statement regarding the fee request and directed the submission of declarations from Class Counsel and other law firms containing certain specified information. Dkt. 515. Judge Alsup's statement also suggested that an extension of the opt-out deadline could be appropriate as well as a status conference, but left those decisions to the next judge. Counsel timely filed the requested declarations on December 30. Dkts. 522–528. That same date, Judge Alsup issued his last ruling in this matter, granting a joint motion for a publisher class member to issue supplemental email notice to class members who had received an earlier communication from that publisher. Dkt. 531.

Plaintiffs respectfully request the following subject to the Court's approval:

1. That the final approval hearing take place on the currently-scheduled date of April 23, 2026, or as close to that date as the Court's schedule allows. Simultaneously with this filing, the parties are reserving April 23, 2026, on the Court's calendar but are available at the Court's convenience.

2. That the opt-out and objections deadline be extended (or that the Court will allow late opt-outs) from January 15, 2026 to January 29, 2026. While no additional time is required, a brief extension will preempt and put to rest any potential argument that the Class lacked adequate time to consider the settlement. Class Counsel has conferred with Anthropic in advance of this filing, and can confirm that both Class Counsel and Anthropic believe that no other date needs to be changed at this time, including the re-inclusion deadline, the claims deadline, or the hearing date. If the extension is approved, Plaintiffs will immediately update the Settlement Website with

the modified out-out and objections deadline.

Additionally, Class Counsel further note that they are available for a status conference in this case at the Court's convenience. Plaintiffs are cognizant of the Court's schedule and that no open date is available on the Court's calendar and are at the Court's pleasure. Plaintiffs, however, believe that a short status conference may be useful in continuing to move the case towards the final approval hearing.

Plaintiffs are available at the Court's convenience to discuss these or any other issues.

Dated: January 5, 2026

By: /s/ Justin A. Nelson

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
Rnath@susmangodfrey.com
Madamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class and Proposed Authors' Coordinating Counsel*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

By: /s/ Rachel Geman

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 83151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

Case No. 3:24-cv-05417       - 4 -       PLAINTIFFS' STATUS REPORT: UPDATE ON CLASS ACTION SETTLEMENT APPROVAL PROCESS

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2026

/s/ Justin Nelson

- 1 -

PLAINTIFFS' STATUS REPORT: UPDATE ON CLASS ACTION
SETTLEMENT APPROVAL
CASE NO. 3:24-CV-05417