**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No. 3:24-cv-05417-AMO |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING PLAINTIFFS' STATUS REPORT** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

Case No. 3:24-cv-05417

This matter is before the Court on Plaintiffs' Status Report providing an update on the class action settlement approval process in the above-captioned action. Having considered the moving papers and the record in this matter, the Court **ORDERS** as follows:

1.  The hearing to consider final approval of the settlement is hereby set for April 23, 2026, at 9:00 a.m. in Courtroom 10—19th Floor of the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

DATED: _____ _____, 2026

_____
ARACELI MARTINEZ-OLGUIN
UNITED STATES DISTRICT JUDGE