| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) <br> Alejandra C. Salinas (*pro hac vice*) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> jnelson@susmangodfrey.com <br> asalinas@susmangodfrey.com <br><br> Rohit D. Nath (SBN 316062) <br> Michael Adamson (SBN 321754) <br> **SUSMAN GODFREY L.L.P.** <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067-2906 <br> Telephone: (310) 789-3100 <br> rnath@susmangodfrey.com <br> madamson@susmangodfrey.com <br><br> Jordan W. Connors* <br> **SUSMAN GODFREY L.L.P.** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101-2683 <br> Telephone: (206) 516-3880 <br> jconnors@susmangodfrey.com <br><br> J. Craig Smyser* <br> Samir Doshi* <br> **SUSMAN GODFREY L.L.P.** <br> One Manhattan West, 51st Floor, <br> New York, NY 10001-8602 <br> Telephone: (212) 336-8330 <br> csmyser@susmangodfrey.com <br> sdoshi@susmangodfrey.com <br><br> *Co-Lead Class Counsel* | Rachel Geman (*pro hac vice*) <br> Jacob S. Miller (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Telephone: (212) 355-9500 <br> rgeman@lchb.com <br> jmiller@lchb.com <br> delmasry@lchb.com <br><br> Elizabeth J. Cabraser (SBN 083151) <br> Daniel M. Hutchinson (SBN 239458) <br> Jallé H. Dafa (SBN 290637) <br> Amelia Haselkorn (SBN 339633) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> ecabraser@lchb.com <br> dhutchinson@lchb.com <br> jdafa@lchb.com <br> ahaselkorn@lchb.com <br><br> Betsy A. Sugar* <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 222 Second Ave., #1640 <br> Nashville, TN 37201-2375 <br> Telephone: (615) 313-9000 <br> bsugar@lchb.com <br><br> *Co-Lead Class Counsel* <br> *(Pro Hac Vice)* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-AMO <br><br> **JOINT STIPULATION REGARDING CLASS SETTLEMENT APPROVAL PROCESS** |

## NOTICE OF JOINT STIPULATION

Plaintiffs and Anthropic PBC hereby jointly stipulate to the following, subject to the Court's approval:

1. The opt-out and objections deadline for the settlement—but no other deadlines—shall be extended to January 29, 2026.

Dated: January 5, 2026

| | |
|---|---|
| By: /s/ Justin A. Nelson<br><br>Justin A. Nelson (*pro hac vice*)<br>Alejandra C. Salinas (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>jnelson@susmangodfrey.com<br>asalinas@susmangodfrey.com<br><br>Rohit D. Nath (SBN 316062)<br>Michael Adamson (SBN 321754)<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br>RNath@susmangodfrey.com<br>MAdamson@susmangodfrey.com<br><br>J. Craig Smyser (*pro hac vice*)<br>Samir H. Doshi (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West, 51st Floor,<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>csmyser@susmangodfrey.com<br>sdoshi@susmangodfrey.com<br><br>*Co-Lead Counsel* | By: /s/ Rachel Geman<br><br>Rachel Geman (*pro hac vice*)<br>Jacob S. Miller (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>rgeman@lchb.com<br>jmiller@lchb.com<br>delmasry@lchb.com<br><br>Elizabeth J. Cabraser (SBN 83151)<br>Daniel M. Hutchinson (SBN 239458)<br>Jallé H. Dafa (SBN 290637)<br>Amelia Haselkorn (SBN 339633)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>dhutchinson@lchb.com<br>jdafa@lchb.com<br>ahaselkorn@lchb.com<br><br>Betsy A. Sugar* (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>222 2nd Avenue S., Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br>bsugar@lchb.com<br><br>*Co-Lead Counsel* |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Douglas A. Winthrop

DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2026

/s/ Justin Nelson