# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:24-cv-05417-AMO<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION AS TO THE CLASS ACTION SETTLEMENT APPROVAL PROCESS** |

This matter is before the Court on the parties' Joint Stipulation regarding the class action settlement approval process in the above-captioned action. Having considered the moving papers and the record in this matter, the Court **ORDERS** as follows:

1. The opt-out and objections deadline is hereby extended to January 29, 2026.

**IT IS SO ORDERED.**

DATED: _____ _____, 2026

_____
ARACELI MARTINEZ-OLGUIN
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-05417

-1-

[PROPOSED] ORDER REGARDING JOINT STIPULATION AS TO THE CLASS ACTION SETTLEMENT APPROVAL PROCESS