UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:24-cv-05417-AMO<br><br>[PROPOSED] ORDER REGARDING JOINT STIPULATION AS TO THE CLASS ACTION SETTLEMENT APPROVAL PROCESS |

1  This matter is before the Court on the parties' Joint Stipulation regarding the class action
2  settlement approval process in the above-captioned action. Having considered the moving papers
3  and the record in this matter, the Court **ORDERS** as follows:
4    1.  The opt-out and objections deadline is hereby extended to January 29, 2026.

     **IT IS SO ORDERED.**

DATED: January 8, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**