UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No.:  3:24-CV-05417-~~WHA~~ AMO

**[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW**

**Hon. Araceli Martínez-Olguín**

   **UPON** consideration of the Motion for Leave to Withdraw as Sole Counsel filed by Terence W. McCormick, Esq., as counsel for Non-Party HarperCollins Publishers, L.L.C. ("HarperCollins"), it is hereby **ORDERED** that counsel's motion is **GRANTED** and Terence W. McCormick, Esq. shall be terminated as counsel for HarperCollins in the above-captioned matter.

   **IT IS SO ORDERED** this _8th_ day of ___January 2026___.

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

1

3:24-CV-05417-AMO