

**TUSCANY BAY BOOKS**
**PO BOX 466**
**STEELE, ND 58482-0466**

October 6, 2025

Hon. District Judge William H. Alsup
c/o Clerk's Office
Phillip Burton Federal Building
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

RE: Bartz vs. Anthropic, No. C 24-05417 WHA

Your Honor,

We are aware that the court has tentatively approved a settlement of this case. However, there is a fatal flaw in the settlement and we ask the court to reconsider its final decision and make a necessary adjustment as to who may join in this settlement.

The court has indicated that any publisher and/or author who wishes to be a part of the settlement, must provide not only the title of the pirated work, but the ASIN/ISBN number AND the U.S. Copyright number for each work. It is this final requirement that is at issue.

Filing with the U.S. Copyright office is an antiquated method in the publishing industry that predates the internet and online publishing. Only the larger publishing houses for the most part still do this. A vast majority of small houses, like Tuscany Bay Books, and independently published authors do not bother with this registration as it is no longer needed.

Every work that is published and sold online shows up on Amazon with its ASIN/ISBN numbers as well as the date of publication, which serves as the copyright date in every court of law across the globe. I have attached examples for your review.

We ask that the court remove the U.S. Copyright Number as a requirement and allow only the title and ASIN/ISBN number to serve as the criteria. To do otherwise would severely damage thousands of authors and publishers and deny them compensation for the works that were stolen by LibraryGenesis and other sources that Anthropic wrongfully used without permission to train its AI.

It is not fair to them as they have suffered far more harm than the larger houses to which a few thousand dollars is a pittance. For many of those currently shut out of this settlement these funds literally could mean the end of their endeavors if they are denied this compensation.

We respectfully ask, on our behalf as well as all of the other small publishers and independent authors, that you make this change and open this settlement to every victim of Anthropic's misconduct.

We are also attaching a list of the 24 titles that we found on LibraryGenesis. We have good reason to suspect that most, if not all, of our 80+ titles at Tuscany Bay Books will show up as wrongfully being used by the other sources involved in this case.

Sincerely,

Richard Paolinelli
Publisher, Tuscany Bay Books

Here are the 24 titles and their respective ASIN or ISBN number that were found on the Library Genesis site:

| | |
|---|---|
| PLANETARY ANTHOLOGY SERIES: MERCURY | 979-8861823210 |
| PLANETARY ANTHOLOGY SERIES: EARTH | 979-8861944243 |
| PLANETARY ANTHOLOGY SERIES: MARS | 979-8862201680 |
| HELL SPAWN | 979-8812404192 |
| DEATH CULT | 979-8821248329 |
| INFERNAL AFFAIRS (part of a boxed set) | 979-8821298287 |
| COVEN | 979-8821256294 |
| HUSSAR | 979-8821255075 |
| DESTINY | 979-8813162190 |
| LIGHTBRINGER | 979-8821253064 |
| DARK WEB | 979-8821249531 |
| BLUE SAINT | 979-8821250995 |
| LUPUS DEI | ASIN: B0B2828RC8 |
| CASTLE BRAVE | 979-8839389809 |
| MAIN STREET DOA | 979-8985670837 |
| GALEN'S BLADE | 979-8804143061 |
| MAELSTROM | 978-1541328846 |
| ESCAPING INFINITY | 978-1541392588 |
| RESERVATIONS | 978-1793019233 |
| BETRAYALS | 978-1096096948 |
| JACK DEL RIO: COMPLETE TRILOGY | ASIN: B076477X5X |
| TOM'S REVENGE | 979-8839524316 |
| THE TIMELESS | 978-1723715389 |
| SECRET OF THE SPHINX | 978-1073414611 |

