

**TUSCANY BAY BOOKS**
**PO BOX 466**
**STEELE, ND 58482-0466**

October 6, 2025

Hon. District Judge William H. Alsup
c/o Clerk's Office
Phillip Burton Federal Building
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102



RE: Bartz vs. Anthropic, No. C 24-05417 WHA

Your Honor,

We are aware that the court has tentatively approved a settlement of this case. However, there is a fatal flaw in the settlement and we ask the court to reconsider its final decision and make a necessary adjustment as to who may join in this settlement.

The court has indicated that any publisher and/or author who wishes to be a part of the settlement, must provide not only the title of the pirated work, but the ASIN/ISBN number AND the U.S. Copyright number for each work. It is this final requirement that is at issue.

Filing with the U.S. Copyright office is an antiquated method in the publishing industry that predates the internet and online publishing. Only the larger publishing houses for the most part still do this. A vast majority of small houses, like Tuscany Bay Books, and independently published authors do not bother with this registration as it is no longer needed.

Every work that is published and sold online shows up on Amazon with its ASIN/ISBN numbers as well as the date of publication, which serves as the copyright date in every court of law across the globe. I have attached examples for your review.

We ask that the court remove the U.S. Copyright Number as a requirement and allow only the title and ASIN/ISBN number to serve as the criteria. To do otherwise would severely damage thousands of authors and publishers and deny them compensation for the works that were stolen by LibraryGenesis and other sources that Anthropic wrongfully used without permission to train its AI.

It is not fair to them as they have suffered far more harm than the larger houses to which a few thousand dollars is a pittance. For many of those currently shut out of this settlement these funds literally could mean the end of their endeavors if they are denied this compensation.

We respectfully ask, on our behalf as well as all of the other small publishers and independent authors, that you make this change and open this settlement to every victim of Anthropic's misconduct.

We are also attaching a list of the 24 titles that we found on LibraryGenesis. We have good reason to suspect that most, if not all, of our 80+ titles at Tuscany Bay Books will show up as wrongfully being used by the other sources involved in this case.

Sincerely,

Richard Paolinelli
Publisher, Tuscany Bay Books

Here are the 24 titles and their respective ASIN or ISBN number that were found on the Library Genesis site:

PLANETARY ANTHOLOGY SERIES: MERCURY    979-8861823210
PLANETARY ANTHOLOGY SERIES: EARTH      979-8861944243
PLANETARY ANTHOLOGY SERIES: MARS       979-8862201680
HELL SPAWN                             979-8812404192
DEATH CULT                             979-8821248329
INFERNAL AFFAIRS (part of a boxed set) 979-8821298287
COVEN                                  979-8821256294
HUSSAR                                 979-8821255075
DESTINY                                979-8813162190
LIGHTBRINGER                           979-8821253064
DARK WEB                               979-8821249531
BLUE SAINT                             979-8821250995
LUPUS DEI                              ASIN: B0B2828RC8
CASTLE BRAVE                           979-8839389809
MAIN STREET DOA                        979-8985670837
GALEN'S BLADE                          979-8804143061
MAELSTROM                              978-1541328846
ESCAPING INFINITY                      978-1541392588
RESERVATIONS                           978-1793019233
BETRAYALS                              978-1096096948
JACK DEL RIO: COMPLETE TRILOGY         ASIN: B076477X5X
TOM'S REVENGE                          979-8839524316
THE TIMELESS                           978-1723715389
SECRET OF THE SPHINX                   978-1073414611

*SEE ATTACHED PAGES*



**Product details**

ASIN : B09Y3J1JNR

Publisher : Independently published

Publication date : April 21, 2022

Language : English

Print length : 222 pages

ISBN-13 : 979-8804143061

Item Weight : 11.7 ounces

Dimensions : 6 x 0.56 x 9 inches

Book 2 of 3 : Starquest: 4th Age Adventures

Best Sellers Rank: #2,633,821 in Books (See Top 100 in Books)
  #1,706 in Space Fleet Science Fiction
  #7,592 in Space Operas
  #552,691 in Literature & Fiction (Books)

Customer Reviews: 4.7 ★★★★★ ∨ (15)

