Received
FILED
DEC 15 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ, ANDREA BARTZ, INC. CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ Inc.,

Plaintiffs,

v.

No. 3:24-cv-05417-WHA

ANTHROPIC PBC,

Defendant.

**OBJECTION TO SETTLEMENT**

**On behalf of myself (Writer/Author) and a Subset of the Class**

1. I am a Writer/Author, and write under the pen name: "Stacy Hoff." I have seven published novels that were pirated by Anthropic:
    - Desire in the Everglades
    - Desire in the Arctic
    - Lawfully Yours
    - Jockeying for You
    - Betting on Love in Vegas
    - Hotter than the Caribbean
    - Mad for You in Madrid

   all of which were published by Soul Mate Publishing, Inc. (henceforth, "SMP") via contracts executed by myself and SMP.

2. I am a recognized member of the Bartz settlement class (unique ID#: N8HCUQZGBK) due to three of my novels appearing on the Bartz list of Works:

   Desire in the Everglades
   ISBN # 9781619355620
   U.S. Copyright registration # TX0007961635

   Desire in the Arctic
   ISBN #9781682910405
   U.S. Copyright registration # TX0008232100

   Lawfully Yours
   ISBN # 9781619357280
   U.S. Copyright Registration # TX0008062454

These three books shall hereinafter be collectively called the "Claimed Books" for purposes of this brief.

3. The Claimed Books appear on the List of Settlement Works because SMP had registered each of these novels for ISBN numbers, and for U.S. Copyright numbers, under my name, per my contract with SMP.

4. I filed my Bartz settlement claim for these Claimed Books due to the limited timeframe imposed on all Writer/Authors to timely file, along with my availability being limited due to out-of-the-country travel/limited electronic access. However, I am still Objecting to settlement in full, and requesting this Honorable Court to Deny said Settlement in its entirety.

5. SMP had the same contractual duty as with my Claimed Books to register my other four novels for ISBN numbers and U.S. Copyright numbers. (See Exhibits A, B, C, and D, specifically, Section 8.) SMP, however, failed its duty to register with the U.S. Copyright office, resulting in these four books being rejected from the List of Settlement Works. These four unregistered books shall henceforth be collectively called: "Books Omitted from the Works," or "BOW Group," for purposes of this brief, and are identified as follows:

   Jockeying for You
   ISBN # 9781682912393
   ("Jockeying For You" contract, Exhibit A)

   Betting on Love in Vegas
   ISBN # 9781682913420
   ("Bet On It" contract, Exhibit B)

   Hotter than the Caribbean
   ISBN # 9781682915950
   ("Building Love in the Caribbean" contract, Exhibit C)

   Mad for You in Madrid
   ISBN # 9781682918043
   ("Building Love in Madrid" contract, Exhibit D)

6. I have a good-faith basis to believe my Objection to the Settlement pertains not just to myself, but to a large subset of the Class, particularly other Writers/Authors who had Publishers fail to file for U.S. Copyright registration, despite being contractually bound to do so, and whose publishers are now legally defunct/out-of-business. Hence, they are also unable to file for Settlement awards.

7. Despite SMP's failure to register the BOW Group with the U.S. Copyright Office, SMP published each of my novels with U.S. Copyright Notice language prominently on their respective front pages, as can be seen from the following Exhibits:

Exhibit E – U.S. Copyright Registration Notice for Jockeying for You

Exhibit F - U.S. Copyright Registration Notice for Betting on Love in Vegas

Exhibit G - U.S. Copyright Registration Notice for Hotter than the Caribbean

Exhibit H - U.S. Copyright Registration Notice for Mad for You in Madrid

8. Anthropic willingly stole and pirated all seven of my novels, inclusive of the BOW Group, despite each of these books bearing the U.S. Copyright Notification on the front page (both in print and digital formats).

9. Approximately three years ago, SMP went out of business, leaving me, the Writer/Author, with no legal recourse to sue my publisher for its contractual failure to register all of my novels with the U.S. Copyright Office.

10. Under the current Bartz settlement, Anthropic would profit from their willful and intentional theft by keeping the settlement money that should be paid out for the BOW group based on a "lucky" technicality–my publisher's failure to perform.

11. If the Court allows a settlement to prevent payment for the BOW Group, the outcome would especially egregious given that:

    (a)    Anthropic had actual notice of author ownership of the BOW Group.

    (b)    The proposed settlement would leave me (and other Writers/Authors similarly situated) negatively impacted by allowing Anthropic to profit despite Anthropic's bad intent and illegal actions.

    (c)    This settlement could promote future theft by AI companies by encouraging them to take advantage of Writers/Authors due to Bartz's low-dollar-per-author settlement award.

    (d)    The Bartz settlement will encourage future theft by AI companies by Writers/Authors who were already taken advantage of by their Publishers for their contractual failure to register for U.S. Copyright.

    (e)    Indeed, under this settlement, plaintiff's counsel, Anthropic, and SMP (now defunct) would have made a profit for themselves off of Author's work, while the Writer/Author is left with almost no monetary restitution for the Work they themselves created.

    (f)    Allowing Anthropic, and Plaintiff's Counsel, to violate the long-standing common law theory of Authorship and Copyright protection by insisting on actual U.S. Registration (regardless of a Copyright Notice page) will undoubtedly result in *de-facto* encouragement of further theft and piracy by AI companies due to a low-stakes "gamble." This outcome clearly goes against public policy.

12. As a result of Anthropic's piracy, and SMP's no longer being in business, I am unable to claim settlement for the BOW Group due to no fault of my own.

13. Punitive damages should be awarded against Anthropic for each and every theft of work that bore U.S. Copyright Notice, regardless of actual U.S. Copyright registration.

14. I am personally aware of several other Writers/Authors who are also left with no recourse, and believe there are thousands who are similarly situated.

15. Further, I believe that the settlement amount of $3,000.00 per Listed Work is too low; class members are not receiving enough relief for the injury they have suffered. The total settlement amount that will be actually paid is artificially and unfairly deflated because the amount of claimants are limited due to the requirement of having both an ISBN number and a U.S. Copyright number.

16. This settlement figure of $3,000.00 per Work is especially disproportionate considering the billions of dollars received in a recent cash infusion to Anthropic. See attached Exhibit I, "Anthropic Raises $13 Billion Funding Round at $183 Billion Valuation," CNBC article, dated September 2, 2025, for which I ask this Honorable Court to take Judicial Notice.

17. Class Counsel should be paid less attorney fees than they are requesting from this Court because their settlement paperwork (distributed to all claimants) did not include adequate instruction and information as to how to e-file with the Court. This omission fails to provide a free, quick, and easy filing methodology for all class claimants, most of whom have no legal background/knowledge, and some with limited disposable income to pay for copies and U.S. postage.

18. I am Objecting to the settlement proposal for all the reasons stated herein.

19. I wish to receive a Zoom link to the final approval hearing so that I may attend and argue my Objection.

20. In addition to being the Writer of the above stated Works, I am an attorney, actively practicing law in Connecticut. In this matter, I am representing myself.

Stacy Lynn Werner, Esq. (licensed in CT)
200 Lake Ave.,
Trumbull, CT 06611
(203) 556-5596
stacywerner200@gmail.com

Respectfully Submitted,

/s/ [signature]

Stacy Lynn Werner, Esq.

