Attn:  Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

RE: *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.)

My name is Teresa K. Miller, and I currently reside at 7617 44th Ave SW, Seattle, WA 98136.

My copyrighted work *Borderline Fortune* (ISBN 9780143136811, published by Penguin on October 5, 2021) appears to have been downloaded by Anthropic on October 11, 2021, which would make me a member of the class. Per my contract with Penguin, the publisher was to register copyright no later than January 5, 2022: "Publisher shall register the copyright in the Work within three (3) months of publication."

However, it has come to my attention that, in breach of our contract, Penguin did not register copyright until March 27, 2023 (see https://publicrecords.copyright.gov/detailed-record/voyager_35179796). Because of this breach, I am not currently eligible to make a claim under the terms of the settlement, despite being the rights holder of an illegally downloaded copyrighted work that otherwise meets all criteria listed.

Unless the court rejects the settlement, I and others in my situation will not be included in the current proposed resolution. I believe a list of all downloaded works excluded from the settlement solely for reason of untimely copyright registration should be provided to all involved parties so that a more appropriate settlement can be reached and/or so that we may seek remuneration directly from our publishers who are in breach of contract.

This objection applies to a significant subset of authors whose work was illegally downloaded and would otherwise be members of the class, published by Penguin, Macmillan, and a host of other "Big 5" and independent publishers.

I am not currently represented by an attorney but am a member of the Authors Guild and am filing this objection after consultation with that organization's legal review team.

I do not intend to appear at the final approval hearing but believe I and all other similarly affected authors should be considered in weighing the appropriateness of the settlement and should be notified of our rights and potential recourse.

Signed,

Teresa K. Miller