# Exhibit 1

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4    ANDREA BARTZ, ANDREA BARTZ,   )
      INC., CHARLES GRAEBER, KIRK   )
 5    WALLACE JOHNSON, MJ + KJ,     )
      INC., individually and on     )
 6    behalf of others similarly    )
      situated,                     )
 7                                  )
                Plaintiffs,         )
 8                                  )
      vs.                           )   No. 3:24-cv-05417
 9                                  )
      ANTHROPIC PBC,                )
10                                  )
                Defendant.          )
11    _____)
12
13           TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15            VIDEO-RECORDED DEPOSITION OF
16               CHARLES ANDREW GRAEBER
17                     Volume I
18               Pages 1 through 235
19    _____
20              Wednesday, March 5, 2025
21              San Francisco, California
22
23    Reported By:  JANE GROSSMAN, CSR No. 5225
24
25    Job No. SF 7222284
```

Page 1

| | | |
|---|---|---|
| 1 | A. Can you define "creative writing" for me? | 09:35:50 |
| 2 | Q. Like, to write a story, for example. Did | 09:35:55 |
| 3 | you ever ask it to write a story? | 09:35:57 |
| 4 | A. No. | 09:36:00 |
| 5 | Q. Okay. Have you ever seen an output from | 09:36:00 |
| 6 | any LLM, whether or not you were operating it, under | 09:36:18 |
| 7 | any circumstances that -- that looked similar to | 09:36:21 |
| 8 | your books? | 09:36:24 |
| 9 | A. Similar in what way? | 09:36:28 |
| 10 | Q. That had text that appeared to be similar | 09:36:32 |
| 11 | to your books. | 09:36:34 |
| 12 | A. Similar? Can you give me another word for | 09:36:39 |
| 13 | "similar"? | 09:36:42 |
| 14 | Q. Well, I'm -- I'm wondering if you have | 09:36:44 |
| 15 | seen an output from any LLM under any circumstances | 09:36:46 |
| 16 | that looked like, "That's text from my books." | 09:36:50 |
| 17 | A. That looked as if -- if it came from one | 09:36:59 |
| 18 | of my books? | 09:37:00 |
| 19 | Q. Correct. | 09:37:02 |
| 20 | A. No. | 09:37:03 |
| 21 | Q. Do you believe LLMs currently are capable | 09:37:26 |
| 22 | of generating writing of the quality of human | 09:37:30 |
| 23 | authors? | 09:37:34 |
| 24 | A. Of -- of any or all human authors? | 09:37:42 |
| 25 | Q. Of any. | 09:37:45 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. FARRIS: | 09:42:29 |
| 2 | Q.   Are there any other factors you can | 09:42:29 |
| 3 | enumerate today? | 09:42:30 |
| 4 | A.   No. | 09:42:36 |
| 5 | Q.   Okay.  So to clarify, if it turns out that | 09:42:37 |
| 6 | Anthropic did train its LLM on your works, and that | 09:43:00 |
| 7 | was determined to be copyright infringement, do you | 09:43:02 |
| 8 | know how much monetary compensation you would need | 09:43:05 |
| 9 | to be adequately compensated? | 09:43:07 |
| 10 | A.   No. | 09:43:10 |
| 11 | Q.   You mentioned a minute ago that Anthropic | 09:43:28 |
| 12 | did not come to you for permission before allegedly | 09:43:31 |
| 13 | training on your works. | 09:43:36 |
| 14 | Do you recall that? | 09:43:37 |
| 15 | A.   I do. | 09:43:38 |
| 16 | Q.   If Anthropic had come to you, would you | 09:43:39 |
| 17 | have been willing to license it your works to use as | 09:43:43 |
| 18 | training data? | 09:43:48 |
| 19 | A.   I'm agreeable to the idea of making a | 09:43:49 |
| 20 | licensing agreement for the training of LLMs. | 09:43:54 |
| 21 | I couldn't tell you whether the terms | 09:43:59 |
| 22 | offered would have been acceptable. | 09:44:01 |
| 23 | Q.   Okay.  So you would have needed to | 09:44:04 |
| 24 | negotiate the terms; is that right? | 09:44:06 |
| 25 | A.   That's correct. | 09:44:07 |

Page 32

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.    Would -- would your willingness to enter a | 09:44:14 |
| 2 | license like that depend on the price that Anthropic | 09:44:16 |
| 3 | offered? | 09:44:19 |
| 4 | A.    Not exclusively. | 09:44:24 |
| 5 | Q.    Would it depend, in part, on the price? | 09:44:26 |
| 6 | A.    I would have to consult with my agents | 09:44:30 |
| 7 | and -- and so that this could be negotiated in full | 09:44:35 |
| 8 | terms, the way all other legal contracts have been | 09:44:40 |
| 9 | negotiated for using my work. | 09:44:44 |
| 10 | Q.    Which agents would you need to consult | 09:44:53 |
| 11 | with? | 09:44:55 |
| 12 | A.    I have a book agent and a film agent. | 09:44:59 |
| 13 |       And I'm not sure at this point whether | 09:45:02 |
| 14 | those agents would be all that I would consult with. | 09:45:08 |
| 15 | Q.    Is there anybody else you might consult | 09:45:19 |
| 16 | with, you think that might need to be involved? | 09:45:23 |
| 17 | A.    This is not something I've -- I've had to | 09:45:26 |
| 18 | grapple with since I was not approached. | 09:45:29 |
| 19 |       That would be something I'd have to | 09:45:33 |
| 20 | consider. | 09:45:35 |
| 21 | Q.    If Anthropic came to you and offered you | 09:46:04 |
| 22 | money for a license -- excuse me.  Strike that. | 09:46:06 |
| 23 |       If Anthropic came to you and offered you a | 09:46:10 |
| 24 | million dollars to license your two books in its | 09:46:13 |
| 25 | training data, would you enter that negotiation? | 09:46:16 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1          A.    I'm certainly interested in -- in -- in        09:46:20
2    licensing work -- the work.                                09:46:26
3                I would have to, again, consult with           09:46:29
4    professionals for the negotiation.                         09:46:33
5          Q.    Okay.  But -- but would you at least be        09:46:35
6    willing to enter into the negotiation if you were          09:46:38
7    being offered something very large, like a million         09:46:40
8    dollars?                                                   09:46:43
9          A.    It's -- it's a lot of money.  And I would      09:46:43
10   have hope for a good outcome there.                        09:46:47
11               But I've honestly never considered a           09:46:50
12   specific number.                                           09:46:53
13         Q.    Okay.  Is there a number that is so low        09:46:55
14   that it would not even be worth consulting with            09:47:01
15   your agents if -- if Anthropic offered you?                09:47:07
16               MS. SALINAS:   Objection.  Form.               09:47:11
17               THE WITNESS:   There may be.                   09:47:11
18               But, again, as I've never seen any terms       09:47:13
19   or really grappled with the specifics, I -- I              09:47:16
20   wouldn't be able to say right now.                         09:47:20
21   BY MR. FARRIS:                                             09:47:23
22         Q.    Okay.  So if Anthropic came to you and         09:47:24
23   offered you $1 to license your works as training           09:47:26
24   data, could you say whether or not you would agree         09:47:30
25   to enter a negotiation at that rate?                       09:47:32
```

