# Exhibit 4

1 | Rachel Geman
rgeman@lchb.com
2 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
3 | New York, NY 10013-1413
Telephone: 212.355.9500
4 | Facsimile: 212.355.9592

5 | *Attorneys for Plaintiff*
*Andrea Bartz, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANDREA BARTZ, ET AL., | Case No. 3:24-cv-05417 |
|---|---|
| Plaintiffs, | **PLAINTIFF CHARLES GRAEBER'S RESPONSES TO DEFENDANT ANTHROPIC PBC'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-10)** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Plaintiff objects to this Request as vague and ambiguous, unduly burdensome, and not relevant to the case. Plaintiff further objects to this Request to the extent it requests that Plaintiff answer with certainty when Plaintiff may lack the requisite knowledge.

Subject to and without waiving the foregoing objections, Plaintiff (to the best of Plaintiff's knowledge) has never licensed The Other Side of the Road (TX0009377142) to be used as training data for a large language model.

**REQUEST FOR ADMISSION NO. 9:**

Admit that you have never licensed any of your books to be used as training data for a large language model.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Plaintiff objects to this Request as vague and ambiguous, unduly burdensome, and not relevant to the case. Plaintiff further objects to this Request to the extent it requests that Plaintiff answer with certainty when Plaintiff may lack the requisite knowledge.

Subject to and without waiving the foregoing objections, Plaintiff (to the best of Plaintiff's knowledge) has never licensed any of Plaintiff's books to be used as training data for a large language model.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you have never licensed any of your books to be used as training data for a large language model, including, e.g., any such model developed and/or offered commercially by OpenAI, Inc.; Meta Platforms, Inc.; Alphabet Inc.; and Microsoft Corporation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Plaintiff objects to this Request as vague and ambiguous, unduly burdensome, and not relevant to the case. Plaintiff further objects to this Request to the extent it requests that Plaintiff answer with certainty when Plaintiff may lack the requisite knowledge. Plaintiff further objects to this Request as duplicative of Request for Admission No. 9.

Subject to and without waiving the foregoing objections, Plaintiff (to the best of Plaintiff's knowledge) has never licensed any of Plaintiff's books to be used as training data for a large

language model.

Dated: January 28, 2025

Respectfully submitted,

*/s/ Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
rgeman@lchb.com