# Exhibit 5

1   Rachel Geman
    rgeman@lchb.com
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
3   New York, NY  10013-1413
    Telephone:  212.355.9500
4   Facsimile:  212.355.9592

5   *Attorneys for Plaintiff*
    *Andrea Bartz, et al.*

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   ANDREA BARTZ, ET AL.,                  Case No.  3:24-cv-05417

13              Plaintiffs,                 **PLAINTIFFS ANDREA BARTZ AND
                                            ANDREA BARTZ, INC.'S RESPONSES TO
14   v.                                     DEFENDANT ANTHROPIC PBC'S FIRST
                                            SET OF REQUESTS FOR ADMISSION
15   ANTHROPIC PBC,                         (NOS. 1-10)**

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1  **REQUEST FOR ADMISSION NO. 8:**

2      Admit that you have never licensed The Other Side of the Road (TX0009377142) to be

3  used as training data for a large language model.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

5      Plaintiff objects to this Request as vague and ambiguous, unduly burdensome, and not

6  relevant to the case. Plaintiff further objects to this Request to the extent it requests that Plaintiff

7  answer with certainty when Plaintiff may lack the requisite knowledge.

8      Subject to and without waiving the foregoing objections, Plaintiff (to the best of Plaintiff's

9  knowledge) has never licensed The Other Side of the Road (TX0009377142) to be used as

10  training data for a large language model.

11  **REQUEST FOR ADMISSION NO. 9:**

12      Admit that you have never licensed any of your books to be used as training data for a

13  large language model.

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

15      Plaintiff objects to this Request as vague and ambiguous, unduly burdensome, and not

16  relevant to the case. Plaintiff further objects to this Request to the extent it requests that Plaintiff

17  answer with certainty when Plaintiff may lack the requisite knowledge.

18      Subject to and without waiving the foregoing objections, Plaintiff (to the best of Plaintiff's

19  knowledge) has never licensed any of Plaintiff's books to be used as training data for a large

20  language model.

21  **REQUEST FOR ADMISSION NO. 10:**

22      Admit that you have never licensed any of your books to be used as training data for a

23  large language model, including, e.g., any such model developed and/or offered commercially by

24  OpenAI, Inc.; Meta Platforms, Inc.; Alphabet Inc.; and Microsoft Corporation.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

26      Plaintiff objects to this Request as vague and ambiguous, unduly burdensome, and not

27  relevant to the case. Plaintiff further objects to this Request to the extent it requests that Plaintiff

28  answer with certainty when Plaintiff may lack the requisite knowledge. Plaintiff further objects to

3165734.1

PTFS ANDREA BARTZ, ET AL.'S, RESPONSES TO DEF.
ANTHROPIC PBC'S 1ST SET OF ADMISS. (NOS. 1-10)
CASE NO. 3:24-CV-05417

1    this Request as duplicative of Request for Admission No. 9.

2        Subject to and without waiving the foregoing objections, Plaintiff (to the best of Plaintiff's

3    knowledge) has never licensed any of Plaintiff's books to be used as training data for a large

4    language model.

5

6

7

8    Dated:  January 28, 2025                    Respectfully submitted,

9                                                */s/ Rachel Geman*
                                                 Rachel Geman
10                                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                 250 Hudson Street, 8th Floor
11                                               New York, NY  10013-1413
                                                 Telephone:  212.355.9500
12                                               rgeman@lchb.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3165734.1