# Exhibit 14

**Page Vault**

| | |
|---|---|
| Document title: | constitutional ai: harmlessness from ai feedback - Google Scholar |
| Capture URL: | https://scholar.google.com/scholar?hl=en&as_sdt=0%2C5&q=constitutional+ai%3A+harmlessness+from+ai+feedback&btnG= |
| Page loaded at (UTC): | Mon, 17 Mar 2025 16:10:55 GMT |
| Capture timestamp (UTC): | Mon, 17 Mar 2025 16:12:01 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| Capture ID: | 9Kt5PD7kWypZHSiYdgALyk |

☰  **Google** Scholar    constitutional ai: harmlessness from ai feedback    🔍                                                                                       SIGN IN

♦ Articles                                                                                    🎓 My profile      ⭐ My library

---

Any time
Since 2025
Since 2024
Since 2021
Custom range...

Sort by relevance
Sort by date

Any type
Review articles

☐ include patents
☑ include citations

**[PDF] Constitutional ai: Harmlessness from ai feedback**
Y Bai, S Kadavath, S Kundu, A Askell... - arXiv preprint arXiv ..., 2022 - ai-plans.com
As AI systems become more capable, we would like to enlist their help to supervise other
AIs. We experiment with methods for training a harmless AI assistant through
selfimprovement, without any human labels identifying harmful outputs. The only human
oversight is provided through a list of rules or principles, and so we refer to the method as
'Constitutional AI'. The process involves both a supervised learning and a reinforcement
learning phase. In the supervised phase we sample from an initial model, then generate self ...
☆ Save  99 Cite  Cited by 1393  Related articles  All 11 versions  ≫

[CITATION] Constitutional ai: Harmlessness from ai feedback, 2022
Y Bai, S Kadavath, S Kundu, A Askell, J Kernion... - arXiv preprint arXiv ..., 2022
☆ Save  99 Cite  Cited by 24  Related articles

*Showing the best results for this search.* *See all results*

**[PDF] ai-plans.com**

---

Privacy    Terms    Help

Document title: constitutional ai: harmlessness from ai feedback - Google Scholar
Capture URL: https://scholar.google.com/scholar?hl=en&as_sdt=0%2C5&q=constitutional+ai%3A+harmlessness+from+ai+feedback&btnG=
Capture timestamp (UTC): Mon, 17 Mar 2025 16:12:01 GMT                                                                                    Page 1 of 1