Exhibit 41

ORIGINALLY LODGED
ENTIRELY UNDER SEAL

REV04665370

Document Produced in Native Format

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000435165

Claude 1

| Category | % Unique Tok | % Sampled Tok |
|---|---|---|
| ████████ | 72.95% | ████ |
| ████████ | 10.64% | ████ |
| | 9.02% | ████ |
| academic | 4.29% | ██ |
| books ████ | 2.56% | ██ |
| books ████ | 0.32% | ██ |
| ████████ | 0.21% | ██ |
| ████████ | 0.02% | ██ |
| ████████ | 0.00% | ██ |
| ████████ | 0.00% | ██ |
| **Grand Total** | **100.00%** | **100.00%** |

Highly Confidential - Attorneys' Eyes Only

Claude 3 Opus

| Category | % Unique Tok | | % Sampled Tok | |
|----------|--------------|---|---------------|---|
| ██████████ | | ████ | | ████ |
| ███ | | ████ | | ████ |
| ████ | | ████ | | ████ |
| █████ | | ████ | | ███ |
| █████ | | ███ | | ███ |
| ████ | | ███ | | ███ |
| ████ | | ███ | | ███ |
| ███████ | | ███ | | ███ |
| █████ | | ███ | | ███ |
| ████ | | ████ | | ███ |
| **Grand Total** | **100.00%** | | **100.00%** | |

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000435165

Claude Haiku 3.5

| Category | % Unique Tok | | % Sampled Tok | |
|---|---|---|---|---|
| ███ | | ███ | | ███ |
| ███████ | | ███ | | ███ |
| ████ | | ███ | | ███ |
| █████ | | ██ | | ██ |
| █████ | | ██ | | ██ |
| ████ | | ██ | | ██ |
| ███████ | | ██ | | ██ |
| ████ | | ██ | | ██ |
| ████ | | ██ | | ██ |
| ████ | | ██ | | ██ |
| **Grand Total** | | **100.03%** | | **100.00%** |

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000435165