# Exhibit 45

Document Produced in Native Format

Highly Confidential – Attorneys' Eyes Only
ANT_BARTZ_000279410

## Main

**Current opinions from different people**

| | @tom | Pranav Sangani | Nicholas Joseph | | Average datamix | Trillions of tokens in Teal1 | Averaged relative to Teal1 mix | Willingness to pay for tokens |
|---|---|---|---|---|---|---|---|---|
| Books - Textbook (higher ed) | | | | | | | | |
| Books/Journals - Scientific/Technical/Medical/Academic | | | | | | | | |
| Books - Textbook (K-12) | | | | | | | | |
| Books - Consumer non-fiction | | | | | | | | |
| Books - Consumer fiction | | | | | | | | |
| Web - random webpage (e.g., Wordpress, social media, Reddit) | | | | | | | | |
| Web - random pdf | | | | | | | | |
| Podcasts | | | | | | | | |
| News - News article / News magazine/ News archives | | | | | | | | |
| Video - Academic video (university lectures) | | | | | | | | |
| Video - Other video (Twitch, YT, Vimeo, Dailymotion) | | | | | | | | |
| Video - Movies, Documentaries, Short-films | | | | | | | | |
| Financial information (archive + new SEC filings, etc) | | | | | | | | |
| Audiobooks | | | | | | | | |
| Music | | | | | | | | |
| Government documents | | | | | | | | |
| Research databases (academic, scientific, reference) | | | | | | | | |
| Code | | | | | | | | |
| Games | | | | | | | | |
| Academic Quizzes (e.g quizlet / chegg) | | | | | | | | |
| Average Teal1 Mix | | | | | | | | |

Max deal value = a percentage of the volume & value of a new tokens

EX: higher ed textbooks ( ) = tokens = tokens =

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_0002794110

# Filtered WTP



| Data type | Willingness to pay for ▮ tokens | Total WTP for a single book with ▮ tokens |
|---|---|---|
| Books - Textbook (higher ed) | ▮ | ▮ |
| Books/Journals - Scientific/Technical/Medical/Academic | ▮ | ▮ |
| Books - Textbook (K-12) | ▮ | ▮ |
| Books - Consumer non-fiction | ▮ | ▮ |
| Books - Consumer fiction | ▮ | ▮ |
| News - News article / News magazine/ News archives | ▮ | N/A |
| Video - Academic video (university lectures) | ▮ | N/A |
| Video - Other video (Twitch, YT, Vimeo, Dailymotion) | ▮ | N/A |
| Video - Movies, Documentaries, Short-films | ▮ | N/A |
| Average Teal1 Mix | ▮ | N/A |

Max deal value = a percentage of the volume & value of a new ▮ tokens
EX: ▮ higher ed textbooks (▮) = ▮ = ▮ tokens

