# EXHIBIT 3

# Data Hypotheses

[Chris Olah](#) Jan 22, 2023

Data seems extremely important. It could easily be the highest leverage thing to improve our models. At the same time, my sense is we're all deeply confused about data. *What is data quality? What properties of data matter? What sources of data are best? How much quality-weighted data can different sources provide us with?* We don't know!

This document tries to list various concrete hypotheses I've had about data. I don't believe any of them with very high probability. In many cases, I think they're more likely than not to be wrong. The goal is just to try to list/name/articulate some things which *might* be true about data.

## What is high quality data?

*(In practice, I expect a combination of these, not any given one.)*

**The Coherent, Long-Context Hypothesis** – Models need data with coherent long-contexts so they can learn to read and think over larger segments of text.

**The Knowledge Hypothesis** – Models need sources of factual knowledge, especially knowledge that is relevant to economically useful labor.

**The Reasoning Hypothesis** – Models need text that demonstrates careful thinking and reasoning. More broadly, models need demonstrations of useful cognitive styles. This could be technical reasoning (math, proofs, programming), organizing writing, argumentation, or other things…

**The Agency Hypothesis** – Models need demonstrations of agency and goal-oriented thinking. (For example, perhaps novels provide this.)

**The Good Writing Hypothesis** – Models just need good writing. The kind of content an editor would approve of. This teaches them how to write well, rather than low quality internet speak.

## What are the Limitations of Common Crawl (and similar)?

---

**Commented [1]:** I think the "what's high quality data" might be less interesting than "what do we *do* with high quality data", since we probably are in the right ballpark for what contributes to quality (human evaluations, scans). I think there are a lot of grand mysteries (how much does it help? which properties are important?), but I'm not sure finding the answers actually lead to anything with huge upside, since we're already going pretty hard on getting anything approximately high quality.

I want ways to see if we can augment our high quality data so we can repeat it (so it's less drowned out by commoncrawl) or to see if we can necromancy something in the graveyard of curriculum learning papers (even if it's just "finetune on high quality data") [Author:kipply Chen],[Creator:1297307460],[Date:1/23/2023 2:15:00 AM]

**Commented [2]:** I feel like you should list the "nothing" hypothesis, ie data quality really just doesn't matter. :-) [Author:Jared Kaplan],[Creator:1297307460],[Date:1/23/2023 12:52:00 AM]

**Commented [3]:** i am like, extremely seriously considering that it actually matters less than we think it does (maybe even a little less than it empirically seems to) [Author:kipply Chen],[Creator:1297307460],[Date:1/23/2023 2:06:00 AM]

**Commented [4]:** This makes me think of newspapers-- a century of nytimes or AP or wsj seems like a good data source if we could get it [Author:Peter Lofgren],[Creator:1297307460],[Date:1/25/2023 12:13:00 AM]

**The Spam / Repetition Hypothesis** – Common crawl, and other content extracted by crawling websites, is typically full of web spam and SEO garbage. This means that actually good content is a needle in the haystack.

**The Microduplication and Junk Hypothesis** – Even "good websites" are full of annoying content. Ads. Side bars. Navigation links. Forums are full of signatures, user information, page navigation, and more. This means that the actual content may only be a fraction of the page, unless we handle things carefully.

**The Missing Context Hypothesis** – For many websites, it may be hard to learn much from that website in isolation. For example, the content might be paginated (for example, this is common in forums, code documentation, and online books). Images may be central to understanding it. The page may just generally not be self explanatory, even if it contains valuable information.

**The Data Gaps Hypothesis** – It seems to be somewhat common for *Google* to not have pages deep inside threads on a website, even when it has crawled the first page!! If this is true of Google, even rarely, it's almost certainly much more true of Common Crawl. By understanding the structure of high-quality websites, we may be able to capture these "gaps", which might constitute a non-trivial amount of high-quality data.

## Where Can We Get High-Quality Data?

*I'm sure there are lots of other great sources!*

**Books** – Perhaps high quality books (eg. textbooks) are just the best content we can get, and we should buy lots of books.

**Bespoke Crawling** – Perhaps the key to extracting high-quality data is to understand websites, systematically extract content, and combine it together. This can address **microduplication**, **missing context**, and the **data gap** problems we hypothesized earlier.

**Claude-Powered Crawling** – Can Claude automate the bespoke crawling problem?

## Multilingual – Technical Hypotheses

**The High-Level Transfer Hypothesis** – Once a model is sufficiently good at understanding two languages, data which teaches factual knowledge or reasoning in one language will transfer to the other language. This means that for "high-quality data" it doesn't matter very much what language it is in.

---

**Commented [5]:** I am really looking forward to getting repetition removal, that's going to rock [Author:kipply Chen],[Creator:1297307460],[Date:1/23/2023 2:17:00 AM]

**Commented [6]:** I think this is solvable by spending a bit at samples [Author:kipply Chen],[Creator:1297307460],[Date:1/23/2023 2:18:00 AM]

**Commented [7]:** Out of curiosity, where do you put code? I remember seeing some speculation online that code really helps models with reasoning, I have no idea if that's true / consistent with what we know of Claude though. [Author:David Judd],[Creator:1297307460],[Date:1/23/2023 6:02:00 PM]

**Commented [8]:** Ah, yes, I agree that code is probably high quality if narrow. I guess this section is more about where we can get more high quality data on the present margin :) [Author:Christopher Olah],[Creator:1297307460],[Date:1/23/2023 6:11:00 PM]

**Commented [9]:** Mentioning just that when Google did Book Search and "crawled the world's major libraries", one of the ways in which they got buy-in from libraries, was by giving a digital copy of each book _back to the library for them to own too_ .

