# EXHIBIT 4

# [ACP] Data Acquisition Opportunity 2025 [DRAFT]

Sydney Meheula Nick Aitken
Oct 15, 2024

Executive Summary and Recommendation

- **Investing behind paid data to support training remains a nascent, but growing effort for Anthropic**. So far this year, we have committed to spend ▮▮▮M on data acquisition, with an expected total spend amount of ▮▮▮▮M for 2024. The large majority of this spend has and will go towards our effort to purchase and scan books, Project Panama
- **Heading into 2025, we continue to have the strongest conviction around book data**. Across all categories of written data, books are both more useful and available in larger quantities
- **We still have room to grow our investment in Project Panama.** There are ~40M books available to purchase in the world. Given our current purchase parameters (mainly around price, publishing quality, confidentiality), our serviceable obtainable market ("SOM") is ~▮M books. To date, we have purchased ▮M books in this SOM, leaving a sizable ~▮▮M left
- **We need a large volume of book token data to make an impact on our training.** But to purchase a meaningful number of books (▮▮M, or ▮ book tokens) in a short period of time, we may need to loosen our parameters or get creative to accelerate penetration of our SOM. We are seeing that every new vendor or order comes with increasingly less unique books
- **Beyond Project Panama, data partnerships are largely opportunistic** with a limited feedback loop to the specific needs of research and product. Most of these have been small investments and geared towards experimentation at this time

Recommendation
1. **Budget for ▮▮▮▮▮▮ in Data Partnerships spend for next year**
2. **Continue to expand our investment in Project Panama in 2025 with a greater budget allocated of $▮▮M.** We now have more data validating the CM value of book data and increasing the budget allows for either i) ensuring we reach at least 1T book tokens (~▮▮M) in case we need to make price tradeoffs to increase purchase velocity, or ii) allows us to exceed 1T book tokens
3. **Reserve ~$▮M for more experimental non-book buying opportunities** (~▮x that of 2024), as we may come across more opportunities to accelerate our multi-modal efforts
4. **Begin building a muscle of forecasting our future token needs through 2025** to develop a more refined view on where we should be proactively investing in data. Increase feedback loop between data / token needs with research and product

Why is Paying for New Data Important at all?
1. **To date, most of our data is trained on web crawled data.** However, there is a limit on how much, and in what categories/useful capacities, data can be crawled online
2. **New data is always better.** Repeating data is bad for model efficiency and intelligence
3. **Not all types of new data are created equal.** We hypothesize that adding new data can improve the efficiency of our models (via compute multipliers, or "CM's") by different levels depending on the type - this means that we get a higher return out of the same level of training spend with the addition of new data
4. **Different types of data improves our models in different capacities** (e.g. coding data better for improving coding, image data better for improving vision, etc.)
5. **Unique, differentiated data could give us a competitive edge** from others who don't have access to the same data

What Does the Universe of Buy-able Data Look Like?
Data can be roughly broken down into two categories:
1. **Written data** that supports our models' understanding of things that can be read. To date, this is most of what our models have been trained on today
2. **Non-written data**, such as images, audio, and video, which are more nascent for us, but present a compelling market expansion opportunity

**Written Data**
Includes data that can be crawled on the web, data that comes from books, and data that is blocked behind paywalls (news, social media, financial information, etc).

Beyond the data that is widely available on the web, **the highest volume of useful data is available to us via published books**. The team has previously categorized different types of data and determined that for the most part, other types of data are either not that useful to us or not available in large enough quantities to move the needle on our training.

|  | Conviction in Usefulness | Availability in Large Quantities |
|---|---|---|
| Books | High to Very High | Very High |
| Social Media | Low | Medium |
| News | Low | Medium |
| Research Databases | Very High | Low |
| Financial Information | Medium Low | Medium |

