# EXHIBIT 8



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389776