# EXHIBIT 13



**Sheer El Showk** Aug 10, 2022 6:59 AM

It seems that while we have everything PiLiMi has (~2m books) this is still much smaller than their metadata file would indicate (10m). The discrepancy seems to be that PiLiMi collected metadata from Z-library ( https://en.wikipedia.org/wiki/Z-Library) but they have only been able to download 2m books ( http://pilimi.org/blog-introducing.html). So @nick this unfortunately means my estimates will probably be reduced by a factor of ~5 (I only read the above when trying to understand the file count discrepancy — I had assumed that getting all the pilimi data would mean getting everything in the metadata file 😒 ).



**nick** Replied on Aug 10, 2022 8:20 AM

Ok, that's unfortunate but still a pretty great dataset to have! Do we know why they have only been able to download 2m books? (I couldn't see any mention of that in the blog post) Do we think they will eventually get all of them?



**nick** Replied on Aug 10, 2022 8:39 AM

Ah ok, it looks like its the dedup against libgen that is the problem:
Since Library Genesis is already preserved with public torrents, and is included in the Z-Library, we did a basic deduplication against Library Genesis in June 2022. For this we used MD5 hashes. There is likely a lot more duplicate content in the library, such as multiple file formats with the same book. This is hard to detect accurately, so we don't. After the deduplication we are left with over 2 million files, totalling just under 7TB. https://www.reddit.com/r/libgen/comments/vr5cq3/introducing_the_pirate_library_mirror_preserving/



**Sheer El Showk** Replied on Aug 10, 2022 8:40 AM

I don't think it's the only problem … it looks like they can't access most of Z-library



**Sheer El Showk** Replied on Aug 10, 2022 8:41 AM

well tbh this is not maximally clear
The first library that we have mirrored is Z-Library. This is a popular (and illegal) library. They have taken the Library Genesis collection and made it easily searchable. On top of that, they have become very effective at solliciting new book contributions, by incentivizing contributing users with various perks. They currently do not contribute these new books back to Library Genesis. And unlike Library Genesis, they do not make their collection easily mirrorable, which prevents wide preservation. This is important to their business model, since they charge money for accessing their collection in bulk (more than 10 books per day).I don't understand if this means they have managed to download most of it or not

+1 1



**nick** Replied on Aug 10, 2022 8:42 AM

Oh, I think this was just providing their motivations for mirroring it



**Sheer El Showk** Replied on Aug 10, 2022 8:43 AM

I'd have to go back and check but I don't recall libgen having ~8m books which is what would be implied if they went from 10m to 2m by dedup. @ben had a thread/notebook on this but I'd have to find it.

but in practice I don't think anything more will be available in a finch timescale

sadly

I'm adding in more file-format which might give us a bit of a boost (we can handle anything calibre can and that's quite large)



**nick** Replied on Aug 10, 2022 8:43 AM

Yep, would still be useful to find more for future models if it turns up, but that makes sense.



**Sheer El Showk** Replied on Aug 10, 2022 8:44 AM

sorry for the false hope …i should have read through the pilimi site a bit before jumping the gun on their metadata



**nick** Replied on Aug 10, 2022 8:45 AM

What's the updated token estimate / ETA for these? Like 70B english and maybe 50B other languages?

No worries, getting early estimates is super useful even if things turn out differently sometimes.



**Sheer El Showk** Replied on Aug 10, 2022 8:46 AM

i'm doing some small tests and adding more formats right now. once the job finishes I will launch a large english job. might even launch

en and non-en in parallel. note sure how long they take but I'm *guessing* done by tomorrow.

**Sheer El Showk** Replied on Aug 10, 2022 8:47 AM

I am hopefully it will be more token than the above but its hard to say now. I can extrapolate again from doc count (assuming uniformity). I'll get to you with that in a sec.

