EXHIBIT 15



ANT_BARTZ_000003386

# Org Updates

## So many things behind us!

- Fundraise
- Governance structure
- Compute deal
- Launch + website
- Benefits, payroll, business insurance, legal firms, finance firm, PR firm
- Setting up immigration, recruiting, doing company feedback
- Incorporation + structure

## (Partially) shifting into a new phase:

- Close to finishing out "urgent set up" (office remaining)
- ....and into next stage I like to call "build the org"

ANT_BARTZ_000003387



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003388

# Org buildout: Office

- 731 Sansome !!! Is ALMOST our new home
- So far we've….
  - Found (the best) brokers
  - Reviewed more than 35 options
  - Looked at more than 15 spaces (!)
  - Put in 4 expressions of interest
  - Engaged a design firm and started plans for construction, space planning, paint, furniture.
  - And a project management firm
  - Gotten a real estate attorney
  - Negotiated a lease!
  - **We've signed the lease on our end and wired our first month's rent + security deposit (!!!)**
  - …...and are just waiting for the landlord to countersign 

Highly Confidential – Attorneys' Eyes Only



Highly Confidential – Attorneys' Eyes Only

# Org buildout: Office

**Next steps after we've gotten a counter-signature**

- Finishing up design schematics - Jared and I working with design firm on this.
- Moderate paint, carpet, removing some unfortunate bright blue colors
- Flooring / finishing to build out an All Hands + kitchen space
- Furniture + install
- Ordering monitors, peripherals, etc.
- Move in! Hoping for sometime in August, could be September depending on backlog for the above.

Highly Confidential – Attorneys' Eyes Only

# Org buildout: Recruiting

- This will of course be an ongoing item for us for a long time! But lots of exciting recent updates here.
- Since last All Hands...
  - **Accepted offers:**
    - Dawn Drain (tech) - *thanks @Jared for cold sourcing!*
  - **Extended offers:**
    - Neel Nanda (tech) - *thanks @Colah for referral!*
    - Josh Oreman (tech) - *thanks @Catherio for referral!*
    - Anna Chen (tech) - *thanks @Nick for referral!*
    - Vedant Misra (tech)
    - Stanislav Fort (tech) - *thanks @Catherio for referral!*
    - Tanya Singh (ops)
    - Jia Luan Yoke (ops)

ANT_BARTZ_000003392

# Org buildout: Recruiting

- Additionally, in our pipeline today:
  - 4 upcoming onsites
  - 2 takehomes
  - 16 phone screens
  - 21 sourced leads
  - 230 inbound applicants (!)
- Top roles we're hiring for:
  - Research engineer
  - Infrastructure engineer
- How you can help:
  - Referrals + outbound
  - Interviews!
  - Designing loops + interview questions where needed

Highly Confidential – Attorneys' Eyes Only

# Org buildout: The Next Generation

- **Employee handbook - FYI**
- **Project + headcount planning**
  - Sam, Dario, Daniela + managers working to sketch out projects, goals, staffing
  - Ensuring manager / people alignment + and project goals
  - Preserve flexibility of our current structure & avoid pigeon-holing
  - And to identify where we need more staff
- **Current best guess of projects:**
  - Interpretability
  - Societal impacts + policy
  - Scale + Core Infrastructure
  - Interactive Assistants
    - RL for Tool Use
    - Human Interaction + Reward Modeling
    - Pre-Training + Data
  - Operations

Highly Confidential – Attorneys' Eyes Only

# Daniela OOO Plan!

Will be out for about 3 months starting ~July 15! (Taking remainder of time in the spring/summer of 2022). May check in!

