# EXHIBIT 16


**nick** Jul 12, 2022 3:04 AM

Looking into PiLiMi dataset. Writing notes in 📌


**nick** Replied on Jul 12, 2022 3:05 AM

Ok, so step 1 is getting a token estimate


**nick** Replied on Jul 12, 2022 3:06 AM

wc -l on the index gives ~500k files


**nick** Replied on Jul 12, 2022 3:13 AM

Next trying to understand this command from Nova:
shuf index | head -n 5000 | xargs -I {} -P 20 sh -c 'pandoc {} -t markdown 2> /dev/null | wc -w || true' | perl -ne 'BEGIN{$c = 0;$i = 0;}$i++;chomp;$c+=$_;print $i."/5000\t".sprintf("%02d", $c/$i*`wc -l index`/1000000)."M\n"'It looks like this:

1. shuf index | head -n 5000 -> pick out 5000 random files
2. xargs -I {} -P 20 sh -c 'pandoc {} -t markdown 2> /dev/null | wc -w || true' - Run pandoc with 20 processes writing to markdown, counting words. Not sure what || true does, maybe only passes ones that have non-error output on?
3. Send these counts to a perl script which prints out progress and maybe counts words? A bit confused here.


**nick** Replied on Jul 12, 2022 3:17 AM

Claude was helpful here, this seems to match up with Nova's claim that there were only 2.4B words. This is just in the current subset though, so it seems likely that even if we didn't do anything special we could get 240B words from this, which is larger than our libgen dataset. So that's exciting.

Next step is to address the pandoc issues though, we should be able to get much more data here


**nick** Replied on Jul 12, 2022 3:25 AM

Claude downloaded 20 files for me (so useful when I don't know basics of a language like bash!). Main error now is:
pandoc 132906 -t markdown
pandoc: Cannot decode byte '\x87': Data.Text.Internal.Encoding.Fusion.streamUtf8: Invalid UTF-8 stream

Different files fail on different bytes


**nick** Replied on Jul 12, 2022 3:37 AM

Ok, so I looked at the mime-types and got
binary
binary
binary
binary
binary
us-ascii
unknown-8bit
utf-8
utf-8
binary
utf-8
utf-8
application/mswordbinary
utf-8
binary
binary
binary
binary
binary
binary
binary
binary
us-ascii
binary utf-8 andus-ascii seem to be pandoc-able, whereas binary isn't. Figuring out what "binary" means seems like the main goal here.


**nick** Replied on Jul 12, 2022 4:00 AM

Ok, according to pilimi faq, we should look at the mysql metadata table to figure out formats and such.


**nick** Replied on Jul 12, 2022 4:01 AM

Highly Confidential - Attorneys' Eyes Only                                ANT_BARTZ_000533972

Seeing this if I cat the mysql file. I should probably load this into a MYSQL GUI of some sort, but I think I need security approval for that:

```
CREATE TABLE `books` (
`zlibrary_id` int NOT NULL,
`date_added` text NOT NULL,
`date_modified` text NOT NULL,
`extension` text NOT NULL,
`filesize` int DEFAULT NULL,
`filesize_reported` int NOT NULL,
`md5` char(32) DEFAULT NULL,
`md5_reported` char(32) NOT NULL,
`title` text NOT NULL,
`author` text NOT NULL,
`publisher` text NOT NULL,
`language` text NOT NULL,
`series` text NOT NULL,
`volume` text NOT NULL,
`edition` text NOT NULL,
`year` text NOT NULL,
`pages` text NOT NULL,
`description` text NOT NULL,
`cover_url` text NOT NULL,
PRIMARY KEY (`zlibrary_id`)
) ENGINE=InnoDB DEFAULT CHARSET=utf8mb4 COLLATE=utf8mb4_0900_ai_ci;
/*!40101 SET character_set_client = @saved_cs_client */;
```

**nick** Replied on Jul 12, 2022 4:04 AM

Ok, some of them are fb2.zip files and unzip seems to work on them, still can't pandoc the unzipped file though

**nick** Replied on Jul 12, 2022 5:32 AM

Ok, this took me a while, but updating pandoc seems to have enabled me to get these

**nick** Replied on Jul 12, 2022 5:34 AM

Lots of this is non-english. Next step is to get the MYSQL table loaded up and see how much data is left after we filter for english, and likely filesize.

**Sheer El Showk** Replied on Jul 12, 2022 5:41 AM

@nick from what I can tell pandoc can't handle pdfs so we're mostly targetting epubs right?

**Sheer El Showk** Replied on Jul 12, 2022 5:42 AM

i've gotta go afk but I should be working again in 20-30 min if you want to just pair up on this

**nick** Replied on Jul 12, 2022 5:43 AM

Sure!

