# EXHIBIT 17

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4     ANDREA BARTZ, et al.,    )
                                )
 5          Plaintiff,          ) Case No.:
                                ) 3:24-CV-05417-WHA
 6     v.                       )
                                )
 7     ANTHROPIC PBC,           )
                                )
 8          Defendants.         )
       _____ )
 9                              )

10

11

12

13        VIDEOTAPED DEPOSITION OF JARED KAPLAN

14      HIGHLY CONFIDENTIAL: ATTORNEYS' EYES ONLY

15               April 11, 2025

16                 9:00 a.m.

17

18

19

20

21

22     Job No.: 10162278

23     REPORTED BY:

24     Tammy Moon, CSR No. 13184, RDR, CRR

25
```

Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC

1  Q. And are these communications that you are
2  not revealing in writing or are they verbal or
3  something else?
4  A. I can't answer that without revealing
5  privileged communications.
6  MR. WINTHROP: No. You can -- it's okay.
7  You can -- you can describe the form of the
8  communications.
9  THE WITNESS: I don't -- I don't recall
10  which -- what form.
11  MR. CONNORS:
12  Q. Okay. And are these communications that
13  happened in 2022 or some other time?
14  MR. WINTHROP: You can answer that.
15  THE WITNESS: I believe they happened in
16  2022.
17  MR. CONNORS:
18  Q. Do you know what month?
19  A. I'm not certain.
20  Q. After Anthropic stopped using Libgen, what
21  did Anthropic do with the Libgen dataset?
22  A. Can you be more specific.
23  Q. Are you aware of anything that Anthropic
24  did with the Libgen dataset after Anthropic stopped
25  using it to train LLMs?

| | |
|---|---|
| Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC |

```
1        A.    What I recall is that we stopped using it
2   to train LLMs.
3        Q.    Anthropic didn't delete the dataset,
4   correct?
5        A.    My recollection is that Anthropic later
6   used the dataset is part of a CCS system.
7        Q.    What is a CCS system?
8        A.    The CCS system was designed to check
9   whether any outputs from Anthropic's products
10  resulted in strings of text that matched with any
11  long sequences or strings of text in a -- in a
12  stored set of texts such as Libgen and prevented
13  sufficiently long strings of texts that matched from
14  being generated.
15       Q.    Was that a copyright protection?
16       A.    That was a system to prevent long strings
17  of text that matched strings of text in a stored set
18  of data from being generated as part of our
19  products.
20       Q.    What does the CCS stand for?
21       A.    I don't recall.
22       Q.    Okay.  What is the purpose of checking to
23  see if there are long strings of texts against a
24  dataset like Libgen?
25       A.    Anthropic's systems are subject to a large
```

Page 94

Case 3:24-cv-05417-AMO   Document 554-17   Filed 01/21/26   Page 5 of 13

Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC

1   variety of different kinds of abuse and the
2   safeguards, trust and safety team, mitigates a lot
3   of different kinds of abuse.  That includes
4   potentially people trying to use Claude to generate
5   -- to get instructions on how to build weapons, how
6   to create malicious software, and a wide variety --
7   and also sort of gaining access to systems
8   fraudulently without paying.
9        Another sort of vector of abuse has been
10  people attempting to jailbreak our models to omit
11  strings of texts that may be in other -- in other
12  data sources.  And the system is designed to prevent
13  that kind of abuse from bad actors.
14       Q.   Well, if you are -- strike that.
15            The CCS system, are you using that to
16  compare Claude outputs with Libgen or something
17  else?
18       A.   The goal of the system is to ensure that
19  our products, broadly construed, which includes
20  Claude and various other modification systems from
21  the safeguards team, don't generate long strings of
22  text that match with data sources that we put into
23  the system.
24       Q.   Okay.  I'm asking what you are comparing.
25  Are you comparing Claude outputs against Libgen?

Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC

1    THE WITNESS:  Anthropic, during 2021 and
2    2022, was almost entirely concerned only with
3    research.
4        MR. CONNORS:
5    Q.   Okay.  So it's not like Anthropic had a
6    research group and a commercial group at that time.
7    It just had one group focused on LLMs, correct?
8    A.   Anthropic in 2021 and 2022 was a cohesive
9    organization that was focused on pursuing the
10   mission of understanding the course of AI
11   development through research and trying to figure
12   out how to ensure that AI systems were safe and
13   beneficial.
14   Q.   Which LLMs has Anthropic trained using
15   Libgen?
16   A.   Anthropic trains -- I don't really
17   understand the question in the sense that Anthropic
18   trains -- depending on your definitions, hundreds of
19   thousands, millions of LLMs.  And it depends on how
20   you define an LLM.  And in the course of research,
21   many, many models are trained.  So I don't recall
22   which specific models unless -- yeah.  Unless
23   there's some clarification you have for the
24   question.
25   Q.   Okay.  So is it more than one LLM that

Page 112

| | |
|---|---|
| Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC |

