EXHIBIT 20



**nova (not technically a bot)**  Nov 16, 2022 9:37 AM  |  Edited on Nov 16, 2022 9:42 AM

I brought this up several months ago, but how do we feel about scraping open S3 buckets (0.5M buckets)/open google docs (8B indexed)? They are likely very underrepresented in Common Crawl.

Sent on Nov 16, 2022 9:37 AM

I brought this up several months ago, but how do we feel about scraping open S3 buckets/open google docs? They are likely very underrepresented in Common Crawl.



**nick**  Replied on Nov 16, 2022 10:00 AM

Definitely interested - where would we get 8b google docs from? I'd run an estimate a while ago and only found a couple hundred million.

**nova (not technically a bot)**  Replied on Nov 16, 2022 10:01 AM

https://buckets.grayhatwarfare.com/

**kipply**  Replied on Nov 16, 2022 10:48 AM

yeah a bunch of stuff is underrepresented in commoncrawl for some reason so this is definitely not in there

**kipply**  Replied on Nov 16, 2022 10:49 AM

this does seem like one of the higher priority data sources after books+papers! (basically this and extracting more/better out of commoncrawl)

**nick**  Replied on Nov 16, 2022 11:10 AM

I think its really high priority to figure out how big some of this stuff is and what fraction of it we can actually get. E.g. a rough estimate of 8B docs and 250 toks/doc is 2T tokens?! He also claim 180M files from public s3 buckets, which is also pretty huge

**kipply**  Replied on Nov 16, 2022 11:13 AM  |  Edited on Nov 16, 2022 11:13 AM

I agree, which is also why it's really high priority to spike out how many extra tokens better CC filtering could be (esp in multling), which could also be in the one or two trillion range

Sent on Nov 16, 2022 11:13 AM

I agree, which is also why it's really high priority to spike out how many extra tokens better CC filtering could be (esp in multling), which could also be in the few trillions range

+1 1

**kipply**  Replied on Nov 16, 2022 11:14 AM

using the random button it seems like the vast majority of this is imagine though!

**nova (not technically a bot)**  Replied on Nov 16, 2022 11:16 AM

this is true for S3 but not Google docs

**kipply**  Replied on Nov 16, 2022 11:16 AM

kipply is registering :loading:

Highly Confidential -- Attorneys' Eyes Only

ANT_BARTZ_000391435

ANT_BARTZ_000391436

 **kipply** Replied on Nov 16, 2022 11:19 AM
lolwut i found a picture of someone's passport

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:19 AM
https://github.com/taewookim/wget_gdrive/blob/main/wget_gdrive.sh

URLs are programatic jfyi

 **kipply** Replied on Nov 16, 2022 11:20 AM
im confused how this website provides gdrive links?

 **nick** Replied on Nov 16, 2022 11:21 AM



PRIVILEGE

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:22 AM
Under shorteners iirc

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:26 AM
Hmm they no longer provides that by default 😞 Let me see if I can get the list elsewhere

 **kipply** Replied on Nov 16, 2022 11:28 AM
i've manually looked at maybe 50 text files on buckets now and none of them seem to have usable data, the google docs look really promising though :bicoaww: i'm not bothering looking at spreadsheets, 1/3 of them access block me, maybe like 1 in 20 have good data! some examples [x] [x] [x]

 **kipply** Replied on Nov 16, 2022 11:29 AM
this one is awesome!!!! i want all the school assignments

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:30 AM
Could we do something like site:.edu https://docs.google.com on common crawl?

 **kipply** Replied on Nov 16, 2022 11:31 AM
yeah if links here with docs.google.com/document , i'd say 1/5 have data but i don't knwo how many such links there are

wdym nova?

Highly Confidential -- Attorneys' Eyes Only



**nova (not technically a bot)** Replied on Nov 16, 2022 11:31 AM

How easy is it to estimate 😳

**kipply** Replied on Nov 16, 2022 11:32 AM

like check if this is in commoncrawl?

