# EXHIBIT 21

**ATTORNEY CLIENT PRIVILEGED WORK PRODUCT**

# Project Panama

Owner: Tom Turvey
Last major update: Apr 13, 2024

**What is Project Panama?**
Project Panama is our effort to destructively scan all the books in the world.

**Why use a codename?**
We use a "soft codename" for it because we don't want it to be known that we are working on this. This document is visible to all Anthropic employees, but you should avoid talking about it in public areas, and the fact that we are working on this should not be shared with anyone outside Anthropic.

**Main documents**
- go/dp-pipeline – includes pipeline, token forecasts, batch operations info
  - go/dp-token-tracker
- go/panama-costs
- go/relative-value