# EXHIBIT 23

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4    ANDREA BARTZ, ANDREA BARTZ,  )
      INC., CHARLES GRAEBER, KIRK  )
 5    WALLACE JOHNSON, MJ + KJ,    )
      INC., individually and on    )
 6    behalf of others similarly   )
      situated,                    )
 7                                 )
                 Plaintiffs,       )
 8                                 )
      vs.                          )    No. 3:24-cv-05417
 9                                 )
      ANTHROPIC PBC,               )
10                                 )
                 Defendant.        )
11    _____)
12
13            TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15             VIDEO-RECORDED DEPOSITION OF
16                  ANDREA MARIE BARTZ,
17         Taken in her individual capacity and as
18         a 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.
19              Volume I - Pages 1 through 258
20    _____
21                 Friday, March 7, 2025
22                 San Francisco, California
23
24    Reported By:  JANE GROSSMAN, CSR No. 5225
25    Job No. SF 7222289
```

Page 1

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  No. | 09:49:14 |
| 2 | BY MR. FARRIS: | 09:49:15 |
| 3 | Q.   Okay.  And do you have any idea, sitting | 09:49:15 |
| 4 | here today, what amount of money you might request | 09:49:26 |
| 5 | for a future license to your works to Anthropic? | 09:49:30 |
| 6 | MS. GEMAN:  Objection. | 09:49:33 |
| 7 | THE WITNESS:  No. | 09:49:34 |
| 8 | BY MR. FARRIS: | 09:49:37 |
| 9 | Q.   Okay.  Would you be willing to license | 09:49:38 |
| 10 | your books to Anthropic for use as training data? | 09:49:40 |
| 11 | A.   Yeah, if the terms were right, I would. | 09:49:44 |
| 12 | Q.   Okay.  What -- what terms would you seek? | 09:49:47 |
| 13 | MS. GEMAN:  Objection. | 09:49:48 |
| 14 | THE WITNESS:  That's, again, something | 09:49:53 |
| 15 | where I don't have the legal expertise. | 09:49:54 |
| 16 | But with expert testimony and legal input, | 09:49:56 |
| 17 | I would be open to it if the terms were fair. | 09:50:00 |
| 18 | BY MR. FARRIS: | 09:50:07 |
| 19 | Q.   Would one of those terms that your | 09:50:07 |
| 20 | willingness to license your books to Anthropic | 09:50:09 |
| 21 | would depend on be the price? | 09:50:12 |
| 22 | A.   Yes. | 09:50:16 |
| 23 | Q.   Okay.  What -- are you -- are you able to | 09:50:16 |
| 24 | say that there is any particular number of -- or any | 09:50:24 |
| 25 | particular price that would be too low for you to | 09:50:27 |

Page 43