# EXHIBIT 24

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4     ANDREA BARTZ, ANDREA BARTZ,   )
       INC., CHARLES GRAEBER, KIRK   )
 5     WALLACE JOHNSON, MJ + KJ,     )
       INC., individually and on     )
 6     behalf of others similarly    )
       situated,                     )
 7                                   )
                 Plaintiffs,         )
 8                                   )
       vs.                           )    No. 3:24-cv-05417
 9                                   )
       ANTHROPIC PBC,                )
10                                   )
                 Defendant.          )
11     _____)
12
13           TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15              VIDEO-RECORDED DEPOSITION OF
16                 CHARLES ANDREW GRAEBER
17                       Volume I
18                 Pages 1 through 235
19     _____
20              Wednesday, March 5, 2025
21              San Francisco, California
22
23     Reported By:  JANE GROSSMAN, CSR No. 5225
24
25     Job No. SF 7222284


                                              Page 1
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. FARRIS: | 09:42:29 |
| 2 | Q.   Are there any other factors you can | 09:42:29 |
| 3 | enumerate today? | 09:42:30 |
| 4 | A.   No. | 09:42:36 |
| 5 | Q.   Okay.  So to clarify, if it turns out that | 09:42:37 |
| 6 | Anthropic did train its LLM on your works, and that | 09:43:00 |
| 7 | was determined to be copyright infringement, do you | 09:43:02 |
| 8 | know how much monetary compensation you would need | 09:43:05 |
| 9 | to be adequately compensated? | 09:43:07 |
| 10 | A.   No. | 09:43:10 |
| 11 | Q.   You mentioned a minute ago that Anthropic | 09:43:28 |
| 12 | did not come to you for permission before allegedly | 09:43:31 |
| 13 | training on your works. | 09:43:36 |
| 14 | Do you recall that? | 09:43:37 |
| 15 | A.   I do. | 09:43:38 |
| 16 | Q.   If Anthropic had come to you, would you | 09:43:39 |
| 17 | have been willing to license it your works to use as | 09:43:43 |
| 18 | training data? | 09:43:48 |
| 19 | A.   I'm agreeable to the idea of making a | 09:43:49 |
| 20 | licensing agreement for the training of LLMs. | 09:43:54 |
| 21 | I couldn't tell you whether the terms | 09:43:59 |
| 22 | offered would have been acceptable. | 09:44:01 |
| 23 | Q.   Okay.  So you would have needed to | 09:44:04 |
| 24 | negotiate the terms; is that right? | 09:44:06 |
| 25 | A.   That's correct. | 09:44:07 |

Page 32