# EXHIBIT 25

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4    _____
                                    )
 5    ANDREA BARTZ, ANDREA BARTZ,   )
      INC., CHARLES GRAEBER, KIRK   )
 6    WALLACE JOHNSON, MJ + KJ,     )
      INC., individually and on     )
 7    behalf of others similarly    )
      situated,                     )
 8                                  )
              Plaintiffs,           )
 9                                  )
         vs.                        ) No. 3:24-cv-05417
10                                  )
      ANTHROPIC PBC,                )
11                                  )
              Defendant.            )
12    _____)
13
14
15
16       VIDEOTAPED DEPOSITION OF KIRK WALLACE JOHNSON
17                  Los Angeles, California
18                  Thursday, March 6, 2025
19
20
21
22    Reported by:
      RENEE A. PACHECO, RPR, CLR
23    CSR No. 11564
24    Job No. 7222286
25    PAGES 1 - 227


                                                    Page 1
```

| | | |
|---|---|---|
| 1 | their own benefit. | |
| 2 | Q  Do you know which of your writings you | |
| 3 | claim Anthropic infringed in this lawsuit? | |
| 4 | A  My understanding is that all three of my | |
| 5 | books have been infringed upon. | 10:33AM |
| 6 | Q  Can you give the name of those three books, | |
| 7 | please? | |
| 8 | A  Sure.  The first book is "To Be a Friend is | |
| 9 | Fatal:  The Fight to Save the Iraqis America Left | |
| 10 | Behind."  The second book is "The Feather Thief: | 10:33AM |
| 11 | Beauty, Obsession, and the Natural History Heist of | |
| 12 | the Century."  And the third book is "The Fisherman | |
| 13 | and The Dragon:  Fear, Greed, and a Fight for | |
| 14 | Justice on the Gulf Coast." | |
| 15 | Q  Are you infringing of any other of your | 10:34AM |
| 16 | works in this lawsuit? | |
| 17 | A  No.  Those are the only three books that | |
| 18 | I've written. | |
| 19 | Q  What are you hoping to get out of this | |
| 20 | lawsuit? | 10:34AM |
| 21 | A  I am seeking, on behalf of myself and on | |
| 22 | behalf of the thousands of other authors whose works | |
| 23 | were infringed upon, some kind of damages for that | |
| 24 | unauthorized use of our work.  And to the extent | |
| 25 | that there is a reasonable and fair offer put in | 10:34AM |

```
 1    front of me, I would be open to exploring a license
 2    of my work for further training if it was fair.
 3         Q    Have you ever heard of the term
 4    "injunction"?
 5         A    I have.                                          10:35AM
 6         Q    Do you have an understanding of what an
 7    injunction is?
 8         A    Again, I'm not a lawyer, but my
 9    understanding is when the courts force a person or
10    entity to stop doing what it's doing.                      10:35AM
11         Q    Do you want the court to enter an
12    injunction against Anthropic in this case?
13         A    I can't remember the specifics on -- sorry,
14    can you repeat the question?  I'm just trying to
15    remember.  Can you repeat the question for me?             10:35AM
16         Q    Sure.  Do you want the court to enter an
17    injunction against Anthropic in this case?
18         A    What I want is for Anthropic to stop using
19    work that it illegally trained on.  And I don't want
20    it to continue training on works that it does not          10:36AM
21    have a license to train on.  So I can't tell you
22    whether or not the word "injunction" applies to
23    that.
24         Q    Are there any other reasons that you filed
25    this case that you have not mentioned?                     10:36AM
```

Page 41

| | | |
|---|---|---|
| 1 | A    Would I be open to -- sorry.  Can you | |
| 2 | repeat that? | |
| 3 | Q    Would you be okay with a licensing system | |
| 4 | for training data where all books are treated | |
| 5 | equally, regardless of how successful they were? | 11:29AM |
| 6 | A    ==I would open to a fair license.  I haven't== | |
| 7 | ==given much thought to the mode through which that== | |
| 8 | ==license is obtained.  And I -- it has never really== | |
| 9 | ==mattered to me how popular a book was or wasn't.== | |
| 10 | Q    Stepping back into the compensation to a | 11:29AM |
| 11 | class, do you believe that the amount of | |
| 12 | compensation to a class member should depend on how | |
| 13 | long his or her book was? | |
| 14 | A    I can't speculate on how compensation would | |
| 15 | be awarded, but I also don't -- not knowing how | 11:30AM |
| 16 | Anthropic trained Claude, I don't know how -- how | |
| 17 | you're determining the value of a book internally | |
| 18 | for the LLM training. | |
| 19 | Q    Do you think somebody that wrote a ten-page | |
| 20 | children's book should be compensated the same as | 11:30AM |
| 21 | someone who wrote something as long as Crime and | |
| 22 | Punishment? | |
| 23 | A    Again, I'm not a lawyer.  I don't -- I | |
| 24 | don't know how compensation is awarded, but, to me, | |
| 25 | if somebody is expressing an original idea and | 11:30AM |