# EXHIBIT 27

| | |
|---|---|
| **From:** | Dario Amodei (Google Docs) <comments-noreply@docs.google.com> |
| **Sent:** | Sunday, January 8, 2023 10:00 PM |
| **To:** | jared@anthropic.com |
| **Subject:** | Anthropic Plan fo... - I think we need to have more specifi... |

Dario Amodei resolved a comment in the following document Anthropic Plan for 2023
(https://docs.google.com/document/d/███████████)

1 resolved

Comments
.
Neerav Kingsland
| buy books and scientific papers.
I think we need to have more specific approach here? Others might have a clearer vision but I don't know what our strategy is...

Dario Amodei
I think we have many places from which we could in principle buy these things, but it's a huge legal/practice/business slog.

Neerav Kingsland
Agree. Just naming I still have FUD here. Maybe we could be more aggressive if important?

Jared Kaplan
Two places that sound promising are (1) buying ███████████ from ProQuest -- we're negotiating this now and (2) Springer all access may just give us all books & papers from Springer. But overall this is a hodgepodge.

Dario Amodei
_Marked as resolved_

Open
(https://docs.google.com/document/d/███████████)

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread.
Change what Google sends you
(https://docs.google.com/document/███████████)
You can reply to this email to reply to the discussion.

1

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000002604