# EXHIBIT 28

## Held-out data sources

Bryan Chen May 17, 2024

When using techniques like ███ we would like to ████████████████
████████████████ This doc is a brainstorm of possible sources of such tokens.

To give some context for token count targets:

████████████████████████████████████████████████
████████████████████████████████████████████████

| Name | Description | Available on hand | Estimated Tokens & More |
|---|---|---|---|
| Evals[1] | + The evals are directly the thing we care about<br>- limited tokens<br>- repetitive/imbalanced/ needs curation | `eval-toolbox` evals that we currently use. Things like MMLU, GPQA; or MedMCQA, HellaSwag | ~~Very roughly~~ ~~on hand~~, ███ not much more obtainable<br><br>Difficult to acquire significantly more evals — they are expensive to create (GPQA cost ███ Of course, we would want these even just for their primary purpose. |
| Opus Transcripts | + plentiful?<br>- uncertainty on ███ effect | A bunch of ████████ from Kamal. These include a bunch of the environments such as honesty, python coding, citations, etc. | ███ on hand, arbitrarily more tokens available<br><br>I think we can just generate more tokens if we need to? Dawn Drain Kamal Ndousse |
| Books | + high quality — known positive | Books3 from the Pile. | ███ on hand, wild guess ███ more |

> **Commented [1]:** Would be excited to try this out! Seems like even if you cut out some of the medmcqa there should be enough for ███████ and once we've demonstrated results there we can think about how to grow the dataset and make the data limited finetuning efficient enough? [Author:Scott Johnston],[Creator:1297307460],[Date:5/18/2024 5:50:00 PM]

|  |  |  |  |
|---|---|---|---|
|  | transfer to prose evals<br>- legal status |  | obtainable?<br><br>Books3 is 183k pirated books, 40 million+ books on google books, 31.6 million books on Anna's archive. Additionally refresh, ebooks, fanfic, etc. |
| Papers | + considered high quality by definition — hopefully good transfer to evals like mmlu<br>- available scrape already used for PT, obtain more to be held out<br>- legal status | (Not held out) Things like Arxiv, pubmed, philpapers are used in `papers.combined.all_deduped_v2_encode` | (Not held out) ▇ on hand. Wild guess ▇ more obtainable<br><br>Anna's archive (incl., sci-hub and others), ▇ articles<br>DeepDyve (incl. Springer and others) ▇ articles<br>University libraries |
| Code | + important distribution<br>- hard to obtain<br>- very questionable legal status | (Not held out) Code repositories such as github dumps.<br>We have C4 which is a game engine repo we paid to use, could get more like that? | (Not held out) ▇ on hand.<br>Bad guess is ▇ very forbidden tokens obtainable<br><br>As a disclaimer, I do not think we should use this, and we have not trained on nor have any plans to train on this. Nevertheless: Proprietary code that has been hacked and leaked:<br>- Nvidia driver code (80GB)<br>- GTA V source code (possibly 200GB?)<br>- the entirety of Twitch |

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000006295

| | | | |
|---|---|---|---|
| | | | repo including history (125GB)<br><br>Synthetic code is also an option (#model-generated code). |
| Audio Transcripts | - variable quality<br>- legal status | Transcribing the audio from scraped Youtube videos<br>https://huggingface.co/datasets/PleIAs/YouTube-Commons h/t nova | ▮<br><br>Could scrape podcasts discussing desired subjects, TV shows/movies/documentary scripts. |
| Homework/exam data | - hard to scrape<br>- legal status | Incl as subset of stackexchange, reddit etc. | ?<br>Chegg.com |
| Rewrites | - mildly expensive to generate<br>- legal status | | ?<br>Translate multilingual internet |

[1] Extra eval comments:
- there are ▮ evals whose prompts come out to very roughly ▮
- However, there are many duplicate tokens.
    - For example, there are ".teal" versions of the eval that have exact same prompt, or human assistant and Q&A versions of the same prompts.
    - Probably more versions exist, so 2+ times duplication?
- the tokens are also skewed — 38% tokens belong to a single med eval medmcqa. It shows 548k prompts, but a search says the dataset should have 194k, so don't know what the discrepancy is there. 10% tokens medical license exam, 9% race, 7% hellaswag

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000006296