# EXHIBIT 29

In running deduplication between panama books and our corpus, we dropped about 5% of the books. We'd like to know what sort of books we marked as duplicates so that we can stop buying those sorts of books.

For quick plots and examples of the dropped books, see this explore page of the duplicated books (and as a baseline, this page of the books in general, not just the duplicated ones). You can look at plots at the top or load actual example books at the bottom of each page. The top plots are mostly things like "how long are the books."

Below, I have plotted the distribution of classes generally in panama (panama_prompt_percent), and the distribution of the books that were marked as duplicates (duplicated_prompt_percent).



By comparing the distributions, we see that fiction is disproportionately duplicated. More systematically, the top-10 duplicated classes were:

|   | classify_isbn | panama_prompt_percent | dup_to_panama_ratio |
|---|---|---|---|
| 0 | drama | 0.001060 | 4.743461 |
| 1 | self-help | 0.003181 | 2.687961 |
| 2 | computers | 0.006363 | 2.687961 |
| 3 | social science | 0.054083 | 1.543950 |
| 4 | fiction | 0.215270 | 1.532862 |
| 5 | business & economics | 0.043478 | 1.469316 |
| 6 | psychology | 0.010604 | 1.423038 |
| 7 | humor | 0.001060 | 1.423038 |
| 8 | reference | 0.001060 | 1.423038 |
| 9 | religion | 0.038176 | 1.357157 |

The dup_to_panama_ratio column shows the ratio of that class of books in the duplicated set as opposed to the general panama percent (middle column). So, drama books, although small in the overall corpus, are heavily duplicated. The least duplicated categories are:



```
    classify_isbn  panama_prompt_percent  dup_to_panama_ratio
38  sports & recreation         0.011665             0.258734
39                 pets         0.004242             0.237173
40         house & home         0.002121             0.237173
41  foreign language study      0.004242             0.237173
42             gardening         0.003181             0.158115
43     juvenile nonfiction      0.036055             0.069757
44  comics & graphic novels     0.016967             0.029647
```

Scrolling through examples of the highly-duplicated categories, these largely make sense as showing up as duplicates. Drama contains lots of famous works (e.g., by Chekov or Sondheim), self-help honestly seems pretty repeatable, "computers" contains guides (e.g., by O'Reilly) that likely circulate widely on the internet among techy folk, etc.

"Fiction" is such a big category that it's hard to pin down what's consistent about the duplicates. Going through a bunch of examples, they all seem like reasonable text.

One thing that stands out is that many of the fiction authors are famous. E.g., in a sample of 20 books, Claude identified 11 of the authors as famous. That seems extremely disproportionate. (This also corroborates the drama examples I looked at by famous playwrights.) I don't immediately know why famous authors' works should show up so often on the internet, but my guess would be that their works tend to be more popular, and people probably pirate/host/quote famous works a lot more often.

Looking more at publication dates, it seems to roughly align with the high-level stats on purchased books dates, although it skews a bit older.



**Commented [1]:** If the authors are famous as in, have been famous for many decades, their work is possibly also in the public domain. That means they can be reprinted, republished so perhaps that's what we are seeing. Should be a correlation in that case to original publication date. Anything published before 1929, ... [1]

**Commented [2]:** Some of the drama works are definitely old (e.g., Chekov + Hammerstein). The fiction books seemed much newer. I can take some quick peeks to get a sense of dates and report back mo... [2]

**Commented [3]:** Looking at more samples, 2 of the 20 I looked at were published prior to 1929 (a Jules Verne book and an HG Wells book). So, it's true that some of this duplication could be from public domain works ... [3]

**Commented [4]:** Another sample of 20 showed 3 pre-1929 works as well.

I think the thing that remains striking is how famou ... [4]

**Commented [5]:** Ah ok, makes sense that way too [Author:Anna Stevens],[Creator:1297307460],[Date:7/25/2024 12:49:00 AM] ... [5]

