| | |
|---|---|
| Justin A. Nelson *(Pro Hac Vice)* | Rachel Geman *(Pro Hac Vice)* |
| Alejandra C. Salinas *(Pro Hac Vice)* | Jacob S. Miller *(Pro Hac Vice)* |
| Collin Fredricks *(Pro Hac Vice)* | Danna Z. Elmasry *(Pro Hac Vice)* |
| **SUSMAN GODFREY L.L.P.** | **LIEFF CABRASER HEIMANN** |
| 1000 Louisiana Street, Suite 5100 | **& BERNSTEIN, LLP** |
| Houston, TX 77002-5096 | 250 Hudson Street, 8th Floor |
| Telephone: (713) 651-9366 | New York, New York 10013-1413 |
| jnelson@susmangodfrey.com | Telephone: (212) 355-9500 |
| asalinas@susmangodfrey.com | rgeman@lchb.com |
| cfredricks@susmangodfrey.com | jmiller@lchb.com |
| | delmasry@lchb.com |
| Rohit D. Nath (SBN 316062) | |
| **SUSMAN GODFREY L.L.P.** | Daniel M. Hutchinson (SBN 239458) |
| 1900 Avenue of the Stars, Suite 1400 | Reilly T. Stoler (SBN 310761) |
| Los Angeles, CA 90067-2906 | **LIEFF CABRASER HEIMANN** |
| Telephone: (310) 789-3100 | **& BERNSTEIN, LLP** |
| RNath@susmangodfrey.com | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| Jordan W. Connors *(Pro Hac Vice)* | Telephone: (415) 956-1000 |
| **SUSMAN GODFREY L.L.P.** | dhutchinson@lchb.com |
| 401 Union Street, Suite 3000 | rstoler@lchb.com |
| Seattle, WA 98101 | |
| Telephone: (206) 516-3880 | *Proposed Co-Lead Counsel* |
| jconnors@susmangodfrey.com | |
| | Scott J. Sholder *(Pro Hac Vice)* |
| J. Craig Smyser *(Pro Hac Vice)* | CeCe M. Cole *(Pro Hac Vice)* |
| **SUSMAN GODFREY L.L.P.** | **COWAN DEBAETS ABRAHAMS** |
| One Manhattan West, 51st Floor, | **& SHEPPARD LLP** |
| New York, NY 10019 | 60 Broad Street, 30th Floor |
| Telephone: (212) 336-8330 | New York, New York 10010 |
| csmyser@susmangodfrey.com | Telephone: (212) 974-7474 |
| | ssholder@cdas.com |
| *Proposed Co-Lead Counsel* | ccole@cdas.com |
| | *Additional Counsel for the Class* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendants. | Case No.: 3:24-cv-05417-WHA <br><br> **ADDITIONAL EXHIBITS TO THE DECLARATION OF COLLIN FREDRICKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT** |