# EXHIBIT 31

| | |
|---|---|
| **From:** | Gyula Lakatos █████@anthropic.com> |
| **Sent:** | Friday, August 30, 2024 5:09 AM |
| **To:** | Cecilia Latapie |
| **Cc:** | Tom Turvey |
| **Subject:** | Re: |
| **Attachments:** | WonderBookSampleISBN - extended - bisac-added.xlsx |

I ran the dedupe script against the file. We got █████████████████ from BWB. As Cecilia mentioned, the file doesn't include any BISAC category information. I tried to query the BISAC info from the DB, but we only have the codes for the books that we already ordered. :/

There are two things that I'll do:

* I'll load the books into the DB as IDENTIFIED and ████████ ████ go through them. Hopefully we will have BISAC info on them this way.
* I'll load all of the shipping data files from BWB so I can dedupe against the latest info, taking █████████████████████████ into consideration as well (which are ███████████████████ at this point).

On Wed, Aug 28, 2024 at 6:58 PM Cecilia Latapie █████@anthropic.com <mailto:█████@anthropic.com> > wrote:

@Tom Turvey <mailto█████@anthropic.com> can you ask if they have any BISAC or category information? Does not show up here.
Otherwise we can try to use ███ but might be quicker if they have it readily available.

On Wed, Aug 28, 2024 at 12:38 PM Cecilia Latapie █████@anthropic.com <mailto:█████@anthropic.com> > wrote:

Acknowledged. Added to the list
████████████████████████████████
██████████ Thanks

On Wed, Aug 28, 2024 at 12:18 PM Tom Turvey █████@anthropic.com <mailto█████@anthropic.com> > wrote:

another list to de-dupe...████████████████████

---------- Forwarded message ---------
From: Clark Kline █████@wonderbk.com <mailto█████@wonderbk.com> >
Date: Wed, Aug 28, 2024 at 11:46 AM
Subject: Re:
To: Tom Turvey █████@anthropic.com <mailto█████@anthropic.com> >

Sorry about that...Isbn 13 should be first column now.

1

Highly Confidential – Attorneys' Eyes Only

Attached:

██████████████████████████████████████████████████████

████████████

On Aug 28, 2024, at 11:20 AM, Tom Turvey ██████@anthropic.com <mailto ██████@anthropic.com> > wrote:

this is great, thanks Clark...we'll take a look

do you have the actual ISBNs for each?

On Wed, Aug 28, 2024 at 11:11 AM Clark Kline ██████@wonderbk.com <mailto ██████@wonderbk.com> > wrote:

Hi Tom,

I threw a sample together of some items that have ██████████████████████████████████ titles. Just over ████ I removed some of the ████████████████ books for this list.

Let me know what you think and what pricing you are looking for if we move forward.  Can discuss NDA then as well if needed.  The Wonder Book price is ████████████████████

Thanks
Clark

File:

██████████████████████████████████████████████████████

████████████

On Aug 27, 2024, at 3:24 PM, Tom Turvey ██████@anthropic.com <mailto ██████@anthropic.com> > wrote:

Great, thanks Clark

On Tue, Aug 27, 2024 at 3:06 PM Clark Kline ██████@wonderbk.com <mailto ██████@wonderbk.com> > wrote:

Ok, I'm just checking with the owner about whether we need the NDA but can get that smaller list created relatively quickly.

Clark

On Aug 27, 2024, at 1:22 PM, Tom Turvey ██████@anthropic.com <mailto ██████@anthropic.com> > wrote:

Hi Clark, sure the less common books are a great place to start...if you have that metadata (ISBN, Title, Author, Publisher, Publication Date, Category, List Price, Our Cost) we could move a conversation from there. The mutual NDA just protects both sides sharing anything either would deem confidential. Our standard web form for our mutual NDA is here <https://ironcladapp.com/public-launch/658cc692bfd18d9f711e2cd9> .
If you want to look at that and complete, I can counter and return.  And if you're okay sharing info without it, that's fine too.  Just let me know.

best,

2

Highly Confidential – Attorneys' Eyes Only

Tom

On Tue, Aug 27, 2024 at 1:16 PM Clark Kline <██@wonderbk.com <mailto██@wonderbk.com> > wrote:

We could potentially start with creating a smaller list vs our whole inventory?  Perhaps the less common books.
What info do you need on the list?

What would the NDA entail?

Thanks
Clark


On Aug 27, 2024, at 11:04 AM, Tom Turvey ██@anthropic.com <mailto ██@anthropic.com> > wrote:

Hi Clark, we are buying books in large quantities (████████████████████  so it would be more efficient to see
what you have and compare against what we haven't purchased elsewhere yet vs. the other way around.  For example,
I'm now working with a similar company to Wonder that sells ████████ books.  Once we bumped the ████████
against what we had already purchased, ████████████ (which we purchased).  So I was hoping we could do the
same here.  I'm happy to exchange information under a mutual NDA to retain confidentiality, if there's any concern
about that.  Thoughts?

On Tue, Aug 27, 2024 at 10:48 AM Clark ██@wonderbk.com <mailto ██@wonderbk.com> > wrote:

Hello,

We don't have a list to share as our inventory is around 1.5 million.
If there is a list of what you are looking for we could potentially check it against our stock?

Our inventory is browsable and searchable on wonderbook.com <http://wonderbook.com/>

Thanks
Clark

On Aug 27, 2024, at 10:28 AM, Tom Turvey ██@anthropic.com <mailto ██@anthropic.com> > wrote:


Hi Kelly, just checking in to see if there's anyone to speak to about this?

On Fri, Aug 23, 2024 at 2:00 PM Tom Turvey ██@anthropic.com <mailto ██@anthropic.com> > wrote:

Hi Kelly, sure, I'm looking to purchase a large quantity of print books ████████████████████) for a research
library and I'm wondering if you have a list I could peruse to understand what might be unique from your inventory for
our purposes?  Let me know what else you need from me.  Thanks!

On Fri, Aug 23, 2024 at 1:55 PM Wonder Book <customerservice@wonderbk.com
<mailto:customerservice@wonderbk.com> >
wrote:


Dear Tom,

3

Highly Confidential – Attorneys' Eyes Only                                                    ANT_BARTZ_000035589

Thank you for contacting Wonder Book.


We may be able to help. Can you please provide a bit more information, so I can provide additional assistance?


Sincerely,
Kelly
Wonder Book


-------------------------------------------------

ORIGINAL MESSAGE:

-------------------------------------------------




-------------------------------------------------




ORDER DATA



-------------------------------------------------




Order Number:


4

     ANT_BARTZ_000035590

Tracking Number:

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000035591