EXHIBIT 32

**From:** Miliett Alcántar Tavira <████@oceano.com.mx> on behalf of Miliett Alcántar Tavira <████@oceano.com.mx> <Miliett Alcántar Tavira <████@oceano.com.mx>>
**Sent on:** Wednesday, August 7, 2024 10:29:16 AM
**To:** ████@anthropic.com
**CC:** ████@anthropic.com
**Subject:** RE: [Oceano] Large Book Order Inquiry
**Attachments:** Export - Existencias 5 agosto 24.xls (2.79 MB)

Good afternoon, my name is Miliett Alcántar and I am in charge of exportations
Attending to your request, I attach our catalog of available stock with export rights.
Depending on the purchase volume we can offer a discount.

Our delivery is free in CDMX or you can come and pick up the materials at our warehouse.
I look forward to your comments.

-------

Buenas tardes, mi nombre es Miliett Alcántar y soy la responsable de exportaciones de Océano.
Me pongo a sus ordenes para atender su petición.
Adjunto nuestro catálogo de existencias disponibles de todo el material que tiene derechos de exportación.
Dependiendo del volumen de compra podemos ofrecer descuento.

La entrega es gratuita en CDMX o pueden venir a recoger los materiales en nuestro almacén.
Quedo pendiente de sus comentarios.

Miliett Alcántar
Editorial Océano de México, S.A. de C.V.
████@oceano.com.mx

**OCÉANO**

NOTICIA DE CONFIDENCIALIDAD. Este mensaje, así como sus archivos adjuntos, puede tener información confidencial o reservada. Si usted no es el destinatario, se le notifica que no está autorizado para leer, retransmitir, imprimir, copiar, usar o distribuir este mensaje o sus anexos. Si usted ha recibido este mensaje por error, por favor comuníquelo al remitente y elimine el mensaje.
CONFIDENTIALITY NOTICE. This communication and any attachments may contain privileged or other confidential information for the use of the designated recipient(s) above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient(s) is prohibited. If you are not the intended recipient, or believe that you may have received this communication by error, please reply to the sender indicating that fact and delete the copy you have received.

**De:** Cecilia Latapie <████@anthropic.com>
**Enviado el:** martes, 6 de agosto de 2024 15:24
**Para:** Rogelio Villarreal <████@anthropic.com>Direccion Oceano Mexico <info@oceano.com.mx>
**CC:** Tom Turvey <>
**Asunto:** [Oceano] Large Book Order Inquiry

Hola,

Me comunico para consultar sobre la realización de un pedido grande de libros impresos.
Estamos construyendo una biblioteca de investigación en varios idiomas y estamos interesados en comprar un gran volumen de libros, principalmente en Español, para ser enviados a los Estados Unidos.
¿Podrían ponerme en contacto con el departamento o la persona adecuada que se encargue de pedidos mayoristas o ventas institucionales?

Gracias por su ayuda. Espero poder hablar con un representante pronto.

Hello,

I am reaching out to inquire about placing a large order of print books.
We're building a research library in a few languages and are interested in purchasing a substantial volume of books, primarily in Spanish, to be shipped to the United States.
Could you please connect me with the appropriate department or individual who handles large wholesale orders or institutional sales?
Thank you for your assistance. I look forward to speaking with a representative at your earliest convenience.

Best,
Cecilia

--
Cecilia Latapie
Product Partnerships

781-720-9513
████anthropic.com

Highly Confidential – Attorneys' Eyes Only