# EXHIBIT 34

```
                                                     Pages 1 - 70

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE WILLIAM H. ALSUP

ANDREA BARTZ, et al,          )
                              )
                              )
         Plaintiffs,          )
                              )
  vs.                         ) No. C 24-5417 WHA
                              )
ANTHROPIC PBC,                )
                              ) San Francisco, California
         Defendant.           ) Thursday
                              ) January 30, 2025
_____) 10:00 a.m.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**       SUSMAN GODFREY, LLP
                          1000 Louisiana Street
                          Suite 5100
                          Houston, Texas 77002
                    **BY: JUSTIN A. NELSON, ESQ.
                          COLLIN FREDERICKS, ESQ.
                          ALEJANDRA C. SALINAS, ESQ.**


                          SUSMAN GODFREY, LLP
                          One Manhattan West
                          50th Floor
                          New York, New York 10001
                    **BY: JAMES CRAIG SMYSER, ESQ.**


         **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**




*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                 *Official Reporter - US District Court*
                 *Computerized Transcription By Eclipse*

**APPEARANCES:   (CONTINUED)**

**For Plaintiffs:**         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                            Embarcadero Center West
                            275 Battery Street
                            29th Floor
                            San Francisco, California 94111
                    **BY:   DANIEL M. HUTCHINSON, ESQ.
                            REILLY T. STOLER, ESQ.**


                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                            250 Hudson Street
                            8th Floor
                            New York, New York 10013
                    **BY:   RACHEL GEMAN, ESQ.**


**For Defendant:**          ARNOLD & PORTER KAYE SCHOLER, LLP
                            Three Embarcadero Center
                            10th Floor
                            San Francisco, California 94111
                    **BY:   DOUGLAS A. WINTHROP, ESQ.
                            JOSEPH R. FARRIS, ESQ.
                            ESTAYVAINE BRAGG, ESQ.
                            JESSICA L. GILLOTTE**


                            LATHAM AND WATKINS, LLP
                            505 Montgomery Street
                            Suite 2000
                            San Francisco, California 94111
                    **BY:   JOSEPH R. WETZEL, ESQ.**



**Also Present:**           **BEN ZHAO
                            APARNA SRIDHAR**


                                – – –

1  And I'm going to cover that in a second, but the
2  implication of what you just heard is that this was very
3  deterministic; that essentially that the model is looking for
4  what's the right answer.
5       And as I'm going to cover in a second, that's actually not
6  a good sign, a sign -- not a good aspect of a model.  A model
7  that does that actually needs to be adjusted.  We'll come to
8  that.
9       So key points about the overall principles that I want to
10 cover that are set out right now.
11      So, as we said, an LLM learns patterns about -- and
12 relationships within data rather than storing contents.
13      And related to that, the responses of an LLM don't come
14 from receiving stored text, but from this predictive and
15 probabilistic process.
16      Responses are based on the patterns and relationships the
17 LLM learned from the data.
18      ==So any notion that an LLM is storing data or storing==
19 ==training data and using training data that's stored, that's==
20 ==just fundamentally not true.==
21      And then after the model is trained -- and this is what I
22 was talking about -- it gives varied responses to similar user
23 prompts based on probability.
24      And I'm going to show you this.  In fact, if you give the
25 exact same prompt to the same LLM twice, you're likely going to