# EXHIBIT 36

**To:** Vinay Rao [⬛@anthropic.com]
**From:** Keri Warr
**Sent:** Wed 3/13/2024 10:33:40 AM
**Subject:** Fwd: High data memorization in Claude 3 Opus
**Received:** Wed 3/13/2024 10:33:53 AM

---------- Forwarded message ---------
From: **Janel Thamkul** ⬛@anthropic.com>
Date: Tue, Mar 12, 2024 at 4:44 PM
Subject: Re: High data memorization in Claude 3 Opus
To: Danielle Ghiglieri ⬛@aircoverpr.com>
Cc: Keri Warr ⬛@anthropic.com>, press <press@anthropic.com>

Thank you! We're aware of this. Will add press@ to the other thread

**Janel Thamkul**

*Deputy General Counsel*
**ANTHROP\C**

On Tue, Mar 12, 2024 at 6:35 PM Danielle Ghiglieri ⬛@aircoverpr.com> wrote:

> + @Janel Thamkul

On Tue, Mar 12, 2024 at 6:30 PM 'Keri Warr' via Anthropic <anthropic@aircoverpr.com> wrote:

---------- Forwarded message ---------
From: **Keri Warr** ⬛@anthropic.com>
Date: Tue, Mar 12, 2024 at 4:23 PM
Subject: Fwd: High data memorization in Claude 3 Opus
To: Sasha de Marigny ⬛@anthropic.com>

Hi! wasn't sure exactly where to route this. forwarding to you based on
  https://www.notion.so/anthropic/Communications-Policies-3054cc055dfb4471b15c8b8f537efad7?pvs=4. seems like there's some PR risk here.
This kind of thing is out of scope for the security dept.'s vulnerability disclosure program though we could consider
  forwarding it to our finetuning department if these guys seem worth taking seriously. what do you think?

keri

---------- Forwarded message ---------
From: **Florian Tramèr** ⬛@inf.ethz.ch>
Date: Mon, Mar 11, 2024 at 3:18 PM
Subject: High data memorization in Claude 3 Opus
To: <usersafety@anthropic.com>
Cc: <disclosure@anthropic.com>, ⬛@anthropic.com>, ⬛@anthropic.com>, Javier Rando ⬛@ai.ethz.ch>, Debenedetti Edoardo ⬛@inf.ethz.ch>

Hi,

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000006228

My PhD students Javi and Edoardo (CCed) at ETH Zurich found some features of Claude 3 Opus that suggest that the model learned from the training set with a high degree of memorization. This exposes some potential privacy and copyright vulnerabilities.

In particular, we find that:

- The model reconstructs (copyrighted) training data with little prompting effort.
- The function calling features of the model can be exploited to regurgitate (copyrighted) training data.
- The model generates texts by mixing together verbatim pieces of texts from different sources with benign prompts
- The model can do "self-membership inference" and training data attribution somewhat reliably, as well as identify training documents from small pieces of text.

You can find additional details and examples to reproduce these behaviors in the attached PDF.

We are planning to run additional experiments and write a paper on this general topic.
So please let us know if you believe these pose a relevant security risk and we should postpone the release, or if you believe there is another justification for this behavior outside of training data memorization (some of the high rates of memorization initially led us to believe that Claude may be doing some form of retrieval, but this doesn't seem consistent with the publicly released info).

Thanks you for your attention,

Best,

Florian

--
You received this message because you are subscribed to the Google Groups "press" group.
To unsubscribe from this group and stop receiving emails from it, send an email to press+unsubscribe@anthropic.com.
To view this discussion on the web visit https://groups.google.com/a/anthropic.com/d/msgid/press/CA%2BDRF7hnGkFr%3D-9CR7RR4z6hmd%2Bhst0WGCTWmSKUH1gY8YNCCQ%40mail.gmail.com.
For more options, visit https://groups.google.com/a/anthropic.com/d/optout.


--
You received this message because you are subscribed to the Google Groups "Anthropic" group.
To unsubscribe from this group and stop receiving emails from it, send an email to anthropic+unsubscribe@aircoverpr.com.
To view this discussion on the web visit https://groups.google.com/a/aircoverpr.com/d/msgid/anthropic/CA%2BDRF7hnGkFr%3D-9CR7RR4z6hmd%2Bhst0WGCTWmSKUH1gY8YNCCQ%40mail.gmail.com.
For more options, visit https://groups.google.com/a/aircoverpr.com/d/optout.


--
**Danielle Ghiglieri**
*Senior Principal*
*510-333-2707*
*www.aircoverpr.com*

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000006229