# EXHIBIT 42

📄 New blog post: Winners of the ISBN visualization bounty    ✕

# Anna's Archive

📚 The largest truly open library in human history. ⭐ We mirror Sci-Hub and LibGen. We scrape and open-source Z-Lib, DuXiu, and more. 📈 43,206,948 books, 98,551,629 papers — preserved forever. Learn more…

**Recent downloads:** Propaganda and Censorship Changed Our World • Como ser un imán para las personas: 62 E

| Home | **Donate** | Title, author, DOI, ISBN, MD5, … | Log in / Register |

## Donate

Anna's Archive is a non-profit, open-source, open-data project. By donating and becoming a member, you support our operations and development. To all our members: thank you for keeping us going! ❤️ For more information, check out the Donation FAQ.

---

**Brilliant Bookworm**

**$2.80-$7 / month**

Join

🚀 **25** fast downloads per day

🧬 SciDB papers **unlimited** without verification

🥷 JSON API access

---

**Lucky Librarian**

**$4-$10 / month**

Join

Previous perks, plus:

🚀 **50** fast downloads per day

---

**Dazzling Datahoarder**

**$12-$30 / month**

---

**Amazing Archivist**

**$40-$100 / month**

| Join | Join |
|---|---|
| Previous perks, plus: | Previous perks, plus: |
| 🚀 **200** fast downloads per day | 🚀 **1000** fast downloads per day |
| 🐱 Exclusive Telegram with behind-the-scenes updates | 🧙 Legendary status in preservation of humanity's knowledge and culture |

## Expert Access

contact us

We're a small team of volunteers. It might take us 1-2 weeks to respond.

🚀 **Unlimited** high-speed access

⚡ Direct **SFTP** servers

Enterprise-level donation or exchange for new collections (e.g. new scans, OCR'ed datasets).

We welcome large donations from wealthy individuals or institutions. For donations over $5,000, please contact us directly at Contact email.

Be aware that while the memberships on this page are "per month", they are one-time donations (non-recurring). See the Donation FAQ.

---

**Anna's Archive**
Home
Search
 SciDB
FAQ
Donate

🌐 en - Eng ⌄

**Stay in touch**
Contact email
DMCA / copyright claims
Reddit / Telegram
Anna's Blog ↗
Anna's Software ↗
Translate ↗

**Advanced**
FAQ
Improve metadata
Volunteering & Bounties
Datasets
Torrents
Activity
Codes Explorer
LLM data
Security

**Alternatives**

annas-archive.li

annas-archive.se

annas-archive.org

SLUM [unaffiliated]