# EXHIBIT 43

T **turvey** Sep 24, 2024 11:41 AM

Some images from our book scanning vendor in Chicago today

IMG_1420.MOV 4 MB

IMG_1424.jpg 809 KB

IMG_1410.jpg 2 MB

IMG_1408.jpg 1 MB

IMG_1404.jpg 1 MB

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000415587





IMG_1428.jpg 2 MB

IMG_1423.jpg 2 MB

🙌 2

T

**turvey** Sep 24, 2024 3:23 PM

Working on a deal with World of Books (6.2m books in inventory in the US) - great tour and deal discussions today

IMG_1459.jpg 3 MB

IMG_1455.jpg 2 MB

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000415588



IMG_1451.jpg 1 MB
IMG_1449.jpg 2 MB

**amaze 2**

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000415589



E2
E2
E3 E3
E2
E3
E3

Highly Confidential – Attorneys' Eyes Only
ANT_BARTZ_000415597



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000415598

E3
23
139
E3
22
E3
21
139
20
19
18
17
Standard
EnGenius WiFi
Daniel Silva
The English Girl
DAVID BALDACCI
Rave Master
