# EXHIBIT 45

Announcements

# Anthropic raises Series E at $61.5B post-money valuation

Mar 3, 2025  •  1 min read



Anthropic has raised $3.5 billion at a $61.5 billion post-money valuation. The round was led by Lightspeed Venture Partners, with participation from Bessemer Venture Partners, Cisco Investments, D1 Capital Partners, Fidelity Management & Research Company, General Catalyst, Jane Street, Menlo Ventures and Salesforce Ventures, among other new and existing investors.

With this investment, Anthropic will advance its development of next-generation AI systems, expand its compute capacity, deepen its research in mechanistic interpretability and alignment, and accelerate its international expansion.

Today's announcement follows the launch of Claude 3.7 Sonnet and Claude Code, building on Anthropic's continued product and commercial momentum. Claude 3.7 Sonnet has set a new high-water mark in coding abilities—an area where Anthropic plans to make further progress in the coming months. With this foundation, Anthropic is focused on developing AI systems that can serve as true collaborators, working alongside teams to tackle complex projects, synthesize information across fields, and help organizations achieve outsized impact.

Businesses across industries—from fast-growing startups like Cursor and Codeium to global corporations like Zoom, Snowflake and Pfizer—are turning to Claude to transform their operations. Replit integrated Claude into "Agent" to turn natural language into code, driving 10X revenue growth; Thomson Reuters' tax platform CoCounsel uses Claude to assist tax professionals; Novo Nordisk has used Claude to reduce clinical study report writing from 12 weeks to 10 minutes; and Claude now helps to power Alexa+, bringing advanced AI capabilities to millions of households and Prime members.

Continuing this trajectory, Anthropic remains focused on deepening our understanding of frontier AI systems and ensuring that artificial intelligence advances human progress.



News

# Our Approach to Understanding and Addressing AI Harms

Apr 21, 2025

News

# Claude takes research to new places

Apr 15, 2025

News

# Introducing the Max Plan

Apr 09, 2025



| Product | API Platform |
|---|---|
| Claude overview | API overview |
| Claude Code | Developer docs |
| Claude team plan | Claude in Amazon Bedrock |
| Claude enterprise plan | |
| Claude education plan | Claude on Google Cloud's Vertex AI |
| Download Claude apps | |

| | |
|---|---|
| Claude.ai pricing plans | Pricing |
| Claude.ai login | Console login |

| Research | Claude models |
|---|---|
| Research overview | Claude 3.7 Sonnet |
| Economic Index | Claude 3.5 Haiku |
| | Claude 3 Opus |

| Commitments | Solutions |
|---|---|
| Transparency | AI agents |
| Responsible scaling policy | Coding |
| Security and compliance | Customer support |

| Learn | Explore |
|---|---|
| Anthropic Academy | About us |
| Customer stories | Become a partner |
| Engineering at Anthropic | Careers |
| | News |

| Help and security | Terms and policies |
|---|---|
| Status | Privacy choices |
| Availability | Privacy policy |
| Support center | Responsible disclosure policy |
| | Terms of service - consumer |
| | Terms of service - commercial |

Usage policy

© 2025 Anthropic PBC

