# EXHIBIT B

**EXHIBIT B - LIST OF MATERIALS CONSIDERED**

- **Academic Publications**
  - Alec Radford, et al., Language Models are Unsupervised Multitask Learners, available at https://cdn.openai.com/better-language-models/language_models_are_unsupervised_multitask_learners.pdf
  - Anthropic, Model Card and Evaluations for Claude Models, available at https://www-cdn.anthropic.com/5c49cc247484cecf107c699baf29250302e5da70/claude-2-model-card.pdf
  - Gregoire Deletang, et al, Language Modeling is Compression, available at https://openreview.net/pdf?id=jznbgiynus
  - Jordan Hoffmann, et al, Training Compute-Optimal Large Language Models, available at https://arxiv.org/pdf/2203.15556
  - Leo Gao, et al., The Pile: An 800GB dataset of Diverse Text for Language Modeling, available at https://arxiv.org/abs/2101.00027
  - Ofir David, et al, On Statistical Learning via the Lens of Compression, available at https://dl.acm.org/doi/pdf/10.5555/3157382.3157410
  - Shaden Smith, et al., Using DeepSpeed and Megatron to Train Megatron-Turing NLG 530B, A Large-Scale Generative Language Model, available at https://arxiv.org/pdf/2201.11990
  - Teven le Scao, et al., What Language Model to Train if You Have One Million GPU Hours?, available at https://arxiv.org/pdf/2210.15424
  - Tianyu Gao, et al., How to Train Long-Context Language Models (Effectively), available at https://arxiv.org/abs/2410.02660
  - Yiheng Liu, et al., Understanding LLMs: A Comprehensive Overview from Training to Interference, available at https://arxiv.org/pdf/2401.02038

- **Online Materials**
  - Andrew M. Dai and Nan Du, Google Research, More Efficient In-Context Learning with GLaM, available at https://research.google/blog/more-efficient-in-context-learning-with-glam/
  - Corby Rosset, Microsoft Research Blog, Turing-NLG: A 17-billion-parameter language model by Microsoft, available at https://www.microsoft.com/en-us/research/blog/turing-nlg-a-17-billion-parameter-language-model-by-microsoft/
  - Jbetker, Non_Interactive, The "it" in AI models is the dataset, available at https://nonint.com/2023/06/10/the-it-in-ai-models-is-the-dataset/
  - Office of the United States Trade Representative, 2022 Review of Notorious Markets for Counterfeiting and Piracy, available at: https://ustr.gov/sites/default/files/2023-01/2022%20Notorious%20Markets%20List%20(final).pdf
  - Pirate Library Mirror, available at https://web.archive.org/web/20220703220153/http:/pilimi.org/
  - Shawn Presser, X.com, October 25, 2020 Post, available at https://x.com/theshawwn/status/1320282149329784833?lang=en

- **Court Filings**

- Dkt. 70 – First Amended Class Action Complaint
- Dkt. 122 – Motion for Summary Judgment and exhibits

- **Cases**
  - *Elsevier Inc. v. Sci-Hub,* No. 15-CV-4282 (RWS), 2017 WL 3868800 (S.D.N.Y. June 21, 2017)
  - *Cengage Learning, Inc. v. Library Genesis,* No. 23-cv-8136 (CM) (S.D.N.Y. Sept. 24, 2024).

- **Case Materials**
  - 
  - March 20, 2025 Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-5)
  - March 20, 2025 Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 14-17)
  - March 20, 2025 Anthropic PBC's First Supplemental Objections and Responses to Plainitiffs' First Set of Requests for Admissions (Nos. 1-15)

- **Depositions**
  - November 11, 2024 Deposition of Pranay Sangani and exhibits
  - April 11, 2025 Deposition of Jared Kaplan and exhibits

- **Document Production**
  - ANT_BARTZ_0000002544
  - ANT_BARTZ_000003433
  - ANT_BARTZ_000003439
  - ANT_BARTZ_000003492
  - ANT_BARTZ_000004587
  - ANT_BARTZ_000004894
  - ANT_BARTZ_000004936
  - ANT_BARTZ_000004957
  - ANT_BARTZ_000005224
  - ANT_BARTZ_000005492
  - ANT_BARTZ_000028814
  - ANT_BARTZ_000029063
  - ANT_BARTZ_000029063
  - ANT_BARTZ_000168435
  - ANT_BARTZ_000209219
  - ANT_BARTZ_000263673
  - ANT_BARTZ_000279483
  - ANT_BARTZ_000336625
  - ANT_BARTZ_000340761
  - ANT_BARTZ_000391318
  - ANT_BARTZ_000436661
  - ANT_BARTZ_000436662
  - ANT_BARTZ_000436663
  - ANT_BARTZ_000436664
  - ANT_BARTZ_000436665
  - ANT_BARTZ_000436666
  - ANT_BARTZ_000436670
  - ANT_BARTZ_000436671
  - ANT_BARTZ_000436674
  - ANT_BARTZ_000436674
  - ANT_BARTZ_000436675
  - ANT_BARTZ_000533411
  - ANT_BARTZ_000533412
  - ANT_BARTZ_000533415
  - ANT_BARTZ_000533416
  - ANT_BARTZ_000533421
  - ANT_BARTZ_000533422
  - ANT_BARTZ_000533425
  - ANT_BARTZ_000533438
  - ANT_BARTZ_000533972
  - ANT_BARTZ_000534168
  - ANT_BARTZ_000534169

Any and all other materials referenced in my report.