| | |
|---|---|
| DOUGLAS A. WINTHROP (Bar No. 183532) | ANGEL T. NAKAMURA (Bar No. 205396) |
| Douglas.Winthrop@arnoldporter.com | Angel.Nakamura@arnoldporter.com |
| JOSEPH FARRIS (Bar No. 263405) | OSCAR RAMALLO (Bar No. 241487) |
| Joseph.Farris@arnoldporter.com | Oscar.Ramallo@arnoldporter.com |
| JESSICA L. GILLOTTE (Bar No. 333517) | ALLYSON MYERS (Bar No. 34038) |
| Jessica.Gillotte@arnoldporter.com | Ally.Myers@arnoldporter.com |
| ESTAYVAINE BRAGG (Bar No. 341400) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Estayvaine.Bragg@arnoldporter.com | 777 South Figueroa Street, 44th Floor |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Los Angeles, CA 90017-5844 |
| Three Embarcadero Center, 10th Floor | Telephone:   (213) 243-4000 |
| San Francisco, CA 94111-4024 | Facsimile:   (213) 243-4199 |
| Telephone:   (415) 471-3100 | |
| Facsimile:   (415) 471-3400 | JOSEPH R. WETZEL (Bar No. 238008) |
| | joe.wetzel@lw.com |
| MARK LEMLEY (Bar No. 155830) | ANDREW M. GASS (Bar No. 259694) |
| mlemley@lex-lumina.com | andrew.gass@lw.com |
| **LEX LUMINA LLP** | **LATHAM & WATKINS LLP** |
| 700 S. Flower Street, Suite 1000 | 505 Montgomery Street, Suite 2000 |
| Los Angeles, CA 90017 | San Francisco, CA 94111 |
| Telephone:   (213) 600-6063 | Telephone:   (415) 391-0600 |
| | Facsimile:   (415) 395-8095 |

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>                Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DECLARATION OF DOUGLAS A. WINTHROP IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  May 15, 2025<br>Time:  8:00 a.m.<br>Place:  Courtroom 12, 19th Floor<br><br>Judge: Honorable William H. Alsup |

I, Douglas A. Winthrop, declare:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Defendant Anthropic PBC ("Anthropic") in this matter. I am an attorney duly licensed to practice law in the State of California.

2. I make this declaration in support of Anthropic's Reply in Support Motion for Summary Judgment. The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following:

3. On Friday, April 11, 2025, I attended the deposition of Dr. Jared Kaplan, representing Anthropic and defending Dr. Kaplan. During Dr. Kaplan's deposition, Plaintiffs' counsel did not ask Dr. Kaplan any questions regarding the topic of compression.

4. Attached as Exhibit 47 is a true and correct copy of an email, marked as HC004_ANT0004027, that was produced by HarperCollins in the matter.

5. Attached as Exhibit 48 is a true and correct copy of an email, marked as HC004_ANT0003890, that was produced by HarperCollins in the matter.

6. Attached as Exhibit 49 is a true and correct copy of an email, marked as HC004_ANT0003864, that was produced by HarperCollins in the matter.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: May 8, 2025                    Respectfully submitted,

                                       /s/ *Douglas A. Winthrop*
                                       DOUGLAS A. WINTHROP

## CERTIFICATE OF SERVICE

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DECLARATION OF DOUGLAS A. WINTHROP IN SUPPPORT OF DEFENDANT ANTHROPIC PBC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**.

Dated: May 8, 2025

                                              /s/ *Douglas A. Winthrop*
                                              Douglas A. Winthrop