Justin A. Nelson (*Pro Hac Vice*)
Alejandra C. Salinas (*Pro Hac Vice*)
Collin Fredricks (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

Scott J. Sholder *(Pro Hac Vice)*
CeCe M. Cole *(Pro Hac Vice)*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.  3:24-cv-05417 <br><br> **DECLARATION OF RACHEL GEMAN AND JUSTIN A. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT AS CO-LEAD CLASS COUNSEL** |

Justin A. Nelson and Rachel Geman jointly declare and state as follows:

1. We are counsel for Plaintiffs and the proposed Classes in the above-captioned case.

2. I, Rachel Geman, am a partner at Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), and serve as an attorney of record for Plaintiffs in the above-captioned class action. I am an active member in good standing of the New York State Bar, who is admitted *pro hac vice* to practice before this Court. *See* Dkt. 29. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

3. I, Justin A. Nelson, am a partner at Susman Godfrey, LLP ("Susman Godfrey"), and serve as an attorney of record for Plaintiffs in the above-captioned class action. I am an active member in good standing of the bar of Texas, who is admitted *pro hac vice* to practice before this Court. *See* Dkt. 22. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

4. We make this declaration in support of Plaintiffs' Motion for Class Certification.

5. Throughout this litigation, we and our respective law firms have been primarily responsible for the prosecution of Plaintiffs' claims on behalf of the proposed Classes.

6. Our firms are ready, willing, and able to take on the responsibilities that come with the formal appointment of class counsel. Our firms have the resources to prosecute this case and the experience and commitment to effectuate their duties to Plaintiffs and the Class. We have already committed significant time and effort to this litigation, and we will continue to do so.

## SUMMARY OF THE ACTION

7. Plaintiffs filed this case on behalf of themselves and other persons, estates, literary trusts, and loan-out companies that are legal or beneficial owners of copyrighted works against Defendant Anthropic PBC ("Anthropic") on August 19, 2024, alleging Copyright Infringement in violation of the Copyright Act, 17 U.S.C. § 501.

8. As alleged in Plaintiffs' complaint, Anthropic infringed on Plaintiffs' exclusive rights, under 17 U.S.C. § 106, by illegally stealing and using millions of copyrighted books to build a multi-billion dollar business.

1    9.    Plaintiffs are represented by our two law firms—the Proposed Co-Lead Class

2    Counsel here—and by co-counsel at Cowan DeBaets Abrahams & Sheppard, LLP, a boutique

3    firm that focuses on media, entertainment, arts and on copyright/IP.

4    10.    Anthropic submitted an Answer to the Complaint on October 21, 2024. Plaintiffs

5    filed an Amended Complaint on December 4, 2024. Anthropic filed its Answer to the Amended

6    Complaint on December 18, 2024.

7    11.    Since discovery opened on October 10, 2024, Plaintiffs and Anthropic have

8    exchanged initial disclosures and have propounded extensive written discovery requests.  To date,

9    Plaintiffs have served five sets of RFPs (totaling 99 requests), three sets of Interrogatories

10    (totaling 17), and three sets of RFAs (totaling 18). Anthropic has served 251 document requests

11    (83 or 84 for each author), 45 interrogatories (15 for each author) and 30 requests for admission

12    (10 for each author).

13    12.    The parties have served responses and objections. The parties have met and

14    conferred regularly, approximately once every two weeks for the past four months, regarding

15    discovery and the parameters of Plaintiffs' requests to inspect relevant datasets (as addressed in

16    paragraph 16, below).

17    13.    The parties have negotiated three stipulated case management orders: a Protective

18    Order, a Protocol for Electronically Stored Information ("ESI") and Hard Copy Documents, and a

19    Protocol for the Inspection of Training Data and Source Code.

20    14.    On October 10, 2024, the Court held an initial case management conference.

21    15.    On November 8, 2024, Plaintiffs deposed a corporate representative from

22    Anthropic.

23    16.    On January 30, 2025, the Court held a technology tutorial hearing.

24    17.    With the assistance of retained technical experts, Plaintiffs have analyzed multiple,

25    vast repositories of data produced by Anthropic.  Plaintiffs have also negotiated and conducted

26    two on-site inspections of Anthropic's training data.

27

28

18.     Plaintiffs reviewed and analyzed tens of thousands of documents received from Anthropic in response to production requests, as well as tens of thousands of documents in Plaintiffs' possession for responses to production requests.

