CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated, | Case No. 3:24-cv-05417-WHA |
| Plaintiffs, | |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

## EXPERT DECLARATION OF BEN Y. ZHAO, PHD IN SUPPORT OF PLAINTIFFS MOTION FOR CLASS CERTIFICATION

Dated: March 27, 2025

Ben Y. Zhao

1

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

I.   **TABLE OF CONTENTS**

II.   QUALIFICATIONS, EXPERIENCE, AND COMPENSATION ................................. 3

III.  SCOPE OF ENGAGEMENT ......................................................................... 4

IV.   SUMMARY OF OPINIONS ......................................................................... 7

V.    COMMON SOURCES AND ANALYSIS SHOW HOW, WHEN, AND WHERE
      ANTHROPIC OBTAINED COPYRIGHTED BOOKS ............................................ 10
      A.    Books3 ...................................................................................... 10
      B.    LibGen ...................................................................................... 11
      C.    Pirate Library Mirror ("PiLiMi") ................................................... 13
      D.    Book Scanning ............................................................................ 15

VI.   COMMON SOURCES AND ANALYSIS SHOWS WHICH BOOKS ARE
      PRESENT IN ANTHROPIC'S DATASETS ........................................................ 17

VII.  COMMON SOURCES AND ANALYSIS SHOWS HOW ANTHROPIC USED
      BOOKS DURING ITS TRAINING PROCESS ..................................................... 26

VIII. COMMON SOURCES AND ANALYSIS SHOWS HOW BOOKS CONTRIBUTE
      TO THE OPERATION AND PERFORMANCE OF ANTHROPIC'S LLMS ........ 29

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

1. I, Ben Yanbin Zhao, Neubauer Professor of Computer Science at University of Chicago, submit this declaration in support of Plaintiffs' Motion for Class Certification.

## II. QUALIFICATIONS, EXPERIENCE, AND COMPENSATION

2. I am the Neubauer Professor of Computer Science at the University of Chicago, a Fellow of the Association for Computing Machinery, and co-director of the UChicago Security, Algorithms, Networks, and Data (SAND) Lab. I teach and mentor undergraduate and PhD students in numerous courses related to artificial intelligence. Over the years, I have led numerous projects related to artificial intelligence, including projects funded by the National Science Foundation, Department of Defense, and industry research groups. Prior to starting my faculty career 21 years ago, I received my PhD from UC Berkeley, and my Bachelor of Science from Yale University.

3. My research lies at the intersection of machine learning and security, with additional topics covering data-driven systems and human computer interaction. My work is published regularly at the most selective publication venues in computer security and machine learning and has received numerous best paper awards, distinguished paper awards, most-influential paper awards and the USENIX Internet Defense Prize. My early work created the research area now known as distributed hash tables, and those systems are now used in large cloud computing systems today. More recently, I have spent extensive time researching machine learning and deep learning. My more recent projects have involved research related to the use of content by generative AI models. For my body of work, I have been honored as a Fellow of the Association for Computing Machinery (ACM), a TED/AI speaker, MIT Technology Review Young Innovator, and chosen by TIME Magazine as one of the AI/100, the 100 most influential people in AI. My 190 refereed publications have garnered roughly 38,000 citations. A detailed curriculum vitae showing my qualifications, experience, publications, awards and patents, as well as a list of cases

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

in which I have testified at trial, hearing, or by deposition within the last five years is attached to this report as Exhibit A.

4. I am being compensated for my time at the hourly rate of $800 per hour. My compensation does not depend on my conclusions or the outcome of this case. I have no other interest in this litigation or the parties thereto.

### III. SCOPE OF ENGAGEMENT

5. Counsel for Plaintiffs have engaged me to serve in this proposed class action litigation as an expert and to analyze, evaluate, and render opinions on (i) whether named plaintiffs Andrea Bartz, Kirk Wallace Johnson, Charles Graeber, MJ + KJ, Inc., and Andrea Bartz, Inc.'s copyrighted books are present in Anthropic's data sets; and whether there is class-wide evidence and/or a method of proof to determine: (ii) which copyrighted books are present in Anthropic's data sets; (iii) how Anthropic acquired the books in its data sets; (iv) how Anthropic used books during its LLM training process; and (v) how books contribute to the operation and performance of Anthropic's LLMs.

6. I understand that Anthropic, PBC is the Defendant in civil action No. 24-cv-5417. I understand that Andrea Bartz, Kirk Wallace Johnson, Charles Graeber, MJ + KJ, Inc., and Andrea Bartz, Inc. are the Plaintiffs.

7. I have reviewed the First Amended Class Action Complaint ("Complaint") filed in this action. *See* Dkt. 70, *Bartz et al v. Anthropic PBC*, 3:24-cv-5417, (N.D. Cal. December 4, 2024). Plaintiffs Andrea Bartz, Kirk Wallace Johnson, Charles Graeber, MJ + KJ, Inc., and Andrea Bartz, Inc., on behalf of themselves and other similarly situated ("Plaintiffs"), brought this case alleging that Anthropic illegally acquired and illegally trained its LLMs using Plaintiffs' copyrighted books.

8. In their complaint, Plaintiffs allege that Anthropic sought out known repositories of pirated books in order to acquire training data for their LLMs. Those repositories included

4

**CONTAINS MATERIAL DESIGNATED**
**HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY**

"Books3;" a repository which its creator claimed contained "196,640 books." *Id.* ¶ 36-37. Those books were sourced from "bibliotik" a notorious "private tracker"—that is a private torrent site for experienced digital pirates. *Id.* ¶ 38. Books3, in turn, was included in a large set of training data released to the public in 2020 known as "The Pile." *Id.* ¶ 34-42. Soon after its founding, Anthropic used "The Pile" to train a large language model. *Id.* ¶ 43; *see supra* § V.A.

9. Based on documents and discovery responses provided by Anthropic in this case, I understand that Anthropic has obtained books data from other sources in addition to "Books3." Those sources include the so-called "shadow libraries" "Library Genesis" ("LibGen") and "Pirate Library Mirror" ("PiLiMi") which hosted a mirror of the pirated books library Z-library ("Z-lib"). *See supra* §§ V.B, V.C I understand that LibGen has been repeatedly ordered shut down by the United States District Court for the Southern District of New York due to copyright infringement. *See supra* § V.B. I understand that Anthropic has used to LibGen to train a large language model. *See id.* I understand In November 2022, the FBI and U.S. Department of Justice shut down Z-Library domains due to criminal copyright infringement. *See supra* § V.C. I understand that Anthropic used the Pirate Library Mirror data in LLM training. *See id.*

10. Anthropic has also obtained books by organizing and operating a massive book acquisition and scanning operation. *See supra* § V.D.

11. I understand Plaintiffs seek certification of the copyright infringement claim on behalf of proposed classes who were allegedly harmed by Anthropic's conduct and appointment as class representatives.

