# EXHIBIT B

**EXHIBIT B - LIST OF MATERIALS CONSIDERED**

- **Academic Publications**
  - Alec Radford, et al., Language Models are Unsupervised Multitask Learners, available at https://cdn.openai.com/better-language-models/language_models_are_unsupervised_multitask_learners.pdf
  - Chris D. Paice, An Evaluation Method for Stemming Algorithms, available at https://dl.acm.org/doi/pdf/10.5555/188490.188499
  - Leo Gao, et al., The Pile: An 800GB dataset of Diverse Text for Language Modeling, available at https://arxiv.org/abs/2101.00027
  - Medhi Ali, et al., Tokenizer Choice for LLM Training: Negligible or Crucial?, available at https://aclanthology.org/2024.findings-naacl.247.pdf
  - Shaden Smith, et al., Using DeepSpeed and Megatron to Train Megatron-Turing NLG 530B, A Large-Scale Generative Language Model, available at https://arxiv.org/pdf/2201.11990
  - Teven le Scao, et al., What Language Model to Train if You Have One Million GPU Hours?, available at https://arxiv.org/pdf/2210.15424
  - Tianyu Gao, et al., How to Train Long-Context Language Models (Effectively), available at https://arxiv.org/abs/2410.02660
  - Yiheng Liu, et al., Understanding LLMs: A Comprehensive Overview from Training to Interference, available at https://arxiv.org/pdf/2401.02038

- **Online Materials**
  - Alex Perry, Mashable, A giant online book collection Meta used to train its AI is gone over copyright issues, available at https://mashable.com/article/books3-ai-training-dmca-takedown
  - Alex Reisner, The Atlantic, Search LibGen, the Pirated-Books Database that Meta Used to Train AI, https://www.theatlantic.com/technology/archive/2025/03/search-libgen-data-set/682094/
  - Alex Reisner, The Atlantic, These 183,000 Books are Fueling the Biggest Fight in Publishing and Tech, available at https://www.theatlantic.com/technology/archive/2023/09/books3-database-generative-ai-training-copyright-infringement/675363/
  - Andrew M. Dai and Nan Du, Google Research, More Efficient In-Context Learning with GLaM, available at https://research.google/blog/more-efficient-in-context-learning-with-glam/
  - Anna's Archive, available at https://annas-archive.org
  - Anna's Archive, LLM data, available at https://annas-archive.org/llm
  - Corby Rosset, Microsoft Research Blog, Turing-NLG: A 17-billion-parameter language model by Microsoft, available at https://www.microsoft.com/en-us/research/blog/turing-nlg-a-17-billion-parameter-language-model-by-microsoft/
  - Eastern District of New York, Two Russian Nationals Charged with Running Massive E-Book Piracy Website, available at https://www.justice.gov/usao-edny/pr/two-russian-nationals-charged-running-massive-e-book-piracy-website

1

- Jbetker, Non_Interactive, The "it" in AI models is the dataset, available at https://nonint.com/2023/06/10/the-it-in-ai-models-is-the-dataset/
- Lonnie Shekhtman, The Christian Science Monitor, How Likely Are You To Get Hit by a Meteor, available at https://www.csmonitor.com/Science/Spacebound/2016/0209/How-likely-are-you-to-get-hit-by-a-meteor
- Narendran Vaideeswaran, Crowdstrike, Hashing in Cybersecurity, available at https://www.crowdstrike.com/en-us/cybersecurity-101/data-protection/data-hashing/
- Office of the United States Trade Representative, 2024 Review of Notorious Markets for Counterfeiting and Piracy, available at https://ustr.gov/sites/default/files/2024%20Review%20of%20Notorious%20Markets%20of%20Counterfeiting%20and%20Piracy%20(final).pdf
- Pirate Library Mirror, available at https://web.archive.org/web/20220703220153/http:/pilimi.org/
- Reddit, [R] The Pile: An 800GB Dataset of Diverse Text for Language Modeling, available at https://www.reddit.com/r/MachineLearning/comments/kokk8z/comment/ghvgoq8/?rdt=39029
- Shawn Presser, X.com, October 25, 2020 Post, available at https://x.com/theshawwn/status/1320282149329784833?lang=en
- StellaAthena (Stella Biderman), GitHub, available at https://github.com/stellaathena
- U.S. Department of Commerce, FIPS PUB 180-4 – Secure Hash Standard (SHS), available at http://csrc.nist.gov/publications/fips/fips180-4/fips-180-4.pdf
- U.S. Department of Commerce, NIST Special Publication 800-107 - Revision 1 - Recommendation for Applications Using Approved Hash Algorithms, available at https://nvlpubs.nist.gov/nistpubs/Legacy/SP/nistspecialpublication800-107r1.pdf

