# Exhibit C

# Exhibit C

| Title | Author | Data source matched | Location of matched book | Match visualization file |
|---|---|---|---|---|
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Libgen/nonfiction | | The Breakthrough-0-libgen.html |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Libgen/nonfiction | | The Good Nurse-1-libgen.html |
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Libgen/nonfiction | | The Breakthrough-2-libgen.html |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Libgen/nonfiction | | The FeatherThief-3-libgen.html |
| The Herd: A Novel | Andrea Bartz | Libgen/fiction | | The Herd-4-libgen.html |
| The Lost Night: A Novel | Andrea Bartz | Libgen/fiction | | The Lost Night-5-libgen.html |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Libgen/fiction | | The Good Nurse-6-libgen.html |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Libgen/fiction | | The Good Nurse-7-libgen.html |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Libgen/fiction | | The Good Nurse-8-libgen.html |
| The Lost Night: A Novel | Andrea Bartz | Books3 | | The Lost Night.txt.html |
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Books3 | | The Breakthrough.txt.html |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Books3 | | The Feather Thief.txt.html |
| To Be a Friend Is Fatal: The Fight to Save the Iraqis America Left Behind | Kirk W. Johnson | Books3 | | To Be a Friend is Fatal.txt.html |
| The Good Nurse: A True Story of Medicine, Madness, and Murder | Charles Graeber | Books3 | | The Good Nurse.txt.html |
| The Herd: A Novel | Andrea Bartz | Pilimi | | The Herd-0-pilimi.html |
| The Herd: A Novel | Andrea Bartz | Pilimi | | The Herd-1-pilimi.html |
| The Lost Night: A Novel | Andrea Bartz | Pilimi | | The Lost Night-2-pilimi.html |
| The Breakthrough: Immunotherapy and the Race to Cure Cancer | Charles Graeber | Pilimi | | The Breakthrough-3-pilimi.html |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Pilimi | | The FeatherThief-4-pilimi.html |
| The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century | Kirk W. Johnson | Pilimi | | The FeatherThief-5-pilimi.html |
| The Herd: A Novel | Andrea Bartz | Pilimi | | The Herd-6-pilimi.html |
| The Herd: A Novel | Andrea Bartz | Pilimi | | The Herd-7-pilimi.html |