# EXHIBIT D

# Excerpt of Match Visualization for The Breakthrough: Immunotherapy and the Race to Cure Cancer in Books3

1 a true story of medicine madness and murder bartz twelve newyork b oston bartz s
ome names and other identifying details have been changed to protect the privacy
of the individuals involved
2 copyright by charles graeber cover design by christopher lin
3 hachette book group supports the right to free expression and the value of copyr
ight
4 the purpose of copyright is to encourage writers and artists to produce the crea
tive works that enrich our culture
5 the scanning uploading and distribution of this book without permission is a the
ft of the author s intellectual property
6 if you would like permission to use material from the book other than for review
purposes please contact permissions hbgusa
7 thank you for your support of the author s rights
8 twelve hachette book group avenue of the americas new york ny toro twelvebooks
9 november twelve is an imprint of grand central publishing
10 the twelve name and logo are trademarks of hachette book group inc
11 the publisher is not responsible for websites or their content that are not owne
d by the publisher
12 the hachette speakers bureau provides a wide range of authors for speaking event
s
13 library of congress cataloging in publication data has been applied for
14 g ebook printed in the united states of america lsc c bartz for diann waterbury
my mother and our survivor bartz bartz contents pretace introduction cha
pter one
15 a brief anecdotal history of disease civilization and the quest for lnmunity fur
ther reading notes index about the author lx log bartz bartz pretace it seemed t
o me then and still does that some such built in immunologic mechanism ought to
exist for natural defense against cancer in humans

16 it s a normal cell mutated and changed and it continues to change in the body
17 unfortunately a cancer drug does not mutate or change
18 a drug may poison or starve the cancer for a time but whatever cancer cells rema
in will continue to mutate
19 the drug dances with cancer but cancer dances away
20 as a result these types of drugs are unlikely to ever truly cure cancer
21 but we have killers in our bodies and scouts and soldiers a dynamic network of c
ells more nimble than any cancer
22 this is our immune system a living defense as old as life itself
23 it learns and remembers and matches an innovating disease step for step
24 and we have finally discovered how to unleash it
25 bartz bartz bartz bartz introduction the good physician treats the disease the g
reat physician treats the patient who has the disease
26 sir william os er until very recently weve had three main methods for treating
cancer
27 we ve had surgery for at least three thousand years
28 then in chemical warfare research led to the use of a mustard gas derivative to
kill cancer cells
29 these cut burn and poison techniques are currently estimated to be able to cure
cancer in about half of the people who develop the disease
30 but that leaves the other half of cancer patients
31 last year in the united states alone that translated to nearly six hundred thous
and people who died of the disease
32 we ve been pitting simple drugs against creative mutating versions of our own ce
lls trying to kill the bad ones while sparing the good ones and making ourselves
sick in the process
33 and weve been doing that for a very long time
34 but now we have added a new and very different approach one that doesn t act dir
ectly on cancer but on the immune system
35 bartz the breakthrough our immune system has evolved over million years into a
personalized and effective natural defense against disease
36 it is a complex biology with a seemingly simple mission
37 to find and destroy anything that s not supposed to be in our bodies
38 cells of the immune system are on constant patrol hundreds of millions of them c
irculating throughout the body slipping in and out of organs searching out and d
estroying invaders that make us sick and body cells that have become infected mu
tated or defective cells like cancer
39 why doesn t the immune system fight cancer already
40 but cancer uses tricks to hide from the immune system shut down our defenses and
avoid the fight
41 we don t stand a chance unless we change the rules
42 cancer immunotherapy is the approach that works to defeat the tricks unmask canc
er unleash the immune system and restart the battle
43 it differs fundamentally from the other approaches we have to cancer because it
does not act upon cancer at all not directly
44 instead it unlocks the killer cells in our own natural immune sys tem and allows
them to do the job they were made for
45 cells in the body regularly go rogue their chromosomes knocked out by particles
of sunlight or toxins mutated by viruses or genetics age or sheer randomness
46 most of these mutations are fatal to the cell but a few survive and divide

47 coor percent cell the one that the immune system doesn t es bartzo lutroduction
recognize as an invader and does not kill

48 it does not announce itself
49 it doesn t seem to sound an alarm in the house of the body or provoke an immune
> response or show symptoms of immune battle
50 no fever or inflammation or swollen lymph glands not even a sniffle
51 instead the tumor is suddenly discovered an unwelcome guest that has been growin
> g and spreading out sometimes for years
52 to many cancer researchers this apparent lack of immune response to cancer meant
> that the goal of ae ping an immune response to cancer was futile because there
> was nothing to help
53 cancer was assumed to be too much a part of our selves to be noticed as non self
54 the very concept of cancer immunotherapy seemed fundamentally flawed
55 but throughout history physicians had recorded rare cases of patients whose canc
> ers apparently cured themselves
56 in a prescientific age these spontaneous remissions were seen as the work of mag
> ic or miracle in fact they are the work of an awakened immune system
57 for more than a hundred years researchers tried and failed to replicate those mi
> racles through medicine to vaccinate or spark an immune response to cancer simil
> ar to those against other formerly devastating diseases like polio smallpox or t
> he flu
58 there were glimmers of hope but no reliable treatments
59 by the year cancer immunologists had cured cancer in mice hundreds of times but
> could not consistently translate those results to people
60 even for physicians this wa bartzo the breakthrough change was invisible until i
> t was at the doorstep
61 one of our best modern writers on the subject of cancer dr
62 siddhartha mukherjee does not even mention cancer immunotherapy in his nonethe
> less excellent pulitzer prize winning biography of the disease e emperor f all m
> aladies
63 that book was published in zo only five months before the first of the new gener
> ation immunotherapeutic cancer drugs received fda approval
64 that first class of cancer immunotherapy drugs would be called checkpoint inhibi
> tors
65 they came from the breakthrough discovery of specific tricks or checkpoints that
> cancer uses like a secret handshake telling the immune system don t attack
66 the new drugs inhibited those checkpoints and blocked cancer s secret handshake
67 they also won their discoverers the nobel prize in medicine
68 in december the second of these checkpoint inhibitors was used to unleash the im
> mune system of former president jimmy carter
69 an aggressive cancer had spread through his body and he wasnt expected to surviv
> e instead his immune cells cleared the cancer from his liver and brain
70 the news of the ninety one yearold president s miraculous recovery surprised eve
> ryone including the former president himself
71 for many people that jimmy carter drug was the first and only thing they d heard
> about cancer immunotherapy
72 but the breakthrough isnt any one treatment or drug it s a series of scientific
> discoveries that have expanded our understanding of ourselves and this disease a
> nd redefined what is possible
73 it has changed options and outcomes for cancer patients and opened the door to a
> rich and uncharted field of medical and scientific exploration
74 these discoveries validated an approach to beating cancer that is conceptually d
> ifferent from the traditional options of cut burn or bartzo lutroduction poison
> an approach that treats the patient rather than the disease
75 for the first time in our age old war with cancer we understood what we were fig
> hting how cancer was cheating in that fight and how we might finally win
76 even oncologists a cautious bunch are using the c word
77 hype can be dangerous just as false hope can be cruel
78 there is a natural tendency to invest too much hope in a new science especially o
> ne that promises to turn the tables on a disease that has in some way touched ev
> ery person s life
79 nevertheless these aren t overhyped theories or anecdotal wonder cures but prove
> n medicines based on solid data
80 immunotherapy has gone from being a dream to a science
81 right now these are only handful of immunotherapies available
82 less than half of all cancer patients have been shown to respond to these drugs
83 many who do respond profoundly with remissions measured not in extra weeks or mo
> nths of life but in lifetimes
84 such transformative durable responses are the unique promise of the cancer immun
> otherapeutic approach and part of what makes it attractive to patients but it s
> important to note that that promise is different from a guarantee for any one ou
> tcome for any individual patient
85 we still have work to do to widen the circle of responders and truly find a cure
86 but the door is open now and weve only just begun
87 several of the immunotherapists i interviewed compared the discovery of these fi
> rst cancer immunotherapy drugs to that of penicillin as a drug penicillin immedi
> ately cut infection rates cured some bacterial diseases and saved millions of li
> ves
88 but as a scientific breakthrough it redefined the possible and opened a fertile
> new frontier for generations of pharmaceutical researchers
89 nearly bartzo the breakthrough one hundred years after the discovery of that one
> simple drug antibiotics are an entire class of medicines with a global impact s
> o profound that we take it for granted
90 invisible terrors that plagued and poisoned mankind for millennia are now casual
> ly vanquished at a drive through pharmacy
91 the discoveries of how cancer tricks and hides from the immune system were immun

48 it does not announce itself
49 it doesn t seem to sound an alarm in the house of the body or provoke an immune
> response or show symptoms of immune battle
50 no fever or inflammation or swollen lymph glands not even a sniffle
51 instead the tumor is suddenly discovered an unwelcome guest that has been growin
> g and spreading out sometimes for years
52 to many cancer researchers this apparent lack of immune response to cancer meant
> that the goal of helping an immune response to cancer was futile because there
> was nothing to help
53 cancer was assumed to be too much a part of our selves to be noticed as non self
54 the very concept of cancer immunotherapy seemed fundamentally flawed
55 but throughout history physicians had recorded rare cases of patients whose canc
> ers apparently cured themselves
56 in a prescientific age these spontaneous remissions were seen as the work of mag
> ic or miracle in fact they are the work of an awakened immune system
57 for more than a hundred years researchers tried and failed to replicate those mi
> racles through medicine to vaccinate or spark an immune response to cancer simil
> ar to those against other formerly devastating diseases like polio smallpox or t
> he flu
58 there were glimmers of hope but no reliable treatments
59 by the year cancer immunologists had cured cancer in mice hundreds of times but
> could not consistently translate those results to people
60 even for physicians this change was invisible until it was at the doorstep
61 one of our best modern writers on the subject of cancer dr
62 siddhartha mukherjee does not even mention cancer immunotherapy in his nonethele
> ss excellent pulitzer prize winning biography of the disease the emperor of all
> maladies
63 that book was published in only five months before the first of the new generati
> on immunotherapeutic cancer drugs received fda approval
64 that first class of cancer immunotherapy drugs would be called checkpoint inhibi
> tors
65 they came from the breakthrough discovery of specific tricks or checkpoints that
> cancer uses like a secret handshake telling the immune system don t attack
66 the new drugs inhibited those checkpoints and blocked cancer s secret handshake
69 in december the second of these checkpoint inhibitors was used to unleash the im
> mune system of former president jimmy carter
70 an aggressive cancer had spread through his body and he wasnt expected to surviv
> e instead his immune cells cleared the cancer from his liver and brain
71 the news of the ninety one yearold president s miraculous recovery surprised eve
> ryone including the former president himself
72 for many people that jimmy carter drug was the first and only thing they d heard
73 but the breakthrough isnt any one treatment or drug it s a series of scientific
> discoveries that have expanded our understanding of ourselves and this disease
> and redefined what is possible
74 it has changed options and outcomes for cancer patients and opened the door to a
> rich and uncharted field of medical and scientific exploration
75 these discoveries validated an approach to beating cancer that is conceptually d
> ifferent from the traditional options of cut burn or poison an approach that tre
> ats the patient rather than the disease
76 for the first time in our age old war with cancer we understood what we were fig
> hting how cancer was cheating in that fight and how we might finally win
77 even oncologists a cautious bunch are using the c word
78 hype can be dangerous just as false hope can be cruel
79 there is a natural tendency to invest too much hope in a new science especially o
> ne that promises to turn the tables on a disease that has in some way touched ev
> ery person s life
80 nevertheless these aren t overhyped theories or anecdotal wonder cures but prove
> n medicines based on solid data
81 immunotherapy has gone from being a dream to a science
82 right now these are only handful of immunotherapies available
83 less than half of all cancer patients have been shown to respond to these drugs
84 many who do respond profoundly with remissions measured not in extra weeks or mo
> nths of life but in lifetimes
85 such transformative durable responses are the unique promise of the cancer immun
> otherapeutic approach and part of what makes it attractive to patients but it s
> important to note that that promise is different from a guarantee for any one ou
> tcome for any individual patient
86 we still have work to do to widen the circle of responders and truly find a cure
87 but the door is open now and weve only just begun
88 several of the immunotherapists i interviewed compared the discovery of these fi
> rst cancer immunotherapy drugs to that of penicillin
89 as a drug penicillin immediately cut infection rates cured some bacterial diseas
> es and saved millions of lives
90 but as a scientific breakthrough it redefined the possible and opened a fertile
> new frontier for generations of pharmaceutical researchers
91 nearly one hundred years after the discovery of that one simple drug antibiotics
> are an entire class of medicines with a global impact so profound that we take
> it for granted
92 invisible terrors that plagued and poisoned mankind for millennia are now casual
> ly vanquished at a drive through pharmacy
93 the discoveries of how cancer tricks and hides from the immune system were immun

otherapy ss penicillin mome...

92 the approval of the first checkpoint inhibiting drug that regularly and profoundl y changed outcomes for cancer patients redefined the direction of scientific inq uiry

93 hat s now kicked off a gold rush in research and investment and drug development s

94 seven years after the approval of that first solitary checkpoint inhibitor there are reportedly new cancer immunotherapeutic drugs being tested in the clinic by more than a half million cancer patients in clinical trials with another new dr ugs in the labs in preclinical phase

95 those numbers are dwarfed by the number of trials testing the synergetic effecti veness of immunotherapy combinations

96 the research is advancing so rapidly that several drug manufacturers have succes sive generations of drugs stacked up in the clinical trial pipeline like planes waiting for clearance at laguardia requiring new fda fast track and breakthrough designations to speed them through the approval process to cancer patients who don t have time to wait

97 major advances in cancer usually come in roughly fifty year increments cancer im munotherapy has already made a generational leap seemingly overnight

98 describing what is coming next many scientists smile and use words like tsunami and tidal wave

99 the pace of progress is rare in the history of modern medicine unprecedented in our history with cancer

100 we have an opportunity to fundamentally redefine our relationship with a dis[eas] that for too long has defined us

101 bartz introduction this is the story of the geniuses skeptics and true believers and most especially the patients who spent their lives and the many more who lo st them helping refine and verify this hopeful new science

102 it s a journey through where we are how we got here and a glimpse of the road ah ead told through some of those who experienced it firsthand and some who made it possible

103 bartzo o bartz chapter one patient ds scientific theories

104 they begin if you like as stories and the purpose of the critical or rectifying episode in scientific reasoning is precisely to find out whether or not these st ories are stories about real fife

105 oe petrer medawar pouto s republic jer schwartz s story begins in when researche rs had discovered some of the secret handshakes cancer uses to trick our defende r immune cells

106 newly invented treatments blocked that handshake and unleashed the defenses in o ur blood

107 these drugs were available in trials but not everybody knew about them

108 many cancer doctors were unaware of the new developments that might save their p atients lives

109 others refused to accept that such a breakthrough was possible

110 that refusal denied their patients the option to try it

111 it s why jeff schwartz was willing to share his story

112 jett schwartz knows he was one of the lucky ones

113 his father died from lung cancer in the gos after increasingly ugly attempts to beat bartz the breakthrough it the usual protocols of cut poison and burn surger y chemo and radiation

114 just before the spring of jeff was diagnosed with cancer too kidney stage

115 so jeff considers himself lucky or blessed or he doesn t really like to put too fine a point on it you know

116 it wasn t because he had some sort of influence or special knowledge or anything of the sort

117 what separated jeff from the hundreds of thousands of people who died of the sam e disease during the same time was that he happened to live in california and ha ppened to walk through the right door at the right time

118 that a changed the way jeff thinks about life and living

119 now he hopes his story might reach someone else so they don t have to be lucky

120 i met with jeff in his room on the forty third floor of a hotel in midtown manha ttan

121 jeff looks a little like a more biker version of billy joel post booze and post christie brinkley

122 he was dressed in jeans and a blue izod shirt that hid the hard edges of the tit anium cage that prevents his spine from collapsing

123 surgeons had implanted it there like he was wolverine atter tumors had eaten awa y his spinal architecture

124 these were facts that was all part of the story he was telling

125 jett schwartz had been a kid in rockaway queens who went through the public scho ol system and drove a cab while he earned a degree in accounting and economics

126 his first job was at the mortgage desk of lehman brothers his next at a japanese bank run by harvard mbas

127 he played guitar pretty good he says it was his secret identity the other thing you tell people at parties when they ask what you do

128 and maybe for good measure jeff might talk about any of the hundred plus gratefu l dead bartz patient raro jds shows he d seen or how he d been given allman broth ers tickets for his bar mitzvah or show you the first two measures of john colt rane s a love supreme tattooed around his left ankle like a musical mandala

129 nights after the trading floor closed he d head to the east village to mix board s at cbgb and the mudd club for talking heads blondie and richard hell and the v oidoids he s especially proud of assisting in the recording of blank generation

130 maybe he wasn t cool he says but he was on the scene

131 his passion transitioned to his career because of baseball

132 he d done a favor for a guy and the guy thanked him with a pair of expensive tic kets

therapy ss penicillin mome...

94 the approval of the first checkpoint inhibiting drug that regularly and profound ly changed outcomes for cancer patients redefined the direction of scientific in quiry

95 that s now kicked off a gold rush in research and investment and drug developmen ts

96 seven years after the approval of that first solitary checkpoint inhibitor there are reportedly new cancer immunotherapeutic drugs being tested in the clinic by more than a half million cancer patients in clinical trials with another new dr ugs in the labs in preclinical phase

97 those numbers are dwarfed by the number of trials testing the synergetic effecti veness of immunotherapy combinations

98 the research is advancing so rapidly that several drug manufacturers have succes sive generations of drugs stacked up in the clinical trial pipeline like planes waiting for clearance at laguardia requiring new fda fast track and breakthrough designations to speed them through the approval process to cancer patients who don t have time to wait

99 major advances in cancer usually come in roughly fifty year increments cancer im munotherapy has already made a generational leap seemingly overnight

100 describing what is coming next many scientists smile and use words like tsunami and tidal wave

101 the pace of progress is rare in the history of modern medicine unprecedented in our history with cancer

102 we have an opportunity to fundamentally redefine our relationship with a disease that for too long has defined us

103 this is the story of the geniuses skeptics and true believers and most especiall y the patients who spent their lives and the many more who lost them helping ref ine and verify this hopeful new science

104 it s a journey through where we are how we got here and a glimpse of the road ah ead told through some of those who experienced it firsthand and some who made it possible

105 they begin if you like as stories and the purpose of the critical or rectifying episode in scientific reasoning is precisely to find out whether or not these st ories are stories about real life

106 peter medawar p luto s republic jer schwartz s story begins in when researchers had discovered some of the secret handshakes cancer uses to trick our defender immune cells

107 newly invented treatments blocked that handshake and unleashed the defenses in o ur blood

108 these drugs were available in trials but not everybody knew about them

109 many cancer doctors were unaware of the new developments that might save their p atients lives

110 others refused to accept that such a breakthrough was possible

111 that refusal denied their patients the option to try it

112 it s why jeff schwartz was willing to share his story

113 jeff schwartz knows he was one of the lucky ones

114 his father died from lung cancer in the s after increasingly ugly attempts to be at it the usual protocols of cut poison and burn surgery chemo and radiation

115 just before the spring of jeff was diagnosed with cancer too kidney stage

116 so jeff considers himself lucky or blessed or he doesn t really like to put too fine a point on it you know

117 it wasn t because he had some sort of influence or special knowledge or anything of the sort

118 what separated jeff from the hundreds of thousands of people who died of the sam e disease during the same time was that he happened to live in california and ha ppened to walk through the right door at the right time

119 that a changed the way jeff thinks about life and living

120 now he hopes his story might reach someone else so they don t have to be lucky

121 i met with jeff in his room on the forty third floor of a hotel in midtown manha ttan

122 jeff looks a little like a more biker version of billy joel post booze and post christie brinkley

123 he was dressed in jeans and a blue izod shirt that hid the hard edges of the tit anium cage that prevents his spine from collapsing

124 surgeons had implanted it there like he was wolverine after tumors had eaten awa y his spinal architecture

125 these were facts that was all part of the story he was telling

126 jeff schwartz had been a kid in rockaway queens who went through the public scho ol system and drove a cab while he earned a degree in accounting and economics

127 his first job was at the mortgage desk of lehman brothers his next at a japanese bank run by harvard mbas

128 he played guitar pretty good he says it was his secret identity the other thing you tell people at parties when they ask what you do

129 and maybe for good measure jeff might talk about any of the hundred plus gratefu l dead shows he d seen or how he d been given allman brothers tickets for his ba r mitzvah or show you the first two measures of john coltrane s a love supreme t attooed around his left ankle like a musical mandala

130 nights after the trading floor closed he d head to the east village to mix board s at cbgb and the mudd club for talking heads blondie and richard hell and the v oidoids he s especially proud of assisting in the recording of blank generation

131 maybe he wasn t cool he says but he was on the scene

132 his passion transitioned to his career because of baseball

he d done a favor for a guy and the guy thanked him with a pair of expensive tic kets

133 jeff had been a diehard yankees fan since he was five life
134 these were mets tickets great seats really wrong team
135 so jeff gave the tickets to a friend who invited another friend and long story s
> hort that friend made him a job offer to be a junior guy with his company a fina
> ncial firm for clients in the music business
136 jeff would come on as the young guy to help with the young talent
137 his first client was a new girl arc joan jett
138 that worked out for a few years exciting times and eventually he opened his own
> shop and moved out to malibu
139 his wife was a record company exec they had a kid they had a lexus
140 he had an eye for talent and made percent of what he made his clients and when o
> ne of his acts blew up like kesha or the lumineers or imagine dragons jeft made
> good
141 stopping by their live shows was the coolest counterbalance to careful spreadshe
> ets and checked math
142 music is a profession though many musicians fail to realize it until it s too la
> te
143 most acts are one hit wonders guys smoking pot in their dorm room they come up w
> ith a song that happens to be pretty good and then that s it jeff says
144 if you don t want to be serious then you re wasting everyone s time
145 yeah be a rock star but this is how youre going to buy your house
146 it s how you ll probably meet your wife or your husband
147 it s more than lifestyle it s your life
148 as far as he was concerned the song you wish you wrote
149 it s tie a yellow ribbon round the ole oak tree
150 they re both about remembering but only one made a billion in muzak covers alone

151 jeft helped with the contracts advised on royalty deals
152 there were writing fees and pennies from records or plays on streaming media itu
> nes pandora spotify the music world was changing fast in the early s and you had
> to watch every stream
153 the more digital the music got the more free it got and the more it served as ad
> vertisement for the payoff of an international tour
154 sending an act off was like christening a new trade ship after years of building
155 it could make or break and jeff wanted to be there
156 and so in february he was in portland oregon watching the roadies set up for the
> first night of kesha s new tour and wondering if maybe he was pushing himself t
> oo hard
157 the get sleazy tour the dollar sign in place of the s being kesha s trademark ha
> d packed shows scheduled across the americas europe australia and japan
158 jeft had taken kesha on when she was a kid playing club dates
159 she d blown up when rihanna had signed her to open on her world tour and now at
> twenty three years old she was positioned to leave port and capitalize on the ze
> itgeist with jeft on deck to help steer the finances
160 jeft didnt need to show up but his presence there was a personal reminder to his
> talent
161 he was looking after their investment and that investment was themselves
162 he i bartz patient raro jds really couldn t avoid opening night no matter how he
> felt
163 which was too bad because jeff was feeling like crap
164 he was always a little sick these days a little weak more than the usual morning
> stiffness and the general ache now lasted all day
165 that came with hitting fifty he knew that the way his hair had gone white and th
> inned at the top
166 he d adapted wore it cut short with a white goatee
167 late nights and discomfort were part of the rock and roll soul swap same as the
> inevitable weight gain of late drive through meals and no exercise
168 at least there was an upside between the pain and the nausea he was losing weigh
> t rors
169 when he hit pounds he was happy to recognize his old silhouette in the hotel mir
> rors
170 but the weight kept dropping and he felt something else a dread he couldnt put hi
> s finger on
171 kesha decked out in a rhinestone studded leotard and lasershooting sunglasses du
> cked into the spotlight
172 here was a pain in his side or his belly or his back somewhere in the middle th
> ere
173 he wasnt feeling any better as kesha came back out in a star spangled getup and h
> fishnets to sing her hit fuck him he s a dj
174 jeff found a seat and watched the backup dancers and the band professional music
> ians whose costumes were described as a cross between mad max and prehistoric bi
> ker
175 it was nearly midnight when kesha finally performed a lap dance on an audience ma
> ember duct taped to a chair
176 an extra in a giant penis costume pogoed around the couple in a choreographed nu
> mber
177 maybe jeff thought he needed to just go lie down
178 but the pain he d felt had been at a different level and it didn t go away
179 kesha a buses headed off to the next barrzo the breakthrough stop on the tour
180 jeff stayed behind and quietly drove himself to the hospital
181 they ran the numbers brought him back in asked him to sit down
182 he remembers the doctor telling him that the first thing that stood out was his
> hemoglobin count
183 with numbers like that his blood didnt have the means to transport oxygen to his
> muscles or his brain
184 that suspicion led jeff to the angeles clinic on la s wilshire boulevard pet sca

185| ns the usual round of tests when along with a few other jeff was told it was a three day weekend jeff was told
185| he didnt know about stages but he did know there wasn a stage
186| he also didnt know and in the moment of shock wouldn t have cared that he was on
186| e of about sixty three thousand people in the united states to get a diagnosis o
186| f kidney cancer that year
187| of those a far smaller percentage would get a diagnosis for the rare and specifi
187| c cancer jeff had
188| it was in the language of cancer specialists an especially interesting type of c
188| ancer a particularly aggressive variety called sarcomatoid renal cell carcinoma
189| the doctors tell you don t go online when you get your diagnosis jeff says
190| there s no good that can come from trusting everything put up on the internet to
190| interpret your fate
191| but of course that s exactly what you do
192| the five year survival numbers the standard numbers given for cancer at that poi
192| nt were nearly percent
193| that s a passing grade a majority jeff remembers thinking
194| **bartzo patient raro jds** but then reading further he saw that the good number depe
194| nded on other factors
195| the most important was how early you caught the disease
196| the kidneys sit in the lower back two filtering masses about the size of fists o
197| n either side of the spine right about where you might hold someone to slow danc
197| e at a junior high prom
197| they re complex filters composed of millions of tiny capsule shaped glomerular f
198| ilters that sort out what the body needs from what it must discard
198| but like a demolition worker clearing out asbestos from a condemned building tho
199| se glomeruli are heavily exposed to all the concentrated toxins that come throug
199| h the body
199| they are more likely to undergo dna mutation as a result of that exposure just a
200| s exposed skin catches more uv radiation and is more subject to the mutations th
200| at facilitate melanoma
200| the survival rates jeff was looking at were when you caught it early when it was
201| just in the kidney and the tumor was no larger than seven centimeters
201| the united states doesn t like metric measures so it tends to translate them to
202| nuts and fruits and sometimes eggs and vegetables to describe tumor size
203| for a five centimeter stage tumor the american cancer society site uses a lime
204| stage is a lemon or a small orange still localized as a mass within the kidney
204| stage means the tumor has started to spread within the kidney
205| the growing spreading cancer a peanut a walnut or an orange if it s stage is sti
205| ll contained within the kidney area so it can be more readily targeted to conven
206| tional cancer therapies specifically surgery and radiation
206| since most of us have two kidneys and can survive on one healthy functioning one
206| cutting out one whole kidney what they call a radical surgery is a common appro
206| ach
207| **but jeft s diagnosis id tet bartz the breakthrough was stage**
208| that meant the tumors had entered the bloodstream and moved elsewhere and possib
208| ly everywhere
209| no matter where those mutated renal cells moved they could fill the lung lodge i
209| n and take over the liver they would always be called renal cancer
210| this naming system as anachronistic as describing tumors in terms of fruits chan
210| ged because of cancer immunotherapy in itself a breakthrough
211| and so when those mutated renal cells started colonizing his spine jett s cancer
212| was kidney cancer stage
212| and on the tiny screen of his flip phone stage kidney cancer looked really bad
213| the five year survival rate hung at a guttering
214| the last new scientific advance for treating kidney cancer had been made thirty
214| years ago
215| there isn t any way to put a positive spin on that
216| you just close your phone sit in your car and wait until you re calm enough to dr
216| ive
217| there really isn t a good time to get a diagnosis like that jeff knew
218| jeff was busy but everyone is too busy for this sort of thing and once he went t
218| hrough the usual reactions he realized that too
219| his business was booming his acts needed him and he now had two little kids one
219| three years old the other just a year
220| he wasn t going to stop working he wouldn t make a big thing of it
221| he told only those clients who really needed to know who d need to make professi
221| onal decisions
222| he told **ke**sha he was sick didn t say how sick
223| next jeff was referred to the larger affiliate hospital the mothership to see th
223| eir kidney specialist
224| maybe it was **jeft** s mood but this doctor he decided was a fucking prick
225| **stage bartz patient raro jds** kidney cancer was pretty much a death sentence espe
225| cially in this rare agressive form but there was always a chance
226| as the label promised sutent gave jeff the usual symptoms of extreme nausea lack
226| of appetite and daily dry heaves
227| the cancer in his right kidney was now working its way up his spinal column tumo
227| rs leap**t**rogging each other like kids grabbing a bat handle for dibs
228| they scheduled surgery to look at that and when the surgeons opened him up they
228| found that the tumors had eaten into the bone
229| fists of dense tissue fissured the central supporting column of his body and ner
229| vous system and knuckled perilously into the wiring of his spinal cord
230| the structure was brittle and laced with a progressive disease soon the tumors w
230| ould either engulf and seize his spinal nerves or his increasingly fragile verte
230| brae would fail under his weight like the collapsing world trade center towers o
230| r maybe both
231| it was moving fast and either scenario would leave jef**t** a quadriplegic at best

186| he didn**t** know about stages but he did know there wasn a stage
186| he also didn**t** know and in the moment of shock wouldn **t** have cared that he was o
186| ne of about sixty three thousand people in the united states to get a diagnosis o
186| of kidney cancer that year
188| of those a far smaller percentage would get a diagnosis for the rare and specifi
188| c cancer jeff had
189| it was in the language of cancer specialists an especially interesting type of c
189| ancer a particularly aggressive variety called sarcomatoid renal cell carcinoma
190| the doctors tell you don t go online when you get your diagnosis jeff says
191| there s no good that can come from trusting everything put up on the internet to
191| interpret your fate
192| but of course that s exactly what you do
193| the five year survival numbers the standard numbers given for cancer at that poi
193| nt were nearly percent
194| that s a passing grade a majority jeff remembers thinking
195| but then reading further he saw that the good number depended on other factors
196| the most important was how early you caught the disease
197| the kidneys sit in the lower back two filtering masses about the size of fists o
198| n either side of the spine right about where you might hold someone to slow danc
198| e at a junior high prom
198| they re complex filters composed of millions of tiny capsule shaped glomerular f
199| ilters that sort out what the body needs from what it must discard
199| but like a demolition worker clearing out asbestos from a condemned building tho
200| se glomeruli are heavily exposed to all the concentrated toxins that come throug
200| h the body
200| they are more likely to undergo dna mutation as a result of that exposure just a
201| s exposed skin catches more uv radiation and is more subject to the mutations th
201| at facilitate melanoma
202| the survival rates jeff was looking at were when you caught it early when it was
202| just in the kidney and the tumor was no larger than seven centimeters
202| the united states doesn t like metric measures so it tends to translate them to
203| nuts and fruits and sometimes eggs and vegetables to describe tumor size
204| for a five centimeter stage tumor the american cancer society site uses a lime
205| stage is a lemon or a small orange still localized as a mass within the kidney
205| stage means the tumor has started to spread within the kidney
206| the growing spreading cancer a peanut a walnut or an orange if it s stage is sti
206| ll contained within the kidney area so it can be more readily targeted to conven
207| tional cancer therapies specifically surgery and radiation
207| since most of us have two kidneys and can survive on one healthy functioning one
207| cutting out one whole kidney what they call a radical surgery is a common appro
207| ach
208| that meant the tumors had entered the bloodstream and moved elsewhere and possib
208| ly everywhere
209| no matter where those mutated renal cells moved they could fill the lung lodge i
209| n and take over the liver they would always be called renal cancer
210| this naming system as anachronistic as describing tumors in terms of fruits chan
210| ged because of cancer immunotherapy in itself a breakthrough
211| and so when those mutated renal cells started colonizing his spine je**ff** s cancer
212| was kidney cancer stage
212| and on the tiny screen of his flip phone stage kidney cancer looked really bad
213| the five year survival rate hung at a guttering
214| the last new scientific advance for treating kidney cancer had been made thirty
214| years ago
215| there isn t any way to put a positive spin on that
216| you just close your phone sit in your car and wait until you**'re** calm enough to dr
216| ive
217| there really isn t a good time to get a diagnosis like that jeff knew
218| jeff was busy but everyone is too busy for this sort of thing and once he went t
218| hrough the usual reactions he realized that too
219| his business was booming his acts needed him and he now had two little kids one
219| three years old the other just a year
220| he wasn t going to stop working he wouldn t make a big thing of it
221| he told only those clients who really needed to know who d need to make professi
221| onal decisions
222| he told **ke** ha he was sick didn t say how sick
223| next jeff was referred to the larger affiliate hospital the mothership to see th
223| eir kidney specialist
224| maybe it was **jeff** s mood but this doctor he decided was a fucking prick
225| stage kidney cancer was pretty much a death sentence especially in this rare agr
225| essive form but there was always a chance
226| as the label promised sutent gave jeff the usual symptoms of extreme nausea lack
226| of appetite and daily dry heaves
227| the cancer in his right kidney was now working its way up his spinal column tumo
227| rs leap**f**rogging each other like kids grabbing a bat handle for dibs
228| they scheduled surgery to look at that and when the surgeons opened him up they
228| found that the tumors had eaten into the bone
229| fists of dense tissue fissured the central supporting column of his body and ner
229| vous system and knuckled perilously into the wiring of his spinal cord
230| the structure was brittle and laced with a progressive disease soon the tumors w
230| ould either engulf and seize his spinal nerves or his increasingly fragile verte
230| brae would fail under his weight like the collapsing world trade center towers o
230| r maybe both
231| it was moving fast and either scenario would leave jef**f** a quadriplegic at best

232 the cancer was inscrutable the critical wound was complicated but this was concrete physical work that a surgeon could do with a knife

233 chunks of his spine needed to be cut out and titanium rods screwed in their place

234 it would give jeff a frankenstein posture and he would have to live with a constant throb of background pain from the raw nerves compressed by his collapsing vertebrae permanently pinned to the titanium infrastructure like guitar strings hard against a fret board but at least it kept him from being paralyzed

235 a month later they operated again and finally took out the diseased kidney

236 bartzo the breakthrough it was hard the surgeries and the pain were extreme but i never stopped working jeff said

237 he still got up in the morning showered and shaved and dressed cinched his belt tight to keep his pants from falling off his hip bones got in his lexus and headed toward the freeway as he d always done

238 instead he d pull off somewhere south of malibu go through the mcdonald s drive through to get an ego mcmuthn and force it down before he even pulled back out to the road

239 then he d drive up and down the pacific highway taking calls on his car phone

240 every once in a while i d pull over put the phone on mute throw up out the window and get back to the call he said

241 the mcmuffins helped they were soft and much better than the dry heaves

242 k for the sutent and met with his surgeon a few weeks later for the follow up

243 both doctors had seen the same scans but gave him different messages

244 the surgeon told me not to bother with the chemo anymore jeff says

245 he thought i should just give up trying to beat this thing and try and enjoy the little time i had left without the side effects

246 k was upset that the surgeon was telling his patient to ignore his prescribed treatment

247 as far as jeff was concerned it wasn t that dr

248 k disagreed with the surgeon s prognosis he too thought jeff was going to die

249 it was that the doctor was getting paid for every chemo treatment jeff underwent and dr

250 k wanted to keep collecting the fee for the treatments as long as jeff was alive enough to take them

251 bartzo patient raro jds told me that i was going to have six months tops jeff said

252 in retrospect it s surprising he was given that long

253 jeff s weight had dropped to pounds and increasingly more and more of that was tumor

254 he guy told me to go get my financial affairs in order jeff says

255 the way jeff read it they were done with me

256 jeff believes it was a matter of the doctors at the hospital having nothing left to bill for that was how he saw it

257 maybe that s just how he thinks as a manager and accountant maybe it s more than that

258 while the best of them are very good at aspects of their jobs and some of them are good at several aspects it s rare to find one who can act as both an expert physician for a patient s physical body and a philosopher priest for a human mind contemplating its own death

259 these are also the desperate thoughts of a desperately ill man raging against the tyranny of mortality as presented by a series of guys in white coats

260 it s a tough go however you look at it

261 either way the medical professionals the ones who knew more about what was laying waste to his body than jeff himself could comprehend had nothing more to offer and so the logical thing for jeff to do was to follow the experts lead and give up too

262 maybe possibly he could get jeff on this study

263 the drug being tested didnt attack the tumors rather it attacked the tumors ability to shut down the natural ig bartz the breakthrough immune response against them

264 already there was a theory among researchers working with this drug that it was most effective in generating a strong immune response against tumors that had a high degree of mutation

265 that might include kidney cancer cancer like jeff s

266 all decisions about the study parameters fell to dr

267 dan chen md phd an oncologist immunologist who was also the cancer immunotherapy development team leader at genentech the company that made the experimental drug

268 patients that might qualify for the study were presented to him in blind applications each reduced to a code name of letters and numbers and the specifics of their medical history

269 originally the drug study had been designed to look at the drug s effectiveness against solid tumors

270 it had been expanded to include melanoma bladder kidney and several others

271 if chen was looking for reasons to exclude someone he could definitely find justification to rule out patient ror jds but that didn t make it the right decision

272 the study qualifications were advertised in terms of what types of cancers qualified

273 that description did not specifically mention the rare form of kidney cancer on patient roroo j ds s paperwork but it was kidney cancer and chen strongly suspected that roroo jd s rare cancer had many similarities to the cancers they believed would be responsive to their immunotherapy candidate a new checkpoint inhibitor

274 on the negative side this rare and aggressive cancer was now rooted deep in the bone which the immune system has a difficult time infiltrating but this patient raro jds time infiltrating but this patient fit the profile and chen suspected might benefit from the experimental drug

experimental drug

276 it was already approved and readily available dr
277 chen would have put him right on it and hope it helped as nothing else had
278 this immunotherapy was not yet an option in an oncologist s toolbox
279 the only way for a cancer patient to access this drug was through the experiment al trial
280 which made patient roro o jds an especially tough call
281 chen knew the usual course of a stage kidney cancer prognosis
282 as a physician and a compassionate human being he wanted to say look if roroo jd ss disease qualified he was in
283 but as a scientist and department leader in charge of a massive phase study ther e was a problem
284 based on the paperwork patient jds was probably too unhealthy for a physically r igorous trial he might jeopardize the whole study
285 there was no computer algorithm no chart or slide rule for making this decision
286 chen had to balance out the factors and weigh them with his head and his gut
287 ett didn t know how to play the odds on this one how hard he should hope or how he should proceed with the next phase of his life
288 on the one hand there was no guarantee he would be able to start the new experim ental drug trial for the immunotherapy and he should prepare for
288 but on the other if he did beat the odds and get a green light he d need to be a vailable to accept on the spot
289 to do that he couldn t be on any other cancer treatment
290 that meant he d have to stop the chemotherapy and wait
291 the chemo had been making him feel terrible and it hadn t stopped his tumors fro m growing but it was the only treatment offered
293 there bartz the breakthrough no telling how quickly his cancer would progres s if he wasn t actively poisoning it with the chemicals
294 it was possible that the chemo was slowing down his decline and buying him a few extra precious days or weeks with his family
295 quitting that possibility on the slim chance that he migh start something else so mething experimental that might work and might not that was a perilous trade o f
296 it felt like holding your breath to avoid breathing in poison
297 years later dan chen still remembers everything about patient jd his profile as a potential study participant his response even his coded patient identity numb er straight off the top of his head
298 as a scientist testing his first immunotherapy drug chen wouldn t quickly forget his first responder
299 roo oo jds turned out to be as chen says a special special case
300 part of what made him special was the fact that even knowing how it turned out o ne could s i make the case that from a data collection perspective patient jds s houldn t have been allowed onto any kind of medical study at all
301 my initial reaction upon seeing him it was all just on paper at that point but i t was are you kidding me
302 the study dan was running was a phase meaning the first in humans and his team h ad something of a fire under their ass to make this thing go
303 they d started late in the immunotherapy game despite the number of cancer immun ologists who were then like secret sleeper cells within genentech and when they d convinced the larger company to change the course of their research and allow them to head into this unproven direction bartz patient raro jds for their drug development they were already years back building a new drug program from scratc h
304 before he d joined genentech chen had been working with cancer immunotherapy bot h in his lab at stanford and his patients at the stanford university cancer center
305 but despite the failures of the various vaccines they had tried and the uneven a nd sometimes disturbing effects of giving patients doses of strong immune stimul ants like interleukin and interferon the researchers had seen glimmers of hope
306 chen and other cancer immunology believers had seen them in their rare but rea g positive responders and in those reported by a handful of other labs around the w orld
307 most oncologists most scientists dismissed cancer immunology as a dead end peopl ed by quacks and true believers who confused hope for good science
308 but chen believed as the handful of others who were still in the immunotherapy f ield believed that there was something more to these positive responses than mis interpreted anecdotes
309 the disease was in bad places including the bones which is harder for cancer imm unotherapies to treat chen remembers
310 or are you unable to get out of bed because youre puking all day and cant eat
311 chen and other oncologists used performance status to predict how a patient was going to see appendix b for more information
312 bartzo the breakthrough fare whether in a clinical trial or with a traditional c ancer therapy
312 if you can t get out of bed if you can t move your outcomes are generally horrib le chen says
313 sometimes you have patients that are declining like this he puts his hand out ti lted like a graph nosediving
315 so putting people who are on a downward course on your trial is not a great way t o figure out if your drug is safe
316 and that was the point of this phase trial to gauge the safety of a potential ne w drug by testing it in low doses
317 if that test was going to mean anything it needed to be the truest possible refl ection of the safety of the drug
318 from this perspective patient jds wasn t exactly who you were dreaming of
319 patients who were too weak and sick would fail the test no matter what you gave

276 if it was already approved and readily available dr
277 chen would have put him right on it and hope it helped as nothing else had
278 but in this immunotherapy was not yet an option in an oncologist s toolbox
279 the only way for a cancer patient to access this drug was through the experiment al trial
280 chen knew the usual course of a stage kidney cancer prognosis
281 as a physician and a compassionate human being he wanted to say look if jds s di sease qualified he was in
282 but as a scientist and department leader in charge of a massive phase study ther e was a problem
283 based on the paperwork patient jds was probably too unhealthy for a physically r igorous trial he might jeopardize the whole study
284 there was no computer algorithm no chart or slide rule for making this decision
285 chen had to balance out the factors and weigh them with his head and his gut
286 jeff didn t know how to play the odds on this one how hard he should hope or how he should proceed with the next phase of his life
287 on the one hand there was no guarantee he would be able to start the new experim ental drug trial for the immunotherapy and he should prepare for
288 but on the other if he did beat the odds and get a green light he d need to be a vailable to accept on the spot
289 to do that he couldn t be on any other cancer treatment
290 that meant he d have to stop the chemotherapy and wait
291 the chemo had been making him feel terrible and it hadn t stopped his tumors fro m growing but it was the only treatment offered
292 there was no telling how quickly his cancer would progress if he wasn t actively poisoning it with the chemicals
293 it was possible that the chemo was slowing down his decline and buying him a few extra precious days or weeks with his family
294 quitting that possibility on the slim chance that he might start something else something experimental that might work and might not that was a perilous trade o
295 it felt like holding your breath to avoid breathing in poison
296 years later dan chen still remembers everything about patient jds his profile as a potential study participant his response even his coded patient identity numb er straight off the top of his head
297 as a scientist testing his first immunotherapy drug chen wouldn t quickly forget his first responder
298 jds turned out to be as chen says a special special case
299 part of what made him special was the fact that even knowing how it turned out o ne could still make the case that from a data collection perspective patient jds shouldn t have been allowed onto any kind of medical study at all
300 my initial reaction upon seeing him it was all just on paper at that point but i t was are you kidding me
301 the study dan was running was a phase meaning the first in humans and his team h ad something of a fire under their ass to make this thing go
302 they d started late in the immunotherapy game despite the number of cancer immun ologists who were then like secret sleeper cells within genentech and when they d convinced the larger company to change the course of their research and allow them to head into this unproven direction for their drug development they were a lready years back building a new drug program from scratch
303 before he d joined genentech chen had been working with cancer immunotherapy bot h in his lab at stanford and his patients at the stanford university cancer center
304 but despite the failures of the various vaccines they had tried and the uneven a nd sometimes disturbing effects of giving patients doses of strong immune stimul ants like interleukin and interferon the researchers had seen glimmers of hope
305 chen and other cancer immunology believers had seen them in their rare but real positive responders and in those reported by a handful of other labs around the world
306 most oncologists most scientists dismissed cancer immunology as a dead end peopl ed by quacks and true believers who confused hope for good science
307 but chen believed as the handful of others who were still in the immunotherapy f ield believed that there was something more to these positive responses than mis interpreted anecdotes
308 the disease was in bad places including the bones which is harder for cancer imm unotherapies to treat chen remembers
309 or are you unable to get out of bed because you re puking all day and can t eat
310 chen and other oncologists used performance status to predict how a patient was going to fare whether in a clinical trial or with a traditional cancer therapy
311 if you can t get out of bed if you can t move your outcomes are generally horrib le chen says
312 sometimes you have patients that are declining like this he puts his hand out ti lted like a graph nosediving
313 so putting people who are on a downward course on your trial is not a great way t o figure out if your drug is safe
314 and that was the point of this phase trial to gauge the safety of a potential ne w drug by testing it in low doses
315 if that test was going to mean anything it needed to be the truest possible refl ection of the safety of the drug
316 from this perspective patient jds wasn t exactly who you were dreaming of
317 patients who were too weak and sick would fail the test no matter what you gave

320 | them and that failure would have kept the patient alive for the drug not to the patient
320 | it wasn t just jeff who would suffer it was the entire study and by extension an
321 | entire generation of patients
321 | test was somewhat subjective the main criteria of entering the study were standa
322 | rdized and empirical
322 | we had a laboratory value that you had to meet chen explains
323 | these values had been provided to all the primary investigators who would be run
323 | ning the study their patients needed to meet or exceed those values in order to
324 | even be considered
324 | his albumen his white blood cell count was not good
325 | those values were a particularly negative indicator for a potential immunotherap
326 | y drug candidate
326 | first of all you need to have the white blood cells chen says
327 | we didn t know much about the drug at that point in time but if you don t have t
328 | but if you don t have the t cells in the first place then why would we be trying
328 | to give you a drug that s going to react with the t cells
329 | that was the most important number in the trial and jeff was below that number v
330 | alue
329 | two months off the chemo jeff was sicker than ever too sick to meet the eligibil
330 | ity requirements for the angeles clinic study thus began a back and forth with j
331 | eff s doctors chen s primary investigators on the study in the middle

330 | my hemoglobin had to be at a certain level
331 | they drew my blood i said draw it again
332 | maybe jeff s levels were fluctuating so they d try drawing it at different times
333 | of the day he says
333 | we was eating broccoli like crazy every day just trying to get the numbers up
334 | i know they were really trying anything they could chen says
335 | there had also been an old observation that showed that rubbing the earlobes pus
336 | hed out white cells a real phenomenon studied at johns hopkins called something
337 | like earlobe lymphocytosis
336 | jeff rubbed them at night or in the car rubbed them right before they drew blood
337 | that didn t get his number up high enough either
338 | he wasn t going to qualify for the study
339 | and i knew that was a death sentence jeff said
340 | he wasn t ready to give up but he couldn t simply will his immune system into he
341 | alth
341 | they offered to put me on a different drug trial he said
342 | it wasn t an immunotherapy and jeff had already gone the chemo route
343 | it hadn t worked and it made him feel like shit and he maybe only had a few mont
344 | hs anyway
343 | was he really willing to feel like that again
345 | bartz the breakthrough absolutely if there was a chance it would help him that wa
346 | s his attitude
345 | he hadn t tried this particular drug so at least he could try to think of this a
347 | s plan b
346 | but maybe jeff worried it wasn t really a plan at all it was simply something to
348 | do the medical equivalent of busywork for the doomed
347 | you try to put a good face on it to go along be a good patient to not look at th
349 | e couldas and wouldas
348 | cancer is full of those lung cancer clinics filled with smokers who quit and the
350 | important thing to jeff was to keep moving forward
349 | but it was tough not to see that two roads were diverging here not to recognize
351 | that plan b was the wrong fork
350 | the thing that his doctor wanted for him the thing he thought might possibly hel
352 | p him jeff couldn t get
351 | this other study was clearly an afterthought but maybe busywork was what he need
353 | ed
352 | definitely jeff wasn t seeing any other choice that didn t amount to giving up a
354 | nd making peace with his fate
353 | the only problem was jeff wasn t feeling peaceful
354 | he kept glancing over his shoulder at the other path
355 | now it was jeff who had the tough decision
356 | starting the study on offer meant giving up on some miraculous possibility of en
357 | tering the checkpoint inhibitor study but this bus was leaving too
358 | if he waited he d be left at the crossroads stuck with nothing
359 | and nothing he d already been told meant entering hospice
360 | meanwhile at genentech s san francisco campus dan chen had a problem
361 | one was a problem every oncologist had the burden of the job
362 | cancer treatment is generally not a good news field
362 | to be a good doctor and researcher you had to accept the fact of mortality and t
363 | he terrible outcomes from bartz patient raro jds the disease even while working actively often fruitles
364 | part of what we had to accept regarded the fate of potential patient roroo jds
365 | he looked bad on paper but he d been wavering near the line long enough that eve
366 | n behind the coded identity his case had become personal
365 | dan hoped for a good outcome for this guy he knew it was a man at this point but
366 | he also hoped for good outcomes for his drug and for cancer patients in general
367 | and now were coming up on the christmas holiday and everything is going to shut
368 | down chen says
369 | there would be a break at the company short breaks maybe for some physicians and
370 | the patients themselves might choose to go see far flung friends and family som
371 | e of them for the last time
369 | that meant that the race to get this drug developed tested and to patients and th
370 | e marketplace was about to suffer a major delay

370 so i had to face the fact that we might not roll this whole cohort before the holid
ay we delay this whole trial chen says
371 and that would have a ripple effect and potentially serious consequences
372 the other patients couldn t start until the cohort was filled
373 and no patients could get the drug or have reason to believe it was worth gettin
g until the drug passed through clinical trials and best case expedited fda appr
oval
373 that one empty spot in his cohort had become a stop sign
375 if patient jd was ever going to be considered it was now or never jeft schwartz
was scheduled to begin the plan b clinical drug study on december
376 k j bartzo the breakthrough the drive to the wilshire boulevard clinic was like
a gallows march dead man driving
377 the windows of his lexus were shut tight against the los angeles air his heater
was cranked up to eighty degrees just to keep him from shivering too hard to dri
ve
378 i didn t tell anybody but that was awful jett says
379 he hadnt thought further that day either at least not about himself because as f
ar as he was concerned he was done
380 every penny i made i made sure my kids had savings he says
381 i paid my leases up front not knowing if i d be there to make the next payment
382 i didn t get spiritual from it it didn t change that but death the prospect of i
t knowing the end jeff stops and considers the room for a moment
383 well it changes the way you think about things
384 he parked pulled himself out of the car checked in at the desk
385 he followed through the doors and into a room a comfortable chair
386 his name had been transcribed to an id then matched with an iv
387 studies have to be double blind to avoid any bias or sentiment
388 for the sake of science the patient is stripped of his identity
389 pull out the drip check the numbers on the drip against the bracelet on the pati
ent enter the numbers on the form hang the iv unstop the stopcock
390 patient o jds formerly known as jett was ready
391 his sleeve was rolled up a catheter needle was inserted and taped
392 iihe drug would be useful they d discover later for giving extra months of life t
o some kidney cancer patients but almost certainly not of any use for patients l
ike jeff
393 bartzo patient raro jds five hundred miles north in san francisco dan chen was i
n his office as the sun came up
394 the call regarded patient roro jds s latest numbers
395 maybe it was the ear rubbing dan doesn t know maybe there s avalue for sheer wil
l
396 whatever it was the guy had popped over the line
397 maybe the numbers wouldn t stay there but they d run the tests and he d passed
398 it was a cold line and he d crossed it
399 that part wasnt a judgment call now it was empirical
400 the next call if dan made it would be to the clinic
401 it bounced off the cold gray chop of the san francisco bay and it did something
to the room
402 tt wasn t just about this one guy chen says
403 was this guy just going to crash and burn
404 would he hurt the trial and hurt those people
405 if he let this one in was chen doing the right thing or the wrong thing
406 it all had to happen in a matter of minutes the call with the numbers his decisi
on but something about the light maybe he d watched too many movies but there wa
s something of a christmas miracle in it that feeling you get that time of year
maybe a kindness even when kindness could be misguided
407 he put the phone down checked the number tried again
408 he gave the patient number said let s put him on
409 there was a pause and a noise and a sort of panic
410 bartz the breakthrough so i m sitting there jeff said
411 the bag was hanging they just needed to finish the job
412 and a nurse came running in and said wait
413 like there was something wrong with my blood or something then the doctor came i
n
414 apparently jeft s lymphocytes were up enough to fit into the protocol for the st
udy
415 they said they were r or something jeff says
416 i had the same cancer as before it wasnt getting better but my numbers were bett
er
417 according to the blood work his lymphocytes had finally showed up
418 maybe there was some miracle what happened i don t know
419 what he does know is they pulled the drip unhooked the line from his vein
420 he said the message was tell the patient merry christmas
421 three days later on december jeff became patient twelve of the twelve person stu
dy
422 it was the first time the clinicians administering the study had met their trial
patient in person
423 sick enough that they called to make sure this guy was really supposed to be the
re
424 the clipboard and the forms the stickers and the armband and the rolled up sleev
e and the needle
425 except this time he was infused with the experimental checkpoint inhibitor immun
otherapy drug
426 the mad scientist notion of that az experimental drug that was exciting but also
a bit frightening
427 mpdl a had worked in mouse models but go percent of all cancer drugs that work i

```
428 n mice fail in bartzs patients died of a tumor
1
429 i asked them hey this stuff youre giving me is this going to blow my head off
430 r right away just came back to life jett says
    he d only gotten one dose and a low dose that was one of the goals of a phase r
1   trial to find the lowest effective dose of a new drug
432 that seemed like an unlikely scenario for an instant effect
    jeff knew about the placebo effect and he knew about the effect faith and hope c
1   an have on a person s health and even on their outcome
433 he did plenty of that with his clients talking them up the power of belief was i
1   mportant and real but it didn t cure cancer
434 he also realized that he d been off the chemo long enough that no matter what he
1   was going to be less nauseous
435 the next visit two weeks later they injected him again
1   and again right away he was pretty sure he was feeling better
437 he d always been working even while he was dying
438 now he felt good enough to do things besides work
439 good enough to take his fiveyear old son to seaworld that month
440 i m there i felt a pop in my hip it was my hip bone
441 the cancer had eaten right through it it just popped right through the hip socke
1   t
442 that did nothing to help his performance status so that was a setback
443 he had another surgery but it was just a surgery rather than new cancer one of h
1   is old problems coming home to roost
444 you didn t worry about the old problems you hoped to stop any new ones
445 his next appointment comes jeff gets another infusion of the experimental drug
446 he d hoped to call in maybe a conference with the team just to say thank you to
1   the room
449 in july they told him there was a conference in la and that dr
458 then you know i m picturing some geek in wire rimmed glasses somewhere
459 later chen brought jeff into the san francisco offices then down to the labs
460 there was a sort of willy wonka feel to the whole thing
461 this place they ve got a sign reading ff
462 coli on one side on the other jeff says
463 then they bring me over there to a big steel vat
464 bartzo patient raro jds finally jeff was introduced to four researchers who had
    helped develop the drug and build the protein i meet them they know who i am and
    so they re all crying jet says
465 because these guys are geniuses but theyre all like idiot savants they never lea
1   ve the lab
466 after all the work that had gone into getting their immunotherapy drug ready and
1   after decades during which immunotherapy drugs had failed to save patients the
1   sight of a healthy man returned from the brink of death by virtue of their effor
1   ts it was a first
467 all these guys i don t know how they do it
468 they get rejected all day everything they do fails people die
    chen is an oncologist he does melanoma all his patients all these guys
470 dan chen had done something for him something big
471 chen doesn t know me not personally he knows me by my initials t from the study
472 so he doesn t know i m in music
473 jeff asks dan who s got a teenage daughter so what s her favorite band
    chen tells him it s a band called imagine dragons
475 so next time the band is in san francisco i get her tickets she goes backstage t
1   hen she s on the stage throwing out balloons it s great
476 jeff was feeling well enough now that it was almost life as usual
477 that included going to his son s weekend basketball games in the grade school gy
1   m
478 my wife s with me she says look you know who that is across the gym
479 look and i cant believe it it s k
480 bartzo the breakthrough so i march right over i ask him you remember me
482 i saw him again six months later our kids are the same age at the same school he
1   s going to see me and i went up to him again
483 i told him i just had to say something
484 you told me you had nothing left told me i had five months to live and my world
1   was shattered
485 jeff also remembered what his other doctor had told him when he was getting sick
1   er and hadn t found a clinical trial
486 boasberg had seen the new immunotherapy drug trials come through he d seen the t
1   ransformative effects things they never imagined
487 and he knew how quickly the new drugs were coming
488 i might not get into the study now jeff said
489 but he told me hang in there because there are new drugs right around the corner
490 not every oncologist was aware of what was happening in cancer immunotherapy
491 at the time the vast majority still thought of the immunebased approach to treat
1   ing cancer from the bad old days of false promises and ineffective vaccines
492 jeff was lucky enough to have a physician connected to a place like the angeles
1   clinic staffed with oncologists open to the potential of cancer immunotherapy an
1   d geared toward clinical trials
493 of course he d only gotten there because his cancer failed to respond to anythin
1   g else
494 when jeff was in his twenties cancer was an old man s disease and he didn t much
1   think of it
495 he was the kid filing out from some live show downtown with his ears ringing as
1   snowflakes slanted bartzo patient raro jds through the streetlights
```

```
424 i asked them hey this stuff youre giving me is this going to blow my head off
425 right away i just came back to life jeff says
426 he d only gotten one dose and a low dose that was one of the goals of a phase tr
1   ial to find the lowest effective dose of a new drug
427 that seemed like an unlikely scenario for an instant effect
428 jeff knew about the placebo effect and he knew about the effect faith and hope c
1   an have on a person s health and even on their outcome
429 he did plenty of that with his clients talking them up the power of belief was i
1   mportant and real but it didn t cure cancer
430 he also realized that he d been off the chemo long enough that no matter what he
1   was going to be less nauseous
431 the next visit two weeks later they injected him again
432 and again right away he was pretty sure he was feeling better
433 he d always been working even while he was dying
434 now he felt good enough to do things besides work
435 good enough to take his fiveyear old son to seaworld that month
436 i m there i felt a pop in my hip it was my hip bone
437 the cancer had eaten right through it it just popped right through the hip socke
1   t
438 that did nothing to help his performance status so that was a setback
439 he had another surgery but it was just a surgery rather than new cancer one of h
1   is old problems coming home to roost
440 you didn t worry about the old problems you hoped to stop any new ones
441 his next appointment comes jeff gets another infusion of the experimental drug
452 he d hoped to call in maybe a conference with the team just to say thank you to
1   the room
453 in july they told him there was a conference in la and that dr
454 then you know i m picturing some geek in wire rimmed glasses somewhere
455 later chen brought jeff into the san francisco offices then down to the labs
456 there was a sort of willy wonka feel to the whole thing
457 this place they ve got a sign reading e
458 coli on one side on the other jeff says
459 then they bring me over there to a big steel vat
460 finally jeff was introduced to four researchers who had helped develop the drug
    and build the protein
461 i meet them they know who i am and so they re all crying jeff says
462 because these guys are geniuses but they re all like idiot savants they never le
1   ave the lab
463 after all the work that had gone into getting their immunotherapy drug ready and
1   after decades during which immunotherapy drugs had failed to save patients the
1   sight of a healthy man returned from the brink of death by virtue of their effor
1   ts it was a first
464 all these guys i don t know how they do it
465 they get rejected all day everything they do fails people die
466 chen is an oncologist he does melanoma all his patients all these guys
467 dan chen had done something for him something big
468 chen doesn t know me not personally he knows me by my initials f from the study
469 so he doesn t know i m in music
470 jeff asks dan who s got a teenage daughter so what s her favorite band
471 chen tells him it s a band called imagine dragons
472 so next time the band is in san francisco i get her tickets she goes backstage t
1   hen she s on the stage throwing out balloons it s great
473 i tell him hey thanks for keeping me alive
474 jeff was feeling well enough now that it was almost life as usual
475 that included going to his son s weekend basketball games in the grade school gy
1   m
476 my wife s with me she says look you know who that is across the gym
477 i look and i can t believe it it s k
478 so i march right over i ask him you remember me
479 i tell him well you re the fucking prick who gave me five months to live
480 i saw him again six months later our kids are the same age at the same school he
1   s going to see me and i went up to him again
481 i told him i just had to say something
482 you told me you had nothing left told me i had five months to live and my world
1   was shattered
483 jeff also remembered what his other doctor had told him when he was getting sick
1   er and hadn t found a clinical trial
484 boasberg had seen the new immunotherapy drug trials come through he d seen the t
1   ransformative effects things they never imagined
485 and he knew how quickly the new drugs were coming
486 i might not get into the study now jeff said
487 but he told me hang in there because there are new drugs right around the corner
488 not every oncologist was aware of what was happening in cancer immunotherapy
489 at the time the vast majority still thought of the immune based approach to trea
1   ting cancer from the bad old days of false promises and ineffective vaccines
490 jeff was lucky enough to have a physician connected to a place like the angeles
1   clinic staffed with oncologists open to the potential of cancer immunotherapy an
1   d geared toward clinical trials
491 of course he d only gotten there because his cancer failed to respond to anythin
1   g else
492 when jeff was in his twenties cancer was an old man s disease and he didn t much
1   think of it
493 he was the kid filing out from some live show downtown with his ears ringing as
1   snowflakes slanted through the streetlights
```



```
        >erkeley t cell antigen receptor and vaccine n treg cells development of t cell immune resp
        >niversity of pennsylvania university of pittsburgh n tregs n lehman n university of portl
        >and n tecentriq atezolizumab n university of washington thomas lewis v thompson
        >craig nn vaccines three s elimination peptide trial equilibrium escape immunity
        >and n for immunotherapy n thymus jenner and n athymic nude mice experiment va ho
        >spital west roxbury by schreiber n massachusetts n t van den brink larcel n bnip
        > and vautie ars ne ihippolyte t cell function and virchow rudolf n n tils tumor
        >infiltrating viruses lymphocytes b cells and lime on penicillin of cancer cancer
        >s caused by timoni emanuele car t research and tocilizumab n n tonegawa susumu n
        > q interferons and topalian suzanne oncolytic virus therapy tremelimumab used to
        >r car t triple negative breast cancer trow directory printing and ww bookbinding
        > company wan quan washington george tumor microenvironment weber jeffrey
4120 tumor necrosis factor tne weiss arthur n niemorial sloan kettering white kim nn
        >research nii old s discovery of white treagen white blood cells leukocytes tumor
        > infiltrating lymphocytes discovery of tils lymphocytes and bartz whitehead emil
        >y yr ni nni whitehead kari whitehead tom ty wrolchok jedd biographical informati
        >on n early melanoma research by n on interleukin il n ipilimumab ipi development
        > and n melanoma research and nedx oro trials on research methods index woodstock
        > foundation nt wortley montagu lady mary x rays discovery of nt y yale universit
        >y yervoy ipilimumab n yescarta zola mr
4121 n bartz about the author charles graeber is an award winning journalist and the
        >new york times bestselling author of the good nurse
4122 his writing has been anthologized in the best american science writing the best
        >american crime reporting fhe best of years of national geographic adventure the
        >best of years of wired and the best american magazine writing selected by asme a
        >nd the columbia journalism school
4123 sloan fellow and recipient of the overseas press club s ed cunningham award for
        >outstanding international journalism
4124 he currently serves on the board of the writers room in new york and building ma
        >rkets an international nonprofit that works to empower refugees from war poverty
        > and persecution
4125 born in iowa he is now based in brooklyn
```

**Legends**

| Colors | | Links | |
|---|---|---|---|
| Added | | (f)irst change | |
| Changed | | (n)ext change | |
| Deleted | | (t)op | |

# Excerpt of Match Visualization for The Breakthrough: Immunotherapy and the Race to Cure Cancer in Libgen

1 bartz also by charles graeber the good nurse
2 a true story of medicine madness and murder bartz twelve newyork b oston bartz
3 copyright by charles graeber cover design by christopher lin
4 cover image copyright by getty images
5 cover copyright by hachette book group inc
6 hachette book group supports the right to free expression and the value of copyright
7 the purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture
8 the scanning uploading and distribution of this book without permission is a theft of the author s intellectual property
9 f you would like permission to use material from the book other than for review purposes please contact permissions hb gusa
10 com
11 thank you for your support of the author s rights
12 twelve hachette book group avenue of the americas new york ny toro twelvebooks
13 com twitter
14 com twelvebooks first edition
15 november twelve is an imprint of grand central publishing
16 the twelve name and logo are trademarks of hachette book group inc
17 the publisher is not responsible for websites or their content that are not owned by the publisher
19 to find out more go to www
20 hachettespeakersbureau
21 com or call
22 library of congress cataloging in publication data has been applied for
23 isbns
24 hardcover
25 q ebook printed in the united states of america lsc c bartz for diann waterbury graeber my mother and our survivor bartz bartz contents pretace introduction chapter one
26 patient jds chapter two
27 a simple idea chapter three
28 glimmers in the darkness chapter four
29 eureka texas chapter five
30 the three e s chapter six
31 tempting fate chapter seven
32 uhe chimera chapter eight
33 after the gold rush chapter nine
34 it s time acknowledgments appendix a x
35 types of immunotherapies now and upcoming appendix b
36 the breakthrough in brief appendix c
37 a brief anecdotal history of disease civilization and the quest for lnmunity further reading notes index about the author lx loq bartz bartz pretace it seemed to me then and still does that some such built in immunologic mechanism ought to exist for natural defense against cancer in humans
38 lewis tuomas cancer is alive
39 it s a normal cell mutated and changed and it continues to change in the body
40 unfortunately a cancer drug does not mutate or change
41 a drug may poison or starve the cancer for a time but whatever cancer cells remain will continue to mutate
42 it only takes one
43 the drug dances with cancer but cancer dances away
44 as a result these types of drugs are unlikely to ever truly cure cancer
45 but we have killers in our bodies and scouts and soldiers a dynamic network of cells more nimble than any cancer
46 this is our immune system a living defense as old as life itself
47 this system mutates
48 it adapts
49 it learns and remembers and matches an innovating disease step tor step
50 it s our best tool to cure cancer
51 and we have finally discovered how to unleash it
52 this is the breakthrough
53 bartz bartz bartz bartz introduction the good physician treats the disease the great physician treats the patient who has the disease
54 sir williamm sl er until very recently we had three main methods for treating cancer
55 we ve had surgery for at least three thousand years
56 we added radiation therapy in
57 then in chemical warfare research led to the use of a mustard gas derivative to kill cancer cells
58 those poisons were the foundation for chemotherapy
59 these cut burn and poison techniques are currently estimated to be able to cure cancer in about half of the people who develop the disease
60 and that s remarkable a true medical accomplishment
61 but that leaves the other half of cancer patients
62 last year in the united states alone that translated to nearly six hundred thousand people who died of the disease
63 the fight was never fair
64 we ve been pitting simple drugs against creative mutating versions of our own cells trying to kill the bad ones while sparing the good ones and making ourselve

1 copyright some names and other identifying details have been changed to protect the privacy of the individuals involved
2 copyright by charles graeber cover design by christopher lin
3 cover image copyright by getty images
4 cover copyright by hachette book group inc
5 hachette book group supports the right to free expression and the value of copyright
6 the purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture
7 the scanning uploading and distribution of this book without permission is a theft of the author s intellectual property
8 if you would like permission to use material from the book other than for review purposes please contact permissions hbgusa
9 com
10 thank you for your support of the author s rights
11 twelve hachette book group avenue of the americas new york ny twelvebooks
12 com twitter
13 com twelvebooks first edition
14 november twelve is an imprint of grand central publishing
15 the twelve name and logo are trademarks of hachette book group inc
16 the publisher is not responsible for websites or their content that are not owned by the publisher
18 to find out more go to www
19 hachettespeakersbureau
20 com or call
21 library of congress cataloging in publication data has been applied for
22 isbns
23 hardcover ebook e jv pc cor contents cover title page copyright dedication preface introduction chapter one
24 patient jds chapter two
25 a simple idea chapter three
26 glimmers in the darkness chapter four
27 eureka texas chapter five
28 the three e s chapter six
29 tempting fate chapter seven
30 the chimera chapter eight
31 after the gold rush chapter nine
32 it s time photos acknowledgments about the author also by charles graeber appendix a
33 types of immunotherapies now and upcoming appendix b
34 the breakthrough in brief appendix c
35 a brief anecdotal history of disease civilization and the quest for immunity further reading notes newsletters for diann waterbury graeber my mother and our survivor preface it seemed to me then and still does that some such built in immunologic mechanism ought to exist for natural defense against cancer in humans
36 lewis thomas cancer is alive
37 it s a normal cell mutated and changed and it continues to change in the body
38 unfortunately a cancer drug does not mutate or change
39 a drug may poison or starve the cancer for a time but whatever cancer cells remain will continue to mutate
40 it only takes one
41 the drug dances with cancer but cancer dances away
42 as a result these types of drugs are unlikely to ever truly cure cancer
43 but we have killers in our bodies and scouts and soldiers a dynamic network of cells more nimble than any cancer
44 this is our immune system a living defense as old as life itself
45 this system mutates
46 it adapts
47 it learns and remembers and matches an innovating disease step for step
48 it s our best tool to cure cancer
49 and we have finally discovered how to unleash it
50 this is the breakthrough
51 introduction the good physician treats the disease the great physician treats the patient who has the disease
52 sir william sl er until very recently we had three main methods for treating cancer
53 we ve had surgery for at least three thousand years
54 we added radiation therapy in
55 then in chemical warfare research led to the use of a mustard gas derivative to kill cancer cells
56 those poisons were the foundation for chemotherapy
57 these cut burn and poison techniques are currently estimated to be able to cure cancer in about half of the people who develop the disease
58 and that s remarkable a true medical accomplishment
59 but that leaves the other half of cancer patients
60 last year in the united states alone that translated to nearly six hundred thousand people who died of the disease
61 the fight was never fair
62 we ve been pitting simple drugs against creative mutating versions of our own cells trying to kill the bad ones while sparing the good ones and making ourselve

65 s sick in the process
66 and weve been doing that for a very long time
but now we have added a new and very different approach one that doesn t act di
>rectly on cancer but on the immune system
67 bartz the breakthrough our immune system has evolved over million years into a
69 it is a complex biology with a seemingly simple mission
70 to find and destroy anything that s not supposed to be in our bodies
cells of the immune system are on constant patrol hundreds of millions of them
circulating throughout the body slipping in and out of organs searching out and
destroying invaders that make us sick and body cells that have become infected m
utated or defective cells like cancer
71 which raises the question
72 why doesn t the immune system fight cancer already
73 the answer is it does or tries to
74 but cancer uses tricks to hide from the immune system shut down our defenses an
>d avoid the fight
75 we don t stand a chance unless we change the rules
76 cancer immunotherapy is the approach that works to defeat the tricks unmask can
cer unleash the immune system and restart the battle
it differs fundamentally from the other approaches we have to cancer because it
77 does not act upon cancer at all not directly
78 instead it unlocks the killer cells in our own natural immune sys tem and allow
>s them to do the job they were made for
79 cancer is us
80 it s the mistake that works
81 cells in the body regularly go rogue their chromosomes knocked out by particles
of sunlight or toxins mutated by viruses or genetics age or sheer randomness
82 most of these mutations are fatal to the cell but a few survive and divide
83 recognizes these mutant cells and kills them
84 the problem is that rogue o
85 coor percent cell the one that the immune system doesn t es bartzo lutroduction
86 recognize as an invader and does not kill
instead eventually that
87 percent cell kills us
88 cancer is different
it does not announce itself like the flu or any other disease or even a splinte
>e
90 it doesn t seem to sound an alarm in the house of the body or provoke an immune
> response or show symptoms of immune battle
91 no fever or inflammation or swollen lymph glands not even a sniffle
92 instead the tumor is suddenly discovered an unwelcome guest that has been growi
>ng and spreading out sometimes for years
93 often by then it is too late
94 to many cancer researchers this apparent lack of immune response to cancer mean
> that the goal of ae ping an immune response to cancer was futile because there
> was nothing to help
95 cancer was assumed to be too much a part of our selves to be noticed as non sel
>f
96 the very concept of cancer immunotherapy seemed fundamentally flawed
97 but throughout history physicians had recorded rare cases of patients whose can
cers apparently cured themselves
98 in a prescientific age these spontaneous remissions were seen as the work of ma
gic or miracle in fact they are the work of an awakened immune system
99 for more than a hundred years researchers tried and failed to replicate those m
iracles through medicine to vaccinate or spark an immune response to cancer simi
lar to those against other formerly devastating diseases like polio smallpox or
the flu
100 there were glimmers of hope but no reliable treatments
101 by the year cancer immunologists had cured cancer in mice hundreds of times but
could not consistently translate those results to people
102 most scientists believed they never would
103 that changed radically and recently
104 even for physicians this wa bartzo the breakthrough change was invisible until i
t was at the doorstep
105 one of our best modern writers on the subject of cancer dr
106 siddhartha mukher jee does not even mention cancer immunotherapy in his nonethe
>less excellent pulitzer prize winning biography of the disease e emperor f all
maladies
107 that book was published in zo only five months before the first of the new gene
ration immunotherapeutic cancer drugs received fda approval
108 that first class of cancer immunotherapy drugs would be called checkpoint inhib
itors
109 they came from the breakthrough discovery of specific tricks or checkpoints tha
t cancer uses like a secret handshake telling the immune system don t attack
the new drugs inhibited those checkpoints and blocked cancer s secret handshake
111 they also won their discoverers the nobel prize in medicine
112 in december the second of these checkpoint inhibitors was used to unleash the i
mmune system of former president jimmy carter
113 an aggressive cancer had spread through his body and he wasnt expected to survi
ve instead his immune cells cleared the cancer from his liver and brain
114 the news of the ninety one yearold president s miraculous recovery surprised ev
eryone including the former president himself
115 for many people that jimmy carter drug was the first and only thing they d hear

63 s why weve been doing that for a very long time
we ve been doing that for a very long time
but now we have added a new and very different approach one that doesn t act di
>rectly on cancer but on the immune system
65 our immune system has evolved over million years into a personalized and effect
ive natural defense against disease
66 it is a complex biology with a seemingly simple mission
67 to find and destroy anything that s not supposed to be in our bodies
68 cells of the immune system are on constant patrol hundreds of millions of them
circulating throughout the body slipping in and out of organs searching out and
destroying invaders that make us sick and body cells that have become infected m
utated or defective cells like cancer
69 which raises the question
70 why doesn t the immune system fight cancer already
71 the answer is it does or tries to
72 but cancer uses tricks to hide from the immune system shut down our defenses an
>d avoid the fight
73 we don t stand a chance unless we change the rules
74 cancer immunotherapy is the approach that works to defeat the tricks unmask can
cer unleash the immune system and restart the battle
75 it differs fundamentally from the other approaches we have to cancer because it
does not act upon cancer at all not directly
76 instead it unlocks the killer cells in our own natural immune system and allows
them to do the job they were made for
77 cancer is us
78 it s the mistake that works
79 cells in the body regularly go rogue their chromosomes knocked out by particles
of sunlight or toxins mutated by viruses or genetics age or sheer randomness
80 most of these mutations are fatal to the cell but a few survive and divide
81
82 percent of the time the immune system successfully recognizes these mutant cell
s and kills them
84 the problem is that rogue
84 percent cell the one that the immune system doesn t recognize as an invader and
does not kill
85 instead eventually that
86 percent cell kills us
87 cancer is different
88 it does not announce itself like the flu or any other disease or even a splinte
89 it doesn t seem to sound an alarm in the house of the body or provoke an immune
> response or show symptoms of immune battle
90 no fever or inflammation or swollen lymph glands not even a sniffle
91 instead the tumor is suddenly discovered an unwelcome guest that has been growi
>ng and spreading out sometimes for years
92 often by then it is too late
93 to many cancer researchers this apparent lack of immune response to cancer mean
> that the goal of helping an immune response to cancer was futile because there
> was nothing to help
94 cancer was assumed to be too much a part of our selves to be noticed as non sel
>f
95 the very concept of cancer immunotherapy seemed fundamentally flawed
96 but throughout history physicians had recorded rare cases of patients whose can
cers apparently cured themselves
97 in a prescientific age these spontaneous remissions were seen as the work of ma
gic or miracle in fact they are the work of an awakened immune system
98 for more than a hundred years researchers tried and failed to replicate those m
iracles through medicine to vaccinate or spark an immune response to cancer simi
lar to those against other formerly devastating diseases like polio smallpox or
the flu
99 there were glimmers of hope but no reliable treatments
100 by the year cancer immunologists had cured cancer in mice hundreds of times but
could not consistently translate those results to people
101 most scientists believed they never would
102 that changed radically and recently
103 even for physicians this change was invisible until it was at the doorstep
104 one of our best modern writers on the subject of cancer dr
105 siddhartha mukherjee does not even mention cancer immunotherapy in his nonethel
ess excellent pulitzer prize winning biography of the disease the emperor of all
maladies
106 that book was published in only five months before the first of the new generat
ion immunotherapeutic cancer drugs received fda approval
107 that first class of cancer immunotherapy drugs would be called checkpoint inhib
itors
108 they came from the breakthrough discovery of specific tricks or checkpoints tha
t cancer uses like a secret handshake telling the immune system don t attack
109 the new drugs inhibited those checkpoints and blocked cancer s secret handshake
110 in december the second of these checkpoint inhibitors was used to unleash the i
mmune system of former president jimmy carter
111 an aggressive cancer had spread through his body and he wasn t expected to surv
ive instead his immune cells cleared the cancer from his liver and brain
112 the news of the ninety one year old president s miraculous recovery surprised e
veryone including the former president himself
113 for many people that jimmy carter drug was the first and only thing they d hear

116 but the breakthrough isnt any one treatment or drug it s a series of scientific discoveries that have expanded our understanding of ourselves and this disease and redefined what is possible

117 it has changed options and outcomes for cancer patients and opened the door to rich and uncharted field of medical and scientific exploration

118 these discoveries validated an approach to beating cancer that is conceptually different from the traditional options of cut burn or bartzo lutroduction poison an approach that treats the patient rather than the disease

119 for the first time in our age old war with cancer we understood what we were fighting how cancer was cheating in that fight and how we might finally win

120 some call this our generation s moon shot

121 even oncologists are a cautious bunch are using the c word

122 cure

123 hype can be dangerous just as false hope can be cruel

124 there s a natural tendency to invest too much hope in a new science especially one that promises to turn the tables on a disease that has in some way touched every person s life

125 nevertheless these aren t overhyped theories or anecdotal wonder cures but proven medicines based on solid data

126 immunotherapy has gone from being a dream to a science

127 right now there are only handful of immunotherapies available

128 less than half of all cancer patients have been shown to respond to these drugs

129 many who do respond profoundly with remissions measured not in extra weeks or months of life but in lifetimes

130 such transformative durable responses are the unique promise of the cancer immunotherapeutic approach and part of what makes it attractive to patients but it s important to note that that promise is different from a guarantee for any one outcome for any individual patient

131 we still have work to do to widen the circle of responders and truly find a cure

132 but the door is open now and weve only just begun

133 several of the immunotherapists i interviewed compared the discovery of these first cancer immunotherapy drugs to that of penicillin as a drug penicillin immediately cut infection rates cured some bacterial diseases and saved millions of lives

134 but as a scientific breakthrough it redefined the possible and opened a fertile new frontier for generations of pharmaceutical researchers

135 nearly one hundred years after the discovery of that one simple drug antibiotics are an entire class of medicines with a global impact so profound that we take it for granted

136 invisible terrors that plagued and poisoned mankind for millennia are now casually vanquished at a drive through pharmacy

137 the discoveries of how cancer tricks and hides from the immune system were immunotherapy ss penicillin moment

138 the approval of the first checkpoint inhibiting drug that regularly and profoundly changed outcomes for cancer patients redefined the direction of scientific inquiry

139 hat s now kicked off a gold rush in research and investment and drug development

140 seven years after the approval of that first solitary checkpoint inhibitor there are reportedly new cancer immunotherapeutic drugs being tested in the clinic by more than a half million cancer patients in clinical trials with another new drugs in the labs in preclinical phase

141 those numbers are dwarfed by the number of trials testing the synergistic effectiveness of immunotherapy combinations

142 the research is advancing so rapidly that several drug manufacturers have successive generations of drugs stacked up in the clinical trial pipeline like planes waiting for clearance at laguardia requiring new fda fast track and breakthrough designations to speed them through the approval process to cancer patients who don t have time to wait

143 major advances in cancer usually come in roughly fifty year increments cancer immunotherapy has already made a generational leap seemingly overnight

144 describing what is coming next many scientists smile and use words like tsunami and tidal wave

145 the pace of progress is rare in the history of modern medicine unprecedented in our history with cancer

146 we have an opportunity to fundamentally redefine our relationship with a disease that for too long has defined us

147 bartz lutroduction this is the story of the geniuses skeptics and true believers and most especially the patients who spent their lives and the many more who lost them helping refine and verify this hopeful new science

148 it s a journey through where we are how we got here and a glimpse of the road ahead told through some of those who experienced it firsthand and some who made it possible

149 bartzo o bartz chapter one patient ds scientific theories

150

151

152 begin as imaginative construc tions

153 they begin if you like as stories and the purpose of the critical or rectifying episode in scientific reasoning is precisely to find out whether or not these stories are stories about real life

154 oe peter er medawar o puto s republic jer schwartz s story begins in when researchers had discovered some of the secret handshakes cancer uses to trick our defend

114 but the breakthrough isn t any one treatment or drug it s a series of scientifi discoveries that have expanded our understanding of ourselves and this disease and redefined what is possible

115 it has changed options and outcomes for cancer patients and opened the door to rich and uncharted field of medical and scientific exploration

116 these discoveries validated an approach to beating cancer that is conceptually different from the traditional options of cut burn or poison an approach that treats the patient rather than the disease

117 for the first time in our age old war with cancer we understood what we were fighting how cancer was cheating in that fight and how we might finally win

118 some call this our generation s moon shot

119 even oncologists a cautious bunch are using the c word

120 cure

121 hype can be dangerous just as false hope can be cruel

122 there s a natural tendency to invest too much hope in a new science especially one that promises to turn the tables on a disease that has in some way touched every person s life

123 nevertheless these aren t overhyped theories or anecdotal wonder cures but proven medicines based on solid data

124 immunotherapy has gone from being a dream to a science

125 right now there are only handful of immunotherapies available

126 less than half of all cancer patients have been shown to respond to these drugs

127 many who do respond profoundly with remissions measured not in extra weeks or months of life but in lifetimes

128 such transformative durable responses are the unique promise of the cancer immunotherapeutic approach and part of what makes it attractive to patients but it s important to note that that promise is different from a guarantee for any one outcome for any individual patient

129 we still have work to do to widen the circle of responders and truly find a cure

130 but the door is open now and we ve only just begun

131 several of the immunotherapists i interviewed compared the discovery of these first cancer immunotherapy drugs to that of penicillin

132 as a drug penicillin immediately cut infection rates cured some bacterial diseases and saved millions of lives

133 but as a scientific breakthrough it redefined the possible and opened a fertile new frontier for generations of pharmaceutical researchers

134 nearly one hundred years after the discovery of that one simple drug antibiotics are an entire class of medicines with a global impact so profound that we take it for granted

135 invisible terrors that plagued and poisoned mankind for millennia are now casually vanquished at a drive through pharmacy

136 the discoveries of how cancer tricks and hides from the immune system were immunotherapy s penicillin moment

137 the approval of the first checkpoint inhibiting drug that regularly and profoundly changed outcomes for cancer patients redefined the direction of scientific inquiry

138 that s now kicked off a gold rush in research and investment and drug development

139 seven years after the approval of that first solitary checkpoint inhibitor there are reportedly new cancer immunotherapeutic drugs being tested in the clinic by more than a half million cancer patients in clinical trials with another new drugs in the labs in preclinical phase

140 those numbers are dwarfed by the number of trials testing the synergistic effectiveness of immunotherapy combinations

141 the research is advancing so rapidly that several drug manufacturers have successive generations of drugs stacked up in the clinical trial pipeline like planes waiting for clearance at laguardia requiring new fda fast track and breakthrough designations to speed them through the approval process to cancer patients who don t have time to wait

142 major advances in cancer usually come in roughly fifty year increments cancer immunotherapy has already made a generational leap seemingly overnight

143 describing what is coming next many scientists smile and use words like tsunami and tidal wave

144 the pace of progress is rare in the history of modern medicine unprecedented in our history with cancer

145 we have an opportunity to fundamentally redefine our relationship with a disease that for too long has defined us

146 this is the story of the geniuses skeptics and true believers and most especially the patients who spent their lives and the many more who lost them helping refine and verify this hopeful new science

147 it s a journey through where we are how we got here and a glimpse of the road ahead told through some of those who experienced it firsthand and some who made it possible

148 chapter one patient jds scientific theories begin as imaginative constructions

149 they begin if you like as stories and the purpose of the critical or rectifying episode in scientific reasoning is precisely to find out whether or not these stories are stories about real life

150 peter medawar pluto s republic jeff schwartz s story begins in when researchers had discovered some of the secret handshakes cancer uses to trick our defender

155 newly invented treatments blocked that handshake and unleashed the defenses in
> our blood
156 these drugs were available in trials but not everybody knew about them
157 many cancer doctors were unaware of the new developments that might save their
> patients lives
158 others refused to accept that such a breakthrough was possible
159 that refusal denied their patients the option to try it
160 it sometimes still does
161 it s why jeff schwartz was willing to share his story
162 jeff schwartz knows he was one of the lucky ones
163 his father died from lung cancer in the go s after increasingly ugly attempts to
> beat bartz the breakthrough it the usual protocols of cut poison and burn surge
> y chemo and radiation
164 just before the spring of jeff was diagnosed with cancer too kidney stage
165 so jeff considers himself lucky or blessed or he doesn t really like to put too
> fine a point on it you know
166 it wasn t because he had some sort of influence or special knowledge or anythin
> g of the sort
167 what separated jeff from the hundreds of thousands of people who died of the sa
> me disease during the same time was that he happened to live in california and h
> appened to walk through the right door at the right time
168 that s changed the way jeff thinks about life and living
169 now he hopes his story might reach someone else so they don t have to be lucky
170 i met with jeff in his room on the forty third floor of a hotel in midtown manh
> attan
171 jeff looks a little like a more biker version of billy joel post booze and post
> christie brinkley
172 he was dressed in jeans and a blue izod shirt that hid the hard edges of the ti
> tanium cage that prevents his spine from collapsing
173 surgeons had implanted it there like he was wolverine after tumors had eaten aw
> ay his spinal architecture
174 he told me about the cage
175 he pointed out the scars
176 these were facts that was all part of the story he was telling
177 jeff schwartz had been a kid in rockaway queens who went through the public sch
> ool system and drove a cab while he earned a degree in accounting and economics
178 his first job was at the mortgage desk of lehman brothers his next an a japanes
> e bank run by harvard mbas
179 neither was a good fit
180 jeff was a music guy
181 he played guitar pretty good he says it was his secret identity the other thing
> you tell people at parties when they ask what you do
182 i m an accountant but really
183 and maybe for good measure jeff might talk about any of the hundred plus gratef
> ul dead bartz patient raro jds shows he d seen or how he d been given allman bro
> thers tickets for his bar mitzvah or show you the first two measures of john col
> trane s a love supreme tattooed around his left ankle like a musical mandala
184 nights after the trading floor closed he d head to the east village to mix boar
> ds at cbgb and the mudd club for talking heads blondie and richard hell and the
> voidoids he s especially proud of assisting in the recording of blank generation
185 maybe he wasn t cool he says but he was on the scene
186 his passion transitioned to his career because of baseball
187 he d done a favor for a guy and the guy thanked him with a pair of expensive ti
> ckets
188 jeff had been a diehard yankees fan his whole life
189 these were mets tickets great seats really wrong team
190 so jeff gave the tickets to a friend who invited another friend and long story
> short that friend made him a job offer to be a junior guy with his company a fin
> ancial firm for clients in the music business
191 jeff would come on as the young guy to help with the young talent
192 his first client was a new girl act joan jett
193 that worked out for a few years exciting times and eventually he opened his own
> shop and moved out to malibu
194
195 his wife was a record company exec they had a kid they had a lexus
196 he had an eye for talent and made percent of what he made his clients and when
> one of his acts blew up like kesha or the lumineers or imagine dragons jeff made
> good
197 but the real perk was his access
198 stopping by their live shows was the coolest counterbalance to careful spreadsh
> eets and checked math
199 he admired the musicians dug the music
200 but his value lay in the practical side
201 music is a profession though many musicians fail to realize it until it s too l
> ate
202 most acts are one hit wonders guys smoking pot in their dorm room they come up
> with a song that happens to be pretty good and then that s it jeff says
203 t tell it bartz the breakthrough my acts
204 if you don t want to be serious then you re wasting everyone s time
205 yeah you be a rock star but this is how youre going to buy your house
206 it s going to be your retirement account
207 it s how you ll probably meet your wife or your husband
208 it s more than lifestyle it s your life
209 as far as he was concerned the song you wish you wrote
210 it isn t yesterday

151 newly invented treatments blocked that handshake and unleashed the defenses in
> our blood
152 these drugs were available in trials but not everybody knew about them
153 many cancer doctors were unaware of the new developments that might save their
> patients lives
154 others refused to accept that such a breakthrough was possible
155 that refusal denied their patients the option to try it
156 it sometimes still does
157 it s why jeff schwartz was willing to share his story
158 jeff schwartz knows he was one of the lucky ones
159 his father died from lung cancer in the s after increasingly ugly attempts to
> eat it the usual protocols of cut poison and burn surgery chemo and radiation
160 just before the spring of jeff was diagnosed with cancer too kidney stage
161 so jeff considers himself lucky or blessed or he doesn t really like to put too
> fine a point on it you know
162 it wasn t because he had some sort of influence or special knowledge or anythin
> g of the sort
163 what separated jeff from the hundreds of thousands of people who died of the sa
> me disease during the same time was that he happened to live in california and h
> appened to walk through the right door at the right time
164 that s changed the way jeff thinks about life and living
165 now he hopes his story might reach someone else so they don t have to be lucky
166 i met with jeff in his room on the forty third floor of a hotel in midtown manh
> attan
167 jeff looks a little like a more biker version of billy joel post booze and post
> christie brinkley
168 he was dressed in jeans and a blue izod shirt that hid the hard edges of the ti
> tanium cage that prevents his spine from collapsing
169 surgeons had implanted it there like he was wolverine after tumors had eaten aw
> ay his spinal architecture
170 he told me about the cage
171 he pointed out the scars
172 these were facts that was all part of the story he was telling
173 jeff schwartz had been a kid in rockaway queens who went through the public sch
> ool system and drove a cab while he earned a degree in accounting and economics
174 his first job was at the mortgage desk of lehman brothers his next an a japanes
> e bank run by harvard mbas
175 neither was a good fit
176 jeff was a music guy
177 he played guitar pretty good he says it was his secret identity the other thing
> you tell people at parties when they ask what you do
178 i m an accountant but really
179 and maybe for good measure jeff might talk about any of the hundred plus gratef
> ul dead shows he d seen or how he d been given allman brothers tickets for his b
> ar mitzvah or show you the first two measures of john coltrane s a love supreme
> tattooed around his left ankle like a musical mandala
180 nights after the trading floor closed he d head to the east village to mix boar
> ds at cbgb and the mudd club for talking heads blondie and richard hell and the
> voidoids he s especially proud of assisting in the recording of blank generation
181 maybe he wasn t cool he says but he was on the scene
182 his passion transitioned to his career because of baseball
183 he d done a favor for a guy and the guy thanked him with a pair of expensive ti
> ckets
184 jeff had been a diehard yankees fan his whole life
185 these were mets tickets great seats really wrong team
186 so jeff gave the tickets to a friend who invited another friend and long story
> short that friend made him a job offer to be a junior guy with his company a fin
> ancial firm for clients in the music business
187 jeff would come on as the young guy to help with the young talent
188 his first client was a new girl act joan jett
189 that worked out for a few years exciting times and eventually he opened his own
> shop and moved out to malibu
190 his wife was a record company exec they had a kid they had a lexus
191 he had an eye for talent and made percent of what he made his clients and when
> one of his acts blew up like ke ha or the lumineers or imagine dragons jeff made
> good
192 but the real perk was his access
193 stopping by their live shows was the coolest counterbalance to careful spreadsh
> eets and checked math
194 he admired the musicians dug the music
195 but his value lay in the practical side
196 music is a profession though many musicians fail to realize it until it s too l
> ate
197 most acts are one hit wonders guys smoking pot in their dorm room they come up
> with a song that happens to be pretty good and then that s it jeff says
198 t tell it my acts
199 if you don t want to be serious then you re wasting everyone s time
200 yeah you be a rock star but this is how youre going to buy your house
201 it s going to be your retirement account
202 it s how you ll probably meet your wife or your husband
203 it s more than lifestyle it s your life
204 as far as he was concerned the song you wish you wrote

211 it s tie a yellow ribbon round the ole oak tree
212 they re both about remembering but only one made a billion in muzak covers alon e
213 jeff helped with the contracts advised on royalty deals
214 there were writing fees and pennies from records or plays on streaming media it unes pandora spotify the music world was changing fast in the early s and you ha d to watch every stream
215 the more digital the music got the more free it got and the more it served as a dvertisement for the payoff of an international tour
216 sending an act off was like christening a new trade ship after years of buildin g
217 it could make or break and jeff wanted to be there
218 and so in february he was in portland oregon watching the roadies set up for th e first night of kesha s new tour and wondering if maybe he was pushing himself too hard
219 the get sleazy tour the dollar sign in place of the s being kesha s trademark h ad packed shows scheduled across the americas europe australia and japan
220 jeff had taken kesha on when she was a kid playing club dates
221 she d blown up when rihanna had signed her to open on her world tour and now at twenty three years old she was positioned to leave port and capitalize on the z eitgeist with jeff on deck to help steer the finances
222 jeff didnt need to show up but his presence there was a personal reminder to hi s talent
223 he was looking after their investment and that investment was themselves
224 hey should do the same
225 he i bartz patient raro jds really couldn t avoid opening night no matter how h e felt
226 which was too bad because jeff was feeling like crap
227 he was always a little sick these days a little weak more than the usual mornin g stiffness and the general ache now lasted all day
228 that came with hitting fifty he knew that the way his hair had gone white and t hinned at the top
229 he d adapted wore it cut short with a white goatee
230 late nights and discomfort were part of the rock and roll soul swap same as the inevitable weight gain of late drive through meals and no exercise
231 at least there was an upside between the pain and the nausea he was losing weig ht
232 he hurt but he looked good
233 when he hit pounds he was happy to recognize his old silhouette in the hotel mi rrors
234 but the weight kept dropping and he felt something else a dread he couldnt put his finger on
235 kesha decked out in a rhinestone studded leotard and lasersshooting sunglasses d ucked into the spotlight
236 jeff felt cold
237 there was a pain in his side or his belly or his back somewhere in the middle t here
238 he wasn t feeling any better as kesha came back out in a star spangled getup an d fishnets to sing her hit fuck him he s a dj
239 jeff found a seat and watched the backup dancers and the band professional musi cians whose costumes were described as a cross between mad max and prehistoric b irds
240 it was nearly midnight when kesha finally performed a lap dance on an audience member duct taped to a chair
an extra in a giant penis costume pogoed around the couple in a choreographed n umber
242 jeff checked his watch
243 the encore was thundering
244 thank you portland oregon and good night
245 maybe jeff thought he needed to just go lie down
246 but the pain he d felt had been at a different level and it didn t go away
247 kesha s buses headed off to the next bartzo the breakthrough stop on the tour
248 jeff stayed behind and quietly drove himself to the hospital
249 a doctor looked him over
250 a phlebotomist took his blood
251 they ran the numbers brought him back in asked him to sit down
252 he remembers the doctor telling him that the first thing that stood out was his hemoglobin count
253 it was staggeringly low
254 with numbers like that his blood didnt have the means to transport oxygen to hi s muscles or his brain
255 that was probably what accounted for his exhaustion
256 but what accounted for the low hemoglobin
257 it might be cancer
258 that suspicion led jeff to the angeles clinic on la s wilshire boulevard pet sc ans the usual round of tests and on president s day weekend jeff was told
259 kidney cancer stage
260 he didnt know about stages but he did know there wasn a stage
261 he also didnt know and in the moment of shock wouldn t have cared that he was o ne of about sixty three thousand people in the united states to get a diagnosis of kidney cancer that year
262 of those a far smaller percentage would get a diagnosis for the rare and specif ic cancer jeff had
263 it was in the language of cancer specialists an especially interesting type of cancer a particularly aggressive variety called sarcomatoid renal cell carcinoma
264 the doctors tell you don t go online when you get your diagnosis jeff says

206 it s tie a yellow ribbon round the ole oak tree
207 they re both about remembering and both over a billion in muzak covers alo
208 jeff helped with the contracts advised on royalty deals
209 there were writing fees and pennies from records or plays on streaming media it unes pandora spotify the music world was changing fast in the early s and you ha d to watch every stream
210 the more digital the music got the more free it got and the more it served as a dvertisement for the payoff of an international tour
211 sending an act off was like christening a new trade ship after years of buildin g
212 it could make or break and jeff wanted to be there
213 and so in february he was in portland oregon watching the roadies set up for th e first night of ke ha s new tour and wondering if maybe he was pushing himself too hard
214 the get leazy tour the dollar sign in place of the s being ke ha s trademark ha d packed shows scheduled across the americas europe australia and japan
215 jeff had taken ke ha on when she was a kid playing club dates
216 she d blown up when rihanna had signed her to open on her world tour and now at twenty three years old she was positioned to leave port and capitalize on the z eitgeist with jeff on deck to help steer the finances
217 jeff didn t need to show up but his presence there was a personal reminder to h is talent
218 he was looking after their investment and that investment was themselves
219 they should do the same
220 he really couldn t avoid opening night no matter how he felt
221 which was too bad because jeff was feeling like crap
222 he was always a little sick these days a little weak more than the usual mornin g stiffness and the general ache now lasted all day
223 that came with hitting fifty he knew that the way his hair had gone white and t hinned at the top
224 he d adapted wore it cut short with a white goatee
225 late nights and discomfort were part of the rock and roll soul swap same as the inevitable weight gain of late drive through meals and no exercise
226 at least there was an upside between the pain and the nausea he was losing weig ht
227 he hurt but he looked good
228 when he hit pounds he was happy to recognize his old silhouette in the hotel mi rrors
229 but the weight kept dropping and he felt something else a dread he couldn t put his finger on
230 ke ha decked out in a rhinestone studded leotard and laser shooting sunglasses ducked into the spotlight
231 jeff felt cold
232 there was a pain in his side or his belly or his back somewhere in the middle t here
233 he wasn t feeling any better as ke ha came back out in a star spangled getup an d fishnets to sing her hit fuck him he s a dj
234 jeff found a seat and watched the backup dancers and the band professional musi cians whose costumes were described as a cross between mad max and prehistoric b irds
235 it was nearly midnight when ke ha finally performed a lap dance on an audience member duct taped to a chair
236 an extra in a giant penis costume pogoed around the couple in a choreographed n umber
237 jeff checked his watch
238 the encore was thundering
239 thank you portland oregon and good night
240 maybe jeff thought he needed to just go lie down
241 but the pain he d felt had been at a different level and it didn t go away
242 ke ha s buses headed off to the next stop on the tour
243 jeff stayed behind and quietly drove himself to the hospital
244 a doctor looked him over
245 a phlebotomist took his blood
246 they ran the numbers brought him back in asked him to sit down
247 he remembers the doctor telling him that the first thing that stood out was his hemoglobin count
248 it was staggeringly low
249 with numbers like that his blood didn t have the means to transport oxygen to h is muscles or his brain
250 that was probably what accounted for his exhaustion
251 but what accounted for the low hemoglobin
252 it might be cancer
253 that suspicion led jeff to the angeles clinic on la s wilshire boulevard pet sc ans the usual round of tests and on president s day weekend jeff was told
254 kidney cancer stage
255 he didn t know about stages but he did know there wasn t a stage
256 he also didn t know and in the moment of shock wouldn t have cared that he was one of about sixty three thousand people in the united states to get a diagnosis of kidney cancer that year
257 of those a far smaller percentage would get a diagnosis for the rare and specif ic cancer jeff had
258 it was in the language of cancer specialists an especially interesting type of cancer a particularly aggressive variety called sarcomatoid renal cell carcinoma
258 the doctors tell you don t go online when you get your diagnosis jeff says

265 there s no good that can come from interpreting up that can come from not having everything put up on the internet t
> interpret your fate
266 but of course that s exactly what you do
267 he got as far as his car
268 he took out his phone and looked
269 the numbers at first looked not bad really
270 the five year survival numbers the standard numbers given for cancer at that po
> int were nearly percent
271 that s a passing grade a majority jeff remembers thinking
272 **bartzo patient raro jds** but then reading further he saw that the good number de
> pended on other factors
273 the most important was how early you caught the disease
274 the kidneys sit in the lower back two filtering masses about the size of fists
> on either side of the spine right about where you might hold someone to slow dan
> ce at a junior high prom
275 they re complex filters composed of millions of tiny capsule shaped glomerular
> filters that sort out what the body needs **from** what it must discard
276 but like a demolition worker clearing out asbestos from a condemned building th
> ose glomeruli are heavily exposed to all the concentrated toxins that come throu
> gh the body
277 they are more likely to undergo dna mutation as a result of that exposure just
> as exposed skin catches more uv radiation and is more subject to the mutations t
> hat facilitate melanoma
278 the survival rates jeff was looking at were when you caught it early when it wa
> s just in the kidney and the tumor was no larger than seven centimeters
279 the united states doesn t like metric measures so it tends to translate them to
> nuts and fruits and sometimes eggs and vegetables to describe tumor size
280 for a five centimeter stage tumor the american cancer society site uses a lime
281 stage is a lemon or a small orange still localized as a mass within the kidney
282 stage means the tumor has started to spread within the kidney
283 the growing spreading cancer a peanut a walnut or an orange if it s stage is st
> ill contained within the kidney area so it can be more readily targeted by conve
> ntional cancer therapies specifically surgery and radiation
284 since most of us have two kidneys and can survive on one healthy functioning on
> e cutting out one whole kidney what they call a radical surgery is a common appr
> oach
285 **but jeff s diagnosis id tet bartz the breakthrough was stage**
286 that meant the tumors had entered the bloodstream and moved elsewhere and possi
> bly everywhere
287 no matter where those mutated renal cells moved they could fill the lung lodge
> in and take over the liver they would always be called renal cancer
288 this naming system as anachronistic as describing tumors in terms of fruits cha
> nged because of cancer immunotherapy in itself a breakthrough
289 and so when those mutated renal cells started colonizing his spine je**tt** s cance
> r was kidney cancer stage
290 and on the tiny screen of his flip phone stage kidney cancer looked really bad
291 the five year survival rate hung at a guttering
292 percent and it had been about
293 percent since the s
294 the last new scientific advance for treating kidney cancer had been made thirty
> years ago
295 there isn t any way to put a positive spin on that
296 you just close your phone sit in your car and wait until youre calm enough to d
> rive
297 there really isn t a good time to get a diagnosis like that jeff knew
298 jeff was busy but everyone is too busy for this sort of thing and once he went
> through the usual reactions he realized that too
299 but hey come on
300 he was rea**l**y busy
301 his business was booming his acts needed him and he now had two little kids one
> three years old the other just a year
302 he wasn t going to stop working he wouldn t make a big thing of it
303 he told only those clients who really needed to know who d need to make profess
> ional decisions
304 he told ke**s**ha he was sick didn t say how sick
305 that seemed ok
306 mostly he decided to just keep moving forward
307 next jeff was referred to the larger affiliate hospital the mothership to see t
> heir kidney specialist
308 maybe it was jeft s mood but this doctor he decided was a fucking prick
309 let s call him dr
310 k
311 **fle** had looked at the numbers
312 **bartz patient raro jds** stage kidney cancer was pretty much a death sentence esp
> ecially in this rare agressive form but there was always a chance
313 dr
314 k started jeff on a drug called sutent
315 as the label promised sutent gave jeff the usual symptoms of extreme nausea lac
> k of appetite and daily dry heaves
316 meanwhile his pet scans had come back
317 the cancer in his right kidney was now working its way up his spinal column tum
> ors leap**f**rogging each other like kids grabbing a bat handle for dibs
318 they scheduled surgery to look at that and when the surgeons opened him up they
> found that the tumors had eaten into the bone
319 fists of dense tissue fissured the central supporting column of his body and ne
> rvous system and knuckled perilously into the wiring of his spinal cord

Right column:

260 there s no good that can come from not having everything put up on the internet t
> interpret your fate
261 but of course that s exactly what you do
262 he got as far as his car
263 he took out his phone and looked
264 the numbers at first looked not bad really
265 the five year survival numbers the standard numbers given for cancer at that po
> int were nearly percent
266 that s a passing grade a majority jeff remembers thinking
267 but then reading further he saw that the good number depended on other factors
268 the most important was how early you caught the disease
269 the kidneys sit in the lower back two filtering masses about the size of fists
> on either side of the spine right about where you might hold someone to slow dan
> ce at a junior high prom
270 they re complex filters composed of millions of tiny capsule shaped glomerular
> filters that sort out what the body needs **from** what it must discard
271 but like a demolition worker clearing out asbestos from a condemned building th
> ose glomeruli are heavily exposed to all the concentrated toxins that come throu
> gh the body
272 they are more likely to undergo dna mutation as a result of that exposure just
> as exposed skin catches more uv radiation and is more subject to the mutations t
> hat facilitate melanoma
273 the survival rates jeff was looking at were when you caught it early when it wa
> s just in the kidney and the tumor was no larger than seven centimeters
274 the united states doesn t like metric measures so it tends to translate them to
> nuts and fruits and sometimes eggs and vegetables to describe tumor size
275 for a five centimeter stage tumor the american cancer society site uses a lime
276 stage is a lemon or a small orange still localized as a mass within the kidney
277 stage means the tumor has started to spread within the kidney
278 the growing spreading cancer a peanut a walnut or an orange if it s stage is st
> ill contained within the kidney area so it can be more readily targeted by conve
> ntional cancer therapies specifically surgery and radiation
279 since most of us have two kidneys and can survive on one healthy functioning on
> e cutting out one whole kidney what they call a radical surgery is a common appr
> oach
280 **but jeff s diagnosis was stage**
281 that meant the tumors had entered the bloodstream and moved elsewhere and possi
> bly everywhere
282 no matter where those mutated renal cells moved they could fill the lung lodge
> in and take over the liver they would always be called renal cancer
283 this naming system as anachronistic as describing tumors in terms of fruits cha
> nged because of cancer immunotherapy in itself a breakthrough
284 and so when those mutated renal cells started colonizing his spine je**ff** s cance
> r was kidney cancer stage
285 and on the tiny screen of his flip phone stage kidney cancer looked really bad
286 the five year survival rate hung at a guttering
287 percent and it had been about
288 percent since the s
289 the last new scientific advance for treating kidney cancer had been made thirty
> years ago
290 there isn t any way to put a positive spin on that
291 you just close your phone sit in your car and wait until you re calm enough to
> drive
292 there really isn t a good time to get a diagnosis like that jeff knew
293 jeff was busy but everyone is too busy for this sort of thing and once he went
> through the usual reactions he realized that too
294 but hey come on
295 he was really busy
296 his business was booming his acts needed him and he now had two little kids one
> three years old the other just a year
297 he wasn t going to stop working he wouldn t make a big thing of it
298 he told only those clients who really needed to know who d need to make profess
> ional decisions
299 he told ke**ha** he was sick didn t say how sick
300 that seemed ok
301 mostly he decided to just keep moving forward
302 next jeff was referred to the larger affiliate hospital the mothership to see t
> heir kidney specialist
303 maybe it was jeff s mood but this doctor he decided was a fucking prick
304 let s call him dr
305 k
306 **he** had looked at the numbers
307 stage kidney cancer was pretty much a death sentence especially in this rare ag
> ressive form but there was always a chance
308 dr
309 k started jeff on a drug called sutent
310 as the label promised sutent gave jeff the usual symptoms of extreme nausea lac
> k of appetite and daily dry heaves
311 meanwhile his pet scans had come back
312 the cancer in his right kidney was now working its way up his spinal column tum
> ors leap**f**rogging each other like kids grabbing a bat handle for dibs
313 they scheduled surgery to look at that and when the surgeons opened him up they
> found that the tumors had eaten into the bone
314 fists of dense tissue fissured the central supporting column of his body and ne
> rvous system and knuckled perilously into the wiring of his spinal cord

| # | Left column | # | Right column |
|---|---|---|---|
| 320 | the structure was brittle and weak from the disease and the if he had a bout of progressive disease soon the tumors would either engulf and seize his spinal nerves or his increasingly fragile vertebrae would fall under his weight like the collapsing world trade center towers or maybe both | 315 | the structure was brittle and weak from the disease and the if he had a bout of progressive disease soon the tumors would either engulf and seize his spinal nerves or his increasingly fragile vertebrae would fall under his weight like the collapsing world trade center towers or maybe both |
| 321 | it was moving fast and either scenario would leave jeff a quadriplegic at best | 315 | it was moving fast and either scenario would leave jeff a quadriplegic at best |
| 322 | they needed to immediately secure the structure | 316 | they needed to immediately secure the structure |
| 323 | the cancer was inscrutable incurable and complicated but this was concrete physical work that a surgeon could do with a knife | 317 | the cancer was inscrutable incurable and complicated but this was concrete physical work that a surgeon could do with a knife |
| 324 | chunks of his spine needed to be cut out and titanium rods screwed in their place | 318 | chunks of his spine needed to be cut out and titanium rods screwed in their place |
| 325 | it would give jeff a frankenstein posture and he would have to live with a constant hum of background pain from the raw nerves compressed by his collapsing vertebrae permanently pinned to the titanium infrastructure like guitar strings against a fret board but at least it kept him from being paralyzed | 319 | it would give jeff a frankenstein posture and he would have to live with a constant hum of background pain from the raw nerves compressed by his collapsing vertebrae permanently pinned to the titanium infrastructure like guitar strings against a fret board but at least it kept him from being paralyzed |
| 326 | it was the deal to make | 320 | it was the deal to make |
| 327 | a month later they operated again and finally took out the diseased kidney | 321 | a month later they operated again and finally took out the diseased kidney |
| 328 | bartzo the breakthrough it was hard the surgeries and the pain were extreme but i never stopped working jeff said | 322 | it was hard the surgeries and the pain were extreme but i never stopped working jeff said |
| 329 | i tried to hide it from everyone | 323 | i tried to hide it from everyone |
| 330 | he still got up in the morning showered and shaved and dressed cinched his belt tight to keep his pants from falling off his hip bones got in his lexus and headed toward the freeway as he d always done | 324 | he still got up in the morning showered and shaved and dressed cinched his belt tight to keep his pants from falling off his hip bones got in his lexus and headed toward the freeway as he d always done |
| 331 | going to work | 325 | going to work |
| 332 | but i never went to the office | 326 | but i never went to the office |
| 333 | instead he d pull off somewhere south of malibu go through the mcdonald s drive through to get an ego mcmuthn and force it down before he even pulled back out to the road | 327 | instead he d pull off somewhere south of malibu go through the mcdonald s drive through to get an egg mcmuffin and force it down before he even pulled back out to the road |
| 334 | then he d drive up and down the pacific highway taking calls on his car phone | 328 | then he d drive up and down the pacific highway taking calls on his car phone |
| 335 | every once in a while i d pull over put the phone on mute throw up out the window and get back to the call he said | 329 | every once in a while i d pull over put the phone on mute throw up out the window and get back to the call he said |
| 336 | the mcmuffins helped they were soft and much better than the dry heaves | 330 | the mcmuffins helped they were soft and much better than the dry heaves |
| 337 | he had two doctors | 331 | he had two doctors |
| 338 | dr | 332 | dr |
| 339 | k his kidney specialist and the surgeon dr | 333 | k his kidney specialist and the surgeon dr |
| 340 | z | 334 | z |
| 341 | jeft saw dr | 335 | jeff saw dr |
| 342 | k for the sutent and met with his surgeon a few weeks later for the follow up | 336 | k for the sutent and met with his surgeon a few weeks later for the follow up |
| 343 | both doctors had seen the same scans but gave him different messages | 337 | both doctors had seen the same scans but gave him different messages |
| 344 | ihe surgeon told me not to bother with the chemo anymore jeff says | 338 | the surgeon told me not to bother with the chemo anymore jeff says |
| 345 | he thought i should just give up trying to beat this thing and try and enjoy the little time i had left without the side effects | 339 | he thought i should just give up trying to beat this thing and try and enjoy the little time i had left without the side effects |
| 346 | dr | 340 | dr |
| 347 | k was upset that the surgeon was telling his patient to ignore his prescribed treatment | 341 | k was upset that the surgeon was telling his patient to ignore his prescribed treatment |
| 348 | as far as jeff was concerned it wasn that dr | 342 | as far as jeff was concerned it wasn t that dr |
| 349 | k disagreed with the surgeon s prognosis he too thought jeff was going to die | 343 | k disagreed with the surgeon s prognosis he too thought jeff was going to die |
| 350 | it was that the doctor was getting paid for every chemo treatment jeff underwent and dr | 344 | it was that the doctor was getting paid for every chemo treatment jeff underwent and dr |
| 351 | k wanted to keep collecting the fee for the treatments as long as jeff was alive enough to take them | 345 | k wanted to keep collecting the fee for the treatments as long as jeff was alive enough to take them |
| 352 | finally in september dr | 346 | finally in september dr |
| 353 | k gave him a final prognosis | 347 | k gave him a final prognosis |
| 354 | he bartzo patient raro jds told me that i was going to have six months tops jeff said | 348 | he told me that i was going to have six months tops jeff said |
| 355 | in retrospect it s surprising he was given that long | 349 | in retrospect it s surprising he was given that long |
| 356 | jeft s weight had dropped to pounds and increasingly more and more of that was a tumor | 350 | jeff s weight had dropped to pounds and increasingly more and more of that was a tumor |
| 357 | the guy told me to go get my financial affairs in order jeff says | 351 | the guy told me to go get my financial affairs in order jeff says |
| 358 | he was awful no bedside manner no compassion | 352 | he was awful no bedside manner no compassion |
| 359 | the way jeff read it they were done with me | 353 | the way jeff read it they were done with me |
| 360 | they d given up | 354 | they d given up |
| 361 | jeff believes it was a matter of the doctors at the hospital having nothing left to bill for that was how he saw it | 355 | jeff believes it was a matter of the doctors at the hospital having nothing left to bill for that was how he saw it |
| 362 | maybe that s just how he thinks as a manager and accountant maybe it s more than that | 356 | maybe that s just how he thinks as a manager and accountant maybe it s more than that |
| 363 | doctors are just people | 357 | doctors are just people |
| 364 | while the best of them are very good at aspects of their jobs and some of them are good at several aspects it s rare to find one who can act as both an expert physician for a patient s physical body and a philosopher priest for a human mind contemplating its own death | 358 | while the best of them are very good at aspects of their jobs and some of them are good at several aspects it s rare to find one who can act as both an expert physician for a patient s physical body and a philosopher priest for a human mind contemplating its own death |
| 365 | there are also the desperate thoughts of a desperately ill man raging against the tyranny of mortality as presented by a series of guys in white coats | 359 | there are also the desperate thoughts of a desperately ill man raging against the tyranny of mortality as presented by a series of guys in white coats |
| 366 | it s a tough go however you look at it | 360 | it s a tough go however you look at it |
| 367 | bad news isn t easy on anyone | 361 | bad news isn t easy on anyone |
| 368 | either way the medical professionals the ones who knew more about what was laying waste to his body than jeff himself could comprehend had nothing more to offer | 362 | either way the medical professionals the ones who knew more about what was laying waste to his body than jeff himself could comprehend had nothing more to offer |
| 369 | they saw no option but to give up | 363 | they saw no option but to give up |
| 370 | | | |
| 371 | his referring physician at the angeles clinic dr | 365 | his referring physician at the angeles clinic dr |
| 372 | peter boasberg had another idea | 366 | peter boasberg had another idea |
| 373 | there was a clinical study | 367 | there was a clinical study |
| 374 | maybe possibly he could get jeff on this study | 368 | maybe possibly he could get jeff on this study |
| 375 | maybe sounded pretty good at that point | 369 | maybe sounded pretty good at that point |
| 376 | the drug being tested didnt attack the tumors rather it attacked the tumors ability to shut down the natural ig bartz the breakthrough immune response against them | 370 | the drug being tested didn t attack the tumors rather it attacked the tumors ability to shut down the natural immune response against them |

377 it was called a checkpoint inhibitor
378 already there was a theory among researchers working with this drug that it was most effective in generating a strong immune response against tumors that had a high degree of mutation
379 that might include kidney cancer cancer like jeff s
380 all decisions about the study parameters fell to dr
381 dan chen md phd an oncologist immunologist who was also the cancer immunotherapy development team leader at genentech the company that made the experimental drug
382 patients that might qualify for the study were presented to him in blind applications each reduced to a code name of letters and numbers and the specifics of their medical history
383 jeff schwartz was now patient applicant jds
384 originally the drug study had been designed to look at the drug s effectiveness against solid tumors
385 it had been expanded to include melanoma bladder kidney and several others
386 did jeff qualify for such a study
387 on paper the answer wasn t obvious
388 if chen was looking for reasons to exclude someone he could definitely find justification to rule out patient ror jds but that didn t make it the right decision
389 the study qualifications were advertised in terms of what types of cancers qualified
390 that description did not specifically mention the rare form of kidney cancer on patient roroo j ds s paperwork but it was kidney cancer and chen strongly suspected ted that roroo jd s rare cancer had many similarities to the cancers they believed would be responsive to their immunotherapy candidate a new checkpoint inhibitor
391 on the negative side this rare and aggressive cancer was now rooted deep in the bone which the immune system has a difficult bartz patient raro jds time infiltrating but this patient fit the profile and chen suspected might benefit from the experimental drug
392 if it was already approved and readily available dr
393 chen would have put him right on it and hope it helped as nothing else had
394 but in zor
395 this immunotherapy was not yet an option in an oncologist s toolbox
396 the only way for a cancer patient to access this drug was through the experimental trial
397 which made patient roro o jds an especially tough call
398 chen knew the usual course of a stage kidney cancer prognosis
399 as a physician and a compassionate human being he wanted to say look if roroo jdss disease qualified he was in
400 but as a scientist and department leader in charge of a massive phase study there was a problem
401 based on the paperwork patient jds was probably too unhealthy for a physically rigorous trial he might jeopardize the whole study
402 there was no computer algorithm no chart or slide rule for making this decision chen had to balance out the factors and weigh them with his head and his gut
403 jeff didn t know how to play the odds on this one how hard he should hope or how he should proceed with the next phase of his life
404 on the one hand there was no guarantee he would be able to start the new experimental drug trial for the immunotherapy and he should prepare for that
405 but on the other if he did beat the odds and get a green light he d need to be available to accept on the spot
406 to do that he couldn t be on any other cancer treatment
407 hat meant he d have to stop the chemotherapy and wait
408 the chemo had been making him feel terrible and it hadn t stopped his tumors from growing but it was the only treatment offered
409 there was bartz the breakthrough as no telling how quickly his cancer would progress if he wasn t actively poisoning it with the chemicals
410 it was possible that the chemo was slowing down his decline and buying him a few extra precious days or weeks with his family
411 quitting that possibility on the slim chance that he migh start something else something experimental that might work and might not that was a perilous trade off
412 it felt like holding your breath to avoid breathing in poison
413 years later dan chen still remembers everything about patient jd his profile as a potential study participant his response even his coded patient identity number straight off the top of his head
414 as a scientist testing his first immunotherapy drug chen wouldn t quickly forget his first responder
415 roo oo jds turned out to be as chen says a special special case
416 part of what made him special was the fact that even knowing how it turned out one could s i make the case that even a patient jds shouldn t have been allowed onto any kind of medical study at all
417 my initial reaction upon seeing him it was all just on paper at that point but it was are you kidding me
418 why are you sending me patients like this
419 the study dan was running was a phase meaning the first in humans and his team had something of a fire under their ass to make this thing go
420 they d started late in the immunotherapy game despite the number of cancer immunologists who were then like secret sleeper cells within genentech and when they d convinced the larger company to change the course of their research and allow them to head into this unproven direction bartz patient raro jds for their drug development they were already years back building a new drug program from scratch

372 already there was a theory among researchers working with this drug that it was most effective in generating a strong immune response against tumors that had a high degree of mutation
373 that might include kidney cancer cancer like jeff s
374 all decisions about the study parameters fell to dr
375 dan chen md phd an oncologist immunologist who was also the cancer immunotherapy development team leader at genentech the company that made the experimental drug
376 patients that might qualify for the study were presented to him in blind applications each reduced to a code name of letters and numbers and the specifics of their medical history
377 jeff schwartz was now patient applicant jds
378 originally the drug study had been designed to look at the drug s effectiveness against solid tumors
379 it had been expanded to include melanoma bladder kidney and several others
380 did jeff qualify for such a study
381 on paper the answer wasn t obvious
382 if chen was looking for reasons to exclude someone he could definitely find justification to rule out patient jds but that didn t make it the right decision
383 the study qualifications were advertised in terms of what types of cancers qualified
384 that description did not specifically mention the rare form of kidney cancer on patient jds s paperwork but it was kidney cancer and chen strongly suspected that jds s rare cancer had many similarities to the cancers they believed would be responsive to their immunotherapy candidate a new checkpoint inhibitor
385 on the negative side this rare and aggressive cancer was now rooted deep in the bone which the immune system has a difficult time infiltrating but this patient fit the profile and chen suspected might benefit from the experimental drug
386 if it was already approved and readily available dr
387 chen would have put him right on it and hope it helped as nothing else had
388 but in this immunotherapy was not yet an option in an oncologist s toolbox
389 the only way for a cancer patient to access this drug was through the experimental trial
390 which made patient jds an especially tough call
391 chen knew the usual course of a stage kidney cancer prognosis
392 as a physician and a compassionate human being he wanted to say look if jds s disease qualified he was in
393 but as a scientist and department leader in charge of a massive phase study there was a problem
394 based on the paperwork patient jds was probably too unhealthy for a physically rigorous trial he might jeopardize the whole study
395 there was no computer algorithm no chart or slide rule for making this decision chen had to balance out the factors and weigh them with his head and his gut
396 jeff didn t know how to play the odds on this one how hard he should hope or how he should proceed with the next phase of his life
397 on the one hand there was no guarantee he would be able to start the new experimental drug trial for the immunotherapy and he should prepare for that
398 but on the other if he did beat the odds and get a green light he d need to be available to accept on the spot
399 to do that he couldn t be on any other cancer treatment
400 that meant he d have to stop the chemotherapy and wait
401 the chemo had been making him feel terrible and it hadn t stopped his tumors from growing but it was the only treatment offered
402 there was no telling how quickly his cancer would progress if he wasn t actively poisoning it with the chemicals
403 it was possible that the chemo was slowing down his decline and buying him a few extra precious days or weeks with his family
404 quitting that possibility on the slim chance that he might start something else something experimental that might work and might not that was a perilous trade off
405 it felt like holding your breath to avoid breathing in poison
406 years later dan chen still remembers everything about patient jds his profile as a potential study participant his response even his coded patient identity number straight off the top of his head
407 as a scientist testing his first immunotherapy drug chen wouldn t quickly forget his first responder
408 jds turned out to be as chen says a special special case
409 part of what made him special was the fact that even knowing how it turned out one could still make the case that a patient jds shouldn t have been allowed onto any kind of medical study at all
410 my initial reaction upon seeing him it was all just on paper at that point but it was are you kidding me
411 why are you sending me patients like this
412 the study dan was running was a phase meaning the first in humans and his team had something of a fire under their ass to make this thing go
413 they d started late in the immunotherapy game despite the number of cancer immunologists who were then like secret sleeper cells within genentech and when they d convinced the larger company to change the course of their research and allow them to head into this unproven direction for their drug development they were already years back building a new drug program from scratch

422 before he d joined genentech a well known cancer immunotherapy bo
    >th in his lab at stanford and with his patients at the stanford university cance
    >r center
423 those early approaches hadnt worked against cancer
424 but despite the failures of the various vaccines they had tried and the uneven
    > and sometimes disturbing effects of giving patients doses of strong immune stimu
    >lants like interleukin and interferon the researchers had seen glimmers of hope
425 chen and other cancer immunology believers had seen them in their rare but rea
    >l positive responders and in those reported by a handful of other labs around the
    > world
426 most oncologists most scientists dismissed cancer immunology as a dead end peop
    >led by quacks and true believers who confused hope for good science
427 but chen believed as the handful of others who were still in the immunotherapy
    > field believed that there was something more to these positive responses than mi
    >sinterpreted anecdotes
428 this drug study might help prove that
429 was patient jds going to help the study
430 chen wasn t so sure
432 the disease was in bad places including the bones which is harder for cancer im
    >munotherapies to treat chen remembers
433 worse his performance status was horrible
434 performance status means
435 what s your day look like
436 are you up and about
437 or are you unable to get out of bed because youre puking all day and cant eat
438 chen and other oncologists used performance status to predict how a patient was
    > going to see appendix b for more information
439 bartzo the breakthrough fare whether in a clinical trial or with a traditional
    > cancer therapy
440 it s a more rigorous variation of
441 how you doing
442 and roroo jds wasn t doing well
443 if you can t get out of bed if you can t move your outcomes are generally horri
    >ble chen says
444 sometimes you have patients that are declining like this he puts his hand out t
    >ilted like a graph nosediving
445 you generally can t reverse those patients
446 o putting people who are on a downward course on your trial is not a great way
    >to figure out if your drug is safe
447 and that was the point of this phase trial to gauge the safety of a potential n
    >ew drug by testing it in low doses
448 if it failed here it failed
449 if that test was going to mean anything it needed to be the truest possible ref
    >lection of the safety of the drug
450 from this perspective patient jds wasn t exactly who you were dreaming of
451 patients who were too weak and sick would fail the test no matter what you gave
    > them and that failure would be ascribed to the drug not to the patient
452 it wasn t just jeff who would suffer it was the entire study and by extension an
    > entire generation of patients
453 if the how you doing
454 test was somewhat subjective the main criteria of entering the study were stand
    >ardized and empirical
455 we had a laboratory value that you had to meet chen explains
456 these values had been provided to all the primary investigators who would be ru
    >nning the study their patients needed to meet or exceed those values in order to
    > even be considered
457 j jds s lab values were bad
458 his albumin his white blood cell count was not good
459 those values were a particularly negative indicator for a potential immunothera
    >py drug study candidate
460 first of all you need to have the t cells
461 you need to have the t cells
462 we didnt know much about the bart z patient raro jds drug at that point in time
    > but if you don t have the t cells in the first place then why would we be tryin
    >g to give you a drug that s going to react with the t cells
463 that was the most important number in the trial and jeff was below that number
    > value
464 there was no way
465 two months off the chemo jeff was sicker than ever too sick to meet the eligibi
    >lity requirements for the angeles clinic study thus began a back and forth with
    > jeff s doctors chen s primary investigators on the study in the middle
466 they had protocols jeff
467 my hemoglobin had to be at a certain level
468 they drew my blood i said draw it again
469 maybe jeff s levels were fluctuating so they d try drawing it at different time
    >s of the day he says
470 i was eating broccoli like crazy every day just trying to get the numbers up
471 t know they were really trying anything they could chen says
472 there had also been an old observation that showed that rubbing the earlobes pu
    >shed white cells a real phenomenon studied at johns hopkins called something
    > like earlobe lymphocytosis
473 so they tried rubbing his earlobes
474 jeff rubbed them at night or in the car rubbed them right before they drew bloo
    >d

Right column:

416 before he d joined genentech a well known cancer immunotherapy bo
    >th in his lab at stanford and with his patients at the stanford university cance
    >r center
416 those early approaches hadn t worked against cancer
417 but despite the failures of the various vaccines they had tried and the uneven
    > and sometimes disturbing effects of giving patients doses of strong immune stimu
    >lants like interleukin and interferon the researchers had seen glimmers of hope
418 chen and other cancer immunology believers had seen them in their rare but real
    > positive responders and in those reported by a handful of other labs around the
    > world
419 most oncologists most scientists dismissed cancer immunology as a dead end peop
    >led by quacks and true believers who confused hope for good science
420 but chen believed as the handful of others who were still in the immunotherapy
    > field believed that there was something more to these positive responses than mi
    >sinterpreted anecdotes
421 this drug study might help prove that
422 was patient jds going to help the study
423 chen wasn t so sure
425 the disease was in bad places including the bones which is harder for cancer im
    >munotherapies to treat chen remembers
426 worse his performance status was horrible
427 performance status means
428 what s your day look like
429 are you up and about
430 or are you unable to get out of bed because you re puking all day and can t eat
431 chen and other oncologists used performance status to predict how a patient was
    > going to fare whether in a clinical trial or with a traditional cancer therapy
432 it s a more rigorous variation of
433 how you doing
434 and jds wasn t doing well
435 if you can t get out of bed if you can t move your outcomes are generally horri
    >ble chen says
436 sometimes you have patients that are declining like this he puts his hand out t
    >ilted like a graph nosediving
437 you generally can t reverse those patients
438 so putting people who are on a downward course on your trial is not a great way
    > to figure out if your drug is safe
439 and that was the point of this phase trial to gauge the safety of a potential n
    >ew drug by testing it in low doses
440 if it failed here it failed
441 if that test was going to mean anything it needed to be the truest possible ref
    >lection of the safety of the drug
442 from this perspective patient jds wasn t exactly who you were dreaming of
443 patients who were too weak and sick would fail the test no matter what you gave
    > them and that failure would be ascribed to the drug not to the patient
444 it wasn t just jeff who would suffer it was the entire study and by extension a
    > entire generation of patients
445 if the how you doing
446 test was somewhat subjective the main criteria of entering the study were stand
    >ardized and empirical
447 we had a laboratory value that you had to meet chen explains
448 these values had been provided to all the primary investigators who would be ru
    >nning the study their patients needed to meet or exceed those values in order to
    > even be considered
449 jds s lab values were bad
450 his albumin his white blood cell count was not good
451 those values were a particularly negative indicator for a potential immunothera
    >py drug study candidate
452 first of all you need to have the white blood cells chen says
453 you need to have the t cells
454 we didn t know much about the drug at that point in time but if you don t have
    >the t cells in the first place then why would we be trying to give you a drug th
    >at s going to react with the t cells
455 that was the most important number in the trial and jeff was below that number
    > value
456 there was no way
457 two months off the chemo jeff was sicker than ever too sick to meet the eligibi
    >lity requirements for the angeles clinic study
458 thus began a back and forth with jeff s doctors chen s primary investigators on
    > the study in the middle
459 they had protocols jeff says
460 my hemoglobin had to be at a certain level
461 they drew my blood i said draw it again
462 maybe jeff s levels were fluctuating so they d try drawing it at different time
    >s of the day he says
463 i was eating broccoli like crazy every day just trying to get the numbers up
464 i know they were really trying anything they could chen says
465 there had also been an old observation that showed that rubbing the earlobes pu
    >shed white cells a real phenomenon studied at johns hopkins called something
    > like earlobe lymphocytosis
466 so they tried rubbing his earlobes
467 jeff rubbed them at night or in the car rubbed them right before they drew bloo
    >d

475 that didn t get his number
476 in november jeff s oncologist at angeles dr
477 boasberg had to break the news
478 he wasn t going to qualify for the study
479 and i knew that was a death sentence jeff said
480 he wasn t ready to give up but he couldn t simply will his immune system into health
481 they offered to put me on a different drug trial he said
482 it wasn t an immunotherapy and jett had already gone the chemo route
483 it hadn t worked and it made him feel like shit and he maybe only had a few months anyway
484 was he really willing to feel like that again
485 bartz the breakthrough absolutely if there was a chance it would help him that was his attitude
486 he hadn t tried this particular drug so at least he could try to think of this as plan b
487 but maybe jeff worried it wasn t really a plan at all it was simply something to do the medical equivalent of busywork for the doomed
488 you try to put a good face on it to go along be a good patient to not look at the couldas and wouldas
489 cancer is full of those lung cancer clinics filled with smokers who quit and the important thing to jeff was to keep moving forward
490 but it was tough not to see that two roads were diverging here not to recognize that plan b was the wrong fork
491 the thing that his doctor wanted for him the thing he thought possibly help him jeff couldn t get
492 this other study was clearly an afterthought but maybe busywork was what he needed
493 maybe it would help him
494 definitely jeff wasn t seeing any other choice that didn t amount to giving up and making peace with his fate
495 the only problem was jeff wasn t feeling peaceful
496 he kept glancing over his shoulder at the other path
497 now it was jeff who had the tough decision
498 starting the study on offer meant giving up on some miraculous possibility of entering the checkpoint inhibitor study but this bus was leaving too
499 if he waited he d be left at the crossroads stuck with nothing
500 and nothing he d already been told meant entering hospice
501 meanwhile at genentech s san francisco campus dan chen had a problem
502 a number of them really
503 one was a problem every oncologist had the burden of the job
504 cancer treatment is generally not a good news field
505 to be a good doctor and researcher you had to accept the fact of mortality and the terrible outcomes from bartz patient raro jds the disease even while working actively often fruitlessly against them every day
506 part of what he had to accept regarded the fate of potential patient roroo jds
507 he looked bad on paper but he d been wavering near the line long enough that even behind the coded identity his case had become personal
508 dan hoped for a good outcome for this guy he knew it was a man at this point but he also hoped for good outcomes for his drug and for cancer patients in general
509 and now were coming up on the christmas holiday and everything is going to shut down chen says
510 there would be a break at the company short breaks maybe for some physicians and the patients themselves might choose to go see far flung friends and family some of them for the last time
511 it s what happens
512 hat meant that the race to get this drug developed tested and to patients and the marketplace was about to suffer a major delay
513 so i had to face the fact that if we don t fill out this cohort before the holiday we delay this whole trial chen says
514 and that would have a ripple effect and potentially serious consequences
515 the other patients couldn t start until the cohort was filled
516 and no patients could get the drug or have reason to believe it was worth getting until the drug passed through clinical trials and best case expedited fda approval
517 that one empty spot in his cohort had become a stop sign
518 if patient jd was ever going to be considered it was now or never jeff schwartz was scheduled to begin the plan b clinical drug study on december
519 he remembers the morning the car the highway
520 k j bartzo the breakthrough the drive to the wilshire boulevard clinic was like a gallows march dead man driving
521 the windows of his lexus were shut tight against the los angeles air his heater was cranked up to eighty degrees just to keep him from shivering too hard to drive
522 t didn t tell anybody but that was awful jett says
523 i d sorta resigned myself to it
524 i was going to keep fighting but
525
526
527 jeff stops
528 he hadnt thought further that day either at least not about himself because as far as he was concerned he was done
529 the rest was about fiduciary responsibility

468 that didn t get his number angeles dr another
469 in november jeff s oncologist at angeles dr
470 boasberg had to break the news
471 he wasn t going to qualify for the study
472 and i knew that was a death sentence jeff said
473 he wasn t ready to give up but he couldn t simply will his immune system into health
474 they offered to put me on a different drug trial he said
475 it wasn t an immunotherapy and jeff had already gone the chemo route
476 it hadn t worked and it made him feel like shit and he maybe only had a few months anyway
477 was he really willing to feel like that again
478 absolutely if there was a chance it would help him that was his attitude
479 he hadn t tried this particular drug so at least he could try to think of this as plan b
480 but maybe jeff worried it wasn t really a plan at all it was simply something to do the medical equivalent of busywork for the doomed
481 you try to put a good face on it to go along be a good patient to not look at the couldas and wouldas
482 cancer is full of those lung cancer clinics filled with smokers who quit and the important thing to jeff was to keep moving forward
483 but it was tough not to see that two roads were diverging here not to recognize that plan b was the wrong fork
484 the thing that his doctor wanted for him the thing he thought might possibly help him jeff couldn t get
485 this other study was clearly an afterthought but maybe busywork was what he needed
486 maybe it would help him
487 definitely jeff wasn t seeing any other choice that didn t amount to giving up and making peace with his fate
488 the only problem was jeff wasn t feeling peaceful
489 he kept glancing over his shoulder at the other path
490 now it was jeff who had the tough decision
491 starting the study on offer meant giving up on some miraculous possibility of entering the checkpoint inhibitor study but this bus was leaving too
492 if he waited he d be left at the crossroads stuck with nothing
493 and nothing he d already been told meant entering hospice
494 meanwhile at genentech s san francisco campus dan chen had a problem
495 a number of them really
496 one was a problem every oncologist had the burden of the job
497 cancer treatment is generally not a good news field
498 to be a good doctor and researcher you had to accept the fact of mortality and the terrible outcomes from the disease even while working actively often fruitlessly against them every day
499 part of what he had to accept regarded the fate of potential patient jds
500 he looked bad on paper but he d been wavering near the line long enough that even behind the coded identity his case had become personal
501 dan hoped for a good outcome for this guy he knew it was a man at this point but he also hoped for good outcomes for his drug and for cancer patients in general
502 and now were coming up on the christmas holiday and everything is going to shut down chen says
503 there would be a break at the company short breaks maybe for some physicians and the patients themselves might choose to go see far flung friends and family some of them for the last time
504 it s what happens
505 that meant that the race to get this drug developed tested and to patients and the marketplace was about to suffer a major delay
506 so i had to face the fact that if we don t fill out this cohort before the holiday we delay this whole trial chen says
507 and that would have a ripple effect and potentially serious consequences
508 the other patients couldn t start until the cohort was filled
509 and no patients could get the drug or have reason to believe it was worth getting until the drug passed through clinical trials and best case expedited fda approval
510 that one empty spot in his cohort had become a stop sign
511 if patient jds was ever going to be considered it was now or never
512 jeff schwartz was scheduled to begin the plan b clinical drug study on december
513 he remembers the morning the car the highway
514 the drive to the wilshire boulevard clinic was like a gallows march dead man driving
515 the windows of his lexus were shut tight against the los angeles air his heater was cranked up to eighty degrees just to keep him from shivering too hard to drive
516 i didn t tell anybody but that was awful jeff says
517 i d sorta resigned myself to it
518 i was going to keep fighting but jeff stops
519 he hadnt thought further that day either at least not about himself because as far as he was concerned he was done
520 the rest was about fiduciary responsibility

```
    >y and persecution
5810 born in iowa he is now based in brooklyn
5811 find out more at www
5812 charlesgraeber
5813 com
5814 bartz bart z bartz bart z bartz bartz
```

**Legends**

| Colors | Links |
|--------|-------|
| Added | (f)irst change |
| Changed | (n)ext change |
| Deleted | (t)op |

# Excerpt of Match Visualization for The Breakthrough: Immunotherapy and the Race to Cure Cancer in Pirate Library Mirror

**Left version:**

1. bartz also by charles graeber the good nurse
2. a true story of medicine madness and murder bartz twelve newyork b oston bartz names and other identifying details have been changed to protect the privacy of the individuals involved
3. copyright by charles graeber cover design by christopher lin
4. cover image copyright by getty images
5. cover copyright by hachette book group inc
6. hachette book group supports the right to free expression and the value of copyright
7. the purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture
8. the scanning uploading and distribution of this book without permission is a theft of the author s intellectual property
9. f you would like permission to use material from the book other than for review purposes please contact permissions hb gusa
10. com
11. thank you for your support of the author s rights
12. twelve hachette book group avenue of the americas new york ny toro twelvebooks
13. com twitter
14. com twelvebooks first edition
15. november twelve is an imprint of grand central publishing
16. the twelve name and logo are trademarks of hachette book group inc
17. the publisher is not responsible for websites or their content that are not owned by the publisher
19. to find out more go to www
20. hachettespeakersbureau
21. com or call
22. library of congress cataloging in publication data has been applied for
23. isbns
24. hardcover
25. g ebook printed in the united states of america lsc c bartz for diann waterbury graeber my mother and our survivor bartz bartz contents pretace introduction chapter one
26. patient jds chapter two
27. a simple idea chapter three
28. glimmers in the darkness chapter four
29. eureka texas chapter five
30. the three e s chapter six
31. tempting fate chapter seven
32. uhe chimera chapter eight
33. after the gold rush chapter nine
34. it s time acknowledgments appendix a
35. types of immunotherapies now and upcoming appendix b
36. the breakthrough in brief appendix c
37. a brief anecdotal history of disease civilization and the quest for lnmunity further reading notes index about the author lx loro bartz bartz pretace it seemed to me then and still does that some such built in immunologic mechanism ought to exist for natural defense against cancer in humans
38. lewis tuomas cancer is alive
39. it s a normal cell mutated and changed and it continues to change in the body
40. unfortunately a cancer drug does not mutate or change
41. a drug may poison or starve the cancer for a time but whatever cancer cells remain will continue to mutate
42. it only takes one
43. the drug dances with cancer but cancer dances away
44. as a result these types of drugs are unlikely to ever truly cure cancer
45. but we have killers in our bodies and scouts and soldiers a dynamic network of cells more nimble than any cancer
46. this is our immune system a living defense as old as life itself
47. this system mutates
48. it adapts
49. it learns and remembers and matches an innovating disease step tor step
50. it s our best tool to cure cancer
51. and we have finally discovered how to unleash it
52. this is the breakthrough
53. bartz bartz bartz bartz introduction the good physician treats the disease the great physician treats the patient who has the disease
54. sir williamm si er until very recently weve had three main methods for treating cancer
55. we ve had surgery for at least three thousand years
56. we added radiation therapy in
57. then in chemical warfare research led to the use of a mustard gas derivative to kill cancer cells
58. those poisons were the foundation for chemotherapy
59. these cut burn and poison techniques are currently estimated to be able to cure cancer in about half of the people who develop the disease
60. and that s remarkable a true medical accomplishment
61. but that leaves the other half of cancer patients
62. last year in the united states alone that translated to nearly six hundred thousand people who died of the disease
63. the fight was never fair
64. we ve been pitting simple drugs against creative mutating versions of our own cells trying to kill the bad ones while sparing the good ones and making ourselve

1. copyright some names and other identifying details have been changed to protect the privacy of the individuals involved
2. copyright by charles graeber cover design by christopher lin
3. cover image copyright by getty images
4. cover copyright by hachette book group inc
5. hachette book group supports the right to free expression and the value of copyright
6. the purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture
7. the scanning uploading and distribution of this book without permission is a theft of the author s intellectual property
8. if you would like permission to use material from the book other than for review purposes please contact permissions hbgusa
9. com
10. thank you for your support of the author s rights
11. twelve hachette book group avenue of the americas new york ny twelvebooks
12. com twitter
13. com twelvebooks first edition
14. november twelve is an imprint of grand central publishing
15. the twelve name and logo are trademarks of hachette book group inc
16. the publisher is not responsible for websites or their content that are not owned by the publisher
18. to find out more go to www
19. hachettespeakersbureau
20. com or call
21. library of congress cataloging in publication data has been applied for
22. isbns
23. hardcover ebook e jv nf contents cover title page copyright dedication preface introduction chapter one
24. patient jds chapter two
25. a simple idea chapter three
26. glimmers in the darkness chapter four
27. eureka texas chapter five
28. the three e s chapter six
29. tempting fate chapter seven
30. the chimera chapter eight
31. after the gold rush chapter nine
32. it s time photos acknowledgments about the author also by charles graeber appendix a
33. types of immunotherapies now and upcoming appendix b
34. the breakthrough in brief appendix c
35. a brief anecdotal history of disease civilization and the quest for immunity suther reading notes newsletters for diann waterbury graeber my mother and our survivor preface it seemed to me then and still does that some such built in immunologic mechanism ought to exist for natural defense against cancer in humans
36. lewis thomas cancer is alive
37. it s a normal cell mutated and changed and it continues to change in the body
38. unfortunately a cancer drug does not mutate or change
39. a drug may poison or starve the cancer for a time but whatever cancer cells remain will continue to mutate
40. it only takes one
41. the drug dances with cancer but cancer dances away
42. as a result these types of drugs are unlikely to ever truly cure cancer
43. but we have killers in our bodies and scouts and soldiers a dynamic network of cells more nimble than any cancer
44. this is our immune system a living defense as old as life itself
45. this system mutates
46. it adapts
47. it learns and remembers and matches an innovating disease step for step
48. it s our best tool to cure cancer
49. and we have finally discovered how to unleash it
50. this is the breakthrough
51. introduction the good physician treats the disease the great physician treats the patient who has the disease
52. sir william osler until very recently weve had three main methods for treating cancer
53. we ve had surgery for at least three thousand years
54. we added radiation therapy in
55. then in chemical warfare research led to the use of a mustard gas derivative to kill cancer cells
56. those poisons were the foundation for chemotherapy
57. these cut burn and poison techniques are currently estimated to be able to cure cancer in about half of the people who develop the disease
58. and that s remarkable a true medical accomplishment
59. but that leaves the other half of cancer patients
60. last year in the united states alone that translated to nearly six hundred thousand people who died of the disease
61. the fight was never fair
62. we ve been pitting simple drugs against creative mutating versions of our own cells trying to kill the bad ones while sparing the good ones and making ourselve

64 >s sick in the process
65 >and weve been doing that for a very long time
66 >but now we have added a new and very different approach one that doesn t act di
>rectly on cancer but on the immune system
67 >bartzo the breakthrough our immune system has evolved over million years into an
>personalized and aggressive biology against disease
68 >it is a complex biology with a seemingly simple mission
69 >to find and destroy anything that s not supposed to be in our bodies
70 >cells of the immune system are on constant patrol hundreds of millions of them
>circulating throughout the body slipping in and out of organs searching out and
>destroying invaders that make us sick and body cells that have become infected m
>utated or defective cells like cancer
71 >which raises the question
72 >why doesn t the immune system fight cancer already
73 >the answer is it does or tries to
74 >but cancer uses tricks to hide from the immune system shut down our defenses an
>d avoid the fight
75 >we don t stand a chance unless we change the rules
76 >cancer immunotherapy is the approach that works to defeat the tricks unmask can
>cer unleash the immune system and restart the battle
77 >it differs fundamentally from the other approaches we have to cancer because it
>does not act upon cancer at all not directly
78 >instead it unlocks the killer cells in our own natural immune sys|tem and allow
>s them to do the job they were made for
79 >cancer is us
80 >it s the mistake that works
81 >cells in the body regularly go rogue their chromosomes knocked out by particles
>of sunlight or toxins mutated by viruses or genetics age or sheer randomness
82 >most of these mutations are fatal to the cell but a few survive and divide
83 >recognizes these mutant cells and kills them
84 >the problem is that rogue o
85 coor percent cell the one that the immune system doesn t es bartzo lutroduction
>recognize as an invader and does not kill
86 >instead eventually that
87 >percent cell kills us
88 >cancer is different
89 >it does not announce itself like the flu or any other disease or even a splinte
90 >it doesn t seem to sound an alarm in the house of the body or provoke an immune
>response or show symptoms of immune battle
91 >no fever or inflammation or swollen lymph glands not even a sniffle
92 >instead the tumor is suddenly discovered an unwelcome guest that has been growi
>ng and spreading out sometimes for years
93 >often by then it is too late
94 >to many cancer researchers this apparent lack of immune response to cancer mean
>t that the goal of ae|ping an immune response to cancer was futile because there
>was nothing to help
95 >cancer was assumed to be too much a part of our selves to be noticed as non sel
>f
96 >the very concept of cancer immunotherapy seemed fundamentally flawed
97 >but throughout history physicians had recorded rare cases of patients whose can
>cers apparently cured themselves
98 >in a prescientific age these spontaneous remissions were seen as the work of ma
>gic or miracle in fact they are the work of an awakened immune system
99 >for more than a hundred years researchers tried and failed to replicate those m
>iracles through medicine to vaccinate or spark an immune response to cancer simi
>lar to those against other formerly devastating diseases like polio smallpox or
>the flu
100 >there were glimmers of hope but no reliable treatments
101 >by the year cancer immunologists had cured cancer in mice hundreds of times but
>could not consistently translate those results to people
102 >most scientists believed they never would
103 >that changed radically and recently
104 >even for physicians this wa bartzo the breakthrough change was invisible until
>it was at the doorstep
105 >one of our best modern writers on the subject of cancer dr
106 >siddhartha mukher|jee does not even mention cancer immunotherapy in his nonethel
>less excellent pulitzer prize winning biography of the disease e emperor f all
>maladies
107 >that book was published in zo zo only five months before the first of the new gene
>ration immunotherapeutic cancer drugs received fda approval
108 >that first class of cancer immunotherapy drugs would be called checkpoint inhib
>itors
109 >they came from the breakthrough discovery of specific tricks or checkpoints tha
>t cancer uses like a secret handshake telling the immune system don t attack
>the new drugs inhibited those checkpoints and blocked cancer s secret handshake
111 >they also won their discoverers the nobel prize in medicine
112 >in december the second of these checkpoint inhibitors was used to unleash the i
>mmune system of former president jimmy carter
113 >an aggressive cancer had spread through his body and he wasnt expected to surviv
>e instead his immune cells cleared the cancer from his liver and brain
114 >the news of the ninety one yearold president s miraculous recovery surprised ev
>eryone including the former president himself
115 >for many people that jimmy carter drug was the first and only thing they d hear

63 s why weve been doing that for a very long time
64 we've been doing that for a very long time
65 but now we have added a new and very different approach one that doesn t act di
rectly on cancer but on the immune system
our immune system has evolved over million years into a personalized and effect
ive natural defense against disease
66 it is a complex biology with a seemingly simple mission
67 to find and destroy anything that s not supposed to be in our bodies
68 cells of the immune system are on constant patrol hundreds of millions of them
circulating throughout the body slipping in and out of organs searching out and
destroying invaders that make us sick and body cells that have become infected m
utated or defective cells like cancer
69 which raises the question
70 why doesn t the immune system fight cancer already
71 the answer is it does or tries to
72 but cancer uses tricks to hide from the immune system shut down our defenses an
d avoid the fight
73 we don t stand a chance unless we change the rules
74 cancer immunotherapy is the approach that works to defeat the tricks unmask can
cer unleash the immune system and restart the battle
75 it differs fundamentally from the other approaches we have to cancer because it
does not act upon cancer at all not directly
76 instead it unlocks the killer cells in our own natural immune system and allows
them to do the job they were made for
77 cancer is us
78 it s the mistake that works
79 cells in the body regularly go rogue their chromosomes knocked out by particles
of sunlight or toxins mutated by viruses or genetics age or sheer randomness
80 most of these mutations are fatal to the cell but a few survive and divide
81
82 percent of the time the immune system successfully recognizes these mutant cell
s and kills them
83 the problem is that rogue
84 percent cell the one that the immune system doesn t recognize as an invader and
does not kill
85 instead eventually that
86 percent cell kills us
87 cancer is different
88 it does not announce itself like the flu or any other disease or even a splinte
89 it doesn t seem to sound an alarm in the house of the body or provoke an immune
response or show symptoms of immune battle
90 no fever or inflammation or swollen lymph glands not even a sniffle
91 instead the tumor is suddenly discovered an unwelcome guest that has been growi
ng and spreading out sometimes for years
92 often by then it is too late
93 to many cancer researchers this apparent lack of immune response to cancer mean
t that the goal of helping an immune response to cancer was futile because there
was nothing to help
94 cancer was assumed to be too much a part of our selves to be noticed as non sel
f
95 the very concept of cancer immunotherapy seemed fundamentally flawed
96 but throughout history physicians had recorded rare cases of patients whose can
cers apparently cured themselves
97 in a prescientific age these spontaneous remissions were seen as the work of ma
gic or miracle in fact they are the work of an awakened immune system
98 for more than a hundred years researchers tried and failed to replicate those m
iracles through medicine to vaccinate or spark an immune response to cancer simi
lar to those against other formerly devastating diseases like polio smallpox or
the flu
99 there were glimmers of hope but no reliable treatments
100 by the year cancer immunologists had cured cancer in mice hundreds of times but
could not consistently translate those results to people
101 most scientists believed they never would
102 that changed radically and recently
103 even for physicians this change was invisible until it was at the doorstep
104 one of our best modern writers on the subject of cancer dr
105 siddhartha mukherjee does not even mention cancer immunotherapy in his nonethel
ess excellent pulitzer prize winning biography of the disease the emperor of all
maladies
106 that book was published in only five months before the first of the new generat
ion immunotherapeutic cancer drugs received fda approval
107 that first class of cancer immunotherapy drugs would be called checkpoint inhib
itors
108 they came from the breakthrough discovery of specific tricks or checkpoints tha
t cancer uses like a secret handshake telling the immune system don t attack
109 the new drugs inhibited those checkpoints and blocked cancer s secret handshake
110 in december the second of these checkpoint inhibitors was used to unleash the i
mmune system of former president jimmy carter
111 an aggressive cancer had spread through his body and he wasn t expected to surv
ive instead his immune cells cleared the cancer from his liver and brain
112 the news of the ninety one year old president s miraculous recovery surprised ev
eryone including the former president himself
113 for many people that jimmy carter drug was the first and only thing they d hear

116 d about cancer immunotherapy

116 but the breakthrough isnt any one treatment or drug it s a series of scientific discoveries that have expanded our understanding of ourselves and this disease and redefined what is possible

117 it has changed options and outcomes for cancer patients and opened the door to rich and uncharted field of medical and scientific exploration

118 these discoveries validated an approach to beating cancer that is conceptually different from the traditional options of cut burn or bartzo lutroduction poison an approach that treats the patient rather than the disease

119 for the first time in our age old war with cancer we understood what we were fighting how cancer was cheating in that fight and how we might finally win

120 some call this our generation s moon shot

121 even oncologists a cautious bunch are using the c word

122 cure

123 hype can be dangerous just as false hope can be cruel

124 there s a natural tendency to invest too much hope in a new science especially one that promises to turn the tables on a disease that has in some way touched every person s lite

125 nevertheless these aren t overhyped theories or anecdotal wonder cures but proven medicines based on solid data

126 immunotherapy has gone from being a dream to a science

127 right now there are only handful of immunotherapies available

128 less than half of all cancer patients have been shown to respond to these drugs

129 many who do respond profoundly with remissions measured not in extra weeks or months of life but in lifetimes

130 such transformative durable responses are the unique promise of the cancer immunotherapeutic approach and part of what makes it attractive to patients but it s important to note that that promise is different from a guarantee for any one outcome for any individual patient

131 we still have work to do to widen the circle of responders and truly find a cure

132 but the door is open now and weve only just begun

133 several of the immunotherapists i interviewed compared the discovery of these first cancer immunotherapy drugs to that of penicillin as a drug penicillin immediately cut infection rates cured some bacterial diseases and saved millions of lives

134 but as a scientific breakthrough it redefined the possible and opened a fertile new frontier for generations of pharmaceutical researchers

135 nearly bartzo the breakthrough one hundred years after the discovery of that one simple drug antibiotics are an entire class of medicines with a global impact so profound that we take it for granted

136 invisible terrors that plagued and poisoned mankind for millennia are now casually vanquished at a drive through pharmacy

137 the discoveries of how cancer tricks and hides from the immune system were immunotherapy ss penicillin moment

138 he approval of the first checkpoint inhibiting drug that regularly and profoundly changed outcomes for cancer patients redefined the direction of scientific inquiry

139 hat s now kicked off a gold rush in research and investment and drug development

140 seven years after the approval of that first solitary checkpoint inhibitor there are reportedly new cancer immunotherapeutic drugs being tested in the clinic by more than a half million cancer patients in clinical trials with another new drugs in the labs in preclinical phase

141 those numbers are dwarfed by the number of trials testing the synergetic effectiveness of immunotherapy combinations

142 the research is advancing so rapidly that several drug manufacturers have successive generations of drugs stacked up in the clinical trial pipeline like planes waiting for clearance at laguardia requiring new fda fast track and breakthrough designations to speed them through the approval process to cancer patients who don t have time to wait

143 major advances in cancer usually come in roughly fifty year increments cancer immunotherapy has already made a generational leap seemingly overnight

144 describing what is coming next many scientists smile and use words like tsunami and tidal wave

145 the pace of progress is rare in the history of modern medicine unprecedented in our history with cancer

146 we have an opportunity to fundamentally redefine our relationship with a disease that for too long has defined us

147 bartz lutroduction this is the story of the geniuses skeptics and true believers and most especially the patients who spent their lives and the many more who lost them helping refine and verify this hopeful new science

148 it s a journey through where we are how we got here and a glimpse of the road ahead told through some of those who experienced it firsthand and some who made it possible

149 bartzo o bartz chapter one patient ds scientific theories

152 begin as imaginative construc tions

153 they begin if you like as stories and the purpose of the critical or rectifying episode in scientific reasoning is precisely to find out whether or not these stories are stories about real f life

154 oe petr er medawar p outo s republic jer schwartz s story begins in when researchers had discovered some of the secret handshakes cancer uses to trick our defend

155 newly invented treatments blocked that handshake and unleashed the defenses in our blood
156 these drugs were available in trials but not everybody knew about them
157 many cancer doctors were unaware of the new developments that might save their patients lives
158 others refused to accept that such a breakthrough was possible
159 that refusal denied their patients the option to try it
160 it sometimes still does
161 it s why jeff schwartz was willing to share his story
162 jeff schwartz knows he was one of the lucky ones
163 his father died from lung cancer in the go s after increasingly ugly attempts to beat bartz the breakthrough it the usual protocols of cut poison and burn surge y chemo and radiation
164 just before the spring of jeff was diagnosed with cancer too kidney stage
165 so jeff considers himself lucky or blessed or he doesn t really like to put too fine a point on it you know
166 it wasn t because he had some sort of influence or special knowledge or anythin g of the sort
167 what separated jeff from the hundreds of thousands of people who died of the sa me disease during the same time was that he happened to live in california and h appened to walk through the right door at the right time
168 that s changed the way jeff thinks about life and living
169 now he hopes his story might reach someone else so they don t have to be lucky
170 i met with jeff in his room on the forty third floor of a hotel in midtown manh attan
171 jeff looks a little like a more biker version of billy joel post booze and post christie brinkley
172 he was dressed in jeans and a blue izod shirt that hid the hard edges of the ti tanium cage that prevents his spine from collapsing
173 surgeons had implanted it there like he was wolverine after tumors had eaten aw ay his spinal architecture
174 he told me about the cage
175 he pointed out the scars
176 these were facts that was all part of the story he was telling
177 jeff schwartz had been a kid in rockaway queens who went through the public sch ool system and drove a cab while he earned a degree in accounting and economics
178 his first job was at the mortgage desk of lehman brothers his next a a japanes e bank run by harvard mbas
179 neither was a good fit
180 jeff was a music guy
181 he played guitar pretty good he says it was his secret identity the other thing you tell people at parties when they ask what you do
182 i m an accountant but really
183 and maybe for good measure jeff might talk about any of the hundred plus gratef ul dead bartz patient raro jds shows he d seen or how he d been given allman bro thers tickets for his bar mitzvah or show you the first two measures of john col trane s a love supreme tattooed around his left ankle like a musical mandala
184 nights after the trading floor closed he d head to the east village to mix boar ds at cbgb and the mudd club for talking heads blondie and richard hell and the voidoids he s especially proud of assisting in the recording of blank generation
185 maybe he wasn t cool he says but he was on the scene
186 his passion transitioned to his career because of baseball
187 he d done a favor for a guy and the guy thanked him with a pair of expensive ti ckets
188 jeff had been a diehard yankees fan his whole life
189 these were mets tickets great seats really wrong team
190 so jeff gave the tickets to a friend who invited another friend and long story short that friend made him a job offer to be a junior guy with his company a fin ancial firm for clients in the music business
191 jeff would come on as the young guy to help with the young talent
192 his first client was a new girl act joan jett
193 that worked out for a few years exciting times and eventually he opened his own shop and moved out to malibu
194
195 his wife was a record company exec they had a kid they had a lexus
196 he had an eye for talent and made percent of what he made his clients and when one of his acts blew up like kesha or the lumineers or imagine dragons jeff made good
197 but the real perk was his access
198 stopping by live shows was the coolest counterbalance to careful spreadsh eets and checked math
199 he admired the musicians dug the music
200 but his value lay in the practical side
201 music is a profession though many musicians fail to realize it until it s too l ate
202 most acts are one hit wonders guys smoking pot in their dorm room they come up with a song that happens to be pretty good and then that s it jeff says
203 t tell it bartz the breakthrough my acts
204 if you don t want to be serious then you re wasting everyone s time
205 yeah be a rock star but this is how youre going to buy your house
206 it s going to be your retirement account
207 it s how you ll probably meet your wife or your husband
208 it s more than lifestyle it s your life
209 as far as he was concerned the song you wish you wrote
210 it isn t yesterday

151 newly invented treatments blocked that handshake and unleashed the defenses in our blood
152 these drugs were available in trials but not everybody knew about them
153 many cancer doctors were unaware of the new developments that might save their patients lives
154 others refused to accept that such a breakthrough was possible
155 that refusal denied their patients the option to try it
156 it sometimes still does
157 it s why jeff schwartz was willing to share his story
158 jeff schwartz knows he was one of the lucky ones
159 his father died from lung cancer in the s after increasingly ugly attempts to eat it the usual protocols of cut poison and burn surgery chemo and radiation
160 just before the spring of jeff was diagnosed with cancer too kidney stage
161 so jeff considers himself lucky or blessed or he doesn t really like to put too fine a point on it you know
162 it wasn t because he had some sort of influence or special knowledge or anythin g of the sort
163 what separated jeff from the hundreds of thousands of people who died of the sa me disease during the same time was that he happened to live in california and h appened to walk through the right door at the right time
164 that s changed the way jeff thinks about life and living
165 now he hopes his story might reach someone else so they don t have to be lucky
166 i met with jeff in his room on the forty third floor of a hotel in midtown manh attan
167 jeff looks a little like a more biker version of billy joel post booze and post christie brinkley
168 he was dressed in jeans and a blue izod shirt that hid the hard edges of the ti tanium cage that prevents his spine from collapsing
169 surgeons had implanted it there like he was wolverine after tumors had eaten aw ay his spinal architecture
170 he told me about the cage
171 he pointed out the scars
172 these were facts that was all part of the story he was telling
173 jeff schwartz had been a kid in rockaway queens who went through the public sch ool system and drove a cab while he earned a degree in accounting and economics
174 his first job was at the mortgage desk of lehman brothers his next a a japanes e bank run by harvard mbas
175 neither was a good fit
176 jeff was a music guy
177 he played guitar pretty good he says it was his secret identity the other thing you tell people at parties when they ask what you do
178 i m an accountant but really
179 and maybe for good measure jeff might talk about any of the hundred plus gratef ul dead shows he d seen or how he d been given allman brothers tickets for his b ar mitzvah or show you the first two measures of john coltrane s a love supreme tattooed around his left ankle like a musical mandala
180 nights after the trading floor closed he d head to the east village to mix boar ds at cbgb and the mudd club for talking heads blondie and richard hell and the voidoids he s especially proud of assisting in the recording of blank generation
181 maybe he wasn t cool he says but he was on the scene
182 his passion transitioned to his career because of baseball
183 he d done a favor for a guy and the guy thanked him with a pair of expensive ti ckets
184 jeff had been a diehard yankees fan his whole life
185 these were mets tickets great seats really wrong team
186 so jeff gave the tickets to a friend who invited another friend and long story short that friend made him a job offer to be a junior guy with his company a fin ancial firm for clients in the music business
187 jeff would come on as the young guy to help with the young talent
188 his first client was a new girl act joan jett
189 that worked out for a few years exciting times and eventually he opened his own shop and moved out to malibu
190 his wife was a record company exec they had a kid they had a lexus
191 he had an eye for talent and made percent of what he made his clients and when one of his acts blew up like ke ha or the lumineers or imagine dragons jeff made good
192 but the real perk was his access
193 stopping by live shows was the coolest counterbalance to careful spreadsh eets and checked math
194 he admired the musicians dug the music
195 but his value lay in the practical side
196 music is a profession though many musicians fail to realize it until it s too l ate
197 most acts are one hit wonders guys smoking pot in their dorm room they come up with a song that happens to be pretty good and then that s it jeff says
198 i tell my acts
199 if you don t want to be serious then you re wasting everyone s time
200 yeah be a rock star but this is how you re going to buy your house
201 it s going to be your retirement account
202 it s how you ll probably meet your wife or your husband
203 it s more than lifestyle it s your life
204 as far as he was concerned the song you wish you wrote
205 it isn t yesterday

211 it s tie a yellow ribbon round the ole oak tree
212 they re both about remembering but only one made a billion in muzak covers alone
213 jeff helped with the contracts advised on royalty deals
214 there were writing fees and pennies from records or plays on streaming media itunes pandora spotify the music world was changing fast in the early s and you had to watch every stream
215 the more digital the music got the more free it got and the more it served as a dvertisement for the payoff of an international tour
216 sending an act off was like christening a new trade ship after years of building
217 it could make or break and jeff wanted to be there
218 and so in february he was in portland oregon watching the roadies set up for the first night of kesha s new tour and wondering if maybe he was pushing himself too hard
219 the get sleazy tour the dollar sign in place of the s being kesha s trademark had packed shows scheduled across the americas europe australia and japan
220 jeff had taken kesha on when she was a kid playing club dates
221 she d blown up when rihanna had signed her to open on her world tour and now at twenty three years old she was positioned to leave port and capitalize on the zeitgeist with jeff on deck to help steer the finances
222 jeff didnt need to show up but his presence there was a personal reminder to his talent
223 he was looking after their investment and that investment was themselves
224 hey should do the same
225 he i bartz patient raro jds really couldn t avoid opening night no matter how he felt
226 which was too bad because jeff was teeling like crap
227 he was always a little sick these days a little weak more than the usual morning stiffness and the general ache now lasted all day
228 that came with hitting fifty he knew that the way his hair had gone white and thinned at the top
229 he d adapted wore it cut short with a white goatee
230 late nights and discomfort were part of the rock and roll soul swap same as the inevitable weight gain of late drive through meals and no exercise
231 at least there was an upside between the pain and the nausea he was losing weight
232 he hurt but he looked good
233 when he hit pounds he was happy to recognize his old silhouette in the hotel mirrors
234 but the weight kept dropping and he felt something else a dread he couldnt put his finger on
235 kesha decked out in a rhinestone studded leotard and lasershooting sunglasses ducked into the spotlight
236 jeff felt cold
237 there was a pain in his side or his belly or his back somewhere in the middle there
238 he wasn t feeling any better as kesha came back out in a star spangled getup and fishnets to sing her hit fuck him he s a dj
239 jeff found a seat and watched the backup dancers and the band professional musicians whose costumes were described as a cross between mad max and prehistoric birds
240 it was nearly midnight when kesha finally performed a lap dance on an audience member duct taped to a chair
241 an extra in a giant penis costume pogoed around the couple in a choreographed number
242 jeff checked his watch
243 the encore was thundering
244 thank you portland oregon and good night
245 maybe jeff thought he needed to just go lie down
246 but the pain he d felt had been at a different level and it didn t go away
247 kesha s buses headed off to the next bartzo the breakthrough stop on the tour
248 jeff stayed behind and quietly drove himself to the hospital
249 a doctor looked him over
250 a phlebotomist took his blood
251 they ran the numbers brought him back in asked him to sit down
252 he remembers the doctor telling him that the first thing that stood out was his hemoglobin count
253 it was staggeringly low
254 with numbers like that his blood didnt have the means to transport oxygen to his muscles or his brain
255 that was probably what accounted for his exhaustion
256 but what accounted for the low hemoglobin
257 it might be cancer
258 that suspicion led jeff to the angeles clinic on la s wilshire boulevard pet scans the usual round of tests and on president s day weekend jeff was told
259 kidney cancer stage
260 he didnt know about stages but he did know there wasn a stage
261 he also didnt know and in the moment of shock wouldn t have cared that he was one of about sixty three thousand people in the united states to get a diagnosis of kidney cancer that year
262 of those a far smaller percentage would get a diagnosis for the rare and specific cancer jeff had
263 it was in the language of cancer specialists an especially interesting type of cancer a particularly aggressive variety called sarcomatoid renal cell carcinoma
264 the doctors tell you don t go online when you get your diagnosis jeff says

205 it s tie a yellow ribbon round the ole oak tree
207 they re both about remembering but only one made a billion in muzak covers alone
208 jeff helped with the contracts advised on royalty deals
209 there were writing fees and pennies from records or plays on streaming media itunes pandora spotify the music world was changing fast in the early s and you had to watch every stream
210 the more digital the music got the more free it got and the more it served as a dvertisement for the payoff of an international tour
211 sending an act off was like christening a new trade ship after years of building
212 it could make or break and jeff wanted to be there
213 and so in february he was in portland oregon watching the roadies set up for the first night of keha s new tour and wondering if maybe he was pushing himself too hard
214 the get leazy tour the dollar sign in place of the s being keha s trademark had packed shows scheduled across the americas europe australia and japan
215 jeff had taken keha on when she was a kid playing club dates
216 she d blown up when rihanna had signed her to open on her world tour and now at twenty three years old she was positioned to leave port and capitalize on the zeitgeist with jeff on deck to help steer the finances
217 jeff didnt need to show up but his presence there was a personal reminder to his talent
218 he was looking after their investment and that investment was themselves
219 they should do the same
220 he really couldn t avoid opening night no matter how he felt
221 which was too bad because jeff was feeling like crap
222 he was always a little sick these days a little weak more than the usual morning stiffness and the general ache now lasted all day
223 that came with hitting fifty he knew that the way his hair had gone white and thinned at the top
224 he d adapted wore it cut short with a white goatee
225 late nights and discomfort were part of the rock and roll soul swap same as the inevitable weight gain of late drive through meals and no exercise
226 at least there was an upside between the pain and the nausea he was losing weight
227 he hurt but he looked good
228 when he hit pounds he was happy to recognize his old silhouette in the hotel mirrors
229 but the weight kept dropping and he felt something else a dread he couldnt put his finger on
230 keha decked out in a rhinestone studded leotard and laser shooting sunglasses ducked into the spotlight
231 jeff felt cold
232 there was a pain in his side or his belly or his back somewhere in the middle there
233 he wasn t feeling any better as keha came back out in a star spangled getup and fishnets to sing her hit fuck him he s a dj
234 jeff found a seat and watched the backup dancers and the band professional musicians whose costumes were described as a cross between mad max and prehistoric birds
235 it was nearly midnight when keha finally performed a lap dance on an audience member duct taped to a chair
236 an extra in a giant penis costume pogoed around the couple in a choreographed number
237 jeff checked his watch
238 the encore was thundering
239 thank you portland oregon and good night
240 maybe jeff thought he needed to just go lie down
241 but the pain he d felt had been at a different level and it didn t go away
242 keha s buses headed off to the next stop on the tour
243 jeff stayed behind and quietly drove himself to the hospital
244 a doctor looked him over
245 a phlebotomist took his blood
246 they ran the numbers brought him back in asked him to sit down
247 he remembers the doctor telling him that the first thing that stood out was his hemoglobin count
248 it was staggeringly low
249 with numbers like that his blood didn t have the means to transport oxygen to his muscles or his brain
250 that was probably what accounted for his exhaustion
251 but what accounted for the low hemoglobin
252 it might be cancer
253 that suspicion led jeff to the angeles clinic on la s wilshire boulevard pet scans the usual round of tests and on president s day weekend jeff was told
254 kidney cancer stage
255 he didn t know about stages but he did know there wasn t a stage
256 he also didn t know and in the moment of shock wouldn t have cared that he was one of about sixty three thousand people in the united states to get a diagnosis of kidney cancer that year
257 of those a far smaller percentage would get a diagnosis for the rare and specific cancer jeff had
258 it was in the language of cancer specialists an especially interesting type of cancer a particularly aggressive variety called sarcomatoid renal cell carcinoma
259 the doctors tell you don t go online when you get your diagnosis jeff says

265 there s no good that can come out of stopping up by the side of the road can fix everything put up on the internet t
> interpret your fate
266 but of course that s exactly what you do
267 he got as far as his car
268 he took out his phone and looked
269 the numbers at first looked not bad really
270 the five year survival numbers the standard numbers given for cancer at that po
> int were nearly percent
271 that s a passing grade a majority jeff remembers thinking
272 bartzo patient raro jds but then reading further he saw that the good number de
> pended on other factors
273 the most important was how early you caught the disease
274 the kidneys sit in the lower back two filtering masses about the size of fists
> on either side of the spine right about where you might hold someone to slow dan
> ce at a junior high prom
275 they re complex filters composed of millions of tiny capsule shaped glomerular
> filters that sort out what the body needs from what it must discard
276 but like a demolition worker clearing out asbestos from a condemned building th
> ose glomeruli are heavily exposed to all the concentrated toxins that come throu
> gh the body
277 they are more likely to undergo dna mutation as a result of that exposure just
> as exposed skin catches more uv radiation and is more subject to the mutations t
> hat facilitate melanoma
278 the survival rates jeff was looking at were when you caught it early when it wa
> s just in the kidney and the tumor was no larger than seven centimeters
279 the united states doesn t like metric measures so it tends to translate them to
> nuts and fruits and sometimes eggs and vegetables to describe tumor size
280 for a five centimeter stage tumor the american cancer society sites a lime
281 stage is a lemon or a small orange still localized as a mass within the kidney
282 stage means the tumor has started to spread within the kidney
283 the growing spreading cancer a peanut a walnut or an orange if it s stage is st
> ill contained within the kidney area so it can be more readily targeted by conve
> ntional cancer therapies specifically surgery and radiation
284 since most of us have two kidneys and can survive on one healthy functioning on
> e cutting out one whole kidney what they call a radical surgery is a common appr
> oach
285 but jeff s diagnosis id tet bartz the breakthrough was stage
286 that meant the tumors had entered the bloodstream and moved elsewhere and possi
> bly everywhere
287 no matter where those mutated renal cells moved they could fill the lung lodge
> in and take over the liver they would always be called renal cancer
288 this naming system as anachronistic as describing tumors in terms of fruits cha
> nged because of cancer immunotherapy in itself a breakthrough
289 and so when those mutated renal cells started colonizing his spine jett s cance
> r was kidney cancer stage
290 and on the tiny screen of his flip phone stage kidney cancer looked really bad
291 the five year survival rate hung at a guttering
292 percent and it had been about
293 percent since the s
294 the last new scientific advance for treating kidney cancer had been made thirty
> years ago
295 there isn t any way to put a positive spin on that
296 you just close your phone sit in your car and wait until youre calm enough to d
> rive
297 there really isn t a good time to get a diagnosis like that jeff knew
298 jeff was busy but everyone is too busy for this sort of thing and once he went
> through the usual reactions he realized that too
299 but hey come on
300 he was rea y busy
301 his business was booming his acts needed him and he now had two little kids one
> three years old the other just a year
302 he wasn t going to stop working he wouldn t make a big thing of it
303 he told only those clients who really needed to know who d need to make profess
> ional decisions
304 he told kesha he was sick didn t say how sick
305 that seemed ok
306 mostly he decided to just keep moving forward
307 next jeff was referred to the larger affiliate hospital the mothership to see t
> heir kidney specialist
308 maybe it was jeft s mood but this doctor he decided was a fucking prick
309 let s call him dr
310 k
311 fie had looked at the numbers
312 stage bartz patient raro jds kidney cancer was pretty much a death sentence esp
> ecially in this rare agressive form but there was always a chance
313 dr
314 k started jeff on a drug called sutent
315 as the label promised sutent gave jeff the usual symptoms of extreme nausea lac
> k of appetite and daily dry heaves
316 meanwhile his pet scans had come back
317 the cancer in his right kidney was now working its way up his spinal column tum
> ors leapfrogging each other like kids grabbing a bat handle for dibs
318 they scheduled surgery to look at that and when the surgeons opened him up they
> found that the tumors had eaten into the bone
319 fists of dense tissue fissured the central supporting column of his body and ne
> rvous system and knuckled perilously into the wiring of his spinal cord

Right column:

261 there s no good that can come out of stopping up by the side of the road can fix everything put up on the internet t
> interpret your fate
262 but of course that s exactly what you do
262 he got as far as his car
263 he took out his phone and looked
264 the numbers at first looked not bad really
265 the five year survival numbers the standard numbers given for cancer at that po
> int were nearly percent
266 that s a passing grade a majority jeff remembers thinking
267 but then reading further he saw that the good number depended on other factors
268 the most important was how early you caught the disease
269 the kidneys sit in the lower back two filtering masses about the size of fists
> on either side of the spine right about where you might hold someone to slow dan
> ce at a junior high prom
270 they re complex filters composed of millions of tiny capsule shaped glomerular
> filters that sort out what the body needs from what it must discard
271 but like a demolition worker clearing out asbestos from a condemned building th
> ose glomeruli are heavily exposed to all the concentrated toxins that come throu
> gh the body
272 they are more likely to undergo dna mutation as a result of that exposure just
> as exposed skin catches more uv radiation and is more subject to the mutations t
> hat facilitate melanoma
273 the survival rates jeff was looking at were when you caught it early when it wa
> s just in the kidney and the tumor was no larger than seven centimeters
274 the united states doesn t like metric measures so it tends to translate them to
> nuts and fruits and sometimes eggs and vegetables to describe tumor size
275 for a five centimeter stage tumor the american cancer society sites a lime
276 stage is a lemon or a small orange still localized as a mass within the kidney
277 stage means the tumor has started to spread within the kidney
278 the growing spreading cancer a peanut a walnut or an orange if it s stage is st
> ill contained within the kidney area so it can be more readily targeted by conve
> ntional cancer therapies specifically surgery and radiation
279 since most of us have two kidneys and can survive on one healthy functioning on
> e cutting out one whole kidney what they call a radical surgery is a common appr
> oach
280 but jeff s diagnosis was stage
281 that meant the tumors had entered the bloodstream and moved elsewhere and possi
> bly everywhere
282 no matter where those mutated renal cells moved they could fill the lung lodge
> in and take over the liver they would always be called renal cancer
283 this naming system as anachronistic as describing tumors in terms of fruits cha
> nged because of cancer immunotherapy in itself a breakthrough
284 and so when those mutated renal cells started colonizing his spine jeff s cance
> r was kidney cancer stage
285 and on the tiny screen of his flip phone stage kidney cancer looked really bad
286 the five year survival rate hung at a guttering
287 percent and it had been about
288 percent since the s
289 the last new scientific advance for treating kidney cancer had been made thirty
> years ago
290 there isn t any way to put a positive spin on that
291 you just close your phone sit in your car and wait until you re calm enough to
> drive
292 there really isn t a good time to get a diagnosis like that jeff knew
293 jeff was busy but everyone is too busy for this sort of thing and once he went
> through the usual reactions he realized that too
294 but hey come on
295 he was really busy
296 his business was booming his acts needed him and he now had two little kids one
> three years old the other just a year
297 he wasn t going to stop working he wouldn t make a big thing of it
298 he told only those clients who really needed to know who d need to make profess
> ional decisions
299 he told ke ha he was sick didn t say how sick
300 that seemed ok
301 mostly he decided to just keep moving forward
302 next jeff was referred to the larger affiliate hospital the mothership to see t
> heir kidney specialist
303 maybe it was jeff s mood but this doctor he decided was a fucking prick
304 let s call him dr
305 k
306 he had looked at the numbers
307 stage kidney cancer was pretty much a death sentence especially in this rare ag
> ressive form but there was always a chance
308 dr
309 k started jeff on a drug called sutent
310 as the label promised sutent gave jeff the usual symptoms of extreme nausea lac
> k of appetite and daily dry heaves
311 meanwhile his pet scans had come back
312 the cancer in his right kidney was now working its way up his spinal column tum
> ors leapfrogging each other like kids grabbing a bat handle for dibs
313 they scheduled surgery to look at that and when the surgeons opened him up they
> found that the tumors had eaten into the bone
314 fists of dense tissue fissured the central supporting column of his body and ne
> rvous system and knuckled perilously into the wiring of his spinal cord

320 the structure was brittle and ... would either engulf and seize his spinal nerves or his increasingly fragile vert
>ebrae would fail under his weight like the collapsing world trade center towers
>or maybe both
321 it was moving fast and either scenario would leave jeff a quadriplegic at best
322 they needed to immediately secure the structure
323 the cancer was inscrutable incurable and complicated but this was concrete phys
>ical work that a surgeon could do with a knife
324 chunks of his spine needed to be cut out and titanium rods screwed in their pla
>ce
325 it would give jeff a frankenstein posture and he would have to live with a cons
>tant hum of background pain from the raw nerves compressed by his collapsing ver
>tebrae permanently pinned to the titanium infrastructure like guitar strings har
>d against a fret board but at least it kept him from being paralyzed
326 it was the deal to make
327 a month later they operated again and finally took out the diseased kidney
328 bartzo the breakthrough it was hard the surgeries and the pain were extreme but
>i never stopped working jeff said
329 i tried to hide it from everyone
330 he still got up in the morning showered and shaved and dressed cinched his belt
>tight to keep his pants from falling off his hip bones got in his lexus and hea
>ded toward the freeway as he d always done
331 going to work
332 but i never went to the office
333 instead he d pull off somewhere south of malibu go through the mc donald s driv
>e through to get an ego mcmuthn and force it down before he even pulled back out
>to the road
334 then he d drive up and down the pacific highway taking calls on his car phone
335 every once in a while i d pull over put the phone on mute throw up out the wind
>ow and get back to the call he said
336 the mcmuffins helped they were soft and much better than the dry heaves
337 he had two doctors
338 dr
339 k his kidney specialist and the surgeon dr
340 z
341 jeff saw dr
342 k for the sutent and met with his surgeon a few weeks later for the follow up
343 both doctors had seen the same scans but gave him different messages
344 ihe surgeon told me not to bother with the chemo anymore jeff says
345 he thought i should just give up trying to beat this thing and try and enjoy th
>e little time i had left without the side effects
346 dr
347 k was upset that the surgeon was telling his patient to ignore his prescribed t
>reatment
348 as far as jeff was concerned it wasn that dr
349 k disagreed with the surgeon s prognosis he too thought jeff was going to die
350 it was that the doctor was getting paid for every chemo treatment jeff underwen
>t and dr
351 k wanted to keep collecting the fee for the treatments as long as jeff was aliv
>e enough to take them
352 finally in september dr
353 k gave him a final prognosis
354 he bartzo patient raro jds told me that i was going to have six months tops jef
>f said
355 in retrospect it s surprising he was given that long
356 jeff s weight had dropped to pounds and increasingly more and more of that was
>tumor
357 the guy told me to go get my financial affairs in order jeff says
358 he was awful no bedside manner no compassion
359 the way jeff read it they were done with me
360 they d given up
361 jeff believes it was a matter of the doctors at the hospital having nothing le
>ft to bill for that was how he saw it
362 maybe that s just how he thinks as a manager and accountant maybe it s more tha
>n that
363 doctors are just people
364 while the best of them are very good at aspects of their jobs and some of them
>are good at several aspects it s rare to find one who can act as both an expert
>physician for a patient s physical body and a philosopher priest for a human min
>d contemplating its own death
365 these are also the desperate thoughts of a desperately ill man raging against t
>he tyranny of mortality as presented by a series of guys in white coats
366 it s a tough go however you look at it
367 bad news isn t easy on anyone
368 either way the medical professionals the ones who knew more about what was layi
>ng waste to his body than jeff himself could comprehend had nothing more to offe
>r
369 they saw no option but to give up
370 his referring physician at the angeles clinic dr
371 peter boasberg had another idea
372 there was a clinical study
373 maybe possibly he could get jeff on this study
374 maybe sounded pretty good at that point
375 the drug being tested didnt attack the tumors rather it attacked the tumors abi
>lity to shut down the natural ig bartz the breakthrough immune response against
>them

315 ... would either engulf and seize his spinal nerves or his increasingly fragile vert
>ebrae would fail under his weight like the collapsing world trade center towers
>or maybe both
316 it was moving fast and either scenario would leave jeff a quadriplegic at best
317 they needed to immediately secure the structure
318 the cancer was inscrutable incurable and complicated but this was concrete phys
>ical work that a surgeon could do with a knife
319 chunks of his spine needed to be cut out and titanium rods screwed in their pla
>ce
320 it would give jeff a frankenstein posture and he would have to live with a cons
>tant hum of background pain from the raw nerves compressed by his collapsing ver
>tebrae permanently pinned to the titanium infrastructure like guitar strings har
>d against a fret board but at least it kept him from being paralyzed
321 it was the deal to make
322 a month later they operated again and finally took out the diseased kidney
323 it was hard the surgeries and the pain were extreme but i never stopped working
>jeff said
324 i tried to hide it from everyone
325 he still got up in the morning showered and shaved and dressed cinched his belt
>tight to keep his pants from falling off his hip bones got in his lexus and hea
>ded toward the freeway as he d always done
326 going to work
327 but i never went to the office
328 instead he d pull off somewhere south of malibu go through the mcdonald s drive
>through to get an egg mcmuffin and force it down before he even pulled back out
>to the road
329 then he d drive up and down the pacific highway taking calls on his car phone
330 every once in a while i d pull over put the phone on mute throw up out the wind
>ow and get back to the call he said
331 the mcmuffins helped they were soft and much better than the dry heaves
332 he had two doctors
333 dr
334 k his kidney specialist and the surgeon dr
335 z
336 jeff saw dr
337 k for the sutent and met with his surgeon a few weeks later for the follow up
338 both doctors had seen the same scans but gave him different messages
339 the surgeon told me not to bother with the chemo anymore jeff says
340 he thought i should just give up trying to beat this thing and try and enjoy th
>e little time i had left without the side effects
341 dr
342 k was upset that the surgeon was telling his patient to ignore his prescribed t
>reatment
343 as far as jeff was concerned it wasn t that dr
344 k disagreed with the surgeon s prognosis he too thought jeff was going to die
345 it was that the doctor was getting paid for every chemo treatment jeff underwen
>t and dr
346 k wanted to keep collecting the fee for the treatments as long as jeff was aliv
>e enough to take them
347 finally in september dr
348 k gave him a final prognosis
349 he told me that i was going to have six months tops jeff said
350 in retrospect it s surprising he was given that long
351 jeff s weight had dropped to pounds and increasingly more and more of that was
>tumor
352 the guy told me to go get my financial affairs in order jeff says
353 he was awful no bedside manner no compassion
354 the way jeff read it they were done with me
355 they d given up
356 jeff believes it was a matter of the doctors at the hospital having nothing lef
>t to bill for that was how he saw it
357 maybe that s just how he thinks as a manager and accountant maybe it s more tha
>n that
358 doctors are just people
359 while the best of them are very good at aspects of their jobs and some of them
>are good at several aspects it s rare to find one who can act as both an expert
>physician for a patient s physical body and a philosopher priest for a human min
>d contemplating its own death
360 these are also the desperate thoughts of a desperately ill man raging against t
>he tyranny of mortality as presented by a series of guys in white coats
361 it s a tough go however you look at it
362 bad news isn t easy on anyone
363 either way the medical professionals the ones who knew more about what was layi
>ng waste to his body than jeff himself could comprehend had nothing more to offe
>r
364 they saw no option but to give up
365 his referring physician at the angeles clinic dr
366 peter boasberg had another idea
367 there was a clinical study
368 maybe possibly he could get jeff on this study
369 maybe sounded pretty good at that point
370 the drug being tested didn t attack the tumors rather it attacked the tumors ab
>ility to shut down the natural immune response against them

377 it was called a checkpoint inhibitor
378 there was a theory among researchers working with this drug that it was most effective in generating a strong immune response against tumors that had a high degree of mutation
379 that might include kidney cancer cancer like jeff s
380 all decisions about the study parameters fell to dr
381 dan chen md phd an oncologist immunologist who was also the cancer immunotherapy development team leader at genentech the company that made the experimental drug
382 patients that might qualify for the study were presented to him in blind applications each reduced to a code name of letters and numbers and the specifics of their medical history
383 jeff schwartz was now patient applicant jds
384 originally the drug study had been designed to look at the drug s effectiveness against solid tumors
385 it had been expanded to include melanoma bladder kidney and several others
386 did jeff qualify the answer wasn t obvious
387 on paper the answer wasn t obvious
388 if chen was looking for reasons to exclude someone he could definitely find justification to rule out patient ror jds but that didn t make it the right decision
389 the study qualifications were advertised in terms of what types of cancers qualified
390 that description did not specifically mention the rare form of kidney cancer on patient roroo j ds s paperwork but it was kidney cancer and chen strongly suspected that roroo jd s rare cancer had many similarities to the cancers they believed would be responsive to their immunotherapy candidate a new checkpoint inhibitor
391 on the negative side this rare and aggressive cancer was now rooted deep in the bone which the immune system has a difficult bartz patient raro jds time infiltrating but this patient fit the profile and chen suspected might benefit from the experimental drug
392 if it was already approved and readily available dr
393 chen would have put him right on it and hope it helped as nothing else had
394 but in zor
395 this immunotherapy was not yet an option in an oncologist s toolbox
396 the only way for a cancer patient to access this drug was through the experimental trial
397 which made patient roro o jds an especially tough call
398 chen knew the usual course of a stage kidney cancer prognosis
399 as a physician and a compassionate human being he wanted to say look if roroo jdss disease qualified he was in
400 but as a scientist and department leader in charge of a massive phase study there was a problem
401 based on the paperwork patient jds was probably too unhealthy for a physically rigorous trial he might jeopardize the whole study
402 there was no computer algorithm no chart or slide rule for making this decision
403 chen had to balance out the factors and weigh them with his head and his gut
404 jeff didn t know how to play the odds on this one how hard he should hope or how he should proceed with the next phase of his life
405 on the one hand there was no guarantee he would be able to start the new experimental drug trial for the immunotherapy and he should prepare for that
406 but on the other if he did beat the odds and get a green light he d need to be available to accept on the spot
407 to do that he couldn t be on any other cancer treatment
408 hat meant he d have to stop the chemotherapy and wait
409 the chemo had been making him feel terrible and it hadn t stopped his tumors from growing but it was the only treatment offered
410 there bartz the breakthrough was no telling how quickly his cancer would progress if he wasn t actively poisoning it with the chemicals
411 it was possible that the chemo was slowing down his decline and buying him a few extra precious days or weeks with his family
412 quitting that possibility on the slim chance that he migh start something else something experimental that might work and might not that was a perilous trade off
413 it felt like holding your breath to avoid breathing in poison
414 years later dan chen still remembers everything about patient jd his profile as a potential study participant his response even his coded patient identity number straight off the top of his head
415 as a scientist testing his first immunotherapy drug chen wouldn t quickly forget his first responder
416 ro oo jds turned out to be as chen says a special special case
417 part of what made him special was the fact that even knowing how it turned out one could s i make the case that from a data collection perspective patient jds shouldn t have been allowed onto any kind of medical study at all
418 my initial reaction upon seeing him it was all just on paper at that point but it was are you kidding me
419 why are you sending me patients like this
420 the study dan was running was a phase meaning the first in humans and his team had something of a fire under their ass to make this thing go
421 they d started late in the immunotherapy game despite the number of cancer immunologists who were then like silicon valley secret sleeper cells within genentech and when they d convinced the larger company to change the course of their research and allow them to head into this unproven direction bartz patient raro jds for their drug development they were already years back building a new drug program from scratch

373 there was a theory among researchers working with this drug that it was most effective in generating a strong immune response against tumors that had a high degree of mutation
374 that might include kidney cancer cancer like jeff s
375 all decisions about the study parameters fell to dr
376 dan chen md phd an oncologist immunologist who was also the cancer immunotherapy development team leader at genentech the company that made the experimental drug
377 patients that might qualify for the study were presented to him in blind applications each reduced to a code name of letters and numbers and the specifics of their medical history
378 jeff schwartz was now patient applicant jds
379 originally the drug study had been designed to look at the drug s effectiveness against solid tumors
380 it had been expanded to include melanoma bladder kidney and several others
381 did jeff qualify the answer wasn t obvious
382 on paper the answer wasn t obvious
383 if chen was looking for reasons to exclude someone he could definitely find justification to rule out patient jds but that didn t make it the right decision
384 the study qualifications were advertised in terms of what types of cancers qualified
385 that description did not specifically mention the rare form of kidney cancer on patient jds s paperwork but it was kidney cancer and chen strongly suspected that jds s rare cancer had many similarities to the cancers they believed would be responsive to their immunotherapy candidate a new checkpoint inhibitor
386 on the negative side this rare and aggressive cancer was now rooted deep in the bone which the immune system has a difficult time infiltrating but this patient fit the profile and chen suspected might benefit from the experimental drug
387 if it was already approved and readily available dr
388 chen would have put him right on it and hope it helped as nothing else had
389 but in this immunotherapy was not yet an option in an oncologist s toolbox
390 the only way for a cancer patient to access this drug was through the experimental trial
391 which made patient jds an especially tough call
392 chen knew the usual course of a stage kidney cancer prognosis
393 as a physician and a compassionate human being he wanted to say look if jds s disease qualified he was in
394 but as a scientist and department leader in charge of a massive phase study there was a problem
395 based on the paperwork patient jds was probably too unhealthy for a physically rigorous trial he might jeopardize the whole study
396 there was no computer algorithm no chart or slide rule for making this decision
397 chen had to balance out the factors and weigh them with his head and his gut
398 jeff didn t know how to play the odds on this one how hard he should hope or how he should proceed with the next phase of his life
399 on the one hand there was no guarantee he would be able to start the new experimental drug trial for the immunotherapy and he should prepare for that
400 but on the other if he did beat the odds and get a green light he d need to be available to accept on the spot
401 to do that he couldn t be on any other cancer treatment
402 that meant he d have to stop the chemotherapy and wait
403 the chemo had been making him feel terrible and it hadn t stopped his tumors from growing but it was the only treatment offered
404 there was no telling how quickly his cancer would progress if he wasn t actively poisoning it with the chemicals
405 it was possible that the chemo was slowing down his decline and buying him a few extra precious days or weeks with his family
406 quitting that possibility on the slim chance that he might start something else something experimental that might work and might not that was a perilous trade off
407 it felt like holding your breath to avoid breathing in poison
408 years later dan chen still remembers everything about patient jds his profile as a potential study participant his response even his coded patient identity number straight off the top of his head
409 as a scientist testing his first immunotherapy drug chen wouldn t quickly forget his first responder
410 jds turned out to be as chen says a special special case
411 part of what made him special was the fact that even knowing how it turned out one could still make the case that from a data collection perspective patient jds shouldn t have been allowed onto any kind of medical study at all
412 my initial reaction upon seeing him it was all just on paper at that point but it was are you kidding me
413 why are you sending me patients like this
414 the study dan was running was a phase meaning the first in humans and his team had something of a fire under their ass to make this thing go
415 they d started late in the immunotherapy game despite the number of cancer immunologists who were then like silicon valley secret sleeper cells within genentech and when they convinced the larger company to change the course of their research and allow them to head into this unproven direction for their drug development they were already years back building a new drug program from scratch

422 before he d joined genentech abbott and amgen were already working with cancer immunotherapy both in his lab at stanford and with his patients at the stanford university cancer center

423 those early approaches hadnt worked against cancer

424 but despite the failures of the various vaccines they had tried and the uneven and sometimes disturbing effects of giving patients doses of strong immune stimulants like interleukin and interferon the researchers had seen glimmers of hope

425 chen and other cancer immunology believers had seen them in their rare but real positive responders and in those reported by a handful of other labs around the world

426 most oncologists most scientists dismissed cancer immunology as a dead end peopled by quacks and true believers who confused hope for good science

427 but chen believed as the handful of others who were still in the immunotherapy field believed that there was something more to these positive responses than misinterpreted anecdotes

428 this drug study might help prove that

429 was patient jds going to help the study

430 chen wasn t so sure

432 the disease was in bad places including the bones which is harder for cancer immunotherapy to treat chen remembers

433 worse his performance status was horrible

434 performance status means

435 what s your day look like

436 are you up and about

437 or are you unable to get out of bed because youre puking all day and cant eat

439 chen and other oncologists used performance status to predict how a patient was going to see appendix b for more information

439 bartzo the breakthrough fare whether in a clinical trial or with a traditional cancer therapy

440 it s a more rigorous variation of

441 how you doing

442 and roroo jds wasn t doing well

443 if you can t get out of bed if you can t move your outcomes are generally horrible chen says

444 sometimes you have patients that are declining like this he puts his hand out tilted like a graph nosediving

445 you generally can t reverse those patients

446 o putting people who are on a downward course on your trial is not a great way to figure out if your drug is safe

447 and that was the point of this phase trial to gauge the safety of a potential new drug by testing it in low doses

448 if it failed here it failed

449 if that test was going to mean anything it needed to be the truest possible reflection of the safety of the drug

450 from this perspective patient jds wasn t exactly who you were dreaming of

451 patients who were too weak and sick would fail the test no matter what you gave them and that failure would be ascribed to the drug not to the patient

452 it wasn t just jeff who would suffer it was the entire study and by extension an entire generation of patients

453 if the how you doing

454 test was somewhat subjective the main criteria of entering the study were standardized and empirical

455 we had a laboratory value that you had to meet chen explains

456 these values had been provided to all the primary investigators who would be running the study their patients needed to meet or exceed those values in order to even be considered

457 jds s lab values were bad

458 his albumen his white blood cell count was not good

459 those values were a particularly negative indicator for a potential immunotherapy drug study candidate

460 first of all you need to have the t cells

461 you need to have the t cells

462 we didnt know much about the bart z patient raro jds drug at that point in time but if you don t have the t cells in the first place then why would we be trying to give you a drug that s going to react with the t cells

463 that was the most important number in the trial and jeff was below that number value

464 there was no way

465 two months off the chemo jeff was sicker than ever too sick to meet the eligibility requirements for the angeles clinic study thus began a back and forth with jeff s doctors chen s primary investigators on the study in the middle

466 they had protocols jeff

467 my hemoglobin had to be at a certain level

468 they drew my blood i said draw it again

469 maybe jet s levels were fluctuating so they d try drawing it at different times of the day he says

470 i was eating broccoli like crazy every day just trying to get the numbers up

471 t know they were really trying anything they could chen says

472 there had also been an old observation that showed that rubbing the earlobes pushed white cells a real phenomenon studied at johns hopkins called something like earlobe lymphocytosis

473 so they tried rubbing his earlobes

474 jeff rubbed them at night or in the car rubbed them right before they drew blood

417 before he d joined genentech abbott and amgen were already working with cancer immunotherapy both in his lab at stanford and with his patients at the stanford university cancer center

those early approaches hadn t worked against cancer

418 but despite the failures of the various vaccines they had tried and the uneven and sometimes disturbing effects of giving patients doses of strong immune stimulants like interleukin and interferon the researchers had seen glimmers of hope

419 chen and other cancer immunology believers had seen them in their rare but real positive responders and in those reported by a handful of other labs around the world

420 most oncologists most scientists dismissed cancer immunology as a dead end peopled by quacks and true believers who confused hope for good science

421 but chen believed as the handful of others who were still in the immunotherapy field believed that there was something more to these positive responses than misinterpreted anecdotes

422 this drug study might help prove that

423 was patient jds going to help the study

424 chen wasn t so sure

426 the disease was in bad places including the bones which is harder for cancer immunotherapy to treat chen remembers

427 worse his performance status was horrible

428 performance status means

429 what s your day look like

430 are you up and about

431 or are you unable to get out of bed because you re puking all day and can t eat

432 chen and other oncologists used performance status to predict how a patient was going to see appendix b for more information bartzo the breakthrough fare whether in a clinical trial or with a traditional cancer therapy

433 it s a more rigorous variation of

434 how you doing

435 and jds wasn t doing well

436 if you can t get out of bed if you can t move your outcomes are generally horrible chen says

437 sometimes you have patients that are declining like this he puts his hand out tilted like a graph nosediving

438 you generally can t reverse those patients

439 so putting people who are on a downward course on your trial is not a great way to figure out if your drug is safe

440 and that was the point of this phase trial to gauge the safety of a potential new drug by testing it in low doses

441 if it failed here it failed

442 if that test was going to mean anything it needed to be the truest possible reflection of the safety of the drug

443 from this perspective patient jds wasn t exactly who you were dreaming of

444 patients who were too weak and sick would fail the test no matter what you gave them and that failure would be ascribed to the drug not to the patient

445 it wasn t just jeff who would suffer it was the entire study and by extension an entire generation of patients

446 if the how you doing

447 test was somewhat subjective the main criteria of entering the study were standardized and empirical

448 we had a laboratory value that you had to meet chen explains

449 these values had been provided to all the primary investigators who would be running the study their patients needed to meet or exceed those values in order to even be considered

450 jds s lab values were bad

451 his albumen his white blood cell count was not good

452 those values were a particularly negative indicator for a potential immunotherapy drug study candidate

453 first of all you need to have the white blood cells chen says

454 you need to have the t cells

455 we didn t know much about the drug at that point in time but if you don t have the t cells in the first place then why would we be trying to give you a drug that s going to react with the t cells

456 that was the most important number in the trial and jeff was below that number value

457 there was no way

458 two months off the chemo jeff was sicker than ever too sick to meet the eligibility requirements for the angeles clinic study

459 thus began a back and forth with jeff s doctors chen s primary investigators on the study in the middle

460 they had protocols jeff says

461 my hemoglobin had to be at a certain level

462 they drew my blood i said draw it again

463 maybe jeff s levels were fluctuating so they d try drawing it at different times of the day he says

464 i was eating broccoli like crazy every day just trying to get the numbers up

465 i know they were really trying anything they could chen says

466 there had also been an old observation that showed that rubbing the earlobes pushed white cells a real phenomenon studied at johns hopkins called something like earlobe lymphocytosis

467 so they tried rubbing his earlobes

468 jeff rubbed them at night or in the car rubbed them right before they drew blood

475 that didn t get his number
476 in november jeff s oncologist at angeles dr
477 boasberg had to break the news
478 he wasn t going to qualify for the study
479 and i knew that was a death sentence jeff said
480 he wasn t ready to give up but he couldn t simply will his immune system into health
481 they offered to put me on a different drug trial he said
482 it wasn t an immunotherapy and jett had already gone the chemo route
483 it hadn t worked and it made him feel like shit and he maybe only had a few months anyway
484 was he really willing to feel like that again
485 bartz the breakthrough absolutely if there was a chance it would help him that was his attitude
486 he hadn t tried this particular drug so at least he could try to think of this as plan b
487 but maybe jeff worried it wasn t really a plan at all it was simply something to do the medical equivalent of busywork for the doomed
488 you try to put a good face on it to go along be a good patient to not look at the couldas and wouldas
489 cancer is full of those lung cancer clinics filled with smokers who quit and the important thing to jeff was to keep moving forward
490 but it was tough not to see that two roads were diverging here not to recognize that plan b was the wrong fork
491 the thing that his doctor wanted for him the thing he thought possibly help him jeff couldn t get
492 this other study was clearly an afterthought but maybe busywork was what he needed
493 maybe it would help him
494 definitely jeff wasn t seeing any other choice that didn t amount to giving up and making peace with his fate
495 the only problem was jeff wasn t feeling peaceful
496 he kept glancing over his shoulder at the other path
497 now it was jeff who had the tough decision
498 starting the study on offer meant giving up on some miraculous possibility of entering the checkpoint inhibitor study but this bus was leaving too
499 if he waited he d be left at the crossroads stuck with nothing
500 and nothing he d already been told meant entering hospice
501 meanwhile at genentech s san francisco campus dan chen had a problem
502 a number of them really
503 one was a problem every oncologist had the burden of the job
504 cancer treatment is generally not a good news field
505 to be a good doctor and researcher you had to accept the fact of mortality and the terrible outcomes from bartz patient raro jds the disease even while working actively often fruitlessly against them every day
506 part of what he had to accept regarded the fate of potential patient roroo jds
507 he looked bad on paper but he d been wavering near the line long enough that even behind the coded identity his case had become personal
508 dan hoped for a good outcome for this guy he knew it was a man at this point but he also hoped for good outcomes for his drug and for cancer patients in general
509 and now we re coming up on the christmas holiday and everything is going to shut down chen says
510 there would be a break at the company short breaks maybe for some physicians and the patients themselves might choose to go see far flung friends and family some of them for the last time
511 it s what happens
512 hat meant that the race to get this drug developed tested and to patients and the marketplace was about to suffer a major delay
513 so i had to face the fact that if we don t fill out this cohort before the holiday we delay this whole trial chen says
514 and that would have a ripple effect and potentially serious consequences
515 the other patients couldn t start until the cohort was filled
516 and no patients could get the drug or have reason to believe it was worth getting until the drug passed through clinical trials and best case expedited fda approval
517 that one empty spot in his cohort had become a stop sign
518 if patient jd was ever going to be considered it was now or never jeff schwartz was scheduled to begin the plan b clinical drug study on december
519 he remembers the morning the car the highway
520 k j bartzo the breakthrough the drive to the wilshire boulevard clinic was like a gallows march dead man
521 the windows of his lexus were shut tight against the los angeles air his heater was cranked up to eighty degrees just to keep him from shivering too hard to drive
522 i didn t tell anybody but that was awful jett says
523 i d sorta resigned myself to it
524 i was going to keep fighting but
525
526
527 jeff stops
528 he hadnt thought further that day either at least not about himself because as far as he was concerned he was done
529 the rest was about fiduciary responsibility

469 that didn t get his number
470 in november jeff s oncologist at angeles dr
471 boasberg had to break the news
472 he wasn t going to qualify for the study
473 and i knew that was a death sentence jeff said
474 he wasn t ready to give up but he couldn t simply will his immune system into health
475 they offered to put me on a different drug trial he said
476 it wasn t an immunotherapy and jeff had already gone the chemo route
477 it hadn t worked and it made him feel like shit and he maybe only had a few months anyway
478 was he really willing to feel like that again
479 absolutely if there was a chance it would help him that was his attitude
480 he hadn t tried this particular drug so at least he could try to think of this as plan b
481 but maybe jeff worried it wasn t really a plan at all it was simply something to do the medical equivalent of busywork for the doomed
482 you try to put a good face on it to go along be a good patient to not look at the couldas and wouldas
483 cancer is full of those lung cancer clinics filled with smokers who quit and the important thing to jeff was to keep moving forward
484 but it was tough not to see that two roads were diverging here not to recognize that plan b was the wrong fork
485 the thing that his doctor wanted for him the thing he thought might possibly help him jeff couldn t get
486 this other study was clearly an afterthought but maybe busywork was what he needed
487 maybe it would help him
488 definitely jeff wasn t seeing any other choice that didn t amount to giving up and making peace with his fate
489 the only problem was jeff wasn t feeling peaceful
490 he kept glancing over his shoulder at the other path
491 now it was jeff who had the tough decision
492 starting the study on offer meant giving up on some miraculous possibility of entering the checkpoint inhibitor study but this bus was leaving too
493 if he waited he d be left at the crossroads stuck with nothing
494 and nothing he d already been told meant entering hospice
495 meanwhile at genentech s san francisco campus dan chen had a problem
496 a number of them really
497 one was a problem every oncologist had the burden of the job
498 cancer treatment is generally not a good news field
499 to be a good doctor and researcher you had to accept the fact of mortality and the terrible outcomes from the disease even while working actively often fruitlessly against them every day
500 part of what he had to accept regarded the fate of potential patient jds
501 he looked bad on paper but he d been wavering near the line long enough that even behind the coded identity his case had become personal
502 dan hoped for a good outcome for this guy he knew it was a man at this point but he also hoped for good outcomes for his drug and for cancer patients in general
503 and now we re coming up on the christmas holiday and everything is going to shut down chen says
504 there would be a break at the company short breaks maybe for some physicians and the patients themselves might choose to go see far flung friends and family some of them for the last time
505 it s what happens
506 that meant that the race to get this drug developed tested and to patients and the marketplace was about to suffer a major delay
507 so i had to face the fact that if we don t fill out this cohort before the holiday we delay this whole trial chen says
508 and that would have a ripple effect and potentially serious consequences
509 the other patients couldn t start until the cohort was filled
510 and no patients could get the drug or have reason to believe it was worth getting until the drug passed through clinical trials and best case expedited fda approval
511 that one empty spot in his cohort had become a stop sign
512 if patient jds was ever going to be considered it was now or never
513 jeff schwartz was scheduled to begin the plan b clinical drug study on december
514 he remembers the morning the car the highway
515 the drive to the wilshire boulevard clinic was like a gallows march dead man driving
516 the windows of his lexus were shut tight against the los angeles air his heater was cranked up to eighty degrees just to keep him from shivering too hard to drive
517 i didn t tell anybody but that was awful jeff says
518 i d sorta resigned myself to it
519 i was going to keep fighting but jeff stops
520 he hadn t thought further that day either at least not about himself because as far as he was concerned he was done
521 the rest was about fiduciary responsibility

5809 he currently serves on the board of rewrite come know your rights something re
  >arkets an international nonprofit that works to empower refugees from war povert
  >y and persecution
5810 born in iowa he is now based in brooklyn
5811 find out more at www
5812 charlesgraeber
5813 com
5814 bartz bart z bartz bart z bartz bartz

**Legends**

| Colors | Links |
|---------|-----------------|
| Added   | (f)irst change  |
| Changed | (n)ext change   |
| Deleted | (t)op           |

# Excerpt of Match Visualization for The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century in Books3

1 pm bart zoo bea natural history heist of the century viking m featherthief tx
2 pm bart z viking an imprint of penguin random house llc hudson street new york n ew york penguin
3 copyright fuels creativity encourages diverse voices promotes free speech and cr eates a vibrant culture
4 thank you for buying an authorized edition of this book and for complying with c opyright laws by not reproducing scanning or distributing any part of it in any f orm without permission
you are supporting writers and allowing penguin to continue to publish books for every reader
6 hhustration credits field museum of natural history bird collection
7 fish and wildlife service museam archives at national conservation training cent er
8 how to dress itand how to use it by george m
9 how to dress it and how to use it by george m
10 photo gerald massey licensed for reuse under creative commons license bottoms
11 courtesy of the natural history museum london bottom
12 top left from the rod and the line by hewitt wheatley top right
13 courtesy of anonymous bottom courtesy of david stenstr m
14 hardcover e book exp printed in the united states of america y set in sabon lt s td designed by cassandra garruzzo featherthief tx
15 c tatt teut neir et blane avant que tu aies vei et atterrt
16 pm bart zo man is seldom content to witness beauty
17 grand chief sir michael somare prime minister of papua new guinea me featherthie f tx
18 the victorian brotherhood of fly tiers on wn
19 the st international fly tying symposium the lost memory of the ocean chasing le ads in a time machine d
20 prum s thumb drive pm not a thief three days in norway michelangelo vanishes fea thers in the bloodstream acknowledgments notes a note on sources bibliography q ex bp oh a featherthief tx
21 pm bart z o midland line g glided off into darkness a few hours earlier edwin ha d performed in the royal academy of music s london soundscapes a celebration of haydn handel and endelssohn
22 before the concert he d packed a pair of latex gloves a miniature led flashlight a wire cutter and a diamond blade g glass cutter in a large rolling suitcase an d stowed it in his concert hall locker
23 he bore a passing resemblance to a lanky pete townshend
24 intense eyes prominent nose and a mop of hair although instead of shredding a fe nder edwin played the flute
25 there was a new moon that evening making the already gloomy stretch of road even darker
26 for nearly an hour he dragged his suitcase through the mud and gravel skirting t he road under gnarly old trees strangled with ivy
27 turlhanger s wood slept to the north chestnut wood to the south fallow fields an d the occasional copse in between
28 pm bart zoo the feather thief the entrance to the market town of tring is guarde d by a sixteenth century pub called the robin hood
29 a few roads beyond nestled between the old tring brewery and an hsbc branch lies the entrance to public footpath
30 known to locals as bank alley the footpath isn t more than eight feet wide and i s framed by sevenfoot high brick walls
31 he groped his way along until he was standing directly behind the building he d spent months casing
32 all that separated him from it was the wall
33 capped with three rusted strands of barbed wire it might have thwarted his plans were it not for the wire cutter
34 after clearing an opening he lifted make a clamor hat would summon security
35 but he d known this part wouldn t be easy
36 ye crouched on top of the wall he reached toward the window with the glass cutte r and began to grind it along the pane
37 cutting glass was harder than he had anticipated though and as he struggled to c carve an opening the glass cutter slipped from his hand and fell into the ravine
38 he was thinking about bailing on the whole crazy scheme when that voice the one that had urged him onward these past months shouted wait a minute
39 he crawled back down and picked up a rock
40 steadying himself atop the wall he peered around in search of guards before bash ing the window out wedging his suitcase through the shard strewn opening and cli mbing into the british natural history museum
41 unaware that he had just tripped an alarm inthe security guard s office edwin pu lled out the led light which cast a faint glow in front of him as he made his w w down the hallways toward the vault just as he d rehearsed in his mind
42 pm bart zo prologue he wheeled his suitcase quietly through corridor after corri dor drawing ever closer to the most beautiful things he had ever seen
43 if he pulled this off they would bring him fame wealth and prestige

1 viking an imprint of penguin random house llc hudson street new york new york pe nguin
2 copyright fuels creativity encourages diverse voices promotes free speech and cr eates a vibrant culture
3 thank you for buying an authorized edition of this book and for complying with c opyright laws by not reproducing scanning or distributing any part of it in any form without permission
you are supporting writers and allowing penguin to continue to publish books for every reader
5 courtesy of the linnean society of london here
6 courtesy of the field museum of natural history bird collection
7 fish and wildlife service museum archives at national conservation training cent er
8 how to dress it and how to use it by george m
9 how to dress it and how to use it by george m
10 photo gerald massey licensed for reuse under creative commons license here
11 courtesy of the natural history museum london here
12 from the rod and the line by hewitt wheatley here
13 hardcover e book exp version for marie jos e
14 c tait tout noir et blanc avant que tu aies vol et atterri dans mon arbre man is seldom content to witness beauty
15 grand chief sir michael somare prime minister of papua new guinea contents title t page copyright dedication epigraph prologue i
16 feathers in the bloodstream illustrations acknowledgments notes a note on source s bibliography index about the author prologue by the time edwin rist stepped of f the train onto the platform at tring forty miles north of london it was alread y quite late
17 the residents of the sleepy town had finished their suppers the little ones were in bed
18 as he began the long walk into town the midland line glided off into darkness
19 a few hours earlier edwin had performed in the royal academy of music s london s oundscapes a celebration of haydn handel and mendelssohn
20 before the concert he d packed a pair of latex gloves a miniature led flashlight a wire cutter and a diamond blade glass cutter in a large rolling suitcase and stowed it in his concert hall locker
21 he bore a passing resemblance to a lanky pete townshend
22 intense eyes prominent nose and a mop of hair although instead of shredding a fe nder edwin played the flute
23 there was a new moon that evening making the already gloomy stretch of road even darker
24 for nearly an hour he dragged his suitcase through the mud and gravel skirting t he road under gnarly old trees strangled with ivy
25 turlhanger s wood slept to the north chestnut wood to the south fallow fields an d the occasional copse in between
26 the entrance to the market town of tring is guarded by a sixteenth century pub c alled the robin hood
27 a few roads beyond nestled between the old tring brewery and an hsbc branch lies the entrance to public footpath
28 known to locals as bank alley the footpath isn t more than eight feet wide and i s framed by seven foot high brick walls
29 he groped his way along until he was standing directly behind the building he d spent months casing
30 all that separated him from it was the wall
31 capped with three rusted strands of barbed wire it might have thwarted his plans were it not for the wire cutter
32 after clearing an opening he lifted the suitcase to the ledge hoisted himself up and glanced anxiously about
33 there was a space of several feet between his perch on the wall and the building s nearest window forming a small ravine
34 if he fell he could injure himself or worse make a clamor that would summon secu rity
35 but he d known this part wouldn t be easy
36 crouched on top of the wall he reached toward the window with the glass cutter a nd began to grind it along the pane
37 cutting glass was harder than he had anticipated though and as he struggled to c arve an opening the glass cutter slipped from his hand and fell into the ravine
38 he was thinking about bailing on the whole crazy scheme when that voice the one that had urged him onward these past months shouted wait a minute
39 he crawled back down and picked up a rock
40 steadying himself atop the wall he peered around in search of guards before bash ing the window out wedging his suitcase through the shard strewn opening and cli mbing into the british natural history museum
41 unaware that he had just tripped an alarm in the security guard s office edwin p ulled out the led light which cast a faint glow in front of him as he made his w ay down the hallways toward the vault just as he d rehearsed in his mind
42 he wheeled his suitcase quietly through corridor after corridor drawing ever clo ser to the most beautiful things he had ever seen
43 if he pulled this off they would bring him fame wealth and prestige

44 he entered the vault its hu...
> like sentries and got to work
45 he pulled out the first drawer catching a waft of mothballs
46 quivering beneath his fingertips were a dozen red ruffed fruitcrows gathered by
> naturalists and biologists over hundreds of years from the forests and jungles o
> f south america and fastidiously preserved by generations of curators for the be
> nefit of future research
47 their coppery orange feathers glimmered despite the faint light
> each bird maybe a foot and a half from beak to tail lay on its back in funerary
> repose eye sockets filled with cotton feet folded close against the body
48 faded handwritten records of the date altitude latitude and longitude of their c
> apture along with other vital details
50 oy he unzipped the suitcase and began flling it with the birds emptying one drawer
> er after another
5 the occidentalis subspecies that he snatched by the handful had been gathered a
> century earlier from the quindio andes
5e he didn t know exactly how many he d be able to fit into his suitcase but he man
> aged forty seven of the museum s forty eight male specimens before wheeling his
> bag on to the next cabinet
53 down in the security office the guard was fixated on a small television screen
> engrossed in a soccer match he hadn t yet noticed the alarm indicator blinking o
> n a nearby panel
55 edwin opened the next cabinet to reveal dozens of resplendent quetzal skins gath
> ered in the s from the chiriqui cloud forests of western panama a species now th
> reatened by widespread deforestation and protected by international treaties
5at nearly four feet in length the birds were particularly difficult to stuff int
> o his suitcase but he maneuvered thirty nine of them inside by gently curling th
> eir sweeping tails into tight coils
57 pm bart zo the feather thief moving down the corridor he swung open the doors of
> another cabinet this one housing species of the cotinga birds of south and cent
> ral america
5e he swiped fourteen one hundred year old skins of the lovely cotinga a small turq
> uoise bird with a reddish purple breast endemic to central america before reliev
> ing the museum of thirty seven specimens of the purple breasted cotinga twenty o
> ne skins of the spangled cotinga and another ten skins of the endangered banded
> cotinga of which as few as mature individuals are estimated to be alive today
5e the galapagos island finches and mockingbirds gathered by charles darwin in duri
> ng the voyage of the hms beagle which had been instrumental in developing his th
> eory of evolution through natural selection were resting in nearby drawers
60 among the museum s most valuable holdings were skeletons and skins of bon s the
> birds of america
61 overall the museum houses one of the world s largest collection of ornithologica
> l specimens
62 bird skins skeletons birds preserved in spirit nests and sets of eggs gathered o
> ver the centuries from swamps
63 sm but edwin hadn t broken into the museum for a drab colored finch
64 he had lost track of how long he d been in the vault when he finally wheeled his
> suitcase to a stop before a large cabinet
> thirty seven king birds of paradise swiped in seconds
65 these flawless specimens gathered against almost impossible odds from virgin for
> ests of new guinea and the malay archipelago years earlier went into edwin s bag
> their tags bearing the name of a self taught naturalist whose breakthrough had
> given darwin the scare of his life
67 pm bart zo prologue the guard glanced at the cctv feed an array of shots of the
> park ing lot and the museum campus
68 he began his round pacing the hallways checking the doors scanning for anything
> awry
69 edwin had long since lost count of the number of birds that passed through his h
> ands
70 he had originally planned to choose only the best of each species but in the exc
> itement of the plunder he grabbed and stuffed until his suitcase could hold no m
> ore
71 the guard stepped outside to begin a perimeter check glancing up at the windows
> and beaming his flashlight on the section abutting the brick wall of bank alley
72 edwin stood before the broken window now framed with shards of glass
73 so far everyeng had gone ascoeting to plan with the heard the name edwin rist

74 my ay line was midcast hovering energetically over the current behind me ready t
> o shoot forward in pursuit of the golden bellied trout that spencer seim my fly
> fishing guide had assured me was hiding behind a car size boulder in the middle
> of the stream
75 spencer could sense fish behind logs through the white froth of fast currents in
> the blackness of deep pools and in the chaos of swirling eddies
76 he was certain that a fourteenincher was fanning a foot below the surface waitin
> g for the perfect fly if i could cast it right
77 distracted by what i d just heard i blew the cast slapping the featherthief tx
78 pm bart zo the feather thief line against the water and sending any trout below
> darting off
79 until that moment we d spoken only in hushed tones so as not to scare off the fi
> sh approaching each hole as deftly as possible mindful of the sun and where it m

44 he entered the vault its hu... steel cabinets standing in rows
> like sentries and got to work
45 he pulled out the first drawer catching a waft of mothballs
46 quivering beneath his fingertips were a dozen red ruffed fruitcrows gathered by
> naturalists and biologists over hundreds of years from the forests and jungles o
> f south america and fastidiously preserved by generations of curators for the be
> nefit of future research
47 their coppery orange feathers glimmered despite the faint light
> each bird maybe a foot and a half from beak to tail lay on its back in funerary
> repose eye sockets filled with cotton feet folded close against the body
48 faded handwritten records of the date altitude latitude and longitude of their c
> apture along with other vital details
50 he unzipped the suitcase and began filling it with the birds emptying one drawer
> after another
5 the occidentalis subspecies that he snatched by the handful had been gathered a
> century earlier from the quindi o andes region of western colombia
5e he didn t know exactly how many he d be able to fit into his suitcase but he man
> aged forty seven of the museum s forty eight male specimens before wheeling his
> bag on to the next cabinet
53 down in the security office the guard was fixated on a small television screen
> engrossed in a soccer match he hadn t yet noticed the alarm indicator blinking o
> n a nearby panel
55 edwin opened the next cabinet to reveal dozens of resplendent quetzal skins gath
> ered in the s from the chiriqui cloud forests of western panama a species now thr
> eatened by widespread deforestation and protected by international treaties
5at nearly four feet in length the birds were particularly difficult to stuff int
> o his suitcase but he maneuvered thirty nine of them inside by gently curling th
> eir sweeping tails into tight coils
57 moving down the corridor he swung open the doors of another cabinet this one hou
> sing species of the cotinga birds of south and central america
5e he swiped fourteen one hundred year old skins of the lovely cotinga a small turq
> uoise bird with a reddish purple breast endemic to central america before reliev
> ing the museum of thirty seven specimens of the purple breasted cotinga twenty o
> ne skins of the spangled cotinga and another ten skins of the endangered banded
> cotinga of which as few as mature individuals are estimated to be alive today
5e the gal pagos island finches and mockingbirds gathered by charles darwin in duri
> ng the voyage of the hms beagle which had been instrumental in developing his th
> eory of evolution through natural selection were resting in nearby drawers
60 among the museum s most valuable holdings were skeletons and skins of extinct bi
> rds including the dodo the great auk and the passenger pigeon along with an elep
> hant folio edition of john james audubon s the birds of america
61 overall the museum houses one of the world s largest collection of ornithologica
> l specimens
62 bird skins skeletons birds preserved in spirit nests and sets of eggs gathered o
> ver the centuries from the world s most remote forests mountainsides jungles and
> swamps
60 but edwin hadn t broken into the museum for a drab colored finch
64 he had lost track of how long he d been in the vault when he finally wheeled his
> suitcase to a stop before a large cabinet
> thirty seven king birds of paradise swiped in seconds
65 these flawless specimens gathered against almost impossible odds from virgin for
> ests of new guinea and the malay archipelago years earlier went into edwin s bag
> their tags bearing the name of a self taught naturalist whose breakthrough had
> given darwin the scare of his life
67 the guard glanced at the cctv feed an array of shots of the parking lot and the
> museum campus
68 he began his round pacing the hallways checking the doors scanning for anything
> awry
69 edwin had long since lost count of the number of birds that passed through his h
> ands
70 he had originally planned to choose only the best of each species but in the exc
> itement of the plunder he grabbed and stuffed until his suitcase could hold no m
> ore
71 the guard stepped outside to begin a perimeter check glancing up at the windows
> and beaming his flashlight on the section abutting the brick wall of bank alley
72 edwin stood before the broken window now framed with shards of glass
73 so far everything had gone according to plan with the exception of the missing g
> lass cutter
74 all that remained was to climb back out of the window without slicing himself op
> en and melt into the anonymity of the street
> i was waist high in the red river which slices through the sangre de cristo moun
> tains just north of taos new mexico when i first heard the name edwin rist
76 my fly line was midcast hovering energetically over the current behind me ready t
> o shoot forward in pursuit of the golden bellied trout that spencer seim my fly
> fishing guide had assured me was hiding behind a car size boulder in the middle
> of the stream
75 spencer could sense fish behind logs through the white froth of fast currents in
> the blackness of deep pools and in the chaos of swirling eddies
76 he was certain that a fourteen incher was fanning a foot below the surface waiti
> ng for the perfect fly if i could cast it right
79 he broke into a museum to steal what
80 distracted by what i d just heard i blew the cast slapping the line against the
> water and sending any trout below darting off
81 until that moment we d spoken only in hushed tones so as not to scare off the fi
> sh approaching each hole as deftly as possible mindful of the sun and where it m

80 light throw our shadows but just heard one of the strangest stories of my life and spencer was only at th
e beginning of it
81 normally nothing could break my concentration on the river
82 when i wasn t fishing pd count the weeks and the days until i could pull on a pa
ir of waders and slosh into the water
83 id leave my cell phone in the trunk of the car to buzz until its battery died k
eep a fistful of almonds in my pocket to ward off hunger and drink from the recon
struction of the iraqi
84 city of fallujah for usaid i sleepwalked out of a window in a ptsd triggered fug
ue state and nearly died
85 i was left with broken wrists a shattered jaw broken nose and a cracked skull wi
th scores of stitches across my face to say play on me during the night
86 during my recovery i realized that many of my iraqi colleagues translators civil
engineers teachers and doctors were being hunted and killed by their own countr
ymen because they had collaborated with the united states
87 i spoke out on their behalf in an op ed in the los angeles times naively thinkin
g that someone in power would swiftly hx things by granting them visas
88 i hadn t anticipated the thousands of e mails that would soon flood in from iraq
is imploring me for help
89 was unemployed sleeping on a futon in my aunt s basement
90 i didn t know the first thing about helping refugees but i started a list to tra
ck the names of everyone who wrote to me
91 pm bart zoo prologue within months i launched a nonproht organization the list p
roject
92 over the coming several years i wrestled with the white house cajoled senators r
93 allied volunteers and begged for donations to keep my staff paid
though we managed to bring thousands of refugees to safety in the united states
94 over the years it was clear that we would never be able to help everyone
for every victory there were fifty cases stalled in a federal bureaucracy that t
reated these interpreters the moment they fled iraq as potential terrorists
95 by the fall of as the official end to the war was drawing near i felt trapped in
a cage of my own creation
96 there were still tens of thousands of iraqis and afghans running for their lives
97 it could take a decade maybe even several to get them out but i never managed to
raise enough funds for more than a year down the road
98 in the minds of the american public it would only be harder
99 whenever i felt like giving up pd get another desperate appeal from a former ira
qi colleague and erow ashamed of my weakness
100 ever since the accident i couldn t fall asleep without distracting myself so i q
ueued up an endless sequence of the most boring shows i could find on netflix
101 every morning i woke to anew tide of refugee petitions
102 out on the river there were no journalists to call or donors to beseech just cur
rents and insects to study and rising trout to tempt
103 five hours would pass in what felt like thirty minutes
104 after a day in my waders i would close my eyes and see faint outlines of fish fa
nning dreamily upstream as drifted into a deep sleep
105 it was such an act of escapism that had deposited me on that mountain stream in
northern new mexico
106 pd hopped into my beat up sebring convertible and driven from boston to taos to
work on a book about my experiences in iraq at a small artists colony in town
107 writer s block relied in on the first day
108 pm hart zoo the feather thief deal had never written a book before and my narcol
eptic literary agent was ignoring my increasingly anxious requests for guidance
109 i had just turned thirty one and didn t know why the hell i was in taos much les
s what i was supposed to do next
110 when my stress peaked i searched for someone to show me around the local rivers
111 i met spencer at dawn at a gas station just off state highway
112 he was leaning against his tan runner its big lebowski bumper sticker faintly vi
sible beneath the mud
113 in his late thirties spencer kept his sideburns long and his hair short
114 he had an infectious laugh and like the best guides an easy way of conversing
115 as we worked the river he refined my cast and went on at length about the life c
ycle of the various insects in the area
116 there wasn t a scrub or mineral or bird or bug the former eagle scout couldn t i
dentify and he seemed to know every trout on a personal basis
117 caught that bastard last month on the same rig cant believe he fell for it again
n
118 i d already spent a small fortune on trout flies little bits of elk hair rabbit f
ur and rooster hackle feathers threaded around a tiny hook made to mimic a wide
range of aquatic insects in order to fool the fish into biting
119 he flipped open his fly box to reveal hundreds of tiny floaters spinners streame
rs nymphs emerges stimulators parachutes and terrestrials
120 he had locally themed flies like the san juan worm and the breaking bad inspired
crystal meth egg
121 he deployed subtle variations in thread color or hook size to match the insect h
atches in each river or stream he fished
122 the flies he carried in may were different from those he used in august

82 light throw our shadows but i d just heard one of the strangest stories of my life and spencer was only at t
he beginning of it
83 normally nothing could break my concentration on the river
84 when i wasn t fishing i d count the weeks and the days until i could pull on a p
air of waders and slosh into the water
85 id leave my cell phone in the trunk of the car to buzz until its battery died k
eep a fistful of almonds in my pocket to ward off hunger and drink from the stre
am when thirsty
86 on good days i d spend eight straight hours working my way up a river without se
eing another human being
87 it was the only thing that brought calm amid the storm of stress that had become
my life
88 seven years earlier while on vacation from my job coordinating the reconstructio
n of the iraqi city of fallujah for usaid i sleepwalked out of a window in a pts
d triggered fugue state and nearly died
89 i was left with broken wrists a shattered jaw broken nose and a cracked skull wi
th scores of stitches across my face to say nothing of a newfound fear of sleep
and the tricks my brain might play on me during the night
90 during my recovery i realized that many of my iraqi colleagues translators civil
engineers teachers and doctors were being hunted and killed by their own countr
ymen because they had collaborated with the united states
91 i spoke out on their behalf in an op ed in the los angeles times naively thinkin
g that someone in power would swiftly fix things by granting them visas
92 i hadn t anticipated the thousands of e mails that would soon flood in from iraq
is imploring me for help
93 i was unemployed sleeping on a futon in my aunt s basement
94 i didn t know the first thing about helping refugees but i started a list to tra
ck the names of everyone who wrote to me
95 within months i launched a nonprofit organization the list project
96 over the coming several years i wrestled with the white house cajoled senators r
97 allied volunteers and begged for donations to keep my staff paid
though we managed to bring thousands of refugees to safety in the united states
98 over the years it was clear that we would never be able to help everyone
for every victory there were fifty cases stalled in a federal bureaucracy that t
reated these interpreters the moment they fled iraq as potential terrorists
99 by the fall of as the official end to the war was drawing near i felt trapped in
a cage of my own creation
100 there were still tens of thousands of iraqis and afghans running for their lives
101 it could take a decade maybe even several to get them out but i never managed to
raise enough funds for more than a year down the road
102 once the war was over in the minds of the american public it would only be harde
103 whenever i felt like giving up i d get another desperate appeal from a former ira
qi colleague and grow ashamed of my weakness
104 ever since the accident i couldn t fall asleep without distracting myself so i q
ueued up an endless sequence of the most boring shows i could find on netflix
105 every morning i woke to a new tide of refugee petitions
106 out on the river there were no journalists to call or donors to beseech just cur
rents and insects to study and rising trout to tempt
107 five hours would pass in what felt like thirty minutes
108 after a day in my waders i would close my eyes and see faint outlines of fish fa
nning dreamily upstream as i drifted into a deep sleep
109 it was such an act of escapism that had deposited me on that mountain stream in
northern new mexico
110 i d hopped into my beat up sebring convertible and driven from boston to taos to
work on a book about my experiences in iraq at a small artists colony in town
111 writer s block rolled in on the first day
112 i didn t have a book deal i had never written a book before and my narcoleptic l
literary agent was ignoring my increasingly anxious requests for guidance
113 i had just turned thirty one and didn t know why the hell i was in taos much les
s what i was supposed to do next
114 when my stress peaked i searched for someone to show me around the local rivers
115 i met spencer at dawn at a gas station just off state highway
116 he was leaning against his tan runner its big lebowski bumper sticker faintly vi
sible beneath the mud
117 in his late thirties spencer kept his sideburns long and his hair short
118 he had an infectious laugh and like the best guides an easy way of conversing
119 as we worked the river he refined my cast and went on at length about the life c
ycle of the various insects in the area
120 there wasn t a scrub or mineral or bird or bug the former eagle scout couldn t i
dentify and he seemed to know every trout on a personal basis
121 caught that bastard last month on the same rig can t believe he fell for it agai
122 when i snagged a fly in a juniper tree on the riverbank i winced
123 i d already spent a small fortune on trout flies little bits of elk hair rabbit
fur and rooster hackle feathers threaded around a tiny hook made to mimic a wide
range of aquatic insects in order to fool the fish into biting
124 he flipped open his fly box to reveal hundreds of tiny floaters spinners streame
rs nymphs emerges stimulators parachutes and terrestrials
125 he had locally themed flies like the san juan worm and the breaking bad inspired
crystal meth egg
126 he deployed subtle variations in thread color or hook size to match the insect h
atches in each river or stream he fished
127 the flies he carried in may were different from those he used in august

123 sensing my curiosity he opened up a cabinet like a little fly box and pulled out one of the m

124 indd nsn pm bart zo prologue out one of the most strangely beautiful things

125 a jock scott salmon fly which he explained had been tied according to a year old recipe

126 it bore the feathers of a dozen different birds flashing crimson and canary yell ow turquoise and setting sun orange as he turned it this way and that

127 it was finished with a dizzying spiral of gold thread around the hook shank and it was capped with an eyelet made from the gut of silkworms

128 calls for some of the rarest feathers in the world

129 most guys that tie have no idea how to fish

130 we pushed upstream crouching low as we approached a fishylooking stretch

131 the hobby seemed strange searching for rare feathers to tie a fly you don t know how to cast

132 you think that s strange you should look up this kid edwin rist

133 he s one of the best tiers on the planet

134 broke into the british museum of natural history just to get birds for these fli es

135 don t know if it was edwin s victorian sounding name the sheer weirdness of the story or the fact that i was in desperate need of a new direction in life but i became obsessed with the crime within moments

136 for the rest of the afternoon as spencer did his best to get fish on my line i w as unable to focus on anything except learning about what happened that night in tring

137 but the more found out the greater the mystery grew and with it my own compulsio n to solve it

138 little did i know my pursuit of justice would mean journeying deep into the feat her underground a world of fanatical fly tiers and plume peddlers cokeheads and big game hunters ex detectives and shady dentists

139 from the lies and threats rumors and half truths revelations and frustrations i came featherthief tx

140 pm bart zo the feather thief to understand something about the devilish relation ship between man and nature and his unrelenting desire to lay claim to its beaut y whatever the cost

141 it would be five consuming years before i finally discovered what happened to th e lost birds of tring

142 pm bart zo cracks sweat and sea spray clung to him as the balsam and rubber boil

143 the crew of the hele raced frantically around him heaving belongings and supplie s into the two small lifeboats that were being lowered down the ship s flank

144 the lifeboats had been baking in the sun above deck for so long that the wood ha d contracted water began to seep in as soon as they hit the ocean

145 the cook bolted off in search of corks to plug the gaps which panicked crewmen s earched for oars and a rudder

146 captain john turner hurriedly bagged up his chronometer and nautical charts as h is men lowered casks filled with raw pork and bread and water into the boats

147 they had no idea how long they might drift before being rescued if they were to be rescued at all

148 thousands of miles of sea spread in every direction

149 four years of being soaked to the bone beneath the ceaseless m featherthief

150 pm bart zoo the feather thief downpour of the amazonian rain forest with malaria dysentery and yellow fever tugging at his mortal coil and the element that woul d bring wallace s mission to ruin was not water but fire

151 the small menagerie of monkeys and parrots he d painstakingly shielded from the damp cold were now sprung from their cages scurrying and flapping away from the flames to the bowsprit that poked like a needle nose from the prow of the ton he len wallace stood there squinting through wire rimmed glasses at the panicked bi rds as chaos engulfed him

152 he was so depleted of vitality leeched by vampire bats and inflamed by the chigo e fleas wasn t thinking clearly

153 all his notebooks containing years worth of research on the wildlife along the i nk black

154 as the fire danced toward the parrots below deck it lapped at the edges of carto ns filled with the true bounty of his expedition into the amazon

155 the skins of nearly ten thousand birds each meticulously preserved

156 there were river tortoises pinned butter tiles bottled ants and beetles skeleton s of anteaters and manatees sheaves of drawings illustrating the transformation of strange unknown insects and an herbarium of brazilian fauna that included a f ifty foot leaf of the jupat palm

157 the notebooks skins and specimens represented a career establishing body of rese arch

158 he d left england an unknown land surveyor with only a few years of formal educa tion and now at the age of twenty nine he was on the brink of a triumphant retur n as a bona fide naturalist with hundreds of unidentified species to name

123 sensing my curiosity he opened up a cabinet like a little fly box and pulled out one of the m ost strangely beautiful things i d ever seen

125 a jock scott salmon fly which he explained had been tied according to a year old recipe

126 it bore the feathers of a dozen different birds flashing crimson and canary yell ow turquoise and setting sun orange as he turned it this way and that

127 it was finished with a dizzying spiral of gold thread around the hook shank and

128 calls for some of the rarest feathers in the world

133 there s a little community of us online that tie em he said

134 most guys that tie have no idea how to fish

135 we pushed upstream crouching low as we approached a fishy looking stretch

136 the hobby seemed strange searching for rare feathers to tie a fly you don t know how to cast

137 you think that s strange you should look up this kid edwin rist

138 he s one of the best tiers on the planet

139 broke into the british museum of natural history just to get birds for these fli

140 i didn t know if it was edwin s victorian sounding name the sheer weirdness of th e story or the fact that i was in desperate need of a new direction in life but i became obsessed with the crime within moments

141 for the rest of the afternoon as spencer did his best to get fish on my line i w as unable to focus on anything except learning about what happened that night in tring

142 but the more i found out the greater the mystery grew and with it my own compuls ion to solve it

143 little did i know my pursuit of justice would mean journeying deep into the feat her underground a world of fanatical fly tiers and plume peddlers cokeheads and big game hunters ex detectives and shady dentists

144 from the lies and threats rumors and half truths revelations and frustrations i came to understand something about the devilish relationship between man and nat ure and his unrelenting desire to lay claim to its beauty whatever the cost

145 it would be five consuming years before i finally discovered what happened to th e lost birds of tring

146 dead birds and rich men the trials of alfred russel wallace alfred russel wallac e stood on the quarterdeck of a burning ship seven hundred miles off the coast o f bermuda the planks heating beneath his feet yellow smoke curling up through th e cracks

147 sweat and sea spray clung to him as the balsam and rubber boiled and hissed belo w deck

148 the crew of the helen raced frantically around him heaving belongings and supplie s into the two small lifeboats that were being lowered down the ship s flank

149 the lifeboats had been baking in the sun above deck for so long that the wood ha d contracted water began to seep in as soon as they hit the ocean

150 the cook bolted off in search of corks to plug the gaps which panicked crewmen s earched for oars and a rudder

151 captain john turner hurriedly bagged up his chronometer and nautical charts as h is men lowered casks filled with raw pork and bread and water into the boats

152 they had no idea how long they might drift before being rescued if they were to be rescued at all

153 thousands of miles of sea spread in every direction

154 four years of being soaked to the bone beneath the ceaseless downpour of the ama zonian rain forest with malaria dysentery and yellow fever tugging at his mortal coil and the element that would bring wallace s mission to ruin was not water b ut fire

155 the small menagerie of monkeys and parrots he d painstakingly shielded from the damp cold were now sprung from their cages scurrying and flapping away from the flames to the bowsprit that poked like a needle nose from the prow of the ton he len

156 wallace stood there squinting through wire rimmed glasses at the panicked birds as chaos engulfed him

157 he was so depleted of vitality leeched by vampire bats and inflamed by the chigo e fleas that had burrowed under his toenails to deposit their eggs that he wasn t thinking clearly

158 all his notebooks containing years worth of research on the wildlife along the i nk black rio negro were in his cabin

159 as the fire danced toward the parrots below deck it lapped at the edges of carto ns filled with the true bounty of his expedition into the amazon

160 the skins of nearly ten thousand birds each meticulously preserved

161 there were river tortoises pinned butter flies bottled ants and beetles skeleton s of anteaters and manatees sheaves of drawings illustrating the transformation of strange unknown insects and an herbarium of brazilian fauna that included a fi fty foot leaf of the jupat palm

162 the notebooks skins and specimens represented a career establishing body of rese arch

163 he d left england an unknown land surveyor with only a few years of formal educa tion and now at the age of twenty nine he was on the brink of a triumphant retur n as a bona fide naturalist with hundreds of unidentified species to name

159 if the flames were not extinguished they would force a return a nobody

160 the eighth of nine children wallace was born in in the welsh village of llanbado
>c on the west bank of the river usk which featherthief_tx

161 pm bart zoo the trials of alfred russel wallace ribbons south from the black mou
>ntains of mid wales into the estuary of the severn river

162 thirteen years earlier charles darwin had been born on the banks of the severn n
>inety miles north but it would be decades before the two men s lives collided in
> one of the most astonishing coincidences in scientific history

163 after a series of foolish investments by his father put tuition beyond reach wal
>lace was withdrawn from school at thirteen and sent off to his older brother to
>work as a surveyor s apprentice

164 the arrival of the steam engine which precipitated a railway boom that saw thous
>ands of miles of tracks laid across the british isles meant that surveyors were
>in high demand while other boys his age trans lated virgil and studied algebra s
>urveying turned the countryside into a classroom for young wallace who scampered
> through val leys and forests learning the principles of trigonometry as he help
>ed his first lessons in geology as vanished species like belemnites fossilized s
>ixty six million years ago were revealed in the deep history of the earth

165 the precocious boy devoured introductory works on mechanics and optics and locat
>ed the satellites of jupiter through a telescope he d fashioned out of a paper t
>ube an opera glass and an optician s lens

166 wallace s informal education happened in the midst of a great back to nature mov
>ement the result of a century of industrialization and urbanization

167 crammed in sooty squalid cities people began longing for the rustic idyll of the
>ir ancestors but a trip over rutted roads to the coasts or distant stretches of
>the british isles was uncomfortable and prohibitively expensive

168 it wasn t until the arrival of the trains that britain s overworked city dweller
>s were finally able to escape

169 embracing the biblical proverb that idle hands are the devil s workshop the vict
>orians promoted natural history collecting as the ideal form of recreation and s
>talls at train stations were packed with popular magazines and books on building
> a pri vate collection

170 pm bart zo the feather thief mi osses and seaweeds were pressed and dried corals
> seashells and sea anemones were dredged up and bottled

171 hats were designed with special compartments for storing specimens gathered on a
> stroll

172 microscopes became more powerful and affordable exacerbating the frenzy

173 what was once common and unremarkable to the naked eye a backyard leaf or a beet
>le suddenly revealed an intricate beauty under the lens

174 the french led the way with conchlyomania with conch shells fetching obscene pri
>ces

175 pteridomania followed as the british obsessively uprooted ferns from every corne
>r of the isles for their fern albums

176 there was status in owning something rare and parlor room vitrines laden with nat
>tural curios became regarded as one of the essential fur nishings of every membe
>r of the leisured classes with claims to be atic botany was a science or that th
>ere was any kind of

177 order in the endless variety of plants and animals

178 he soon discovered an insatiable need to classify to know the names of everythin
>g li ving within the planes of his surveying maps

179 he snipped specimens of flowers and dried them back in the room he shared with h
>is brother

180 he started a herbarium and graduated to entomology flipping stones to see what w
>riggled underneath trapping beetles in little glass jars

181 in his early twenties after reading charles darwin s voyage of the beagle wallac
>e began to dream of an expedition of his own

182 having already cataloged every creeping and flowering thing he could find in eng
>land he was eager for new species to examine

183 when the railway bubble burst and surveying work dried up he began searching for
> an unexplored part of the world that might help him unlock the greatest scienti
>fic mysteries of the day

184 why did others like those he had found featherthief tx

185 pm bart zoo the trials of alfred russel wallace while surveying die off

186 was it such a crazy thought that he might set sail for south america in the foot
>steps of darwin

187 throughout he corresponded about the prospect of a voyage with a young entomolog
>ist he d befriended named henry bates

188 after a visit to the insect room at the british museum wallace told bates that h
>e had been underwhelmed by the number of beetles and butterflies he d been permi
>tted to examine

189 i should like to take some one family to study thoroughly principally with a vie
>w to the theory of the origin of species

190 by that means i am strongly of opinion that some definite results might be arriv
>ed at

Right column:

165 if the flames were not extinguished they would force a return a nobody

165 the eighth of nine children wallace was born in in the welsh village of llanbado
>c on the west bank of the river usk which ribbons south from the black mountains
> of mid wales into the estuary of the severn river

166 thirteen years earlier charles darwin had been born on the banks of the severn n
>inety miles north but it would be decades before the two men s lives collided in
> one of the most astonishing coincidences in scientific history

167 after a series of foolish investments by his father put tuition beyond reach wal
>lace was withdrawn from school at thirteen and sent off to his older brother to
>work as a surveyor s apprentice

168 the arrival of the steam engine which precipitated a railway boom that saw thous
>ands of miles of tracks laid across the british isles meant that surveyors were
>in high demand

169 while other boys his age translated virgil and studied algebra surveying turned
>the countryside into a classroom for young wallace who scampered through valleys
> and forests learning the principles of trigonometry as he helped map out future
> train routes

170 as the earth was carved open he had his first lessons in geology as vanished spe
>cies like belemnites fossilized sixty six million years ago were revealed in the
> deep history of the earth

171 the precocious boy devoured introductory works on mechanics and optics and locat
>ed the satellites of jupiter through a telescope he d fashioned out of a paper t
>ube an opera glass and an optician s lens

172 wallace s informal education happened in the midst of a great back to nature mov
>ement the result of a century of industrialization and urbanization

173 crammed in sooty squalid cities people began longing for the rustic idyll of the
>ir ancestors but a trip over rutted roads to the coasts or distant stretches of
>the british isles was uncomfortable and prohibitively expensive

174 it wasn t until the arrival of the trains that britain s overworked city dweller
>s were finally able to escape

175 embracing the biblical proverb that idle hands are the devil s workshop the vict
>orians promoted natural history collecting as the ideal form of recreation and s
>talls at train stations were packed with popular magazines and books on building
> a pri vate collection

176 mosses and seaweeds were pressed and dried corals seashells and sea anemones wer
>e dredged up and bottled

177 hats were designed with special compartments for storing specimens gathered on a
> stroll

178 microscopes became more powerful and affordable exacerbating the frenzy

179 what was once common and unremarkable to the naked eye a backyard leaf or a beet
>le suddenly revealed an intricate beauty under the lens

180 the french led the way with conchlyomania with conch shells fetching obscene pri
>ces

181 pteridomania followed as the british obsessively uprooted ferns from every corne
>r of the isles for their fern albums

182 there was status in owning something rare and parlor room vitrines laden with nat
>tural curios became regarded as one of the essential furnishings of every membe
>r of the leisured classes with claims to be considered cultivated according to th
>e historian d

183 when young wallace overheard a wealthy governess in hertford brag to her friends
> about finding a rare plant known as the monotropa his curiosity was piqued

184 he was unaware that systematic botany was a science or that here was any kind o
>f

185 order in the endless variety of plants and animals

186 he soon discovered an insatiable need to classify to know the names of everythin
>g living within the planes of his surveying maps

187 he snipped specimens of flowers and dried them back in the room he shared with h
>is brother

188 he started a herbarium and graduated to entomology flipping stones to see what w
>riggled underneath trapping beetles in little glass jars

189 in his early twenties after reading charles darwin s voyage of the beagle wallac
>e began to dream of an expedition of his own

190 having already cataloged every creeping and flowering thing he could find in eng
>land he was eager for new species to examine

191 when the railway bubble burst and surveying work dried up he began searching for
> an unexplored part of the world that might help him unlock the greatest scienti
>fic mysteries of the day

192 why did others like those he had found while surveying die off

193 was it such a crazy thought that he might set sail for south america in the foot
>steps of darwin

194 throughout he corresponded about the prospect of a voyage with a young entomolog
>ist he d befriended named henry bates

195 after a visit to the insect room at the british museum wallace told bates that h
>e had been underwhelmed by the number of beetles and butterflies he d been permi
>tted to examine

196 i should like to take some one family to study thoroughly principally with a vie
>w to the theory of the origin of species

197 by that means i am strongly of opinion that some definite results might be arriv
>ed at

191 their minds settled on a de[...] ...ing the publication that year of a vo
>lliam henry edwards who opened with a tantalizing preface

192 promising indeed to lovers of the marvelous is that land

193 where the mightiest of rivers roll majestically through primeval forests of boun
>dless extent concealing yet bringing forth the most beautiful and varied forms o
>f animals and vegetable existence where peruvian gold has tempted and amazonian
>women have repulsed the unprincipled adventurer and where jesuit mis traders hav
>e fallen victims to cannibal indians and epicurean anacondas

194 they would start at the brazilian port city of par[a] and work their way into the
>amazon shipping specimens back to london throughout their expedition

195 samuel stevens their specimen agent would fund their way by selling off duplicat

196 in the week before their departure to northern brazil wallace traveled to the ba
>tes estate in leicester to learn how to shoot and skin birds

197 on april wallace and bates boarded the hms mischief for a twenty nine day voyage
> to par[a] most of which wallace spent m feather thie[f] tx

198 pm bart zoo the feather thief doubled over in his berth with seasickness

199 from there they ventured into the heart of the amazon netting butterflies and sh
>ooting rapids in crude canoes

200 they ate alligators monkeys turtles and ants and they sucked the juice from fres
>h pineapples

201 in a letter to stevens wallace recalled the constant threat of jaguars bloodsuck
>ing vampire bats and deadly serpents

202 at every step i almost expected to feel a cold gliding body under my feet or dea
>dly fangs in my leg

203 two years and a thousand miles into the journey wallace and bates decided to par
>t ways

204 unless they started collecting unique specimens they were in effect competing wi
>th each other

205 wallace would head up the rio negro while bates headed toward the intending for
> them to be e shipped by intermediaries to london

206 in wallace was stricken with yellow fever for several months

207 while [j] in that apathetic state he [v] wrote i was [s] constantly half thinking hal
>f dreaming of all my past life and future hopes

208 and that they were perhaps all doomed to end here on the rio a white crested she
>asant

209 at stops along the way he was startled to discover that many of his previous shi
>pments had been held up by customs officials as suspected contraband

210 he paid a small fortune to liberate them and loaded them onto the helen which se
>t sail on the twelfth of july four years after he had first arrived in brazil

211 now ten thousand bird skins eggs plants fish and beetles more than enough to est
>ablish him as a leading naturalist and burnish a lifetime of research were cooki
>ng in the belly of the helen seven hundred miles east of bermuda

212 pm bart zoo the trials of alfred russel wallace might be extinguished as captain
> turner s men jettisoned cargo and hacked away at the planks pushing desperately
> against outboarding plumes of smoke in search of the hissing heart of the blaze

213 down in the cabin the smoke was so thick that each man could manage only a few s
>wings of the ax before fleeing [t]or fresh air

214 when the captain finally gave the order to abandon ship the crew descended down
>the thick braided ropes mooring the leaky lifeboats to the helen

215 wallace finally sprang into action hurrying down to his cabin now suffocatingly
>hot and full of smoke to see what might be saved

216 he grabbed a watch and some drawings he d made of fish and palm varieties

217 he felt a kind of apathy his notebooks full of observations he d risked his life
> many times over to gather

218 all the bird skins plants insects and other speci as the emaciated wallace began
> to lower himself from the helen his grip slipped from the rope flaying his palm
>s as he tumbled into the half submerged lifeboat

219 the salt water burned at his flesh as he began to bail

220 oo most of the parrots and monkeys were asphyxiated on the deck but a few surviv
>rs were still huddled on the bowsprit

221 wallace tried to coax them into the lifeboat but when the bowsprit finally caug
>ht fire all but one of his parrots [f]lew into the [f]lames

222 the last parrot tumbled into the sea after the rope it was perched upon went up
>in flames

223 from the lifeboats wallace and the crew watched the fire consume the helen the f
>renzy of evacuating replaced by the monotony of bailing

224 every now and then they pushed back flaming wreckage that drifted close enough t
>o pose a danger

225 when the sails which had the effect of steadying the ship finally caught fire th
>e vessel capsized and splintered presenting a magnificent and awful sight as it
>rolled over

226 the whole cargo forming a fuming mass at the bottom

227 pm bart zoo the feather thief they waited for rescue as the sun set

199 ...ing the publication that year of a vo
>yage up the river amazon by an american ento[mologist] named william henry edwards
> who opened with a tantalizing preface

200 promising indeed to lovers of the marvelous is that land

201 where the mightiest of rivers roll majestically through primeval forests of boun
>dless extent concealing yet bringing forth the most beautiful and varied forms o
>f animals and vegetable existence where peruvian gold has tempted and amazonian
>women have repulsed the unprincipled adventurer and where jesuit mis sionaries an
>d luckless traders have fallen victims to cannibal indians and epicurean anacond
>as

202 they would start at the brazilian port city of par and work their way into the a
>mazon shipping specimens back to london throughout their expedition

203 samuel stevens their specimen agent would fund their way by selling off duplicat

204 in the week before their departure to northern brazil wallace traveled to the ba
>tes estate in leicester to learn how to shoot and skin birds

205 on april wallace and bates boarded the hms mischief for a twenty nine day voyage
> to par most of which wallace spent doubled over in his berth with seasickness

206 from there they ventured into the heart of the amazon netting butterflies and sh
>ooting rapids in crude canoes

207 they ate alligators monkeys turtles and ants and they sucked the juice from fres
>h pineapples

208 in a letter to stevens wallace recalled the constant threat of jaguars bloodsuck
>ing vampire bats and deadly serpents

209 at every step i almost expected to feel a cold gliding body under my feet or dea
>dly fangs in my leg

210 two years and a thousand miles into the journey wallace and bates decided to par
>t ways

211 unless they started collecting unique specimens they were in effect competing wi
>th each other

212 wallace would head up the rio negro while bates headed toward the andes

213 periodically wallace sent boxes of specimens downriver intending for them to be
>shipped by intermediaries to london

214 in wallace was stricken with yellow fever for several months

215 he struggled to prepare doses of quinine and cream of tartar water

216 while in that apathetic state he wrote i was constantly half thinking half dream
>ing of all my past life and future hopes and that they were perhaps all doomed t
>o end here on the rio negro

217 he decided to cut short his voyage by a year

218 he loaded the canoe that would take him back to par with crates of preserved spe
>cimens and makeshift cages containing thirty four live animals

219 monkeys parrots toucans parakeets and a white crested pheasant

220 at stops along the way he was startled to discover that many of his previous shi
>pments had been held up by customs officials as suspected contraband

221 he paid a small fortune to liberate them and loaded them onto the helen which se
>t sail on the twelfth of july four years after he had first arrived in brazil

222 now ten thousand bird skins eggs plants fish and beetles more than enough to est
>ablish him as a leading naturalist and burnish a lifetime of research were cooki
>ng in the belly of the helen seven hundred miles east of bermuda

223 there was still hope that the fire might be extinguished as captain turner s men
> jettisoned cargo and hacked away at the planks pushing desperately against suff
>ocating plumes of smoke in search of the hissing heart of the blaze

224 down in the cabin the smoke was so thick that each man could manage only a few s
>wings of the ax before fleeing [f]or fresh air

225 when the captain finally gave the order to abandon ship the crew descended down
>the thick braided ropes mooring the leaky lifeboats to the helen

226 wallace finally sprang into action hurrying down to his cabin now suffocatingly
>hot and full of smoke to see what might be saved

227 he grabbed a watch and some drawings he d made of fish and palm varieties

228 he felt a kind of apathy perhaps a result of shock and physical depletion and fa
>iled to take his notebooks full of observations he d risked his life many times
>over to gather

229 all the bird skins plants insects and other specimens trapped in the cargo hold
> were gone

230 as the emaciated wallace began to lower himself from the helen his grip slipped
>from the rope flaying his palms as he tumbled into the half submerged lifeboat

231 the salt water burned at his flesh as he began to bail

232 most of the parrots and monkeys were asphyxiated on the deck but a few survivors
> were still huddled on the bowsprit

233 wallace tried to coax them into the lifeboat but when the bowsprit finally caugh
>t fire all but one of his parrots [f]lew into the [f]lames

234 the last parrot tumbled into the sea after the rope it was perched upon went up
>in flames

235 from the lifeboats wallace and the crew watched the fire consume the helen the f
>renzy of evacuating replaced by the monotony of bailing

236 every now and then they pushed back flaming wreckage that drifted close enough t
>o pose a danger

237 when the sails which had the effect of steadying the ship finally caught fire th
>e vessel capsized and splintered presenting a magnificent and awful sight as it
>rolled over

the whole cargo forming a fuming mass at the bottom

228 their intention was to sti... [cut off] ...possible w... ...

229 if they were lucky a passing ship would see the fire and come to their rescue

230 whenever wallace shut his eyes and began to drift off he almost immediately jerked awake under the red glare of the helen searching vainly for signs of salvation

231 mercifully the wooden planks of the lifeboats had become swollen enough to seal off the leaks

232 under favorable conditions they might reach bermuda in a week

233 with no other ships in sight the dilapidated flotilla hoisted sail and headed for land

234 after ten days hands and faces skinned by the sun they crossed paths with a lumber ship en route to england

235 that night in comfort aboard the jordeson wallace s survival instincts gave way to a profound sense of grief

236 past that i began to feel fully the greatness of my loss he wrote toa friend

237 had t crawled into the forest and been re but he was soon reached back into survival mode

238 the jordeson one of the slowest ships in the world averaging two knots under good conditions was dangerously overloaded and underprovisioned

239 by the time the english port of deal was sighted the crew had been reduced to eating rats

240 eighty days after emerging triumphantly from the mouth of the amazon with a small museum s worth of specimens wallace descended from the halfsunk ship threadbare drenched hungry and empty handed his ankles so swollen he could barely walk

241 in the wake of the disaster a bedridden wallace took stock of what he had to show for his years in the amazon

242a a handful of drawings of tropical fish and palm trees

243 his watch of all the things to save featherthief tx

244 pm bart zoo the trials of alfred russel wallace from the fre

245 wallace never managed to explain his thought process in the fateful final moment s aboard the helen

246 samuel stevens had taken out a insurance policy roughly today on the specimen collection in the event of its destruction but the money was little consolation

247 there was no way to file a claim on lost scientific insights not to mention stories for a book of his own in the spirit of darwin

248 to tackle the origin of species he would need new specimens which required another expedition

249 but his resources were limited his body depleted and his reputation nonexistent

250 by the middle of the nineteenth century the terra incognita that had once hazily marked unexplored forests and islands was rapidly vanishing from maps

251 the gunships of the british navy now dominant sailed into ports and harbors to seize virgin territo board

252 darwin s cambridge professor had recommended him for the voyage of the hms beagle z

253 a navy ship tasked with opening up much of south america s west coast and the galapagos islands and his father covered all incidental expenses over the five year journey

254 hooker darwin s close friend boarded the hms erebus in fora four year expedition in the antarctic and then the hms sidon for several years in the himalayas and india

255 these were men of royal societies from great families with deep pockets and they were naming hundreds of new species each year

256 wallace didn t have any cambridge dons to recommend him for berths on upcoming expeditions

257 if wallace was to leave his mark he had little time to wallow

258 as soon as he regained his health he began to write his way into the hallowed rooms of london s scientific societies drawing upon his recollections and the few sketches he d saved

259 only five weeks after his return he read a paper on amazonian butterflies before the entomological society

260 he went to the zoological society with a presentation on the monkeys of the amazon theorizing that when m featherthief tx

261 pm bart zo the feather thief a great ocean once covering the region receded three e rivers the amazon the rio madeira and the rio negro had divided the land into four parts

262 the great divisions that resulted explained the variation and distribution of the twenty one species of monkeys he d observed there

263 wallace didn t have an answer to the origin of species but he knew that geography was an essential

264 he railed against the sloppy way in which other naturalists recorded geographical data

265 in the various works on natural history and in our museums we have generally but the vaguest statements of lo cality

266 america brazil guiana peru are among the most com specimen

267 we have nothing to tell us whether the one came from nnn the north or south of t the amazon

228 ...ship as possible without getting bu rned for as long as the flames gave off light

229 if they were lucky a passing ship would see the fire and come to their rescue

240 whenever wallace shut his eyes and began to drift off he almost immediately jerked awake under the red glare of the helen searching vainly for signs of salvatio n

241 mercifully the wooden planks of the lifeboats had become swollen enough to seal off the leaks

242 under favorable conditions they might reach bermuda in a week

243 with no other ships in sight the dilapidated flotilla hoisted sail and headed for land

244 they sailed west through squalls and storms rationing a dwindling supply of water and raw pork

245 after ten days hands and faces skinned by the sun they crossed paths with a lumber ship en route to england

246 that night in comfort aboard the jordeson wallace s survival instincts gave way to a profound sense of grief

247 it was now when the danger appeared past that i began to feel fully the greatnes s of my loss he wrote to a friend

248 had i crawled into the forest and been rewarded by some unknown and beautiful species

249 but he was soon wrenched back into survival mode

250 the jordeson one of the slowest ships in the world averaging two knots under good conditions was dangerously overloaded and underprovisioned

251 by the time the english port of deal was sighted the crew had been reduced to eating rats

252 eighty days after emerging triumphantly from the mouth of the amazon with a small museum s worth of specimens wallace descended from the half sunk ship threadba re drenched hungry and empty handed his ankles so swollen he could barely walk

253 in the wake of the disaster a bedridden wallace took stock of what he had to show for his years in the amazon

254 a handful of drawings of tropical fish and palm trees

255 of all the things to save from the fire

256 wallace never managed to explain his thought process in the fateful final moment s aboard the helen

257 samuel stevens had taken out a insurance policy roughly today on the specimen co llection in the event of its destruction but the money was little consolation

258 there was no way to file a claim on lost scientific insights not to mention stor ies for a book of his own in the spirit of darwin

259 to tackle the origin of species he would need new specimens which required anoth er expedition

260 but his resources were limited his body depleted and his reputation nonexistent

261 by the middle of the nineteenth century the terra incognita that had once hazily marked unexplored forests and islands was rapidly vanishing from maps

262 the gunships of the british navy now dominant sailed into ports and harbors to s eize virgin territories and pry colonies from senescent empires such as the dutc h and portuguese

263 more often than not they traveled with a naturalist on board

264 darwin s cambridge professor had recommended him for the voyage of the hms beagl e a navy ship tasked with opening up much of south america s west coast and the gal pagos islands and his father covered all incidental expenses over the five y ear journey

265 hooker darwin s close friend boarded the hms erebus in for a four year expeditio n in the antarctic and then the hms sidon for several years in the himalayas and india

266 these were men of royal societies from great families with deep pockets and they were naming hundreds of new species each year

267 wallace didn t have any cambridge dons to recommend him for berths on upcoming e xpeditions

268 if wallace was to leave his mark he had little time to wallow

269 as soon as he regained his health he began to write his way into the hallowed ro oms of london s scientific societies drawing upon his recollections and the few sketches he d saved

270 only five weeks after his return he read a paper on amazonian butterflies before the entomological society

271 he went to the zoological society with a presentation on the monkeys of the amaz on theorizing that when a great ocean once covering the region receded three riv ers the amazon the rio madeira and the rio negro had divided the land into four parts

272 the great divisions that resulted explained the variation and distribution of th e twenty one species of monkeys he d observed there

273 wallace didn t have an answer to the origin of species but he knew that geograph y was an essential instrument in the search

274 he railed against the sloppy way in which other naturalists recorded geographica l data

275 in the various works on natural history and in our museums we have generally but the vaguest statements of locality

276 america brazil guiana peru are among the most common and if we have river amazon or quito attached to a specimen

277 we have nothing to tell us whether the one came from the north or south of the a mazon

268 without precise information about how and where different species it would be imposs
>ible to know how or why species diverged

269 the tags in his view were nearly as im in the months after returning wallace bec
>ame a fixture at lon s scientific societies but his true priority was select
>ing the site of his next adventure

270 a return to the amazon though was pointless his friend bates was still there bui
>lding a massive collection and by now was so far ahead of him that it would defe
>at the purpose

271 it hardly made sense to retread darwin s route and alexander von humboldt had al
>ready summited the mountains of central america cuba and colombia

272 wallace needed to find a gap in the record a stretch of the map that hadn t yet
>been combed over by a rival naturalist

273 after reading a description of a new world with an animal kingdom unlike that of
> all other countries wallace settled on the malay archipelago which had yet to b
>e explored by a natural historian

274 in june with his reputation growing wallace took a proposal to sir roderick murc
>hison president of the royal geographical society describing an itinerary as am
>bitious as it was featherthief tx

275 pm bartz the trials of alfred russel wallace protracted

276 borneo the philippines the indonesian island of sulawesi timor the moluccas and
>new guinea

277 wallace planned to spend a year or two in each location an expedition that could
> easily demand a dozen years

278 murchison agreed to find wallace passage on the next ship traveling toward the r
>egion and to broker valuable introductions to colonial authorities

279 in preparation wallace inspected the insect and bird rooms at the british museu
>m of natural history in london lugging along his copy of prince lucien bonaparte
> s conspectus generum avium an eight hundred page volume that described every kn
>own species of bird up to and making meticulous notes in its margins

280 strangest and most beautiful birds on the planet the birds of par adise

281 as a oitt for the king of spain j in were missing their feet such was the skinni
>ng practice of early bird of paradise hunters leading carolus linnaeus the fathe
>r ot mod inhabitants of a heavenly realm always turning toward the sun feeding o
>n ambrosia and never descending to earth until their death

282 they thought females laid their eggs on the back of her mate incubating them as
>they soared through the clouds

283 the malayans called them manuk dewata god s birds the portuguese referred to the
>m as passaros de col birds of the sun

284 linnaeus described nine species that had never been spotted since known to the t
>raders in the archipelago as burong coati dead birds

285 pope clement vii owned a pair of the heavenly skins

286 young king charles i posing for his portrait in stood confidently next toa hat b
>edecked with a stuffed bird of paradise

287 rembrandt rubens and bruegel the elder captured their undulating plumes in y fea
>therthief tx

288 pm bart z zh the feather thief oil on canvas

289 entranced as the west was by these supposedly celes tial beings no trained natur
>alist had ever observed them in the wild

290 on march eighteen months after his calamitous return from south america wallace
>boarded a peninsular oriental steamer that ferried him through the strait of gib
>raltar past the citadels of malta to alexandria where he boarded a barge that tr
>aveled up the nile to cairo where he loaded his gear onto horse drawn wagons car
>avanning across the eastern desert toward suez

291 in yemen sri lanka and the richly wooded shores of the strait of malacca before
>depositing him in singapore

292 within a month of arriving wallace sent nearly a thousand bee tles from more tha
>n seven hundred species to stevens

293 to gather at five thirty to analyze and store

294 guns and ammunition were readied and insect nets were re paired

295 he d have breakfast at eight then head into the jungie for four or five hours of
> collecting after which he would return home to kill and pin insects until four

296 every night before bed he d spend an hour or two recording specimens in his regi
>stry

297 the british museum was buying up nearly everything wallace sent home

298 stevens wanting more of anything that could be captured and sold asked if he mig
>ht speed up his collecting by also heading out at night triggering an irate repl
>y

299 night work may be very well for amateurs but not tor the man who works twelve ho
>urs every day at his collection

300 gathering specimens was taxing but protecting them against the constant threat o
>f scavengers was maddening

301 small black ants routinely took possession of his house spiraling down papery fe

Right column:

279 the tags in his view were nearly as important as the specimens to which they wer
>e attached

280 in the months after returning wallace became a fixture at london s scientific so
>cieties but his true priority was selecting the site of his next adventure

281 a return to the amazon though was pointless his friend bates was still there bui
>lding a massive collection and by now was so far ahead of him that it would defe
>at the purpose

282 it hardly made sense to retread darwin s route and alexander von humboldt had al
>ready summited the mountains of central america cuba and colombia

283 wallace needed to find a gap in the record a stretch of the map that hadn t yet
>been combed over by a rival naturalist

284 after reading a description of a new world with an animal kingdom unlike that of
> all other countries wallace settled on the malay archipelago which had yet to b
>e explored by a natural historian

285 in june with his reputation growing wallace took a proposal to sir roderick murc
>hison president of the royal geographical society describing an itinerary as amb
>itious as it was protracted

286 borneo the philippines the indonesian island of sulawesi timor the moluccas and
>new guinea

287 wallace planned to spend a year or two in each location an expedition that could
> easily demand a dozen years

288 murchison agreed to find wallace passage on the next ship traveling toward the r
>egion and to broker valuable introductions to colonial authorities

289 in preparation wallace inspected the insect and bird rooms at the british museu
>m of natural history in london lugging along his copy of prince lucien bonaparte
> s conspectus generum avium an eight hundred page volume that described every kn
>own species of bird up to and making meticulous notes in its margins

290 he soon realized the museum had an incomplete collection of the strangest and mo
>st beautiful birds on the planet

291 the birds of paradise occupied a perch in the western public s imagination worth
>y of their mythical name

292 the first skins brought to europe by magellan s crew as a gift for the king of s
>pain in were missing their feet such was the skinning practice of early bird of
>paradise hunters leading carolus linnaeus the father of modern taxonomy to name
> the species paradisaea apoda

293 many europeans thus believed that the birds were inhabitants of a heavenly realm
> always turning toward the sun feeding on ambrosia and never descending to earth
> until their death

294 they thought females laid their eggs on the back of her mate incubating them as
>they soared through the clouds

295 the malayans called them manuk dewata god s birds the portuguese referred to the
>m as passaros de col birds of the sun

296 linnaeus described nine species that had never been spotted since known to the t
>raders in the archipelago as burong coati dead birds

297 pope clement vii owned a pair of the heavenly skins

298 young king charles i posing for his portrait in stood confidently next to a hat
>bedecked with a stuffed bird of paradise

299 rembrandt rubens and bruegel the elder captured their undulating plumes in oil o
>n canvas

300 entranced as the west was by these supposedly celestial beings no trained natura
>list had ever observed them in the wild

301 on march eighteen months after his calamitous return from south america wallace
>boarded a peninsular oriental steamer that ferried him through the strait of gib
>raltar past the citadels of malta to alexandria where he boarded a barge that tr
>aveled up the nile to cairo where he loaded his gear onto horse drawn wagons car
>avanning across the eastern desert toward suez

302 the bengal a foot cargo barque took him the next leg stopping in yemen sri lanka
> and the richly wooded shores of the strait of malacca before depositing him in
>singapore

303 within a month of arriving wallace sent nearly a thousand beetles from more than
> seven hundred species to stevens

304 to gather such a haul he kept a grueling schedule

305 each morning he was up at five thirty to analyze and store the insects collected
> the previous day

306 guns and ammunition were readied and insect nets were repaired

307 he d have breakfast at eight then head into the jungle for four or five hours of
> collecting after which he would return home to kill and pin insects until four

308 every night before bed he d spend an hour or two recording specimens in his regi
>stry

309 the british museum was buying up nearly everything wallace sent home

310 stevens wanting more of anything that could be captured and sold asked if he mig
>ht speed up his collecting by also heading out at night triggering an irate repl
>y

311 night work may be very well for amateurs but not for the man who works twelve ho
>urs every day at his collection

312 gathering specimens was taxing but protecting them against the constant threat o
>f scavengers was maddening

313 small black ants routinely took possession of his house spiraling down papery tu

302 atherthief tx
pm bart 2 the trials of alfred russel wallace tunnels onto his work desk and carrying off insects from under his nose
303 bluebottle flies arrived by the swarm and deposited masses of eggs in his bird skins
304 unless they were swiftly cleaned the eggs would hatch into maggots and feast on the bird
305 but his greatest enemies were the lean hungry dogs pacing outside
306 if he left a bird he was in the midst of skinning for an instant it was sure to be carried off
307 wallace hung bird skins from the rafters to dry but if he left a stepladder too close the dogs would climb up and make off with his most cherished specimens
308 the passage of time also presented a unique danger
309 for centuries taxidermists had struggled to determine the best method to preserve birds for future research
310 they d tried pickling them drowning them in spirits bathing them in ammonia shel
lacking led to the ruination of the skin or damaged the beauty of the feath ers
311 it was only in the previous few decades that naturalists had perfected the art of skinning birds by making a fine incision from the belly to the anus stripping out their guts scooping their brains out with a quill cutting out the roots of the ears extracting their eyeballs and replacing the arsenical soap to the skin
312 by the middle of the nineteenth century guidebooks with ghastly tips abounded
313 fashion a noose out of a pocket handkerchief to strangle maimed birds use no
314 for those of greater hulk and knock a wounded and aggressive heron firmly on the head with a walking stick in order to subdue it
315 tendons should be cut from the feet of larger birds of prey
316 grebes should be skinned from the back instead of the gut
317 instead of being sliced open hummingbirds could be dried over a stove and packed with camphor
318 losing a poorly preserved bird skin to insects or a mangy dog was nearly as bad as seeing them go up in flames
319 to help with the quotidian tasks of specimen collecting wallace had brought along m featherthief txindd ns
320 pm bart 2o the feather thief a sixteen year old named charles allen
321 early in their expedition he happily informed his mother that charles can now shoot pretty well
322 he will soon be very useful if can cure him of his incorrigible carelessness
323 but within a year wallace had lost all patience and begged his sister to find a replacement
324 i could not be troubled with another like him for any consideration whatever
325 if he puts up a bird the head is on one side there is a great lump of cotton on one side of the neck like a wen the feet are twisted soles uppermost or something else
326 in everything it is the same what ought to be straight is crooked
327 after eighteen months wallace and young allen parted ways
328 malay assistant named ali whose attention to detail was a wel come change
329 in the first two years of his voyage wallace sailed from singapore to malacca borneo bali lombok and makassar gathering some thirty thousand specimens six thousand of which were distinct species
330 perhaps mind ful of the lessons of the helen he routinely dispatched crates of skins to stevens
331 the peninsular oriental s overland route was the swiftest but costliest
332 seven thousand miles by sea to suez a sweltering caravan to alexandria and a steamer to london a journey of seventy seven days
333 otherwise he sent his cases on a four month voyage stowed aboard ships sailing around the cape of good hope
334 nearly three years into his expedition though he had yet to see the birds of paradise
335 in december when a half dutch half malay captain told wallace of a place where the coveted birds might be caught wallace and ali eagerly set sai
336 on a ramshackle prau for a tiny cluster of islets a thousand miles to the east known as the aru islands
337 before him lay roving bands of pirates impassable jungles of towering mahogany and nutmeg malaria and venom and thousands of unknown species to discover
338 fluttering somewhere in its depths were the elusive birds of paradise and one of the greatest scientific breakthroughs in history
339 pm bartz the trials of alfred russel wallace as the prau inched east across the flores and banda seas wallace took stock of his supplies
340 a pair of shotguns a bag of shot and a hunting knife
341 his specimen boxes were stacked neatly in the corner of his bamboo hut tethered to the prow s deck along with a pouch of tobacco and a collection of small knives and beads to use as payment to local bird and insect hunters
342 in bottles and pouches he carried arsenic pepper and alum for preserving specimens and hundreds of labels upon which were printed the words collected measured h is food stock in periods of time
343 sugar eight months worth of butter nine months of coffee and a year of tea
344 nay bags time was the key to understanding how aru and the nearby isc land of new guinea first produced the mysterious birds of paradise

314 bluebottle flies arrived by the swarm and deposited masses of eggs in his bird skins
315 unless they were swiftly cleaned the eggs would hatch into maggots and feast on the bird
316 but his greatest enemies were the lean hungry dogs pacing outside
317 if he left a bird he was in the midst of skinning for an instant it was sure to be carried off
318 wallace hung bird skins from the rafters to dry but if he left a stepladder too close the dogs would climb up and make off with his most cherished specimens
319 the passage of time also presented a unique danger
320 for centuries taxidermists had struggled to determine the best method to preserve birds for future research
321 they d tried pickling them drowning them in spirits bathing them in ammonia shel
lacking them and baking them in ovens but each of these techniques led to the ruination of the skin or damaged the beauty of the feathers
322 it was only in the previous few decades that naturalists had perfected the art of skinning birds by making a fine incision from the belly to the anus stripping out their guts scooping their brains out with a quill cutting out the roots of the ears extracting their eyeballs and replacing them with cotton and applying a coating of arsenical soap to the skin
323 by the middle of the nineteenth century guidebooks with ghastly tips abounded
324 fashion a noose out of a pocket handkerchief to strangle maimed birds use no
325 for those of greater hulk and knock a wounded and aggressive heron firmly on the head with a walking stick in order to subdue it
326 tendons should be cut from the feet of larger birds of prey
327 grebes should be skinned from the back instead of the gut
328 instead of being sliced open hummingbirds could be dried over a stove and packed with camphor
329 losing a poorly preserved bird skin to insects or a mangy dog was nearly as bad as seeing them go up in flames
330 to help with the quotidian tasks of specimen collecting wallace had brought along a sixteen year old named charles allen
331 early in their expedition he happily informed his mother that charles can now shoot pretty well
332 he will soon be very useful if i can cure him of his incorrigible carelessness
333 but within a year wallace had lost all patience and begged his sister to find a replacement
334 i could not be troubled with another like him for any consideration whatever
335 if he puts up a bird the head is on one side there is a great lump of cotton on one side of the neck like a wen the feet are twisted soles uppermost or something else
336 in everything it is the same what ought to be straight is crooked
337 after eighteen months wallace and young allen parted ways
338 for his specimens to survive into posterity he recruited a young malay assistant named ali whose attention to detail was a welcome change
339 in the first two years of his voyage wallace sailed from singapore to malacca borneo bali lombok and makassar gathering some thirty thousand specimens six thousand of which were distinct species
340 perhaps mindful of the lessons of the helen he routinely dispatched crates of skins to stevens
341 the peninsular oriental s overland route was the swiftest but costliest
342 seven thousand miles by sea to suez a sweltering caravan to alexandria and a steamer to london a journey of seventy seven days
343 otherwise he sent his cases on a four month voyage stowed aboard ships sailing around the cape of good hope
344 nearly three years into his expedition though he had yet to see the birds of paradise
345 in december when a half dutch half malay captain told wallace of a place where the coveted birds might be caught wallace and ali eagerly set sail on a ramshackl e prau for a tiny cluster of islets a thousand miles to the east known as the aru islands
346 before him lay roving bands of pirates impassable jungles of towering mahogany and nutmeg malaria and venom and thousands of unknown species to discover
347 fluttering somewhere in its depths were the elusive birds of paradise and one of the greatest scientific breakthroughs in history
348 as the prau inched east across the flores and banda seas wallace took stock of his supplies
349 a pair of shotguns a bag of shot and a hunting knife
350 his specimen boxes were stacked neatly in the corner of his bamboo hut tethered to the prow s deck along with a pouch of tobacco and a collection of small knives and beads to use as payment to local bird and insect hunters
351 in bottles and pouches he carried arsenic pepper and alum for preserving specimens and hundreds of labels upon which were printed the words collected by a
352 drawing ever closer to the birds of the gods he measured his food stock in periods of time
353 a three month supply of sugar eight months worth of butter nine months of coffee and a year of tea
354 time was the key to understanding how aru and the nearby island of new guinea first produced the mysterious birds of paradise

345 one hundred forty million years ago ... continent in the southern hemisphere known as gondwana began to break apart

346 after forty six million years the australian plate separated and began drifting north

347 for eighty million years as the australian plate slowly drifted into tropical waters a wide range of birds winged throughout the continent among them the common ancestor of both birds of paradise and crows and jays of the family corvidae

348 twenty million years ago the crowlike birds of paradise began to diversify

349 two and a half million years before wallace first approached the islands the landmass of new guinea the second largest island in the world behind greenland emerged from the ocean just off the northern coast of australia

350 colliding tectonic plates drove up a spine of mountains that continue to grow faster than anywhere else on earth

351 over the next million years of ice age sea levels rose and fell and rose again

352 every time the water receded a land bridge appeared between australia and new guinea allowing plants and animals and birds to cross between the two

353 om bart zo the feather thief when the water rose the birds left on new guinea we one once again isolated

354 there were no civets or cats hunting them on the remote islands

355 for millions of years there were no humans to cut their trees down or hunt them for their feathers

356 without natural predators the males had no need to develop armament for self defense

357 similarly they had no need to blend into their surroundings and there was no harm in standing out

358 the abundance of fruit isolation and safety provided by these islands created the perfect conditions for what would become known as runaway selection over millions of years could guide him but came up against an unexpected problem

359 the river channels veining the islands were plagued by pi rates known to seize everything from a boat even a man s clothes

360 they burned villages and took women and children as slaves

361 no matter how many beads wallace had to offer the residents of aru weren t lining up to help him search for some birds

362 eventually he to the two hut village of wanumbai where he traded a knife for a room in a crude hut he shared with twelve other people

363 two cooking fires were burning away in the middle of the room when he stepped in he was so close he could hear the distinctive wawk watwk wawk wawks of the birds echoing from the treetops in the early morning hours

364 eager to lay eyes on them he waded through muck and heat hounded by mosquitos

365 by night he was besieged with sand flies which left little circular welts on his limbs

367 in the tropical haze they swarmed his legs until they became too swollen and ulcerated tor him to walk forcing him to convalesce in his hut

368 om bartz the trials of alfred russel wallace though he d traveled thousands of miles across deserts and oceans to finally see birds of paradise in the wild he was hobbled in the final yards by minuscule sand flies revenge he joked for all the thousands of insects he d caught and pinned

369 to be kept prisoner in such an unknown country as aru where rare and beautiful creatures are to be found in every forest ramble

370 is a punishment too severe he complained in his journal

371 wallace put his beads and blades to work offering a bounty for anyone who could bring him a living bird of paradise

372 all his assistant set off with indigenous hunters armed with blunt tipped arrows and tiny snares devised to capture the birds without damag ingtheirplumage

373 eee when ali emerged from the forest clutching a king bird of para dise wallace rejoiced

374 an intense cinnabar red body a rich orange head deep metal lic green spots above the eyes a bright yellow beak a pure white breast and cobalt blue legs

375 from its tail emerged two wiry feathers that spiraled tightly into two glittering emerald coins

376 these two ornaments wallace wrote are altogether unique not occurring on any other species

377 dark and gloomy woods with no intelligent eye to gaze upon their loveliness to all appearance such a wanton waste of beauty

378 as he marveled on their extraordinary evolutionary journey his thoughts turned worriedly toward the future

379 it seems sad that on the one hand such exquisite creatures should live out their lives and exhibit their charms only in these wild inhospitable regions

380 while on the other hand should civilized man ever reach these distant lands

381 we may be sure that he will so disturb the nicelybalanced relations of organic and inorganic nature as to cause the disappearance and finally the extinction of these very beings m featherthief tx

382 om bart zo the feather thief whose wonderful structure and beauty he alone is fitted to appreciate and enjoy

383 us that all living things were mof made for man

384 before departing aru he witnessed a dancing party of the greater bird of paradis e the particular species first brought to europe as footless skins by magellan s

---

349 one hundred forty million years ago ... continent in the southern hemisphere known as gondwana began to break apart

350 after forty six million years the australian plate separated and began drifting north

351 for eighty million years as the australian plate slowly drifted into tropical waters a wide range of birds winged throughout the continent among them the common ancestor of both birds of paradise and crows and jays of the family corvidae

352 twenty million years ago the crowlike birds of paradise began to diversify

353 two and a half million years before wallace first approached the islands the landmass of new guinea the second largest island in the world behind greenland emerged from the ocean just off the northern coast of australia

354 colliding tectonic plates drove up a spine of mountains that continue to grow faster than anywhere else on earth

355 over the next million years of ice age sea levels rose and fell and rose again

356 every time the water receded a land bridge appeared between australia and new guinea allowing plants and animals and birds to cross between the two

363 but when the water rose the birds left on new guinea were once again isolated

364 there were no civets or cats hunting them on the remote islands

365 no monkeys or squirrels with which to compete for fruit and nuts

366 for millions of years there were no humans to cut their trees down or hunt them for their feathers

367 without natural predators the males had no need to develop armament for self defense

368 similarly they had no need to blend into their surroundings and there was no harm in standing out

369 the abundance of fruit isolation and safety provided by these islands created the perfect conditions for what would become known as runaway selection over millions of years the birds of paradise developed extravagant plumage and elaborate dancing rituals on meticulously prepared dance floors all in the ostentatious pursuit of the ultimate goal

370 when wallace finally arrived at aru he searched for locals who could guide him into the jungles but came up against an unexpected problem

371 the river channels veining the islands were plagued by pirates known to seize everything from a boat even a man s clothes

372 they burned villages and took women and children as slaves

373 no matter how many beads wallace had to offer the residents of aru weren t lining up to help him search for some birds

374 eventually he became to paddle him through a mangrove up a small river to the two hut village of wanumbai where he traded a knife for a room in a crude hut that he shared with twelve other people

375 two cooking fires were burning away in the middle of the room when he stepped in

376 he was so close he could hear the distinctive wawk wawk wawks of the birds echoing from the treetops in the early morning hours

377 eager to lay eyes on them he waded through muck and heat hounded by mosquitos

378 by night he was besieged with sand flies which left little circular welts on his limbs

379 in the tropical haze they swarmed his legs until they became too swollen and ulcerated for him to walk forcing him to convalesce in his hut

380 though he d traveled thousands of miles across deserts and oceans to finally see birds of paradise in the wild he was hobbled in the final yards by minuscule sand flies revenge he joked for all the thousands of insects he d caught and pinned

381 to be kept prisoner in such an unknown country as aru where rare and beautiful creatures are to be found in every forest ramble

382 is a punishment too severe he complained in his journal

383 wallace put his beads and blades to work offering a bounty for anyone who could bring him a living bird of paradise

384 ali his assistant set off with indigenous hunters armed with blunt tipped arrows and tiny snares devised to capture the birds without damaging their plumage

385 when ali emerged from the forest clutching a king bird of paradise wallace rejoiced

386 an intense cinnabar red body a rich orange head deep metallic green spots above the eyes a bright yellow beak a pure white breast and cobalt blue legs

387 from its tail emerged two wiry feathers that spiraled tightly into two glittering emerald coins

388 these two ornaments wallace wrote are altogether unique not occurring on any other species

389 i thought of the long ages of the past during which the successive generations of this little creature had run their course year by year being born and living and dying amid these dark and gloomy woods with no intelligent eye to gaze upon their loveliness to all appearance such a wanton waste of beauty

390 as he marveled on their extraordinary evolutionary journey his thoughts turned worriedly toward the future

391 it seems sad that on the one hand such exquisite creatures should live out their lives and exhibit their charms only in these wild inhospitable regions

392 while on the other hand should civilized man ever reach these distant lands

393 we may be sure that he will so disturb the nicely balanced relations of organic and inorganic nature as to cause the disappearance and finally the extinction of these very beings whose wonderful structure and beauty and fitted to appreciate and enjoy

394 this consideration he concluded must surely tell us that all living things were not made for man

395 before departing aru he witnessed a dancing party of the greater bird of paradis e the particular species first brought to europe as footless skins by magellan s

> thematical flies theory of races rats and mice and hummingbirds a thread thunder and lightning fly tin
> sel tippets titanic tocqueville alexis de tools tly tying tortoises toucans town
> end mike townshend pete sy traders o trading floor tragopans traherne john popki
> n traherne s wonder fly travel narratives travers don treaties treatyse of fishi
> ng with an angle a dame juliana berners trentham gardens tring england see also
> naturall listory museum tring tring park tring station trogon family trondheim n
> orway trout trout flies trump donald turkeys turlhanger s wood turner john turtl
> es uel wade music scholarship competition underwood tariff act union of feather
> dyers union of raw feather merchants u

3535 > ageney for international development usaid usk river van zandt townes veals fish
> ing tackle velleman co

3536 > vietnamese refugees virgil vises voque voyage of the beagle the darwin voyage up
> the river amazon a edwards waders walkie talkies wallace alfred russel wallace
> bill and richard wallacea wallace line walter rothschild zoological museum ns

3537 > pm bart zo walters michael walton izaak wanumbai washington george washington jo
> hn watelai river watford england wax wayback machine web spiders weirdo fly werb
> rouck geert western tragopans wheatley s fly no

3538 > avian archives in an age of extinction conference wildlife and animal products p

3539 > indd index wicard of oz the baum wolfer eddie women s fashion wool worde wynken
> de world war i world war ii worms wylie fraser yale university yellow fever yell
> ow fly of may zimbabwe ziploc bags zoological society of london zoos ns

Right column:

> thematical flies theory of races rats and mice and hummingbirds a thread thunder and lightning fly tin
> sel tippets titanic tocqueville alexis de tools fly tying tortoises toucans town
> end mike townshend pete traders trading floor tragopans traherne john popkin tra
> herne s wonder fly travel narratives travers don treaties treatyse of fishing wi
> th an angle a dame juliana berners trentham gardens tring england see also natur
> al history museum tring tring park tring station trogon family trondheim norway
> trout trout flies trump donald turkeys turlhanger s wood turner john turtles uel
> wade music scholarship competition underwood tariff act union of feather dyers
> union of raw feather merchants u

3681 > agency for international development usaid usk river van zandt townes veals fish
> ing tackle velleman co

3682 > vietnamese refugees virgil vises voque voyage of the beagle the darwin voyage up
> the river amazon a edwards waders walkie talkies wallace alfred russel wallace
> bill and richard wallacea wallace line walter rothschild zoological museum walte
> rs michael walton izaak wanumbai washington george washington john watelai river
> watford england wax wayback machine web spiders weirdo fly werbrouck geert west
> ern tragopans wheatley s fly no

3683 > avian archives in an age of extinction conference wildlife and animal products p
> olicy ebay wild turkeys willesden green williamson emily winches wire cutters wi
> zard of oz the baum wolfer eddie women s fashion wool worde wynken de world war
> i world war ii worms wylie fraser yale university yellow fever yellow fly of may
> yelp youtube zeppelins zimbabwe ziploc bags zoological society of london zoos a
> bout the author kirk w

3684 > johnson is the author of to be a friend is fatal and the founder of the list pro
> ject to resettle iraqi allies

3685 > his writing has appeared in the new yorker the new york times the washington pos
> t and the los angeles times among others

3686 > he is the recipient of fellowships from yaddo the macdowell colony the american
> academy in berlin and the usc annenberg center

3687 > he lives in los angeles with his wife and two children

3688 > com type prhebooklanding isbn display get personalized book picks and up to date
> news about this author

**Legends**

| Colors | | Links |
|--------|--|-------|
| Added | | (f)irst change |
| Changed | | (n)ext change |
| Deleted | | (t)op |

# Excerpt of Match Visualization for The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century in Libgen

1 featherthief tx
2 indal ns
3 pm bart zoo featherthief
4 tx
5 indd ji ns
6 pm bart zoo bea natural history heist of the century viking m featherthief tx
7 indd iii ns
8 pm bart z viking an imprint of penguin random house llc hudson street new york new york penguin
9 com copyright by mj kj inc
10 penguin supports copyright
11 copyright fuels creativity encourages diverse voices promotes free speech and creates a vibrant culture
12 thank you for buying an authorized edition of this book and for complying with copyright laws by not reproducing scanning or distributing any part of itin any form without permission
13 you are supporting writers and allowing penguin to continue to publish books for r every reader
14 hhustration credits field museum of natural history bird collection
15 page
16 top
17 flickr francesco veronesi bottom
18 flickr matthias appel
19 page
20 op
21 istock uwe bergwitz bottom
22 tim laman used with permission
23 page
24 top left bottom
25 harper s bazaar bottom
26 from our vanishing wild life by william t
27 hornaday page
28 top right
29 from our vanishing wild life by william t
30 hornaday bo tton
31 photograph by h
32 b
34 s
35 fish and wildlife service museam archives at national conservation training center
36 pages and
37 from the salmon ely
38 how to dress itand how to use it by george m
39 kelson
40 page
41 top
42 from phe salmon fly
43 how to dress it and how to use it by george m
44 kelson bottom
45 courtesy of spencer seim
46 page
47 top middle and bottom
48 courtesy of edward muzeroll
49 page
50 top
51 photo gerald massey licensed for reuse under creative commons license bottoms
52 courtesy of the natural history museum london
53 page
54 top
55 courtesy of dr
56 john r
57 hutchinson bottom
58 courtesy of the natural history maseum london
59 page
60 top
61 courtesy of the natural history museum london bottom
62 courtesy of anonymous
63 page
64 top ad bottom
65 courtesy of the hertfordshire constabulary
66 page
67 top
68 courtesy of the hertfordshire constabulary bottom
69 courtesy of press association images
70 page
71 top and botiom
72 courtesy of robert delisle
73 page
74 top left from the rod and the line by hewitt wheatley top right
75 courtesy of anonymous bottom courtesy of david stenstr m

1 viking an imprint of penguin random house llc hudson street new york new york penguin
2 com copyright by mj kj inc
3 penguin supports copyright
4 copyright fuels creativity encourages diverse voices promotes free speech and creates a vibrant culture
5 thank you for buying an authorized edition of this book and for complying with copyright laws by not reproducing scanning or distributing any part of it in any form without permission
6 you are supporting writers and allowing penguin to continue to publish books for r every reader
7 illustration credits here
8 from alfred russel wallace
9 letters and reminiscences by james marchant here
10 courtesy of the linnean society of london here
11 courtesy of the field museum of natural history bird collection
12 here
13 flickr francesco veronesi here
14 here
15 flickr matthias appel
16 istock uwe bergwitz here
17 tim laman used with permission
18 here
19 harper s bazaar here
20 from our vanishing wild life by william t
21 hornaday
22 here
23 from our vanishing wild life by william t
24 hornaday here
25 photograph by h
26 b
28 s
29 fish and wildlife service museum archives at national conservation training center
30 here and here
31 from the salmon fly
32 how to dress it and how to use it by george m
33 kelson
34 here
35 from the salmon fly
36 how to dress it and how to use it by george m
37 kelson here
38 courtesy of spencer seim
39 here here and here
40 courtesy of edward muzeroll
41 here
42 photo gerald massey licensed for reuse under creative commons license here
43 courtesy of the natural history museum london
44 here
45 courtesy of dr
46 john r
47 hutchinson here
48 courtesy of the natural history museum london
49 here
50 courtesy of the natural history museum london here
51 courtesy of anonymous
52 here and here
53 courtesy of the hertfordshire constabulary
54 here
55 courtesy of the hertfordshire constabulary here
56 courtesy of press association images
57 here and here
58 courtesy of robert delisle
59 here
60 from the rod and the line by hewitt wheatley here
61 courtesy of anonymous here
62 courtesy of david stenstr m

76 isbn
77 hardcover e book exp printed in the united states of america y set in sabon lt
78 std designed by cassandra garruzzo featherthief tx
indd iv
79 pm bart zoo fer marie fes e
80 c tatt teut neir et blane avant que tu aies vei et atterrt
81 dans men arbre u featherthief tx
82 indd v
83 pm bart zo featherthief tx
84 indd vii n n
85 pm bart zo man is seldom content to witness beauty
86 he must possess it
87 grand chief sir michael somare prime minister of papua new guinea me featherthief tx
88 indd vii ns
89 pm bart zo featherthief tx
90 tx
91 lind vil ns
92 pm bart zo
93 dead birds and rich men contents prologue
94 lord rothschild s museum
95 the feather fever gone
96 birth of a movement
97 the victorian brotherhood of fly tiers on wn
98 the tring heist
99 featherless in london
100 plan for museum invasion
101 doc
102 the case of the broken window
103 a very unusual crime
104 hot birds on a cold trai
105
106 fluteplayer
107 behind bars
108 rot in hell
109 the diagnosis
110 the asperger s defense
111 the missing skins vu featherthief tx
112 indd ix ns
113 pm bart zo contents ll
114 truth and consequences
115
116
117
118
119
120 the st international fly tying symposium the lost memory of the ocean chasing leads in a time machine dr
121 prum s thumb drive pm not a thief three days in norway michelangelo vanishes fethers in the bloodstream acknowledgments notes a note on sources bibliography q ex bp oh a featherthief tx
122 indd x ns
123 pm bart zo featherthief tx

124 inda x ns

125 pm bart zo featherthief tx
126 inda xi ns
127 pm bart z o midland line g glided off into darkness a few hours earlier edwin h ad performed in the royal academy of music s london soundscapes a celebration of haydn handel and mendelssohn
128 before the concert he d packed a pair of latex gloves a miniature led flashligh t a wire cutter and a diamond blade g glass cutter in a large rolling suitcase a nd stowed in his concert hall locker
129 he bore a passing resemblance to a lanky pete townshend
130 intense eyes prominent nose and a mop of hair although instead of shredding a f ender edwin played the flute
131 there was a new moon that evening making the already gloomy stretch of road eve n darker
132 for nearly an hour he dragged his suitcase through the mud and gravel skirting the road under gnarly old trees strangled with ivy
133 turlhanger s wood slept to the north chestnut wood to the south fallow fields a nd the occasional copse in between
134 a car blasted by its headlights blinding
135 adrenaline coursing he knew he was getting close
136 m featherthief
137 tx
138 ind ns
139 pm bart zoo the feather thief the entrance to the market town of tring is guard ed by a sixteenth century pub called the robin hood
140 a few roads beyond nestled between the old tring brewery and an hsbc branch lie s the entrance to public footpath

64 hardcover e book exp version for marie jos e
65 c tait tout noir et blanc avant que tu aies vol et atterri dans mon arbre man i s seldom content to witness beauty
66 he must possess it
67 grand chief sir michael somare prime minister of papua new guinea contents titl e page copyright dedication epigraph prologue i
68 dead birds and rich men
69 the trials of alfred russel wallace
70 lord rothschild s museum
71 the feather fever
72 birth of a movement
73 the victorian brotherhood of fly tiers
74 the future of fly tying ii
75 the tring heist
76 featherless in london
77 plan for museum invasion
78 doc
79 the case of the broken window
80 a very unusual crime
81 hot birds on a cold trail
82 fluteplayer
83 behind bars
84 rot in hell
85 the diagnosis
86 the asperger s defense
87 the missing skins iii
88 truth and consequences
89 the st international fly tying symposium
90 the lost memory of the ocean
91 chasing leads in a time machine
92 dr
93 prum s thumb drive
94 i m not a thief
95 three days in norway
96 michelangelo vanishes
97 feathers in the bloodstream illustrations acknowledgments notes a note on sourc es bibliography index about the author prologue by the time edwin rist stepped o ff the train onto the platform at tring forty miles north of london it was alrea dy quite late
98 the residents of the sleepy town had finished their suppers the little ones wer e in bed
99 as he began the long walk into town the midland line glided off into darkness
100 a few hours earlier edwin had performed in the royal academy of music s london soundscapes a celebration of haydn handel and mendelssohn
101 before the concert he d packed a pair of latex gloves a miniature led flashligh t a wire cutter and a diamond blade glass cutter in a large rolling suitcase and stowed in his concert hall locker
102 he bore a passing resemblance to a lanky pete townshend
103 intense eyes prominent nose and a mop of hair although instead of shredding a f ender edwin played the flute
104 there was a new moon that evening making the already gloomy stretch of road eve n darker
105 for nearly an hour he dragged his suitcase through the mud and gravel skirting the road under gnarly old trees strangled with ivy
106 turlhanger s wood slept to the north chestnut wood to the south fallow fields a nd the occasional copse in between
107 a car blasted by its headlights blinding
108 adrenaline coursing he knew he was getting close
109 the entrance to the market town of tring is guarded by a sixteenth century pub called the robin hood
110 a few roads beyond nestled between the old tring brewery and an hsbc branch lie s the entrance to public footpath

141 known to locals as bank a... s framed by sevenfoot high brick walls
142 edwin slipped into the alley into total darkness
143 he groped his way along until he was standing directly behind the building he d spent months casing
144 all that separated him from it was the wall
145 capped with three rusted strands of barbed wire it might have thwarted his plan s were it not for the wire cutter
146 after clearing an opening he lifted make a clamor hat would summon security
147 but he d known this part wouldn t be easy
148 ye crouched on top of the wall he reached toward the window with the glass cutt and began to grind it along the pane
149 cutting glass was harder than he had anticipated though and as he strugGled to carve an opening the glass cutter slipped from his hand and fell into the ravin e
150 his mind raced
151 was this a sign
152 he was thinking about bailing on the whole crazy scheme when that voice the one that had urged him onward these past months shouted wait a minute
153 you can t give up now
154 you ve come all this way
155 he crawled back down and picked up a rock
156 steadying himself atop the wall he peered around in search of guards beTore bas hing the window out wedging his suitcase through the shard strewn opening and cl imbing into the british natural history museum
157 unaware that he had just tripped an alarm inThe security guard s office edwin p ulled out the led light which cast a faint glow in front of him as he made his w ay down the hallways toward the vault just as he d rehearsed in his mind
158 featherthief tx
159 indd ns
160 pm bart zo prologue he wheeled his suitcase quietly through corridor after corr idor drawing ever closer to the most beautiful things he had ever seen
161 if he pulled this off they would bring him fame wealth and prestige
162 they would solve his problems
163 he deserved them
164 he entered the vault its hundreds of large white steel cabinets standing in row s like sentries and got to work
165 he pulled out the first drawer catching a waft of mothballs
166 quivering beneath his fingertips were a dozen red ruffed fruitcrows gathered by naturalists and biologists over hundreds of years from the forests and jungles of south america and fastidiously preserved by generations of curators for the b enefit of future research
167 their coppery orange feathers glimmered despite the faint light
168 each bird maybe a foot and a half from beak to tail lay on its back in funerary repose eye sockets filled with cotton feet folded close against the body
169 tied around their legs were biodata labels
170 faded handwritten records of the date altitude latitude and longitude of their capture along with other vital details
171 oy he unzipped the suitcase and began fIling it with the birds emptying one dra wer after another
172 the occidentalis subspecies that he snatched by the handful had been gathered a century earlier from the quindIo andes
173 region of western colombia
174 he didn t know exactly how many he d be able to fit into his suitcase but he ma naged forty seven of the museum s forty eight male specimens before wheeling his bag on to the next cabinet
175 down in the security office the guard was fixated on a small television screen
176 engrossed in a soccer match he hadn t yet noticed the alarm indicator blinking on a nearby panel
177 edwin opened the next cabinet to reveal dozens of resplendent quetzal skins gat hered in the s from the chiriquI cloud forests of western panama a species now th reatened by widespread deForestation and protected by international treaties
178 at nearly four feet in length the birds were particularly difficult to stuff in to his suitcase but he maneuvered thirty nine of them inside by gently curling t heir sweeping tails into tight coils
179 featherthief tx
180 inda ns
181 pm bart zo the feather thief moving down the corridor he swung open the doors o f another cabinet this one housing species of the cotinga birds of south and cen tral america
182 he swung fourteen one hundred year old skins of the lovely cotinga a small tur quoise bird with a reddish purple breast endemic to central america before relie ving the museum of thirty seven specimens of the purple breasted cotinga twenty one skins of the spangled cotinga and another ten skins of the endangered banded cotinga of which as few as mature individuals are estimated to be alive today
183 the galApagos island finches and mockingbirds gathered by charles darwin in dur ing the voyage of the hms beaGle which had been instrumental in developing his t heory of evolution through natural selection were resting in nearby drawers
184 among the museum s most valuable holdings were skeletons and skins of bon s the birds of america

111 s framed by seven foot high brick walls
112 edwin slipped into the alley into total darkness
113 he groped his way along until he was standing directly behind the building he d spent months casing
114 all that separated him from it was the wall
115 capped with three rusted strands of barbed wire it might have thwarted his plan s were it not for the wire cutter
116 after clearing an opening he lifted the suitcase to the ledge hoisted himself u p and glanced anxiously about
117 no sign of the guard
118 there was a space of several feet between his perch on the wall and the buildin g s nearest window forming a small ravine
119 if he fell he could injure himself or worse make a clamor that would summon sec urity
120 but he d known this part wouldn t be easy
121 crouched on top of the wall he reached toward the window with the glass cutter and began to grind it along the pane
122 cutting glass was harder than he had anticipated though and as he struggled to carve an opening the glass cutter slipped from his hand and fell into the ravine
123 his mind raced
124 was this a sign
125 he was thinking about bailing on the whole crazy scheme when that voice the one that had urged him onward these past months shouted wait a minute
126 you can t give up now
127 you ve come all this way
128 he crawled back down and picked up a rock
129 steadying himself atop the wall he peered around in search of guards beFore bas hing the window out wedging his suitcase through the shard strewn opening and cl imbing into the british natural history museum
130 unaware that he had just tripped an alarm in the security guard s office edwin pulled out the led light which cast a faint glow in front of him as he made his way down the hallways toward the vault just as he d rehearsed in his mind
131 he wheeled his suitcase quietly through corridor after corridor drawing ever cl oser to the most beautiful things he had ever seen
132 if he pulled this off they would bring him fame wealth and prestige
133 they would solve his problems
134 he deserved them
135 he entered the vault its hundreds of large white steel cabinets standing in row s like sentries and got to work
136 he pulled out the first drawer catching a waft of mothballs
137 quivering beneath his fingertips were a dozen red ruffed fruitcrows gathered by naturalists and biologists over hundreds of years from the forests and jungles of south america and fastidiously preserved by generations of curators for the b enefit of future research
138 their coppery orange feathers glimmered despite the faint light
139 each bird maybe a foot and a half from beak to tail lay on its back in funerary repose eye sockets filled with cotton feet folded close against the body
140 tied around their legs were biodata labels
141 faded handwritten records of the date altitude latitude and longitude of their capture along with other vital details
142 he unzipped the suitcase and began fIlling it with the birds emptying one drawe r after another
143 the occidentalis subspecies that he snatched by the handful had been gathered a century earlier from the quind o andes region of western colombia
144 he didn t know exactly how many he d be able to fit into his suitcase but he ma naged forty seven of the museum s forty eight male specimens before wheeling his bag on to the next cabinet
145 down in the security office the guard was fixated on a small television screen
146 engrossed in a soccer match he hadn t yet noticed the alarm indicator blinking on a nearby panel
147 edwin opened the next cabinet to reveal dozens of resplendent quetzal skins gat hered in the s from the chiriquI cloud forests of western panama a species now th reatened by widespread deForestation and protected by international treaties
148 at nearly four feet in length the birds were particularly difficult to stuff in to his suitcase but he maneuvered thirty nine of them inside by gently curling t heir sweeping tails into tight coils
149 moving down the corridor he swung open the doors of another cabinet this one ho using species of the cotinga birds of south and central america
150 he swung fourteen one hundred year old skins of the lovely cotinga a small tur quoise bird with a reddish purple breast endemic to central america before relie ving the museum of thirty seven specimens of the purple breasted cotinga twenty one skins of the spangled cotinga and another ten skins of the endangered banded cotinga of which as few as mature individuals are estimated to be alive today
151 the galApagos island finches and mockingbirds gathered by charles darwin in dur ing the voyage of the hms beaGle which had been instrumental in developing his t heory of evolution through natural selection were resting in nearby drawers
152 among the museum s most valuable holdings were skeletons and skins of extinct b irds including the dodo the great auk and the passenger pigeon along with an ele

185 overall the museum houses one of the world s largest collection of ornithologic
al specimens
186 bird skins skeletons birds preserved in spirit nests and sets of eggs gathered
over the centuries from swamps
187 sm but edwin hadn t broken into the museum for a drab colored finch
188 he had lost track of how long he d been in the vault when he finally wheeled hi
s suitcase to a stop before a large cabinet
189 a smal plaque indicated its contents
190 paradisaeidae
191 thirty seven king birds of paradise swiped in seconds
192 twenty four magnificent riflebirds
193 twelve superb birds of paradise
194 four blue birds of paradise
195 seventeen flame bowerbirds
196 these flawless specimens gathered against almost impossible odds from virgin fo
rests of new guinea and the malay archipelago years earlier went into edwin s ba
g their tags bearing the name of a self taught naturalist whose breakthrough had
given darwin the scare of his life
197 a r
198 wallace
199 featherthief tx
200 indd ns
201 pm bart zo prologue the guard glanced at the cctv feed an array of shots of the
park ing lot and the museum campus
202 he began his round pacing the hallways checking the doors scanning for anything
awry
203 edwin had long since lost count of the number of birds that passed through his
hands
204 he had originally planned to choose only the best of each species but in the ex
citement of the plunder he grabbed and stuffed until his suitcase could hold no
more
205 the guard stepped outside to begin a perimeter check glancing up at the windows
and beaming his flashlight on the section abut ting the brick wall of bank alle
y
206 edwin stood before the broken window now framed with shards of glass
207 so far everyeng had gone ascoeting to plan with the heard the name edwin rist

208 my ay line was midcast hovering energetically over the current behind me ready
to shoot forward in pursuit of the golden bellied trout that spencer seim my fly
fishing guide had assured me was hiding behind a car size boulder in the middle
of the stream
209 spencer could sense fish behind logs through the white froth of fast currents i
n the blackness of deep pools and in the chaos of swirling eddies
210 he was certain that a fourteenincher was fanning a foot below the surface waitin
g for the perfect fly if i could cast it right
211 f e broke into a museum to steal what
212 distracted by what i d just heard i blew the cast slapping the featherthief tx
213 inda ns
214 pm bart zo the feather thief line against the water and sending any trout below
darting off
215 dead birds
216 until that moment we d spoken only in hushed tones so as not to scare off the f
ish approaching each hole as deftly as possible mindful of the sun and where it
might throw our shadows but i couldn t contain my disbelief
217 pd just heard one of the strangest stories of my life and spencer was only at th
e beginning of it
218 normally nothing could break my concentration on the river
219 when i wasn t fishing pd count the weeks and the days until i could pull on a pa
ir of waders and slosh into the water
220 i d leave my cell phone in the trunk of the car to buzz until its battery died
keep a hstful of almonds in my pocket to ward off hunger and drink from the reco
nstruction of the iraqi
221 city of fallujah for usaid i sleepwalked out of a window in a ptsd triggered fu
gue state and nearly died

222 i was left with broken wrists a shattered jaw broken nose and a cracked skull w
ith scores of stitches across my face to say play on me during the night
223 during my recovery i realized that many of my iraqi colleagues translators civi
l engineers teachers and doctors were being hunted and killed by their own count
rymen because they had collaborated with the united states
224 i spoke out on their behalf in an op ed in the los angeles times naively thinki
ng that someone in power would swiftly hx things by granting them visas
225 i hadn t anticipated the thousands of e mails that would soon flood in from ira

Right column:

phant disco ball surrounded by john james audubon s the birds of america
153 overall the museum houses one of the world s largest collection of ornithologic
al specimens
154 bird skins skeletons birds preserved in spirit nests and sets of eggs gathered
over the centuries from the world s most remote forests mountainsides jungles an
155 but edwin hadn t broken into the museum for a drab colored finch
156 he had lost track of how long he d been in the vault when he finally wheeled hi
s suitcase to a stop before a large cabinet
157 a small plaque indicated its contents
158 paradisaeidae
159 thirty seven king birds of paradise swiped in seconds
160 twenty four magnificent riflebirds
161 twelve superb birds of paradise
162 four blue birds of paradise
163 seventeen flame bowerbirds
164 these flawless specimens gathered against almost impossible odds from virgin fo
rests of new guinea and the malay archipelago years earlier went into edwin s ba
g their tags bearing the name of a self taught naturalist whose breakthrough had
given darwin the scare of his life
165 a
166 r
167 wallace

168 the guard glanced at the cctv feed an array of shots of the parking lot and the
museum campus
169 he began his round pacing the hallways checking the doors scanning for anything
awry
170 edwin had long since lost count of the number of birds that passed through his
hands
171 he had originally planned to choose only the best of each species but in the ex
citement of the plunder he grabbed and stuffed until his suitcase could hold no
more
172 the guard stepped outside to begin a perimeter check glancing up at the windows
and beaming his flashlight on the section abutting the brick wall of bank alle
y
173 edwin stood before the broken window now framed with shards of glass
174 so far everything had gone according to plan with the exception of the missing
glass cutter
175 all that remained was to climb back out of the window without slicing himself o
pen and melt into the anonymity of the street
176 i was waist high in the red river which slices through the sangre de cristo mou
ntains just north of taos new mexico when i first heard the name edwin rist
177 my fly line was midcast hovering energetically over the current behind me ready
to shoot forward in pursuit of the golden bellied trout that spencer seim my fl
y fishing guide had assured me was hiding behind a car size boulder in the middl
e of the stream
178 spencer could sense fish behind logs through the white froth of fast currents i
n the blackness of deep pools and in the chaos of swirling eddies
179 he was certain that a fourteen incher was fanning a foot below the surface wait
ing for the perfect fly if i could cast it right
180 he broke into a museum to steal what
181 distracted by what i d just heard i blew the cast slapping the line against the
water and sending any trout below darting off
182 dead birds
183 until that moment we d spoken only in hushed tones so as not to scare off the f
ish approaching each hole as deftly as possible mindful of the sun and where it
might throw our shadows but i couldn t contain my disbelief
184 i d just heard one of the strangest stories of my life and spencer was only at
the beginning of it
185 normally nothing could break my concentration on the river
186 when i wasn t fishing i d count the weeks and the days until i could pull on a
pair of waders and slosh into the water
187 i d leave my cell phone in the trunk of the car to buzz until its battery died
keep a fistful of almonds in my pocket to ward off hunger and drink from the str
eam when thirsty
188 on good days i d spend eight straight hours working my way up a river without s
eeing another human being
189 it was the only thing that brought calm amid the storm of stress that had becom
e my life
190 seven years earlier while on vacation from my job coordinating the reconstructi
on of the iraqi city of fallujah for usaid i sleepwalked out of a window in a pt
sd triggered fugue state and nearly died
191 i was left with broken wrists a shattered jaw broken nose and a cracked skull w
ith scores of stitches across my face to say nothing of a newfound fear of sleep
and the tricks my brain might play on me during the night
192 during my recovery i realized that many of my iraqi colleagues translators civi
l engineers teachers and doctors were being hunted and killed by their own count
rymen because they had collaborated with the united states
193 i spoke out on their behalf in an op ed in the los angeles times naively thinki
ng that someone in power would swiftly fix things by granting them visas
194 i hadn t anticipated the thousands of e mails that would soon flood in from ira

was unemployed sleeping on a futon in my aunt s basement
i didn t know the first thing about helping refugees but i started a list to track the names of everyone who wrote to me
featherthief tx
indd ns
pm bart zoo prologue within months i launched a nonproht organization the list project
over the coming several years i wrestled with the white house cajoled senators called volunteers and begged for donations to keep my staff paid
though we managed to bring thousands of refugees to safety in the united states over the years it was clear that we would never be able to help everyone
for every victory there were fifty cases stalled in a federal bureaucracy that treated these interpreters the moment they fled iraq as potential terrorists
by the fall of as the official end to the war was drawing near i felt trapped in a cage of my own creation
there were still tens of thousands of iraqis and afghans running for their lives
it could take a decade maybe even several to get them out but i never managed to raise enough funds for more than a year down the road
once the war was over
in the minds of the american public it would only be harder
ses
whenever i felt like giving up i'd get another desperate appeal from a former iraqi colleague and erow ashamed of my weakness
but the truth was i was exhausted
ever since the accident i couldn t fall asleep without distracting myself so i queued up an endless sequence of the most boring shows i could find on netflix
every morning i woke to anew tide of refugee petitions
unexpectedly fly fishing became a kind of release
out on the river there were no journalists to call or donors to beseech just currents and insects to study and rising trout to tempt
time took on an unusual quality
five hours would pass in what felt like thirty minutes
after a day in my waders i would close my eyes and see faint outlines of fish fanning dreamily upstream as drifted into a deep sleep
it was such an act of escapism that had deposited me on that mountain stream in northern new mexico
d hopped into my beat up sebring convertible and driven from boston to taos to work on a book about my experiences in iraq at a small artists colony in town
writer s block relled in on the first day
i didn t have a book featherthief tx
indd ns
pm bart zoo the feather thief deal had never written a book before and my narcoleptic literary agent was ignoring my increasingly anxious requests for guidance
meanwhile the list of refugees kept growing
i had just turned thirty one and didn t know why the hell i was in taos much less what i was supposed to do next
when my stress peaked i searched for someone to show me around the local rivers
i met spencer at dawn at a gas station just off state highway
he was leaning against his tan runner its big lebowski bumper sticker faintly visible beneath the mud
in his late thirties spencer kept his sideburns long and his hair short
he had an infectious laugh and like the best guides an easy way of conversing
we hit it off immediately
as we worked the river he refined my cast and went on at length about the life cycle of the various insects in the area
there wasn t a scrub or mineral or bird or bug the former eagle scout couldn t identify and he seemed to know every trout on a personal basis
caught that bastard last month on the same rig cant believe he fell for it again
ee when i snagged a fly in
juniper tree on the riverbank i winced
i d already spent a small fortune on trout flies little bits of elk hair rabbit fur and rooster hackle feathers threaded around a tiny hook made to mimic a wide range of aquatic insects in order to fool the fish into biting
spencer just laughed
shoot i tied all these myself
he flipped open his fly box to reveal hundreds of tiny floaters spinners streamers nymphs emerges stimulators parachutes and terrestrials
he had locally themed flies like the san juan worm and the breaking bad inspired crystal meth egg
he deployed subtle variations in thread color or hook size to match the insect hatches in each river or stream he fished
the flies he carried in may were different from those he used in august
sensing my curiosity he opened up a separate fly box and pulled out featherthief tx
indd nsn pm bart zo prologue out one of the most strangely beautiful things i d ever seen
d ever seen
a jock scott salmon fly which he explained had been tied according to a year old recipe
it bore the feathers of a dozen different birds flashing crimson and canary yellow turquoise and setting sun orange as he turned it this way and that
it was finished with a dizzying spiral of gold thread around the hook shank and it was capped with an eyelet made from the gut of silkworms

i was unemployed sleeping on a futon in my aunt s basement
i didn t know the first thing about helping refugees but i started a list to track the names of everyone who wrote to me
within months i launched a nonprofit organization the list project
over the coming several years i wrestled with the white house cajoled senators called volunteers and begged for donations to keep my staff paid
though we managed to bring thousands of refugees to safety in the united states over the years it was clear that we would never be able to help everyone
for every victory there were fifty cases stalled in a federal bureaucracy that treated these interpreters the moment they fled iraq as potential terrorists
by the fall of as the official end to the war was drawing near i felt trapped in a cage of my own creation
there were still tens of thousands of iraqis and afghans running for their lives
it could take a decade maybe even several to get them out but i never managed to raise enough funds for more than a year down the road
once the war was over in the minds of the american public it would only be harder
whenever i felt like giving up i d get another desperate appeal from a former iraqi colleague and grow ashamed of my weakness
but the truth was i was exhausted
ever since the accident i couldn t fall asleep without distracting myself so i queued up an endless sequence of the most boring shows i could find on netflix
every morning i woke to a new tide of refugee petitions
unexpectedly fly fishing became a kind of release
out on the river there were no journalists to call or donors to beseech just currents and insects to study and rising trout to tempt
time took on an unusual quality
five hours would pass in what felt like thirty minutes
after a day in my waders i would close my eyes and see faint outlines of fish fanning dreamily upstream as i drifted into a deep sleep
it was such an act of escapism that had deposited me on that mountain stream in northern new mexico
i d hopped into my beat up sebring convertible and driven from boston to taos to work on a book about my experiences in iraq at a small artists colony in town
writer s block rolled in on the first day
i didn t have a book deal i had never written a book before and my narcoleptic literary agent was ignoring my increasingly anxious requests for guidance
meanwhile the list of refugees kept growing
i had just turned thirty one and didn t know why the hell i was in taos much less what i was supposed to do next
when my stress peaked i searched for someone to show me around the local rivers
i met spencer at dawn at a gas station just off state highway
he was leaning against his tan runner its big lebowski bumper sticker faintly visible beneath the mud
in his late thirties spencer kept his sideburns long and his hair short
he had an infectious laugh and like the best guides an easy way of conversing
we hit it off immediately
as we worked the river he refined my cast and went on at length about the life cycle of the various insects in the area
there wasn t a scrub or mineral or bird or bug the former eagle scout couldn t identify and he seemed to know every trout on a personal basis
caught that bastard last month on the same rig cant believe he fell for it again
when i snagged a fly in a juniper tree on the riverbank i winced
i d already spent a small fortune on trout flies little bits of elk hair rabbit fur and rooster hackle feathers threaded around a tiny hook made to mimic a wide range of aquatic insects in order to fool the fish into biting
spencer just laughed
shoot i tied all these myself
he flipped open his fly box to reveal hundreds of tiny floaters spinners streamers nymphs emerges stimulators parachutes and terrestrials
he had locally themed flies like the san juan worm and the breaking bad inspired crystal meth egg
he deployed subtle variations in thread color or hook size to match the insect hatches in each river or stream he fished
the flies he carried in may were different from those he used in august
sensing my curiosity he opened my a separate fly box and pulled out one of the most strangely beautiful things i d ever seen
a jock scott salmon fly which he explained had been tied according to a year old recipe
it bore the feathers of a dozen different birds flashing crimson and canary yellow turquoise and setting sun orange as he turned it this way and that
it was finished with a dizzying spiral of gold thread around the hook shank and it was capped with an eyelet made from the gut of silkworms

282 what the hell is that
283
284 this here s a victorian salmon fly
285 calls for some of the rarest feathers in the world
286 where do you get them from

287 do you fish with these things
288 i asked
289 not really
290 most guys that tie have no idea how to fish
291 it s more of an art form
292

293 we pushed upstream crouching low as we approached a fishylooking stretch
294 the hobby seemed strange searching for rare feathers to tie a fly you don t kno
w how to cast
295 you think that s strange you should look up this kid edwin rist
296 he s one of the best tiers on the planet
297 broke into the british museum of natural history just to get birds for these fl
ies
298 don t know if it was edwin s victorian sounding name the sheer weirdness of the
story or the fact that i was in desperate need of a new direction in life but i
became obsessed with the crime within moments
299 for the rest of the afternoon as spencer did his best to get fish on my line i
was unable to fecus on anything except learning about what happened that night i
n tring
300 but the more found out the greater the mystery grew and with it my own compulsi
on to solve it
301 little did i know my pursuit of justice would mean journeying deep into the fea
ther underground a world of fanatical fly tiers and plume peddlers cokeheads and
big game hunters ex detectives and shady dentists
302 from the lies and threats rumors and half truths revelations and frustrations i
came featherthief tx

303indd ns
304 pm bart zo the feather thief to understand something about the devilish relatio
nship between man and nature and his unrelenting desire to lay claim to its beau
ty whatever the cost
305 it would be five consuming years before i finally discovered what happened to t
he lost birds of tring
306 featherthief tx
307indd ns

308 pm bart zo m featherthief tx
309indd ns
310 pm bart zoo featherthief tx
311 ns
312 pm bart zo cracks sweat and sea spray clung to him as the balsam and rubber boi
led and hissed below deck
313 he sensed the flames would soon burst through
314 the crew of the hele raced frantically around him heaving belongings and suppli
es into the two small lifeboats that were being lowered down the ship s flank
315 the lifeboats had been baking in the sun above deck for so long that the wood h
ad contracted water began to seep in as soon as they hit the ocean
316 the cook bolted off in search of corks to plug the gaps while panicked crewmen
searched for oars and a rudder
317 captain john turner hurriedly bagged up his chronometer and nautical charts as
his men lowered casks filled with raw pork and bread and water into the boats
318 they had no idea how long they might drift before being rescued if they were to
be rescued at all
319 thousands of miles of sea spread in every direction
320 four years of being soaked to the bone beneath the ceaseless m featherthief

321tx
322inda ns
323 pm bart zoo the feather thief downpour of the amazonian rain forest with malari
a dysentery and yellow fever tugging at his mortal coil and the element that wou
ld bring wallace s mission to ruin was not water but fire
324 it must have seemed a terrible dream
325 the small menagerie of monkeys and parrots he d painstakingly shielded from the
damp cold were now sprung from their cages scurrying and flapping away from the
flames to the bowsprit that poked like a needle nose from the prow of the ton h
elen wallace stood there squinting through wire rimmed glasses at the panicked b
irds as chaos engulfed him

326 he was so depleted of vitality leeched by vampire bats and inflamed by the chig
oe fleas wasn t thinking clearly

327 all his notebooks containing years worth of research on the wildlife along the
ink black
328 rio negro were in his cabin
329 as the fire danced toward the parrots below deck it lapped at the edges of cart

243
244 this here s a victorian salmon fly
245 calls for some of the rarest feathers in the world
246 where do you get them from
247 there s a little community of us online that tie em he said
248 do you fish with these things
249 i asked
250 not really
251 most guys that tie have no idea how to fish
252 it s more of an art form

253 we pushed upstream crouching low as we approached a fishy looking stretch
254 the hobby seemed strange searching for rare feathers to tie a fly you don t kno
w how to cast
255 you think that s strange you should look up this kid edwin rist
256 he s one of the best tiers on the planet
257 broke into the british museum of natural history just to get birds for these fl
ies
258 i don t know if it was edwin s victorian sounding name the sheer weirdness of t
he story or the fact that i was in desperate need of a new direction in life but
i became obsessed with the crime within moments
259 for the rest of the afternoon as spencer did his best to get fish on my line i
was unable to focus on anything except learning about what happened that night i
n tring
260 but the more i found out the greater the mystery grew and with it my own compul
sion to solve it
261 little did i know my pursuit of justice would mean journeying deep into the fea
ther underground a world of fanatical fly tiers and plume peddlers cokeheads and
big game hunters ex detectives and shady dentists
262 from the lies and threats rumors and half truths revelations and frustrations i
came to understand something about the devilish relationship between man and na
ture and his unrelenting desire to lay claim to its beauty whatever the cost

263 it would be five consuming years before i finally discovered what happened to t
he lost birds of tring
264 i
265 dead birds and rich men the trials of alfred russel wallace alfred russel walla
ce stood on the quarterdeck of a burning ship seven hundred miles off the coast
of bermuda the planks heating beneath his feet yellow smoke curling up through t
he cracks

266 sweat and sea spray clung to him as the balsam and rubber boiled and hissed bel
ow deck
267 he sensed the flames would soon burst through
268 the crew of the helen raced frantically around him heaving belongings and suppl
ies into the two small lifeboats that were being lowered down the ship s flank
269 the lifeboats had been baking in the sun above deck for so long that the wood h
ad contracted water began to seep in as soon as they hit the ocean
270 the cook bolted off in search of corks to plug the gaps while panicked crewmen
searched for oars and a rudder
271 captain john turner hurriedly bagged up his chronometer and nautical charts as
his men lowered casks filled with raw pork and bread and water into the boats
272 they had no idea how long they might drift before being rescued if they were to
be rescued at all
273 thousands of miles of sea spread in every direction
274 four years of being soaked to the bone beneath the ceaseless downpour of the am
azonian rain forest with malaria dysentery and yellow fever tugging at his morta
l coil and the element that would bring wallace s mission to ruin was not water
but fire

275 it must have seemed a terrible dream
276 the small menagerie of monkeys and parrots he d painstakingly shielded from the
damp cold were now sprung from their cages scurrying and flapping away from the
flames to the bowsprit that poked like a needle nose from the prow of the ton h
elen

277 wallace stood there squinting through wire rimmed glasses at the panicked birds
as chaos engulfed him
278 he was so depleted of vitality leeched by vampire bats and inflamed by the chig
oe fleas that had burrowed under his toenails to deposit their eggs that he wasn
t thinking clearly
279 all his notebooks containing years worth of research on the wildlife along the
ink black rio negro were in his cabin
280 as the fire danced toward the parrots below deck it lapped at the edges of cart

> ons filled with the true bo... amaz

330

331 there were river tortoises pinned butter tlies bottled ants and beetles skeleto
ns of anteaters and manatees sheaves of drawings illustrating the transformation
of strange unknown insects and an herbarium of brazilian fauna that included a
fifty foot leaf of the jupat palm

332 the notebooks skins and specimens represented a career establishing body of res
earch

333 he d left england an unknown land surveyor with only a few years of formal educ
ation and now at the age of twenty nine he was on the brink of a triumphant retu
rn as a bona fide naturalist with hundreds of unidentified species to show

334 if the flames were not extinguished he would return a nobody

335 the eighth of nine children wallace was born in in the welsh village of llanbad
oc on the west bank of the river usk which featherthief tx

336 indd ns

337 pm bart zoo the trials of alfred russel wallace ribbons south from the black mo
untains of mid wales into the estuary of the severn river

338 thirteen years earlier charles darwin had been born on the banks of the severn
ninety miles north but it would be decades before the two men s lives collided i
n one of the most astonishing coincidences in scientific history

339 after a series of foolish investments by his father put tuition beyond reach wa
llace was withdrawn from school at thirteen and sent off to his older brother to
work as a surveyor s apprentice

340 the arrival of the steam engine which precipitated a railway boom that saw thou
sands of miles of tracks laid across the british isles meant that surveyors were
in high demand while other boys his age trans lated virgil and studied algebra
surveying turned the countryside into a classroom for young wallace who scampere
d through val leys and forests learning the principles of trigonometry as he hel
ped his first lessons in geology as vanished species like belemnites fossilized
sixty six million years ago were revealed in the deep history of the earth

341 the precocious boy devoured introductory works on mechanics and optics and loca
ted the satellites of jupiter through a telescope he d fashioned out of a paper
tube an opera glass and an optician s lens

342 wallace s informal education happened in the midst of a great back to nature mo
vement the result of a century of industrialization and urbanization

343 crammed in snotty squalid cities people began longing for the rustic idyll of th
eir ancestors but a trip over rutted roads to the coasts or distant stretches of
the british isles was uncomfortable and prohibitively expensive

344 it wasn t until the arrival of the trains that britain s overworked city dwelle
rs were finally able to escape

345 embracing the biblical proverb that idle hands are the devil s workshop the vic
torians promoted natural history collecting as the ideal form of recreation and
stalls at train stations were packed with popular magazines and books on buildin
g a pri vate collection

346 m featherthief tx

347 indd ns

348 pm bart zo the feather thief mi osses and seaweeds were pressed and dried corals
seashells and sea anemones were dredged up and bottled

349 hats were designed with special compartments for storing specimens gathered on
a stroll

350 microscopes became more powerful and affordable exacerbating the frenzy

351 what was once common and unremarkable to the naked eye a backyard leaf or a bee
tle suddenly revealed an intricate beauty under the lens

352 crazes spread like fire

353 the french led the way with conchlyomania with conch shells fetching obscene pr
ices

354 pteridomania followed as the british obsessively uprooted ferns from every corn
er of the isles for their fern albums

355 there was status in owning something rare and parlor room vitrines laden with n
atural curios became regarded as one of the essential furnishings of every memb
er of the leisured classes with claims to atic botany was a science or that t
here was any kind of

356

357

358 order in the endless variety of plants and animals

359 he soon discovered an insatiable need to classify to know the names of everythi
ng liv ing within the planes of his surveying maps

360 he snipped specimens of flowers and dried them back in the room he shared with
his brother

361 he started a herbarium and graduated to entomology flipping stones to see what
wriggled underneath trapping beetles in little glass jars

362 in his early twenties after reading charles darwin s voyage of the beagle walla

> ...ion into the amazon

281 the skins of nearly ten thousand birds each meticulously preserved

282 there were river tortoises pinned butter flies bottled ants and beetles skeleto
ns of anteaters and manatees sheaves of drawings illustrating the transformation
of strange unknown insects and an herbarium of brazilian fauna that included a f

283 the notebooks skins and specimens represented a career establishing body of res
earch

284 he d left england an unknown land surveyor with only a few years of formal educ
ation and now at the age of twenty nine he was on the brink of a triumphant retu
rn as a bona fide naturalist with hundreds of unidentified species to show

285 if the flames were not extinguished he would return a nobody

286 the eighth of nine children wallace was born in in the welsh village of llanbad
oc on the west bank of the river usk which ribbons south from the black mountain
s of mid wales into the estuary of the severn river

287 thirteen years earlier charles darwin had been born on the banks of the severn
ninety miles north but it would be decades before the two men s lives collided i
n one of the most astonishing coincidences in scientific history

288 after a series of foolish investments by his father put tuition beyond reach wa
llace was withdrawn from school at thirteen and sent off to his older brother to
work as a surveyor s apprentice

289 the arrival of the steam engine which precipitated a railway boom that saw thou
sands of miles of tracks laid across the british isles meant that surveyors were
in high demand

290 while other boys his age translated virgil and studied algebra surveying turned
the countryside into a classroom for young wallace who scampered through valley
s and forests learning the principles of trigonometry as he helped map out his
e train routes

291 as the earth was carved open he had his first lessons in geology as vanished sp
ecies like belemnites fossilized sixty six million years ago were revealed in th
e deep history of the earth

292 the precocious boy devoured introductory works on mechanics and optics and loca
ted the satellites of jupiter through a telescope he d fashioned out of a paper
tube an opera glass and an optician s lens

294 wallace s informal education happened in the midst of a great back to nature mo
vement the result of a century of industrialization and urbanization

294 crammed in snotty squalid cities people began longing for the rustic idyll of th
eir ancestors but a trip over rutted roads to the coasts or distant stretches of
the british isles was uncomfortable and prohibitively expensive

295 it wasn t until the arrival of the trains that britain s overworked city dwelle
rs were finally able to escape

296 embracing the biblical proverb that idle hands are the devil s workshop the vic
torians promoted natural history collecting as the ideal form of recreation and
stalls at train stations were packed with popular magazines and books on buildin
g a private collection

297 mosses and seaweeds were pressed and dried corals seashells and sea anemones we
re dredged up and bottled

298 hats were designed with special compartments for storing specimens gathered on
a stroll

299 microscopes became more powerful and affordable exacerbating the frenzy

300 what was once common and unremarkable to the naked eye a backyard leaf or a bee
tle suddenly revealed an intricate beauty under the lens

301 crazes spread like fire

302 the french led the way with conchlyomania with conch shells fetching obscene pr
ices

303 pteridomania followed as the british obsessively uprooted ferns from every corn
er of the isles for their fern albums

304 there was status in owning something rare and parlor room vitrines laden with n
atural curios became regarded as one of the essential furnishings of every membe
r of the leisured classes with claims to be considered cultivated according to t
he historian d

305 e allen

306 allen

307 when young wallace overheard a wealthy governess in hertford brag to her friend
s about finding a rare plant known as the monotropa his curiosity was piqued

308 he was unaware that systematic botany was a science or that there was any kind
of

309

310

311 order in the endless variety of plants and animals

312 he soon discovered an insatiable need to classify to know the names of everythi
ng living within the planes of his surveying maps

313 he snipped specimens of flowers and dried them back in the room he shared with
his brother

314 he started a herbarium and graduated to entomology flipping stones to see what
wriggled underneath trapping beetles in little glass jars

315 in his early twenties after reading charles darwin s voyage of the beagle walla

363 >ce began to dream of an expedition of his own he had already
having already cataloged every creeping and flowering thing he could find in en
gland he was eager for new species to examine
364 when the railway bubble burst and surveying work dried up he began searching fo
r an unexplored part of the world that might help him unlock the greatest scient
ific mysteries of the day
365 how did new species form
366 why did others like those he had found featherthief tx
367 indd ns
368 pm bart zoo the trials of alfred russel wallace while surveying die off
369 was it such a crazy thought that he might set sail for south america in the foo
tsteps of darwin
370 throughout he corresponded about the prospect of a voyage with a young entomolo
gist he d befriended named henry bates
371 after a visit to the insect room at the british museum wallace told bates that
he had been underwhelmed by the number of beetles and butterflies he d been perm
itted to examine
372 i should like to take some one family to study thoroughly principally with a vi
ew to the theory of the origin of species
373 by that means i am strongly of opinion that some definite results might be arri
ved at
374 their minds settled on a destination following the publication named w
illiam henry edwards who opened with a tantalizing preface
375 promising indeed to lovers of the marvelous is that land
376
377
378 where the mightiest of rivers roll majestically through primeval forests of bou
ndless extent concealing yet bringing forth the most beautiful and varied forms
of animals and vegetable existence where peruvian gold has tempted and amazonian
women have repulsed the unprincipled adventurer and where jesuit ms traders ha
ve fallen victims to cannibal indians and epicurean anacondas
379 they would start at the brazilian port city of para and work their way into the
amazon shipping specimens back to london throughout their expedition
380 samuel stevens their specimen agent would fund their way by selling off duplica
te skins and insects to museums and collectors
381 in the week before their departure to northern brazil wallace traveled to the b
ates estate in leicester to learn how to shoot and skin birds
382 on april wallace and bates boarded the hms mischief for a twenty nine day voyag
e to para most of which wallace spent m featherthief tx
383 inda ns
384 pm bart zoo the feather thief doubled over in his berth with seasickness
385 from there they ventured into the heart of the amazon netting butterflies and s
hooting rapids in crude canoes
386 they ate alligators monkeys turtles and ants and they sucked the juice from fre
sh pineapples
387 in a letter to stevens wallace recalled the constant threat of jaguars bloodsuc
king vampire bats and deadly serpents
388 at every step i almost expected to feel a cold gliding body under my feet or de
adly fangs in my leg
389 two years and a thousand miles into the journey wallace and bates decided to pa
rt ways
390 unless they started collecting unique specimens they were in effect competing w
ith each other
391 wallace would head up the rio negro while bates headed toward the intending for
them to be shipped by intermediaries to london
392 in wallace was stricken with yellow fever for several months
393 water
394 w hile j in that apathetic state he v wrote i was s constantly half thinking ha
lf dreaming of all my past life and future hopes
395 and that they were perhaps all doomed to end here on the rio a white crested sh
easant
396 at stops along the way he was startled to discover that many of his previous sh
ipments had been held up by customs officials as suspected contraband
397 he paid a small fortune to liberate them and loaded them onto the helen which s
et sail on the twelfth of july four years after he had first arrived in brazil
398 now ten thousand bird skins eggs plants fish and beetles more than enough to es
tablish him as a leading naturalist and burnish a lifetime of research were cook
ing in the belly of the helen seven hundred miles east of bermuda
399 there was still
400 hope that the fire featherthief tx
401 indd ns
402 pm bart zoo the trials of alfred russel wallace might be extinquished as captai
n turner s men jettisoned cargo and hacked away at the planks pushing desperatel
y against suffocating plumes of smoke in search of the hissing heart of the blaz
e
403 down in the cabin the smoke was so thick that each man could manage only a few

Right column:

316 >ce began to dream of an expedition of his own he had already
having already cataloged every creeping and flowering thing he could find in en
gland he was eager for new species to examine
317 when the railway bubble burst and surveying work dried up he began searching fo
r an unexplored part of the world that might help him unlock the greatest scient
ific mysteries of the day
318 how did new species form
319 why did others like those he had found while surveying die off
320 was it such a crazy thought that he might set sail for south america in the foo
tsteps of darwin
321 throughout he corresponded about the prospect of a voyage with a young entomolo
gist he d befriended named henry bates
322 after a visit to the insect room at the british museum wallace told bates that
he had been underwhelmed by the number of beetles and butterflies he d been perm
itted to examine
323 i should like to take some one family to study thoroughly principally with a vi
ew to the theory of the origin of species
324 by that means i am strongly of opinion that some definite results might be arri
ved at
325 their minds settled on a destination following the publication that year of a v
oyage up the river amazon by an american entomologist named william henry edward
s who opened with a tantalizing preface
326 promising indeed to lovers of the marvelous is that land
327
328
329 where the mightiest of rivers roll majestically through primeval forests of bou
ndless extent concealing yet bringing forth the most beautiful and varied forms
of animals and vegetable existence where peruvian gold has tempted and amazonian
women have repulsed the unprincipled adventurer and where jesuit missionaries a
nd luckless traders have fallen victims to cannibal indians and epicurean anacon
das
330 they would start at the brazilian port city of par and work their way into the
amazon shipping specimens back to london throughout their expedition
331 samuel stevens their specimen agent would fund their way by selling off duplica
te skins and insects to museums and collectors
332 in the week before their departure to northern brazil wallace traveled to the b
ates estate in leicester to learn how to shoot and skin birds
333 on april wallace and bates boarded the hms mischief for a twenty nine day voyag
e to par most of which wallace spent doubled over in his berth with seasickness
334 from there they ventured into the heart of the amazon netting butterflies and s
hooting rapids in crude canoes
335 they ate alligators monkeys turtles and ants and they sucked the juice from fre
sh pineapples
336 in a letter to stevens wallace recalled the constant threat of jaguars bloodsuc
king vampire bats and deadly serpents
337 at every step i almost expected to feel a cold gliding body under my feet or de
adly fangs in my leg
338 two years and a thousand miles into the journey wallace and bates decided to pa
rt ways
339 unless they started collecting unique specimens they were in effect competing w
ith each other
340 wallace would head up the rio negro while bates headed toward the andes
341 periodically wallace sent boxes of specimens downriver intending for them to be
shipped by intermediaries to london
342 in wallace was stricken with yellow fever for several months
343 he struggled to prepare doses of quinine and cream of tartar water
344 while in that apathetic state he wrote i was constantly half thinking half drea
ming of all my past life and future hopes and that they were perhaps all doomed
to end here on the rio negro
345 in he decided to cut short his voyage by a year
346 he loaded the canoe that would take him back to par with crates of preserved sp
ecimens and makeshift cages containing thirty four five animals
347 monkeys parrots toucans parakeets and a white crested pheasant
348 at stops along the way he was startled to discover that many of his previous sh
ipments had been held up by customs officials as suspected contraband
349 he paid a small fortune to liberate them and loaded them onto the helen which s
et sail on the twelfth of july four years after he had first arrived in brazil
350 now ten thousand bird skins eggs plants fish and beetles more than enough to es
tablish him as a leading naturalist and burnish a lifetime of research were cook
ing in the belly of the helen seven hundred miles east of bermuda
351 there was still hope that the fire might be extinguished as captain turner s me
n jettisoned cargo and hacked away at the planks pushing desperately against suf
focating plumes of smoke in search of the hissing heart of the blaze
352 down in the cabin the smoke was so thick that each man could manage only a few

swings of the ax before fleeing... | swings of the ax before fleeing...

| # | Left | # | Right |
|---|------|---|-------|

404 when the captain finally gave the order to abandon ship the crew descended down the thick braided ropes mooring the leaky lifeboats to the helen
405 wallace finally sprang into action hurrying down to his cabin now suffocatingly hot and full of smoke to see what might be saved
406 he grabbed a watch and some drawings he d made of fish and palm varieties
407 he felt a kind of apathy his notebooks full of observations he d risked his life many times over to gather

408 all the bird skins plants insects and other speci as the emaciated wallace bega
> n to lower himself from the helen his grip slipped on the rope flaying his pal
> ms as he tumbled into the half submerged lifeboat
409 the salt water burned at his flesh as he began to bail
410 oo most of the parrots and monkeys were asphyxiated on the deck but a few surviv
> v rs were still huddled on the bowsprit
411 wallace tried to coax the n into the lifeboat but when the bowsprit finally cau
> ght fire all but one of his parrots t lew into the t lames
412 the last parrot tumbled into the sea after the rope it was perched upon went up
> in flames
413 from the lifeboats wallace and the crew watched the fire consume the helen the
> frenzy of evacuating replaced by the monotony of bailing
414 every now and then they pushed back flaming wreckage that drifted close enough
> to pose a danger
415 when the sails which had the effect of steadying the ship finally caught fire t
> he vessel capsized and splintered presenting a magnificent and awful sight as it
> rolled over
416
417
418 the whole cargo forming a fuming mass at the bottom
419 m featherthief tx
420 indd
421 pm bart zo o the feather thief they waited for rescue as the sun set
422 their intention was to stick as close to the ship as possible without getting b
> urned for as long as the flames gave off light
423 if they were lucky a passing ship would see the fire and come to their rescue
424 whenever wallace shut his eyes and began to drift off he almost immediately jer
> ked awake under the red glare of the helen searching vainly t or signs of salvati
> on
425 by morning the ship was a charred husk
426 mercifully the wooden planks of the lifeboats had become swollen enough to seal
> off the leaks
427 captain turner surveyed his charts
428 under favorable conditions they might reach bermuda in a week
429 with no other ships in sight the dilapidated flotilla hoisted sail and headed f
> or land
430 dling supply of water rand raw bork
431 after ten days hands and faces skinned by the sun they crossed paths with a lum
> ber ship en route to england
432 that night in comfort aboard the jordeson wallace s survival instincts gave way
> to a profound sense of grief
433 it was now when the danger appeared
434 past that i began to feel fully the greatness of my loss he wrote toa friend
435 how many times when almost overcome
436
437 had t crawled into the forest and been re but he was soon reached back into sur
> vival mode
438 the jordeson one of the slowest ships in the world averaging two knots under go
> od conditions was dangerously overloaded and underprovisioned
439 by the time the english port of deal was sighted the crew had been reduced to e
> ating rats
440 eighty days after emerging triumphantly from the mouth of the amazon with a sma
> ll museum s worth of specimens wallace descended from the halfsunk ship threadba
> re drenched hungry and empty handed his ankles so swollen he could barely walk
441 in the wake of the disaster a bedridden wallace took stock of what he had to sh
> ow for his years in the amazon
442 a handful of drawings of tropical fish and palm trees
443 his watch of all the things to save featherthief tx
444 indd ns
445 pm bart zoo the trials of alfred russel wallace from the fre
446 wallace never managed to explain his thought process in the fateful final momen
> ts aboard the helen
447 samuel stevens had taken out a insurance policy roughly today on the specimen c
> ollection in the event of its destruction but the money was little consolation
448 there was no way to file a claim on lost scientific insights not to mention sto
> ries for a book of his own in the spirit of darwin
449 what was he to do
450 to tackle the origin of species he would need new specimens which required anot
> her expedition
451 but his resources were limited his body depleted and his reputation nonexistent

353 when the captain finally gave the order to abandon ship the crew descended down the thick braided ropes mooring the leaky lifeboats to the helen
354 wallace finally sprang into action hurrying down to his cabin now suffocatingly hot and full of smoke to see what might be saved
355 he grabbed a watch and some drawings he d made of fish and palm varieties
356 he felt a kind of apathy perhaps a result of shock and physical depletion and f
> ailed to take his notebooks full of observations he d risked his life many times
> over to gather
357 all the bird skins plants insects and other specimens trapped in the cargo hold
> were gone
358 as the emaciated wallace began to lower himself from the helen his grip slipped
> from the rope flaying his palms as he tumbled into the half submerged lifeboat
359 the salt water burned at his flesh as he began to bail
360 most of the parrots and monkeys were asphyxiated on the deck but a few survivor
> s were still huddled on the bowsprit
361 wallace tried to coax them into the lifeboat but when the bowsprit finally caug
> ht fire all but one of his parrots flew into the f lames
362 the last parrot tumbled into the sea after the rope it was perched upon went up
> in flames
363 from the lifeboats wallace and the crew watched the fire consume the helen the
> frenzy of evacuating replaced by the monotony of bailing
364 every now and then they pushed back flaming wreckage that drifted close enough
> to pose a danger
365 when the sails which had the effect of steadying the ship finally caught fire t
> he vessel capsized and splintered presenting a magnificent and awful sight as it
> rolled over
366
367
368 the whole cargo forming a fuming mass at the bottom
369 they waited for rescue as the sun set
370 their intention was to stick as close to the ship as possible without getting b
> urned for as long as the flames gave off light
371 if they were lucky a passing ship would see the fire and come to their rescue
372 whenever wallace shut his eyes and began to drift off he almost immediately jer
> ked awake under the red glare of the helen searching vainly for signs of salvati
> on
373 by morning the ship was a charred husk
374 mercifully the wooden planks of the lifeboats had become swollen enough to seal
> off the leaks
375 captain turner surveyed his charts
376 under favorable conditions they might reach bermuda in a week
377 with no other ships in sight the dilapidated flotilla hoisted sail and headed f
> or land
378 they sailed west through squalls and storms rationing a dwindling supply of wat
> er and raw pork
379 after ten days hands and faces skinned by the sun they crossed paths with a lum
> ber ship en route to england
380 that night in comfort aboard the jordeson wallace s survival instincts gave way
> to a profound sense of grief
381 it was now when the danger appeared past that i began to feel fully the greatne
> ss of my loss he wrote to a friend
382 how many times when almost overcome
383
384
385 had i crawled into the forest and been rewarded by some unknown and beautiful s
> pecies
386 but he was soon wrenched back into survival mode
387 the jordeson one of the slowest ships in the world averaging two knots under go
> od conditions was dangerously overloaded and underprovisioned
388 by the time the english port of deal was sighted the crew had been reduced to e
> ating rats
389 eighty days after emerging triumphantly from the mouth of the amazon with a sma
> ll museum s worth of specimens wallace descended from the half sunk ship threadb
> are drenched hungry and empty handed his ankles so swollen he could barely walk
390 in the wake of the disaster a bedridden wallace took stock of what he had to sh
> ow for his years in the amazon
391 a handful of drawings of tropical fish and palm trees
392 his watch
393 of all the things to save from the fire
394 wallace never managed to explain his thought process in the fateful final momen
> ts aboard the helen
395 samuel stevens had taken out a insurance policy roughly today on the specimen c
> ollection in the event of its destruction but the money was little consolation
396 there was no way to file a claim on lost scientific insights not to mention sto
> ries for a book of his own in the spirit of darwin
397 what was he to do
398 to tackle the origin of species he would need new specimens which required anot
> her expedition
399 but his resources were limited his body depleted and his reputation nonexistent

452 by the middle of the nineteenth century the terra incognita that had hazil

453 the gunships of the british navy now dominant sailed into ports and harbors to seize virgin territo board

454 darwin s cambridge professor had recommended him for the voyage of the hms beag lz

455 a navy ship tasked with opening up much of south america s west coast and the ga lapaços islands and his father covered all incidental expenses over the five yea r journey

456 the botanist j

457 d

458 hooker darwin s close friend boarded the hms erebus in fora four year expeditio n in the antarctic and then the hms sidon for several years in the himalayas and india

459 these were men of royal societies from great families with deep pockets and the y were naming hundreds of new species each year

460 wallace didn t have any cambridge dons to recommend him for berths on upcoming expeditions

461 if wallace was to leave his mark he had little time to wallow

462 as soon as he regained his health he began to write his way into the hallowed r ooms of london s scientific societies drawing upon his recollections and the few sketches he d saved

463 only five weeks after his return he read a paper on amazonian butterflies befor e the entomological society

464 he went to the zoological society with a presentation on the monkeys of the ama zon theorizing that when m featherthief tx

465 inda ns

466 pm bart zo the feather thief a great ocean once covering the region receded thr ee rivers the amazon the rio madeira and the rio negro had divided the land into four parts

467 the great divisions that resulted explained the variation and distribution of t he twenty one species of monkeys he d observed there

468 wallace didn t have an answer to the origin of species but he knew that geograp hy was an essential instrument in the search

470 he railed against the sloppy way in which other naturalists recorded geographic al data

471 in the various works on natural history and in our museums we have generally bu t the vaguest statements of lo cality

472 s

473 america brazil guiana peru are among the most com specimen

474

475

476 we have nothing to tell us whether the one came from nnn the north or south of the amazon

477 without precise information on the range of different species it would be impos sible to know how or why species diverged

478 the tags in his view were nearly as im in the months after returning wallace be came a fixture at lon don s scientific societies but his true priority was selec ting the site of his next adventure

479 a return to the amazon though was pointless his friend bates was still there bu ilding a massive collection and by now was so far ahead of him that it would def eat the purpose

480 it hardly made sense to retread darwin s route and alexander von humboldt had a lready summited the mountains of central america cuba and colombia

481 wallace needed to find a gap in the record a stretch of the map that hadn t yet been combed over by a rival naturalist

482 after reading a description of a new world with an animal kingdom unlike that o f all other countries wallace settled on the malay archipelago which had yet to be explored by a natural historian

483 in june with his reputation growing wallace took a proposal to sir roderick mur chison president of the royal geo graphical society describing an itinerary as am bitious as it was featherthief tx

484 indd ns

485 pm bartz the trials of alfred russel wallace protracted

486 borneo the philippines the indonesian island of sulawesi timor the moluccas and new guinea

487 wallace planned to spend a year or two in each location an expedition that coul d easily demand a dozen years

488 murchison agreed to find wallace passage on the next ship traveling toward the region and to broker valuable introductions to colonial authorities

489 in preparation wallace frequented the insect and bird rooms at the british muse um of natural history in london lugging along his copy of prince lucien bonapart e s conspectus generum avium an eight hundred page volume that described every k nown species of bird up to and making meticulous notes in its margins

490 strangest and most beautiful birds on the planet the birds of par adise

491 for europe by magellan s crew

492 as a oitt for the king of spain j in were missing their feet such was the skinn

400 y marked unexplored forests and islands was rapidly vanishing from maps

401 the gunships of the british navy now dominant sailed into ports and harbors to seize virgin territories and pry colonies from senescent empires such as the dut ch and portuguese

402 more often than not they traveled with a naturalist on board

403 darwin s cambridge professor had recommended him for the voyage of the hms beag le a navy ship tasked with opening up much of south america s west coast and the gal pagos islands and his father covered all incidental expenses over the five year journey

404 the botanist j

405 d

406 hooker darwin s close friend boarded the hms erebus in for a four year expeditio on in the antarctic and then the hms sidon for several years in the himalayas an d india

407 these were men of royal societies from great families with deep pockets and the y were naming hundreds of new species each year

408 wallace didn t have any cambridge dons to recommend him for berths on upcoming expeditions

409 if wallace was to leave his mark he had little time to wallow

410 as soon as he regained his health he began to write his way into the hallowed r ooms of london s scientific societies drawing upon his recollections and the few sketches he d saved

411 only five weeks after his return he read a paper on amazonian butterflies befor e the entomological society

412 he went to the zoological society with a presentation on the monkeys of the ama zon theorizing that when a great ocean once covering the region receded three ri vers the amazon the rio madeira and the rio negro had divided the land into four parts

413 the great divisions that resulted explained the variation and distribution of t he twenty one species of monkeys he d observed there

414 wallace didn t have an answer to the origin of species but he knew that geograp hy was an essential instrument in the search

415 he railed against the sloppy way in which other naturalists recorded geographic al data

416 in the various works on natural history and in our museums we have generally bu t the vaguest statements of locality

417 s

418 america brazil guiana peru are among the most common and if we have river amazo n or quito attached to a specimen

419

420

421 we have nothing to tell us whether the one came from the north or south of the amazon

422 without precise information on the range of different species it would be impos sible to know how or why species diverged

423 the tags in his view were nearly as important as the specimens to which they we re attached

424 in the months after returning wallace became a fixture at london s scientific s ocieties but his true priority was selecting the site of his next adventure

425 a return to the amazon though was pointless his friend bates was still there bu ilding a massive collection and by now was so far ahead of him that it would def eat the purpose

426 it hardly made sense to retread darwin s route and alexander von humboldt had a lready summited the mountains of central america cuba and colombia

427 wallace needed to find a gap in the record a stretch of the map that hadn t yet been combed over by a rival naturalist

428 after reading a description of a new world with an animal kingdom unlike that o f all other countries wallace settled on the malay archipelago which had yet to be explored by a natural historian

429 in june with his reputation growing wallace took a proposal to sir roderick mur chison president of the royal geographical society describing an itinerary as am bitious as it was protracted

430 borneo the philippines the indonesian island of sulawesi timor the moluccas and new guinea

431 wallace planned to spend a year or two in each location an expedition that coul d easily demand a dozen years

432 murchison agreed to find wallace passage on the next ship traveling toward the region and to broker valuable introductions to colonial authorities

433 in preparation wallace frequented the insect and bird rooms at the british muse um of natural history in london lugging along his copy of prince lucien bonapart e s conspectus generum avium an eight hundred page volume that described every k nown species of bird up to and making meticulous notes in its margins

434 he soon realized the museum had an incomplete collection of the strangest and m ost beautiful birds on the planet

435 the birds of paradise

436 the birds of paradise occupied a perch in the western public s imagination wort

```
ing with an angle a dame a ju    with angle a dame julian pos
s
                                 naturall history museum tring tring
naturall history museum tring tring park tring station trogon family trondheim
norway trout trout flies trump donald turkeys turlhanger s wood turner john turt
les uel wade music scholarship competition underwood tariff act union of feather
dyers union of raw feather merchants u
s
7555
7556 agency for international development usaid usk river van zandt townes veals fis
hing tackle velleman co
7557 vietnamese refugees virgil vises vogue voyage of the beagle the darwin voyage u
p the river amazon a edwards waders walkie talkies wallace alfred russel wallace
bill and richard wallacea wallace line walter rothschild zoological museum ns

7558 pm bart zo walters michael walton izaak wanumbai washington george washington j
ohn watelai river watford england wax wayback machine web spiders weirdo fly wer
brouck geert western tragopans wheatley s fly no
7559 whip finishers white rhinoceros why museums matter
7560 avian archives in an age of extinction conference wildlife and animal products
policy ebay wild turkeys willesden green williamson emily


7561 winches

7562 wire cutters t




7563
7564
7565 featherthief tx
7566 indd index wicard of oz the baum wolfer eddie women s fashion wool worde wynken
de world war i world war ii worms wylie fraser yale university yellow fever yell
ow fly of may zimbabwe ziploc bags zoological society of london zoos ns
7567 pm bart z
```

Right column:

```
ith angle a dame julian pos    s gardens tring england see also natu
ral history museum tring tring park tring station trogon family trondheim norway
trout trout flies trump donald turkeys turlhanger s wood turner john turtles ue
l wade music scholarship competition underwood tariff act union of feather dyers
union of raw feather merchants u
7209 s
7210 agency for international development usaid usk river van zandt townes veals fis
hing tackle velleman co
7211 vietnamese refugees virgil vises vogue voyage of the beagle the darwin voyage u
p the river amazon a edwards waders walkie talkies wallace alfred russel wallace
bill and richard wallacea wallace line walter rothschild zoological museum walt
ers michael walton izaak wanumbai washington george washington john watelai rive
r watford england wax wayback machine web spiders weirdo fly werbrouck geert wes
tern tragopans wheatley s fly no
7212 whip finishers white rhinoceros why museums matter
7213 avian archives in an age of extinction conference wildlife and animal products
policy ebay wild turkeys willesden green williamson emily winches wire cutters w
izard of oz the baum wolfer eddie women s fashion wool worde wynken de world war
i world war ii worms wylie fraser yale university yellow fever yellow fly of ma
y yelp youtube zeppelins zimbabwe ziploc bags zoological society of london zoos
about the author kirk w
7214 johnson is the author of to be a friend is fatal and the founder of the list pr
oject to resettle iraqi allies
7215 his writing has appeared in the new yorker the new york times the washington po
st and the los angeles times among others
7216 he is the recipient of fellowships from yaddo the macdowell colony the american
academy in berlin and the usc annenberg center
7217 he lives in los angeles with his wife and two children
7218 what s next on your reading list
7219 discover your next great read
7220 get personalized book picks and up to date news about this author
7221 sign up now
7222
```

**Legends**

| Colors | Links |
| --- | --- |
| Added | (f)irst change |
| Changed | (n)ext change |
| Deleted | (t)op |

# Excerpt of Match Visualization for The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century in Pirate Library Mirror

1 featherthief tx
2 indal ns
3 pm bart zoo featherthief
4 tx
5 indd ji ns
6 pm bart zoo bea natural history heist of the century viking m featherthief tx
7 indd iii ns
8 pm bart z viking an imprint of penguin random house llc hudson street new york new york penguin
9 com copyright by mj kj inc
10 penguin supports copyright
11 copyright fuels creativity encourages diverse voices promotes free speech and creates a vibrant culture
12 thank you for buying an authorized edition of this book and for complying with copyright laws by not reproducing scanning or distributing any part of itin any form without permission
13 you are supporting writers and allowing penguin to continue to publish books for every reader
14 hhustration credits  field museum of natural history bird collection
15 page
16 top
17 flickr francesco veronesi bottom
18 flickr matthias appel
19 page
20 op
21 istock uwe bergwitz bottom
22 tim laman used with permission
23 page
24 top left bottom
25 harper s bazaar bottom
26 from our vanishing wild life by william t
27 hornaday page
28 top right
29 from our vanishing wild life by william t
30 hornaday bo tton
31 photograph by h
32 b
34 s
35 fish and wildlife service museam archives at national conservation training center
36 pages and
37 from the salmon ely
38 how to dress itand how to use it by george m
39 kelson
40 page
41 top
42 from phe salmon fly
43 how to dress it and how to use it by george m
44 kelson bottom
45 courtesy of spencer seim
46 page
47 top middle and bottom
48 courtesy of edward muzeroll
49 page
50 top
51 photo gerald massey licensed for reuse under creative commons license bottoms
52 courtesy of the natural history museum london
53 page
54 top
55 courtesy of dr
56 john r
57 hutchinson bottom
58 courtesy of the natural history maseum london
59 page
60 top
61 courtesy of the natural history museum london bottom
62 courtesy of anonymous
63 page
64 top ad bottom
65 courtesy of the hertfordshire constabulary
66 page
67 top
68 courtesy of the hertfordshire constabulary bottom
69 courtesy of press association images
70 page
71 top and botiom
72 courtesy of robert delisle
73 page
74 top left from the rod and the line by hewitt wheatley top right
75 courtesy of anonymous bottom courtesy of david stenstr m

1 viking an imprint of penguin random house llc hudson street new york new york penguin
2 com copyright by mj kj inc
3 penguin supports copyright
4 copyright fuels creativity encourages diverse voices promotes free speech and creates a vibrant culture
5 thank you for buying an authorized edition of this book and for complying with copyright laws by not reproducing scanning or distributing any part of it in any form without permission
6 you are supporting writers and allowing penguin to continue to publish books for every reader
7 illustration credits here
8 from alfred russel wallace
9 letters and reminiscences by james marchant here
10 courtesy of the linnean society of london here
11 courtesy of the field museum of natural history bird collection
12 here
13 flickr francesco veronesi here
14 flickr matthias appel
15 here
16 istock uwe bergwitz here
17 tim laman used with permission
18 here
19 harper s bazaar here
20 from our vanishing wild life by william t
21 hornaday
22 here
23 from our vanishing wild life by william t
24 hornaday here
25 photograph by h
26 b
28 s
29 fish and wildlife service museum archives at national conservation training cen
30 here and here
31 from the salmon fly
32 how to dress it and how to use it by george m
33 kelson
34 here
35 from the salmon fly
36 how to dress it and how to use it by george m
37 kelson here
38 courtesy of spencer seim
39 here here and here
40 courtesy of edward muzeroll
41 here
42 photo gerald massey licensed for reuse under creative commons license here
43 courtesy of the natural history museum london
44 here
45 courtesy of dr
46 john r
47 hutchinson here
48 courtesy of the natural history museum london
49 here
50 courtesy of the natural history museum london here
51 courtesy of anonymous
52 here and here
53 courtesy of the hertfordshire constabulary
54 here
55 courtesy of the hertfordshire constabulary here
56 courtesy of press association images
57 here and here
58 courtesy of robert delisle
59 here
60 from the rod and the line by hewitt wheatley here
61 courtesy of anonymous here
62 courtesy of david stenstr m

```
76  isbn
77  hardcover e book exp printed in the united states of america y set in sabon lt
    std designed by cassandra garruzzo featherthief tx
78  indd iv
79  pm bart zoo fer marie fes e
80  c tatt teut neir et blane avant que tu aies vei et atterr
81  dans men arbre u featherthief tx
82  indd v
83  pm bart zo featherthief tx
84  indd vii n n
85  pm bart zo man is seldom content to witness beauty
86  he must possess it
87  grand chief sir michael somare prime minister of papua new guinea me featherthi
    ef tx
88  indd vii ns
89  pm bart zo featherthief tx
90  tx
91  ind vil ns
92  pm bart zo
93  dead birds and rich men contents prologue
94  lord rothschild s museum
95  the feather fever gone
96  birth of a movement
97  the victorian brotherhood of fly tiers on wn
98  the tring heist
99  featherless in london
100 plan for museum invasion
101 doc
102 the case of the broken window
103 a very unusual crime
104 hot birds on a cold trai
105
106 fluteplayer
107 behind bars
108 rot in hell
109 the diagnosis
110 the asperger s defense
111 the missing skins vu featherthief tx
112 indd ix ns
113 pm bart zo contents ll
114 truth and consequences
115 the st international fly tying symposium the lost memory of the ocean chasing l
    eads in a time machine dr
121 prum s thumb drive pm not a thief three days in norway michelangelo vanishes fe
    athers in the bloodstream acknowledgments notes a note on sources bibliography q
    ex bp oh a featherthief tx
122 indd x ns
123 pm bart zo featherthief tx

124 inda x ns
125 pm bart zo featherthief tx
126 inda xi ns
127 pm bart z o midland line g glided off into darkness a few hours earlier edwin h
    ad performed in the royal academy of music s london soundscapes a celebration of
    haydn handel and m endelssohn
128 before the concert he d packed a pair of latex gloves a miniature led flashligh
    t a wire cutter and a diamond blade g glass cutter in a large rolling suitcase a
    nd stowed in his concert hall locker
129 he bore a passing resemblance to a lanky pete townshend
130 intense eyes prominent nose and a mop of hair although instead of shredding a f
    ender edwin played the flute
131 there was a new moon that evening making the already gloomy stretch of road eve
    n darker
132 for nearly an hour he dragged his suitcase through the mud and gravel skirting
    the road under gnarly old trees strangled with ivy
133 turlhanger s wood slept to the north chestnut wood to the south fallow fields a
    nd the occasional copse in between
134 a car blasted by its headlights blinding
135 adrenaline coursing he knew he was getting close
136 m featherthief
137 tx
138 ind ns
139 pm bart zoo the feather thief the entrance to the market town of tring is guard
    ed by a sixteenth century pub called the robin hood
140 a few roads beyond nestled between the old tring brewery and an hsbc branch lie
    s the entrance to public footpath
```

```
63  isbn
64  hardcover e book exp version for marie jos e
65  c tait tout noir et blanc avant que tu aies vol et atterri dans mon arbre man i
    s seldom content to witness beauty
66  he must possess it
67  grand chief sir michael somare prime minister of papua new guinea contents titl
    e page copyright dedication epigraph prologue i
68  dead birds and rich men
    the trials of alfred russel wallace
70  lord rothschild s museum
71  the feather fever
72  birth of a movement
73  the victorian brotherhood of fly tiers
74  the future of fly tying ii
75  the tring heist
76  featherless in london
77  plan for museum invasion
78  doc
79  the case of the broken window
80  a very unusual crime
81  hot birds on a cold trail
82  fluteplayer
83  behind bars
84  rot in hell
85  the diagnosis
86  the asperger s defense
87  the missing skins iii
88  truth and consequences
89  the st international fly tying symposium
90  the lost memory of the ocean
91  chasing leads in a time machine
92  dr
93  prum s thumb drive
94  i m not a thief
95  three days in norway
96  michelangelo vanishes
97  feathers in the bloodstream illustrations acknowledgments notes a note on sourc
    es bibliography index about the author prologue by the time edwin rist stepped o
    ff the train onto the platform at tring forty miles north of london it was alrea
    dy quite late
98  the residents of the sleepy town had finished their suppers the little ones wer
    e in bed
99  as he began the long walk into town the midland line glided off into darkness
100 a few hours earlier edwin had performed in the royal academy of music s london
    soundscapes a celebration of haydn handel and mendelssohn
101 before the concert he d packed a pair of latex gloves a miniature led flashligh
    t a wire cutter and a diamond blade glass cutter in a large rolling suitcase and
    stowed in his concert hall locker
102 he bore a passing resemblance to a lanky pete townshend
103 intense eyes prominent nose and a mop of hair although instead of shredding a f
    ender edwin played the flute
104 there was a new moon that evening making the already gloomy stretch of road eve
    n darker
105 for nearly an hour he dragged his suitcase through the mud and gravel skirting
    the road under gnarly old trees strangled with ivy
106 turlhanger s wood slept to the north chestnut wood to the south fallow fields a
    nd the occasional copse in between
107 a car blasted by its headlights blinding
108 adrenaline coursing he knew he was getting close
109 the entrance to the market town of tring is guarded by a sixteenth century pub
    called the robin hood
110 a few roads beyond nestled between the old tring brewery and an hsbc branch lie
    s the entrance to public footpath
```

141 known to locals as bank a... is framed by sevenfoot high brick walls

142 edwin slipped into the alley into total darkness

143 he groped his way along until he was standing directly behind the building he d spent months casing

144 all that separated him from it was the wall

145 capped with three rusted strands of barbed wire it might have thwarted his plan s were it not for the wire cutter

146 after clearing an opening he lifted make a clamor hat would summon security

147 but he d known this part wouldn t be easy

148 ye crouched on top of the wall he reached toward the window with the glass cutt er and began to grind it along the pane

149 cutting glass was harder than he had anticipated though and as he struggled to carve an opening the glass cutter slipped from his hand and fell into the ravin

150 his mind raced

151 was this a sign

152 he was thinking about bailing on the whole crazy scheme when that voice the one that had urged him onward these past months shouted wait a minute

153 you can t give up now

154 you ve come all this way

155 he crawled back down and picked up a rock

156 steadying himself atop the wall he peered around in search of guards before bas hing the window out wedging his suitcase through the shard strewn opening and cl imbing into the british natural history museum

157 unaware that he had just tripped an alarm in the security guard s office edwin p ulled out the led light which cast a faint glow in front of him as he made his w ay down the hallways toward the vault just as he d rehearsed in his mind

158 featherthief tx

159 hndd ns

160 pm bart zo prologue he wheeled his suitcase quietly through corridor after corr idor drawing ever closer to the most beautiful things he had ever seen

161 if he pulled this off they would bring him fame wealth and prestige

162 they would solve his problems

163 he deserved them

164 he entered the vault its hundreds of large white steel cabinets standing in row s like sentries and got to work

165 he pulled out the first drawer catching a waft of mothballs

166 quivering beneath his fingertips were a dozen red ruffed fruitcrows gathered by naturalists and biologists over hundreds of years from the forests and jungles of south america and fastidiously preserved by generations of curators for the b enefit of future research

167 their coppery orange feathers glimmered despite the faint light

168 each bird maybe a foot and a half from beak to tail lay on its back in funerary repose eye sockets filled with cotton feet folded close against the body

169 tied around their legs were bizalda labels

170 faded handwritten records of the date altitude latitude and longitude of their capture along with other vital details

171 oy he unzipped the suitcase and began fling it with the birds emptying one draw er after another

172 the occidentalis subspecies that he snatched by the handful had been gathered a century earlier from the quindio andes

173 region of western colombia

174 he didn t know exactly how many he d be able to fit into his suitcase but he ma naged forty seven of the museum s forty eight male specimens before wheeling his bag on to the next cabinet

175 down in the security office the guard was fixated on a small television screen

176 engrossed in a soccer match he hadn t yet noticed the alarm indicator blinking on a nearby panel

177 edwin opened the next cabinet to reveal dozens of resplendent quetzal skins gat hered in the s from the chiriqui cloud forests of western panama a species now t hreatened by widespread deforestation and protected by international treaties

178 at nearly four feet in length the birds were particularly difficult to stuff in to his suitcase but he maneuvered thirty nine of them inside by gently curling t heir sweeping tails into tight coils

179 featherthief tx

180 inda ns

181 pm bart zo the feather thief moving down the corridor he swung open the doors o f another cabinet this one housing species of the cotinga birds of south and cen tral america

182 he swung fourteen one hundred year old skins of the lovely cotinga a small tur quoise bird with a reddish purple breast endemic to central america before relie ving the museum of thirty seven specimens of the purple breasted cotinga twenty one skins of the spangled cotinga and another ten skins of the endangered banded cotinga of which as few as mature individuals are estimated to be alive today

183 the galapagos island finches and mockingbirds gathered by charles darwin in dur ing the voyage of the hms beagle which had been instrumental in developing his t heory of evolution through natural selection were resting in nearby drawers

184 among the museum s most valuable holdings were skeletons and skins of bon s the birds of america

111 known to locals as bank a... s n t more than eight feet wide and is framed by seven foot high brick walls

112 edwin slipped into the alley into total darkness

113 he groped his way along until he was standing directly behind the building he d spent months casing

114 all that separated him from it was the wall

115 capped with three rusted strands of barbed wire it might have thwarted his plan s were it not for the wire cutter

116 after clearing an opening he lifted the suitcase to the ledge hoisted himself u p and glanced anxiously about

117 no sign of the guard

118 there was a space of several feet between his perch on the wall and the buildin g s nearest window forming a small ravine

119 if he fell he could injure himself or worse make a clamor that would summon sec urity

120 but he d known this part wouldn t be easy

121 crouched on top of the wall he reached toward the window with the glass cutter and began to grind it along the pane

122 cutting glass was harder than he had anticipated though and as he struggled to carve an opening the glass cutter slipped from his hand and fell into the ravine

123 his mind raced

124 was this a sign

125 he was thinking about bailing on the whole crazy scheme when that voice the one that had urged him onward these past months shouted wait a minute

126 you can t give up now

127 you ve come all this way

128 he crawled back down and picked up a rock

129 steadying himself atop the wall he peered around in search of guards before bas hing the window out wedging his suitcase through the shard strewn opening and cl imbing into the british natural history museum

130 unaware that he had just tripped an alarm in the security guard s office edwin pulled out the led light which cast a faint glow in front of him as he made his way down the hallways toward the vault just as he d rehearsed in his mind

131 he wheeled his suitcase quietly through corridor after corridor drawing ever cl oser to the most beautiful things he had ever seen

132 if he pulled this off they would bring him fame wealth and prestige

133 they would solve his problems

134 he deserved them

135 he entered the vault its hundreds of large white steel cabinets standing in row s like sentries and got to work

136 he pulled out the first drawer catching a waft of mothballs

137 quivering beneath his fingertips were a dozen red ruffed fruitcrows gathered by naturalists and biologists over hundreds of years from the forests and jungles of south america and fastidiously preserved by generations of curators for the b enefit of future research

138 their coppery orange feathers glimmered despite the faint light

139 each bird maybe a foot and a half from beak to tail lay on its back in funerary repose eye sockets filled with cotton feet folded close against the body

140 tied around their legs were bizalda labels

141 faded handwritten records of the date altitude latitude and longitude of their capture along with other vital details

142 he unzipped the suitcase and began filling it with the birds emptying one drawe r after another

143 the occidentalis subspecies that he snatched by the handful had been gathered a century earlier from the quind o andes region of western colombia

144 he didn t know exactly how many he d be able to fit into his suitcase but he ma naged forty seven of the museum s forty eight male specimens before wheeling his bag on to the next cabinet

145 down in the security office the guard was fixated on a small television screen engrossed in a soccer match he hadn t yet noticed the alarm indicator blinking on a nearby panel

146 edwin opened the next cabinet to reveal dozens of resplendent quetzal skins gat hered in the s from the chiriqui cloud forests of western panama a species now r eatened by widespread deforestation and protected by international treaties

147 at nearly four feet in length the birds were particularly difficult to stuff in to his suitcase but he maneuvered thirty nine of them inside by gently curling t heir sweeping tails into tight coils

149 moving down the corridor he swung open the doors of another cabinet this one ho using species of the cotinga birds of south and central america

150 he swung fourteen one hundred year old skins of the lovely cotinga a small tur quoise bird with a reddish purple breast endemic to central america before relie ving the museum of thirty seven specimens of the purple breasted cotinga twenty one skins of the spangled cotinga and another ten skins of the endangered banded cotinga of which as few as mature individuals are estimated to be alive today

151 the gal pagos island finches and mockingbirds gathered by charles darwin in dur ing the voyage of the hms beagle which had been instrumental in developing his t heory of evolution through natural selection were resting in nearby drawers

152 among the museum s most valuable holdings were skeletons and skins of extinct b irds including the dodo the great auk and the passenger pigeon along with an ele

185 overall the museum houses one of the world s largest collection of ornithologic al specimens
186 bird skins skeletons birds preserved in spirit nests and sets of eggs gathered over the centuries from swamps
187 sm but edwin hadn t broken into the museum for a drab colored finch
188 he had lost track of how long he d been in the vault when he finally wheeled hi s suitcase to a stop before a large cabinet
189 a smal plaque indicated its contents
190 paradisaeidae
191 thirty seven king birds of paradise swiped in seconds
192 twenty four magnificent riflebirds
193 twelve superb birds of paradise
194 four blue birds of paradise
195 seventeen flame bowerbirds
196 these flawless specimens gathered against almost impossible odds from virgin fo rests of new guinea and the malay archipelago years earlier went into edwin s ba g their tags bearing the name of a self taught naturalist whose breakthrough had given darwin the scare of his life
197 a r
198 wallace
199 featherthief tx
200 indd ns
201 pm bart zo prologue the guard glanced at the cctv feed an array of shots of the park ing lot and the museum campus
202 he began his round pacing the hallways checking the doors scanning for anything awry
203 edwin had long since lost count of the number of birds that passed through his hands
204 he had originally planned to choose only the best of each species but in the ex citement of the plunder he grabbed and stuffed until his suitcase could hold no more
205 the guard stepped outside to begin a perimeter check glancing up at the windows and beaming his flashlight on the section abut ting the brick wall of bank alle y
206 edwin stood before the broken window now framed with shards of glass
207 so far cveryeng had gone ascoeting to plan with the heard the name edwin rist
208 my ay line was midcast hovering energetically over the current behind me ready to shoot forward in pursuit of the golden bellied trout that spencer seim my fly fishing guide had assured me was hiding behind a car size boulder in the middle of the stream
209 spencer could sense fish behind logs through the white froth of fast currents i n the blackness of deep pools and in the chaos of swirling eddies
210 he was certain that a fourteenincher was fanning a foot below the surface waitin g for the perfect fly if i could cast it right
211 f e broke into a museum to steal what
212 distracted by what i d just heard i blew the cast slapping the featherthief tx
213 inda ns
214 pm bart zo the feather thief line against the water and sending any trout below darting off
215 dead birds
216 until that moment we d spoken only in hushed tones so as not to scare off the f ish approaching each hole as deftly as possible mindful of the sun and where it might throw our shadows but i couldn t contain my disbelief
217 pd just heard one of the strangest stories of my life and spencer was only at th e beginning of it
218 normally nothing could break my concentration on the river
219 when i wasn t fishing pd count the weeks and the days until i could pull on a p air of waders and slosh into the water
220 i d leave my cell phone in the trunk of the car to buzz until its battery died keep a hstful of almonds in my pocket to ward off hunger and drink from the reco nstruction of the iraqi
221 city of fallujah for usaid i sleepwalked out of a window in a ptsd triggered fu gue state and nearly died
222 i was left with broken wrists a shattered jaw broken nose and a cracked skull w ith scores of stitches across my face to say play on me during the night
223 during my recovery i realized that many of my iraqi colleagues translators civi l engineers teachers and doctors were being hunted and killed by their own count rymen because they had collaborated with the united states
224 i spoke out on their behalf in an op ed in the los angeles times naively thinki ng that someone in power would swiftly hx things by granting them visas
225 i hadn t anticipated the thousands of e mails that would soon flood in from ira

Right column:

153 overall the museum houses one of the world s largest collection of ornithologic al specimens
154 bird skins skeletons birds preserved in spirit nests and sets of eggs gathered over the centuries from the world s most remote forests mountainsides jungles an d
155 but edwin hadn t broken into the museum for a drab colored finch
156 he had lost track of how long he d been in the vault when he finally wheeled hi s suitcase to a stop before a large cabinet
157 a small plaque indicated its contents
158 paradisaeidae
159 thirty seven king birds of paradise swiped in seconds
160 twenty four magnificent riflebirds
161 twelve superb birds of paradise
162 four blue birds of paradise
163 seventeen flame bowerbirds
164 these flawless specimens gathered against almost impossible odds from virgin fo rests of new guinea and the malay archipelago years earlier went into edwin s ba g their tags bearing the name of a self taught naturalist whose breakthrough had given darwin the scare of his life
165 a
166 r
167 wallace
168 the guard glanced at the cctv feed an array of shots of the parking lot and the museum campus
169 he began his round pacing the hallways checking the doors scanning for anything awry
170 edwin had long since lost count of the number of birds that passed through his hands
171 he had originally planned to choose only the best of each species but in the ex citement of the plunder he grabbed and stuffed until his suitcase could hold no more
172 the guard stepped outside to begin a perimeter check glancing up at the windows and beaming his flashlight on the section abutting the brick wall of bank alle y
173 edwin stood before the broken window now framed with shards of glass
174 so far everything had gone according to plan with the exception of the missing glass cutter
175 all that remained was to climb back out of the window without slicing himself o pen and melt into the anonymity of the street
176 i was waist high in the red river which slices through the sangre de cristo mou ntains just north of taos new mexico when i first heard the name edwin rist
177 my fly line was midcast hovering energetically over the current behind me ready to shoot forward in pursuit of the golden bellied trout that spencer seim my fl y fishing guide had assured me was hiding behind a car size boulder in the middl e of the stream
178 spencer could sense fish behind logs through the white froth of fast currents i n the blackness of deep pools and in the chaos of swirling eddies
179 he was certain that a fourteen incher was fanning a foot below the surface wait ing for the perfect fly if i could cast it right
180 he broke into a museum to steal what
181 distracted by what i d just heard i blew the cast slapping the line against the water and sending any trout below darting off
182 dead birds
183 until that moment we d spoken only in hushed tones so as not to scare off the f ish approaching each hole as deftly as possible mindful of the sun and where it might throw our shadows but i couldn t contain my disbelief
184 i d just heard one of the strangest stories of my life and spencer was only at the beginning of it
185 normally nothing could break my concentration on the river
186 when i wasn t fishing i d count the weeks and the days until i could pull on a pair of waders and slosh into the water
187 i d leave my cell phone in the trunk of the car to buzz until its battery died keep a fistful of almonds in my pocket to ward off hunger and drink from the str eam when thirsty
188 on good days i d spend eight straight hours working my way up a river without s eeing another human being
189 it was the only thing that brought calm amid the storm of stress that had becom e my life
190 seven years earlier while on vacation from my job coordinating the reconstructi on of the iraqi city of fallujah for usaid i sleepwalked out of a window in a pt sd triggered fugue state and nearly died
191 i was left with broken wrists a shattered jaw broken nose and a cracked skull w ith scores of stitches across my face to say nothing of a newfound fear of sleep and the tricks my brain might play on me during the night
192 during my recovery i realized that many of my iraqi colleagues translators civi l engineers teachers and doctors were being hunted and killed by their own count rymen because they had collaborated with the united states
193 i spoke out on their behalf in an op ed in the los angeles times naively thinki ng that someone in power would swiftly fix things by granting them visas
194 i hadn t anticipated the thousands of e mails that would soon flood in from ira

qis imploring me for help

| | Left column | | | Right column |
|---|---|---|---|---|

qis imploring me for help

**Left column (lines 226–281):**

226 was unemployed sleeping on a futon in my aunt s basement
227 i didn t know the first thing about helping refugees but i started a list to tr
ack the names of everyone who wrote to me
228 featherthief tx
229 indd ns
230 pm bart zoo prologue within months i launched a nonproht organization the list
project
231 over the coming several years i wrestled with the white house cajoled senators
>called volunteers and begged for donations to keep my staff paid
232 though we managed to bring thousands of refugees to safety in the united states
> over the years it was clear that we would never be able to help everyone
233 for every victory there were fifty cases stalled in a federal bureaucracy that
>treated these interpreters the moment they fled iraq as potential terrorists
234 by the fall of as the official end to the war was drawing near i felt trapped i
n a cage of my own creation
235 there were still tens of thousands of iraqis and afghans running for their live
s
236 it could take a decade maybe even several to get them out but i never managed t
o raise enough funds for more than a year down the road
237 once the war was over
238 in the minds of the american public it would only be harder
239 ses
240 whenever i felt like giving up pd get another desperate appeal from a former ir
aqi colleague and erow ashamed of my weakness
241 but the truth was i was exhausted
242 ever since the accident i couldn t fall asleep without distracting myself so i
queued up an endless sequence of the most boring shows i could find on netflix
243 every morning i woke to a new tide of refugee petitions
244 unexpectedly fly fishing became a kind of release
245 out on the river there were no journalists to call or donors to beseech just cu
rrents and insects to study and rising trout to tempt
246 time took on an unusual quality
247 five hours would pass in what felt like thirty minutes
248 after a day in my waders i would close my eyes and see faint outlines of fish f
anning dreamily upstream as drifted into a deep sleep
249 it was such an act of escapism that had deposited me on that mountain stream in
northern new mexico
250 pd hopped into my beat up sebring convertible and driven from boston to taos to
work on a book about my experiences in iraq at a small artists colony in town
251 writer s block relled in on the first day
252 i didn t have a book featherthief tx
253 inda ns
254 pm bart zoo the feather thief deal had never written a book before and my narco
leptic literary agent was ignoring my increasingly anxious requests for guidance
255 meanwhile the list of refugees kept growing
256 i had just turned thirty one and didn t know why the hell i was in taos much le
ss what i was supposed to do next
257 when my stress peaked i searched for someone to show me around the local rivers
258 i met spencer at dawn at a gas station just off state highway
259 he was leaning against his tan runner its big lebowski bumper sticker faintly v
isible beneath the mud
261 in his late thirties spencer kept his sideburns long and his hair short
262 he had an infectious laugh and like the best guides an easy way of conversing
263 we hit it off immediately
264 as we worked the river he refined my cast and went on at length about the life
cycle of the various insects in the area
265 there wasn t a scrub or mineral or bird or bug the former eagle scout couldn t
identify and he seemed to know every trout on a personal basis
266 cazaught that bastard last month on the same rig cant believe he fell for it aga
>in
267 ee when i snagged a fly in
268a juniper tree on the riverbank i winced
269 i d already spent a smal fortune on trout flies little bits of elk hair rabbit
fur and rooster hackle feathers threaded around a tiny hook made to mimic a wide
range of aquatic insects in order to fool the fish into biting
270 spencer just laughed
271 shoot i tied all these myself
272 he flipped open his fly box to reveal hundreds of tiny floaters spinners stream
ers nymphs emerges stimulators parachutes and terrestrials
273 he had locally themed flies like the san juan worm and the breaking bad inspire
d crystal meth egg
274 he deployed subtle variations in thread color or hook size to match the insect
hatches in each river or stream he fished
275 the flies he carried in may were different from those he used in august
276 sensing my curiosity he opened up a separate fly box and pulled out featherthief tx
277 indd nsn pm bart zo prologue out one of the most strangely beautiful things
d ever seen
278 i recipe
279 a jock scott salmon fly which he explained had been tied according to a year ol
280 it bore the feathers of a dozen different birds flashing crimson and canary yel
low turquoise and setting sun orange as he turned it this way and that
281 it was finished with a dizzying spiral of gold thread around the hook shank and
it was capped with an eyelet made from the gut of silkworms

**Right column (lines 195–241):**

qis imploring me for help

195 i was unemployed sleeping on a futon in my aunt s basement
196 i didn t know the first thing about helping refugees but i started a list to tr
ack the names of everyone who wrote to me
197 within months i launched a nonprofit organization the list project
198 over the coming several years i wrestled with the white house cajoled senators
>called volunteers and begged for donations to keep my staff paid
199 though we managed to bring thousands of refugees to safety in the united states
> over the years it was clear that we would never be able to help everyone
200 for every victory there were fifty cases stalled in a federal bureaucracy that
>treated these interpreters the moment they fled iraq as potential terrorists
201 by the fall of as the official end to the war was drawing near i felt trapped i
n a cage of my own creation
202 there were still tens of thousands of iraqis and afghans running for their live
s
203 it could take a decade maybe even several to get them out but i never managed t
o raise enough funds for more than a year down the road
204 once the war was over in the minds of the american public it would only be hard
er
205 whenever i felt like giving up i d get another desperate appeal from a former i
raqi colleague and grow ashamed of my weakness
206 but the truth was i was exhausted
207 ever since the accident i couldn t fall asleep without distracting myself so i
queued up an endless sequence of the most boring shows i could find on netflix
208 every morning i woke to a new tide of refugee petitions
209 unexpectedly fly fishing became a kind of release
210 out on the river there were no journalists to call or donors to beseech just cu
rrents and insects to study and rising trout to tempt
211 time took on an unusual quality
212 five hours would pass in what felt like thirty minutes
213 after a day in my waders i would close my eyes and see faint outlines of fish f
anning dreamily upstream as i drifted into a deep sleep
214 it was such an act of escapism that had deposited me on that mountain stream in
northern new mexico
215 i d hopped into my beat up sebring convertible and driven from boston to taos t
o work on a book about my experiences in iraq at a small artists colony in town
216 writer s block rolled in on the first day
217 i didn t have a book deal i had never written a book before and my narcoleptic
literary agent was ignoring my increasingly anxious requests for guidance
218 meanwhile the list of refugees kept growing
219 i had just turned thirty one and didn t know why the hell i was in taos much le
ss what i was supposed to do next
220 when my stress peaked i searched for someone to show me around the local rivers
221 i met spencer at dawn at a gas station just off state highway
222 he was leaning against his tan runner its big lebowski bumper sticker faintly v
isible beneath the mud
223 in his late thirties spencer kept his sideburns long and his hair short
224 he had an infectious laugh and like the best guides an easy way of conversing
225 we hit it off immediately
226 as we worked the river he refined my cast and went on at length about the life
cycle of the various insects in the area
227 there wasn t a scrub or mineral or bird or bug the former eagle scout couldn t
identify and he seemed to know every trout on a personal basis
228 caught that bastard last month on the same rig cant believe he fell for it aga
>in
230 when i snagged a fly in a juniper tree on the riverbank i winced
231 i d already spent a small fortune on trout flies little bits of elk hair rabbit
fur and rooster hackle feathers threaded around a tiny hook made to mimic a wid
e range of aquatic insects in order to fool the fish into biting
232 spencer just laughed
233 shoot i tied all these myself
234 he flipped open his fly box to reveal hundreds of tiny floaters spinners stream
ers nymphs emerges stimulators parachutes and terrestrials
235 he had locally themed flies like the san juan worm and the breaking bad inspire
d crystal meth egg
236 he deployed subtle variations in thread color or hook size to match the insect
hatches in each river or stream he fished
237 the flies he carried in may were different from those he used in august
238 sensing my curiosity he opened up a separate fly box and pulled out one of the
most strangely beautiful things i d ever seen
239 a jock scott salmon fly which he explained had been tied according to a year ol
240 it bore the feathers of a dozen different birds flashing crimson and canary yel
low turquoise and setting sun orange as he turned it this way and that
241 it was finished with a dizzying spiral of gold thread around the hook shank and
it was capped with an eyelet made from the gut of silkworms

282 what the hell is that
283
284 this here s a victorian salmon fly
285 calls for some of the rarest feathers in the world
286 where do you get them from
287 do you fish with these things
288 i asked
289 not really
290 most guys that tie have no idea how to fish
291 it s more of an art form
292
293 we pushed upstream crouching low as we approached a fishylooking stretch
294 the hobby seemed strange searching for rare feathers to tie a fly you don t kno
   w how to cast
295 you think that s strange you should look up this kid edwin rist
296 he s one of the best tiers on the planet
297 broke into the british museum of natural history just to get birds for these fl
   ies
298 don t know if it was edwin s victorian sounding name the sheer weirdness of the
   story or the fact that i was in desperate need of a new direction in life but i
   became obsessed with the crime within moments
299 for the rest of the afternoon as spencer did his best to get fish on my line i
   was unable to focus on anything except learning about what happened that night i
   tring
300 but the more found out the greater the mystery grew and with it my own compulsi
   on to solve it
301 little did i know my pursuit of justice would mean journeying deep into the fea
   ther underground a world of fanatical fly tiers and plume peddlers cokeheads and
   big game hunters ex detectives and shady dentists
302 from the lies and threats rumors and half truths revelations and frustrations i
   came featherthief tx
303 indd ns
304 pm bart zo the feather thief to understand something about the devilish relatio
   nship between man and nature and his unrelenting desire to lay claim to its beau
   ty whatever the cost
305 it would be five consuming years before i finally discovered what happened to t
   he lost birds of tring
306 featherthief tx
307 indd ns

308 pm bart zo m featherthief
309 indd ns
310 pm bart zoo featherthief tx
311 indd ns
312 pm bart zo cracks sweat and sea spray clung to him as the balsam and rubber boi
   led and hissed below deck
313 he sensed the flames would soon burst through
314 the crew of the hele raced frantically around him heaving belongings and suppli
   es into the two small lifeboats that were being lowered down the ship s flank
315 the lifeboats had been baking in the sun above deck for so long that the wood h
   ad contracted water began to seep in as soon as they hit the ocean
316 the cook bolted off in search of corks to plug the gaps while panicked crewmen
   searched for oars and a rudder
317 captain john turner hurriedly bagged up his chronometer and nautical charts as
   his men lowered casks filled with raw pork and bread and water into the boats
318 they had no idea how long they might drift before being rescued if they were to
   be rescued at all
319 thousands of miles of sea spread in every direction
320 four years of being soaked to the bone beneath the ceaseless m featherthief

321 tx
322 inda ns
323 pm bart zoo the feather thief downpour of the amazonian rain forest with malari
   a dysentery and yellow fever tugging at his mortal coil and the element that wou
   ld bring wallace s mission to ruin was not water but fire
324 it must have seemed a terrible dream
325 the small menagerie of monkeys and parrots he d painstakingly shielded from the
   damp cold were now sprung from their cages scurrying and flapping away from the
   flames to the bowsprit that poked like a needle nose from the prow of the ton h
   elen wallace stood there squinting through wire rimmed glasses at the panicked b
   irds as chaos engulfed him
326 he was so depleted of vitality leeched by vampire bats and inflamed by the chig
   oe fleas wasn t thinking clearly
327 all his notebooks containing years worth of research on the wildlife along the
   ink black
328 rio negro were in his cabin
329 as the fire danced toward the parrots below deck it lapped at the edges of cart

242 what the hell is that
243
244 this here s a victorian salmon fly
245 calls for some of the rarest feathers in the world
246 where do you get them from
247 there s a little community of us online that tie em he said
248 do you fish with these things
249 i asked
250 not really
251 most guys that tie have no idea how to fish
252 it s more of an art form
253 we pushed upstream crouching low as we approached a fishy looking stretch
254 the hobby seemed strange searching for rare feathers to tie a fly you don t kno
   w how to cast
255 you think that s strange you should look up this kid edwin rist
256 he s one of the best tiers on the planet
257 broke into the british museum of natural history just to get birds for these fl
   ies
258 i don t know if it was edwin s victorian sounding name the sheer weirdness of t
   he story or the fact that i was in desperate need of a new direction in life but
   i became obsessed with the crime within moments
259 for the rest of the afternoon as spencer did his best to get fish on my line i
   was unable to focus on anything except learning about what happened that night i
   tring
260 but the more i found out the greater the mystery grew and with it my own compul
   sion to solve it
261 little did i know my pursuit of justice would mean journeying deep into the fea
   ther underground a world of fanatical fly tiers and plume peddlers cokeheads and
   big game hunters ex detectives and shady dentists
262 from the lies and threats rumors and half truths revelations and frustrations i
   came to understand something about the devilish relationship between man and na
   ture and his unrelenting desire to lay claim to its beauty whatever the cost
263 it would be five consuming years before i finally discovered what happened to t
   he lost birds of tring
264 i
265 dead birds and rich men the trials of alfred russel wallace alfred russel walla
   ce stood on the quarterdeck of a burning ship seven hundred miles off the coast
   of bermuda the planks heating beneath his feet yellow smoke curling up through t
   he cracks
266 sweat and sea spray clung to him as the balsam and rubber boiled and hissed bel
   ow deck
267 he sensed the flames would soon burst through
268 the crew of the helen raced frantically around him heaving belongings and suppl
   ies into the two small lifeboats that were being lowered down the ship s flank
269 the lifeboats had been baking in the sun above deck for so long that the wood h
   ad contracted water began to seep in as soon as they hit the ocean
270 the cook bolted off in search of corks to plug the gaps while panicked crewmen
   searched for oars and a rudder
271 captain john turner hurriedly bagged up his chronometer and nautical charts as
   his men lowered casks filled with raw pork and bread and water into the boats
272 they had no idea how long they might drift before being rescued if they were to
   be rescued at all
273 thousands of miles of sea spread in every direction
274 four years of being soaked to the bone beneath the ceaseless downpour of the am
   azonian rain forest with malaria dysentery and yellow fever tugging at his morta
   l coil and the element that would bring wallace s mission to ruin was not water
   but fire
275 it must have seemed a terrible dream
276 the small menagerie of monkeys and parrots he d painstakingly shielded from the
   damp cold were now sprung from their cages scurrying and flapping away from the
   flames to the bowsprit that poked like a needle nose from the prow of the ton h
   elen
277 wallace stood there squinting through wire rimmed glasses at the panicked birds
   as chaos engulfed him
278 he was so depleted of vitality leeched by vampire bats and inflamed by the chig
   oe fleas that had burrowed under his toenails to deposit their eggs that he wasn
   t thinking clearly
279 all his notebooks containing years worth of research on the wildlife along the
   ink black rio negro were in his cabin
280 as the fire danced toward the parrots below deck it lapped at the edges of cart

ons filled with the true bo[...]ties[...] expedition into the amazon

330 the skins of nearly ten thousand birds each meticulously preserved
331 there were river tortoises pinned butter flies bottled ants and beetles skeleto
ns of anteaters and manatees sheaves of drawings illustrating the transformation
of strange unknown insects and an herbarium of brazilian fauna that included a
fifty foot leaf of the jupat palm
332 the notebooks skins and specimens represented a career establishing body of res
earch
333 he d left england an unknown land surveyor with only a few years of formal educ
ation and now at the age of twenty nine he was on the brink of a triumphant retu
rn as a bona fide naturalist with hundreds of unidentified species to name
334 if the flames were not extinguished he would return a nobody
335 the eighth of nine children wallace was born in in the welsh village of llanbad
oc on the west bank of the river usk which featherthief tx
336 indd ns
337 pm bart zoo the trials of alfred russel wallace ribbons south from the black mo
untains of mid wales into the estuary of the severn river
338 thirteen years earlier charles darwin had been born on the banks of the severn
ninety miles north but it would be decades before the two men s lives collided i
n one of the most astonishing coincidences in scientific history
339 after a series of foolish investments by his father put tuition beyond reach wa
llace was withdrawn from school at thirteen and sent off to his older brother to
work as a surveyor s apprentice
340 the arrival of the steam engine which precipitated a railway boom that saw thou
sands of miles of tracks laid across the british isles meant that surveyors were
in high demand while other boys his age trans lated virgil and studied algebra
surveying turned the countryside into a classroom for young wallace who scampere
d through val leys and forests learning the principles of trigonometry as he hel
ped his first lessons in geology as vanished species like belemnites fossilized
sixty six million years ago were revealed in the deep history of the earth
341 the precocious boy devoured introductory works on mechanics and optics and loca
ted the satellites of jupiter through a telescope he d fashioned out of a paper
tube an opera glass and an optician s lens
342 wallace s informal education happened in the midst of a great back to nature mo
vement the result of a century of industrialization and urbanization
343 crammed in scruffy squalid cities people began longing for the rustic idyll of th
eir ancestors but a trip over rutted roads to the coasts or distant stretches of
the british isles was uncomfortable and prohibitively expensive
344 it wasn t until the arrival of the trains that britain s overworked city dwelle
rs were finally able to escape
345 embracing the biblical proverb that idle hands are the devil s workshop the vic
torians promoted natural history collecting as the ideal form of recreation and
stalls at train stations were packed with popular magazines and books on buildin
g a pri vate collection
346 m featherthief tx
347 indd ns
348 pm bart zo the feather thief mi osses and seaweeds were pressed and dried corals
seashells and sea anemones were dredged up and bottled
349 hats were designed with special compartments for storing specimens gathered on
a stroll
350 microscopes became more powerful and affordable exacerbating the frenzy
351 what was once common and unremarkable to the naked eye a backyard leaf or a bee
tle suddenly revealed an intricate beauty under the lens
352 crazes spread like fire
353 the french led the way with conchlyomania with conch shells fetching obscene pr
ices
354 pteridomania followed as the british obsessively uprooted ferns from every corn
er of the isles for their fern albums
355 there was status in owning something rare and parlor room vitrines laden with n
atural curios became regarded as one of the essential furnishings of every memb
er of the leisured classes with claims to atic botany was a science or that t
here was any kind of
356
357
358 order in the endless variety of plants and animals
359 he soon discovered an insatiable need to classify to know the names of everythi
ng liv ing within the planes of his surveying maps
360 he snipped specimens of flowers and dried them back in the room he shared with
his brother
361 he started a herbarium and graduated to entomology flipping stones to see what
wriggled underneath trapping beetles in little glass jars
362 in his early twenties after reading charles darwin s voyage of the beagle walla

ons filled with the true bo[...] expedition into the amazon

281 the skins of nearly ten thousand birds each meticulously preserved
282 there were river tortoises pinned butter flies bottled ants and beetles skeleto
ns of anteaters and manatees sheaves of drawings illustrating the transformation
of strange unknown insects and an herbarium of brazilian fauna that included a f
283 the notebooks skins and specimens represented a career establishing body of res
earch
284 he d left england an unknown land surveyor with only a few years of formal educ
ation and now at the age of twenty nine he was on the brink of a triumphant retu
rn as a bona fide naturalist with hundreds of unidentified species to name
285 if the flames were not extinguished he would return a nobody
286 the eighth of nine children wallace was born in in the welsh village of llanbad
oc on the west bank of the river usk which ribbons south from the black mountain
s of mid wales into the estuary of the severn river
287 thirteen years earlier charles darwin had been born on the banks of the severn
ninety miles north but it would be decades before the two men s lives collided i
n one of the most astonishing coincidences in scientific history
288 after a series of foolish investments by his father put tuition beyond reach wa
llace was withdrawn from school at thirteen and sent off to his older brother to
work as a surveyor s apprentice
289 the arrival of the steam engine which precipitated a railway boom that saw thou
sands of miles of tracks laid across the british isles meant that surveyors were
in high demand
290 while other boys his age translated virgil and studied algebra surveying turned
the countryside into a classroom for young wallace who scampered through valley
s and forests learning the principles of trigonometry as he helped map out futur
e train routes
291 as the earth was carved open he had his first lessons in geology as vanished sp
ecies like belemnites fossilized sixty six million years ago were revealed in th
e deep history of the earth
292 the precocious boy devoured introductory works on mechanics and optics and loca
ted the satellites of jupiter through a telescope he d fashioned out of a paper
tube an opera glass and an optician s lens
293 wallace s informal education happened in the midst of a great back to nature mo
vement the result of a century of industrialization and urbanization
294 crammed in scruffy squalid cities people began longing for the rustic idyll of th
eir ancestors but a trip over rutted roads to the coasts or distant stretches of
the british isles was uncomfortable and prohibitively expensive
295 it wasn t until the arrival of the trains that britain s overworked city dwelle
rs were finally able to escape
296 embracing the biblical proverb that idle hands are the devil s workshop the vic
torians promoted natural history collecting as the ideal form of recreation and
stalls at train stations were packed with popular magazines and books on buildin
g a private collection
297 mosses and seaweeds were pressed and dried corals seashells and sea anemones we
re dredged up and bottled
298 hats were designed with special compartments for storing specimens gathered on
a stroll
299 microscopes became more powerful and affordable exacerbating the frenzy
300 what was once common and unremarkable to the naked eye a backyard leaf or a bee
tle suddenly revealed an intricate beauty under the lens
301 crazes spread like fire
302 the french led the way with conchlyomania with conch shells fetching obscene pr
ices
303 pteridomania followed as the british obsessively uprooted ferns from every corn
er of the isles for their fern albums
304 there was status in owning something rare and parlor room vitrines laden with n
atural curios became regarded as one of the essential furnishings of every membe
r of the leisured classes with claims to be considered cultivated according to t
he historian d
305 e
306 allen
307 when young wallace overheard a wealthy governess in hertford brag to her friend
s about finding a rare plant known as the monotropa his curiosity was piqued
308 he was unaware that systematic botany was a science or that there was any kind
of
309
310
311 order in the endless variety of plants and animals
312 he soon discovered an insatiable need to classify to know the names of everythi
ng living within the planes of his surveying maps
313 he snipped specimens of flowers and dried them back in the room he shared with
his brother
314 he started a herbarium and graduated to entomology flipping stones to see what
wriggled underneath trapping beetles in little glass jars
315 in his early twenties after reading charles darwin s voyage of the beagle walla

363 >ce began to dream of an expedition of his own he had already cataloged every creeping and flowering thing he could find in en
gland he was eager for new species to examine
364 >when the railway bubble burst and surveying work dried up he began searching fo r an unexplored part of the world that might help him unlock the greatest scient ific mysteries of the day
365 >how did new species form
366 >why did others like those he had found featherthief tx
367 indd ns
368 >pm bart zoo the trials of alfred russel wallace while surveying die off
369 >was it such a crazy thought that he might set sail for south america in the foo tsteps of darwin
370 >throughout he corresponded about the prospect of a voyage with a young entomolo gist he d befriended named henry bates
371 >after a visit to the insect room at the british museum wallace told bates that he had been underwhelmed by the number of beetles and butterflies he d been perm itted to examine
372 >i should like to take some one family to study thoroughly principally with a vi ew to the theory of the origin of species
373 >by that means i am strongly of opinion that some definite results might be arri ved at
374 >their minds settled on a destination following the publication named william henry edwards who opened with a tantalizing preface
375 >promising indeed to lovers of the marvelous is that land
376
377
378 >where the mightiest of rivers roll majestically through primeval forests of bou ndless extent concealing yet bringing forth the most beautiful and varied forms of animals and vegetable existence where peruvian gold has tempted and amazonian women have repulsed the unprincipled adventurer and where jesuit ms traders ha ve fallen victims to cannibal indians and epicurean anacondas
379 >they would start at the brazilian port city of para and work their way into the amazon shipping specimens back to london throughout their expedition
380 >samuel stevens their specimen agent would fund their way by selling off duplica te skins and insects to museums and collectors
381 >in the week before their departure to northern brazil wallace traveled to the b ates estate in leicester to learn how to shoot and skin birds
382 >on april wallace and bates boarded the hms mischief for a twenty nine day voyag e to para most of which wallace spent m featherthief tx
383 inda ns
384 >pm bart zoo the feather thief doubled over in his berth with seasickness
385 >from there they ventured into the heart of the amazon netting butterflies and s hooting rapids in crude canoes
386 >they ate alligators monkeys turtles and ants and they sucked the juice from fre sh pineapples
387 >in a letter to stevens wallace recalled the constant threat of jaguars bloodsuc king vampire bats and deadly serpents
388 >at every step i almost expected to feel a cold gliding body under my feet or de adly fangs in my leg
389 >two years and a thousand miles into the journey wallace and bates decided to pa rt ways
390 >unless they started collecting unique specimens they were in effect competing w ith each other
391 >wallace would head up the rio negro while bates headed toward the intending for them to be shipped by intermediaries to london
392 >in wallace was stricken with yellow fever for several months
393 water
394 >w hile j in that apathetic state he v wrote i was s constantly half thinking ha lf dreaming of all my past life and future hopes
395 >and that they were perhaps all doomed to end here on the rio a white crested sh easant
396 >at stops along the way he was startled to discover that many of his previous sh ipments had been held up by customs officials as suspected contraband
397 >he paid a small fortune to liberate them and loaded them onto the helen which s et sail on the twelfth of july four years after he had first arrived in brazil
398 >now ten thousand bird skins eggs plants fish and beetles more than enough to es tablish him as a leading naturalist and burnish a lifetime of research were cook ing in the belly of the helen seven hundred miles east of bermuda
399 >there was still
400 >hope that the fire featherthief tx
401 indd ns
402 >pm bart zoo the trials of alfred russel wallace might be extinguished as captai n turner s men jettisoned cargo and hacked away at the planks pushing desperatel y against suffocating plumes of smoke in search of the hissing heart of the blaz e
403 >down in the cabin the smoke was so thick that each man could manage only a few

316 >having already cataloged every creeping and flowering thing he could find in en gland he was eager for new species to examine
317 >when the railway bubble burst and surveying work dried up he began searching fo r an unexplored part of the world that might help him unlock the greatest scient ific mysteries of the day
318 >how did new species form
319 >why did others like those he had found while surveying die off
320 >was it such a crazy thought that he might set sail for south america in the foo tsteps of darwin
321 >throughout he corresponded about the prospect of a voyage with a young entomolo gist he d befriended named henry bates
322 >after a visit to the insect room at the british museum wallace told bates that he had been underwhelmed by the number of beetles and butterflies he d been perm itted to examine
323 >i should like to take some one family to study thoroughly principally with a vi ew to the theory of the origin of species
324 >by that means i am strongly of opinion that some definite results might be arri ved at
325 >their minds settled on a destination following the publication that year of a v oyage up the river amazon by an american ento mologist named william henry edward s who opened with a tantalizing preface
326 >promising indeed to lovers of the marvelous is that land
327
328
329 >where the mightiest of rivers roll majestically through primeval forests of bou ndless extent concealing yet bringing forth the most beautiful and varied forms of animals and vegetable existence where peruvian gold has tempted and amazonian women have repulsed the unprincipled adventurer and where jesuit missionaries a nd luckless traders have fallen victims to cannibal indians and epicurean anacon das
330 >they would start at the brazilian port city of par and work their way into the amazon shipping specimens back to london throughout their expedition
331 >samuel stevens their specimen agent would fund their way by selling off duplica te skins and insects to museums and collectors
332 >in the week before their departure to northern brazil wallace traveled to the b ates estate in leicester to learn how to shoot and skin birds
333 >on april wallace and bates boarded the hms mischief for a twenty nine day voyag e to par most of which wallace spent doubled over in his berth with seasickness
334 >from there they ventured into the heart of the amazon netting butterflies and s hooting rapids in crude canoes
335 >they ate alligators monkeys turtles and ants and they sucked the juice from fre sh pineapples
336 >in a letter to stevens wallace recalled the constant threat of jaguars bloodsuc king vampire bats and deadly serpents
337 >at every step i almost expected to feel a cold gliding body under my feet or de adly fangs in my leg
338 >two years and a thousand miles into the journey wallace and bates decided to pa rt ways
339 >unless they started collecting unique specimens they were in effect competing w ith each other
340 >wallace would head up the rio negro while bates headed toward the andes
341 >periodically wallace sent boxes of specimens downriver intending for them to be shipped by intermediaries to london
342 >in wallace was stricken with yellow fever for several months
343 >he struggled to prepare doses of quinine and cream of tartar water
344 >while in that apathetic state he wrote i was constantly half thinking half drea ming of all my past life and future hopes and that they were perhaps all doomed to end here on the rio negro
345 >in he decided to cut short his voyage by a year
346 >he loaded the canoe that would take him back to par with crates of preserved sp ecimens and makeshift cages containing thirty four live animals
347 >monkeys parrots toucans parakeets and a white crested pheasant
348 >at stops along the way he was startled to discover that many of his previous sh ipments had been held up by customs officials as suspected contraband
349 >he paid a small fortune to liberate them and loaded them onto the helen which s et sail on the twelfth of july four years after he had first arrived in brazil
350 >now ten thousand bird skins eggs plants fish and beetles more than enough to es tablish him as a leading naturalist and burnish a lifetime of research were cook ing in the belly of the helen seven hundred miles east of bermuda
351 >there was still hope that the fire might be extinguished as captain turner s me n jettisoned cargo and hacked away at the planks pushing desperately against suf focating plumes of smoke in search of the hissing heart of the blaze
352 >down in the cabin the smoke was so thick that each man could manage only a few

404 swings of the ax before fleeing to the ship
when the captain finally gave the order to abandon ship the crew descended down
the thick braided ropes mooring the leaky lifeboats to the helen
405 wallace finally sprang into action hurrying down to his cabin now suffocatingly
hot and full of smoke to see what might be saved
406 he grabbed a watch and some drawings he d made of fish and palm varieties
407 he felt a kind of apathy his notebooks full of observations he d risked his life
many times over to gather
408 all the bird skins plants insects and other speci as the emaciated wallace bega
n to lower himself from the helen his grip slipped on the rope flaying his pal
ms as he tumbled into the half submerged lifeboat
409 the salt water burned at his flesh as he began to bail
410 oo most of the parrots and monkeys were asphyxiated on the deck but a few surviv
vors were still huddled on the bowsprit
411 wallace tried to coax the n into the lifeboat but when the bowsprit finally cau
ght fire all but one of his parrots flew into the flames
412 the last parrot tumbled into the sea after the rope it was perched upon went up
in flames
413 from the lifeboats wallace and the crew watched the fire consume the helen the
frenzy of evacuating replaced by the monotony of bailing
414 every now and then they pushed back flaming wreckage that drifted close enough
to pose a danger
415 when the sails which had the effect of steadying the ship finally caught fire t
he vessel capsized and splintered presenting a magnificent and awful sight as it
rolled over
416
417
418 the whole cargo forming a fuming mass at the bottom
419 m featherthief tx
420 indd
421 pm bart zo to the feather thief they waited for rescue as the sun set
422 their intention was to stick as close to the ship as possible without getting b
urned for as long as the flames gave off light
423 if they were lucky a passing ship would see the fire and come to their rescue
424 whenever wallace shut his eyes and began to drift off he almost immediately jer
ked awake under the red glare of the helen searching vainly for signs of salvati
on
425 by morning the ship was a charred husk
426 mercifully the wooden planks of the lifeboats had become swollen enough to seal
off the leaks
427 captain turner surveyed his charts
428 under favorable conditions they might reach bermuda in a week
429 with no other ships in sight the dilapidated flotilla hoisted sail and headed f
or land
430 dling supply of water rand raw bork
431 after ten days hands and faces skinned by the sun they crossed paths with a lum
ber ship en route to england
432 that night in comfort aboard the jordeson wallace s survival instincts gave way
to a profound sense of grief
433 it was now when the danger appeared
434 past that i began to feel fully the greatness of my loss he wrote toa friend
435 how many times when almost overcome
436
437 had t crawled into the forest and been re but he was soon reached back into sur
vival mode
438 the jordeson one of the slowest ships in the world averaging two knots under go
od conditions was dangerously overloaded and underprovisioned
439 by the time the english port of deal was sighted the crew had been reduced to e
ating rats
440 eighty days after emerging triumphantly from the mouth of the amazon with a sma
ll museum s worth of specimens wallace descended from the halfsunk ship threadba
re drenched hungry and empty handed his ankles so swollen he could barely walk
441 in the wake of the disaster a bedridden wallace took stock of what he had to sh
ow for this years in the amazon
442 a handful of drawings of tropical fish and palm trees
443 his watch of all the things to save featherthief tx
444 indd ns
445 pm bart zoo the trials of alfred russel wallace from the fre
446 wallace never managed to explain his thought process in the fateful final momen
ts aboard the helen
447 samuel stevens had taken out a insurance policy roughly today on the specimen c
ollection in the event of its destruction but the money was little consolation
448 there was no way to file a claim on lost scientific insights not to mention sto
ries for a book of his own in the spirit of darwin
449 what was he to do
450 to tackle the origin of species he would need new specimens which required anot
her expedition
451 but his resources were limited his body depleted and his reputation nonexistent

Right column:

353 swings of the ax before fleeing to the ship
when the captain finally gave the order to abandon ship the crew descended down
the thick braided ropes mooring the leaky lifeboats to the helen
354 wallace finally sprang into action hurrying down to his cabin now suffocatingly
hot and full of smoke to see what might be saved
355 he grabbed a watch and some drawings he d made of fish and palm varieties
356 he felt a kind of apathy perhaps a result of shock and physical depletion and f
ailed to take his notebooks full of observations he d risked his life many times
over to gather
357 all the bird skins plants insects and other specimens trapped in the cargo hold
were gone
358 as the emaciated wallace began to lower himself from the helen his grip slipped
from the rope flaying his palms as he tumbled into the half submerged lifeboat
359 the salt water burned at his flesh as he began to bail
360 most of the parrots and monkeys were asphyxiated on the deck but a few survivor
s were still huddled on the bowsprit
361 wallace tried to coax them into the lifeboat but when the bowsprit finally caug
ht fire all but one of his parrots flew into the flames
362 the last parrot tumbled into the sea after the rope it was perched upon went up
in flames
363 from the lifeboats wallace and the crew watched the fire consume the helen the
frenzy of evacuating replaced by the monotony of bailing
364 every now and then they pushed back flaming wreckage that drifted close enough
to pose a danger
365 when the sails which had the effect of steadying the ship finally caught fire t
he vessel capsized and splintered presenting a magnificent and awful sight as it
rolled over
366
367
368 the whole cargo forming a fuming mass at the bottom
369 they waited for rescue as the sun set
370 their intention was to stick as close to the ship as possible without getting b
urned for as long as the flames gave off light
371 if they were lucky a passing ship would see the fire and come to their rescue
372 whenever wallace shut his eyes and began to drift off he almost immediately jer
ked awake under the red glare of the helen searching vainly for signs of salvati
on
373 by morning the ship was a charred husk
374 mercifully the wooden planks of the lifeboats had become swollen enough to seal
off the leaks
375 captain turner surveyed his charts
376 under favorable conditions they might reach bermuda in a week
377 with no other ships in sight the dilapidated flotilla hoisted sail and headed f
or land
378 they sailed west through squalls and storms rationing a dwindling supply of wat
er and raw pork
379 after ten days hands and faces skinned by the sun they crossed paths with a lum
ber ship en route to england
380 that night in comfort aboard the jordeson wallace s survival instincts gave way
to a profound sense of grief
381 it was now when the danger appeared past that i began to feel fully the greatne
ss of my loss he wrote to a friend
382 how many times when almost overcome
383
384
385 had i crawled into the forest and been rewarded by some unknown and beautiful s
pecies
386 but he was soon wrenched back into survival mode
387 the jordeson one of the slowest ships in the world averaging two knots under go
od conditions was dangerously overloaded and underprovisioned
388 by the time the english port of deal was sighted the crew had been reduced to e
ating rats
389 eighty days after emerging triumphantly from the mouth of the amazon with a sma
ll museum s worth of specimens wallace descended from the half sunk ship threadb
are drenched hungry and empty handed his ankles so swollen he could barely walk
390 in the wake of the disaster a bedridden wallace took stock of what he had to sh
ow for his years in the amazon
391 a handful of drawings of tropical fish and palm trees
392 his watch
393 of all the things to save from the fire
394 wallace never managed to explain his thought process in the fateful final momen
ts aboard the helen
395 samuel stevens had taken out a insurance policy roughly today on the specimen c
ollection in the event of its destruction but the money was little consolation
396 there was no way to file a claim on lost scientific insights not to mention sto
ries for a book of his own in the spirit of darwin
397 what was he to do
398 to tackle the origin of species he would need new specimens which required anot
her expedition
399 but his resources were limited his body depleted and his reputation nonexistent

452 by the middle of the nineteenth century there was little terra incognita that had once hazil
> y marked unexplored forests and islands was rapidly vanishing from maps

453 the gunships of the british navy now dominant sailed into ports and harbors to
> seize virgin territo board

454 darwin s cambridge professor had recommended him for the voyage of the hms beag
> l2

455 a navy ship tasked with opening up much of south america s west coast and the ga
> lapaços islands and his father covered all incidental expenses over the five yea
> r journey

456 the botanist j

457 d

458 hooker darwin s close friend boarded the hms erebus in fora four year expeditio
> n in the antarctic and then the hms sidon for several years in the himalayas and
> india

459 these were men of royal societies from great families with deep pockets and the
> y were naming hundreds of new species each year

460 wallace didn t have any cambridge dons to recommend him for berths on upcoming
> expeditions

461 if wallace was to leave his mark he had little time to wallow

462 as soon as he regained his health he began to write his way into the hallowed r
> ooms of london s scientific societies drawing upon his recollections and the few
> sketches he d saved

463 only five weeks after his return he read a paper on amazonian butterflies befor
> e the entomological society

464 he went to the zoological society with a presentation on the monkeys of the ama
> zon theorizing that when m featherthief tx

465 inda ns

466 pm bart zo the feather thief a great ocean once covering the region receded thr
> ee rivers the amazon the rio madeira and the rio negro had divided the land into
> four parts

467 the great divisions that resulted explained the variation and distribution of t
> he twenty one species of monkeys he d observed there

468 wallace didn t have an answer to the origin of species but he knew that geograp
> hy was an essential instrument in the search

470 he railed against the sloppy way in which other naturalists recorded geographic
> al data

471 in the various works on natural history and in our museums we have generally bu
> t the vaguest statements of lo calit y
> s

473 america brazil guiana peru are among the most com specimen

474

476 we have nothing to tell us whether the one came from nnn the north or south of
> the amazon

477 without precise information on the range of different species it would be impos
> sible to know how or why species diverged

478 the tags in his view were nearly as im in the months after returning wallace be
> came a fixture at lon don s scientific societies but his true priority was selec
> ting the site of his next adventure

479 a return to the amazon though was pointless his friend bates was still there bu
> ilding a massive collection and by now was so far ahead of him that it would def
> eat the purpose

480 it hardly made sense to retread darwin s route and alexander von humboldt had a
> lready summited the mountains of central america cuba and colombia

481 wallace needed to find a gap in the record a stretch of the map that hadn t yet
> been combed over by a rival naturalist

482 after reading a description of a new world with an animal kingdom unlike that o
> f all other countries wallace settled on the malay archipelago which had yet to
> be explored by a natural historian

483 in june with his reputation growing wallace took a proposal to sir roderick mur
> chison president of the royal geo graphical society describing an itinerary as a
> mbitious as it was featherthief tx

484 indd ns

485 pm bartz the trials of alfred russel wallace protracted

486 borneo the philippines the indonesian island of sulawesi timor the moluccas and
> new guinea

487 wallace planned to spend a year or two in each location an expedition that coul
> d easily demand a dozen years

488 murchison agreed to find wallace passage on the next ship traveling toward the
> region and to broker valuable introductions to colonial authorities

489 in preparation wallace frequented the insect and bird rooms at the british muse
> um of natural history in london lugging along his copy of prince lucien bonapart
> e s conspectus generum avium an eight hundred page volume that described every k
> nown species of bird up to and making meticulous notes in its margins

490 strangest and most beautiful birds on the planet the birds of par adise

491 to europe by magellan s crew

492 as a oitt for the king of spain j in were missing their feet such was the skinn

400 by the middle of the nineteenth century there was little terra incognita that had once hazil
> y marked unexplored forests and islands was rapidly vanishing from maps

401 the gunships of the british navy now dominant sailed into ports and harbors to
> seize virgin territories and pry colonies from senescent empires such as the dut
> ch and portuguese

402 more often than not they traveled with a naturalist on board

403 darwin s cambridge professor had recommended him for the voyage of the hms beag
> le a navy ship tasked with opening up much of south america s west coast and the
> gal pagos islands and his father covered all incidental expenses over the five
> year journey

404 the botanist j

405 d

406 hooker darwin s close friend boarded the hms erebus in for a four year expeditio
> n in the antarctic and then the hms sidon for several years in the himalayas an
> d india

407 these were men of royal societies from great families with deep pockets and the
> y were naming hundreds of new species each year

408 wallace didn t have any cambridge dons to recommend him for berths on upcoming
> expeditions

409 if wallace was to leave his mark he had little time to wallow

410 as soon as he regained his health he began to write his way into the hallowed r
> ooms of london s scientific societies drawing upon his recollections and the few
> sketches he d saved

411 only five weeks after his return he read a paper on amazonian butterflies befor
> e the entomological society

412 he went to the zoological society with a presentation on the monkeys of the ama
> zon theorizing that when a great ocean once covering the region receded three ri
> vers the amazon the rio madeira and the rio negro had divided the land into four
> parts

413 the great divisions that resulted explained the variation and distribution of t
> he twenty one species of monkeys he d observed there

414 wallace didn t have an answer to the origin of species but he knew that geograp
> hy was an essential instrument in the search

415 he railed against the sloppy way in which other naturalists recorded geographic
> al data

416 in the various works on natural history and in our museums we have generally bu
> t the vaguest statements of locality

417 s

418 america brazil guiana peru are among the most common and if we have river amazo
> n or quito attached to a specimen

419

420

421 we have nothing to tell us whether the one came from the north or south of the
> amazon

422 without precise information on the range of different species it would be impos
> sible to know how or why species diverged

423 the tags in his view were nearly as important as the specimens to which they we
> re attached

424 in the months after returning wallace became a fixture at london s scientific s
> ocieties but his true priority was selecting the site of his next adventure

425 a return to the amazon though was pointless his friend bates was still there bu
> ilding a massive collection and by now was so far ahead of him that it would def
> eat the purpose

426 it hardly made sense to retread darwin s route and alexander von humboldt had a
> lready summited the mountains of central america cuba and colombia

427 wallace needed to find a gap in the record a stretch of the map that hadn t yet
> been combed over by a rival naturalist

428 after reading a description of a new world with an animal kingdom unlike that o
> f all other countries wallace settled on the malay archipelago which had yet to
> be explored by a natural historian

429 in june with his reputation growing wallace took a proposal to sir roderick mur
> chison president of the royal geographical society describing an itinerary as am
> bitious as it was protracted

430 borneo the philippines the indonesian island of sulawesi timor the moluccas and
> new guinea

431 wallace planned to spend a year or two in each location an expedition that coul
> d easily demand a dozen years

432 murchison agreed to find wallace passage on the next ship traveling toward the
> region and to broker valuable introductions to colonial authorities

433 in preparation wallace frequented the insect and bird rooms at the british muse
> um of natural history in london lugging along his copy of prince lucien bonapart
> e s conspectus generum avium an eight hundred page volume that described every k
> nown species of bird up to and making meticulous notes in its margins

434 he soon realized the museum had an incomplete collection of the strangest and m
> ost beautiful birds on the planet

435 the birds of paradise

436 the birds of paradise occupied a perch in the western public s imagination wort

```
ing with an angle a dame juliet powers vivienne griswold setting pfgjual featurep
naturall history museum tring tring park tring station trogon family trondheim
norway trout trout flies trump donald turkeys turlhanger s wood turner john turt
les uel wade music scholarship competition underwood tariff act union of feather
dyers union of raw feather merchants u
s
7555
7556 agency for international development usaid usk river van zandt townes veals fis
hing tackle velleman co
7557 vietnamese refugees virgil vises vogue voyage of the beagle the darwin voyage u
p the river amazon a edwards waders walkie talkies wallace alfred russel wallace
bill and richard wallacea wallace line walter rothschild zoological museum ns
7558 pm bart zo walters michael walton izaak wanumbai washington george washington j
ohn watelai river watford england wax wayback machine web spiders weirdo fly wer
brouck geert western tragopans wheatley s fly no
7559 whip finishers white rhinoceros why museums matter
7560 avian archives in an age of extinction conference wildlife and animal products
policy ebay wild turkeys willesden green williamson emily
7561 winches
7562 wire cutters t
7563
7564
7565 featherthief tx
7566 indd index wicard of oz the baum wolfer eddie women s fashion wool worde wynken
de world war i world war ii worms wylie fraser yale university yellow fever yell
ow fly of may zimbabwe ziploc bags zoological society of london zoos ns
7567 pm bart z
```

Right column:

```
ing with an angle a dame juliet powers vivienne griswold setting kew gardens tring england see also natu
ral history museum tring tring park tring station trogon family trondheim norway
trout trout flies trump donald turkeys turlhanger s wood turner john turtles ue
l wade music scholarship competition underwood tariff act union of feather dyers
union of raw feather merchants u
7209s
7210 agency for international development usaid usk river van zandt townes veals fis
hing tackle velleman co
7211 vietnamese refugees virgil vises vogue voyage of the beagle the darwin voyage u
p the river amazon a edwards waders walkie talkies wallace alfred russel wallace
bill and richard wallacea wallace line walter rothschild zoological museum walt
ers michael walton izaak wanumbai washington george washington john watelai rive
r watford england wax wayback machine web spiders weirdo fly werbrouck geert wes
tern tragopans wheatley s fly no
7212 whip finishers white rhinoceros why museums matter
7213 avian archives in an age of extinction conference wildlife and animal products
policy ebay wild turkeys willesden green williamson emily winches wire cutters w
izard of oz the baum wolfer eddie women s fashion wool worde wynken de world war
i world war ii worms wylie fraser yale university yellow fever yellow fly of ma
y yelp youtube zeppelins zimbabwe ziploc bags zoological society of london zoos
about the author kirk w
7214 johnson is the author of to be a friend is fatal and the founder of the list pr
oject to resettle iraqi allies
7215 his writing has appeared in the new yorker the new york times the washington po
st and the los angeles times among others
7216 he is the recipient of fellowships from yaddo the macdowell colony the american
academy in berlin and the usc annenberg center
7217 he lives in los angeles with his wife and two children
7218 what s next on your reading list
7219 discover your next great read
7220 get personalized book picks and up to date news about this author
7221 sign up now
7222
```

Legends

| Colors | Links |
|--------|-------|
| Added | (f)irst change |
| Changed | (n)ext change |
| Deleted | (t)op |

# Excerpt of Match Visualization for The Lost Night: A Novel in Books3

lindd p all bart bart z this is a work of fiction
names characters places and incidents either are the product of the author s ima
gination or are used fictitiously
any resemblance to actual persons living or dead events or locales is entirely c
oincidental
published in the united states by crown publishers animprint of the crown publis
hing group a division of penguin random house llc new york
com crown andthe crown colophon are registered trademarks of penguin random hous
e llc
library of congress cataloging in publication data has been applied for
isbn ebook isbn international edition isbn printed in the united states of ameri
ca book design by lauren deng jacket design by k jacket photograph by tk first e
dition bart p all rtindd c
am bart z for fulta bart p all rt

lying on the floor with blood pouring out of me trying to cry out but i can t ma
ke a sound
the scratched hoor spreading out around me round yellow lights overhead
his time for added fun i knew someone was coming for me but i couldn t figure ou
t if it was to help me or finish me off
this morning i finally googled around to see if there s a universal meaning like
dreaming that your teeth fell out
apparently all the blood means that i m emotionally drained my life force leakin
g out
one site even noted that it could indicate bitter confrontations among you and y
our friends which is a little on the nose
we ve started speaking again and i can tell she s eager to just pretend it never
happened and go back to normal
she thinks she s such a good friend but she has no idea what s actually going on
with me
she thinks she loves me when really she just likes showing the world we re a pai
r
this is my cool friend edie and never mind whether anything s going on below the
surface
it s almost funny that she s jealous you really want all this
i ve got a boyfriend who doesn t trust me
parents who alternately call me up crying or remember i exist only when i m some
howinconveniencing them
i guess she and i are both pretty tucked up in different ways
independence day as mom and dad always insist on calling it like card carrying s
nobs

they re at uncle john s again this year mom probably on her sixth vodka soda sit
ting on sweaty lawn chairs and eating overbarbecued burgers and bart p all rt

am bart z andrea bartz oup feeling smug about the fact that they re in connectic
ut
i scoffed at the idea of going with them but of course now i m alone in a musty
apartment in bushwick writing a stupid diary entry while all my roommates and fr
iends are on the rooftop drinking from red solo cups and watching some band
it s sunny and a holiday and those are both facts that make things a little wors
e because know i should be enjoying the day like anormal human
when i m out with a crowd and we re having a good time it zs fun i do recognize
it as fun but i don t quite connect with it
it s like i m eighteen inches away watching all the fun happen
and then as soon as the fun thing is over a fog settles over everything again
okay i can hear the band on the roof from all the way down here so guess i ll he
ad up there
maybe ll get up on the ledge make people nervous
standing four feet closer to heaven and looking at the sidewalk eight emptied fl
oors below
ss he pase op el oh sp soest
am bart z wy ae csm sine myr
er ha pap sese aa atte rrr nt bh loner ss ee shan vhs pete an pa rete ea heeee o
pe oe i ynee en ita e saee aaeea a ss ee mr rohs
on ed ae sor faw be chapter linosay at chickens packed into tactory farms maggot
s wriggling like a thick white carpet buffalo fumbling toward the edge of a clif
f
all spacious situations compared to the new york city subway at
the doors slid apart but i was stuck my fellow commuters barely moved and i blea
ted out apologies as i smashed against bodies squeezing onto the platform right
as the doors thudded closed again
i took a few steps and peered through the windows at the people still inside cra
mmed like stuffed animals at the bottom of a claw vending machine
a part of me wanted to go straight home heat up something frozen and maybe watch
old stupidreruns but i d been the one to suggest these plans
in a rare flare of nostalgia i fired off the message forgetting in the moment th
at i d once sworn to myself that i d never open up pandora s box
it was almost as if boredom had made me reckless
i pushed through the throng of commuters at the foot of the subway stairs
outside rain made its way through fabric and onto my ass my knees my feet
the feeling i d been wrestling with all day grew the panicky dread that swells b
efore a first date
what if this reunion mucked up my last good memories fromthat single singular yen

>ar
when i reached the restaurant a inoffensive bistro in boring midtown west a man
> snapped his umbrella closed in my face and for some reason i apologized to him
> knee jerk
inside i was just pulling out a chair at our table when sarah entered
she spotted me and waved and i thought she looked exactly the same
she didn t of course and neither did i a fact i bart p all rtindd
am bart z andrea bartz oup only realized much later that night when i was clicki
>ng through old photos tears rolling down my cheeks
at twenty two that alienoid bone structure with big eyes and sunken cheeks c
>aving into dewy little chins
now ten years later we re old young and round faced and just human again
then we hugged and maybe there was some chemical trigger a smell or invisible ph
>eromone but the hug felt exactly like it did a decade ago
we relaxed and smiled at each other and thought maybe this would be fun
lindsay it s so good to see you she said dropping into her chair
> i can t believe it s been ten years
i was so happy to hear you moved back to new york
once for an article i d read a linguistics study on conversation patterns
in any duo the lower power person imitates the speech style of the alpha
when we found out my husband was getting transferred here i was like wow i don t
> know that i know anyone in the city anymore
at least when friends paired up with unattractive people i could blot at the jea
>lousy with smugness
sarah smiled and snapped open her menu looking down
so how is it being back in new yorke she scrunched up her features preparing som
>e middle of theroad answer when the waiter appeared to rattle off the specials
sarah ordered a vodka martini and after amoment s hesitation i asked for my usua
>l selter with lime
i didn t often miss drinking but i knew i d feel a pulse of envy when her conica
>l glass arrived
am bart z the lost night oh my gosh is it okay if i drink
she giggled and shrugged and we both went back to reading our menus christ was t
his really sarah
the same literary witty hardpartying friend i d counted among my clique during
>at first wild year in new york
i d messaged her the very day she announced on facebook that she was moving back
> from st
louis forgetting in my sentimentality that things had ended pretty icily
and then i d felt embarrassed until a few weeks ago when she d replied apologeti
>c to set a date
t s good to be back here but weird she said finally
it almost feels like coming to a new city
i mean i m really lucky to still have a job in magazines and i ve been living in
> the same place in fort greene for
i took a deep sip and bubbles flooded my tongue
that s definitely a neighborhood i want to check out
she pushed her black hair behind her ears and a few silver streaks twinkled like
> tinsel
it s tough because i want to find a place asap but i also don t want to end up s
>omewhere terrible
right now we re living with nate s parents in trenton
i m one of those people we totally hated back in the day
do you keep in touch with anyone from back then
for a while alex and i would call or have a little email exchange around the ann
>iversary
am bart z andrea bartz oup doesn t really update anything so i m pretty out of d
i think he and alex keep in touch so i get reports every once ina while
last i heard he and his husband owned a little music store in nashville and he w
>as like giving drum lessons
apparently he met this great guy like two seconds after he moved away
of course like everyone who moves away from new york
kevin was still twentyfour in my mind jumpy and juvenile
as soon as he d finished his community service
iler face darkened but then the waiter reappeared and we politely placed our ord
>ers sarah nodding eagerly when he offered to bring another round
she asked me more about my work and i learned a bit about the executive recruiti
>ng she d been doing in st
louis and how now the tables had turned and she had to get herself hired and the
> bar was set high when every headhunter is so good at the game and my god the ir
>ony
twice she made a cute hand gesture her little fists up near her chest like sock
>puppets and she was sarah kwan again sarah kwan with the cool raspberry lipstick
> and an impossible crop top and a yard of thick glossy hair
she didn t mention eelie again until we were finishing dessert picking at a share
>d flourless chocolate cake
it s crazy to think about how much has happened in ten years she announced
i thought about reaching out a few times over the years but i just wasn t sure a
>fter
that s exactly how i felt to be honest i said
i mean i guess we were all just grieving in our own way
none of us were equipped to deal with it
she nodded and looked away and i realized she wanted me to go on
i always thought you had it worse bart p all rtindd c

>ear
when i reached the restaurant a inoffensive bistro in boring midtown west a man
> snapped his umbrella closed in my face and for some reason i apologized to him
> knee jerk
inside i was just pulling out a chair at our table when sarah entered
she spotted me and waved and i thought she looked exactly the same
she didn t of course and neither did i a fact i only realized much later that ni
>ght when i was clicking through old photos tears rolling down my cheeks
at twenty two that alienoid bone structure with big eyes and sunken cheeks c
>aving into dewy little chins
now ten years later we re old young and round faced and just human again
then we hugged and maybe there was some chemical trigger a smell or invisible ph
>eromone but the hug felt exactly like it did a decade ago
we relaxed and smiled at each other and thought maybe this would be fun
lindsay it s so good to see you she said dropping into her chair
> i can t believe it s been ten years
i was so happy to hear you moved back to new york
once for an article i d read a linguistics study on conversation patterns
in any duo the lower power person imitates the speech style of the alpha
when we found out my husband was getting transferred here i was like wow i don t
> know that i know anyone in the city anymore
at least when friends paired up with unattractive people i could blot at the jea
>lousy with smugness
sarah smiled and snapped open her menu looking down
so how is it being back in new york
she scrunched up her features preparing some middle of the road answer when the
>waiter appeared to rattle off the specials
sarah ordered a vodka martini and after a moment s hesitation i asked for my usua
>l selter with lime
i didn t often miss drinking but i knew i d feel a pulse of envy when her conica
>l glass arrived
oh my gosh is it okay if i drink
she giggled and shrugged and we both went back to reading our menus
the same literary witty hard partying friend i d counted among my clique during
>that first wild year in new york
i d messaged her the very day she announced on facebook that she was moving back
> from st
louis forgetting in my sentimentality that things had ended pretty icily
and then i d felt embarrassed until a few weeks ago when she d replied apologeti
>c to set a date
it s good to be back here but weird she said finally
it almost feels like coming to a new city
i mean i m really lucky to still have a job in magazines and i ve been living in
> the same place in fort greene for
i took a deep sip and bubbles flooded my tongue
that s definitely a neighborhood i want to check out
she pushed her black hair behind her ears and a few silver streaks twinkled like
> tinsel
it s tough because i want to find a place asap but i also don t want to end up s
>omewhere terrible
right now we re living with nate s parents in trenton
i m one of those people we totally hated back in the day
do you keep in touch with anyone from back then
for a while alex and i would call or have a little email exchange around the ann
>iversary
kevin doesn t really update anything so i m pretty out of him
i think he and alex keep in touch so i get reports every once in a while
last i heard he and his husband owned a little music store in nashville and he w
>as like giving drum lessons
apparently he met this great guy like two seconds after he moved away
of course like everyone who moves away from new york
kevin was still twenty four in my mind jumpy and juvenile
as soon as he d finished his community service
her face darkened but then the waiter reappeared and we politely placed our orde
>rs sarah nodding eagerly when he offered to bring another round
she asked me more about my work and i learned a bit about the executive recruiti
>ng she d been doing in st
louis and how now the tables had turned and she had to get herself hired and the
> bar was set high when every headhunter is so good at the game and my god the ir
>ony
twice she made a cute hand gesture her little fists up near her chest like sock
>puppets and she was sarah kwan again sarah kwan with the cool raspberry lipstick
> and an impossible crop top and a yard of thick glossy hair
she didn t mention eelie again until we were finishing dessert picking at a share
>d flourless chocolate cake
it s crazy to think about how much has happened in ten years she announced
i thought about reaching out a few times over the years but i just wasn t sure a
>fter
that s exactly how i felt to be honest i said
i mean i guess we were all just grieving in our own way
none of us were equipped to deal with it
she nodded and looked away and i realized she wanted me to go on
i always thought you had it worse than anyone sarah

106 am bart z ng group the lost ...
107 god i haven t thought about this in so long
108 i d done my crying and then i d let edie go tucking the whole ordeal away so that
> it couldn t taint what came before
109 now i recalled a nugget i d learned from fact checking a feature on an innocent
> man condemned by poorly recalled witness testimony
110 when you pull up a memory you re actually recalling the last time you remembered
> it not the event itself
111 one day one by one we d all stopped refreshing the memory
112 so i was surprised by how quickly the night came back to me now that i d called
> it up
113 how that sarah was sitting across from me and talking about august in dark teneb
> rous terms
114 a band had been rattling the windows in an apartment two hoors up from edie s pl
> ace and a bunch of us were standing around at the concert drunk or pretending to
> be
115 the guitars and bass were so loud i could feel the vibrations in my collarbone
116 i remember registering with a flapping concern that i was too drunk then scurryi
> ng out to the street where a random girl helped me hail a taxi home
117 edie hadn t been at the concert with us edie had been home alone two hoors down
> crafting a brief suicide note and then pulling out the gun
118 iler time of death we later learned was while we were watching the band their me
> andering chords cloaking the single gunshot
119 the rest i knew from my friends accounts repeated so many times that i could see
> it
120 midnight pitch black sarah hobbles into the apartment and flicks on the overhead
> lights trying not to make too much noise in case edie s already asleep
121 iler screams had rattled the whole building shrill and sharp and with that beelin
> ke whine hovering descant just above her cries
122 she listed forward and i suddenly realized sarah was drunk
123 i always wondered if her parents had checked her into some kind of psych ward
124 i d pulled away after a few weeks but continued to watch the amputated friend gr
> oup from the relative safety of social media sarah had bart p all rt
125 am bart z andrea bartz oup gone off the grid completely deactivating her account
> s and only reemerging a few years later with anew smiling facebook profile and f
> riend requests all around
126 i mean i was acting like a lunatic going all conspiracy theorist
127 i guess i just didn t want to believe my best friend could do that
128 she trusted me more than anyone and i didn t like feeling like i d failed her
129 i don t know what you re talking about i said
130 i was running around insisting that edie hadn t actually killed herself that it
> must have been an accident or foul play or something
131 sarah a flair for melodrama resurfaced in my memory like something emerging from
> the mist
132 it was just strange how different she seemed right before
133 i mean i lived with her and we barely said more than two sentences to each other
> those last few weeks
134 even less for me we weren t speaking i cut in
135 i m sorry that must have been really tough for you andi
136 i zipped my thumb out the universal sign for having gotten out of dodge
137 i feel like it s all i was talking about back then but maybe that s just cause i
> t was like consuming my mind
138 what made you think it wasn t a suicide
139 oh my god it was all stupid little things in retrospect
140 there was the fact that i found her in her underwear she was always so perfectly
> put together so that seemed weird
141 when we d talked it out in those first shaken weeks it had also seemed plausible
> that she bart p all rnight d
142 am bart z roup the lost night li wouldn t have wanted to ruin any of the beautif
> ul pieces in her closet edie had treated them like precious artifacts
143 and the gun stuff didn t make sense to me
144 she was lefthanded but the gun was in her right hand and the wound was on the rip
> ght side of her face
145 until a forensic expert explained to me that if she used two hands she could ve
> wound up slightly offcenter and just like crumpled to either side
146 i watched as she slurped the last of her fourth martini
147 but i learned enough about criminology to figure out that there are a few loose
> ends in any investigation
148 but yeah my parents found me an awesome therapist and she helped me face the fac
> ts
149 and you shouldn t feel bad about dealing with it however you needed to deal with
> it
150 we were all so immature and maybe didn t know how to
151 vd been thinking of myself but sure edie too
152 what with the debt and the depression and the suicide note on her laptop
153 tt s still hard for me to believe sometimes
154 like we were at the top of our game
155 everyone glorifies their twenties i guess but for me that period was
156 literally we were dancing around to some stupid band just a few floors up while
> edie was
157 am bart z andrea bartz roup i cocked my head
158 i remember because i was mad that none of my girlfriends came with me
159 i was mad at edie while she was like committing suicide

103 god i haven t thought about this in so long
104 i d done my crying and then i d let edie go tucking the whole ordeal away so tha
> t it couldn t taint what came before
105 now i recalled a nugget i d learned from fact checking a feature on an innocent
> man condemned by poorly recalled witness testimony
106 when you pull up a memory you re actually recalling the last time you remembered
> it not the event itself
107 one day one by one we d all stopped refreshing the memory
108 so i was surprised by how quickly the night came back to me now that i d called
> it up
109 how that sarah was sitting across from me and talking about august in dark teneb
> rous terms
110 a band had been rattling the windows in an apartment two floors up from edie s p
> lace and a bunch of us were standing around at the concert drunk or pretending to
> o be
111 the guitars and bass were so loud i could feel the vibrations in my collarbone
112 i remember registering with a flapping concern that i was too drunk then scurryi
> ng out to the street where a random girl helped me hail a taxi home
113 edie hadn t been at the concert with us edie had been home alone two floors down
> crafting a brief suicide note and then pulling out the gun
114 her time of death we later learned was while we were watching the band their mea
> ndering chords cloaking the single gunshot
115 the rest i knew from my friends accounts repeated so many times that i could see
> it
116 midnight pitch black sarah hobbles into the apartment and flicks on the overhead
> lights trying not to make too much noise in case edie s already asleep
117 her screams had rattled the whole building shrill and sharp and with that beelin
> ke whine hovering descant just above her cries
118 she listed forward and i suddenly realized sarah was drunk
119 i always wondered if her parents had checked her into some kind of psych ward
120 i d pulled away after a few weeks but continued to watch the amputated friend gr
> oup from the relative safety of social media sarah had gone off the grid complet
> ely deactivating her accounts and only reemerging a few years later with a new s
> miling facebook profile and friend requests all around
121 i mean i was acting like a lunatic going all conspiracy theorist
122 i guess i just didn t want to believe my best friend could do that
123 she trusted me more than anyone and i didn t like feeling like i d failed her
124 i don t know what you re talking about i said
125 i was running around insisting that edie hadn t actually killed herself that it
> must have been an accident or foul play or something
126 sarah a flair for melodrama resurfaced in my memory like something emerging from
> the mist
127 it was just strange how different she seemed right before
128 i mean i lived with her and we barely said more than two sentences to each other
> those last few weeks
129 even less for me we weren t speaking i cut in
130 i m sorry that must have been really tough for you andi
131 i zipped my thumb out the universal sign for having gotten out of dodge
132 i feel like it s all i was talking about back then but maybe that s just cause i
> t was like consuming my mind
133 what made you think it wasn t a suicide
134 oh my god it was all stupid little things in retrospect
135 there was the fact that i found her in her underwear she was always so perfectly
> put together so that seemed weird
136 when we d talked it out in those first shaken weeks it had also seemed plausible
> that she wouldn t have wanted to ruin any of the beautiful pieces in her closet
> edie had treated them like precious artifacts
137 and the gun stuff didn t make sense to me
138 she was left handed but the gun was in her right hand and the wound was on the r
> ight side of her face
139 until a forensic expert explained to me that if she used two hands she could ve
> wound up slightly off center and just like crumpled to either side
140 i watched as she slurped the last of her fourth martini
141 but i learned enough about criminology to figure out that there are a few loose
> ends in any investigation
142 but yeah my parents found me an awesome therapist and she helped me face the fac
> ts
143 and you shouldn t feel bad about dealing with it however you needed to deal with
> it
144 we were all so immature and maybe didn t know how to
145 i d been thinking of myself but sure edie too
146 what with the debt and the depression and the suicide note on her laptop
147 it s still hard for me to believe sometimes
148 like we were at the top of our game
149 everyone glorifies their twenties i guess but for me that period was
150 literally we were dancing around to some stupid band just a few floors up while
> edie was
151 i remember because i was mad that none of my girlfriends came with me
152 i was mad at edie while she was like committing suicide

160 seriously that took me a few...
161 pregamed with you guys up on the roof and we took a bunch of shots and then we we
>nt to the show
162 i went home near the end of the set
164 that charged look when you just know know the other person s remembering it wron
165 music so loud we were part of it gyrating through every crashing sound wave
166 i mean i know what i know she said finally leaning back and tossing her napkin o
>nto the table
167 like she was wrapping up a fight doing the adult thing
168 that s fine but i do too i told her sighing and shaking my head
169 theband something with beach or taw or surf in their name they were covered in r
>ed and black face paint
170 finally she asked if i kept up with any good podcasts and i answered awkwardly
171 after a few sentences we fell into a rhythm and ediestlid back into the past
172 outside in the rain sarah and i frantically hugged goodbye and sped off between
>the raindrops toward different subways
173 am bart z ng group the lost night own i onaclammy c train my umbrella dripping
174 first there was sarah s prickly proclamation that she and edie had been the clos
>est which was preposterous everyone knew edie and i had been inseparable
175 and here she d just cut me out of the narrative on the most significant night of
> our friendship swrp
176 it wouldn t be the first time sarah had implied that i wasn t in edie s inner ci
>rcle but rather a hanger on like someone s annoying little sister
177 all because i hadn t lived with the four of them
178 all because edie and i had been the closest and sarah s jealousy would sometimes
> waft by like a scent
179 i felt a propulsive need to confirm it co pull up the old photos and messages th
>at would prove her wrong
180 as soon as i got home i figured i d put this to rest
181 i slumped over my laptop at the kitchen table squinting at the screen to keep it
>from blurring as my contacts turned gummy
182 i opened facebook and blinked at the torrent of my peers baby photos snuggles
183 for the first time in years i searched for alex
184 a profile picture of himand his shiny haired wife on vacation
185 from which meant he didn t close facebook much
186 i opened up a message to him then froze
187 quick question on the night edie died i came with you to the concert right
188 closed the message and clicked instead on my photos tab to begin the slow scroll
>ing process of unearthing photos from sliding backward in time
189 i was struck by how good looking we all were smooth skinned and twinkly eyed
190 sarah was pretty and serene with that swingy hair and small curvy mouth
191 i had the same dirty blond curls and wide mouth and thick eyebrows i d since lea
>rned to accentuate but they were easy and unassuming back when i was that age
192 i d always felt awkward next to sarah and edie the less pretty friend making an
>unfortunate laughing face in photos
193 now i saw that we were all just lovely eager and open faced
194 forging ourselves up with a practiced ennui sure but so much younger than we tho
>ught we were
195 am bart z crown roup andrea bartz alex was generically handsome the stereotypican
>l dark haired blue eyed five o clock shadowed adonis with sleeve tattoos and a s
>elf satisfied smirk
196 ile had that look for years i d stare down a stranger in a store or at a show tr
>ying to decide if it was alex or one of his ten thousand dopplegangers
197 back then he was a guitarist who made money taking on freelance coding projects
>and completing them at all hours of the night and it was sort of sad to look bac
>k and realize that the alex in these pictures had no idea he d abandon music slo
>wly at first then with grim finality
198 last i heard he lived in westchester in one of those river towns with a car and
> a dog and everything he didn t know he wanted
199 i paused on a photo of him with his band
200 the guitarist with her pink hair the fat greasy lead singer whose confidence tru
>mped his appearance and little kevin in the back his arms and drumsticks a blur
201 i d abruptly chopped them all out of my life but i knew from facebook that he d
>been the second one to actually move away after sarah relocating to nashville la
>te that year
202 the gun had been his a vintage thing he kept in the living room typically unload
>ed and the guilt surrounding it must have gotten the better of him
203 i filed through his most recent photos annoyed that there weren t any of his hus
>band
204 edie was the quiet star of every photo she appeared in bony and freckled and so
>sure of her beauty
205 i stared at a picture of the two of us until tears gathered in my eyes i d both
>hated and adored her and for months after she died v d felt in my chest a black
>hole of grief a sudden gaping absence
206 she had a little gap between her front teeth and long red curls that spilled ove
>r her back and shoulders
207 edie was the ringleader the princess whose every wish came true not because it w
>as also our command exactly but because she stated her wants and the very univer
>se seemed to bow to them
208 when she giged when you were in her smile with her it was magic
209 the problem i realized was that the date on the photos showed when they were pos
>ted not when they were taken
210 i browsed around in the right era the one after edie s death but couldn find any
> of that night anything that could prove my attendance

154 pregamed with you guys up on the roof and we took a bunch of shots and then we we
>nt to the show
155 i went home near the end of the set
157 that charged look when you just know know the other person s remembering it wron
158 music so loud we were part of it gyrating through every crashing sound wave
159 i mean i know what i know she said finally leaning back and tossing her napkin o
>nto the table
160 like she was wrapping up a fight doing the adult thing
161 that s fine but i do too i told her sighing and shaking my head
162 theband something with beach or tan or surf in their name they were covered in
>red and black face paint
163 finally she asked if i kept up with any good podcasts and i answered awkwardly
164 after a few sentences we fell into a rhythm and edie slid back into the past
165 outside in the rain sarah and i frantically hugged goodbye and sped off between
>the raindrops toward different subways
166 standing ona clammy c train my umbrella dripping onto my boots i let the outrag
>e pour through me again
167 first there was sarah s prickly proclamation that she and edie had been the clos
>est which was preposterous everyone knew edie and i had been inseparable
168 and here she d just cut me out of the narrative on the most significant night of
> our friendship snir
169 it wouldn t be the first time sarah had implied that i wasn t in edie s inner ci
>rcle but rather a hanger on like someone s annoying little sister
170 all because i hadn t lived with the four of them
171 all because edie and i had been the closest and sarah s jealousy would sometimes
> waft by like a scent
172 i felt a propulsive need to confirm it to pull up the old photos and messages th
>at would prove her wrong
173 as soon as i got home i figured i d put this to rest
174 i slumped over my laptop at the kitchen table squinting at the screen to keep it
>from blurring as my contacts turned gummy
175 i opened facebook and blinked at the torrent of my peers baby photos snuggles
176 for the first time in years i searched for alex
177 a profile picture of himand his shiny haired wife on vacation
178 from which meant he didn t close facebook much
179 i opened up a message to him then froze
180 quick question on the night edie died i came with you to the concert right
181 i closed the message and clicked instead on my photos tab to begin the slow scro
>lling process of unearthing photos from sliding backward in time
182 i was struck by how good looking we all were smooth skinned and twinkly eyed
183 sarah was pretty and serene with that swingy hair and small curvy mouth
184 i had the same dirty blond curls and wide mouth and thick eyebrows i d since lea
>rned to accentuate but they were easy and unassuming back when i was that age
185 i d always felt awkward next to sarah and edie the less pretty friend making an
>unfortunate laughing face in photos
186 now i saw that we were all just lovely eager and open faced
187 forging ourselves up with a practiced ennui sure but so much younger than we
>ught we were
188 alex was generically handsome the stereotypical dark haired blue eyed five o clo
>ck shadowed adonis with sleeve tattoos and a self satisfied smirk
189 he had that look for years i d stare down a stranger in a store or at a show try
>ing to decide if it was alex or one of his ten thousand doppelgngers
190 back then he was a guitarist who made money taking on freelance coding projects
>and completing them at all hours of the night and it was sort of sad to look bac
>k and realize that the alex in these pictures had no idea he d abandon music slo
>wly at first then with grim finality
191 last i heard he lived in westchester in one of those river towns with a car and
> a dog and everything he didn t know he wanted
192 i paused on a photo of him with his band
193 the guitarist with her pink hair the fat greasy lead singer whose confidence tru
>mped his appearance and little kevin in the back his arms and drumsticks a blur
194 i d abruptly chopped them all out of my life but i knew from facebook that he d
>been the second one to actually move away after sarah relocating to nashville la
>te that year
195 the gun had been his a vintage thing he kept in the living room typically unload
>ed and the guilt surrounding it must have gotten the better of him
196 i filed through his most recent photos annoyed that there weren t any of his hus
>band
197 edie was the quiet star of every photo she appeared in bony and freckled and so
>sure of her beauty
198 i stared at a picture of the two of us until tears gathered in my eyes i d both
>hated and adored her and for months after she died i d felt in my chest a black
>hole of grief a sudden gaping absence
199 she had a little gap between her front teeth and long red curls that spilled ove
>r her back and shoulders
200 edie was the ringleader the princess whose every wish came true not because it w
>as also our command exactly but because she stated her wants and the very univer
>se seemed to bow to them
201 when she giggled when you were in her smile with her it was magic
202 the problem i realized was that the date on the photos showed when they were pos
>ted not when they were taken
203 i browsed around in the right era the one after edie s death but couldn t find a
>ny of that night anything that could prove my attendance

211 which made sense what a stir i d guess i d been
211 my mourning to toss up a photo of august s debauchery
212 i couldn t remember the band s name or think of how to find other pictures from
the show
213 frustrated i kept scrolling hoping they d pop up in another image tagged
214 our little clique was outside in so many photos drinking out of massive styrofoa
m cups in mccarren park or smoking on fire escapes stoops roofs
215 i remembered that summer the last one with edie how all the bands we saw blurred
into a cacophony of synth and sarah wore that crazy day glo hat everywhere and
i was ona vodka gimlet kick
216 the violent bouts of crying alone the change in cabin pressure if edie was unhap
py
217 i clicked on a photo of the five of us goofing around in a sculpture park on a w
eekend trip to philly
218 edie was looking at something outside of the frame squinting to see
219 sarah and i were posing dramatically arms up toward the heavens and kevin had cl
imbed onto the vaguely humanoid sculpture behind us and wrapped his arms around
an appendage
220 it won t last told them as tears again coated my eyes
221 then because it was late and my anger had simmered into atired ache i snapped my
laptop closed and went to sleep
222 the next morning i forgot my headphones for the subway ride to work and listened
instead to the din of tired people commuting
223 i heard a sniffle and looked down at a young woman seated in front of me tears p
ouring freely down her cheeks
224 poor thing i dug in my bag then handed her a tissue
225 she shot me a grateful look and pushed it against both eyes at once
226 am bart zo andrea bartz oup a woman s cheek i debated
227 fuck work all i want to do is think about edie
228 was still undecided as i spun through the revolving doors into my building s lob
by a minimalist entry with wavy metal and burbling fountains all silver and glas
s and impressive business is done ilere
229 i really lucky to still have a job in magazines i d told sarah enthusiasticall
y fteen hours before hurrying in to fact check an inane six page feature on cbd
infused cocktails
230 i bumped into damien the magazine s video editor and my closest no only work fri
end as i headed toward my office
231 ile launched into an elaborate tale of how he d spent his evening with the polic
because an idiot ups worker had left his package outside his brownstone where
it had promptly been stolen and now he needed a police report to have his insura
nce cover it but the cops were acting like he expected them to find the package
and the worst part was that it was a beautiful coffee table book about circa six
ties erotica but everyone was acting like he just ordered porn and now he had t
to submit a freedom of information law request just to get his own damn police r
eport from the bureau of criminal records verification or something ilie sighed g
randly
232 t had dinner with a friend from when i first moved to new york i said
233 ile waved his hand cheerfully and sauntered farther into my office
234 so ten years ago this good friend of ours killed herself and the friend from las
t night sarah she found her
235 did she take a bunch of pills or what
236 because he could bring me back to the present take the gravity out of it
237 there turned out to be so much weird stuff going on that we didn t really know a
bout until we like compared notes in the week or two after i recited
238 like her family was struggling and going through some stuff and she and her boyf
riend had just broken up but they were still living together
239 why hadn t we seen it as uncomfortable at the time
240 well because bucking conventions had been our status quo
241 so anyway sawthe friend last night andit turns out right after the suicide she w
ent totally conspiracy theorist and claimed it wasn t a suicide
242 t kinda split from the group after the funeral
243 we were kinda drifting apart by then any way
244 ile gestured at my monitor and i pulled up some group photos
245 she s cute he said when i pointed to edie
246 and theres the final proof that you are zero percent heterosexual
247 christ damien she s dead i said through inappropriate laughter
248 i returned to facebook to the grid of photos
249 there were so many pictures of us hanging out in sarah alex kevin and edie s apa
rtment which wed jokingly called sake pronounced like bart p all rt
250 am bart z andrea bartz oup the japanese wine unwilling to bear the inconvenience
of mentioning all of the tenants names
251 always with drinks around always with drunk sparkly eyes
252 so few of these images stirred up memories they were like loose leaves a deck
of cards
253 i seemed to be always there though i lived two stops away on the subway
254 while edie and i had been best friends for a moment i d never quite been a full
member of the clique
255 once edie and i had had our fallingout d been just outside watching them through
a sheet of glass
256 there were just as many photos of us in other apartments within calhoun lofts be
er bottles scattered around someone flipping off the camera or finding a way to
look blas
257 it was such an odd building a full block long and set up like a college dormitor
y only instead of small dorm rooms there were apartments each tall and rectangul

201 which made sense what a strange gaunt no even would have been in the midst of o
ur mourning to toss up a photo of august s debauchery
205 i couldn t remember the band s name or think of how to find other pictures from
the show
206 frustrated i kept scrolling hoping they d pop up in another image tagged
207 our little clique was outside in so many photos drinking out of massive styrofoa
m cups in mccarren park or smoking on fire escapes stoops roofs
208 i remembered that summer the last one with edie how all the bands we saw blurred
into a cacophony of synth and sarah wore that crazy day glo hat everywhere and
i was ona vodka gimlet kick
209 the violent bouts of crying alone the change in cabin pressure if edie was unhap
py
210 i clicked on a photo of the five of us goofing around in a sculpture park on a w
eekend trip to philly
211 edie was looking at something outside of the frame squinting to see
212 sarah and i were posing dramatically arms up toward the heavens and kevin had cl
imbed onto the vaguely humanoid sculpture behind us and wrapped his arms around
an appendage
213 it won t last i told them as tears again coated my eyes
214 then because it was late and my anger had simmered into a tired ache i snapped m
y laptop closed and went to sleep
215 the next morning i forgot my headphones for the subway ride to work and listened
instead to the din of tired people commuting
216 i heard a sniffle and looked down at a young woman seated in front of me tears p
ouring freely down her cheeks
217 i dug in my bag then handed her a tissue
218 she shot me a grateful look and pushed it against both eyes at once
219 engaged against a well dressed man holding a kindle millimeters from a woman s ch
eek i debated
220 fuck work all i want to do is think about edie
221 i was still undecided as i spun through the revolving doors into my building s l
obby a minimalist entry with wavy metal and burbling fountains all silver and gl
ass and impressive business is done here
221 i m really lucky to still have a job in magazines i d told sarah enthusiasticall
y fifteen hours before hurrying in to fact check an inane six page feature on cb
d infused cocktails
223 i bumped into damien the magazine s video editor and my closest no only work fri
end as i headed toward my office
224 he launched into an elaborate tale of how he d spent his evening with the polic
because an idiot ups worker had left his package outside his brownstone where
it had promptly been stolen and now he needed a police report to have his insuran
ce cover it but the cops were acting like he expected them to find the package a
nd the worst part was that it was a beautiful coffee table book about circa sixt
ies erotica but everyone was acting like he just ordered porn and now he had t re
submit a freedom of information law request just to get his own damn police re
port from the bureau of criminal records verification or something
225 i had dinner with a friend from when i first moved to new york i said
226 he waved his hand cheerfully and sauntered farther into my office
227 so ten years ago this good friend of ours killed herself and the friend from las
t night sarah she found her
228 did she take a bunch of pills or what
229 because he could bring me back to the present take the gravity out of it
230 there turned out to be so much weird stuff going on that we didn t really know a
bout until we like compared notes in the week or two after i recited
231 like her family was struggling and going through some stuff and she and her boyf
riend had just broken up but they were still living together
232 why hadn t we seen it as uncomfortable at the time
233 well because bucking conventions had been our status quo
234 so anyway i saw the friend last night and it turns out right after the suicide s
he went totally conspiracy theorist and claimed it wasn t a suicide
235 i kinda split from the group after the funeral
236 he gestured at my monitor and i pulled up some group photos
237 she s cute he said when i pointed to edie
238 and there s the final proof that you are zero percent heterosexual
239 christ damien she s dead i said through inappropriate laughter
240 i returned to facebook to the grid of photos
241 there were so many pictures of us hanging out in sarah alex kevin and edie s apa
rtment which we d jokingly called sake pronounced like the japanese wine unwilli
ng to bear the inconvenience of mentioning all of the tenants names
242 always with drinks around always with drunk sparkly eyes
243 so few of these images stirred up memories they were like loose leaves or a deck
of cards
244 i seemed to be always there though i lived two stops away on the subway
245 while edie and i had been best friends for a moment i d never quite been a full
member of the clique
246 once edie and i had had our falling out i d been just outside watching them thro
ugh a sheet of glass
247 there were just as many photos of us in other apartments within calhoun lofts be
er bottles scattered around someone flipping off the camera or finding a way to
look blas
248 it was such an odd building a full block long and set up like a college dormitor
y only instead of small dorm rooms there were apartments each tall and rectangul

258 they came gapingly vacant except for a kitchen and a bathroom crouched in one corner
259 and into those giant shoeboxes tenants brought plywood and drywall and constructed their lives
260 lofted bedrooms resting on stilts with a forest of four by four pillars underneath or cubbyike rooms lining either side of the long walls so that standing in the central corridor felt like being on dry sand with the red sea rising on either side
261 sarah had been the virgil who d led me through calhoun s graffiti splattered front doors and into its deepest circles
262 i d first met sarah in manhattan a week or two earlier at a vodka soaked rooftop party thrown by effervescent pr people for some product or campaign launch
263 it was august and i d just started my first job as a fact checker at a fitness magazine sarah was a junior designer at the village voice and somehow both our names showed up in some media directory and garnered us invitations
264 it felt strange gulping cocktails at this extravagant party while the stock market teetered and talking heads wrung their hands and both our companies implemented hiring freezes like an early winter frost
265 we chatted away and exchanged emails and then got lunch at a burrito place and just like that we were friends
266 am bart z publis ng group the lost night that about my twenties that vastness the sweeping sense that there s room for everyone worthwhile all the time and space in the world
267 sarah lived with edie and some other girls at the time in a different apartment within calhoun lofts
268 d heard the building referred to in reverential tones it was hipster legend
269 sarah had invited me to see a show there that saturday
270 my outfit and hair carefully planned out and rethought i d taken two parting shots of whiskey boarded the l train and ridden deep into the bowels of bushwick
271 sarah met me at the door with a hug and a compliment can still taste that tang of relief that i d dressed acceptably and brought me first to her apartment to pregame
272 stepping into her place i gasped at the soaring warehouse space with unfinished walls twenty foot ceilings and on the far end a wall of dirty windows that looked straight out of a vintage elementary school
273 rap music poured from speakers and my eyes fell on edie standing on the couch and dancing with abandon a red solo cup held high in one hand
274 red waves skipping over a cropped gold blazer a sliver of pale stomach above india go shorts all skinny limbs and outsize confidence
275 sarah yelled up an introduction and edie turned her emerald eyes to me and smiled and suddenly nothing in life was as important as making this girl like me
276 sarah poured us drinks and we sat down with the other roommates
277 a quiet girl named jenna with long brown hair and a bumped nose she worked in book publishing maybe
278 and an impressively skinny blonde named kylie who spoke with a california raaaaa hsp
279 strangers thrown together by craigslist but all nice girls a group that danced and drank and lived well together
280 i focused my efforts on edie who was bright and hilarious and weirdly delighted by everything i said
281 it that second drink tingle of wit and found myself thinking that this edie was everything i wanted my life in new york to be
282 am bart z andrea bartz roup she didn t ask me what i did tor work instead we gushed about our close at hand dreams her imminent enrollment at parsons my plans to write narrative nonfiction so finely crafted it d make readers chests ache
283 we talked about men and bowie how we d both read an article revealing we re about t percent stardust and percent hydrogen or big bang dust and isn t it wild our atoms are as old as life itself
284 even sarah noticed it and politely faded into herself
285 after a final round of shots the girls led me to an apartment on another floor another huge rectangular canvas now decked out with a stage along the far windows a bar merch table off to its right and an especially bizarre construction of living quarters
286 over a thicket of four by fours they d built a cluster of elevated bedrooms each claustrophobic and squat and opening into an elt catwalk which lipped out into an overhang from which to watch the stage
287 a resident bumped into that night told me that during a brief run of romeo and f ul et they d made literal use of it for the balcony scene
288 our drunkenness swelled not just from the shots but also from the frenzy
289 strobe lights spilled drinks gyrating masses a pounding band sporting silver and gold jackets and sequins on their eyebrows
290 we allowed the surf to sweep us up dancing along a pleasant tornado
291 the night faded to black afterward like so many after it when the light of my consciousness would blink back on hours later in my own bed or on sake s couch or sometimes atop the small sweaty mattress of a male calhoun resident
292 periods snipped from my timeline blacked out right in the middle of the best day of his life
293 that s my lingering impression of our year as a gang
294 such potent intoxicating fun a billowing glee i hadn t experienced before and certainly haven t since
295 a montage of drunken nights spent wandering from floor to hoor searching for the source of a pounding bassline or setting off fireworks from the roof or drifting around phoneless unable to find one another in separate sets of staircases
296 am bart z publis ng group the lost night i on instagram to document in flattering light that you d been included no location tagging to show you were there

249 they came gapingly vacant except for a kitchen and a bathroom crouched in one corner
250 and into those giant shoeboxes tenants brought plywood and drywall and constructed their lives
251 lofted bedrooms resting on stilts with a forest of four by four pillars underneath or cubbyike rooms lining either side of the long walls so that standing in the central corridor felt like being on dry sand with the red sea rising on either side
252 sarah had been the virgil who d led me through calhoun s graffiti splattered front doors and into its deepest circles
253 i d first met sarah in manhattan a week or two earlier at a vodka soaked rooftop party thrown by effervescent pr people for some product or campaign launch
254 it was august and i d just started my first job as a fact checker at a fitness magazine sarah was a junior designer at the village voice and somehow both our names showed up in some media directory and garnered us invitations
255 it felt strange gulping cocktails at this extravagant party while the stock market teetered and talking heads wrung their hands and both our companies implemented hiring freezes like an early winter frost
256 we chatted away and exchanged emails and then got lunch at a burrito place and just like that we were friends
257 i miss that about my twenties that vastness that sweeping sense that there s room for everyone worthwhile all the time and space in the world
258 sarah lived with edie and some other girls at the time in a different apartment within calhoun lofts
259 i d heard the building referred to in reverential tones it was hipster legend
260 sarah had invited me to see a show there that saturday
261 my outfit and hair carefully planned out and rethought i d taken two parting shots of whiskey boarded the l train and ridden deep into the bowels of bushwick
262 sarah met me at the door with a hug and a compliment i can still taste that tang of relief that i d dressed acceptably and brought me first to her apartment to pregame
263 stepping into her place i gasped at the soaring warehouse space with unfinished walls twenty foot ceilings and on the far end a wall of dirty windows that looked straight out of a vintage elementary school
264 rap music poured from speakers and my eyes fell on edie standing on the couch and dancing with abandon a red solo cup held high in one hand
265 red waves skipping over a cropped gold blazer a sliver of pale stomach above india go shorts all skinny limbs and outsize confidence
266 sarah yelled up an introduction and edie turned her emerald eyes to me and smiled and suddenly nothing in life was as important as making this girl like me
267 sarah poured us drinks and we sat down with the other roommates
268 a quiet girl named jenna with long brown hair and a bumped nose she worked in book publishing maybe
269 and an impressively skinny blonde named kylie who spoke with a california raaaaa hsp
270 strangers thrown together by craigslist but all nice girls a group that danced and drank and lived well together
271 i focused my efforts on edie who was bright and hilarious and weirdly delighted by everything i said
272 it hit that second drink tingle of wit and found myself thinking that this edie was everything i wanted my life in new york to be
273 she didn t ask me what i did for work instead we gushed about our close at hand dreams her imminent enrollment at parsons my plans to write narrative nonfiction so finely crafted it d make readers chests ache
274 we talked about men and bowie how we d both read an article revealing we re about t percent stardust and percent hydrogen or big bang dust and isn t it wild our atoms are as old as life itself
275 even sarah noticed it and politely faded into herself
276 after a final round of shots the girls led me to an apartment on another floor another huge rectangular canvas now decked out with a stage along the far windows a bar merch table off to its right and an especially bizarre construction of living quarters
277 over a thicket of four by fours they d built a cluster of elevated bedrooms each claustrophobic and squat and opening into an elf size catwalk which lipped out into an overhang from which to watch the stage
278 a resident is bumped into that night told me that during a brief run of romeo and juliet they d made literal use of it for the balcony scene
279 our drunkenness swelled not just from the shots but also from the frenzy
280 strobe lights spilled drinks gyrating masses a pounding band sporting silver and gold jackets and sequins on their eyebrows
281 we allowed the surf to sweep us up dancing along a pleasant tornado
282 the night faded to black afterward like so many after it when the light of my consciousness would blink back on hours later in my own bed or on sake s couch or sometimes atop the small sweaty mattress of a male calhoun resident
283 periods snipped from my timeline blacked out right in the middle of the best day of his life
284 that s my lingering impression of our year as a gang
285 such potent intoxicating fun a billowing glee i hadn t experienced before and certainly haven t since
286 montage of drunken nights spent wandering from floor to floor searching for the source of a pounding bassline or setting off fireworks from the roof or drifting around phoneless unable to find one another in separate sets of staircases
287 there was no instagram to document in flattering light that you d been included no location tagging to show you were there

297 for me it was like a college four years of agonizi
ng over my gpa and pottering around in a medication induced fog
298 calhoun felt self contained its own little microcosm with secrets and a kind of
kiddie society and the feel of a grand immersive theater production
299 we were so young but thought we were the wisest bastards on the planet
300 we didn t run the world and in fact outside the sky was falling but we did run t
hat building eight floors high and a block long on an otherwise undeveloped stre
et in bushwick
301 my pointer hovered over a photo of edie dancing and i smiled at the screen
302 she really did come alive on the dance hoor spinning and popping and shaking and
convulsing in a way that somehow looked so fucking cool so confident and brazen
ly joyful that others always turned to watch
303 there was a monthly danceoff i remembered suddenly in a sweat smelling venue by t
he river and three times edie had taken home first prize
304 no one had seen her smile like this in the weeks leading up to her death
305 not alex whom she would dump just a few weeks later even as they vowed to be fri
ends
306 not sarah as the two picked little fights half antagonizing half avoiding each o
ther impossible of course in that strange afce in wonderland style setting
307 certainly not me in the aftermath of the blowup of the century that left me look
ing around at the bomb site and wondering how id called her my best friend
308 i finished fact checking the cocktail feature and turned my attention to an absu
rd sex piece about what everyone can learn from polyamorous relationships
309 a foil request a polite and ungnorable demand that the police department pony u
p whatever i please i completed them all the time for work digging up files that
writers were too lazy to uncover firsthand
310 i knew the intricacies of the application form and could certainly make a bart p
all rt
311 am bartz oup rown andrea bartz quiet request under the guise of my research job
312 if there had been an investigation around edie s death as sarah had mentioned th
en there must be a case file
313 i filled owt an online form and gota pop up indicating the requested files would
be sent to me in one to five business days a bullshit timeframe when the retrie
val was almost certainly happening ona scale of nanoseconds if then algorithms i
nstantaneously humming in a digital brain
314 near the end of the day i checked my work email and midway through responding to
an editor something clicked
315 i d blathered tons of juicy stuf in messages to and from edie back in the day we
d written constantly about weekend plans her relationship dramas the previous n
ight s party recaps
316 maybe inspecting them now with my fact checker s eye would reveal something i d
missed a cry for help or a pall of depression i d been too young to grasp
317 or perhaps d written something about the concert that night maybe there was proo
f of documentation of my whereabouts
318 i d abandoned the account years ago and the service no longer existed so there w
as no simple reset password button
319 but there must be some way to crack it back open wriggle inside
320 i texted my friend tessa late in the afternoon she was always surprising me with
the digital lockpicking skills she d picked up in her library sciences program
321 she invited me over later that week damien too if he was free
322 i couldn t resist checking facebook one last time before shutting down my comput
er
323 full size it was four men scuzzing around onstage keyboards and guitars and synt
h
326 they all had black and red stripes painted across their faces
327 it was a perfect match with the concert i d been picturing for august a wild sho
w that rattled a random calhoun apartment
328 i looked at the date and my stomach sank
329 this night the one pictured at least had been a full month before edie died
330 am bart zo chapter he wine shop on lessa s block was closed but the bodega wasn
t so i picked up a six pack and carried it awkwardly the bottles clinking inside
their cardboard carrier within the bodega s plastic bag a pointless beer turduc
ken past tessa s doorman and up the ancient elevator and to her door
331 marlon her cute terrier mutt bounded up to my ankles and crouched wagging his ta
il hysterically
332 lessa gave me a cursory hug and grabbed the beer
333 i followed her into the kitchen and tapped a magnet on the fridge in the shape o
f a mug of guinness
334 i don t know if she sends them to everyone or just to me because she knows how m
uch i love her handwriting
335 the hip squared off lettering of an architect or artist angular and typographic
336 she smiled and swung the fridge door open pulling the vegetable drawer out noisi
ly
337 she always has fresh vegetables not limp and forgotten and sometimes rotting whi
te and green like mine
338 you know there s exactly one post office left in all of dublin and the nineteen
year old behind the counter acted like she d never seen a postcard before
339 she dropped a clatter of veggies in front of me and produced a cutting board
340 well you are the last person on earth still sending them
341 am bartzo crown roup andrea bartz it s true
342 i should know i catalog this shit all day
343 i turned on the tap and began scrubbing the vegetables
344 oh he said to eat without him it ll be eightish
345 apparently trent teaches spin on thursdays and he obviously can t miss that
346 i sliced a head of caulitower right through the center and peered down at it
347 i low like a brain it looked the woody white just like a brain stem

297 for me it was like a college four years of agoni
ng over my gpa and pottering around in a medication induced fog
298 calhoun felt self contained its own little microcosm with secrets and a kind of
kiddie society and the feel of a grand immersive theater production
299 we were so young but thought we were the wisest bastards on the planet
300 we didn t run the world and in fact outside the sky was falling but we did run t
hat building eight floors high and a block long on an otherwise undeveloped stre
et in bushwick
301 my pointer hovered over a photo of edie dancing and i smiled at the screen
293 she really did come alive on the dance floor spinning and popping and shaking an
d convulsing in a way that somehow looked so fucking cool so confident and brazen
ly joyful that others always turned to watch
294 there was a monthly danceoff i remembered suddenly in a sweat smelling venue by
the river and three times edie had taken home first prize
295 no one had seen her smile like this in the weeks leading up to her death
296 not alex whom she would dump just a few weeks later even as they vowed to be fri
ends
297 not sarah as the two picked little fights half antagonizing half avoiding each o
ther impossible of course in that strange alice in wonderland style setting
298 certainly not me in the aftermath of the blowup of the century that left me look
ing around at the bomb site and wondering how i d called her my best friend
299 i finished fact checking the cocktail feature and turned my attention to an absu
rd sex piece about what everyone can learn from polyamorous relationships
300 a foil request a polite and ungnorable demand that the police department pony u
p whatever i please i completed them all the time for work digging up files that
writers were too lazy to uncover firsthand
301 i knew the intricacies of the application form and could certainly make a quiet
request under the guise of my research job
302 if there had been an investigation around edie s death as sarah had mentioned th
en there must be a case file
303 i filled out an online form and got a pop up indicating the requested files woul
d be sent to me in one to five business days a bullshit timeframe when the retri
eval was almost certainly happening on a scale of nanoseconds if then algorithms
instantaneously humming in a digital brain
304 near the end of the day i checked my work email and midway through responding to
an editor something clicked
305 i d blathered tons of juicy stuff in messages to and from edie back in the day w
e d written constantly about weekend plans her relationship dramas the previous
night s party recaps
306 maybe inspecting them now with my fact checker s eye would reveal something i d
missed a cry for help or a pall of depression i d been too young to grasp
307 or perhaps i d written something about the concert that night maybe there was pr
oof documentation of my whereabouts
308 i d abandoned the account years ago and the service no longer existed so there w
as no simple reset password button
309 but there must be some way to crack it back open wriggle inside
310 i texted my friend tessa late in the afternoon she was always surprising me with
the digital lockpicking skills she d picked up in her library sciences program
311 she invited me over later that week damien too if he was free
312 i couldn t resist checking facebook one last time before shutting down my comput
er
313 full size it was four men scuzzing around onstage keyboards and guitars and synt
h
316 they all had black and red stripes painted across their faces
317 it was a perfect match with the concert i d been picturing for august a wild sho
w that rattled a random calhoun apartment
318 i looked at the date and my stomach sank
319 this night the one pictured at least had been a full month before edie died
320 chapter the wine shop on tessa s block was closed but the bodega wasn t so i pic
ked up a six pack and carried it awkwardly the bottles clinking inside their car
dboard carrier within the bodega s plastic bag a pointless beer turducken past t
essa s doorman and up the ancient elevator and to her door
321 marlon her cute terrier mutt bounded up to my ankles and crouched wagging his ta
il hysterically
322 tessa gave me a cursory hug and grabbed the beer
323 i followed her into the kitchen and tapped a magnet on the fridge in the shape o
f a mug of guinness
324 i don t know if she sends them to everyone or just to me because she knows how m
uch i love her handwriting
325 the hip squared off lettering of an architect or artist angular and typographic
326 she smiled and swung the fridge door open pulling the vegetable drawer out noisi
ly
327 she always has fresh vegetables not limp and forgotten and sometimes rotting whi
te and green like mine
328 you know there s exactly one post office left in all of dublin and the nineteen
year old behind the counter acted like she d never seen a postcard before
329 she dropped a clatter of veggies in front of me and produced a cutting board
330 well you are the last person on earth still sending them
331 i should know i catalog this shit all day
332 i turned on the tap and began scrubbing the vegetables
333 oh he said to eat without him it ll be eightish
334 apparently trent teaches spin on thursdays and he obviously can t miss that
335 i sliced a head of cauliflower right through the center and peered down at it
336 how like a brain it looked the woody white just like a brain stem

348 for just a second i saw the ... blood spurting fro
349 and i care less with every passing month which makes me sort of untouchable
350 still not interested in looking around for another job
351 there aren t that many print magazines around anymore tessa
352 and they know i m good at what i do
353 she s can t all love every second of our amazingly perfect jobs like you
354 so tell me again what you need me to break into your old email for
355 she d turned back to the stove and the hood swallowed her words
356 i randomly had dinner the other night with this friend from when i first lived i
> n new york
357 and remember how when i was twenty three my best friend committed suicide
358 we started talking about the night it happened and sarah bart p all rtindd
359 am bart z roup the lost night the friend i just saw we like remembered it really
> differently
360 it made me realize how little i actually dealt with it at the time
361 i didn t mention sarah s odd claim about my whereabouts i still felt sheepish ab
> out the discrepancy
362 instead of grieving and leaning on my other friends to get through it i just cut
> them all off
363 that i haven t thought about how odd my reaction was if that makes sense
364 i never really tried to figure out why i reacted that way
365 and now i m curious to go back through it with a little perspective
366 and you really think your old emails will help
367 her tone was friendly just curious but i heard my voice growing defensive
368 i ve just been thinking about it is all
369 the ten year anniversary is coming up next month maybe that s subconsciously why
> i contacted sarah in the first place
370 but i m the head of research at sir i fact check things all day long
371 maybe i m finally equipped to go over this one more time and then be done with i
> t
372 but she never told anyone so it was pretty shocking
373 and it all happened around when she was fighting with everyone
374 i d even been planning a dramatic friend breakup with her
375 just be careful that you re not circling back to find reasons to blame yourself
> or anything tessa said
376 that s not something anyone else can drive you to do
377 sometimes tessa can sense the anxiety i m creeping toward before i even realize
378 am bart zo crown roup andrea bartz she asked about my folks in wisconsin fine ha
> dn t talked to themsince easter and michael the sort of dodgy guy i d been seein
> g
379 i asked about her archivist job at columbia excellent and her and will s upcomin
> g anniversary trip to new zealand stressful but exciting
380 we were almost finished when i noticed she hadn t grabbed a beer she was sipping
> water occasionally crossing to the fridge to refill her glass
381 my voice rose to ascreech as we both broke into laughter
382 we haven t even told our parents yet she said as i released her from ahug mine w
> ill be in town next weekend so we figured we d tell them in person
383 just above my grin my eyes filled with tears
384 d known that she and will were vaguely trying to get pregnant shed begun seeing
> an acupuncturist to regulate her cycles and improve her chi or whatever but she
> hadn t mentioned it in months
385 i m only eight weeks along so don t tell anybody she said
386 i kind of feel like crap all the time so i want to complain to everyone but appa
> rently i m not supposed to talk about it yet
387 and run errands and do whatever you need obviously
388 i gave her another hug my tears soaking into her shoulder
389 the idea of taking care of tessa cheered me typically she was the one with her s
> hit together mothering me
390 she shrugged again like she was sick of talking about it
391 it helps to see you so excited because i keep forgetting it s exciting
392 i m just focused on pretending everything s normal
393 thank you for making us dinner and you know being willing to help me with these
> emails
394 i ve been thinking about this challenge all day
395 i stopped in the bathroom first and froze as tears again filled my eyes suddenly
> i like a bell clanging
396 i blinked into the mirror and steadied my breath
397 i was happy for tessa of course excited to meet baby il oppert
398 i peered hard at the feeling until it crystallized
399 that awful tug of feeling left behind overlooked by some unseen orchestrator
400 all of my facebook stalking came into sharp focus
401 sarah giggling about her in laws in new jersey
402 i stretched my mouth into a smile and breathed hard until the tears cleared
403 biological trickery i d researched it once fooling the body into some semblance
> of ease
404 i cleared my throat and headed into the office dropping into will s fancy desk c
> hair
405 before tessa could begin typing the doorbell chimed sending marlon into barking
> conniptions
406 damien called as soon as tessa opened the door

333 for just a second i saw the ... began in front of me blood spurting fro
> m the bottom
334 and i care less with every passing month which makes me sort of untouchable
335 still not interested in looking around for another job
336 there aren t that many print magazines around anymore tessa
337 and they know i m good at what i do
338 she s can t all love every second of our amazingly perfect jobs like you
339 so tell me again what you need me to break into your old email for
340 she d turned back to the stove and the hood swallowed her words
341 i randomly had dinner the other night with this friend from when i first lived i
> n new york
342 and remember how when i was twenty three my best friend committed suicide
343 we started talking about the night it happened and sarah the friend i just saw w
> e like remembered it really differently
344 it made me realize how little i actually dealt with it at the time
345 i didn t mention sarah s odd claim about my whereabouts i still felt sheepish ab
> out the discrepancy
346 instead of grieving and leaning on my other friends to get through it i just cut
> them all off
347 that i haven t thought about how odd my reaction was if that makes sense
348 i never really tried to figure out why i reacted that way
349 and now i m curious to go back through it with a little perspective
350 and you really think your old emails will help
351 her tone was friendly just curious but i heard my voice growing defensive
352 i ve just been thinking about it is all
353 the ten year anniversary is coming up next month maybe that s subconsciously why
> i contacted sarah in the first place
354 but i m the head of research at sir i fact check things all day long
355 maybe i m finally equipped to go over this one more time and then be done with i
> t
356 but she never told anyone so it was pretty shocking
357 and it all happened around when she was fighting with everyone
358 i d even been planning a dramatic friend breakup with her
359 just be careful that you re not circling back to find reasons to blame yourself
> or anything tessa said
360 that s not something anyone else can drive you to do
361 sometimes tessa can sense the anxiety i m creeping toward before i even realize
362 she asked about my folks in wisconsin fine hadn t talked to them since easter an
> d michael the sort of dodgy guy i d been seeing
363 i asked about her archivist job at columbia excellent and her and will s upcomin
> g anniversary trip to new zealand stressful but exciting
364 we were almost finished when i noticed she hadn t grabbed a beer she was sipping
> water occasionally crossing to the fridge to refill her glass
365 my voice rose to ascreech as we both broke into laughter
366 we haven t even told our parents yet she said as i released her from a hug
367 mine will be in town next weekend so we figured we d tell them in person
368 just above my grin my eyes filled with tears
369 i d known that she and will were vaguely trying to get pregnant shed begun seein
> g an acupuncturist to regulate her cycles and improve her chi or whatever but s
> he hadn t mentioned it in months
370 i m only eight weeks along so don t tell anybody she said
371 i kind of feel like crap all the time so i want to complain to everyone but appa
> rently i m not supposed to talk about it yet
372 and all i want to do is drink wine
373 and run errands and do whatever you need obviously
374 tessa you re going to be a mom
375 i gave her another hug my tears soaking into her shoulder
376 the idea of taking care of tessa cheered me typically she was the one with her s
> hit together mothering me
377 she shrugged again like she was sick of talking about it
378 it helps to see you so excited because i keep forgetting it s exciting
379 i m just focused on pretending everything s normal
380 thank you for making us dinner and you know being willing to help me with these
> emails
381 i ve been thinking about this challenge all day
382 i stopped in the bathroom first and froze as tears again filled my eyes suddenly
> i like a bell clanging
383 i blinked into the mirror and steadied my breath
384 i was happy for tessa of course excited to meet baby hoppert
385 i peered hard at the feeling until it crystallized
386 that awful tug of feeling left behind overlooked by some unseen orchestrator
387 all of my facebook stalking came into sharp focus
388 sarah giggling about her in laws in new jersey
389 i stretched my mouth into a smile and breathed hard until the tears cleared
390 biological trickery i d researched it once fooling the body into some semblance
> of ease
391 i cleared my throat and headed into the office dropping into will s fancy desk c
> hair
392 before tessa could begin typing the doorbell chimed sending marlon into barking
> conniptions
393 damien called as soon as tessa opened the door

407 a huge thank you for keeping me company during the thirteen hour flight reports on i joked
408 tessa broke in already heading down the hall to make him a plate
409 standing around her kitchen island tessa shared her big news again and damien re sponded like the bro i sometimes forget he is
410 i le smiled and said i iey that s fun
411 and then after a question or two changed the subject
412 once at the office i d witnessed a copy editor proudly showing him her engagemen t ring which he d barely glanced at before chirping it s cute
413 yet he ll ose hzs mind over a puppy on the street
414 when damien had finished eating tessa herded us back into the office
415 am bart z andrea bartz so we re playing detectives
416 damien asked as he dragged in an extra chair
417 the real mystery is why lindsay wants to look through her old inbox tessa said
418 to check how i d overlooked sarah s hysterical breakdown afterward
419 to confirm beyond the shadow of a doubt that i d been up at that concert when th e unthinkable happened
420 to remind myself how far i ve come since i was twenty three anda hot mess i sai lightly
421 youre sure you don t remember your old password
422 i pulled out my phone and sent my music to the speakers set high in the walls
423 classical guitar filled the room intricate flamenco music to score whatever cali sthenics tessa was doing online
424 tessa and i had become friends six years ago when i approached her tipsy on bad wine at a bookstore following a reading that sounded interesting but wasn t
425 whoever was supposed to come with me hadn t shown up and id felt embarrassed abo ut the seat i d reserved with a scarf and then guarded jealously turning people away until the event began and i became a rude person next to an empty chair
426 afterward i d swigged a big plastic cup of free wine and headed for the door pau sing just as the alcohol hit me to ask tessa if i knew her from somewhere her fa ce it was tickling my sense of d j vu
427 she hadn t seemed to remember me but we played the maybe from game for a while s pitting out our biographies in quick successive questions then gave up and start ed chatting and totally hit it off
428 eventually i introduced her to damien and to my delight they got along famously too
429 am bart z roup the lost night felt so pleased the creator of a happy elective fa mily after a long period of loneliness
430 the front door slammed and for a second time marlon yelped and sped off
431 will drifted in tall and waifish and drowning in a suit
432 i le smiled and dropped his palms onto tessa s shoulders
433 i called out half standing to give him a hug
434 they accepted the plea bargain on that case i was telling you about
435 i like will who had been tessa s husband of only a few months when she and i bec ame friends
436 the two of them had met on match com at atime when people still believed both th at one could find a soul mate online and that that belief was worth paying for
437 at farst i wasn t sure what to make of his soft spoken manner the way he d just smile at tessa s jokes and grow calmer and mute the funnier she got but now i k now it s their introvert extrovert pas de deux
438 ile s a card carrying good guy the kind i myself haven t encountered on dating a pps in years
439 he s helping me bust into my old email account
440 because i m an idiot and i can t remember my old password
441 you know tessa the unauthorized access of an email account is a felony he said n udging a wheel of her chair with his toe
442 besides with the dirt i find in here she ll know better than to come after me
443 to mutually assured destruction i laughed and we clinked our water glasses
444 am bart z oup rown andrea bartz well i wandered off to change out of his suit and marlon trotted after him tail wagging
445 just as the guitar music hit a dramatic crescendo essa murmured there that shoul d
446 it s not pretty she warned but it s all here everything in your inbox and sent f older from
447 there s no way they taught you that at library nerd school damien said
448 used to hack into corporate servers in high school
449 it s not directly from the server but the archive was backed up in the cloud pro bably because at some point you pulled it into a program
450 it s kindaunwieldy but i can index it for you
451 want me to drop all the emails into our shared folder
452 something fluttered apprehension at the idea of tessa and damien having access t o my potentially embarrassing emails the dumb stuff i cared about at twenty thre e the sexual quirks of whomever i was seeing the cringe y tales of how wasted we all had been
453 really it was a miracle that fd made it through my twenties in one piece protec ted only by the hubris of youth
454 i remembered making out with someone in the back of a camper as it barreled down the fdr drive his long haired bandmate had volunteered to drive us back to broo klyn gesturing with his beer
455 f shouldn t be okay to drive but i am
456 there d been the warsaw incident but i hadn t emailed about it had i
457 either way f hadn t met lessa or damien until years after that nonsense so the n ames would be meaningless
458 when she lifted her fingers from the keyboard and bart p all rt
459 am bart z roup t he lost night leaned back i wanted to jump right in push her o ut of the way and start reading but instead she crossed her legs and smiled

399 tessa broke in already heading down the hall to make him a plate
400 standing around her kitchen island tessa shared her big news again and damien re sponded like the bro i sometimes forget he is
401 and then after a question or two changed the subject
402 once at the office i d witnessed a copy editor proudly showing him her engagemen t ring which he d barely glanced at before chirping it s cute
403 yet he ll lose his mind over a puppy on the street
404 when damien had finished eating tessa herded us back into the office
405 damien asked as he dragged in an extra chair
406 the real mystery is why lindsay wants to look through her old inbox tessa said
407 to check how i d overlooked sarah s hysterical breakdown afterward
408 to confirm beyond the shadow of a doubt that i d been up at that concert when th e unthinkable happened
409 to remind myself how far i ve come since i was twenty three anda hot mess i sai lightly
410 you re sure you don t remember your old password
411 i pulled out my phone and sent my music to the speakers set high in the walls
412 classical guitar filled the room intricate flamenco music to score whatever cali sthenics tessa was doing online
413 tessa and i had become friends six years ago when i approached her tipsy on bad wine at a bookstore following a reading that sounded interesting but wasn t
414 whoever was supposed to come with me hadn t shown up and i d felt embarrassed ab out the seat i d reserved with a scarf and then guarded jealously turning people away until the event began and i became a rude person next to an empty chair
415 afterward i d swigged a big plastic cup of free wine and headed for the door pau sing just as the alcohol hit me to ask tessa if i knew her from somewhere her fa ce it was tickling my sense of d j vu
416 she hadn t seemed to remember me but we played the maybe from game for a while s pitting out our biographies in quick successive questions then gave up and start ed chatting and totally hit it off
417 eventually i introduced her to damien and to my delight they got along famously too
418 i d felt so pleased the creator of a happy elective family after a long period o f loneliness
419 the front door slammed and for a second time marlon yelped and sped off
420 will drifted in tall and waifish and drowning in a suit
421 he smiled and dropped his palms onto tessa s shoulders
422 i called out half standing to give him a hug
423 they accepted the plea bargain on that case i was telling you about
424 i like will who had been tessa s husband of only a few months when she and i bec ame friends
425 on a time when people still believed both that one could find a soul mate on line and that that belief was worth paying for
426 at first i wasn t sure what to make of his soft spoken manner the way he d just smile at tessa s jokes and grow calmer and mute the funnier she got but now i k now it s their introvert extrovert pas de deux
427 he s a card carrying good guy the kind i myself haven t encountered on dating ap ps in years
428 he s helping me bust into my old email account
429 because i m an idiot and i can t remember my old password
430 you know tessa the unauthorized access of an email account is a felony he said n
431 besides with the dirt i find in here she ll know better than to come after me
432 to mutually assured destruction i laughed and we clinked our water glasses
433 well i wandered off to change out of his suit and marlon trotted after him tail wa gging
434 just as the guitar music hit a dramatic crescendo tessa murmured there that shou lder from
435 it s not pretty she warned but it s all here everything in your inbox and sent f older from
436 there s no way they taught you that at library nerd school damien said
437 i used to hack into corporate servers in high school
438 it s not directly from the server but the archive was backed up in the cloud pro bably because at some point you pulled it into a program
439 it s kinda unwieldy but i can index it for you
440 want me to drop all the emails into our shared folder
441 something fluttered apprehension at the idea of tessa and damien having access t o my potentially embarrassing emails the dumb stuff i cared about at twenty thre e the sexual quirks of whomever i was seeing the cringe y tales of how wasted we all had been
442 really it was a miracle that i made it through my twenties in one piece protec ted only by the hubris of youth
443 i remembered making out with someone in the back of a camper as it barreled down the fdr drive his long haired bandmate had volunteered to drive us back to broo klyn gesturing with his beer
444 i shouldn t be okay to drive but i am
445 there d been the warsaw incident but i hadn t emailed about it had i
446 either way i hadn t met tessa or damien until years after that nonsense so the n ames would be meaningless
447 when she lifted her fingers from the keyboard and leaned back i wanted to jump r ight in push her out of the way and start reading but instead she crossed her le gs and smiled

460 t used to write long emails to these girls imagine announced
> we spent so much time composing these novel length messages you know

462 yeah that s the exact kind of thing i was writing when i wasnt treating emails
> to my friends like diary entries
463 i was always frustrated because i never had any good material
464 i didn t really like that many guys and the ones i did like didn t seem to like me
> so never had much to write about
465 i d wanted to be a writer since i was little and had stumbled only by accident into the realm of fact checking a decent specialty in a shaky field but just lite
> ral steps from the job i d actually wanted
466 i d had a few minor successes in my early twenties a feature in the pretentious
> literary magazine i a few clips in the fitness magazine that employed me but i
> d stopped pitching in my midtwenties when all the staff writer jobs disappeared
> and journalists with r sum s as long as the ziad competed tor the same editors a
> attention

467 i was a damn good research chief and szr was one of the nation s oldest and most
> solid men s magazines in the industry
468 at home i dashed into the bathroom as soon as i got inside and i stared at the i
> nside of the door as i peed
469 a cheap door painted white snowy when i moved in but now covered in black scuft
> bart p all rt
470 the area around the doorknob was a dirty beige a crack bisected the door partway
> up
471 the kind of things a landlord deals with between tenants a quick slap of paint t
> o blot out the last renters marks
472 it had seemed like such a nice adult apartment when i d first moved in
473 i sat down at the table and bathed myself in the computer s bluish glow
474 i opened up the text files lessa had made and realized that it was going to be m
> ore of a nightmare than id anticipated each email was in its own file some of th
> em with the earlier exchange clinging to the bottom of the message but never org
> anized into conversations
475 i could sort them by date which split conversations up over weeks or by subject
> which glommed convos together but strung themintoa senseless timeline
476 instead i searched for modern love and found three sad little emails each ending
> with a polite rejection two form letters and one that seemed at least a tiny bit
> more personal sorry to say i don t think this is quite a fit but thanks for tr
> ying me with it
477 even all these years later rereading these replies sparked a mix of disappointme
> nt and self consciousness
478 i opened up the piece that got the longest answer
479 i don t want to be sedated a very determined cricket has chosen the tree outside
> my window as his podium
480 i love him and pity him and feel for him as he chirps his question mark over and o
> ver into a dark street
> there don t seem to be many other crickets in bushwick and with the odds against
> him worry that his trills will slow that his optimism will flag
482 my own odds ought to be much more favorable
483 the city holds millions of single men and the company keep beautiful creative yo
> ung brooklynites pretty much comprises the graduates of gifted and talented prog
> rams from high schools all over the world
484 am bart z don t mean to be difficult to impress
485 it s the butterflies in my stomach tell you it s like they re sedated or possibl
> y bound up in cocoons

486 it s so very easy to get dates in new york city
487 anyone with an internet connection and mild self portraiture skills can line the
> m up in a few quippy sentences
488 when came to the city six months ago felt nervous before each first date sipping
> a cocktail and listening to beyonc and swirling on bronzer as fought down the u
> rge to vomit
489 all those nerves not the good kind of eddying in my torso but motion nonetheless
490 now don t get nervous at all a change that strikes me as a little sad
491 hef be fine predict and wen t really want to see him again
492 at night lie awake and wonder why the butterflies refuse to stir
493 fear they know something don t something dark and jagged about me
494 the last time they showed any movement was when met jonah a cute bearded fellow
> at a concert in the fall
495 he d moved from the midwest to manhattan only three weeks before and was into th
> e idea of an unspoiled specimen too fresh and transparent to be over everything
> already
496 he and sat knees to knees at a bar and the little moths showed movement an unfam
> iliar almost forgotten rustle
497 it s nice to know the butterflies haven t calcified but i m not entirely sure

498 it s made hollow first dates even hollower since then two strangers in a mahogan
> y booth deciding to become estranged
499 am bart z andrea bartz going to shows and parties keep setting up dates keep ent
> ering bars with a smile and a question mark on my face
500 like the cricket like the bird in the children s book who keeps on asking and as
> king and asking
501 i must have written it before i fell for lloyd
502 a girl i d like to reach back and hug
503 except that i wouldn t have too many soothing werds for her i suppose
504 if only she knew the trend wasn t temporary that in a decade she d be as old as

449 t used to write long emails to these girls imagine she announced
> we spent so much time composing these novel length messages you know
450 damien finished his beer with a little ahh
451 yeah that s the exact kind of thing i was writing when i wasnt treating emails
> to my friends like diary entries
452 i was always frustrated because i never had any good material
453 i didn t really like that many guys and the ones i did like didn t seem to like
> me so i never had much to write about
454 i d wanted to be a writer since i was little and had stumbled only by accident i
> nto the realm of fact checking a decent specialty in a shaky field but just lite
> ral steps from the job i d actually wanted
455 i d had a few minor successes in my early twenties a feature in the pretentious
> literary magazine i a few clips in the fitness magazine that employed me but i d
> stopped pitching in my midtwenties when all the staff writer jobs disappeared a
> nd journalists with r sum s as long as the iliad competed for the same editors a
> ttention
456 and i d made peace with it long ago
457 i was a damn good research chief and sir was one of the nation s oldest and most
> solid men s magazines in the industry
458 at home i dashed into the bathroom as soon as i got inside and i stared at the i
> nside of the door as i peed
459 a cheap door painted white snowy when i moved in but now covered in black scuff
> marks
460 the area around the doorknob was a dirty beige a crack bisected the door partway
> up
461 the kind of things a landlord deals with between tenants a quick slap of paint t
> o blot out the last renter s marks
462 it had seemed like such a nice adult apartment when i d first moved in
463 i sat down at the table and bathed myself in the computer s bluish glow
464 i opened up the text files tessa had made and realized that it was going to be m
> ore of a nightmare than i d anticipated each email was in its own file some of t
> hem with the earlier exchange clinging to the bottom of the message but never or
> ganized into conversations
465 i could sort them by date which split conversations up over weeks or by subject
> which glommed convos together but strung them into a senseless timeline
466 instead i searched for modern love and found three sad little emails each ending
> with a polite rejection two form letters and one that seemed at least a tiny bit
> more personal sorry to say i don t think this is quite a fit but thanks for tr
> ying me with it
467 even all these years later rereading these replies sparked a mix of disappointme
> nt and self consciousness
468 i opened up the piece that got the longest answer
469 i don t want to be sedated a very determined cricket has chosen the tree outside
> my window as his podium
470 i love him and pity him and feel for him as he chirps his question mark over and
> over into a dark street
> there don t seem to be many other crickets in bushwick and with the odds against
> i worry that his trills will slow that his optimism will flag
472 my own odds ought to be much more favorable
473 the city holds millions of single men and the company i keep beautiful creative
> young brooklynites pretty much comprises the graduates of gifted and talented pr
> ograms from high schools all over the world
474 i don t mean to be difficult to impress
475 it s the butterflies in my stomach i tell you
476 it s like they re sedated or possibly bound up in cocoons
477 it s so very easy to get dates in new york city
> anyone with an internet connection and mild self portraiture skills can line the
> m up in a few quippy sentences
478 when i came to the city six months ago i felt nervous before each first date sip
> ping a cocktail and listening to beyonc and swirling on bronzer as i fought down
> the urge to vomit
479 all those nerves not the good kind of eddying in my torso but motion nonetheless
480 now i don t get nervous at all a change that strikes me as a little sad
482 he ll be fine i predict and i won t really want to see him again
483 at night i lie awake and wonder why the butterflies refuse to stir
484 i fear they know something i don t something dark and jagged about me
485 the last time they showed any movement was when i met jonah a cute bearded fello
> w at a concert in the fall
486 he d moved from the midwest to manhattan only three weeks before and i was into
> the idea of an unspoiled specimen too fresh and transparent to be over everythin
> g already
487 he and i sat knees to knees at a bar and the little moths showed movement an unf
> amiliar almost forgotten rustle
488 it s nice to know the butterflies haven t calcified but i m not entirely sure i
> m glad i met jonah
it s made hollow first dates even hollower since then two strangers in a mahogan
> y booth deciding to become estranged
490 but i keep going to shows and parties keep setting up dates keep entering bars w
> ith a smile and a question mark on my face
491 like the cricket like the bird in the children s book who keeps on asking and as
> king and asking
492 i must have written it before i fell for lloyd
493 a girl i d like to reach back and hug
494 except that i wouldn t have too many soothing words for her i suppose
495 if only she knew the trend wasn t temporary that in a decade she d be as old as

4548 | i feellucky to have worked with women several of whom i invented amazing women
4549 | lo those who shared their technical expertise loren bartz thomas sander and othe
> | rs thanks so much for your time and help
4550 | all departures from the realm of possibility are of course my own
4551 | shout out to the party friends hipster dudes and memorable brooklyn characters w
> | ho made a hell of a year
4552 | special thanks to booters liebmann smith for me getting me past mckibbin s front
> | doors
4553 | finally thanks to my parents for turning us into avid readers and encouraging us
> | to pursue our passions even if you guys find the whole writing thing a little b
> | ewildering
4554 | i m also grateful for the enthusiasm of my extended family especially tom denes
> | and nagypapa and nagymama

Right column:

4417 | i feellucky to have worked with women several of whom i invented amazing women
4417 | to those who shared their technical expertise loren bartz thomas sander and othe
> | rs thanks so much for your time and help
4418 | all departures from the realm of possibility are of course my own
4419 | shout out to the party friends hipster dudes and memorable brooklyn characters w
> | ho made a hell of a year
4420 | special thanks to booters liebmann smith for getting me past mckibbin s front do
> | ors
4421 | finally thanks to my parents for turning us into avid readers and encouraging us
> | to pursue our passions even if you guys find the whole writing thing a little b
> | ewildering
4422 | i m also grateful for the enthusiasm of my extended family especially tom denes
> | and nagypapa and nagymama
4423 | com type prhebooklanding isbn display get personalized book picks and up to date
> | news about this author

## Legends

| Colors | | Links |
|--------|--|-------|
| Added | | (f)irst change |
| Changed | | (n)ext change |
| Deleted | | (t)op |

# Excerpt of Match Visualization for The Lost Night: A Novel in Libgen

1 es bart p all rt
2 indd
3 am bart z am rt
4 indd p all bart bart z am r
5 indd p all bart bart z this is a work of fiction
6 names characters places and incidents either are the product of the author s imagination or are used fictitiously
7 any resemblance to actual persons living or dead events or locales is entirely coincidental
8 copyright by andrea bartz all rights reserved
9 published in the united states by crown publishers animprint of the crown publishing group a division of penguin random house llc new york
10 crownpublishing
11 com crown andthe crown colophon are registered trademarks of penguin random house llc
12 library of congress cataloging in publication data has been applied fer
13 isbn ebook isbn international edition isbn printed in the united states of america book design by lauren deng jacket design by k jacket photograph by tk first edition bart p all rtindd c
14 am bart z for fulta bart p all rt

15 indd c
16 am bart z bart p all rt
17 indd cy
18 am bart z prologue had the dream again

19 lying on the floor with blood pouring out of me trying to cry out but i can t make a sound
20 the scratched hoor spreading out around me round yellow lights overhead
21 his time for added fun i knew someone was coming for me but i couldn t figure out if it was to help me or finish me off
22 this morning i finally googled around to see if there s a universal meaning like dreaming that your teeth fell out
23 apparently all the blood means that i emotionally drained my life force leaking out
24 one site even noted that it could indicate bitter confrontations among you and your friends which is a little on the nose
25 i m still mad about the fight
26 we ve started speaking again and i can tell she s eager to just pretend it never happened and go back to normal

29 she thinks she loves me when really she just likes showing the world we re a pair
31 this is my cool friend edie and never mind whether anything s going on below the surface
31 it s almost funny that she s jealous you really want all this
32 i ve got a boyfriend who doesn t trust me
33 a best friend who s using me
34 parents who alternately call me up crying or remember i exist only when i m somehowinconveniencing them
35 i guess she and i are both pretty tucked up in different ways
36 it s the fourth of july
37 independence day as mom and dad always insist on calling it like card carrying snobs
38 lhey re at uncle john s again this year mom probably on her sixth vodka soda sitting on sweaty lawn chairs and eating overbarbecued burgers and bart p all rt

39 indd c
40 am bart z andrea bartz oup feeling smug about the fact that they re in connecticut
41 i scoffed at the idea of going with them but of course now i m alone in a musty apartment in bushwick writing a stupid diary entry while all my roommates and friends are on the rooftop drinking from red solo cups and watching some band
42 it s sunny and a holiday and those are both facts that make things a little worse because know i should be enjoying the day like anormal human
43 it s hard to describe
44 when i m out with a crowd and we re having a good time it zs fun to recognize it as fun but i don t quite connect with it
45 it s like m eighteen inches away watching all the fun happen
46 and then as soon as the fun thing is over a fog settles over everything again
47 okay i can hear the band on the roof from all the way down here so guess i ll head up there
48 maybe il get up on the ledge make people nervous
49 standing four feet closer to heaven and looking at the sidewalk eight emptied floors below
50 maybe today s the day i ll jump
51 bart p all rtindd stag aten
52 f eee bass
53 sq ae bre sers fe snk non
54 ge be sem ne leena cas pgs
55 ss he pase op el oh sp soest
56 am bart z am p all rt

1 this is a work of fiction
2 names characters places and incidents either are the product of the author s imagination or are used fictitiously
3 any resemblance to actual persons living or dead events or locales is entirely coincidental
4 copyright by andrea bartz all rights reserved
5 published in the united states by crown publishers an imprint of the crown publishing group a division of penguin random house llc new york
6 crownpublishing
7 com crown and the crown colophon are registered trademarks of penguin random house llc
8 library of congress cataloging in publication data has been applied for
9 isbn ebook isbn international edition isbn cover design by elena giavaldi cover photographs
10 cityscape michael turek gallery stock woman and window giacomo furlanetto millennium images uk v
11 contents cover title page copyright dedication prologue
12 edie part i chapter
13 lindsay chapter chapter part ii chapter
14 greg chapter
15 lindsay chapter chapter chapter part iii chapter
16 kevin chapter
17 lindsay chapter chapter part iv chapter
18 alex chapter
19 lindsay chapter chapter acknowledgments for julia prologue edie i had the dream
20 lying on the floor with blood pouring out of me trying to cry out but i can t make a sound
21 the scratched floor spreading out around me round yellow lights overhead
22 this time for added fun i knew someone was coming for me but i couldn t figure out if it was to help me or finish me off
23 this morning i finally googled around to see if there s a universal meaning like dreaming that your teeth fell out
24 apparently all the blood means that i emotionally drained my life force leaking out
25 one site even noted that it could indicate bitter confrontations among you and your friends which is a little on the nose
26 i m still mad about the fight
27 we ve started speaking again and i can tell she s eager to just pretend it never happened and go back to normal

29 she thinks she loves me when really she just likes showing the world we re a pair
31 this is my cool friend edie and never mind whether anything s going on below the surface
31 it s almost funny that she s jealous you really want all this
33 i ve got a boyfriend who doesn t trust me
34 a best friend who s using me
35 parents who alternately call me up crying or remember i exist only when i m somehow inconveniencing them
36 i guess she and i are both pretty fucked up in different ways
37 it s the fourth of july
38 independence day as mom and dad always insist on calling it like card carrying snobs
39 they re at uncle john s again this year mom probably on her sixth vodka soda sitting on sweaty lawn chairs and eating barbecued burgers and feeling about the fact that they re in connecticut

40 i scoffed at the idea of going with them but of course now i m alone in a musty apartment in bushwick writing a stupid diary entry while all my roommates and friends are on the rooftop drinking from red solo cups and watching some band
41 it s sunny and a holiday and those are both facts that make things a little worse because i know i should be enjoying the day like anormal human
42 it s hard to describe
43 when i m out with a crowd and we re having a good time it is fun to recognize it as fun but i don t quite connect with it
44 it s like i m eighteen inches away watching all the fun happen
45 and then as soon as the fun thing is over a fog settles over everything again
46 okay i can hear the band on the roof from all the way down here so i guess i ll head up there
47 maybe i ll get up on the ledge make people nervous
48 standing four feet closer to heaven and looking at the sidewalk eight emptied floors below
49 maybe today s the day i ll jump

57 indd bart bart z bart p ar sse
58 indd
59 am bart z wy ae csm sine myr
60 er ha pap sese aa atte rrr nt bh loner ss ee shan vhs pete an pa rete ea heeee
>ope oe i ynee en ita e saee aaeea a ss ee mr rohs
61 on ed ae sor faw be chapter lindsay at chickens packed into factory farms maggo
>ts wriggling like a thick white carpet buffalo fumbling toward the edge of a cli
>ff
62 all spacious situations compared to the new york city subway ar
>p
64 m
65 the doors slid apart but i was stuck my fellow commuters barely moved and i ble
>ated out apologies as i smashed against bodies squeezing onto the platform right
> as the doors thudded closed again
66 i took a few steps and peered through the windows at the people still inside cr
>ammed like stuffed animals at the bottom of a claw vending machine
67 i was so tired
68 a feeling i had a lot these days
69 a part of me wanted to go straight home heat up something frozen and maybe watc
>h old stupidreruns but i d been the one to suggest these plans
70 in a rare flare of nostalgia i d fired off the message forgetting in the moment t
>hat i d once sworn to myself that i d never open up pandora s box
71 it was almost as if boredom had made me reckless
72 i pushed through the throng of commuters at the foot of the subway stairs
73 outside rain made its way through fabric and onto my ass my knees my feet
>the feeling i d been wrestling with all day grew the panicky dread that swells
>before a first date
74 what if this reunion mucked up my last good memories fromthat single singular y
>ear
76 when i reached the restaurant an inoffensive bistro in boring midtown west a ma
>n snapped his umbrella closed in my face and for some reason i apologized to him
> knee jerk
77 inside i was just pulling out a chair at our table when sarah entered
78 she spotted me and waved and i thought she looked exactly the same
79 she didn t of course and neither did i a fact i bart p all rtindd
80 am bart z andrea bartz oup only realized much later that night when i was click
>ing through old photos tears rolling down my cheeks
82 at twenty three we had that alienoid bone structure big eyes and sunken cheeks
>now ten years later we re old young and round faced and just human again
83 then we hugged and maybe there was some chemical trigger a smell or invisible p
>heromone but the hug felt exactly like it did a decade ago
84 we relaxed and smiled at each other and thought maybe this would be fun
85 lindsay it s so good to see you she said dropping into her chair
86 you look great
87 so do you
88 i chirped
89 i can t believe it s been ten years
90 t know it s crazy
91 sarah nodded eyebrows up
92 i low have you been
93 really good
94 you know keeping on
95 i was so happy to hear you moved back to new york
96 once for an article i d read a linguistics study on conversation patterns
97 in any duo the lower power person imitates the speech style of the alpha
98 i wondered who was following whom here
99 yeah i m glad you reached out
100 when we found out my husband was getting transferred here i was like wow i don
>t know that i know anyone inthe city anymore
101 your husband said
102 i can t wait to meet him
103 i d looked him up on facebook
104 ile was annoyingly handsome
105 at least when friends paired up with unattractive people i could blot at the je
>alousy with smugness
106 l ie s great
107 sarah smiled and snapped open her menu looking down
108 are you seeing anyone
109 no no one special
110 i said brightly
111 so how is it being back in new yorke she scrunched up her features preparing so
>me middle of theroad answer when the waiter appeared to rattle off the specials
112 sarah ordered a vodka martini and after amoment s hesitation i asked for my usu
>al seltzer with lime
113 i didn t often miss drinking but i knew i d feel a pulse of envy when her conic
>al glass arrived
114 bart p all rt
115 indd cy
116 am bart z the lost night oh my gosh is it okay if i drink
117 she asked after the waiter disappeared
118 of course
119 i m totally fine
120 otherwise i would have suggested meeting for tea
121 she giggled and shrugged and we both went back to reading our menus christ was
>this really sarah

Right column:

50 chapter lindsay at chickens packed into factory farms maggots wriggling like a
> thick white carpet buffalo fumbling toward the edge of a cliff
51 all spacious situations compared to the new york city subway ar
>p
53 m
54 the doors slid apart but i was stuck my fellow commuters barely moved and i ble
>ated out apologies as i smashed against bodies squeezing onto the platform right
> as the doors thudded closed again
55 i took a few steps and peered through the windows at the people still inside cr
>ammed like stuffed animals at the bottom of a claw vending machine
56 i was so tired
57 a feeling i had a lot these days
58 a part of me wanted to go straight home heat up something frozen and maybe watc
>h old stupid reruns but i d been the one to suggest these plans
59 in a rare flare of nostalgia i d fired off the message forgetting in the moment
> that i d once sworn to myself that i d never open up pandora s box
60 it was almost as if boredom had made me reckless
61 i pushed through the throng of commuters at the foot of the subway stairs
>outside rain made its way through fabric and onto my ass my knees my feet
>the feeling i d been wrestling with all day grew the panicky dread that swells
>before a first date
64 what if this reunion mucked up my last good memories from that single singular
>year
66 when i reached the restaurant an inoffensive bistro in boring midtown west a ma
>n snapped his umbrella closed in my face and for some reason i apologized to him
> knee jerk
67 inside i was just pulling out a chair at our table when sarah entered
>she spotted me and waved and i thought she looked exactly the same
68 she didn t of course and neither did i a fact i only realized much later that n
>ight when i was clicking through old photos tears rolling down my cheeks
69 at twenty three we had that alienoid bone structure big eyes and sunken cheeks
70 now ten years later we re old young and round faced and just human again
71 then we hugged and maybe there was some chemical trigger a smell or invisible p
>heromone but the hug felt exactly like it did a decade ago
72 we relaxed and smiled at each other and thought maybe this would be fun
73 lindsay it s so good to see you she said dropping into her chair
74 you look great
75 so do you
76 i chirped
77 i can t believe it s been ten years
78 i know it s crazy
79 sarah nodded eyebrows up
80 how have you been
81 really good
82 you know keeping on
83 i was so happy to hear you moved back to new york
84 once for an article i d read a linguistics study on conversation patterns
85 in any duo the lower power person imitates the speech style of the alpha
86 i wondered who was following whom here
87 yeah i m glad you reached out
88 when we found out my husband was getting transferred here i was like wow i don
>t know that i know anyone in the city anymore
89 your husband i said
90 i can t wait to meet him
91 i d looked him up on facebook
92 he was annoyingly handsome
93 at least when friends paired up with unattractive people i could blot at the je
>alousy with smugness
94 he s great
95 sarah smiled and snapped open her menu looking down
96 are you seeing anyone
97 no no one special
98 i said brightly
99 so how is it being back in new york she scrunched up her features preparing some middle of the road answer when the
>waiter appeared to rattle off the specials
101 sarah ordered a vodka martini and after a moment s hesitation i asked for my us
>al seltzer with lime
102 i didn t often miss drinking but i knew i d feel a pulse of envy when her conic
>al glass arrived
103 oh my gosh is it okay if i drink
104 she asked after the waiter disappeared
105 of course
106 i m totally fine
107 otherwise i would have suggested meeting for tea
108 she giggled and shrugged and we both went back to reading our menus

122 he same literary witty hardpartying friend i d counted among my clique during t
>hat first wild year in new york
123 i d messaged her the very day she announced on facebook that she was moving bac
>k from st
124 louis forgetting in my sentimentality that things had ended pretty icily
125 and then i d felt embarrassed until a few weeks ago when she d replied apologet
>ic to set a date
126 t s good to be back here but weird she said finally
127 so much has changed
128 it almost feels like coming to a new city
129 but what about you you still love it
130 t do i replied
131 i mean i m really lucky to still have a job in magazines and i ve been living i
>n the same place in fort greene for
132
133
134 five years now
135 i took a deep sip and bubbles flooded my tongue
136 that s great sarah said
137 that s definitely a neighborhood i want to check out
138 she pushed her black hair behind her ears and a few silver streaks twinkled lik
>e tinsel
139 well if there s any way i can be helpful as you guys look around just let me kn
>ow i said
140 thanks lindsay
141 it s tough because i want to find a place asap but i also don t want to end up
>somewhere terrible
142 right now we re living with nate s parents in trenton
143 she gave me a knowing look
144 youre in jersey
145
146 wow
147 right
148 i m one of those people we totally hated back in the day
149 we both chuckled
152 she shrugged
153 i mean just online like with you
154 for a while alex and i would call or have a little email exchange around the an
>niversary
155 you know raise a glass
156 she sipped her drink
157 kevin bart p all rtindd
158 am bart z andrea bartz oup doesn t really update anything so i m pretty out of
>date on him
159 i think he and alex keep in touch so i get reports every once ina while
160 last i heard he and his husband owned a little music store in nashville and he
>was like giving drum lessons
161 wait kevin s married
162 she laughed
163 you didn t know that
164 apparently he met this great guy like two seconds after he moved away
165 a pianist think
166 of course like everyone who moves away from new york
167 i smoothed a napkin on my lap
168 a a husband
169 kevin was still twentyfour in my mind jumpy and juvenile
170 when did he move again
171 as soon as he d finished his community service
172 that winter after
173
175 afterward
176 iler face darkened but then the waiter reappeared and we politely placed our or
>ders sarah nodding eagerly when he offered to bring another round
177 she asked me more about my work and i learned a bit about the executive recruit
>ing she d been doing in st
178 louis and how now the tables had turned and she had to get herself hired and th
>e bar was set high when every headhunter is so good at the game and my god the i
>rony
179 we giggled at the appropriate times
180 twice she made a cute hand gesture her little fists up near her chest like sock
> puppets and she was sarah kwan again sarah kwan with the cool raspberry lipstic
>k and an impossible crop top and a yard of thick glossy hair
181 she didn t mention edie again until we were finishing dessert picking at a shar
>ed flourless chocolate cake
182 it s crazy to think about how much has happened in ten years she announced
183 i was so glad to hear you wanted to get together
184 i thought about reaching out a few times over the years but i just wasn t sure
>after
185
186
187 mean after how everything went down after edie
188 that s exactly how i felt to be honest i said
189 i know i just sort of
190
191

110 he same literary witty hard partying friend i d counted among my clique during
>that first wild year in new york
111 i d messaged her the very day she announced on facebook that she was moving bac
>k from st
112 louis forgetting in my sentimentality that things had ended pretty icily
113 and then i d felt embarrassed until a few weeks ago when she d replied apologet
>ic to set a date
114 it s good to be back here but weird she said finally
115 so much has changed
116 it almost feels like coming to a new city
117 but what about you you still love it
118 i do i replied
119 i mean i m really lucky to still have a job in magazines and i ve been living i
>n the same place in fort greene for five years now
120 i took a deep sip and bubbles flooded my tongue
121 that s great sarah said
122 that s definitely a neighborhood i want to check out
123 she pushed her black hair behind her ears and a few silver streaks twinkled lik
>e tinsel
124 well if there s any way i can be helpful as you guys look around just let me kn
>ow i said
125 thanks lindsay
126 it s tough because i want to find a place asap but i also don t want to end up
>somewhere terrible
127 right now we re living with nate s parents in trenton
128 she gave me a knowing look
129 you re in jersey
131 wow
132 right
133 i m one of those people we totally hated back in the day
134 we both chuckled
137 she shrugged
138 i mean just online like with you
139 for a while alex and i would call or have a little email exchange around the an
>niversary
140 you know raise a glass
141 she sipped her drink
142 kevin doesn t really update anything so i m pretty out of date on him
143 i think he and alex keep in touch so i get reports every once in a while
144 last i heard he and his husband owned a little music store in nashville and he
>was like giving drum lessons
145 wait kevin s married
146 she laughed
147 you didn t know that
148 apparently he met this great guy like two seconds after he moved away
149 a pianist i think
150 of course like everyone who moves away from new york
151 i smoothed a napkin on my lap
152 a husband
153 kevin was still twenty four in my mind jumpy and juvenile
154 when did he move again
155 as soon as he d finished his community service
156 that winter afterward
157 her face darkened but then the waiter reappeared and we politely placed our ord
>ers sarah nodding eagerly when he offered to bring another round
158 she asked me more about my work and i learned a bit about the executive recruit
>ing she d been doing in st
159 louis and how now the tables had turned and she had to get herself hired and th
>e bar was set high when every headhunter is so good at the game and my god the i
>rony
160 we giggled at the appropriate times
161 twice she made a cute hand gesture her little fists up near her chest like sock
> puppets and she was sarah kwan again sarah kwan with the cool raspberry lipstic
>k and an impossible crop top and a yard of thick glossy hair
162 she didn t mention edie again until we were finishing dessert picking at a shar
>ed flourless chocolate cake
163 it s crazy to think about how much has happened in ten years she announced
164 i was so glad to hear you wanted to get together
165 i thought about reaching out a few times over the years but i just wasn t sure
>after i mean after how everything went down after edie
166 that s exactly how i felt to be honest i said
167 i know i just sort of went mia afterward

192 went mia afterward
193 i mean i guess we were all just grieving in our own way
194 we were so young
195 none of us were equipped to deal with it
196 she nodded and looked away and i realized she wanted me to go on
197 i always thought you had it worse bart p all rtindd c
198 am bart z ng group the lost night g than anyone sarah
199 worse than everyone
200 mean you found her
201 god i haven t thought about this in so long
202 i d done my crying and then id let edie go tucking the whole ordeal away so tha
> t it couldn t taint what came before
203 now i recalled a nugget i d learned from fact checking a feature on an innocent
> man condemned by poorly recalled witness testimony
204 when you pull up a memory you re actually recalling the last time you remembere
> d it not the event itself
205 one day one by one we d all stopped refreshing the memory
206 so i was surprised by how quickly the night came back to now that i d called
> it up
207 now that sarah was sitting across from me and talking about august in dark tene
> brous terms
208 it had been a friday
209 a band had been rattling the windows in an apartment two hoors up t rom edie s p
> lace and a bunch of us were standing around at the concert drunk or pretending t
> o be
210 the guitars and bass were so loud i could feel the vibrations in my collarbone
211 i remember registering with a flapping concern that i was too drunk then scurry
> ing out to the street where a random girl had helped me hail a taxi home
212 edie hadn t been at the concert with us edie had home home alone two hoors down
> crafting a brief suicide note and then pulling out the gun
213 iler time of death we later learned was while we were watching the band their me
> andering chords cloaking the single gunshot
214 the rest i knew from my friends accounts repeated so many times that i could se
> e it
215 midnight pitch black sarah hobbles into the apartment and flicks on the overhea
216 iler screams had rattled the whole building shrill and sharp and with that beeli
> ke whine hovering descant just above her cries
217 i know it was awful
218 she listed forward and i suddenly realized sarah was drunk
219 you moved back home right
220 i d always wondered if her parents had checked her into some kind of psych ward
221 i d pulled away after a few weeks but continued to watch the amputated friend g
> roup from the relative safety of social media sarah had bart p all rt
222 indd c
223 am bart z andrea bartz oup gone off the grid completely deactivating her accoun
> ts and only reemerging a few years later with anew smiling facebook profile and
> friend requests all around
224 yeah my parents were pretty worried about me
225 i mean i was acting like a lunatic going all conspiracy theorist
226 what do you mean
227 a sheepish laugh
228 you remember
239 you don t remember
236 she continued
237 i was running around insisting that edie hadn t actually killed herself that it
> must have been an accident or foul play or something
238 i know it s ridiculous
239 oh wow i didn t realize that
240 sarah s flair for melodramaresurfaced in my memory like something emerging from
> the mist
241 it was just strange how different she seemed right before
242
243
244 at the end she went on
245 i mean i lived with her and we barely said more than two sentences to each othe
> r those last few weeks
246 even less for me we weren t speaking i cut in
247 and we were always super close
248 sarah ignored the one up
249 i was really caught up in that
250
251
252 that narrative
253 it wasi t healthy
254 i m sorry that must have been really tough for you andi
255
256
257 i zipped my thumb out the universal sign for having gotten out of dodge
258 i feel like it s all i was talking about back then but maybe that s just cause
> it was like consuming my mind
260 what made you think it wasn t a suicide

168 i mean i guess we were all just grieving in our own way
169 we were so young
170 none of us were equipped to deal with it
171 she nodded and looked away and i realized she wanted me to go on
172 i always thought you had it worse than anyone sarah
173 worse than everyone
174 i mean you found her
175 god i haven t thought about this in so long
176 i d done my crying and then i d let edie go tucking the whole ordeal away so th
> t it couldn t taint what came before
177 now i recalled a nugget i d learned from fact checking a feature on an innocent
> man condemned by poorly recalled witness testimony
178 when you pull up a memory you re actually recalling the last time you remembere
> d it not the event itself
179 one day one by one we d all stopped refreshing the memory
180 so i was surprised by how quickly the night came back to me now that i d called
> it up
181 now that sarah was sitting across from me and talking about august in dark tene
> brous terms
182 it had been a friday
183 a band had been rattling the windows in an apartment two floors up from edie s
> place and a bunch of us were standing around at the concert drunk or pretending
> to be
184 the guitars and bass were so loud i could feel the vibrations in my collarbone
185 i remember registering with a flapping concern that i was too drunk then scurry
> ing out to the street where a random girl had helped me hail a taxi home
186 edie hadn t been at the concert with us edie had home home alone two floors dow
> n crafting a brief suicide note and then pulling out the gun
187 her time of death we later learned was while we were watching the band their me
> andering chords cloaking the single gunshot
188 the rest i knew from my friends accounts repeated so many times that i could se
> e it
189 midnight pitch black sarah hobbles into the apartment and flicks on the overhea
190 her screams had rattled the whole building shrill and sharp and with that beeli
> ke whine hovering descant just above her cries
191 i know it was awful
192 she listed forward and i suddenly realized sarah was drunk
193 you moved back home right
194 i d always wondered if her parents had checked her into some kind of psych ward
195 i d pulled away after a few weeks but continued to watch the amputated friend g
> roup from the relative safety of social media sarah had gone off the grid comple
> tely deactivating her accounts and only reemerging a few years later with a new
> smiling facebook profile and friend requests all around
196 yeah my parents were pretty worried about me
197 i mean i was acting like a lunatic going all conspiracy theorist
198 what do you mean
199 a sheepish laugh
200 you remember
207 you don t remember
208 she continued
209 i was running around insisting that edie hadn t actually killed herself that it
> must have been an accident or foul play or something
210 i know it s ridiculous
211 oh wow i didn t realize that
212 sarah s flair for melodrama resurfaced in my memory like something emerging fro
> the mist
213 it was just strange how different she seemed right before at the end she went o
> n
214 i mean i lived with her and we barely said more than two sentences to each othe
> r those last few weeks
215 even less for me we weren t speaking i cut in
216 and we were always super close
217 sarah ignored the one up
218 i was really caught up in that that narrative
219 it wasn t healthy
220 i m sorry that must have been really tough for you and i i zipped my thumb out
> the universal sign for having gotten out of dodge
221 yeah i understand
222 i feel like it s all i was talking about back then but maybe that s just cause
> it was like consuming my mind
223 what made you think it wasn t a suicide

261 i asked a little too derisively
262 oh my god it was all stupid little things in retrospect
263 there was the fact that i found her in her underwear she was always so perfectl
> y put together so that seemed weird
264 right but it was circumstantial
265 when we d talked it out in those first shaken weeks it had also seemed plausibl
> e that she bart p all rtindd c
266 am bart z roup the lost night li wouldn t have wanted to ruin any of the beauti
ful pieces in her closet edie had treated them like precious artifacts
267 and the gun stuff didn t make sense to me
268 she was lefthanded but the gun was in her right hand and the wound was on the r
ight side of her face
269 until a forensic expert explained to me that if she used two hands she could ve
wound up slightly offcenter and just like crumpled to either side
270 jesus
271 she talked to a forensic expert
272 i watched as she slurped the last of her fourth martini
273 but i learned enough about criminology to figure out that there are a few loose
ends in any investigation
274 because that s how life is
275
276
277
278 unraveling i supplied
279 she smiled
280 but yeah my parents found me an awesome therapist and she helped me face the fa
cts
281 i guess we all turned out okay
282 we did
283 and you shouldn t feel bad about dealing with it however you needed to deal wit
h it
284 we were all so immature and maybe didn t know how to
285
286
287 ask for help
288 you mean like edie
289 y'd been thinking of myself but sure edie too
290 what with the debt and the depression and the suicide note on her laptop
291 the gun pressed against her temple
292 that was some heavy shit i said
293 she poked at her cocktail napkin
294 it s still hard for me to believe sometimes
295 like we were at the top of our game
296 we were having the time of our lives
297 i know what you mean i said
298 everyone glorifies their twenties i guess but for me that period was
299
300
301 it meant a lot
302 i swallowed hard
303 and then it ended
304 it s nuts
305 literally we were dancing around to some stupid band just a few floors up while
> edie was
306
307
308 sarah narrowed her eyes
309 well you weren t
310 what
311 you weren t at the concert
312 bart p all rtindd c
313 am bart z andrea bartz roup i cocked my head
314 wait what
315 of course i was
316 you weren t
317 you went home
318 i remember because i was mad that none of my girlfriends came with me
319 can you believe that
320 i was mad at edie while she was like committing suicide
321 seriously that took me a few thousand dollars of therapy to work through
322 i scoffed
323 christ sarah of course i was there
324 i pregamed with you guys on the roof and we took a bunch of shots and then we w
ent to the show
325 i went home near the end of the set
326 she was shaking her head as i spoke and her expression matched mine
327 that charged look when you just know know the other person s remembering it wro
ng
336 music so loud we were part of it gyrating through every crashing sound wave
337 i mean i know what i know she said finally leaning back and tossing her napkin
onto the table
338 like she was wrapping up a fight doing the adult thing
339 that s fine but i do too i told her sighing and shaking my head
340 i know exactly where i was standing
341 we were off to the left side

225 i asked a little too derisively
226 oh my god it was all stupid little things in retrospect
227 there was the fact that i found her in her underwear she was always so perfectl
> y put together so that seemed weird
227 right but it was circumstantial
228 when we d talked it out in those first shaken weeks it had also seemed plausibl
> e that she had wanted to ruin any of the beautiful pieces in her close
t edie had treated them like precious artifacts
229 and the gun stuff didn t make sense to me
230 she was left handed but the gun was in her right hand and the wound was on the
bright side of her face
231 until a forensic expert explained to me that if she used two hands she could ve
wound up slightly off center and just like crumpled to either side
232 jesus
233 she talked to a forensic expert
234 i watched as she slurped the last of her fourth martini
235 but i learned enough about criminology to figure out that there are a few loose
ends in any investigation
236 because that s how life is

237 unraveling i supplied
238 she smiled
239 but yeah my parents found me an awesome therapist and she helped me face the fa
cts
240 i guess we all turned out okay
241 we did
242 and you shouldn t feel bad about dealing with it however you needed to deal wit
h it
243 we were all so immature and maybe didn t know how to ask for help

244 you mean like edie
245 i d been thinking of myself but sure edie too
246 what with the debt and the depression and the suicide note on her laptop
247 the gun pressed against her temple
248 that was some heavy shit i said
249 she poked at her cocktail napkin
250 it s still hard for me to believe sometimes
251 like we were at the top of our game
252 we were having the time of our lives
253 i know what you mean i said
254 everyone glorifies their twenties i guess but for me that period was it meant a
> lot

255 i swallowed hard
256 and then it ended
257 it s nuts
258 literally we were dancing around to some stupid band just a few floors up while
> edie was sarah narrowed her eyes

259 well you weren t
260 what
261 you weren t at the concert
262 i cocked my head
263 wait what
264 of course i was
265 you weren t
266 you went home
267 i remember because i was mad that none of my girlfriends came with me
268 can you believe that
269 i was mad at edie while she was like committing suicide
270 seriously that took me a few thousand dollars of therapy to work through
271 i scoffed
272 christ sarah of course i was there
273 i pregamed with you guys on the roof and we took a bunch of shots and then we w
ent to the show
274 i went home near the end of the set
275 she was shaking her head as i spoke and her expression matched mine
276 that charged look when you just know know the other person s remembering it wro
ng
285 music so loud we were part of it gyrating through every crashing sound wave
286 i mean i know what i know she said finally leaning back and tossing her napkin
onto the table
287 like she was wrapping up a fight doing the adult thing
288 that s fine but i do too i told her sighing and shaking my head
289 i know exactly where i was standing
290 we were off to the left side

```
342  theband something with beard ... in their name they were covered in
343  red and black face paint
     they all lived in cafhoun
344  we saw them a bunch of times
345  you re thinking of another time
     anyway
346  she signaled to the waiter
347  could i get some more water please
348  we sat there for a while breathing
349  everything was humming
350  my head my chest my hands
351  finally she asked if i kept up with any good podcasts and i answered awkwardly
352  after a few sentences we fell into a rhythm and ediestslid back into the past
353  outside in the rain sarah and i frantically hugged goodbye and sped off between
354  the raindrops toward different subways
355  stand bart p all rt
356  indd c
357  am bart z ng group the lost night own ing onaclammy c train my umbrella drippin
358  first there was sarah s prickly proclamation that she and edie had been the clo
     sest which was preposterous everyone knew edie and i had been inseparable
359  and here she d just cut me out of the narrative on the most significant night o
     f our friendship swzp
360  it wouldn t be the first time sarah had implied that i wasn t in edie s inner c
     ircle but rather a hanger on like someone s annoying little sister
361  all because i hadn t lived with the four of them
362  well no
363  all because edie and i had been the closest and sarah s jealousy would sometime
     s waft by like a scent
364  of course i d been there
365  i felt a propulsive need to confirm it co pull up the old photos and messages t
     hat would prove her wrong
366  as soon as i got home i figured i d put this to rest
367  i slumped over my laptop at the kitchen table squinting at the screen to keep i
     t from blurring as my contacts turned gummy
368  i opened facebook and blinked at the torrent of my peers baby photos snuggles
369
370
372  for the first time in years i searched for alex
373  a profile picture of himand his shiny haired wife on vacation
374  from which meant he didn t use facebook much
375  i opened up a message to him then froze
376  what the hell could i even say
377  quick question on the night edie died i came with you to the concert right
378  tope all is well thaaanks
379  closed the message and clicked instead on my photos tab to begin the slow scrol
     ling process of unearthing photos from sliding backward in time
380  eventually i slinked into the right era
381  me with sarah edie kevin and alex
382  i was struck by how good looking we all were smooth skinned and twinkly eyed
383  sarah was pretty and serene with that swingy hair and small curvy mouth
384  i had the same dirty blond curls and wide mouth and thick eyebrows i d since le
     arned to accentuate but they were easy and unassuming back when i was that age
385  i d always felt awkward next to sarah and edie the less pretty friend making an
     unfortunate laughing face in photos
386  now i saw that we were all just lovely eager and open faced
387  fogging ourselves up with a practiced ennui sure but so much younger than we th
     ought we were
388  bart p all rtindd c
389  am bart z crown roup andrea bartz alex was generically handsome the stereotypic
     al dark haired blue eyed five o clock shadowed adonis with sleeve tattoos and a
     self satisfied smirk
390  ile had that look for years i d stare down a stranger in a store or at a show t
     rying to decide if it was alex or one of his ten thousand doppelgangers
391  back then he was a guitarist who made money taking on freelance coding projects
     and completing them at all hours of the night and it was sort of sad to look ba
     ck and realize that the alex in these pictures had no idea he d abandon music sl
     owly at first then with grim finality
392  last i heard he lived in westchester in one of those river towns with a car and
     a dog and everything he didn t know he wanted
393  aw and kevin such a little goofball
394  i paused on a photo of him with his band
395  the guitarist with her pink hair the fat greasy lead singer whose confidence tr
     umped his appearance and little kevin in the back his arms and drumsticks a blur
396  i d abruptly chopped them all out of my life but i knew from facebook that he d
     been the second one to actually move away after sarah relocating to nashville l
     ate that year
397  the gun had been his a vintage thing he kept in the living room typically unloa
     ded and the guilt surrounding it must have gotten the better of him
398  now he was a grown up too
399  i filed through his most recent photos annoyed that there weren t any of his hu
     sband
400  kevran
401  who d have thought
402  edie was the quiet star of every photo show she appeared in bony and freckled an so
     sure of her beauty
```

```
291  ... in their name they were covered in
     red and black face paint
292  they all lived in calhoun
293  we saw them a bunch of times
294  you re thinking of another time
295  anyway
296  she signaled to the waiter
297  could i get some more water please
298  we sat there for a while breathing
299  everything was humming
300  my head my chest my hands
301  finally she asked if i kept up with any good podcasts and i answered awkwardly
302  after a few sentences we fell into a rhythm and edie slid back into the past
303  outside in the rain sarah and i frantically hugged goodbye and sped off between
     the raindrops toward different subways
304  standing ona clammy c train my umbrella dripping onto my boots i let the outra
     ge pour through me again
305  first there was sarah s prickly proclamation that she and edie had been the clo
     sest which was preposterous everyone knew edie and i had been inseparable
306  and here she d just cut me out of the narrative on the most significant night o
     f our friendship snip
307  it wouldn t be the first time sarah had implied that i wasn t in edie s inner c
     ircle but rather a hanger on like someone s annoying little sister
308  all because i hadn t lived with the four of them
309  well no
310  all because edie and i had been the closest and sarah s jealousy would sometime
     s waft by like a scent
311  of course i d been there
312  i felt a propulsive need to confirm it to pull up the old photos and messages t
     hat would prove her wrong
313  as soon as i got home i figured i d put this to rest
314  i slumped over my laptop at the kitchen table squinting at the screen to keep i
     t from blurring as my contacts turned gummy
315  i opened facebook and blinked at the torrent of my peers baby photos snuggles
316
317
319  for the first time in years i searched for alex
320  a profile picture of him and his shiny haired wife on vacation
321  from which meant he didn t use facebook much
322  i opened up a message to him then froze
323  what the hell could i even say
324  quick question on the night edie died i came with you to the concert right
325  hope all is well thaaanks
326  i closed the message and clicked instead on my photos tab to begin the slow scr
     olling process of unearthing photos from sliding backward in time
327  eventually i slinked into the right era
328  me with sarah edie kevin and alex
329  i was struck by how good looking we all were smooth skinned and twinkly eyed
330  sarah was pretty and serene with that swingy hair and small curvy mouth
331  i had the same dirty blond curls and wide mouth and thick eyebrows i d since le
     arned to accentuate but they were easy and unassuming back when i was that age
332  i d always felt awkward next to sarah and edie the less pretty friend making an
     unfortunate laughing face in photos
333  now i saw that we were all just lovely eager and open faced
334  fogging ourselves up with a practiced ennui sure but so much younger than we th
     ought we were
335  alex was generically handsome the stereotypical dark haired blue eyed five o cl
     ock shadowed adonis with sleeve tattoos and a self satisfied smirk
336  he had that look for years i d stare down a stranger in a store or at a show tr
     ying to decide if it was alex or one of his ten thousand doppelgngers
337  back then he was a guitarist who made money taking on freelance coding projects
     and completing them at all hours of the night and it was sort of sad to look ba
     ck and realize that the alex in these pictures had no idea he d abandon music sl
     owly at first then with grim finality
338  last i heard he lived in westchester in one of those river towns with a car and
     a dog and everything he didn t know he wanted
339  aw and kevin such a little goofball
340  i paused on a photo of him with his band
341  the guitarist with her pink hair the fat greasy lead singer whose confidence tr
     umped his appearance and little kevin in the back his arms and drumsticks a blur
342  i d abruptly chopped them all out of my life but i knew from facebook that he d
     been the second one to actually move away after sarah relocating to nashville l
     ate that year
343  the gun had been his a vintage thing he kept in the living room typically unloa
     ded and the guilt surrounding it must have gotten the better of him
344  now he was a grown up too
345  i filed through his most recent photos annoyed that there weren t any of his hu
     sband
346  kevin
347  who d have thought
348  edie was the quiet star of every photo show she appeared in bony and freckled an so
     sure of her beauty
```

403 i stared at a picture of edie in her mid twenties tears gathered in my eyes i d both
> hated and adored her and for months after she died v d felt in my chest a black
> hole of grief a sudden gaping absence
404 she smirked at me from the screen
405 she had a little gap between her front teeth and long red curls that spilled ov
> er her back and shoulders
406 edie was the ringleader the princess whose every wish came true not because it
> was also our command exactly but because she stated her wants and the very unive
> rse seemed to bow to them
407 when she giggled when you were in her smile with her it was magic
408 and when you werent
409
410
411 bart p all rt
412 indd
413 am bart z roup the lost night well
414 the problem i realized was that the date on the photos showed when they were po
> sted not when they were taken
415 i browsed around in the right era the one after edie s death but couldn find an
> y of that night anything that could prove my attendance
416 which made sense what a strange gauche move it would have been in the midst of
> our mourning to toss up a photo of august s debauchery
417 i couldn t remember the band s name or think of how to find other pictures from
> the show
418 frustrated i kept scrolling hoping they d pop up in another image tagged
419 our little clique was outside in so many photos drinking out of massive styrofo
> am cups in mccarren park or smoking on fire escapes stoops roofs
420 i remembered that summer the last one with edie how all the bands we saw blurre
> d into a cacophony of synth and sarah wore that crazy day glo hat everywhere and
> i was oa vodka gimlet kick
421 not pictured
422 the violent bouts of crying alone the change in cabin pressure if edie was unha
> ppy
423 i clicked on a photo of the five of us goofing around in a sculpture park on a
> weekend trip to philly
424 alex had his arm around edie smiling calmly
425 edie was looking at something outside of the frame squinting to see
426 sarah and i were posing dramatically arms up toward the heavens and kevin had c
> limbed onto the vaguely humanoid sculpture behind us and wrapped his arms around
> an appendage
427 it won t last told them as tears again coated my eyes
428 then because it was late and my anger had simmered into atired ache i snapped m
> y laptop closed and went to sleep
429 the next morning i forgot my headphones for the subway ride to work and listene
> d instead to the din of tired people commuting
430 i heard a sniffle and looked down at a young woman seated in front of me tears
> pouring freely down her cheeks
431 poor thing i dug in my bag then handed her a tissue
432 she shot me a grateful look and pushed it against both eyes at once
433 bart p all rt
434 indd c
435 am bart zo andrea bartz oup wedged against a well dressed man holding a kindle
> millimeters from a woman s cheek i debated
436 f should throw myself into work
437 then an about face
438 fuck werk ali f want to do is think about edie
439 was still undecided as i spun through the revolving doors into my building s lo
> bby a minimalist entry with wavy metal and burbling fountains all silver and gla
> ss and impressive business is done ilere
440 i m really lucky to still have a job in magazines i d told sarah enthusiastical
> ly fifteen hours before hurrying in to fact check an inane six page feature on cbd
> infused cocktails
441 i bumped into damien the magazine s video editor and my closest no only work fr
> iend as i headed toward my office
442 ile launched into an elaborate tale of how he d spent his evening with the poli
> ce because an idiot ups worker had left his package outside his brownstone where
> it had promptly been stolen and now he needed a police report to have his insur
> ance cover it but the cops were acting like he expected them to find the package
> and the worst part was that it was a beautiful coffee table book about circa six
> ties erotica but everyone was acting like he d just ordered porn and now he had
> to submit a freedom of information law request just to get his own damn police r
> report from the bureau of criminal records verification or something iie sighed
> grandly
443 damien is the queen of histrionic sighs
444 what d you do last night
445 he finished finally
446 t had dinner with a friend from when i first moved to new york i said
447 it was weird she mentioned
448
449
450 do you have work am i distracting you
451 ile waved his hand cheerfully and sauntered farther into my office
452 so ten years ago this good friend of ours killed herself and the friend from la
> st night sarah she found her
453 christ lindsay i m sorry

349 i stared at a picture of edie in her mid twenties tears gathered in my eyes i d both
> hated and adored her and for months after she died i d felt in my chest a black
> hole of grief a sudden gaping absence
350 she smirked at me from the screen
351 she had a little gap between her front teeth and long red curls that spilled ov
> er her back and shoulders
352 edie was the ringleader the princess whose every wish came true not because it
> was also our command exactly but because she stated her wants and the very unive
> rse seemed to bow to them
353 when she giggled when you were in her smile with her it was magic
354 and when you weren t well
355 the problem i realized was that the date on the photos showed when they were po
> sted not when they were taken
356 i browsed around in the right era the one after edie s death but couldn t find
> any of that night anything that could prove my attendance
357 which made sense what a strange gauche move it would have been in the midst of
> our mourning to toss up a photo of august s debauchery
358 i couldn t remember the band s name or think of how to find other pictures from
> the show
359 frustrated i kept scrolling hoping they d pop up in another image tagged
360 our little clique was outside in so many photos drinking out of massive styrofo
> am cups in mccarren park or smoking on fire escapes stoops roofs
361 i remembered that summer the last one with edie how all the bands we saw blurre
> d into a cacophony of synth and sarah wore that crazy day glo hat everywhere and
> i was on a vodka gimlet kick
362 not pictured
363 the violent bouts of crying alone the change in cabin pressure if edie was unha
> ppy
364 i clicked on a photo of the five of us goofing around in a sculpture park on a
> weekend trip to philly
365 alex had his arm around edie smiling calmly
366 edie was looking at something outside of the frame squinting to see
367 sarah and i were posing dramatically arms up toward the heavens and kevin had c
> limbed onto the vaguely humanoid sculpture behind us and wrapped his arms around
> an appendage
368 it won t last told them as tears again coated my eyes
369 then because it was late and my anger had simmered into a tired ache i snapped
> my laptop closed and went to sleep
370 the next morning i forgot my headphones for the subway ride to work and listene
> d instead to the din of tired people commuting
371 i heard a sniffle and looked down at a young woman seated in front of me tears
> pouring freely down her cheeks
372 poor thing
373 i dug in my bag then handed her a tissue
374 she shot me a grateful look and pushed it against both eyes at once
375 wedged against a well dressed man holding a kindle millimeters from a woman s c
> heek i debated
376 i should throw myself into work
377 then an about face
378 fuck work all i want to do is think about edie
379 i was still undecided as i spun through the revolving doors into my building s
> lobby a minimalist entry with wavy metal and burbling fountains all silver and g
> lass and impressive business is done here
380 i m really lucky to still have a job in magazines i d told sarah enthusiastical
> ly fifteen hours before hurrying in to fact check an inane six page feature on c
> bd infused cocktails
381 i bumped into damien the magazine s video editor and my closest no only work fr
> iend as i headed toward my office
382 he launched into an elaborate tale of how he d spent his evening with the polic
> e because an idiot ups worker had left his package outside his brownstone where
> it had promptly been stolen and now he needed a police report to have his insura
> nce cover it but the cops were acting like he expected them to find the package
> and the worst part was that it was a beautiful coffee table book about circa six
> ties erotica but everyone was acting like he d just ordered porn and now he had
> to submit a freedom of information law request just to get his own damn police r
> eport from the bureau of criminal records verification or something
383 he sighed grandly
384 damien is the queen of histrionic sighs
385 what d you do last night
386 he finished finally
387 i had dinner with a friend from when i first moved to new york i said
388 it was weird she mentioned do you have work am i distracting you
389 he waved his hand cheerfully and sauntered farther into my office
390 so ten years ago this good friend of ours killed herself and the friend from la
> st night sarah she found her
391 christ lindsay i m sorry

```
454 did she take a bunch of p   r    s    t    did    h  r own  r a bunch of p   r a what
455 no she used a gun                       393 no she used a gun
456 and left a suicide note on her computer 394 and left a suicide note on her computer
457 ile shook his head                      395 he shook his head
458 that s awful                            396 that s awful
459 was she young                           397 was she young
460 we were all twenty three                398 we were all twenty three
461 bart p all rt
462 indd
463 am bart zo the lost night
464 damn                                    399 damn
465 we stared at each other                 400 we stared at each other
466 finally he said                         401 finally he said
467 ten years ago                           402 ten years ago
468 youre old                               403 you re old
469 fuck you                                404 fuck you
470 i smiled                                405 i smiled
471 why am i telling you this               406 why am i telling you this
472 because he could bring me back to the present take the gravity out of it  407 because he could bring me back to the present take the gravity out of it
473 yeah it was really sudden and           408 yeah it was really sudden and awful
474
475
476 awful
477 been on my mind                         409 been on my mind
478 why d she do it                         410 why d she do it
479 there turned out to be so much weird stuff going on that we didn t really know  411 there turned out to be so much weird stuff going on that we didn t really know
480 about until we like compared notes in the week or two after i recited  about until we like compared notes in the week or two after i recited
    like her family was struggling and going through some stuff and she and her boy  like her family was struggling and going through some stuff and she and her boy
    friend had just broken up but they were still living together  friend had just broken up but they were still living together
481 living with her ex he said whistling     living with her ex he said whistling
482 kill myself                             414 i d kill myself
483 right                                   415 right
484 why hadn t we seen it as uncomfortable at the time  416 why hadn t we seen it as uncomfortable at the time
485 well because bucking conventions had been our status quo  417 well because bucking conventions had been our status quo
486 so anyway sawthe friend last night andit turns out right after the suicide she  418 so anyway i saw the friend last night and it turns out right after the suicide
    went totally conspiracy theorist and claimed it wasn t a suicide  she went totally conspiracy theorist and claimed it wasn t a suicide
487 jesus he breathed                        419 jesus he breathed
488 wait you re just learning this now       420 wait you re just learning this now
489 t kinda split from the group after the funeral  421 i kinda split from the group after the funeral
490 they all lived together andit was       422 they all lived together and it was we were kinda drifting apart by then anyway
491
492
493 we were kinda drifting apart by then any way
494 i sighed                                 423 i sighed
495 hey were like this beautiful little hipster clique  424 they were like this beautiful little hipster clique
496 hen edie died it all fell apart          425 when edie died it all fell apart
497 it need to see these people              426 i need to see these people
498 facebook                                 427 facebook
499 ile gestured at my monitor and i pulled up some group photos  428 he gestured at my monitor and i pulled up some group photos
500 she s cute he said when i pointed to edie  429 she s cute he said when i pointed to edie
501 and theres the final proof that you are zero percent heterosexual  430 and there s the final proof that you are zero percent heterosexual
502 she s stunning                           431 she s stunning
503 did everyone want to fuck her            432 did everyone want to fuck her
504 ile shrugged                             433 he shrugged
505 so skinny                                434 so skinny
506 you could snap her in half               435 you could snap her in half
507 christ damien she s dead i said through inappropriate laughter  436 christ damien she s dead i said through inappropriate laughter
508 ile apologized grinning then headed for his desk  437 he apologized grinning then headed for his desk
509 i returned to facebook to the grid of photos  438 i returned to facebook to the grid of photos
510 there were so many pictures of us hanging out in sarah alex kevin and edie s ap  439 there were so many pictures of us hanging out in sarah alex kevin and edie s ap
    artment which wed jokingly called sake pronounced like bart p all rt  artment which we d jokingly called sake pronounced like the japanese wine unwill
                                             ing to bear the inconvenience of mentioning all of the tenants names
511 indd c
512 am bart z andrea bartz oup the japanese wine unwilling to bear the inconvenienc
    e of mentioning all of the tenants names
513 always with drinks around always with drunk sparkly eyes  440 always with drinks around always with drunk sparkly eyes
514 so few of these images stirred up memories they were like loose leaves or a dec  441 so few of these images stirred up memories they were like loose leaves or a dec
    k of cards                               k of cards
515 young people ilaving fun                 442 young people having fun
516 i seemed to be always there though i lived two stops away on the subway  443 i seemed to be always there though i lived two stops away on the subway
517 sarah was sort of right                  444 sarah was sort of right
518 while edie and i had been best friends for a moment i d never quite been a full  445 while edie and i had been best friends for a moment i d never quite been a full
    member of the clique                     member of the clique
519 once edie and i had had our fallingout d been just outside watching them throug  446 once edie and i had had our falling out i d been just outside watching them thr
    h a sheet of glass                       ough a sheet of glass
520 i scrolled                               447 i scrolled
521 there were just as many photos of us in other apartments within calhoun lofts b  448 there were just as many photos of us in other apartments within calhoun lofts b
    eer bottles scattered around someone flipping off the camera or finding a way to  eer bottles scattered around someone flipping off the camera or finding a way to
    look blas                                look blas
522 it was such an odd building a full block long and set up like a college dormito  449 it was such an odd building a full block long and set up like a college dormito
    ry only instead of small dorm rooms there were apartments each tall and rectangu  ry only instead of small dorm rooms there were apartments each tall and rectangu
    lar like a giant shoebox                 lar like a giant shoebox
523 there came gapingly vacant except for a kitchen and a bathroom crouched in one c  450 there came gapingly vacant except for a kitchen and a bathroom crouched in one
    orner                                    orner
524 and into those giant shoeboxes tenants brought plywood and drywall and construc  451 and into those giant shoeboxes tenants brought plywood and drywall and construc
    ted their lives                          ted their lives
525 lofted bedrooms resting on stilts with a forest of four by four pillars underne  452 lofted bedrooms resting on stilts with a forest of four by four pillars underne
```

ath or cubbylike rooms lin...
the central corridor felt like being on dry sand with the red sea rising on eith
er side

526 sarah had been the virgil who d led me through calhoun s graffiti splattered fro
nt doors and into its deepest circles

527 i d first met sarah in manhattan a week or two earlier at a vodka soaked roofto
p party thrown by effervescent pr people for some product or campaign launch

528 it was august and i d just started my first job as a fact checker at a fitness
magazine sarah was a junior designer at the village voice and somehow both our n
names showed up in some media directory and garnered us invitations

529 it felt strange gulping cocktails at this extravagant party while the stock mar
ket teetered and talking heads wrung their hands and both our companies implemen
ted hiring freezes like an early winter frost

530 we chatted away and exchanged emails and then got lunch at a burrito place and
just like that we were friends

531 i miss bart p all rt
532 indd cy
533 am bart z publis ng group the lost night that about my twenties that vastness t
hat sweeping sense that there s room for everyone worthwhile all the time and sp
ace in the world

534 sarah lived with edie and some other girls at the time in a different apartment
within calhoun lofts

535 d heard the building referred to in reverential tones it was hipster legend
536 sarah had invited me to see a show there that saturday
537 my outfit and hair carefully planned out and rethought i d taken two parting sh
ots of whiskey boarded the l train and ridden deep into the bowels of bushwick

538 sarah met me at the door with a hug and a compliment can still taste that tang
of relief that i d dressed acceptably and brought me first to her apartment to p
regame

539 stepping into her place i gasped at the soaring warehouse space with unfinished
walls twenty foot ceilings and on the far end a wall of dirty windows that look
ed straight out of a vintage elementary school

540 rap music poured from speakers and my eyes fell on edie standing on the couch a
nd dancing with abandon a red solo cup held high in one hand

541 i saw her as if in slow motion
542 red waves skipping over a cropped gold blazer a sliver of pale stomach above in
digo shorts all skinny limbs and outsize confidence

543 sarah yelled up an introduction and edie turned her emerald eyes to me and smil
ed and suddenly nothing in life was as important as making this girl like me

544 sarah poured us drinks and we sat down with the other roommates
545 i remember less about them
546 a quiet girlnamed jenna with long brown hair and a bumped nose she worked in bo
ok publishing maybe

547 and an impressively skinny blonde named kylie who spoke with a california raaaa
ahsp

548 strangers thrown together by craigslist but all nice girls a group that danced
and drank and lived well together

549 i focused my efforts on edie who was bright and hilarious and weirdly delighted
by everything i said

550 i did so well
551 hit that second drink tingle of wit and found myself thinking that this edie wa
s everything i wanted my life in new york to be

552 bart p all rt
553 indd
554 am bart z andrea bartz roup she didn t ask me what i did tor work instead we gu
shed about our close at hand dreams her imminent enrollment at parsons my plans
to write narrative nonfiction so finely crafted it d make readers chests ache

555 we talked about men and bowie how we d both read an article revealing we re abo
ut percent stardust and percent hydrogen or big bang dust and isn t it wild our
atoms are as old as life itself

556 we had such great energy
557 even sarah noticed it and politely faded into herself
558 after a final round of shots the girls led me to an apartment on another floor
another huge rectangular canvas now decked out with a stage along the far window
s a bar merch table off to its right and an especially bizarre construction of l
iving quarters

559 over a thicket of four by fours they d built a cluster of elevated bedrooms eac
h claustrophobic and squat and opening into an elt size catwalk which lipped out
into an overhang from which to watch the stage

560 a resident bumped into that night told me that during a brief run of romeo an
fulret they d made literal use of it for the balcony scene

561 our drunkenness swelled not just from the shots but also from the frenzy
562 strobe lights spilled drinks gyrating masses a pounding band sporting silver an
d gold jackets and sequins on their eyebrows

563 we allowed the surf to sweep us up dancing along a pleasant tornado
564 the night faded to black afterward like so many after it when the light of my c
onsciousness would blink back on hours later in my own bed or on sake s couch or
sometimes atop the small sweaty mattress of amale calhoun resident

565 periods snipped from my timeline blacked out right in the middle of the best da
ys of my life

566 that s my lingering impression of our year as a gang
567 such potent intoxicating fun a billowing glee i hadn t experienced before and c
ertainly haven t since

568 a montage of drunken nights spent wandering from floor to hoor searching for th
e source of a pounding bassline or setting off fireworks from the roof or drifti
ng around phoneless unable to find one another in separate sets of staircases

569 we weren t yet glued to our devices

the central corridor felt like being on dry sand with the red sea rising on eith
er side

453 sarah had been the virgil who d led me through calhoun s graffiti splattered fr
ont doors and into its deepest circles

454 i d first met sarah in manhattan a week or two earlier at a vodka soaked roofto
p party thrown by effervescent pr people for some product or campaign launch

455 it was august and i d just started my first job as a fact checker at a fitness
magazine sarah was a junior designer at the village voice and somehow both our n
names showed up in some media directory and garnered us invitations

456 it felt strange gulping cocktails at this extravagant party while the stock mar
ket teetered and talking heads wrung their hands and both our companies implemen
ted hiring freezes like an early winter frost

457 we chatted away and exchanged emails and then got lunch at a burrito place and
just like that we were friends

458 i miss that about my twenties that vastness that sweeping sense that there s ro
om for everyone worthwhile all the time and space in the world

459 sarah lived with edie and some other girls at the time in a different apartment
within calhoun lofts

460 i d heard the building referred to in reverential tones it was hipster legend
461 sarah had invited me to see a show there that saturday
462 my outfit and hair carefully planned out and rethought i d taken two parting sh
ots of whiskey boarded the l train and ridden deep into the bowels of bushwick

463 sarah met me at the door with a hug and a compliment i can still taste that tan
g of relief that i d dressed acceptably and brought me first to her apartment to
pregame

464 stepping into her place i gasped at the soaring warehouse space with unfinished
walls twenty foot ceilings and on the far end a wall of dirty windows that look
ed straight out of a vintage elementary school

465 rap music poured from speakers and my eyes fell on edie standing on the couch a
nd dancing with abandon a red solo cup held high in one hand

466 i saw her as if in slow motion
467 red waves skipping over a cropped gold blazer a sliver of pale stomach above in
digo shorts all skinny limbs and outsize confidence

468 sarah yelled up an introduction and edie turned her emerald eyes to me and smil
ed and suddenly nothing in life was as important as making this girl like me

469 sarah poured us drinks and we sat down with the other roommates
470 i remember less about them
471 a quiet girl named jenna with long brown hair and a bumped nose she worked in
book publishing maybe

472 and an impressively skinny blonde named kylie who spoke with a california raaaa
ahsp

473 strangers thrown together by craigslist but all nice girls a group that danced
and drank and lived well together

474 i focused my efforts on edie who was bright and hilarious and weirdly delighted
by everything i said

475 i did so well
476 i hit that second drink tingle of wit and found myself thinking that this edie
was everything i wanted my life in new york to be

477 she didn t ask me what i did for work instead we gushed about our close at hand
dreams her imminent enrollment at parsons my plans to write narrative nonfictio
n so finely crafted it d make readers chests ache

478 we talked about men and bowie how we d both read an article revealing we re abo
ut percent stardust and percent hydrogen or big bang dust and isn t it wild our
atoms are as old as life itself

479 we had such great energy
480 even sarah noticed it and politely faded into herself
481 after a final round of shots the girls led me to an apartment on another floor
another huge rectangular canvas now decked out with a stage along the far window
s a bar merch table off to its right and an especially bizarre construction of l
iving quarters

482 over a thicket of four by fours they d built a cluster of elevated bedrooms eac
h claustrophobic and squat and opening into an elf size catwalk which lipped out
into an overhang from which to watch the stage

483 a resident i bumped into that night told me that during a brief run of romeo an
d juliet they d made literal use of it for the balcony scene

484 our drunkenness swelled not just from the shots but also from the frenzy
485 strobe lights spilled drinks gyrating masses a pounding band sporting silver an
d gold jackets and sequins on their eyebrows

486 we allowed the surf to sweep us up dancing along a pleasant tornado
487 the night faded to black afterward like so many after it when the light of my c
onsciousness would blink back on hours later in my own bed or on sake s couch or
sometimes atop the small sweaty mattress of a male calhoun resident

488 periods snipped from my timeline blacked out right in the middle of the best da
ys of my life

489 that s my lingering impression of our year as a gang
490 such potent intoxicating fun a billowing glee i hadn t experienced before and c
ertainly haven t since

491 a montage of drunken nights spent wandering from floor to floor searching for t
he source of a pounding bassline or setting off fireworks from the roof or drift
ing around phoneless unable to find one another in separate sets of staircases

492 we weren t yet glued to our devices

570 here was bart p all rtind e

571 am bart z public a ng group the lost night i no instagram to document in flatteri
ng light that you d been included no location tagging to show you were there

572 for me it was like a college do over reparations for those four years of agoni
zing over my gpa and pottering around in a medication induced fog

573 calhoun felt self contained its own little microcosm with secrets and a kind of
kiddie society and the feel of a grand immersive theater production

574 we were so young but thought we were the wisest bastards on the planet

575 we didn t run the world and in fact outside the sky was falling but we did run
that building eight floors high and a block long on an otherwise undeveloped str
eet in bushwick

576 my pointer hovered over a photo of edie dancing and i smiled at the screen

577 she really did come alive on the dance floor spinning and popping and shaking a
nd convulsing in a way that somehow looked so fucking cool so confident and braze
nly joyful that others always turned to watch

578 here was a monthly danceoff i remembered suddenly in a sweat smelling venue by
the river and three times edie had taken home first prize

579 and that smile on her face

580 i checked the date

581 june a few months before she died

582 no one had seen her smile like this in the weeks leading up to her death

583 not alex whom she would dump just a few weeks later even as they vowed to be fr
iends

584 not sarah as the two picked little fights half antagonizing half avoiding each
other impossible of course in that strange a f ce in wonderland style setting

585 certainly not me in the aftermath of the blowup of the century that left me loo
king around at the bomb site and wondering how id called her my best friend

586 i finished fact checking the cocktail feature and turned my attention to an abs
urd sex piece about what everyone can learn from polyamorous relationships

587 an idea unfurled as the day wore on

588 the state s freedom of information law

589 a foil request a polite and unignorable demand that the police department pony
up whatever i please i completed them all the time for work digging up files tha
t writers were too lazy to uncover firsthand

590 i knew the intricacies of the application form and could certainly make a bart
p all rt

591 lindd

592 am bartz oup rown andrea bartz quiet request under the guise of my research job

593 if there had been an investigation around edie s death as sarah had mentioned t
hen there must be a case file

594 i filled owt an online form and gota pop up indicating the requested files woul
d be sent to me in one to five business days a bullshit timeframe when the retri
eval was almost certainly happening ona scale of nanoseconds if then algorithms
instantaneously humming in a digital brain

595 near the end of the day i checked my work email and midway through responding t
o an editor something clicked

596 i had to get into my old email

597 i d blathered tons of juicy stuff in messages to and from edie back in the day w
e d written constantly about weekend plans her relationship dramas the previous
night s party recaps

598 maybe inspecting them now with my fact checker s eye would reveal something i d
missed a cry for help or a pall of depression i d been too young to grasp

599 or perhaps d written something about the concert that night maybe there was pro
of documentation of my whereabouts

600 i d abandoned the account years ago and the service no longer existed so there
was no simple reset password button

601 but there must be some way to crack it back open wriggle inside

602 and i knew who could help

603 i texted my friend tessa late in the afternoon she was always surprising me wit
h the digital lockpicking skills she d picked up in her library sciences program

604 she invited me over later that week damien too if he was free

608 full size it was four men scuzzing around onstage keyboards and guitars and syn
th

609 they all had black and red stripes painted across their faces

610 it was a perfect match with the concert i d been picturing for august a wild sh
ow what rattled a random calhoun apartment

611 i looked at the date and my stomach sank

612 this night the one pictured at least had been a full month before edie died

613 bart p all rtindd c a

614 am bart zo chapter he wine shop on lessa s block was closed but the bodega wasn
t so i picked up a six pack and carried it awkwardly the bottles clinking insid
e their cardboard carrier within the bodega s plastic bag a pointless beer turdu
cken past tessa s doorman and up the ancient elevator and to her door

615 marlon her cute terrier mutt bounded up to my ankles and crouched wagging his t
ail hysterically

616 lindsay

617 lessa gave me a cursory hug and grabbed the beer

618 my favorite kind thank you

619 didn t want to show up empty handed

620 it smells amazing in here

621 something garlicky and rich

622 i made risotto

623 i here come help me make a salad

624 i followed her into the kitchen and tapped a magnet on the fridge in the shape

493 there was no instagram to document in flattering light that you d been included
no location tagging to show you were there

494 for me it was like a college do over reparations for those four years of agoni
zing over my gpa and pottering around in a medication induced fog

495 calhoun felt self contained its own little microcosm with secrets and a kind of
kiddie society and the feel of a grand immersive theater production

496 we were so young but thought we were the wisest bastards on the planet

497 we didn t run the world and in fact outside the sky was falling but we did run
that building eight floors high and a block long on an otherwise undeveloped str
eet in bushwick

498 my pointer hovered over a photo of edie dancing and i smiled at the screen

499 she really did come alive on the dance floor spinning and popping and shaking a
nd convulsing in a way that somehow looked so fucking cool so confident and braze
enly joyful that others always turned to watch

500 there was a monthly dance off i remembered suddenly in a sweat smelling venue b
y the river and three times edie had taken home first prize

501 and that smile on her face

502 i checked the date

503 june a few months before she died

504 no one had seen her smile like this in the weeks leading up to her death

505 not alex whom she would dump just a few weeks later even as they vowed to be fr
iends

506 not sarah as the two picked little fights half antagonizing half avoiding each
other impossible of course in that strange alice in wonderland style setting

507 certainly not me in the aftermath of the blowup of the century that left me loo
king around at the bomb site and wondering how i d called her my best friend

508 i finished fact checking the cocktail feature and turned my attention to an abs
urd sex piece about what everyone can learn from polyamorous relationships

509 an idea unfurled as the day wore on

510 the state s freedom of information law

511 a foil request a polite and unignorable demand that the police department pony
up whatever i please i completed them all the time for work digging up files tha
t writers were too lazy to uncover firsthand

512 i knew the intricacies of the application form and could certainly make a quiet
request under the guise of my research job

513 if there had been an investigation around edie s death as sarah had mentioned t
hen there must be a case file

514 i filled out an online form and got a pop up indicating the requested files wou
ld be sent to me in one to five business days a bullshit timeframe when the retri
eval was almost certainly happening on a scale of nanoseconds if then algorithm
s instantaneously humming in a digital brain

515 near the end of the day i checked my work email and midway through responding t
o an editor something clicked

516 i had to get into my old email

517 i d blathered tons of juicy stuff in messages to and from edie back in the day
we d written constantly about weekend plans her relationship dramas the previous
night s party recaps

518 maybe inspecting them now with my fact checker s eye would reveal something i d
missed a cry for help or a pall of depression i d been too young to grasp

519 or perhaps i d written something about the concert that night maybe there was p
roof documentation of my whereabouts

520 i d abandoned the account years ago and the service no longer existed so there
was no simple reset password button

521 but there must be some way to crack it back open wriggle inside

522 and i knew who could help

523 i texted my friend tessa late in the afternoon she was always surprising me wit
h the digital lockpicking skills she d picked up in her library sciences program

524 she invited me over later that week damien too if he was free

525 full size it was four men scuzzing around onstage keyboards and guitars and syn
th

526 they all had black and red stripes painted across their faces

530 it was a perfect match with the concert i d been picturing for august a wild sh
ow what rattled a random calhoun apartment

531 i looked at the date and my stomach sank

532 this night the one pictured at least had been a full month before edie died

533 chapter the wine shop on tessa s block was closed but the bodega wasn t so i pi
cked up a six pack and carried it awkwardly the bottles clinking inside their ca
rdboard carrier within the bodega s plastic bag a pointless beer turducken past
tessa s doorman and up the ancient elevator and to her door

534 marlon her cute terrier mutt bounded up to my ankles and crouched wagging his t
ail hysterically

535 lindsay

536 tessa gave me a cursory hug and grabbed the beer

537 my favorite kind thank you

538 didn t want to show up empty handed

539 it smells amazing in here

540 something garlicky and rich

541 i made risotto

542 here come help me make a salad

543 i followed her into the kitchen and tapped a magnet on the fridge in the shape

```
10144  am bart z acknowledgments thanks so much to all my crew on this journey
       s
10145  i feellucky to have worked with so many talented amazing women
10146  lo those who shared their technical expertise loren bartz thomas sander and oth
       ers thanks so much for your time and help
10147  all departures from the realm of possibility are of course my own
10148  shout out to the party friends hipster dudes and memorable brooklyn characters
       who made a hell of a year
10149  special thanks to booters liebmann smith for me getting me past mckibbin s fron
       t doors
10150  finally thanks to my parents for turning us into avid readers and encouraging u
       s to pursue our passions even if you guys find the whole writing thing a little
       bewildering
10151  i m also grateful for the enthusiasm of my extended family especially lom denes
       and nagypapa and nagymama
10152  i love you
10153  bart p all rt
10154  ind c
10155  am bart z
```

Right column:

```
8785  i feel lucky to have worked with so many talented amazing women
8786  to those who shared their technical expertise loren bartz thomas sander and oth
      ers thanks so much for your time and help
8787  all departures from the realm of possibility are of course my own
8788  shout out to the party friends hipster dudes and memorable brooklyn characters
      who made a hell of a year
8789  special thanks to booters liebmann smith for getting me past mckibbin s front d
      oors
8790  finally thanks to my parents for turning us into avid readers and encouraging u
      s to pursue our passions even if you guys find the whole writing thing a little
      bewildering
8791  i m also grateful for the enthusiasm of my extended family especially tom denes
      and nagypapa and nagymama
8792  i love you
8793  what s next on your reading list
8794  discover your next great read
8795  get personalized book picks and up to date news about this author
8796  sign up now
8797  .
```

Legends

| Colors | | Links |
|--------|--|-------|
| Added | | (f)irst change |
| Changed | | (n)ext change |
| Deleted | | (t)op |

# Excerpt of Match Visualization for The Lost Night: A Novel in Pirate Library Mirror

```
1 es bart p all rt
2 indd
3 am bart z am rt
4 indd p all bart bart z am r
5 indd p all bart bart z this is a work of fiction
6 names characters places and incidents either are the product of the author s im
>agination or are used fictitiously
7 any resemblance to actual persons living or dead events or locales is entirely
>coincidental
8 copyright by andrea bartz all rights reserved
9 published in the united states by crown publishers animprint of the crown publi
>shing group a division of penguin random house llc new york
10 crownpublishing
11 com crown andthe crown colophon are registered trademarks of penguin random hous
>e llc
12 library of congress cataloging in publication data has been applied fer
13 isbn ebook isbn international edition isbn printed in the united states of amer
>ica book design by lauren deng jacket design by k jacket photograph by tk first
>edition bart p all rtindd c
14 am bart z for fulta bart p all rt

15 indd c
16 am bart z bart p all rt
17 indd cy
18 am bart z prologue had the dream again



19 lying on the floor with blood pouring out of me trying to cry out but i can t m
>ake a sound
20 the scratched hoor spreading out around me round yellow lights overhead
21 his time for added fun i knew someone was coming for me but i couldn t figure o
>ut if it was to help me or finish me off
22 this morning i finally googled around to see if there s a universal meaning lik
>e dreaming that your teeth fell out
23 apparently all the blood means that i emotionally drained my life force leaki
>ng out
24 one site even noted that it could indicate bitter confrontations among you and
>your friends which is a little on the nose
25 i m still mad about the fight
26 we ve started speaking again and i can tell she s eager to just pretend it neve
>r happened and go back to normal
```

```
29 she thinks she loves me when really she just likes showing the world we re a pa
>ir
30 this is my cool friend edie and never mind whether anything s going on below th
>e surface
31 it s almost funny that she s jealous you really want all this
32 i ve got a boyfriend who doesn t trust me
33 a best friend who s using me
34 parents who alternately call me up crying or remember i exist only when i m som
>ehowinconveniencing them
35 i guess she and i are both pretty tucked up in different ways
36 it s the fourth of july
37 independence day as mom and dad always insist on calling it like card carrying
>snobs
38 lhey re at uncle john s again this year mom probably on her sixth vodka soda si
>tting on sweaty lawn chairs and eating overbarbecued burgers and bart p all rt

39 indd c
40 am bart z andrea bartz oup feeling smug about the fact that they re in connecti
>cut
41 i scoffed at the idea of going with them but of course now i m alone in a musty
> apartment in bushwick writing a stupid diary entry while all my roommates and f
>riends are on the rooftop drinking from red solo cups and watching some band
42 it s sunny and a holiday and those are both facts that make things a little wor
>se because know i should be enjoying the day like anormal human
43 it s hard to describe
44 when i m out with a crowd and we re having a good time it zs fun to recognize
> it as fun but i don t quite connect with it
45 it s like m eighteen inches away watching all the fun happen
46 and then as soon as the fun thing is over a fog settles over everything again
47 okay i can hear the band on the roof from all the way down here so guess i ll h
>ead up there
48 maybe ll get up on the ledge make people nervous
49 standing four feet closer to heaven and looking at the sidewalk eight emptied f
>loors below
50 maybe today s the day i ll jump
51 bart p all rtindd stag aten
52 f eee bass
53 sq ae bre sers fe snk non
54 ge be sem ne leena cas pgs
55 ss he pase op el oh sp soest
56 am bart z am p all rt
```

```
1 this is a work of fiction
2 names characters places and incidents either are the product of the author s im
>agination or are used fictitiously
3 any resemblance to actual persons living or dead events or locales is entirely
>coincidental
4 copyright by andrea bartz all rights reserved
5 published in the united states by crown publishers an imprint of the crown publi
>shing group a division of penguin random house llc new york
6 crownpublishing
7 com crown and the crown colophon are registered trademarks of penguin random hou
>se llc
8 library of congress cataloging in publication data has been applied for
9 isbn ebook isbn international edition isbn cover design by elena giavaldi cover
> photographs
10 cityscape michael turek gallery stock woman and window giacomo furlanetto mille
>nnium images uk v
11 contents cover title page copyright dedication prologue
12 edie part i chapter
13 lindsay chapter chapter part ii chapter
14 greg chapter
15 lindsay chapter chapter chapter part iii chapter
16 kevin chapter
17 lindsay chapter chapter part iv chapter
18 alex chapter
19 lindsay chapter chapter acknowledgments for julia prologue edie i had the dream
20 lying on the floor with blood pouring out of me trying to cry out but i can t m
>ake a sound
21 the scratched floor spreading out around me round yellow lights overhead
22 this time for added fun i knew someone was coming for me but i couldn t figure
>out if it was to help me or finish me off
23 this morning i finally googled around to see if there s a universal meaning lik
>e dreaming that your teeth fell out
24 apparently all the blood means that i emotionally drained my life force leaki
>ng out
25 one site even noted that it could indicate bitter confrontations among you and
>your friends which is a little on the nose
26 i m still mad about the fight
27 we ve started speaking again and i can tell she s eager to just pretend it neve
>r happened and go back to normal
```

```
29 she thinks she loves me when really she just likes showing the world we re a pa
>ir
31 this is my cool friend edie and never mind whether anything s going on below th
>e surface
32 it s almost funny that she s jealous you really want all this
33 i ve got a boyfriend who doesn t trust me
34 a best friend who s using me
35 parents who alternately call me up crying or remember i exist only when i m som
>ehow inconveniencing them
36 i guess she and i are both pretty fucked up in different ways
37 it s the fourth of july
38 independence day as mom and dad always insist on calling it like card carrying
>snobs
39 they re at uncle john s again this year mom probably on her sixth vodka soda si
>tting on sweaty lawn chairs and eating overbarbecued burgers and feeling smug ab
>out the fact that they re in connecticut
40 i scoffed at the idea of going with them but of course now i m alone in a musty
> apartment in bushwick writing a stupid diary entry while all my roommates and f
>riends are on the rooftop drinking from red solo cups and watching some band
41 it s sunny and a holiday and those are both facts that make things a little wor
>se because i know i should be enjoying the day like a normal human
42 it s hard to describe
43 when i m out with a crowd and we re having a good time it is fun to recognize
> it as fun but i don t quite connect with it
44 it s like i m eighteen inches away watching all the fun happen
45 and then as soon as the fun thing is over a fog settles over everything again
46 okay i can hear the band on the roof from all the way down here so i guess i ll
> head up there
47 maybe i ll get up on the ledge make people nervous
48 standing four feet closer to heaven and looking at the sidewalk eight emptied f
>loors below
49 maybe today s the day i ll jump
```

57 indd bart bart z bart p aeose
58 indd
am bart z wy ae csm sine myr
60 er ha pap sese aa atte rrr nt bh loner ss ee shan vhs pete an pa rete ea heeee
>ope oe i ynee en ita e saee aaeea a ss ee mr rohs
61 on ed ae sor faw be chapter lindsay at chickens packed into factory farms maggo
>ts wriggling like a thick white carpet buffalo fumbling toward the edge of a cli
>ff
62 all spacious situations compared to the new york city subway at
>p
64 m
65 the doors slid apart but i was stuck my fellow commuters barely moved and i ble
>ated out apologies as i smashed against bodies squeezing onto the platform right
>as the doors thudded closed again
6 i took a few steps and peered through the windows at the people still inside cr
>ammed like stuffed animals at the bottom of a claw vending machine
i was so tired
8 a feeling i had a lot these days
69 a part of me wanted to go straight home heat up something frozen and maybe watc
>h old stupidreruns but i d been the one to suggest these plans
70 in a rare flare of nostalgia i d fired off the message forgetting in the moment t
>hat i d once sworn to myself that i d never open up pandora s box
71 it was almost as if boredom had made me reckless
72 i pushed through the throng of commuters at the foot of the subway stairs
>3 outside rain made its way through fabric and onto my ass my knees my feet
>the feeling i d been wrestling with all day grew the panicky dread that swells
>before a first date
7 what if this reunion mucked up my last good memories fromthat single singular y
>ear
76 when i reached the restaurant an inoffensive bistro in boring midtown west a ma
>n snapped his umbrella closed in my face and for some reason i apologized to him
>knee jerk
77 inside i was just pulling out a chair at our table when sarah entered
78 she spotted me and waved and i thought she looked exactly the same
79 she didn t of course and neither did i a fact i bart p all rtindd
80 am bart z andrea bartz oup only realized much later that night when i was click
>ing through old photos tears rolling down my cheeks
81 at twenty three we had that alienoid bone structure big eyes and sunken cheeks
>aving into dewy little chins
82 now ten years later we re old young and round faced and just human again
83 then we hugged and maybe there was some chemical trigger a smell or invisible p
>heromone but the hug felt exactly like it did a decade ago
84 we relaxed and smiled at each other and thought maybe this would be fun
5 lindsay it s so good to see you she said dropping into her chair
you look great
87 so do you
i chirped
89 i can t believe it s been ten years
90 t know it s crazy
sarah nodded eyebrows up
92 i low have you been
really good
you know keeping on
95 i was so happy to hear you moved back to new york
6 once for an article i d read a linguistics study on conversation patterns
7 in any duo the lower power person imitates the speech style of the alpha
98 i wondered who was following whom here
9 yeah i m glad you reached out
100 when we found out my husband was getting transferred here i was like wow i don
>t know that i know anyone inthe city anymore
101 your husband said
102 i can t wait to meet him
103 i d looked him up on facebook
104 ile was annoyingly handsome
105 at least when friends paired up with unattractive people i could blot at the je
>alousy with smugness
106 l ie is great
107 sarah smiled and snapped open her menu looking down
108 are you seeing anyone
109 no no one special
110 i said brightly
111 so how is it being back in new yorke she scrunched up her features preparing so
>me middle of theroad answer when the waiter appeared to rattle off the specials
112 sarah ordered a vodka martini and after amoment s hesitation i asked for my usu
>al seltzer with lime
i didn t often miss drinking but i knew i d feel a pulse of envy when her conic
>al glass arrived
114 bart p all rt
115 indd cy
116 am bart z the lost night oh my gosh is it okay if i drink
117 she asked after the waiter disappeared
118 of course
119 i m totally fine
120 otherwise i would have suggested meeting for tea
121 she giggled and shrugged and we both went back to reading our menus christ was
>this really sarah

50 chapter lindsay at chickens packed into factory farms maggots wriggling like a
> thick white carpet buffalo fumbling toward the edge of a cliff
51 all spacious situations compared to the new york city subway at
>p
53 m
54 the doors slid apart but i was stuck my fellow commuters barely moved and i ble
>ated out apologies as i smashed against bodies squeezing onto the platform right
>as the doors thudded closed again
5 i took a few steps and peered through the windows at the people still inside cr
>ammed like stuffed animals at the bottom of a claw vending machine
i was so tired
58 a feeling i had a lot these days
a part of me wanted to go straight home heat up something frozen and maybe watc
>h old stupid reruns but i d been the one to suggest these plans
59 in a rare flare of nostalgia i d fired off the message forgetting in the moment
> that i d once sworn to myself that i d never open up pandora s box
60 it was almost as if boredom had made me reckless
61 i pushed through the throng of commuters at the foot of the subway stairs
>2 outside rain made its way through fabric and onto my ass my knees my feet
>the feeling i d been wrestling with all day grew the panicky dread that swells
>before a first date
64 what if this reunion mucked up my last good memories from that single singular
>year
7 when i reached the restaurant an inoffensive bistro in boring midtown west a ma
>n snapped his umbrella closed in my face and for some reason i apologized to him
>knee jerk
6 inside i was just pulling out a chair at our table when sarah entered
7 she spotted me and waved and i thought she looked exactly the same
68 she didn t of course neither did i a fact i only realized much later that n
>ight when i was clicking through old photos tears rolling down my cheeks
69 at twenty three we had that alienoid bone structure big eyes and sunken cheeks
70 now ten years later we re old young and round faced and just human again
71 then we hugged and maybe there was some chemical trigger a smell or invisible p
>heromone but the hug felt exactly like it did a decade ago
72 we relaxed and smiled at each other and thought maybe this would be fun
3 lindsay it s so good to see you she said dropping into her chair
you look great
75 so do you
76 i chirped
7 i can t believe it s been ten years
78 i know it s crazy
79 sarah nodded eyebrows up
80 how have you been
really good
82 you know keeping on
83 i was so happy to hear you moved back to new york
4 once for an article i d read a linguistics study on conversation patterns
5 in any duo the lower power person imitates the speech style of the alpha
86 i wondered who was following whom here
7 yeah i m glad you reached out
88 when we found out my husband was getting transferred here i was like wow i don
>t know that i know anyone in the city anymore
89 your husband i said
90 i can t wait to meet him
91 i d looked him up on facebook
92 he was annoyingly handsome
93 at least when friends paired up with unattractive people i could blot at the je
>alousy with smugness
9 he s great
95 sarah smiled and snapped open her menu looking down
6 are you seeing anyone
97 no no one special
98 i said brightly
100 so how is it being back in new york she scrunched up her features preparing some middle of the road answer when the
>waiter appeared to rattle off the specials
101 sarah ordered a vodka martini and after a moment s hesitation i asked for my us
>ual seltzer with lime
i didn t often miss drinking but i knew i d feel a pulse of envy when her conic
>al glass arrived
103 oh my gosh is it okay if i drink
104 she asked after the waiter disappeared
105 of course
106 i m totally fine
107 otherwise i would have suggested meeting for tea
108 she giggled and shrugged and we both went back to reading our menus

```
122 he same literary witty hardpartying friend i d counted among my clique during t
   >hat first wild year in new york
123 i d messaged her the very day she announced on facebook that she was moving bac
   >k from st
124 louis forgetting in my sentimentality that things had ended pretty icily
125 then i d felt embarrassed until a few weeks ago when she d replied apologet
   >ic to set a date
126 t s good to be back here but weird she said finally
127 so much has changed
128 it almost feels like coming to a new city
129 but what about you you still love it
130 t do i replied
131 i mean i m really lucky to still have a job in magazines and i ve been living i
   >n the same place in fort greene for
132
133
134 five years now
135 i took a deep sip and bubbles flooded my tongue
136 that s great sarah said
137 that s definitely a neighborhood i want to check out
138 she pushed her black hair behind her ears and a few silver streaks twinkled lik
   >e tinsel
139 well if there s any way i can be helpful as you guys look around just let me kn
   >ow i said
140 thanks lindsay
141 it s tough because i want to find a place asap but i also don t want to end up
   >somewhere terrible
142 right now we re living with nate s parents in trenton
143 she gave me a knowing look
144 youre in jersey
145
146 wow
147 right
148 i m one of those people we totally hated back in the day
149 we both chuckled
152 she shrugged
153 i mean just online like with you
154 for a while alex and i would call or have a little email exchange around the an
   >niversary
155 you know raise a glass
156 she sipped her drink
157 kevin bart p all rtindd
158 am bart z andrea bartz oup doesn t really update anything so i m pretty out of
   >date on him
159 i think he and alex keep in touch so i get reports every once ina while
160 last i heard he and his husband owned a little music store in nashville and he
   >was like giving drum lessons
161 wait kevin s married
162 she laughed
163 you didn t know that
164 apparently he met this great guy like two seconds after he moved away
165 a pianist think
166 of course like everyone who moves away from new york
167 i smoothed a napkin on my lap
168 a husband
169 kevin was still twentyfour in my mind jumpy and juvenile
170 when did he move again
171 as soon as he d finished his community service
172 that winter after
173
174
175 afterward
176 iler face darkened but then the waiter reappeared and we politely placed our or
   >ders sarah nodding eagerly when he offered to bring another round
177 she asked me more about my work and i learned a bit about the executive recruit
   >ing she d been doing in st
178 louis and how now the tables had turned and she had to get herself hired and th
   >e bar was set high when every headhunter is so good at the game and god the i
   >rony
179 we giggled at the appropriate times
180 twice she made a cute hand gesture her little fists up near her chest like sock
   >puppets and she was sarah kwan again sarah kwan with the cool raspberry lipstic
   >k and an impossible crop top and a yard of thick glossy hair
181 she didnt mention edie again until we were finishing dessert picking at a shar
   >ed flourless chocolate cake
182 it s crazy to think about how much has happened in ten years she announced
183 i was so glad to hear you wanted to get together
184 i thought about reaching out a few times over the years but i just wasn t sure
   >after
185
186
187 mean after how everything went down after edie
188 that s exactly how i felt to be honest i said
189 i know i just sort of
190
191
```

Right column:

```
110 he same literary witty hard partying friend i d counted among my clique during
   >that first wild year in new york
111 i d messaged her the very day she announced on facebook that she was moving bac
   >k from st
112 louis forgetting in my sentimentality that things had ended pretty icily
113 then i d felt embarrassed until a few weeks ago when she d replied apologet
   >ic to set a date
114 it s good to be back here but weird she said finally
115 so much has changed
116 it almost feels like coming to a new city
117 but what about you you still love it
118 i do i replied
119 i mean i m really lucky to still have a job in magazines and i ve been living i
   >n the same place in fort greene for five years now
120 i took a deep sip and bubbles flooded my tongue
121 that s great sarah said
122 that s definitely a neighborhood i want to check out
123 she pushed her black hair behind her ears and a few silver streaks twinkled lik
   >e tinsel
124 well if there s any way i can be helpful as you guys look around just let me kn
   >ow i said
125 thanks lindsay
126 it s tough because i want to find a place asap but i also don t want to end up
   >somewhere terrible
127 right now we re living with nate s parents in trenton
128 she gave me a knowing look
129 you re in jersey
130
131 wow
132 right
133 i m one of those people we totally hated back in the day
134 we both chuckled
137 she shrugged
138 i mean just online like with you
139 for a while alex and i would call or have a little email exchange around the an
   >niversary
140 you know raise a glass
141 she sipped her drink
142 kevin doesn t really update anything so i m pretty out of date on him
143 i think he and alex keep in touch so i get reports every once in a while
144 last i heard he and his husband owned a little music store in nashville and he
   >was like giving drum lessons
145 wait kevin s married
146 she laughed
147 you didn t know that
148 apparently he met this great guy like two seconds after he moved away
149 a pianist i think
150 of course like everyone who moves away from new york
151 i smoothed a napkin on my lap
152 a husband
153 kevin was still twenty four in my mind jumpy and juvenile
154 when did he move again
155 as soon as he d finished his community service
156 that winter afterward
157 her face darkened but then the waiter reappeared and we politely placed our ord
   >ers sarah nodding eagerly when he offered to bring another round
158 she asked me more about my work and i learned a bit about the executive recruit
   >ing she d been doing in st
159 louis and how now the tables had turned and she had to get herself hired and th
   >e bar was set high when every headhunter is so good at the game and god the i
   >rony
160 we giggled at the appropriate times
161 twice she made a cute hand gesture her little fists up near her chest like sock
   >puppets and she was sarah kwan again sarah kwan with the cool raspberry lipstic
   >k and an impossible crop top and a yard of thick glossy hair
162 she didnt mention edie again until we were finishing dessert picking at a shar
   >ed flourless chocolate cake
163 it s crazy to think about how much has happened in ten years she announced
164 i was so glad to hear you wanted to get together
165 i thought about reaching out a few times over the years but i just wasn t sure
   >after i mean after how everything went down after edie
166 that s exactly how i felt to be honest i said
167 i know i just sort of went mia afterward
```

192 went mia afterward
193 i mean u guess we were all just grieving in our own way
194 we were so young
195 none of us were equipped to deal with it
196 she nodded and looked away and i realized she wanted me to go on
197 i always thought you had it worse bart p all rtindd c
198 am bart z ng group the lost night g than anyone sarah
199 worse than everyone
200 mean you found her
201 god i haven t thought about this in so long
202 i d done my crying and then id let edie go tucking the whole ordeal away so that
> it couldn t taint what came before
203 now i recalled a nugget i d learned from fact checking a feature on an innocent
> man condemned by poorly recalled witness testimony
204 when you pull up a memory you re actually recalling the last time you remembere
> d it not the event itself
205 one day one by one we d all stopped refreshing the memory
206 so i was surprised by how quickly the night came back to me now that i d called
> it up
207 now that sarah was sitting across from me and talking about august in dark tene
> brous terms
208 it had been a friday
209 a band had been rattling the windows in an apartment two hoors up t rom edie s p
> lace and a bunch of us were standing around at the concert drunk or pretending t
> o be
210 the guitars and bass were so loud i could feel the vibrations in my collarbone
211 i remember registering with a flapping concern that i was too drunk then scurry
> ing out to the street where a random girl had helped me hail a taxi home
212 edie hadn t been at the concert with us edie had been home alone two hoors down
> crafting a brief suicide note and then pulling out the gun
213 iler time of death we later learned was while we were watching the band their me
> andering chords cloaking the single gunshot
214 the rest i knew from my friends accounts repeated so many times that i could se
> e it
215 midnight pitch black sarah hobbles into the apartment and flicks on the overhea
216 iler screams had rattled the whole building shrill and sharp and with that beeli
> ike whine hovering descant just above her cries
217 i know it was awful
218 she listed forward and i suddenly realized sarah was drunk
219 you moved back home right
220 i d always wondered if her parents had checked her into some kind of psych ward
221 i d pulled away after a few weeks but continued to watch the amputated friend g
> roup from the relative safety of social media sarah had bart p all rt
222 indd c
223 am bart z andrea bartz oup gone off the grid completely deactivating her accoun
> ts and only reemerging a few years later with anew smiling facebook profile and
> friend requests all around
224 yeah my parents were pretty worried about me
225 i mean i was acting like a lunatic going all conspiracy theorist
226 what do you mean
227 a sheepish laugh
228 you remember
229 you don t remember
236 she continued
237 i was running around insisting that edie hadn t actually killed herself that it
> must have been an accident or foul play or something
238 i know it s ridiculous
239 oh wow i didn t realize that
240 sarah s flair for melodramaresurfaced in my memory like something emerging from
> the mist
241 it was just strange how different she seemed right before
242
243
244 at the end she went on
245 i mean i lived with her and we barely said more than two sentences to each othe
> r those last few weeks
246 even less for me we weren t speaking i cut in
247 and we were always super close
248 sarah ignored the one up
249 i was really caught up in that
250
251
252 that narrative
253 it wasi t healthy
254 i m sorry that must have been really tough for you andi
255
256
257 i zipped my thumb out the universal sign for having gotten out of dodge
258 yeah i understand
259 i feel like it s all i was talking about back then but maybe that s just cause
> it was like consuming my mind
260 what made you think it wasn t a suicide

Right column:

168 i mean i guess we were all just grieving in our own way
169 we were so young
170 none of us were equipped to deal with it
171 she nodded and looked away and i realized she wanted me to go on
172 i always thought you had it worse bart than anyone sarah
173 worse than everyone
174 i mean you found her
175 god i haven t thought about this in so long
176 i d done my crying and then i d let edie go tucking the whole ordeal away so th
> at it couldn t taint what came before
177 now i recalled a nugget i d learned from fact checking a feature on an innocent
> man condemned by poorly recalled witness testimony
178 when you pull up a memory you re actually recalling the last time you remembere
> d it not the event itself
179 one day one by one we d all stopped refreshing the memory
180 so i was surprised by how quickly the night came back to me now that i d called
> it up
181 now that sarah was sitting across from me and talking about august in dark tene
> brous terms
182 it had been a friday
183 a band had been rattling the windows in an apartment two floors up from edie s
> place and a bunch of us were standing around at the concert drunk or pretending
> to be
184 the guitars and bass were so loud i could feel the vibrations in my collarbone
185 i remember registering with a flapping concern that i was too drunk then scurry
> ing out to the street where a random girl had helped me hail a taxi home
186 edie hadn t been at the concert with us edie had been home alone two floors dow
> n crafting a brief suicide note and then pulling out the gun
187 her time of death we later learned was while we were watching the band their me
> andering chords cloaking the single gunshot
188 the rest i knew from my friends accounts repeated so many times that i could se
> e it
189 midnight pitch black sarah hobbles into the apartment and flicks on the overhea
190 her screams had rattled the whole building shrill and sharp and with that beeli
> ke whine hovering descant just above her cries
191 i know it was awful
192 she listed forward and i suddenly realized sarah was drunk
193 you moved back home right
194 i d always wondered if her parents had checked her into some kind of psych ward
195 i d pulled away after a few weeks but continued to watch the amputated friend g
> roup from the relative safety of social media sarah had gone off the grid comple
> tely deactivating her accounts and only reemerging a few years later with a new
> smiling facebook profile and friend requests all around
196 yeah my parents were pretty worried about me
197 i mean i was acting like a lunatic going all conspiracy theorist
198 what do you mean
199 a sheepish laugh
200 you remember
207 you don t remember
208 she continued
209 i was running around insisting that edie hadn t actually killed herself that it
> must have been an accident or foul play or something
210 i know it s ridiculous
211 oh wow i didn t realize that
212 sarah s flair for melodrama resurfaced in my memory like something emerging fro
> m the mist
213 it was just strange how different she seemed right before at the end she went o
> n
214 i mean i lived with her and we barely said more than two sentences to each othe
> r those last few weeks
215 even less for me we weren t speaking i cut in
216 and we were always super close
217 sarah ignored the one up
218 i was really caught up in that that narrative
219 it wasn t healthy
220 i m sorry that must have been really tough for you and i i zipped my thumb out
> the universal sign for having gotten out of dodge
221 yeah i understand
222 i feel like it s all i was talking about back then but maybe that s just cause
> it was like consuming my mind
223 what made you think it wasn t a suicide

261 i asked a little too der
262 oh my god it was all stupid little things in retrospect
263 there was the fact that i found her in her underwear she was always so perfectl
> y put together so that seemed weird
264 right but it was circumstantial
265 when we d talked it out in those first shaken weeks it had also seemed plausibl
> e that she bart p all rtindd c
266 am bart z roup the lost night li wouldn t have wanted to ruin any of the beauti
ful pieces in her closet edie had treated them like precious artifacts
267 and the gun stuff didn t make sense to me
268 she was lefthanded but the gun was in her right hand and the wound was on the r
ght side of her face
269 until a forensic expert explained to me that if she used two hands she could ve
> wound up slightly offcenter and just like crumpled to either side
270 jesus
271 she d talked to a forensic expert
272 i watched as she slurped the last of her fourth martini
273 but i learned enough about criminology to figure out that there are a few loose
> ends in any investigation
274 because that s how life is
275
276
277
278 unraveling i supplied
279 she smiled
280 but yeah my parents found me an awesome therapist and she helped me face the fa
cts
281 i guess we all turned out okay
282 we did
283 and you shouldn t feel bad about dealing with it however you needed to deal wit
h it
284 we were all so immature and maybe didn t know how to
285
286
287 ask for help
288 you mean like edie
289 vd been thinking of myself but sure edie too
290 what with the debt and the depression and the suicide note on her laptop
291 the gun pressed against her temple
292 that was some heavy shit i said
293 she poked at her cocktail napkin
294 ts it s still hard for me to believe sometimes
295 like we were at the top of our game
296 we were having the time of our lives
297 i know what you mean i said
298 everyone glorifies their twenties i guess but for me that period was
299
300
301 it meant a lot
302 i swallowed hard
303 and then it ended
304 it s nuts
305 literally we were dancing around to some stupid band just a few floors up while
> edie was
306
307
308 sarah narrowed her eyes
309 well you weren t
310 what
311 you weren t at the concert
312 bart p all rtindd c
313 am bart z andrea bartz roup i cocked my head
314 wait what
315 of course i was
316 you weren t
317 you went home
318 i remember because i was mad that none of my girlfriends came with me
319 can you believe that
320 i was mad at edie while she was like committing suicide
321 seriously that took me a few thousand dollars of therapy to work through
322 i scoffed
323 christ sarah of course i was there
324 i pregamed with you guys on the roof and we took a bunch of shots and then we w
ent to the show
325 i went home near the end of the set
326 she was shaking her head as i spoke and her expression matched mine
327 that charged look when you just know know the other person s remembering it wro
ng
336 music so loud we were part of it gyrating through every crashing sound wave
337 i mean i know what i know she said finally leaning back and tossing her napkin
>onto the table
338 like she was wrapping up a fight doing the adult thing
339 that s fine but i do too i told her sighing and shaking my head
340 i know exactly where i was standing
341 we were off to the lefts side

Right column:

224 i asked a little too der
225 oh my god it was all stupid little things in retrospect
226 there was the fact that i found her in her underwear she was always so perfectl
> y put together so that seemed weird
227 right but it was circumstantial
228 when we d talked it out in those first shaken weeks it had also seemed plausibl
> e that she wanted to ruin any of the beautiful pieces in her close
t edie had treated them like precious artifacts
229 and the gun stuff didn t make sense to me
230 she was left handed but the gun was in her right hand and the wound was on the
bright side of her face
231 until a forensic expert explained to me that if she used two hands she could ve
> wound up slightly off center and just like crumpled to either side
232 jesus
233 she d talked to a forensic expert
234 i watched as she slurped the last of her fourth martini
235 but i learned enough about criminology to figure out that there are a few loose
> ends in any investigation
236 because that s how life is
237 unraveling i supplied
238 she smiled
239 but yeah my parents found me an awesome therapist and she helped me face the fa
cts
240 i guess we all turned out okay
241 we did
242 and you shouldn t feel bad about dealing with it however you needed to deal wit
h it
243 we were all so immature and maybe didn t know how to ask for help
244 you mean like edie
245 i d been thinking of myself but sure edie too
246 what with the debt and the depression and the suicide note on her laptop
247 the gun pressed against her temple
248 that was some heavy shit i said
249 she poked at her cocktail napkin
250 it s still hard for me to believe sometimes
251 like we were at the top of our game
252 we were having the time of our lives
253 i know what you mean i said
254 everyone glorifies their twenties i guess but for me that period was it meant a
> lot
255 i swallowed hard
256 and then it ended
257 it s nuts
258 literally we were dancing around to some stupid band just a few floors up while
> edie was sarah narrowed her eyes
259 well you weren t
260 what
261 you weren t at the concert
262 i cocked my head
263 wait what
264 of course i was
265 you weren t
266 you went home
267 i remember because i was mad that none of my girlfriends came with me
268 can you believe that
269 i was mad at edie while she was like committing suicide
270 seriously that took me a few thousand dollars of therapy to work through
271 i scoffed
272 christ sarah of course i was there
273 i pregamed with you guys on the roof and we took a bunch of shots and then we w
ent to the show
274 i went home near the end of the set
275 she was shaking her head as i spoke and her expression matched mine
276 that charged look when you just know know the other person s remembering it wro
ng
285 music so loud we were part of it gyrating through every crashing sound wave
286 i mean i know what i know she said finally leaning back and tossing her napkin
>onto the table
287 like she was wrapping up a fight doing the adult thing
288 that s fine but i do too i told her sighing and shaking my head
289 i know exactly where i was standing
290 we were off to the left s side

```
342  theband something with ... in their name they were covered in
     red and black face paint
343  they all lived in calhoun
344  we saw them a bunch of times
345  you re thinking of another time
346  anyway
347  she signaled to the waiter
348  could i get some more water please
349  we sat there for awhile breathing
350  everything was humming
351  my head my chest my hands
352  finally she asked if i kept up with any good podcasts and i answered awkwardly
353  after a few sentences we fell into a rhythm and ediestlid back into the past
354  outside in the rain sarah and i frantically hugged goodbye and sped off between
     the raindrops toward different subways
355  stand bart p all rt
356  indd c
357  am bart z ng group the lost night own ing onaclammy c train my umbrella drippin
     g onto my boots i let the outrage pour through me again
358  first there was sarah s prickly proclamation that she and edie had been the clo
     sest which was preposterous everyone knew edie and i had been inseparable
359  and here she d just cut me out of the narrative on the most significant night o
     f our friendship swzp
360  it wouldn t be the first time sarah had implied that i wasn t in edie s inner c
     ircle but rather a hanger on like someone s annoying little sister
361  all because i hadn t lived with the four of them
362  well no
363  all because edie and i had been the closest and sarah s jealousy would sometime
     s waft by like a scent
364  of course i d been there
365  i felt a propulsive need to confirm it co pull up the old photos and messages t
     hat would prove her wrong
366  as soon as i got home i figured i d put this to rest
367  i slumped over my laptop at the kitchen table squinting at the screen to keep i
     t from blurring as my contacts turned gummy
368  i opened facebook and blinked at the torrent of my peers baby photos snuggles
369
370
372  for the first time in years i searched for alex
373  a profile picture of himand his shiny haired wife on vacation
374  from which meant he didn t use facebook much
375  i opened up a message to him then froze
376  what the hell could i even say
377  quick question on the night edie died i came with you to the concert right
378  tope all is well thaaanks
379  closed the message and clicked instead on my photos tab to begin the slow scrol
     ling process ot unearthing photos from sliding backward in time
380  eventually i slinked into the right era
381  me with sarah edie kevin and alex
382  i was struck by how good looking we all were smooth skinned and twinkly eyed
383  sarah was pretty and serene with that swingy hair and small curvy mouth
384  i had the same dirty blond curls and wide mouth and thick eyebrows i d since le
     arned to accentuate but they were easy and unassuming back when i was that age
385  i d always felt awkward next to sarah and edie the less pretty friend making an
     unfortunate laughing face in photos
386  now i saw that we were all just lovely eager and open faced
387  fogging ourselves up with a practiced ennui sure but so much younger than we th
     ought we were
388  bart p all rtindd c
389  am bart z crown roup andrea bartz alex was generically handsome the stereotypic
     al dark haired blue eyed five o clock shadowed adonis with sleeve tattoos and a
     self satisfied smirk
390  ile had that look for years i d stare down a stranger in a store or at a show t
     rying to decide if it was alex or one of his ten thousand doppelgangers
391  back then he was a guitarist who made money taking on freelance coding projects
     and completing them at all hours of the night and it was sort of sad to look ba
     ck and realize that the alex in these pictures had no idea he d abandon music sl
     owly at first then with grim finality
392  last i heard he lived in westchester in one of those river towns with a car and
     a dog and everything he didn t know he wanted
393  aw and kevin such a little goofball
394  i paused on a photo of him with his band
395  the guitarist with her pink hair the fat greasy lead singer whose confidence tr
     umped his appearance and little kevin in the back his arms and drumsticks a blur
396  i d abruptly chopped them all out of my life but i knew from facebook that he d
     been the second one to actually move away after sarah relocating to nashville l
     ate that year
397  the gun had been his a vintage thing he kept in the living room typically unloa
     ded and the guilt surrounding it must have gotten the better of him
398  now he was a grown up too
399  i filed through his most recent photos annoyed that there weren t any of his hu
     sband
400  kevzn
401  who d have thought
402  edie was the quiet star of every photo she appeared in bony and freckled and so
     sure of her beauty
```

```
     ... in their name they were covered in
     red and black face paint
292  they all lived in calhoun
293  we saw them a bunch of times
294  you re thinking of another time
295  anyway
296  she signaled to the waiter
297  could i get some more water please
298  we sat there for awhile breathing
299  everything was humming
300  my head my chest my hands
301  finally she asked if i kept up with any good podcasts and i answered awkwardly
302  after a few sentences we fell into a rhythm and edie slid back into the past
303  outside in the rain sarah and i frantically hugged goodbye and sped off between
     the raindrops toward different subways
304  standing on a clammy c train my umbrella dripping onto my boots i let the outra
     ge pour through me again
305  first there was sarah s prickly proclamation that she and edie had been the clo
     sest which was preposterous everyone knew edie and i had been inseparable
306  and here she d just cut me out of the narrative on the most significant night o
     f our friendship snip
307  it wouldn t be the first time sarah had implied that i wasn t in edie s inner c
     ircle but rather a hanger on like someone s annoying little sister
308  all because i hadn t lived with the four of them
309  well no
310  all because edie and i had been the closest and sarah s jealousy would sometime
     s waft by like a scent
311  of course i d been there
312  i felt a propulsive need to confirm it to pull up the old photos and messages t
     hat would prove her wrong
313  as soon as i got home i figured i d put this to rest
314  i slumped over my laptop at the kitchen table squinting at the screen to keep i
     t from blurring as my contacts turned gummy
315  i opened facebook and blinked at the torrent of my peers baby photos snuggles
316
317
319  for the first time in years i searched for alex
320  a profile picture of him and his shiny haired wife on vacation
321  from which meant he didn t use facebook much
322  i opened up a message to him then froze
323  what the hell could i even say
324  quick question on the night edie died i came with you to the concert right
325  hope all is well thaaanks
326  i closed the message and clicked instead on my photos tab to begin the slow scr
     olling process of unearthing photos from sliding backward in time
327  eventually i slinked into the right era
328  me with sarah edie kevin and alex
329  i was struck by how good looking we all were smooth skinned and twinkly eyed
330  sarah was pretty and serene with that swingy hair and small curvy mouth
331  i had the same dirty blond curls and wide mouth and thick eyebrows i d since le
     arned to accentuate but they were easy and unassuming back when i was that age
332  i d always felt awkward next to sarah and edie the less pretty friend making an
     unfortunate laughing face in photos
333  now i saw that we were all just lovely eager and open faced
334  fogging ourselves up with a practiced ennui sure but so much younger than we th
     ought we were
335  alex was generically handsome the stereotypical dark haired blue eyed five o cl
     ock shadowed adonis with sleeve tattoos and a self satisfied smirk
336  he had that look for years i d stare down a stranger in a store or at a show tr
     ying to decide if it was alex or one of his ten thousand doppelgangers
337  back then he was a guitarist who made money taking on freelance coding projects
     and completing them at all hours of the night and it was sort of sad to look ba
     ck and realize that the alex in these pictures had no idea he d abandon music sl
     owly at first then with grim finality
338  last i heard he lived in westchester in one of those river towns with a car and
     a dog and everything he didn t know he wanted
339  aw and kevin such a little goofball
340  i paused on a photo of him with his band
341  the guitarist with her pink hair the fat greasy lead singer whose confidence tr
     umped his appearance and little kevin in the back his arms and drumsticks a blur
342  i d abruptly chopped them all out of my life but i knew from facebook that he d
     been the second one to actually move away after sarah relocating to nashville l
     ate that year
343  the gun had been his a vintage thing he kept in the living room typically unloa
     ded and the guilt surrounding it must have gotten the better of him
344  now he was a grown up too
345  i filed through his most recent photos annoyed that there weren t any of his hu
     sband
346  kevin
347  who d have thought
348  edie was the quiet star of every photo she appeared in bony and freckled and so
     sure of her beauty
```

403 i stared at a picture of edie in the moment before tears gathered in my eyes i d both
hated and adored her and for months after she died v d felt in my chest a black
hole of grief a sudden gaping absence
404 she smirked at me from the screen
405 she had a little gap between her front teeth and long red curls that spilled ov
er her back and shoulders
406 edie was the ringleader the princess whose every wish came true not because it
was also our command exactly but because she stated her wants and the very universe
seemed to bow to them
407 when she giggled when you were in her smile with her it was magic
408 and when you werent

410
411 bart p all rt
412 indd
413 am bart z roup the lost night well
414 the problem i realized was that the date on the photos showed when they were po
sted not when they were taken
415 i browsed around in the right era the one after edie s death but couldn find an
y of that night anything that could prove my attendance
416 which made sense what a strange gauche move it would have been in the midst of
our mourning to toss up a photo of august s debauchery
417 i couldn t remember the band s name or think of how to find other pictures from
the show
418 frustrated i kept scrolling hoping they d pop up in another image tagged
419 our little clique was outside in so many photos drinking out of massive styrofo
am cups in mccarren park or smoking on fire escapes stoops roofs
420 i remembered that summer the last one with edie how all the bands we saw blurre
d into a cacophony of synth and sarah wore that crazy day glo hat everywhere and
i was ona vodka gimlet kick
421 not pictured
422 the violent bouts of crying alone the change in cabin pressure if edie was unha
ppy
423 i clicked on a photo of the five of us goofing around in a sculpture park on a
weekend trip to philly
424 alex had his arm around edie smiling calmly
425 edie was looking at something outside of the frame squinting to see
426 sarah and i were posing dramatically arms up toward the heavens and kevin had c
limbed onto the vaguely humanoid sculpture behind us and wrapped his arms around
an appendage
427 it won t last told them as tears again coated my eyes
428 then because it was late and my anger had simmered into atired ache i snapped m
y laptop closed and went to sleep
429 the next morning i forgot my headphones for the subway ride to work and listene
d instead to the din of tired people commuting
430 i heard a sniffle and looked down at a young woman seated in front of me tears
pouring freely down her cheeks

431 poor thing i dug in my bag then handed her a tissue
432 she shot me a grateful look and pushed it against both eyes at once
433 bart p all rt
434 indd e
435 am bart zo andrea bartz oup wedged against a well dressed man holding a kindle
millimeters from a woman s cheek i debated
436 f should throw myself into work
437 then an about face
438 fuck werk ali f want to do is think about edie
439 was still undecided as i spun through the revolving doors into my building s lo
bby a minimalist entry with wavy metal and burbling fountains all silver and gla
ss and impressive business is done ilere
440 i m really lucky to still have a job in magazines i d told sarah enthusiastical
ly fteen hours before hurrying in to fact check an inane six page feature on cbd
infused cocktails
441 i bumped into damien the magazine s video editor and my closest no only work fr
iend as i headed toward my office
442 ile launched into an elaborate tale of how he d spent his evening with the poli
ce because an idiot ups worker had left his package outside his brownstone where
it had promptly been stolen and now he needed a police report to have his insur
ance cover it but the cops were acting like he hated them to find the package
and the worst part was that it was a beautiful coffee table book about circa si
xties erotica but everyone was acting like he d just ordered porn and now he had
to submit a freedom of information law request just to get his own damn police
report from the bureau of criminal records verification or something iie sighed
grandly
443 damien is the queen of histrionic sighs
444 what d you do last night
445 he finished finally
446 t had dinner with a friend from when i first moved to new york i said
447 it was weird she mentioned
448
449
450 do you have work am i distracting you
451 ile waved his hand cheerfully and sauntered farther into my office
452 so ten years ago this good friend of ours killed herself and the friend from la
st night sarah she found her
453 christ lindsay i m sorry

349 i stared at a picture of edie in the moment before tears gathered in my eyes i d both
hated and adored her and for months after she died i d felt in my chest a black
hole of grief a sudden gaping absence
350 she smirked at me from the screen
351 she had a little gap between her front teeth and long red curls that spilled ov
er her back and shoulders
352 edie was the ringleader the princess whose every wish came true not because it
was also our command exactly but because she stated her wants and the very universe
seemed to bow to them
353 when she giggled when you were in her smile with her it was magic
354 and when you weren t well

355 the problem i realized was that the date on the photos showed when they were po
sted not when they were taken
356 i browsed around in the right era the one after edie s death but couldn t find
any of that night anything that could prove my attendance
357 which made sense what a strange gauche move it would have been in the midst of
our mourning to toss up a photo of august s debauchery
358 i couldn t remember the band s name or think of how to find other pictures from
the show
359 frustrated i kept scrolling hoping they d pop up in another image tagged
360 our little clique was outside in so many photos drinking out of massive styrofo
am cups in mccarren park or smoking on fire escapes stoops roofs
361 i remembered that summer the last one with edie how all the bands we saw blurre
d into a cacophony of synth and sarah wore that crazy day glo hat everywhere and
i was on a vodka gimlet kick
362 not pictured
363 the violent bouts of crying alone the change in cabin pressure if edie was unha
ppy
364 i clicked on a photo of the five of us goofing around in a sculpture park on a
weekend trip to philly
365 alex had his arm around edie smiling calmly
366 edie was looking at something outside of the frame squinting to see
367 sarah and i were posing dramatically arms up toward the heavens and kevin had c
limbed onto the vaguely humanoid sculpture behind us and wrapped his arms around
an appendage
368 it won t last i told them as tears again coated my eyes
369 then because it was late and my anger had simmered into a tired ache i snapped
my laptop closed and went to sleep
370 the next morning i forgot my headphones for the subway ride to work and listene
d instead to the din of tired people commuting
371 i heard a sniffle and looked down at a young woman seated in front of me tears
pouring freely down her cheeks

372 poor thing
373 i dug in my bag then handed her a tissue
374 she shot me a grateful look and pushed it against both eyes at once

375 wedged against a well dressed man holding a kindle millimeters from a woman s c
heek i debated
376 i should throw myself into work
377 then an about face
378 fuck work all i want to do is think about edie
379 i was still undecided as i spun through the revolving doors into my building s
lobby a minimalist entry with wavy metal and burbling fountains all silver and g
lass and impressive business is done here
380 i m really lucky to still have a job in magazines i d told sarah enthusiastical
ly fteen hours before hurrying in to fact check an inane six page feature on c
bd infused cocktails
381 i bumped into damien the magazine s video editor and my closest no only work fr
iend as i headed toward my office
382 he launched into an elaborate tale of how he d spent his evening with the polic
e because an idiot ups worker had left his package outside his brownstone where
it had promptly been stolen and now he needed a police report to have his insura
nce cover it but the cops were acting like he hated them to find the package
and the worst part was that it was a beautiful coffee table book about circa six
ties erotica but everyone was acting like he d just ordered porn and now he had
to submit a freedom of information law request just to get his own damn police r
eport from the bureau of criminal records verification or something

383 he sighed grandly
384 damien is the queen of histrionic sighs
385 what d you do last night
386 he finished finally
387 i had dinner with a friend from when i first moved to new york i said
388 it was weird she mentioned do you have work am i distracting you

389 he waved his hand cheerfully and sauntered farther into my office
390 so ten years ago this good friend of ours killed herself and the friend from la
st night sarah she found her
391 christ lindsay i m sorry

```
454 did she take a bunch of ...
455 no she used a gun
456 and left a suicide note on her computer
457 ile shook his head
458 that s awful
459 was she young
460 we were all twenty three
461 bart p all rt
462 indd
463 am bart zo the lost night
464 damn
465 we stared at each other
466 finally he said
467 ten years ago
468 youre old
469 fuck you
470 i smiled
471 why am i telling you this
472 because he could bring me back to the present take the gravity out of it
473 yeah it was really sudden and
474
475
476 awful
477 been on my mind
478 why d she do it
479 there turned out to be so much weird stuff going on that we didn t really know
480 about until we like compared notes in the week or two after i recited
    like her family was struggling and going through some stuff and she and her boy
    friend had just broken up but they were still living together
    living with her ex he said whistling
481 kill myself
482 right
483
484 why hadn t we seen it as uncomfortable at the time
485 well because bucking conventions had been our status quo
486 so anyway sawthe friend last night andit turns out right after the suicide she
    went totally conspiracy theorist and claimed it wasn t a suicide
487 jesus he breathed
488 wait you re just learning this now
489 t kinda split from the group after the funeral
490 they all lived together andit was
491
492
493 we were kinda drifting apart by then any way
494 i sighed
495 hey were like this beautiful little hipster clique
496 when edie died it all fell apart
497 i need to see these people
498 facebook
499 iie gestured at my monitor and i pulled up some group photos
500 she s cute he said when i pointed to edie
501 and theres the final proof that you are zero percent heterosexual
502 she s stunning
503 did everyone want to fuck her
504 ile shrugged
505 so skinny
506 you could snap her in half
507 christ damien she s dead i said through inappropriate laughter
508 ile apologized grinning then headed for his desk
509 i returned to facebook to the grid of photos
510 there were so many pictures of us hanging out in sarah alex kevin and edie s ap
    artment which wed jokingly called sake pronounced like bart p all rt
511 indd c
512 am bart z andrea bartz oup the japanese wine unwilling to bear the inconvenienc
    e of mentioning all of the tenants names
513 always with drinks around always with drunk sparkly eyes
514 so few of these images stirred up memories they were like loose leaves or a dec
    k of cards
515 young people ilaving fun
516 i seemed to be always there though i lived two stops away on the subway
517 sarah was sort of right
518 while edie and i had been best friends for a moment i d never quite been a full
    member of the clique
519 once edie and i had had our fallingout d been just outside watching them throug
    h a sheet of glass
520 i scrolled
521 there were just as many photos of us in other apartments within calhoun lofts b
    eer bottles scattered around someone flipping off the camera or finding a way to
    look blas
522 it was such an odd building a full block long and set up like a college dormito
    ry only instead of small dorm rooms there were apartments each tall and rectangu
    lar like a giant shoebox
523 there came gapingly vacant except for a kitchen and a bathroom crouched in one c
    orner
524 and into those giant shoeboxes tenants brought plywood and drywall and construc
    ted their lives
525 lofted bedrooms resting on stilts with a forest of four by four pillars underne
```

Right column:

```
392 did she take a bunch of ...
393 no she used a gun
394 and left a suicide note on her computer
395 he shook his head
396 that s awful
397 was she young
398 we were all twenty three
399 damn
400 we stared at each other
401 finally he said
402 ten years ago
403 you re old
404 fuck you
405 i smiled
406 why am i telling you this
407 because he could bring me back to the present take the gravity out of it
408 yeah it was really sudden and awful
409 been on my mind
410 why d she do it
411 there turned out to be so much weird stuff going on that we didn t really know
    about until we like compared notes in the week or two after i recited
    like her family was struggling and going through some stuff and she and her boy
    friend had just broken up but they were still living together
    living with her ex he said whistling
414 i d kill myself
415 right
416 why hadn t we seen it as uncomfortable at the time
417 well because bucking conventions had been our status quo
418 so anyway i saw the friend last night and it turns out right after the suicide
    she went totally conspiracy theorist and claimed it wasn t a suicide
419 jesus he breathed
420 wait you re just learning this now
421 i kinda split from the group after the funeral
422 they all lived together and it was we were kinda drifting apart by then anyway
423 i sighed
424 they were like this beautiful little hipster clique
425 when edie died it all fell apart
426 i need to see these people
427 facebook
428 he gestured at my monitor and i pulled up some group photos
429 she s cute he said when i pointed to edie
430 and there s the final proof that you are zero percent heterosexual
431 she s stunning
432 did everyone want to fuck her
433 he shrugged
434 so skinny
435 you could snap her in half
436 christ damien she s dead i said through inappropriate laughter
437 he apologized grinning then headed for his desk
438 i returned to facebook to the grid of photos
439 there were so many pictures of us hanging out in sarah alex kevin and edie s ap
    artment which we d jokingly called sake pronounced like the japanese wine unwill
    ing to bear the inconvenience of mentioning all of the tenants names
440 always with drinks around always with drunk sparkly eyes
441 so few of these images stirred up memories they were like loose leaves or a dec
    k of cards
442 young people having fun
443 i seemed to be always there though i lived two stops away on the subway
444 sarah was sort of right
445 while edie and i had been best friends for a moment i d never quite been a full
    member of the clique
446 once edie and i had had our falling out i d been just outside watching them thr
    ough a sheet of glass
447 i scrolled
448 there were just as many photos of us in other apartments within calhoun lofts b
    eer bottles scattered around someone flipping off the camera or finding a way to
    look blas
449 it was such an odd building a full block long and set up like a college dormito
    ry only instead of small dorm rooms there were apartments each tall and rectangu
    lar like a giant shoebox
450 there came gapingly vacant except for a kitchen and a bathroom crouched in one c
    orner
451 and into those giant shoeboxes tenants brought plywood and drywall and construc
    ted their lives
452 lofted bedrooms resting on stilts with a forest of four by four pillars underne
```

526 sarah had been the virgil who d led me through calhoun s graffiti splattered from
nt doors and into its deepest circles
527 i d first met sarah in manhattan a week or two earlier at a vodka soaked roofto
p party thrown by effervescent pr people for some product or campaign launch
528 it was august and i d just started my first job as a fact checker at a fitness
magazine sarah was a junior designer at the village voice and somehow both our n
ames showed up in some media directory and garnered us invitations
529 it felt strange gulping cocktails at this extravagant party while the stock mar
ket teetered and talking heads wrung their hands and both our companies implemen
ted hiring freezes like an early winter frost
530 we chatted away and exchanged emails and then got lunch at a burrito place and
just like that we were friends
531 i miss bart p all rt
532 indd cy
533 am bart z publis ng group the lost night that about my twenties that vastness t
hat sweeping sense that there s room for everyone worthwhile all the time and sp
ace in the world
534 sarah lived with edie and some other girls at the time in a different apartment
within calhoun lofts
535 d heard the building referred to in reverential tones it was hipster legend
536 sarah had invited me to see a show there that saturday
537 my outfit and hair carefully planned out and rethought i d taken two parting sh
ots of whiskey boarded the l train and ridden deep into the bowels of bushwick
538 sarah met me at the door with a hug and a compliment can still taste that tang
of relief that i d dressed acceptably and brought me first to her apartment to p
regame
539 stepping into her place i gasped at the soaring warehouse space with unfinished
walls twenty foot ceilings and on the far end a wall of dirty windows that look
ed straight out of a vintage elementary school
540 rap music poured from speakers and my eyes fell on edie standing on the couch a
nd dancing with abandon a red solo cup held high in one hand
541 i saw her as if in slow motion
542 red waves skipping over a cropped gold blazer a sliver of pale stomach above in
digo shorts all skinny limbs and outsize confidence
543 sarah yelled up an introduction and edie turned her emerald eyes to me and smil
ed and suddenly nothing in life was as important as making this girl like me
544 sarah poured us drinks and we sat down with the other roommates
545 i remember less about them
546 a quiet girlnamed jenna with long brown hair and a bumped nose she worked in bo
ok publishing maybe
547 and an impressively skinny blonde named kylie who spoke with a california raaaa
ahsp
548 strangers thrown together by craigslist but all nice girls a group that danced
and drank and lived well together
549 i focused my efforts on edie who was bright and hilarious and weirdly delighted
by everything i said
550 i did so well
551 hit that second drink tingle of wit and found myself thinking that this edie wa
s everything i wanted my life in new york to be
552 bart p all rt
553 indd
554 am bart z andrea bartz roup she didn t ask me what i did tor work instead we gu
shed about our close at hand dreams her imminent enrollment at parsons my plans
to write narrative nonfiction so finely crafted it d make readers chests ache
555 we talked about men and bowie how we d both read an article revealing we re abo
ut percent stardust and percent hydrogen or big bang dust and isn t it wild our
atoms are as old as life itself
556 we had such great energy
557 even sarah noticed it and politely faded into herself
558 after a final round of shots the girls led me to an apartment on another floor
another huge rectangular canvas now decked out with a stage along the far window
s a bar merch table off to its right and an especially bizarre construction of l
iving quarters
559 over a thicket of four by fours they d built a cluster of elevated bedrooms eac
h claustrophobic and squat and opening into an elt size catwalk which lipped out
into an overhang from which to watch the stage
560 a resident bumped into that night told me that during a brief run of romeo an
fulret they d made literal use of it for the balcony scene
561 our drunkenness swelled not just from the shots but also from the frenzy
562 strobe lights spilled drinks gyrating masses a pounding band sporting silver an
d gold jackets and sequins on their eyebrows
563 we allowed the surf to sweep us up dancing along a pleasant tornado
564 the night faded to black afterward like so many after it when the light of my c
onsciousness would blink back on hours later in my own bed or on sake s couch or
sometimes atop the small sweaty mattress of amale calhoun resident
565 periods snipped from my timeline blacked out right in the middle of the best da
ys of my life
566 that s my lingering impression of our year as a gang
567 such potent intoxicating fun a billowing glee i hadn t experienced before and c
ertainly haven t since
568 a montage of drunken nights spent wandering from floor to hoor searching for th
e source of a pounding bassline or setting off fireworks from the roof or drifti
ng around phoneless unable to find one another in separate sets of staircases
569 we weren t yet glued to our devices

453 sarah had been the virgil who d led me through calhoun s graffiti splattered fr
ont doors and into its deepest circles
454 i d first met sarah in manhattan a week or two earlier at a vodka soaked roofto
p party thrown by effervescent pr people for some product or campaign launch
455 it was august and i d just started my first job as a fact checker at a fitness
magazine sarah was a junior designer at the village voice and somehow both our n
ames showed up in some media directory and garnered us invitations
456 it felt strange gulping cocktails at this extravagant party while the stock mar
ket teetered and talking heads wrung their hands and both our companies implemen
ted hiring freezes like an early winter frost
457 we chatted away and exchanged emails and then got lunch at a burrito place and
just like that we were friends
458 i miss that about my twenties that vastness that sweeping sense that there s ro
om for everyone worthwhile all the time and space in the world
459 sarah lived with edie and some other girls at the time in a different apartment
within calhoun lofts
460 i d heard the building referred to in reverential tones it was hipster legend
461 sarah had invited me to see a show there that saturday
462 my outfit and hair carefully planned out and rethought i d taken two parting sh
ots of whiskey boarded the l train and ridden deep into the bowels of bushwick
463 sarah met me at the door with a hug and a compliment i can still taste that tan
g of relief that i d dressed acceptably and brought me first to her apartment to
pregame
464 stepping into her place i gasped at the soaring warehouse space with unfinished
walls twenty foot ceilings and on the far end a wall of dirty windows that look
ed straight out of a vintage elementary school
465 rap music poured from speakers and my eyes fell on edie standing on the couch a
nd dancing with abandon a red solo cup held high in one hand
466 i saw her as if in slow motion
467 red waves skipping over a cropped gold blazer a sliver of pale stomach above in
digo shorts all skinny limbs and outsize confidence
468 sarah yelled up an introduction and edie turned her emerald eyes to me and smil
ed and suddenly nothing in life was as important as making this girl like me
469 sarah poured us drinks and we sat down with the other roommates
470 i remember less about them
471 a quiet girl named jenna with long brown hair and a bumped nose she worked in bo
ok publishing maybe
472 and an impressively skinny blonde named kylie who spoke with a california raaaa
ahsp
473 strangers thrown together by craigslist but all nice girls a group that danced
and drank and lived well together
474 i focused my efforts on edie who was bright and hilarious and weirdly delighted
by everything i said
475 i did so well
476 i hit that second drink tingle of wit and found myself thinking that this edie
was everything i wanted my life in new york to be
477 she didn t ask me what i did for work instead we gushed about our close at hand
dreams her imminent enrollment at parsons my plans to write narrative nonfictio
n so finely crafted it d make readers chests ache
478 we talked about men and bowie how we d both read an article revealing we re abo
ut percent stardust and percent hydrogen or big bang dust and isn t it wild our
atoms are as old as life itself
479 we had such great energy
480 even sarah noticed it and politely faded into herself
481 after a final round of shots the girls led me to an apartment on another floor
another huge rectangular canvas now decked out with a stage along the far window
s a bar merch table off to its right and an especially bizarre construction of l
iving quarters
482 over a thicket of four by fours they d built a cluster of elevated bedrooms eac
h claustrophobic and squat and opening into an elf size catwalk which lipped out
into an overhang from which to watch the stage
483 a resident i bumped into that night told me that during a brief run of romeo an
d juliet they d made literal use of it for the balcony scene
484 our drunkenness swelled not just from the shots but also from the frenzy
485 strobe lights spilled drinks gyrating masses a pounding band sporting silver an
d gold jackets and sequins on their eyebrows
486 we allowed the surf to sweep us up dancing along a pleasant tornado
487 the night faded to black afterward like so many after it when the light of my c
onsciousness would blink back on hours later in my own bed or on sake s couch or
sometimes atop the small sweaty mattress of a male calhoun resident
488 periods snipped from my timeline blacked out right in the middle of the best da
ys of my life
489 that s my lingering impression of our year as a gang
490 such potent intoxicating fun a billowing glee i hadn t experienced before and c
ertainly haven t since
491 a montage of drunken nights spent wandering from floor to floor searching for t
he source of a pounding bassline or setting off fireworks from the roof or drifti
ng around phoneless unable to find one another in separate sets of staircases
492 we weren t yet glued to our devices

570 here was bart p all rtinddd
571 am bart z publis ng group the lost night 1 no instagram to document in flatteri
ng light that you d been included no location tagging to show you were there
572 for me it was like a college do over reparations for those four years of agoniz
ing over my gpa and pottering around in a medication induced fog
573 calhoun felt self contained its own little microcosm with secrets and a kind of
kiddie society and the feel of a grand immersive theater production
574 we were so young but thought we were the wisest bastards on the planet
575 we didn t run the world and in fact outside the sky was falling but we did run
that building eight floors high and a block long on an otherwise undeveloped str
eet in bushwick
576 my pointer hovered over a photo of edie dancing and i smiled at the screen
577 she really did come alive on the dance hoor spinning and popping and shaking an
d convulsing in a way that somehow looked so fucking cool so confident and braze
nly joyful that others always turned to watch
578 here was a monthly danceoff i remembered suddenly in a sweat smelling venue by
the river and three times edie had taken home first prize
579 and that smile on her face
580 i checked the date
581 june a few months before she died
582 no one had seen her smile like this in the weeks leading up to her death
583 not alex whom she would dump just a few weeks later even as they vowed to be fr
iends
584 not sarah as the two picked little fights half antagonizing half avoiding each
other impossible of course in that strange afce in wonderland style setting
585 certainly not me in the aftermath of the blowup of the century that left me loo
king around at the bomb site and wondering how ld called her my best friend
586 i finished fact checking the cocktail feature and turned my attention to an abs
urd sex piece about what everyone can learn from polyamorous relationships
587 an idea unfurled as the day wore on
588 the state s freedom of information law
589 a foil request a polite and unignorable demand that the police department pony
up whatever i please i completed then all the time for work digging up files tha
t writers were too lazy to uncover firsthand
590 i knew the intricacies of the application form and could certainly make a bart
p all rt
591 lindd
592 am bartz oup rown andrea bartz quiet request under the guise of my research job
593 if there had been an investigation around edie s death as sarah had mentioned t
hen there must be a case file
594 i filled owt an online form and gota pop up indicating the requested files woul
d be sent to me in one to five business days a bullshit timeframe when the retri
eval was almost certainly happening on a scale of nanoseconds if then algorithms
instantaneously humming in a digital brain
595 near the end of the day i checked my work email and midway through responding t
o an editor something clicked
596 i had to get into my old email
597 i d blathered tons of juicy stuff in messages to and from edie back in the day w
e d written constantly about weekend plans her relationship dramas the previous
night s party recaps
598 maybe inspecting them now with my fact checker s eye would reveal something i d
missed a cry for help or a pall of depression i d been too young to grasp
599 or perhaps p written something about the concert that night maybe there was pro
of documentation of my whereabouts
600 i d abandoned the account years ago and the service no longer existed so there
was no simple reset password button
601 but there must be some way to crack it back open wriggle inside
602 and i knew who could help
603 i texted my friend tessa late in the afternoon she was always surprising me wit
h the digital lockpicking skills she d picked up in her library sciences program
604 she invited me over later that week damien too if he was free
605 full size it was four men scuzzing around onstage keyboards and guitars and syn
th
609 they all had black and red stripes painted across their faces
610 it was a perfect match with the concert i d been picturing for august a wild sh
ow that rattled a random calhoun apartment
611 i looked at the date and my stomach sank
612 this night the one pictured at least had been a full month before edie died
613 bart p all rtindd c a

614 am bart zo chapter he wine shop on lessa s block was closed but the bodega wasn
t so i picked up a six pack and carried it awkwardly the bottles clinking insid
e their cardboard carrier within the bodega s plastic bag a pointless beer turdu
cken past tessa s doorman and up the ancient elevator and to her door
615 marlon her cute terrier mutt bounded up to my ankles and crouched wagging his t
ail hysterically
616 lindsay
617 lessa gave me a cursory hug and grabbed the beer
618 my favorite kind thank you
619 didn t want to show up empty handed
620 it smells amazing in here
621 something garlicky and rich
622 i made risotto
623 i lere come help me make a salad
624 i followed her into the kitchen and tapped a magnet on the fridge in the shape

493 there was no instagram to document in flattering light that you d been included
no location tagging to show you were there
494 for me it was like a college do over reparations for those four years of agoniz
ing over my gpa and pottering around in a medication induced fog
495 calhoun felt self contained its own little microcosm with secrets and a kind of
kiddie society and the feel of a grand immersive theater production
496 we were so young but thought we were the wisest bastards on the planet
497 we didn t run the world and in fact outside the sky was falling but we did run
that building eight floors high and a block long on an otherwise undeveloped str
eet in bushwick
498 my pointer hovered over a photo of edie dancing and i smiled at the screen
499 she really did come alive on the dance floor spinning and popping and shaking a
nd convulsing in a way that somehow looked so fucking cool so confident and braze
enly joyful that others always turned to watch
500 there was a monthly danceoff i remembered suddenly in a sweat smelling venue b
y the river and three times edie had taken home first prize
501 and that smile on her face
502 i checked the date
503 june a few months before she died
504 no one had seen her smile like this in the weeks leading up to her death
505 not alex whom she would dump just a few weeks later even as they vowed to be fr
iends
506 not sarah as the two picked little fights half antagonizing half avoiding each
other impossible of course in that strange alice in wonderland style setting
507 certainly not me in the aftermath of the blowup of the century that left me loo
king around at the bomb site and wondering how lc called her my best friend
508 i finished fact checking the cocktail feature and turned my attention to an abs
urd sex piece about what everyone can learn from polyamorous relationships
509 an idea unfurled as the day wore on
510 the state s freedom of information law
511 a foil request a polite and unignorable demand that the police department pony
up whatever i please i completed then all the time for work digging up files tha
t writers were too lazy to uncover firsthand
512 i knew the intricacies of the application form and could certainly make a quiet
request under the guise of my research job
513 if there had been an investigation around edie s death as sarah had mentioned t
hen there must be a case file
514 i filled out an online form and got a pop up indicating the requested files wou
ld be sent to me in one to five business days a bullshit timeframe when the retri
eval was almost certainly happening on a scale of nanoseconds if then algorithm
s instantaneously humming in a digital brain
515 near the end of the day i checked my work email and midway through responding t
o an editor something clicked
516 i had to get into my old email
517 i d blathered tons of juicy stuff in messages to and from edie back in the day
we d written constantly about weekend plans her relationship dramas the previous
night s party recaps
518 maybe inspecting them now with my fact checker s eye would reveal something i d
missed a cry for help or a pall of depression i d been too young to grasp
519 or perhaps i d written something about the concert that night maybe there was p
roof documentation of my whereabouts
520 i d abandoned the account years ago and the service no longer existed so there
was no simple reset password button
521 but there must be some way to crack it back open wriggle inside
522 and i knew who could help
523 i texted my friend tessa late in the afternoon she was always surprising me wit
h the digital lockpicking skills she d picked up in her library sciences program
524 she invited me over later that week damien too if he was free
528 full size it was four men scuzzing around onstage keyboards and guitars and syn
th
529 they all had black and red stripes painted across their faces
530 it was a perfect match with the concert i d been picturing for august a wild sh
ow that rattled a random calhoun apartment
531 i looked at the date and my stomach sank
532 this night the one pictured at least had been a full month before edie died
533 chapter the wine shop on tessa s block was closed but the bodega wasn t so i pi
cked up a six pack and carried it awkwardly the bottles clinking inside their ca
rdboard carrier within the bodega s plastic bag a pointless beer turducken past
tessa s doorman and up the ancient elevator and to her door
534 marlon her cute terrier mutt bounded up to my ankles and crouched wagging his t
ail hysterically
535 lindsay
536 tessa gave me a cursory hug and grabbed the beer
537 my favorite kind thank you
538 didn t want to show up empty handed
539 it smells amazing in here
540 something garlicky and rich
541 i made risotto
542 here come help me make a salad
543 i followed her into the kitchen and tapped a magnet on the fridge in the shape

```
10144  am bart z acknowledgements especially to my spouse and writing partner who my co parent with you
    >s
10145  i feellucky to have worked with so many talented amazing women
10146  lo those who shared their technical expertise loren bartz thomas sander and oth
    >ers thanks so much for your time and help
10147  all departures from the realm of possibility are of course my own
10148  shout out to the party friends hipster dudes and memorable brooklyn characters
    >who made a hell of a year
10149  special thanks to booters liebmann smith for me getting me past mckibbin s front
    >t doors
10150  finally thanks to my parents for turning us into avid readers and encouraging u
    >s to pursue our passions even if you guys find the whole writing thing a little
    >bewildering
10151  i m also grateful for the enthusiasm of my extended family especially lom denes
    > and nagypapa and nagymama
10152  i love you
10153  bart p all rt
10154  indd c
10155  am bart z
```

Right column:

```
8785  i feel lucky to have worked with so many talented amazing women
8786  to those who shared their technical expertise loren bartz thomas sander and oth
   >ers thanks so much for your time and help
8787  all departures from the realm of possibility are of course my own
8788  shout out to the party friends hipster dudes and memorable brooklyn characters
   >who made a hell of a year
8789  special thanks to booters liebmann smith for getting me past mckibbin s front d
   >oors
8790  finally thanks to my parents for turning us into avid readers and encouraging u
   >s to pursue our passions even if you guys find the whole writing thing a little
   >bewildering
8791  i m also grateful for the enthusiasm of my extended family especially tom denes
   > and nagypapa and nagymama
8792  i love you
8793  what s next on your reading list
8794  discover your next great read
8795  get personalized book picks and up to date news about this author
8796  sign up now
8797
```

Legends

| Colors | Links |
|---|---|
| Added | (f)irst change |
| Changed | (n)ext change |
| Deleted | (t)op |