# EXHIBIT 1

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| DOUGLAS A. WINTHROP (Bar No. 183532) | ANGEL T. NAKAMURA (Bar No. 205396) |
| Douglas.Winthrop@arnoldporter.com | Angel.Nakamura@arnoldporter.com |
| JOSEPH FARRIS (Bar No. 263405) | OSCAR RAMALLO (Bar No. 241487) |
| Joseph.Farris@arnoldporter.com | Oscar.Ramallo@arnoldporter.com |
| JESSICA L. GILLOTTE (Bar No. 333517) | ALLYSON MYERS (Bar. No. 342038) |
| Jessica.Gillotte@arnoldporter.com | Ally.Myers@arnoldporter.com |
| ESTAYVAINE BRAGG (Bar No. 341400) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Estayvaine.Bragg@arnoldporter.com | 777 South Figueroa Street, 44th Floor |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Los Angeles, CA 90017-5844 |
| Three Embarcadero Center, 10th Floor | Telephone: (213) 243-4000 |
| San Francisco, CA 94111-4024 | Facsimile: (213) 243-4199 |
| Telephone: (415) 471-3100 | |
| Facsimile: (415) 471-3400 | |

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-5)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL HIGHLIGHTED IN YELLOW** |

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **PROPOUNDING PARTY:** | PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC. |
| **RESPONDING PARTY:** | DEFENDANT ANTHROPIC PBC |
| **SET NUMBER:** | ONE (1) |

## ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Anthropic PBC ("Anthropic"), by and through its undersigned counsel, hereby objects and responds to Plaintiffs' Interrogatories (Nos. 1-5), dated October 10, 2024 ("Interrogatories"), as follows:

### OBJECTIONS TO "INSTRUCTIONS"

Anthropic objects to the "Instructions" and "Definitions" to the extent they purport to impose any obligations on it beyond those set forth in the Federal Rules of Civil Procedure or other applicable rules.

### OBJECTIONS TO "DEFINITIONS"

1. Anthropic objects to the definitions of "You," "Your," and "Anthropic" as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case. Anthropic will respond based on information that is reasonably within the possession, custody, or control of Anthropic PBC.

2. Anthropic objects to the Instruction/Definition that terms otherwise undefined in the Interrogatories should be interpreted pursuant to the Dictionary Act, 1 U.S.C. §1, *et seq.*, and the *New Oxford English*, 3d Ed. (2010).

### INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify the five Anthropic Individuals who are most knowledgeable about the development [sic] Claude. For each Individual identified, include (i) the Person's full name; (ii) any position the Person held with You at the time the Person possessed this knowledge; (iii) any email addresses the Person used to communicate about Claude; and (iv) the name of any other form of ESI (e.g., text

messages, Teams, and Slack) the Person used to communicate about or otherwise document information related to Anthropic.

**RESPONSE TO INTERROGATORY NO. 1:**

Anthropic objects to this Interrogatory on the grounds that it is vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response about "any other form of ESI" used to "document information related to Anthropic." Anthropic will interpret this Interrogatory to seek identification of electronic communication channels used for work on commercially released and generally available Claude models in the regular course of business as an employee of Anthropic. Anthropic objects to this Interrogatory as violating the rights of privacy of its employees, overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks information about personal sources of ESI.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

(1) Jared Kaplan; Co-Founder & Chief Science Officer; jared@anthropic.com.
(2) Mike Krieger; Chief Product Officer; mkrieger@anthropic.com.
(3) Pranay Sangani; Manager, Tokens Team; pranay@anthropic.com.
(4) Cam McKinnon; Manager, Finetuning Team; cam@anthropic.com.
(5) Vinay Rao; Head of Trust & Safety; vinay@anthropic.com.

Each of these Persons uses their Anthropic email accounts (email addresses listed above), Slack, and Google Workspace applications (e.g., Drive, Docs, Sheets) to communicate about Claude in the regular course of business as employees of Anthropic.

**INTERROGATORY NO. 2:**

Please identify all books within your training dataset. For each book, identify the dataset from which it was sourced.

