# EXHIBIT 4

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

DOUGLAS A. WINTHROP (Bar No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (Bar No. 263405)
Joseph.Farris@arnoldporter.com
JESSICA L. GILLOTTE (Bar No. 333517)
Jessica.Gillotte@arnoldporter.com
ESTAYVAINE BRAGG (Bar No. 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

ANGEL T. NAKAMURA (Bar No. 205396)
Angel.Nakamura@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
ALLYSON MYERS (Bar. No. 342038)
Ally.Myers@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
Facsimile:   (213) 243-4199

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 391-0600

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-15)**<br><br>**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY** |

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

**PROPOUNDING PARTY:** PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC.

**RESPONDING PARTY:** DEFENDANT ANTHROPIC PBC

**SET NUMBER:** ONE (1)

<u>**ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-15)**</u>

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Anthropic PBC ("Anthropic"), by and through its counsel of record, objects and responds to Plaintiffs' First Set of Requests for Admissions (Nos. 1-15), dated October 10, 2024 ("Requests"), as follows:

<u>**OBJECTIONS TO "INSTRUCTIONS"**</u>

Anthropic objects to the "Instructions" and "Definitions" to the extent they purport to impose any obligations on it beyond those set forth in the Federal Rules of Civil Procedure or other applicable rules.

<u>**OBJECTIONS TO "DEFINITIONS"**</u>

1. Anthropic objects to the definitions of "You," "Your," and "Anthropic" as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case. Anthropic will respond based on information that is reasonably within the possession, custody, or control of Anthropic PBC.

<u>**RESPONSES TO REQUESTS FOR ADMISSION**</u>

<u>**REQUEST FOR ADMISSION NO. 1:**</u>

Admit that *The Lost Night: A Novel* by Andrea Bartz was included in a dataset used to train Your large language models.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**</u>

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope,

unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *The Lost Night: A Novel* by Andrea Bartz.

**REQUEST FOR ADMISSION NO. 2:**

Admit that *The Herd* by Andrea Bartz was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *The Herd* by Andrea Bartz.

**REQUEST FOR ADMISSION NO. 3:**

Admit that *We Were Never Here* by Andrea Bartz was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response

for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *We Were Never Here* by Andrea Bartz.

**REQUEST FOR ADMISSION NO. 4:**

Admit that *The Spare Room* by Andrea Bartz was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *The Spare Room* by Andrea Bartz.

**REQUEST FOR ADMISSION NO. 5:**

Admit that *The Good Nurse: A True Story of Medicine, Madness, and Murder* by Charles Graeber was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *The Good Nurse: A True Story of Medicine, Madness, and Murder* by Charles Graeber.

**REQUEST FOR ADMISSION NO. 6:**

Admit that *The Breakthrough: Immunotherapy and the Race to Cure Cancer* by Charles Graeber was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic lacks knowledge or information sufficient to admit or deny at this time. Anthropic trains its models on massive amounts of data, including portions of datasets which it did not create that were sourced from the Internet. Anthropic has conducted a reasonable search of the datasets that

Anthropic understands to be primarily composed of books that it used to train commercially released and generally accessible Claude models as of the date of these Responses. Based on that search, Anthropic has located evidence of the presence of at least one 10- or 13-digit ISBN for the referenced book in at least one of those datasets.

**REQUEST FOR ADMISSION NO. 7:**

Admit that *The Fisherman and the Dragon: Fear, Greed, and a Fight for Justice on the Gulf Coast* by Kirk Wallace Johnson was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Denied, to the best of Anthropic's knowledge. Anthropic trains its models on massive amounts of data, including portions of datasets which it did not create that were sourced from the Internet. Anthropic has conducted a reasonable search of the datasets that it used to train commercially released and generally accessible Claude models as of the date of these Responses that Anthropic understands to be composed primarily of books. Based on that search, Anthropic has not located evidence of the presence of any 10- or 13-digit ISBN for *The Fisherman and the Dragon: Fear, Greed, and a Fight for Justice on the Gulf Coast* by Kirk Wallace Johnson in those datasets.

**REQUEST FOR ADMISSION NO. 8:**

Admit that *The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century* by Kirk Wallace Johnson was included in a dataset used to train Your large language models.

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century* by Kirk Wallace Johnson.

