# EXHIBIT 5

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| DOUGLAS A. WINTHROP (Bar No. 183532) | ANGEL T. NAKAMURA (Bar No. 205396) |
| Douglas.Winthrop@arnoldporter.com | Angel.Nakamura@arnoldporter.com |
| JOSEPH FARRIS (Bar No. 263405) | OSCAR RAMALLO (Bar No. 241487) |
| Joseph.Farris@arnoldporter.com | Oscar.Ramallo@arnoldporter.com |
| JESSICA L. GILLOTTE (Bar No. 333517) | ALLYSON MYERS (Bar. No. 342038) |
| Jessica.Gillotte@arnoldporter.com | Ally.Myers@arnoldporter.com |
| ESTAYVAINE BRAGG (Bar No. 341400) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Estayvaine.Bragg@arnoldporter.com | 777 South Figueroa Street, 44th Floor |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Los Angeles, CA 90017-5844 |
| Three Embarcadero Center, 10th Floor | Telephone: (213) 243-4000 |
| San Francisco, CA 94111-4024 | Facsimile: (213) 243-4199 |
| Telephone: (415) 471-3100 | |
| Facsimile: (415) 471-3400 | |

JOSEPH R. WETZEL (Bar No. 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-WHA<br><br>**ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSIONS (NOS. 16-17)**<br><br>**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY** |

- 1 -
ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFFS' SECOND SET OF RFAS                                      No. 3:24-cv-05417-WHA

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

**PROPOUNDING PARTY:** PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC.

**RESPONDING PARTY:** DEFENDANT ANTHROPIC PBC

**SET NUMBER:** TWO (2)

**ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSIONS (NOS. 16-17)**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Anthropic PBC ("Anthropic"), by and through its counsel of record, objects and responds to Plaintiffs' Second Set of Requests for Admissions (Nos. 16-17), dated February 5, 2025 ("Requests"), as follows:

**OBJECTIONS TO "INSTRUCTIONS"**

Anthropic objects to the "Instructions" and "Definitions" to the extent they purport to impose any obligations on it beyond those set forth in the Federal Rules of Civil Procedure or other applicable rules.

**OBJECTIONS TO "DEFINITIONS"**

1. Anthropic objects to the definitions of "You," "Your," and "Anthropic" as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case. Anthropic will respond based on information that is reasonably within the possession, custody, or control of Anthropic PBC.

2. Anthropic objects to the definition of "Torrenting" as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case.

**RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 16:**

Admit that You used books sourced from Anna's Archive to train one or more of Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response

- 2 -

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic objects to this Request on grounds that the term "Anna's Archive" is vague and ambiguous, as it appears to be an open source search engine.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Based on the information presently known to Anthropic and its understanding of what "Anna's Archive" is, Anthropic denies that it used books sourced from Anna's Archive to train its commercially released and generally accessible Claude models as of the date of these Responses.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 16 (3/20/2025):**

Subject to and without waiving or withdrawing the foregoing objections, and based on Anthropic's agreement that it will respond to this specific request without limiting the response to only commercially released and generally accessible Claude models, Anthropic responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 17:**

Admit that You obtained books via torrenting to train one or more of Your large language models.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Anthropic objects to this Request as vague and ambiguous and also overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it seeks a response for "large language models" beyond its commercially released and generally accessible Claude models as of the date of these Responses. Anthropic objects to this Request on grounds that the term "books" is vague and ambiguous; Anthropic interprets the word "books" to mean written works that have been issued a 10- or 13-digit ISBN. Anthropic further objects to this Request on

- 3 -
ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFFS' SECOND SET OF RFAS                                   No. 3:24-cv-05417-WHA

grounds that the term "obtained books via torrenting" is vague and ambiguous and also overbroad in scope, unduly burdensome, and disproportionate to the needs of the case. Anthropic objects to this Request as overbroad in scope, unduly burdensome, and not proportional to the needs of the case to the extent it asks Anthropic to undertake to identify books within any training datasets that are not composed primarily of books.

Subject to and without waiving the foregoing objections, Anthropic responds as follows: Based on the information presently known to Anthropic, Anthropic denies that it obtained books via torrenting to train its commercially released and generally accessible Claude models as of the date of these Responses.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 17 (3/20/2025):**

Subject to and without waiving or withdrawing the foregoing objections, and based on Anthropic's agreement that it will respond to this specific request without limiting the response to only commercially released and generally accessible Claude models, Anthropic responds as follows:

Anthropic admits that it torrented datasets that it presumes contain books. It further admits that it used at least one of those datasets to train at least one non-commercial, internal large language model for research and development purposes. Anthropic denies that it has any such dataset to train any commercially released and generally accessible Claude model.

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| Dated: March 20, 2025 | By: */s/ Douglas A. Winthrop* |

**ARNOLD & PORTER KAYE SCHOLER LLP**
Douglas A. Winthrop
Joseph Farris
Angel Nakamura
Oscar Ramallo
Jessica Gillotte
Estayvaine Bragg
Allyson Myers

**LATHAM & WATKINS LLP**
Joseph R. Wetzel

*Attorneys for Defendant,*
ANTHROPIC PBC

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024.  On March 20, 2025, the foregoing **ANTHROPIC PBC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSIONS (NOS. 16-17)** was electronically served on the following:

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)

- 6 -
ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFFS' SECOND SET OF RFAS                                No. 3:24-cv-05417-WHA

**CONTAINS INFORMATION DESIGNATED SUBJECT TO PROTECTIVE ORDER**

Anna Freymann (*pro hac vice*)
Jacob Miller (*pro hac vice*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS**
**& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 20, 2025 at San Francisco, California.

*[signature: Jerome E. Ferrer]*

JEROME FERRER

- 7 -
ANTHROPIC'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
PLAINTIFFS' SECOND SET OF RFAS                                        No. 3:24-cv-05417-WHA