# EXHIBIT 6

# In the Matter Of:

*BARTZ vs*

*ANTHROPIC PBC*

---

*PRANAY SANGANI*

*November 11, 2024*

---



1

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ANDREA BARTZ, CHARLES GRAEBER,
    and KIRK WALLACE JOHNSON,
5   individually and on behalf of
    others similarly situated,

6                   Plaintiffs,

7        vs.                        Case No.
8                                   3:24-cv-05417
    ANTHROPIC PBC,

9                   Defendants.

10  _____

11

12

13       HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

14          VIDEO DEPOSITION OF PRANAY SANGANI

15               November 11, 2024

16                  10:08 a.m.

17

18          275 Battery Street, 29th Floor

19            San Francisco, California

20

21
    Reported by:  QUYEN N. DO, CSR No. 12447
22

23  Lexitas

24  (888) 267-1200
    www.lexitaslegal.com
25  FILE NO. 2024-963112

                                                                        2

 1    APPEARANCES:

 2

 3        For Plaintiff:

 4            SUSMAN GODFREY LLP
              ROHIT D. NATH, ESQ.
 5            1900 Avenue of the Stars, Suit 1400
              Los Angeles, California  90067-2906
 6            310.789.3100
              310.789.3150 Fax
 7            rnath@susmangodfrey.com

 8                      and

 9            SUSMAN GODFREY LLP
              COLLIN FREDRICKS, ESQ.
10            1000 Louisiana Street, Suite 5100
              Houston, Texas  77002-5096
11            713.651.9366
              jfredricks@susmangodfrey.com
12                      and
13
              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
14            REILLY T. STOLER, ESQ.
              275 Battery Street, 29th Floor
15            San Francisco, California  94111-3339
              415.956.1000
16            rstoler@lchb.com

17
          For Defendant:
18
              ARNOLD & PORTER KAYE SCHOLER LLP
19            DOUBLAS A. WINTHROP, ESQ.
              JESSICA GILLOTTE, ESQ.
20            Three Embarcadero Center, 10th Floor
              San Francisco, California  94111-4024
21            415.471.3174
              415.471.3400 Fax
22            douglas.winthrop@arnoldporter.com
              jessica.gillotte@arnoldporter.com
23

