# EXHIBIT 7

**Bartz 30(b)(6) depo prep**

**Datasets listed in Topic 2.**

| | |
|---|---|
| **Books3** | Claude 2 and earlier |
| **Libgen** | No |
| **The Pile (excluding Books3 and YouTube, discussed above and below)** | Yes (components) |
| **Z-Library** | No |
| **E-Libra** | No |
| **Internet Archive** | Yes, 4 datasets with books:<br>• https://archive.org/details/books<br>• https://archive.org/details/universallibrary<br>• https://archive.org/details/americana<br>• https://archive.org/details/toronto |
| **Common crawl** | Yes |
| **YouTube transcripts from the Pile** | Yes |

**Books listed in Topic 3 (Books3): ISBNs located**
- Andrea Bartz: The Lost Night: A Novel
- Charles Graeber: The Good Nurse: A True Story of Medicine, Madness, and Murder
- Charles Graeber: The Breakthrough: Immunotherapy and the Race to Cure Cancer
- Kirk Wallace Johnson: The Feather Thief: Beauty, Obsession, and the Natural History

**Books listed in Topic 3 (4 Internet Archive datasets).** No ISBNs located.

**Presence of Books listed in Topic 3 (book scanning/Claude 3.5 Haiku)**
- Andrea Bartz: The Lost Night: A Novel
- Andrea Bartz: The Herd
- Andrea Bartz: The Spare Room
- Charles Graeber: The Good Nurse: A True Story of Medicine, Madness, and Murder
- Kirk Wallace Johnson: The Feather Thief: Beauty, Obsession, and the Natural History Heist of the Century
- Kirk Wallace Johnson: To Be A Friend Is Fatal: The Fight to Save the Iraqis America Left Behind

