# EXHIBIT 8

ORIGINALLY LODGED
ENTIRELY UNDER SEAL

# Valuing 1T Tokens

Prior Work:

[Valuing Incremental Tokens](#)

**Thought Process**

Token value is a fn of:

1. Number of Tokens in our existing corpus
2. Improved Models on task performance, quality, etc. ▆
3. Req tokens per model
4. Token type (text: web, text: book, text: code, images, ...)

**Getting** ▆▆▆▆▆ **by July**
- **Overall:** ▆▆ **by end of '26**
- Getting ▆ from the largest Models | ▆▆▆▆ | *Baseline Hard Value*
    - ▆▆▆ | ▆▆▆ | ▆▆▆
        - | ▆▆
        - | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
        - ▆
- Getting ▆ from the largest Models | ▆▆▆▆ | ▆▆▆▆▆
    - ▆▆▆ | ▆▆▆ | ▆▆▆
        - | ▆▆
        - | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
        - ▆
- Making Models better | ▆▆ | ▆▆▆▆▆▆▆▆
    - Hard to quantify, but overall we believe that books represent very high quality pretraining data
    - I think this is probably equivalent to the ▆▆▆▆▆▆▆▆▆

Overall, my (high variance) guess is ▆▆▆▆▆▆▆▆ would yield us somewhere around ▆▆ ▆▆. If we believe the soft value impact is significant (factoring in the

flywheel effects), the data acquisition cost of $███M seems somewhat higher than preferable, but oom reasonable with a break even roughly by end of Emu.

## Methodology

"Baseline Hard Value" from Largest Models:



- ███ ▪ ██████ ▪ ████
  - ████████ ▪ ██████ ▪ ██████ ▪ ████████████
    - ██████
    - ██████
    - ~████████
    - ████████
    - ██████ tokens in our corpus by then (estimate)
  - ████████ ▪ ██████ ▪ ██████ ▪ ██████████
    - ██████
    - ██████
    - ~████████0
    - ████████
    - ██████ tokens in our corpus by then (estimate)
- ████████████████████████████████████████████
- Unnamed ████████████ | *high variance estimate*

Adding Hard Value from other Models:
- probably ████████████████████████ given the improved quality of the pretraining data?
  - we don't have data on this yet, but should in the next few weeks

Adding Soft Value from making Models better:
- probably ████████████████████████ given the improved quality of the pretraining data overall making our Largest Models better, leading to a flywheel of more fundraising, rev growth, etc.

Highly Confidential – Attorneys' Eyes Only                                    ANT_BARTZ_000003493