# EXHIBIT 9

ORIGINALLY LODGED ENTIRELY UNDER SEAL

# SCALE: BWB Remaining Currently Available Consumer Inventory

Tom Turvey

**Created:** Aug 28, 2024 **Last updated:** Aug 29, 2024

## 🌳 Decision Matrix

| Status | Approved |
|---|---|
| Suggested by | Tom Turvey |
| Consulting | Janel Thamkul |
| Approved by | Pranay Sangani |
| Looping in | Sydney Meheula |
| Executing | Cecilia Latapie |

## ⚠️ Background

As our largest wholesale used book supplier, BWB, is crucial to maintaining our book scanning operations. We have reviewed BWB's remaining **currently** available inventory of consumer books and identified ▓▓▓ unique titles.

**ROI theory for deal:** High
**Rationale:** Investing in Books aligns with our core content source requirements. Books are not typically available on the public web, offer a vast quantity of high-quality, unique content, and can be obtained relatively cost-effectively without setting poor legal or partnerships precedents.

## 🍪 Proposal

1. **Context:** BWB sent a list of ▓M titles readily available asking $▓ per book. These are newer books with deep sales history for BWB where they can guarantee a sale to one of its own customers (individuals or libraries) vs. the $▓ books, which have less demonstrable sales demand. We removed self publishing platforms and duplicates already purchased from prior orders and other sources bringing us to a revised

> **Commented [1]:** FYI @▓▓▓▓▓y@anthropic.com here is the original doc that Melissa shared in our email chain with Krishna. We're asking to increase the Better World Books PO by this amount since the original $▓M from that PO has already been "committed" towards other BWB orders.
>
> See breakdown of all BWB orders in the spend tracker here:
> https://docs.google.com/spreadsheets▓▓▓▓▓▓▓▓
>
> Let us know if you need more context.
> _Assigned to▓▓▓▓▓@anthropic.com_ [Author:Cecilia Latapie],[Creator:1297307460],[Date:9/3/2024 9:07:00 PM]

list of ▇K books

History of negotiation:
- BWB was initially asking for $▇ per book. In a first round of negotiation, we obtained an average of $▇ per book. Pranay and Tom further negotiated based on book availability and reached an agreement of $▇ on average for on-shelf books and $▇ on average for off-shelf books.

2. Volume & Cost Summary
   - Number of books: ▇
     i. **On shelf** (available now): ▇
     ii. **Off shelf** (reserved futures): ▇
   - Total cost: $▇
     i. On shelf: $▇
     ii. Off shelf: $▇
   - Average custom price per book: $▇
     i. $▇/book on average for off-shelf books
     ii. $▇/book on average for on shelf books - available immediately

*Note: Above cost excludes shipping fees and sales tax*

**Link to spreadsheet:** External_Remaining Inventory_▇K.xlsx

Next Steps
1. Obtain breakdown of "off the shelf" vs. "on shelf" books to determine final cost - done Cecilia Latapie
2. Obtain agreement with BWB that we will use same terms as first order of ▇K books - done Tom Turvey

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000004588