# EXHIBIT 10

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

# 2024

# Anthropic

## Datamation Book Scanning Proposal





Confidential

ANT_BARTZ_000004031



**Datamation Imaging Services**
7700 Griffin Way, Suite B
Willowbrook, IL 60527
Phone: (630) 321-0601
Email:   druschel@datamationis.com

# Datamation Imaging Services – Corporate Overview

Datamation offers a full suite of products and services that address enterprise-wide challenges releasing   the power of your information. Since 1995, we have grown into one of the largest, most experienced  document imaging, scanning, conversion, and document management service organizations in the  Midwest. From paper files and books to microfilm/fiche to electronic imaging, Datamation has continuously stayed on  the leading edge of document management solutions and services.

Headquartered in Willowbrook, Illinois, Datamation works with organizations around the country, in   every industry, in the public and private sectors, and of every size, from startups to the Fortune 500. Our  customers include banks and other financial services firms, manufacturers, healthcare and insurance  organizations, airlines and transportation companies, educational institutions, public-sector agencies, and unions.

We provide a single point of contact for all our client's Document Management and Business Intelligence needs but have never outgrown our original purpose; We are the technology partner our clients can count on to help make important business decisions, to provide strategic IT planning guidance, and finally to help implement the most appropriate business systems. Because of this breadth   of experience, we have earned a reputation for helping organizations get better at what they do by   taking advantage of the right technology for their business.

Datamation is recognized as a leading provider of Integrated Document Management Services and   solutions. With a national presence, Datamation provides localized services, delivering support and  solutions to the most demanding and time critical requirements. We combine innovative people,   standardized processes, and today's technologies to deliver collaborative, competitive advantage on a   national basis.

Datamation prides itself in the expertise its staff possesses in document imaging and technology.  Datamation has achieved an outstanding reputation for quality and responsiveness to   customers and is recognized for its knowledge in advising clients about the most cost-effective imaging   solutions to achieve desired business results. The core strengths of Datamation are its capabilities to   capture index and archive document files and subsequently upload these images to your organization's   imaging system using the latest imaging technology.

- Leverage our Experience – Unlock the value in your current systems
- Image-Enable Your Information – Integration and Automation
- Digitize Your Media – Expert conversion of your Paper Files, Books, Film and Other formats
- Hardware, Software, Service – Your complete source for imaging products and support



**Datamation Imaging Services**
7700 Griffin Way, Suite B
Willowbrook, IL 60527
Phone: (630) 321-0601
Email:  druschel@datamationis.com

## DATAMATION'S APPROACH

Datamation approaches all project using best practices derived over years of experience. As a result of this approach, Datamation offers a broad choice of complementary technologies, applications and implementation services that are required when implementing solutions. This allows organizations to tap into a wealth of products and system integration skills and services to ensure overall success and satisfaction. These services include project management, application development, implementation, deployment, and conversion services.

## CUSTOMERS

We have over 1,000 Customers, throughout the United States. We provide services and solutions to virtually all market segments.  The following is a small sample:

Pharmaceutical - Abbott Labs,  Allergan, Abbvie (Onsite and Offsite Scanning)
Insurance - HCSC, State Farm, Aetna, Northwestern Mutual Life
Healthcare – Advocate, Cook County Hospitals, ATI PT, VistaLink Labs, Palos Hospital, UIC Medical
Transportation - Waste Management, Vulcan Materials, United Airlines
Financial - BMO Harris, Fidelity, Principal Financial, Thrivent
Education - Northwestern University, K-12 Schools
Government - Cook County Retirement Fund, US District Court, State of Colorado
Other - Pension Funds, Engineering, Legal, Manufacturing, and more!

From low to high volume, from the most basic to workflow environment solutions, Datamation's team of professionals prides itself on its ability to satisfy our customers' needs in electronic filing solutions and support. The company is based on a solid foundation with an uninterrupted dedication to its core competency in document management solutions and its reputation for outstanding customer service and support for those solutions.

## CERTIFICATIONS / AWARDS

   

Soc 2 Type II Certified    HIPAA Trained Staff    Digitech Circle of Excellence    Laserfiche Run Smarter Award

pg. 3



**Datamation Imaging Services**
7700 Griffin Way, Suite B
Willowbrook, IL 60527
Phone: (630) 321-0601
Email:  druschel@datamationis.com

## Project Description

Anthropic is seeking an experienced document scanning services vendor to convert from 500,000 to two million books over a six-month period . Customer will deliver books in ▇▇▇▇▇▇▇▇▇▇ We propose the conversion services be provided in our SOC 2 Type II audited facility in Willowbrook, IL.

