# EXHIBIT 11

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

