# EXHIBIT 12

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

# Data Partnerships <> Finance; Monthly Syncs

## 11/27/24

- **Financial Considerations & POs**
  - Data Partnerships spend: To date, we have paid $▮▮M ($▮▮M for Panama; $▮▮M for non-Panama) and have committed $▮▮M of our $▮▮M low-scenario budget.
  - Added in additional orders from WOB, UDC and Nippan to committed spend; increase scanning budget to capture all closed books (▮▮M books)

- **Deal Updates Panama**
  - **Closed (since last meeting)**
    - World of Books (▮▮M)
      - ▮▮M used consumer books for $▮/book
      - Contract fully executed on 10/26
      - Placed second manual order of ▮▮K books of which:
        - ▮▮K used consumer books in higher priced tier ($▮▮/avg) to bridge supply gap until EOY
        - ▮▮K used consumer books within $▮ bucket
      - May place third manual order for books week of December 17th; would require Genna approval but these are part of the original agreement
    - Nippan Japan (0.▮▮M)
      - ▮▮K books at $▮▮/book
      - Contract fully executed on 11/21
  - **Ready for approvals (0▮▮M):**
    - Approved internally; finalizing contract / external signatures
      - Booxen Korea | ~▮▮K books at $▮▮/book; approved internally; agreed to ▮▮% discount on list price; Received revised contract.
      
      **PRIVILEGE**
  - **Active: High confidence (▮▮M):**
    - [New] UDC Taiwan order 4 | ~▮▮K books at $▮▮▮; Simplified Chinese books from mainland China; SCALE doc drafted - gathering internal approvals now ($▮▮M)
      - May need to raise change order request for additional $▮M to PO

- **Payments**
  - Expedite payment for Nippan: will receive invoice on December 17th; process by December 19th
  - Shipping date on invoices for WOB: working to get that corrected
  - How about for vendors who send advance payments? Do we need an estimated shipping date here?

- **Tracking for next year**
  - Does current tracker work?
  - Do we want to create new spend to date just for 2025?
    - 2025 paid to date column
    - 2025 view has not changed

- **Willingness to pay refresh**
  - Meeting next week to discuss creating a unified rubric that bridges the Panama CM work by category (ongoing) to a willingness-to-pay rubric. Goal: Establish data-driven price tiers for different book categories based on Panama CM analysis

- December 9th deadline for POs raised in Zip; note going out to vendors on invoice

## 10/16/24

- **Financial Considerations & POs**

Highly Confidential – Attorneys' Eyes Only

- - Data Partnerships spend: To date, we have paid $██M ($██M for Panama;$██M for non-Panama) and have committed $██M of our $██M low-scenario budget.
    - Main changes since last week (+$██M) are payments to Datamation for ongoing scanning services ($██M), SambaTV ($██M), UDC for Taiwan books ($██M) and Better World for ongoing shipment of books ($██M), and small payments to SimilarWeb ($██K) and Prisa ($██K)
    - Increased Datamation committed spend based on scan at $█/book from what we're seeing in invoices (minimum is $█ but actuals is closer to $█)
- **2025 forecast:**
  - Working with Strategic Finance on 2025 forecast; preliminary forecast here based on information we have now
    - $██M in 2025 Panama spend to get us to █T tokens by September 2025 considering current rate of ██K books scanned/week and ██M books scanned in 2025 until September; low or high scenario may consider higher or slower book acquisition / scan rates or tokens beyond █T
      - Share doc with Nick, Sam, Tom - share during compute working sessions
    - Non Panama as a % of total spend
      - Currently, non panama represents ██% of total data partnerships committed spend ($██M of $██M committed)
      - As finetuning becomes more of a company priority, data needs from that team may increase. Could consider low, med, high scenarios as a % of total expected spend (e.g., ██%-██%)
- **Deal Updates Panama**
  - **Ready for approvals (██K) or ~$█M:**
    - Nippan Japan | ~██K books at $██ or $██M total; approved internally; finalizing draft contract and coordinating delivery timeline with partner
    - Booxen Korea | ~██K books at $██/book or $██M total; approved internally; agreed to ██% discount on list price; starting to create draft contract and coordinate logistics / shipping timeline
    - Baker & Taylor Order #3 | ~██K books at $██ or $██M total; goal is to meet min commitment with another STEM focused order; 3 options outlined waiting for approval
  - **Active: High confidence (█M) or ~$█M:**
    - World of Books UK | ~█M books at $█. Finalizing contract this week; agreed to █M commitment in $█ bucket over 12 month term; removed exclusivity and weekly shipment commit but agreed to weekly sync with Datamation to align on shipment forecast; building real time end point yes/no ISBN tracker; opportunity to purchase more in higher priced tiers; want to finalize contract first before placing higher priced orders; currently have visibility into ██K $█ ISBNs; analyzing additional █M ISBNs to understand how we can increase that pool
- **WTP**
  - Refresh methodology? Not a huge issue with it for tokens; may need to look at finetuning / MM use cases (learn from Adept impact, human data side)
  - Ranking update (add link)
    - What has been validated vs. not with real data, actual research results
    - Where we have conviction vs. not
- **Deal Updates Non Panama**
  - Adept agreement signed for $██M (Video & MM)
- **POs awaiting approval (approval limits here):**
  - #2353: **Adept Data:** waiting on Maryam Mortazavi approval
  - #2313: **Nippan:** waiting on vendor
  - May need to increase BWB PO 870 for ongoing shipment of "residual" books
- **Payments**
  - **Project Numina $██K donation:** waiting on written acknowledgement letter from partner and will then submit go/wire-request

