# EXHIBIT 18

**ben** Mar 24, 2021 12:11 AM | Edited on Mar 24, 2021 12:14 AM

Getting very different text lengths than expected
```
# mix configuration
MIX = [["books3", 26], ["openwebtext2", 20], ["enwikipedia", 4], ["mix", 50]]
BIG_MIX = MIX + [["py-only", 25]]
```

# document length sum ratios we get out of the mixer/sampler
0.04 enwikipedia
0.14 books3-chunked
0.21 openwebtext2-chunked
0.26 the-pile
0.35 mysql-2021-03-06-noforkI'm guessing this is because code compresses better than natural language. We might want to adjust the mix ratios in the canonical mix before we re-encode. One way to do this would be decompress a file or two from each, check the compression ratio, and then use that ratio when computing how many files to sample.
Here's the compression ratio for our mix datasets, which confirms by above theory
{
"books3": 0.3605096382995953,
"enwikipedia": 0.37079073937011686,
"mix": 0.3328165769499958,
"openwebtext2": 0.3725931528444764,
"py-only": 0.20317927545983844,
}However you might also expect BPE to be more effective for code, so perhaps calculating based on the compressed values is better. For now I'll proceed with the heavily downweighted code above (100 -> 25)
Encoding trained on 100k documents, which took about 2 minutes start to finish on 96 cores
ff cat s3://anthropic-us-east-1/data/bitbox/encoding/canonical-v1_s1e+05_v5e+04.json | jq -C . | less -RContains pretty reasonable looking vocab

[ Draft PR]
Next steps:
- check BPE compression ratios on a couple datasets
- encode all the datasets in the mix

**jared** Replied on Mar 24, 2021 10:29 AM

I was imagining just making a separate language and code dataset, and then training on a mix?

**ben** Replied on Mar 24, 2021 10:29 AM

Yep that's the plan

+1 1

But for the encoding itself it needed to be shared

**jared** Replied on Mar 24, 2021 10:30 AM

Ah makes sense

**jared** Replied on Mar 24, 2021 10:31 AM

My guess is that encodings aren't super sensitive to the precise mix, but I could be wrong, it's just a guess.

(So I'm not very worried)

**ben** Replied on Mar 24, 2021 10:40 AM

I think that's right

**jared** Replied on Mar 24, 2021 10:46 AM

My mental model is that performance is very insensitive to vocabulary size, and training on p% code and (1-p)% language is strictly better than training a p*n_vocab encoding on code and a (1-p)*n_vocab model on language, so the exact ratios will be really unimportant as long as they're within a factor of a few of 50/50.

**jared** Mar 24, 2021 8:28 PM

Random sub-reddits 🧵

**jared** Replied on Mar 24, 2021 8:28 PM

https://www.reddit.com/r/LifeProTips/

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389738

**jared** Replied on Mar 24, 2021 8:29 PM

https://www.reddit.com/r/NoStupidQuestions/

**jared** Replied on Mar 24, 2021 8:34 PM

https://www.reddit.com/r/askscience/

**jared** Replied on Mar 24, 2021 8:36 PM

https://www.reddit.com/r/BrandNewSentence/

**ben** Mar 24, 2021 11:41 PM  |  Edited on Mar 24, 2021 11:52 PM

made this easily forkable spark template, hopefully makes it less scary to get started
http://go/spark-colab

🙌 1

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389739