# EXHIBIT 19

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

**ben** Jun 7, 2021 8:56 AM

We now have 15 TB (yes T) of dumped WET files
ff  data/raw/common-crawl-wet/CC-MAIN-2017-22/
ff  data/raw/common-crawl-wet/CC-MAIN-synth/Hopefully will get a chance to start dumping libgen by tonight

👊 1

**ben** Jun 7, 2021 2:45 PM

Currently pulling libgen at 40MB/s, but my 300G disk is going to fill up, so will need to write some kind of producer/consumer to shuttle things off to s3

**ben** Replied on Jun 7, 2021 3:12 PM  |  Edited on Jun 7, 2021 3:13 PM

Info on torrent structure and total sizes
2TB fiction
32TB nonfiction
68TB papers
https://wiki.archiveteam.org/index.php/Library_Genesis

Deleted on 06/07/2024 1:00 AM
Screen Shot 2021-06-07 335 KB

Deleted on 06/07/2024 1:00 AM
Screen Shot 2021-06-07 249 KB

**ben** Replied on Jun 7, 2021 4:09 PM

metadata sample
[{'ID': '2331049',
'MD5': '641DC5DCE2FE9F2A12E3BBB9E9584C1E',

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389773



'Title': 'Sofia Petrovna',
'Author': 'Lydia Chukovskaya, Eliza Kellogg Klose (editor)',
'Series': '',
'Edition': 'Revised and Amended',
'Language': 'English',
'Year': '1988',
'Publisher': 'Northwestern University Press',
'Pages': '120',
'Identifier': '0810107945,9780810107946',
'GooglebookID': '',
'ASIN': '',
'Coverurl': '2331000/641dc5dce2fe9f2a12e3bbb9e9584c1e-g.jpg',
'Extension': 'pdf',
'Filesize': '19076046',
'Library': '',
'Issue': '',
'Locator': 'Sofia Petrovna _ Lydia Chukovsk - Chukovskaia, Lidiia Korneevna;W.pdf',
'Commentary': '',
'Generic': '',
'Visible': '',
'TimeAdded': '2021-06-06 02:20:32',
'TimeLastModified': '2021-06-07 03:00:03'}]

**ben** Replied on Jun 7, 2021 4:09 PM | Edited on Jun 7, 2021 4:12 PM

MD5 corresponds to the hash in the torrent

**ben** Replied on Jun 7, 2021 4:12 PM

Identifier is the ISBN

**ben** Replied on Jun 8, 2021 11:21 AM

fiction metadata dump: data/raw/libgen/fiction/metadata.csv.gz
data/raw/libgen/nonfiction/metadata.csv.gz

**ben** Replied on Jun 8, 2021 12:23 PM

Analysis notebook
Top file extensions for Fiction
[Row(Extension='epub', count=1296036),
Row(Extension='pdf', count=266084),
Row(Extension='mobi', count=237827),
Row(Extension='rar', count=117357),
Row(Extension='lit', count=64659),
Row(Extension='txt', count=57003),
Row(Extension='rtf', count=56605),
Row(Extension='doc', count=51297),
Row(Extension='azw3', count=49166),
Row(Extension='html', count=24270),
Row(Extension='zip', count=21490),
Row(Extension='htm', count=20965),
Row(Extension='fb2', count=20646),
Row(Extension='pdb', count=11734),
Row(Extension='lrf', count=10434),
Row(Extension='prc', count=4977),
Row(Extension='cbz', count=3996),
Row(Extension='htmlz', count=3904),

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389774

```
Row(Extension='docx', count=3095),
Row(Extension='cbr', count=2411),
Row(Extension='azw', count=1598),
Row(Extension='xml', count=870),
Row(Extension='odt', count=865),
Row(Extension='djvu', count=713),
Row(Extension='oeb', count=490),
Row(Extension='gz', count=453),
Row(Extension='txtz', count=395),
```

**ben** Replied on Jun 8, 2021 12:25 PM

809306 with an identifier, which I think is the ISBN

**ben** Replied on Jun 8, 2021 12:25 PM | Edited on Jun 8, 2021 12:25 PM

top 10 extensions with identifiers
```
[Row(Extension='epub', count=571475),
Row(Extension='mobi', count=100185),
Row(Extension='pdf', count=64569),
Row(Extension='azw3', count=19300),
Row(Extension='fb2', count=13440),
Row(Extension='rtf', count=9119),
Row(Extension='lit', count=8324),
Row(Extension='txt', count=6802),
Row(Extension='rar', count=5068),
Row(Extension='lrf', count=3409)]
```

**ben** Replied on Jun 8, 2021 12:26 PM

i'll start extracting these as "known high quality"

**ben** Jun 7, 2021 10:54 PM

Made a cute little libgen babysitter to make sure we don't exhaust our disk anthropics/anthropic/pull/1070 Might finish fiction in 24h? Then will move on to nonfiction.

 1

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389775