# EXHIBIT 20

ORIGINALLY LODGED ENTIRELY UNDER SEAL

**ben** Jul 3, 2022 2:58 PM | Edited on Jul 3, 2022 2:59 PM

just in time!! http://pilimi.org/blog-introducing.html
Introducing the Pirate Library Mirror: Preserving 7TB of books (that are not in Libgen)

> Sent on Jul 3, 2022 2:58 PM
> just in time!! http://pilimi.org/blog-introducing.html

😲 7   amaze 7   🙌 6

**ben** Replied on Jul 3, 2022 3:00 PM

From their FAQ:
> Q: Should the Z-Library collection be added to Library Genesis?
> A: Yes! However, it is tricky. Library Genesis splits out its collection between non-fiction and fiction. They also have relatively high quality standards. If you are interested in organizing all the books to meet their requirements, let us know.

**ben** Replied on Jul 3, 2022 3:01 PM

> We will release the data in stages, as we are still processing the files. Right now the metadata file and a few of the torrents are available. Note that the torrent files are only available through our TOR mirror.
Presently, only the first four of several dozens of parts are available.

**ben** Replied on Jul 3, 2022 3:05 PM

💥
Since Library Genesis is already preserved with public torrents, and is included in the Z-Library, we did a basic deduplication against Library Genesis in June 2022.

**ben** Replied on Jul 3, 2022 3:06 PM

After the deduplication we are left with over 2 million files

**ben** Replied on Jul 3, 2022 3:07 PM

Most files are legitimate ebooks or scans of books, but there might some malicious files in there. We didn't do a virus scan of the collection. It should be safe to download the torrents, but if you want to open any of the books, be sure to have updated your viewing software to the latest version, and don't run any executables.

**eli** Replied on Jul 3, 2022 3:47 PM | Edited on Jul 3, 2022 3:48 PM

zlibrary my beloved

> Sent on Jul 3, 2022 3:47 PM
> zlib my beloved

➕ 2

**ben** Replied on Jul 3, 2022 4:24 PM

@nova (not technically a bot) wanna help us scrape this? i already have a transmission automated setup ready to roll
https://github.com/anthropics/anthropic/█████████████

**nova (not technically a bot)** Replied on Jul 3, 2022 4:26 PM

yes, are you doing this now or in a few hours? I'm about to head out

**ben** Replied on Jul 3, 2022 4:27 PM

lol even in the next week would be great

take your weekend!

**nova (not technically a bot)** Replied on Jul 3, 2022 4:27 PM

cool, will do

**nova (not technically a bot)** Replied on Jul 6, 2022 6:53 AM

update on this, I have the torrent files and I'm kicking this off, haven't decided whether I'm going to try on gcp instead of AWS yet

💥 2

**ben** Replied on Jul 6, 2022 8:52 AM

Just make sure to set your upload rate to 0!

+1 2

**danny** Replied on Jul 6, 2022 1:33 PM

cc @Sheer El Showk

**Sheer El Showk** Replied on Jul 6, 2022 1:34 PM

@nova (not technically a bot) this might be another motivation to set up an isolated cluster? happy to pair on that (maybe next week?).

**sam-pling** Replied on Jul 6, 2022 1:51 PM

excited about getting this data – seems like it might get us to our 8T target?

+1 1

**Sheer El Showk** Replied on Jul 6, 2022 1:53 PM

a lot of these might be scans which would reduce the overall token count and also require us to set up a tesseract (or alternative pipeline). don't mean to curb enthusiasm too much but just something to bear in mind.

👌 2

**nova (not technically a bot)** Replied on Jul 8, 2022 12:03 AM  |  Edited on Jul 8, 2022 12:05 AM

These are currently downloading, ebs volume is vol-0e8d35e795abd072c, I expect to have most in ebs in the morning

> Sent on Jul 8, 2022 12:03 AM
>
> These are currently downloading, ebs volume is vol-0e8d35e795abd072c

**nova (not technically a bot)** Replied on Jul 8, 2022 10:20 AM

Naive estimate of words downloaded based on a 1% sample extraction (index is the output of find):
nova-public-0 (unsynced) /mnt/zlib/pilimi$ du -sh .
987G .
nova-public-0 (unsynced) /mnt/zlib/pilimi$ wc -l index
496447 index
nova-public-0 (unsynced) /mnt/zlib/pilimi$ shuf index | head -n 5000 | xargs -I {} -P 20 sh -c 'pandoc {} -t markdown 2> /dev/null | wc -w || true' | perl -ne 'BEGIN{$c = 0;$i = 0;}$i++;chomp;$c+=$_;print $i."/5000\t".sprintf("%02d", $c/$i*`wc -l index`/1000000)."M\n"'
[SNIP]
4997/5000 2359MNot sure why many of them are returning 0 - probably due to UTF errors which I was seeing. I'm running another extract using unoconv but I'm not putting much effort into it. Format is .fb.zip files, should be pandoccable with a bit of effort.

**nova (not technically a bot)** Replied on Jul 8, 2022 10:28 AM

unoconv is buggy here for reasons that are unclear to me and I'm not that interested in re-estimating, @Sheer El Showk any preferences for conversions etc before I upload to S3?

**ben** Replied on Jul 8, 2022 10:38 AM

i'd just leave it as fbzip and do the processing in spark

**nova (not technically a bot)** Replied on Jul 8, 2022 10:50 AM

uploading at s3://▮▮▮▮▮▮▮▮▮▮

🚀 1

**Sheer El Showk** Replied on Jul 9, 2022 5:08 AM

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000391319

I was gonna start looking at these files but I'm worried about the possibility of malicious files. what measures do we want to take against this? is this the day we figure out a throw-away GCP cluster?

**Sheer El Showk** Replied on Jul 9, 2022 5:10 AM

related to this: do we want to mirror some choice non-confidential buckets to gcp (such as data/raw) or do we just want to copy data over ad-hoc?

**nova (not technically a bot)** Replied on Jul 9, 2022 7:00 AM

@eli any chance that you can terraform something temporary?

**eli** Replied on Jul 9, 2022 12:39 PM

we can absolutely terraform a throw-away cluster

Highly Confidential – Attorneys' Eyes Only                                                                                      ANT_BARTZ_000391320