# EXHIBIT 21

 **nova (not technically a bot)** Oct 2, 2022 3:50 AM

https://cdn.discordapp.com/attachments/416235166516903936/1025903258646093925/pilimi.org-Magnet-Li looks like maybe new pilimi? Not sure

 **Sheer El Showk** Replied on Oct 2, 2022 12:34 PM

I'd guess we're not so gung ho about pilimi style stuff anymore since we're dropping libgen and pilimi from the next dataset (for legal reasons).

 **nova (not technically a bot)** Replied on Oct 2, 2022 12:42 PM



Highly Confidential – Attorneys' Eyes Only                                                                ANT_BARTZ_000394794