# EXHIBIT 22

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

**From:** Tom Turvey <███@anthropic.com>
**Sent:** Monday, July 8, 2024 1:36 PM
**To:** Biran Shah
**Cc:** Pranay Sangani; Cecilia Latapie
**Subject:** ███ BWB

Biran, as discussed, here are the deets on the new BWB order for any order form we want to append to the core deal (similar to how we appended the textbook order):

1) ███ books (list attached)
2) ███k on-shelf at $███ on average
3) ███k off-shelf at $███ on average
4) Average price per book is $███
5) Total order should be ~$███m (excluding tax, shipping to Datamation)

External_BWB Revised List of ███

--
Tom Turvey
Vice President, Product Partnerships

███@anthropic.com<mailto:███@anthropic.com>
973.818.8449

1

Highly Confidential – Attorneys' Eyes Only                                      ANT_BARTZ_000034918