# EXHIBIT 23

ORIGINALLY LODGED
ENTIRELY UNDER SEAL

**ATTORNEY CLIENT PRIVILEGED WORK PRODUCT - Janel & EU OC please advise on the matters below**

Key docs for this meeting:

go/dp-pipeline (now includes token forecasts!)
Relative value of content

## May 21, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah Janel ThamkulAnna Stevens Sydney Meheula

Pipeline

- Internet Archive update:
- Outstanding offers: T&F, Sage, Proquest, Audiosparx
- Potential offers to discuss:
  - Wiley:



    - Model valuation: [redacted]) - in line with the [redacted] offer and our model, but will probably come in [redacted]
    - [redacted] ebooks (Dummies, trade, textbooks) = [redacted], [redacted] journal articles ([redacted]
  - Paperity:
    - Model valuation: Max offer [redacted] modeled at [redacted] of the [redacted] value quoted by Paperity (greater than but in line with [redacted])
    - Dedupe results: [redacted] duplicates [redacted] survived - [redacted] of [redacted] papers/journals

- Dedupe List:
  - Proquest, SocialStandards, Notus, Scribd,
  - Liz is taking lead on the process – will be scrappy at first while something more scalable is built

- **IOther deals in review**
  - SocialStandards, Notus (samples in review): need input on whether or not this is interesting
  - Scribd: needs further legal discussions before progressing (sample requested, not received)
  - Penske (sample requested, not received) – (Hollywood Reporter, Women's Wear Daily, Billboard,etc): magazine publisher, [redacted] tokens, [redacted] of which are print archives
  - Storied (requesting sample) – meeting tomorrow. aggregated newspaper archives [redacted]

Tokens:

- Panama:
  - books are coming in! We should get our first meaningful scan batch by end of week
  - Amazon: waiting on info about discount potential, requested < report of full inventory
    - They ran the max against our list and came up with that met bar – *is something wrong with our previous data pull?*
- Non-Panama:
  - **NDS**: Another batch delivered today, no count yet but total if the batch is similarly sized as last week (
  - **SambaTV**: working on ingestion operations. Should hit full steam by mid-June.
  - **Core/Open Univ.**: our team can take over payment ops on this if helpful Pranay Sangani

## May 14, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah Janel ThamkulAnna Stevens Sydney Meheula

- Cecilia started today
- Panama update:
  - 1st books arrived for scanning , 1st outputs next week
  - 1st Amazon order of books in; Amazon team has it, finalizing our business account details
  - 1st order being built at Baker & Taylor
  - Spanish book publishing source secured (Mexico City to truck to Illinois)
  - Leaning hard toward , with Datamation
  - Other books/journal token deals:
    - Taylor & Francis - offer made ebooks + journals (including backfiles) for token potential; max valuation); low: high; counteroffer at for all (indication Microsoft deal was north of $10M just for ebooks); **b&f @**
    - Sage **tokens**; , ProQuest ( **tokens** - discussion this week)
    - Paperity (open access journals) - ~ **tokens** - **price (max model value:** based on random samples
- Non-Panama delivery update:
  - NDS has delivered **words** **tokens**
  - Samba TV will begin delivery this week (~ **tokens**)
- Deals for discussion:



**Commented [1]:** @ @anthropic.com @anthropic.com - what do you guys think about offering up to for all ebooks + journals from Taylor & Francis...max model was ...Microsoft paid over $10m just for the ebooks...I'm only considering this to buttress the books/journal tokens for T2 since we'd make the timeframe with these tokens _Assigned to @anthropic.com_ [Author:Tom Turvey],[Creator:1297307460],[Date:5/14/2024 7:26:00 PM]

**Commented [2]:** What're current other sources of books that we have in the pipeline? [Author:Pranay Sangani],[Creator:1297307460],[Date:5/15/2024 1:30:00 AM]

**Commented [3]:** for ebooks, those listed here (T&F, Sage, Proquest) have the most realistic chance of closing prior to T2...there are others on go/dp-pipeline...it would be good to get thoughts on countering with now for both books & journals (if it's worth it for T2?) considering the deal MSFT did for only ebooks? [Author:Tom Turvey],[Creator:1297307460],[Date:5/15/2024 11:24:00 AM]

**Commented [4]:** @pranay@anthropic.com @tom@anthropic.com - see Slack ping on this please _Assigned to pranay@anthropic.com_ [Author:Tom Turvey],[Creator:1297307460],[Date:5/15/2024 3:57:00 PM]

- Audiosparx - $ for tracks - **all terms agreed** - finalizing redlines
- Scribd/SlideShare (user uploaded content) - **tokens (max model value: )**
    - 
    - Penske (magazines incl archive) - archive
    - Quizlet - providing collateral/overview of what's available to enter into a commercial agreement over (volume/subject)
- Data partnerships @ Q+A?
- Comms statement: P'ships Comm doc draft



## May 7, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah Janel ThamkulAnna Stevens

**-DP deal pipeline**



***Panama***

**Key Updates:**

**-Weekly operational cadence between Anthropic/Datamation/BetterWorld**
**-First truck of books ) to Datamation arriving May 13**
**-Staging happening at BetterWorld for books now to Datamation**
**-Token Tracker (Panama+)**

-MasterList

**REDLINES -**

i) **Codex Wisdom**: ISA template with SOW terms sent to CW - under review, they will turn this week

ii) **Baker & Taylor** - offered discount on all initial orders; getting set-up on ordering system

iii) **Amazon -** On May 6, we met with Matt Pastier for all book purchasing needs (our assigned contact); we're now getting access to: i) an API for bulk purchasing ii) invoicing & bulk buying system for bulk purchasing; we were told to r for non-Amazon inventory we might want; we think we'll have our first order for Amazon this week



