# EXHIBIT 24

 turvey  Sep 24, 2024 11:41 AM

Some images from our book scanning vendor in Chicago today



IMG_1420.MOV  4 MB



IMG_1424.jpg  809 KB



IMG_1410.jpg  2 MB



IMG_1408.jpg  1 MB



IMG_1404.jpg  1 MB

Highly Confidential – Attorneys' Eyes Only                               ANT_BARTZ_000415587





👥 2

**turvey**  Sep 24, 2024 3:23 PM

Working on a deal with World of Books (6.2m books in inventory in the US) - great tour and deal discussions today





Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000415588



amaze 2

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000415589



Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000415597





Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000415599