# EXHIBIT 25

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

Link to shared working doc for xfn review <u>here</u>

# [INTERNAL] Strategic Data Partnerships

Last updated Nov 1, 2023 | Doc DRI <u>Amit Desai</u>
Working Group \\ Pretraining :<u>Nicholas Joseph</u><u>Pranay Sangani</u> Legal: <u>Janel Thamkul</u>

**<u>Situation:</u>**
- As we train the next generation of models (e.g., Teal, ■■■, etc) we will need many more tokens
- We're reaching the limits of available data through crawling methods used to date and will need a few 'irons in the fire' to gather enough tokens to support future training runs
- Accessing data that is owned by other entities (large platforms, proprietary databases, publishers) will require us to develop creative partnership structures to enable the exchange of value between us and those offering data (despite each party placing vastly different value on the data)

**<u>Key Questions:</u>**
1. How much training data will we need and by when?

2. What attributes of data are more/less useful to us and how might our data needs best align with our research priorities and product/gtm strategy?

3. What are the potential sources of data on which our models can be trained?
    a. Which sources have we already utilized?
    b. Which sources would our training team like to have?
    c. Which sources are not accessible to us?

4. How might we procure our 'must-have' and 'nice-to-have' data sets for model training?
    a. Where might strategic partnerships help us access new sources of data and what's the give/get?

**PRIVILEGE**

    c. In what circumstances might we use M&A to secure data access?

| Current thinking and recommendations: |
| :--- |
| • .. |
| • .. |
| • .. |

ANT_BARTZ_000004936

Link to shared working doc for xfn review here

## 1\ How much data will we need and by when?

Below is a rough outline of our model runs and potential data needs

| Model (Date) | Data Available *in trillions (T) of tokens* | Data Needed *in trillions (T) of tokens* | Notes/Considerations |
|---|---|---|---|
| Claude 2 (Q2 '23) | - | ██ | ██ comes from web crawling methods to date |
| Teal/C3 (Q1 '24) | ██ | ██ | We'll close the gap by ████████ |
| ████████ | | ██T | |
| █████████) | | ██ | |
| ████████ | | ██ | |
| TBC (End of 2024) | | ██T | |
| TBC (End of 2025) | | | |

Considerations:
- Once completing the Teal training run, we could train ███ with an additional ████ tokens
- Between Teal and the next model we'll train by end of 2024, our data needs increase ██
- It's possible we can use some amount of ██████ data (if done smartly) to complete the training run - if we assume these ██████ techniques can give us ██████ data, then it means our data needs for End of 2024 are at least ██ of our Teal training run ████████)

## 2\ What attributes of data are more/less useful to us? How do they align to our research priorities and product/gtm strategy?

Our training data needs are fairly broad at the moment:
- **Volume:** To accelerate our research agenda and a path towards AGI, we simply need more volume. We care more about volume than we do quality (though randomly organized characters would not be helpful). In other words, having every book is more valuable to us than a smaller volume of the most critically-acclaimed literary works when it comes to training our models.
- **Context Length:** Long-context, meaning there are at least 300-100k words that are continuously causally related.
- **Diversity**: We would like sufficient diversity of perspectives in our data sources - crawling the open internet tends to offer that
- **Multi-modal (nice to have)**: Image-text, video-text, audio (to text via Whispr)

Open product/gtm questions we could consider to steer our data preferences:
- If we have a specific industry vertical / use case for which we'd like Claude to deliver the highest performance (e.g., ████████████████) how might that shape our data needs (e.g., if we wanted to perform really well in ████████████ use cases could greater coverage of these data sources help our base models perform better?)

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review here

- Would we take fewer tokens, but of higher accuracy/diversity or precise knowledge?

**3\ What are the potential options to source the volume of data we need to train future models?**

To help put the token counts into context, below are a few heuristics to understand the scale:
- ██████ tokens of our currently available data has come from web scraping techniques and we have reason to believe we've scraped about ██████ the web - therefore if we could gather all the available web data it could deliver ██████████
- We estimate that all the books ever published would provide us with ██████████████ of our data needs by end of 2024) leaving a massive gap to fill.

