# EXHIBIT 26

ORIGINALLY LODGED
ENTIRELY UNDER SEAL

May 24, 2024 kipply
Have a question?? Try the raven project of this doc!

This document is a homebase for how we do evals on tokens, how to interpret them, and what we should do with evals. Use the outline on the left-bar for quick navigation. This specifically excludes running evals which is maintained by the eval-toolbox team.

It might be useful to follow along with a walkthrough of reviewing evals for a large scan with many datasets. It's helpful to have background on datasets for the walkthrough. Here's an updated doc of the feb24 composition with more evals. It's also useful to understand how we set up our scans in Data Derisking Recipes.

## List of Evals We Use

By default, we should run and observe *everything* in our loss suite. Our standard loss suite May 26, 2024 is as follows

[REDACTED],

[REDACTED],

[REDACTED],

[REDACTED],

[REDACTED],
[REDACTED],
[REDACTED]
☐

> **Commented [1]:** [REDACTED]@anthropic.com - is [REDACTED] a loss eval that we use (per a slack discussion) and missing from here, or should I use one of these others instead?
> [Author: Jolyon Bloomfield], [Creator:1297307460], [Date:7/18/2024 12:38:00 PM]

Our multiple choice suite May 29, 2024 is as follows, and can be run selectively. For any scan >32L, run at least [REDACTED] and [REDACTED].

[REDACTED],
[REDACTED],
[REDACTED],

[REDACTED]

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000209219



### Internal Repo
Explore. The main one is our mono repo – mostly held out except for documents that we copy and pasted from the internet. Mostly python. We have a separate eval for our crawler and our mobile apps (which are native). The repo23 is more recent than older ones, and is much larger but generally gets the same results as the old repo eval.

> **Commented [2]:** Think this is a page describing them ▇▇▇▇ HF page: https://huggingface.co/datasets/imbue/high_quality_public_evaluations/viewer/default/train
>
> Looks quite interesting and think we probably want to run these more often [Author:Devi Borg],[Creator:1297307460],[Date:7/30/2024 9:32:00 PM]
>
> **Commented [3]:** someone should run explores for the other repos [Author:kipply c],[Creator:1297307460],[Date:6/20/2024 6:20:00 PM]

### C4 Engine
Explore. C4 Engine codebase that we purchased for eval use only, very likely not in the train set. C++ code, known to have different results from repo sometimes.

### Books
Explore. This is the books3 dataset from the pile, and is likely partially in the training set. This is likely our most favoured general prose loss eval.

### Russian Books
Explore. A Russian books dataset, likely partially in the training set.

### 80k Podcast Transcripts
Explore. Basically as described and almost definitely in our dataset. Known to extremely favour common crawl web data.

### Internal Docs
Explore. Dump from May 2024 of our Notion only. Filters out onboarding, recruiting and data-sample docs as much as possible, and is about 1/4th the size after filtering. Responds well to technical prose data and to repocat. It caught bad filtering performance that books and 80k didn't catch and is likely quite correlated with MMLU.

### Test Sets
Loss evals on test sets of other datasets are useful to identify similar datasets, and duplication of datasets. Sometimes train_loss is also nice to include – it confirms things

we see elsewhere, like diffs being lower loss than repocat. When making data changes, lower loss is almost always bad, since it's much easier to accidentally include boring/repetitive ramblings than high-entropy spam.

### MMLU
Samples. Probably the eval we care most about. The validation set is only 1500 questions total, whereas the test set is 15,000 questions. Usually we need the test set to get clean lines, but can use to validation set for spot checks. We also have a multilingual version. Often, it's worth investigating the 57 categories separately as well. Will reliably do better than random at a bit less than 16L (~1e20 flops). MMLU is too noisy to measure anything less than 1.1CM.

We also have the pro variant (samples), which takes ~2e20 flops to start getting signal on. This is different in that there are 10 options, so that random guessing gets lower scores. The validation set of this only has 70 questions (this is too noisy to tell even the most extreme of datasets apart) whereas the test has 12k so it's advised to run both together.

Another note is that the norm in academia is to not look at the test set during development and only run it on the final model. Realistically, it's hard to juice by looking at the test set numbers in a way that we wouldn't also be juicing if we were looking at validation set numbers. As a precaution, we should never run the test without the validation so that we'll know if we've somehow optimised for the test and not the validation set.

