# EXHIBIT 27

CONFIDENTIAL

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4     ANDREA BARTZ, ANDREA BARTZ,  )
       INC., CHARLES GRAEBER, KIRK  )
 5     WALLACE JOHNSON, MJ + KJ,    )
       INC., individually and on    )
 6     behalf of others similarly   )
       situated,                    )
 7                                  )
                 Plaintiffs,        )
 8                                  )
       vs.                          )    No. 3:24-cv-05417
 9                                  )
       ANTHROPIC PBC,               )
10                                  )
                 Defendant.         )
11     _____)
12
13            TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15              VIDEO-RECORDED DEPOSITION OF
16                   ANDREA MARIE BARTZ,
17         Taken in her individual capacity and as
18         a 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.
19              Volume I - Pages 1 through 258
20     _____
21                 Friday, March 7, 2025
22                San Francisco, California
23
24     Reported By:  JANE GROSSMAN, CSR No. 5225
25     Job No. SF 7222289
```

Page 1

```
 1                        I N D E X
 2    VIDEO-RECORDED DEPOSITION OF ANDREA BARTZ, INDIVIDUALLY,
 3    AND AS A 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.
 4    FRIDAY, MARCH 7, 2025
 5    VOLUME I
 6                                                        PAGE
 7    MORNING SESSION                                       10
 8    AFTERNOON SESSION                                    111
 9    EXAMINATION OF ANDREA BARTZ AS AN INDIVIDUAL
10            BY MR. FARRIS                                 13
11          (Pages 1 through 231)
12    EXAMINATION OF ANDREA BARTZ AS A 30(b)(6)
13    WITNESS FOR ANDREA BARTZ, INC.
14            BY MR. FARRIS                                232
15          (Pages 232 through 252)
16                        ---oOo---
17                       E X H I B I T S
18        DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION
19         [* Document designated "HIGHLY CONFIDENTIAL."]
20          [** Document designated "CONFIDENTIAL"]
21                        ---oOo---
22    EXHIBIT NO.    DESCRIPTION                          PAGE
23    Exhibit 47    Multipage excerpt from the              68
                    LinkedIn page for Andrea
24                  Bartz (No Bates numbers)
25    / / / / /
```

Page 2

```
 1                    E X H I B I T S
 2                       (Continued)
 3    EXHIBIT NO.    DESCRIPTION                              PAGE
 4    Exhibit 48     Multipage document titled                 84
                     "PLAINTIFFS ANDREA BARTZ AND
 5                   ANDREA BARTZ, INC.'S FIRST
                     SUPPLEMENTAL RESPONSES TO
 6                   FIRST SET OF REQUESTS FOR
                     PRODUCTION OF DOCUMENTS
 7                   (NOS. 1-84)" (No Bates numbers)
 8    Exhibit 49     Two-page document on the letter-          95
                     head of ANDREA BARTZ, with
 9                   the heading "ABOUT ANDI"
                     (No Bates numbers)
10
      Exhibit 50     Multipage document, the first             96
11                   page of which is on the letter-
                     head of Page Vault, showing
12                   information regarding the
                     document titled "Stuff Hipsters
13                   Hate" (No Bates numbers)
14    Exhibit 51 **  Three-page e-mail dated 7/29/            119
                     2019, addressed to andreambartz@
15                   gmail.com, from LinkedIn
                     Customer Support "Subject:
16                   Notice of Copyright Infringe-
                     ment..." (BARTZ000003577 -
17                   BARTZ000003579)
18    Exhibit 52 **  Multipage document on the letter-        138
                     head of N.Y.S. DEPARTMENT OF
19                   STATE, titled "ONLINE FILING
                     RECEIPT," dated as "FILED:
20                   01/20/2016"(BARTZ000000274 -
                     BARTZ000000277)
21
      Exhibit 53     Two-page document on the letter-         145
22                   head of Copyright, United States
                     Copyright Office, titled "Public
23                   Catalog" (BARTZ000000266 -
                     BARTZ000000267)
24    / / / / /
25    / / / / /
```

Page 3

