# EXHIBIT 28

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      ---oOo---
 4    ANDREA BARTZ, ANDREA BARTZ,   )
      INC., CHARLES GRAEBER, KIRK   )
 5    WALLACE JOHNSON, MJ + KJ,     )
      INC., individually and on     )
 6    behalf of others similarly    )
      situated,                     )
 7                                  )
                 Plaintiffs,        )
 8                                  )
      vs.                           )   No. 3:24-cv-05417
 9                                  )
      ANTHROPIC PBC,                )
10                                  )
                 Defendant.         )
11    _____)
12
13         TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15           VIDEO-RECORDED DEPOSITION OF
16              CHARLES ANDREW GRAEBER
17                    Volume I
18              Pages 1 through 235
19    _____
20            Wednesday, March 5, 2025
21            San Francisco, California
22
23    Reported By:  JANE GROSSMAN, CSR No. 5225
24
25    Job No. SF 7222284


                                           Page 1
```

```
 1                     I N D E X
 2     VIDEO-RECORDED DEPOSITION OF CHARLES ANDREW GRAEBER
 3     WEDNESDAY, MARCH 5, 2025
 4     VOLUME I
 5                                                      PAGE
 6     MORNING SESSION                                     9
 7     AFTERNOON SESSION                                 146
 8     EXAMINATION BY:    MR. FARRIS                      11
 9                      ---oOo---
10                    E X H I B I T S
11         DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION
12           [* Document designated HIGHLY CONFIDENTIAL."]
13             [** Document designated "CONFIDENTIAL"]
14                      ---oOo---
15     EXHIBIT NO.    DESCRIPTION                        PAGE
16     Exhibit 1      Multipage excerpt from LinkedIn     60
                      Re:  Charles Graeber (No Bates
17                    numbers)
18     Exhibit 2      Multipage excerpt from LinkedIn     61
                      for Charles Graeber with the
19                    heading "Experience" (No Bates
                      numbers)
20
       Exhibit 3      Multipage document titled           75
21                    "PLAINTIFF CHARLES GRAEBER'S
                      FIRST SUPPLEMENTAL RESPONSES
22                    TO FIRST SET OF REQUESTS FOR
                      PRODUCTION OF DOCUMENTS
23                    (NOS. 1-83)" (No Bates numbers)
24     / / / / /
25     / / / / /
```

Page 2

```
 1                    E X H I B I T S
 2                       (Continued)
 3     EXHIBIT NO.    DESCRIPTION                              PAGE
 4     Exhibit 4      One-page screenshot from a                81
                      Twitter account with the
 5                    Twitter handle "@TheGoodNurseBK"
                      (No Bates number)
 6
       Exhibit 5      Two-page printout of the bio page         85
 7                    from the URL charlesgraeber.com
                      (No Bates numbers)
 8
       Exhibit 6      One-page screenshot from a                93
 9                    Twitter account with the
                      Twitter handle "@TheGoodNurseBK,"
10                    dated March 26th, 2024
                      (No Bates number)
11
       Exhibit 7      Multipage document titled                 97
12                    "FIRST AMENDED CLASS ACTION
                      COMPLAINT" (No Bates numbers)
13
       Exhibit 8 **   Manuscript for The Good Nurse            116
14                    (BARTZ000001676 - BARTZ000001995)
15     Exhibit 9      Two-page document on the letter-         124
                      head of Copyright, United States
16                    Copyright Office, titled "Public
                      Catalog" (BARTZ000000256 -
17                    BARTZ000000257)
18     Exhibit 10 *   Multipage agreement on the letter-       127
                      head of GRAND CENTRAL PUBLISHING,
19                    dated September 6, 2007
                      (BARTZ000000207 - BARTZ000000224)
20
       Exhibit 11 *   One-page document on the letter-         153
21                    head of WOODCUT MEDIA, titled
                      "ADULT CONTRIBUTOR'S CONSENT
22                    FORM," dated as signed 08/20/2024
                      (BARTZ000000242)
23
24     / / / / /
25     / / / / /
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
                       E X H I B I T S
                         (Continued)
   EXHIBIT NO.    DESCRIPTION                              PAGE
   Exhibit 12 *   Multipage letter on the letter-           155
                  head of 22nd Street Entertainment,
                  LLC, "Dated as of December 16, 2019,"
                  addressed to Charles Graeber
                  (BARTZ000004621 - BARTZ000004672)
   Exhibit 13 *   Three-page document on the letter-        158
                  head of Writers House LLC,
                  addressed to Having & Selling LLC,
                  titled "Consolidated 2024 Tax
                  Statement..." (BARTZ000002331 -
                  BARTZ000002333)

