# EXHIBIT 31

**Pages 1 - 21**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Alsup, Judge

```
ANDREA BARTZ, individually and )
on behalf of others similarly  )
situated,                      )
                               )
          Plaintiffs,          )
                               )
  VS.                          )    NO. C 24-05417 WHA
                               )
ANTHROPIC PBC,                 )
                               )
          Defendant.           )
                               )
```

San Francisco, California
Tuesday, February 25, 2025

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
        250 Hudson Street - 8th Floor
        New York, New York 10013
  **BY:  RACHEL GEMAN, ATTORNEY AT LAW**

        SUSMAN GODFREY LLP
        1000 Louisiana Street - Suite 5100
        Houston, Texas  77002
  **BY:  COLLIN FREDRICKS, ATTORNEY AT LAW**

For Defendant:
        ARNOLD & PORTER KAYE SCHOLER LLP
        Three Embarcadero Center - 10th Floor
        San Francisco, California  94111
  **BY:  DOUGLAS A. WINTHROP, ATTORNEY AT LAW**
      **ESTAYVAINE BRAGG, ATTORNEY AT LAW**
      **JESSICA L. GILLOTTE, ATTORNEY AT LAW**
      **JOSEPH R. FARRIS, ATTORNEY AT LAW**

Remotely Reported:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
                U.S. District Court - Official Reporter

1  was the output.  There was no dispute about comparing the
2  output that was there to the output that was in the book.  They
3  were the same.  That was the whole point.  They wanted a copy
4  and for a different use.  And the circuit -- the Second Circuit
5  said that you ought to -- this was -- you ought to first
6  consider the fair use arguments because that is going to inform
7  you -- even if you reject them, that will inform your class
8  certification at a minimum.
9       And the one example that you gave right there in the
10 earlier questions about good faith is exactly an example of
11 that.
12         **THE COURT:**  How would you even know who to move for
13 summary judgment for since there are two different scenarios
14 and play for the --
15         **MR. WINTHROP:**  We will move for summary judgment on
16 the Plaintiffs before the Court, the Plaintiffs who sued us,
17 and whatever their particular facts are and however their book
18 was used.
19         **THE COURT:**  How many Plaintiffs do we have?
20         **MR. WINTHROP:**  There are three Plaintiffs essentially.
21 And can I just comment on one thing on your -- the example you
22 gave is perfect because this good faith/bad faith issue; okay.
23      So, I would like to read from your decision in the *Google*
24 *versus Oracle* case, the end of the case, the JMOL motions.  You
25 said there was a respectable view that good or bad faith should

```
 1   no longer be a consideration after the Supreme Court's decision
 2   in Campbell versus Acuff-Rose -- citations.  Put differently,
 3   either a use is objectively fair or it is not; and subjective
 4   worry over the issue arguably should not penalize the user.
 5        In that very case the Supreme Court -- in your case, the
 6   Google versus Oracle, the Supreme Court said (as read:) "As for
 7   bad faith, our decision in Campbell expressed some skepticism
 8   about whether bad faith has any role in a fair use analysis" --
 9   citation.  "We find this skepticism justifiable as, quote,
10   copyright is a not a privileged reserved for the well-behaved,"
11   quote, quoting Judge Leval.
12        We believe we acted in good faith.  Please, let me make
13   that clear; that we disagree fundamentally everything they have
14   said about pirated and all that.  "Pirated" is just a jury
15   phrase.  In the Google versus Oracle, Google and Oracle had
16   license negotiations and they fell apart and Google decided to
17   proceed and use what they were discussing in their license
18   negotiations.  Was that pirated?  It was just unauthorized, and
19   it is unauthorized because every fair use case is, quote,
20   "unauthorized."  If it was authorized, it wouldn't be copyright
21   infringement.  You wouldn't get to fair use.
22        My point is our view is good faith, bad faith, none of
23   that is going to matter.  Their view is different.  You are
24   going to have to decide that, and how you decide will implicate
25   the class issues.  That's my point.
```