| | |
|---|---|
| DOUGLAS A. WINTHROP (Bar No. 183532)<br>Douglas.Winthrop@arnoldporter.com<br>JOSEPH FARRIS (Bar No. 263405)<br>Joseph.Farris@arnoldporter.com<br>JESSICA L. GILLOTTE (Bar No. 333517)<br>Jessica.Gillotte@arnoldporter.com<br>ESTAYVAINE BRAGG (Bar No. 341400)<br>Estayvaine.Bragg@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone:  (415) 471-3100<br>Facsimile:  (415) 471-3400<br><br>MARK LEMLEY (Bar No. 155830)<br>mlemley@lex-lumina.com<br>**LEX LUMINA LLP**<br>700 S. Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>Telephone:  (213) 600-6063 | ANGEL T. NAKAMURA (Bar No. 205396)<br>Angel.Nakamura@arnoldporter.com<br>OSCAR RAMALLO (Bar No. 241487)<br>Oscar.Ramallo@arnoldporter.com<br>ALLYSON MYERS (Bar No. 34038)<br>Ally.Myers@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br><br>JOSEPH R. WETZEL (Bar No. 238008)<br>joe.wetzel@lw.com<br>ANDREW M. GASS (Bar No. 259694)<br>andrew.gass@lw.com<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095 |

*Attorneys for Defendant* ANTHROPIC PBC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>                    Defendant. | Case No. 3:24-CV-05417-WHA<br><br>Action Filed: August 19, 2024<br><br>**DECLARATION OF DOUGLAS A. WINTHROP IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  May 15, 2025<br>Time:  8:00 a.m.<br>Place:  Courtroom 12, 19th Floor<br><br>Judge: Honorable William H. Alsup |

I, Douglas A. Winthrop, declare:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Defendant Anthropic PBC ("Anthropic") in this matter. I am an attorney duly licensed to practice law in the State of California.

2. I make this declaration in support of Anthropic's Opposition to Plaintiffs' Motion for Class Certification. The information set herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following:

3. Plaintiffs Andrea Bartz and Andrea Bartz, Inc. (collectively, "Bartz") have not produced option agreements for the books *The Herd* and *The Spare Room*.

4. Attached as Exhibit 1 is a true and correct copy of the Certificate of Registration TX 8-858-704 for *The Lost Night*, marked as BARTZ000004695.

5. Attached as Exhibit 2 is a true and correct copy of the Certificate of Registration TX 9-000-657 for *We Were Never Here*, marked as BARTZ000004699.

6. Attached as Exhibit 3 is a true and correct copy of the Certificate of Registration TX 9-301-448 for *The Spare Room*, marked as BARTZ000004697.

7. Attached as Exhibit 4 is a true and correct copy of the Certificate of Registration TX 8-912-519 for *The Herd*, marked as BARTZ000004693.

8. Attached as Exhibit 5 is a true and correct copy of a letter from Penguin Random House to Andrea Bartz attaching a November 26, 2018 publishing agreement between Andrea Bartz Inc. and The Crown Publishing Group, marked as BARTZ000004755-4782.

9. Attached as Exhibit 6 is a true and correct copy of a Publishing Agreement between Andrea Bartz, Inc. and Random House, dated November 12, 2019, marked as BARTZ000003427-3454.

10. Attached as Exhibit 7 is a true and correct copy of a letter from Penguin Random House to Andrea Bartz attaching a October 23, 2017 publishing agreement between Andrea Bartz, Inc. and The Crown Publishing Group, marked as BARTZ000005288-5307.

11. Attached as Exhibit 8 is a true and correct copy of excerpts from the March 7, 2025 transcript of the deposition of Andrea Marie Bartz.

12. Attached as Exhibit 9 is a true and correct copy of an Option/Purchase Agreement between Netflix and Andrea Bartz Inc., dated April 16, 2021, marked as BARTZ000003547-74.

13. Attached as Exhibit 10 is a true and correct copy of an Amendment to the Option/Acquisition Deal Memorandum between Cartel Entertainment, LLC and Andrea Bartz, Inc., dated November 3, 2019, marked as BARTZ000000023-28.

14. Attached as Exhibit 11 is a true and correct copy of an email from Andrea Bartz to Caroline Weishuhn, dated September 28, 2020, marked as BARTZ000003412-15.

15. Attached as Exhibit 12 is a true and correct copy of an Amendment to Publishing Agreements between Andrea Bartz Inc. and Random House, dated October 22, 2020, marked as BARTZ000003382-85.

16. Attached as Exhibit 13 is a true and correct copy of an Assignment from Andrea Bartz to Andrea Bartz Inc., dated April 15, 2021, marked as BARTZ000002334.

17. Attached as Exhibit 14 is a true and correct copy of an Assignment from Andrea Bartz to Andrea Bartz Inc., dated February 28, 2025, marked as BARTZ000004686.

18. Attached as Exhibit 15 is a true and correct copy of the Certificate of Registration TX 8-680-299 for *The Breakthrough*, marked as BARTZ000004701.

19. Attached as Exhibit 16 is a true and correct copy of the Certificate of Registration TX 7-731-544 for *The Good Nurse*, marked as BARTZ000004702.

20. Attached as Exhibit 17 is a true and correct copy of a Publishing Agreement between Grand Central Publishing and Charles Graeber, dated September 6, 2007, marked as BARTZ000000207-24.

21. Attached as Exhibit 18 is a true and correct copy of a Publishing Agreement between Grand Central Publishing and Charles Graeber dated December 14, 2015, marked as BARTZ000000225-41.

22. Attached as Exhibit 19 is a true and correct copy of excerpts from the March 5, 2025 transcript of the deposition of Charles A. Graeber.

