# EXHIBIT 11

| | |
|---|---|
| **Message** | |
| **From:** | Andrea Bartz [andreambartz@gmail.com] |
| **on behalf of** | Andrea Bartz <andreambartz@gmail.com> [andreambartz@gmail.com] |
| **Sent:** | 9/28/2020 8:49:54 AM |
| **To:** | Weishuhn, Caroline [cweishuhn@penguinrandomhouse.com] |
| **CC:** | Teeman, Hilary [hteeman@penguinrandomhouse.com]; Machinist, Alexandra [amachinist@icmpartners.com]; Sanderson, Lindsey [lsanderson@icmpartners.com] |
| **Subject:** | Re: THE HERD Page Proofs |

Deposition Exhibit  55
Deponent: A. Bartz
Date: March 7, 2025
Reporter: Jane Grossman, CSR No. 5225

Hi Caroline,

I hope you had a wonderful weekend! Following up on a few things:

For THE HERD paperback, on p.81, please change *"NEVER discuss EG/Gleam/Herd ..."* to *"NEVER discuss EW/Gleam/Herd ..."* One typo in an entire book—not bad!

Before the paperback goes to the printer, can I take a peek at the final PDFs?

Re: the copyright, thanks again for digging! I'm still not sure how that happened, but I can confirm that everything should be copyrighted under Andrea Bartz, and this needs to be amended for past books. (I might dissolve my corporation down the line, so I want all copyrights in my name.)

Thank you so much!
Andi

On Mon, Sep 21, 2020 at 10:36 AM Andrea Bartz <andreambartz@gmail.com> wrote:
> Hi all,
>
> Hope you had a great weekend! Thanks to a question from my German translator, I noticed a small error in The Herd. On p. 81, in the open-marriage contract, it says, *"NEVER discuss EG/Gleam/Herd ..."* EG is a holdover from when Eleanor's name was Eleanor Gleason. Can it be changed to EW?
>
> Also, can I see the PDF with the requested changes incorporated before it goes to the printer?
>
> I know you're waiting on more info on the copyright. Alexandra, any insight? I'm adding Lindsey here (please see the thread for the backstory).
>
> Thanks so much!
> Andi

On Thu, Sep 17, 2020 at 12:03 PM Andrea Bartz <andreambartz@gmail.com> wrote:
> Hi Caroline,
>
> Thanks so much for looking into this for me! Hmm, it's news to me that it was changed—way back in 2017, Alexandra asked about copyright and my lawyer suggested I get paid as Andrea Bartz Inc but keep the copyright in my name, not the S-Corp's. (In a 9/21/17 email w/ Alexandra and Christina Lin, her then-assistant, I said: "So Andrea Bartz for the copyright, Andrea Bartz Inc for the contracting party.")
>
> I remember Alexandra said at the time that that might make things tricky vis-a-vis TV options, so I wonder if that's when Ruth requested the change? I don't remember it being run by me. Alexandra, any insight?

CONFIDENTIAL                                                                                                                                     BARTZ000003412

Many thanks!
Andi

On Thu, Sep 17, 2020 at 11:46 AM Weishuhn, Caroline <cweishuhn@penguinrandomhouse.com> wrote:

Hi Andi,

Thanks for getting these back to us so quickly!

As for the copyright matter, I just wanted to re-confirm that you want your books registered under the copyright "Andrea Bartz"? I started digging into it a little more on our end, and while your contracts do say "Andrea Bartz" is the copyright, our records indicate that we were asked to change the copyright on THE LOST NIGHT from "Andrea Bartz" to "Andrea Bartz Inc.", and that we also confirmed with Ruth that "Andrea Bartz Inc." was the correct copyright before THE HERD publication. If we need to change the copyrights to "Andrea Bartz" I'm happy to get that ball rolling (and it should be no problem for WWNH), but I just wanted to make sure that's the case!

Apologies for the confusion, it was all just a little before my time so I just want to be sure I'm understanding everything correctly!

Thanks so much,

Caroline

**From:** Andrea Bartz <andreambartz@gmail.com>
**Sent:** Tuesday, September 15, 2020 1:03 PM
**To:** Weishuhn, Caroline <cweishuhn@penguinrandomhouse.com>
**Cc:** Teeman, Hilary <hteeman@penguinrandomhouse.com>; Machinist, Alexandra <amachinist@icmpartners.com>
**Subject:** Re: THE HERD Page Proofs

CAUTION: This email originated from outside of Penguin Random House. Please be extra cautious when opening file attachments or clicking on links.

Hi Caroline,

Attached, please find the trade paperback PDFs with some changes from me! I highlighted the text and requested the edit in a note for each change—please let me know if you can't open any or you aren't sure what they mean. Biggest things are we're missing the Travel & Leisure quote referenced on the back cover, and I think we should add that it's a People Pick (attaching the receipts in case anyone doubts me, ha).

Another thing: I noticed it says the copyright is Andrea Bartz **Inc.** here, but all my contracts have the copyright in *my* name, not my S-Corp (per my lawyer's advice). Attaching the latest book contract to confirm—see p. 8. I imagine it's too late for The Herd (I didn't notice it says Copyright 2020 Andrea Bartz **Inc.** in the hardcover), but has the copyright already been registered for WWNH?

CONFIDENTIAL

BARTZ000003413

Thank you so much!
Andi

On Mon, Sep 14, 2020 at 9:25 AM Weishuhn, Caroline <cweishuhn@penguinrandomhouse.com> wrote:

Hi Andi,

I hope you had a great weekend!

Please find attached proofs of the new material going into the paperback edition of THE HERD (praise, book club, etc.)—will you let me know if everything here looks good to you? If you have any questions, please let me know!

Thank you,

**Caroline Weishuhn**

Editorial Assistant

Ballantine Books

1745 Broadway, New York, NY 10019

212-782-9798

--

Andrea Bartz
AndreaMBartz@gmail.com
andreabartz.com

"Bartz has been widely hailed as a master of the 'feminist thriller,' and both *The Herd* and her 2019 debut novel, *The Lost Night*, are deftly constructed page-turners starring flawed female protagonists whose successes are stymied by sexism—implicit, explicit and systemic." - *Los Angeles Times*

--

Andrea Bartz
AndreaMBartz@gmail.com
andreabartz.com

"Bartz has been widely hailed as a master of the 'feminist thriller,' and both *The Herd* and her 2019 debut novel, *The Lost Night*, are deftly constructed page-turners starring flawed female protagonists whose successes are stymied by sexism—implicit, explicit and systemic." - *Los Angeles Times*

--
Andrea Bartz
AndreaMBartz@gmail.com
andreabartz.com

"Bartz has been widely hailed as a master of the 'feminist thriller,' and both *The Herd* and her 2019 debut novel, *The Lost Night*, are deftly constructed page-turners starring flawed female protagonists whose successes are stymied by sexism—implicit, explicit and systemic." - *Los Angeles Times*

--
Andrea Bartz
AndreaMBartz@gmail.com
andreabartz.com

"Bartz has been widely hailed as a master of the 'feminist thriller,' and both *The Herd* and her 2019 debut novel, *The Lost Night*, are deftly constructed page-turners starring flawed female protagonists whose successes are stymied by sexism—implicit, explicit and systemic." - *Los Angeles Times*

CONFIDENTIAL
BARTZ000003415