# EXHIBIT 12


RANDOM HOUSE

Date: __October 22, 2020__

Andrea Bartz Inc.
c/o ICM Partners
65 East 55th Street
New York, New York 10022
Attn: Alexandra Machinist

Greetings:

Reference is made to the following three (3) agreements between you and us:

 (i) the agreement dated October 23, 2017, as amended November 5, 2018 ("Agreement #1"), providing for publication of a work of fiction entitled, THE LOST NIGHT;

 (ii) the agreement dated November 26, 2018 ("Agreement #2"), providing for publication of a work of fiction entitled, THE HERD; and

 (iii) the agreement dated November 12, 2019 ("Agreement #3"), providing for publication of two (2) works of fiction provisionally entitled, respectively, THE VISITORS and UNTITLED THRILLER.

(collectively the "Agreements")

This letter, when signed by you and by us, will amend the Agreements, as follows:

Notwithstanding anything to the contrary contained in the Agreements, the parties hereby mutually agree, the copyright notice in any reprints of the Works published by Publisher or any of its sublicensees shall be in the following name: Andrea Bartz Inc. Publisher will not pay to update the copyright registration with the copyright office for the Works.

The copyright notice in the Works that have yet to be published by Publisher or any of its sublicensees shall be in the following name: Andrea Bartz Inc.

Except as herein expressly modified, the Agreement is ratified and confirmed, and remains in full force and effect.

Random House  Ballantine Books  Bantam Books  Delacorte Press  Dell  Del Rey  The Dial Press  Modern Library  Spiegel & Grau
1745 BROADWAY, NEW YORK, NY 10019  212.782.9000

CONFIDENTIAL  BARTZ000003382

If the foregoing is acceptable to you, please sign where indicated below and return all copies of this letter to us for counter-signature.

Sincerely,

RANDOM HOUSE,
a division of PENGUIN RANDOM HOUSE LLC

By: *William J Takes*
    William J. Takes
    Executive Vice President and
    Director of Business and Publishing
    Operations

AGREED:

ANDREA BARTZ INC.

By: [signature]
    Authorized Signatory

CONFIDENTIAL                                                                                                                                  BARTZ000003383

# Bartz Contract Amendment Letter

Final Audit Report                                                      2020-10-22

| | |
|---|---|
| Created: | 2020-10-22 |
| By: | Keesha Torres (ktorres@penguinrandomhouse.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqWKO01-0asHJhnXPz6sXywyoTT1kIDtM |

## "Bartz Contract Amendment Letter" History

📄 Document created by Keesha Torres (ktorres@penguinrandomhouse.com)
2020-10-22 - 1:20:36 PM GMT- IP address: 170.171.1.32

✉ Document emailed to colin.graham@icmpartners.com for delegation
2020-10-22 - 1:22:38 PM GMT

📄 Email viewed by colin.graham@icmpartners.com
2020-10-22 - 1:39:30 PM GMT- IP address: 38.125.80.6

🔄 Document signing delegated to Andrea Bartz (andreambartz@gmail.com) by colin.graham@icmpartners.com
2020-10-22 - 1:44:31 PM GMT- IP address: 38.125.80.6

✉ Document emailed to Andrea Bartz (andreambartz@gmail.com) for signature
2020-10-22 - 1:44:32 PM GMT

📄 Email viewed by Andrea Bartz (andreambartz@gmail.com)
2020-10-22 - 1:48:58 PM GMT- IP address: 74.125.210.14

✍ Document e-signed by Andrea Bartz (andreambartz@gmail.com)
Signature Date: 2020-10-22 - 2:14:37 PM GMT - Time Source: server- IP address: 73.132.147.159

✉ Document emailed to William J Takes (btakes@penguinrandomhouse.com) for signature
2020-10-22 - 2:14:38 PM GMT

📄 Email viewed by William J Takes (btakes@penguinrandomhouse.com)
2020-10-22 - 2:16:08 PM GMT- IP address: 69.125.161.146

✍ Document e-signed by William J Takes (btakes@penguinrandomhouse.com)
Signature Date: 2020-10-22 - 2:16:33 PM GMT - Time Source: server- IP address: 69.125.161.146

✉ Document emailed to Keesha Torres (ktorres@penguinrandomhouse.com) for approval
2020-10-22 - 2:16:34 PM GMT

Penguin Random House     POWERED BY Adobe Sign



Document approved by Keesha Torres (ktorres@penguinrandomhouse.com)
Approval Date: 2020-10-22 - 2:27:09 PM GMT - Time Source: server- IP address: 170.171.1.32

Agreement completed.
2020-10-22 - 2:27:09 PM GMT

Penguin Random House | POWERED BY Adobe Sign