# EXHIBIT 13

ASSIGNMENT

Effective as of April 15, 2021, ANDREA BARTZ, for good and sufficient consideration, hereby assigns to ANDREA BARTZ INC., all of her right, title, and interest in and to the literary work entitled WE WERE NEVER HERE (the "Work"), which was authored by ANDREA BARTZ, including all rights she may have in the nature of copyright in the Work for the remaining term of copyright.

_____
ANDREA BARTZ

_____
ANDREA BARTZ INC.

HIGHLY CONFIDENTIAL    BARTZ000002334