# EXHIBIT 14

ASSIGNMENT

Effective as of February 28, 2025, ANDREA BARTZ, for good and sufficient consideration, hereby assigns to ANDREA BARTZ INC., all of her rights, titles, and interests in and to the literary works entitled THE LOST NIGHT, THE HERD, and THE SPARE ROOM (the "Works"), which were authored by ANDREA BARTZ, including all rights she may have in the nature of copyright in the Works for the remaining term of copyright.

_____
ANDREA BARTZ

_____
ANDREA BARTZ INC.

CONFIDENTIAL                                                                                                    BARTZ000004686