# EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-731-544

**Effective date of registration:**

May 30, 2013

## Title

**Title of Work:** The Good Nurse: A True Story of Medicine, Madness, and Murder

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 15, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780446505291

## Author

■ **Author:** Charles Graeber

**Author Created:** text

**Citizen of:** not known **Domiciled in:** not known

## Copyright claimant

**Copyright Claimant:** Charles Graeber

c/o Hachette Book Group, 237 Park Ave, New York, NY, 10017, United States

## Certification

**Name:** Stephanie Robinson

**Date:** May 28, 2013

**Copyright Office notes:** Regarding limitation of claim: statement on deposit indicates some text preexisting.

Page 1 of 1

BARTZ000004702