# EXHIBIT 27



# SIMON & SCHUSTER

1639 Route 10 East, 2nd Floor, Parsippany, NJ 07054
Phone: 800.327.3553 | 973.656.6000  Fax: 973.656.6070
Email: royaltydept@simonandschuster.com

### SIMON & SCHUSTER ROYALTY STATEMENT FOR SIX MONTHS ENDING 3/31/24

**PUBLISHER:** SCRIBNER

**PROPRIETOR NAME:** JOHNSON, KIRK W  **PAYEE NAME:** KNEERIM & WILLIAMS AGENCY LLC
**PROPRIETOR ID:** C00164417  **PAYEE ID:** C00162186

**GRA#** 100832640001

|  | Advance | Current Period Net Units | Current Period Earnings | Cumulative Net Units | Cumulative Earnings | Deductions | Title Balance |
|---|---|---|---|---|---|---|---|
| **TO BE A FRIEND IS FATAL** | | | | | | | |
| HARDCOVER | | (1) | ($2.60) | 2,459 | $6,130.01 | | |
| EBOOK | | 7 | $25.59 | 585 | $1,475.59 | | |
| TRADE PAPER | | (6) | ($9.89) | 672 | $849.97 | | |
| SUBSIDIARY RIGHTS | | | $0.00 | | $1,450.00 | | |
| LESS CONTRACTUAL CHANGES - INDEXING | | | | | | ($1,323.00) | |
| **SUBTOTAL** | ($▇000.00) | 0 | $13.10 | 3,716 | $9,905.57 | ($1,323.00) | ($▇417.43) |
| **Total** | ($▇000.00) | 0 | $13.10 | 3,716 | $9,905.57 | ($1,323.00) | ($▇417.43) |
| **Contract Balance** | | | | | | | ($▇417.43) |
| **Total to Payee** | | | | | | | $0.00 |

**SIMON & SCHUSTER ROYALTY STATEMENT FOR SIX MONTHS ENDING 3/31/24**

| | | | | |
|---|---|---|---|---|
| **IMPRINT:** | SCRIBNER | | | |
| **PROPRIETOR NAME:** | JOHNSON, KIRK W | **PAYEE NAME:** | KNEERIM & WILLIAMS AGENCY LLC |
| **PROPRIETOR ID:** | C00164417 | **PAYEE ID:** | C00162186 |
| **PROPRIETOR SHARE:** | 100.000% | **PAYEE SHARE:** | 100.000% |

**TO BE A FRIEND IS FATAL** — **KIRK W. JOHNSON**

**HARDCOVER**

ISBN10/13: 1476710481 / 9781476710488    Edition: HARDCOVER    On Sale Date: 9/3/13

| Prior | | | | | Current Period | | | | Cumulative | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Units | Earnings | Activity | Rate | Net Received | Gross | Returns | Net | Earnings | Net Units | Earnings |
| **RETAIL PRICE:** | **$26.00** | | | | | | | | | |
| 2,051 | $5,332.60 | REGULAR SALE | 10.000% | | 0 | (1) | (1) | ($2.60) | 2,050 | $5,330.00 |
| 163 | $420.66 | *CANADA | 10.000% | $0.00 | 0 | 0 | 0 | $0.00 | 163 | $420.66 |
| 246 | $379.35 | *EXPORT | 10.000% | $0.00 | 0 | 0 | 0 | $0.00 | 246 | $379.35 |
| 2,460 | $6,132.61 | | SUBTOTAL | | 0 | (1) | (1) | ($2.60) | 2,459 | $6,130.01 |
| 2,460 | $6,132.61 | **ISBN TOTAL** | | | | | (1) | ($2.60) | 2,459 | $6,130.01 |
| 2,460 | $6,132.61 | **HARDCOVER TOTAL** | | | | | (1) | ($2.60) | 2,459 | $6,130.01 |

\* Calculation based on Net Dollars            Run #7302  (8/ 6/24)            Page 1 of 5

HIGHLY CONFIDENTIAL            BARTZ000000600

## SIMON & SCHUSTER ROYALTY STATEMENT FOR SIX MONTHS ENDING 3/31/24

| | | | | |
|---|---|---|---|---|
| **IMPRINT:** | SCRIBNER | | | |
| **PROPRIETOR NAME:** | JOHNSON, KIRK W | **PAYEE NAME:** | KNEERIM & WILLIAMS AGENCY LLC |
| **PROPRIETOR ID:** | C00164417 | **PAYEE ID:** | C00162186 |
| **PROPRIETOR SHARE:** | 100.000% | **PAYEE SHARE:** | 100.000% |

