# EXHIBIT 28

November 28, 2024



MJ + KJ, INC.
C/O KNEERIM & WILLIAMS
90 CANAL STREET, FIRST FLOOR
BOSTON MA  02114

## THE FEATHER THIEF
Author(s): KIRK JOHNSON

### Royalty Summary Statement
### For Period February 01, 2024 to July 31, 2024

|  | Current | | Cumulative | |
| --- | ---: | ---: | ---: | ---: |
|  | Copies | Earnings | Copies | Earnings |
| Hardcover | 0 | 0.00 | 38,734 | 138,567.17 |
| Trade Paperback | 3,443 | 4,315.87 | 64,949 | 75,165.90 |
| Audio | 1,593 | 3,181.09 | 35,462 | 70,775.82 |
| eBook | 1,049 | 2,315.17 | 42,001 | 97,986.28 |
| Subtotal | 6,085 | 9,812.13 | 181,146 | 382,495.17 |
| Subsidiary Rights Income |  | 0.00 |  | 45,343.63 |
| Earnings |  | 9,812.13 |  | 427,838.80 |
| **Total Earnings** | **6,085** | **9,812.13** | **181,146** | **427,838.80** |
| Less: Original Guarantee |  |  |  | ████,000.00 |
| Less: Royalty Payments |  |  |  | 16,206.67 |
| Less: Misc Charge |  |  |  | 1,820.00 |
| **Total Balance Due** |  |  |  | **9,812.13** |

Allocation By Participant
THE KNEERIM & WILLIAMS AG       Payee #61135       ACH       100.00%       9,812.13

cc: MJ + KJ, Inc.

Statement #5109750-01 / 46693-001 / Participant ID-41202                          Page 1 of  4

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@penguinrandomhouse.com

HIGHLY CONFIDENTIAL                                                                 BARTZ000000961

Viking

November 28, 2024
MJ + KJ, INC.

## Royalty Detailed Statement
### For Period February 01, 2024 to July 31, 2024

**THE FEATHER THIEF**

| Market | Royalty Rate or External Market | Royalty Per Unit or Net Receipts | Current Copies | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|
| 9781101981610 | $ 27.00 On Sale: April 24, 2018 HC | | | | | |
| | | Sub Total | 0 | 0.00 | 38,734 | 138,567.17 |
| | **Hardcover** | Total in USD | 0 | 0.00 | 38,734 | 138,567.17 |
| 9780525559092 | $ 18.00 On Sale: April 24, 2018 TP | | | | | |
| | | Sub Total | 0 | 0.00 | 1,752 | 639.26 |
| 9781101981634 | $ 18.00 On Sale: April 23, 2019 TP | | | | | |
| U.S. | 7.5000 | 1.35000 | 2,483 | 3,352.05 | 9,753 | 13,166.55 |
| US dsc> 55% | 15.0000 | $ 6,043.74 | 776 | 906.56 | 9,250 | 10,875.06 |
| Canada | 5.0000 | $ 1,471.11 | 175 | 73.56 | 771 | 332.47 |
| Export | 5.0000 | $ 231.75 | 30 | 11.58 | 131 | 50.38 |
| Spcl Sales | 10.0000 | $ 14.40 | 2 | 1.44 | 3 | 2.16 |
| Premium | 5.0000 | 0.00000 | 0 | 0.00 | 57 | 20.25 |
| | | Sub Total | 3,466 | 4,345.19 | 19,965 | 24,446.87 |
| 9781101981634 | $ 17.00 On Sale: April 23, 2019 TP | | | | | |
| U.S. | 7.5000 | 1.27500 | (23) | (29.32) | 19,031 | 24,264.53 |
| US dsc> 55% | 15.0000 | 0.00000 | 0 | 0.00 | 22,100 | 24,993.89 |
| Canada | 5.0000 | 0.00000 | 0 | 0.00 | 1,284 | 560.45 |
| Export | 5.0000 | 0.00000 | 0 | 0.00 | 660 | 204.83 |
| Spcl Sales | 10.0000 | 0.00000 | 0 | 0.00 | 6 | 3.20 |
| Premium | 5.0000 | 0.00000 | 0 | 0.00 | 151 | 52.87 |
| | | Sub Total | (23) | (29.32) | 43,232 | 50,079.77 |
| | **Trade Paperback** | Total in USD | 3,443 | 4,315.87 | 64,949 | 75,165.90 |
| 9780525530060 | On Sale: April 24, 2018 AU | | | | | |
| U.S. | 25.0000 | $ 3,014.92 | 236 | 753.73 | 9,240 | 14,945.35 |
| Canada | 25.0000 | $ 46.28 | 4 | 11.57 | 183 | 375.94 |
| Export | 25.0000 | $ 101.24 | 15 | 25.31 | 617 | 923.51 |
| Spcl disct | 25.0000 | $ 8,697.32 | 1,298 | 2,174.33 | 24,415 | 41,231.79 |
| | | Sub Total | 1,553 | 2,964.94 | 34,455 | 57,476.59 |

