# EXHIBIT 29



Penguin
Random House
PENGUIN PUBLISHING GROUP

November 28, 2024

MJ + KJ, INC.
C/O KNEERIM & WILLIAMS
90 CANAL STREET, FIRST FLOOR
BOSTON MA 02114

**THE FISHERMEN AND THE DRAGON**
Author(s): KIRK JOHNSON

## Royalty Summary Statement
### For Period February 01, 2024 to July 31, 2024

|  | Current | | Cumulative | |
|---|---|---|---|---|
|  | Copies | Earnings | Copies | Earnings |
| Hardcover | 43 | 88.50 | 8,571 | 24,556.17 |
| Audio | 192 | 424.47 | 2,017 | 5,603.89 |
| eBook | 212 | 350.65 | 3,251 | 7,658.39 |
| Subtotal | 447 | 863.62 | 13,839 | 37,818.45 |
| Subsidiary Rights Income |  | 0.00 |  | 150.00 |
| Earnings |  | 863.62 |  | 37,968.45 |
| **Total Earnings** | **447** | **863.62** | **13,839** | **37,968.45** |
| Less: Original Guarantee |  |  |  | ▮000.00 |
| Less: Misc Charge |  |  |  | 1,500.00 |
| **Total Balance Due** |  |  |  | **▮531.55)** |

Allocation By Participant
THE KNEERIM & WILLIAMS AG    Payee #61135           100.00%       0.00

cc:MJ + KJ, Inc.

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@penguinrandomhouse.com

HIGHLY CONFIDENTIAL                                                      BARTZ000001288

Viking

November 28, 2024
MJ + KJ, INC.

**Royalty Detailed Statement**
**For Period February 01, 2024 to July 31, 2024**

## THE FISHERMEN AND THE DRAGON

| Market | Royalty Rate or External Market | Royalty Per Unit or Net Receipts | Current Copies | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|
| 9781984880123 | $ 28.00 | On Sale: August 09, 2022 HC | | | | |
| | | | | | | |
| U.S.  F  5000 | 10.0000 | 2.80000 | 0 | 0.00 | 5,000 | 14,000.00 |
| U.S.  N  5000 | 12.5000 | 3.50000 | (114) | (399.00) | 407 | 1,424.50 |
| US dsc> 55% N 5000 | 25.0000 | $ 2,031.30 | 166 | 507.83 | 2,765 | 8,531.19 |
| Canada | 6.6667 | 1.86668 | (17) | (31.73) | 194 | 362.14 |
| Canada | 8.3333 | 2.33332 | (1) | (2.33) | 0 | 0.00 |
| Export | 10.0000 | $ 42.00 | 4 | 4.20 | 162 | 181.89 |
| Spcl Sales | 10.0000 | 0.00000 | 0 | 0.00 | 25 | 28.00 |
| Premium | 5.0000 | 0.00000 | 0 | 0.00 | 2 | 1.12 |
| Australia | 10.0000 | $ 83.09 | 4 | 8.31 | 15 | 26.11 |
| India | 10.0000 | $ 12.15 | 1 | 1.22 | 1 | 1.22 |
| | | Sub Total | 43 | 88.50 | 8,571 | 24,556.17 |
| | | | | | | |
| | Hardcover | Total  in USD | 43 | 88.50 | 8,571 | 24,556.17 |
| | | | | | | |
| 9780593590584 | On Sale: August 09, 2022 AU | | | | | |
| | | | | | | |
| U.S. | 25.0000 | $ 356.72 | 28 | 89.18 | 203 | 620.00 |
| Canada | 25.0000 | $ 11.20 | 1 | 2.80 | 4 | 11.18 |
| Export | 25.0000 | $ 20.28 | 3 | 5.07 | 28 | 52.34 |
| Spcl disct | 25.0000 | $ 897.36 | 133 | 224.34 | 1,292 | 2,179.93 |
| | | Sub Total | 165 | 321.39 | 1,527 | 2,863.45 |
| | | | | | | |
| | | | | | | |
| 9780593590591 | On Sale: August 09, 2022 AU | | | | | |
| | | | | | | |
| U.S. | 25.0000 | $ 412.32 | 27 | 103.08 | 485 | 2,673.58 |
| Canada | 25.0000 | 0.00000 | 0 | 0.00 | 3 | 33.61 |
| Export | 25.0000 | 0.00000 | 0 | 0.00 | 2 | 33.25 |
| | | Sub Total | 27 | 103.08 | 490 | 2,740.44 |
| | | | | | | |
| | Downloadable | Total  in USD | 192 | 424.47 | 2,017 | 5,603.89 |
| | | | | | | |
| 9781984880130 | On Sale: August 09, 2022 EL | | | | | |
| | | | | | | |
| U.S. | 25.0000 | $ 1,329.64 | 204 | 332.41 | 3,156 | 7,383.72 |
| Canada | 25.0000 | $ 17.56 | 2 | 4.39 | 39 | 126.95 |
| Export | 25.0000 | $ 46.52 | 4 | 11.63 | 26 | 86.38 |
| Export-Agy | 25.0000 | $ 8.88 | 2 | 2.22 | 30 | 61.34 |
| | | Sub Total | 212 | 350.65 | 3,251 | 7,658.39 |
| | | | | | | |
| | eBook | Total  in USD | 212 | 350.65 | 3,251 | 7,658.39 |

