EXHIBIT 34

## ASSIGNMENT AND WORK FOR HIRE

In exchange for good and valuable consideration, the receipt and sufficiency of which are acknowledged, Kirk Johnson, having an address at 6927 Paseo Del Serra, Los Angeles, CA 90068 ("Author"), hereby acknowledges and agrees that Author hereby irrevocably sells, transfers, and assigns the entire right, title, and interest, including the right to sue for past infringement, in and to the work(s) as described in Schedule A attached hereto (the "Works") to MJ+KJ, Inc., having a principle place of business at 6927 Paseo Del Serra, Los Angeles, CA 90068 ("MJ+KJ") for all purposes under the Copyright Act. MJ+KJ shall own all rights in the Works including without limitation the right to transfer or license any of its rights and to prepare derivative works based upon the Works (including without limitation all worldwide rights under copyright) in all media now known or as may hereafter be developed.

If and to the extent that Author adds to, updates, modifies, edits, adapts, creates derivative works from, or otherwise creates new copyrightable material relating to the Works ("New Material"), Author acknowledges and agrees that all such New Material is expressly commissioned by MJ+KJ, will be considered "work made for hire" as defined under the US Copyright Act, and shall be owned solely and exclusively by MJ+KJ. In the event that any such copyrightable New Material may be held not to be work made for hire, Author agrees that this Agreement is and shall be deemed to be a sufficient assignment of Author's entire right and interest in that copyrightable New Material to MJ+KJ.

All trademarks and copyrights with respect to the Works and New Material shall be registered in the name of MJ+KJ. Author further agrees to take all actions and execute and deliver all documents requested by MJ+KJ in order to evidence the assignment of Author's rights in and to the Works and New Material.

MJ+KJ shall accord credit to Author, or cause Author to be accorded credit as the author of the Works. Casual or inadvertent failure to accord such credits shall not constitute a breach of this agreement; provided, however, that after receipt of notice of such failure, MJ+KJ agrees to take all reasonable and necessary steps to cure such failure. Author hereby grants to MJ+KJ the perpetual worldwide right to use and permit others to use Author's name, likeness, and biographical material in any promotions and advertisements relating to the Works or MJ+KJ.

This Agreement shall be governed according to the laws and exclusively in the state and federal courts of the State of California. Author and MJ+KJ accept the personal jurisdiction and waive any objections to the venue of such courts. In no event shall Author be entitled to seek or obtain injunctive or other equitable relief in respect of any breach hereof.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the date written below.

AGREED:

Author

Signed By: _____
Kirk Johnson

SSN: 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

Date Signed: 1/28/2025

MJ+KJ, Inc.

Signed By: _____
Kirk Johnson
President,
MJ+KJ, Inc.

Date Signed: 1/28/2025

HIGHLY CONFIDENTIAL

BARTZ000004690

## SCHEDULE A

## The Works

*To Be A Friend Is Fatal,* copyright 2013

*The Feather Thief,* copyright 2015

*The Fishermen and the Dragon,* copyright 2019

HIGHLY CONFIDENTIAL                                                                                                        BARTZ000004691