# EXHIBIT 35
## Filed Under Seal

ORIGINALLY LODGED
ENTIRELY UNDER SEAL

ATTORNEY CLIENT PRIVILEGED WORK PRODUCT

# Books data exploration scaffolded results

We want to better understand our books data. See experiment design doc here.

Here, I have listed a lot of the questions I want to answer. As I get results, I will start adding answers to these questions.

**What is the CM for adding books data?** ........ **1**
**What are some of the types of books?** ........ **2**
**What is the CM for adding/replacing with specific types of books data?** ........ **4**
Fiction vs. Nonfiction ........ 4
Math, Computer Science, and Science ........ 7
**Do we already have duplicated books data?** ........ **9**
**What does multiepoching look like?** ........ **10**
Overall panama repetition: ........ 10
Possible future hypothesis on repetition ........ 13

## What is the CM for adding books data?

Ignoring cases where we'd be token-limited and run out of data, what is the CM for adding books data into a standard datamix that doesn't have books data? (I will assume we use book data deduped against the baseline datamix.)

CM plot for adding old books data (can't be used for training production models)

CM plot for adding new books data (can be used for training production models)

Subquestions:

1) Do the different books datasets lead to different CMs? Probably not, although new books might help with things like MMLU more.
2) Any trends with scale?
3) Can we logically group evals in which books improve or worsen performance (e.g., better at prosey things but worse at code)? Yes: books improve prose but worsen code + multiling

**Results:**
Full eval plots here for posterity.

Data were generated by adding old books and new books as [redacted].

[redacted]

[redacted]

From the above plot, it looks like [redacted] In reality, that should be taken with a grain of salt because the prose eval includes a books eval that is just the old books.

On other evals, the two books datasets [redacted] as pictured below:

[redacted]

## What are some of the types of books?

This is very open ended.

Bar chart of some categories! Category names were selected to correspond to the categories currently generated via ISBN-lookup. As shown in the plot, [REDACTED]

We can also compare new books vs. old books by using the same prompt-based classification

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000273476

New books are panama_prompt (left), old books are oldbooks_prompt (right). It seems like old books has a bit more fiction (although be careful to consider subcategories like juvenile fiction).

Subquestions:

1. Sanity check: does the prompted-model's judgment align with mine/ground-truth? Yes.
2. If the distribution appears highly concentrated in a few categories, are there more fine-grained categories that will reveal better insight?
3. What are good categories to look at in general?
   a. Baseline: whatever ISBN is doing. Done.
   b. Open-ended (see below)
   c. Year published?
   d. A few high-level categories based on envisioned training (e.g., technical vs. not)? Created Fiction vs. non-fiction as an initial test. Seemed to yield interesting results.
4. Can we use just open-ended questions (what category does this belong to?) instead of pre-defined categories?

One followup method, which should be feasible, is applying hierarchical labeling. E.g., first have one prompt generate fiction vs. non-fiction data nodes. Then, further divide non-fiction into biographies, math textbooks, computer science textbooks, etc.

# What is the CM for adding/replacing with specific types of books data?

Using one of the subsets of the books data, labeled as above, what are the CMs for adding them to the datamix?

Particularly relevant are things like, "Does adding computer science textbooks improve coding scores? What if it replaces code data?" More generally, strong and predictable correlations between types of book data and eval performance would be really exciting.

## Fiction vs. Nonfiction

Full fiction vs. nonfiction eval plots here.

I divided the panama dataset into fiction vs. nonfiction. (Using the prompt-based labeling described above, and then I just wrote a list of categories that I counted as fiction vs. nonfiction.) I ran scans adding these datasets as 30% of a teal mix.

*Adding nonfiction books data improved performance in technical domains more than adding fiction books, which at times actually hurt performance.*

The main loss plot (below) indicates these key findings.

Adding all books data is "panama" in blue; fiction (yellow) and nonfiction are the subsets.

As before, adding any books data improved prose performance compared to the baseline (solid lines), but adding fiction helped more than adding non-fiction. It's interesting and surprising that the combination of fiction + nonfiction helped most for prose.
The most interesting result is the code eval: adding fiction hurt a lot more than adding nonfiction. This shows an important alignment between the books genres and evals on non-books domains.

Nonfiction helping on technical domains appears in a few evals.
For example, in MMLU domains, adding nonfiction (pink) helped more than using the general panama dataset (blue) and much more than fiction (yellow), which actually *worsened* performance.

Looking just at 16-layer models, we see that much of the fiction vs. nonfiction advantage in MMLU performance comes in more technical domains:

The above scores are the absolute NLL for 4 variants (old books, panama, panama fiction, panama non-fiction), where lower is better.

