# EXHIBIT 36



# ARTIFICIAL INTELLIGENCE SURVEY
# AUTHOR RESPONSES

14 March 2023

ANT_BARTZ_000435250



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

## DISCLAIMER AND CITATION

*The results of this survey are intended to be used for information purposes only. International Thriller Writers does not accept any liability for any loss or damage caused as a result of any reliance on the results of this survey.*

*Individuals, organizations or publications quoting the results of this survey should cite it as the* **'International Thriller Writers AI Author Survey'**.



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

## Are you an independent or traditionally published author?
741 responses



- Independent — 19%
- Traditionally published — 42.2%
- Mix of both — 38.7%

ANT_BARTZ_000435252



**ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES**

How long have you been published?
741 responses



- 1 to 5 years
- 6 to 10 years
- 10 to 15 years
- 15 to 20 years
- More than 20 years

24.2% / 21.9% / 22.7% / 13% / 18.4%

ANT_BARTZ_000435253



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

What is your annual income from writing?
741 responses



- Less than $15,000
- $15,001 to $30,000
- $30,001 to $60,000
- $60,001 to $90,000
- $90,001 to $120,000
- More than $120,000

ANT_BARTZ_000435254



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you use artificial intelligence as part of your writing process?
741 responses



ANT_BARTZ_000435255



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

If yes, how do you use artificial intelligence? (Choose as many as applicable)
310 responses



| Response | Count |
|---|---|
| For spelling checks | 266 (85.8%) |
| For grammar checks | 211 (68.1%) |
| To help come up with ideas | 24 (7.7%) |
| To help structure ideas | 18 (5.8%) |
| To help with the writing pr… | 18 (5.8%) |
| To write parts of my book | 4 (1.3%) |
| To help with marketing m… | 36 (11.6%) |
| To help with blurbs | 32 (10.3%) |
| (unlabeled) | 2 (0.6%) |
| Research | 2 (0.6%) |
| Never | 1 (0.3%) |
| using AI on Google for au… | 1 (0.3%) |
| Concept art | 1 (0.3%) |
| Considering using it for… | 1 (0.3%) |
| Research police procedu… | 1 (0.3%) |
| reading aloud | 1 (0.3%) |
| To listen to drafts | 1 (0.3%) |
| Sentiment analysis | 1 (0.3%) |
| for outlining and keeping t… | 1 (0.3%) |
| note things you're descri… | 1 (0.3%) |
| help with research | 1 (0.3%) |
| Research, translations | 1 (0.3%) |
| Social media posts. | 1 (0.3%) |
| To help form the basis for… | 1 (0.3%) |
| mood boards for charact… | 1 (0.3%) |
| To Initiate the Destruction… | 1 (0.3%) |
| Dictation (for rough draft… | 1 (0.3%) |
| Microsoft works AI eleme… | 1 (0.3%) |
| AI narration for audiobook… | 1 (0.3%) |
| To generate scene-specif… | 1 (0.3%) |
| Editing | 1 (0.3%) |
| I use Pro-Writing aid for… | 1 (0.3%) |
| I've experimented with M… | 1 (0.3%) |
| For research | 1 (0.3%) |
| Idea generation | 1 (0.3%) |
| Are use it to help me iden… | 1 (0.3%) |
| Preliminary research that… | 1 (0.3%) |
| To laugh at examples on… | 1 (0.3%) |
| I'll use the "read aloud" p… | 1 (0.3%) |
| text to speech to read oth… | 1 (0.3%) |
| Quality control for audiob… | 1 (0.3%) |
| research | 1 (0.3%) |
| None | 1 (0.3%) |
| I don't | 1 (0.3%) |

ANT_BARTZ_000435256



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you have a literary agent?
741 responses



ANT_BARTZ_000435257



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

If yes, has your agency communicated with you about the challenges and opportunities presented by artificial intelligence?

393 responses



99.5%

- Yes
- No

ANT_BARTZ_000435258



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do your publishing contracts include wording limiting publishers' ability to use artificial intelligence to generate material from your work?

660 responses



- Yes
- No (65.9%)
- Don't know (32.6%)

ANT_BARTZ_000435259



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do your publishing contracts include any other wording specific to artificial intelligence?
661 responses



ANT_BARTZ_000435260



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you think publishers will make increasing use of artificial intelligence in the publication process?
741 responses



ANT_BARTZ_000435261



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

When the technology is of sufficiently high standard, do you think it is likely publishers will make use of artificial intelligence to replace writers entirely?

741 responses



1 is not likely, 10 is highly likely

ANT_BARTZ_000435262



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you think the publishing industry should have a code of conduct regarding the use of artificial intelligence to create books?

741 responses



ANT_BARTZ_000435263



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you think readers should be made aware when all or portions of a book have been created using artificial intelligence?
741 responses



ANT_BARTZ_000435264



# ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you think artificial intelligence should be used to translate books?
741 responses



ANT_BARTZ_000435265



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

Do you expect artificial intelligence to negatively impact author incomes within the next ten years?
741 responses



ANT_BARTZ_000435266



ARTIFICIAL INTELLIGENCE SURVEY AUTHOR RESPONSES

As an author, would you like your name and works to be excluded from AI training and results? (This would prohibit queries like - ie Write me a thriller in the style of [AUTHOR NAME])

741 responses



- I'm ok with AIs using my name, work, and voice in results.
- I'm not ok with AIs using my name, work, and voice in results and would wish to be excluded.

85.7%
14.3%

ANT_BARTZ_000435267