# EXHIBIT 41
## Filed Under Seal

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4        ANDREA BARTZ, et al.,           )
                                         )
5                         Plaintiff,     )   Case No.:
                                         )   3:24-CV-05417-WHA
6          v.                            )
                                         )
7        ANTHROPIC PBC,                  )
                                         )
8                         Defendants.    )
         _____ )
9                                        )

10

11

12

13          VIDEOTAPED DEPOSITION OF THOMAS TURVEY

14        HIGHLY CONFIDENTIAL: ATTORNEYS' EYES ONLY

15                    April 10, 2025

16                      9:09 a.m.

17

18

19

20

21

22

23     REPORTED BY:

24     Tammy Moon, CSR No. 13184, RDR, CRR

25     JOB NO. 10162277

**Highly Confidential Attorneys' Eyes Only**

Thomas Turvey

Andrea Bartz, et al. vs.
Anthropic PBC

```
 1        APPEARANCES:

 2        FOR PLAINTIFF ANDREA BARTZ, et al.:

 3        SUSMAN GODFREY LLP
          BY:  ALEJANDRA SALINAS, ESQ.
 4        BY:  COLLIN FREDRICKS, ESQ.
          1000 Louisiana St., Ste 5100
 5        Houston, Texas 77002-5096
          713.651.9366
 6        Asalinas@susmangodfrey.com

 7        FOR DEFENDANT:

 8        ARNOLD & PORTER KAYE SCHOLER LLP
          BY:  JOSEPH RICHARD FARRIS, ESQ.
 9        Three Embarcadero Center, 10th Flr
          San Francisco, California 94111-4024
10        415.471.3100
          Joseph.farris@arnoldporter.com

11

12        ALSO PRESENT:  JAKE MILLER, ESQ.

13        TIM KAMAL-GRAYSON, ANTHROPIC

14        J. CRAIG SMYSER (REMOTE)

15        RACHEL GEMAN (REMOTE)

16        NEIL GEORGE, THE VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

**Highly Confidential Attorneys' Eyes Only**

**Thomas Turvey**  **Andrea Bartz, et al. vs.**
**Anthropic PBC**

```
 1                    INDEX TO EXAMINATION

 2                       THOMAS TURVEY

 3                  Thursday, April 10, 2025

 4           Tammy Moon CSR No. 13184, RPR, CRR

 5                 WITNESS:   THOMAS TURVEY

 6

 7     EXAMINATION                                        PAGE

 8     MS. SALINAS                                         10

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                 Thursday, April 10, 2025, 9:09 a.m.

 2                 THE VIDEOGRAPHER:  We are now on the

 3      record.  Today's date is April 10th, 2025, and the

 4      time is 9:09 a.m.  This is the video-recorded

 5      deposition of Tom Turvey being taken in the matter

 6      of Andrea Bartz et al. v. Anthropic PBC.  Case

 7      number is 3:24-CV-05417-WHA.

 8                 My name is Neil George.  I am the legal

 9      videographer.  The court reporter today is Tammy

10      Moon.  We are both representing Aptus Court

11      Reporting.

12                 Counsel will now state their appearance for

13      the record.

14                 MS. SALINAS:  Alejandra Salinas, from

15      Susman Godfrey, on behalf of the plaintiffs.

16                 MR. FARRIS:  Good morning.  Joe Farris,

17      with Arnold & Porter, on behalf of Anthropic.  I'm

18      also here with in-house counsel from Anthropic Tim

19      Kamal-Grayson.

20                 THE VIDEOGRAPHER:  Will the court reporter

21      please swear in the witness.

