1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12  | ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No. 3:24-CV-05417-WHA
13  | | Action Filed: August 19, 2024
14  |
Plaintiffs, | **DECLARATION OF MOHIT IYYER IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
15  |
16  | v. |
17  | ANTHROPIC PBC, |
18  | Defendant. | Judge: Honorable William H. Alsup

19
20
21
22
23
24
25
26
27
28

1

## DECLARATION OF MOHIT IYYER

2

I, MOHIT IYYER, declare as follows:

3

**I.    QUALIFICATIONS AND ASSIGNMENT**

4

**A.    Qualifications**

5    1.    My name is Mohit Iyyer. I am an Associate Professor of Computer Science at the

6 University of Maryland, College Park, and I also serve as an Adjunct Associate Professor of

7 Computer Science at the University of Massachusetts Amherst. I received my Ph.D. in Computer

8 Science from the University of Maryland in 2017, after which I served as an Associate Professor

9 at the University of Massachusetts Amherst and a Young Investigator at the Allen Institute for AI

10 (AI2). At the University of Maryland, I teach graduate-level courses in the fields of Natural

11 Language Processing ("NLP") and Deep Learning, while supervising Ph.D. and Master's degree

12 students.

13    2.    My research is focused on NLP and machine learning, particularly improving the

14 instruction-following abilities of large language models ("LLMs") for long-form generation,

15 designing robust evaluation methods for long-form and multilingual text (focusing on factuality

16 and coherence), developing collaborative human-LLM systems for creative writing, and

17 increasing the robustness of LLM-generated text detectors against adversarial attacks such as

18 paraphrasing. I have extensive experience developing and evaluating LLM-based systems,

19 including language applications such as story generation, instruction-following models, and

20 factuality evaluation.

21    3.    I have published over 75 papers in leading journals and at conferences such as the

22 Association for Computational Linguistics ("ACL"), the North America chapter of the Association

23 for Computational Linguistics ("NAACL"), the Empirical Methods in Natural Language

24 Processing ("EMNLP"), the International Conference on Machine Learning ("ICML"), the

25 Conference on Neural Information Processing Systems ("NeurIPS"), to name a few. As of today,

26 per Google Scholar, I have over 28,000 citations, an h-index of 44, which means 44 of my

27 publications have been cited over 44 times, and an i-10 index of 79, which means 79 of my

28 publications have been cited over 10 times. My co-authored work "Deep Contextualized Word

Representations", which introduced the foundational ELMo model, has been widely cited, including in "BERT: Pre-training of Deep Bidirectional Transformers for Language Understanding" and OpenAI's "Improving Language Understanding by Generative Pre-Training." My recent work includes research on long-context LLMs, watermarking of LLM outputs, factuality scoring, evaluation of hallucination in generated text, and instruction tuning for complex generation tasks. I also hold patents on dynamic memory networks and contextualized word representations.

4.      My contributions to the field of machine learning have been recognized with several awards, including the National Science Foundation ("NSF") CAREER Award (2021), the Samsung AI Researcher of the Year Award (2022), and multiple best/outstanding paper awards at top conferences such as the Association for Computing Machinery Conference on Computer and Communications Security ("ACM CCS"), the European Chapter of the Association for Computational Linguistics ("EACL"), and the NAACL.

5.      I have been invited to deliver keynotes at conference workshops, including at the Knowledge Discovery and Data Mining workshop at ACM's Special Interest Group on Knowledge Discovery and Data Mining ("SIGKDD"), ICML's workshop on Long Context Foundation Models, and ACM's Special Interest Group on Information Retrieval's ("SIGIR") workshop on Retrieval-Enhanced Machine Learning. I have also been invited to give talks at universities such as New York University ("NYU"), the Massachusetts Institute of Technology ("MIT"), and the University of Tokyo, on topics related to LLMs, retrieval-augmented generation, and long context foundation models. I also serve as a Senior Area Chair for ACL and EMNLP, and I've co-organized several workshops on narrative understanding, document-grounded dialogue, and conversational question answering.

6.      A true and correct copy of my current curriculum vitae is attached as Exhibit A, which contains additional information about my academic background, research contributions, awards, and publication record.

**B.      Assignment and Material Used**

7.      Counsel for Anthropic has asked me to perform two sets of analyses.

8. First, I have been asked to analyze the methods for identifying books in Anthropic's datasets proposed in the Expert Declaration of Ben Y. Zhao, PhD in support of Plaintiffs' Motion for Class Certification ("Zhao Declaration" or "Zhao Decl.") (ECF No. 125-6). The datasets I have analyzed are versions of Books3, Library Genesis ("LibGen") and Pirate Library Mirror ("PiLiMi"), which I understand that Anthropic acquired from the internet (collectively, the "Internet Books Datasets"). *See* Zhao Decl. ¶ 37.

9. Second, I have been asked to perform queries of the Internet Books Datasets and Anthropic's metadata for its "Scanned Books Dataset" (defined below) to identify possible books in those datasets with certain characteristics.

10. To perform my analysis, I reviewed Plaintiffs' First Amended Complaint, the Zhao Declaration and the source code for Dr. Zhao's algorithm, the datasets and metadata produced in discovery identified below, and publicly available information relating to the specific datasets at issue. A list of the materials relied upon in the preparation of my declaration is attached as Exhibit B.

11. Anthropic provided me with access to the following datasets:

- *pile.books3_source* (Anthropic's "Books3 Dataset"[1]);
- *libgen/fiction* and *libgen/nonfiction* (Anthropic's "LibGen Dataset"[2]) and associated metadata; and
- *pilimi, pilimi_full, pilimi_full2*, and *pilimi_complete* (Anthropic's "PiLiMi Dataset"[3]) and associated metadata.

12. Anthropic also provided me with the following files containing metadata associated with the following Scanned Books datasets:

- *books.books.pdf_converted_text_exp*;
- *wombat_staging.panama_haiku_stem*;

---

[1] *See* Declaration of Mycal Tucker ("Tucker Decl.") ¶ 12 n.5.
[2] *See* Tucker Decl. ¶ 15 n.7.
[3] *See* Tucker Decl. ¶ 18 n.9.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

- *wombat_staging.panama_haiku_non_stem.*[4]

## II.    SUMMARY OF OPINIONS

13.    In my opinion, the methods proposed by Dr. Zhao to identify books in the Internet Books Datasets will not reliably identify books in the datasets. Dr. Zhao proposes three "alternative approaches" that he would use to identify books in the Internet Books Datasets: (i) consulting metadata, (ii) consulting search tools developed by *The Atlantic* magazine, and (iii) a "Book Hash" method.

14.    Dr. Zhao's methodologies are not based on scientific standards that have been peer reviewed or which are widely accepted in the field of natural language processing. Instead, he has created his own methodologies for the purposes of this case.

15.    Dr. Zhao did not test his methodologies at scale to determine their error rate in any of the datasets, except to try to determine if the small set of nine books written by the Plaintiffs are in the Internet Books Datasets. *See* Zhao Decl. ¶¶ 66, 68.

16.    Dr. Zhao's methodologies will result in false positives[5] and false negatives[6], and for each of the steps of his analysis, and as a whole, he fails to identify the rates of false positives and false negatives.

17.    The Internet Books Datasets in many cases contain small fragments of books, books based on factual materials (encyclopedias, atlases, etc.), books published between 1926 and 1963, books published between 1964 and 1989, and books by authors who are likely not United States citizens.

## III.    ANALYSES OF BOOK IDENTIFICATION METHODS FOR THE INTERNET BOOKS DATASETS

### A.    Dr. Zhao's Proposed Metadata-Based Methods of Identifying Books

18.    Dr. Zhao's first proposed approach to identify books in the Internet Books Datasets

---

[4] The metadata for these Scanned Books datasets were produced as ANT_BARTZ_000002544, ANT_BARTZ_000004894; ANT_BARTZ_000436674, and ANT_BARTZ_000436675.
[5] A "false positive" means that Dr. Zhao's methodology would indicate that a book is present in one of the datasets, when in fact the book *is not* present.
[6] A "false negative" means that Dr. Zhao's methodology would indicate that a book is not present in one of the datasets, when in fact the book *is* present.

is to "consult" the metadata. Zhao Decl. ¶ 50. But the metadata associated with these datasets (to the extent it even exists) does not reliably identify the contents of the datasets; nor does Dr. Zhao explain how he would consult the metadata with any degree of scientific rigor.

### 1.    Books3 - Third Party Metadata Approach

19.    Dr. Zhao proposes two metadata-based approaches to identify books in the Anthropic Books3 Dataset. First, he proposes relying on unspecified metadata in the Anthropic Books3 Dataset. *See* Zhao Decl. ¶ 50. Second, he proposes relying on a publicly-available look-up tool for books in a version of Books3, which was published by the magazine *The Atlantic*. *See id.* Neither method is reliable.

### a.    The Anthropic Books3 Dataset File Names

20.    Books3 is a subset of a large-scale, diverse dataset known as "The Pile," which was created by the research group EleutherAI for the purpose of training LLMs. *See* Leo Gao et al., *The Pile: 800GB Dataset of Diverse Text for Language Modeling* (2020), at 1 ("With this in mind, we present the Pile: an 825 GiB English text corpus targeted at training large-scale language models.").[7] Per EleutherAI's research paper, Books3 was "derived from a copy of contents of Bibliotik made available by Shawn Presser" and contains a "mix of fiction and nonfiction." *Id.* at 3. According to publicly available information, Bibliotik is a crowd-sourced library of books created by user uploads.[8]

21.    The Anthropic Books3 Dataset is the smallest of the Internet Books Datasets. Dr. Zhao asserts that it comprises up to 196,640 records that may be books. Zhao Decl. ¶ 19.

22.    The Anthropic Books3 Dataset does not contain any structured metadata. Structured metadata refers to metadata that follows specific rules and schemas in an organized fashion. Instead, the Anthropic Books3 Dataset only includes (i) a file name and (ii) the associated possible "book" content for each record.

---

[7] Available at https://arxiv.org/abs/2101.00027.
[8] *Bibliotik Open for Signup - Fiction/Non=Fiction E-Books, E-Learning Torrents & More*, FILEnetworks Blog (Nov. 14, 2009), *available at* https://filenetworks.blogspot.com/2009/11/bibliotik-open-for-signup-fictionnon.html (noting that Bibliotik, a "private tracker for E-Books, . . . has opened public registrations").

23.     The Anthropic Books3 Dataset comprises 1,024 JSONL files. JSONL files are files with a set of information on each line. Each of the JSONL files contains between 150 and 220 lines, and each line purportedly corresponds to a single possible "book" and contains two fields: "filename" and "text" (which would contain the text of the possible "book" itself). The following examples show Anthropic's Books3 Dataset format:

{ **"filename"**: "Lindbergh - A. Scott Berg.epub.txt", **"text"**: "**Charles Lindbergh's is the ultimate American life, and A. Scott Berg's new biography… " }

{ **"filename"**: "Last Breath - Karin Slaughter.epub.txt", **"text"**: "# Contents  1. Cover   2. Title Page  3. Contents   4. June 8, 2004    1. Chapter One … " }

24.     As can be seen, each line is composed of pairs of file names and text from possible "books"; I refer to these pairs as *records*. The "filename" field in the Anthropic Books3 Dataset generally, but not always, appears to provide information about the possible title and author of the possible "book" whose text is contained in the "text" field.

25.     In some instances, the Anthropic Books3 Dataset file names appear to accurately and clearly describe their associated text. For example, to verify the accuracy of the first record above, I manually compared the opening paragraphs of text in the "text" field with the opening paragraphs of text in the Google Books preview of *Lindbergh* by A. Scott Berg and found that the texts appeared to be from the same book. However, I could not verify that the complete book is there without doing further analysis of the complete text.[9] Further, in many instances, the file name does not identify a book, or seems to identify an incorrect book.

26.     To identify instances where the Anthropic Books3 Dataset file names do not accurately or clearly identify their associated text, I searched the Anthropic Books3 Dataset for records with very short file names (fewer than eight characters long). It should be noted that this is just one method for identifying examples of inaccurate file names, and numerous additional

_____

[9] The method of comparing to Google Books also cannot be used to confirm that the entire text in the dataset is the same as the Google Books version, because Google Books contains only excerpts for many books.

approaches likely exist. Using different types of searches would likely result in finding additional incorrect file names, although I am not aware of a method that could comprehensively identify all incorrect file names.

27.     I searched for short file names by removing any file extension portions of file names[10], and then programmatically identifying file names shorter than 8 characters. Searching for short file names yielded 335 file names with fewer than 8 characters. If a file name is very short, it is highly unlikely to be useful to identify the book, as it would be unlikely to reflect author, title, or even ISBN information (which is typically 10 or 13 numerical digits) or ASIN information (Amazon Standard Identification Numbers are 10 character alphanumeric identifiers).

28.     I reviewed samples of the identified results and confirmed that this method identified numerous examples of records whose file names do not accurately or clearly identify their associated texts. The following tables list ten of these example records, with file names compared to what I believe may be the correct titles and authors associated with the content of their text records. To identify the possibly correct titles and authors of the books in the text fields, I manually examined the text content and compared it with Google Books previews as before. The file names in Anthropic's Books3 Dataset do not appear to correspond to correct or complete information about book title or author, at least in some cases.

**Short File Names**

|   | **Books3 File Name** | **Inferred correct title and author** |
|---|---|---|
| 1 | math | *Mathematics, Substance and Surmise: Views on the Meaning and Ontology of Mathematics* by Ernest Davis and Philip J. Davis |
| 2 | 1861 | *1861 : The Civil War Awakening*, by Adam Goodheart |
| 3 | kpklase | *Kali Linux – Assuring Security by Penetration Testing,* by Lee Allen, Tedi Heriyanto, and Shakeel Ali |

---

[10] Many Books3 file names end with ".epub.txt" because the texts come from epub (eBook) files that have been converted to text files.

| 4 | koadse2 | *Agile Data Science: Building Data Analytics Applications with Hadoop* by *Russel Jurney* |
| 5 | kwht13 | *Kierkegaard's World (How to Believe)* by *Clare Carlisle* |
| 6 | What | *What?: Are These the 20 Most Important Questions in Human History--Or is This a Game of 20 Questions?* by *Mark Kurlansky* |
| 7 | komtswe | *Mining the Social Web: Data Mining Facebook, Twitter, LinkedIn, Google+, GitHub, and More* by *Matthew Russell* |
| 8 | kpsad4e | *Shopify Application Development: Build highly effective Shopify apps using the powerful Ruby on Rails framework* by *Michael Larkin* |
| 9 | kohpd2e | *High Performance Drupal: Fast and Scalable Designs* by *Jeff Sheltren, Narayan Newton, Nathaniel Catchpole* |
| 10 | Why | *Curious: The Desire to Know and Why Your Future Depends On It* by *Ian Leslie* |

**b.    *The Atlantic* Search Tool - Books3**

29.    Dr. Zhao also references a "publicly available look-up tool" provided by *The Atlantic* as a potential source of metadata to identify the books in Anthropic's Books3 Dataset. Zhao Decl. ¶ 50. But *The Atlantic*'s lookup tool is not a reliable way to determine what is in Anthropic's version of Books3 because: (i) *The Atlantic* admits the tool is unreliable, (ii) *The Atlantic* did not disclose the methodology it used to create the tool with sufficient detail to allow validation of its accuracy, and (iii) the version of Books3 *The Atlantic* used to create its database is likely not the same as the Anthropic Books3 Dataset.

30.    First, *The Atlantic* admits the tool is unreliable. Reporter Alex Reisner, who states that he created the tool, acknowledges numerous flaws with his tool. For example, the webpage on which *The Atlantic*'s search tool appears prominently provides the following disclaimer, which warns users that the tool may contain false positives and false negatives:

Before you begin, please note several caveats: Some books appear multiple times, reflecting different editions, translations, abridgments, or annotations. Because of inconsistencies in the spelling of author names, the search may not return books that are, in fact, in Books3. It may also deliver a jumble of odd formatting: A query for Agatha Christie will also return books labeled *Agatha Christie* and *Christie Agatha*, for example. And because of possible errors in the book-identification process, which involves detecting an ISBN within the text of the books and using a book database to find their author and title, there is a very small chance of false positives.[11]

31.     Reisner also admits that he was unable to find any identifying information for thousands of books in Books3. When he first disclosed the search tool, he admitted that out of "roughly 190,000 entries" in the dataset, "about 20,000 were missing ISBNs [International Standard Book Numbers] or weren't in the book database."[12] In a second article, Reisner stated he identified 183,000 of 191,000 books without explaining the difference from the numbers stated in his earlier article.[13]

32.     Second, *The Atlantic* does not disclose its methodology with sufficient detail to validate its accuracy. Reisner describes the method he used to create the tool at a very high level as follows:[14]

- Reisner downloaded a dataset known as "the Pile," which contains Books3 and various other datasets.

- Reisner wrote a program, whose details are not disclosed, to extract all lines in the Pile that were labeled "Books3."

- Reisner found that there were no explicit labels with titles, author names, or metadata, just the filenames and the text of the record.

---

[11] Alex Reisner, *These 183,000 Books Are Fueling the Biggest Fight in Publishing and Tech*, The Atlantic (Sept. 25, 2023), *available at* https://www.theatlantic.com/technology/archive/2023/09/books3-database-generative-ai-training-copyright-infringement/675363/ (hereinafter, "Reisner, *These 183,000 Books*").

[12] Alex Reisner, Revealed: The Authors Whose Pirated Books are Powering Generative AI, The Atlantic (Aug. 19, 2023), *available at* https://www.theatlantic.com/technology/archive/2023/08/books3-ai-meta-llama-pirated-books/675063/ (hereinafter, "Reisner, Revealed").

[13] Reisner, *These 183,000 Books*.

[14] Reisner, *Revealed.*

- Accordingly, Reisner wrote another program, whose details are not disclosed, to extract ISBNs from each line in the file.

- Reisner used another, unidentified database to lookup the ISBNs and match them to an author, title, and publishing information, via another method he does not disclose.

33.    Third, even if one assumes that Reisner used scientifically valid techniques and/or that the error rate resulting from his methodology was acceptable, *The Atlantic*'s Books3 tool would still not be a reliable way to determine whether a book is present in the Anthropic Books3 Dataset because Anthropic likely possesses a different version of Books3 than the one *The Atlantic* has. I understand that Anthropic acquired its Books3 Dataset around February 2021, whereas Reisner states that he acquired his version of Books3 in the summer of 2023. Tucker Decl. ¶ 9. Dr. Zhao has not disclosed any analysis to demonstrate that these versions— downloaded years apart from each other—contain the same data. In fact, according to Dr. Zhao, Anthropic's Books3 Datasets comprises 196,640 records, whereas Reisner's version comprises "more than 191,000" records.[15]

34.    Furthermore, Anthropic's Books3 Dataset could be different from *The Atlantic*'s due to extraction errors that occurred in connection with Anthropic's download, or the creators' compilation of the Books3 Dataset. However, there is no definitive way to know whether these extraction errors are present in the original version of Books3 available from the Pile or in *the Atlantic*'s version without actually comparing those datasets.

35.    I examined data in the Anthropic Books3 Dataset to identify text extraction errors, which are errors resulting from failed or incomplete extractions of eBook text. These errors result in missing content or truncated texts in the "text" fields of Anthropic's Books3 Dataset records. I identified two types of extraction errors: full and partial extraction error files. Full extraction error files are completely empty, containing no content at all, while partial extraction error files include minimal content but are effectively empty (e.g., containing only a Table of Contents). To identify

---

[15] Reisner, *These 183,000 Books*.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

potential candidates in these categories, I developed a script that applies a predefined set of conditions to flag relevant files.

36.    The script uses the following criteria to flag extraction error files:

- The file is a full extraction error file if, and only if, the byte size of the file is 0 bytes.

