Justin A. Nelson (*Pro Hac Vice*)
Alejandra C. Salinas *(Pro Hac Vice)*
Collin Fredricks *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Jordan W. Connors *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser *(Pro Hac Vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com

*Proposed Co-Lead Counsel*

Rachel Geman *(Pro Hac Vice)*
Jacob S. Miller *(Pro Hac Vice)*
Danna Z. Elmasry *(Pro Hac Vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com

*Proposed Co-Lead Counsel*

Scott J. Sholder *(Pro Hac Vice)*
CeCe M. Cole *(Pro Hac Vice)*
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | Case No.: 3:24-cv-05417-WHA<br><br>**DECLARATION OF JACOB S. MILLER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION** |

I, Jacob S. Miller, declare:

1.      I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiffs in the above-captioned case. I am a member of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      Attached as **Exhibit 40** is a true and correct copy of a document titled, "An Economic Model for Compensating Data Producers," produced by Anthropic PBC as ANT_BARTZ_000004895.

3.      Attached as **Exhibit 41** is a true and correct copy of a document titled, "Data Equity," produced by Anthropic PBC as ANT_BARTZ_000004899.

4.      Attached as **Exhibit 42** is a true and correct copy of a document titled, "Product visions for early 2025," produced by Anthropic PBC as ANT_BARTZ_000184269.

5.      Attached as **Exhibit 43** is a true and correct copy of an email produced by Anthropic PBC as ANT_BARTZ_000227005.

6.      Attached as **Exhibit 44** is a true and correct copy of Slack messages in a channel called "Anthropic_add-high-quality-data-to█████" produced by Anthropic PBC as ANT_BARTZ_000389147.

7.      Attached as **Exhibit 45** is a true and correct copy of a document titled, "Panama Data Partnerships Tech Ops Overview," produced by Anthropic PBC as ANT_BARTZ_000365927.

8.      Attached as **Exhibit 46** is a true and correct copy of a portion of Anthropic's source code, produced by Anthropic PBC as ANT_BARTZ_000533421-2.

9.      Attached as **Exhibit 47** is a true and correct copy of Slack messages in a channel called "_ptevals-09182024," produced by Anthropic PBC as ANT_BARTZ_000389522.

10.     Attached as **Exhibit 48** is a true and correct copy of a document titled "Microsoft Data Access and Delivery Agreement," produced by Harper Collins as HC004_ANT0001559.

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO. 3:24-CV-05417-WHA

11.     Attached as **Exhibit 49** are true and correct copies of excerpts of the Deposition of Mycal Tucker, taken on April 29, 2025.

12.     Attached as **Exhibit 50** are true and correct copies of excerpts of the Deposition of Mohit Iyyer, taken on April 30, 2025.

13.     Attached as **Exhibit 51** is a true and correct copy of a document titled, "The Anthropic Economic Index," produced by Anthropic PBC as ANT_BARTZ_000004875.

14.     Attached as **Exhibit 52** is a true and correct copy of Mar. 6, 2025 post on Anthropic's website entitled *Anthropic's Recommendations to OSTP for the U.S. AI Action Plan*, accessed by Plaintiffs on May 5, 2025 at this URL: https://www.anthropic.com/news/anthropic-s-recommendations-ostp-u-s-ai-action-plan.

15.     Attached as **Exhibit 53** is a true and correct copy of a January 31, 2025 article on Anna's Archive entitled *Copyright Reform is Necessary for National Security*, accessed by Plaintiffs on May 5, 2025 at this URL: https://annas-archive.li/blog/ai-copyright.html.

16.     Attached as **Exhibit 54** is a true and correct copy of an order in *UMG Recordings, Inc. et al v. Uncharted Labs, Inc. et al*, 1:24-cv-04777-AKH (S.D.N.Y. May 1, 2025), ECF No. 95.

17.     Attached as **Exhibit 55** is a true and correct copy of the verdict form used in *Hargis v. Pacifica Senior Living Mgmt.*, LLC, 2:22-cv-06989-MCS-PD (C.D. Cal. Dec. 18, 2023), ECF No. 104.

18.     Attached as **Exhibit 56** is a true and correct copy of the verdict form used in *Disney v. Vidangel*, No. 2:16-CV-04109 (C.D. Cal. June 17, 2019), ECF No. 494.

19.     Attached as **Exhibit 57** is a true and correct copy of the verdict form used in *Sony Music Ent. v. Cox Comms.*, No. 1:18-cv-950 (E.D. Va. Dec. 19, 2019), ECF No. 669.

20.     Attached as **Exhibit 58** is a true and correct copy of the verdict form used in *Krakauer v. Dish Network LLC*, 1:14-cv-333 (M.D.N.C. Jan. 19, 2017), ECF No. 292.

21.     Attached as **Exhibit 59** are true and correct copies of excerpts of the Deposition of the deposition of Andrea Bartz and Andrea Bartz, Inc., taken on March 7, 2025.

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF CLASS CERTIFICATION
CASE NO. 3:24-CV-05417-WHA

22.     Attached as **Exhibit 60** are true and correct copies of excerpts of the Deposition of the deposition of Charles Graeber, taken on March 5, 2025.

23.     Attached as **Exhibit 61** are true and correct copies of excerpts of the Deposition of the deposition of Kirk Wallace Johnson and MJ+KJ, Inc., taken on March 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May, 2025 in New York, NY.


*/s/ Jacob S. Miller*_____
Jacob S. Miller

DECLARATION OF JACOB S. MILLER
IN SUPPORT OF CLASS CERTIFICATION
CASE NO. 3:24-CV-05417-WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing and all documents attached

hereto were served May 1, 2025 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman

- 4 -