# EXHIBIT 41

# Data Equity

Chris Olah Jan 2, 2023

**Related to** Dario Amodei**'s** An Economic Model for Compensating Data Producers

As we consider buying data from various actors, it seems confusing to think about what a "fair price" for that data is. Some of the questions that bother me include:

- If I was a publisher, I'd worry that the future value of data may be very high if AI radically succeeds and I'm not capturing that. The price any company will give me now doesn't include the value of tail success. Maybe I'm sitting on the "oil of the future" and giving it away for pennies.

- Anthropic believes that data varies quite a bit in "quality". Possibly some data is worth a large factor more per token than others. But we have very little understanding of this right now and so can't fairly value data.

- There's a plausible legal framework where the cost of data should just be the market cost to acquire a normal copy (since everything is fair use). But if AI radically succeeds, it doesn't really feel fair for data creators to not be compensated more.

*Data equity* is an idea for a legal framework addressing these concerns.

## Sketch

- We create a legal vehicle representing "data creators" whose data Anthropic uses.

- Anthropic issues a large share of equity, representing X% of the company (10%?), to the data vehicle.
    - It might be most fair to think of data as owning some fraction of Anthropic "at creation".

- Many years in the future, Anthropic tries to *retrospectively* determine the relative value of all data sources. This determines what fraction of the data vehicle equity is allocated to a given data creator. The retrospective analysis considers:
    - When Anthropic started using the data
    - Data quality
    - What use cases the data improves
    - Counterfactual availability of that type of data
    - Negotiated multipliers (see below)

Highly Confidential – Attorneys' Eyes Only                                                                                              ANT_BARTZ_000004899

- In cases where we buy data, we negotiate down-weighting the value of data. This represents a fraction of data value which Anthropic "bought back".
    - Example: Publisher ABC gives us access to 10T tokens of published content for $1M, but get a 0.5x multiplier on the value of their data in the retrospective analysis.
    - Example: Publisher XYZ only wants data equity. They give us access to 1T tokens solely for data equity.
    - Example: Publisher LMN doesn't believe AI is important. They only want an upfront fee at the normal market rate.
    - The fraction of data value which Anthropic "bought back" with down weighting is returned to the normal equity pool somehow?
- A significant portion of data equity will ultimately be allocated to sources we can't directly return value to – anonymous content creators, or creators with such small amounts of content it isn't practical to track them down. This value is donated to appropriate charities (eg. those working to ameliorate the effect of AI unemployment).

## Analysis

- An important property of this framework is that data equity dilutes independently of normal company dilution. Data dilutes when more sources of data funge each other.
    - On the other hand, further investment dilutes data more.

Highly Confidential – Attorneys' Eyes Only
ANT_BARTZ_000004900