*SEE ATTACHED PAGES*



## Product details

**ASIN :** B09Y3J1JNR

**Publisher :** Independently published

**Publication date :** April 21, 2022

**Language :** English

**Print length :** 222 pages

**ISBN-13 :** 979-8804143061

**Item Weight :** 11.7 ounces

**Dimensions :** 6 x 0.56 x 9 inches

**Book 2 of 3 :** Starquest: 4th Age Adventures

**Best Sellers Rank:** #2,633,821 in Books (See Top 100 in Books)
  #1,706 in Space Fleet Science Fiction
  #7,592 in Space Operas
  #552,691 in Literature & Fiction (Books)

**Customer Reviews:** 4.7 ★★★★★ ∨ (15)



GALEN'S BLADE



**About the Author**

Born in Turlock, California in 1964, Richard Paolinelli began his writing career as a freelance writer in 1984 in Odessa, TX and gained his first fiction credit serving as the lead writer for the first two issues of the Elite Comics sci-fi/fantasy series, Seadragon. In 1991 Richard began his sports writing career at the Gallup Independent before moving on to work for the Modesto Bee, Turlock Journal, Merced Sun-Star, Tracy Press, San Mateo County Times and the San Francisco Examiner. He also served as an editor and photographer with some of the newspapers. He won the 2001 California Newspaper Publishers Association award for Best Sports Story while at the Turlock Journal. In 2010, Richard retired as a sportswriter and decided to return to his fiction writing roots. He released two short stories - The Invited and Legacy of Death - as well as a full-length sci-fi novel, Maelstrom. In 2015, Richard completed nearly two years of research and interviews and published, From The Fields: A History of Prep Football in Turlock, California, chronicling 95 years of high school football in his hometown. One month later, the first book of the Jack Del Rio series, Reservations, was published by Oak Tree Press. In 2016, Richard was one of a dozen authors selected to participate in, Beyond Watson, an anthology of original Sherlock Holmes stories. Perfection's Arbiter, a biography of National League Umpire, Babe Pinelli, was released on October 8th. W & B Books acquired the Jack Del Rio series and released the second book, Betrayals, in November. The remaining two books in the Jack Del Rio series will follow in 2017 & 2018. His website is: www.richardpaolinelli.com

**Product details**

Publisher : CreateSpace Independent Publishing Platform

Publication date : December 31, 2016

Language : English

Print length : 330 pages

ISBN-10 : 1541392582

ISBN-13 : 978-1541392588

Item Weight : 1.08 pounds

Dimensions : 6 x 0.75 x 9 inches

Book 1 of 2 : Infinity

Best Sellers Rank: #7,504,157 in Books (See Top 100 in Books)
  #8,421 in First Contact Science Fiction (Books)
  #1,336,978 in Literature & Fiction (Books)

Customer Reviews: 3.9 ★★★★☆ ∨ (108)

*ESCAPING INFINITY*





Reservations (Jack Del Rio): Pac...    (1) Facebook    Posts with replies by Richard Paolin...    +

amazon.com/Reservations-Jack-Del-Richard-Paolinelli/dp/1793019231/ref=tmm_pap_swatch_0

BILLS    EMAIL    WRITING    PUBLISHING    MY WEBSITES    NEWS    FAMILY    TRAVEL & ENTERTAI...    INSIDE THE STAR    MOVIE_MAKING    DuckDuckGo    Conservatarian Press    Home - ValleyCon    »

## Product details

**Publisher** : Independently published

**Publication date** : December 1, 2017

**Language** : English

**Print length** : 324 pages

**ISBN-10** : 1793019231

**ISBN-13** : 978-1793019233

**Item Weight** : 15.3 ounces

**Dimensions** : 6 x 0.73 x 9 inches

**Book 1 of 3** : Jack Del Rio

**Best Sellers Rank:** #5,904,296 in Books (See Top 100 in Books)
    #2,502 in Terrorism Thrillers (Books)
    #3,871 in Indigenous Fiction
    #6,147 in Political Thrillers (Books)

**Customer Reviews:** 4.3 ★★★★☆ (221)

*RESERVATIONS*

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## About the author

Follow authors to get new release updates, plus improved recommendations.

6:16 PM
10/6/2025