GALEN'S BLADE



a Amazon.com: Escaping Infinity:    ×    (1) Facebook    Posts with replies by Richard Paolin    +

amazon.com/Escaping-Infinity-Richard-Paolinelli/dp/1541392582/ref=tmm_pap_swatch_0

BILLS    EMAIL    WRITING    PUBLISHING    MY WEBSITES    NEWS    FAMILY    TRAVEL & ENTERTAI...    INSIDE THE STAR    MOVIE_MAKING    DuckDuckGo    Conservatarian Press    Home - ValleyCon    »

amazon prime    Deliver to Richard    Steele 58482    Books ▾    Search Amazon    EN ▾    Hello, Richard    Account & Lists ▾    Returns & Orders    Cart

## About the Author

Born in Turlock, California in 1964, Richard Paolinelli began his writing career as a freelance writer in 1984 in Odessa, TX and gained his first fiction credit serving as the lead writer for the first two issues of the Elite Comics sci-fi/fantasy series, Seadragon. In 1991 Richard began his sports writing career at the Gallup Independent before moving on to work for the Modesto Bee, Turlock Journal, Merced Sun-Star, Tracy Press, San Mateo County Times and the San Francisco Examiner. He also served as an editor and photographer with some of the newspapers. He won the 2001 California Newspaper Publishers Association award for Best Sports Story while at the Turlock Journal. In 2010, Richard retired as a sportswriter and decided to return to his fiction writing roots. He released two short stories - The Invited and Legacy of Death - as well as a full-length sci-fi novel, Maelstrom. In 2015, Richard completed nearly two years of research and interviews and published, From The Fields: A History of Prep Football in Turlock, California, chronicling 95 years of high school football in his hometown. One month later, the first book of the Jack Del Rio series, Reservations, was published by Oak Tree Press. In 2016, Richard was one of a dozen authors selected to participate in, Beyond Watson, an anthology of original Sherlock Holmes stories. Perfection's Arbiter, a biography of National League Umpire, Babe Pinelli, was released on October 8th. W & B Books acquired the Jack Del Rio series and released the second book, Betrayals, in November. The remaining two books in the Jack Del Rio series will follow in 2017 & 2018. His website is: www.richardpaolinelli.com

## Product details

**Publisher** : CreateSpace Independent Publishing Platform

**Publication date** : December 31, 2016

**Language** : English

**Print length** : 330 pages

**ISBN-10** : 1541392582

**ISBN-13** : 978-1541392588

**Item Weight** : 1.08 pounds

**Dimensions** : 6 x 0.75 x 9 inches

**Book 1 of 2** : Infinity

**Best Sellers Rank:** #7,504,157 in Books (See Top 100 in Books)
   #8,421 in First Contact Science Fiction (Books)
   #1,336,978 in Literature & Fiction (Books)

**Customer Reviews:** 3.9 ★★★★☆ ✔ (108)



ESCAPING INFINITY



6:16 PM
10/6/2025

a Reservations (Jack Del Rio): Pac...  ✕    (1) Facebook    Posts with replies by Richard Paolin...    +

‹ › C    amazon.com/Reservations-Jack-Del-Richard-Paolinelli/dp/1793019231/ref=tmm_pap_swatch_0

BILLS    EMAIL    WRITING    PUBLISHING    MY WEBSITES    NEWS    FAMILY    TRAVEL & ENTERTAI...    INSIDE THE STAR    MOVIE_MAKING    DuckDuckGo    Conservatarian Press    Home - ValleyCon    »

## Product details

**Publisher :** Independently published

**Publication date :** December 1, 2017

**Language :** English

**Print length :** 324 pages

**ISBN-10 :** 1793019231

**ISBN-13 :** 978-1793019233

**Item Weight :** 15.3 ounces

**Dimensions :** 6 x 0.73 x 9 inches

**Book 1 of 3 :** Jack Del Rio

**Best Sellers Rank:** #5,904,296 in Books (See Top 100 in Books)
  #2,502 in Terrorism Thrillers (Books)
  #3,871 in Indigenous Fiction
  #6,147 in Political Thrillers (Books)

**Customer Reviews:** 4.3 ★★★★★ ∨ (221)

*RESERVATIONS*

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## About the author

Follow authors to get new release updates, plus improved recommendations.



6:16 PM
10/6/2025