EXHIBIT A

AGREEMENT made this 5th day of May, 2016 between Stacy Lynn Werner, (hereinafter called the Author), whose residence is 200 Lake Ave., Trumbull, CT, 06611, and Soul Mate Publishing, LLC, (hereinafter called the Publisher) is a registered company under the laws of the state of New York, with a virtual address of www.SoulMatePublishing.com.

The parties agree as follows:

1. GRANT The Author grants to the Publisher for a period of five (5) years from the date of first publication the sole and exclusive worldwide right to publish, display, distribute, and sell an English-language electronic unenhanced version of the verbatim text and paperback edition of the 51,000-word manuscript entitled Jockeying For You (hereinafter called the Work) from its website and through third party distributors. Upon the expiration of this agreement five (5) years from the date of original publication, if the Publisher notifies the Author prior to the expiration date of its interest in extending the agreement, the Author shall negotiate with the Publisher, and no other publisher, for mutually agreed upon terms for said extension. Should no such agreement be concluded by and between the parties within ninety (90) days of the expiration of the agreement, then all rights to the work will automatically revert to the Author.

2. REPRESENTATIONS AND WARRANTIES The Author hereby represents and warrants that this Work is original and that he/she is sole author and proprietor of said Work with full power and right to enter into this agreement and to grant the rights hereby conveyed to the Publisher; that said Work contains no matter which is libelous or which infringes any right of privacy or copyright; that said Work is free and clear of any material that could provide a basis for any claim of libel, plagiarism, breach of privacy, or misrepresentation of facts; that he/she has not heretofore, and will not hereafter during the term of this agreement enter into any agreement or understanding which would conflict with the rights herein granted the Publisher. The Author further agrees that he/she will hold the Publisher, its distributors, and any retailer harmless against any loss, liability, damage, cost or expense (including attorneys' fees) arising out of his/her breach of this warranty, and in this event, he/she will reimburse the Publisher for all court costs and legal fees incurred. Any out of court settlement of any such claim shall be made only on terms mutually agreed upon in writing by and between the Author and the Publisher. If the Author shall breach this warranty, the Publisher also shall be

entitled to injunctive relief, in addition to all other remedies that may be available to it.

3. ROYALTIES The Publisher will have the full discretion to set the retail price of the Work. The Publisher will pay the Author royalties based upon net sales as reported by the Publisher's distributors. The Publisher will pay 35% of the retail download price in United States dollars (USD) on all single-author e-books, (25)% of the retail price in USD on single-author ebooks sold through third-party vendors, and 8% of the retail price in USD on print books. The Publisher has the right to contract with distributors, bookstores, vendors, organizations, and/or outlets of electronic books to sell the Work in association with the Publisher's name. Royalties will be paid to Author contingent on payment received from 3rd party distributor, within a maximum time period of 6 months.

All payments under this contract will be made in United States dollars. The Publisher shall forward to the Author or his/her agent royalty statements to be computed as of each calendar quarter (i.e., December, March, June, and September) of each year of this agreement within thirty (30) days following such respective dates along with any payments indicated to be due thereby. Royalties will be paid by check, PayPal, or direct deposit. Payment arrangements, mutually agreed upon by the Publisher and the Author, shall be made for payment of royalties to Author if he/she resides outside the USA. The Publisher will not make any payment if less than Twenty dollars ($20) is owed at the end of any of the first three quarters of the year. Any money owed will be carried over to the next quarter. The Publisher will make payments after the 4th quarter ending November regardless of the amount owed.

The Author may, with reasonable notice, assign and designate a Certified Public Account (CPA) to examine the Publisher's records as they relate to the Work. Such examinations can take place no more than once a year and must be held at a location designated by the Publisher at a time that is mutually agreeable to both parties. This examination shall be at the Author's expense unless errors are found in excess of 5% royalties in the Author's favor, in which case, the Publisher shall then reimburse the Author any sums owed within thirty (30) days.

No royalties will be paid on copies of the Work distributed for review, advertising, publicity, promotional purpose, samples, or other similar purposes, on print copies sold at cost for promotional purposes, or on copies given at no charge or sold to

the Author at an author's discount. The Author is responsible for paying his/her own taxes on all royalty payments received from Publisher and is advised to keep accurate records for tax purposes.

4. SUBSIDIARY RIGHTS The Author shall retain in full the exclusive right to sell or license the Work for publication in whole or in part, in English or in any foreign language, in any edition, or form not in conflict with the rights granted to the Publisher under this agreement, and shall further retain the full and exclusive rights to license the Work for use in other media.

5. MANUSCRIPT AND DELIVERY If the manuscript is contracted on a partial, the Author agrees to deliver to the Publisher, by electronic mail, on or before N/A and in final revised form an English-language manuscript. If, in the opinion of the Publisher, the manuscript is unacceptable to the Publisher in form or content, the Publisher may reject it by written notice within ninety (90) days of delivery, in which case this agreement shall be deemed terminated and there shall be no further obligation upon the Publisher to publish said work or to make any further payment hereunder, and all rights granted to the Publisher under this agreement shall revert to the Author. The Publisher may terminate the contract if Author fails to deliver the manuscript by the date specified.

6. EDITING RIGHTS The Publisher retains the right to make changes for obvious spelling and punctuation errors and to format the work according to its requirements. The Author agrees to cooperate in the editing process in a reasonable manner. If the Publisher insists on edits which the Author feels will be to the detriment of the book, and all attempts at negotiation fail, the Author retains the right to withdraw the book and terminate this contract, with thirty (30) days written notice delivered to the Publisher. The Publisher retains the rights to recover costs expended if Author is unreasonable or exercises this right too close to publication date. Prior to publishing all electronic versions of the book, final copy-edited version of manuscript shall be submitted to the Author.

7. GALLEYS AND PROOFS Prior to publication the Publisher upon advance notification shall provide the Author with galley proofs of the Work, which the Author shall correct and return to the Publisher within twenty (20) days of receiving same. Prior to the electronic release of the Work, the Publisher, or an Artist working under contract to the Publisher, shall submit to the

Author a proof or other facsimile of the cover text and design. The Publisher reserves final approval of art in consultation with the Author. The Author understands and agrees that any cover or other art supplied by the Publisher belongs to the Publisher and may not be used in any way by the Author without purchase or express written consent from the Publisher.

8. COPYRIGHT The Publisher shall secure copyright protection for the Work in the name of the Author. The Publisher will use commercially reasonable efforts to see that an appropriate Copyright notice is published in each copy of the Work.

9. ISBNs The Publisher will obtain appropriate ISBNs for the Work under the name Soul Mate Publishing.

10. PUBLICATION The Publisher agrees to publish and commence distribution of said Work in electronic form within six (6) months of final galley approval and acceptance of the Author's final manuscript after completion of the editing process. In the event the Publisher shall fail to publish and distribute the Work by said date, this agreement shall terminate forthwith, and all rights hereunder shall revert to the Author. However, this mandated publication date may be extended to any other date, and any number of such extensions may be made, upon mutual agreement between the Publisher and the Author. Works that are 50,000 words and above will be offered in print form about nine to ten months after being electronically published.