Page 34

| | | |
|---|---|---|
| 1 | A. Depending on the other terms, I -- that | 09:47:35 |
| 2 | sounds like a very low number. And the idea that a | 09:47:41 |
| 3 | billion-dollar corporation wants to build its | 09:47:44 |
| 4 | business on my work and pay for it in such a -- | 09:47:46 |
| 5 | such a manner doesn't strike me as being equitable. | 09:47:52 |
| 6 | But, again, I -- I would have to -- I'd | 09:47:55 |
| 7 | have to consult and -- and think about this. | 09:47:58 |
| 8 | Q. Okay. So sitting here today, you're not | 09:48:00 |
| 9 | sure what number would be too low for you to engage | 09:48:07 |
| 10 | in negotiations with Anthropic? | 09:48:11 |
| 11 | A. It's not something I've considered, no. | 09:48:13 |
| 12 | Q. Okay. Would you be willing to license | 09:48:17 |
| 13 | your work to any AI company that paid you enough, or | 09:48:25 |
| 14 | would it depend on the specific AI company? | 09:48:30 |
| 15 | A. I'm -- I'm interested in fielding offers | 09:48:35 |
| 16 | and negotiating a good outcome for -- for training | 09:48:39 |
| 17 | AI models. I'm certainly open to it. | 09:48:43 |
| 18 | I don't have any prejudices at this point | 09:48:48 |
| 19 | as to which company that might be. | 09:48:52 |
| 20 | Q. Okay. Would you be willing to license | 09:48:57 |
| 21 | your -- your books to an AI company that -- that was | 09:49:04 |
| 22 | a non-profit research company? | 09:49:11 |
| 23 | A. Would I be willing to license? The | 09:49:15 |
| 24 | question is if I would be willing to -- to -- I | 09:49:18 |
| 25 | would be willing to consider any negotiation. | 09:49:21 |