Highly Confidential – Attorneys' Eyes Only

To review

| Name | Type | Description | Company URL | Tom Notes | Legal Notes |
|---|---|---|---|---|---|
| Lexis Nexis | Research Datasets | A comprehensive database of legal, news, and business information. | https://www.lexisnexis.com/ | | |
| Thomson Reuters Westlaw | Research Datasets | A legal research database containing case law, statutes, and other legal resources. | https://legal.thomsonreuters.com/en/products/westlaw | | |
| Bloomberg Terminal | Research Datasets | A financial data and analytics platform used by investment professionals. | https://www.bloomberg.com/professional/solution/bloomberg-terminal/ | | |
| IRI (Information Resources, Inc.) | Research Datasets | A market research database providing consumer packaged goods and retail data. | https://www.iriworldwide.com/ | | |
| Nielsen | Research Datasets | trends. | https://www.nielsen.com/ | | |
| comScore | Research Datasets | A database that measures digital media consumption and analytics. | https://www.comscore.com/ | | |
| Experian | Research Datasets | A credit reporting agency that maintains a database of consumer credit information. | https://www.experian.com/ | | |
| Acxiom | Research Datasets | A database containing consumer data for marketing and advertising purposes. | https://www.acxiom.com/ | | |
| Kantar | Research Datasets | A database providing market research data and consumer insights. | https://www.kantar.com/ | | |
| Gartner | Research Datasets | A database offering research and analysis on technology industries and markets. | https://www.gartner.com/ | | |
| IDC (International Data Corporation) | Research Datasets | A provider of market intelligence and data for the technology industry. | https://www.idc.com/ | | |
| Forrester | Research Datasets | A research and advisory database focusing on technology and its impact on businesses. | https://go.forrester.com/ | | |
| Frost & Sullivan | Research Datasets | A database providing market research and analysis across various industries. | https://www.frost.com/ | | |
| S&P Capital IQ | Research Datasets | A financial database offering data on companies, markets, and investments. | https://www.spglobal.com/marketintelligence/en/solutions/sp-capital-iq-platform | | |
| IQVIA (formerly Quintiles and IMS Health) | Research Datasets | A healthcare database containing data on medical claims, prescriptions, and patient records. | https://www.iqvia.com/ | | |
| Clarivate Analytics | Research Datasets | A patent search and analysis platform, bio/medical research | https://clarivate.com/ | | |
| ScienceDirect | STEM books/journals | A leading full-text scientific database offering journal articles and book chapters. | https://www.sciencedirect.com/ | | |
| IEEE Xplore | STEM books/journals | A digital library providing access to technical literature in engineering and technology. | https://ieeexplore.ieee.org/ | | |
| Springer | STEM books/journals | A major publisher of scientific, technical, and medical books and journals. | https://www.springer.com/ | | |
| Wiley Online Library | STEM books/journals | An online collection of scientific, technical, medical, and scholarly content. | https://onlinelibrary.wiley.com/ | | |
| Taylor & Francis Online | STEM books/journals | A platform offering access to scholarly journals and books. | https://www.tandfonline.com/ | | |
| Sage Journals | STEM books/journals | A database of journals in various disciplines, including science, technology, and medicine. | https://journals.sagepub.com/ | | |
| PubMed | STEM books/journals | biomedicine. | https://www.ncbi.nlm.nih.gov/pubmed/ | | |
| JSTOR | STEM books/journals | A digital library of academic journals, books, and primary sources. | https://www.jstor.org/ | | |
| American Chemical Society (ACS) Publications | STEM books/journals | A source for peer-reviewed journals in chemistry and related fields. | https://pubs.acs.org/ | | |
| Royal Society of Chemistry (RSC) Publishing | STEM books/journals | A provider of high-quality journals, books, and databases in chemistry. | https://www.rsc.org/ | | |
| Oxford Academic Journals | STEM books/journals | A collection of journals published by Oxford University Press. | https://academic.oup.com/journals/ | | |
| Cambridge University Press | STEM books/journals | A publisher of academic journals across various disciplines. | https://www.cambridge.org/ | | |
| Nature Research Journals | STEM books/journals | A group of high-impact journals published by Nature Research. | https://www.nature.com/ | | |
| Annual Reviews | STEM books/journals | A publisher of comprehensive review articles in various scientific disciplines. | https://www.annualreviews.org/ | | |
| PNAS (Proceedings of the National Academy of Sciences) | STEM books/journals | A highly-cited, peer-reviewed journal covering various scientific fields. | https://www.pnas.org/ | | |
| Cell Press | STEM books/journals | A publisher of biomedical journals, including Cell and other high-impact titles. | https://www.cell.com/ | | |
| American Physical Society (APS) Journals | STEM books/journals | A collection of peer-reviewed journals in physics and related fields. | https://journals.aps.org/ | | |
| IOP Publishing | STEM books/journals | A publisher of journals and books in physics and related sciences. | https://ioppublishing.org/ | | |
| BMJ Journals | STEM books/journals | A collection of medical journals published by the British Medical Journal (BMJ) Group. | https://journals.bmj.com/ | | |
| Karger Publishers | STEM books/journals | A publishing company specializing in medical and scientific journals and books. | https://www.karger.com/ | | |
| Westlaw | Legal content | A comprehensive online legal research service that provides access to case law, statute regulations, and other legal resources. | https://legal.thomsonreuters.com/westlaw/ | | https https://legal.thomsonreuters.com/westlaw/ |