So legal rights are certainly an important issue, but mentioning that the digital copies of stuff (even stuff out of print and not in ebook form) is more easily available for cheaper-labor than it was for Google book search days. [Author:Mike Lambert],[Creator:1297307460],[Date:2/14/2023 8:53:00 PM]    ... [1]

**Commented [10]:** https://support.google.com/websearch/answer/9690276?hl=en

Might even be easier to find out-of-copyright stuff as it goes out-of-copyright, if gutenberg-et-al aren't on top of it. [Author:Mike Lambert],[Creator:1297307460],[Date:2/14/2023    ... [2]

**Commented [11]:** This feels connected to retrieval. I could imagine doing a deep scrape of e.g. company websites and collecting all the info: company reports, handbooks, web pages, etc. together in one large document. My guess is that there's a lot of signal in this kind of very long coherent context but it might be that to really use it well you need to learn to retrie    ... [3]

**Commented [12]:** we should really scope out crawling, and different types of crawling! [Author:kipply Chen],[Creator:1297307460],[Date:1/23/2023 2:30:00 AM]

**The *Monolingual Corpus* vs *Aligned Corpus* Bottleneck Hypotheses** – For learning languages, you could imagine two possible bottlenecks: having enough multilingual content to learn the language, or having enough content aligned with other languages to snap it into place and benefit from transfer with other languages. Is one of these clearly a bottleneck rather than the other?

## Multilingual – Strategic Hypotheses

**The Major Languages Hypothesis** – A small number of widely used languages may capture a large fraction of the values per language (eg. see languages by GDP, languages by speakers). Perhaps our priority, at least in the short term, should be to target the "highest bang for our buck" languages. (*Contrast this hypothesis with "Low Resource Language Hypothesis".*)

**The Low-Resource Language Hypothesis** – Perhaps we will succeed at common languages by default and don't need to worry about them – there will be enough data in common crawl to just do well on them without thinking about it, as long as we don't actively filter it out. In this case, we should ask which questions we won't succeed at by default. The most worrying category is "low resource languages" where there just isn't much content on the internet.

- **Variant:** We might also want to think about *low-ratio* languages, where languages are underrepresented on the internet relative to how much they're spoken, rather than just languages which are low resource in absolute terms. See this visualization.

**The China Competition Hypothesis** – China seems like it might be the least ethical / safe AI actor. To the extent we can slow them down by absorbing market share they could grab (and thereby use to accelerate production of large models), we can tip the geopolitical balance. As a result, we should prioritize having good linguistic performance on languages for markets Chinese companies might be inclined to go after – Mandarin (although Chinese government intervention will likely push us out here), but perhaps also neighbors or countries deeply involved in the Belt and Road strategy.

**Commented [13]:** mostly a reminder to self, but iirc jade abbott had a lot of strong and well informed thoughts about how low resource languages should be treated and someone should talk to her again [Author:kipply Chen],[Creator:1297307460],[Date:1/23/2023 2:32:00 AM]

**Commented [14]:** There was a talk/paper at NAACL (with Jade on it) last year that had the conclusion: "We demonstrate that the most effective strategy for transferring both additional languages and additional domains is to leverage small quantities of high-quality translation data to fine-tune large pre-trained models." [Author:Newton Cheng],[Creator:1297307460],[Date:1/24/2023 12:04:00 AM]

**Commented [15]:** Some related comments from @ben@anthropic.com --

• Chinese may still be valuable for all the Chinese diaspora/expats
• +1 transfer knowledge from Chinese to English
• Unlikely China will enforce copyright on US?
• US gov't may be interested in Chinese language ability for national security reasons, if we end up engaging there [Author:Christopher Olah],[Creator:1297307460],[Date:1/31/2023 4:00:00 PM]

| Page 2: [1] Commented [9] | Mike Lambert | 2/14/2023 8:53:00 PM |
|---|---|---|

Mentioning just that when Google did Book Search and "crawled the world's major libraries", one of the ways in which they got buy-in from libraries, was by giving a digital copy of each book _back to the library for them to own too_ .

So legal rights are certainly an important issue, but mentioning that the digital copies of stuff (even stuff out of print and not in ebook form) is more easily available for cheaper-labor than it was for Google book search days. [Author:Mike Lambert],[Creator:1297307460],[Date:2/14/2023 8:53:00 PM]

| Page 2: [2] Commented [10] | Mike Lambert | 2/14/2023 8:53:00 PM |
|---|---|---|

https://support.google.com/websearch/answer/9690276?hl=en

Might even be easier to find out-of-copyright stuff as it goes out-of-copyright, if gutenberg-et-al aren't on top of it. [Author:Mike Lambert],[Creator:1297307460],[Date:2/14/2023 8:53:00 PM]

| Page 2: [3] Commented [11] | Sheer El Showk | 1/23/2023 10:24:00 AM |
|---|---|---|

This feels connected to retrieval.  I could imagine doing a deep scrape of e.g. company websites and collecting all the info: company reports, handbooks, web pages, etc. together in one large document.  My guess is that there's a lot of signal in this kind of very long coherent context but it might be that to really use it well you need to learn to retrieve over it. [Author:Sheer El Showk],[Creator:1297307460],[Date:1/23/2023 10:24:00 AM]

Highly Confidential – Attorneys' Eyes Only                                                                                                                ANT_BARTZ_000003436