Detail on views

**Within books, we believe there are ~▮M books that fall within our SOM, subject to our search parameters**:
1. Less than ~$▮ in average book price (or list price < $▮, if we assume an equal distribution)
2. Books published by a reputable publisher
3. Able to purchase with high confidentiality

How we get to our SOM is roughly as follows:
1. Total unique books in the world is ~130M
    a. Only ~▮M of those are ones that we are able to buy. The rest are in libraries
        i. Of the ~▮M, ~▮M are "books in print" (published relatively recently) and ~▮M are used
            1. Of the "books in print", ~▮M are "self published" and therefore lower quality. To date, we have not focused on these books
                a. Of the "non self published" category, ~▮M are too expensive for us to purchase (>$▮)
            2. Of the used books, most of them have a list price <$▮, which is where we want to be

**Today, we have primarily purchased used books** from a couple reputable wholesalers that have sourced these for us at large quantities and at good prices (~$▮). We have also purchased some books in print or in more expensive categories (textbooks) that have pushed our average price per book up. Overall, our average price per book is ~$▮ to date.

**While it may seem there remains a lot of whitespace in our SOM, the velocity at which we can purchase books must also be considered.** After a few months of Project Panama, the amount of unique books we can get from any one vendor in one order has declined. If we want to keep the velocity of book purchasing high enough to secure enough book tokens to make a meaningful difference in our training, we may need to find unique solutions to accelerate penetration of our SOM, increase our average price from where it's trended historically, or make tradeoffs in our search parameters.



Backup Analysis

**Multimodal Data**

Multimodal is a more nascent effort for us as our publicly available models only support image in (otherwise known as "vision"). Other areas, such as audio (speech to speech), computer use, video, and image out or video out, present future market opportunities.

Highly Confidential – Attorneys' Eyes Only

Vision ("image in, text out")
Today, we are seeing solid commercial traction on vision and we feel there is a lot more growth potential as we continue to see powerful commercial use cases out of this capability. For this reason, enhancing vision capabilities remains an important priority for us.

Most of the data we need for "image in" is "image text pairs". We can successfully crawl the web for this type of data in large quantities. Opportunities to invest in data for vision would be more experimental and one-off in nature.

[multi-modal adoption charts]

> **Commented [1]:** TBD [Author:Sydney Meheula],[Creator:1297307460],[Date:10/16/2024 3:25:00 AM]

Audio ("speech to speech")
Being able to support audio in and out is a priority for us as it benefits both our consumer business (who've become pre-conditioned to this via Alexa, Siri, and now ChatGPT) and enterprise business (e.g. to support customer service use cases, a key vertical for us).

Similar to vision, podcast and transcript data is available in large quantities for free to crawl online. There appears to be a clear path to realizing this capability in the absence of massive data investments, which we know of at this time.

Computer Use
Teaching our models how to do things on the computer is paramount to our longer term virtual worker vision. We are actively testing models on computer use and plan to launch a feature next year.

There is potentially less availability of data to train our models on in computer use, however we don't yet know the best way to find and/or purchase large quantities of data to support this capability. Last month we decided to license some data from Adept AI, however we won't know how useful it is until after we test it.

Video
**PRIVILEGE**
Therefore, capturing this market opportunity would require us to invest more in data, however it is not a top priority. Unlike the above categories, the near term use cases appear to be narrow, with the only customer feedback we've received on this coming from one customer (Prime Video - entertainment industry).

Image Out / Video Out
Is "cool" from a consumer perspective, but even more niche in terms of enterprise use cases than video.

|  | Can Get for Free in Large Quantities | Priority | Availability in Large Quantities to Buy |
|---|---|---|---|
| Image | Yes | High | N/A |
| Audio | Yes | Medium High | N/A |
| Computer Use | No | Medium High | N/A |
| Video | No | Medium High | N/A |
| Image Out / Video Out | N/A | Low | N/A |

### Deep Dive on Project Panama Learnings

To date, we have purchased ▮M books for ~$▮M (~$▮ per book), representing ~▮B book tokens.