**Sheer El Showk** Replied on Aug 10, 2022 9:14 AM

ignore file formats (since we seem to support the most prevalent ones) we have ~700k en books and ~1.3m non-en books. comparing to @ben's ligben stats it seems we have 50% as much english but perhaps the same amount of non-en:
[Row(trim(Language)='English', count=1537983),
Row(trim(Language)='Russian', count=906758),
Row(trim(Language)='German', count=155041),
Row(trim(Language)='Spanish', count=64666),
Row(trim(Language)='French', count=39244),
Row(trim(Language)='Italian', count=37322),
Row(trim(Language)='Ukrainian', count=36302),

**nick** Replied on Aug 10, 2022 9:19 AM

Sorry I'm having a bit of trouble tracing through what the 50% is relative to since there are a lot of numbers in that thread. I think we have 200B tokens of english libgen and 100B tokens of non-en (is that correct?), so you're saying this is maybe 100B tokens each of english and non-en?

**Sheer El Showk** Replied on Aug 10, 2022 9:21 AM

sorry let me clarify. from my count we have ~700k english books in pilimi. this is ~50% of the number in libgen (1.5m from ben's doc above). so all else being equal we should expect 50% as many **english** tokens from pilimi.

**Sheer El Showk** Replied on Aug 10, 2022 9:22 AM

but looking at non-english stuff we have 1.3m non-english books in pilimi which looks roughly comparable to the amount of non-en stuff in libgen so we should expect roughly the same number of **non-english** tokens.

**nick** Replied on Aug 10, 2022 9:24 AM

Ok, makes sense!

**nick** Aug 10, 2022 10:20 AM

Does anyone have bandwidth to download arxiv LaTeX and run minerva-style filtering? Slack thread here, but I think it will be quite helpful for math and I'd expect relatively little work. (filtering seems straightforward and arxiv has all the latex available)

**ben** Replied on Aug 10, 2022 11:17 AM

it's already on s3 https://arxiv.org/help/bulk_data_s3

**ben** Replied on Aug 10, 2022 11:21 AM

you'll need the requester pays flag https://stackoverflow.com/a/33019940

❤ 1

**ben** Replied on Aug 10, 2022 11:22 AM

s5cmd --request-payer=requester ls s3://arxiv/src/

**nick** Replied on Aug 10, 2022 11:24 AM

aws s3 ls --request-payer requester s3://arxiv/src/ worked for me, I don't think s5cmd has that option

**ben** Replied on Aug 10, 2022 11:24 AM

i just used it locally

+1 1

maybe i have a diff version

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000534121

**ben** Replied on Aug 10, 2022 11:25 AM

2742316622777 bytes total -> 2.5T

lots of that is probably images

```
> s5cmd version
v2.0.0-35bb2fa
```

**ben** Replied on Aug 10, 2022 11:26 AM

brew install peak/tap/s5cmd

**nick** Replied on Aug 10, 2022 11:46 AM

@Sheer El Showk

**nick** Replied on Aug 10, 2022 11:59 AM

Sheer is going to take this on. Just to clarify the plan here:
1. Download all the LaTeX source files
2. Run Minerva preprocessing
    a. Concatenate multiple files
    b. remove anything before first section header or after appendix/bibliography header
    c. Add title and abstract from the ArXiV metadata
3. Run Minerva filtering on them, removing
    a. Longer than 75k tokens
    b. More than 0.6 tokens per character on average (I'm a bit confused what this means, isn't 1 token per char the min?)
    c. docs with no \section headers
    d. empty after preprocessing

Then we will just include 1 or 2 epochs of this in addition to 1 epoch of our current arxiv data.

**Sheer El Showk** Replied on Aug 10, 2022 12:06 PM

@nick are we good using "words" as a proxy for tokens above? when we filter in dataset creation we don't normally tokenize (though I guess we can).

**nick** Replied on Aug 10, 2022 1:27 PM

Yeah that seems fine. I think 1.5 * words might be better

**Sheer El Showk** Replied on Aug 10, 2022 1:31 PM

@ben OK with me upgrading s5cmd directly from github on a dev/sparkbox? I tried using an ephemeral box but it got some permissions error (i suspect it's IAM role won't let it do request-payer or something like that). I can't do it locally since I don't have great bandwidth now.

**Sheer El Showk** Replied on Aug 10, 2022 1:56 PM

copying here s3://█████████████

🙌 2

**ben** Replied on Aug 10, 2022 3:47 PM

@Sheer El Showk yea go ahead

+1 1

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000534122