Will send a more detailed email before I leave, but roughly:

- Org Management => Dario + Sam
- Finance => Tom
- Legal (general, IP, immigration) => Sam
- Recruiting => Chris
- Office build out => Jared
- Comms / PR => Jack
- Events => Jack
- Ops Team Management => Ben

Highly Confidential – Attorneys' Eyes Only

# Tech Updates

- Big Models
- Scaling
- Alignment
- Interpretability

- …

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003396



ANT_BARTZ_000003397

# Big Model Efficiency [nick]

- 1T model can train on 4000 GPUs at 45% efficiency
- 200B model can train on 2000 GPUs at 35% efficiency
- Training efficiency improvements
    - Fused grad accumulation
    - Memory savings to skip more recompute
    - Pipe simulator to simulate step times and get better settings

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003398



Fused grad accumulation with the matrix multiplication

ANT_BARTZ_000003399



Can find the optimal picobatch size for various models we train

ANT_BARTZ_000003400

# Memory savings

- Share memory between skip-recompute cache and key-value cache. (Saves 4GB on a 1T out of 40GB on GPU)
- Avoid caching the outputs of the last matmul (Also saves 4GB)

  

Highly Confidential – Attorneys' Eyes Only

# RL Update [andy+kamal]

- Now running simplest-possible tool-use env
- Codewhack:
    - Agent gets some words from a Github repo
    - Agent needs to pick a search query that gets exactly one hit.
- Seemed to work! But,

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003402

# RL Update [andy+kamal]

- Actually our first alignment failure.
- Examples:
  - " script that looks at instargram" =>    "^"
  - " = img.shape[:2]\n\n  "                =>    "^"
  - "docker.utils.mkbuildcontext("     =>    "^"
- What's happening?
  - "^" is the regex start of sequence token.
  - There's only one start of sequence!
  - I didn't escape the query.
  - I did not end the universe. This time.

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003403

# RL Update [andy+kamal]

- We basically rewrote the whole thing!
- Old version: one token in -> one token out.
  - Simple
  - Slow
  - Bad.
- New version: many tokens in -> many tokens out.
  - More complex, but hidden.
  - Fast!
  - Good!

Highly Confidential – Attorneys' Eyes Only

## RL Update [andy+kamal]

- There are more people involved now!
  - Ben/Catherio building out the Python sandbox
  - Tom profiling sampling
- Soon: lots more!

Highly Confidential – Attorneys' Eyes Only                                     ANT_BARTZ_000003405

# New Canonical Text Dataset: Construction

- No repeats - fuzzy dedup, max 1 epoch per dataset
- Libgen - now 200GB of books total, 2x GPT-3
- Filtered Common Crawl - 50% of final dataset
    - Seems similar quality to webtext
    - Currently filtering 20x, could filter another 100x if helpful
- Diversity padding: patents, PubMed, FreeLaw, StackExchange, PhilPapers, Ubuntu IRC, Math, etc
- Gory details

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003406



 ANT_BARTZ_000003407



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003408



ANT_BARTZ_000003409



ANT_BARTZ_000003410

## Interpretability infrastructure: Garçon

- Problem: we want to investigate large models
  - Which require more than one GPU
- Our previous workflow involved loading models directly in Jupyter notebooks

Highly Confidential – Attorneys' Eyes Only

# Interpretability infrastructure: Garçon

- Garçon: A server for language models
- Can launch a server given a snapshot path:
  - `python -m garcon.rpc.server launch --n_gpu 16 s3://…`
- Exposes an RPC interface
  - `rpc.client.connect('job-name')`
  - Connect from scripts or from a notebook
- Exposes:
  - forward/backwards passes
  - sampling
  - "probes" abstraction to access internal activations

Highly Confidential – Attorneys' Eyes Only

## Garçon use-cases so far

- Interpretability: Interactive exploration from Jupyter notebooks
- Interpretability: Collecting dataset examples and statistics
- Human feedback: exploring model samples
- Training: Investigating loss spikes in large models
- RL: Visualizing behavior of value-headed models
- RL: (in consideration) using garçon for training runs

Highly Confidential – Attorneys' Eyes Only



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000003414