**Sheer El Showk** Replied on Jul 12, 2022 5:43 AM

I'm increasingly wishing we could have a few simple throw away aws dev boxes completely outside our cluster for just doing stuff like this. using docker it's trivial to standup a throwaway mysql server. alternatively maybe we could just run vmware on our laptops? @nova (not technically a bot) @ben?

**Sheer El Showk** Replied on Jul 12, 2022 6:38 AM

turns out I'm in a very noisy place (dropped kids off so they can play)…happy to see how magical my headphones are but i also don't want to disrupt your work so I can also do something else and pair later if you prefer

**nick** Replied on Jul 12, 2022 6:42 AM

Give me 2 minutes and then let's try pairing

+1 1

**nova (not technically a bot)** Replied on Jul 12, 2022 7:19 AM

for the command: in part 2, the true prevents it from quitting on a nonzero exit code from pandoc, part 3 is sending the list of word counts to a perl script that estimates how many words there gradually by scaling by the number of lines received and the proportion of the index

Highly Confidential - Attorneys' Eyes Only                                                                                                                   ANT_BARTZ_000533973

**nova (not technically a bot)** Replied on Jul 12, 2022 7:20 AM

I'm up and can pair if that's helpful, I think this isn't much data so doing the processing at GCP would be sufficient safety

+1 1

**nick** Replied on Jul 12, 2022 7:22 AM

I think we are good for now! We are currently going through the mysql database of to try to figure out how much of each filetype / language, etc there are.

+1 1

**nick** Replied on Jul 12, 2022 7:23 AM

I assumed that's fine to do on a devbox since the mysql file is just metadata / made by pilimi, although we could switch to GCP for this if needed

**nova (not technically a bot)** Replied on Jul 12, 2022 7:24 AM

I think it's fine for now, feel free to spin this sort of thing up in a sandbox though

**nick** Replied on Jul 12, 2022 7:45 AM

Ok, the main result of pairing here is that it seems like:
1. PiLiMi has ~70B tokens of English, 90% of which is PDFs. It's unclear if these require OCR
2. There are about 120B tokens if we add in all the other languages

Overall seems less exciting than hoped for, but still likely worth getting.

**nova (not technically a bot)** Replied on Jul 12, 2022 7:57 AM

did you convert the database to SQLite for easier future use?

**nova (not technically a bot)** Replied on Jul 12, 2022 7:58 AM

also we can straightforwardly 7x this by waiting for the other drops

**nick** Replied on Jul 12, 2022 7:59 AM

We didn't convert to SQLite, I'm not sure how to do that

Oh, this is only 1/7th of the data they have?

**nick** Replied on Jul 12, 2022 8:00 AM

I still have the mysql database open on a devbox though

**nick** Replied on Jul 12, 2022 8:11 AM

I think their mysql database is for the full dump. It seems to have ~2 million PDFs and 1.4 million epubs. The blog post says
After the deduplication we are left with over 2 million files, totalling just under 7TB.
The collection consists of two parts: a MySQL ".sql.gz" dump of the metadata, and the 72 torrent files of around 50-100GB each.

**nova (not technically a bot)** Replied on Jul 12, 2022 8:13 AM

https://github.com/dumblob/mysql2sqlite

IIRC they haven't released all the torrent files yet

**Sheer El Showk** Replied on Jul 12, 2022 8:36 AM

we can just dump the table to a csv and then import the csv into sqllite…happy to do this later (i'm afk right now)

**nova (not technically a bot)** Replied on Jul 12, 2022 8:36 AM

That would be fine, it would just be nice to not have to pull up mysql for every little query

+1 1

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000533974

**Sheer El Showk** Replied on Jul 12, 2022 8:37 AM

csv lets you use pandas which I think is probably easier for most ppl anyway

**nova (not technically a bot)** Replied on Jul 12, 2022 8:37 AM

Reasonable, I'm just a SQL enjoyer 😅

**Zac** Replied on Jul 12, 2022 8:50 AM

https://pandas.pydata.org/docs/reference/api/pandas.read_sql.html#pandas.read_sql
might be useful for pandas enjoyers then 😎

**Sheer El Showk** Replied on Jul 13, 2022 8:10 AM

I've put the csv here and also created a small notion doc to help people setup a quick ad-hoc mysql server ( @nova (not technically a bot), @ben do we have security concerns around encouraging this?). happy for suggestions as to better homes for the dump and doc. cc @nick for notion doc

**ben** Replied on Jul 13, 2022 8:27 PM

defer to nova on this one

**ben** Replied on Jul 13, 2022 8:28 PM

@Sheer El Showk your notion doc would make more sense as a colab notebook?

no need to refactor this one, but for future reference

**ben** Replied on Jul 13, 2022 8:29 PM

for reference i have a similar mysql flavored thing here
https://github.com/anthropics/anthropic/▓▓▓▓▓▓▓▓▓▓

---

**Sheer El Showk** Jul 12, 2022 5:35 AM

How do I get the number of sequences to fill in for an EncodedDataset? I'm guessing it's spat out at the end of the spark job but those pods disappeared some time ago so is there another way to get that info or do I have to try to find them in sentry?