```
 1    to gain from the process, it would seem like it
 2    wouldn't necessarily be -- be trusted that our
 3    primary motivation was altruistic given that we had
 4    something to -- to gain.
 5         Q.   Right.  And the thing to gain would be
 6    revenue from Claude, right?
 7         A.   I guess the thing to gain for Anthropic
 8    would be a new diverse source of -- of data.
 9         Q.   Okay.  How many LLMs does Anthropic have
10    that -- that Anthropic created?
11         A.   Can you define LLMs.  Specifically what you
12    mean by a distinct -- how do I count them?
13         Q.   Well, does Anthropic have any way of
14    counting or keeping track of the LLMs that it
15    creates?
16         A.   One way that Anthropic could try to count
17    LLMs would be to try to count all of the snapshots
18    of model parameters that Anthropic has saved in
19    various storage devices.  That would at least allow
20    in -- in principle, to define by looking at all the
21    different LLM parameters, snapshots we have saved
22    that would give some kind of measure of a count.  I
23    don't know what the count would be, and one could
24    imagine applying different definitions for what an
25    LLM is that would give a very different count.
```

Case 3:24-cv-05417-AMO   Document 554-17   Filed 01/21/26   Page 8 of 13

Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC

1  Q. Using the definition that you just
2  provided, "a snapshot of parameters," can you give
3  me an idea of the order of magnitude of LLMs? Is it
4  in the thousands or millions or something else?
5  A. I'm genuinely not sure even what the order
6  of magnitude would be. I may need to think about it
7  and work it out. But I could do that. It would
8  certainly be larger than in the thousands. It's
9  possible it would be in the millions. It's possible
10 it would be smaller or bigger than that. I can try
11 to -- try to puzzle it out, but it depends on quite
12 a few factors.
13     Q. Are there any restrictions on what
14 Anthropic employees can use in the way of datasets
15 to train LLMs?
16         MR. WINTHROP: Object to the form.
17         THE WITNESS: Can you be more specific.
18         MR. CONNORS:
19     Q. Sure. I understand that there were a lot
20 of Anthropic employees, and many of them are
21 creating LLMs using datasets for training. And I
22 would like to know if there are any restrictions on
23 what datasets they can use to train those LLMs.
24     A. I think that -- I answered this question
25 before in the context that Anthropic has at least

Case 3:24-cv-05417-AMO   Document 554-17   Filed 01/21/26   Page 9 of 13

Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC

1   Q.  No, there isn't.  I am -- I guess you could
2   put the document aside.  You said earlier that the
3   CCS system relies on Libgen, right?
4       A.  I believe I said that the CCS system
5   includes Libgen in its -- as part of its corpus.
6       Q.  Did the Copyfairy system in 2024 include
7   Libgen as part of its corpus?
8       A.  I don't recall the exact details, but I --
9   my understanding is the Copyfairy system and CCS are
10  the same thing.  The Copyfairy was an informal term
11  used earlier in Anthropic's history for the system
12  now designated as CCS.  And so there isn't any
13  distinction between Copyfairy and CCS.
14      Q.  Does Copyfairy or CCS slow down the model?
15      A.  As far as I'm aware, it does not.
16      Q.  Is there a time limit threshold where
17  Copyfairy will abort its process if the time it
18  takes to run the Copyfairy check exceeds that limit?
19      A.  I don't know.
20          (Exhibit 60 was marked for identification.)
21      Q.  I am handing you what's been marked
22  Exhibit 60.  Exhibit 60 is an email chain with Bates
23  label ANT_BARTZ_147561, and is an email from you
24  dated January 25, 2024.  Do you see that?
25      A.  I -- I see it.  I'm just noting again Janel

1    THE VIDEOGRAPHER:  Time is 5:01 p.m.  We
2    are back on the record.
3        MR. CONNORS:
4    Q.   What is Finch in the context of Anthropic?
5    A.   Are you asking about these documents or