**nova (not technically a bot)** Replied on Nov 16, 2022 11:32 AM

Surfacing those links out of commoncrawl yeah

**kipply** Replied on Nov 16, 2022 11:33 AM

of 700M p5 commoncrawl documents, about 223_013 were gdocs

where p5 is pretty low english filtering but a lot of the docs here seem like high quality multiling

**nova (not technically a bot)** Replied on Nov 16, 2022 11:34 AM

Right, but in the contents of those pages are there any additional gdocs? And I'd guess naively that commoncrawl does a bad job downloading gdocs

**kipply** Replied on Nov 16, 2022 11:34 AM

wdym additional gdocs?

**kipply** Replied on Nov 16, 2022 11:35 AM

i expect the format is ok (maybe some extra list tokens) but i can check

**nick** Replied on Nov 16, 2022 11:36 AM

Kipply, have you looked at .doc , .docx and .pdf files in greyhatwarfare ? I remember when I was looking into this before (using google search) there were lots of those file types and .doc / .docx were almost always high quality

**kipply** Replied on Nov 16, 2022 11:37 AM

yeah pdfs on the bucket are really goooood

🐵 1

**kipply** Replied on Nov 16, 2022 11:39 AM

i think we should ask for premium so we can find out how many docs links and how many pdfs and get a good baseline for how many pdfs/doclinks are good. It's hard to estimate otherwise

**nova (not technically a bot)** Replied on Nov 16, 2022 11:39 AM

I think we can just buy access to the index

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000391438

**kipply**  Replied on Nov 16, 2022 11:39 AM

:blobavvv:

**kipply**  Replied on Nov 16, 2022 11:40 AM  |  Edited on Nov 16, 2022 11:40 AM

this seems easier to spike than commoncrawl and putting it at higher priority just for that

> Sent on Nov 16, 2022 11:40 AM
>
> this seems easier to spike than commoncrawl and putting it at higher priority just for taht

**kipply**  Replied on Nov 16, 2022 1:44 PM  |  Edited on Nov 16, 2022 1:46 PM

ok i'm signing up for the PREMIUM stuff (is only 25 euros)

> Sent on Nov 16, 2022 1:44 PM
>
> ok i'm signing up for the PREMIUM stuff

**kipply**  Replied on Nov 16, 2022 1:52 PM

purchased, put login deets in the shared 1pass

**nova (not technically a bot)**  Replied on Dec 8, 2022 2:18 AM

for Google docs, can we get sure to scrape via something like docx which preserves the comments? seems like great data for a commenting model

also, did we special case box.com, Dropbox and others?

**eli**  Nov 16, 2022 9:44 AM

https://anthropic.slack.com/archives/█████████ on the table because of copyright just makes my bones hurt
hopefully this isn't an obnoxious question but the amount of data we're leaving

**x-ray 3**

**brian.israel**  Nov 16, 2022 11:21 AM

*Joined the conversation.*

**nick**  Nov 16, 2022 11:41 AM

Do we have up to date token estimates (or book counts) from all the internet archive subsets? My understanding is this is:
- American Libraries (we need to re-download without english filter)
- Public Domain books (we have 600k, but there are ~850k if we remove the filter)
- Canadian Libraries
- Universal Libraries

cc @kipply

**kipply**  Replied on Nov 16, 2022 11:42 AM

████████████████████



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000391439

or like

reasonably good tokens

**nick** Replied on Nov 16, 2022 11:42 AM

Hm, do we think there are lots of "reasonably good" tokens there

I guess lots of bad OCR?

**kipply** Replied on Nov 16, 2022 11:43 AM

**nick** Replied on Nov 16, 2022 11:44 AM

**kipply** Replied on Nov 16, 2022 11:44 AM

hmmm that's a godo point

*good point

let me run the filter on books (trying to get data pipeline to play nice) and I'll push some samples

+1 1

**nick** Replied on Nov 16, 2022 11:44 AM  |  Edited on Nov 16, 2022 11:45 AM

There is a separate question of "is it good enough that we think we can recover the finch->lark performance hit?". We can likely answer that with evals like the ones Jennifer is running though

Edited on Nov 16, 2022 11:45 AM

There is a separate question of "is it good enough that we think we can recover the finch->lark performance hit?"