**Commented [6]:** thanks for this, Mycal; without more specific book-level data & source of where it was found, I'd conclude that for books originally published prior to 1929, they are in the public domain (no ... [6]

**Commented [7]:** I agree with this in general.

That said, if there are pieces of information that you think would be more actionable (e.g., a list of titles ... [7]

**Commented [8]:** sample book metadata lists would be of interest, potentially? it could confirm there isn't some third category beyond public domain or potentially pirated books that we haven't thought of? [Author: ... [8]

**Commented [9]:** Ok. I'll grab things like title, date, author, publisher. Anything else? [Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 4:04:00 PM] ... [9]

**Commented [10]:** category would be good; I assume you mean publication date? if so, yes [Author:Tom Turvey],[Creator:1297307460],[Date:7/25/2024 4:11:00 PM] ... [10]

**Commented [11]:** Yep, I meant publication date. And for category, you mean like the categories I used earlier in this document? I already have that, so it's easy to include. [Author:Mycal ... [11]

**Commented [12]:** yes, just our normal book categories [Author:Tom Turvey],[Creator:1297307460],[Date:7/25/2024 5:37:00 PM] ... [12]

**Commented [13]:** This must be the case. You can find 35-50 million different pirated books on the internet easily. Chekov was reprinted a gazillion times so it is duplicated on illegal hosts more plus I think more ... [13]

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000032230



Dupe CDF is the cumulative distribution of dates for the duplicated books; Base CDF is for the overall distribution. We see that the duplicate books tend to skew older by the fact that the red curve is to the left of the orange curve. So more recent books are slightly less duplicated.

I also looked into publishers with disproportionately high duplication rates. Some publishers clearly are more highly duplicated than others and should be avoided in future purchases.

The following publishers had the greatest duplication rates:



In table form (filtering to only look at publishers that contributed at least 3 samples in the 4K samples I loaded), we see that Vintage Books, Delacorte, and Pocket Books, for example, are extremely duplicated.

```
Filters: Excluding 0 and Infinite Ratios, Base Percentage > 0.5%
| publisher_short    |  Dupe %  |  Base %  |  Ratio (Dupe/Base)  |
|--------------------|----------|----------|---------------------|
| Vintage Bo         |   0.94   |   0.16   |       5.8103        |
| Delacorte          |   0.51   |   0.11   |       4.71154       |
| Pocket Boo         |   0.84   |   0.19   |       4.44231       |
| Tor Books          |   0.43   |   0.11   |       4.00431       |
| Doubleday          |   0.53   |   0.13   |       3.95765       |
```

Commented [14]: PRH- as the name suggests, heavy emphasis on classics including lots of mass market PBs [Author:Anna Stevens],[Creator:1297307460],[Date:7/26/2024 5:00:00 PM]

Commented [15]: PRH: gen fic, heavy emphasis on romance [Author:Anna Stevens],[Creator:1297307460],[Date:7/26/2024 4:58:00 PM]

Commented [16]: S&S — mass market PBs [Author:Anna Stevens],[Creator:1297307460],[Date:7/26/2024 5:01:00 PM]

Commented [17]: Tor doesn't apply drm so not surprised there is more pirated content out there [Author:Anna Stevens],[Creator:1297307460],[Date:7/26/2024 5:02:00 PM]

```
| Warner Boo   |   0.39 |   0.11 |             3.53365 |
| Ballantine   |   0.96 |   0.30 |             3.25524 |
| Bantam Boo   |   1.64 |   0.56 |             2.91667 |
| The MIT Pr   |   0.30 |   0.11 |             2.82692 |
| Dover Publ   |   0.61 |   0.21 |             2.82692 |
| Thorndike    |   0.73 |   0.30 |             2.48427 |
| Penguin Bo   |   1.32 |   0.54 |             2.45    |
| Berkley Bo   |   0.63 |   0.27 |             2.35577 |
| Facts On F   |   0.43 |   0.19 |             2.28846 |
| Elsevier     |   0.55 |   0.24 |             2.19872 |
| Harcourt,    |   0.35 |   0.16 |             2.19872 |
| Beacon Pre   |   0.28 |   0.13 |             2.07308 |
| Penguin Gr   |   0.76 |   0.38 |             2.01923 |
| Routledge    |   2.71 |   1.42 |             1.90239 |
```