19.     Proposed Co-Lead Class Counsel defended each of the named Plaintiffs at deposition, between March 5 and 7, 2025.

20.     Plaintiffs and Anthropic have met and conferred about additional depositions that Plaintiffs have noticed.

21.     As part of their representations of Plaintiffs and the Class, Plaintiffs have litigated discovery and case management disputes, and responded to motions Anthropic has lodged, presenting argument to this Court on February 25, 2025 and March 25, 2025.

22.     Plaintiffs have retained experts to assist in their prosecution of the case.

## LEADERSHIP EXPERIENCE IN COPYRIGHT CLASS ACTIONS ON BEHALF OF AUTHORS AGAINST AI COMPANIES

23.     Proposed Co-Lead Class Counsel have extensive experience in representing classes of writers and copyright holders in the class' ongoing efforts to vindicate AI companies' alleged violations of their copyrights.

24.     On February 6, 2024, Lieff Cabraser and Susman Godfrey (with CDAS) were appointed as co-lead interim class counsel in *Alter et al v. OpenAI*, 1:23-cv-10211-SHS (S.D.N.Y.), and *Authors Guild et al v. OpenAI*, 1:23-cv-08292-SHS (S.D.N.Y.) (Dkt. No. 70).

25.     Susman Godfrey and Lieff Cabraser are also among the counsel in *Nazemian et al v. Nvidia*, 4:24-cv-01454 and *In re Mosaic LLM Litigation*, 3:24-cv-01451 actions pending in the Northern District of California.

26.     Lieff Cabraser also represents plaintiffs and a proposed class in the *Kadrey et al., v. Meta Platforms, Inc.*, 3:23-cv-03417 action pending in the Northern District of California.

## LIEFF CABRASER'S EXPERIENCE LITIGATING COMPLEX CLASS ACTIONS

27.     Rachel Geman testifies to the Lieff Cabraser sections.

28.     Lieff Cabraser is a national law firm with offices in San Francisco, New York, Nashville, and Munich, Germany.  LCHB's practice focuses on complex and class action

litigation involving personal injury and mass torts, securities and financial fraud, employment

discrimination and unlawful employment practices, product defect, consumer protection, antitrust,

environmental and toxic exposures, False Claims Act, digital privacy and data security, and

human rights matters.  Lieff Cabraser is one of the country's largest law firms devoted

exclusively to representing plaintiffs.

29.    Attached hereto as **Exhibit A** is a true and correct copy of Lieff Cabraser's current

firm resume, showing some of the firm's experience in complex and class action litigation.  This

resume is not a complete listing of all cases in which Lieff Cabraser has been class counsel or

otherwise counsel of record.

30.    Lieff Cabraser's recent experience includes appointments as class counsel and

achieving a number of multi-billion recoveries in major, cutting-edge matters where the firm

served as lead or co-lead counsel in this District.  Lieff Cabraser litigates all cases fully, and

achieved these recoveries only after appointments as Rule 23(g) class counsel, and significant

litigation, pre-trial preparation, and/or trial.

31.    Lieff Cabraser served as co-lead counsel for Plaintiffs in a nationwide multidistrict

litigation regarding the Juul electronic-cigarette.  After concluding Plaintiffs' case as co-lead trial

counsel for the San Francisco Unified School District at trial in April and May 2023, Lieff

Cabraser secured over $2.5 billion in settlements for plaintiffs and class members.  *In re Juul*

*Labs Mktg. Sales Practices & Prods. Liab. Litig.*, 20-cv-8177-WHO (N.D. Cal.).

32.    As co-lead counsel representing the City of San Francisco, Lieff Cabraser

prevailed over Walgreens in a landmark bench trial establishing the pharmacy's substantial

liability for the opioid epidemic in San Francisco.  *City and County Of San Francisco et al. v.*

*Purdue Pharma L.P. et al.*, No. 3:18-Cv-07591-CRB (N.D. Cal.). Subsequently, Walgreens and

the two other major chain pharmacies agreed to settle the national opioids litigation for a

combined total of nearly $14 billion.

33.    Lieff Cabraser also obtained multiple, nationwide class action settlements from

many of the largest car manufacturers for their unlawful emissions, securing—in the words of

District Judge Charles Breyer—"extraordinary results for Class Members and for the public as a

whole." *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, No. 15-md-02672-CRB, 2017 WL 1047834, at *2 (N.D. Cal. March 17, 2017) (order granting Lieff Cabraser's attorneys fees following Lieff Cabraser obtaining a $14.7 billion settlement from Volkswagen).