12. I understand the proposed classes are defined as follows:

***Pirated Books Class:*** All natural persons, estates, literary trusts, and loan-out companies that are legal or beneficial owners of copyrighted works that: (a) were registered with the United States Copyright Office within five years of the work's publication; (b) were registered with the United States Copyright Office before being downloaded by Anthropic, or within three months of

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

publication; (c) are assigned an International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN); and (d) were downloaded by Anthropic as part of the Books3 Dataset or from Library Genesis or Pirate Library Mirror.

**Scanned Books Class:** All natural persons, estates, literary trusts, and loan-out companies that are legal or beneficial owners of copyrighted works that: (a) were registered with the United States Copyright Office within five years of the work's publication; (b) were registered with the United States Copyright Office within three months of publication or before being purchased and scanned by Anthropic (including its agents and/or vendors); (c) are assigned an International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN); (d) were purchased and scanned by Anthropic (including its agents and/or vendors); and (e) were used by Anthropic in LLM training.

13.   To perform my analysis—and in addition to drawing from my experience as discussed above and in Exhibit A—I have reviewed and analyzed extensive information and documents produced by Anthropic through discovery in this action. the parties' various pleadings, disclosures, and discovery responses; deposition transcripts; and various documents produced in this case. A list of the materials that I have considered in reaching my opinions is attached as Exhibit B to this report.

14.   This report is based on information currently available to me. I reserve the right to supplement my analysis in this report in response to any reports prepared on behalf of Anthropic. I also reserve the right to amend or supplement my opinions based on further discovery and information provided in this case, including any additional depositions or other disclosures that may occur after I submit my report.

15.   All of the opinions stated herein are based on my own personal knowledge, professional judgment, and analysis of the materials and information that I considered in preparing this report. I reserve the right to create any additional summaries, tutorials, demonstrations, charts, drawings, tables, and/or animations that may be appropriate to supplement and demonstrate my opinions at trial, deposition, or any hearing at which I may be called to testify.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

## IV.    SUMMARY OF OPINIONS

16.  My full opinions are set forth in the body of this report, as a result of my analysis of the information and documents I have considered I have formed the following opinions relating to the Plaintiffs' motion for class certification:

    a.  **Common sources and analysis show how Anthropic obtained any given copyrighted book—including those of the named Plaintiffs:**

        i.  Book piracy:  Anthropic has amassed three datasets from pirated sources: "Books3," "Library Genesis," and "Pirated Library Mirror" ("PiLiMi") which itself was sourced from the pirated library "Z-Library" ("Z-lib").  Common evidence shows how and when Anthropic obtained these datasets.  As to Books3, it is a single "download" which Anthropic acquired from a single source.  As for the Library Genesis and Pirated Library Mirror datasets, Anthropic acquired the data using the bittorrent protocol.

        ii.  Book scanning:  In 2024, Anthropic began purchasing books, including many books it had earlier obtained from pirated books datasets, and scanning those books to use in its LLM research, development, training, and commercialization efforts.  Common evidence, including Anthropic's own admissions, shows how Anthropic obtained and scanned them.

    b.  **Common sources show which books are present in Anthropic's datasets.**

        i.  For any given copyrighted work, including the Named Plaintiffs' works, a simple process permits accurate identification of a given work in a given training dataset.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

    ii.  First, for many works, including any which Anthropic has admitted to purchasing and scanning, the inquiry simply involves checking the title, author, and/or ISBN of the work against the lists which Anthropic has already admitted are present in its data sets.

    iii.  For the remainder (and as a further robustness check on the former category), I describe a simple algorithm which can take text as an input and perform a match against the text present in Anthropic's datasets.

    iv.  Using both approaches (as well as Anthropic's admissions) I have confirmed that the Named Plaintiffs' books were located in the books datasets that Anthropic pirated and in the set of purchased and scanned books.

c. **Common sources and analysis show how Anthropic used books during its training process.**

    i.  As Anthropic itself has stated, all its training data, including those books at-issue in this case, go through a basic five-step process following Anthropic's acquisition of the raw data. *See* Anthropic's Response to Interrogatory No. 3. Those five steps are: i) Data Cleaning; ii) Deduplication and Targeted Removal; iii) Data Processing; iv) Pre-Training; and v) Evaluation and Fine-Tuning. Because all training data, including the data embodying the class members' works, passes through these same steps, there is a

8

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

common set of facts and sources regarding how the class members' works are used in training Anthropic's LLMs.

    d. **Common sources and analysis show how books contribute to the operation and performance of Anthropic's LLMs.**

        i. As common evidence from Anthropic and third-party research demonstrates, the performance of Anthropic's LLMs greatly benefit from training on a large corpus of copyrighted books.

        ii. This is for at least three reasons: i) books are an excellent source of "good writing," which enables LLMs to produce high-quality text; ii) books are a great source of long-form text that enable LLMs to process coherent long-form text as an input and produce it as an output; and iii) books provide expressively varied text that enable LLMs to produce text in a wide-array of genres.

        iii. While it is possible that some of the positive qualities may not be present for every book in the proposed classes, Anthropic and third-party research have repeatedly evaluated books in a holistic manner that focuses on the quantity of books, rather than the specific attributes of a particular book.

17. The above and following represents my current opinions based on the information I possess at this time; I reserve the right to amend and/or supplement this report in accordance with applicable Court rules, orders, and procedures.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

## V.    COMMON SOURCES AND ANALYSIS SHOW HOW, WHEN, AND WHERE ANTHROPIC OBTAINED COPYRIGHTED BOOKS

18.  I am aware that Anthropic acquired books to train its LLMs from at least: (1) Books3, (2) LibGen (also known as "Library Genesis"), (3) "Pirate Library Mirror" (also known as "PiLiMi"), and (4) its Book Scanning Project. Given that several of these datasets have only been recently produced, I reserve the right to supplement my opinions regarding the below. However, I have analyzed each of these common sources, and I will discuss each one in turn.

### A.    Books3

19.  I understand that Books3 is a dataset of 196,640 pirated books created by Shawn Presser and made available by EleutherAI as part of a larger dataset called The Pile. *See* Tweet from Shawn Presser, Oct. 25, 2020, https://x.com/theshawwn/status/1320282149329784833?lang=en). I also understand that it is no longer available on EleutherAI's website following copyright complaints. *See* Alex Perry, *A Giant Online Book Collection Meta Used to Train its AI Is Gone Over Copyright Issues*, Mashable (Aug. 18, 2023), https://mashable.com/article/books3-ai-training-dmca-takedown.