- **Court Filings**
  - Dkt. 70 – First Amended Class Action Complaint

- **Case Materials**
  - March 20, 2025 Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-5)
  - March 20, 2025 Anthropic PBC's First Supplemental Objections and Responses to Plainitiffs' First Set of Requests for Admissions (Nos. 1-15)
  - March 20, 2025 Anthropic PBC's Second Supplemental Objections and Responses to Plainitiffs' Second Set of Interrogatories (Nos. 6-13)
  - March 20, 2025 Anthropic PBC's First Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 14-17)

- **Depositions**
  - November 11, 2024 Deposition of Pranay Sangani and exhibits

- **Document Production**
  - ANT_BARTZ_000000005
  - ANT_BARTZ_0000002544

2

- ANT_BARTZ_000003433
- ANT_BARTZ_000003439
- ANT_BARTZ_000003492
- ANT_BARTZ_000003801
- ANT_BARTZ_000004031
- ANT_BARTZ_000004543
- ANT_BARTZ_000004587
- ANT_BARTZ_000004894
- ANT_BARTZ_000004915
- ANT_BARTZ_000004936
- ANT_BARTZ_000005157
- ANT_BARTZ_000005224
- ANT_BARTZ_000005492
- ANT_BARTZ_000006363
- ANT_BARTZ_000009784
- ANT_BARTZ_000028814
- ANT_BARTZ_000031850
- ANT_BARTZ_000209219
- ANT_BARTZ_000263673
- ANT_BARTZ_000279483
- ANT_BARTZ_000391318
- ANT_BARTZ_000436661
- ANT_BARTZ_000436662
- ANT_BARTZ_000436663
- ANT_BARTZ_000436664
- ANT_BARTZ_000436665
- ANT_BARTZ_000436666
- ANT_BARTZ_000436667
- ANT_BARTZ_000436670
- ANT_BARTZ_000436671
- ANT_BARTZ_000436674
- ANT_BARTZ_000436675
- BARTZ000000279
- BARTZ000000605
- BARTZ000000968
- BARTZ000001292
- BARTZ000001676
- BARTZ000002011
- BARTZ000002353
- BARTZ000002689
- BARTZ000003009

- **Other**
    - January 24, 2025 Email from Jessica Gillotte
    - February 27, 2025 Email from Jessica Gillotte
    - March 1, 2025 Email from Jessica Gillotte
    - March 25, 2025 Email from Jessica Gillotte
    - Source Code for Matching (run_matching.py) and visualization code (visualize-match.py)
    - Visualizations for Class Works
    - Andrea Bartz, The Herd: A Novel (The Herd.txt)
    - Andrea Bartz, The Lost Night: A Novel (The Lost Night.txt)
    - Andrea Bartz, The Spare Room: A Novel (The Spare Room.txt)
    - Andrea Bartz, We Were Never Here (We Were Never Here.txt)
    - Charles Graber, The Good Nurse: A True Story of Medicine, Madness, and Murder (The Good Nurse.txt)
    - Charles Graeber, The Breakthrough: Immunotherapy and the Race to Cure Cancer (The Breakthrough.txt)
    - Kirk Wallace Johnson, The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century (The Feather Thief.txt)
    - Kirk Wallace Johnson, The Fishermen and the Dragon: Fear, Greed, and a Fight for Justice on the Gulf Coast (The Fishermen and the Dragon.txt)
    - Kirk Wallace Johnson, To Be a Friend Is Fatal: The Fight to Save the Iraqis America Left Behind (To Be a Friend is Fatal.txt)

3

Any and all other materials referenced in my report.

4