**RESPONSE TO INTERROGATORY NO. 2:**

Anthropic objects to this Interrogatory as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response

for large language models beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Interrogatory on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Interrogatory as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

Of the datasets Anthropic has used to train certain commercially released and generally accessible Claude models as of the date of these Responses, it believes the following datasets are composed primarily of books:

- pile.books3_source
- internetarchive.books_source; internetarchive.toronto_source; internetarchive.universallibrary_source; internetarchive.americana_source_raw
- books.books.pdf_converted_text_exp

Pursuant to Rule 33(d), Anthropic will produce documents from which additional responsive information can be ascertained. In particular, while the presence of an ISBN does not necessarily indicate that any portion of a book is present in any dataset, Anthropic will provide documents sufficient to show all the 10- or 13-digit ISBNs that Anthropic locates via searches of the above-identified datasets that are composed primarily of books. At that time, Anthropic will supplement this response and provide the Bates numbers.

Further answering, Anthropic trains its models on massive amounts of data, including portions of datasets sourced from the Internet (such as, without limitation, components of The Pile and Common Crawl) and Anthropic does not know all the contents of those datasets. It has made a good faith effort to identify the relevant datasets that are composed primarily of books and will search for ISBNs within those datasets. Other datasets may contain books, but it would be extremely difficult (if not impossible) and enormously burdensome to attempt to forensically

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

analyze those datasets to verify all of the information in them that could constitute books or portions of books.

Anthropic is willing to meet and confer to discuss what other specific information about datasets that are not composed primarily of books is reasonable and proportional to the needs of the case, including what could be provided, if anything, outside of a Training Data Protocol and/Source Code Protocol to be negotiated in good faith by the parties.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 (3/20/2025):**

Subject to and without waiving or withdrawing the foregoing objections, Anthropic further responds:

Pursuant to Rule 33(d), Anthropic produced a report of metadata identifying author, title, and ISBN (where available) in the dataset *books.books.pdf_converted_text_exp* at ANT_BARTZ_000002544 & ANT_BARTZ_000004894. In lieu of searching for ISBNs for *pile.books3_source*, *internetarchive.books_source*, *internetarchive.toronto_source*, *internetarchive.universallibrary_source,* and *internetarchive.americana_source_raw*, Anthropric agreed to produce those entire datasets at ANT_BARTZ_000000005, ANT_BARTZ_000000002, ANT_BARTZ_000000003, ANT_BARTZ_000000004, and ANT_BARTZ_000000001, respectively.

Anthropic further answers that it its most recent commercially released and generally accessible Claude model (Sonnet 3.7) was trained on:

- *wombat_staging.panama_haiku_stem*
- *wombat_staging.panama_haiku_non_stem*

Anthropic is preparing reports of metadata identifying author, title, and ISBN (where available) for *wombat_staging.panama_haiku_stem* and *wombat_staging.panama_haiku_non_stem*, as soon as they are available.

Further, based on Anthropic's agreement that it will respond to this specific Interrogatory without limiting the response to only commercially released and generally accessible Claude models, Anthropic responds as follows:

In addition, Anthropic trained at least one non-commercial, internal large language model for research and development purposes on the following datasets, which it believes were composed primarily of books:

- *libgen/fiction*
- *libgen/nonfiction*

Anthropic also attempted to train at least one non-commercial, internal large language model for research and development purposes on the following dataset, which it believes was composed primarily of books, but believes the only such attempt was aborted before training was completed:

- *pilimi-complete-non-en*
- *pilimi-complete-en*

**INTERROGATORY NO. 3:**

Describe how you use books to train Claude or any other large language model.

**RESPONSE TO INTERROGATORY NO. 3:**

Anthropic objects to this Interrogatory as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for large language models beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Interrogatory on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Interrogatory as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it calls for a complete narrative description of all aspects of Anthropic's training process, which is extraordinarily complicated and evolves over time.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

At a high level of generality, Anthropic's process of training its commercially available and generally accessible Claude models as of the date of the Responses can be described as follows.

Anthropic requires a massive quantity and diversity of natural language and multimodal datasets on which to train Claude. These training datasets include data derived from many diverse

sources, such as the Internet, including but not limited to websites and blogs, books, research papers, source code, patents, news media, and advertising.

Anthropic must then engage in a series of activities to transform the raw data it collects into a format that can be used for training. After Anthropic collects the data, it cleans the data and processes the data for training.