**REQUEST FOR ADMISSION NO. 9:**

Admit that *To Be A Friend Is Fatal: The Fight to Save the Iraqis America Left Behind* by Kirk Wallace Johnson was included in a dataset used to train Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify the referenced book within any training datasets that Anthropic understands are not primarily composed of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on a dataset that included *To Be A Friend Is Fatal: The Fight to Save the Iraqis America Left Behind* by Kirk Wallace Johnson.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you used books sourced from Books3 to train one or more of your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds that the term "Books3" is vague and ambiguous, as it is a massive dataset created by a third party which may exist in different versions.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on certain data derived from a version of the public dataset that Anthropic understands to be a version of Books3, which Anthropic understands to be a dataset composed primarily of books.

**REQUEST FOR ADMISSION NO. 11:**

Admit that you used books sourced from Library Genesis to train one or more of your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

that the term "Library Genesis" is vague and ambiguous, as it is a massive dataset created by a third party which may exist in different versions. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

Denied.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 11 (3/20/2025):**

Subject to and without waiving or withdrawing the foregoing objections, and based on Anthropic's agreement that it will respond to this specific request without limiting the response to only commercially released and generally accessible Claude models, Anthropic responds as follows:

Anthropic admits that it has used datasets named *libgen/fiction* and *libgen/nonfiction* to train at least one non-commercial, internal large language model for research and development purposes. Anthropic denies that it has used those datasets to train any commercially released and generally accessible Claude model.

**REQUEST FOR ADMISSION NO. 12:**

Admit that you used books sourced from Z-Library to train one or more of your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds

- 9 -

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

that the term "Z-Library" is vague and ambiguous, as it is a massive dataset created by a third party which may exist in different versions. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

Denied.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 12 (3/20/2025):**

Subject to and without waiving or withdrawing the foregoing objections, and based on Anthropic's agreement that it will respond to this specific request without limiting the response to only commercially released and generally accessible Claude models, Anthropic responds as follows:

Anthropic admits that it has used datasets named *pilimi-complete-non-en* and *pilimi-complete-en*, which may contain data referring to "Z-Library," as part of an aborted training run for a non-commercial, internal large language model for research and development purposes. Anthropic denies that it has used those datasets to train any commercially released and generally accessible Claude model.

**REQUEST FOR ADMISSION NO. 13:**

Admit that you used books sourced from Internet Archive to train one or more of your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

that the term "Internet Archive" is vague and ambiguous, as Internet Archive is a collection of datasets created by a third party which may exist in different versions. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Anthropic admits that at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on certain data derived from Internet Archive collections. Anthropic understands that at least one of these collections is composed primarily of books.

**REQUEST FOR ADMISSION NO. 14:**

Admit that you used books sourced from YouTube, including transcripts of videos, to train one or more of your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds that the term "sourced from YouTube" is vague and ambiguous in this context to the extent it seeks a response about anything other than whether Anthropic directly crawled YouTube.com to source data. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows:

While at least one commercially released and generally accessible Claude model as of the date of these Responses was trained on certain data derived from YouTube subtitles found in a

ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST SET OF RFAS                                    No. 3:24-cv-05417-WHA

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

public dataset that Anthropic understands to be a version of The Pile, or components thereof, Anthropic denies that YouTube subtitles are books, and on that basis denies this Request.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you used books sourced from Common Crawl to train one or more of your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds that the term "Common Crawl" is vague and ambiguous, as Common Crawl is a dataset created by a third party which may exist in different versions. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: While at least one commercially released and generally accessible Claude model was trained on data derived from collections from the public datasets that Anthropic understands to be versions of Common Crawl, Anthropic lacks information sufficient to admit or deny if the data it used from Common Crawl contains books.

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| Dated: March 20, 2025 | By: */s/ Douglas A. Winthrop* |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | Douglas A. Winthrop |
| | Joseph Farris |
| | Angel Nakamura |
| | Oscar Ramallo |
| | Jessica Gillotte |
| | Estayvaine Bragg |
| | Allyson Myers |
| | |
| | **LATHAM & WATKINS LLP** |
| | Joseph R. Wetzel |
| | |
| | *Attorneys for Defendant,* |
| | ANTHROPIC PBC |

ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST SET OF RFAS                    No. 3:24-cv-05417-WHA

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024.  On March 20, 2025, the foregoing **ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-15)** was electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS**
**& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 20, 2025 at San Francisco, California.

_____
JEROME FERRER