24    //

25    //

3

```
 1   APPEARANCES (cont.):

 2


 3       For Defendant (cont.):

 4           LATHAM & WATKINS LLP
             IVANA DUKANOVIC, ESQ.
 5           505 Montgomery Street, Suite 2000
             San Francisco, California  94111-6538
 6           415.395.8871
             ivana.dukanovic@law.com
 7


 8       Also Present:

 9           Aparna Sridhar, Esq.
             Anthropic PBC
10
             Alejandro Zamora Ruiz, Videographer
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              4
 1                   INDEX TO EXAMINATION

 2

 3            WITNESS:  PRANAY SANGANI

 4    EXAMINATION                              PAGE

 5    By Mr. Nath                                7

 6
                       --oOo--
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

INDEX TO EXHIBITS

PRANAY SANGANI

BARTZ, et al., vs. ANTHROPIC PBC, et al.

Friday, November 11, 2024

Quyen N. Do, CSR No. 12447

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Deposition Pursuant to Rule 30(b)(6) | 18 |
| Exhibit 2 | Document titled "The Pile: An 800GB Dataset of Diverse Text for Language Modeling" | 24 |
| Exhibit 3 | Document titled "Bartz 30(b)(6) depo prep Datasets listed in Topic 2" | 29 |
| Exhibit 4 | Revised Notice of Deposition Pursuant to Rule 30(b)(6) | 25 |
| Exhibit 5 | Compilation of information from the Internet about Anthropic and its models | 81 |
| Exhibit 6 | Document titled "The Claude 3 Model Family: Opus, Sonnet, Haiku" | 99 |
| Exhibit 7 | [SKIPPED] | N/A |
| Exhibit 8 | Document titled "A General Language Assistant as a Laboratory for Alignment" | 108 |

--oOo--

38

10:45:42 1    the purpose of training, right?

10:45:43 2        A    Yes.  In the -- the scope of what we're

10:45:46 3    talking about, yes, we -- we use datasets, data

10:45:49 4    mixes, as I -- I mentioned previously, to -- for the

10:45:51 5    purpose of pretraining.

10:45:53 6        Q    Okay.  And some of those datasets are

10:45:54 7    listed in the paper that you brought here to this

10:45:56 8    deposition, right?

10:45:57 9        A    That's correct.

10:45:58 10        Q    Okay.  You went and investigated what

10:46:00 11    particular datasets were used for training, right?

10:46:02 12        A    That's right.

10:46:02 13        Q    Okay.  One of those datasets is Books3,

10:46:07 14    right?

10:46:07 15        A    That is correct.

10:46:08 16        Q    And Anthropic has used Books3, the dataset

10:46:12 17    known as Books3, in training its large language

10:46:15 18    models, right?

10:46:16 19        A    My understanding is that we've used parts

10:46:18 20    of Books3 to train Claude 2 and earlier models.

10:46:21 21        Q    Okay.  So, some of the models that are

10:46:23 22    listed in your deposition notice, Anthropic has used

10:46:27 23    Books3 to training those models, right?

10:46:29 24        A    Yes.  It's used Books3 in the -- in the

10:46:32 25    training of Claude 2 and earlier models.  Like, it's

Case 3:24-cv-05417-AMO    Document 560-17    Filed 01/21/26    Page 9 of 12
BARTZ vs                                                    Pranay Sangani
ANTHROPIC PBC                    Highly Confidential        November 11, 2024

39

10:46:35  1    used Books3 as training data for Claude 2 and

10:46:38  2    earlier models, is my understanding.

10:46:40  3         Q    Okay.

10:46:40  4         A    Yeah.

10:46:40  5         Q    And -- and so, when you want to call on a

10:46:42  6    particular dataset to use for training, where do you

10:46:45  7    get it?

10:46:47  8              MR. WINTHROP:  Object to the form.

10:46:48  9              THE WITNESS:  I -- I don't think it --

10:46:50 10    like, I don't know where we specifically got Books3

10:46:55 11    at Anthropic, if that's the question that you're

10:46:58 12    asking.

10:46:58 13              Like, I -- I don't know what -- how Books3

10:47:01 14    came to be used in training.  I'm not -- I'm

10:47:05 15    generally not sure what you're trying to ask.

10:47:08 16    BY MR. NATH:

10:47:09 17         Q    Where was Books3 sourced from?

10:47:14 18         A    I -- I don't actually know.

10:47:17 19         Q    Okay.  Did it just appear in Anthropic's

10:47:20 20    offices one day?

10:47:21 21         A    I -- I still wouldn't know.  Yeah.

10:47:26 22         Q    But it probably didn't just appear, right?

10:47:29 23         A    I -- I don't know where it came from, and

10:47:31 24    so it -- it's hard for me to, like, speculate about

10:47:34 25    how we started to training on Books3 for Claude 2 --

BARTZ vs