## Project Assessment and Conversion Requirements

- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- Books may be new or used but in good condition
- Conversion services to be provided by an experienced vendor in a secure facility
- Books will be delivered in ▇▇▇▇▇▇▇▇▇▇ over a 6-month period from January to June 2024
- Books will be cut to provide cost effective conversion
- If hard cover, the front and back covers do not need to be scanned
- Books may be scanned greyscale at 200 dpi
- Digital files to be indexed by the ISBN #, Author, and Book Title
- Digital files to be output to multi-page PDF
- Files will reside on Customer private cloud location

## Datamation Conversion Process

Based on our experience scanning books, below is the process we plan to follow for your project:

1. **Receiving:**
   - Books will be delivered to Datamation in ▇▇▇▇▇▇▇▇▇▇
   - Pallets will be assigned a receive date and unique barcode tracking number

2. **Book Cutting:**
   - If necessary, remove any protective covers or bindings that may impede the scanning process
   - Utilizing a hydraulic powered cutting machine books will be neatly cut to prepare for scanning
   - A barcode separator sheet will be placed in between each book to mark the first page of the book

3. **Scanning Process:**
   - Books will be jogged by the common lead edge and loaded into the high-speed feeder
   - Books will be scanned on high speed, high quality, production level scanners
   - Software will automatically de-skew and optimize image quality
   - After scanning books will be returned to ▇▇▇▇▇▇



**Datamation Imaging Services**
7700 Griffin Way, Suite B
Willowbrook, IL 60527
Phone: (630) 321-0601
Email:  druschel@datamationis.com

4. **File Format and Naming:**
   - Save scanned images will be saved as a multiple page PDF
   - PDFs will be named by the books ISBN and Title EX: '0536615268_Math 101.PDF'

5. **Quality Control:**
   - Review the scanned images to ensure that pages are captured clearly and accurately

6. **Digital Storage:**
   - Scanned books will be batched by process date and placed on our secure FTP for download

7. **Return / Recycle:**
   - After files are uploaded, we will schedule with the recycling company to pick up the completed books

# Pricing Summary

**Book Scanning – Pricing Estimate:** (Customer will be billed for actual pages scanned)

Includes: Receiving, cutting, scanning, QC, organizing, indexing, and uploading

| Service Description | Quantity | Unit Pricing | Total |
|---|---|---|---|
| [redacted] | 175M Pages | [redacted] | [redacted] |
| [redacted] | 350M Pages | [redacted] | [redacted] |
| [redacted] | 700M Pages | [redacted] | [redacted] |

**Terms:**

- Invoices will be provided weekly for completed work.
- A 20% deposit will be required prior to the start date.
- Pricing is based on a volume of [redacted]

Datamation Imaging Services Corporation        Anthropic
7700 Griffin Way, Suite B
Willowbrook, IL 60527

By _____        By _____

Name   Dave Ruschel                     Name _____

Title    CEO                            Title _____

Date   _____     Date _____

pg. 5



**Datamation Imaging Services**
7700 Griffin Way, Suite B
Willowbrook, IL 60527
Phone: (630) 321-0601
Email:   druschel@datamationis.com

# Service Agreement

1.0 SERVICES

Datamation shall perform the work described in the attached Quote (the "Services") in a timely and professional manner. The manner and means by which Datamation chooses to perform the Services are in Datamation's sole discretion and control. Datamation agrees to exercise the highest degree of professionalism, expertise and integrity in completing all aspects of customer imaging services.

1.1 Change Requests - In the event that the Customer desires to change the scope of the Services, or any other aspect, the Customer shall submit to Datamation a change request ("Change Request"), describing the exact nature of the changes requested. Within a reasonable time thereafter, Datamation will provide the Customer with: (i) Datamation's proposal for implementing the requested change; (ii) the amount of additional fees, if any, payable to Datamation as a result of the proposed Change Request; and (iii) the impact, if any, on the delivery schedule arising from the proposed Change Request. Notwithstanding the forgoing, Datamation shall have the right to refuse a Change Request for any reason in its sole and absolute discretion.