- **Baker & Taylor:** payments sent - thank you!
- **Remittance or receipt:** UDC Taiwan partner is not receiving automated receipts or notifications from Zip - will check with Melissa
- **Technical accounting**
  - Assessment over the fair value of the books data + scanning costs
    - Do we have a docs where we rank the type of data acquired that we value most?
      - [ACP] WTP Current theories for relative value of different media types
      - go/tokens-wtp - Willingness to pay for incremental tokens

# 9/18/24

**Financial Considerations & POs**

- Data Partnerships spend: To date, we have paid $▮M ($▮M for Panama; $▮M for non-Panama) and have committed $▮M of our $▮M low-scenario budget.
  - Main changes since last week (+$▮M) are payments to Better World ongoing shipment of books ($▮M), and first payment to SambaTV (▮K)
- See all SCALE decisions docs at go/scale-data-partnerships
- Deal updates:
  - **Ready for approvals (▮K):**
    - Baker & Taylor Order #3 | ~▮K books at $▮/book; waiting for final internal approval pending review of samples
    - Adept AI | ▮K hours of Human Collected Video + Action Transcripts of Targeted Desktop Applications + ▮k observations of Human Collected Web Crawl efforts
  - **Active: High confidence (▮K):**
    - Nippan Japan | ~▮K books at $▮; negotiated ▮% discount; finalizing payment terms and starting to draft contract; will submit SCALE doc for review
    - Booxen Korea | ~▮K books at $▮/book; trying to negotiate ▮% discount; at ▮% currently
    - UDC Order #2 | ~▮K books at $▮; waiting for final list excluding comics
    - SBS Argentina | ~▮K books at $▮/book; finalizing terms and preparing SCALE doc
  - **Early stages:**
    - **World of Books UK:** Finalizing terms and building real time end point yes/no ISBN tracker; once minimum commitments, price and exclusivity are confirmed will move to high confidence
    - **Amazon used books**: met with team today, they have identified a large used books vendor and could buy on our behalf; waiting to receive volume & cost confirmation
- **POs awaiting approval (approval limits here):**
  - BWB shipping service - waiting for vendor to send revised contract back
  - Jaya - Independent consultant for India - needs support stuck in onboarding process
  - ProQuest - Books-in-Print & Ulrich's databases - vendor providing onboarding info
  - SimilarWeb Custom Data - vendor providing onboarding info
- Other questions:
  - Payment terms for Japan partner (asking to see financial information) before agreeing to 50% upfront / 50% upon arrival
    - FUP: can we be invoiced in JPY or is **USD preferred**?
    - Terms with Biran - damaged / unscanned etc..finance is fine with full upfront payment
  - Payment of UK invoice for Baker & Taylor: update partner on status of payment
  - **Thoughts on setting up an LLC for book buying**
    - **Timeline: end of the month?**
  - **Vendor audit?**
  -
    - **New Zip process: make sure we have sign off on vendors**
  - **Finance team changes**
           **PRIVILEGE**

- **Financial Considerations / Spend tracking:**
    - Data Partnerships spend: To date, we have paid $▮M ($▮M for Panama; $▮M for non-Panama) and have committed $▮M of our $▮M low-scenario budget.
        - Main changes since 2 weeks ago (+$▮M) are upfront payments to Better World to reserve books for order #2 and ongoing shipment of books ($▮M), payment to Datamation for ongoing scanning services ($▮M) and payment to Baker & Taylor for ongoing shipment of books from order #1 ($▮M)
        - Add agreements to Zip and flag to Genna Jones
- **Decision Making:** See all SCALE decisions docs at go/scale-data-partnerships
- **Deal updates:**
    - Internally approved:
        - Baker & Taylor: ▮K newer STEM & computer books for $▮/book on average - $▮M total
        - UDC Taiwan: First order of ▮K titles at $▮/book on average - waiting final signature - $▮K total
    - In progress:
        - Thrift Books
            - Interested in ▮K titles after deduping and reviewing add'l category information (mainly consumer) - see draft SCALE doc
        - Spanish books from Ingram
            - looking into Spanish books (~▮K); awaiting final cost & service fee. Draft SCALE doc here
        - Booxen: Korea English books
            - Sent potential inventory of ▮K titles at $▮/book avg. Awaiting list details and set time to kick off buying process
- **POs awaiting approval (approval limits here):**
    - BWB shipping service
    - UDC Taiwan
        - Per Melissa: "There seems to be an issue with the banking configs - i have a ticket open with Zip to try to resolve this" - need to escalate so we can send deposit to kick off order
        - Cecilia to ping Maryam Mortazavi - done
    - Baker & Taylor UK
    - Jaya - Independent consultant for India
- **Other:**
    - Issues with payment for our Taiwan-based consultant. Need to escalate to payments team Melissa Chung
        - Wrong name used: Linda confirmed the bank returned the funds; we need to verify and issue a new wire with her legal name