***Non-Panama***



iv) **CLOSED**: Samba TV - Potential **word count** (tokens up to ) - s ; **deal**; Potential budget of ):

**REDLINES/OFFERS MADE**:

v) **Audiosparx** - **in redlines -** ; Audio team (Ben, Ryan, etc) are interested in this track catalog b/c of ; met with owner Tuesday, sending offer this week; tokens alone ( ) = , but so plan to offer: low: , high: $600k

vi) **Taylor & Francis -** proposal sent for access to ebooks + journals (including backfiles) for ( token potential; max valuation); low: high

vii) **Sage** - proposal sent for access to ebooks + journal articles ( tokens; $ max valuation) fo

viii) **ProQuest** - proposal sent for access to dissertations and associated research tokens; max valuation) for per year

Other active pipeline:

**Quizlet -**

**Scribd - (~[REDACTED] tokens)** Scribd has over 100 million user uploaded documents across a very wide range of subjects and in 11 languages (and long tail of others). On average, there are 8,000 words per document. These documents are uploaded as multiple types of content formats: PDF, doc, ppt, txt, xls, rtf with the majority in the first 3 formats. On SlideShare, there are 25 million user uploaded slide decks, also with a range of topics.

**Internet Archive**
**Penske Media Company (PMC)**
**Univ of Illinois**

## May 1, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah Janel ThamkulAnna Stevens



***Panama***

**CLOSED (NEW) -**

i) **Datamation** - **CLOSED - scanning up to [REDACTED] books [REDACTED]s**

**REDLINES (on track to close this week) -**

ii) **Codex Wisdom**: ISA template with SOW terms sent to CW - under review

iii) **Baker & Taylor** - new books (consumer non-fiction, [REDACTED] or under, past [REDACTED]+ used textbooks

iv) **Amazon -** new books (consumer non-fiction, [REDACTED] or under, past [REDACTED]+ used textbooks - meeting with JP Venkatasamy at 3pm ET



***Non-Panama***

v) **CORE - CLOSED - access to custom API to better crawl Open Access research**

vi) **Samba TV proposal - agreed on all terms as of Monday, 4/29**

Potential [redacted] **word count** (tokens up to [redacted]) - [redacted]; [redacted] **deal**; Potential budget ([redacted] of [redacted]): [redacted] better than our WTP calc)

vii) **Audiosparx** - **in redlines -** ; Audio team (Ben, Ryan, etc) are interested in [redacted] track catalog b/c of [redacted]; met with owner Tuesday, sending offer this week; tokens alone ([redacted]) = [redacted], but [redacted] so plan to offer: low: [redacted], high [redacted]

viii) **Taylor & Francis -** proposal sent for access to all [redacted] ebooks + [redacted] journals (including backfiles) for [redacted] [redacted] token potential; [redacted] max valuation); low: [redacted] high

ix) **Sage** - proposal sent for access to [redacted] ebooks + [redacted] journal articles [redacted] tokens; [redacted] max valuation) for **$3.5M**

## Apr 23, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah Janel Thamkul



***Panama***

**CLOSED (NEW) -**
i) **BetterWorldBooks - CLOSED - up to [REDACTED] books @ [REDACTED] other books (e.g., textbooks) @ [REDACTED] as available**

**REDLINES (on track to close this week) -**
ii) **Datamation** - **redlines - down to a few comments on ISA & SOW**
other: confirmed could do [REDACTED] in [REDACTED] from signature - [REDACTED] costs
iii) **Codex Wisdom**: ISA template with SOW terms to be sent this week to CW
iv) **Baker & Taylor** - new books (consumer non-fiction, [REDACTED] or under, [REDACTED]) + used textbooks
v) **Amazon -** new books (consumer non-fiction, [REDACTED] or under, [REDACTED] + used textbooks
- Dan says: *he thinks he can do it and will pass on a contact in the Books division who I can work with on it (nothing so far)*
vi) **CORE -** new papers. Legal back <> forth, it's been slow. We should find ways to accelerate this, if it doesn't close today.

- Some ideas: we work their time for a day or book a 1hr meeting with them to close this.

Non-Panama
vi) **Samba TV proposal - redlines - agreed on all major terms - new language for uses**
Potential [REDACTED] **word count** (tokens up to [REDACTED]) - [REDACTED] s [REDACTED] [REDACTED]; [REDACTED] **deal**; Potential budget [REDACTED] of [REDACTED]): [REDACTED] ([REDACTED] better than our WTP calc)

vii) **Audiosparx** - **in redlines - price agreed $** [REDACTED]; Audio team (Ben, Ryan, etc) are interested in this [REDACTED] track catalog b/c of [REDACTED] [REDACTED]; met with owner Tuesday, sending offer this week; tokens alone ([REDACTED]) = [REDACTED], but [REDACTED] so plan to offer: low: [REDACTED], high: [REDACTED]k

**Question** - Getting journals into next run sooner?

**Taylor & Francis -** [REDACTED] tokens; ebooks & journals [REDACTED] model value; low: [REDACTED]-high: [REDACTED])
**Sage** [REDACTED] tokens; ebooks & journals ([REDACTED] model value; low: [REDACTED]-high: [REDACTED])
**Wiley -** [REDACTED] tokens; ebooks & journals ($[REDACTED] model value; low: [REDACTED]-high: [REDACTED])