To meet our data needs there are several tactics we can use:
A) **More Crawled Web Data:** If we believe our current crawling methods have provided ██████ tokens and that represents ██████ of web text, then enhanced crawling methods could help us make good progress towards our ██████ target by mid/late of 2024

B) ██████**existing data:** Our training teams have clever ways of ██████████████████ to help enable model training. There are limits to the ██████████████████

C) **Partnership/M&A:** Procure new sources of specialized text data through creatively structured partnerships (exchange of value, direct payment/licensing fee, owning a unique data source

D) **Synthetic data:** We could generate our own data (which has a cost associated with it) which minimizes dependence on 3rd party data sources

Example sources of data that could be valuable to us:

| Category | Examples | Estimated Size |
|---|---|---|
| Book Publishers / Repository | Google Books, Amazon, Harper Collins, Simon & Schuster | 1T |
| Community Platforms | Discord, Slack, Twitter, Reddit | |
| Aggregated domain repositories | Legal (Thompson Reuters), Health …), Finance (…) | |
| Government | | |
| | | |

…

**4\ How might we procure our 'must-have' and 'nice-to-have' data sets for model training?**

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review <u>here</u>

- ==What is the likelihood we can exclusively source data (meaning others won't be able to access the same data)?==
  - ○

- Pay for Data (License):
  - Large publishers


- Partnerships (give something to get something):
  - Google
    - How might we navigate tensions between Google serving their own internal customers (Gemini and PaLM) vs. Anthropic?
    - Could we strike a deal where we leverage more of Google's data and only GCP gets access to that version of Claude?
  - Amazon
    - Could we get all of Amazon's books (they will have rights over a certain corpus of the books for which they could lend it to training data)
    - Could we strike a deal where we utilize that data and only AWS gets access to that version of Claude?
  - Text driven platforms (e.g., Twitter, Discord, Reddit)

**PRIVILEGE**

- M&A (acquire a company/asset that gives us an edge on model training data)
  - ○

**PRIVILEGE**

Link to shared working doc for xfn review [here](here)

<mark>For Reference - this is what OAI announced on 11/19/23:</mark>

 OpenAI

Research ⌄    API ⌄    ChatGPT ⌄    Safety    Company ⌄                Search    Log in ↗    Try ChatGPT ↗

## Ways to partner with us

We currently have two ways to partner, and may expand in the future:

- **Open-Source Archive**: We're seeking partners to help us create an open-source dataset for training language models. This dataset would be public for anyone to use in AI model training. We would also explore using it to safely train additional open-source models ourselves. We believe open-source plays an important role in the ecosystem.

- **Private Datasets**: We are also preparing private datasets for training proprietary AI models, including our foundation models and fine-tuned and custom models. If you have data you wish to keep private, but you would like our AI models to have a better understanding of your domain (or you'd even just like to gauge the potential of your data to do so), this is the optimal way to partner. We'll treat your data with the level of sensitivity and access controls that you prefer.

Overall, we are seeking partners who want to help us teach AI to understand our world in order to be maximally helpful to everyone. Together, we can move towards AGI that benefits all of humanity.

Submit interest

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review here

**REFERENCE MATERIALS / CALL NOTES:**

- Data Needs and Potential Partners from Nick
    - Need text, though multimodal also interesting
    - Crawling has been the go to
    - Books could be interesting, especially if incentive mechanism for sharing (doesnt have to be top published books)
    - Can Claude.ai long-context adoption give us more data to train on? Can we add to ToS that whatever is uploaded can be used for future training?
        - If yes, then consumer adoption is critical…. But who bears risk of what gets uploaded?
        - Public Gdocs/PDFs
    - Are there natural use cases that could put us in the flow of large text data?
        - Legal use cases
        - Education?
- Data partnership brainstorm –

- Pranay - has a measure of value of token value ->
    - Google indexed web / crawled -> 1k people working on most up to date data? Don't need up to date → longer time scales / even with all of it, wont be useful for next thing →
        - Expected Value great but not groundbreaking - multiyear negotiation..
        - We are building a bunch of crawling stuff -> ideall not building it, no clean way to avoid it
    - Amazon – Books 100B tokens / little cost - add it in
    - Domain specific knowledge?
    - Data scale is very high → 100ppl, with 100k books – still have to dedupe
        - Reuters → corpus - doesnt move the needle
    - Multimodal?
    - Already have a lot of data (legal, health, finance) →
        - New categories of data that we dont have.. Its valuable…
        - All new data should be in pre-training - prob throw into model (free to do it)
        - Pre-training is kitchen sink,  FT, RLHF – refine from that point forward
    - Cool net new data sources / types of information internet doesnt have - useful to have
    - Internet has most things → unlikely internet doesnt have most cutting edge
    - Specialized in how we scale up tokens further → volume/quality
    - If we make model better at legal stuff, we should explore ways of doing that → limiting factor is not pre-training data / how do you make model memorize stuff? We want to do some research
- Most tokens / fastest -> cheap answer, more nuanced -> have ████████ things get critical - taking steps to mitigate - net new data may be more/less useful. Have not been able to get any data (except some seed data source … most duplicated by crawling work)  Planning to invest in data tooling → how much is data worse, coverage →
    - Keep convo going -
    - FIGURE OUT WAYS TO SCALE UP capabilities to POKE →
    - What do you have / how much we can acquire ->