### ARC Challenge
samples. Grade school multiple choice, similar amount of signal as MMLU, will reliably do better than random at 5e20 flops (20L). Pretty correlated with MMLU.

### Hellaswag
Samples. Old common-sense eval, functions a lot like a loss eval. Will do reliably better than random well before 1e20 flops.

## Understanding and Interpreting Evals

### Looking at everything

In architecture or hparam changes looking at one or two evals (or even train loss) is often enough, but data is extremely sensitive to content, and having multiple evals is more signal. Here's a non-comprehensive list of cases that explain why we look at everything.
- When doing a change to code data, the prose evals can check for big errors or provide a range for noise.
- Catching duplication, eg a new papers dataset causing a trend up on the mathpix dataset.
- If domain-similar datasets are uncorrelated (eg C4 and repo, nelstan and mathpix, 80k and books) then something is wrong.
- C4 and repo can catch distribution shifts in code data.

### Loss Eval Debugger

It's often useful to diff two models on an eval to understand which things were learned. We produce samples of the diff between loss per-token and also the most and least improved documents. Example output. Use this script which also has usage examples at the bottom. It requires that loss evals with eval_toolbox specifically have run, and has an example to run them with the evals command.

### Contamination

Though it would be nice to, we currently don't check for contamination, and the status of the evals are tracked. Mostly we instead look for loss evals that are guaranteed to not be on the open internet. We mostly still trust evals even if they're contaminated – with many factors.
- If two models are trained on the same sequences, then contamination is usually at least equally bad in both models (save say, architecture differences)
    - There are also things like if you're just changing the papers dataset, you probably don't have to worry about the 80k data being in papers.
- Contamination of accuracy evals likely throws things off more than contamination of loss evals

### Is it noise?

Data changes often come with a lot of noise. In tokens-land, scans are much less useful for identifying trends (which are rarely real) than for catching noise. Here is an example of a noisy eval, where we don't really believe that the first two points are real (█████

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000209222

███████████████████████████) and the difference between ████████ is probably also not real, which provides a noise range.



If you use the jaxotron plot_tokens_evals script, it'll also plot statistical error bars for you, by recomputing CMs on subsamples of the sequence-losses. See also Robert's analysis on how many sequences you need (we often don't have enough sequences for precise numbers) and Evan's longer doc on Measuring Small Differences in Model Performance.

Jun 26, 2024 kipply c Additionally, there's noise from data selection. We test this in ccp8 and repocat by fastforwarding the dataset in question, effectively using a different shuffle. These are both fairly diverse datasets, we may get slightly different results for different datasets. We see that on ccp8 (similar results for repocat) that we get a pretty significant error, which varies a bit by dataset. With this, we should be un-confident of

Highly Confidential – Attorneys' Eyes Only
ANT_BARTZ_000209223

data-change CMs that are not over 0.05 in difference. Ex

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000209224

<mark>Case 3:24-cv-05417-AMO    Document 560-37    Filed 01/21/26    Page 8 of 18</mark>



<mark>Highly Confidential – Attorneys' Eyes Only    ANT_BARTZ_000209225</mark>

Expectedly, the train loss matches more precisely, but the accuracy evals deviate a lot more. They still create noise in opposite directions with ~0.1CM error on MMLU but 0.2-0.3CM error on the more difficult MMLU Pro, likely because MMLU Pro is harder as HellaSwag and PiQA seem to be at 0.1CM error (with the exception of ARC which spikes to 1.6CM error). Less relevant evals tend to have more noise, eg ccp8 on multiling mmlu or repocat on basically any of the multiple choice evals.