```
                     E X H I B I T S
                        (Continued)
  EXHIBIT NO.    DESCRIPTION                              PAGE
  Exhibit 54     Two-page document on the letter-          146
                 head of Copyright, United States
                 Copyright Office, titled "Public
                 Catalog" (BARTZ000000262 -
                 BARTZ000000263)
  Exhibit 55 ** Multipage e-mail chain, the top-           148
                 most of which is dated 9/28/
                 2020, addressed to Weishuhn,
                 Caroline, from Andrea Bartz,
                 "Subject: Re: THE HERD Page
                 Proofs" (BARTZ000003412 -
                 BARTZ000003415)
  Exhibit 56 ** Multipage document, the first              153
                 two pages of which are a letter
                 on the letterhead of RANDOM
                 HOUSE, dated October 22, 2020,
                 addressed to Andrea Bartz Inc.,
                 from William J. Takes
                 (BARTZ000003382 - BARTZ000003385)
  Exhibit 57     Two-page document on the letter-          156
                 head of Copyright, United States
                 Copyright Office, titled "Public
                 Catalog" (BARTZ000000260 -
                 BARTZ000000261)
  Exhibit 58     Two-page document on the letter-          157
                 head of Copyright, United States
                 Copyright Office, titled "Public
                 Catalog" (BARTZ000000264 -
                 BARTZ000000265)
  Exhibit 59 *   One-page document titled                  158
                 "ASSIGNMENT" dated as effective
                 April 15, 2021 (BARTZ000002334)
  Exhibit 60 ** One-page document titled                   164
                 "ASSIGNMENT" dated as effective
                 February 28, 2025 (BARTZ000004686)
  / / / / /
```

```
 1                    E X H I B I T S
 2                       (Continued)
 3    EXHIBIT NO.   DESCRIPTION                              PAGE
 4    Exhibit 61 ** One-page letter on the letter-            167
                   head of ICM PARTNERS, undated,
 5                 unsigned, addressed "Dear
                   Andi," regarding "THE LOST
 6                 NIGHT" (BARTZ000000001)

 7    Exhibit 62 *  Multipage agreement on the letter-        172
                   head of Penguin Random House,
 8                 dated 2017, regarding "THE LOST
                   NIGHT" (BARTZ000000006 -
 9                 BARTZ000000022)

10    Exhibit 63 ** Multipage agreement on the letter-        190
                   head of Penguin Random House,
11                 dated the 12th day of November,
                   2019, regarding "Work #1: THE
12                 VISITORS..."  (Designated
                   "CONFIDENTIAL - ATTORNEYS'
13                 EYES ONLY") (BARTZ000003427 -
                   BARTZ000003454)
14
      Exhibit 64 ** Three-page listing of works               195
15                 in progress (Designated
                   "CONFIDENTIAL - ATTORNEYS'
16                 EYES ONLY") (BARTZ000004687 -
                   BARTZ000004689)
17
      Exhibit 65    One-page printout on the letter-          197
18                 head of Copyright, United States
                   Copyright Office showing a
19                 search for the name "bartz
                   andrea" (No Bates number)
20
      Exhibit 66 ** Multipage letter on the letter-           209
21                 head of CROWN Penguin Random
                   House, dated January 28, 2025,
22                 addressed to Andrea Bartz Inc.,
                   with the heading "Royalty
23                 Summary Statement For Period
                   April 01, 2024 to September 30,
24                 2024" (Designated "CONFIDENTIAL -
                   ATTORNEYS' EYES ONLY")
25                 (BARTZ000002339 - BARTZ000002342)