   Exhibit 14 **  Manuscript for The Breakthrough           175
                  BARTZ000002011 - BARTZ000002330)
   Exhibit 15     One-page document on the letter-          182
                  head of Copyright, United States
                  Copyright Office, titled "Public
                  Catalog" (BARTZ000000255)

   Exhibit 16 **  Multipage agreement on the letter-        183
                  head of GRAND CENTRAL PUBLISHING,
                  dated December 14, 2015,
                  (BARTZ000000225 - BARTZ000000241)
   Exhibit 17     Two-page document on the letter-          189
                  head of Copyright, United States
                  Copyright Office, titled "Public
                  Catalog" (No Bates numbers)

   Exhibit 18     One-page document on the letter-          192
                  head of Copyright, United States
                  Copyright Office, titled "Public
                  Catalog" (No Bates number)
   Exhibit 19 *   Multipage document on the letter-         197
                  head of hachette Book Group,
                  titled "The Good Nurse"
                  (BARTZ000001996 - BARTZ000002010)

   / / / / /
```

```
 1                      E X H I B I T S
 2                        (Continued)
 3    EXHIBIT NO.    DESCRIPTION                            PAGE
 4    Exhibit 20 **  Multipage document on the letter-       207
                    head of hachette Book Group,
 5                  titled "The Breakthrough"
                    (BARTZ000003387 - BARTZ000003394)
 6
      Exhibit 21 *   Two-page document titled "SECOND        224
 7                  PUBLICATION RIGHTS AGREEMENT,"
                    dated July 22, 2019, with hand-
 8                  written interlineations
                    (BARTZ000003763 - BARTZ000003764)
 9
      Exhibit 22     Multipage document titled               226
10                  "PLAINTIFF CHARLES GRAEBER'S
                    FIRST SUPPLEMENTAL RESPONSES TO
11                  DEFENDANT ANTHROPIC PBC'S
                    FIRST SET OF INTERROGATORIES
12                  (NOS. 1-15)" (No Bates numbers)
13
14                       ---oOo---
15           Proceedings Commenced:  9:11 a.m.
16                        RECESSES
17              10:16 a.m. until 10:27 a.m.
18              11:38 a.m. until 11:47 a.m.
19      Luncheon Recess:  12:44 p.m. until 1:21 p.m.
20               2:11 p.m. until 2:19 p.m.
21               3:17 p.m. until 3:31 p.m.
22           Proceedings Adjourned:  3:44 p.m.
23                       ---oOo---
24
25

                                                          Page 5
```

CONFIDENTIAL

```
1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3                             ---oOo---
4     ANDREA BARTZ, ANDREA BARTZ,   )
      INC., CHARLES GRAEBER, KIRK   )
5     WALLACE JOHNSON, MJ + KJ,     )
      INC., individually and on     )
6     behalf of others similarly    )
      situated,                     )
7                                   )
              Plaintiffs,           )
8                                   )
      vs.                           )    No. 3:24-cv-05417
9                                   )
      ANTHROPIC PBC,                )
10                                  )
              Defendant.            )
11    _____)
12
13           BE IT REMEMBERED that, pursuant to Notice of
14    Taking Video-recorded Deposition, and on Wednesday,
15    March 5, 2025, commencing at the hour of 9:11 a.m., and
16    ending at the hour of 3:44 p.m., at the Law Offices of
17    ARNOLD & PORTER KAYE SCHOLER LLP, Three Embarcadero
18    Center, Tenth Floor, San Francisco, California
19    94111-4024, before me, JANE GROSSMAN, a Certified
20    Shorthand Reporter of the State of California,
21    personally appeared
22                    CHARLES ANDREW GRAEBER,
23    produced as a witness in said action, who, being first
24    duly sworn by the Certified Shorthand Reporter, was
25    thereupon examined as a witness in said cause.
```

Page 6

CONFIDENTIAL