23. Attached as Exhibit 20 is a true and correct copy of a Memorandum of Agreement between Having and Selling LLC and La Nave di Teseo Editore Srl, dated June 24, 2021, marked as BARTZ000005659-5666.

24. Attached as Exhibit 21 is a true and correct copy of a Memorandum of Agreement between Having and Selling LLC and Nakladatelsvi Jota, s.r.o., dated March 3, 2023, marked as BARTZ000005676-5678.

25. Attached as Exhibit 22 is a true and correct copy of a letter from 22nd Street Entertainment, LLC to Charles Graeber, attaching Literary Material Option/Purchase Agreement, dated August 7, 2013, marked as BARTZ000004621-72.

26. Attached as Exhibit 23 is a true and correct copy of the Certificate of Registration TX 7-764-797 for *To Be a Friend Is Fatal*, marked as BARTZ000004706-707.

27. Attached as Exhibit 24 is a true and correct copy of the Certificate of Registration TX 9-212-326 for *The Fisherman and the Dragon*, marked as BARTZ000004704-705.

28. Attached as Exhibit 25 is a true and correct copy of the Certificate of Registration TX 8-590-664 for The *Feather Thief*, marked as BARTZ000004703.

29. Attached as Exhibit 26 is a true and correct copy of excerpts from the March 6, 2025 transcript of the deposition of Kirk W. Johnson.

30. Attached as Exhibit 27 is a true and correct copy of Simon & Schuster a Royalty Statement for Six Months Ending March 31, 2024 to Kirk W. Johnson, marked as BARTZ000000599-604.

31. Attached as Exhibit 28 is a true and correct copy of a Penguin Random House Royalty Summary Statement for Period February 1 to July 31, 2024 to MJ + KJ, Inc., marked as BARTZ000000961-64.

32. Attached as Exhibit 29 is a true and correct copy of a Penguin Random House Royalty Summary Statement for Period February 1 to July 31, 2024 to MJ + KJ, Inc., marked as BARTZ000001288-91.

33. Attached as Exhibit 30 is a true and correct copy of a Publishing Agreement between Simon & Schuster, Inc. and K. Johnson, dated June 15, 2012, marked as BARTZ000004875-4899.

34. Attached as Exhibit 31 is a true and correct copy of a Publishing Agreement between MJ + KJ, Inc. and Viking, dated August 24, 2015, marked as BARTZ000005520-5533.

35. Attached as Exhibit 32 is a true and correct copy of a Publishing Agreement between MJ + KJ, Inc. and Viking, dated July 8, 2019, marked as BARTZ000004841-4860.

36. Attached as Exhibit 33 is a true and correct copy of a Short-Form Rights Option Agreement between Amazon Content Services LLC and MJ + KJ Inc., dated November 12, 2018, marked as BARTZ000000088-93.

37. Attached as Exhibit 34 is a true and correct copy of an Assignment and Work for Hire from K. Johnson to MJ + KJ Inc., dated January 28, 2025, marked as BARTZ000004690-91.

38. Attached as Exhibit 35 is a true and correct copy of a report summarizing Anthropic ablation studies, marked as ANT_BARTZ_000273474-486.

39. Attached as Exhibit 36 is a true and correct copy of International Thriller Writers, *Artificial Intelligence Survey Author Responses*, dated March 14, 2023, marked as ANT_BARTZ_000435250-267.

40. Attached as Exhibit 37 is a true and correct copy of US Copyright Office, *Report on Orphan Works*, dated January 2006, marked as ANT_BARTZ_000435397-529.

41. Attached as Exhibit 38 is a true and correct copy of Cornell University Library, *Copyright Term and the Public Domain in the United States*, updated January 1, 2025.

42. Attached as Exhibit 39 is a true and correct copy of US Copyright Office, *Orphan Works and Mass Digitization*, dated June 2015, marked as ANT_BARTZ_000435530-763.

43. Attached as Exhibit 40 is a true and correct copy of excerpts from the April 8, 2025 transcript of the deposition of Dr. Ben Y. Zhao.

44. Attached as Exhibit 41 is a true and correct copy of excerpts from the April 10, 2025 transcript of the deposition of Thomas Turvey.

45. Attached as Exhibit 42 is a true and correct copy of a Data Access and Delivery Agreement with HarperCollins Publishers L.L.C., marked as HC004-ANT0001559-1703.

46. Attached as Exhibit 43 is a true and correct copy of Society of Authors Policy Team, *SoA survey reveals a third of translators and quarter of illustrators losing work to AI*, dated April 11, 2024, marked as ANT_BARTZ_000435987-995.

47. Attached as Exhibit 44 is a true and correct copy of a Letter from Authors Alliance to US Copyright Office regarding Policy Study on Artificial Intelligence, Docket No. 2023-06, dated October 30, 2023, marked as ANT_BARTZ_000436088-107.

48. Attached as Exhibit 45 is a true and correct copy of a Letter from Project LEND to US Copyright Office regarding Notice of Inquiry (NOI) and request for comments, Artificial Intelligence and Copyright, Docket No. 2023-06, dated October 30, 2023, marked as ANT_BARTZ_000435812-828.

49. Attached as Exhibit 46 is a true and correct copy of Oxford Univ. Press, *Researchers and AI: Survey Findings*, marked as ANT_BARTZ_000435764-808.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: April 28, 2025                    Respectfully submitted,

                                         /s/ *Douglas A. Winthrop*
                                         DOUGLAS A. WINTHROP

## CERTIFICATE OF SERVICE

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DECLARATION OF DOUGLAS A. WINTHROP IN SUPPPORT OF DEFENDANT ANTHROPIC PBC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**.

Dated: April 28, 2025

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Douglas A. Winthrop*