**TO BE A FRIEND IS FATAL**                                      **KIRK W. JOHNSON**

### EBOOK

**ISBN10/13:** 1476710503 / 9781476710501    **Edition:** EBOOK    **On Sale Date:** 9/3/13

| Prior | | | | | Current Period | | | | Cumulative | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Units | Earnings | Activity | Rate | Net Received | Gross | Returns | Net | Earnings | Net Units | Earnings |
| **RETAIL PRICE:** | **$41.97** | | | | | | | | | |
| 4 | $11.19 | *ELECTRONIC BOOKS | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 4 | $11.19 |
| 4 | $11.19 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 4 | $11.19 |
| **RETAIL PRICE:** | **$26.00** | | | | | | | | | |
| 11 | $38.22 | *ELECTRONIC BOOKS | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 11 | $38.22 |
| 11 | $38.22 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 11 | $38.22 |
| **RETAIL PRICE:** | **$21.99** | | | | | | | | | |
| 1 | $2.86 | *ELECTRONIC BOOKS | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 1 | $2.86 |
| 1 | $2.86 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 1 | $2.86 |
| **RETAIL PRICE:** | **$18.99** | | | | | | | | | |
| 3 | $8.92 | *ELECTRONIC BOOKS | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 3 | $8.92 |
| 3 | $8.92 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 3 | $8.92 |
| **RETAIL PRICE:** | **$15.99** | | | | | | | | | |
| 23 | $118.96 | *ELECTRONIC BOOKS | 25.000% | $44.79 | 1 | 0 | 1 | $11.20 | 24 | $130.16 |
| 144 | $380.02 | *ELECTRONIC BK-DOM | 25.000% | $32.61 | 3 | 0 | 3 | $8.15 | 147 | $388.17 |
| 2 | $4.72 | *ELECTRONIC BK-CAN | 25.000% | $10.56 | 1 | 0 | 1 | $2.64 | 3 | $7.36 |
| 33 | $68.47 | *ELECTRONIC BK-EXP | 25.000% | $14.41 | 2 | 0 | 2 | $3.60 | 35 | $72.07 |
| 202 | $572.17 | | SUBTOTAL | | 7 | 0 | 7 | $25.59 | 209 | $597.76 |
| **RETAIL PRICE:** | **$13.99** | | | | | | | | | |
| 1 | $2.69 | *ELECTRONIC BOOKS | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 1 | $2.69 |
| 176 | $431.92 | *ELECTRONIC BK-DOM | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 176 | $431.92 |
| 22 | $53.52 | *ELECTRONIC BK-CAN | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 22 | $53.52 |
| 9 | $20.69 | *ELECTRONIC BK-EXP | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 9 | $20.69 |
| 208 | $508.82 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 208 | $508.82 |
| **RETAIL PRICE:** | **$12.99** | | | | | | | | | |
| 33 | $75.01 | *ELECTRONIC BK-DOM | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 33 | $75.01 |
| 33 | $75.01 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 33 | $75.01 |
| **RETAIL PRICE:** | **$11.99** | | | | | | | | | |
| 19 | $39.88 | *ELECTRONIC BK-DOM | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 19 | $39.88 |
| 19 | $39.88 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 19 | $39.88 |
| **RETAIL PRICE:** | **$11.66** | | | | | | | | | |
| 2 | $6.47 | *ELECTRONIC BOOKS | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 2 | $6.47 |
| 76 | $155.18 | *ELECTRONIC BK-DOM | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 76 | $155.18 |
| 3 | $7.16 | *ELECTRONIC BK-CAN | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 3 | $7.16 |
| 8 | $21.39 | *ELECTRONIC BK-EXP | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 8 | $21.39 |
| 89 | $190.20 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 89 | $190.20 |
| **RETAIL PRICE:** | **$1.99** | | | | | | | | | |

* Calculation based on Net Dollars

Run #7302  (8/ 6/24)                                    Page 2 of 5

HIGHLY CONFIDENTIAL                                              BARTZ000000601

## SIMON & SCHUSTER ROYALTY STATEMENT FOR SIX MONTHS ENDING 3/31/24

**IMPRINT:** SCRIBNER
**PROPRIETOR NAME:** JOHNSON, KIRK W
**PROPRIETOR ID:** C00164417
**PROPRIETOR SHARE:** 100.000%

**PAYEE NAME:** KNEERIM & WILLIAMS AGENCY LLC
**PAYEE ID:** C00162186
**PAYEE SHARE:** 100.000%

### TO BE A FRIEND IS FATAL — KIRK W. JOHNSON

**EBOOK (CONTINUED)**

| Prior Net Units | Prior Earnings | Activity | Rate | Net Received | Current Period Gross | Current Period Returns | Current Period Net | Earnings | Cumulative Net Units | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | $1.49 | *ELECTRONIC BK-DOM | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 3 | $1.49 |
| 3 | $1.49 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 3 | $1.49 |