Viking

November 28, 2024
MJ + KJ, INC.

## Royalty Detailed Statement
### For Period February 01, 2024 to July 31, 2024

**THE FEATHER THIEF**

| Market | Royalty Rate or External Market | Royalty Per Unit or Net Receipts | Current Copies | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|
| 9780525530077 | On Sale: April 24, 2018 AU | | | | | |
| U.S. | 25.0000 | $ 864.60 | 40 | 216.15 | 959 | 12,557.93 |
| Canada | 25.0000 | 0.00000 | 0 | 0.00 | 48 | 741.30 |
| | | Sub Total | 40 | 216.15 | 1,007 | 13,299.23 |
| | **Downloadable** | Total in USD | 1,593 | 3,181.09 | 35,462 | 70,775.82 |
| 9781101981627 | On Sale: April 24, 2018 EL | | | | | |
| U.S. | 25.0000 | $ 8,690.24 | 983 | 2,172.56 | 40,271 | 94,296.64 |
| Canada | 25.0000 | $ 431.88 | 50 | 107.97 | 1,247 | 2,594.88 |
| Export | 25.0000 | $ 138.56 | 16 | 34.64 | 480 | 1,089.28 |
| Export-Agy | 25.0000 | 0.00000 | 0 | 0.00 | 3 | 5.48 |
| | | Sub Total | 1,049 | 2,315.17 | 42,001 | 97,986.28 |
| | **eBook** | Total in USD | 1,049 | 2,315.17 | 42,001 | 97,986.28 |

Statement #5109750-01 / 46693-001 / Participant ID-41202                Page 3 of    4

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@penguinrandomhouse.com

HIGHLY CONFIDENTIAL                                                                                     BARTZ000000963

Viking

November 28, 2024
MJ + KJ, INC.

## Subsidiary Rights Income
### For Period February 01, 2024 to July 31, 2024

### THE FEATHER THIEF

| Licensee | Rights Sold | Territory or Language | Current Copies | Current Receipts | Proprietor's Share % | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|
| 9781101981610 | | | | | | | | |
| Thorndike Pr | | Lic. Total | 0 | 0.00 | | 0.00 | 0 | 2,500.00 |
| Audubon | | Lic. Total | 0 | 0.00 | | 0.00 | 0 | 125.00 |
| RH UK | | Lic. Total | 0 | 0.00 | | 0.00 | 0 | 42,493.63 |
| Outside | | Lic. Total | 0 | 0.00 | | 0.00 | 0 | 225.00 |
| | | ISBN Total | 0 | 0.00 | | 0.00 | 0 | 45,343.63 |
| Subsidiary Rights | | Total | 0 | 0.00 | | 0.00 | 0 | 45,343.63 |