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@penguinrandomhouse.com

HIGHLY CONFIDENTIAL                                                                                        BARTZ000001289

Viking

November 28, 2024
MJ + KJ, INC.

### Subsidiary Rights Income
### For Period February 01, 2024 to July 31, 2024

## THE FISHERMEN AND THE DRAGON

| Licensee | Rights Sold | Territory or Language | Current Copies | Current Receipts | Proprietor's Share % | Current Earnings | Cumulative Copies | Cumulative Earnings |
|---|---|---|---|---|---|---|---|---|
| **9781984880123** | | | | | | | | |
| The Daily Bea | | Lic. Total | 0 | 0.00 | | 0.00 | 0 | 150.00 |
| | | **ISBN Total** | **0** | **0.00** | | **0.00** | **0** | **150.00** |
| **Subsidiary Rights** | | **Total** | **0** | **0.00** | | **0.00** | **0** | **150.00** |

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@penguinrandomhouse.com

HIGHLY CONFIDENTIAL                                                      BARTZ000001290

Viking

November 28, 2024
MJ + KJ, INC.

## THE FISHERMEN AND THE DRAGON

### 9781984880123 $ 28.00  HC

| Print Summary | | |
|---|---|---|
| For Period February 01, 2024 to July 31, 2024 | | |

| Description | Current Copies | Cumulative Copies |
|---|---|---|
| Shipments | 189 | 14,183 |
| Returns | (498) | (5,379) |
| Reserves released | 360 | 0 |
| Reserves held | 0 | 0 |
| No Charge | (6) | (214) |
| Ship AU/NZ | (1) | (17) |
| Ship to IN | (1) | (2) |
| | | |
| Total reportable sales | 43 | 8,571 |
| | | |
| Printings | 0 | 18,420 |
| Returns to stock | 0 | 0 |
| Scrapped from stock | (1) | (2,745) |
| Adjustments | 0 | (9) |
| Internal Summarization | 5 | 16 |
| Inventory | | (1,499) |
| | | |
| Total shipments | | 14,183 |

| Sales Summary by Market | | | |
|---|---|---|---|
| Market | Gross Copies | Return Copies | Net Copies |
| U.S. | 87 | 462 | (375) |
| US dsc> 55% | 84 | (15) | 99 |
| Canada | 0 | 50 | (50) |
| Export | 5 | 1 | 4 |
| Australia | 4 | 0 | 4 |
| No Charge | 6 | 0 | 6 |
| Ship AU/NZ | 1 | 0 | 1 |
| Ship to IN | 1 | 0 | 1 |
| India | 1 | 0 | 1 |
| Total | 189 | 498 | (309) |

| Rate of Movement by Month | | |
|---|---|---|
| Month | Shipments | Returns |
| FEB-2024 | 6 | 51 |
| MAR-2024 | 26 | 61 |
| APR-2024 | 56 | 69 |
| MAY-2024 | 25 | 147 |
| JUN-2024 | 60 | 80 |
| JUL-2024 | 16 | 90 |
| Total | 189 | 498 |

1745 Broadway, New York, NY 10019 Phone 212-940-7430 Email Royalties@penguinrandomhouse.com

HIGHLY CONFIDENTIAL                                                     BARTZ000001291