The below plot shows the difference between just fiction and nonfiction for each category:



We see that

## Math, Computer Science, and Science

As in the prior section, I ran scans in which I added just Math, Computer Science, and Science (MCS) books. (Data were selected if the as one of "mathematics", "computers" or "science".)

Results, comparing adding general panama books vs. MCS books, are here, and select results are plotted below.

[redacted]

A general comparison of adding panama books (general distribution) vs. MCS books is shown below. Adding panama books (gray) [redacted]

More specific evals, such as book or [redacted] losses, confirm these trends: [redacted]. It's worth emphasizing that for the code loss plot below, [redacted]

On evals like MMLU and Arc, I saw [redacted]

Looking into MCS vs. panama performance on a per-category basis in MMLU tests, we see that [redacted]



In an ablation study, I found that there were important distinctions between MCS and nonfiction broadly (results). Adding nonfiction books can still help a lot for prose evals in a way that adding MCS does not. At the same time, nonfiction was worse for coding evals than MCS was. Thus, in many ways MCS acts as an exaggerated, more technically-biased subset of nonfiction books.

## Do we already have duplicated books data?

I found that, when we deduplicated the books against our existing corpus, we found about 5% of the books were marked as duplicates. (Full doc here: Dropped books)

I am currently studying (July 25) which types of books are being marked as duplicates.

Overall, the duplicated books publication dates seem to roughly match the distribution of the overall panama books, although it skews slightly older. So, we should slightly prefer newer books over older ones, but it's not like there's a clear date before which we should not buy any books.

By category, the most disproportionately duplicated books are drama, self-help, computers, and fiction. (Fiction books represent a much larger fraction of the overall books we purchased, so in absolute numbers this was the greatest number of duplicates).

One apparent trend is that many of these duplicated books tend to be by famous authors. E.g., Claude identified about 50% of the authors as famous or well-known, which is greater than the general distribution.

I'm currently pulling out more metadata about publishers now and can more generally look into other attributes of interest as desired.

# What does multiepoching look like?

We'll probably want to multi-epoch some of our data. What CM hits do we think we'll take from doing so? Does that vary by type of book?

**TL;DR:** books appear to have similar repetition penalties to other dataset.

## Overall panama repetition:

Some simple plots here.

Although loss evals are a bit noisy, we see that increasing the repetition rate tends to worsen performance. Baseline is 30% of data mix is panama books for 1 epoch; other scans are 30% of the mix but for 2, 4 or 6 epochs. Results below for podcasts and books dataset losses.
Note that because the books only comprise 30% of the mix, all the repetition effects will appear smaller than if it were a larger proportion of the mix.

These plots show a pretty consistent worsening of CM as we repeat the data more.

Instead of these quick results varying model size, we can plot as a function of epoch and see [redacted]

The plots below were generated using [redacted] with a tok/param ratio of about [redacted] tokens/parameter (except for the baseline, which was undertrained by [redacted] so used approximately [redacted] tokens/parameter). I used a [redacted] mix but left out ccp8 (for a more fair comparison to a later baseline).

The CM plot below shows the loss CMs for different numbers of repetitions:

[redacted]

Top curve shows [redacted]

[redacted] p [redacted]

To better understand repetition penalties, the plot below shows [redacted] This represents a normalized CM based on the percentage of data left unchanged from the base mix [redacted] and the 1-epoch CM from adding the data:

[redacted]

The important metric in the above plot is the slope of each curve. Largely, [redacted]

We can also look at benefits on an epoch-by-epoch basis to see when adding a single epoch starts [redacted] The marginal CM plot below is calculated by taking the normalized CM values above, multiplying each value by the number of epochs, and then taking the slope of the curve; it represents the added CM by repeating by one more epoch:

In the plot above, we start to see [redacted]

Lastly, we can compare the books repetition results to a baseline. I chose to repeat ccp8 data as the baseline (also did similar analysis using DCLM and found [redacted] Scans were run with the same base mix ([redacted] with ccp8 data added at different repeat rates.

[redacted] in absolute CMs for adding ccp8 vs. panama data, [redacted]. Below is the marginal CM plot for ccp8.

Once again, we find that [redacted]

Direct comparison of ccp8 and panama marginal CM values, plotted below, confirm [redacted]



[redacted]

TL;DR: [redacted]

## Possible future hypothesis on repetition

One interesting hypothesis that I have formed in looking at these results is that:

"[redacted]"

The evidence I have collected so far supports this hypothesis:

- [redacted]
- [redacted]
- [redacted]
- [redacted]

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000273486