22                           THOMAS TURVEY,

23        called as a witness, having been duly sworn,

24                    testified as follows:

25                 THE WITNESS:  I do.
```

```
 1              THE REPORTER:  This is Tammy Moon,

 2    Certified Stenographic Reporter 13184.  I am a

 3    code-compliant reporter, and as such, this

 4    transcript will be handled pursuant to the Code of

 5    Civil Procedure 2025.550.

 6     EXAMINATION BY MS. SALINAS, COUNSEL FOR PLAINTIFF

 7              MS. SALINAS:

 8        Q.    Please state your name for the record.

 9        A.    Thomas Turvey.

10        Q.    Good morning, Mr. Turvey.

11        A.    Good morning.

12        Q.    My name is Alejandra Salinas.  And as you

13    just heard, I'm an attorney for the plaintiffs.

14    Have you ever been deposed before?

15        A.    I have.

16        Q.    How many times have you been deposed?

17        A.    Three, I believe.

18        Q.    Three times.  Do you recall the names of

19    the cases that you were deposed in?

20        A.    The names, I don't.  I'm familiar with the

21    matters.

22        Q.    That's fine.

23        A.    A Google Books case.  There's an e-book

24    suit involving Play e-books -- separate suit.  And

25    then there was a separate Play case around patents.
```

1      A.    I do not.

2      Q.    How much is Anthropic willing to pay for a

3  book to license from HarperCollins?

4      A.    That's interesting.  It would depend

5  greatly upon the category of the book.  We have an

6  understanding and valuation model that accounts for

7  category, and it might be -- fits within the -- the

8  category.

9           There's some unit cost there that is an

10 upper bound that we might be willing to pay.  So it

11 would depend on which category and, you know, what

12 the valuation model implies.

13     Q.    What's the upper bound of what you are

14 willing to pay per book?

15     A.    For individual books, you are asking?

16     Q.    Yes.

17     A.    For an individual book, the valuation model

18 that we use most frequently cites ███████████████████

19 ██████████████████████.  I believe per book, it was

20 around, my memory, ████, I believe.

21     Q.    So the most Anthropic is willing to pay to

22 license a book for LLM training is ████

23     A.    No.  What I'm letting you know is that

24 there's a valuation model that we use for print book

25 purchasing, and that is the model that we would then

1    theoretically use for other kinds of book

2    acquisition.  And that model has the ████████

3    ████████ being worth it to us around ███ last time

4    I looked.

5        Q.    How did you get to that ███ figure?

6        A.    It is an individualized unit cost based

7    upon a rather complicated formula that I am not

8    fully in the weeds on.  But between finance and

9    compute cost research, the, you know, third-grade

10   version is the amount it costs to ███████████

11   ████████████ has a cost to it.

12            And then that is divided by the amount that

13   we might be willing to pay for estimates of relative

14   value for different content formats.  And then

15   that's -- there's a multiplier.

16       Q.    How do you determine what that denominator

17   is of, like, the -- sounds like you are attributing

18   some amount of money you are willing to spend to ███

19   ███████████████████████.  How do you determine what

20   that number should be?

21       A.    Yeah.  The folks that did the math there

22   would be better equipped to answer that, but it's

23   basically the cost -- my understanding is it's the

24   cost that -- to ██████████████████████████████████

25   ████████████ basically, of high value.  And there's

```
 1    STATE OF CALIFORNIA )
                          )
 2    COUNTY OF SACRAMENTO)

 3              I, TAMMY MOON, CSR No. 13184, Certified

 4    Shorthand Reporter, do hereby certify:

 5              That prior to being examined, the witness

 6    in the foregoing proceedings was by me duly sworn to

 7    testify to the truth, the whole truth, and nothing

 8    but the truth;

 9              That said proceedings were taken by me in

10    shorthand and thereafter transcribed into

11    typewriting under my direction and supervision;

12              That I am neither counsel for, nor related

13    to, any party to said proceedings, nor in any way

14    interested in the outcome thereof.

15              I further certify that I am not a party to

16    any stipulation, if made, that would waive my duties

17    mandated by the Court Reporters Board of California.

18              In witness whereof, I have hereunto

19    subscribed my name.

20              Dated:  13th of April, 2025

21

22

23    ----------------------------

24         Tammy Moon, CSR No. 13184, RDR, CRR

25
```