- The file is a partial extraction error file if:
  - The byte size of the file is less than 10,000 bytes, and
  - The average line length is 20 characters or fewer.

37.    Using these criteria, I obtained the following results for the Anthropic Books3 Dataset:

- Full extraction error files: 1,284

- Partial extraction error files: 456

38.    A manual review of identified full extraction error files confirmed that the identified Anthropic Books3 Dataset entries are empty, confirming that no text was extracted from these books.

39.    A manual review of the flagged partial extraction error files was conducted to identify any false positives, meaning short files that did not actually reflect extraction errors. Out of 456 partial extraction error files, only 14 were determined to be false positives. These appeared to be primarily poetry files and short children's stories, which naturally contain shorter and fewer lines, making them match the defined criteria despite being valid files.

40.    The criteria for identifying partial extraction error files could be broadened (e.g., by increasing the maximum file size or line length) to capture more true positives. However, this approach would likely also increase false positives that would need to be filtered with manual review. As a result, while 442 partial extraction error files have been confirmed in Anthropic's Books3 Dataset (out of 1,726 total extraction error files), expanding the criteria would almost certainly reveal additional cases.

41.    In sum, to the extent Dr. Zhao suggests using *The Atlantic*'s public lookup tool to identify books in Anthropic's Books3 Dataset, that would not be a scientifically valid approach to

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

1    identify books in the Anthropic Books3 Dataset.

2          **2.    LibGen and PiLiMi - Third Party Metadata Approach**

3          42.    Dr. Zhao states that the Anthropic LibGen and PiLiMi Datasets (the other two

4    Internet Books Datasets) "***often*** have metadata associated with the underlying dataset that records

5    ***certain*** information regarding the books present." Zhao Decl. ¶ 50 (emphasis added). However,

6    Dr. Zhao does not state how "often" this occurs, what the "certain" available metadata is, or make

7    any attempt to prove that this metadata is complete or reliable. Moreover, in my opinion, the

8    metadata in these sources is far from complete or reliable.

9          43.    As with Anthropic's Books3 Dataset, Dr. Zhao proposes two metadata-based

10   approaches to identifying books in the Anthropic LibGen Dataset. First, he proposes relying on the

11   metadata that was compiled by the third parties that created LibGen. Zhao Decl. ¶ 50. Second, he

12   proposes relying on a publicly-available look-up tool for books in a copy of LibGen, which was

13   published by the magazine *The Atlantic*. For the Anthropic PiLiMi Dataset, Dr. Zhao only

14   proposes relying on the metadata that was compiled by the third parties that created PiLiMi. *Id.*

15          **a.    The Anthropic LibGen and PiLiMi Metadata**

16          44.    According to public reporting, LibGen is an open source library on the internet,

17   which was created in part by crowdsourcing.[16] LibGen's dataset has grown over time; in 2017,

18   users added over 2,720 new files to the dataset everyday.[17] After LibGen was created, another

19   online library called Z-Library (or "Z-Lib") was created as a "mirror" of LibGen.[18] PiLiMi later

20   made a copy of Z-Lib.[19] Due to their intertwined origins, there is likely a great deal of overlap

21   between the records in these datasets.

---

[16] Carolyn Caffrey Gardner & Gabriel J. Gardner, *Fast and Furious (at Publishers): The Motivations behind Crowdsourced Research Sharing*, 78 College & Research Libaries 131, 132 (2017), *available at* https://www.researchgate.net/publication/317117356_Fast_and_Furious_at_Publishers_The_Motivations_behind_Crowdsourced_Research_Sharing.

[17] *Id.*

[18] Leda Manos, *6 Free E-Book Download Sites Like Z-LIbrary, and Their Legality* (Nov. 14, 2022), *available at* https://www.laweekly.com/6-free-e-book-download-sites-like-z-library-and-their-legality/.

[19] Anna's Blog, Introducing the Pirate Library Mirror (July 1, 2022), *available at* https://annas-archive.org/blog/blog-introducing.html.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

45.    The Anthropic LibGen Dataset is separated into "fiction" and "nonfiction" portions, and is composed of records in a variety of different file formats, including "epub", "pdf", and "cbz." I counted 5,271,104 records, 2,292,396 in the fiction portion and 2,978,708 in the nonfiction portion, each a single file.

46.    The Anthropic PiLiMi Dataset is also composed of records in a variety of different file formats, including "txt", "pdf", and "epub." I counted 2,179,890 records, each a single file.

47.    Unlike Anthropic's Books3 Dataset, there is some structured metadata associated with Anthropic's LibGen and PiLiMi Datasets. However, the metadata in these datasets has been crowd-sourced over years[20] and is extremely prone to errors. Because of the interrelated origins of LibGen and PiLiMi, they share common metadata failings.

48.    A comment on a YCombinator.com forum describes the metadata creation process for LibGen as follows:

> This is a downside of Libgen: duplicate uploads, missing or erroneous metadata. You start wishing that there was at least some curation of the collection, so it could approach the quality of an academic library catalogue as many users are used to. But I guess the people behind Libgen want to keep the number of people with database edit rights small. (When you upload a book, you yourself can edit the metadata for that book for 24 hours, but you cannot go through the rest of LibGen's database and make corrections.)[21]

49.    A forum on mhut.org allows reporting of LibGen URLs that point to a book that does not match the corresponding metadata.[22] There are 13,733 posts within this thread, which is titled "Typos/Broken/Missing records, files and other problems." While the thread indicates some of the reported errors were fixed, the high rate at which new posts have been made over the years indicates that the book/metadata mismatch is a widespread problem with LibGen.

50.    I searched for instances where Anthropic's LibGen metadata records do not

---

[20] *See Rules for contributing to the Library Genesis non-fiction collection,* Library Genesis Project Wiki (May 30, 2021), *available at* https://wiki.mhut.org/content:non-fiction; *see also A guide to filling metadata fields, Library Genesis Project Wiki* (Nov. 19, 2022), https://wiki.mhut.org/content:bibliographic_data.
[21] *Archivists Are Trying to Make Sure LibGen Never Goes Down*, Hacker News (Dec. 3, 2019), *available at* https://news.ycombinator.com/item?id=21692222.
[22] Library Genesis: Miner's Hut, https://forum.mhut.org/viewtopic.php?t=6423.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

accurately describe their associated possible "book" files by reviewing posts in the "Typos/Broken/Missing records, files and other problems" mhut.org thread for instances where users described errors in other LibGen metadata.

51.    After identifying posts listing known (or at least suspected) metadata errors, I identified the noted records in the Anthropic LibGen Dataset by locating the Anthropic LibGen metadata record associated with the md5 hash[23] listed in the post. I repeated for the latest ten forum posts identifying errors in LibGen records added to LibGen before 2022.[24] I then compared the possible "book" file associated with the metadata record with the metadata and found that in all ten cases the metadata attributes described a completely different book from the possible "book" in the metadata record's associated raw book file. For example, the metadata record for the LibGen record for *Clueless in the Kitchen: A Cookbook for Teens*, by Evelyn Raab and George A. Walker is associated with a "book" file containing the text of *Fast Meals and Quick Snacks* by Shelomenseff, Andreoni, and Hensley.[25]

52.    The following table lists those ten instances:

| | LibGen Metadata | | | Actual Content Match |
|---|---|---|---|---|
| | **Title** | **Author** | **Publication Year** | |
| 1 | *Clueless in the Kitchen: A Cookbook for Teens* | Evelyn Raab, George A. Walker | 1998 | *Fast Meals and Quick Snacks* by Shelomenseff, Andreoni, and Hensley |
| 2 | *Set Theory* | Jill B. Becker, Karen J. Berkley, Nori Geary, Elizabeth | 2003 | *Set Theory* (2006) by Thomas Jech |

---

[23] An **md5 hash** is an alphanumeric identifier used in the LibGen database to uniquely identify books. It is generated by passing the raw binary contents of a file through MD5, a cryptographic hash function.

[24] I limited my search to books added before 2022 to increase the likelihood that these books would be present in Anthropic's LibGen dataset.

[25] This was confirmed by examining the cover of the file, which listed this title and authors. I further compared the opening paragraph of the book file with the Google Books preview for *Fast Meals and Quick Snacks* and verified that they matched.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| | | Hampson, James P. Herman, Elizabeth Young | | |
|---|---|---|---|---|
| 3 | *Philosophy Guidebook to Kant and the Critique of Pure Reason* | V. Spike Peterson | 1998 | *Philosophy Guidebook to Kant and the Critique of Pure Reason* by Sebastian Gardener |
| 4 | *Handbook of Reagents for Organic Synthesis* | Philip L. Fuchs | 2013 | *Reagents for Heteroarene Functionalization* by Andre B. Charette |
| 5 | *Python and Tkinter Programming* | John E. Grayson | 2000 | *Tkinter Reference: a GUI for Python* by John W. Shipman |
| 6 | *Compact cabins : simple living in 1,000 square feet or less* | Gerald Rowan | 2009 | *Woodworking FAQ: The Workshop Companion: Build Your Skills and Know-How for Making Great Projects* by Spike Carlsen |
| 7 | *The Lost Science of Money: The Mythology of Money, The Story of Power* | Stephen A. Zarlenga | 2002 | *Money Matters: The American Experience with Money* by The Federal Reserve Bank of Chicago |
| 8 | *The Tibetan Book of Living and Dying* | Sogyal Rinpoche, Patrick D. Gaffney, Andrew Harvey | 1994 | *The Art of Living* by Ven. Master Chin Kung |
| 9 | *1.e4 vs The French, Caro-Kann & Philidor* | Parimarjan Negi | 2014 | *The Cambridge Springs* by Krzysztof Panczyk and Jacek Ilczuk |

| 10 | *Indicators of Equal Employment Opportunity: Status and Trends* | Rosa Luxemburg | 2003 | *The Accumulation of Capital* by Rosa Luxemburg |

53.    I also identified errors in the PiLiMi metadata by comparing PiLiMi metadata records with their associated raw possible book files. Many of the PiLiMi raw book files referenced in its metadata are not present in the actual dataset. For example, the first book in the LibGen table above, *Clueless in the Kitchen: A Cookbook for Teens,* by Evelyn Raab and George A. Walker, has an entry in the PiLiMi metadata, and its metadata record indicates that its corresponding raw book files is entry 688,306 in the PiLiMi dataset. However, the indicated raw book file does not exist in the PiLiMi dataset, representing a significant discrepancy between the metadata record and its raw book content. In total, while only 2,179,890 raw book files exist in PiLiMi, there are at least 7,369,547 entries[26] in the PiLiMi metadata, and thus less than 30% of PiLiMi metadata entries are associated with a book file. The following table lists results from searching for the books in the LibGen metadata errors table above in PiLiMi. While all of the books (as identified by their unique hash identifier) were present in the PiLiMi metadata, none of their associated book files were present in the dataset.

| | PiLiMi Metadata | | | Book in Dataset |
|---|---|---|---|---|
| | Title | Author | Publication Year | PiLiMi Book ID |
| 1 | *Clueless in the Kitchen: A Cookbook for Teens* | Evelyn Raab, George A. Walker | 1998 | 688306 | Not Present |

---

[26] There are a total of 9,816,317 rows in the PiLiMi metadata file, but many of the rows are not valid metadata entries (e.g., additional columns, incorrectly formatted rows). Using pandas, the Python library, to load the metadata file and ignore bad lines results in 7,369,547 entries.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| | | | | | |
|---|---|---|---|---|---|
| 2 | *Set Theory* | Jill B. Becker, Karen J. Berkley, Nori Geary, Elizabeth Hampson, James P. Herman, Elizabeth Young | 2003 | 636844 | Not Present |
| 3 | *Philosophy Guidebook to Kant and the Critique of Pure Reason* | V. Spike Peterson | 1998 | 739119 | Not Present |
| 4 | *Handbook of Reagents for Organic Synthesis* | Philip L. Fuchs | 2013 | 2366323 | Not Present |
| 5 | *Python and Tkinter Programming* | John E. Grayson | 2000 | 527093 | Not Present |
| 6 | *Compact cabins : simple living in 1,000 square feet or less* | Gerald Rowan | 2009 | 5976690 | Not Present |
| 7 | *The Lost Science of Money: The Mythology of Money, The Story of Power* | Stephen A. Zarlenga | 2002 | 836309 | Not Present |
| 8 | *The Tibetan Book of Living and Dying* | Sogyal Rinpoche, Patrick D. Gaffney, Andrew Harvey | 1994 | 5254249 | Not Present |
| 9 | *1.e4 vs The French, Caro-Kann & Philidor* | Parimarjan Negi | 2014 | 5444470 | Not Present |
| 10 | *Indicators of Equal Employment Opportunity:* | Rosa Luxemburg | 2003 | 684994 | Not Present |

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| Status and Trends | | | | |
|---|---|---|---|---|

### b.     *The Atlantic* Search Tool - LibGen

54.     Similar to what it did for Books3, *The Atlantic* has also created a searchable database of books from a 2025 version of LibGen, which Dr. Zhao states he may rely upon to identify books in Anthropic's version of LibGen.

55.     This tool suffers from the same types of inadequacies as *The Atlantic*'s Books3 tool.

56.     First, *The Atlantic* again acknowledges that the tool is error-prone and prominently disclaims correctness on the search tool page:

> *Disclaimer: LibGen contains errors. You may, for example, find books that list incorrect authors. This search tool is meant to reflect material that could be used to train AI programs, and that includes material containing mistakes and inaccuracies.*[27]

57.     Second, *The Atlantic* does not disclose any information about the methodology it used to create this tool, so it is not possible to scientifically validate its accuracy.

58.     Third, *The Atlantic*'s version of LibGen is also almost certainly different from the Anthropic LibGen Dataset. I understand that Anthropic obtained its LibGen Dataset around June 2021. However, *The Atlantic* states that its version of the dataset is a "snapshot" of LibGen taken in January 2025. This is significant because the content of LibGen is a crowd-sourced dataset that is constantly changing, such that looking at the content of one version created this year is an entirely unreliable way to determine the contents of a version obtained four years ago.

59.     Similar to the Anthropic Books3 Dataset, there is also evidence of errors in the extraction, uploading, and/or downloading process for the Anthropic LibGen and PiLiMi Datasets. I examined raw book files in the LibGen and PiLiMi datasets to identify instances where the raw book file is fragmented or malformatted. To search for these instances, I identified the smallest EPUB (eBook) and PDF files in the LibGen Dataset and the smallest overall files in the PiLiMi

---

[27] Alex Reisner, *Search LibGen, the Pirated-Books Database That Meta Used to Train AI,* The Atlantic (Mar. 20, 2025), *available at* https://www.theatlantic.com/technology/archive/2025/03/search-libgen-data-set/682094/.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

Dataset.

60.    I manually reviewed the five smallest EPUB and PDF files in the LibGen Dataset and five smallest overall files in the PiLiMi dataset. All files displayed significant errors: the PDF files were empty, the EPUB files could not be loaded or viewed as eBooks, and the smallest PiLiMi files contained malformatted error messages. These errors likely occurred while the LibGen or PiLiMi datasets were uploaded, downloaded, or extracted.

61.    Indeed, as *The Atlantic* noted with respect to any attempt to compare its LibGen database with a version of LibGen that Meta allegedly used to train its AI products that, "[i]t's impossible to know exactly which parts of LibGen Meta used to train its AI, and which parts it might have decided to exclude; *this snapshot was taken in January 2025, after Meta is known to have accessed the database, so some titles here would not have been available to download*."[28] Therefore, there is also every reason to believe that *The Atlantic*'s LibGen tool includes numerous books that are not present in Anthropic's LibGen Dataset.

**B.    Dr. Zhao's "Book Hash" Approach**

62.    As an alternative to his proposal to use third party metadata or tools to identify possible books in the Internet Books Datasets, Dr. Zhao proposes a Book Hash approach that relies on "one-way hashing algorithms," or "hash codes." Zhao Decl. ¶ 54. Hash codes are commonly used for matching texts that are exactly the same, but are imperfect for fuzzy matching, particularly in the way that Dr. Zhao applied his.

63.    It is not possible to use Dr. Zhao's hash method to comprehensively identify all of these millions of books because the hash method presupposes the existence of a "source of truth," an authoritative digitized version of each book that might be in a given dataset. But Dr. Zhao does not specify where such "source of truth" copies would be obtained. Separately, Dr. Zhao's methodology will be unreliable for several reasons, meaning it will undeniably result in false positives and false negatives. He does not attempt to identify the rates of false positives and false negatives associated with his method.

---

[28] *Id.*

64. ***Dr. Zhao Fails to Identify a Source of Truth Dataset.*** First, the hash method is not feasible to implement in reality because it requires a "source of truth" and Dr. Zhao fails to identify how the parties would obtain one. Put simply, hashing is a *matching* technology. Dr. Zhao's proposed method requires comparing every sentence with more than ten words from an authoritative digitized copy of each book against Anthropic's datasets. Zhao Decl. ¶¶ 60, 63. If there is a sufficiently high degree of match, Dr. Zhao would declare it a positive identification. *Id.* ¶ 64.

65. To use this method, one must have a digitized copy of every book that *may* be in Anthropic's datasets. For example, even if Dr. Zhao had digitized copies of all 200,000 books in the HarperCollins catalogue, he could not use the hash method to rule any book in the Penguin Random House catalogue in or out of a dataset. In short, using Dr. Zhao's hash method to determine the contents of a dataset would require obtaining a digitized copy of each of the many millions of books that may or may not be in an Anthropic dataset.

66. But Dr. Zhao provides no indication of where these authoritative copies will come from, creating a fundamental, practical flaw in his proposal. Because Dr. Zhao has no plan to obtain all such authoritative copies of books, his hash method cannot be used to ascertain the contents of a dataset.

67. ***Dr. Zhao's Book Hash Method Is Unreliable and He Does Not Address the Numerous False Positives and False Negatives That It Would Produce***. Dr. Zhao's hash method requires the determination of several thresholds, and setting those thresholds has consequences on the results: setting too strict a threshold means missing valid matches (false negatives) and setting too permissive a threshold means finding invalid matches (false positives). Finding the optimal setting often requires tuning and validation, and in any event requires making calibration choices. As an initial matter, Dr. Zhao sets several important thresholds for the hash comparison based on his subjective judgment, without explaining his reasoning. These choices include setting the minimum sentence length to be analyzed at 10 words or more and setting the threshold to identify two books as matching at 100 sentences. Moving the threshold for when to ignore a sentence up or down will change whether a particular snippet of a book is considered a match. There are many

sentences of more than ten words that appear in many books. For example, this quote from Ecclesiastes appears littered through literature and contains more than ten words: "To every thing there is a season, and a time to every purpose under heaven." A change in this particular parameter will result in large differences in what is considered or not considered a match.

68. Dr. Zhao's decision to set the threshold for considering two books to be a match at 100 sentences, which is reflected in his source code, is especially problematic because it is quite low and can result in many false positives.[29] For example, two different books that each quoted the same 100 sentences would be identified as the same book. 100 sentences is roughly the length of Article 1 of the U.S. Constitution. After his deposition, Dr. Zhao produced source code that set the threshold at a 20% matching rate.[30] At the risk of stating the obvious, this would mean two books that are different as to 80% of their content would be considered a matched pair. This arbitrary change is a further indicator of the unreliable and untested nature of Dr. Zhao's hash method.

69. Dr. Zhao implicitly recognizes the need to remove false positive matches in his source code implementation of the algorithm, but has not implemented one. The source code includes placeholder logic to remove common sentences ("common_sents"). Since many potential "book" records will include boilerplate text and identifying information from the publisher at the beginning, this is particularly important, and Dr. Zhao may have included this logic to exclude these sentences. However, while the overall logic is present in the source code, he does not have any code that actually identifies these common sentences, nor does he remove any common sentences. Because of this, it is likely that there will be many false positive matches. The hash method does not require that sentences be in the same order or even in the same location in the two books under consideration, greatly increasing the likelihood of a false positive.