11. MARKETING AND PROMOTION The Author shall provide the Publisher with a short biography, a photo (if author desires), and a suggested blurb for use on Publisher's website. Author agrees to give Publisher the right to use Author's name, likeness, title of work, and biographical information for publishing, advertising, and promotion of the Work. Publisher reserves the right to edit or rewrite the blurb submitted by Author. Author agrees to self-promote the Work to the best of his/her ability. If Author has his/her own website, the Work must be linked to the Publisher's website. With any promotional material the Author generates, the Author will consult with Publisher to insure proper use of Publisher's name and/or other information. Author may use up to 10% of the beginning of the Work to post on his/her website or use in a way to promote work provided it includes a link to Soul Mate Publishing. With enough advance notice, Publisher will provide Author, at the Author's expense, any needed paperback copies, based on discount set by Publisher, for Author appearances or signings.

12. AUTHOR'S COPIES On publication the Publisher shall give to the Author ten (10) copies of the published printed Work, which may not be resold. Any further copies desired by the Author may be purchased at the Publisher's manufacturing cost of the book, less the Author's royalty portion.

13. INFRINGEMENT If during the existence of this agreement the copyright shall be infringed, the Publisher may, at its own expense, take such legal action, in the Author's name if necessary, as may be required to restrain such infringement or to seek damages therefor. The Publisher shall not be liable to the Author for the Publisher's failure to take such legal steps. If the Publisher does not bring such an action, the Author may do so, in his name at his own expense. Money damages recovered for an infringement shall be applied first toward the repayment of the expense of bringing and maintaining the action, and thereafter the balance shall belong to the Author, provided, however, that any money damages recovered on account of a loss of the Publisher's profits shall be divided equally between the Author and the Publisher.

14. TRANSMISSION OF INFORMATION The Publisher and The Author agree to use care in the transmission of electronic information. Neither The Publisher nor The Author will hold the other responsible for any virus or other harmful agent accidentally transmitted.

15. BANKRUPTCY If a petition in bankruptcy shall be filed by or against the Publisher, or if it shall be judged insolvent by any court, or if a Trustee or a Receiver of any property of the Publisher shall be appointed in any suit or proceeding by or against the Publisher, or if the Publisher shall make an assignment for the benefit of creditors or shall take the benefit of any bankruptcy or insolvency Act, or if the Publisher shall liquidate its business for any cause whatsoever, this agreement shall terminate automatically without notice, and such termination shall be effective as of date of the filing of such petition, adjudication, appointment, assignment or declaration or commencement of reorganization or liquidation proceedings, and all rights granted hereunder shall thereupon revert to the Author.

16. INHERITANCE This agreement shall be binding upon and inure to the benefit of the heirs, executors, administrators or assigns of the Author and the successors, assigns, and licensees of the Publisher. The author may not assign his/her rights or obligations under this Agreement without the Publisher's prior

written consent and any attempt to assign said rights without permission shall be void. The Publisher retains full right to assign this agreement, in whole or in part, to anyone, including any entity that may acquire or purchase any or all assets of Publisher, without further notice or permission of the Author.

17. ENTIRE AGREEMENT: This Contract hereby constitutes the entire agreement between the Author and Publisher and supercedes all previous agreements regarding the Work, whether oral or in writing. Modification of this contract may only occur in writing, signed by both parties.

18. This agreement shall be subject to and interpreted in accordance with the laws of the United States, and specifically, the laws of the state of New York.

Author's Real Name: Stacy Lynn Werner

Pseudonym (if any): Stacy Hoff

Street Address: 200 Lake Avenue

City, State, ZIP code: Trumbull, CT, 06611

Phone Number: (h) 203-445-8050 (c) 203-556-5596 (w) REDACTED

Email Address: stacywerner@sbcglobal.net

Website URL: http://www.stacyhoff.com

Title of Work: Jockeying For You

Social Security Number: REDACTED

EXHIBIT B

AGREEMENT made this 5th day of May, 2016 between Stacy Lynn Werner, (hereinafter called the Author), whose residence is 200 Lake Ave., Trumbull, CT, 06611, and Soul Mate Publishing, LLC, (hereinafter called the Publisher) is a registered company under the laws of the state of New York, with a virtual address of www.SoulMatePublishing.com.

The parties agree as follows:

1. GRANT The Author grants to the Publisher for a period of five (5) years from the date of first publication the sole and exclusive worldwide right to publish, display, distribute, and sell an English-language electronic unenhanced version of the verbatim text and paperback edition of the 52,000-word manuscript entitled BET On It(hereinafter called the Work)from its website and through third party distributors. Upon the expiration of this agreement five (5) years from the date of original publication, if the Publisher notifies the Author prior to the expiration date of its interest in extending the agreement, the Author shall negotiate with the Publisher, and no other publisher, for mutually agreed upon terms for said extension. Should no such agreement be concluded by and between the parties within ninety (90) days of the expiration of the agreement, then all rights to the work will automatically revert to the Author.

2. REPRESENTATIONS AND WARRANTIES The Author hereby represents and warrants that this Work is original and that he/she is sole author and proprietor of said Work with full power and right to enter into this agreement and to grant the rights hereby conveyed to the Publisher; that said Work contains no matter which is libelous or which infringes any right of privacy or copyright; that said Work is free and clear of any material that could provide a basis for any claim of libel, plagiarism, breach of privacy, or misrepresentation of facts; that he/she has not heretofore, and will not hereafter during the term of this agreement enter into any agreement or understanding which would conflict with the rights herein granted the Publisher. The Author further agrees that he/she will hold the Publisher, its distributors, and any retailer harmless against any loss, liability, damage, cost or expense (including attorneys' fees) arising out of his/her breach of this warranty, and in this event, he/she will reimburse the Publisher for all court costs and legal fees incurred. Any out of court settlement of any such claim shall be made only on terms mutually agreed upon in writing by and between the Author and the Publisher. If the Author shall breach this warranty, the Publisher also shall be

entitled to injunctive relief, in addition to all other remedies that may be available to it.

3. ROYALTIES The Publisher will have the full discretion to set the retail price of the Work. The Publisher will pay the Author royalties based upon net sales as reported by the Publisher's distributors. The Publisher will pay 35% of the retail download price in United States dollars (USD) on all single-author e-books, (25)% of the retail price in USD on single-author ebooks sold through third-party vendors, and 8% of the retail price in USD on print books. The Publisher has the right to contract with distributors, bookstores, vendors, organizations, and/or outlets of electronic books to sell the Work in association with the Publisher's name. Royalties will be paid to Author contingent on payment received from 3rd party distributor, within a maximum time period of 6 months.

All payments under this contract will be made in United States dollars. The Publisher shall forward to the Author or his/her agent royalty statements to be computed as of each calendar quarter (i.e., December, March, June, and September) of each year of this agreement within thirty (30) days following such respective dates along with any payments indicated to be due thereby. Royalties will be paid by check, PayPal, or direct deposit. Payment arrangements, mutually agreed upon by the Publisher and the Author, shall be made for payment of royalties to Author if he/she resides outside the USA. The Publisher will not make any payment if less than Twenty dollars ($20) is owed at the end of any of the first three quarters of the year. Any money owed will be carried over to the next quarter. The Publisher will make payments after the 4th quarter ending November regardless of the amount owed.