CONFIDENTIAL

```
1        Q.   Okay.  Would you be willing to license           09:49:25
2   your books to a non-profit AI for research purposes        09:49:33
3   for a lower price than you would license them to a         09:49:39
4   commercial company, like Anthropic?                        09:49:41
5        A.   I have not thought about any of these            09:49:48
6   particulars.                                               09:49:50
7        Q.   Okay.  Have you heard of DeepSeek, the           09:49:51
8   Chinese AI company?                                        09:49:56
9        A.   Yes.                                             09:49:59
10       Q.   Would you be willing to license your books       09:50:00
11  for DeepSeek to use as training data?                      09:50:02
12       A.   I don't know enough about the particulars        09:50:08
13  of any of these companies to be able to say at this        09:50:09
14  time.                                                      09:50:12
15       Q.   Do you have an understanding of how the          09:50:20
16  addition or subtraction of your book from Claude's         09:50:22
17  training database would affect the performance of          09:50:24
18  the resulting data model?                                  09:50:31
19       A.   No.                                              09:50:34
20       Q.   Do you know whether the model would              09:50:34
21  perform differently if it was trained or not               09:50:37
22  trained on your book?                                      09:50:42
23            MS. SALINAS:  Objection.  Form.                  09:50:45
24            THE WITNESS:  I know that Anthropic              09:50:52
25  thought it was important enough to train its model,        09:50:59
```

Page 36

| | | |
|---|---|---|
| 1 | that it took my works in their entirety in order to | 09:51:03 |
| 2 | train its model.  And that's all I know. | 09:51:10 |
| 3 | BY MR. FARRIS: | 09:51:14 |
| 4 | Q.  Do you know how many books Anthropic used | 09:51:16 |
| 5 | to train Claude? | 09:51:20 |
| 6 | A.  No. | 09:51:24 |
| 7 | Q.  Do you have any idea approximately how | 09:51:24 |
| 8 | many books Anthropic used to train Claude? | 09:51:26 |
| 9 | A.  I know it's a large number. | 09:51:30 |
| 10 | Q.  Can you -- do you have a basis to estimate | 09:51:32 |
| 11 | that number? | 09:51:35 |
| 12 | A.  No. | 09:51:37 |
| 13 | Q.  Okay.  Do you have any idea, beyond books, | 09:51:39 |
| 14 | how much text Anthropic uses to train Claude? | 09:51:49 |
| 15 | A.  No. | 09:51:53 |
| 16 | Q.  Do you have any idea what the value of a | 09:52:00 |
| 17 | single book to train Claude would be? | 09:52:02 |
| 18 | A.  No. | 09:52:05 |
| 19 | Q.  Do you know if Anthropic would consider | 09:52:11 |
| 20 | your two books equally valuable for the purposes of | 09:52:15 |
| 21 | training Claude? | 09:52:18 |
| 22 | A.  I would have no idea. | 09:52:20 |
| 23 | I only know that they did take them both. | 09:52:24 |
| 24 | Q.  If at some point there is monetary | 09:52:30 |
| 25 | compensation in this case paid to you, do you | 09:52:35 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I love my book -- I love my books.  I love | 10:14:48 |
| 2 | that book. | 10:14:52 |
| 3 | But I don't have any basis for having an | 10:14:53 |
| 4 | opinion about its value in this context. | 10:14:59 |
| 5 | Q.   Okay.  Do you have any basis to know | 10:15:06 |
| 6 | whether Anthropic would value fiction versus | 10:15:09 |
| 7 | non-fiction more highly? | 10:15:12 |
| 8 | A.   No. | 10:15:15 |
| 9 | Q.   Do you have any basis to know whether | 10:15:15 |
| 10 | Anthropic would value a book based on a genre more | 10:15:18 |
| 11 | highly? | 10:15:25 |
| 12 | A.   I do not. | 10:15:26 |
| 13 | Q.   Do you have any opinion on whether the | 10:15:39 |
| 14 | word count of the book should matter in valuing a | 10:15:41 |
| 15 | license? | 10:15:44 |
| 16 | A.   No. | 10:15:45 |
| 17 | Q.   So, for example, the author of an art book | 10:15:46 |
| 18 | that consists of many pictures, but very few lines | 10:15:49 |
| 19 | of text, do you think that should potentially be | 10:15:53 |
| 20 | valued less than a book with lots of text? | 10:15:55 |
| 21 | A.   I don't have a -- any expertise in -- in | 10:15:59 |
| 22 | what is valuable for training an AI or creating a | 10:16:03 |
| 23 | business. | 10:16:10 |
| 24 | MR. FARRIS:  Okay.  I'm at a natural | 10:16:16 |
| 25 | breaking point in my outline. | 10:16:18 |