| LexisNexis | Legal content | A leading provider of legal, regulatory, and business information and analytics, offering a wi range of legal databases and research tools. | https://www.lexisnexis.com/ | | https https://www.lexisnexis.com/ |
| Bloomberg Law | Legal content | A legal research platform that combines legal content, company data, and market informati for legal professionals. | https://pro.bloomberglaw.com/ | | https https://pro.bloomberglaw.com/ |
| Wolters Kluwer | Legal content | A global provider of professional information, software solutions, and services, including leg and regulatory content. | https://www.wolterskluwer.com/ | | https https://www.wolterskluwer.com/ |
| Fastcase | Legal content | A legal research platform that provides access to case law, statutes, regulations, and oth legal documents. | https://www.fastcase.com/ | | https https://www.fastcase.com/ |
| Casemaker | Legal content | An online legal research library for attorneys, providing access to case law, statutes, and oth legal content | https://www.casemakerlegal.com/ | | https https://www.casemakerlegal.com/ |
| HeinOnline | Legal content | A database of legal journals, case law, international treaties, and other legal documer | https://home.heinonline.org/ | | https https://home.heinonline.org/ |
| Justis | Legal content | A provider of online legal information and research solutions, including case law and legislat databases. | https://www.justis.com/ | | https https://www.justis.com/ |
| Practical Law | Legal content | A legal knowledge database offering practice notes, standard documents, checklists, ar other resources for legal professionals. | https://uk.practicallaw.thomsonreuters.com/ | | https https://uk.practicallaw.thomsonreuters.com/ |
| Darts-ip | Legal content | A global database of intellectual property case law, providing access to IP-related ca decisions and administrative rulings. | https://www.darts-ip.com/ | | https https://www.darts-ip.com/ |
| Khan Academy | Videos: Education | A non-profit educational organization that provides free online educational videos and cours with closed captions. | https://www.khanacademy.org/ | | |
| TED | Videos: Education | A platform that distributes educational and inspirational talks from experts in various field with closed captions available for most videos. | https://www.ted.com/ | | |
| Coursera | Videos: Education | An online learning platform that partners with universities and organizations to provide onli courses, many of which include closed captioned videos. | https://www.coursera.org/ | | |
| edX | Videos: Education | A platform that offers online courses from leading universities and institutions, with close captions available for video content. | https://www.edx.org/ | | |
| Udemy | Videos: Education | An online learning marketplace that hosts a wide range of educational videos, many of whi include closed captions. | https://www.udemy.com/ | | |
| LinkedIn Learning | Videos: Education | A subscription-based platform offering video courses taught by industry experts, with close captions available for most videos. | https://www.linkedin.com/learning/ | | |
| PBS Learning Media | Videos: Education | An educational platform that provides free access to educational videos and resources, w closed captions available for many videos. | https://www.pbslearningmedia.org/ | | |
| Skillshare | Videos: Education | An online learning community with educational videos across various creative a entrepreneurial fields, many of which include closed captions. | https://www.skillshare.com/ | | |
| Alison | Videos: Education | A free online learning platform that offers courses and educational videos, with closed captio available for many videos. | https://alison.com/ | | |
| Harvard Business School Online | Videos: Univ Online Courses (business school) | Offers a variety of online business courses and programs, including Business Analytics Financial Accounting, and Leadership Principles. | https://online.hbs.edu/ | | |
| Stanford Graduate School of Business | Videos: Univ Online Courses (business school) | Provides online executive education programs and courses in areas such as Strateg Leadership, Innovation and Entrepreneurship, and Digital Transformation. | https://www.gsb.stanford.edu/exec-ed/online-programs | | |
| Wharton Online (University of Pennsylvania) | Videos: Univ Online Courses (business school) | Offers online business courses and specializations in subjects like Marketing, Finance, an Entrepreneurship. | https://online.wharton.upenn.edu/ | | |
| MIT Sloan School of Management | Videos: Univ Online Courses (business school) | Provides online executive education courses and programs in areas I ke Artificial Intelligent Blockchain, and Digital Business Strategy. | https://executive.mit.edu/on-demand-online-programs | | |
| Columbia Business School | Videos: Univ Online Courses (business school) | Offers online executive education programs and courses in subjects such as Digital Strategi for Business, Corporate Finance, and Leadership. | https://www8.gsb.columbia.edu/execed/online-programs | | |
| Kellogg School of Management (Northwestern University) | Videos: Univ Online Courses (business school) | Provides online executive education programs and courses in areas I ke Leadership, Strate and Business Analytics. | https://www.kellogg.northwestern.edu/executiv education/individual-programs/online-programs.aspx | | |
| UCLA Anderson School of Management | Videos: Univ Online Courses (business school) | Offers online business courses and certificates in subjects like Accounting, Finance, an Management. | https://www.anderson.ucla.edu/executive-education/individu executives/online-learning | | |
| University of Michigan Ross School of Business | Videos: Univ Online Courses (business school) | Provides online business courses and certificates in areas such as Entrepreneurship, Glob Supply Chain Management, and Business Analytics. | https://michiganross.umich.edu/programs/executive education/online-programs | | |