#### CM Value Confirmation

Through testing, we have a fairly high level of confidence that ▮T of book data would make our models ~▮% more efficient, which effectively means we can train future models for ▮% less compute (less long) and get the same result as without the book data.

For example, in the below image, the test results for Emu imply that ▮B book tokens should improve the model by ~▮%. In the second image, by varying the number of tokens, we see increasing predicted "aggregate efficiency" values, from 0.▮ to 0.▮, which results in an ~▮% efficiency increase.

## Known Data CMs for Emu

| Project | Datamix CM (calculated) | Data Intervention CMs and Attributes | Datamix Attributes | Notes |
|---|---|---|---|---|
| Panama | ■x | ■ Prose – | Size: ■T<br>D/N: ■ | |

| Num panama tokens | Weighted Aggregate Efficiency |
|---|---|
| ▮ | ■ |
| ■B | ■ |
| ■B | ■ |
| ■B | ■ |
| ■B | ■ |
| ▮T | ■ |

**Types of Books We Care About**
We haven't found that different categories of books are overall better at improving model efficiency, however they do improve the model in different capacities. For example, we have found that fiction books improve prose and math/science books improve coding
- 90% of the books we've purchased to date are English fiction books because they are easier to find and cheaper. These books improve the model's prose [PRIVILEGE]
- However, if we deem prose to be less important to improve on than math or non-english languages, it will be harder to find in large quantities and we would need to pay more for them
- Despite these learnings, we care most about sheer volume of books rather than specialization at this time. Though, penetrating our SOM may require us to tap more into these specialized categories that are harder to find and higher priced.

[PRIVILEGE]

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000168441

Scenarios of Plan for Data in 2025

**Panama Spend**

We know from our analysis above that we have barely penetrated our SOM of books that < ▮.
If we assume that we can get to ▮T tokens with an average price per book of ~▮ (+▮% from
our average price to date), **total required spend would be ~$▮M.**

| Budget Panama Calculation Based on Availability in SOM | |
|---|---|
| Actual Price per Book | ▮0 |
| (+) Scanning Cost per Book | ▮ |
| Spend per Book | ▮ |
| (x) Books | ▮ |
| Panama Spend to reach ▮T | ▮ |

Based on a ▮x CM assumption, the above spend is within a reasonable range based on our
preliminary view of next year's training spend. With training spend estimated at ~▮% of our
total committed compute and ▮x CM, **▮T book tokens could be worth > ▮M to us in
value next year (excluding residual value from future years).**

Assuming we move forward with ▮M of Panama spend next year, we currently estimate
hitting ▮T tokens in September, at an average price per book of ~▮. Based on our expected
spend in 2024, we estimate we'll spend ▮M in 2025 to reach ▮T tokens in Sep. From Oct-
Dec, we forecast spend of $▮M, factoring in an increase in price per book (up to ▮), while
also increasing volume as we expand beyond the initial ▮T tokens.

While we may want to consider working on the next ▮ tokens earlier in the year, it will take
time for the actual value of the first ▮T tokens to be proven through the training process, and we
want to ensure we have the right signal before ramping up spend in specific areas.



**Non-Panama Spend**

Similar to what we did this year, we should allocate a budget for non-Panama spend to encourage experimental data partnerships that could accelerate our research development. This should be higher than it was this past year ($▉M) to account for multi-modal becoming a larger priority that may require more proactive data needs to support training.

In general, we have seen non-Panama deals in the scale of ~$▉M, however if we gain conviction in any one channel, we should reserve optionality for greater spend from one or two of these next year.

**Avg Non-Panama**

| Deal Size | | # Deals | $ |
|---|---|---|---|
| Small | $▉ | ▉ | $▉ |
| Large | $▉ | ▉ | $▉ |
| Total | | | $▉ |

Highly Confidential – Attorneys' Eyes Only                                                                                    ANT_BARTZ_000168443