**nick** Replied on Jul 12, 2022 5:37 AM

I think there should be a metadata.json file which has a dictionary mapping each file to n_examples. You can sum the values there.

+1 1

**sam-pling** Replied on Jul 12, 2022 8:18 AM

I got this notification from a recent job: https://anthropic.slack.com/archives/▓▓▓▓▓▓

**sam-pling** Replied on Jul 12, 2022 8:19 AM

looks like you also got a few recently https://anthropic.slack.com/archives/▓▓▓▓▓▓

**Sheer El Showk** Replied on Jul 12, 2022 8:38 AM

thanks @sam-pling…i saw the complete part but didn't realize there was the rest of that info. very cool!

**ben** Replied on Jul 12, 2022 5:34 PM

@nick the sum is already in the metadata.json

**nick** Jul 12, 2022 5:49 AM

My rough sense of prioritization right now for data, would welcome thoughts. I think we have two goals here:
- Make sure we can get to 6.75T tokens **somehow**, as we then have a baseline we can try to improve on. This probably requires about another 2.5T tokens from where we are currently at.
- Get the remaining large datasets in order of expected quality.

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000533975

For the first one, reducing common-crawl filter, and filtering the remainder of commoncrawl seem the most promising, Kipply is working on this, and it seems like we can get there if we drop quality filter from p6 to p4 (maybe with p5, depending on how much repetition we do of other datasets).

For the second one, I think prioritization is:

1. PiLiMi - we know libgen books are highest quality data, this claims to be a massive dataset of books so hopefully similar quality. This has 7TB (if all text, could be 3.5T tokens), so if we can extract all of this it could theoretically solve our data issue with mostly high quality data.
2. reddit comments - We think there are 350B tokens here and that PaLM used it or similar data for half their dataset (so they probably did some checks that it was good).
3. non-english books - Books are high quality. This is probably not worth too much effort as its only 70b tokens.
4. podcast transcripts - seem like they should be high quality and long context data. estimate is 200B words so pretty significant on size
5. national technical reports library - seems high quality, 116B token estimate

I don't think we should work on multilingual commoncrawl until we've tried the above. I think the above will be high quality and I'm pretty optimistic we will be able to hit 6.75T tokens without resorting to multilingual commoncrawl.

+1 5

**nick** Replied on Jul 12, 2022 5:55 AM

spreadsheet version is here

**Sheer El Showk** Replied on Jul 12, 2022 5:55 AM

just to clarify we already have 70b toks from the multilingual books. the raw datasets are in and I'm waiting on some spark capacity to finish the encoded datastes. Also for CC we should distinguish PDFs from websites. I think there's a fair amount of non-en PDFs we can easily pull out just by turning off the filter. I'll update here when I find the estimate but IIRC it's about the same as we had en PDFs (from CC).

**Sheer El Showk** Replied on Jul 12, 2022 5:56 AM

here's the info on the additional CC pdfs we **could** get (both en and non-en) :
https://anthropic.slack.com/archives/████████

**nick** Replied on Jul 12, 2022 5:56 AM

Excellent!  How high quality do you think the CC PDFs are in general?

**Sheer El Showk** Replied on Jul 12, 2022 6:02 AM

Not really sure. I think it's a mixed bag but I added a lot of heuristics to reduce crappy docs. I filter docs with less than 10 pages per doc and less than some num words per page. Without those filters they'd be way more docs

**nick** Jul 12, 2022 7:45 AM
replied to a thread:
    Looking into PiLiMi dataset. Writing notes in 

Ok, the main result of pairing here is that it seems like:
1. PiLiMi has ~70B tokens of English, 90% of which is PDFs. It's unclear if these require OCR
2. There are about 120B tokens if we add in all the other languages

Overall seems less exciting than hoped for, but still likely worth getting.