6    should I ignore them for now?
7    Q.   Ignore them for now.
8    A.   Great.  Finch was a partial training run of
9    a -- partial pretraining run of a sort of research
10   LLM at Anthropic.  I believe it was during
11   relatively late -- mid to late 2022.
12   Q.   And you say a "partial training run."  Why
13   was it a partial training run?
14   A.   It ended early.
15   Q.   Why did it end early?
16   A.   We stopped the training run.
17   Q.   Why?
18   A.   I don't know that I can answer without
19   divulging privileged information.
20   Q.   Okay.  So are you not going to answer my
21   question about why Anthropic stopped the Finch
22   training run?
23   A.   To the best of my knowledge, the only
24   reason why we stopped was due to privileged
25   conversations.

1     Q.   Who was involved in the training run?

2     MR. WINTHROP:  Object to the form.

3     THE WITNESS:  I think generally Anthropic's

4 technical staff were -- like most -- much of the

5 technical staff would have been involved.  It was

6 relatively early in Anthropic's history, and many

7 people collaboratively participated in that kind of

8 work.

9     MR. CONNORS:

10    Q.   Who would know most about the Finch

11 training run?

12    A.   I'm not sure.

13    Q.   Okay.  Who is Nick; context being technical

14 staff at Anthropic with some knowledge of Finch?

15    A.   Most likely person that you might be

16 referring to would be Nick Joseph.  Are you

17 referring to Nick Joseph?

18    Q.   Is that a Nick who was involved in the

19 Finch training run?

20    A.   Nick Joseph was a part of the sort of

21 founding team at Anthropic.  He was one of the first

22 three employees to join other than the seven

23 founders, along with Ben Mann and Tom Henighan, who

24 have also been mentioned earlier in the

25 conversation.  He has -- I don't know if he was at

| Jared Kaplan | Highly Confidential - AEO | Andrea Bartz, et al. vs. Anthropic PBC |
|---|---|---|

1   the time, but he currently is one of the leaders of
2   the pretraining team.
3        Q.   Okay.  Were there any lawyers involved in
4   the Finch training run?
5        A.   I don't understand the question.
6        Q.   Did you receive any legal advice from
7   lawyers about or during the Finch training run?
8             MR. WINTHROP:  You can answer that.
9             THE WITNESS:  Yes.
10            MR. CONNORS:
11       Q.   Who gave you that advice?
12       A.   I assume I can answer that.
13            MR. WINTHROP:  Yeah.
14            THE WITNESS:  Brian Israel.
15            MR. CONNORS:
16       Q.   Okay.  How much of the training run was
17  completed?
18       A.   I don't recall.
19       Q.   How long does it take to do a training run?
20       A.   It depends.  I don't know.  Can you define
21  more specific parameters.
22       Q.   How much time was spent doing the Finch
23  training run before it was aborted or stopped?
24       A.   I don't recall precisely, but I believe
25  roughly on the order of a month.

| | Highly Confidential - AEO | Andrea Bartz, et al. vs. |
|---|---|---|
| Jared Kaplan | | Anthropic PBC |

1  Q. So a model was being trained for a month
2  and then it was aborted?
3  A. Yes.
4  Q. During that same general time frame in
5  2022, how much time were Anthropic's models
6  typically trained?
7  A. What models are you referring to?
8  Q. Models similar to the Finch model.
9  A. I would say that a lot of the largest
10 training runs in that period -- and I would view
11 this is competitively-sensitive information, took
12 between three and six months. Typically on the
13 short end on the three to four-month range, to the
14 best of my recollection, which is imperfect.
15 Q. What was the purpose of the Finch model?
16 A. My recollection is the purpose of the Finch
17 model was to be the best yet in terms of its general
18 capabilities and intelligence pretrained model for
19 Anthropic at the time.
20 Q. During the training run that was aborted,
21 what datasets primarily containing books were being
22 used to train Finch?
23 A. My recollection is that Libgen was included
24 in the Finch training run.
25 Q. How about Pilimi?