Sent on Nov 16, 2022 11:44 AM

There is a separate question of "is it good enough that we think we can recover the finch->lark performance hit

**kipply** Replied on Nov 16, 2022 11:45 AM  |  Edited on Nov 16, 2022 11:45 AM

yeah it definitely doesn't feel like old-books quality data 😳

Sent on Nov 16, 2022 11:45 AM

yeah it definitely doesn't feel like old-books quality data -?

+1 1

Highly Confidential -- Attorneys' Eyes Only

ANT_BARTZ_000391445

**kipply** Replied on Nov 16, 2022 11:46 AM
i'm going to put up the samples with my current ocr+garbage removal + token density based filtering and leave it for now. Maybe @jennifer can come up with some better filtering ideas but I think I should move on to papers after this

+1 1

**nick** Replied on Nov 16, 2022 11:47 AM
Sounds good - just to get back to the original question do we ahve token estimates for a1 of it though?

**kipply** Replied on Nov 16, 2022 11:52 AM
ooh right sor███████████████ of books
filtering is false positively and new████████████would b███
run a proper analysis there yet

███████...ana and universal are not done yet. but i think americana will be like
...minus dedupe and plus universal. But books tends to get filtered aw...    and my current
...ronto but i haven't

**kipply** Replied on Nov 16, 2022 11:53 AM | Edited on Nov 16, 2022 11:54 AM
i'd be 60% confident that it's 80-200B tokens excluding universal given like up to 20% dedupe rate

Edited on Nov 16, 2022 11:54 AM
i'd be 80% confident that it's 80-200B tokens excluding universal

Sent on Nov 16, 2022 11:53 AM
i'd be 80% confident that it's 80-200B tokens

**nick** Replied on Nov 16, 2022 11:54 AM
Ok, thanks!

**nova (not technically a bot)** Nov 16, 2022 9:56 PM
is anyone interested in reaching out to ANSI to buy access to all their standards PDFs? they have 200,000 listed for individual sale in their webstore, and they're often hundreds or thousands of pages long

+1 1

**nova (not technically a bot)** Replied on Nov 16, 2022 10:00 PM
ETSI has 24k standards ( https://www.etsi.org)

**nova (not technically a bot)** Replied on Nov 16, 2022 10:02 PM
CEN/CENELEC has another 10k at least, probably more

**nick** Replied on Nov 16, 2022 11:15 PM
███████████████lot a ton, but its long context which is promising.

**nova (not technically a bot)** Replied on Nov 16, 2022 11:17 PM
██████████████████

ANT_BARTZ_000391441

https://webstore.ansi.org/

I think we should contact them directly though, the price seems exorbitant individually

**nova (not technically a bot)** Nov 16, 2022 10:08 PM

the NYPL's Digital Collections have a public domain filter - 317,801 items, though many are small

  1

**nick** Replied on Nov 16, 2022 11:17 PM

Yeah, looks pretty small, and most of them are old handwritten things that we'd need to OCR ourselves and I think it would be hard.



Screen Shot 2022-11-16 at2 MB

**nova (not technically a bot)** Nov 16, 2022 10:46 PM | Edited on Nov 16, 2022 11:19 PM

3 million free books indexed on The Online Books Page, not sure if it's worth scraping since that seems hard 19.9M unlimited reuse items([ https://db.ia/search?rightsCategory="Unlimited Re-Use"&q=) indexed at the Digital Public Library of America, many are images with captions but 16M are text, not sure how easy it is to scrape but I bet that they'd be somewhat cooperative with us - they're an Ex Libris project who we should reach out to anyway for copyright reasons.