Note, I pulled out the publishers using a model, so there could be some duplication (e.g., "Penguin Books" vs. "Penguin Group"). Most of the publishers above comprise a relatively small percentage of the overall book mix. In the table below, I printed the most common publishers, along with their duplication ratios:

```
Publisher Distribution Data (Sorted by Ratio, High to Low):
Filters: Excluding 0 and Infinite Ratios, Base Percentage > 0.5%
| publisher_short   |  Dupe % |  Base % |   Ratio (Dupe/Base) |
|:------------------|--------:|--------:|--------------------:|
| Scholastic        |   1.32  |   1.75  |            0.753846 |
| Oxford Uni        |   2.18  |   1.53  |            1.42173  |
| Routledge         |   2.71  |   1.42  |            1.90239  |
| McGraw-Hil        |   1.44  |   1.40  |            1.03291  |
| Princeton         |   0.94  |   1.26  |            0.741817 |
| HarperColl        |   1.92  |   1.13  |            1.70513  |
| Random Hou        |   1.06  |   0.99  |            1.06965  |
| The Univer        |   0.89  |   0.99  |            0.891372 |
| St. Martin        |   0.84  |   0.97  |            0.863782 |
| Prentice H        |   0.23  |   0.91  |            0.249434 |
| Simon & Sc        |   0.81  |   0.78  |            1.03979  |
| John Wiley        |   1.14  |   0.73  |            1.57051  |
| Cambridge         |   1.21  |   0.70  |            1.73964  |
| William Mo        |   0.84  |   0.67  |            1.24385  |
| Houghton M        |   0.78  |   0.67  |            1.16840  |
| Greenwood         |   0.69  |   0.62  |            1.10619  |
| Pearson           |   0.30  |   0.62  |            0.491639 |
| Bantam Boo        |   1.64  |   0.56  |            2.91667  |
```

Reading the above table, I would say that publishers like Bantam Books and Routledge are relatively large publishers that we should de-prioritize in future purchases.

Highly Confidential – Attorneys' Eyes Only                                    ANT_BARTZ_000032232

| | | | |
|---|---|---|---|
| Page 2: [1] Commented [1] | Anna Stevens | 7/25/2024 12:30:00 AM | |

If the authors are famous as in, have been famous for many decades, their work is possibly also in the public domain. That means they can be reprinted, republished so perhaps that's what we are seeing. Should be a correlation in that case to original publication date. Anything published before 1929, authors who died +70 yrs ago etc [Author:Anna Stevens],[Creator:1297307460],[Date:7/25/2024 12:30:00 AM]

| | | | |
|---|---|---|---|
| Page 2: [2] Commented [2] | Mycal Tucker | 7/25/2024 12:38:00 AM | |

Some of the drama works are definitely old (e.g., Chekov + Hammerstein). The fiction books seemed much newer. I can take some quick peeks to get a sense of dates and report back more officially, though. [Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 12:38:00 AM]

| | | | |
|---|---|---|---|
| Page 2: [3] Commented [3] | Mycal Tucker | 7/25/2024 12:44:00 AM | |

Looking at more samples, 2 of the 20 I looked at were published prior to 1929 (a Jules Verne book and an HG Wells book). So, it's true that some of this duplication could be from public domain works, but the majority still appear to be more recent. [Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 12:44:00 AM]

| | | | |
|---|---|---|---|
| Page 2: [4] Commented [4] | Mycal Tucker | 7/25/2024 12:47:00 AM | |

Another sample of 20 showed 3 pre-1929 works as well.