34.    Lieff Cabraser served as Co-Class Counsel in *In re High-Tech Employee Antitrust Litigation,* No. 11-cv-02509-LHK (N.D. Cal.), an antitrust case on behalf of a broad class of skilled technology workers, alleging that Google, Apple, Intel, Adobe, Pixar, Lucasflim, and Intuit entered into no-poach agreements that restricted the recruiting and hiring of each other's workers. The resulting $435 million recovery is still the largest by a class of employees from private employers ever. The *Daily Journal* described the case as the "most significant antitrust employment case in recent history," noting that it has since been "widely recognized as a legal and public policy breakthrough."[1]

35.    Lieff Cabraser served as Co-Class Counsel in *Gutierrez v. Wells Fargo Bank, N.A.*, (No. 07-5923 WHA, N.D. Cal.), a class action before this Court alleging unfair practices and false representations by Wells Fargo in connection with its imposition of overdraft charges. In 2013, the Court reinstated a $203 million class judgment that had been entered in 2010 following a bench trial, and in 2014 the reinstated judgment was affirmed by the Court of Appeals.

36.    The National Law Journal has recognized Lieff Cabraser as one of the nation's top plaintiffs' law firms for fourteen years, and Lieff Cabraser is a member of its Plaintiffs' Hot List Hall of Fame, "representing the best qualities of the plaintiffs' bar and demonstrating unusual dedication and creativity." The National Law Journal separately recognized Lieff Cabraser as one of the "50 Leading Plaintiffs Firms in America." In 2025 to date, Lieff Cabraser has seen 13 lawyers named to Lawdragon's inaugural "500 Leading Global Antitrust & Competition Lawyers" list, and has been named a finalist for Benchmark Litigation's Plaintiff Firm of the Year and Labor & Employment Firm of the Year awards. In addition, Law360 named Lieff Cabraser as one of its "Practice Groups of the Year" for 2024 for Class Action Law, Cybersecurity and

---

[1] *See* https://www.dailyjournal.com/articles/293003 (last visited July 26, 2022).

Privacy Law, and Product Liability Law. Just prior to that, Lieff Cabraser had seven partners named to Lawdragon's "500 Leading Lawyers in America" list for 2025, with another two partners recognized in the "Lawdragon 500 Hall of Fame." In 2024, Lawdragon recognized 24 Lieff Cabraser lawyers as "Leading Plaintiff Financial Lawyers," 28 firm lawyers as "Leading Plaintiff Consumer Lawyers," 14 firm lawyers as "Global Plaintiff Lawyers," and 10 firm lawyers as "Leading Plaintiff Employment & Civil Rights Lawyers." Lieff Cabraser had 13 lawyers named to Lawdragon's 2024 "Lawdragon 500X, The Next Generation" list, and The National Law Journal honored LCHB with their 2024 "Elite Trial Lawyers" awards for Employee Rights and Anti-Discrimination. Lieff Cabraser's JUUL injuries case team shared the Daily Journal's 2024 "California Lawyer of the Year" award, LCHB saw two lawyers named as the Journal's "Leading Commercial Litigators" for 2024, and Law360 named LCHB its "Product Liability Law Practice Group of the Year."

### LIEFF CABRASER LITIGATION TEAM

37.     I, Rachel Geman, am a partner in Lieff Cabraser's New York office with a practice dedicated to class actions and the False Claims Act. I chair the firm's Whistleblower Practice Group. I have served as co-lead or class counsel in a variety of consumer, privacy, employment, and financial fraud matters, e.g.: (a) *In re Plaid Inc. Privacy Litig.*, No. 4:20-cv-03056 (N.D. Cal.), where I served as court-appointed co-lead class counsel for consumers in a fintech privacy lawsuit that settled for $58 million and practice changes (2021); (b) *Chen-Oster v. Goldman Sachs*, Case No. 10-6950 (S.D.N.Y.), where Lieff Cabraser served as co-lead counsel and, in 2023, the team I was on obtained a $215 million class settlement, along with programmatic relief, for plaintiffs in a gender discrimination class action lawsuit against Goldman Sachs. The settlement came after over a decade of litigation and shortly before trial.  It was the largest pre-trial gender bias settlement in U.S. history; (c) *Doe et al. v. MasterCorp, Inc.*, INDEX NO. 1:24-cv-678 (E.D. Va.), where I served as court-appointed co-lead counsel in a representing 200 Colombian workers in settling their forced labor claims (2024); (d) *IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION*, No. 19-md-2875-RMB

(D. NJ.). where I serve as court-appointed co-lead counsel for the medical monitoring class (2023).