20.  Anthropic has used at least one books dataset sourced from Books3, called pile.books3_source to train models. *See* Anthropic's First Supplemental Response to Interrogatory No. 2). Anthropic has produced this Books3 dataset as ANT_BARTZ_000000005. *See id*. Based on my analysis of the dataset Anthropic produced, pile.books3_source contains approximately 196,640 unique files, each of which I have reason to believe corresponds to a book. This matches the number provided by Shawn Presser in the tweet announcing the release of Books3. *See* Tweet from Shawn Presser, Oct. 25, 2020, https://x.com/theshawwn/status/1320282149329784833?lang=en.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

21. Anthropic has stated that it acquired this Books3 dataset by downloading it from EleutherAI's website: pile.eleuther.ai. *See* Anthropic's Response to Interrogatory No. 16. It appears Anthropic has produced the source code it used to download Books3 as ANT_BARTZ_000436667. *See* ANT_BARTZ_000436667 (file named code.books3.tar.bz2). According to this source code, however, it appears that Anthropic downloaded the Books3 dataset from the following URL: https://the-eye.eu/public/AI/pile_preliminary_components/books3.tar.gz. *See id.*

22. Anthropic admits that it used books from Books3 in LLM training, including, in Anthropic's words, "at least one commercially released and generally accessible Claude model." *See* Anthropic's Response to Request for Admission No. 10. Anthropic also admits that it has located ISBNs from all three Plaintiffs' books in its Books3 dataset. *See* Sangani Dep. Tr. at 72:19–73:11; Ex. 3 to Sangani Dep. At least as of May 2024, Anthropic continued to use "the books3 dataset from the pile" in its LLM training work, listing it as "likely our most favoured general prose loss eval." ANT_BARTZ_000209219.

**B.    LibGen**

23. I understand that LibGen, also known as "Library Genesis," is a website providing access to many pirated copyrighted books, which has been repeatedly ordered to shut down for violating copyright law by United States federal courts. *See Elsevier Inc. v. Sci-Hub*, No. 15-CV-4282 (RWS), 2017 WL 3868800 (S.D.N.Y. June 21, 2017); *Cengage Learning, Inc. v. Library Genesis*, No. 23-cv-8136 (CM), Dkt. 36 (S.D.N.Y. Sept. 24, 2024). Libgen is classified by the Office of the United States Trade Representative as a "Notorious Market;" that is LibGen is one "prominent and illustrative example[]" of an online service "in which pirated or counterfeit goods and services reportedly are available or that facilitate, turn a blind eye to, or benefit from substantial piracy and counterfeiting," *see* Office of the United States Trade Representative, 2024

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

Review of Notorious Markets for Counterfeiting and Piracy, p. 16, 27, https://ustr.gov/sites/default/files/2024%20Review%20of%20Notorious%20Markets%20of%20 Counterfeiting%20and%20Piracy%20(final).pdf).

24. Anthropic has used at least two books datasets sourced from LibGen, called libgen/fiction and libgen/nonfiction to train a model. *See* Anthropic's Supplemental Response to Interrogatory No. 4. Anthropic has produced these datasets as ANT_BARTZ_000436661 and ANT_BARTZ_000436662, respectively. Based on my analysis of the datasets Anthropic produced, libgen/fiction appears to contain approximately 2,292,396 books and libgen/nonfiction appears to contain approximately 2,978,708 books.[1]

25. Anthropic acquired its LibGen datasets by torrenting them. *See* Anthropic's Supplemental Response to Interrogatory No. 16. Torrenting is a decentralized method of peer-to-peer file sharing, often associated with the unauthorized downloading and distributing of pirated content over the BitTorrent protocol. *See* Office of the United States Trade Representative, 2022 Review of Notorious Markets for Counterfeiting and Piracy, p. 4, https://ustr.gov/sites/default/files/2023-01/2022%20Notorious%20Markets%20List%20(final).pdf. Anthropic has produced the source code it used to torrent the LibGen datasets as ANT_BARTZ_000436670. *See* ANT_BARTZ_000436670 (file named "code.libgen.tar.bz2" listing the three sets of torrents as "libgen_torrents.tar.gz" "libgfen_fiction_torrents.tar.gz" and "scimag_torrents.tar.gz" and commenting the code with "# Get torrent files").[2]

---

[1] These estimates are based on the number of unique files present in the datasets.

[2] As of the date of this report, I do not believe Anthropic has produced the "scimag_torrents.tar.gz" dataset which I understand to be part of LibGen.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

26. Anthropic admits that it used books from LibGen in LLM training. *See* Anthropic's Supplemental Response to Request for Admission No. 11; Anthropic's Supplemental Response to Interrogatory No. 4.

**C. Pirate Library Mirror ("PiLiMi")**

27. I understand that "Pirate Library Mirror," also known as "PiLiMi," is a website offering — or which in the past offered — access to many pirated books. In July 2022, Ben Mann, co-founder of Anthropic, messaged his colleagues over slack the link to the Pirate Library Mirror website and appended the message "just in time!!" *See* ANT_BARTZ_000391318.

28. In July 2022, Pirate Library Mirror explained that the "focus of this project is illustrated by its name." *See* "Pirate Library Mirror" homepage, archived by Wayback Machine from July 3, 2022 (available at https://web.archive.org/web/20220703220153/http://pilimi.org/). First, "Pirate" because "[w]e deliberately violate the copyright law in most countries." *Id.* Second, "Library" because "[w]e focus primarily on written materials like books." *Id.* And third, "Mirror" because "[w]e are strictly a mirror of existing libraries." *Id.*

29. Pirate Library Mirror first "mirrored" (i.e., provided access to the same books as) Z-Library, which Pirate Library Mirror described as "a popular (and illegal) library." *Id.* In November 2022, the FBI and U.S. Department of Justice shut down Z-Library domains, and arrested and charged two Russian nationals with "criminal copyright infringement, wire fraud and money laundering for operating Z-Library, an online e-book piracy website." *See* United States Attorney's Office for the Eastern District of New York, *Two Russian Nationals Charged with Running Massive E-Book Piracy Website*, https://www.justice.gov/usao-edny/pr/two-russian-nationals-charged-running-massive-e-book-piracy-website (Nov. 16, 2022).

30. While the Pirate Library Mirror website at pilimi.org is no longer accessible, the URL presently redirects to a new pirated site known as "Anna's Archive." *See* pilimi.org; annas-

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

archive.org. "Anna's Archive" states that it "mirror[s] Sci-Hub and LibGen," and includes a specific section dedicated to "LLM data" which states "[i]t is well understood that LLMs thrive on high-quality data. We have the largest collection of books, papers, magazines, etc[.] in the world, which are some of the highest quality text sources." *See* Anna's Archive, https://annas-archive.org/llm (last accessed Mar. 23, 2023).

31. Based on Anthropic's discovery responses in this matter, Anthropic has used at least two books datasets sourced from Pirated Library Mirror, called pilimi-complete-non-en and pilimi-complete-en in training LLMs. *See* Anthropic's Supplemental Response to Interrogatory No. 4; Anthropic's Supplemental Response to Request for Admission No. 12. As I have not had an opportunity to examine Anthropic's training source code, I reserve the right to supplement or amend my opinions on this point.

32. Anthropic has produced four Pirate Library Mirror datasets, which appear to be versions of the pilimi datasets Anthropic used in its training work: pilimi as ANT_BARTZ_000436663; pilimi_full as ANT_BARTZ_000436664; pilimi_full2 as ANT_BARTZ_000436665; and pilimi_complete as ANT_BARTZ_000436666.[3]

33. Based on my analysis of the datasets Anthropic produced, pilimi_complete appears to include all the unique file ids present in the other pilimi datasets and would thus include all or nearly all of the books also present in the other datasets. I estimate pilimi_complete contains approximately 2,179,884 books.[4]

---

[3] As of the date of this report, Anthropic has not produced datasets labeled pilimi-complete-non-en and pilimi-complete-en, and I reserve the right to supplement my opinions if Anthropic subsequently produces such datasets. As of now, I believe them to be subsets of the pilimi_complete dataset which has been produced.