*Data Cleaning*. Anthropic needs to "clean" the data it collects to reduce the amount of noise. "Noise" includes junk data and low quality data that would detract from the goal of teaching Claude to recognize true patterns in human language. Junk data might include boilerplate HTML text (*e.g.*, "Lorem Ipsum") and web spam (*e.g.*, duplicitous and inaccurate keyword stuffing). Data at the lower end of the quality spectrum might include data that is highly repetitive (*i.e.*, the same or similar words over and over again) and websites that are just headers and footers without any meaningful content.

Anthropic filters out junk and low quality data using classifiers. Classifiers are supplemental tools, trained on a pre-categorized dataset so that they can predict the categories for new, unseen data, that are used to categorize, label, or score input data. The classifiers used at this stage are trained to detect when data looks like junk or low quality data, and to filter that data out. Filtering using classifiers is time- and resource-intensive, so for certain categories, Anthropic only filters on samples of the data, not the entire corpora of data that it collects. As a result, the training corpus still contains certain low-quality data and remains relatively "noisy." This means that not every piece of data on which Claude is trained is high quality.

*Deduplication*. Duplicated or skewed datasets can ultimately result in less intelligent outputs. Anthropic engages in deduplication efforts to prevent data points from inadvertently being weighted too heavily by the algorithm during the training process because of their frequency. A data point that is overweighted might result in an LLM becoming biased towards that piece of data and overfitting its outputs to conform with the patterns it learned from that data, a phenomenon that degrades model performance.

Additionally, if a company reaches out to remove certain discrete corpora from Anthropic's training datasets, Anthropic will consider that request and may work with the company to exclude that data from new training runs that have not commenced. Requests are more likely to be feasible if the company points to specific URLs for exclusion.

*Data Processing*. Under this category, Anthropic normalizes the data, performs stemming and lemmatization efforts, and tokenizes the data. Normalization, for example, may include removing extra white space and other efforts to make the data easier for the model to understand.

A key part of data processing is tokenization. Tokenization refers to the process of converting human-readable text into binary computer code and then breaking down this code into smaller numerical units called tokens that an LLM like Claude can understand. Tokens are subsets of words in numerical form. On average, 1.4 tokens are required to represent an English word. Once the data is tokenized, sequences of tokens are shuffled and may be stored in the training corpus in a different order than their human-readable text equivalents appear in the original text of the material.

Only at this point will the model parse the data, analyzing each token within the context of the overall text to glean language principles and the relationship between the words and phrases in the corpus. The language patterns that the model discovers and records in the form of statistical information are then organized in a dataset of values representing weights and biases, or parameters. When combined with software, these parameters—not the training datasets themselves—allow Claude to generate textual outputs in response to user prompts.

*Evaluation and Fine-tuning.* During pre-training, Anthropic conducts evaluations to test model behavior and the ability to perform specific tasks. Anthropic's core evaluation technique is the use of auto-complete ability, during which it provides the model with prompts with known answers and tests its response. This allows Anthropic to assess reliability, identify potential problems or biases, and compare different versions of models against each other. After pretraining, Anthropic conducts fine-tuning of its base models to customize the model for specific tasks or domains by conducting additional training, such as supervised learning and reinforcement learning.

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

**INTERROGATORY NO. 4:**

Please list all datasets used to train Claude or any other large language models, and for each dataset a) the source of the dataset (e.g. Books 3, Common Crawl, Library Genesis); b) the model or version of your large language models that each dataset was used for training; and c) whether books are contained in the dataset. Describe any technical distinctions made between different datasets that contain books.

**RESPONSE TO INTERROGATORY NO. 4:**

Anthropic objects to this Interrogatory as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for large language models beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Interrogatory on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Interrogatory as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify all possible "books" within these datasets, particularly with respect to datasets that are not composed primarily of books. Anthropic objects to this Interrogatory on grounds that the terms "Books 3," "Common Crawl," and "Library Genesis" are vague and ambiguous, as they are massive datasets created by third parties which may exist in different versions. Anthropic objects to the Interrogatory as vague and ambiguous based on the request to "Describe any technical distinctions made between different datasets that contain books;" Anthropic does not understand what exactly is sought by this portion of the Interrogatory and cannot respond to it.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

Anthropic incorporates by reference its response to Interrogatory No. 2, which identifies to the best of Anthropic's knowledge the datasets Anthropic has used to train its commercially available and generally accessible Claude models of the date of these Responses, which it believes are composed primarily of books.