ANTHROPIC PBC                          Highly Confidential

Pranay Sangani
November 11, 2024

86

| | | |
|---|---|---|
| 12:12:55 | 1 | project we discussed.  You know what I'm talking |
| 12:12:59 | 2 | about? |
| 12:13:00 | 3 | A    Yes. |
| 12:13:00 | 4 | Q    The -- there was a bunch of books that |
| 12:13:03 | 5 | were scanned, and those were use to train Claude 3.5 |
| 12:13:07 | 6 | Haiku?  Is that right? |
| 12:13:08 | 7 | A    My understanding is that Claude 3.5 Haiku |
| 12:13:11 | 8 | was trained on books from the book-scanning project, |
| 12:13:14 | 9 | yeah. |
| 12:13:14 | 10 | Q    And I think you said you weren't sure |
| 12:13:16 | 11 | approximately how many books were scanned as part of |
| 12:13:20 | 12 | that project, right? |
| 12:13:21 | 13 | A    I wasn't sure how many books were used for |
| 12:13:25 | 14 | training Claude 3.5 Haiku specifically. |
| 12:13:30 | 15 | Q    Do you know how many books were scanned as |
| 12:13:32 | 16 | part of the -- the project? |
| 12:13:35 | 17 | A    My understanding is that, like, that also |
| 12:13:46 | 18 | broaches, like, commercial and noncommercial uses. |
| 12:13:46 | 19 | (Reporter clarification) |
| 12:13:46 | 20 | THE WITNESS:  Broaches/touches upon |
| 12:13:47 | 21 | commercial/noncommercial uses.  I -- I'm not exactly |
| 12:13:51 | 22 | sure -- |
| 12:13:51 | 23 | MR. WINTHROP:  It's -- |
| 12:13:51 | 24 | THE WITNESS:  -- what the -- |
| 12:13:52 | 25 | MR. WINTHROP:  -- beyond the scope. |

90

12:17:32  1  counsel, without divulging your -- the advice you

12:17:34  2  received from counsel or advice you sought from

12:17:36  3  counsel, can you tell me why Anthropic underwent the

12:17:41  4  book-scanning project in the last few months?

12:17:50  5      A    Maybe taking a step back and just trying

12:17:52  6  to share my understanding of why train on books,

12:18:02  7  pretraining itself is a process that involves

12:18:04  8  training on a lot of data.  It's sort of like an

12:18:08  9  at-scale process that's happening.  Elements of

12:18:12 10  training data that represent some part of, sort of,

12:18:20 11  natural language described versions of the universe

12:18:25 12  are inherently useful for the pretraining process.

12:18:30 13            One of the things to note is, like, the

12:18:32 14  sheer scale and volume here is -- is absurd.

12:18:36 15  It's -- it's very, very large, and as part of that,

12:18:39 16  there is a need to train on data period at very

12:18:47 17  large scale in order to be adherent to the

12:18:55 18  pretraining process.  It's -- it's a scientific.

12:18:57 19  It's probabilistic, but let's -- let's go with that

12:19:00 20  as a rough description.

12:19:03 21            Here, with -- with books, we're trying to

12:19:08 22  add literally any sources, books or otherwise, of,

12:19:12 23  like, natural language to the pretraining data mix,

12:19:16 24  and books seemed like a reasonable thing to -- to

12:19:20 25  add to do that mix.

91

| | | |
|---|---|---|
| 12:19:23 | 1 | Q    And why is that? |
| 12:19:25 | 2 | A    Because they represent -- they -- they fit |
| 12:19:27 | 3 | one of the criteria that I mentioned, where they |
| 12:19:29 | 4 | represent a, like, natural language description of |
| 12:19:35 | 5 | something, and that inherently is something that the |
| 12:19:42 | 6 | pretraining process and training large models in |
| 12:19:46 | 7 | general finds the need for at very large scale. |
| 12:19:56 | 8 | Q    Why is there a need for -- for that in the |
| 12:20:00 | 9 | pretraining process? |
| 12:20:04 | 10 | MR. WINTHROP:  Object to form. |
| 12:20:06 | 11 | THE WITNESS:  Yeah, again, not talking |
| 12:20:07 | 12 | about Anthropic.  I'm just talking about pretraining |
| 12:20:11 | 13 | broadly.  That -- that's basically what pretraining, |
| 12:20:14 | 14 | as a process, means.  It -- it's essentially trying |
| 12:20:19 | 15 | to train these large models on -- on natural |
| 12:20:25 | 16 | language form like data.  Really sequenced data, I |
| 12:20:30 | 17 | think, is how I would put it, and natural language |
| 12:20:33 | 18 | represents a good kind of, like, sequence of -- |
| 12:20:35 | 19 | good -- good sort of instance of sequential data, if |
| 12:20:40 | 20 | you will, right. |
| 12:20:41 | 21 | Like, words in a sentence, for example, |
| 12:20:44 | 22 | flow and have meaning and are dependent on prior |
| 12:20:47 | 23 | words in the same sentence.  This is a useful |
| 12:20:49 | 24 | attribute of, like, training these large models that |
| 12:20:52 | 25 | are -- that -- that are essentially relying on this, |