2.0 CONFIDENTIALITY & DATA SECURITY

Datamation agrees that all confidential information ("Confidential Information") communicated to Datamation with respect to the Services, including any Confidential Information received by Datamation or its representatives by reason of association or employment with the Customer or its associates is confidential. Customer shall make reasonable efforts to mark as confidential any materials to be protected pursuant to this paragraph. Datamation shall not disclose any Confidential Information to any other person unless specifically authorized in writing by the Customer to do so, except to the extent disclosure is required by subpoena or an order from a court of competent jurisdiction. Datamation shall use its best efforts to prevent inadvertent disclosure of any Confidential Information to any third party. If supplied with personally identifiable information (PII), Datamation will not sell, rent, or use that information.

2.1 Data Security - The privacy and security of the Customer's work is of paramount importance. Datamation has thorough processes, policies, and systems to ensure the utmost of privacy and security in all aspects of processing the Customer's work. To ensure compliance with SOC II security standards and requirements, in the event of a security incident, as described in Datamation's company policy, Datamation is required to notify you. In addition, since Datamation may receive data and data files from the Customer, we ask that the Customer notify Datamation in the event of a security incident or data breach in the Customer's organization.

2.2 Data Ownership – If this is copyrighted work, the customer will not distribute or host any copyrighted works without explicit consent from the publisher or copyright owner. By signing this agreement, customer confirms they have permission to create electronic backups of the copyrighted work.  In the event of a dispute or legal action, the customer will indemnify Datamation.

3.0 DATA RETENTION

Datamation may, but is not required, to retain a copy of Customer's documents in an electronic form for disaster recovery purposes.  This data will be retained for a maximum of 6 months unless other terms are defined by the customer.

Confidential                                                                                                        ANT_BARTZ_000004036



**Datamation Imaging Services**
7700 Griffin Way, Suite B
Willowbrook, IL 60527
Phone: (630) 321-0601
Email:   druschel@datamationis.com

### 4.0 REPRESENTATIONS AND WARRANTIES

Notwithstanding any other provision of this Agreement, the maximum and total liability of either Party arising from or in connection with this Agreement, the Services, and/or any other materials provided hereunder shall not exceed the total of the payments actually paid to and received by Datamation under the Agreement during the term hereof.

### 5.0 NONCOMPLIANT WORK

When processing the Customer's work, if Datamation encounters work (boxes, data or images) that is not compliant with the scope of the Services or other agreed upon characteristics of the job, this work will be identified and set aside. The Customer will be notified and asked for instructions on how to proceed with the noncompliant work. All other work that is compliant will be processed in the agreed upon timeframe. If the Customer does not provide input or instruction on how to address the noncompliant work within 30 days of the completion of the rest of the job, then the noncompliant work (boxes) will be placed in storage and billed at a minimum rate of $1 per box per month until the Customer provides input of instructions to Datamation.

### 6.0 ANNUAL PRICE ADJUSTMENT (if applicable)

Due to rising labor costs and supplier pricing, Datamation reserves the right to adjust the price of software or services on an annual basis.

### 7.0 DOCUMENT MANAGEMENT CLOUD SERVICES AND USE (if applicable)

During the term of this Agreement, Datamation may agree to provide the Customer electronic document storage and retrieval warehousing services. The Services will be provided on a computer server owned, operated or accessible by vetted, third-party software vendors (the "Server") and will allow Customer to electronically store Customer's documents and access and retrieve the stored documents via the Internet.

Subject to the terms and conditions of this Agreement, Datamation hereby grants to Customer, and Customer hereby accepts, a nontransferable, nonexclusive, revocable license to use these cloud-based document management systems. Customer shall use these systems solely for Customer's own business operations and shall not use them for the business operations of any other, entity, enterprise, or person whether or not Customer has an equity interest therein. Customer may not attempt to sublicense or otherwise transfer use rights to the software or the Services Documentation or use them or the Services to provide time-sharing or service bureau services for the benefit of or on behalf of any third party. All efforts will be taken to make the Services available for use 24/7 (with the exception for scheduled maintenance downtime).

Datamation and Customer shall implement and maintain reasonable security procedures relating to Customer's access to the document management software. Customer shall be responsible for administering the procedures relating to the assignment and administration of all identification codes and passwords authorizing access to the software on behalf of or for the benefit of Customer and its authorized users, and Customer shall be responsible for taking appropriate security measures relating to such identification codes and passwords. Any requests for additional system access must either be performed by a system administrator in your organization or be requested in writing, to Datamation, prior to the access being granted.

Confidential    ANT_BARTZ_000004037