# 7/17/24

- **Financial Considerations / Spend tracking:** To date, we have paid $▮M. We are at ▮% of our current contractual commitment ($▮/$▮M) or ▮% of our $▮M low scenario budget.
    - Main changes from last week include payments to Better World UK and US for ongoing shipments of books (~$▮M), payment to Datamation for scanning services (~$▮M), advance payment to Baker & Taylor to kick off first order (~$▮M), monthly payment to Prisa (~$▮M) and one time payment to Core/Open Univ (~$▮M).
- **ROI tracking:** Mycal Tucker will be supporting team with ROI measurement; preliminary doc; start thinking about process / rubric / creating feedback loop between Research / Partnerships / Finance
    - Add Mycal to weekly meetings

- ○ Open question: What happens to books that are flagged as "less useful"? From an accounting perspective, need to understand
- **Decision making:** We are now creating DICE docs for all new orders and deals to ensure a paper trail and enable better visibility, discussion, and alignment
    - ○ Adding ROI theory for deal & rationale to DICE docs for Tokens Research to fill out
- **Deal updates:**
    - ○ BWB phase 2: This week closing order for ▮K newer consumer trade books for $▮/book on average or $▮M total
        - ■ Pending signature of ordering document
        - ■ See DICE doc here
    - ○ B&T: Last week closed first order for ▮k units for ~$▮/book on average or $▮ total
        - ■ DICE doc completed and approved internally here
        - ■ Shipments starting this week
- **PO updates:**
    - ○ PO for Baker & Taylor: create change order once we know how many books & cost for separate UK and AU/NZ entities (will need to be billed to different account)
    - ○ PO for Amazon on hold; may need to reallocate some funds to BWB but current BWB $▮M PO should be enough for now.
- **Technical accounting updates**
    - ○ Data acquisition hot topic with big 4 firms and expect guidance to come
    - ○ Our interpretation of the guidance to capitalize book cost + scanning is judgmental

**PRIVILEGE**

- Licenses content:
    - ○ Static or refreshed? (both)

# 5/23/24

- Content rights in the book are obtained once purchased
- Scanning of the books creates images of the sheets
    - ○ OCR-ing image to get the text
        - ■ Scanning company performs this (commercial software that they use)
- Google – CapEx; product improvement for search
- R&D capitalization is difficult to land in:
    - ○ Acquired data would not be contingent on any future development
- Content accounting considerations for books
- Licensed data: still need to tokenize the data
    - ○ All done in house
    - ○ Data labeling vs. tokenizing: labeling can happen anytime (pre-training, post-training), RLHF
        - ■ Labeling just means attaching some metadata to the underlying data
        - ■ Labeling can be on the front end before incorporated or on the backend
    - ○ Are we constantly tweaking data? This is an active field of work; once a model is trained, the data that trained the model is done
        - ■ The output of training are the model weights
        - ■ Data resources: that raw data is never going to change (hard resource); we copy that data and then continue to iterate on making that data the best it can be; training new models on the best data
            - ● The data changes as the model is training

CapEx vs. Expense:
- If we're making a data platform, perhaps this should be considered capitalized

Webcrawl: data downloading; raw data copy
- Tokenizing happens at the very end

Books:

5/16/24
- Accounting has memo in draft to discuss treatment
    - Books = tangible assets
    - Books when digitized = intangible assets (indefinite useful life)
        - questions remain open on this for:
            - Treatment of scanning costs (need to understand the timing of when scanning occurs)
                - TT: at most, might be a month between shipped to scanner
                - TT: indefinite life makes sense, these books' data would be used across all models (general purpose, pretraining)
            - Would we ever dump the data?
                - PS: Likely to store everything forever; we might separate out books into categories. There is no compelling reason to delete a book right now.
    - Digital data = licensed / capitalized asset over the life of the license term (or longer)
        - These agreements have terms of 12 months, the ability to use content expires by end of the term
        - E-books / text / other = lifespan might be such that we need to renew

Action items:
1. Follow-up with PS on the ideal categorization of data
2. What about storage costs and capitalizing those? Likely expensed, content
3. What about the data acquired via web crawling? (Feels very similar to the scanning work we're doing; it's something that actually allows us to change the format of it such that it is usable)
    a. Training data is used across multiple models –
        i. Does it need to be pre-processed / tokenized before? Significant effort in doing this.
        ii. Acquisition of the data is fairly expensive; AWS costs (GPU spend) on the underlying data for the model.
    b. Compute spend is ephemeral; GPU spend is used and then goes away (the lifespan is finite)


Reference docs:
go/data-partnerships
[ACP] Data Partnerships pipeline (go/DP-pipeline)