## Apr 17, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah

AGENDA -

i) **PERSONNEL -**
Anna Stevens - offer accepted - (start date: April 30)
Cecilia Latapie - offer accepted - (start date: May 14)

**CLOSED -**

ii) **NDS proposal - (CLOSED) - [redacted] files being transferred**

iii) **PRISA proposal - (CLOSED) [redacted] hours of audio files in Spanish being transferred**

**REDLINES (on track to close this week) -**



***Panama***

iv) **BetterWorldBooks** - **in redlines - down to [redacted] language & $[redacted]**
v) **Datamation** - **in redlines - down to a few comments on ISA & SOW**
other: confirmed could do[redacted] in [redacted] - [redacted] costs
vi) **Codex Wisdom**: template to be sent this week to CW
vii) **Baker & Taylor -** new books (consumer non-fiction, [redacted]) or under, [redacted] + used textbooks

viii) **Amazon -** new books (consumer non-fiction, [redacted] or under, [redacted]) + used textbooks - Dan says: *he thinks he can do it and will pass on a contact in the Books division who I can work with on it*

other:



ix) **Samba TV proposal - in redlines - down to two issues: █v █ beyond the term, █ ing █ nt █ s**

Potential █ **word count** (tokens up to █) - T█ s █ █; $█ **deal**; Potential budget █ of █: $█ (█ better than our WTP calc)

x) **AI2 crawl -** COO wants to █ deal with AI2; she's confirming with CEO (Ali Farhadi); Matt reached out to chat again today while COO/CEO connect;

█ YT videos + metadata + URLs

█ % █?

█? █

█?

xi) **Audiosparx - in redlines - price agreed $█ 2 █ term**; Audio team (Ben, Ryan, etc) are interested in this █ track catalog b/c of the █ █ met with owner Tuesday, sending offer this week; tokens alone (~█) =█ but deal is strategic so plan to offer: low: █, high: █

Other active pipeline:

**Taylor & Francis -** █ tokens; ebooks & journals
**BBC** █ tokens, video archive
**Wiley** - █ tokens; ebooks & journals
**Kezana** █ tokens from Arabic books/journals
**Penske Media Company (PMC)** -
**Similar Web** - discussing externally
**Stack Overflow** - █
**News Corp** - discussing externally (Factiva, audiobooks, Storyful)
**Axel Springer** - NDA finally agreed on April 8, meeting April 18
**Conde Nast** - nothing to discuss (do not accept fair use - ended convo) - rejected
**CAA** - nothing to discuss (do not accept fair use - ended convo) - rejected
**Udacity** - only █ of online lectures - █
**Tarek Nour** - █ of TV archives in Arabic

## Apr 10, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Tom Turvey Biran Shah

AGENDA -

i) **PERSONNEL -**
Anna Stevens - offer extended - leaning yes (potential start date: April 30)
Cecilia Latapie - offer extended - yes (start date: May 14)

**CLOSED -**

ii) **NDS proposal - (CLOSED)**

minimum [REDACTED] word count/tokens up to [REDACTED] from broadcast closed caption archives of news/business news TV programming [REDACTED] broadcast & cable channels like CNBC, CNN, BBC, ABC, CBS, NBC, etc) some going back to 2002; [REDACTED] **deal** from a potential value of [REDACTED] Potential budget [REDACTED] of [REDACTED]): [REDACTED] (relative value score is [REDACTED])

iii) **PRISA proposal - (CLOSED)**

[REDACTED] hours [REDACTED] tokens) of Spanish audio content (radio archives + podcasts dating back to 2004); [REDACTED] **deal** ; Potential budget: [REDACTED] % of [REDACTED])

Shorter-term book acquisition efforts**:**

iv) **AMZN (Plan A)**: feedback on KDP ebooks ([REDACTED]), Twitch streams, AMZN-published audiobooks (Brilliance, et al) - Feedback on Dario's' content asks with Andy Jassy & Adam Selipsky?

v) **Google (Plan A) ask for**: all public domain books scanned at libraries ([REDACTED]; [REDACTED]); meeting between Dario/TK TBD (doc prepared for Dario here)

vi) **Book purchasing (Plan B) -** BetterWorldBooks **in redlines** and B&T and Amazon **discussions**

BetterWorld- book costs (blended average [REDACTED] **for the first** [REDACTED], **or** [REDACTED] **tokens**)
(new) - investigating new book purchasing as well

Baker & Taylor
[REDACTED] books currently in print
[REDACTED] per book - initial quote
(new) - asked live on April 9 for an answer to the question of: *how many new non-fiction books could we purchase for* [REDACTED] *or less?*

Amazon



(new) - asked Dan G. on April 5 for a list of consumer non-fiction books in the range of █████
at our cost we could purchase and offered specific BISAC codes, if needed;  follow-up live
meeting on April 16

v) **Book scanning (Panama)** - Datamation in redlines & Codex Wisdom decision to make:

Final proposals █████ books██ tokens - $█████ per book average):

Datamation- (█████book █████████)
██, deposit (██████)
█████for up █
█████ for █
█ for ████
██ books in ████████s is possible (Oct/Nov; ████, books █████, max)

Codex Wisdom- (███████ book █████████; ██████ per book average)
US option (Freemont, CA):
██████set-up
█████for up to ██
███, or less for up to ████████
Up to ██, books in █ months (December; █████, max)