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review here

- ○ Data value is asymmetric → how can we align values? We are amongst highest payers of data - > FB - if you watn to use data, pay me for it, expect to pay $1000/yr…. But revenue from each user is $40/yr…
- ○ Hard to bridge - orders of magnitude
- ○ Best sources will be specific → discovered →
- ○ M&A -> some branding related implications (e.g., go buy distressed companies → not opposed to it,  volume is too small)

Thompson context:
- ● Why this jumped up - don't want to get locked up – data lockup (Google, Amazon, MSFT/OpenAI)
  - ○ Lay of land / options for Actions / DRI to move quickly

- ● Be creative and ambitious – have a lot of capital – really important – woulda acquire companies for data - would do big partnerships →

**PRIVILEGE**

- ○ Creative contracts
- ○ Janel -> Market intel from Google (15/30) ->
- ○ Timeline/Decision/Milestone -> Q4 project -> came out of Q4 with staffed workstream/goals/REQ to hire for ->

- ● Research Trend (Jack Clark) -> synthetic data -> degrades model quality
  - ○ Some startups → synthetic data that doesnt degrade -> we might fund/buy team
  - ○

**PRIVILEGE**

ANT_BARTZ_000004942

Link to shared working doc for xfn review here



Highly Confidential – Attorneys' Eyes Only    ANT_BARTZ_000004943

Link to shared working doc for xfn review [here](#)

**PRIVILEGE**

**Pranay Sangani:**
- Deeply concerned about AGI implications -> earliest part of capabilities vantage point is good - people building capability with philosophical bent / going well →

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review here

- Pre-Training →
  - Creating the base model (getting all the data, running GPUs on top of it, create Base Model)
  - Transformer architecture -> variants of that ->
    - Tokens/Data -> all the data
- Startup
- Meta - privacy infrastructure (Clearview AI)
- Twitter
-

**Nicholas Joseph:**
- We have ███████████ of it comes from Web
- Future Models train end of year ███████
- Need ██████████ … maybe we do ██████ data, and ██████████████ to repeat it more

At that scale - few partnerships
All books in existence is 1T tokens →
Can we get sites? ████████████████

FInding sources big enough?

Currently doing Web Crawl (if we only have ████) - we may be wrong, or fail the crawl
- For 250Bn tokens, willing to may ████ — worth ████████ to us

SambaTV → █████████████████████ - dragged out negotiations.. Worth ████ to us, but not worth Janel's time. And lawsuits, better not to go with that one. Backed out. Could resurface it → could give terms take it or leave it ?

Twitter – massive (xAI) → huge amount of text. Kipley estimates – tiny amount of data - confused on it?
- Single sources we could negotiate for?

Google Books - definite no, Gemini cannot use Google Books –  not taking the risk.
Amazon Books - asked/said no – do we have direct line?

Timeline → we will start ██████████ – –good till end of January. End of Jan (Teal) … continue ██████ (End of Jan to End of March) – would benefit from ██████ … another ██████████ .  Smart Crawl – we will be able to do that

████ is next model in April → Will need to have ████ . By end, need another ██████████ . Want to shuffle all together. Any time over course of 2024.

████████████████ - huge amount of compute, need ██████████ – most

Google - biggest crawl - if ████████ internet, they just have more crawl data /  Someone at Google – you can do own crawl – we're doing public crawl.

ANT_BARTZ_000004945

Link to shared working doc for xfn review here


OAI -> synthetic data - training models on own data?