**What else could be weird about my loss eval?**
- Loss evals are also sensitive to *recency* where if you add a newer eval, even the "same" distribution will be harder to predict. The inverse is more annoying, where if you add newer data, you might see worse performance on evals that are with older data.
- Other things probably

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000209226

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓ are likely bad at capturing data effects we care about – regardless of quality or focus of the eval. A priori this is because a lot of things that we're measuring on evals on ▓▓▓▓▓▓▓ are things we're guaranteed to get right on any ▓▓▓▓▓▓▓. For example we could easily be measuring ability to get code syntax right which is not a problem for any model we'd ship. This not only makes it that we're measuring the wrong things, that we're not seeing smaller signals that are useful to us (maybe this is where the multilingual-transfer is hiding)

Some evidence of this includes the fact that when we first tried context combining on our web crawl data, we saw a nearly ▓▓▓ ▓▓▓▓▓▓▓▓, likely just because the average context length shift. Additionally there seems to be a trend that the cm_factor gap between our lower and higher quality data where in the first point the low quality is 0.8x as good as the high quality, but the lower quality seems to be trending down faster such that at the last point it's 0.65x as good (this is not a full-confidence result, but if it's real is exactly the thing we're worried about).

Highly Confidential – Attorneys' Eyes Only



For loss evals we can try to use #rho-loss or some signal of token-importance to weight the tokens in the evals by how relevant they are to learn for large models. This could result in flattening out lines in a way that can be extrapolated a few ooms out or at least getting signal on whether ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬ .

### Loss vs Multiple Choice evals
Tl;dr: we care more about the performance of multiple choice evals (things that we actually report in model cards) more than loss evals, but loss evals elicit different kinds of signal and are less noisy.

Loss evals are much more sensitive to inconsequential changes in data. E.g. When we first tried context combining on our web crawl data, we saw a nearly ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ , likely just because the average context length shift. Another example is ▬▬▬ in the dataset will respond really heavily. Those are just cases where it became

obvious what was happening, the more annoying part is that we never quite know to what extent that is happening.

We also care more about multiple choice evals because they're just what we actually report. Currently getting more signal out of multiple choice evals is in progress and being documented here getting signal out of accuracy evals in ▮

## Evaluating Repetition

[todo]. but see the following (ordered)
Devi's multi-epoching scans
Code formatting & augmentation experiments summary (nina's work on repetition enablement for code)
Robert's eval of memorisation
measures of memorisation
measuring dedupe with multi-epoching

## Setting up Quality Scans with Forks

In progress, tracked here: 05/16/24 Fork CM Estimate Writeup and in #data-quality-forks.
New method of setting up scans such that we ▮
▮.

## Evals That Aren't in the Suite

### GPQA

It's not listed but we do have a completion-style eval for this, but it sort of barely gets above random at ▮

### Arithmetic

It's not listed but we have arithmetic evals (arithmetic.teal_xxx). See some examples of it here. Adding is basically instantly grokked and the only task that improves over scale is the multiop, which is too noisy to glean signal between any two datasets.

#### "Nelstan" Blogs

Explore. The blogs of Tristan and Nelson that are at least partially in our train set. Known to favour technically oriented data a bit more (ie repocat can make a dent). Is 12 sequences, too noisy, deprecated.

#### Mathpix

Explore. Extracted papers from unpaywall, mostly held out from our train set. Known to possibly be a low quality dataset, but does respond well to technically oriented data (repocat makes a dent). ▇▇▇▇▇▇▇▇ Contains a bunch of base64 svgs, deprecated.

## Improving our Evals [!!!]

Staffing: Zee Yankipply Pujaa Rajan

Bolded the low hanging fruit

### Streamlining Evals

We want to make sure that everyone is setting up their scans correctly, running all the recommended evals, plots things correctly and has a good time doing so!
- Add branch and datetime to plots, and improve folder structure to be anthropic-serve/tk-plots/{project}/{timestamp}_{user}_{plotname}.html kipply c
    - Add a project arg, which defaults to quality and {user} (write twice) for the current default of data quality plotting (preparing for multiepoching, etc).
    - go/tk-plots will show you a list of all the projects, including quality, users, etc
- Add a template arg and refactor to support that, to prepare for multiepoching but let it default to quality for now



■■■

i. Blockers
   - The saving for per-sequence accuracy data has been broken (and still is broken). The S3 links to those data often don't exist in the antx database, possibly due to some race conditions. See discussion here https://anthropic.slack.com ■■■
   - Also, loading per-sequence data from S3 (especially from answers_link, since it saves the entire problem and answer texts) is a bit slow and adds to the script runtime, even when parallelized. Fixed an issue where previous code (before 06/17/2024) don't save to per_problem_scores_link for some reason

- Have per-dataset train-loss in jaxotron
- Add explores for new internal repo evals.
  - also adding to default jaxotron evals, and to plotting