                                                          Page 5
```

CONFIDENTIAL

```
 1                    E X H I B I T S
 2                       (Continued)
 3     EXHIBIT NO.    DESCRIPTION                             PAGE
 4     Exhibit 67 **  One-page document on the letter-         213
                      head of ICM PARTNERS, dated
 5                    02/12/2020, titled "Electronic
                      Transfer Detail" (Designated
 6                    "CONFIDENTIAL - ATTORNEYS' EYES
                      ONLY") (BARTZ000000278)
 7
       Exhibit 68     One-page document with the head-         214
 8                    ing "Penguin Random House Author
                      Portal..." for Andrea Bartz
 9                    (BARTZ000000957)
10     Exhibit 69     Multipage document with the head-        215
                      ing "Penguin Random House Author
11                    Portal..." for Andrea Bartz
                      (All pages numbered BARTZ000000960)
12
       Exhibit 70 **  One-page document on the letter-         216
13                    head of Penguin Random House,
                      titled "Author Portal, THE LOST
14                    NIGHT, Sales from Mar 02, 2019 -
                      Jan 04, 2025" (Designated
15                    "CONFIDENTIAL - ATTORNEYS' EYES
                      ONLY") (BARTZ000000958)
16
       Exhibit 71     Multipage document titled                233
17                    "ANTHROPIC PBC'S AMENDED NOTICE
                      OF 30(b)(6) DEPOSITION OF ANDREA
18                    BARTZ, INC." (No Bates numbers)
19                          ---oOo---
20              PREVIOUSLY MARKED EXHIBITS
21                 REFERRED TO HEREIN
22     EXHIBIT NO.    DESCRIPTION                             PAGE
23     Exhibit 23     Multipage document titled "FIRST         111
                      AMENDED CLASS ACTION COMPLAINT"
24                    (No Bates numbers)
25                          ---oOo---
```

Page 6

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Okay. How long is your longest book, | 09:56:30 |
| 2 | approximately? | 09:56:32 |
| 3 | You don't have to give me a page number. | 09:56:33 |
| 4 | A. In the neighborhood of a hundred thousand | 09:56:35 |
| 5 | words. | 09:56:37 |
| 6 | Q. Okay. And how long was your shortest | 09:56:38 |
| 7 | book, approximately? | 09:56:43 |
| 8 | A. Maybe 90,000 words. | 09:56:46 |
| 9 | Q. Okay. Do you think the amount you'd be | 09:56:48 |
| 10 | willing to license your works as training data to an | 09:56:52 |
| 11 | LLM for would depend on the number of words in the | 09:56:55 |
| 12 | book? | 09:56:57 |
| 13 | MS. GEMAN: Objection. | 09:56:57 |
| 14 | THE WITNESS: I don't know. | 09:56:57 |
| 15 | BY MR. FARRIS: | 09:56:58 |
| 16 | Q. You understand you brought this lawsuit on | 09:57:17 |
| 17 | behalf of a class of individuals? | 09:57:18 |
| 18 | A. My understanding is it's a class of, yeah, | 09:57:22 |
| 19 | individuals and entities that own copyrights. | 09:57:24 |
| 20 | Q. Okay. And you know you are -- you are a | 09:57:29 |
| 21 | representative of that class? | 09:57:31 |
| 22 | A. Yes. | 09:57:32 |
| 23 | Q. All right. Can you describe for me who | 09:57:33 |
| 24 | the members of the class are, as you understand it? | 09:57:35 |
| 25 | A. My understanding is that it's the | 09:57:38 |

Page 49

```
1     individuals and entities that are owners of the        09:57:41
2     copyrighted books that have been used by Anthropic      09:57:45
3     without licensing as training data for their LLMs.      09:57:50
4          Q.   Okay.  As far as you understand, is there    09:57:55
5     just one class of people or entities or more than       09:58:01
6     one?                                                    09:58:04
7               MS. GEMAN:   Objection.                       09:58:05
8               THE WITNESS:   I'm not sure.                  09:58:05
9     BY MR. FARRIS:                                          09:58:06
10         Q.   Okay.  What do you understand your role       09:58:07
11    to be as the representative of that class?              09:58:09
12         A.   I believe my role is to represent the         09:58:16
13    class and ensure a equitable outcome for -- to the      09:58:19
14    best of my ability for all the people I'm               09:58:31
15    representing.                                           09:58:33
16         Q.   Anything else?                                09:58:35
17         A.   Can you repeat the original question?         09:58:44
18         Q.   Sure.                                         09:58:46
19              I just wanted to know what -- what do you     09:58:47
20    understand about your -- your role as the class         09:58:48
21    representative?                                         09:58:50
22              What -- what types of duties do you have,     09:58:51
23    other than what you've told me?                         09:58:53
24              MS. GEMAN:   Objection.                       09:58:54
25              THE WITNESS:   So what kind of duties?        09:58:58
```

CONFIDENTIAL