```
 1                    A P P E A R A N C E S
 2
 3    FOR PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC.,
 4    CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC.,
 5    individually and on behalf of others similarly
 6    situated:
 7              SUSMAN GODFREY L.L.P.
                1000 Louisiana Street, Suite 5100
 8              Houston, Texas 77002-5096
                713.651.9366
 9              By:  ALEJANDRA C. SALINAS, Attorney at Law
                     asalinas@susmangodfrey.com
10
                COLLIN FREDRICKS, Attorney at Law
11              cfredricks@susmangodfrey.com
12              REETU SINHA, Attorney at Law
                rsinha@susmangodfrey.com
13
14    FOR PLAINTIFFS ANDREA BARTZ, ANDREA BARTZ, INC.,
15    CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC.,
16    individually and on behalf of others similarly
17    situated:
18              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                250 Hudson Street, 8th Floor
19              New York, New York 10013-1413
                212.355.9500
20              By:  JACOB MILLER, Attorney at Law
                     (Present via Zoom)
21                   jmiller@lchb.com
22    / / / / /
23    / / / / /
24    / / / / /
25    / / / / /
```

Page 7

```
 1                     A P P E A R A N C E S
 2                          (Continued)
 3    FOR DEFENDANT ANTHROPIC PBC:
 4                 ARNOLD & PORTER KAYE SCHOLER LLP
                   Three Embarcadero Center, Tenth Floor
 5                 San Francisco, California 94111-4024
                   415.471.3100
 6                 By:   JOSEPH FARRIS, Attorney at Law
                         Joseph.Farris@arnoldporter.com
 7
                         OSCAR RAMALLO, Attorney at Law
 8                       (Present via Zoom)
                         Oscar.Ramallo@arnoldporter.com
 9
                         JESSICA GILLOTTE, Attorney at Law
10                       Jessica.Gillotte@arnoldporter.com
                         (Present via Zoom)
11
                         ALLY MYERS, Attorney at Law
12                       Ally.Myers@arnoldporter.com
13
14    ALSO PRESENT:
15                 REILLY LEET, Videographer
16                         ---oOo---
17
18
19
20
21
22
23
24
25

                                                       Page 8
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. FARRIS: | 09:59:36 |
| 2 | Q. Okay. Do you believe there are authors of | 09:59:37 |
| 3 | very short books in this class? | 09:59:43 |
| 4 | A. I don't know. | 09:59:47 |
| 5 | Q. What do you understand your role as the | 09:59:55 |
| 6 | class representative to be? | 09:59:57 |
| 7 | A. I'm simply here to tell my -- my truth and | 10:00:02 |
| 8 | to explain what happened to me and what was -- and | 10:00:08 |
| 9 | how my work was stolen and state my complaint. | 10:00:15 |
| 10 | Q. Okay. Do you understand that you have any | 10:00:22 |
| 11 | duties to the other people in your class? | 10:00:24 |
| 12 | A. I hope to -- to help the Court bring a | 10:00:26 |
| 13 | resolution that they would be -- they would be happy | 10:00:35 |
| 14 | with. | 10:00:38 |
| 15 | Q. Okay. Do you -- do you understand any | 10:00:39 |
| 16 | other duties you might have to them? | 10:00:41 |
| 17 | A. I have no conflicts that I'm aware of. | 10:00:43 |
| 18 | I feel that I can represent them well. | 10:00:49 |
| 19 | Q. Okay. Did you review the original | 10:00:51 |
| 20 | Complaint in this case before it was filed? | 10:01:03 |
| 21 | A. Before it was filed? Yes, I -- I | 10:01:05 |
| 22 | believe -- yes, I believe so. | 10:01:07 |
| 23 | Q. Without telling me the substance of any | 10:01:09 |
| 24 | communications with your lawyer, did you provide | 10:01:11 |
| 25 | input on what the allegations should be before it | 10:01:12 |