**RETAIL PRICE: $0.99**

| Prior Net Units | Prior Earnings | Activity | Rate | Net Received | Current Period Gross | Current Period Returns | Current Period Net | Earnings | Cumulative Net Units | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | $1.24 | *ELECTRONIC BK-DOM | 25.000% | $0.00 | 0 | 0 | 0 | $0.00 | 5 | $1.24 |
| 5 | $1.24 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 5 | $1.24 |
| 578 | $1,450.00 | **ISBN TOTAL** | | | | | 7 | $25.59 | 585 | $1,475.59 |
| 578 | $1,450.00 | **EBOOK TOTAL** | | | | | 7 | $25.59 | 585 | $1,475.59 |

HIGHLY CONFIDENTIAL                                                                                BARTZ000000602

## SIMON & SCHUSTER ROYALTY STATEMENT FOR SIX MONTHS ENDING 3/31/24

| IMPRINT: | SCRIBNER | | |
|---|---|---|---|
| PROPRIETOR NAME: | JOHNSON, KIRK W | PAYEE NAME: | KNEERIM & WILLIAMS AGENCY LLC |
| PROPRIETOR ID: | C00164417 | PAYEE ID: | C00162186 |
| PROPRIETOR SHARE: | 100.000% | PAYEE SHARE: | 100.000% |

**TO BE A FRIEND IS FATAL**  **KIRK W. JOHNSON**

### TRADE PAPER

ISBN10/13: 147671049X / 9781476710495    Edition: TRADE PAPER    On Sale Date: 10/7/14

| Prior Net Units | Prior Earnings | Activity | Rate | Net Received | Current Period Gross | Current Period Returns | Current Period Net | Current Period Earnings | Cumulative Net Units | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| **RETAIL PRICE:** | **$21.99** | | | | | | | | | |
| 29 | $47.85 | REGULAR SALE | 7.500% | | 0 | (10) | (10) | ($16.49) | 19 | $31.36 |
| 216 | $356.23 | ON DEMAND PRINT | 7.500% | | 4 | 0 | 4 | $6.60 | 220 | $362.83 |
| (5) | ($4.26) | *CANADA | 7.500% | $0.00 | 0 | 0 | 0 | $0.00 | (5) | ($4.26) |
| 1 | $0.74 | *EXPORT | 7.500% | $0.00 | 0 | 0 | 0 | $0.00 | 1 | $0.74 |
| 241 | $400.56 | | SUBTOTAL | | 4 | (10) | (6) | ($9.89) | 235 | $390.67 |
| **RETAIL PRICE:** | **$16.00** | | | | | | | | | |
| 331 | $397.20 | REGULAR SALE | 7.500% | | 0 | 0 | 0 | $0.00 | 331 | $397.20 |
| 22 | $18.57 | *CANADA | 7.500% | $0.00 | 0 | 0 | 0 | $0.00 | 22 | $18.57 |
| 76 | $40.73 | *EXPORT | 7.500% | $0.00 | 0 | 0 | 0 | $0.00 | 76 | $40.73 |
| 8 | $2.80 | *SPECIAL SALES | 5.000% | $0.00 | 0 | 0 | 0 | $0.00 | 8 | $2.80 |
| 437 | $459.30 | | SUBTOTAL | | 0 | 0 | 0 | $0.00 | 437 | $459.30 |
| 678 | $859.86 | **ISBN TOTAL** | | | | | (6) | ($9.89) | 672 | $849.97 |
| 678 | $859.86 | **TRADE PAPER TOTAL** | | | | | (6) | ($9.89) | 672 | $849.97 |

\* Calculation based on Net Dollars

Run #7302  (8/ 6/24)

HIGHLY CONFIDENTIAL                                   BARTZ000000603

**SIMON & SCHUSTER ROYALTY STATEMENT FOR SIX MONTHS ENDING 3/31/24**

| | | | | |
|---|---|---|---|---|
| **IMPRINT:** | SCRIBNER | | | |
| **PROPRIETOR NAME:** | JOHNSON, KIRK W | **PAYEE NAME:** | KNEERIM & WILLIAMS AGENCY LLC |
| **PROPRIETOR ID:** | C00164417 | **PAYEE ID:** | C00162186 |

### TO BE A FRIEND IS FATAL — KIRK W. JOHNSON

**SUBSIDIARY RIGHTS**

| Right Sold | Prior Earnings | Licensee | Language | Current Receipts | Author Share | Prop Share | Payee Share | Current Earnings | Curr. Copies | Cumul. Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ISBN10/13: 1476710481 / 9781476710488 | | | Edition: HARDCOVER | | | | | | | | |
| **DOMESTIC** | | | | | | | | | | | |
| 1ST SERIAL (PERIOD) | | | | | | | | | | | |
| | $450.00 | TORONTO STAR | | $0.00 | | | | $0.00 | | | $450.00 |
| AUDIO | | | | | | | | | | | |
| | $1,000.00 | TANTOR MEDIA | | $0.00 | | | | $0.00 | | | $1,000.00 |
| | $1,450.00 | **SUBSIDIARY RIGHTS TOTAL** | | | | | | $0.00 | | | $1,450.00 |

HIGHLY CONFIDENTIAL                                                                                    BARTZ000000604