70. Dr. Zhao also proposes a validation method in which the books are divided into equal subsets and the subsets are then analyzed to determine whether the matching rate for each

---

[29] Dr. Zhao's source code was produced as BARTZ_ZHAO_CERT_000000506 and BARTZ_ZHAO_CERT_000000507.
[30] Dr. Zhao's later-produced source code was produced as BARTZ_ZHAO_CERT_000000509.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

1 | subset is "approximately" equal to the matching rate for the whole book in order to determine

2 | whether a full copy of the book is present. Zhao Decl. ¶ 64. However, this proposed validation

3 | step is not actually implemented in Dr. Zhao's source code. Moreover, Dr. Zhao does not define

4 | what it means for rates to "approximately" match. Making the tolerance stricter (such that the rate

5 | from each subset must be very close to the overall rate) would reduce incorrect matches, but

6 | would also possibly eliminate some correct matches. On the other hand, lowering the tolerance

7 | would make incorrect matches more likely, but would reduce the risk of missing correct matches.

8 |     71.    Furthermore, this algorithm is fundamentally flawed. For example, Dr. Zhao's

9 | method could suggest dividing a book into two equal parts—i.e., the subsets. Assume that each

10 | half has 10 sentences. Then assume two sentences in each half are a match for the copy provided.

11 | In that case, the matching rate for the subsets (2 out of 10 for each) would be the same as the

12 | matching rate for the whole (4 out of 20), and Dr. Zhao would consider this evidence of the entire

13 | book being present in the copy, not a mere quotation. But it is clear that quoting two sentences

14 | does not imply that "the book—rather than a summary or lengthy quotation—is present within the

15 | data."

16 |     72.    Dr. Zhao's method is also very sensitive to formatting differences. For example, if

17 | one copy of a book has line breaks mid-word in many sentences but another copy does not have

18 | these word breaks, the hashing algorithm will deem them to be different, even if a human would

19 | understand them to be duplicates. For example, suppose the source-of-truth book is a 2020 edition

20 | of a certain book and a 2025 edition of the same book exists in one of Anthropic's datasets.

21 | Because the 2020 edition of the book in question may not have the same formatting as the 2025

22 | edition, and because Dr. Zhao's hash method is so sensitive to formatting differences (as described

23 | below), Dr. Zhao's method is likely to overlook this match, based on formatting differences.

24 |     73.    For example, Dr. Zhao's method handles newlines and tabs in a way that is likely to

25 | lead to errors. I can tell from Dr. Zhao's source code, that Dr. Zhao converts all newlines and tabs

26 | into a single space, meaning it will be common for a single sentence to end up with multiple

27 | spaces in the sentence. Dr. Zhao also does not have a method to convert multiple spaces into a

28 | single space. By contrast, the files in Anthropic's datasets would typically convert multiple spaces

IYYER DECL. ISO OPP. TO CLASS CERT.                              No. 3:24-CV-05417-WHA

into single spaces, as this is a common processing step. The result is that Dr. Zhao's method would treat two identical sentences as non-matches because of the difference in the number of spaces.

74.    Dr. Zhao testified at his deposition that his hash method corrects for these types of errors. Declaration of Douglas A. Winthrop in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Motion for Class Certification, Ex. 40, Deposition of Ben Y. Zhao ("Zhao Dep.") at 79:23-80:3. This is incorrect because the tokenize text function in Dr. Zhao's script replaces newlines and tabs with a space, leading to multiple spaces. As stated above, Dr. Zhao does not have a method to convert multiple spaces into a single space, effectively treating two identical sentences as non-matches due to a different number of spaces. The table below shows examples of this behavior, using the sentence "She wandered through the quiet forest, listening to birdsong and savoring the crisp morning air." To generate the hashes in the table below, I used lines 1-37 of Dr. Zhao's source code, without making any modifications. As shown in the table, the sentence with multiple spaces generates a completely different hash compared to the original sentence. Similarly, if there are new lines (represented by \n below) present in a sentence as a result of text conversion errors, as described further below, they would all be converted into multiple spaces in Dr. Zhao's processing script, resulting in a different hash to the original sentence.

| Sentence | Changes | Hash |
|----------|---------|------|
| She wandered through the quiet forest, listening to birdsong and savoring the crisp morning air. | Base sentence | 850174d76e82d8b90cafd4e4fe6a7db007d73b3ee00f32e041391dd645d9003b |
| She wandered  through the quiet forest,  listening to birdsong and savoring the crisp morning air. | Multiple spaces between "wandered" and "through", and "forest," and "listening" | 1dba269db1424a6afb64979a7d9ff0c563e8cb7afa41fe5c9b0e9792c9eac62b |
| She wandered\n through the quiet forest, listening to birdsong\n and savoring the crisp morning air. | Newline characters between "wandered" and "through", and "forest," and "listening" | 1dba269db1424a6afb64979a7d9ff0c563e8cb7afa41fe5c9b0e9792c9eac62b |

75.    Other areas where similar problems are likely to occur include: errors in line and paragraph spacing, chapter titles and headers mixed in with body text, how to handle conversion of special characters (which are particularly common in academic, scientific, mathematics, and technical books), and footnotes appearing out of place.

76.    These formatting differences would be amplified to the extent that different conversion technologies were used to create the source of truth and the Internet Books Datasets, which is inevitable. To perform the hash algorithm, Dr. Zhao must first create a .txt file to use as a source of truth to compare against Anthropic's datasets. He does not say if his intent is to start with physical books or ebooks. For physical books, Dr. Zhao would have to scan the book using optical character recognition ("OCR") software, and then re-format it into a .txt file. For ebooks (books in digital format), there are many different possible file formats, such as .epub. These files would also need to be converted to .txt files as part of the hash methodology, which could require using different conversion technologies. The Internet Books Datasets themselves were created by third parties, also presumably using numerous different methods. The heterogenous ways in which the Internet Books datasets were created and/or converted to .txt files are likely to create significant problems for Dr. Zhao's hash algorithm.

77.    The last step of Dr. Zhao's hash method is "a final robustness check may be performed which simply involves viewing a portion of Anthropic's data identified alongside the book in question to verify the presence of the book in Anthropic's data." Zhao Decl. ¶ 65. Put more simply, the last step of Dr. Zhao's hash method is for a human being to view the two files under consideration side-by-side to make a subjective determination if they reflect the same book.

78.    According to Dr. Zhao, the total number of candidate files that needs to be compared may be as many as 8,705,967 possible records. Zhao Decl. ¶ 20 (196,640 unique files in the Anthropic Books3 Dataset), ¶ 24 (5,271,104 unique files in the Anthropic LibGen Dataset), ¶ 33 (2,179,884 unique files in the Anthropic PiLiMi Dataset). Dr. Zhao's robustness step is not practical:

- He does not say what would qualify as a sufficiently robust human review;

- Human review will be inherently subjective and error-prone; and

1      ● Human review will be extraordinarily time consuming.

2      79.    Normally, when an individual proposes a new text matching algorithm, it would be

3  industry standard to test and validate that algorithm works before deploying it. Dr. Zhao testified

4  that he validated his hash method himself by testing to see if it accurately identified an

5  unidentified number of sample test books. Zhao Dep. at 84:18-85:15. Simply spot checking

6  whether a method works for an unspecified number of examples is not an adequate or reliable way

7  to validate an algorithm.

8  **IV.    THE CONTENTS OF ANTHROPIC'S BOOKS DATASETS**

9      80.    I performed analyses to identify records with the following characteristics in the

10  Internet Books and Scanned Books Datasets: (1) fragments of books; (2) factual books; (3) books

11  published between 1926-1963; (4) books published between 1964-1989; and (5) books by authors

12  who are likely not United States citizens.

13      81.    As discussed in detail above, there is inconsistent availability and reliability of

14  metadata across the three Internet Books Datasets. Because of this, I used different methods to

15  identify and confirm the presence of particular books in each dataset.

16      82.    To search for possible evidence of books in the Anthropic Books3 Dataset, I

17  searched for file names that contained an apparent title of the book. I then manually compared the

18  opening paragraphs of text in the "text" field with the opening paragraphs of text in the Google

19  Books preview of the book indicated by the file name to confirm that the text appeared consistent

20  with the file name.[31]

21      83.    To search for possible evidence of books in the Anthropic LibGen Dataset, I

22  consulted the table of metadata associated with Anthropic's LibGen Dataset. This table included a

23  column that appeared to contain the titles of books. I first searched for the book's title in this

24  column. Each row of the Anthropic LibGen metadata table also contained a file location for the

25  possible "book" record associated with the row. If at least one row's title field contained the title

26

27  [31] As noted above, the method of comparing to Google Books cannot be used to confirm that the
28  entire text in the dataset is the same as the Google Books version, because Google Books contains
   only excerpts for many books.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

of the book, I examined the possible "book" record for that row and, similar to the procedure

described above for Anthropic's Books3 Dataset, manually compared the text of the book to the

Google Books preview to determine if it appeared consistent with the metadata.

84.    To search for possible evidence of books in the Anthropic PiLiMi Dataset, I

consulted the table of metadata associated with the PiLiMi Dataset. This table included a column

that appeared to contain the titles of books, and a second column that appeared to contain names

of authors. I first searched for the book's title and author in these columns. Each row of the

PiLiMi metadata table also contained a file location for the possible "book" file associated with

the row. If at least one row's title and author fields contained the title and author of the book, I

examined the possible "book" record for that row[32] and, similar to the procedures described above

for Books3 and LibGen, manually compared the text to the Google Books preview to determine if

it appeared consistent with the metadata.

85.    To search for possible evidence of books in the Scanned Books Dataset, I searched

the Scanned Books Dataset metadata for records whose titles matched the book's title. I then

reviewed any such metadata records to verify that the record's ISBN matched the ISBN for at least

one version of the book, and that the record's listed author was the author of the book.

**A.    The Internet Books Datasets contain many records that do not appear to be books or appear to be small fragments of books.**

86.    I searched for book files in the Internet Books Datasets that either do not contain

books or contain only small fragments of books.

87.    To search for book files in Books3 that do not contain books or contain only small

fragments of books, I identified all files in Books3 with less than 10,000 characters. For reference,

there are about 5 characters in the average English word and about 2,000 characters per page.[33] I

---

[32] In all cases, I used the *pilimi_complete* dataset (ANT_BARTZ_000436666, as did Zhao (*see* Zhao Decl. ¶33)).

[33] *See* Vladmir V. Bochkarev et al., *The Average Word Length Dynamics as an Indicator of Cultural Changes in Society*, 12 Soc. Evolution & Hist. 153, 155 (2015), *available at* https://www.sociostudies.org/journal/files/seh/2015_2/153-175.pdf; Don Leeper, *How many pages will your book have? A castoff can tell you*, Bookmobile (July 13, 2015), *available at* https://www.bookmobile.com/print-positive/how-many-pages-will-your-book-have/.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

counted the number of characters in the text field for each row of the Books3 dataset, then sorted all counts according to the number of characters. The below table shows the number of records in Books3 containing fewer than 10, 100, 200, 500, 1,00, 2,000, 5,000, and 10,000 characters.

|  | 10 char. | 100 char. | 200 char. | 500 char. | 1000 char. | 2000 char. | 5000 char. | 10,000 char. |
|---|---|---|---|---|---|---|---|---|
| **Books3** | 1,285 | 1,327 | 1,383 | 1,579 | 1,843 | 2,114 | 2,665 | 3,312 |

88.    I reviewed a sample of these results and found that many of them included entirely empty records or clear instances where the record contained only a small fragment of a possible book. For example, many records contained only the table of contents of a book. As book texts get longer, they are more likely to contain entire books, but my review indicated that files with up to 10,000 characters often still contain only a fragment of the book.

89.    To search for book files in LibGen that do not contain books or contain only small fragments of books, I identified raw book files in LibGen that are small in file size. I first measured the file size of each raw book file, then grouped the book files by extension (so all PDF files were grouped together, for example), and then examined the five smallest PDF and five smallest EPUB files in the LibGen fiction dataset. I found that all ten of these files did not contain a book, or even a fragment of a book. The following table lists the files examined, their listed contents in the LibGen metadata, and their actual contents.

|  | **LibGen Record ID** | **LibGen Metadata Entry** | | **Actual Content** |
|---|---|---|---|---|
|  |  | **Title** | **Author** |  |
| **1** | 960A8109187d4cff0bd fa65ed198176a | *In the Company of Others* | Julie E. Czerneda | Blank PDF File |
| **2** | 1086190eb3e72b37b9e 212d0404699ca | *Righteous blade* | Stan Nicholls | Blank PDF File |
| **3** | a1f72d9b0d84d449802 3c3e597161060 | *Covenant Rising* | Stan Nicholls | Blank PDF File |
| **4** | 6eeefcf6d439cd43666e | *Skeen's Leap* | Jo Clayton | Blank PDF File |

|   | | Title | Author | |
|---|---|---|---|---|
| | 73ed3b6786e2 | | | |
| 5 | 096fb62d58420bbab0f97026219391fa | Time Cat | Lloyd Alexander | Blank PDF File |
| 6 | 76cdb2bad9582d23c1f6f4d868218d6c | Roman einer Jugend | Dieter Noll | 1-line text file |
| 7 | 4033b8a403290b1f492b98251e5db73a | La route etoilee | Poul Anderson | 3-line text file |
| 8 | f2137dcf5e80822e1ea2797150bb32fe | Le vent d ailleurs | Ursula K. Le Guin | Malformatted Epub File |
| 9 | fa7280cbda6ea6bf01000a3e08d669c2 | Pforte der Verdammnis | C.J. Sansom | Malformatted Epub File |
| 10 | 539e105fca5dce862707e559eb380d2b | Tempt ME: A Single Dad Romance | Mia Ford | Malformatted Epub File |

90.    To search for book files in PiLiMi that do not contain books or contain only small fragments of books, I followed a similar process. Again, I first measured the file size of each raw book file, then examined the five smallest raw book files[34] that contained at least one byte in the PiLiMi dataset and included author and title fields in the metadata. I found that all five of these files did not contain a book, or even a fragment of a book. The following table lists the files examined, their listed contents in the PiLiMi metadata, and their actual contents.

|   | PiLiMi Record ID | PiLiMi Metadata Entry | | Actual Content |
|---|---|---|---|---|
| | | Title | Author | |
| 1 | 11833438 | Tara Road | Maeve Binchy | 1-line text file |
| 2 | 6102493 | Diary of a Wimpy Kid, Book 1 | Jeff Kinney | 2-line text file |
| 3 | 12350467 | Deshaun Watson | Ted Coleman | 1-line text file |

---

[34] PiLiMi files are not identified by file extension, so I did not group files by extension and instead examined the 5 absolute smallest files across the entire PiLiMi dataset.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| | | | | |
|---|---|---|---|---|
| 4 | 5645955 | *Children of the Night* | Alexander Gordon Smith | 2-line text file |
| 5 | 14386609 | *Psychology and Life 20th Edition* | Richard J. Gerrig | 2-line text file |

**B.    The datasets appear to have many books composed of factual works, such as textbooks.**

91.    The Internet Books Datasets and Scanned Books Datasets include many records that appear to contain text from factual works, such as textbooks.

92.    To identify examples of factual works in each of the datasets, I queried each dataset to find keyword matches. I searched for the word "encyclopedia," "atlas," or "textbook" in the first 2,000 words of each document for the Anthropic Books3 Dataset and in Anthropic's metadata for the LibGen Dataset and PiLiMi Dataset and the Scanned Books Dataset, and saved keyword matches as candidate factual works. Finally, I manually inspected these candidates to identify true positives. The following paragraphs provide additional details and list the results of these searches.

**Books3**

| | Author | Title | Factual Work Keyword | Books3 File Name | Books3 Dataset File |
|---|---|---|---|---|---|
| 1 | W. Ellenberger and Francis A. Davis | An Atlas of Animal Anatomy for Artists | Atlas | An Atlas of Animal Anatomy for Artists - W. Ellenberger | box_00630.jsonl |
| 2 | Dan M. Fliss and Ziv Gil | Atlas of Surgical Approaches to Paranasal Sinuses and the Skull Base | Atlas | Atlas of Surgical Approaches to Paranasal Sinuses and the Skull Base | box_00648.jsonl |
| 3 | Thomas Suárez | Early Mapping of the Pacific | Atlas | Early Mapping of the Pacific - Thomas Suarez | box_00312.jsonl |
| 4 | Nick Kanas | Start Maps: History, Artistry, | Atlas | Star Maps - Nick Kanas | box_00727.jsonl |

| | | and Cartography | | | |
|---|---|---|---|---|---|
| **5** | John Nolte | The Human Brain: An Introduction to Its Functional Anatomy | Atlas | The Human Brain An Introduction to its Functional Anatomy (6th Edition) | box_00435.jsonl |
| **6** | Vincent Terrace | Encyclopedia of Television Shows | Encyclopedia | Encyclopedia of Television Show(EPUB) - Terrace, Vincent | box_00073.jsonl |
| **7** | Roland Greene, Stephen Cushman, Clare Cavanagh, Jahan Ramazani, and Paul Rouzer | The Princeton Encyclopedia of Poetry and Poetic | Encyclopedia | 2012 Roland Greene etal - The Princeton Encyclopedia of Poetry and Poetics[4thED]_Rebwl | box_00362.jsonl |
| **8** | Denise Cush, Catherine Robinson, and Michael York | Encyclopedia of Hinduism | Encyclopedia | Encyclopedia of Hinduism | box_00322.jsonl |
| **9** | Everett Ferguson | Encyclopedia of Early Christianity | Encyclopedia | 2013(orig1990) Everet Ferguson etal - Encyclopedia of Early Christianity[2ndED]_Rebvl | box_00504.jsonl |
| **10** | Charles Russell Coulter and Patricia Turner | Encyclopedia of Ancient Deities | Encyclopedia | Encyclopedia of Ancient Deities - Coulter, Charles Russell.,Turne | box_00570.jsonl |
| **11** | Insun Lee | Elementary Korean Workbook: A Complete | Textbook | 2014 Insun Lee - Elementary Korean - Workbook_Rbl | box_00512.jsonl |

| | | | | | |
|---|---|---|---|---|---|
| | | Language Activity Book for Beginners | | | |
| 12 | Scott R. Steele, Tracy L. Hull, Neil Hyman, Justin A. Maykel, Thomas E. Read, and Charles B. Whitlow | The ASCRS Textbook of Colon and Rectal Surgery | Textbook | The ASCRS Textbook of Colon and Rectal Surgery | box_00386.jsonl |
| 13 | Walter Dittrich | Classical and Quantum Dynamics -- From Classical Paths to Path Integrals | Textbook | Classical and Quantum Dynamics - Walter Dittrich | box_00579.jsonl |
| 14 | Vladimir A. Zorich | Mathematical Analysis I | Textbook | Mathematical Analysis I - Vladimir A. Zorich | box_00627.jsonl |
| 15 | Nancy deClaisse-Walford | Biblical Hebrew: An Introductory Textbook | Textbook | Biblical Hebrew - Nancy L. deClaisse-Walford | box_00835.jsonl |