The Author may, with reasonable notice, assign and designate a Certified Public Account (CPA) to examine the Publisher's records as they relate to the Work. Such examinations can take place no more than once a year and must be held at a location designated by the Publisher at a time that is mutually agreeable to both parties. This examination shall be at the Author's expense unless errors are found in excess of 5% royalties in the Author's favor, in which case, the Publisher shall then reimburse the Author any sums owed within thirty (30) days.

No royalties will be paid on copies of the Work distributed for review, advertising, publicity, promotional purpose, samples, or other similar purposes, on print copies sold at cost for promotional purposes, or on copies given at no charge or sold to

the Author at an author's discount. The Author is responsible
for paying his/her own taxes on all royalty payments received
from Publisher and is advised to keep accurate records for tax
purposes.

4. SUBSIDIARY RIGHTS The Author shall retain in full the
exclusive right to sell or license the Work for publication in
whole or in part, in English or in any foreign language, in any
edition, or form not in conflict with the rights granted to the
Publisher under this agreement, and shall further retain the
full and exclusive rights to license the Work for use in other
media.

5. MANUSCRIPT AND DELIVERY If the manuscript is contracted on a
partial, the Author agrees to deliver to the Publisher, by
electronic mail, on or before N/A and in final revised form an
English-language manuscript. If, in the opinion of the
Publisher, the manuscript is unacceptable to the Publisher in
form or content, the Publisher may reject it by written notice
within ninety (90) days of delivery, in which case this
agreement shall be deemed terminated and there shall be no
further obligation upon the Publisher to publish said work or to
make any further payment hereunder, and all rights granted to
the Publisher under this agreement shall revert to the Author.
The Publisher may terminate the contract if Author fails to
deliver the manuscript by the date specified.

6. EDITING RIGHTS The Publisher retains the right to make
changes for obvious spelling and punctuation errors and to
format the work according to its requirements. The Author agrees
to cooperate in the editing process in a reasonable manner. If
the Publisher insists on edits which the Author feels will be to
the detriment of the book, and all attempts at negotiation fail,
the Author retains the right to withdraw the book and terminate
this contract, with thirty (30) days written notice delivered to
the Publisher. The Publisher retains the rights to recover costs
expended if Author is unreasonable or exercises this right too
close to publication date. Prior to publishing all electronic
versions of the book, final copy-edited version of manuscript
shall be submitted to the Author.

7. GALLEYS AND PROOFS Prior to publication the Publisher upon
advance notification shall provide the Author with galley proofs
of the Work, which the Author shall correct and return to the
Publisher within twenty (20) days of receiving same. Prior to
the electronic release of the Work, the Publisher, or an Artist
working under contract to the Publisher, shall submit to the

Author a proof or other facsimile of the cover text and design. The Publisher reserves final approval of art in consultation with the Author. The Author understands and agrees that any cover or other art supplied by the Publisher belongs to the Publisher and may not be used in any way by the Author without purchase or express written consent from the Publisher.

8. COPYRIGHT The Publisher shall secure copyright protection for the Work in the name of the Author. The Publisher will use commercially reasonable efforts to see that an appropriate Copyright notice is published in each copy of the Work.

9. ISBNs The Publisher will obtain appropriate ISBNs for the Work under the name Soul Mate Publishing.

10. PUBLICATION The Publisher agrees to publish and commence distribution of said Work in electronic form within six (6) months of final galley approval and acceptance of the Author's final manuscript after completion of the editing process. In the event the Publisher shall fail to publish and distribute the Work by said date, this agreement shall terminate forthwith, and all rights hereunder shall revert to the Author. However, this mandated publication date may be extended to any other date, and any number of such extensions may be made, upon mutual agreement between the Publisher and the Author. Works that are 50,000 words and above will be offered in print form about nine to ten months after being electronically published.

11. MARKETING AND PROMOTION The Author shall provide the Publisher with a short biography, a photo (if author desires), and a suggested blurb for use on Publisher's website. Author agrees to give Publisher the right to use Author's name, likeness, title of work, and biographical information for publishing, advertising, and promotion of the Work. Publisher reserves the right to edit or rewrite the blurb submitted by Author. Author agrees to self-promote the Work to the best of his/her ability. If Author has his/her own website, the Work must be linked to the Publisher's website. With any promotional material the Author generates, the Author will consult with Publisher to insure proper use of Publisher's name and/or other information. Author may use up to 10% of the beginning of the Work to post on his/her website or use in a way to promote work provided it includes a link to Soul Mate Publishing. With enough advance notice, Publisher will provide Author, at the Author's expense, any needed paperback copies, based on discount set by Publisher, for Author appearances or signings.

12. AUTHOR'S COPIES On publication the Publisher shall give to the Author ten (10) copies of the published printed Work, which may not be resold. Any further copies desired by the Author may be purchased at the Publisher's manufacturing cost of the book, less the Author's royalty portion.

13. INFRINGEMENT If during the existence of this agreement the copyright shall be infringed, the Publisher may, at its own expense, take such legal action, in the Author's name if necessary, as may be required to restrain such infringement or to seek damages therefor. The Publisher shall not be liable to the Author for the Publisher's failure to take such legal steps. If the Publisher does not bring such an action, the Author may do so, in his name at his own expense. Money damages recovered for an infringement shall be applied first toward the repayment of the expense of bringing and maintaining the action, and thereafter the balance shall belong to the Author, provided, however, that any money damages recovered on account of a loss of the Publisher's profits shall be divided equally between the Author and the Publisher.

14. TRANSMISSION OF INFORMATION The Publisher and The Author agree to use care in the transmission of electronic information. Neither The Publisher nor The Author will hold the other responsible for any virus or other harmful agent accidentally transmitted.

15. BANKRUPTCY If a petition in bankruptcy shall be filed by or against the Publisher, or if it shall be judged insolvent by any court, or if a Trustee or a Receiver of any property of the Publisher shall be appointed in any suit or proceeding by or against the Publisher, or if the Publisher shall make an assignment for the benefit of creditors or shall take the benefit of any bankruptcy or insolvency Act, or if the Publisher shall liquidate its business for any cause whatsoever, this agreement shall terminate automatically without notice, and such termination shall be effective as of date of the filing of such petition, adjudication, appointment, assignment or declaration or commencement of reorganization or liquidation proceedings, and all rights granted hereunder shall thereupon revert to the Author.

16. INHERITANCE This agreement shall be binding upon and inure to the benefit of the heirs, executors, administrators or assigns of the Author and the successors, assigns, and licensees of the Publisher. The author may not assign his/her rights or obligations under this Agreement without the Publisher's prior

written consent and any attempt to assign said rights without permission shall be void. The Publisher retains full right to assign this agreement, in whole or in part, to anyone, including any entity that may acquire or purchase any or all assets of Publisher, without further notice or permission of the Author.

17. ENTIRE AGREEMENT: This Contract hereby constitutes the entire agreement between the Author and Publisher and supercedes all previous agreements regarding the Work, whether oral or in writing. Modification of this contract may only occur in writing, signed by both parties.