Page 54

| | | |
|---|---|---|
| 1 | work of yours online? | 11:31:41 |
| 2 | A.   I believe my publisher at one point said | 11:31:44 |
| 3 | that he had passed on a concern I had about illegal | 11:31:48 |
| 4 | digital copies online to their IT department or | 11:31:55 |
| 5 | something of the -- of the like.  But I don't have a | 11:31:59 |
| 6 | specific recollection, no. | 11:32:03 |
| 7 | Q.   Do you recall which book it was, or, if it | 11:32:05 |
| 8 | was not a book, if it was something else? | 11:32:08 |
| 9 | A.   I believe it was The Good Nurse, but I'm | 11:32:11 |
| 10 | not entirely sure. | 11:32:14 |
| 11 | Q.   Do you recall when that was? | 11:32:15 |
| 12 | A.   Several years ago. | 11:32:18 |
| 13 | Q.   Okay.  So if Anthropic had obtained an | 11:32:20 |
| 14 | unauthorized copy of your work via Books3, you would | 11:32:43 |
| 15 | object to Anthropic using it to train its LLMs? | 11:32:47 |
| 16 | A.   If -- I just broke the chair. | 11:32:55 |
| 17 |      As -- as far as I understand, Anthropic | 11:33:08 |
| 18 | did acquire an illegal copy of -- of my book through | 11:33:10 |
| 19 | Books3, and I -- my complaint is an objection to | 11:33:15 |
| 20 | that use without license. | 11:33:21 |
| 21 | Q.   ==Okay.  If you learned that Anthropic had== | 11:33:28 |
| 22 | ==purchased a copy of your book from an authorized== | 11:33:31 |
| 23 | ==seller and then had trained on that -- that copy of== | 11:33:35 |
| 24 | ==the book, would you object to Anthropic doing that== | 11:33:38 |
| 25 | ==without a license?== | 11:33:40 |

Page 102

```
1        A.    Obtaining a -- a copy of a book through an       11:33:44
2   authorized seller is very different from using that         11:33:47
3   book to train an LLM for -- to create a -- to create        11:33:55
4   a business.  So I don't think they're the --                11:34:03
5   that's -- there's still no license to do so.                11:34:06
6        Q.    And so -- so you -- you would object to          11:34:11
7   Anthropic's use of such a copy without a license?           11:34:13
8        A.    I object to Anthropic using my book to           11:34:17
9   train an LLM without a license, yes.                        11:34:21
10       Q.    So to give a more specific example, if           11:34:31
11  Anthropic purchased a physical copy of your book,           11:34:33
12  scanned it, and then trained on the scanned data            11:34:36
13  without a license, would you object to that?                11:34:40
14       A.    Yes.                                             11:34:42
15       Q.    Do you believe -- or do you have reason          11:34:53
16  to believe that other LLMs made by companies that           11:34:55
17  are not Anthropic have been trained on your books?          11:34:59
18       A.    It's my understanding that that is the           11:35:03
19  case, but I don't have any -- any other -- it is my         11:35:06
20  understanding that that's the case.                         11:35:15
21       Q.    What's that understanding based on?              11:35:17
22       A.    Based on reporting that I have -- I have         11:35:20
23  read.                                                       11:35:25
24       Q.    What reporting are you thinking of?              11:35:29
25       A.    I don't recall specifically.                     11:35:33
```

```
 1        A.   I would point to the first sentence and         12:30:56
 2   the second sentence.                                      12:31:06
 3        Q.   Okay.  But do you believe you assigned          12:31:09
 4   your publisher the copyright in your works?               12:31:13
 5        A.   No.                                             12:31:16
 6        Q.   Okay.  Did you grant Grand Central              12:31:16
 7   Publishing the right to license The Good Nurse to         12:31:26
 8   other -- to other parties?                                12:31:32
 9        A.   No.                                             12:31:33
10        Q.   Did you grant Grand Central Publishing the     12:31:37
11   right to license The Good Nurse as training data for     12:31:41
12   an LLM?                                                   12:31:45
13        A.   No.                                             12:31:45
14        Q.   Who has the authority to license               12:31:46
15   The Good Nurse to train LLMs?                             12:31:49
16        A.   I do.                                           12:31:51
17        Q.   Does anyone else need to be consulted          12:31:53
18   before you make the decision to grant a license to       12:31:56
19   an LLM for your -- your books?                            12:32:00
20        A.   I would consult experts in the field and      12:32:03
21   my -- my agent.                                           12:32:09
22             But the decision would be mine.                 12:32:10
23        Q.   Would you need to ask anyone else's            12:32:12
24   permission, in your mind?                                 12:32:14
25        A.   I would not.                                    12:32:15
```