- Western Gove https://www.we Western Governors University (WGU)
- Southern New https://www.sn Southern New Hampshire University (SNHU)
- University of Pl https://www.pl University of Phoenix
- Capella Univer https://www.ca Capella University
- American Publ https://www.ag American Public University System (APUS)
- Walden Univer https://www.w Walden University
- Grand Canyon https://www.gc Grand Canyon University
- Liberty Univers https://www.lib Liberty University
- Strayer Univers https://www.st Strayer University
- Ashford Univer https://www.as Ashford University
- Kaplan Univers https://www.ps Kaplan University (now Purdue University Global)
- Colorado Tech. https://www.co Colorado Technical University
- Full Sail Univer https://www.fu Full Sail University
- Northcentral Ui https://www.nc Northcentral University
- Bellevue Unive https://www.be Bellevue University
- American Interl https://www.ai American InterContinental University
- Excelsior Colle https://www.ee Excelsior College
- University of M. https://www.ur University of Maryland Global Campus (UMGC)
- DeVry Universi https://www.de DeVry University
- Brandman Uni, https://www.ur Brandman University (now UMass Global)

To review

| School | Category | Type | Description | URL |
|---|---|---|---|---|
| Darden School of Business (University of Virginia) | Videos: Univ Online Courses (business school) | | | https://www.darden.virginia.edu/executive-education/programs/online-courses |
| Duke University's Fuqua School of Business | Videos: Univ Online Courses (business school) | | Offers online business courses and specializations in subjects like Design Thinking, Agile Leadership, and Digital Transformation. | https://www.fuqua.duke.edu/programs/online-executive-education/programs/online-courses |
| University of Oxford (UK) | Videos: Univ Online Courses (general) | Non-US university | Provides online business courses and certificates in areas like Financial Analysis, Digital Marketing, and Entrepreneurship. | https://www.conted.ox.ac.uk/courses/online |
| University of Cambridge (UK) | Videos: Univ Online Courses (general) | Non-US university | | https://www.ice.cam.ac.uk/courses/online-courses |
| Imperial College London (UK) | Videos: Univ Online Courses (general) | Non-US university | | https://www.imperial.ac.uk/study/pg/online-learning/ |
| University of Toronto (Canada) | Videos: Univ Online Courses (general) | Non-US university | | https://learn.utoronto.ca/online-courses |
| McGill University (Canada) | Videos: Univ Online Courses (general) | Non-US university | | https://www.mcgill.ca/study/2021-2022/faculties/continuing/online-and-distance-learning |
| University of Melbourne (Australia) | Videos: Univ Online Courses (general) | Non-US university | | https://study.unimelb.edu.au/find/online-courses/ |
| Australian National University (Australia) | Videos: Univ Online Courses (general) | Non-US university | | https://www.anu.edu.au/study/study-online |
| National University of Singapore (Singapore) | Videos: Univ Online Courses (general) | Non-US university | | https://scale.nus.edu.sg/programmes/moocs |
| University of Cape Town (South Africa) | Videos: Univ Online Courses (general) | Non-US university | | https://www.oetap.uct.ac.za/cetap/online-courses |
| Harvard University | Videos: Univ Online Courses (general) | US Top Universities | | https://online-learning.harvard.edu/ |
| Stanford University | Videos: Univ Online Courses (general) | US Top Universities | | https://online.stanford.edu/ |
| Massachusetts Institute of Technology (MIT) | Videos: Univ Online Courses (general) | US Top Universities | | https://openlearning.mit.edu/ |
| University of California, Berkeley | Videos: Univ Online Courses (general) | US Top Universities | | https://extension.berkeley.edu/online-education/ |
| University of Michigan | Videos: Univ Online Courses (general) | US Top Universities | | https://online.umich.edu/ |
| University of Pennsylvania | Videos: Univ Online Courses (general) | US Top Universities | | https://onlinelearning.upenn.edu/ |
| Duke University | Videos: Univ Online Courses (general) | US Top Universities | | https://learnmore.duke.edu/ |