**sam-pling** Jul 12, 2022 8:28 AM  |  Edited on Jul 12, 2022 8:29 AM

measured some interventions suggested by ben on a simple spark-encode job: link

    Sent on Jul 12, 2022 8:28 AM
    measured some interventions suggested by ben on the simple spark-encode job: link

**nick** Jul 12, 2022 9:07 AM

Did another pass through Chinchilla / Gopher for dataset ideas. Two things jump out at me
- They have 676B tokens of "News". My guess is they just scraped a bunch of news sites separately for this. I'm sure much of this is in CommonCrawl, but maybe its worth separating it out to make sure we get all of it.
- They have 182B tokens of C4. This is a subset of CommonCrawl that Google filtered and deduplicated. Again, we could separate this out and take all of it without filtering again using our current filter.
- Gopher claims quite significant gains from deduplication - we might want to look into that some more.

+1 1

**sam-pling** Replied on Jul 12, 2022 9:11 AM

I wonder if there are any particularly good narrow filters of common crawl we can do?

e.g.:
1. make a list of news websites and filter for that
2. filter for pages that have mathjax or latex in it

**nick** Replied on Jul 12, 2022 9:15 AM

Ben suggested just having a domain whitelist and fully crawling those

+1 1

**sam-pling** Replied on Jul 12, 2022 9:16 AM

crawling from CC? or crawling ourselves?

**sam-pling** Replied on Jul 12, 2022 9:17 AM

(I think possible we've been a bit too reluctant to crawl things ourselves, not sure though)

**nick** Replied on Jul 12, 2022 9:18 AM

Hm, I think getting it from CC is easier since it's already there and we just need to add some sort of rule like "if domain contains www.cnn.com, don't filter it at all"?

+1 1

Unless we think CC is incomplete or messing something up, in which case crawling it ourselves would be useful

**sam-pling** Replied on Jul 12, 2022 9:18 AM

do we know how complete CC is? I have no idea

**nick** Replied on Jul 12, 2022 9:19 AM

I have no idea either. We could crawl ourselves and crawl from CC for a couple example domains to find out.

**sam-pling** Replied on Jul 12, 2022 9:22 AM | Edited on Jul 12, 2022 9:22 AM

@ben, do you know how complete common crawl is? also cc @nova (not technically a bot) @Joshua Landau since you have experience with this sort of thing

> Sent on Jul 12, 2022 9:22 AM
>
> @ben? also cc @nova (not technically a bot) @Joshua Landau since you have experience with this sort of thing

**nova (not technically a bot)** Replied on Jul 12, 2022 9:22 AM

https://groups.google.com/g/common-crawl/c/xmSZX85cRjg/m/RYrdBn2EBAAJ

🙏 2

**sam-pling** Replied on Jul 12, 2022 9:23 AM

a monthly crawl now runs for 10-12 days on 100 EC2 instances.ooooh, good to know

**nick** Replied on Jul 12, 2022 9:25 AM

My read on that thread is that it isn't very complete, which makes running our own crawls seem more useful

**sam-pling** Replied on Jul 12, 2022 9:25 AM

also sounds like archive.org might be significantly more complete?

+1 1

**nova (not technically a bot)** Replied on Jul 12, 2022 9:26 AM

Also doing a crawl on warcs should get us lots of extra pages if we want

Highly Confidential - Attorneys' Eyes Only                                                    ANT_BARTZ_000533977

**sam-pling** Replied on Jul 12, 2022 9:27 AM

could you elaborate on that? I thought we were already using WARCs?

**nova (not technically a bot)** Replied on Jul 12, 2022 9:28 AM

Crawl on Wayback Machine WARCs

+1 1

So all past versions of sites like CNN

+1 1

**sam-pling** Replied on Jul 12, 2022 9:31 AM

trying to figure out where to get those WARCs now

**nova (not technically a bot)** Replied on Jul 12, 2022 9:32 AM

https://github.com/hartator/wayback-machine-downloader I use this

+1 1

**sam-pling** Replied on Jul 12, 2022 9:32 AM

also found this https://archive.org/details/@webcrawl

**nick** Replied on Jul 12, 2022 9:34 AM

I'd be happy to pair on this if helpful (free for the next hour). If not, I might look around some more on internet archive to see if there are any other datasets that look large / promising.