Edited on Nov 16, 2022 11:19 PM

3 million free books indexed on The Online Books Page, not sure if it's worth scraping since that seems hard [19.9M unlimited reuse items([ https://db.ia/search?rightsCategory="Unlimited Re-Use"&q=) indexed at the Digital Public Library of America, many are images with captions but 16M are text, not sure how easy it is to scrape but I bet that they'd be somewhat cooperative with us - they're an Ex Libris project who we should reach out to anyway for copyright reasons.

Edited on Nov 16, 2022 11:18 PM

3 million free books indexed on The Online Books Page, not sure if it's worth scraping since that seems hard [19.9M unlimited reuse items([ https://db.ia/search?q=&rightsCategory="Unlimited Re-User) indexed at the Digital Public Library of America, many are images with captions but 16M are text, not sure how easy it is to scrape but I bet that they'd be somewhat cooperative with us - they're an Ex Libris project who we should reach out to anyway for copyright reasons.

Sent on Nov 16, 2022 10:46 PM

3 million free books indexed on The Online Books Page, not sure if it's worth scraping since that seems hard 19.9M unlimited reuse items indexed at the Digital Public Library of America, many are images with captions but 16M are text, not sure how easy it is to scrape but I bet that they'd be somewhat cooperative with us - they're an Ex Libris project who we should reach out to anyway for copyright reasons.

😊 1

Highly Confidential -- Attorneys' Eyes Only

 **nick** Replied on Nov 16, 2022 11:20 PM

I'm a bit confused by The Online Books Page - most of their links seem to send me to Hathi Trust, but not obvious way to download

 **nick** Replied on Nov 16, 2022 11:23 PM

Similarly confused by DPLA - wasn't obvious to me how to actually download anything from them. If you have a contact there, would be great to intro Tim

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:27 PM

For TOBP, it's pretty easy to scrape metadata through the Open Archives Initiative Protocol for Metadata Harvesting, but idk how easy it is to get the non-HathiTrust (extended shelves) items

For DPLA, most items have a URL that goes to a standard ex libris page for download. I don't have a specific contact at ex libris, I assume their sales would be supportive or info@dp.la gets you the DPLA specifically.

 **nova (not technically a bot)** Nov 16, 2022 10:51 PM  |  Edited on Nov 16, 2022 11:27 PM

Also Gyula Lakotos out of Hungary, who runs the Bottomless Archive Project/Library of Alexandria (33+TB, 30M documents), is out of work on Dec 17th. If we're interested in hiring someone for scraping stuff, he seems like a good choice (I can reach out if we want him)

Sent on Nov 16, 2022 10:51 PM

Also Gyula Lakotos out of Hungary, who runs the Bottomless Archive Project/Library of Alexandria (33+TB, 30M documents), is out of work on Dec 17th. If we're interested in hiring someone for scraping stuff, he seems like a good choice (I can reach out if we want him).

 👍 4

 **nick** Replied on Nov 16, 2022 11:24 PM

Awesome! I'm getting 404 errors on both of those links (probably don't have permission). Can you get a resume and add to Lever? Definitely interested in hiring someone to scrape things, lots of things to scrape 😊

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:31 PM

Links fixed, sorry, was on mobile. I'll ping him and ask for a resume but I added his linkedin to this Lead https://hire.lever.co/candidates/cc817fe9-c96e-4ee8-9217-a90044d2a7b0

👍 1

 **nick** Nov 16, 2022 11:25 PM

Made a spreadsheet here to start organizing some options for data and recording token and quality estimates

 **nova (not technically a bot)** Replied on Nov 16, 2022 11:44 PM

My guess is that ANSI and other standards are comparable quality to scientific articles

 **kipply** Replied on Nov 17, 2022 10:04 AM

requesting edit access ❤️

 **nick** Replied on Nov 17, 2022 10:37 AM

Oops, granted

Highly Confidential -- Attorneys' Eyes Only

ANT_BARTZ_000391442

ANT_BARTZ_0003914443

**nick** Nov 16, 2022 11:33 PM

Interesting blog post from the creator of pilimi on the total number of books in existence - seems like the current estimate is ~100M

+1 1

Highly Confidential – Attorneys' Eyes Only