I think the thing that remains striking is how famous many of these books are. I'd say I recognize at least 10% of the titles, and Claude classifies about half of the authors as popular or well-known [Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 12:47:00 AM]

| | | | |
|---|---|---|---|
| Page 2: [5] Commented [5] | Anna Stevens | 7/25/2024 12:49:00 AM | |

Ah ok, makes sense that way too [Author:Anna Stevens],[Creator:1297307460],[Date:7/25/2024 12:49:00 AM]

| | | | |
|---|---|---|---|
| Page 2: [6] Commented [6] | Tom Turvey | 7/25/2024 11:31:00 AM | |

thanks for this, Mycal; without more specific book-level data & source of where it was found, I'd conclude that for books originally published prior to 1929, they are in the public domain (no copyright protection) and for books published after 1929 found on the Web, they are either pirated and posted illegally or they could be operating under a different copyright regime (e.g., Creative Commons) making it legal to post (this scenario is less likely with Fiction, more common for scientific research)...either way, I'm not sure there's anything actionable here other than more deliberately avoid 'Classics' lists when we buy...Anna/Mycal - do you agree? [Author:Tom Turvey],[Creator:1297307460],[Date:7/25/2024 11:31:00 AM]

| | | | |
|---|---|---|---|
| Page 2: [7] Commented [7] | Mycal Tucker | 7/25/2024 3:46:00 PM | |

I agree with this in general.

That said, if there are pieces of information that you think would be more actionable (e.g., a list of titles or, where possible, copyright info), I can try to grab that for you. My knowledge of the book world is quite limited, so I'm not sure what the most relevant information to surface is.

Highly Confidential – Attorneys' Eyes Only                                                                                                    ANT_BARTZ_000032233

[Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 3:46:00 PM]

| Page 2: [8] Commented [8] | Tom Turvey | 7/25/2024 4:02:00 PM |

sample book metadata lists would be of interest, potentially? it could confirm there isn't some third category beyond public domain or potentially pirated books that we haven't thought of? [Author:Tom Turvey],[Creator:1297307460],[Date:7/25/2024 4:02:00 PM]

| Page 2: [9] Commented [9] | Mycal Tucker | 7/25/2024 4:04:00 PM |

Ok. I'll grab things like title, date, author, publisher. Anything else? [Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 4:04:00 PM]

| Page 2: [10] Commented [10] | Tom Turvey | 7/25/2024 4:11:00 PM |

category would be good; I assume you mean publication date? if so, yes [Author:Tom Turvey],[Creator:1297307460],[Date:7/25/2024 4:11:00 PM]

| Page 2: [11] Commented [11] | Mycal Tucker | 7/25/2024 4:46:00 PM |

Yep, I meant publication date. And for category, you mean like the categories I used earlier in this document? I already have that, so it's easy to include. [Author:Mycal Tucker],[Creator:1297307460],[Date:7/25/2024 4:46:00 PM]

| Page 2: [12] Commented [12] | Tom Turvey | 7/25/2024 5:37:00 PM |

yes, just our normal book categories [Author:Tom Turvey],[Creator:1297307460],[Date:7/25/2024 5:37:00 PM]

| Page 2: [13] Commented [13] | Gyula Lakatos | 7/25/2024 6:26:00 PM |

This must be the case. You can find 35-50 million different pirated books on the internet easily. Chekov was reprinted a gazillion times so it is duplicated on illegal hosts more plus I think more people just copies them than let's say English-Trees and Tree planting by William H. Ablett. (Copyright is expired for both of them just for a fair comparison.)

https://annas-archive.org/search?index=&page=1&q=chekov++Anton&content=book_fiction&content=book_unknown&sort= [Author:Gyula Lakatos],[Creator:1297307460],[Date:7/25/2024 6:26:00 PM]

Highly Confidential – Attorneys' Eyes Only