38.    I am an AV-Preeminent rated attorney and have been one of the Lawdragon's Leading 500 Plaintiffs' Lawyers since 2018, in the categories of consumer (2022-2025), financial (2021-2024), and employment/civil rights (2018-2024). I was selected for inclusion by peers in The Best Lawyers in America in the field of "Employment Law – Individuals" for 2012-2025. I am a frequent speaker and writer on topics of complex litigation, as detailed in my firm biography. I was awarded the Distinguished Honor Award by the United States Department of State in 2001. I have served as the Union and Employee-side Chair of the ABA's Workplace and Occupational Safety & Health Committee and its EEO committee. I served as the Amicus Committee Chair of the New York Chapter of the National Employment Lawyers Association. I am also a community dispute resolution pro bono mediator.

39.    Lieff Cabraser partner Daniel T. Hutchinson is the chair of the firm's employment practice group. Mr. Hutchinson has served as lead or co-lead counsel on cases that recovered over $800 million for his clients in all variety of industries and across myriad discrimination, unpaid wages, ERISA, consumer protection, and financial fraud cases. Mr. Hutchinson has pursued dozens of class action consumer protection cases against major banks and financial services providers that place robocalls to consumers. His efforts helped result in the largest monetary settlements in the history of the Telephone Consumer Protection Act and ended harassing robocalls to millions of consumers. Mr. Hutchinson has been recognized as a nationwide leader in employment law. In 2014, Law360 acknowledged Mr. Hutchinson as one of six of the nation's top employment lawyers under 40. The Daily Journal named him as a "Top 40 Under 40" leading lawyer in California. The Recorder endorsed him as one of "50 Lawyers on the Fast Track." Mr. Hutchinson has spoken and presented papers at national employment and consumer law conferences, including events sponsored by the American Bar Association's Section of Labor and Employment Law, the Mason Judicial Education Program, the Practicing Law Institute, the Impact Fund, the UCLA School of Law, the National Employment Lawyers Association, and the

1    Consumer Attorneys of California. Mr. Hutchinson has served as the Board Chair for the Lawyers

2    Committee for Civil Rights.

3         40.    Lieff Cabraser partner Reilly T. Stoler is an experienced trial lawyer who has

4    represented individuals, classes and States as plaintiffs. He has worked on complex, aggregate

5    litigations across a range of fields and jurisdictions. Among other distinctions, Mr. Stoler received

6    the Consumer Attorney of the Year Award from the Consumer Attorneys of California and the

7    California Attorney of the Year Award from *The Daily Journal*. Most recently, Mr. Stoler served

8    in a critical role litigating on behalf of plaintiffs against Juul Labs, Inc. and Altria Group, Inc.

9    (formerly Philip Morris) in the aforementioned MDL *In re Juul Labs Mktg. Sales Practices &*

10   *Prods. Liab. Litig*. That MDL obtained nearly $3 billion in settlements for plaintiffs and

11   culminated in trying a civil RICO case against Altria Group on behalf of the San Francisco

12   Unified School District in the Northern District of California. As relevant here, Mr. Stoler also

13   has years of experience litigating and trying intellectual property claims, including claims of

14   copyright infringement, on behalf of high technology companies.

15        41.    Lieff Cabraser associate Jacob Miller is a graduate of Harvard Law School and

16   Harvard College. Prior to joining Lieff Cabraser, Mr. Miller was a law clerk in the United States

17   District Court for the Northern District of California and the Supreme Court of Hawaii. Mr.

18   Miller also practiced as a litigation associate at Kaplan Hecker & Fink LLP.

19        42.    Lieff Cabraser associate Danna Elmasry is a graduate of the University of

20   Michigan Law School and the University of Chicago. Ms. Elmasry re-joined the firm after

21   serving as a law clerk in the United States District Court for the Eastern District of New York.

22        43.    True copies of the Lieff Cabraser attorneys' profiles are attached as **Exhibit B**.