[4] This estimate is based on the number of unique files present in the dataset.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

34. Anthropic acquired its Pirated Mirror Library datasets by torrenting them. *See* Anthropic's Supplemental Response to Interrogatory No. 16. Torrenting is a decentralized method of peer-to-peer file sharing, commonly associated with the unauthorized downloading and distributing of pirated content over the BitTorrent protocol. *See supra* ¶ 25. It appears Anthropic has produced the source code it used to torrent the Pirate Library Mirror datasets as ANT_BARTZ_000436671. *See* ANT_BARTZ_000436671 (file names "code.pilimi.tar.bz2" listing e.g. "pilimi_torrent_files/pilimi-zlib-all.zip" as among the files to torrent).

**D. Book Scanning**

35. I understand that Anthropic also purchases and scans books for use in LLM training, a project it refers to as its "Book Scanning Project," or "Project Panama." *See* Sangani Dep. Tr. at 86:7–9 ("My understanding is that Claude 3.5 Haiku was trained on books from the book-scanning project."); Ex. 3 to Sangani Dep.; ANT_BARTZ_000005492 ("Project Panama is our effort to destructively scan all the books in the world."); Anthropic's First Supplemental Response to Interrogatory No. 4 (noting that Anthropic's "most recent commercially released and generally accessible Claude model (Sonnet 3.7) was trained on wombat_staging.panama_haiku_stem and wombat_staging.panama_haiku_non_stem.").

36. I understand that Anthropic works with several vendors for its Book Scanning Project. It purchases books from used book sellers, including Better World Books, and Baker & Taylor, Ingram and Nippan. *See* ANT_BARTZ_000004587 (describing Better World Books as "our largest wholesale used book supplier . . . crucial to maintaining our book scanning operations."); ANT_BARTZ_000004543 (listing books orders from Baker & Taylor, Ingram, and Nippan). After Anthropic purchases books, it ships them to a scanning vendor, including Datamation, Inc. *See* ANT_BARTZ_000006363 ("first truck of books ███ to Datamation arriving May 13"); *see also* ANT_BARTZ_000004031 (Datamation proposal to Anthropic).

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

37. Based on discovery so far, I understand that Anthropic has used three training datasets of scanned books which it calls books.books.pdf_converted_text_exp, wombat_staging.panama_haiku_stem, and wombat_staging.panama_haiku_non_stem. *See* Anthropic's First Supplemental Response to Interrogatory No. 4.

38. Anthropic admits to using all three datasets in training publicly available Claude models. It used the first dataset to train Claude 3.5 Haiku. *See* Anthropic's Response to Interrogatory No. 4. It used the second and third datasets to train the recently released model Claude 3.7. *See* Anthropic's Supplemental Response to Interrogatory No. 4.

39. Anthropic has produced a report of metadata identifying author, title, and ISBN for each book contained in the dataset used to train Claude 3.5 Haiku as ANT_BARTZ_0000002544 and ANT_BARTZ_000004894.[5] Based on my analysis of the metadata, these scanned books datasets appear to contain approximately ███ books.[6]

40. Anthropic produced similar metadata reports for wombat_staging.panama_haiku_stem and wombat_staging.panama_haiku_non_stem used to train Claude 3.7 Sonnet. *See* Anthropic's Supplemental Response to Interrogatory No. 4. They have been produced as ANT_BARTZ_000436674 and ANT_BARTZ_000436675. Based on my analysis of these datasets, they contain approximately ███ books.[7]

---

[5] *See* ¶ 45 below for information regarding these Bates numbers.

[6] I understand that ANT_BARTZ_000004894 may contain metadata for all the books included in ANT_BARTZ_0000002544 so have used the estimated number of books from ANT_BARTZ_000004894 as the total here. *See* ¶ 45. ANT_BARTZ_0000002544 contains an estimated ███ books. The estimate is made using the number of metadata lines in the files, each of which appears to correspond to a book.

[7] ANT_BARTZ_000436674 appears to list ███ books; ANT_BARTZ_000436675 appears to list ███ books. The estimate is made using the number of metadata lines in the files, each of which appears to correspond to a book.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

41.  Anthropic produced similar metadata reports for books which it states, "Anthropic scanned but has not used to train commercial models." *See* Email from J. Gillotte, Mar. 1, 2025; ANT_BARTZ_000028814. Based on my analysis of the metadata, this scanned books dataset contains approximately ███████ books.[8]

## VI.  COMMON SOURCES AND ANALYSIS SHOWS WHICH BOOKS ARE PRESENT IN ANTHROPIC'S DATASETS

42.  As explained above, Anthropic possesses several datasets of books which it has used in its research and development efforts, including in training its LLMs. *See supra* ¶¶ 18-41. Using common evidence provided by Anthropic—including metadata associated with Anthropic's data—and basic search algorithms, a common method may be used to determine whether any given book is present in any given dataset.

43.  First, for any books which Anthropic has purchased and scanned, Anthropic itself has provided a list of the ISBNs, Authors, and Titles for each volume which it has purchased and scanned.

44.  In particular, Anthropic has identified five documents with the metadata in question: ANT_BARTZ_0000002544,    ANT_BARTZ_000028814,    ANT_BARTZ_000004894, ANT_BARTZ_000436674, and ANT_BARTZ_000436675. *See* Anthropic's First Supplemental Response to Interrogatory No. 2 ("Anthropic produced a report of metadata identifying author, title, and ISBN (where available) for all books that it had purchased and scanned at ANT_BARTZ_000002544 & ANT_BARTZ_000004894."); Email from J. Gillotte, Mar. 1, 2025 (noting ANT_BARTZ_000028814 represents books "that Anthropic scanned but has not used to train commercial models."); Email from J. Gillotte, Mar. 25, 2025 (providing link to

---

[8] The estimate is made using the number of metadata lines in the file, each of which appears to correspond to a book.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

ANT_BARTZ_000436674 and ANT_BARTZ_000436675 as "metadata information for the two new datasets for Claude 3.7 Sonnet.").

45.    Although Anthropic's First Supplemental Response to Interrogatory No. 2 identifies one of these documents as ANT_BARTZ_000002544, I understand that the correct bates for this document is actually ANT_BARTZ_0000002544 (i.e. one additional leading "0") and that it reflects "around 70% of documents" present in the dataset "books.books.pdf_converted_text_exp." *See* Email from J. Gillotte, Jan. 25, 2024 (attaching ANT_BARTZ_0000002544). I further understand that ANT_BARTZ_000004894 represents the "30% remainder of the metadata information for the (books.books.pdf_converted_text_exp) dataset." *See* Email from J. Gillotte, Feb. 27, 2025. However, based on the number of files reported in the metadata for the two sets and my own analysis, I understand that ANT_BARTZ_000004894 represents the full list of metadata for the scanned books sets used to train Claude 3.5 (Haiku). Nonetheless I have included both sets in the below analyses.