These datasets were used in the training of those models:

- **pile.books3_source** – Claude 1 and Claude 2 model families.
- **internetarchive.books_source; internetarchive.toronto_source; internetarchive.universallibrary_source; internetarchive.americana_source_raw** – Claude 1 and Claude 2 model families, Claude 3 model family (Haiku, Sonnet, and Opus), Claude 3.5 Haiku, and Claude 3.5 Sonnet.
- **books.books.pdf_converted_text_exp** – Claude 3.5 Haiku.

Further answering, Anthropic trains its models on massive amounts of data, including portions of datasets sourced from the Internet (such as, without limitation, components of The Pile and Common Crawl) and Anthropic does not know all the contents of those datasets. It has made a good faith effort to identify the relevant datasets that are composed primarily of books. Other datasets may contain books, but it would be extremely difficult (if not impossible) and enormously burdensome to attempt to forensically analyze those datasets to verify all of the information in them that could constitute books or portions or books.

Anthropic is willing to meet and confer to discuss what other specific information about other datasets that are not composed primarily of books is reasonable and proportional to the needs of the case, including what could be provided, if anything, outside of a Training Data Protocol and/Source Code Protocol to be negotiated in good faith by the parties.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4 (3/20/2025):**

Subject to and without waiving or withdrawing the foregoing objections, Anthropic further responds:

Pursuant to Rule 33(d), Anthropic produced a report of metadata identifying author, title, and ISBN (where available) in the dataset *books.books.pdf_converted_text_exp* at ANT_BARTZ_000002544 & ANT_BARTZ_000004894. In lieu of searching for ISBNs for *pile.books3_source*, *internetarchive.books_source*, *internetarchive.toronto_source*, *internetarchive.universallibrary_source*, and *internetarchive.americana_source_raw*, Anthropic

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

agreed to produce those entire datasets at ANT_BARTZ_000000005, ANT_BARTZ_000000002, ANT_BARTZ_000000003, ANT_BARTZ_000000004, and ANT_BARTZ_000000001, respectively.

Anthropic further answers that it its most recent commercially released and generally accessible Claude model (Sonnet 3.7) was trained on:

- *wombat_staging.panama_haiku_stem*
- *wombat_staging.panama_haiku_non_stem*

Anthropic is preparing reports of metadata identifying author, title, and ISBN (where available) for *wombat_staging.panama_haiku_stem* and *wombat_staging.panama_haiku_non_stem*, as soon as they are available.

Further, based on Anthropic's agreement that it will respond to this specific Interrogatory without limiting the response to only commercially released and generally accessible Claude models, Anthropic responds as follows:

In addition, Anthropic trained at least one non-commercial, internal large language model for research and development purposes on the following datasets, which it believes were composed primarily of books:

- *libgen/fiction*
- *libgen/nonfiction*

Anthropic also attempted to train at least one non-commercial, internal large language model for research and development purposes on the following dataset, which it believes was composed primarily of books, but believes the only such attempt was aborted before training was completed:

- *pilimi-complete-non-en*
- *pilimi-complete-en*

**INTERROGATORY NO. 5:**

Identify all third parties with whom you have entered into a licensing agreement or other contract for access to training data.

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

**RESPONSE TO INTERROGATORY NO. 5:**

Anthropic objects to this Interrogatory as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for large language models beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Interrogatory on the grounds that it is vague and ambiguous as to its use of "a licensing agreement or other contract for access to training data."

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

Anthropic has entered contracts or agreements with following third parties to access data that was used to train its commercially available and generally accessible Claude models as of the date of these Responses:

- Connecting Repositories ("CORE")
- QUMPUS, INC., DBA BETTER WORLD BOOKS
- Baker & Taylor, LLC

Dated: March 20, 2025

By: /s/ Douglas A. Winthrop

**ARNOLD & PORTER KAYE SCHOLER LLP**
Douglas A. Winthrop
Joseph Farris
Angel Nakamura
Oscar Ramallo
Jessica Gillotte
Estayvaine Bragg
Allyson Myers

**LATHAM & WATKINS LLP**
Joseph R. Wetzel

*Attorneys for Defendant,*
ANTHROPIC PBC

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024. On March 20, 2025, the foregoing **ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-5)** was electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN**

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 20, 2025 at San Francisco, California.

_____
JEROME FERRER

- 14 -
ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS & RESPONSES TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES                    No. 3:24-cv-05417-WHA