████h option:
█ months preparation would be needed
The place we would set up the factory is ██████████e ( or █████ region)  because it has a
balanced labor source, wedge, and logistics both if books are █████████somewhere from
██████h or abroad.
*For your information, logistics could cost █████ per █ books + █████████, from ████

| Number of Books | Per Book | Total |
|---|---|---|
| ██Books - Incl Set Up Cost | ████ | ████████ |
|  |  |  |
| ██ Books - Excludes Set Up | ████ | ████████ |
| ██ Books - Excludes Set Up | | ████████ |
| ██ Books - Excludes Set Up | | ████████ |
| ██ Books - Excludes Set Up | | ████████ |

*Note

As of 4/5

Exchange rate = $1 = █████

ANT_BARTZ_000006373



Preparation term =[redacted] months

Operation Term =[redacted] months min

Other base hits:

**Samba TV proposal - (in redlines)**

Potential [redacted] **word count** (tokens up to [redacted] [redacted]s [redacted] [redacted]; [redacted] **deal**; Potential budget ([redacted] of [redacted]): [redacted] (relative value score is [redacted])

vii) (New) **AI2 crawl - interest in commercial deal confirmed with CEO (Ali Farhadi)**
[redacted] YT videos + metadata

Our offer

- [redacted]
- [redacted] (not for commercial use)

-valuation framework = [redacted]? [redacted]

Tom B -

vi) (New) **Taylor & Francis - working offer to send**
[redacted] **tokens** [redacted] of [redacted] combined available [redacted] books, [redacted] journals) from Taylor & Francis one of the largest STM/Academic/Textbook publishers in the world…Potential budget: [redacted] of [redacted])
Low: $[redacted]
High: $[redacted]

ix)

Active pipeline:
**Taylor & Francis** - [redacted] tokens; ebooks & journals
**BBC** - [redacted] tokens, video archive
**Wiley** - [redacted] tokens; ebooks & journals
**Kezana** - [redacted] tokens from Arabic books/journals
**Similar Web** - discussing externally
**Piano** - discussing externally
**Stack Overflow** - rejected

**News Corp** - discussing externally (Factiva, audiobooks, Storyful)
**Axel Springer** - NDA finally agreed on April 8
**Conde Nast** - nothing to discuss (do not accept fair use - ended convo) - rejected
**CAA** - nothing to discuss (do not accept fair use - ended convo) - rejected
**Udacity** - only [REDACTED] hours of online lectures - rejected
**Tarek Nour** - [REDACTED] hours of TV archives in Arabic

## Apr 2, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Janel Thamkul Tom Turvey Biran Shah

AGENDA -

Shorter-term book acquisition efforts:

i) **AMZN (Plan A)**: feedback on KDP ebooks ([REDACTED]), Twitch streams, AMZN-published audiobooks (Brilliance, et al) - Feedback on Dario's' content asks with Andy Jassy & Adam Selipsky?

ii) **Google (Plan A) ask for**: all public domain books scanned at libraries [REDACTED]; [REDACTED]; meeting between Dario/TK TBD (doc prepared for Dario here)

iii) **BetterWorldBooks MOU (Plan B):**

Book costs (blended average is [REDACTED] **for the first** [REDACTED], **or** [REDACTED] **tokens**):
[REDACTED] up to [REDACTED]
[REDACTED] from [REDACTED]
[REDACTED] for [REDACTED]
[REDACTED] [REDACTED]
[REDACTED] for [REDACTED]

Freight is [REDACTED] per book, or lower, on average
Sales tax is 8% so [REDACTED] per book

Total budget for [REDACTED] tokens) = [REDACTED]

MOU - [REDACTED] minimum commitment [REDACTED]
Metadata + pallet shipped to anywhere

**Page count:**

- [REDACTED] pages on average between fiction and non-fiction



**Age (years):**

- [redacted]

**Fiction vs Non-Fiction:**

- [redacted] fiction; [redacted] non-fiction
- Public domain is estimated to be [redacted] and will be minimized by pickers

**Top categories in fiction (represents [redacted] of Fiction):**

General Fiction
Romance - General
Mystery & Detective - General
Historical - General
Action & Adventure - General
Literary
Science Fiction - General
Thrillers - General
Westerns - General

**Top Categories in non-fiction (represents [redacted] of N-F):**

Business & Economics
Social Science
Religion
History
Medical
Political Science
Science
Biography & Autobiography
Psychology
Juvenile Nonfiction

iv) **Book scanning (Plan B)** - Datamation & Codex Wisdom

Final proposals [redacted] books [redacted] tokens - [redacted] per book - budget: [redacted]):

Datamation- ([redacted] book min commitment)
[redacted] deposit ([redacted])
[redacted] for up [redacted]
[redacted] for [redacted]



[redacted] for [redacted]
[redacted] books in [redacted] months is possible (Oct/Nov; [redacted] books per week max)

Codex Wisdom- (1M book min commitment)
[redacted] set-up
[redacted] for up to [redacted]
[redacted] or less for up to [redacted]
Up to [redacted] books in [redacted] months (December; [redacted] per week max)

200dpi
Greyscale
They do OCR
PDF normal or similar
Metadata/[redacted] [redacted] from BetterWorld to reduce duplicates

2024 - $[redacted] total book buy ([redacted]) & scan budge[redacted])