Train ███████████████████... ███████████████████s... ..
Teal is ██████s / Mostly independent… Bigger models memorize faster →
Data Holders → see high value in their data / perceive value way higher -> we should communicate – small corpus of data -> try to communicate. They arent the only source. No cost to share…

We know Books are good, and Diversity is good (internet covers huge number of topics… Substack is good, but just NYT is all the same / news). ███████████████████
    Just Volume - any books is valuable -> duplication with what we have – new tokens →

If you put into Pre-training, will be a little better at it.. We have Pile of Law (legal stuff ) ██████n tokens, will be ██ of training. Claude is better at Legal stuff ->  We care about general class of skills/reasoning.
Fine Tuning would do better → Fine Tunes are expensive → if we can put into pre-training, gets shuffled in with all else– If you Fine Tune Legal model → Selling

North Star →  Currently only thinking of AGI perspective – that is what Product Wants?
    That is what Product wants too→
    We can do custom fine tuning
    ██████████ model will be AGI →

Ask how many words…1.4 T/word ->

Token Subteam -Kipley leading Token Team – offer out to Pranay Sangani (leading Tokens)

Marching Order ->
- List of top 5 places for sources of data / token count / Discord, Slack, Substack, Twitter… – Pranay –
- Actually make an effort →


 - starting 3rd repeat, March 4th repeat…  start new model in April ..

If we're in trouble then marginal

Problem to solve
    ○ At the same tiem trying to find more data, we also have content owners make the data we have even smaller

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review <u>here</u>

## Model Overview

- ██████████s is a lot
- 100B is meaningful, inch up to ██████ -> first thing to eval is ██ (potential to hit)
- Selectively 100B (data we want to bet on) – dont want to spend a lot of money on 100Bn tokens – most important part -
- Text useful (reading a book - PDFs thought through, internal heuristic - human brainpower – better off the text, well articulated, quality metric)
- ████████████████R
  - Let's say Model A and Model B
  - Model A trained on existing and B is new architecture -> if B has multiplier that is >1 means get more bang for buck
  - Generally multiplier – architectural competence overall ->
  - HIgher compute multipliers means more value for us → all data derived on compute multipliers
  - We ██████████ - dont have enough to use ██████████, also ██████has helped model up to a point, and helps model understand things in ways it might not otherwise.
- If we dont have data, we cannot move forward -> cannot train larger models without more data → Internal Crawler (AntSpider) could yield ██████ - but if it doesnt, or things block it - think of what to do? Raw ingredients

- UNique Tokens vs. Incremental Tokens
- Make some assumptions – scenarios (each row)
- Value of ██ tokens ->
  - Empirical - we do diff things to ██████ - factor in ████████████████ ████████s
  - If we have Effective data ██████ - effectively ██████g less data → have CM improvement
  - H - with data rep
  - G - no afrhictuueral improvement u
- Adding more existing tokens → the more tokens you
- ██████
  - Just text tokens - mostly constrained –
  - Depends on volume, if we decide not to large run ->
  - Quality matters →
  - If we have them, then less useful ->
  - Size/Duplication
  - Historical Facts are important ->
  - If reasonable, not crazy -> if super biased - impact one way or the other
  - Pranay - talking to news -> dont think NewCorp > Reuters?
- Do one deal on News (if we do Reuters) - not a lot of value on repeated sources
  - Everyone values very highly -> taking a few bigger bets
  - Figure out how ot go buy companies -> big tech companies that could die (reasonable network → code data at scale)

ANT_BARTZ_000004947

Link to shared working doc for xfn review [here](here)

- ■ Code / More text > vs Code → One area we could get in front of a lot of stuff ->
  - ○ How do we mechanical turk it – rate at which people can produce words is smaller → than the value of it -> 8hrs/day/60 min to an hour and 50 words of written thoughts →
- ● 5Bn ppl →
  - ○ Model generated text -> not useful for lots of reason
    - ■
  - ○ Multimodal - at some point that could be a bottle neck

Pranay 11/29/23:
- ● We need a lot of data - magnitude difficult to understand
- ● We dont know what to do - is there a single source to arm twist? Or some other mechanism? Is it 1, 10, 10,000 deals → no sizing /
- ● Get data one whats possible?
- ● Organic working group / with constraints

[Frances Pye Notes:](Frances Pye Notes:)



ANT_BARTZ_000004948

Link to shared working doc for xfn review here

**PRIVILEGE**

- TPaine feedback - unclear on moving quickly/forward → scoping
  - ○

**PRIVILEGE**

Highly Confidential – Attorneys' Eyes Only

Link to shared working doc for xfn review [here](here)



AVITAL DRI CONVO [HERE](HERE):
- Acquiring data to make model better
  - Crawl:

Link to shared working doc for xfn review here

**PRIVILEGE**

**PRIVILEGE**

**PRIVILEGE**

Highly Confidential – Attorneys' Eyes Only