## Evals to Add

This is currently a very high leverage thing to do!
- Loss evals (this means adding it to jaxotron defaults, plotting defaults, and documenting it here)
  - Teal transcripts
  - Books that we purchase freshly
  - Fresh arxiv that is well parsed and easily updatable
  - **Other anthropic repo evals**
    - Apps, mobile, and minpy versions (with comments stripped) (Ryan Hileman prepared these)
  - Clean up existing evals
    - Remove copypastaed library code from our internal repos
    - Create a version of our internal repos that don't have comments (so we can easily separate out prose effects)
    - Do another filtering pass on ant internal docs
- Some accuracy evals that just need an implementation update:
  - Gsm8k

- Zee Yan: I looked into this briefly earlier, and the problems are something like "\n\nHuman: James decides to run 3 sprints 3 times a week. He runs 60 meters each sprint. How many total meters does he run a week?\n\nAssistant:"
    - There's a single correct answer ("540"), but it's not multiple choice (i.e. there are no candidate wrong answers
    - Completion-based evals softmax-normalizes the NLL on the correct answer by the total NLL on all answers. If we want to get completion-based evals on these, it might make sense to generate some incorrect answer candidates (i.e. artificially turn it into multiple choice format)? Otherwise the NLL on the correct answer is unbounded. Curious what you had in mind kipply
- Update: tried to obtain conditional NLL, and it looked too noisy to calculate CM for GSM8k



Highly Confidential – Attorneys' Eyes Only



- **Drop**
- **Imbue private/public Zee Yan**
  - Done
- **Imbue multiple choice code Zee Yan**
  - Done https://s3-frontend.infra.ant.dev/anthropic- ████████
- Multimodal Evals Pujaa Rajan

████████

- OpenbookQA
- Race
- PubmedQA
- (probably more)

Highly Confidential – Attorneys' Eyes Only

**Miscellaneous**
- Rho evals Zee Yan
- ICL(f"{datasample}\n{datasample}\n{datasample}\n{losseval}")

**Things that were considered but not added**
- Report nll on accuracy evals instead of expected~expinected~ accuracy? Zee Yan
    - Update: tried to do a NLL version of GSM8k (see above) and it is still quite noisy of a metric, too noisy for scans
    - Did some quick exploration: we probably don't want to do this...
        i. Sometimes the model-predicted probability for the correct answer is ~0, then the NLL for that answer becomes infinity due to numerical issues... This means that
            - The NLL entry in the "results" column of antx.eval_data is always just infinity
            - We could compute NLL ourselves based on the spotty/incomplete per sequence data but this is also undesirable because
                - This data is too spotty due to the reason above
                - We would have to come up with some thresholding (e.g. clipping NLL to be less than 100 or something) otherwise we would just end up with infinity again. Coming up with such a thresholding is very arbitrary
            - Alternatively, we could rerun the evals after fixing the numerical precision
    - Currently, taking the log in NLL probably just further increases the variance (the probability space [0, 1] gets mapped to [0, infinity] by NLL), which is likely not what we want for a meaningful statistic
- Do ordering variation to get more signal out of multiple choice questions Zee Yan
    - The <eval_name>.completion variant of the multiple choice benchmarks is totally order invariant within each problem. This is defined in eval_toolbox/registry/multiple_choice.py and eval_toolbox/definition/multiple_choice.STANDARD_COMPLETION_FORMAT
        i. E.g. if the problem is "What is your favorite animal?" and the answers are ["cat", "dog", "giraffe", "monkey"] with a correct answer of "C" (i.e., "giraffe"), Gyropilot actually sees and evaluates the following four sentences independently~indepedently~:

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000209234

- - "What is your favorite animal? cat"
    - "What is your favorite animal? dog"
    - "What is your favorite animal? giraffe"
    - "What is your favorite animal? monkey"
  - Across different problems, the permutation of the problems do matter: k-shot evals are using the "rolling" k-shot strategy, so within a dataset of problems, the previous k problems and answers are used within the context. However, this might not matter too much to the model since those are farther back in the context?
- Zee Yankipply ctried backfilled per-dataset train loss, but teal didn't snapshot enough for this to be un-noisy enough

**Related**

Jaxotron Documentation

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000209235