```
 1    That was a different question.                         09:59:00
 2    BY MR. FARRIS:                                         09:59:01
 3         Q.   Yeah, you're right.                          09:59:01
 4              So let me just -- if I ask it a different    09:59:03
 5    way, do you understand that you have any duties to     09:59:05
 6    the class other than anything you've already said?     09:59:07
 7         A.   No.  I -- I believe I covered it.            09:59:12
 8         Q.   Okay.  Did you review the original           09:59:14
 9    Complaint in this case before it was filed?            09:59:21
10         A.   Yes.                                         09:59:24
11         Q.   Without telling me the substance of          09:59:26
12    anything you said to your lawyers, did you provide     09:59:27
13    input about what the allegations would be?             09:59:29
14              MS. GEMAN:  I'm just going to caution you    09:59:34
15    not to reveal any discussions with counsel.            09:59:36
16              So if you can answer that question without   09:59:38
17    describing the content of communications, you're      09:59:41
18    free to answer.                                        09:59:44
19              THE WITNESS:  Can you repeat the question,   09:59:46
20    please?                                                09:59:48
21    BY MR. FARRIS:                                         09:59:49
22         Q.   Yeah.                                        09:59:49
23              Did you feel like you provided input on      09:59:50
24    what the allegations should be?                        09:59:52
25              MS. GEMAN:  Sorry.  The question was, did    09:59:55
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you -- okay. | 09:59:57 |
| 2 |     THE WITNESS:  Yes. | 10:00:00 |
| 3 | BY MR. FARRIS: | 10:00:01 |
| 4 |     Q.  Do you know how many versions of the | 10:00:02 |
| 5 | Complaint have been filed? | 10:00:04 |
| 6 |     A.  I'm not positive. | 10:00:07 |
| 7 |     Q.  Okay.  Did you -- well, how did you get | 10:00:09 |
| 8 | connected with the lawyers that represent you in | 10:00:16 |
| 9 | this case? | 10:00:18 |
| 10 |     A.  I had contacted counsel after discovering | 10:00:20 |
| 11 | that my works appeared to be part of a dataset that | 10:00:26 |
| 12 | Anthropic had used. | 10:00:30 |
| 13 |     Q.  How did you discover that your works | 10:00:35 |
| 14 | appeared to be part of a dataset that Anthropic had | 10:00:38 |
| 15 | used? | 10:00:41 |
| 16 |     A.  There was an article in The Atlantic that | 10:00:43 |
| 17 | talked about the dataset and included a sort of | 10:00:47 |
| 18 | search function for checking what books were likely | 10:00:50 |
| 19 | in there. | 10:00:56 |
| 20 |     Q.  Do you remember, did you read that in a | 10:00:58 |
| 21 | print edition of The Atlantic or an online version? | 10:01:00 |
| 22 |     A.  I believe it was online. | 10:01:06 |
| 23 |     Q.  How did the article come to your | 10:01:07 |
| 24 | attention? | 10:01:09 |
| 25 |     A.  I -- I am not sure. | 10:01:11 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | A. I'm not sure. | 10:02:31 |
| 2 | Q. Okay. Did you get a referral to those | 10:02:32 |
| 3 | lawyers somehow, the lawyers you reached out to in | 10:02:35 |
| 4 | the first place? | 10:02:38 |
| 5 | A. I don't remember how I found them. | 10:02:43 |
| 6 | Q. When was the first time, if any, you met | 10:02:57 |
| 7 | in person with a lawyer to discuss this case? | 10:02:59 |
| 8 | A. Yesterday. | 10:03:06 |
| 9 | Q. Okay. Before the case was filed in | 10:03:07 |
| 10 | August of this year [sic], how -- had you done phone | 10:03:13 |
| 11 | calls with your lawyers? | 10:03:18 |
| 12 | MS. GEMAN: I'm just reminding you not to | 10:03:22 |
| 13 | disclose the content of any calls or communications. | 10:03:24 |
| 14 | THE WITNESS: The question was, did I have | 10:03:27 |
| 15 | phone calls? | 10:03:29 |
| 16 | BY MR. FARRIS: | 10:03:29 |
| 17 | Q. Yes. | 10:03:30 |
| 18 | A. Yes. | 10:03:30 |
| 19 | Q. Okay. Do you recall how many times you've | 10:03:31 |
| 20 | talked to your lawyers on the phone before the case | 10:03:32 |
| 21 | was filed? | 10:03:35 |
| 22 | A. I would estimate three to five times. | 10:03:39 |
| 23 | ==Q. Okay. Do you understand that as a named== | 10:03:43 |
| 24 | ==plaintiff that you could be called as a witness to== | 10:04:08 |
| 25 | ==testify at a jury trial if this goes that far?== | 10:04:10 |