Page 43

| | | |
|---|---|---|
| 1 | was filed? | 10:01:15 |
| 2 |     A.   I don't believe -- well, I'm not -- I'm, | 10:01:21 |
| 3 | frankly, not sure. | 10:01:25 |
| 4 |     Q.   Okay.  Do you know how many versions of | 10:01:27 |
| 5 | the Complaint have been filed? | 10:01:31 |
| 6 |     A.   No. | 10:01:33 |
| 7 |     Q.   Did you meet in person with the lawyers | 10:01:36 |
| 8 | who filed this case before it was filed? | 10:01:39 |
| 9 |     A.   No. | 10:01:42 |
| 10 | ==Q.   Did you have phone calls or Zoom calls== | ==10:01:46== |
| 11 | ==with the lawyers in this case before it was filed?== | ==10:01:49== |
| 12 | ==A.   I -- yes, I believe so.== | ==10:01:57== |
| 13 |     Q.   How many phone calls did you have with | 10:02:00 |
| 14 | your lawyers before this case was filed? | 10:02:02 |
| 15 |     A.   I don't know. | 10:02:05 |
| 16 |     Q.   Okay.  If you had to approximate how long | 10:02:06 |
| 17 | you spent actually discussing this case with a | 10:02:10 |
| 18 | lawyer before it was filed, could you give me an | 10:02:12 |
| 19 | estimate? | 10:02:15 |
| 20 |     A.   No. | 10:02:20 |
| 21 |     Q.   Would it be more than a few hours? | 10:02:22 |
| 22 |     A.   I honestly don't know. | 10:02:25 |
| 23 |     Q.   All right.  How did you first get | 10:02:31 |
| 24 | connected with the lawyers that represent you in | 10:02:38 |
| 25 | this lawsuit? | 10:02:39 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | The principal was Donovan Leitch, | 10:54:00 |
| 2 | L-e-i-t-c-h, yeah, like Mellow Yellow, Donovan. | 10:54:03 |
| 3 | Q.  Around when did you enter the option | 10:54:13 |
| 4 | agreement? | 10:54:15 |
| 5 | A.  It's been many years. | 10:54:16 |
| 6 | MR. FARRIS:  Okay.  I'll mark Exhibit 3. | 10:54:52 |
| 7 | Oh, I'm sorry.  I forgot our protocol. | 10:54:56 |
| 8 | (Deposition Exhibit 3 was marked for | 10:54:59 |
| 9 | identification.) | 10:54:59 |
| 10 | BY MR. FARRIS: | 10:55:07 |
| 11 | Q.  You get the official one. | 10:55:07 |
| 12 | A.  I see. | 10:55:09 |
| 13 | MR. FARRIS:  Exhibit 3 is a document from | 10:55:18 |
| 14 | this litigation called (as read) "PLAINTIFF CHARLES | 10:55:24 |
| 15 | GRAEBER'S FIRST SUPPLEMENTAL RESPONSES TO FIRST SET | 10:55:28 |
| 16 | OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1 | 10:55:30 |
| 17 | THROUGH 83)." | 10:55:34 |
| 18 | Q.  Do you see that, sir? | 10:55:35 |
| 19 | A.  I do. | 10:55:43 |
| 20 | Q.  Do you know if you have reviewed the | 10:55:44 |
| 21 | Request for Production of Documents to you in this | 10:55:46 |
| 22 | case? | 10:55:48 |
| 23 | A.  I have. | 10:55:48 |
| 24 | Q.  Okay.  Did you go and search for certain | 10:55:49 |
| 25 | documents to provide to your attorneys in -- to | 10:55:52 |

Page 75

| | | |
|---|---|---|
| 1 | produce in this case? | 10:55:56 |
| 2 | A. Yes. | 10:55:58 |
| 3 | Q. Okay. Where did you search for -- what | 10:55:58 |
| 4 | locations did you search for documents? | 10:56:03 |
| 5 | A. On hard drives and in physical files and | 10:56:07 |
| 6 | on e-mail. | 10:56:13 |
| 7 | Q. How many hard drives? | 10:56:15 |
| 8 | A. All of them. | 10:56:19 |
| 9 | Q. You have -- you have many? | 10:56:22 |
| 10 | A. I have many. | 10:56:23 |
| 11 | Q. Okay. Okay. Do you own a computer? | 10:56:23 |
| 12 | A. I do. | 10:56:41 |
| 13 | Q. Did you search the computer itself? | 10:56:41 |
| 14 | A. Yes. | 10:56:43 |
| 15 | Q. So one of the hard drives was the | 10:56:45 |
| 16 | computer's hard drive? | 10:56:47 |
| 17 | A. That's correct. | 10:56:48 |
| 18 | Q. Okay. How many computers do you own? | 10:56:49 |
| 19 | A. Can you define "computer"? | 10:57:00 |
| 20 | Q. Well, I'm thinking of, like, a PC or, | 10:57:06 |
| 21 | like, a laptop, that sort of thing. | 10:57:08 |
| 22 | A. I have one PC functional, one laptop | 10:57:10 |
| 23 | functional, one functional desktop, and one iPad. | 10:57:20 |
| 24 | Q. Did you search all three of those devices | 10:57:35 |
| 25 | for documents that might be responsive in this case? | 10:57:37 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127