**LibGen**

| | Author | Title | Factual Work Keyword | LibGen Dataset | LibGen File Location |
|---|---|---|---|---|---|
| 1 | V. Suzanne Klimberg | Anatomy: A Photographic Atlas | Atlas | Nonfiction | 2094000/6b1f2e7dc835f3f24e2bd24c9956b68f |
| 2 | Johannes W. Rohen Chihiro Yokochi, Elke Lutjen-Drecoll | Atlas of the Histology of Brain Tumors | Atlas | Nonfiction | 2409000/969b846ed3bd9db3d63fde33fef5bd4c |
| 3 | K.J. Zulch | Atlas of Pediatric | Atlas | Nonfiction | 2529000/c9c12083990f142 |

| | | | | | 5255ad5da4318f4d9 |
|---|---|---|---|---|---|
| | | Cutaneous Biodiversity: Comparative Dermatologic Atlas of Pediatric Skin of All Colors | | | |
| 4 | Nanette B. Silverberg | Bali Street Atlas Third Edition: Bali's Most Up-To-Date Street Atlas | Atlas | Nonfiction | 2585000/a3553c5b0acc3ec ac21a44581bdc8f5e |
| 5 | V. Suzanne Klimberg, Courtney Townsend | Atlas of Breast Surgical Techniques | Atlas | Nonfiction | 1611000/d8b49709c0e606f 04c75703120e332ca |
| 6 | Frank K. Flinn | Encyclopedia of Catholicism | Encyclopedia | Nonfiction | 846000/76bf3c18f7903b9d 58775f872298d123 |
| 7 | Gale Group, Rosalyn Carson-Dewitt | Encyclopedia of Drugs, Alcohol, and Addictive Behavior | Encyclopedia | Nonfiction | 864000/7b794ec111ad01f5 d9f68c4645d839c3 |
| 8 | Robert U Ayres, Robert Costanza, Jose Goldemberg, et al. | Encyclopedia of Energy Volume I | Encyclopedia | Nonfiction | 864000/73be23b5d1dc93b0 3afd88fcc1cc7fc8 |
| 9 | Richard C. Selley, Robin Cocks, Ian Plimer | Encyclopedia of Geology Volume 1 | Encyclopedia | Nonfiction | 864000/81d5c40afd90b27f 5696c37936db59f8 |
| 10 | Alan V. Murray | The Crusades: An Encyclopedia | Encyclopedia | Nonfiction | 1104000/34ac2ff494a45a1 3a5c4d65a8901e082 |
| 11 | James L. Levenson | The American Psychiatric Publishing Textbook of Psychosomatic Medicine | Textbook | Nonfiction | 259000/447d30f83fd544b6 ab108fa5307026e3 |

| | Author | Title | | | |
|---|---|---|---|---|---|
| 12 | John Block, John M. Beale | Wilson & Gisvold's Textbook of Organic Medicinal and Pharmaceutical Chemistry | Textbook | Nonfiction | 463000/e39bb4f7532e44c907580f63513c1548 |
| 13 | Tadataka Yamada, David H. Alpers, Anthony N. Kalloo, Neil Kaplowitz, Chung Owyang, Don W. Powell | Textbook of Gastroenterology, 2 Volume Set, 5th Edition | Textbook | Nonfiction | 471000/d9d2e9c346f2304a9e6623cb2f9bc456 |
| 14 | Myron F. Weiner, Anne M. Lipton | American Psychiatric Publishing Textbook of Alzheimer's Disease and Other Dementias: The APP Textbook of Geriatric Psychiatry Diagnostic Issues in Dementia | Textbook | Nonfiction | 482000/cb6217f85542d12078c90dc4b1424743 |
| 15 | Howard M. Fillit MD, Kenneth Rockwood, Kenneth Woodhouse | Brocklehurst's Textbook of Geriatric Medicine and Gerontology, Seventh Edition: Expert Consult | Textbook | Nonfiction | 549000/34cd83c93fff7a8d3d8daa582e9e5894 |

**PiLiMi**

| | Author | Title | Factual Work Keyword | PiLiMi File Location |
|---|---|---|---|---|
| 1 | Joshua Foer | Atlas Obscura | Atlas | pilimi_complete/pilimi-zlib-5450000-5479999/5455514 |
| 2 | Lofi J., | Seismic Atlas of the | Atlas | pilimi_complete/pilimi-zlib-5500000- |

IYYER DECL. ISO OPP. TO CLASS CERT.    No. 3:24-CV-05417-WHA

| | | | | |
|---|---|---|---|---|
| | Deverchere J., Gaullier V., et al. | Messinian Salinity Crisis markers in the Mediterranean and Black Seas | | 5519999/5512222 |
| 3 | Nathan M. Slovis DVM Dipl ACVIM | Atlas of Equine Endoscopy | Atlas | pilimi_complete/pilimi-zlib-5520000-5549999/5546310 |
| 4 | Jesse Reiser | Atlas of Novel Tectonics | Atlas | pilimi_complete/pilimi-zlib-5710000-5729999/5727730 |
| 5 | Siba P. Dubey, Charles P. Molumi | Color Atlas of Head and Neck Surgery: A Step-By-Step Guide | Atlas | pilimi_complete/pilimi-zlib-11970000-11999999/11996332 |
| 6 | Dorling Kindersley | Space: a Visual Encyclopedia | Encyclopedia | pilimi_complete/pilimi-zlib-5710000-5729999/5727399 |
| 7 | Theresa Cheung | The Element Encyclopedia of 20,000 Dreams | Encyclopedia | pilimi_complete/pilimi-zlib-5770000-5789999/5778424 |
| 8 | Martha Stewart Living Magazine | Martha Stewart's Encyclopedia of Crafts | Encyclopedia | pilimi_complete/pilimi-zlib-6160000-7229999/6162983 |
| 9 | Geoffrey I. Webb | Encyclopedia of Machine Learning and Data Mining | Encyclopedia | pilimi_complete/pilimi-zlib-5770000-5789999/5783169 |
| 10 | Claude Lecouteux | Encyclopedia of Norse and Germanic Folklore, Mythology, and Magic | Encyclopedia | pilimi_complete/pilimi-zlib-11040000-11079999/11049073 |
| 11 | Emiko Konomi | Beginning Japanese for Professionals: Book 1 | Textbook | pilimi_complete/pilimi-zlib-5330000-5359999/5359491 |
| 12 | Yiping Fang, Vivek Shandas, Eugenio Arriaga | Spatial Thinking in Planning Practice: An Introduction to GIS | Textbook | pilimi_complete/pilimi-zlib-5330000-5359999/5359710 |

| 13 | Chris Allen | The Balance of Personality | Textbook | pilimi_complete/pilimi-zlib-5330000-5359999/5359716 |
| 14 | William Stallings, Lawrie Brown | Computer Security Principles and Practice.pdf | Textbook | pilimi_complete/pilimi-zlib-5450000-5479999/5477426 |
| 15 | Alyn G. McFarland, Teresa Quigg, Nora Henry | AQA A-Level Chemistry Textbook Year 1 | Textbook | pilimi_complete/pilimi-zlib-5660000-5709999/5678479 |

## Scanned Books

| | ISBN or ASIN | Title | Author |
|---|---|---|---|
| 1 | 9780044453420 | The Concise Encyclopedia of Western Philosophy and Philosophers | J. O. Urmson (Editor); Jonathan Ree (Editor) |
| 2 | 9780028658346 | Encyclopedia of Science, Technology, and Ethics | Carl Mitcham |
| 3 | 9780195123067 | International Encyclopedia of Dance | Selma Jeanne Cohen (Editor); George Dorris (Editor); Thomas F. Kelly (Contribution by) |
| 4 | 9780826409157 | Encyclopedia of Women in Religious Art | Diane Apostolos-Cappadona (Editor) |
| 5 | 9780028658506 | Encyclopedia of Genocide and Crimes Against Humanity | Dinah Shelton |
| 6 | 9780816049196 | Historical Atlas of the Crusades | Angus Konstam |
| 7 | 9780415188265 | The State of Germany Atlas | Bernhard Schafers |
| 8 | 9780528877537 | Rand Mcnally Goode's World Atlas | Rand McNally Staff |
| 9 | 9780762105106 | Illustrated Atlas of the World | Reader's Digest Editors |
| 10 | 9780816052196 | Historical Atlas of the Holy Lands | Karen Farrengton |
| 11 | 9780933146389 | Basic ESL Textbook | C. Sesma |
| 12 | 9780198775768 | The Oxford Textbook of | Keith Blois |

| | | Marketing | |
|---|---|---|---|
| **13** | 9780748715510 | A Textbook of Holistic Aromatherapy | W. E. Arnould-Taylor |
| **14** | 9780972151146 | Success Dynamics Textbook | Geno Stampora |
| **15** | 9780444865892 | Economics of Organization | J.D. Hess |

**C.    The datasets appear to have many books that were first published between 1926 and 1963.**

93.    There is no metadata showing the first publication date in any of the datasets.

94.    However, I performed searches to identify possible evidence of a number of books in each of the datasets published between 1926 and 1963. To conduct this analysis, I used the *Goodreads Best Books of the Decade: 1940s*[35] and *Goodreads best books of the Decade: 1920s*[36] lists. I confirmed that each books' listed publication date on Goodreads fell between 1926 and 1963, filtering out 13 books from the 1920s list that did not, then searched for each of the remaining first 25 books on this list in all four datasets using the search procedures described above.

95.    Of the 37 books, all published between 1926 and 1963 (with 25 published in the 1940s and 12 published between 1926 and 1930), I found potential matches to 33 of them in Anthropic's Books3 Dataset, all 37 in Anthropic's LibGen Dataset, 31 in Anthropic's PiLiMi Dataset, and all 37 in the Scanned Books Dataset. The following tables list the results of these searches.

**Books3**

| | **Author** | **Title** | **Publication Date** | **Books3 Dataset File** | **Books3 File Name** |
|---|---|---|---|---|---|
| **1** | George | 1984 | 1949 | 1984 (Debolsillo) | box_00047.jsonl |

---

[35] *Best Books of the Decade: 1940s*, goodreads.com, (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/23.Best_Books_of_the_Decade_1940s.

[36] *Best Books of the Decade: 1920s*, goodreads.com, (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/39.Best_Books_of_the_Decade_1920s.

IYYER DECL. ISO OPP. TO CLASS CERT.                          No. 3:24-CV-05417-WHA

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Orwell |  |  | - George Orwell |  |
| 2 | George Orwell | Animal Farm | 1945 | Animal Farm - Orwell, George | box_00452.jsonl |
| 3 | Anne Frank | The Diary of a Young Girl | 1947 | The Diary of a Young Girl | box_00911.jsonl |
| 4 | Antoine de Saint-Exupéry | The Little Prince | 1943 | Antoine de Saint-Exupery - The Little Prince | box_00270.jsonl |
| 5 | Albert Camus | The Stranger | 1942 | Not found |  |
| 6 | Tennessee Williams | A Streetcar Named Desire | 1947 | A Streetcar Named Desire - Tennessee Williams | box_00509.jsonl |
| 7 | Ernest Hemingway | For Whom the Bell Tolls | 1940 | For Whom the Bell Tolls - Ernest Hemingway - Scribner - 2002 | box_00216.jsonl |
| 8 | Astrid Lindgren | Pippi Longstocking | 1945 | Pippi Longstocking - Astrid Lindgren | box_00495.jsonl |
| 9 | Arthur Miller | Death of a Salesman | 1949 | Death of a Salesman in Beijing (Methuen) - Arthur Miller (retail) | box_00085.jsonl |
| 10 | Betty Smith | A Tree Grows in Brooklyn | 1943 | A Tree Grows in Brooklyn - Betty Smith | box_00635.jsonl |
| 11 | Albert Camus | The Plague | 1947 | The Plague (Penguin Modern Classics) - Albert Camus | box_00624.jsonl |
| 12 | Margaret Wise Brown | Goodnight Moon | 1947 | Not found |  |
| 13 | Evelyn Waugh | Brideshead Revisited | 1945 | Brideshead Revisited - Evelyn | box_00940.jsonl |

| | | | | Waugh | |
|---|---|---|---|---|---|
| 14 | C.S. Lewis | The Screwtape Letters | 1942 | C. S. Lewis - Screwtape Letters (v5.0) | box_00276.jsonl |
| 15 | Carson McCullers | The Heart is a Lonely Hunter | 1940 | The Heart is a Lonely Hunter - Carson McCullers | box_00078.jsonl |
| 16 | John Steinbeck | Cannery Row | 1945 | Steinbeck, John - Cannery Row (1945; Penguin, 2000) | box_00390.jsonl |
| 17 | John Steinbeck | The Pearl | 1947 | The Pearl (Penguin Modern Classics) - John Steinbeck | box_00927.jsonl |
| 18 | Dodie Smith | I Capture the Castle | 1948 | I Capture the Castle_nodrm | box_00790.jsonl |
| 19 | Alan Paton | Cry, the Beloved Country | 1948 | Not Found | |
| 20 | John Hersey | Hiroshima | 1946 | Hiroshima - John Hersey | box_00494.jsonl |
| 21 | Ayn Rand | The Fountainhead | 1943 | Rand, Ayn - The Fountainhead | box_00356.jsonl |
| 22 | Jorge Luis Borges | Ficciones | 1944 | Ficciones - Jorge Luis Borges | box_00071.jsonl |
| 23 | Tennessee Williams | The Glass Menagerie | 1945 | The Glass Menagerie (Penguin Modern Classics) - Tennessee Williams | box_00291.jsonl |
| 24 | Robert McCloskey | Make Way for Ducklings | 1941 | Not found | |
| 25 | C.S. Lewis | The Chronicles of Narnia | 1956 | The Chronicles of Narnia - C.S. Lewis | box_00358.jsonl |

| 26 | A.A. Milne | Winnie-the-Pooh | 1926 | Winnie the Pooh Deluxe Gift Col - A. A. Milne | box_00100.jsonl |
|---|---|---|---|---|---|
| 27 | Erich Maria Remarque | All Quiet on the Western Front | 1928 | All Quiet on the Western Front - Erich Maria Remarque | box_00398.jsonl |
| 28 | Ernest Hemingway | The Sun Also Rises | 1926 | The Sun Also Rises _ Ernest Hemingway | box_00179.jsonl |
| 29 | William Faulkner | The Sound and the Fury | 1929 | The Sound and the Fury - William Faulkner | box_00915.jsonl |
| 30 | Ernest Hemingway | A Farewell to Arms | 1929 | A Farewell to Arms (The Hemingway Library Edition) [epub] - Ernest Hemingway | box_00444.jsonl |
| 31 | Virginia Woolf | To the Lighthouse | 1927 | To the Lighthouse (Wordsworth Classics) - Virginia Woolf (retail) | box_00887.jsonl |
| 32 | Hermann Hesse | Steppenwolf | 1927 | Steppenwolf - Hermann Hesse | box_00471.jsonl |
| 33 | Agatha Christie | The Murder of Roger Ackroyd | 1926 | Murder of Roger Ackroyd, The - Agatha Christie | box_00547.jsonl |
| 34 | Virginia Woolf | A Room of One's Own | 1929 | A Room of One's Own (Harper Torch) - Virginia Woolf (retail) | box_00725.jsonl |
| 35 | D.H. Lawrence | Lady Chatterley's Lover | 1928 | Lady Chatterley's Lover - D.H. Lawrence | box_00111.jsonl |
| 36 | Virginia Woolf | Orlando | 1928 | Orlando - Virginia Woolf | box_00819.jsonl |

| 37 | Willa Cather | Death Comes for the Archbishop | 1927 | Cather, Willa - Death Comes for the Archbishop (1927; Penguin, 2018) | box_00942.jsonl |

**LibGen**

| | Author | Title | Publication Date | LibGen Dataset | Libgen File Location |
|---|---|---|---|---|---|
| 1 | George Orwell | 1984 | 1949 | Fiction | 412000/4e4a70ae1be597c661bebc7fc0740d8b |
| 2 | George Orwell | Animal Farm | 1945 | Fiction | 2321000/4a9d536b02504175de8e7eb589b0a97d |
| 3 | Anne Frank | The Diary of a Young Girl | 1947 | Fiction | 1993000/9440901f950061fe5e5ae1ce9b691428 |
| 4 | Antoine de Saint-Exupéry | The Little Prince | 1943 | Fiction | 1030000/f81729ff0d6935441b63983a9fabc8c3.pdf |
| 5 | Albert Camus | The Stranger | 1942 | Fiction | 394000/987f192fabee1a09d5bedd3d94b8e026 |
| 6 | Tennessee Williams | A Streetcar Named Desire | 1947 | Fiction | 606000/839a3ca9e9f3feb876158e16fa0c46a0 |
| 7 | Ernest Hemingway | For Whom the Bell Tolls | 1940 | Fiction | 1717000/92464409081b6c9b8aab15a52f3bfc19 |
| 8 | Astrid Lindgren | Pippi Longstocking | 1945 | Fiction | 2220000/f1dd1fb84aef51b5999144f43c8e5ecd |
| 9 | Arthur Miller | Death of a Salesman | 1949 | Fiction | 1059000/e553934ceafc81b9c45a24d9fdf7be88 |
| 10 | Betty Smith | A Tree Grows in Brooklyn | 1943 | Fiction | 1277000/0d47134c85f49876d0d7d5711dea70dd |
| 11 | Albert Camus | The Plague | 1947 | Fiction | 2226000/03f0f8b4ce94b5713af8f3d088439f59 |
| 12 | Margaret Wise Brown | Goodnight Moon | 1947 | Fiction | 1854000/9298d493ad947ba52011828ab5c09e17 |
| 13 | Evelyn | Brideshead | 1945 | Fiction | 1892000/575b9d859dde39a1578e0ef |

| | | | | | |
|---|---|---|---|---|---|
| | Waugh | Revisited | | | e67cef2c8 |
| 14 | C.S. Lewis | The Screwtape Letters | 1942 | Fiction | 2184000/9809373012db2bfed47a41f8d85286dc |
| 15 | Carson McCullers | The Heart is a Lonely Hunter | 1940 | Fiction | 222000/961c931128f5ff6ad72744d6250db169 |
| 16 | John Steinbeck | Cannery Row | 1945 | Fiction | 781000/6542402651c4ed1d1e45a879f74746ae |
| 17 | John Steinbeck | The Pearl | 1947 | Fiction | 2080000/8f378668b98a108fcdb52deeeb9b5bac |
| 18 | Dodie Smith | I Capture the Castle | 1948 | Fiction | 496000/a16619f0832e2f343e48fbfe02e8ac07 |
| 19 | Alan Paton | Cry, the Beloved Country | 1948 | Fiction | 1787000/389e1c03fd8d890d950faf42704ad86c |
| 20 | John Hersey | Hiroshima | 1946 | Fiction | 1268000/c47df9f5a739d5c451377a80ff0e7e24 |
| 21 | Ayn Rand | The Fountainhead | 1943 | Fiction | 1483000/64dbf2f55da579564143af001c7ff270 |
| 22 | Jorge Luis Borges | Ficciones | 1944 | Fiction | 2282000/b7719eefde5b22b214c37ecce6a19648 |
| 23 | Tennessee Williams | The Glass Menagerie | 1945 | Fiction | 606000/839a3ca9e9f3feb876158e16fa0c46a0 |
| 24 | Robert McCloskey | Make Way for Ducklings | 1941 | Nonfiction | 733000/2c2aa07fbd5072411b489dba327053f2 |
| 25 | C.S. Lewis | The Chronicles of Narnia | 1956 | Fiction | 833000/c61554be2bbf48d68e2c9c4d23487eec |
| 26 | A.A. Milne | Winnie-the-Pooh | 1926 | Fiction | 798000/154a877923fc5ebc818940a5fea09db2 |
| 27 | Erich Maria Remarque | All Quiet on the Western Front | 1928 | Fiction | 410000/ab64e8b38e39ff083ae3f2d7f6f83d09 |
| 28 | Ernest Hemingway | The Sun Also Rises | 1926 | Fiction | 365000/80108af05ac12e1603eab8c1acdf6ed7 |