18. This agreement shall be subject to and interpreted in accordance with the laws of the United States, and specifically, the laws of the state of New York.

Author's Real Name: Stacy Lynn Werner

Pseudonym (if any): Stacy Hoff

Street Address: 200 Lake Avenue

City, State, ZIP code: Trumbull, CT, 06611

Phone Number: (h) 203-445-8050 (c) 203-556-5596 (w) REDACTED

Email Address: stacywerner@sbcglobal.net

Website URL: http://www.stacyhoff.com

Title of Work: BET On It

Social Security Number: REDACTED

EXHIBIT C

AGREEMENT made this 5th day of May, 2016 between Stacy Lynn Werner, (hereinafter called the Author), whose residence is 200 Lake Ave., Trumbull, CT, 06611, and Soul Mate Publishing, LLC, (hereinafter called the Publisher) is a registered company under the laws of the state of New York, with a virtual address of www.SoulMatePublishing.com.

The parties agree as follows:

1. GRANT The Author grants to the Publisher for a period of five (5) years from the date of first publication the sole and exclusive worldwide right to publish, display, distribute, and sell an English-language electronic unenhanced version of the verbatim text and paperback edition of the 50,000-word manuscript entitled Building Love in the Caribbean (hereinafter called the Work) from its website and through third party distributors. Upon the expiration of this agreement five (5) years from the date of original publication, if the Publisher notifies the Author prior to the expiration date of its interest in extending the agreement, the Author shall negotiate with the Publisher, and no other publisher, for mutually agreed upon terms for said extension. Should no such agreement be concluded by and between the parties within ninety (90) days of the expiration of the agreement, then all rights to the work will automatically revert to the Author.

2. REPRESENTATIONS AND WARRANTIES The Author hereby represents and warrants that this Work is original and that he/she is sole author and proprietor of said Work with full power and right to enter into this agreement and to grant the rights hereby conveyed to the Publisher; that said Work contains no matter which is libelous or which infringes any right of privacy or copyright; that said Work is free and clear of any material that could provide a basis for any claim of libel, plagiarism, breach of privacy, or misrepresentation of facts; that he/she has not heretofore, and will not hereafter during the term of this agreement enter into any agreement or understanding which would conflict with the rights herein granted the Publisher. The Author further agrees that he/she will hold the Publisher, its distributors, and any retailer harmless against any loss, liability, damage, cost or expense (including attorneys' fees) arising out of his/her breach of this warranty, and in this event, he/she will reimburse the Publisher for all court costs and legal fees incurred. Any out of court settlement of any such claim shall be made only on terms mutually agreed upon in writing by and between the Author and the Publisher. If the Author shall breach this warranty, the Publisher also shall be

entitled to injunctive relief, in addition to all other remedies that may be available to it.

3. ROYALTIES The Publisher will have the full discretion to set the retail price of the Work. The Publisher will pay the Author royalties based upon net sales as reported by the Publisher's distributors. The Publisher will pay 35% of the retail download price in United States dollars (USD) on all single-author e-books, (25)% of the retail price in USD on single-author ebooks sold through third-party vendors, and 8% of the retail price in USD on print books. The Publisher has the right to contract with distributors, bookstores, vendors, organizations, and/or outlets of electronic books to sell the Work in association with the Publisher's name. Royalties will be paid to Author contingent on payment received from 3rd party distributor, within a maximum time period of 6 months.

All payments under this contract will be made in United States dollars. The Publisher shall forward to the Author or his/her agent royalty statements to be computed as of each calendar quarter (i.e., December, March, June, and September) of each year of this agreement within thirty (30) days following such respective dates along with any payments indicated to be due thereby. Royalties will be paid by check, PayPal, or direct deposit. Payment arrangements, mutually agreed upon by the Publisher and the Author, shall be made for payment of royalties to Author if he/she resides outside the USA. The Publisher will not make any payment if less than Twenty dollars ($20) is owed at the end of any of the first three quarters of the year. Any money owed will be carried over to the next quarter. The Publisher will make payments after the 4th quarter ending November regardless of the amount owed.

The Author may, with reasonable notice, assign and designate a Certified Public Account (CPA) to examine the Publisher's records as they relate to the Work. Such examinations can take place no more than once a year and must be held at a location designated by the Publisher at a time that is mutually agreeable to both parties. This examination shall be at the Author's expense unless errors are found in excess of 5% royalties in the Author's favor, in which case, the Publisher shall then reimburse the Author any sums owed within thirty (30) days.

No royalties will be paid on copies of the Work distributed for review, advertising, publicity, promotional purpose, samples, or other similar purposes, on print copies sold at cost for promotional purposes, or on copies given at no charge or sold to

the Author at an author's discount. The Author is responsible for paying his/her own taxes on all royalty payments received from Publisher and is advised to keep accurate records for tax purposes.

4. SUBSIDIARY RIGHTS The Author shall retain in full the exclusive right to sell or license the Work for publication in whole or in part, in English or in any foreign language, in any edition, or form not in conflict with the rights granted to the Publisher under this agreement, and shall further retain the full and exclusive rights to license the Work for use in other media.

5. MANUSCRIPT AND DELIVERY If the manuscript is contracted on a partial, the Author agrees to deliver to the Publisher, by electronic mail, on or before N/A and in final revised form an English-language manuscript. If, in the opinion of the Publisher, the manuscript is unacceptable to the Publisher in form or content, the Publisher may reject it by written notice within ninety (90) days of delivery, in which case this agreement shall be deemed terminated and there shall be no further obligation upon the Publisher to publish said work or to make any further payment hereunder, and all rights granted to the Publisher under this agreement shall revert to the Author. The Publisher may terminate the contract if Author fails to deliver the manuscript by the date specified.

6. EDITING RIGHTS The Publisher retains the right to make changes for obvious spelling and punctuation errors and to format the work according to its requirements. The Author agrees to cooperate in the editing process in a reasonable manner. If the Publisher insists on edits which the Author feels will be to the detriment of the book, and all attempts at negotiation fail, the Author retains the right to withdraw the book and terminate this contract, with thirty (30) days written notice delivered to the Publisher. The Publisher retains the rights to recover costs expended if Author is unreasonable or exercises this right too close to publication date. Prior to publishing all electronic versions of the book, final copy-edited version of manuscript shall be submitted to the Author.

7. GALLEYS AND PROOFS Prior to publication the Publisher upon advance notification shall provide the Author with galley proofs of the Work, which the Author shall correct and return to the Publisher within twenty (20) days of receiving same. Prior to the electronic release of the Work, the Publisher, or an Artist working under contract to the Publisher, shall submit to the

Author a proof or other facsimile of the cover text and design. The Publisher reserves final approval of art in consultation with the Author. The Author understands and agrees that any cover or other art supplied by the Publisher belongs to the Publisher and may not be used in any way by the Author without purchase or express written consent from the Publisher.

8. COPYRIGHT The Publisher shall secure copyright protection for the Work in the name of the Author. The Publisher will use commercially reasonable efforts to see that an appropriate Copyright notice is published in each copy of the Work.