Page 136

| | | |
|---|---|---|
| 1 | Q. Have you ever had a conversation about who | 12:32:20 |
| 2 | has the authority to license The Good Nurse to an | 12:32:23 |
| 3 | LLM with your publisher? | 12:32:26 |
| 4 | A. No. | 12:32:28 |
| 5 | Q. Have you ever told your publisher that you | 12:32:35 |
| 6 | believe that you have the exclusive right to license | 12:32:37 |
| 7 | The Good Nurse to an LLM? | 12:32:41 |
| 8 | A. No. | 12:32:43 |
| 9 | Q. Have you ever had any communications with | 12:32:44 |
| 10 | your publisher about who has the rights to license | 12:32:45 |
| 11 | The Good Nurse to an LLM? | 12:32:48 |
| 12 | A. No. | 12:32:50 |
| 13 | Q. ==Would your answer to those questions be== | 12:32:59 |
| 14 | ==any different for The Breakthrough?== | 12:33:01 |
| 15 | A. ==They would not.== | 12:33:03 |
| 16 | Q. Apart from communications specifically | 12:33:19 |
| 17 | with you, are you aware of your publisher issuing | 12:33:20 |
| 18 | any general statements about their position on | 12:33:25 |
| 19 | licensing books to LLM makers? | 12:33:28 |
| 20 | A. I am not -- | 12:33:32 |
| 21 | MS. SALINAS: Objection. Form. | 12:33:34 |
| 22 | Go ahead. | 12:33:35 |
| 23 | THE WITNESS: I am not aware. | 12:33:36 |
| 24 | BY MR. FARRIS: | 12:33:38 |
| 25 | Q. Section 2 of this agreement refers to the | 12:33:38 |

| | | |
|---|---|---|
| 1 | Q. Did you receive that? | 02:24:55 |
| 2 | A. Yes. | 02:24:56 |
| 3 | Q. And have you -- have you been receiving | 02:24:58 |
| 4 | royalties on The Breakthrough? | 02:25:01 |
| 5 | A. Domestically, no, I don't believe so. | 02:25:05 |
| 6 | Q. So, in other words, have the royalties not | 02:25:10 |
| 7 | exceeded the advance yet? | 02:25:14 |
| 8 | A. That's correct. | 02:25:16 |
| 9 | Q. Okay. Okay. I don't think I've got any | 02:25:17 |
| 10 | further questions on that. | 02:25:38 |
| 11 | Okay. We've probably already covered | 02:26:00 |
| 12 | this, but just to put up a header while we change | 02:26:02 |
| 13 | topics, have you ever licensed your books to be used | 02:26:08 |
| 14 | to train an LLM? | 02:26:11 |
| 15 | A. No. | 02:26:12 |
| 16 | Q. Have you ever discussed a license to use | 02:26:12 |
| 17 | your books as training data for an LLM? | 02:26:15 |
| 18 | A. No. | 02:26:18 |
| 19 | Q. Has anyone ever asked you to license your | 02:26:20 |
| 20 | books to be used to train an LLM? | 02:26:25 |
| 21 | A. No. | 02:26:27 |
| 22 | Q. No AI company has approached you with a | 02:26:28 |
| 23 | proposal on that? | 02:26:32 |
| 24 | A. No. | 02:26:33 |
| 25 | Q. Have you ever seen a draft of a license | 02:26:37 |