| Cornell University | Videos: Univ Online Courses (general) | US Top Universities | | https://ecornell.cornell.edu/ |
| Northwestern University | Videos: Univ Online Courses (general) | US Top Universities | | https://sps.northwestern.edu/online/ |
| Columbia University | Videos: Univ Online Courses (general) | US Top Universities | | https://online.columbia.edu/ |
| Yale University | Videos: Univ Online Courses (general) | US Top Universities | | https://online.yale.edu/ |
| University of Chicago | Videos: Univ Online Courses (general) | US Top Universities | | https://online.uchicago.edu/ |
| Princeton University | Videos: Univ Online Courses (general) | US Top Universities | | https://online.princeton.edu/ |
| Johns Hopkins University | Videos: Univ Online Courses (general) | US Top Universities | | https://advanced.jhu.edu/academics/online-programs/ |
| California Institute of Technology (Caltech) | Videos: Univ Online Courses (general) | US Top Universities | | https://www.ctme.caltech.edu/programs/online |
| Brown University | Videos: Univ Online Courses (general) | US Top Universities | | https://professional.brown.edu/online/ |
| Dartmouth College | Videos: Univ Online Courses (general) | US Top Universities | | https://www.dartmouth.edu/academics/online-learning |
| Vanderbilt University | Videos: Univ Online Courses (general) | US Top Universities | | https://www.vanderbilt.edu/online/ |
| Emory University | Videos: Univ Online Courses (general) | US Top Universities | | https://www.emoryhealthcare.org/centers-programs/distance-learning/index.html |
| University of Notre Dame | Videos: Univ Online Courses (general) | US Top Universities | | https://online.nd.edu/ |
| Western Governors University (WGU) | Videos: Univ Online Courses (general) | US Online University | | https://www.wgu.edu/ |
| Southern New Hampshire University (SNHU) | Videos: Univ Online Courses (general) | US Online University | | https://www.snhu.edu/ |
| University of Phoenix | Videos: Univ Online Courses (general) | US Online University | | https://www.phoenix.edu/ |
| Capella University | Videos: Univ Online Courses (general) | US Online University | | https://www.capella.edu/ |
| American Public University System (APUS) | Videos: Univ Online Courses (general) | US Online University | | https://www.apus.edu/ |
| Walden University | Videos: Univ Online Courses (general) | US Online University | | https://www.waldenu.edu/ |
| Grand Canyon University | Videos: Univ Online Courses (general) | US Online University | | https://www.gcu.edu/ |
| Liberty University | Videos: Univ Online Courses (general) | US Online University | | https://www.liberty.edu/online/ |
| Strayer University | Videos: Univ Online Courses (general) | US Online University | | https://www.strayer.edu/ |
| Ashford University | Videos: Univ Online Courses (general) | US Online University | | https://www.ashford.edu/ |
| Kaplan University (now Purdue University Global) | Videos: Univ Online Courses (general) | US Online University | | https://www.purdueglobal.edu/ |
| Colorado Technical University | Videos: Univ Online Courses (general) | US Online University | | https://www.coloradotech.edu/ |
| Full Sail University | Videos: Univ Online Courses (general) | US Online University | | https://www.fullsail.edu/ |
| Northcentral University | Videos: Univ Online Courses (general) | US Online University | | https://www.ncu.edu/ |
| Bellevue University | Videos: Univ Online Courses (general) | US Online University | | https://www.bellevue.edu/ |
| American InterContinental University | Videos: Univ Online Courses (general) | US Online University | | https://www.aiuniv.edu/ |
| Excelsior College | Videos: Univ Online Courses (general) | US Online University | | https://www.excelsior.edu/ |
| University of Maryland Global Campus (UMGC) | Videos: Univ Online Courses (general) | US Online University | | https://www.umgc.edu/ |
| DeVry University | Videos: Univ Online Courses (general) | US Online University | | https://www.devry.edu/ |
| Brandman University (now UMass Global) | Videos: Univ Online Courses (general) | US Online University | | https://www.umassglobal.edu/ |

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_0000279410