**sam-pling** Replied on Jul 12, 2022 9:34 AM | Edited on Jul 12, 2022 9:34 AM

it looks to me like you can directly see (e.g.) their crawls for each day, though it can't be directly downloaded

> Sent on Jul 12, 2022 9:34 AM
> it looks to me like you can directly see their crawls for each day, though it can't be directly downloaded

image.png 811 KB

**nova (not technically a bot)** Replied on Jul 12, 2022 9:35 AM

You can download those, yes

Just have to ask IA directly

+1 1

**ben** Replied on Jul 12, 2022 5:38 PM

@nick for news we can whitelist a bunch of news site domains to ensure we don't accidentally lose them from quality filter

i don't expect C4 to be very different from what we've got

+1 1

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000533978

**nick** Replied on Jul 12, 2022 5:39 PM

I think the concern is that commoncrawl might not have all the news articles

**ben** Replied on Jul 12, 2022 5:48 PM

you can check the columnar index

**nick** Replied on Jul 13, 2022 12:58 PM

Looks like CC has a specific news subdirectory with daily news articles. Have we downloaded that?
https://commoncrawl.org/2016/10/news-dataset-available/

**ben** Replied on Jul 13, 2022 1:34 PM

Don't think so! Good idea

**Joshua Landau** Jul 12, 2022 9:22 AM

*Joined the conversation.*

**nova (not technically a bot)** Jul 12, 2022 10:11 AM  |  Edited on Jul 12, 2022 10:13 AM

```
seq 1 999 | xargs -I {} -P 8 wget https://archive-it.org/collections/{}
rg 'no public' --files-without-match | sort -n | xargs elinks -dump -dump-width 9999 | fgrep Title: | sed 's/ Title: //' | sort -u
<SNIPPED TO THREAD>
echo $(( `rg 'no public' --files-without-match | sort -n | xargs elinks -dump -dump-width 9999 | fgrep -e 'Total Results' | sed 's/ Title: //' | perl -pe 's/Page.*\((\d+).*/$1+/; chomp;`0 ))312 Archive-it collections, not sure how valuable they are (seeing 21064 pages of results from all collections)
```

Sent on Jul 12, 2022 10:11 AM

```
seq 1 999 | xargs -I {} -P 8 wget https://archive-it.org/collections/{}
rg 'no public' --files-without-match | sort -n | xargs elinks -dump -dump-width 9999 | fgrep Title: | sed 's/ Title: //' | sort
<SNIPPED TO THREAD>
echo $(( `rg 'no public' --files-without-match | sort -n | xargs elinks -dump -dump-width 9999 | fgrep -e 'Total Results' | sed 's/ Title: //' | perl -pe 's/Page.*\((\d+).*/$1+/; chomp;`0 ))312 Archive-it collections, not sure how valuable they are (seeing 21064 pages of results from all collections)
```

**nova (not technically a bot)** Replied on Jul 12, 2022 10:13 AM

titles.txt

📄 titles.txt  .txt | 116 KB

**ben** Replied on Jul 12, 2022 5:39 PM

any rough token estimates?

**nova (not technically a bot)** Replied on Jul 12, 2022 5:49 PM

Nope, sorry

**nova (not technically a bot)** Jul 12, 2022 10:12 AM  |  Deleted on Jul 12, 2022 10:13 AM

📄 titles.txt  .txt | 127 KB

**kipply** Jul 12, 2022 11:20 AM  |  Edited on Jul 12, 2022 11:22 AM

https://docs.google.com/████████████ some samples of different filtrations of cc (content warning!!! some nsfw in there)

Sent on Jul 12, 2022 11:20 AM

https://docs.google.com/████████████ some samples of different filtrations of cc

**sam-pling** Replied on Jul 12, 2022 11:22 AM

now might be the time to get data-atlas working again!

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000533979

+1 1

**kipply** Replied on Jul 12, 2022 11:23 AM | Edited on Jul 12, 2022 11:23 AM

a five second notion search doesn't turn this up, point me somewhere? :blobthx:

> Sent on Jul 12, 2022 11:23 AM
>
> a five second notion doesn't turn this up, point me somewhere? :blobthx:

**sam-pling** Replied on Jul 12, 2022 11:23 AM

here's the kind of thing it creates: https://s3-frontend.he.anthropic.com/

it's just a umap of a dataset subsample, using a tiny model, with mouseover to show the samples

**sam-pling** Replied on Jul 12, 2022 11:24 AM

I find that it's an easier way to qualitatively understand the contents of different datasets

**blobheart 1**

search for https://s3-frontend.he.anthropic.com/

**sam-pling** Replied on Jul 12, 2022 11:25 AM

(name comes from chris's " activation atlases", which is basically what this is)

**sam-pling** Replied on Jul 12, 2022 11:26 AM

one way we could use it for CC filtering is to color points by the filter score

**tristan** Replied on Jul 12, 2022 11:27 AM

I think
https://github.com/anthropics/anthropic/

**blobheart 2**   +1 2

**sam-pling** Replied on Jul 12, 2022 11:28 AM

main thing that'd keep it from working right now is installing cuML, which is super annoying for some reason

Highly Confidential - Attorneys' Eyes Only

ANT_BARTZ_000533980