23   **SUSMAN GODFREY'S EXPERIENCE LITIGATING COMPLEX CLASS ACTIONS**

24        44.    Justin A. Nelson testifies to the Susman Godfrey sections.

25        45.    Susman Godfrey's experience in complex litigation, class action cases, and

26   copyright matters will be a substantial benefit to the Classes and the Court. A copy of Susman

27   Godfrey's firm profile is attached as **Exhibit C**.

28

DECLARATION OF RACHEL GEMAN
AND JUSTIN NELSON
CASE NO. 3:24-CV-05417

46.  Susman Godfrey has extensive experience in handling complex class actions and copyright disputes, including some of the largest and most complex cases in the nation, and has demonstrated that it has the ability and resources to handle such cases effectively and efficiently. Since the firm's founding in 1980, Susman Godfrey has served as lead counsel in hundreds of class actions and complex copyright disputes in courts throughout the country.

47.  A sample of Susman Godfrey's complex class action experience includes:

- *Melissa Ferrick et al. v. Spotify USA Inc., et al.*, No. 1:16-cv-08412-AJN (S.D.N.Y.) (appointed co-lead counsel for settlement purposes and secured a settlement valued at $112 million on behalf of a class of composition owners for claims of nonpayment of royalties for music streaming);

- *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 2:13-cv-05693-PSG-GJS (C.D. Cal.) (appointed co-lead counsel and secured $25.5 million and additional royalties);

- *In re National Football League's "Sunday Ticket" Antitrust Litigation*, No. 2:15-ml-02668-PSG-SK (C.D. Cal.) (appointed co-lead counsel and secured a $4.7 billion jury victory finding the NFL conspired and violated antitrust laws through its Sunday Ticket offering; the trial court vacated the $4.7B award on a post-trial motion, while leaving untouched the jury's determination that the NFL violated antitrust laws, and proceedings and appeals in the matter are ongoing);

- *In re Libor-based Financial Instruments Antitrust Litigation,* No. 11-md-02262 (S.D.N.Y.) (appointed co-lead class counsel and secured $780 million in settlements for plaintiffs who allege several banks were involved in setting LIBOR and manipulating it to their advantage);

- *In re AXA Equitable Life Insurance Company COI Litigation*, No. 1:16-cv-740 (S.D.N.Y.) (appointed lead counsel, advanced over $4 million in expenses, and secured $307.5 million in nonreversionary cash settlement in insurance breach-of-contract action);

- *37 Besen Parkway, LLC v. John Hancock Life Ins. Co. (U.S.A.)*, 15-cv-9924 (S.D.N.Y.) (appointed sole interim class counsel in insurance breach-of-contract action and secured $91.25 million all-cash settlement);

- *In re Automotive Parts Antitrust Litigation*, No. 12-md-02311 (E.D. Mich.) (appointed co-lead class counsel and secured over $1.2 billion in settlements to date for a class of end payor plaintiffs against dozens of automobile suppliers who engaged in price-fixing and bid-rigging);

- *In Re: Tiktok, Inc Consumer Privacy Litigation*, No. 1:20-cv-04699 (N.D. Ill.) (appointed to Steering Committee to represent plaintiffs in a Biometric Information Privacy Act class action MDL against TikTok and its parent company and obtained a $92 million litigation-wide settlement);

- *White v. NCAA*, No. 07-mc-54 (W.D. Pa.) (appointed co-lead counsel for class of current and former football and basketball players at Division I schools, securing over $200 million in settlements);

48.    Susman Godfrey has successfully led several complex class actions in this District.

49.    For example, as Court-appointed co-lead counsel in *In re Animation Workers Antitrust Litigation*, No. 14-cv-4062 (N.D.Cal.), Susman Godfrey secured more than $168 million in settlements for a class of animation industry employees in this antitrust action against the largest animation companies, including Disney, Pixar, Lucas Films, DreamWorks, and Sony, based on restrictions on their ability to compete against one another for talent.

50.    Likewise, in *In re Telescopes*, No. 5:20-cv-03639-EJD (N.D. Cal.), Susman Godfrey served as interim co-lead counsel (with Lieff Cabraser) representing a putative class of indirect purchasers of amateur telescopes impacted by a conspiracy to fix prices and allocate markets for telescopes sold to consumers in the United States. The parties reached a settlement for $32 million and are seeking court approval.