46.    The following chart summarizes these five metadatasets:

| Bates | Description |
|---|---|
| ANT_BARTZ_0000002544 | Approximately 70% of books scanned and present in "books.books.pdf_converted_text_exp" used to train Claude 3.5 Haiku. |
| ANT_BARTZ_000004894 | Approximately the "30% remainder of the metadata information for the (books.books.pdf_converted_text_exp) dataset" used to train Claude 3.5 Haiku. |
| ANT_BARTZ_000436674 and ANT_BARTZ_000436675 | Metadata "information for the two new datasets for Claude 3.7 Sonnet," known as "wombat_staging.panama_haiku_stem" and "wombat_staging.panama_haiku_non_stem" |
| ANT_BARTZ_000028814 | Metadata information for books "that Anthropic scanned but has not used to train commercial models." |

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

47. Determining whether a given book is present in Anthropic's scanned books dataset can be done by consulting these lists. These lists thus provide a common source for determining whether a book is present in Anthropic's set of "scanned" books.[9]

48. I have confirmed that Named Plaintiffs' works are present on these lists as reflected in the following chart. *See* ANT_BARTZ_0000002544; ANT_BARTZ_000004894; ANT_BARTZ_000028814; ANT_BARTZ_000436674; ANT_BARTZ_000436675.

| Author | Title | Source |
|---|---|---|
| Andrea Bartz | The Lost Night: A Novel | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000436675 (3.7 Sonnet); ANT_BARTZ_000028814 (General Scanned Books). |
| Andrea Bartz | The Herd | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000436675 (3.7 Sonnet); ANT_BARTZ_000028814 (General Scanned Books). |
| Andrea Bartz | We Were Never Here | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000436675 (3.7 Sonnet); ANT_BARTZ_000028814 (General Scanned Books). |
| Andrea Bartz | The Spare Room | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000436675 (3.7 Sonnet); ANT_BARTZ_000028814 (General Scanned Books). |
| Charles Graeber | The Breakthrough: Immunotherapy and the Race to Cure Cancer | Present in ANT_BARTZ_000436675 (3.7 Sonnet); ANT_BARTZ_000028814 (General Scanned Books). |
| Charles Graeber | The Good Nurse: A True Story of Medicine, Madness, and Murder | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000028814 (General Scanned Books). |
| Kirk W. Johnson | To Be A Friend Is Fatal | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000028814 (General Scanned Books). |

---

[9] To the extent Anthropic contends its own lists of which books it acquired and scanned are inaccurate, the hash-code search procedure described below permits reliable and accurate identification of the presence of any given book in any set of training data.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

| Kirk W. Johnson | The Fishermen and the Dragon: Fear, Greed, and a Fight for Justice on the Gulf Coast | Present in:ANT_BARTZ_000028814 (General Scanned Books). |
|---|---|---|
| Kirk W. Johnson | The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Present in ANT_BARTZ_0000002544 (3.5 Haiku); ANT_BARTZ_000004894 (3.5 Haiku); ANT_BARTZ_000028814 (General Scanned Books). |

49.   Second, for any books present in data for which Anthropic has not provided such a list, including, the Books3, Pirated Library Mirror, and/or LibGen datasets, the following process can be applied to reliably determine whether a specific book is present within these sets.

50.   Approach 1: Consult the Metadata: Anthropic's datasets, including, e.g., LibGen and Pirate Library Mirror, often have metadata associated with the underlying dataset that records certain information regarding the books present. In the case of Books3 and LibGen, there are also publicly available look-up tools regarding the books and authors present in these datasets. *See* "These 183,000 Books Are Fueling the Biggest Fight in Publishing and Tech," Alex Reisner, *The Atlantic* (Sept. 25, 2023), https://www.theatlantic.com/technology/archive/2023/09/books3-database-generative-ai-training-copyright-infringement/675363/; "Search LibGen, the Pirated-Books Database That Meta Used to Train AI," Alex Reisner, *The Atlantic*, (Mar. 20, 2025), https://www.theatlantic.com/technology/archive/2025/03/search-libgen-data-set/682094/.

51.   Frequently, this metadata includes similar information to that Anthropic provided regarding its "scanned" books, namely title, author, and ISBN. This provides a strong indication regarding the presence of the book in the dataset.

52.   If this information is not present for a particular book, the "Book Hash" search algorithm described below provides a comprehensive and accurate alternative approach to identifying the presence of any given text in Anthropic's datasets.

**CONTAINS MATERIAL DESIGNATED**
**HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY**

53.   Approach 2: The Book Hash Approach: The book search algorithm described in the following paragraphs is capable of conclusively determining whether any given book is present in any given subset of data.[10]

54.   This approach relies on so-called "one-way hashing algorithms," or "hash codes." One way hashing algorithms, also called "collision-resistant hashes," are a decades-old tool used in computer security, including to secure critical internet infrastructure, such as verifying the sender of a signed secure email message and verifying that a file downloaded from the Internet was received without tampering or corruption. *See, e.g.,* "Hashing in Cybersecurity," Crowdstrike, Jan. 16,   2024   (available   at:   https://www.crowdstrike.com/en-us/cybersecurity-101/data-protection/data-hashing/). These hash codes are series of binary numbers that are compact, yet are capable of uniquely representing a particular piece of data, i.e. a sentence or text excerpt from a book.

55.   Secure one-way hash code generators, e.g. the standard "Secure Hash Algorithm-256" ("SHA-256") algorithm, accept any input (including text). *See* "FIPS PUB 180-4: Secure Hash Standard. Federal Information Processing Standards Publication 180-4," National Institute of Standards   and   Technology:   U.S.   Department   of   Commerce   (March   2012), http://csrc.nist.gov/publications/fips/fips180-4/fips-180-4.pdf.  The hash-code generators then run that input through a series of mathematical functions resulting in a fixed length—in the case of SHA-256, a 256 bit—binary code that, with exceedingly high probability, can *only* be generated

---

[10] Based on what I understand about Anthropic's admissions regarding its scanned books datasets, it would not be necessary to employ the algorithm described in this section. However, the algorithm would similarly work to identify the presence of a given book in the scanned books datasets.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

by that particular input. *Id.* at 21. This process of running an input text through the hash-code generator is called "hashing" the input.

56.  In the case of the SHA-256 algorithm, the probability of a particular hash code for any text input also matching the hash code for some non-identical text input is roughly $1/(2^{128})$, or roughly 2.93 times 10 to the -39th power. *See* "Recommendation for Applications Using Approved Hash Algorithms," National Institute of Standards and Technology, p. 8 (Aug. 2012), https://nvlpubs.nist.gov/nistpubs/Legacy/SP/nistspecialpublication800-107r1.pdf.    Statistically speaking, a person is more likely to be hit by 7 meteorites, *see* "How Likely are You to Get Hit by a Meteor," *Christian Science Monitor,* (Feb. 09, 2016), https://www.csmonitor.com/Science/Spacebound/2016/0209/How-likely-are-you-to-get-hit-by-a-meteor, than to randomly find two different text inputs that produce the same hash code.[11]

57.  The uniqueness of hash-codes is a useful feature. For the book search algorithm, it means that any given piece of text can be hashed to a unique value and compared against the hashes of Anthropic's datasets. Where the two hash-codes match, that means the underlying text is identical and thus present in the dataset under investigation.