Other base hits-

v) (New) **Taylor & Francis -**
[redacted] **tokens** combined available ([redacted] books, [redacted] journals) from Taylor & Francis one of the largest STM/Academic/Textbook publishers in the world...we could get this relatively soon and carve them out of any scanning (unlikely we'd get 100% of their books from any source anyway)...they are completing a deal with Microsoft now

vi) (New) **AI2 crawl -**
[redacted] YT videos + metadata

vii) **PRISA proposal - (in redlines)**

[redacted] ([redacted] tokens) of Spanish audio content (radio archives + podcasts dating back to 2004); [redacted] (vs. [redacted] hour max estimate of value by teams, or [redacted] deal); **preliminarily accepting [redacted] contingent upon agreeing on other commercial terms**
**update: sample eval complete - Product/Eng (Ben Mann, Ryan), moving ahead to deal; in redlines**

viii) **Samba TV proposal - (in redlines)**

Potential [redacted] tokens - [redacted] s [redacted]
Our comments returned to Samba
Up to [redacted] tokens; max [redacted] paid on [redacted] upon delivery/validation
[redacted] per token vs. budget value of [redacted])
Potential budget ([redacted] of $[redacted]): [redacted]
Relative value score: [redacted]

ix) **NDS proposal - (in redlines)**

solid off-the-web sources; minimum [REDACTED] tokens from broadcast closed caption archives of news/business news TV programming [REDACTED] broadcast & cable channels like CNBC, CNN, BBC, ABC, CBS, NBC, etc) some going back to 2002;

[REDACTED] is the word count (tokens potentially higher up to [REDACTED])
Structure will be [REDACTED]:
For delivery of every [REDACTED]

Core valuation of willingness to pay for incremental tokens

Active pipeline:
**Taylor & Francis** - [REDACTED] tokens
**BBC** - [REDACTED] tokens, video archive - stuck on NDA
**Wiley** - discussing externally
**Similar Web** - discussing internally
**Piano** - discussing externally
**Stack Overflow** - rejected
**News Corp** - discussing externally (Factiva, audiobooks, Storyful)
**Axel Springer** - stuck on NDA
**Conde Nast** - nothing to discuss (do not accept fair use - ended convo) - rejected
**CAA** - nothing to discuss (do not accept fair use - ended convo) - rejected
**Udacity** - only [REDACTED] of online lectures - rejected
**Tarek Nour** - [REDACTED] of TV archives in Arabic

## Mar 26, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Janel Thamkul Tom Turvey Biran Shah

AGENDA -

Shorter-term book acquisition efforts:

i) **AMZN (Plan A)**: feedback on KDP ebooks ([REDACTED]), Twitch streams, AMZN-published audiobooks (Brilliance, et al) - On Dario's' agenda for this week with Andy Jassy & Adam Selipsky

ii) **Google (Plan A) ask for**: all public domain books scanned at libraries [REDACTED]; [REDACTED]; meeting between Dario/TK (timing of ask TBD)

iii) **Ingram (Plan B)** - Ingram came back and said:

a) our attorneys agree destructive scanning + OCR for purposes of R&D is a fair use BUT

b) this is too hot right now reputationally for us with the various author & publisher lawsuits BUT

PRIVILEGE

iv) **BetterWorldBooks (Plan B) -**
They are willing to sell us up to [redacted] used books (from libraries, from estates, remainders, etc) subject to Brewster's approval; [redacted] used books per week [redacted] per year)

Deal on the table:
[redacted] book commitment [redacted] per book [redacted]
Books shipped to our scanner from Revo NV warehouse on pallets
Basic metadata provided us/book scanner, quality checks on books

More on BetterWorldBooks:
**Page count:**

- Ranges from [redacted] pages on average between fiction and non-fiction

**Age (years):**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Fiction vs Non-Fiction:**

- [redacted] fiction; [redacted] non-fiction; [redacted] other

**Top categories in fiction (represents [redacted] of Fiction):**

General
Romance - General



Mystery & Detective - General
Historical - General
Action & Adventure - General
Literary
Science Fiction - General
Thrillers - General
Westerns - General

**Top Categories in non-fiction (represents ██ of N-F):**

Juvenile Nonfiction
Business & Economics
Social Science
Religion
History
Medical
Political Science
Science
Biography & Autobiography
Psychology

Volume-based counterproposal (██ books/$██ tokens budget: ███████)
██ up to ███
███ from ███
█ for ████
███ for ████

██ per book (BetterWorld) + █ per scan (Datamation) = ███ per book (prior to freight)
██ tokens per book x ██ books ██ tokens ████)
█ tokens = ████

Every ██ tokens ██ books) = ███ in incremental value brought ███ per book)
Valuing incremental tokens
Negative on incremental token value at the rate of ███ per book

█ per book + ██ per scan (Datamation) = ██ **per book** x ███████) = ███ tokens ████████ per token)
█ per book + ██ per scan = ██ per book = █ **per book** x ███████ = ███ tokens ($██████ per token)

**Each additional ██ tokens is worth ███ (before relative value weighting), OR ████ book = ████████k

v) **Scanning proposals** (Plan B) -

> **Commented [11]:** This proposal LGTM [Author:Tom Brown],[Creator:1297307460],[Date:3/26/2024 6:54:00 PM]



Datamation - ██
Codex Wisdom - ███
IDI - ██
eRecordsUSA - ████

Volume-based counterproposal ██ books████ tokens budget: ████
██ for up to ██
██ for ████
██ for ████
██ for ████
██ for ██

300dpi
Greyscale
They do OCR
PDF normal or similar

Total budget needed to stand up ██ books████ tokens: ████

Longer-term book acquisition efforts:

vi) **Library relationships**:

a) Hired two library consultants:  Judy Luther (content/collections) & Doug Kuch (scanning operations) - putting together a 5-10 page macro/micro library market research report and guide us ad hoc

b)  Great meeting with University of Illinois library head, Claire Stewart. 15M collection, 4th largest of any university in the US.  Legendary Computer Science Department who likely would be highly motivated to work with Research on early access on Claude models, additional red teaming, shared research on AII safety principles.