Page 54

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 10:04:14 |
| 2 | Q. | Would you be willing to travel to | 10:04:15 |
| 3 | | San Francisco to do that if you were required to? | 10:04:17 |
| 4 | A. | Yes. | 10:04:19 |
| 5 | Q. | Did you sign a written agreement with your | 10:04:27 |
| 6 | | lawyers about their representation of you in this | 10:04:30 |
| 7 | | case? | 10:04:32 |
| 8 | A. | I believe so. | 10:04:39 |
| 9 | Q. | Do you recall when you signed it? | 10:04:42 |
| 10 | A. | I believe it would be August '24. | 10:04:49 |
| 11 | Q. | Okay. Do you know if you have signed any | 10:04:53 |
| 12 | | other written agreements with your lawyers other | 10:04:56 |
| 13 | | than that one time? | 10:04:58 |
| 14 | A. | Of any kind? | 10:05:01 |
| 15 | Q. | Yeah. | 10:05:03 |
| 16 | A. | You're asking if I've signed any documents | 10:05:06 |
| 17 | | or specifically -- | 10:05:09 |
| 18 | Q. | Agreements with your lawyers -- not, | 10:05:10 |
| 19 | | like, just generally documents in the case; like, | 10:05:12 |
| 20 | | something that actually sets forth the terms of your | 10:05:14 |
| 21 | | representation by counsel. | 10:05:17 |
| 22 | A. | Not that I can recall. | 10:05:20 |
| 23 | Q. | Okay. Are your lawyers paying your | 10:05:26 |
| 24 | | expenses related to this litigation? | 10:05:27 |
| 25 | A. | My lawyers booked my travel for this | 10:05:32 |

Page 55

CONFIDENTIAL

```
 1   BY MR. FARRIS:                                          10:57:23
 2        Q.   Did you sign up?                              10:57:24
 3        A.   No.                                           10:57:25
 4        Q.   Why not?                                      10:57:25
 5        A.   This happened recently.  And I'm still        10:57:28
 6   thinking about it.                                      10:57:32
 7        Q.   Okay.  Okay.  Have you had any                10:57:32
 8   communication or interaction with Certified Made        10:57:44
 9   by Humans other than the webinar?                       10:57:46
10        A.   No.                                           10:57:50
11        Q.   Have you ever heard of an organization        10:57:55
12   called the Authors Alliance?                            10:57:57
13        A.   No.                                           10:58:00
14             MR. FARRIS:  Okay.  Sorry.  I had this        10:58:00
15   issue with Ms. Salinas the other day.  The table is    10:58:25
16   really long, so it's sort of hard to throw things at   10:58:29
17   you, and it's not -- it's not aggressive.               10:58:31
18             MS. GEMAN:  That's okay.  I know.             10:58:33
19             THE REPORTER:  This is Exhibit 48.            10:58:36
20             (Deposition Exhibit 48 was marked for         10:58:37
21              identification.)                             10:58:37
22             MR. FARRIS:  Okay.  Exhibit 48 is -- is       10:58:43
23   one of the documents from the litigation record in     10:58:45
24   this case, which is titled "PLAINTIFF ANDREA BARTZ     10:58:48
25   AND ANDREA BARTZ, INC.'S FIRST SUPPLEMENTAL            10:58:52
```

Page 84

CONFIDENTIAL

```
 1   RESPONSES TO FIRST SET OF REQUEST FOR PRODUCTION OF    10:58:55
 2   DOCUMENTS..."                                          10:58:59
 3        Q.   Do you see that, ma'am?                      10:58:59
 4        A.   Yes.                                         10:59:01
 5        Q.   Okay.  I'm not going to quiz you about       10:59:01
 6   everything in this document.                           10:59:05
 7             But I want to ask, generally, do you         10:59:06
 8   recall seeing something that was called a Request      10:59:08
 9   for Production of Documents to you and -- and          10:59:10
10   working with your lawyers to respond to it?            10:59:13
11        A.   Yes.                                         10:59:15
12        Q.   Okay.  Did you go out and then,              10:59:16
13   thereafter, look for documents to -- to produce        10:59:23
14   in this case?                                          10:59:25
15             MS. GEMAN:  Objection.                       10:59:26
16             THE WITNESS:  Yes.                           10:59:29
17   BY MR. FARRIS:                                         10:59:31
18        Q.   Okay.  What places did you search?           10:59:32
19        A.   Generally, I searched my own e-mail.         10:59:38
20             And, also, I worked with a third-party       10:59:40
21   vendor to give them access to my e-mail, my social     10:59:43
22   media, and other similar things.                       10:59:50
23        Q.   Okay.  Do you recall the name of the         10:59:54
24   vendor?                                                10:59:55
25        A.   I don't recall.                              10:59:56
```

Page 85