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| 29 | William Faulkner | The Sound and the Fury | 1929 | Fiction | 2275000/02a6b3d493934c6c2e9aca5b3144a9b8 |
| 30 | Ernest Hemingway | A Farewell to Arms | 1929 | Fiction | 2271000/4f56a84d9756819f208ce39f84906ecc |
| 31 | Virginia Woolf | To the Lighthouse | 1927 | Fiction | 2227000/8bba9b1a5065c2e3ba50ccd6883cb111 |
| 32 | Hermann Hesse | Steppenwolf | 1927 | Fiction | 2054000/1891080a61c4347c51b9f988b2fbf4f7 |
| 33 | Agatha Christie | The Murder of Roger Ackroyd | 1926 | Fiction | 2158000/dfb6bca0e0ea1f3420fde9bf48567b92 |
| 34 | Virginia Woolf | A Room of One's Own | 1929 | Fiction | 1543000/0d56b859b1994a99cea03cfc52a33f11 |
| 35 | D.H. Lawrence | Lady Chatterley's Lover | 1928 | Fiction | 404000/0cde26de3a52ad40a5c164f82d6b3774 |
| 36 | Virginia Woolf | Orlando | 1928 | Fiction | 2289000/788495f6f2878e70eab89509c83a6a3c |
| 37 | Willa Cather | Death Comes for the Archbishop | 1927 | Fiction | 2224000/5479eff38c875e5580efacd8c64b6b76 |

**PiLiMi**

| | Author | Title | Publication Date | PiLiMi File Location |
|---|---|---|---|---|
| 1 | George Orwell | 1984 | 1949 | pilimi_complete/pilimi-zlib-120000-419999/266922 |
| 2 | George Orwell | Animal Farm | 1945 | pilimi_complete/pilimi-zlib-13960000-14029999/14004059 |
| 3 | Anne Frank | The Diary of a Young Girl | 1947 | pilimi_complete/pilimi-zlib-2830000-5239999/3569701 |
| 4 | Antoine de Saint-Exupéry | The Little Prince | 1943 | pilimi_complete/pilimi-zlib-5380000-5449999/5441934 |
| 5 | Albert Camus | The Stranger | 1942 | pilimi_complete/pilimi-zlib-2380000- |

| | | | | 2829999/2819299 |
|---|---|---|---|---|
| 6 | Tennessee Williams | A Streetcar Named Desire | 1947 | pilimi_complete/pilimi-zlib-0-119999/53100 |
| 7 | Ernest Hemingway | For Whom the Bell Tolls | 1940 | pilimi_complete/pilimi-zlib-5640000-5659999/5651912 |
| 8 | Astrid Lindgren | Pippi Longstocking | 1945 | pilimi_complete/pilimi-zlib-5750000-5769999/5761543 |
| 9 | Arthur Miller | Death of a Salesman | 1949 | Not found |
| 10 | Betty Smith | A Tree Grows in Brooklyn | 1943 | pilimi_complete/pilimi-zlib-5450000-5479999/5455536 |
| 11 | Albert Camus | The Plague | 1947 | pilimi_complete/pilimi-zlib-11300000-11329999/11302418 |
| 12 | Margaret Wise Brown | Goodnight Moon | 1947 | pilimi_complete/pilimi-zlib-11270000-11299999/11273146 |
| 13 | Evelyn Waugh | Brideshead Revisited | 1945 | pilimi_complete/pilimi-zlib-5640000-5659999/5651877 |
| 14 | C.S. Lewis | The Screwtape Letters | 1942 | pilimi_complete/pilimi-zlib-12000000-12039999/12006193 |
| 15 | Carson McCullers | The Heart is a Lonely Hunter | 1940 | Not found |
| 16 | John Steinbeck | Cannery Row | 1945 | pilimi_complete/pilimi-zlib-420000-2379999/635580 |
| 17 | John Steinbeck | The Pearl | 1947 | pilimi_complete/pilimi-zlib-11080000-11129999/11096964 |
| 18 | Dodie Smith | I Capture the Castle | 1948 | pilimi_complete/pilimi-zlib-420000-2379999/2178317 |
| 19 | Alan Paton | Cry, the Beloved Country | 1948 | Not found |
| 20 | John Hersey | Hiroshima | 1946 | pilimi_complete/pilimi-zlib-11080000-11129999/11093641 |
| 21 | Ayn Rand | The Fountainhead | 1943 | pilimi_complete/pilimi-zlib-0-119999/49109 |
| 22 | Jorge Luis | Ficciones | 1944 | pilimi_complete/pilimi-zlib-5240000- |

|   | Borges |   |   | 5329999/5255825 |
|---|---|---|---|---|
| 23 | Tennessee Williams | The Glass Menagerie | 1945 | pilimi_complete/pilimi-zlib-0-119999/53101 |
| 24 | Robert McCloskey | Make Way for Ducklings | 1941 | Not found |
| 25 | C.S. Lewis | The Chronicles of Narnia | 1956 | pilimi_complete/pilimi-zlib-2380000-2829999/2592311 |
| 26 | A.A. Milne | Winnie-the-Pooh | 1926 | pilimi_complete/pilimi-zlib-420000-2379999/1031182 |
| 27 | Erich Maria Remarque | All Quiet on the Western Front | 1928 | pilimi_complete/pilimi-zlib-5610000-5639999/5636269 |
| 28 | Ernest Hemingway | The Sun Also Rises | 1926 | pilimi_complete/pilimi-zlib-420000-2379999/1027049 |
| 29 | William Faulkner | The Sound and the Fury | 1929 | pilimi_complete/pilimi-zlib-5520000-5549999/5526778 |
| 30 | Ernest Hemingway | A Farewell to Arms | 1929 | pilimi_complete/pilimi-zlib-9460000-10999999/9570513 |
| 31 | Virginia Woolf | To the Lighthouse | 1927 | pilimi_complete/pilimi-zlib-5520000-5549999/5526775 |
| 32 | Hermann Hesse | Steppenwolf | 1927 | pilimi_complete/pilimi-zlib-5450000-5479999/5452319 |
| 33 | Agatha Christie | The Murder of Roger Ackroyd | 1926 | pilimi_complete/pilimi-zlib-2380000-2829999/2592747 |
| 34 | Virginia Woolf | A Room of One's Own | 1929 | Not Found |
| 35 | D.H. Lawrence | Lady Chatterley's Lover | 1928 | Not Found |
| 36 | Virginia Woolf | Orlando | 1928 | pilimi_complete/pilimi-zlib-5750000-5769999/5754140 |
| 37 | Willa Cather | Death Comes for the Archbishop | 1927 | pilimi_complete/pilimi-zlib-9460000-10999999/9574049 |

- 44 -

**Scanned Books**

| | Author | Title | Publication Date | ISBN in Scanned Books Metadata |
|---|---|---|---|---|
| 1 | George Orwell | 1984 | 1949 | 9780451524935 |
| 2 | George Orwell | Animal Farm | 1945 | 9780140008388 |
| 3 | Anne Frank | The Diary of a Young Girl | 1947 | 9780553296983 |
| 4 | Antoine de Saint-Exupéry | The Little Prince | 1943 | 9780590129275 |
| 5 | Albert Camus | The Stranger | 1942 | 9780394700021 |
| 6 | Tennessee Williams | A Streetcar Named Desire | 1947 | 9780451121806 |
| 7 | Ernest Hemingway | For Whom the Bell Tolls | 1940 | 9781856191524 |
| 8 | Astrid Lindgren | Pippi Longstocking | 1945 | 9780590016551 |
| 9 | Arthur Miller | Death of a Salesman | 1949 | 9780881030174 |
| 10 | Betty Smith | A Tree Grows in Brooklyn | 1943 | 9780060801267 |
| 11 | Albert Camus | The Plague | 1947 | 9780822010395 |
| 12 | Margaret Wise Brown | Goodnight Moon | 1947 | 9780060207052 |
| 13 | Evelyn Waugh | Brideshead Revisited | 1945 | 9780679423003 |
| 14 | C.S. Lewis | The Screwtape Letters | 1942 | 9780020867401 |
| 15 | Carson McCullers | The Heart is a Lonely Hunter | 1940 | 9780395079782 |
| 16 | John Steinbeck | Cannery Row | 1943 | 9780330241458 |
| 17 | John | The Pearl | 1945 | 9780670545759 |

| | | | | |
|---|---|---|---|---|
| | Steinbeck | | | |
| 18 | Dodie Smith | I Capture the Castle | 1948 | 9781860491023 |
| 19 | Alan Paton | Cry, the Beloved Country | 1948 | 9780684718637 |
| 20 | John Hersey | Hiroshima | 1946 | 9780394548449 |
| 21 | Ayn Rand | The Fountainhead | 1943 | 9780451175120 |
| 22 | Jorge Luis Borges | Ficciones | 1944 | 9780679422990 |
| 23 | Tennessee Williams | The Glass Menagerie | 1945 | 9780451166364 |
| 24 | Robert McCloskey | Make Way for Ducklings | 1941 | 9780670451494 |
| 25 | C.S. Lewis | The Chronicles of Narnia | 1956 | 9780590254793 |
| 26 | A.A. Milne | Winnie-the-Pooh | 1926 | 9780140361216 |
| 27 | Erich Maria Remarque | All Quiet on the Western Front | 1928 | 9780316739924 |
| 28 | Ernest Hemingway | The Sun Also Rises | 1926 | 9781555460457 |
| 29 | William Faulkner | The Sound and the Fury | 1929 | 9780394700052 |
| 30 | Ernest Hemingway | A Farewell to Arms | 1929 | 9780586044711 |
| 31 | Virginia Woolf | To the Lighthouse | 1927 | 9780586044506 |
| 32 | Hermann Hesse | Steppenwolf | 1927 | 9780030121357 |
| 33 | Agatha Christie | The Murder of Roger Ackroyd | 1926 | 9780553350012 |
| 34 | Virginia Woolf | A Room of One's Own | 1929 | 9780156787338 |
| 35 | D.H. | Lady Chatterley's | 1928 | 9780451522474 |

| | | Lawrence | Lover | | |
|---|---|---|---|---|---|
| | **36** | Virginia Woolf | Orlando | 1928 | 9780932986399 |
| | **37** | Willa Cather | Death Comes for the Archbishop | 1927 | 9780896215061 |

96.    These results were found by a targeted search for evidence of particular books published between 1926 and 1963, and do not represent a complete accounting of possible evidence of books published in this period in the book datasets. Nonetheless, I believe it is reasonable to conclude that there are many possible books in all four datasets that were published between 1926 and 1963.

**D.    The datasets have many books that were first published between 1963 and 1989.**

97.    I also performed searches to identify possible evidence of a number of books in each of the four datasets published between 1963 and 1989. To conduct this analysis, I used the *Goodreads Best Books of the Decade: 1970s* list.[37] I searched for each of the first 25 books on this list in all four datasets using the search procedures described above.

98.    Of the 25 books, all published between 1963 and 1989, I found potential matches to 15 of them in Anthropic's Books3 Dataset, 22 in Anthropic's LibGen Dataset, 21 in Anthropic's PiLiMi Dataset, and all 25 in Anthropic's Scanned Books Dataset, as follows:

**Books3**

| | Author | Title | Publication Date | Books3 Dataset File | Books3 File Name |
|---|---|---|---|---|---|
| **1** | Douglas Adams | The Hitchhiker's Guide to the Galaxy | 1979 | The Hitchhiker's Guide to the Galaxy Original Radio Scripts - Douglas Adams | box_00806.jsonl |
| **2** | Richard Adams | Watership Down | 1972 | Tales from Watership Down - Richard | box_00397.jsonl |

---

[37] *Best Books of the Decade: 1970s*, goodreads.com, (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/21.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| | | | | Adams | |
|---|---|---|---|---|---|
| 3 | Stephen King | The Stand | 1978 | Not Found | |
| 4 | Stephen King | The Shining | 1977 | Stephen King - Shining, The | box_00529.jsonl |
| 5 | William Goldman | The Princess Bride | 1973 | The Princess Bride (Bloomsbury) - William Goldman.epub.txt | box_00428.jsonl |
| 6 | Anne Rice | Interview with the Vampire | 1976 | Anne Rice - Vampire Chronicles 91 - The Vampire Chronicles, Volume I [retail] | box_00593.jsonl |
| 7 | Shel Silverstein | Where the Sidewalk Ends | 1974 | Not Found | |
| 8 | John Irving | The World According to Garp | 1978 | The World According to Garp - John Irving | box_00758.jsonl |
| 9 | Colleen McCullough | The Thorn Birds | 1977 | Not Found | |
| 10 | Stephen King | Carrie | 1974 | Not Found | |
| 11 | James Clavell | Shogun | 1975 | Not Found | |
| 12 | Alex Haley | Roots: The Saga of an American Family | 1976 | Roots - Alex Haley | box_00456.jsonl |
| 13 | Stephen King | Salem's Lot | 1975 | Stephen King - 'Salem's Lot (retail) (epub) | box_00923.jsonl |
| 14 | Dr. Seuss | The Lorax | 1971 | Not Found | |
| 15 | Hunter S. Thompson | Fear and Loathing in Las Vegas: A Savage Journey to the Heart of the American Dream | 1971 | Fear and Loathing in Las Vegas - Hunter S. Thompson | box_00248.jsonl |

| 16 | Katherine Paterson | Bridge to Terabithia | 1977 | Katherine Paterson - Bridge to Terabithia | box_00222.jsonl |
| 17 | James Herriot | All Creatures Great and Small | 1972 | Not Found | |
| 18 | Michael Ende | The Neverending Story | 1979 | The Neverending Story - Michael Ende | box_0047.jsonl |
| 19 | J.R.R. Tolkein | The Silmarillion | 1977 | Not Found | |
| 20 | William Peter Blatty | The Exorcist | 1971 | The Exorcist_nodrm | box_00870.jsonl |
| 21 | William Styron | Sophie's Choice | 1979 | Sophie's Choice | box_00563.jsonl |
| 22 | Kurt Vonnegut | Breakfast of Champions | 1973 | Vonnegut, Kurt - Breakfast of Champions | box_00220.jsonl |
| 23 | John Le Carré | Tinker, Tailor, Soldier, Spy | 1974 | Not Found | |
| 24 | Dee Brown | Bury My Heart at Wounded Knee: An Indian History of the American West | 1970 | Dee Brown - Bury My Heart at Wounded Knee | box_00069.jsonl |
| 25 | Beatrice Sparks | Go Ask Alice | 1971 | Not Found | |

**LibGen**

| | Author | Title | Publication Date | LibGen Dataset | LibGen File Location |
|---|---|---|---|---|---|
| 1 | Douglas Adams | The Hitchhiker's Guide to the Galaxy | 1979 | Fiction | 2224000/5cc586f72cce3573adcdcea9a1421c5e |
| 2 | Richard Adams | Watership Down | 1972 | Fiction | 2170000/4101ec4d5b9f48e362fc53e423558d0c |
| 3 | Stephen King | The Stand | 1978 | Fiction | 2323000/3cded9ca04bd91db75 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | eb4a4f5f8bc473 |
| 4 | Stephen King | The Shining | 1977 | Fiction | 2322000/cbe93411eb5e28b466 12e6bd86c9395e |
| 5 | William Goldman | The Princess Bride | 1973 | Fiction | 2281000/447a04f2ec1205ce56 b023912096cd69 |
| 6 | Anne Rice | Interview with the Vampire | 1976 | Fiction | 1952000/1cc881994ffc3839cf1 6a78da0122be5 |
| 7 | Shel Silverstein | Where the Sidewalk Ends | 1974 | Fiction | 488000/542450a4372244a51e0 3f00fdf88ab18 |
| 8 | John Irving | The World According to Garp | 1978 | Fiction | 2312000/fd887780585d30f6ca 9975d94025ef70 |
| 9 | Colleen McCullough | The Thorn Birds | 1977 | Fiction | 2226000/8118467a2a79810027 37fac6371ea7c7 |
| 10 | Stephen King | Carrie | 1974 | Fiction | 2322000/3059ec74aeb141d624 a5f006ccf23d55 |
| 11 | James Clavell | Shogun | 1975 | Fiction | 2277000/50c10950983a01d9b8 da3447fabe1da8 |
| 12 | Alex Haley | Roots: The Saga of an American Family | 1976 | Fiction | 394000/b310bab57200065943 118d7e9208cd12 |
| 13 | Stephen King | Salem's Lot | 1975 | Fiction | 2139000/2882dc6be4aeebbb10 c7750a080bb900 |
| 14 | Dr. Seuss | The Lorax | 1971 | Fiction | 1894000/aaaf28fc5115dd3cbba c888e81581652 |
| 15 | Hunter S. Thompson | Fear and Loathing in Las Vegas: A Savage Journey to the Heart of the American Dream | 1971 | Fiction | Not Found |
| 16 | Katherine Paterson | Bridge to Terabithia | 1977 | Fiction | 1787000/5c81f56b4a1403cc52 49b832914761cc |
| 17 | James Herriot | All Creatures Great and Small | 1972 | Fiction | 1280000/0aeb5b3cb6d976e7ba 6ed418ff85fc5c |
| 18 | Michael Ende | The Neverending Story | 1979 | Fiction | 2274000/2fa019746a21daec2fa 20d289cf8d472 |

| 19 | J.R.R. Tolkien | The Silmarillion | 1977 | Fiction | 2216000/d85641c35c18f6c99b8ff060897823f8 |
|---|---|---|---|---|---|
| 20 | William Peter Blatty | The Exorcist | 1971 | Fiction | Not Found |
| 21 | William Styron | Sophie's Choice | 1979 | Fiction | 2283000/7294d195f507cb4fde4cb1bacbadb446 |
| 22 | Kurt Vonnegut | Breakfast of Champions | 1973 | Fiction | 1918000/79574408c693119afa3850e07f552f13 |
| 23 | John Le Carré | Tinker, Tailor, Soldier, Spy | 1974 | Fiction | Not Found |
| 24 | Dee Brown | Bury My Heart at Wounded Knee: An Indian History of the American West | 1970 | Fiction | 2001000/b274f6696e1266921a387326872402e8 |
| 25 | Beatrice Sparks | Go Ask Alice | 1971 | Fiction | 1367000/b0b0431dbd7ad4c0f103ac5c1e39fce5 |