9. ISBNs The Publisher will obtain appropriate ISBNs for the Work under the name Soul Mate Publishing.

10. PUBLICATION The Publisher agrees to publish and commence distribution of said Work in electronic form within six (6) months of final galley approval and acceptance of the Author's final manuscript after completion of the editing process. In the event the Publisher shall fail to publish and distribute the Work by said date, this agreement shall terminate forthwith, and all rights hereunder shall revert to the Author. However, this mandated publication date may be extended to any other date, and any number of such extensions may be made, upon mutual agreement between the Publisher and the Author. Works that are 50,000 words and above will be offered in print form about nine to ten months after being electronically published.

11. MARKETING AND PROMOTION The Author shall provide the Publisher with a short biography, a photo (if author desires), and a suggested blurb for use on Publisher's website. Author agrees to give Publisher the right to use Author's name, likeness, title of work, and biographical information for publishing, advertising, and promotion of the Work. Publisher reserves the right to edit or rewrite the blurb submitted by Author. Author agrees to self-promote the Work to the best of his/her ability. If Author has his/her own website, the Work must be linked to the Publisher's website. With any promotional material the Author generates, the Author will consult with Publisher to insure proper use of Publisher's name and/or other information. Author may use up to 10% of the beginning of the Work to post on his/her website or use in a way to promote work provided it includes a link to Soul Mate Publishing. With enough advance notice, Publisher will provide Author, at the Author's expense, any needed paperback copies, based on discount set by Publisher, for Author appearances or signings.

12. AUTHOR'S COPIES On publication the Publisher shall give to the Author ten (10) copies of the published printed Work, which may not be resold. Any further copies desired by the Author may be purchased at the Publisher's manufacturing cost of the book, less the Author's royalty portion.

13. INFRINGEMENT If during the existence of this agreement the copyright shall be infringed, the Publisher may, at its own expense, take such legal action, in the Author's name if necessary, as may be required to restrain such infringement or to seek damages therefor. The Publisher shall not be liable to the Author for the Publisher's failure to take such legal steps. If the Publisher does not bring such an action, the Author may do so, in his name at his own expense. Money damages recovered for an infringement shall be applied first toward the repayment of the expense of bringing and maintaining the action, and thereafter the balance shall belong to the Author, provided, however, that any money damages recovered on account of a loss of the Publisher's profits shall be divided equally between the Author and the Publisher.

14. TRANSMISSION OF INFORMATION The Publisher and The Author agree to use care in the transmission of electronic information. Neither The Publisher nor The Author will hold the other responsible for any virus or other harmful agent accidentally transmitted.

15. BANKRUPTCY If a petition in bankruptcy shall be filed by or against the Publisher, or if it shall be judged insolvent by any court, or if a Trustee or a Receiver of any property of the Publisher shall be appointed in any suit or proceeding by or against the Publisher, or if the Publisher shall make an assignment for the benefit of creditors or shall take the benefit of any bankruptcy or insolvency Act, or if the Publisher shall liquidate its business for any cause whatsoever, this agreement shall terminate automatically without notice, and such termination shall be effective as of date of the filing of such petition, adjudication, appointment, assignment or declaration or commencement of reorganization or liquidation proceedings, and all rights granted hereunder shall thereupon revert to the Author.

16. INHERITANCE This agreement shall be binding upon and inure to the benefit of the heirs, executors, administrators or assigns of the Author and the successors, assigns, and licensees of the Publisher. The author may not assign his/her rights or obligations under this Agreement without the Publisher's prior

written consent and any attempt to assign said rights without permission shall be void. The Publisher retains full right to assign this agreement, in whole or in part, to anyone, including any entity that may acquire or purchase any or all assets of Publisher, without further notice or permission of the Author.

17. ENTIRE AGREEMENT: This Contract hereby constitutes the entire agreement between the Author and Publisher and supercedes all previous agreements regarding the Work, whether oral or in writing. Modification of this contract may only occur in writing, signed by both parties.

18. This agreement shall be subject to and interpreted in accordance with the laws of the United States, and specifically, the laws of the state of New York.

Author's Real Name: Stacy Lynn Werner

Pseudonym (if any): Stacy Hoff

Street Address: 200 Lake Avenue

City, State, ZIP code: Trumbull, CT, 06611

Phone Number: (h) 203-445-8050 (c) 203-556-5596 (w) REDACTED

Email Address: stacywerner@sbcglobal.net

Website URL: http://www.stacyhoff.com

Title of Work: Building Love in the Caribbean

Social Security Number: REDACTED

EXHIBIT D

AGREEMENT made this 5th day of May, 2016 between Stacy Lynn Werner, (hereinafter called the Author), whose residence is 200 Lake Ave., Trumbull, CT, 06611, and Soul Mate Publishing, LLC, (hereinafter called the Publisher) is a registered company under the laws of the state of New York, with a virtual address of www.SoulMatePublishing.com.

The parties agree as follows:

1. GRANT The Author grants to the Publisher for a period of five (5) years from the date of first publication the sole and exclusive worldwide right to publish, display, distribute, and sell an English-language electronic unenhanced version of the verbatim text and paperback edition of the 52,000-word manuscript with the working title "Building Love in Madrid" (Building Love #3) (hereinafter called the Work)from its website and through third party distributors. Upon the expiration of this agreement five (5) years from the date of original publication, if the Publisher notifies the Author prior to the expiration date of its interest in extending the agreement, the Author shall negotiate with the Publisher, and no other publisher, for mutually agreed upon terms for said extension. Should no such agreement be concluded by and between the parties within ninety (90) days of the expiration of the agreement, then all rights to the work will automatically revert to the Author.

2. REPRESENTATIONS AND WARRANTIES The Author hereby represents and warrants that this Work is original and that he/she is sole author and proprietor of said Work with full power and right to enter into this agreement and to grant the rights hereby conveyed to the Publisher; that said Work contains no matter which is libelous or which infringes any right of privacy or copyright; that said Work is free and clear of any material that could provide a basis for any claim of libel, plagiarism, breach of privacy, or misrepresentation of facts; that he/she has not heretofore, and will not hereafter during the term of this agreement enter into any agreement or understanding which would conflict with the rights herein granted the Publisher. The Author further agrees that he/she will hold the Publisher, its distributors, and any retailer harmless against any loss, liability, damage, cost or expense (including attorneys' fees) arising out of his/her breach of this warranty, and in this event, he/she will reimburse the Publisher for all court costs and legal fees incurred. Any out of court settlement of any such claim shall be made only on terms mutually agreed upon in writing by and between the Author and the Publisher. If the Author shall breach this warranty, the Publisher also shall be

entitled to injunctive relief, in addition to all other remedies that may be available to it.

3. ROYALTIES The Publisher will have the full discretion to set the retail price of the Work. The Publisher will pay the Author royalties based upon net sales as reported by the Publisher's distributors. The Publisher will pay 35% of the retail download price in United States dollars (USD) on all single-author e-books, (25)% of the retail price in USD on single-author ebooks sold through third-party vendors, and 8% of the retail price in USD on print books. The Publisher has the right to contract with distributors, bookstores, vendors, organizations, and/or outlets of electronic books to sell the Work in association with the Publisher's name. Royalties will be paid to Author contingent on payment received from 3rd party distributor, within a maximum time period of 6 months.