| | | |
|---|---|---|
| 1 | LLMs? | 02:39:18 |
| 2 | A. Outside of this document, no. | 02:39:19 |
| 3 | Q. So it would be true, then, that your books | 02:39:29 |
| 4 | are not available to license as training data via | 02:39:31 |
| 5 | any collective licensing mechanism? | 02:39:34 |
| 6 | A. That is accurate. | 02:39:37 |
| 7 | Q. And you have done nothing to investigate | 02:39:39 |
| 8 | the existence of a market right now for collective | 02:39:41 |
| 9 | licensing? | 02:39:45 |
| 10 | MS. SALINAS: Objection. Form. | 02:39:46 |
| 11 | THE WITNESS: No, I -- I have -- as far as | 02:39:49 |
| 12 | I understand it, my work has already been used for | 02:39:52 |
| 13 | that purpose, without license. | 02:39:55 |
| 14 | So I don't know that I have any -- any | 02:39:57 |
| 15 | stake at this point in -- in such research. | 02:40:02 |
| 16 | But, no. | 02:40:06 |
| 17 | BY MR. FARRIS: | 02:40:07 |
| 18 | Q. Well, more broadly than just Anthropic -- | 02:40:08 |
| 19 | A. Uh-huh. | 02:40:13 |
| 20 | Q. -- you know, have you looked at -- have | 02:40:13 |
| 21 | you looked into investigating the idea of collective | 02:40:15 |
| 22 | licensing your works for use in other LLM training | 02:40:19 |
| 23 | data? | 02:40:22 |
| 24 | A. No. | 02:40:23 |
| 25 | MR. FARRIS: Let's mark a new exhibit. | 02:40:46 |

Page 196

```
 1   to?  Like, which people are you thinking of when you      02:51:58
 2   say there was a "consensus"?                              02:52:01
 3        A.   Any- -- anyone in publishing that I know        02:52:03
 4   if -- has -- has considered that this is a difficult      02:52:07
 5   time in -- in publishing, and that may be one of the      02:52:12
 6   reasons.                                                  02:52:16
 7        Q.   Well, what evidence have you seen that          02:52:18
 8   it's one of the reasons?                                  02:52:19
 9        A.   I have -- I have no evidence.  I'm just         02:52:21
10   talking about the -- the sense.                           02:52:23
11        Q.   Do you think Anthropic specifically has         02:52:49
12   done anything that has caused sales of your books to      02:52:53
13   decline?                                                  02:52:55
14        A.   Sales?                                          02:52:57
15        Q.   Yes.                                            02:52:58
16        A.   No, I don't have any information about          02:52:59
17   sales of my book --                                       02:53:02
18        Q.   Okay.                                           02:53:04
19        A.   -- and Anthropic.                               02:53:07
20        Q.   Do you -- do you believe that Anth- --          02:53:10
21   anything Anthropic has done will cause sales of your      02:53:12
22   books to decline in the future?                           02:53:15
23        A.   I don't know.                                   02:53:17
24        Q.   Do you think Anthropic's LLMs can create        02:53:21
25   content that's a substitute for your books?              02:53:26
```

Page 205

```
 1                CERTIFICATE OF REPORTER
 2              I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
 5              That the foregoing proceedings were taken
 6    before me at the time and place herein set forth;
 7    that any witnesses in the foregoing proceedings,
 8    prior to testifying, were administered an oath; that
 9    a record of the proceedings was made by me using
10    machine shorthand which was thereafter transcribed
11    under my direction; and that the foregoing
12    transcript is a true record of the testimony given.
13              Further, that if the foregoing pertains to
14    the original transcript of a deposition in a Federal
15    Case, before completion of the proceedings, review
16    of the transcript [ ] was [x] was not requested.
17              I further certify I am neither financially
18    interested in the action nor a relative or employee
19    of any attorney or any party to this action.
20              IN WITNESS WHEREOF, I have this date
21    subscribed my name.
22                        Dated:  March 11, 2025
23
24                        [signature: Jane Grossman]
25                        JANE GROSSMAN
                          CSR No. 5225
```

Page 233