51.    And in *Rodriguez et al. v. Google LLC et al.*, 3:20-cv-04688 (N.D. Cal.), Susman Godfrey serves as co-lead counsel to a class of millions of Plaintiffs who allege that Google continues to collect users' Internet and application activity even when users turn Google's "Web

DECLARATION OF RACHEL GEMAN
AND JUSTIN NELSON
CASE NO. 3:24-CV-05417

1    & App Activity" button off. In 2025, Judge Seeborg rejected Google's bid for summary

2    judgment, and the case is set for trial in August 2025.

3            52.    Susman Godfrey will seek the best result for its clients, including prosecuting

4    cases through trial, if necessary.

5            53.    Susman Godfrey generally—including the lawyers on this team—routinely take

6    cases through verdict. This includes class cases too. As mentioned above, Susman Godfrey served

7    as lead trial counsel in *In re National Football League's "Sunday Ticket" Antitrust Litigation*,

8    which resulted in a $4.7 billion pre-trebling verdict and is currently on appeal to the Ninth Circuit

9    after the district court entered JMOL. The point, however, is not the ultimate result in that

10   particular case. Susman Godfrey will not hesitate to go to trial if it believes that trial is preferable

11   to other resolution.

12           54.    Similarly, Susman Godfrey won a jury trial for a class of California residential

13   telephone customers who were overcharged millions by AT&T. The Tenth Circuit upheld the

14   verdict. *See In re Universal Service Fund Telephone Billing Practices Litig.*, 619 F.3d 1188 (10th

15   Cir. 2010).

16           55.    Susman Godfrey's litigation savvy and class action proficiency are reflected in its

17   recognition as the county's leading trial firm. The firm was named "Litigation Boutique of the

18   Year" in 2023 by The *American Lawyer*, "Commercial Litigation Firm of the Year" in 2023 by

19   *Benchmark Litigation*, and among five finalists for "Law Firm of the Year" and "Litigation

20   Boutique of the Year" in 2024 by *Texas Lawyer* (with firms multiple its size). Susman Godfrey

21   has also been consistently recognized across several practice areas in *National Law Journal's*

22   "Elite Trial Lawyers," which profiles firms specifically for their plaintiff work. *Law360* has

23   named Susman Godfrey "Class Action Practice Group of the Year" in three separate years, 2024,

24   2018, and 2017, cementing its place as a leader in the highly complex practice area, and

25   previously gave it the distinction of "Most Feared Plaintiffs Firm" three years in a row. Dozens of

26   the firm's lawyers are recognized each year as "Super Lawyers" and "Rising Stars" in the states

27   where they practice, and the firm leads *Lawdragon's* list of the country's top 500 lawyers year

28   after year. The firm has also been named the country's leading litigation boutique 13 years in a

DECLARATION OF RACHEL GEMAN
AND JUSTIN NELSON
CASE NO. 3:24-CV-05417

row by Vault. Susman Godfrey has over 170 partners and associates nationwide across its four offices, over 95% of whom served in federal judicial clerkships, the vast majority on federal appellate courts, and eleven of whom clerked on the United States Supreme Court.

### SUSMAN GODFREY LITIGATION TEAM

56.    I, Justin A. Nelson, am a partner in Susman Godfrey's Houston office and have practiced law for more than twenty years, litigating complex cases in state and federal courts throughout the United States. I have served as an adjunct professor at the University of Texas School of Law. I am a former law clerk to the Honorable Sandra Day O'Conner of the United States Supreme Court and to the Honorable J. Harvie Wilkinson III of the United States Court of Appeals for the Fourth Circuit. In 2023, I represented Dominion Voting Systems against Fox News in helping secure the landmark $787.5 million settlement arising from the latter's defamatory news coverage claiming that Dominion's voting machines were responsible for massive voter fraud during the 2020 U.S. presidential election. The settlement is believed to be the largest defamation settlement in history. The Court in *Dominion v. Fox* publicly noted that "this is the best lawyering I've had, ever." I routinely represent clients in high-stakes and complex litigation, including helping secure a nine-figure settlement against a large rental car company for a group of people who alleged they had been falsely arrested—a set of cases that spanned multiple courts and jurisdictions, including bankruptcy court. I am also a leader in AI litigation, serving as an American Law Institute panel member on Civil Liability for Artificial Intelligence. In 2024, I was nominated for Litigator of the Year by the *American Lawyer*. Among other awards, I have been named as one of the leading 500 litigators and plaintiff financial lawyers in America by *Lawdragon*, one of the few litigators on *The Hollywood Reporter*'s list of Hollywood's Top 100 Attorneys, and also been repeatedly recognized as American Lawyer's Litigator of the Week and a Benchmark Litigation, Litigation Star. A copy of my attorney profile included in **Exhibit D**.