58.  As an example of this approach which I believe to be robust and accurate, I have provided the following outline of how such an algorithm would function:

59.  First, the text of the book under investigation is separated into distinct sentences. Next, special characters (such as unicode characters for, e.g., umlauts), and empty lines are removed.

60.  Of the remaining set of sentences, and in order to guard against the prevalence of common, short length, sentences, e.g. "Good Morning!", any sentences of fewer than ten words

---

[11] Comparison calculated as $\ln(1/2^{128})/\ln(1/250000)$.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

are removed. At the end of this process, the book under investigation will be typically reduced to a few thousand longer sentences.

61.   Next, a unique hash code is computed for each of these longer sentences. The result is a set of hash codes that uniquely identifies these long sentences from the book in question.

62.   Once that set of unique, long-sentence hash codes for the test book is created, the same process is performed with the data in question. The data is cleaned in the same way as the test book data is cleaned and unique hash codes are computed for the longer sentences.

63.   Finally, a simple comparison checks the hash codes of the test book against the hash codes of the data to confirm the presence or absence of the book.

64.   To guard against the possibility of data files that summarize or even quote portions of a book, but which are not full copies, the algorithm takes the test book hash codes, divides them into equal subsets, and checks the matching rate for each subset of hash codes in the data. This is equivalent to performing a check that different portions of the test book are equally present in the data. If each subset of test book hash codes are found within the data at approximately the same overall rate as the book's hash codes as a whole, then the book—rather than a summary or lengthy quotation—is present within the data.

65.   To the extent there is any remaining doubt, a final robustness check may be performed which simply involves a viewing the portion of Anthropic's data identified alongside the book in question to verify the presence of the book in Anthropic's data.  Example excerpts of the results of this matching visual inspection are included as Exhibit D to my report and the full comparisons are being produced alongside this report. Both the code to the Book Hash search algorithm and the code to create the comparisons are being produced alongside this report.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

66. The following table summarizes the results of the Book Hash search for Plaintiff's

works on Anthropic's pirated books datasets. The full tables are included as Exhibit C to this

report:

| Plaintiff's Work[12] | Author | Pirated Books source matched |
|---|---|---|
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Libgen/nonfiction |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Libgen/nonfiction |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Libgen/nonfiction |
| The Herd | Andrea Bartz | Libgen/fiction |
| The Lost Night | Andrea Bartz | Libgen/fiction |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Libgen/fiction |
| The Lost Night | Andrea Bartz | Books3 |
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Books3 |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Books3 |
| To Be a Friend is Fatal | Kirk W. Johnson | Books3 |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Books3 |
| The Herd | Andrea Bartz | Pilimi |
| The Lost Night | Andrea Bartz | Pilimi |
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Pilimi |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Pilimi |

---

[12] Note that multiple copies of plaintiffs' works sometimes appeared in same pirated dataset. I have only listed the works once per dataset. Exhibit C has additional detail.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Pilimi |
|---|---|---|

67. In summary, this book matching algorithm takes unique sentences of substantial length from a test book, computes hash codes that uniquely represent those sentences, then matches those hash codes against the hash codes generated from the data file. Where there is a substantial overlap, the book is present in the data.

**B. Named Plaintiffs Works are Present in Anthropic's Datasets**

68. Using the above approaches I have confirmed that the works by Named Plaintiffs listed in the table below are present in Anthropic's datasets, additional detail regarding the presence of the works in the pirated datasets is presented in Exhibit C to my report:

| Author | Title | Dataset(s) in Which the Book Appears |
|---|---|---|
| Andrea Bartz | The Lost Night: A Novel | 1. Scanned Books—confirmed via Anthropic metadata, *see supra*<br>2. Books3—confirmed via book identification algorithm, *see supra*, Ex. C<br>3. LibGen/fiction—confirmed via ISBN metadata and book identification algorithm, *see supra*, Ex. C<br>4. Pirate Library Mirror—confirmed via book identification algorithm, *see supra*, Ex. C |
| Andrea Bartz | The Herd | 1. Scanned Books—confirmed via Anthropic metadata, *see supra*<br>2. Libgen/fiction—confirmed via ISBN metadata and book identification algorithm, *see supra*, Ex. C<br>3. Pirate Library Mirror—confirmed via book identification algorithm, *see supra*, Ex. C |
| Andrea Bartz | We Were Never Here | 1. Scanned Books—confirmed via Anthropic metadata, *see supra* |
| Andrea Bartz | The Spare Room | 1. Scanned Books—confirmed via Anthropic metadata, *see supra* |
| Charles Graeber | The Breakthrough: Immunotherapy and the Race to Cure Cancer | 1. Scanned Books—confirmed via Anthropic metadata, *see supra*<br>2. Books3—confirmed via book identification algorithm, *see supra*, Ex. C |

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

|  |  |  |
|---|---|---|
|  |  | 3. LibGen/nonfiction—confirmed via ISBN metadata and book identification algorithm, *see supra*, Ex. C<br>4. Pirate Library Mirror—confirmed via book identification algorithm, *see supra*, Ex. C |
| Charles Graeber | The Good Nurse: A True Story of Medicine, Madness, and Murder | 1. Scanned Books—confirmed via Anthropic metadata, *see supra*<br>2. Books3—confirmed via book identification algorithm, *see supra*, Ex. C<br>3. LibGen/fiction & Libgen/nonfiction—confirmed via ISBN metadata and book identification algorithm, *see supra*, Ex. C |
| Kirk W. Johnson | To Be A Friend Is Fatal | 1. Scanned Books—confirmed via Anthropic metadata, *see supra*<br>2. Books3—confirmed via book identification algorithm, *see supra*, Ex. C. |
| Kirk W. Johnson | The Fishermen and the Dragon: Fear, Greed, and a Fight for Justice on the Gulf Coast | 1. Scanned Books—confirmed via Anthropic metadata, *see supra* |
| Kirk W. Johnson | The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | 1. Scanned Books—confirmed via Anthropic metadata, *see supra*<br>2. Books3—confirmed via book identification algorithm, *see supra*, Ex. C<br>3. LibGen/nonfiction—confirmed via ISBN metadata and book identification algorithm, *see supra*, Ex. C<br>4. Pirate Library Mirror—confirmed via book identification algorithm, *see supra*, Ex. C. |

## VII.   COMMON SOURCES AND ANALYSIS SHOWS HOW ANTHROPIC USED BOOKS DURING ITS TRAINING PROCESS

69. Class-wide evidence and analysis are capable of showing how Anthropic used books during its training process. At this time I have not had opportunity to inspect Anthropic's pretraining source code or benefit from additional discovery as to Anthropic's training process. I thus reserve the right to supplement the following as discovery proceeds. However, Anthropic itself has stated that all its training data, including those books at-issue in this case, go through a

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

basic five-step process following acquisition. *See* Anthropic's Response to Plaintiffs' Interrogatory No. 3.