Strawman deal:
-Anthropic agrees to pay to non-destructively scan the entire University of Illinois collection of 15M items, less those already scanned, or who's scanning is cost prohibitive, ██████████

;██████████████████████████████████████; Anthropic gets
access to all existing works digitized by University for research & development; ██████████
██████████████;

**PRIVILEGE**

> **Commented [12]:** Big question is what fraction of these books would be unique.
>
> Turvey thinks ████ would be unique that we couldn't get elsewhere [Author:Tom Brown],[Creator:1297307460],[Date:3/26/2024 7:00:00 PM]

Highly Confidential – Attorneys' Eyes Only

**PRIVILEGE**

**PRIVILEGE**

[Author:Janel Thamkul],[Creator:1297307460],[Date:3/26/2024 6:57:00 PM]

vii) **PRISA proposal - (in redlines)**

[redacted] tokens) of Spanish audio content (radio archives + podcasts dating back to 2004); [redacted] (vs. [redacted] hour max estimate of value by teams, or [redacted] deal); **preliminarily accepting [redacted] contingent upon agreeing on other commercial terms**
**update: sample eval complete - Product/Eng (Ben Mann, Ryan), moving ahead to deal; in redlines**

viii) **Samba TV proposal - (in redlines)**

Potential [redacted] tokens - [redacted] s [redacted]
Our comments returned to Samba
Up to [redacted] tokens; max [redacted] paid on escalator of [redacted] upon delivery/validation
[redacted] 4 per token vs. budget value of [redacted])
Potential budget [redacted] of [redacted] [redacted]
Relative value score: [redacted]

ix) **NDS proposal - (eval needs completion)**

solid off-the-web sources; [redacted] tokens from broadcast closed caption archives of news/business news TV programming [redacted] broadcast & cable channels like CNBC, CNN, BBC, ABC, CBS, NBC, etc) some going back to 2002; AlphaStreet - [redacted] tokens from earnings calls going back to 2015;

i) Eval for [redacted] here:
https://drive.google.com/drive/folders/[redacted]_li [redacted]

ii) Eval for NDS [redacted] tokens from closed caption broadcasts here):
3/21 - Pranay says: "format looks reasonable"
[redacted] s the word count (tokens potentially higher up to [redacted])
Structure will be [redacted]:
For delivery of every [redacted] = [redacted]

x) **Other conversations ongoing -**

**Oxford** - [redacted] tokens ([redacted] books); content here deal they might do:
1) uses would be for [redacted] (no [redacted] uses needed or sought)
2) [redacted] months term for use, but [redacted] t after the term expires if [redacted] during the term

3) willingness to agree to specific restrictions re: [redacted]

-Deal terms not discussed but if we think it could add value, I'd propose:
Straight model weighting [redacted] tokens/ [redacted] = [redacted] per token ( [redacted] as a % of [redacted] of 3 [redacted] = [redacted]
+ relative content value = [redacted] potential)
**Potential offer range -Low:** [redacted] **High:** [redacted]

**BBC** - [redacted] tokens, video archive - stuck on NDA
**Wiley** - stuck on NDA
**Similar Web** - discussing internally
**Piano** - discussing externally
**Stack Overflow** - rejected
**News Corp** - discussing externally (Factiva, audiobooks, Storyful)
**Axel Springer** - stuck on NDA
**Conde Nast** - nothing to discuss (do not accept fair use - ended convo)
**CAA** - nothing to discuss (do not accept fair use - ended convo)
**Udacity** - only [redacted] of online lectures
**Tarek Nour** - [redacted] of TV archives in Arabic

## Mar 19, 2024 Content acquisition weekly

Attendees: Tom Brown Pranay Sangani Janel Thamkul Tom Turvey

AGENDA -

a) Commercial Content Access Agreement is here with my comments for Legal

Shorter-term book acquisition efforts:

**AMZN (Plan A)**: no feedback yet on KDP ebooks ( [redacted] ), Twitch streams, AMZN-published audiobooks

**Google (Plan A) ask for**: all public domain books scanned at libraries ( [redacted] ; meeting between Dario/TK (timing of ask TBD)

**Ingram destructive scanning proposal (Plan B):** ([redacted] books total) NDA signed, proposal sent; met with both Chairman (John Ingram) and President (Shawn Morin) about the concept; follow-up meeting scheduled for this week (back-ups: Baker & Taylor, Bookazine)

**Plan C - used bookstores + scanning**

**i) Strand bookstore (March 13) -** Interested in providing used books; [redacted] range; only [redacted] in stock total; have a warehouse in Brooklyn where they aggregate multiple copies of books + books that don't make the cut for resale purposes (could be condition or category - people will leave them at the store as it's too much trouble to take back 10 books if they are selling 30); could aggregate ~[redacted] over [redacted] months this way, or we could buy more from used & new inventory (but not [redacted] up-front or they have no books to sell)

**ii) 1dollarscan (March 15) -** destructive scanning in the Bay Area (Campbell CA, near San Jose)...could scan [redacted] books in [redacted] mos at [redacted] per book, output to PDF Normal (with text layer), 300-500 dpi and metadata...we could also pay more to get more volume...could set up on the east coast if that's better logistically for where we're sourcing books...special relationship with Canon JP for scanning machines (the guy I spoke to today is a co-owner and was in Tokyo at the time)...he said other "AI companies" had approached them to do some book scanning but in the [redacted], nothing like we're talking about (I asked which ones and he wouldn't say)...he was in awe of the Google Books project so if I sign a photo to him, we get 20% off (okay maybe he was joking)