**PiLiMi**

| | Author | Title | Publication Date | PiLiMi File Location |
|---|---|---|---|---|
| 1 | Douglas Adams | The Hitchhiker's Guide to the Galaxy | 1979 | pilimi_complete/pilimi-zlib-11580000-11599999/11588027 |
| 2 | Richard Adams | Watership Down | 1972 | pilimi_complete/pilimi-zlib-11170000-11209999/11171718 |
| 3 | Stephen King | The Stand | 1978 | pilimi_complete/pilimi-zlib-5380000-5449999/5441963 |
| 4 | Stephen King | The Shining | 1977 | pilimi_complete/pilimi-zlib-0-119999/45293 |
| 5 | William Goldman | The Princess Bride | 1973 | pilimi_complete/pilimi-zlib-5380000-5449999/5442753 |
| 6 | Anne Rice | Interview with the Vampire | 1976 | pilimi_complete/pilimi-zlib-0-119999/64629 |

| | | | | |
|---|---|---|---|---|
| 7 | Shel Silverstein | Where the Sidewalk Ends | 1974 | Not Found |
| 8 | John Irving | The World According to Garp | 1978 | pilimi_complete/pilimi-zlib-120000-419999/242859 |
| 9 | Colleen McCullough | The Thorn Birds | 1977 | pilimi_complete/pilimi-zlib-5380000-5449999/5442786 |
| 10 | Stephen King | Carrie | 1974 | pilimi_complete/pilimi-zlib-0-119999/46207 |
| 11 | James Clavell | Shogun | 1975 | pilimi_complete/pilimi-zlib-5380000-5449999/5387641 |
| 12 | Alex Haley | Roots: The Saga of an American Family | 1976 | pilimi_complete/pilimi-zlib-5240000-5329999/5260903 |
| 13 | Stephen King | Salem's Lot | 1975 | pilimi_complete/pilimi-zlib-120000-419999/246791 |
| 14 | Dr. Seuss | The Lorax | 1971 | pilimi_complete/pilimi-zlib-5770000-5789999/5787967 |
| 15 | Hunter S. Thompson | Fear and Loathing in Las Vegas: A Savage Journey to the Heart of the American Dream | 1971 | Not Found |
| 16 | Katherine Paterson | Bridge to Terabithia | 1977 | pilimi_complete/pilimi-zlib-420000-2379999/2181465 |
| 17 | James Herriot | All Creatures Great and Small | 1972 | pilimi_complete/pilimi-zlib-9460000-10999999/10976003 |
| 18 | Michael Ende | The Neverending Story | 1979 | pilimi_complete/pilimi-zlib-5790000-5809999/5792712 |
| 19 | J.R.R. Tolkien | The Silmarillion | 1977 | Not Found |
| 20 | William Peter Blatty | The Exorcist | 1971 | pilimi_complete/pilimi-zlib-11080000-11129999/11125033 |
| 21 | William Styron | Sophie's Choice | 1979 | pilimi_complete/pilimi-zlib-5610000-5639999/5613980 |
| 22 | Kurt | Breakfast of | 1973 | pilimi_complete/pilimi-zlib-120000- |

|    |              |                                                                       |      |                                                           |
|----|--------------|-----------------------------------------------------------------------|------|-----------------------------------------------------------|
|    | Vonnegut     | Champions                                                             |      | 419999/294083                                             |
| 23 | John Le Carré | Tinker, Tailor, Soldier, Spy                                         | 1974 | Not Found                                                 |
| 24 | Dee Brown    | Bury My Heart at Wounded Knee: An Indian History of the American West | 1970 | pilimi_complete/pilimi-zlib-2380000-2829999/2827417       |
| 25 | Beatrice Sparks | Go Ask Alice                                                       | 1971 | pilimi_complete/pilimi-zlib-5580000-5609999/5605366       |

**Scanned Books**

|    | Author            | Title                              | Publication Date | ISBN in Scanned Books Metadata |
|----|-------------------|------------------------------------|------------------|--------------------------------|
| 1  | Douglas Adams     | The Hitchhiker's Guide to the Galaxy | 1979           | 9780330258647                  |
| 2  | Richard Adams     | Watership Down                     | 1972             | 9780380395866                  |
| 3  | Stephen King      | The Stand                          | 1978             | 9780451139719                  |
| 4  | Stephen King      | The Shining                        | 1977             | 9780451160911                  |
| 5  | William Goldman   | The Princess Bride                 | 1973             | 9780345301147                  |
| 6  | Anne Rice         | Interview with the Vampire         | 1976             | 9780345337665                  |
| 7  | Shel Silverstein  | Where the Sidewalk Ends            | 1974             | 9780060256685                  |
| 8  | John Irving       | The World According to Garp        | 1978             | 9780525237709                  |
| 9  | Colleen McCullough | The Thorn Birds                   | 1977             | 9780060129569                  |
| 10 | Stephen King      | Carrie                             | 1974             | 9781856953184                  |
| 11 | James Clavell     | Shogun                             | 1975             | 9780440178002                  |
| 12 | Alex Haley        | Roots: The Saga of                 | 1976             | 9780385037877                  |

| | | an American Family | | |
|---|---|---|---|---|
| **13** | Stephen King | Salem's Lot | 1975 | 9780451168085 |
| **14** | Dr. Seuss | The Lorax | 1971 | 9780394823379 |
| **15** | Hunter S. Thompson | Fear and Loathing in Las Vegas: A Savage Journey to the Heart of the American Dream | 1971 | 9780679724193 |
| **16** | Katherine Paterson | Bridge to Terabithia | 1977 | 9780380432813 |
| **17** | James Herriot | All Creatures Great and Small | 1972 | 9780553204346 |
| **18** | Michael Ende | The Neverending Story | 1979 | 9780140074314 |
| **19** | J.R.R. Tolkien | The Silmarillion | 1977 | 9780345272553 |
| **20** | William Peter Blatty | The Exorcist | 1971 | 9780061007224 |
| **21** | William Styron | Sophie's Choice | 1979 | 9780394461090 |
| **22** | Kurt Vonnegut | Breakfast of Champions | 1973 | 9780440131489 |
| **23** | John Le Carré | Tinker, Tailor, Soldier, Spy | 1974 | 9781444705652 |
| **24** | Dee Brown | Bury My Heart at Wounded Knee: An Indian History of the American West | 1970 | 9780330245692 |
| **25** | Beatrice Sparks | Go Ask Alice | 1971 | 9780380005239 |

99.    These results were found by a targeted search for evidence of particular books published between 1963 and 1989, and do not represent a complete accounting of possible evidence of books published in this period in the book datasets. Nonetheless, I believe it is

reasonable to conclude that there are many possible books in all four datasets that were published between 1963 and 1989.

**E.    The datasets appear to contain many books likely written by foreign authors.**

100.   There is no metadata showing the nationality of the authors in any of the Internet Books Datasets.

101.   However, I performed searches to identify possible evidence of a number of books in each of the four datasets written by foreign authors. I used the *Goodreads Non American Books that Every American Should Read* [38] list for this search. I searched for each of the first 20 books on this list written by authors who I believe, based on publicly-available information, lived into the 2000s and are foreign authors in all four datasets using the search procedures described above. I additionally looked for corroborating publicly-available information about each author's nationality by searching for the author's Wikipedia page and noting all listed nationalities.[39]

102.   Of the 20 books, all written by individuals, whose authors may be nationals of countries other than the United States, I found 17 of them in Anthropic's Books3 Dataset, 19 in Anthropic's LibGen Dataset, 18 in Anthropic's PiLiMi Dataset, and 19 in the Scanned Books Dataset, as follows:

**Books3**

|   | Title | Author | Nationality | Books3 Dataset File | Books3 File Name[40] |
|---|-------|--------|-------------|---------------------|---------------------|
| **1** | Disgrace | J.M. Coetzee | South Africa | box_00778.jsonl | Disgrace - J M Coetzee |
| **2** | A Long Way Gone: Memoirs of a | Ishmael Beah | Sierra Leone | box_00938.jsonl | A Long Way Gone - Ishmael Beah |

---

[38] *Non American Books that Every American Should Read*, goodreads.com (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/5534.Non_American_books_that_every_American_should_read

[39] One author from the Goodreads list, Ashok Kallarakkal, does not have a Wikipedia page. His Amazon author biography page notes that he is a resident of India.

[40] For readability, I omit the ".epub.txt" that concludes each file name in the provided Books3 dataset from these tables.

IYYER DECL. ISO OPP. TO CLASS CERT.                    No. 3:24-CV-05417-WHA

| | | | | | |
|---|---|---|---|---|---|
| | Boy Soldier | | | | |
| 3 | The God of Small Things | Arundhati Roy | India | box_00983.jsonl | Arundhati Roy's The God of Small Things - Dr. Vipin Kumar Pandey, Punam Pandey |
| 4 | Things Fall Apart | Chinua Achebe | Nigeria | box_00139.jsonl | Chinua Achebe - Things Fall Apart |
| 5 | Half of a Yellow Sun | Chimamanda Ngozi Adicheie | Nigeria | box_00743.jsonl | Chimamanda Ngozi Adichie - Half of a Yellow Sun |
| 6 | Persepolis | Marjane Satrapi | Iran, France | box_00085.jsonl | The Complete Persepolis - Marjane Satrapi |
| 7 | A Fine Balance | Rohinton Mistry | Canada | box_00566.jsonl | Rohinton Mistry - A Fine Balance [retail] |
| 8 | Long Walk to Freedom | Nelson Mandela | South Africa | box_00431.jsonl | Long_Walk_to_Freedom-Mandela |
| 9 | Atonement | Ian McEwan | UK | box_00253.jsonl | Atonement - Ian McEwan |
| 10 | The Tin Drum | Gunter Grass | Germany | Not Found | |
| 11 | Life of Pi | Yann Martel | Canada | box_00799.jsonl | Life of Pi |
| 12 | The No. 1 Ladies' Detective Agency | Alexander McCall Smith | UK | box_00296.jsonl | The No. 1 Ladies Detective Agency-Smith |
| 13 | Little Bee | Chris Cleave | UK | Not Found | |
| 14 | The Name of the Rose | Umberto Eco | Italy | box_00824.jsonl | The Name of the Rose - Umberto Eco |
| 15 | The Book Thief | Markus Zusak | Germany, Australia | box_00420.jsonl | The Book Thief (10th Anniversary Edition) - Markus |

- 56 -

| | Title | Author | Nationality | | |
|---|---|---|---|---|---|
| | | | | | Zusak |
| 16 | The Girl With the Dragon Tattoo | Steig Larsson | Sweden | box_00620.jsonl | Girl with the Dragon Tattoo - Stieg Larsson |
| 17 | The God Delusion | Richard Dawkins | UK | box_01005.jsonl | Richard Dawkins (2006) The God Delusion [UK retail] |
| 18 | Norwegian Wood | Haruki Murakami | Japan | box_00643.jsonl | Norwegian Wood (Vintage Books) [Epub] - Haruki Murakami |
| 19 | The Shadow of the Wind | Carlos Ruiz Zafon | Spain | box_00474.jsonl | The Shadow of the Wind - Carlos Ruiz Zafon |
| 20 | Curiosity kills the KatHA | Ashok Kallarakkal | India | Not Found | |

**LibGen**

| | Title | Author | Nationality | LibGen Dataset | LibGen File Location |
|---|---|---|---|---|---|
| 1 | Disgrace | J.M. Coetzee | South Africa | Fiction | 698000/f2a3c330e8c016d0d33d75b06bf6e15a |
| 2 | A Long Way Gone: Memoirs of a Boy Soldier | Ishmael Beah | Sierra Leone | Fiction | 1191000/9e3dbe8bd34d5b443bf7f414256dd24e |
| 3 | The God of Small Things | Arundhati Roy | India | Fiction | 913000/90e660d4a553069d1110d2b910f0336f |
| 4 | Things Fall Apart | Chinua Achebe | Nigeria | Fiction | 2056000/63d7e33069f94da689e4e7c5c8ef9d10 |
| 5 | Half of a Yellow Sun | Chimamanda Ngozi Adicheie | Nigeria | Fiction | 2208000/d5d16d6bf0ef1139d3741a9489630af9 |
| 6 | Persepolis | Marjane | Iran, France | Fiction | 1386000/c35d69c3bf5e3337465fd3 |

| | | Satrapi | | | acef66ee52 |
|---|---|---|---|---|---|
| 7 | A Fine Balance | Rohinton Mistry | Canada | Fiction | 748000/3845e4c7a3b8fe471aa30a116349d9e1 |
| 8 | Long Walk to Freedom | Nelson Mandela | South Africa | Fiction | 738000/1e27536d6ef6588c7ebd7971f2b94f64 |
| 9 | Atonement | Ian McEwan | UK | Fiction | 775000/6b94e92ce09a3ee166757736fc7c9bad |
| 10 | The Tin Drum | Gunter Grass | Germany | Fiction | 260000/874c8c3bb3ac8c2c64dbea7cb66132cd |
| 11 | Life of Pi | Yann Martel | Canada | Fiction | 377000/788d1212b10ce2e2a16fd19ad6af4ef7 |
| 12 | The No. 1 Ladies' Detective Agency | Alexander McCall Smith | UK | Fiction | 94000/7bba17fc79a5097665671da38029306b |
| 13 | Little Bee | Chris Cleave | UK | Fiction | 1407000/abb7e4f170550209db13b2f341ad90f0 |
| 14 | The Name of the Rose | Umberto Eco | Italy | Fiction | 561000/b72be6e3f055b4dc3c4c0dd031f035fd |
| 15 | The Book Thief | Markus Zusak | Germany, Australia | Fiction | 428000/f5c44c009682d14bc6edce3a4a89a980 |
| 16 | The Girl With the Dragon Tattoo | Steig Larsson | Sweden | Fiction | 360000/83ae99e3579958d26baf0b806a029aa8 |
| 17 | The God Delusion | Richard Dawkins | UK | Fiction | 745000/a50cdf817a683bc4827714845fb42c8e |
| 18 | Norwegian Wood | Haruki Murakami | Japan | Fiction | 816000/1eff4f503035d2934431d01909430776 |
| 19 | The Shadow of the Wind | Carlos Ruiz Zafon | Spain | Fiction | 221000/3a7cb8f5042d97574f16de2d2fd22706 |
| 20 | Curiosity kills the KatHA | Ashok Kallarakkal | India | Fiction | Not found |

**PiLiMi**

| | Title | Author | Nationality | PiLiMi File Location |
|---|---|---|---|---|
| 1 | Disgrace | J.M. Coetzee | South Africa | pilimi_complete/pilimi-zlib-5660000-5709999/5661311 |
| 2 | A Long Way Gone: Memoirs of a Boy Soldier | Ishmael Beah | Sierra Leone | pilimi_complete/pilimi-zlib-5660000-5709999/5684507 |
| 3 | The God of Small Things | Arundhati Roy | India | pilimi_complete/pilimi-zlib-11360000-11399999/11382745 |
| 4 | Things Fall Apart | Chinua Achebe | Nigeria | pilimi_complete/pilimi-zlib-5640000-5659999/5641708 |
| 5 | Half of a Yellow Sun | Chimamanda Ngozi Adicheie | Nigeria | pilimi_complete/pilimi-zlib-5580000-5609999/5584654 |
| 6 | Persepolis | Marjane Satrapi | Iran, France | pilimi_complete/pilimi-zlib-5330000-5359999/5343469 |
| 7 | A Fine Balance | Rohinton Mistry | Canada | pilimi_complete/pilimi-zlib-14380000-14679999/14641991 |
| 8 | Long Walk to Freedom | Nelson Mandela | South Africa | pilimi_complete/pilimi-zlib-13230000-13529999/13516429 |
| 9 | Atonement | Ian McEwan | UK | pilimi_complete/pilimi-zlib-11760000-11799999/11763842 |
| 10 | The Tin Drum | Gunter Grass | Germany | Not Found |
| 11 | Life of Pi | Yann Martel | Canada | pilimi_complete/pilimi-zlib-420000-2379999/2028236 |
| 12 | The No. 1 Ladies' Detective Agency | Alexander McCall Smith | UK | pilimi_complete/pilimi-zlib-11130000-11169999/11144655 |
| 13 | Little Bee | Chris Cleave | UK | pilimi_complete/pilimi-zlib-5660000-5709999/5669849 |
| 14 | The Name of the Rose | Umberto Eco | Italy | pilimi_complete/pilimi-zlib-5710000-5729999/5727738 |
| 15 | The Book | Markus Zusak | Germany, | pilimi_complete/pilimi-zlib-11930000- |

| | Title | Author | Nationality | ISBN/Location |
|---|---|---|---|---|
| | Thief | | Australia | 11949999/11943439 |
| 16 | The Girl With the Dragon Tattoo | Steig Larsson | Sweden | pilimi_complete/pilimi-zlib-14030000-14379999/14190079 |
| 17 | The God Delusion | Richard Dawkins | UK | pilimi_complete/pilimi-zlib-5790000-5809999/5809531 |
| 18 | Norwegian Wood | Haruki Murakami | Japan | pilimi_complete/pilimi-zlib-11580000-11599999/11584492 |
| 19 | The Shadow of the Wind | Carlos Ruiz Zafon | Spain | pilimi_complete/pilimi-zlib-6070000-6129999/6103874 |
| 20 | Curiosity kills the KatHA | Ashok Kallarakkal | India | Not Found |

**Scanned Books**

| | Title | Author | Nationality | ISBN in Scanned Books Metadata |
|---|---|---|---|---|
| 1 | Disgrace | J.M. Coetzee | South Africa | 9780670887316 |
| 2 | A Long Way Gone: Memoirs of a Boy Soldier | Ishmael Beah | Sierra Leone | 9780374105235 |
| 3 | The God of Small Things | Arundhati Roy | India | 9780783882963 |
| 4 | Things Fall Apart | Chinua Achebe | Nigeria | 9780435900014 |
| 5 | Half of a Yellow Sun | Chimamanda Ngozi Adicheie | Nigeria | 9781400044160 |
| 6 | Persepolis | Marjane Satrapi | Iran, France | 9780375422300 |
| 7 | A Fine Balance | Rohinton Mistry | Canada | 9780771060526 |
| 8 | Long Walk to Freedom | Nelson Mandela | South Africa | 9780316545853 |
| 9 | Atonement | Ian McEwan | UK | 9780887846410 |
| 10 | The Tin Drum | Gunter Grass | Germany | 9780394703008 |

| 11 | Life of Pi | Yann Martel | Canada | 9780547848419 |
|----|-----------|-------------|--------|---------------|
| 12 | The No. 1 Ladies' Detective Agency | Alexander McCall Smith | UK | 9780748662524 |
| 13 | Little Bee | Chris Cleave | UK | 9781416589648 |
| 14 | The Name of the Rose | Umberto Eco | Italy | 9780151446476 |
| 15 | The Book Thief | Markus Zusak | Germany, Australia | 9780375831003 |
| 16 | The Girl With the Dragon Tattoo | Steig Larsson | Sweden | 9781847246929 |
| 17 | The God Delusion | Richard Dawkins | UK | 9780593055489 |
| 18 | Norwegian Wood | Haruki Murakami | Japan | 9780375704024 |
| 19 | The Shadow of the Wind | Carlos Ruiz Zafon | Spain | 9780752859545 |
| 20 | Curiosity kills the KatHA | Ashok Kallarakkal | India | Not Found |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 17, 2025 in Clarksville, Maryland.

_____

MOHIT IYYER

1

2

## **CERTIFICATE OF SERVICE**

3

    I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to

4

file the foregoing **DECLARATION OF MOHIT IYYER IN SUPPORT OF DEFENDANT**

5

**ANTHROPIC   PBC'S   OPPOSITION   TO   PLAINTIFFS'   MOTION   FOR   CLASS**

6

**CERTIFICATION**.

7

8

    Dated: April 17, 2025

9

                           */s/ Douglas A. Winthrop*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IYYER DECL. ISO OPP. TO CLASS CERT.        No. 3:24-CV-05417-WHA

# EXHIBIT A

# Mohit Iyyer

miyyer@cs.umass.edu
http://cs.umass.edu/~miyyer

## Academic Appointments

**University of Massachusetts, Amherst**
Associate Professor, Computer Science                           2023 — *present*
Assistant Professor, Computer Science                           2018 — 2023
Research Interests: *natural language processing, machine learning*

## Education

**University of Maryland, College Park**                        2012 — 2017
Ph.D. in Computer Science
Master of Science, Computer Science, 2012 - 2014
**Washington University in St. Louis**                          2008 — 2012
BS in Computer Science
Minors: Bioinformatics & Creative Writing

## Research & Professional Experience

**Postdoctoral Researcher**, Allen Institute for AI            2017 — 2018
Supervisors: Luke Zettlemoyer, Scott Yih

**Research Assistant**, University of Maryland, College Park   2013 — 2017
Advisors: Jordan Boyd-Graber, Hal Daumé III

**Research Intern**, NLP Group, Microsoft Research, Redmond    Summer 2016
Supervisors: Scott Yih, Ming-Wei Chang

**Research Intern**, MetaMind                                  Spring 2015
Supervisor: Richard Socher

## Awards

Distinguished Paper Award, ACM CCS 2023

Outstanding Paper Award, EACL 2023

Samsung AI Researcher of the Year Award, 2022

NSF CAREER Award, 2021

Best Long Paper Award, NAACL 2018

Larry S. Davis Doctoral Dissertation Award, 2017

Best Long Paper Award, NAACL 2016

Best Demonstration Award, NeurIPS 2015

Conference Publications

As of December 2024, my papers have been cited over 27K times (h-index 42) according to my Google Scholar profile. ACL, NAACL, EMNLP, ICML, NeurIPS, CVPR, and ICLR are peer reviewed conferences with acceptance rates typically around 25-30%.