All payments under this contract will be made in United States dollars. The Publisher shall forward to the Author or his/her agent royalty statements to be computed as of each calendar quarter (i.e., December, March, June, and September) of each year of this agreement within thirty (30) days following such respective dates along with any payments indicated to be due thereby. Royalties will be paid by check, PayPal, or direct deposit. Payment arrangements, mutually agreed upon by the Publisher and the Author, shall be made for payment of royalties to Author if he/she resides outside the USA. The Publisher will not make any payment if less than Twenty dollars ($20) is owed at the end of any of the first three quarters of the year. Any money owed will be carried over to the next quarter. The Publisher will make payments after the 4th quarter ending November regardless of the amount owed.

The Author may, with reasonable notice, assign and designate a Certified Public Account (CPA) to examine the Publisher's records as they relate to the Work. Such examinations can take place no more than once a year and must be held at a location designated by the Publisher at a time that is mutually agreeable to both parties. This examination shall be at the Author's expense unless errors are found in excess of 5% royalties in the Author's favor, in which case, the Publisher shall then reimburse the Author any sums owed within thirty (30) days.

No royalties will be paid on copies of the Work distributed for review, advertising, publicity, promotional purpose, samples, or other similar purposes, on print copies sold at cost for promotional purposes, or on copies given at no charge or sold to

the Author at an author's discount. The Author is responsible
for paying his/her own taxes on all royalty payments received
from Publisher and is advised to keep accurate records for tax
purposes.

4. SUBSIDIARY RIGHTS The Author shall retain in full the
exclusive right to sell or license the Work for publication in
whole or in part, in English or in any foreign language, in any
edition, or form not in conflict with the rights granted to the
Publisher under this agreement, and shall further retain the
full and exclusive rights to license the Work for use in other
media.

5. MANUSCRIPT AND DELIVERY If the manuscript is contracted on a
partial, the Author agrees to deliver to the Publisher, by
electronic mail, on or before N/A and in final revised form an
English-language manuscript. If, in the opinion of the
Publisher, the manuscript is unacceptable to the Publisher in
form or content, the Publisher may reject it by written notice
within ninety (90) days of delivery, in which case this
agreement shall be deemed terminated and there shall be no
further obligation upon the Publisher to publish said work or to
make any further payment hereunder, and all rights granted to
the Publisher under this agreement shall revert to the Author.
The Publisher may terminate the contract if Author fails to
deliver the manuscript by the date specified.

6. EDITING RIGHTS The Publisher retains the right to make
changes for obvious spelling and punctuation errors and to
format the work according to its requirements. The Author agrees
to cooperate in the editing process in a reasonable manner. If
the Publisher insists on edits which the Author feels will be to
the detriment of the book, and all attempts at negotiation fail,
the Author retains the right to withdraw the book and terminate
this contract, with thirty (30) days written notice delivered to
the Publisher. The Publisher retains the rights to recover costs
expended if Author is unreasonable or exercises this right too
close to publication date. Prior to publishing all electronic
versions of the book, final copy-edited version of manuscript
shall be submitted to the Author.

7. GALLEYS AND PROOFS Prior to publication the Publisher upon
advance notification shall provide the Author with galley proofs
of the Work, which the Author shall correct and return to the
Publisher within twenty (20) days of receiving same. Prior to
the electronic release of the Work, the Publisher, or an Artist
working under contract to the Publisher, shall submit to the

Author a proof or other facsimile of the cover text and design. The Publisher reserves final approval of art in consultation with the Author. The Author understands and agrees that any cover or other art supplied by the Publisher belongs to the Publisher and may not be used in any way by the Author without purchase or express written consent from the Publisher.

8. COPYRIGHT The Publisher shall secure copyright protection for the Work in the name of the Author. The Publisher will use commercially reasonable efforts to see that an appropriate Copyright notice is published in each copy of the Work.

9. ISBNs The Publisher will obtain appropriate ISBNs for the Work under the name Soul Mate Publishing.

10. PUBLICATION The Publisher agrees to publish and commence distribution of said Work in electronic form within six (6) months of final galley approval and acceptance of the Author's final manuscript after completion of the editing process. In the event the Publisher shall fail to publish and distribute the Work by said date, this agreement shall terminate forthwith, and all rights hereunder shall revert to the Author. However, this mandated publication date may be extended to any other date, and any number of such extensions may be made, upon mutual agreement between the Publisher and the Author. Works that are 50,000 words and above will be offered in print form about nine to ten months after being electronically published.

11. MARKETING AND PROMOTION The Author shall provide the Publisher with a short biography, a photo (if author desires), and a suggested blurb for use on Publisher's website. Author agrees to give Publisher the right to use Author's name, likeness, title of work, and biographical information for publishing, advertising, and promotion of the Work. Publisher reserves the right to edit or rewrite the blurb submitted by Author. Author agrees to self-promote the Work to the best of his/her ability. If Author has his/her own website, the Work must be linked to the Publisher's website. With any promotional material the Author generates, the Author will consult with Publisher to insure proper use of Publisher's name and/or other information. Author may use up to 10% of the beginning of the Work to post on his/her website or use in a way to promote work provided it includes a link to Soul Mate Publishing. With enough advance notice, Publisher will provide Author, at the Author's expense, any needed paperback copies, based on discount set by Publisher, for Author appearances or signings.

12. AUTHOR'S COPIES On publication the Publisher shall give to the Author ten (10) copies of the published printed Work, which may not be resold. Any further copies desired by the Author may be purchased at the Publisher's manufacturing cost of the book, less the Author's royalty portion.

13. INFRINGEMENT If during the existence of this agreement the copyright shall be infringed, the Publisher may, at its own expense, take such legal action, in the Author's name if necessary, as may be required to restrain such infringement or to seek damages therefor. The Publisher shall not be liable to the Author for the Publisher's failure to take such legal steps. If the Publisher does not bring such an action, the Author may do so, in his name at his own expense. Money damages recovered for an infringement shall be applied first toward the repayment of the expense of bringing and maintaining the action, and thereafter the balance shall belong to the Author, provided, however, that any money damages recovered on account of a loss of the Publisher's profits shall be divided equally between the Author and the Publisher.

14. TRANSMISSION OF INFORMATION The Publisher and The Author agree to use care in the transmission of electronic information. Neither The Publisher nor The Author will hold the other responsible for any virus or other harmful agent accidentally transmitted.

15. BANKRUPTCY If a petition in bankruptcy shall be filed by or against the Publisher, or if it shall be judged insolvent by any court, or if a Trustee or a Receiver of any property of the Publisher shall be appointed in any suit or proceeding by or against the Publisher, or if the Publisher shall make an assignment for the benefit of creditors or shall take the benefit of any bankruptcy or insolvency Act, or if the Publisher shall liquidate its business for any cause whatsoever, this agreement shall terminate automatically without notice, and such termination shall be effective as of date of the filing of such petition, adjudication, appointment, assignment or declaration or commencement of reorganization or liquidation proceedings, and all rights granted hereunder shall thereupon revert to the Author.

16. INHERITANCE This agreement shall be binding upon and inure to the benefit of the heirs, executors, administrators or assigns of the Author and the successors, assigns, and licensees of the Publisher. The author may not assign his/her rights or obligations under this Agreement without the Publisher's prior

written consent and any attempt to assign said rights without permission shall be void. The Publisher retains full right to assign this agreement, in whole or in part, to anyone, including any entity that may acquire or purchase any or all assets of Publisher, without further notice or permission of the Author.