57.    Susman Godfrey partner Rohit D. Nath has extensive experience litigating class actions, including those involving allegations of breach of contract and royalty disputes. He served as co-lead counsel, alongside a team of Susman Godfrey lawyers, in the *AXA COI* ($307.5

million settlement) and *37 Besen* ($91.25 million settlement) matters discussed above. He has been recognized as one of the best young lawyers in America by Lawdragon and Bloomberg Law. He was also named one of the California Attorneys of the Year by Daily Journal for his successful defense of COVID-19 eviction-protection measures against constitutional challenges. Mr. Nath joined Susman Godfrey after clerking for Judge Alex Kozinski on the United States Court of Appeals for the Ninth Circuit and serving as editor-in-chief of the University of Chicago Law Review. A copy of Rohit D. Nath's attorney profile is included in **Exhibit D.**

58.    Susman Godfrey partner Alejandra C. Salinas is an experienced trial lawyer who has litigated complex cases in state and federal courts throughout the United States. She has amassed an impressive collection of litigation victories and favorable settlements for clients who vary from Fortune 500 industry leaders to a class of indigent detainees, including a recent $37.5 million jury verdict. She currently represents numerous indirect purchasers in a proposed class action against telescope manufacturers and distributors. She has also defended class action cases, including a case on behalf of Westlake Chemical Corporation. She has been recognized as one of the best young lawyers in America by Lawdragon, a Texas Rising Star by Thomas Reuters Super Lawyer, and a Top Women in Law in Houston by the National Diversity Council. A copy of Alejandra C. Salinas's attorney profile is included in **Exhibit D**.

59.    Susman Godfrey partner Jordan Connors is a trusted litigator with a nationwide practice serving clients in high-stakes matters in both state and federal court. Connors served as counsel to the largest political subdivisions in the largest state in the nation—including the University of California system, the California State University System, and the County of Los Angeles—in a landmark suit against the "Big 4" wireless carriers, Verizon, AT&T, Sprint, and T-Mobile for fraudulently over-billing the government. Connors' clients secured record settlements valued at $175 million. And in the nationally followed environmental matter, *In re Flint Water Crisis Litigation*, Connors represents a class of tens of thousands of Flint residents impacted by the Flint water crisis, for whom he secured a $641 million settlement with multiple government defendants. Connors has been recognized by *Law & Politics Magazine* as a "Rising Star" every year since 2013, an honor bestowed on 2.5 percent of attorneys in the state of Washington for

1    "demonstrated excellence in the practice of law." A copy of Jordan Connors' attorney profile is

2    included in **Exhibit D**.

3         60.    Susman Godfrey associate J. Craig Smyser has represented plaintiffs and

4    defendants in all types of high stakes commercial litigation. He joined Susman Godfrey after

5    clerking for the Honorable Debra Ann Livingston of the United States Court of Appeals for the

6    Second Circuit and for the Honorable Christopher R. Cooper of the United States District Court

7    for the District of Columbia. A copy of J. Craig Smyser's attorney profile is included in

8    **Exhibit D**.

9    **AFFIRMATION**

10         61.    I, Justin A. Nelson, declare under penalty of perjury under the laws of the United

11    States and the State of Texas that the foregoing is true and correct to the best of my knowledge

12    and that this declaration was executed in Austin, Texas on March 27, 2025.

13         62.    I, Rachel Geman, declare under penalty of perjury under the laws of the United

14    States and the State of New York that the foregoing is true and correct to the best of my

15    knowledge and that this declaration was executed in New York, New York on March 27, 2025.

16

17    Respectfully submitted,

18    _____

19    Rachel Geman (*Pro Hac Vice*)

20    **LIEFF CABRASER HEIMANN**
      **& BERNSTEIN, LLP**

21    *Proposed Co-Lead Class Counsel.*

22

_____

Justin A. Nelson (*Pro Hac Vice*)

**SUSMAN GODFREY, LLP**

*Proposed Co-Lead Class Counsel*

23

24

25

26

27

28

DECLARATION OF RACHEL GEMAN
AND JUSTIN NELSON
CASE NO. 3:24-CV-05417