70. Anthropic labels those five steps: i) Data Cleaning; ii) Deduplication and Targeted Removal; iii) Data Processing; iv) Pre-Training; and v) Evaluation and Fine-Tuning. Based on Anthropic's statements, all books used to train their models—regardless of author, length, genre, or acclaim—are cleaned, processed, and fed into the model in those same, standard steps. Anthropic's description is consistent with my experience with, knowledge of, and understanding of Large Language Models and machine learning, including the process by which such models are trained.

71. First, Anthropic creates a "clean" version of the data by removing "noise." As Anthropic describes it, noise generally consists of low-quality data, such as "boilerplate HTML text (e.g., "Lorem Ipsum") and web spam (e.g., duplicitous and inaccurate keyword stuffing)." *See* Anthropic's Response to Plaintiffs' Interrogatory No. 3. Anthropic states that it employs programs called "classifiers" to filter out data it considers "noise" or "junk." *Id.*

72. Second, Anthropic reduces the frequency with which given text appears in the training dataset, a process it labels "deduplication." *Id.* I understand that through this process, the overall frequency of repetitive text in this version of the dataset is reduced. Anthropic claims that, during this step and where "a company [has] reache[d] out to remove certain discrete corpora from Anthropic's training datasets, Anthropic will consider that request and may work with the company to exclude that data." *See id.*

73. Third, Anthropic takes the cleaned and deduplicated data and encodes it into a format readable by the algorithms used during pre-training. *Id.* Specifically, Anthropic performs an operation known as "tokenization."

27

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

74. Tokenization is a well-known process in machine learning by which input text is divided into sub-word fragments known as "tokens." There are a variety of tokenization algorithms, but they generally function to turn these sub-word fragments into unique numerical identifiers.[13] *See* "Tokenizer Choice For LLM Training: Negligible or Crucial?," Ali, Mehdi et al. Findings of the Association for Computational Linguistics: NAACL, June 2024, https://aclanthology.org/2024.findings-naacl.247.pdf. Using Anthropic's approach to tokenization, approximately 1.4 tokens represent each English word, *see* Anthropic's Response to Interrogatory No. 3, with one trillion tokens equivalent to approximately 10,000,000 books.[14]

75. As part of creating the tokenized version of the data, Anthropic states that it may undertake efforts to "stem" or "lemmatize" the data. *Id.* In the field of machine learning, "stemming" or "lemmatizing" refers to a process by which words may be converted to simpler forms, e.g. "studying" to "study." *See, e.g.,* "An Evaluation Method for Stemming Algorithms," Paice, Lancaster University, p. 1-2, 1994 (available at: https://link.springer.com/chapter/10.1007/978-1-4471-2099-5_5). The basic goal of these efforts is to reduce the over-representation of specific words whose different (and relatively less common) derivations or inflections appear as unique words when tokenized and deduplicated. This effectively reduces "noise" in the dataset by reducing the number of unique tokens to be fed to the model during pre-training. *See* Anthropic's Response to Plaintiffs' Interrogatory No. 3. At this step, Anthropic may also "normalize the data," an additional "cleaning step" that Anthropic describes as including removing unnecessary whitespace. *Id.* As with all of Anthropic's training data, I understand books are subject to these same processes.

---

[13] Tokenization can also include special characters and numbers as well.
[14] 1.4 tokens per word implies that 1 trillion tokens represents approximately 714 billion words. At 70 thousand words per book on average, this results in approximately 10.2 million books.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

76. Fourth, after the data is prepared, this version of the tokenized data is fed into Anthropic's pre-training algorithms. *Id.* Anthropic has not indicated that its pre-training treats any data differently than any other, however I reserve the right to revise the opinions herein once I have an opportunity to review additional discovery produced by Anthropic in this matter and investigate Anthropic's pre-training algorithms and source code.

77. Fifth, alongside pre-training, Anthropic runs the model through suites of benchmarks—also called "evaluations"—to measure the model's pre-training progress. *See id.* Once the pre-training process is completed, the model may be put through additional steps known as "fine-tuning." *Id.* Like pre-training, those steps may similarly seek to increase performance on specific tasks.

78. In sum, as Anthropic has admitted, the pre-training process is the same for all its training datasets—including those training datasets composed of or containing books.

VIII. COMMON SOURCES AND ANALYSIS SHOWS HOW BOOKS CONTRIBUTE TO THE OPERATION AND PERFORMANCE OF ANTHROPIC'S LLMs

79. As explained above, Anthropic used books in a similar manner to train its LLMs. *see supra* ¶¶ 68-78. This unsurprisingly resulted in significant benefits to Anthropic's LLMs that is supported by common evidence from Anthropic and third-party research.

80. To begin with, in numerous internal documents and transcripts of internal meetings, Anthropic has repeatedly acknowledged that books are generally very valuable in training its LLMs. *See, e.g.,* ANT_BARTZ_000003492 ("Hard to quantify, but overall we believe that books represent very high quality pretraining data."); ANT_BARTZ_000004936 (explaining "if we can get the ▮▮ of books that arrive in May into the model ASAP. I think it will be very valuable. We should make sure we are ready to move fast here."); ANT_BARTZ_000004587 (noting that books "align[] with our core content source requirements" because they "offer a vast quantity of

29

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

high-quality, unique content"); ANT _BARTZ_000003439 (describing "books" as "higher quality data" and that "We expect a large one-time boost if we are able to train on a large number of books."); ANT _BARTZ_000005225 (recognizing the data "quality" of "███████████" to be "quite high"); ANT_BARTZ_000003433 (identifying "books" as the first category of "high quality data").

81.   Indeed, Anthropic has further acknowledged that "having *every* book is more valuable to us than a smaller volume of the most critically-acclaimed literary works when it comes to training our models," ANT _BARTZ_000004937, and that "Just Volume -> *any* books is valuable," ANT_BARTZ_000004936.

82.   As described below, the performance of Anthropic's LLMs greatly benefit from training on a large corpus of books for at least three reasons.

83.   First, a large corpus of books can be crucial to an LLM's ability to produce high-quality text "rather than low quality internet speak." ANT_BARTZ_000003433. This is what Anthropic describes as "The Good Writing Hypothesis," which is "Models just need good writing." *Id.* Books are an excellent source of a large volume of "good writing" because they are comprised of "content an editor would approve of." *Id.* As Anthropic recognized, then, books are generally superior to data that is typically derived from online sources, such as message board, social media, or other webscraped material, *id.*, which can often be unstructured and require extensive preprocessing and filtration before it can be used for training. *See also* ANT_BARTZ_000279495 (noting "book tokens dramatically outperform web-crawl content in multiple dimensions").