10:12

waiting for Tom to ask: "why does [redacted] dollarscan cost [redacted] per book?" which was also a question I had...uh, marketing...what's interesting here is if you combine with my convo with the Strand bookstore (coincidentally, estimates of [redacted] a book to purchase), we're at [redacted] per book...I have to think Ingram will come in higher as they are purchasing books at cost from pubs and converting…

**iii) Smooth Solutions scanning (March 19) -**

Up to [redacted] books-
[redacted] per page + [redacted] to rip the spines (destructive) x 300 pages = [redacted] per book

**Commented [14]:** What are your odds that this works? [Author:Tom Brown],[Creator:1297307460],[Date:3/12/2024 6:34:00 PM]

**Commented [15]:** 50/50 (if I never answered that elsewhere) [Author:Tom Turvey],[Creator:1297307460],[Date:3/18/2024 7:01:00 PM]

**Commented [16]:** Maybe another potential option? https://www.betterworldbooks.com/ [Author:Janel Thamkul],[Creator:1297307460],[Date:3/19/2024 6:45:00 PM]

**Commented [17]:** yes, good idea...I know those guys...heard back from Half-Price yesterday btw [Author:Tom Turvey],[Creator:1297307460],[Date:3/20/2024 12:40:00 PM]

**Commented [18]:** exciting! [Author:Janel Thamkul],[Creator:1297307460],[Date:3/21/2024 3:55:00 AM]

Other base hits-

**iv) PRISA proposal -**

[redacted] of Spanish audio content (radio archives + podcasts dating back to 2004); [redacted] (vs. [redacted] max estimate of value by teams, or [redacted] deal); **preliminarily accepting** [redacted] **contingent upon agreeing on other commercial terms**
**update: sample eval complete - Product/Eng (Ben Mann, Ryan), moving ahead to deal; Biran to provide an updated commercial agreement**

**v) NDS proposal - (needs eval)**

solid off-the-web sources; [redacted] tokens from broadcast closed caption archives of news/business news TV programming [redacted] broadcast & cable channels like CNBC, CNN, BBC, ABC, CBS, NBC, etc) some going back to 2002; AlphaStreet - [redacted] tokens from earnings calls going back to 2015;

i) Eval for AlphaStreet earnings call transcripts here:
https://drive.google.com/drive/folders/[redacted]_li [redacted]

ii) Eval for NDS ([redacted] from closed caption broadcasts here):
[redacted]7liwZCh1[redacted]_ [redacted]
[redacted]wpR [redacted]-
[redacted]Q[redacted]F[redacted]Y[redacted]h[redacted]-
[redacted]J[redacted]HQ
[redacted]MxPP [redacted]35EE4
[redacted]ExV[redacted]lt1[redacted]

**vi) Samba TV proposal - (exploring)**

reviewing agreement/opportunity (potential for ~[redacted] tokens) to fit into our theory of new token value - will carve out time this week

NEW

**vii) Kezana Arabic book/journal/dissertation/report content -**

~[REDACTED] tokens mostly in Arabic from off-the-open web high-value books, journals, dissertations, and reports

-Reliable source (person I've known for 20 years who gets appropriate rights from pubs and builds databases for academic institutions) based in Jordan

-Arabic is not well represented on the Web, so could punch above the token weight, especially coming from these high-value sources

-Deal terms not discussed but if we think it could add value, I'd propose:

Straight model weighting = [REDACTED] per token ([REDACTED] as a % [REDACTED]

[REDACTED] of [REDACTED] = [REDACTED]

+ relative content value = [REDACTED] potential)

+Arabic = ?

**Potential offer range -Low:** [REDACTED] **High:** [REDACTED]

**viii) Other conversations held this past week -**

**Oxford** - collateral forwarded, waiting on pricing; deal they might do:
1) uses would be for [REDACTED] (no [REDACTED] uses needed or sought)
2) [REDACTED] months term for use, but no [REDACTED] after the term expires [REDACTED] [REDACTED] during the term
3) willingness to agree to specific restrictions [REDACTED] [REDACTED]

**BBC** - [REDACTED] tokens, video archive
**Wiley**
**Similar Web**
**Piano**
**Stack Overflow** - rejected

## Mar 12, 2024 Content acquisition weekly

Attendees: Tom Brown Thomas Turvey Pranay Sangani

AGENDA -

Big sources of books

- In-print books => 20MM

- Destructive scanning
- Out-of-print books => 20MM
  - Google
  - Non-destructive scanning of library books
- Amazon KDP => 5MM

Shorter-term book acquisition efforts:

**i) AMZN (Plan A) feedback on**: KDP ebooks ([redacted], Twitch streams, AMZN-published audiobooks is not yet in

**ii) Ingram destructive scanning proposal:** ([redacted] books total) NDA signed, proposal sent; met with both Chairman (John Ingram) and President (Shawn Morin) about the concept; they are meeting with their GC for feedback; both are in London this week for London Book Fair (LBF); the #1 concern they have is *reputational* if this concept goes public; they plan on casually taking temperatures of C-level folks at LBF on the general concept without disclosing anything; both have said repeatedly that "someone is going to do this, so we're glad it's you" (whatever that's worth); back-ups:

- Baker & Taylor => [redacted] (?) books?
- Bookazine => [redacted] (?) books?