1. Marzena Karpinska, Katherine Thai, Kyle Lo, Tanya Goyal, **Mohit Iyyer**. One Thousand and One Pairs: A "novel" challenge for long-context language models. *EMNLP 2024*.

2. Yapei Chang, Kalpesh Krishna, Amir Houmansadr, John Wieting, **Mohit Iyyer**. PostMark: A Robust Blackbox Watermark for Large Language Models. *EMNLP 2024*.

3. Yixiao Song, Yekyung Kim, **Mohit Iyyer**. VERISCORE: Evaluating the factuality of verifiable claims in long-form text generation. *Findings of EMNLP 2024*.

4. Chau Minh Pham, Simeng Sun, **Mohit Iyyer**. Suri: Multi-constraint Instruction Following for Long-form Text Generation. *Findings of EMNLP 2024*.

5. Yekyung Kim, Yapei Chang, Marzena Karpinska, Aparna Garimella, Varun Manjunatha, Kyle Lo, Tanya Goyal, **Mohit Iyyer**. FABLES: Evaluating faithfulness and content selection in book-length summarization. *COLM 2024*.

6. Ali Naseh, Katherine Thai, **Mohit Iyyer**, Amir Houmansadr. Iteratively Prompting Multimodal LLMs to Reproduce Natural and AI-Generated Images. *COLM 2024*.

7. Jiachen Zhao, Wenlong Zhao, Andrew Drozdov, Benjamin Rozonoyer, Md Arafat Sultan, Jay-Yoon Lee, **Mohit Iyyer**, Andrew McCallum. Multistage Collaborative Knowledge Distillation from a Large Language Model for Semi-Supervised Sequence Generation. *ACL 2024*.

8. Tu Vu, **Mohit Iyyer**, Xuezhi Wang, Noah Constant, Jerry Wei, Jason Wei, Chris Tar, Yun-Hsuan Sung, Denny Zhou, Quoc Le, Thang Luong. FreshLLMs: Refreshing Large Language Models with Search Engine Augmentation. *Findings of ACL 2024*.

9. Chau Pham, Alexander Hoyle, Simeng Sun, **Mohit Iyyer**. TopicGPT: A Prompt-based Topic Modeling Framework. *NAACL 2024*.

10. Yixiao Song, Kalpesh Krishna, Rajesh Bhatt, Kevin Gimpel, **Mohit Iyyer**. GEE! Grammar Error Explanation with Large Language Models. *Findings of NAACL 2024*.

11. Prasanna Lakkur Subramanyam, **Mohit Iyyer**, Brian Levine. Triage of Messages and Conversations in a Large-Scale Child Victimization Corpus . *ACM The Web Conference 2024 (Web4Good Track)*.

12. Yapei Chang, Kyle Lo, Tanya Goyal, **Mohit Iyyer**. BooookScore: A systematic exploration of book-length summarization in the era of LLMs. *ICLR 2024 (oral)*.

13. Simeng Sun, Yang Liu, Shuohang Wang, Chenguang Zhu, **Mohit Iyyer**. PEARL: Prompting Large Language Models to Plan and Execute Actions Over Long Documents. *EACL 2024*.

14. Simeng Sun, Yang Liu, Dan Iter, Chenguang Zhu, **Mohit Iyyer**. How Does In-Context Learning Help Prompt Tuning? *Findings of EACL 2024*.

2

15. Shufan Wang, Yixiao Song, Andrew Drozdov, Aparna Garimella, Varun Manjunatha, **Mohit Iyyer**. kNN-LM Does Not Improve Open-ended Text Generation. *EMNLP 2023*.

16. Sewon Min, Kalpesh Krishna, Xinxi Lyu, Mike Lewis, Wen-tau Yih, Pang Wei Koh, **Mohit Iyyer**, Luke Zettlemoyer, Hannaneh Hajishirzi. FActScore: Fine-grained Atomic Evaluation of Factual Precision in Long Form Text Generation. *EMNLP 2023*.

17. Nader Akoury, Qian Yang, **Mohit Iyyer**. Disco Elysium: Exploring Player Perceptions of LLM-Generated Dialogue within a Commercial Video Game. *Findings of EMNLP 2023*.

18. Andrew Drozdov, Honglei Zhuang, Zhuyun Dai, Zhen Qin, Razieh Rahimi, Xuanhui Wang, Dana Alon, **Mohit Iyyer**, Andrew McCallum, Donald Metzler, Kai Hui. PaRaDe: Passage Ranking using Demonstrations with LLMs. *Findings of EMNLP 2023 (short)*.

19. Marzena Karpinska, **Mohit Iyyer**. Large language models effectively leverage document-level context for literary translation, but critical errors persist. *WMT 2023*.

20. Kalpesh Krishna, Yixiao Song, Marzena Karpinska, John Wieting, **Mohit Iyyer**. Paraphrasing evades detectors of AI-generated text, but retrieval is an effective defense. *NeurIPS 2023*.

21. Fangyuan Xu*, Yixiao Song*, **Mohit Iyyer**, Eunsol Choi. A Critical Evaluation of Evaluations for Long-form Question Answering. *ACL* 2023.

22. Ali Naseh, Kalpesh Krishna, **Mohit Iyyer**, Amir Houmansadr. Stealing the Decoding Algorithms of Language Models. *CCS* 2023. *Distinguished paper award.*

23. Kalpesh Krishna, Erin Bransom, Bailey Kuehl, **Mohit Iyyer**, Pradeep Dasigi, Arman Cohan, Kyle Lo. LongEval: Guidelines for Human Evaluation of Faithfulness in Long-form Summarization. *EACL* 2023. *Outstanding paper award.*

24. Ankita Gupta, Marzena Karpinska, Wenlong Zhao, Kalpesh Krishna, Jack Merullo, Luke Yeh, **Mohit Iyyer**, Brendan O'Connor. ezCoref: Towards Unifying Annotation Guidelines for Coreference Resolution. *Findings of EACL* 2023.

25. Kalpesh Krishna, Yapei Chang, John Wieting, **Mohit Iyyer**. RankGen: Improving Text Generation with Large Ranking Models. *EMNLP* 2022

26. Tu Vu, Aditya Barua, Brian Lester, Daniel Cer, **Mohit Iyyer**, Noah Constant. Overcoming Catastrophic Forgetting in Zero-Shot Cross-Lingual Generation. *EMNLP* 2022

27. Yixiao Song, Kalpesh Krishna, Rajesh Bhatt, **Mohit Iyyer**. SLING: Sino Linguistic Evaluation of Large Language Models. *EMNLP* 2022

28. Katherine Thai*, Marzena Karpinska*, Kalpesh Krishna, William Ray, Moira Inghilleri, John Wieting, **Mohit Iyyer**. Exploring Document-Level Literary Machine Translation with Parallel Paragraphs from World Literature. *EMNLP* 2022

29. Marzena Karpinska, Nishant Raj, Katherine Thai, Yixiao Song, Ankita Gupta, **Mohit Iyyer**. DEMETR: Diagnosing Evaluation Metrics for Translation. *EMNLP* 2022

30. Andrew Drozdov, Shufan Wang, Razieh Rahimi, Andrew McCallum, Hamed Zamani, **Mohit Iyyer**. You can't pick your neighbors, or can you? When and How to Rely on Retrieval in the KNN-LM. *Findings of EMNLP* 2022

31. Shufan Wang, Fangyuan Xu, Laure Thompson, Eunsol Choi, **Mohit Iyyer**. Modeling Exemplification in Long-form Question Answering via Retrieval. *NAACL* 2022.

32. Simeng Sun, Katherine Thai, **Mohit Iyyer**. ChapterBreak: A Challenge Dataset for Long-Range Language Models. *NAACL* 2022 (short).

33. Katherine Thai, Yapei Chang, Kalpesh Krishna, **Mohit Iyyer**. RELIC: Retrieving Evidence for Literary Claims. *ACL* 2022.

34. Simeng Sun, Kalpesh Krishna, Andrew Mattarella-Micke, and **Mohit Iyyer**. Do Long-Range Language Models Actually Use Long-Range Context? *EMNLP* 2021.

35. Tu Vu, Minh-Thang Luong, Quoc Le, Grady Simon, and **Mohit Iyyer**. STraTA: Self-Training with Task Augmentation for Better Few-shot Learning. *EMNLP* 2021.

36. Marzena Karpinska, Nader Akoury, and **Mohit Iyyer**. The Perils of Using Mechanical Turk to Evaluate Open-Ended Text Generation. *EMNLP* 2021.

37. Shufan Wang, Laure Thompson, and **Mohit Iyyer**. Phrase-BERT: Improved Phrase Embeddings from BERT with an Application to Corpus Exploration. *EMNLP* 2021.

38. Zhiyang Xu, Andrew Drozdov, Jay Yoon Lee, Tim O'Gorman, Subendhu Rongali, Dylan Finkbeiner, Shilpa Suresh, **Mohit Iyyer**, and Andrew McCallum. Improved Latent Tree Induction with Distant Supervision via Span Constraints. *EMNLP* 2021.

39. Simeng Sun, Wenlong Zhao, Varun Manjunatha, Rajiv Jain, Vlad Morariu, Franck Dernoncourt, Balaji Vasan Srinivasan, and **Mohit Iyyer**. IGA: An Intent-Guided Authoring Assistant. *EMNLP* 2021.

40. Sumanta Bhattacharyya, Amirmohammad Rooshenas, Subhajit Naskar, Simeng Sun, **Mohit Iyyer**, Andrew McCallum. Energy-Based Reranking: Improving Neural Machine Translation Using Energy-Based Models. *ACL* 2021.

41. Iman Deznabi, **Mohit Iyyer**, Madalina Fiterau. Predicting In-Hospital Mortality by Combining Clinical Notes with Time-Series Data. *Findings of ACL* 2021.

42. Amee Trivedi, Kate Silverstein, Emma Strubell, **Mohit Iyyer**, Prashant Shenoy. WiFiMod: Transformer-based Indoor Human Mobility Modeling using Passive Sensing. *ACM COMPASS* 2021.

43. Kalpesh Krishna, Aurko Roy, **Mohit Iyyer**. Hurdles to Progress in Long-form Question Answering. *NAACL* 2021.

44. Hiroshi Iida, June Thai, Varun Manjunatha, **Mohit Iyyer**. TABBIE: Pretrained Representations of Tabular Data. *NAACL* 2021.

45. Simeng Sun, **Mohit Iyyer**. Revisiting Simple Neural Probabilistic Language Models. *NAACL* 2021 (short).

46. Haw-Shiuan Chang, Jiaming Yuan, **Mohit Iyyer**, Andrew McCallum. Changing the Mind of Transformers for Topically-Controllable Language Generation. *EACL* 2021.

47. Chen Qu, Liu Yang, Cen Chen, W. Bruce Croft, Kalpesh Krishna, **Mohit Iyyer**. Weakly-Supervised Open-Retrieval Conversational Question Answering. *ECIR* 2021.

48. Tu Vu, Tong Wang, Tsendsuren Munkhdalai, Alessandro Sordoni, Adam Trischler, Andrew Mattarella-Micke, Subhransu Maji, **Mohit Iyyer**. Exploring and Predicting Transferability across NLP Tasks. *EMNLP* 2020.

49. Kalpesh Krishna, John Wieting, **Mohit Iyyer**. Reformulating Unsupervised Style Transfer as Paraphrase Generation. *EMNLP* 2020.

50. Nader Akoury, Shufan Wang, Josh Whiting, Stephen Hood, Nanyun Peng, **Mohit Iyyer**. STORIUM: A Dataset and Platform for Machine-in-the-Loop Story Generation. *EMNLP* 2020.

51. Andrew Drozdov, Subendhu Rongali, Yi-Pei Chen, Tim O'Gorman, **Mohit Iyyer**, Andrew McCallum. Unsupervised Parsing with S-DIORA: Single Tree Encoding for Deep Inside-Outside Recursive Autoencoders. *EMNLP* 2020.

52. Weiqiu You*, Simeng Sun*, **Mohit Iyyer**. Hard-Coded Gaussian Attention for Neural Machine Translation. *ACL* 2020.

53. Fenfei Guo, Jordan Boyd-Graber, **Mohit Iyyer**, Leah Findlater. Which Evaluations Uncover Sense Representations that Actually Make Sense? *LREC* 2020.

54. Kalpesh Krishna, Gaurav Singh Tomar, Ankur Parikh, Nicolas Papernot, **Mohit Iyyer**. Thieves on Sesame Street! Model Extraction of BERT-based APIs. *ICLR* 2020.

55. Jack Merullo*, Luke Yeh*, Abram Handler, Alvin Grissom II, Brendan O'Connor, **Mohit Iyyer**. Investigating Sports Commentator Bias within a Large Corpus of American Football Broadcasts. *EMNLP* 2019 (short).

56. Andrew Drozdov, Patrick Verga, Yi-Pei Chen, **Mohit Iyyer**, Andrew McCallum. Unsupervised Labeled Parsing with Deep Inside-Outside Recursive Autoencoders. *EMNLP* 2019 (short).

57. Chen Qu, Liu Yang, Minghui Qiu, Yongfeng Zhang, Cen Chen, W. Bruce Croft, **Mohit Iyyer**. Attentive History Selection for Conversational Question Answering. *CIKM* 2019.

58. Nader Akoury, Kalpesh Krishna, **Mohit Iyyer**. Syntactically Supervised Transformers for Faster Neural Machine Translation. *ACL* 2019.

59. Kalpesh Krishna, **Mohit Iyyer**. Generating Question-Answer Hierarchies. *ACL* 2019.

60. Tu Vu, **Mohit Iyyer**. Encouraging Paragraph Embeddings to Remember Sentence Identity Improves Classification. *ACL* 2019 (short).

61. Chen Qu, Liu Yang, Minghui Qiu, W. Bruce Croft, Yongfeng Zhang, **Mohit Iyyer**. BERT with History Modeling for Conversational Question Answering. *SIGIR* 2019 (short).

62. Andrew Drozdov, Patrick Verga, Mohit Yadav, **Mohit Iyyer**, Andrew McCallum. Unsupervised Latent Tree Induction with Deep Inside-Outside Recursive Auto-Encoders. *NAACL* 2019.

63. Shufan Wang, **Mohit Iyyer**. Casting Light on Invisible Cities: Computationally Engaging with Literary Criticism. *NAACL* 2019 (short).

64. Eunsol Choi*, He He*, **Mohit Iyyer***, Mark Yatskar*, Wen-tau Yih, Yejin Choi, Percy Liang, Luke Zettlemoyer. QuAC: Question Answering in Context. *EMNLP* 2018.

65. Shi Feng, Eric Wallace, Alvin Grissom II, **Mohit Iyyer**, Pedro Rodriguez, Jordan Boyd-Graber. Pathologies of Neural Models Make Interpretation Difficult. *EMNLP* 2018.

66. Kalpesh Krishna, Preethi Jyothi, **Mohit Iyyer**. Revisiting the Importance of Encoding Logic Rules in Sentiment Classification. *EMNLP* 2018 (short).

67. **Mohit Iyyer**\*, John Wieting\*, Kevin Gimpel, Luke Zettlemoyer. Adversarial Example Generation with Syntactically Controlled Paraphrase Networks. *NAACL* 2018.

68. Matthew E. Peters, Mark Neumann, **Mohit Iyyer**, Matt Gardner, Christopher Clark, Kenton Lee, Luke Zettlemoyer. Deep contextualized word representations. *NAACL* 2018. *Best long paper award*

69. Varun Manjunatha\*, **Mohit Iyyer**\*, Jordan Boyd-Graber, Larry Davis. Learning to Color from Language. *NAACL* 2018 (short); also appeared at *NIPS 2017 ViGIL Workshop*.

70. **Mohit Iyyer**, Wen-tau Yih, Ming-Wei Chang. Search-based Neural Structured Learning for Sequential Question Answering. *ACL* 2017.

71. **Mohit Iyyer**\*, Varun Manjunatha\*, Anupam Guha, Yogarshi Vyas, Jordan Boyd-Graber, Hal Daumé III, Larry Davis. The Amazing Mysteries of the Gutter: Drawing Inferences Between Panels in Comic Book Narratives. *CVPR* 2017.

72. Snigdha Chaturvedi, **Mohit Iyyer**, Hal Daumé III. Unsupervised Learning of Evolving Relationships Between Literary Characters. *AAAI* 2017.

73. **Mohit Iyyer**, Anupam Guha, Snigdha Chaturvedi, Jordan Boyd-Graber, Hal Daumé III. Feuding Families and Former Friends: Unsupervised Learning for Dynamic Fictional Relationships. *NAACL* 2016. *Best long paper award.*

74. Ankit Kumar, Ozan Irsoy, Peter Ondruska, **Mohit Iyyer**, James Bradbury, Ishaan Gulrajani, Victor Zhong, Romain Paulus, and Richard Socher. Ask Me Anything: Dynamic Memory Networks for Natural Language Processing. *ICML* 2016.

75. Jordan Boyd-Graber, **Mohit Iyyer**, He He, Hal Daumé III. Interactive Incremental Question Answering. *NIPS Demonstration Track*, 2015. *Outstanding Demonstration Award.*

76. **Mohit Iyyer**, Varun Manjunatha, Jordan Boyd-Graber, Hal Daumé III. Deep Unordered Composition Rivals Syntactic Methods for Text Classification. *ACL* 2015.

77. Anupam Guha, **Mohit Iyyer**, Danny Bouman, Jordan Boyd-Graber. Removing the Training Wheels: A Coreference Dataset that Entertains Humans and Challenges Computers. *NAACL* 2015.

78. **Mohit Iyyer**, Jordan Boyd-Graber, Richard Socher, Hal Daumé III. A Neural Network for Factoid Question Answering over Paragraphs. *EMNLP* 2014.

79. **Mohit Iyyer**, Peter Enns, Jordan Boyd-Graber, Philip Resnik. Political Ideology Detection Using Recursive Neural Networks. *ACL* 2014.

## Workshop Publications

Nader Akoury, Ronan Salz, **Mohit Iyyer**. Towards Grounded Dialogue Generation in Video Game Environments *AAAI Workshop on Creative AI Across Modalities*, 2023.

Simeng Sun, Brian Dillon, **Mohit Iyyer**. How Much Do Modifications to Transformer Language Models Affect Their Ability to Learn Linguistic Knowledge? *ACL Workshop on Insights from Negative Results in NLP*, 2022.

Dhruvil Gala, Mohammad Omar Khursheed, Hannah Lerner, Brendan O'Connor, **Mohit Iyyer**. Analyzing Gender Bias within Narrative Tropes. *EMNLP Workshop on NLP and CSS*, 2020.

Anupam Guha, **Mohit Iyyer**, Jordan Boyd-Graber. A Distorted Skull Lies in the Bottom Center... Identifying Paintings from Text Descriptions. *NAACL Human-Computer QA Workshop*, 2016.

**Mohit Iyyer**, Jordan Boyd-Graber, Hal Daumé III. Generating Sentences from Semantic Vector Space Representations. *NIPS Workshop on Learning Semantics*, 2014.

## Preprints

Chaitanya Malaviya, Joseph Chee Chang, Dan Roth, **Mohit Iyyer**, Mark Yatskar, and Kyle Lo. Contextualized Evaluations: Taking the Guesswork Out of Language Model Evaluations. *arXiv 2024*.