17. ENTIRE AGREEMENT: This Contract hereby constitutes the entire agreement between the Author and Publisher and supercedes all previous agreements regarding the Work, whether oral or in writing. Modification of this contract may only occur in writing, signed by both parties.

18. This agreement shall be subject to and interpreted in accordance with the laws of the United States, and specifically, the laws of the state of New York.

Author's Real Name: Stacy Lynn Werner

Pseudonym (if any): Stacy Hoff

Street Address: 200 Lake Avenue

City, State, ZIP code: Trumbull, CT, 06611

Phone Number: (h) 203-445-8050 (c) 203-556-5596 (w) REDACTED

Email Address: stacywerner@sbcglobal.net

Website URL: http://www.stacyhoff.com

Title of Work: "Building Love in Madrid" (Building Love #3)

Social Security Number: REDACTED

EXHIBIT E

JOCKEYING FOR YOU

Copyright©2016

STACY HOFF

Cover Design by Leah Kaye-Suttle

This book is a work of fiction. The names, characters, places, and incidents are the products of the author's imagination or are used fictitiously. Any resemblance to actual events, business establishments, locales, or persons, living or dead, is entirely coincidental.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of both the copyright owner and the publisher. The only exception is brief quotations in printed reviews.

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials.

Your support of the author's rights is appreciated.

Published in the United States of America by
Soul Mate Publishing
P.O. Box 24
Macedon, New York, 14502

ISBN: 978-1-68291-239-3

ebook ISBN: 978-1-68291-234-8

www.SoulMatePublishing.com

The publisher does not have any control over and does not assume any responsibility for author or third-party websites or their content.

BETTING ON LOVE IN VEGAS

Copyright©2017

STACY HOFF

Cover Design by Leah Kaye Suttle

This book is a work of fiction. The names, characters, places, and incidents are the products of the author's imagination or are used fictitiously. Any resemblance to actual events, business establishments, locales, or persons, living or dead, is entirely coincidental.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of both the copyright owner and the publisher. The only exception is brief quotations in printed reviews.

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials.

Your support of the author's rights is appreciated.

Published in the United States of America by
Soul Mate Publishing
P.O. Box 24
Macedon, New York, 14502

ISBN: 978-1-68291-342-0

ebook ISBN: 978-1-68291-309-3

www.SoulMatePublishing.com

The publisher does not have any control over and does not assume any responsibility for author or third-party websites or their content.

EXHIBIT F

EXHIBIT G

HOTTER THAN THE CARIBBEAN

Copyright©2017

STACY HOFF

Cover Design by Leah Kaye-Suttle

This book is a work of fiction. The names, characters, places, and incidents are the products of the author's imagination or are used fictitiously. Any resemblance to actual events, business establishments, locales, or persons, living or dead, is entirely coincidental.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of both the copyright owner and the publisher. The only exception is brief quotations in printed reviews.

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials.

Your support of the author's rights is appreciated.

Published in the United States of America by
Soul Mate Publishing
P.O. Box 24
Macedon, New York, 14502

ISBN: 978-1-68291-595-0

ebook ISBN: 978-1-68291-558-5

www.SoulMatePublishing.com

The publisher does not have any control over and does not assume any responsibility for author or third-party websites or their content.

MAD FOR YOU IN MADRID

Copyright©2018

STACY HOFF

Cover Design by Leah Kaye Suttle

This book is a work of fiction. The names, characters, places, and incidents are the products of the author's imagination or are used fictitiously. Any resemblance to actual events, business establishments, locales, or persons, living or dead, is entirely coincidental.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of both the copyright owner and the publisher. The only exception is brief quotations in printed reviews.

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials.

Your support of the author's rights is appreciated.

Published in the United States of America by
Soul Mate Publishing
P.O. Box 24
Macedon, New York, 14502

ISBN: 978-1-68291-804-3

ebook ISBN: 978-1-68291-787-9

www.SoulMatePublishing.com

The publisher does not have any control over and does not assume any responsibility for author or third-party websites or their content.

EXHIBIT H

EXHIBIT I

TECH

# Anthropic raises $13 billion funding round at $183 billion valuation

PUBLISHED TUE, SEP 2 202512:53 PM EDTUPDATED TUE, SEP 2 20253:43 PM EDT

Ashley Capoot@/IN/ASHLEY-CAPOOT/

SHARE Share Article via FacebookShare Article via TwitterShare Article via LinkedInShare Article via Email

## KEY POINTS

- Anthropic announced it has closed a $13 billion funding round at a $183 billion post-money valuation.
- The startup's valuation has been on a steep climb since it announced its AI assistant Claude in March 2023.
- As of August, Anthropic said its run-rate revenue has reached more than $5 billion, up from roughly $1 billion at the beginning of the year.

**Dario Amodei, Anthropic CEO, speaking on CNBC's Squawk Box outside the World Economic Forum in Davos, Switzerland on Jan. 21st, 2025.**

*Gerry Miller | CNBC*

Anthropic on Tuesday announced it has closed a $13 billion funding round at a $183 billion post-money valuation, roughly triple what the artificial intelligence startup was worth as of its last raise in March.

The most recent funding round was led by Iconiq, Fidelity Management & Research Co. and Lightspeed Venture Partners. Other investors including Altimeter, General Catalyst and Coatue also participated, Anthropic said.

"This financing demonstrates investors' extraordinary confidence in our financial performance and the strength of their collaboration with us to continue fueling our unprecedented growth," Anthropic finance chief Krishna Rao said in a statement.

THE EXCHANGE
ANTHROPIC RAISES $13B IN LATEST FUNDING ROUND AT $183B VALUATION
CNBC
STREAM CNBC+
WATCH NOW
VIDEO
Anthropic hits $183 billion valuation

Anthropic's valuation has been on a steep climb since it announced its AI assistant Claude in March 2023. The Amazon-backed startup was founded by former OpenAI research executives, including its CEO Dario Amodei.

OpenAI and Anthropic are fierce competitors in the AI market. OpenAI, which rocketed into the mainstream following the release of its AI chatbot ChatGPT in 2022, is preparing to sell stock as part of a secondary sale that would value the company at roughly $500 billion, as CNBC reported in August.

As of August, Anthropic said its run-rate revenue has reached more than $5 billion, up from roughly $1 billion at the beginning of the year. Anthropic serves more than 300,000 business customers, the company said.

Anthropic said it will use its fresh capital to deepen safety research, meet growing enterprise demand and support international expansion.

**WATCH:** As Anthropic goes, so goes the generative AI trade, says Big Technology's Alex Kantrowitz

FROM:
Stacy Werner
200 Lake Ave.
Trumbull, CT 06611

Retail

94102

U.S. POSTAGE PAID
FCM LG ENV
TRUMBULL, CT 06611
DEC 11, 2025

$3.28

S2323A502014-9

RDC 99

RECEIVED
DEC 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
US District Court - Northern District of California
450 Golden Gate Ave.
16th floor
San Francisco, CA 94102