84.   Anthropic's conclusions align with those of other leading AI labs, researchers, and academics. For example, researchers at OpenAI have stated that while webscrapes are a "promising source of diverse and nearly unlimited text . . . they have significant data quality issues"

30

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

and describing a filtration process emphasizing "document quality." *See* "Language Models are Unsupervised Multitask Learners," Radford et al, OpenAI, April 2019, p. 3 (available at: https://cdn.openai.com/better-language-models/language_models_are_unsupervised_multitask_learners.pdf). [15] In 2021, researchers at Google, working to build a "high-quality 1.6 trillion token dataset," stated that while "[w]eb pages constitute the vast quantity of data in this unlabelled corpus, [] their quality ranges from professional writing to low-quality comment and forum pages." *See* "More Efficient In-Context Learning with GLaM," Andrew Dai, Nan Du, Google Research, December 2021 (available at: https://research.google/blog/more-efficient-in-context-learning-with-glam/). To remedy this issue, the researchers "developed a text quality filter that was trained on a collection of text from Wikipedia and books (both of which are generally higher quality sources) to determine the quality of the content for a webpage" and "applied this filter to generate the final subset of webpages and combined this with books and Wikipedia to create the final training dataset." *Id.* Google's findings mirrored those of Microsoft researchers who wrote in the 2020 release of their Turing-NLG model "that the bigger the model and the more diverse and comprehensive the pretraining data, the better it performs at generalizing to multiple downstream tasks even with fewer training examples." *See* "Turing-NLG: A 17-billion-parameter language model by Microsoft," Rosset, Cory, Microsoft Research, Feb. 13, 2020 (available at: https://www.microsoft.com/en-us/research/blog/turing-nlg-a-17-billion-parameter-language-model-by-microsoft/). And, in the 2022 paper announcing Microsoft's follow-up Megatron-Turing NLG model, Microsoft and Nvidia researchers similarly

---

[15] Another OpenAI researcher has similarly concluded that dataset quality is what matters most in training AI models, writing that "model behavior is not determined by architecture, hyperparameters, or optimizer choices. It's determined by your dataset, nothing else. Everything else is a means to an end in efficiently deliver[ing] compute to approximating that dataset." *See* https://nonint.com/2023/06/10/the-it-in-ai-models-is-the-dataset/.

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

filtered their webscraped documents for "high-quality" by training a classifier to label documents

most similar to "OpenWebText2, Wikipedia, and Books3," as well as using Books3 itself as part

of the training dataset. *See* "Using DeepSpeed and Megatron to Train Megatron-Turing NLG 530B,

A Large-Scale Generative Language Model," Smith et al. (Microsoft & Nvidia), Feb. 4, 2022 p. 9

(available at: https://arxiv.org/pdf/2201.11990).  The authors noted that "[c]areful processing of

high-quality, high-volume and diverse datasets directly contributes to model performance in

downstream tasks." *Id.* at 2.

85.  Second, books are generally a great source of well-written long-form text that enable

LLMs to both process coherent long-form text as an input and produce coherent long-form text as

an output. As Anthropic explains, "models need data with coherent long-contexts so that they can

learn to read and think over large segments of text." ANT_BARTZ_000003433.

86.  This is further supported by academic research. As a 2024 research paper from

Princeton University explains, "books are good sources of long-context data" and "are more

broadly beneficial for in-context learning, summarization and re-ranking." "How to Train Long-

Context Language Models (Effectively)," Gao et al., p. 5, Oct. 3, 2024,

https://arxiv.org/pdf/2410.02660.  Other researchers—including those affiliated with the

organization that compiled and released The Pile—similarly find that "increased training dataset

diversity improves general cross-domain knowledge and downstream generalization capability for

large-scale language models" and that books "are invaluable for long-range context modeling

research and coherent storytelling." "The Pile: An 800GB Dataset of Diverse Text for Language

Modeling", Gao et. al, EleutherAI, pp. 1, 4, Dec. 2020, https://arxiv.org/pdf/2101.00027).[16]

---

[16] Indeed, one of the authors of "The Pile" expressly stated that quality concerns drove the
exclusion of social media data from Reddit and Twitter in their datasets. *See* Reddit Post by

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

87.   Intuitively, few online sources provide coherent, curated long form text similar to that of published books. The use of such text during training are critical to performance on LLM tasks that require longer contexts, including large scale text summarization and generation of long text documents (long essays, articles or books). *Id.*

88.   Third, a large corpus of books can enable LLMs to produce expressively varied text in a wide array of genres. *See* ANT_BARTZ_000279495 (explaining that Anthropic "want[s] more volume and diversity of books"); ANT_BARTZ_000004587 (recognizing books "offer a vast quantity of high-quality, unique content"). This again is supported by academic research and Anthropic's own documents. As a 2024 research paper titled *Understanding LLMs: A Comprehensive Overview from Training to Inference* explains, large books datasets that "include a wide range of literary genres, including novels, essays, poetry, history, science, philosophy, and more … contribute to the models' training by exposing them to a diverse array of textual genres and subject matter, fostering a more comprehensive understanding of language across various domains." Liu, et. al, Jan. 2024, p. 7 (available at: https://arxiv.org/pdf/2401.02038 ). It is widely accepted that to achieve high quality answers to a wide-ranging diverse set of user queries, LLMs must be trained with a diverse set of training data. *See* "What Language Model to Train if You Have One Million GPU Hours?," Scao et. al., p. 4, Nov. 2022 (available at: https://arxiv.org/pdf/2210.15424) ("Diverse cross-domain pretraining data combining web crawls

StellaAthena (Stella Biderman, Pile Co-Author) "The purpose of the Pile is to combine diverse datasets that are of higher quality than "generic internet text." We felt that adding Twitter or Reddit posts wouldn't advance that agenda much."
https://www.reddit.com/r/MachineLearning/comments/kokk8z/comment/ghvgoq8/; Ex. 53
https://github.com/stellaathena (Github profile belonging to Stella Biderman titled "StellaAthena").

CONTAINS MATERIAL DESIGNATED
HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

with curated high-quality sources improves zero-shot generalization over pretraining datasets constructed from Common Crawl only.").

89. A review of Anthropic's own description of its book datasets demonstrates that Anthropic prioritized this variety. For example, in a spreadsheet summarizing recent book acquisitions, Anthropic stated that it had ordered "children's books", "poetry, classics", "literature & fiction", "animal[]" books, "Christmas" books, "Thriller & Suspense", "Cookbooks, Food & Wine", "Historical" books, "Self-Help, Spiritual Growth" books, "Humor" books, and "Contemporary" books, just to name a few. *See* ANT_BARTZ_000263673.

90. In sum, based on my research, third-party research, and Anthropic's own documents, books as a class of training data for LLMs possess significant and common value. These values are crucial to the operation and performance of Anthropic's LLMs. While it is possible that some of the positive qualities described above may not be present for every book in the proposed classes, both Anthropic and third-party research have repeatedly evaluated books in a holistic manner that focuses on the quantity of books given the data and rules-of-thumb indicating their value to LLM training, rather than the specific attributes of a particular book. These same factors regarding the quality and value of books as a source of training data supported Anthropic's decision to engage in large-scale acquisition of books through pirated websites and book scanning. Thus, the benefits of books to Anthropic's LLMS are "common" in the sense of applying generally to the books that comprise the proposed classes.