**iii) Google (Plan A) ask for**: all public domain books scanned at libraries [redacted]; [redacted]; meeting between Dario/TK (timing of ask TBD)

**iv) Used book stores => destructive scanning**: just began pushing on this in some combination: used bookstore inventory (e.g., Strand) + scaled destructive scanning (e.g., 1dollarscan)...challenge might be volume for any particular used bookstore…places like Strand or Powells have ~1M titles tops…meetings with 1dollarscan, Strand, & Tattered Cover (Denver)

Longer-term book acquisition efforts:

**v) Library relationships**: ([redacted] would be unique - not covered by Ingram, etc.). New York Public Library (continuation of in-copyright scanning) or a new library that is chronically underfunded (public library, like Cincinnati) or an ARL that never got any Google love (e.g., Vanderbilt, University of VT, University of NH); non-destructive scanning costs at scale for Google (beyond 1-time sunk costs for scanning infrastructure/trucking) are [redacted] per book; another idea: [redacted]

Other base hits:

**Commented [19]:** What are your odds that this works? [Author:Tom Brown],[Creator:1297307460],[Date:3/12/2024 6:34:00 PM]

**Commented [20]:** 50/50 (if I never answered that elsewhere) [Author:Tom Turvey],[Creator:1297307460],[Date:3/18/2024 7:01:00 PM]

**Commented [21]:** 1 total reaction
Janel Thamkul reacted with ❤ at 2024-03-12 13:11 PM [Author:],[Creator:1297307460],[Date:3/12/2024 8:11:00 PM]

**Commented [22]:** Super excited about this one :) [Author:Janel Thamkul],[Creator:1297307460],[Date:3/12/2024 8:11:00 PM]

**Commented [23]:** I am committed to only doing things that excite you…it's good for our relationship
1 total reaction
Janel Thamkul reacted with 🥰 at 2024-03-13 10:59 AM [Author:Tom Turvey],[Creator:1297307460],[Date:3/13/2024 5:30:00 PM]

**vi) PRISA proposal -**
[redacted] hours of Spanish audio content (radio archives + podcasts dating back to 2004); [redacted] (vs. [redacted] max estimate of value by teams, or [redacted] deal); **preliminarily accepting [redacted] contingent upon agreeing on other commercial terms**

PRIVILEGE

**viii) News Data Service** - solid off-the-web sources [redacted] B tokens from broadcast closed caption archives of news/business news TV programming [redacted] broadcast & cable channels like CNBC, CNN, BBC, ABC, CBS, NBC, etc) some going back to 2002; AlphaStreet - [redacted] tokens from earnings calls going back to 2015;

| | |
|---|---|
| Potential value | |
| [redacted] tokens | [redacted] in incremental value |
| [redacted] tokens | [redacted] in incremental value |
| Relative value score | [redacted] |
| Opening bid | [redacted] ([redacted] year) |
| Max close | [redacted] year) |
| Terms | Standard broad uses, no product requirements/obligations |
| ROC: $[redacted] 8 | Per token |

**ix) Hiring** - moving 3 candidates through the pipeline (2 SPDs, 1 StratOps) with a goal of hiring 1 SPD, 1 StratOps

## Mar 5, 2024 Content acquisition weekly

Attendees: Tom Brown Thomas Turvey Pranay Sangani Amit Desai Janel Thamkul
AGENDA -

PRIVILEGE

[redacted] Author:Janel Thamkul],[Creator:1297307460],[Date:3/12/2024 8:12:00 PM]

**Commented [26]:** Great! [Author:Pranay Sangani],[Creator:1297307460],[Date:3/12/2024 8:16:00 PM]

**i) Amazon feedback on:** KDP ebooks [redacted], Twitch streams [redacted], AMZN-published audiobooks (all of ACX-created, Brilliance, etc) -

Dan Grossman will get to the bottom of whether or not [redacted]e [redacted]d [redacted] purposes of improving our models. We have a date Friday to re-connect.

Print books/destructive scanning - odd response: said he wouldn't oppose us buying the printed books but would not want to be either legally liable or optically complicit in the conversion to digital files for research purposes (IDK he fully understand the risks - or lack thereof - here so I didn't push on this as hard as the AMZN-owned IP)

**ii) Ingram proposal - review here - key questions: per book upper bound?** [redacted]

**iii) PRISA proposal -**
**[redacted]s of Spanish audio content (radio archives + podcasts dating back to 2004)**
**[redacted] (vs. [redacted] estimate of value by teams, or [redacted] deal)**

**iv) Principles of data partnerships doc** - added **proposal for handling direct inquiries from publishers on training questions**; please let me know your thoughts, I'd like to get us aligned on one story

**v)** Nick updated his views for the Theories of relative content value (e.g., gen web, books, journals, news, podcasts, video, music)...I'll use this to guide my time

**vi) Data Partnerships pipeline here re:** short term (ebooks, print scanning, etc) v. long term efforts (library scanning)

## Feb 27, 2024 | Content acquisition weekly

Attendees: Tom Brown Thomas Turvey Pranay Sangani Amit Desai Janel Thamkul

AGENDA -

**i) Principles of data partnerships doc - comments, if any, please**

**ii) What short & long-term options content acquisition options to go with under #7 of "Data Proposals" doc? Unique advantages to Anthropic in the options listed - Data Proposals**

**iii) Theories of relative content value (e.g., gen web, books, journals, news, social, magazines, podcast transcripts, video transcripts, images, video)**

**iv) 360 on understanding what portion of the open web is blocking**

**v) Hathi/Google PD books**

**vi) Incognito crawl bots (or third parties)**

Notes

-

Action items

-