Shane Arora*, Marzena Karpinska*, Hung-Ting Chen, Ipsita Bhattacharjee, **Mohit Iyyer**, Eunsol Choi. CaLMQA: Exploring culturally specific long-form question answering across 23 languages. *arXiv 2024*.

Rachneet Sachdeva, Yixiao Song, **Mohit Iyyer**, Iryna Gurevych. Fine-grained Hallucination Detection and Mitigation in Long-form Question Answering. *arXiv 2024*.

Garima Dhanania, Sheshera Mysore, Chau Minh Pham, **Mohit Iyyer**, Hamed Zamani, Andrew McCallum. Interactive Topic Models with Optimal Transport. *arXiv 2024*.

Simeng Sun, Dhawal Gupta, **Mohit Iyyer**. Exploring the impact of low-rank adaptation on the performance, efficiency, and regularization of RLHF. *arXiv 2023*.

Pedro Rodriguez, Shi Feng, **Mohit Iyyer**, He He, Jordan Boyd-Graber. Quizbowl: The Case for Incremental Question Answering.  *arXiv 2019*.

## Funding

In total, I have raised almost $5M in research funding over the last five years from the NSF, industry labs, and philanthropic organizations.

- NSF RI MEDIUM, 2023-2027
  "Multilingual Long-form QA with Retrieval-Augmented Language Models"
  PI: Eunsol Choi, co-PI: Mohit Iyyer
  *UMass share: $554,000*

- Google Research Award, 2023
  "RankGen: Improving Text and Code Generation with Large Ranking Models"
  PI: Mohit Iyyer
  *$30,000*

- Kensho Research Award, 2023
  "Improving factuality via LLM alignment"
  PI: Mohit Iyyer
  *$74,000*

- NSF RETTL, 2022-2025
  "STEM Learning Embedded in a Machine-in-the-Loop Collaborative Story Writing Game"
  PI: Mohit Iyyer, co-PIs: Andrew Lan, Stephen Hood, Danielle McNamara
  *$621,352*

- Open Philanthropy, 2022-2024
  "Improving AI translation of novels into English"
  PI: Mohit Iyyer
  *$822,365*

- Alexa Prize TaskBot Challenge, 2021-2022
  PI: Hamed Zamani, co-PIs: Mohit Iyyer, Bruce Croft
  *$250,000*

- NSF CAREER, 2021-2026
  "Building Creative Writing Assistants for Machine-in-the-Loop Storytelling"
  PI: Mohit Iyyer
  *$532,000*

- NSF RI Medium, 2020-2024
  "Tree-Structured Self-Supervised Modeling for Natural Language"
  PI: Mohit Iyyer, co-PI: Andrew McCallum
  *$1.2 million*

- Subcontract with US Navy, 2020-2023
  "Natural language processing of fleet data"
  PI: Mohit Iyyer
  *$136,295*

- Adobe Faculty Research Gift, 2019-2023
  PI: Mohit Iyyer
  *$200,000 cumulative*

- IBM Faculty Award, 2020
  PI: Mohit Iyyer
  *$20,000*

- NSF CCRI Planning Grant, 2019-2020
  "Planning for the Development of a Platform to Support Multilingual and Multi-Domain Coreference Annotation for Natural Language Processing Research"
  PI: Brendan O'Connor, co-PI: Mohit Iyyer
  *$100,000*

- Genpact Faculty Gift, 2019
  PI: Mohit Iyyer
  *$50,000*

- Sony Research Award, 2019
  PI: Mohit Iyyer
  *$60,000*

- Intuit AI Award, 2019
  PI: Mohit Iyyer
  *$133,750*

- Facebook Robust Deep Learning for NLP Award, 2019
  PIs: Brendan O'Connor & Mohit Iyyer
  *$76,905*

- Allen Institute Young Investigator Award, 2018
  PI: Mohit Iyyer
  *$125,000*

## ADVISING

### POSTDOCS:

Marzena Karpinska (2020-2024)

### PHD ADVISEES:

Shufan Wang (2019-), CS

Katherine Thai (2020-), CS

Yixiao Song (2022-), Linguistics & CS, *co-advised with Rajesh Bhatt*

Yapei Chang (2022-), CS

Chau Pham (2022-), CS

Yekyung Kim (2023-), CS

Jenna Russell (2024-), CS

Rishanth Rajendhran (2024-), CS

### PHD ALUMNI:

- Kalpesh Krishna (2018-2023), CS, *Google PhD Fellow, now research scientist at Google Gemini*
- Tu Vu (2018-2023), CS, *research scientist at Google DeepMind & Asst. Prof at Virginia Tech*
- Simeng Sun (2019-2024), CS, *research scientist at Nvidia*
- Andrew Drozdov (2018-2024, *co-advised with Andrew McCallum*), CS, *research scientist at Databricks*
- Nader Akoury (2018-2024), CS, *postdoc at Cornell*

On committee:

    Emma Strubell (UMass CS PhD, 2019)

    Patrick Verga (UMass CS PhD, 2019)

    Carolyn Anderson (UMass Linguistics PhD, 2020)

    Luke Vilnis (UMass CS PhD, 2020)

    Su Lin Blodgett (UMass CS PhD, 2020)

    Brandon Prickett (UMass Linguistics PhD, 2020)

    Abe Handler (UMass CS PhD, 2021)

    Katie Keith (UMass CS PhD, 2021)

    Chen Qu (UMass CS PhD, 2021)

    Chenyun Wu (UMass CS PhD, 2021)

    Trapit Bansal (UMass CS PhD, 2021)

    Rajarshi Das (UMass CS PhD, 2022)

    Xiang Lorraine Li (UMass CS PhD, 2022)

    Haw-Shiuan Chang (UMass CS PhD, 2022)

    Subendhu Rongali (UMass CS PhD, 2022)

    Difan Liu (UMass CS PhD, 2022)

    Virat Shejwalkar (UMass CS PhD, 2022)

    Jyoti Iyer (UMass Linguistics PhD, 2022)

    Pinelopi Papalampidi (University of Edinburgh Informatics PhD, 2022)

    Mahmood Jasim (UMass CS PhD, 2023)

    Shahrzad Naseri (UMass CS PhD, 2023)

    Pengshan Cai (UMass CS PhD, 2023)

    Dung Thai (UMass CS PhD, 2023)

    Pengshan Cai (UMass CS PhD, 2023)

    Youngwoo Kim (UMass CS PhD, 2024)

    Sheshera Mysore (UMass CS PhD, 2024)

    Zhiqi Huang (UMass CS PhD, 2024)

    Taisiya Glushkova (Instituto Superior Técnico CS PhD, 2024)

MENTORING:

Jiarui Liu (2023-), UMass CS MS

Ipsita Bhattacharjee (2023-2024), UMass CS UG

Ronan Salz (2022-2023), UMass CS UG

Naveen Nizar (2022), UMass CS MS

Nishant Raj (2022), UMass CS MS

Xiaoyu Song (2021-2022), UMass CS MS

George Wei (2021-2022), UMass CS UG

Yapei Chang (2020-), Smith CS UG, *now PhD student in my group*

Shriya Atmakuri (2021), UMass CS MS

Evan Moore (2020-2021), UMass CS MS

Kavya Jeganathan (2020-2021), UMass CS UG

Luke Yeh (2018-2020), UMass CS UG

Wenlong Zhao (2020-2021), UMass CS MS, *now CS PhD student at UMass*

Sangeetha Balasubramanian (2020-2021), UMass CS MS, *now at ML engineer at Amazon*

Akshita Bhagia (2019-2020), UMass CS MS *now research engineer at AI2*

Dhruvil Gala (2019-2020), UMass CS UG, *now at Microsoft*

Varun Sharma (2019-2020), UMass CS MS, *now at Bloomberg*

Weiqiu You (2018-2020), UMass CS MS, *now PhD student at UPenn*

Jack Merullo (2018-2020), UMass CS UG *now PhD student at Brown*

Davis Yoshida (2016), CU Boulder undergraduate, *now PhD student at TTIC*

Danny Bouman (2015), UMD College Park undergraduate

## TEACHING

Spring 2024: Advanced Natural Language Processing (CS685), *204 students*

Spring 2023: Advanced Natural Language Processing (CS685), *168 students*

Spring 2022: Advanced Natural Language Processing (CS685), *110 students*

Fall 2021: Advanced Natural Language Processing (CS685), *120 students*

Fall 2020: Advanced Natural Language Processing (CS685), *122 students*

Spring 2019: Deep Learning for Natural Language Processing (CS690D), *106 students, new course*

Fall 2019: Introduction to Natural Language Processing (CS585), *200 students*

Fall 2018: Introduction to Natural Language Processing (CS585), *107 students*

## INVITED TALKS

Aug 2024: keynote at KDD CUP 2024 RAG workshop

Jul 2024: keynote at Workshop on Long Context Foundation Models (ICML 2024)

Jun 2024: talk at Tel Aviv University NLP seminar

Feb 2024: talk at University of Chicago / TTIC

Dec 2023: talk at University of Tokyo

Nov 2023: talk at MIT Embodied Intelligence seminar

Nov 2023: talk at UPenn CLunch

Oct 2023: talk at UMD CLIP Colloquium

Jul 2023: keynote at SIGIR Workshop on Retrieval-Enhanced Machine Learning

May 2023: talk at EACL Workshop on Insights from Negative Results in NLP

Apr 2023: talk at NYU Text-as-Data series

Dec 2022: talk at IndoML 2022

Jul 2022: lecture at 6th International Gran Canaria School on Deep Learning

May 2022: talk at Baidu Research *(remote)*

Apr 2022: talk at UNC Chapel Hill *(remote)*

Oct 2021: talk at Cornell AI seminar *(remote)*

Jun 2021: talk at Yandex NLP seminar *(remote)*

Jun 2021: talk at Cambridge NLP seminar *(remote)*

Mar 2021: talk at Georgia Tech NLP seminar *(remote)*

Sep 2020: talk at UMass CICS Computing and Social Justice series *(remote)*

Sep 2020: talk at UPenn CLunch *(remote)*

Aug 2020: talk at Data Science fwdays'20, Kyiv *(remote)*

Jul 2020: talk at USC/ISI Boston office *(remote)*

Nov 2019-Jan 2020: *Towards story generation*: NYU, Google AI Language, CMU LTI

Nov 2019: *Racial bias in sports commentary*: Brown University

Sep 2019: *Neural Question Answering and Generation*: IBM QA and Semantic Parsing workshop

Mar 2019: *Neural Language Modeling*: UMass Cognitive Brown Bag

Nov 2018: *Deep Learning for Question Answering*: University of Antwerp

Oct 2018-May 2019: *Towards Understanding Narratives with Artificial Intelligence*: University of Vermont (Science of Stories Symposium), WPI, UMass Data Science for the Humanities Series, Amazon Cambridge

July 2018: *Generating QA Dialogs from Documents*: TTIC Language Generation workshop

Mar 2018: *Generating Adversarial Examples with Syntactically Controlled Paraphrase Networks*: USC/ISI NL Seminar

Feb 2018: *Towards Understanding Creative Language with Artificial Intelligence*: Ursinus College

Jan 2018: *Generating Syntactic Adversaries with Controlled Paraphrasing*: Indian Institute of Science, Bengaluru

Feb-April 2017, *Deep Learning for Creative Language Understanding*: UC Davis, TTIC, CMU, Dartmouth, Northeastern, UC Santa Cruz, UMass Amherst, WUSTL, Microsoft Research, Allen Institute for AI

Jan 2017: Talk at CU Boulder Stats, Optimization, and Machine Learning seminar

Nov 2016: Talk at UMass Amherst Machine Learning & Friends Lunch

## EXTERNAL SERVICE & OUTREACH

Senior Area Chair for ACL 2025, ACL 2024, ACL 2023, ACL 2022, COLING 2022, EMNLP 2021

Ethics Chair for COLM 2024

Area Chair for EMNLP 2024, ICLR 2024, EMNLP 2023, EMNLP 2022, ACL 2021, NAACL 2021, EMNLP 2020, ACL 2020, CoNLL 2019, EMNLP 2019

Program Committee/Reviewer for TACL, ACL, EMNLP, NAACL, ICLR, NIPS, ICML, CVPR

Sponsorship co-chair of NAACL 2024

Co-organizer of 5th Workshop on Narrative Understanding (WNU) at ACL 2023

Co-organizer of 4th Workshop on Narrative Understanding (WNU) at NAACL 2022

Co-organizer of 1st Workshop on Document-grounded Dialogue and Conversational QA (DialDoc) at ACL 2021

Co-organizer of 3rd Workshop on Narrative Understanding (WNU) at NAACL 2021

Co-organizer of 1st Joint Workshop on Narrative Understanding, Storylines, and Events (NUSE) at ACL 2020

Guest Editor of PLOS ONE Science of Stories Collection

Co-organizer of Narrative Understanding Workshop at NAACL 2019

Publicity Chair of EMNLP 2018

Co-organizer of Human-Computer Question Answering Competition at NIPS 2017

Co-organizer of Human-Computer Question Answering Workshop at NAACL 2016

Co-organizer of Mid-Atlantic Student Colloquium on Speech, Language and Learning (MASC-SLL) 2016

Talk at DC-NLP Meetup on "Deep Learning for Question Answering"

Introductory talk to high schoolers about the technology behind our quiz bowl system

## Institutional Service

Internal awards committee (2021-)

Graduate program committee (2020)

Data science faculty recruiting committee (2019)

Annual faculty review committee (2019)

Graduate program committee (2018)

PhD admissions committee (2018)

## Media

2024 TechCrunch article on our NoCha benchmark

2023 UMass Magazine feature on our literary machine translation work

2023 UMass press release covering our award-winning work on LongEval

Spoke about large language models and ChatGPT on local news stations in 2023: GBH, WWLP (and again here), Western Mass News (and again here)

EMNLP 2019 football racial bias press: The Undefeated

CVPR 2017 comic books press: MIT Tech Review, Digital Trends

NAACL 2016 relationships press: Aeon

EMNLP 2014 quiz bowl press: UMIACS, Terp, Diamondback, Colorado CS

QANTA defeats Ken Jennings, 300-160

QANTA quiz bowl system exhibition match against a team of four former Jeopardy champions in May 2015 (result: 200-200 tie)

## Patents

Richard Socher, Ankit Kumar, Ozan Irsoy, Mohit Iyyer, Caiming Xiong, Stephen Merity, Romain Paulus. *Dynamic memory network*. United States Patent #11113598. September 7, 2021.

Matthew E. Peters, Mark Neumann, Mohit Iyyer, Matt Gardner, Christopher Clark, Kenton Lee, Luke Zettlemoyer. *System and methods for performing NLP related tasks using contextualized word representations*. United States Patent #11030414. June 8, 2021.

## EXHIBIT B

### Materials Relied Upon

**Academic Articles**

1. Leo Gao et al., *The Pile: An 800GB Dataset of Diverse Text for Language Modeling* (arXiv, December 31, 2020), *available at* https://doi.org/10.48550/arXiv.2101.00027.
2. Carolyn Caffrey Gardner & Gabriel J. Gardner, *Fast and Furious (at Publishers): The Motivations behind Crowdsourced Research Sharing*, 78 College & Research Libaries 131, 132 (2017), *available at* https://www.researchgate.net/publication/317117356_Fast_and_Furious_at_Publishers_The_Motivations_behind_Crowdsourced_Research_Sharing.
3. Vladmir V . Bochkarev et al., *The Average Word Length Dynamics as an Indicator of Cultural Changes in Society*, 12 Soc. Evolution & Hist. 153, 155 (2015), *available at* https://www.sociostudies.org/journal/files/seh/2015_2/153-175.pdf.

**Produced Documents, Data and Source Code**

1. ANT_BARTZ_000002544.
2. ANT_BARTZ_000436674.
3. ANT_BARTZ_000436675.
4. ANT_BARTZ_000004894.
5. ANT_BARTZ_000436666.
6. ANT_BARTZ_000000005.
7. ANT_BARTZ_000436661.
8. ANT_BARTZ_000436662.
9. ANT_BARTZ_000436663.
10. ANT_BARTZ_000436664.
11. ANT_BARTZ_000436665.
12. ANT_BARTZ_000436666.
13. BARTZ_ZHAO_CERT_000000506.
14. BARTZ_ZHAO_CERT_000000507.
15. BARTZ_ZHAO_CERT_000000509.

**Deposition Transcripts**

1. Deposition of Ben Y. Zhao.

**Declarations**

1. Declaration of Ben Y. Zhao, PhD in support of Plaintiffs' Motion for Class Certification.
2. Declaration of Mycal Tucker in support of Defendant Anthropic PBC's Opposition to Plaintiffs' Motion for Class Certification.

**Web Sources**

1. *A guide to filling metadata fields, Library Genesis Project Wiki* (Nov. 19, 2022), https://wiki.mhut.org/content:bibliographic_data.

2. Alex Reisner, *These 183,000 Books Are Fueling the Biggest Fight in Publishing and Tech*, The Atlantic (Sept. 25, 2023), *available at* https://www.theatlantic.com/technology/archive/2023/09/books3-database-generative-ai-training-copyright-infringement/675363/.

3. Alex Reisner, *Revealed: The Authors Whose Pirated Books are Powering Generative AI*, The Atlantic (Aug. 19, 2023), *available at* https://www.theatlantic.com/technology/archive/2023/08/books3-ai-meta-llama-pirated-books/675063/.

4. Alex Reisner, *Search LibGen, the Pirated-Books Database That Meta Used to Train AI*, The Atlantic (Mar. 20, 2025), *available at* https://www.theatlantic.com/technology/archive/2025/03/search-libgen-data-set/682094/.

5. Anna's Blog, Introducing the Pirate Library Mirror (July 1, 2022), *available at* https://annas-archive.org/blog/blog-introducing.html.

6. *Archivists Are Trying to Make Sure LibGen Never Goes Down*, Hacker News (Dec. 3, 2019), *available at* https://news.ycombinator.com/item?id=21692222.

7. *Best Books of the Decade: 1920s*, goodreads.com, (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/39.Best_Books_of_the_Decade_1920s.

8. *Best Books of the Decade: 1940s*, goodreads.com, (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/23.Best_Books_of_the_Decade_1940s.

9. *Best Books of the Decade: 1970s*, goodreads.com, (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/21.

10. *Bibliotik Open for Signup - Fiction/Non=Fiction E-Books, E-Learning Torrents & More*, FILEnetworks Blog (Nov. 14, 2009), *available at* https://filenetworks.blogspot.com/2009/11/bibliotik-open-for-signup-fictionon.html.

11. Don Leeper, *How many pages will your book have? A castoff can tell you*, Bookmobile (July 13, 2015), *available at* https://www.bookmobile.com/print-positive/how-many-pages-will-your-book-have/.

12. Leda Manos, *6 Free E-Book Download Sites Like Z-LIbrary, and Their Legality* (Nov. 14, 2022), *available at* https://www.laweekly.com/6-free-e-book-download-sites-like-z-library-and-their-legality/.

13. Library Genesis: Miner's Hut, https://forum.mhut.org/viewtopic.php?t=6423.

14. *Non American Books that Every American Should Read*, goodreads.com (last visited Apr. 15, 2025), *available at* https://www.goodreads.com/list/show/5534.Non_American_books_that_every_American_should_read.

15. *Rules for contributing to the Library Genesis non-fiction collection*, Library Genesis Project Wiki (May 30, 2021), *available at* https://wiki.mhut.org/content:non-fiction.

## CERTIFICATE OF SERVICE

I, Douglas A. Winthrop, am the ECF user whose identification and password are being used to file the foregoing **DECLARATION OF MOHIT IYYER IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**.


Dated: April 17, 2025

                     */s/ Douglas A. Winthrop*