# EXHIBIT 42

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

# Product visions for early 2025
Matt Bell  Jun 15, 2023
go/claude-versions

We want to have a concrete and inspiring vision of the transformative role AI can play in society in 2025. This will serve several purposes.

First, it gives us a way of sharing with the broader world the positive transformations we believe could happen with TAI. Architecture decisions we make over the next year or two could shape the longer term relationship that human and machine intelligence have going forward. This could be impactful in the same way as, say, the Von Neumann architecture was for computers, or Tim Berners-Lee's proposal for the World Wide Web shaped the consumer adoption of the internet.

Second, for the product team, it's also an exciting point on the horizon to work towards; it will inform medium term decisions about what initiatives to pursue and what technologies to develop to get us there. We'll want to find clear stepping stones between where we are now and the long term vision, where we get technological proof points and market feedback along the way. Companies like Magic Leap that aim straight for their super-ambitious final destination end up disconnected from reality and burn an obscene amount of money, ultimately falling behind competitors who were able to absorb market feedback and build organizational muscle. SpaceX is probably a great example of doing this right. The founders (yes, there's more than one!) had the borderline ridiculous goal of achieving human settlement on Mars, but they broke it down into a series of steps that achieved proof points and profit along the way. First they got good at building small, profitable, low cost rockets, then they got good at building medium sized, profitable, low cost rockets, then they figured out how to make rockets reusable to further lower the cost, then they became the world's largest provider of orbital launch capability with their superior product, then they built the world's largest rocket and almost got it into space on the first try… and if they can generate enough demand for heavy lift launch capability, then they can mass produce these giant rockets and start sending them to Mars. The long term goal kept the team inspired and focused, and the steps along the way gave the team the skills and the revenue to succeed.

Dario's vision doc has highlighted (or implied) some key characteristics that a long term product vision should possess:
- We need to solve difficult alignment issues, particularly around stability over long term planning horizons as well as minimal supervision (ie does the agent start going off course on increasingly long horizon tasks). Focusing work on products that require breakthroughs in these areas will help ensure positive TAI.
- We intend to hit $100M ARR this year and achieve enough market share (30%) to have a significant impact on TAI outcomes. This means we have to be responsive to market needs and pursue the areas of greatest demand.
- The Teal model will be significantly more powerful than Lark but also slower and more expensive, and its market niche will involve taking advantage of its vast raw reasoning

**Commented [1]:** I think that OpenAI is probably currently making $600MM/year so we'd need $180MM to have 30% market share? [Author:Tom Brown],[Creator:1297307460],[Date:6/20/2023 12:31:00 AM]

**Commented [2]:** i'm not sure where the 30% number came from, but the $100M number is from dario's 2023 plan doc [Author:Ben Mann],[Creator:1297307460],[Date:6/20/2023 6:32:00 AM]

**Commented [3]:** OAI's revenue numbers are private and rapidly evolving, so not sure we should try to pin to them more than a factor of 2-5 [Author:Ben Mann],[Creator:1297307460],[Date:6/20/2023 6:33:00 AM]

**Commented [4]:** I'm not sure if this is the case, given hardware improvements [Author:Jared Kaplan],[Creator:1297307460],[Date:6/15/2023 7:24:00 PM]

**Commented [5]:** OK -- I thought I originally heard this from you, but maybe it was Dario? How much faster do we expect the new TPUs to be? I assume we would not bother to train a new model unless it was significantly more powerful than Claude 2, so I assume it would be several times larger in terms of # of params. [Author:Matt Bell],[Creator:1297307460],[Date:6/16/2023 1:41:00 AM]

**Commented [6]:** My understanding is the new hardware will speed up Lark and Teal inference.

So Teal may be similar/faster than current Lark, but it will still be a question of customer tradeoff in terms of performance and latency/throughput.

My guess is that the expected latency improvements are worth making concrete, since lower latency un... [1]

**Commented [7]:** I think it'll be 2x or 3x faster. Lark is actually too big, so Teal will likely not be that much larger, though there are new options in this space that could change things in a variety of dramatic ways. [Author:Jared Kaplan],[Creator:1297307460],[Date:6/17/2023 4:... [2]

**Commented [8]:** I agree that it will be faster and cheaper [Author:Tom Brown],[Creator:1297307460],[Date:6/20/2023 12:30:00 AM]

**Commented [9]:** OK -- I'll update the doc! [Author:Matt Bell],[Creator:1297307460],[Date:6/20/2023 6:55:00 AM]

power and information processing ability to automate intellectually demanding tasks that Claude and GPT4 cannot accomplish.

There have been three major visions for TAI articulated. Better descriptions of these visions exist elsewhere, but I've tried to capture the key points of each here.

### Claude the Virtual Employee (AKA Claude the Robot)

Claude is able to take a well-defined role at a company, whether it's in software development, marketing, operations, or any other part of the team, and just do the job. It would use the same interfaces humans do if need be, or it could directly access APIs to get the work done faster. It would scrupulously document its work, be audited by a mixture of automated and human systems, and check in with its manager on any decisions above a certain level of importance or irreversibility so that the humans in the org are confident it's doing what they want. The first versions of this virtual employee would probably spike in different areas than its human counterparts do – eg Claude the marketer might be able to read, respond to, and summarize thousands of tweets and blog posts in a day, but a human marketing employee is more likely to know whether now is the right time to do a top-to-bottom rebranding of the company, or whether adopting an animal mascot in the logo is the right idea.

> **Commented [10]:** Palantir CTO seems to talk about this vision as well.
>
> Palantir AIP Capabilities Demonstration | CTO Shyam Sankar at AIPCon
> https://www.youtube.com/watch?v=akieze8_tSE
> [Author:Daniel Ford],[Creator:1297307460],[Date:6/20/2023 5:50:00 PM]

> **Commented [11]:** Wouldn't Claude here have its own account too? I think we might want to distinguish Claude the Virtual Contractor/Freelancer vs Claude the Virtual FT Employee? Trying to understand how personal assistant and virtual employee differ [Author:Karina Nguyen],[Creator:1297307460],[Date:6/20/2023 11:36:00 PM]

### Claude the personal assistant (Claude the Cyborg)

Claude is an extension of your will, an AI chief of staff that dramatically amplifies your ability to get things done. If you need to document your code, write a difficult email, research a topic of relevance to a project you're doing, do your taxes, or confer with your advisers on an issue, Claude makes it happen. You're free to focus on high level intellectual tasks. There is some overlap with the Virtual Employee here, but the main difference is that this Claude would have far less agency or autonomy to develop its own goal hierarchy over long time horizons. Its goals are your subgoals, and while it might be proactive at your request, by default it's there as an intelligent tool that you can pick up when you want. This Claude would need to be able to have access to most of your accounts and maintain a deep mental model of everything you know, do, and care about so that it can best model your needs and desires. There are issues of impersonation and trust that are very important to solve. Claude will need to know how to earn your trust by presenting the right information at the right time and checking in before taking actions it needs your input on.

> **Commented [12]:** This strikes me as a better public vision/horizon than the virtual employee (more likely to elicit "yes, I can't wait to have that" than to weird/freak people out). [Author:Brian Israel],[Creator:1297307460],[Date:6/22/2023 8:59:00 PM]

> **Commented [13]:** This just seems like a new kind of employee (AI CEO, Chief of Staff, etc on steroids) [Author:Neerav Kingsland],[Creator:1297307460],[Date:6/25/2023 3:30:00 PM]

> **Commented [14]:** I think it actually isn't. It would be like calling Slack a secretary.
>
> The difference with the intelligent org infrastructure is that it's vastly superhuman at reading and noticing patterns in large volumes of information, even if its understanding of complex concepts is not at human level. Imagine if Slack basically came alive and started helping us all succeed at our jobs by orienting us toward information relevant to us, connecting people working on similar efforts, enhancing team coordination, helping resolve disputes etc. [Author:Matt Bell],[Creator:1297307460],[Date:6/25/2023 5:45:00 PM]

> **Commented [15]:** Got it will mull over. Thx. [Author:Neerav Kingsland],[Creator:1297307460],[Date:6/25/2023 6:18:00 PM]

### Claude as intelligent org infrastucture

Claude is proactive, living collaboration infrastructure that makes everything in an organization better. Existing collaboration tools like Slack and Asana are passive and don't take anything more than simple actions on our behalf. AI-first versions of these tools would proactively take steps to make organizations and their employees as effective as possible while still respecting everyone's individual and collective goals. Humans' abilities to understand what's happening in large (or even medium size 200 person) organizations is limited. This leads to all the problems

we see in larger orgs – siloing, miscommunication, duplication of effort, goal misalignment between teams, factions, execs unaware of what's actually happening in the org, employees not knowing who to go to in order to get approval for something, etc.  Because Claude can consume, understand, and produce information at a much faster rate than humans, Claude is uniquely situated to deal with the information overload that orgs experience.  For example, a Claude that could read and understand everything that happens in Slack, Google Docs, and Google Meet could do a wide range of things to help employees be more productive and happier.  Since this is a relatively new concept, there are many concrete use cases described at the bottom of the linked doc. Claude the Cyborg and Claude the Robot are both systems that work 1 on 1 with you, whereas this is a system that works 1 on 1 with an entire organization. Cyborg and Robot differ on the axis of "do you treat it as an intelligent tool, or do you treat it as a standalone entity with its own goals?" as well as "where does Claude operate: your computer or somewhere else?"  By comparison, this conception is agnostic to where Claude operates, and instead is opinionated about what Claude focuses on and why: coordination between humans as well as organization and routing of knowledge and insights.

The following table contains some comparisons between the three visions across key points of consideration.

|  | **Virtual employee: Claude the Robot** | **Personal assistant: Claude the Cyborg** | **Claude as org infrastructure:** |
|---|---|---|---|
| What is it? | Claude is a standalone employee taking actions on its own over long time horizons | Claude is an extension of your will, a chief of staff who makes things happen on your behalf, but checks in before taking specific actions | Claude is pervasive intelligence that makes everything in your org work better |
| What's the most positive long term vision of this? | Productivity gains are so enormous that society can thrive on UBI, and the only people who still work are the ones who want to.<br><br>Everyone is the CEO of their own corporation of AIs. | Humans evolve into immensely capable human-AI hybrids and enter the post-Singularity world together. | Team, company, and societal scale organization at a level we've never seen before. Groups of humans achieve incredible things together, and every team culture brings out the best self in every team member. Corporations |

**Commented [16]:** is this necessarily true? why couldn't claude the robot work with many different people at an organization? [Author:Ben Mann],[Creator:1297307460],[Date:6/16/2023 7:02:00 AM]

**Commented [17]:** Good point, Claude the Robot would have a lot of 1 on 1 relationships with other employees. [Author:Matt Bell],[Creator:1297307460],[Date:6/16/2023 8:08:00 AM]

**Commented [18]:** No reason it couldn't have N:1 relationships too by eg participating in Slack threads and Google Docs etc. [Author:Ben Mann],[Creator:1297307460],[Date:6/16/2023 8:58:00 AM]

**Commented [19]:** I did see Claude the Robot as 1:N, FWIW. But I agree this vision is different (and also exciting to me), focusing more on Claude being omnipresent versus a person-like being [Author:Justin Spahr-Summers],[Creator:1297307460],[Date:6/16/2023 11:52:00 AM]

**Commented [20]:** Omnipresent Employee Claude starts looking more like Claude as Org Infrastructure, but more personified. [Author:Matt Bell],[Creator:1297307460],[Date:6/19/2023 10:17:00 PM]

**Commented [21]:** This includes governmental processes? [Author:Karina Nguyen],[Creator:1297307460],[Date:6/20/2023 11:43:00 PM]

| | | | |
|---|---|---|---|
| | | | constitutionally act in the best interests of humanity. |
| What's a reasonably likely negative outcome we'll want to avoid? | Mass unemployment followed by intense political unrest and/or unstoppable autonomous organizations sidelining humanity for their own goals. | AI assistants de-align from their humans or start to control them. Unequal access to AI compute exacerbates inequality, and powerful humans use AI augmentation to achieve very bad things. | No one working at any company trusts the creepy "helpful" panopticon. Autonomous org infrastructure is wielded by sociopathic power-seeking humans as a tool for oppression, extraction, or destruction |
| Directly replaces human workers, bringing about a common fear people have about AI | Yes | No | No |
| Potentially scary / dangerous levels of autonomy | Yes | No | Maybe |
| Does it reduce TAI risk? | Yes - it forces us to confront challenging issues of alignment over long term planning horizons and minimal human supervision | Sort of – it certainly requires us to solve near-term alignment issues around modeling humans' needs and getting hallucinations to near zero, but it doesn't tackle hard TAI issues. | Yes - organizations are the most powerful entities on the planet, and TAI will likely arise as part of a large, powerful organization. We want to ensure that the AI at the center of powerful orgs is HHH and holds humanity's best interests at heart. |
| How do users trust it day-to-day? | It provides detailed reports of what it does and provides full auditability of its actions and | It checks in before taking any actions on your behalf, | It clearly states its rules and principles, and |

**Commented [22]:** does it not replace humans? It seems to me that organizations grow because more people are needed to do certain jobs, and the way that is realized is in a hierarchy where people at the top delegate to people below, which is pretty close to the vision for Cyborg Claude [Author:Michael Sellitto],[Creator:1297307460],[Date:6/19/2023 10:54:00 PM]

**Commented [23]:** Probably not a simple yes or no here.

https://hbr.org/2021/11/automation-doesnt-just-create-or-destroy-jobs-it-transforms-them

https://www.brookings.edu/blog/up-front/2022/01/19/understanding-the-impact-of- ... [3]

**Commented [24]:** Note I'm far from the best qualified person in the org to comment on this! We have entire teams that have thought way more about this than I have. [Author:Matt Bell],[Creator:1297307460],[Date:6/15/2023 9:10:0 ... [4]

**Commented [25]:** [long comment moved below, mostly focused on trying to clarify/partition-up the TAI-risk row] [Author:Mike Lambert],[Creator:1297307460],[Date:6/16/2023 6:52:00 AM] ... [5]

**Commented [26]:** @mike@anthropic.com i copied your comment here to the bottom of the doc to make it more readable [Author:Ben Mann],[Creator:1297307460],[Date:6/16/2023 7:04:00 AM] ... [6]

**Commented [30]:** i would've phrased this differently: if AI is at the core of organizational decision making, its essential that the information and recommendations it's providing be unbiased, true, etc [Author:Ben Mann],[Creator:1297307460],[Date:6/15/2023 11 ... [10]

**Commented [31]:** That makes sense. [Author:Matt Bell],[Creator:1297307460],[Date:6/16/2023 2:05:00 AM]

**Commented [27]:** i'm not so sure... eg asking a human for confirmation on every POST request will just lead to blind affirmation, so we'll need to figure out what steps merit human approval, and which can be done autonomously. seems like a TAI-level problem. ... [7]

**Commented [28]:** It might not be a TAI level problem -- this is the sort of thing we'll need a decently good solution for in markets like customer support, where we'll want Claude to directly answer basic questions without checking in with a human, but check in wit ... [8]

**Commented [29]:** oh i just meant "this will be a problem when we have TAI too", not "we will need TAI to solve this" or "we won't have to think about this until TAI" [Author:Ben Mann],[Creator:1297307460],[Date:6/16/2023 6:5 ... [9]

|  | | | | |
|---|---|---|---|---|
|  | motivations for doing so. | unless the desired action is clear from the initial order. | provides customized and transparent dashboards on the state of the org to anyone who wants them. | **Commented [32]:** I think APIs are the only necessary control mechanism for Claude the Robot [Author:Justin Spahr-Summers],[Creator:1297307460],[Date:6/16/2023 11:55:00 AM] |
| Are there incremental versions of this that provide a smooth adoption curve and product roadmap with profitable products along the way? | Not in the same form – the path to virtual employee actually looks a lot like the personal assistant, but with more emphasis on autonomy. Maybe we start with building a virtual assistant and push towards virtual employee when we think our alignment capabilities work is sufficient to do it safely. | Yes – there's a natural evolution from Claude Chat type apps to powerful personal assistants. Enterprise partners like Notion could help us pursue enabling technologies in this area. | Yes – incremental addition of AI capabilities to corporate productivity software will provide a smooth ramp to this vision. Enterprise partners like Slack could help us pursue enabling technologies in this area. | **Commented [33]:** What happens when it needs to use software that lacks an API, or browse the web for answers? [Author:Matt Bell],[Creator:1297307460],[Date:6/19/2023 10:18:00 PM]  **Commented [34]:** I agree with Justin, it seems like e.g. mobile browser multimodal makes it better, but API access isn't bad [Author:Tom Brown],[Creator:1297307460],[Date:6/20/2023 12:39:00 AM]  **Commented [35]:** From what I've seen of UIPath, which has been doing workflow automation for years, they use APIs whenever possible but they have an extensive system for taking automated UI actions with mouse and keyboard events. Basically I think it'll be a mix of both unless the virtual employee is constrained to a limited set of software with good APIs [Author:Matt Bell],[Creator:1297307460],[Date:6/20/2023 6:46:00 AM] |
| What are some key breakthroughs we need to enable this? | - Full screen multimodal<br>- Ability to use a range of APIs<br>- ModeratelyVery high trustworthiness to take safe actions.<br>- **Very high ability to act autonomously within a goal hierarchy and maintain alignment on long time horizons** | - Full screen multimodal<br>- Ability to use a range of APIs<br>- Very high trustworthiness to take safe actions.<br>- Moderate ability to take actions in an ongoing way | - Ability to extract meaning from truly massive knowledge bases<br>- Ability to use a range of APIs<br>- Very high trustworthiness to take safe actions.<br>- Moderate ability to take actions in an ongoing way | **Commented [36]:** I think it needs way less trustworthiness than Claude the Cyborg because it doesn't need as many credentials? [Author:Tom Brown],[Creator:1297307460],[Date:6/20/2023 12:38:00 AM]  **Commented [37]:** It depends... as a scion of your company, it could send 1000 sales emails on your behalf without supervision. You granted it a single credential - email - and then you trusted it to go do stuff.  I think cyborg and robot actually have ~within noise the same trust requirements since you can always use UX hacks to make one look like the other. [Author:Ben Mann],[Creator:1297307460],[Date:6/20/2023 6:39:00 AM] |
| Potential business challenges: | Is somewhat harder to do without cooperation of tech giants.  (If no API access, Claude has to go through the multimodal door) | Requires credentialing and deep data access to a person's online footprint in a suspicious way; is much harder to do without cooperation of tech giants. | Is much harder to do without the cooperation of tech giants who control office productivity software. | **Commented [38]:** I think we can do this today, which is why this one of the reasons I'm excited about us pursuing this [Author:Emmanuel Ameisen],[Creator:1297307460],[Date:10/5/2023 5:25:00 PM]  **Commented [39]:** Why not OS in general? [Author:Karina Nguyen],[Creator:1297307460],[Date:6/20/2023 11:49:00 PM] |

Notes:

Either Claude as Cyborg or Claude as Org Infrastructure can evolve into Claude the Robot with time, with Claude taking on more aggressive levels of autonomy as we start to feel we have the AI alignment capabilities to support it.

### Some open questions

Do we go straight for Claude the Robot, forcing us to confront long horizon alignment and alignment with minimal human supervision as early as possible, with the theory that this is the way the world will eventually go, and it's important we solve it before the rest of the world does it poorly?

Is Claude the Robot too scary for the general public? It's harder to tell a compelling vision for it, as it literally replaces jobs. It only seems good if it's accompanied with a rosy UBI vision. By comparison, both Claude the Cyborg (everyone gets a chief of staff!) and Claude as Org Infrastructure (every org is just better!) have clear compelling stories associated with them.

All PR aside, which of these three visions actually leads to positive TAI? What happens if we pursue one and our competitors pursue a different one?

TAI will probably first emerge inside a large org because it has tremendo
us financial resources, access to a huge pile of GPUs, and tremendous access to information. This might happen at a point in time where Claude the Robot still isn't feasible yet. Basically Claude as Org Infrastructure could be an alien intelligence that is *incredibly good* at figuring out how to get 10,000 people to work together productively and happily given a set of humans providing the vision and longer term insights, but still couldn't do all the tasks required to be a startup's first marketing hire. (One comparison would be to the Facebook News Feed algorithm on a good day, which seems to find me consistently good content from 2000 friends if I've been away for a couple of days.) If this is true, maybe we should aim at Claude as Org Infrastructure so we're in a position to influence TAI.

### Mike Lambert's take on TAI risk

I don't claim to have thought about this as much as others either. A few things I do believe though:
- TAI can happen even without superintelligent AI. The world can be transformed in a bunch of ways simply due to massive amounts of so-much-cheaper-than-human Claudes, even if they're barely human / not superhuman. And that comes with a bunch of risks that need solving.
- Beyond that, there is the AGI / superintelligence / etc stuff, where all the alignment concerns come into play.

**Commented [40]:** We need to craft a better narrative around these labels, sounds too robotic and somewhat dull, doesn't feel like our brand voice at all! cc'd @everett@anthropic.com [Author:Karina Nguyen],[Creator:1297307460],[Date:6/20/2023 11:20:00 PM]

**Commented [41]:** Generally I prefer the path that minimizes non-AI software complexity, which suggests robot > cyborg > infra I think? [Author:Jared Kaplan],[Creator:1297307460],[Date:6/15/2023 10:22:00 PM]

**Commented [42]:** @jared@anthropic.com why do you prefer to minimize non-AI software complexity? my gut would've been to go the opposite order since AI is unreliable and software hacks can get us a long way without waiting for eg multimodal to be ready [Author:Ben Mann],[Creator:1297307460],[Date:6/15/2023 11... [11]

**Commented [43]:** Just because the AI is fast moving so we don't want to lock-in a complex shell [Author:Jared ... [12]

**Commented [44]:** I assume all three of these will need a UI for humans to request and approve tasks, as well as a UI for introspecting / auditing the model. Or ... [13]

**Commented [45]:** People are already putting "cyborgs" out into the world on top of OpenAI api's. ... [14]

**Commented [46]:** I strongly agree with Jared's original comment. I think that robot >> cyborg > infra. We want the software to get out of the way of the model a ... [15]

**Commented [47]:** Could be a good question for @jack@anthropic.com to comment on. [Author:Danny Hernandez],[Creator:1297307460],[Date:6/17/20 ... [16]

**Commented [48]:** Jack's out for the next couple of months, but @avital@anthropic.com or @michael@anthropic.com might have a take the ... [17]

**Commented [49]:** I think this is a really hard sell that will mostly fuel fears about the tech - though one upside of that is that it may fuel fears in a way th ... [18]

**Commented [50]:** I wouldn't over-index on UBI as a panacea. Money is only one aspect of what work provides; dignity and a sense of identity are prob ... [19]

**Commented [51]:** I actually don't think UBI alone is a panacea! I think if the world goes the UBI route it will need systems of meaning and ... [20]

**Commented [52]:** I think that competitors will definitely pursue "Claude the Robot" because it seems quite obvious that it's the approach that will most quick ... [21]

**Commented [53]:** @tom@anthropic.com i see a lot of strong opinions from you on this front, but calling it obvious makes it hard to engage with how you ca ... [22]

Not sure everyone agrees with that, and/or if you define TAI similarly, and/or how much time exists between 1 and 2 above (years or hours). :)

Beyond that, I like to think in terms of misuse risk distinct from alignment risk. And since I view misuse risk as "given bad goals + agency" and misalignment risk as "develops bad goals + agency", I believe the former is easier, and happens much sooner than the latter... because I don't trust humans. :P

> **Commented [54]:** Yes, TBH AI alignment might turn out to be easier than human alignment, which is currently an unsolved problem.
> 2 total reactions
> Danny Hernandez reacted with ➕ at 2023-06-17 09:27 AM
> Justin Spahr-Summers reacted with ➕ at 2023-06-16 05:41 AM [Author:Matt Bell],[Creator:1297307460],[Date:6/16/2023 7:06:00 AM]

Since any deployment of Claude in this TAI era is so transformational, the potential for bad actors to negatively transform the world also goes up. And so the risks of jailbreaks/autogpt are much higher, and I think it'll affect a lot of Claude deployment concerns/risks in the TAI era.

I wrote all this since it seems like these are not the type of concerns you mention in this row [TAI risk] at all, and might be worth considering in case it impacts which route one might take. For example (and this is getting more hypothetical):
- it might be that the risk of releasing a raw model completion in API form is just too unsafe, and we are focused on a bunch of heavily-prompted / subsets-of-the-model-that-are-safe (Teacher, Corporate Worker, Personal Assistant), that each have multiple checks and validations in place (ie high latency), and starts to look more like a human-level Smart Claude at slow-as-a-human-levels in terms of the pareto curve. And there's still the older models that aren't too dangerous, if you just want completions for some search-query-wrapper live interface, etc.
- It could be that there are strong kyc laws on any use of very powerful models significantly changing the nature of accountability and use of models. Every model action can be traced to a single individual (or organization) and all downstream actions of that use are attributable to them. Maybe this ends up pushing more towards some directions above, like 'Claude as Cyborg'...

Karina Nguyen's thoughts
- I find these labels quite confusing and not clear what we mean by that, but maybe I lack some context
- **In my mind a clearer and a way better to frame this:**
    - **Claude as a tool -> Claude as a your favorite collaborator (basically does everything that your favorite co-worker does) -> Claude as a collective decision maker (whatever the org infra is)**
- Notes
    - Claude as Robot makes me think of physical embodiment which is not what we are trying to do
    - Claude as Cyborg makes me think it has situational awareness?
    - Claude as Org Infrastructure doesn't have an organic extension from Cyborg, not dynamic, feels very static thing

> **Commented [55]:** +1 [Author:Jackson Kernion],[Creator:1297307460],[Date:6/26/2023 5:33:00 PM]

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000184275

## Ethan Perez's take:

Just got around to reading this — interesting to see these fleshed out! My take is that we'll probably want to start with the safer, less autonomous, more human-integrated version first (Claude the Cyborg), and get comfortable using models in that setting first (confident they are safe, being helpful, etc). Then, as we gain confidence in safety, we'll be more confident in more autonomous version (Claude the Robot), and we'll also have a better sense by that point about whether/when it makes sense to shift more in that direction.
Going straight to Claude the Robot seems pretty rough from a safety standpoint, since we won't have a great understanding of what might go wrong, how to make those methods safe, how to know when something's going wrong etc. Claude the Robot seems inevitable e.g. after the singularity, where models are just way more capable than us (it won't make sense for us to be in the loop). But I think we'll probably want as long of a period as possible in the Cyborg regime (so we can solve the safety problems) before transitioning to the Robot regime

## Neerav Take

- [My take](#)

# Notes from offsite 6/27/23

### Claude the Cyborg

How would you want to use these more powerful Claudes at Anthropic?
How do we optimize their effect on society?
How do we build today in a way that's compatible with 2-5 years from now?
If picking only one bet, what are key experiments to de-risk that now?

### Claude the Robot

How would you want to use these more powerful Claudes at Anthropic?

How do we optimize their effect on society?
How do we build today in a way that's compatible with 2-5 years from now?
If picking only one bet, what are key experiments to de-risk that now?

## Claude as intelligent org infrastructure - Group 1

How would you want to use these more powerful Claudes at Anthropic?
How do we optimize their effect on society?
How do we build today in a way that's compatible with 2-5 years from now?
If picking only one bet, what are key experiments to de-risk that now?

- Size of the opportunity
    - Lower bound: Accomplishing a thing that humans can't do, unlike the virtual assistant or employee
    - Upper bound: Possibly limited by human behavior

- Claude's skills are well suited:
    - Claude can be the mediator in intra-org conversations; stable and emotionally intelligent
    - Information compression / surfacing insights
- Risks of this approach:
    - Will people trust it too much? Defer to it rather than take their own initiative?



Pictured: Clorg

### Claude the Robot - Hal9000

Clarifying questions
- Human interface – how do we interact with Claude?
    - Comms through Slack
- Inputs you could give it, e.g. how often you want to check in, the scope it proposes, level of confidence you need to surface this
    - "Onboarding" for the Robot
- Specific roles – if you have a team with a specific goal/project, could slot the Robot in
    - Are we selling Claude to other orgs? How much knowledge does Claude need to have of a role in advance?
    - Does Claude already know the scope of roles?
- Does Claude the Robot interface with other robots?

**How would you want to use these more powerful Claudes at Anthropic?**
- Hire in "Claude" in role X (front end eng) and team Y (website dev)
- You can give context, FAQs, examples of work to get it started - onboarding required

Highly Confidential – Attorneys' Eyes Only
ANT_BARTZ_000184278

- You can determine parameters - how often it checks in, scope of role, level of quality required, software integrations
- Claude Robot works as employee, checks in and communicates, and takes feedback like any new employee would
    - Assign goals based on role/team, ask it to maximize that number
    - Perf reviews / level up based on task complexity and understanding

**How do we optimize their effect on society?**
- Ideally we don't significantly reduce the workforce
- Helps bootstrap / scale small teams with limited resources/budget
- Uplevel people's contributions and strategic oversight
- Change the distribution of peoples' skill sets, different skills become valuable and/or common

**How do we build today in a way that's compatible with 2-5 years from now?**
-

**If picking only one bet, what are key experiments to de-risk that now?**
-

# Claude cyborg - Group X (Peter et al)

- Claude the cyborg is a natural stepping stone before claude the robot (kind of like a lower level of self driving)
- Cyborg is a bit more "personal relationship with my AI". "Butler". The relationship with Robot would be different—it's more of a 'coworker'.
- The way that we frame and brand the Robot/Cyborg will hugely influence how people interact with and treat the assistant.
- Question: Fast-forward 5 years. How different are the worlds where we invest in cyborg vs robot?
- Cyborg is easier to align
- If we release the Cyborg, will people want to just use it as Robot anyway? How do/should we supervise this?
- Humans don't even really make plans that are that long-term, so Robot should probably just be thought of as a Cyborg that runs for longer.

# Claude as intelligent org infrastructure - Group 2

(thinking about this Claude as an idealized Chief of Staff - extending the will and reach of an executive - trying to extend the will of the company and make connections)

How would you want to use these more powerful Claudes at Anthropic?

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000184279

How do we optimize their effect on society?
How do we build today in a way that's compatible with 2-5 years from now?
If picking only one bet, what are key experiments to de-risk that now?

- Suggesting the obvious improvements
- Time saving for answering questions about what other teams are doing
- Deeper connections with individual staff members - would do check-ins with different staff members (almost a pseudo-manager for all employees)
- Potential Blocker: Ability for Claude to compartmentalize information based on security constraints/privacy concerns (using tags to enable this)
    - Could be issues depending on how an organization decides to compartmentalize info and making determinations about "need to know"
- MVP version of this - zero power, just focuses on opportunities for things to happen and providing suggestions
- Stages of development:
    - V1 - ask it to give you info
    - V2 - proactively it giving you information (might be relevant)
    - V3 - giving you information and starting to make connections
    - V4 - proposing specific concrete plans for action
    - V5 - actually taking those actions
- Good use cases:
    - Recruiting calibration
    - Resource allocation for hiring
    - No stupid questions - saving time with people answering questions - pointing out when they're missing stuff
    - Most effective onboarding (spin-up buddy)
    - Creating 5:15s to share information cross-functionally

## Claude the Robot – Team Crobot

Raw meta notes
- Something missing from exposition: Claude the Robot in a multiplayer environment. Cyborg's goals are your subgoals, and that is not true for Crobot.
- Feels like both Cyborg and Infra are on the path to the Crobot.

How would you want to use these more powerful Claudes at Anthropic?
- Ex: Claude the Software Engineer. It's not "Copilot", it's it's own software eng. Can pull tasks off Asana and do them.
- Is Software Eng the first viable role?
- Requires some uncomfortable hard questions – Claude the Support person, Claude the Software Eng, Claude the Recruiter…
- Claude the On-call

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000184280

- - If it can on-call, that prob means it can do everything else from a Software Eng role
- Our jobs become QA?
  - Is that the same as Cyborg if human is always in the loop?
  - No; maybe it's closest to intern

How do we optimize their effect on society?
How do we build today in a way that's compatible with 2-5 years from now?
If picking only one bet, what are key experiments to de-risk that now?
- "Just do the other ones first; they are simpler and on the path to the Robot version"
- Contra the above: we're very focused on single-party interactions right now, whereas Crobot is inherently multiparty.
  - Frances example from prior job: ai that acts as facilitator/mediator for discussion, very successful even with weaker model.

| Page 1: [1] Commented [6] | Danny Hernandez | 6/17/2023 4:17:00 PM |
|---|---|---|

My understanding is the new hardware will speed up Lark and Teal inference.

So Teal may be similar/faster than current Lark, but it will still be a question of customer tradeoff in terms of performance and latency/throughput.

My guess is that the expected latency improvements are worth making concrete, since lower latency unlocks new use cases. [Author:Danny Hernandez],[Creator:1297307460],[Date:6/17/2023 4:17:00 PM]

| Page 1: [2] Commented [7] | Jared Kaplan | 6/17/2023 4:38:00 PM |
|---|---|---|

I think it'll be 2x or 3x faster.  Lark is actually too big, so Teal will likely not be that much larger, though there are new options in this space that could change things in a variety of dramatic ways. [Author:Jared Kaplan],[Creator:1297307460],[Date:6/17/2023 4:38:00 PM]

| Page 4: [3] Commented [23] | Ben Mann | 6/20/2023 6:36:00 AM |
|---|---|---|

Probably not a simple yes or no here.

https://hbr.org/2021/11/automation-doesnt-just-create-or-destroy-jobs-it-transforms-them

https://www.brookings.edu/blog/up-front/2022/01/19/understanding-the-impact-of-automation-on-workers-jobs-and-wages/ [Author:Ben Mann],[Creator:1297307460],[Date:6/20/2023 6:36:00 AM]

| Page 4: [4] Commented [24] | Matt Bell | 6/15/2023 9:10:00 AM |
|---|---|---|

Note I'm far from the best qualified person in the org to comment on this!  We have entire teams that have thought way more about this than I have. [Author:Matt Bell],[Creator:1297307460],[Date:6/15/2023 9:10:00 AM]

| Page 4: [5] Commented [25] | Mike Lambert | 6/16/2023 6:52:00 AM |
|---|---|---|

[long comment moved below, mostly focused on trying to clarify/partition-up the TAI-risk row] [Author:Mike Lambert],[Creator:1297307460],[Date:6/16/2023 6:52:00 AM]

| Page 4: [6] Commented [26] | Ben Mann | 6/16/2023 7:04:00 AM |
|---|---|---|

@mike@anthropic.com i copied your comment here to the bottom of the doc to make it more readable [Author:Ben Mann],[Creator:1297307460],[Date:6/16/2023 7:04:00 AM]

| Page 4: [7] Commented [27] | Ben Mann | 6/15/2023 11:24:00 PM |
|---|---|---|

i'm not so sure... eg asking a human for confirmation on every POST request will just lead to blind affirmation, so we'll need to figure out what steps merit human approval, and which can be done autonomously. seems like a TAI-level problem. [Author:Ben Mann],[Creator:1297307460],[Date:6/15/2023 11:24:00 PM]

| Page 4: [8] Commented [28] | Matt Bell | 6/16/2023 2:12:00 AM |
|---|---|---|

It might not be a TAI level problem -- this is the sort of thing we'll need a decently good solution

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000184282

for in markets like customer support, where we'll want Claude to directly answer basic questions without checking in with a human, but check in with a human if it's unsure. [Author:Matt Bell],[Creator:1297307460],[Date:6/16/2023 2:12:00 AM]

| Page 4: [9] Commented [29] | Ben Mann | 6/16/2023 6:53:00 AM |

oh i just meant "this will be a problem when we have TAI too", not "we will need TAI to solve this" or "we won't have to think about this until TAI" [Author:Ben Mann],[Creator:1297307460],[Date:6/16/2023 6:53:00 AM]

| Page 4: [10] Commented [30] | Ben Mann | 6/15/2023 11:25:00 PM |

i would've phrased this differently: if AI is at the core of organizational decision making, its essential that the information and recommendations it's providing be unbiased, true, etc [Author:Ben Mann],[Creator:1297307460],[Date:6/15/2023 11:25:00 PM]

| Page 6: [11] Commented [42] | Ben Mann | 6/15/2023 11:21:00 PM |

@jared@anthropic.com why do you prefer to minimize non-AI software complexity? my gut would've been to go the opposite order since AI is unreliable and software hacks can get us a long way without waiting for eg multimodal to be ready [Author:Ben Mann],[Creator:1297307460],[Date:6/15/2023 11:21:00 PM]

| Page 6: [12] Commented [43] | Jared Kaplan | 6/16/2023 12:06:00 AM |

Just because the AI is fast moving so we don't want to lock-in a complex shell [Author:Jared Kaplan],[Creator:1297307460],[Date:6/16/2023 12:06:00 AM]

| Page 6: [13] Commented [44] | Matt Bell | 6/16/2023 1:44:00 AM |

I assume all three of these will need a UI for humans to request and approve tasks, as well as a UI for introspecting / auditing the model.  Or maybe the model builds its own UI for communication by then. [Author:Matt Bell],[Creator:1297307460],[Date:6/16/2023 1:44:00 AM]

| Page 6: [14] Commented [45] | Danny Hernandez | 6/17/2023 4:30:00 PM |

People are already putting "cyborgs" out into the world on top of OpenAI api's.

I think by default the market will go there on any task as soon as it can, because when it works it's the most powerful/general interface, unless regulation pushed away from that. [Author:Danny Hernandez],[Creator:1297307460],[Date:6/17/2023 4:30:00 PM]

| Page 6: [15] Commented [46] | Tom Brown | 6/20/2023 12:33:00 AM |

I strongly agree with Jared's original comment. I think that robot >> cyborg > infra. We want the software to get out of the way of the model and a natural way for this is to let the model naturally slot into human roles and use human tools. [Author:Tom Brown],[Creator:1297307460],[Date:6/20/2023 12:33:00 AM]

| Page 6: [16] Commented [47] | Danny Hernandez | 6/17/2023 4:25:00 PM |

Could be a good question for @jack@anthropic.com to comment on. [Author:Danny Hernandez],[Creator:1297307460],[Date:6/17/2023 4:25:00 PM]

| Page 6: [17] Commented [48] | Matt Bell | 6/19/2023 10:19:00 PM |

Jack's out for the next couple of months, but @avital@anthropic.com or @michael@anthropic.com might have a take they can share. [Author:Matt Bell],[Creator:1297307460],[Date:6/19/2023 10:19:00 PM]

| Page 6: [18] Commented [49] | Michael Sellitto | 6/19/2023 11:13:00 PM |

I think this is a really hard sell that will mostly fuel fears about the tech - though one upside of that is that it may fuel fears in a way that produces safety externalities (e.g. higher regulatory barriers) [Author:Michael Sellitto],[Creator:1297307460],[Date:6/19/2023 11:13:00 PM]

| Page 6: [19] Commented [50] | Michael Sellitto | 6/19/2023 10:50:00 PM |

I wouldn't over-index on UBI as a panacea. Money is only one aspect of what work provides; dignity and a sense of identity are probably the most important factors; it would be a massive reorganization of society to transition to one where only a handful of people work (and presumably are extremely wealthy and powerful as a result) while everyone else watches AI-generated TV all day. [Author:Michael Sellitto],[Creator:1297307460],[Date:6/19/2023 10:50:00 PM]

| Page 6: [20] Commented [51] | Matt Bell | 6/20/2023 6:52:00 AM |

I actually don't think UBI alone is a panacea! I think if the world goes the UBI route it will need systems of meaning and achievement independent of work. I once heard a podcast about the country of Nauru, which had UBI of about $100k / person inflation-adjusted (IIRC) for a couple of decades, and it was pretty disastrous. [Author:Matt Bell],[Creator:1297307460],[Date:6/20/2023 6:52:00 AM]

| Page 6: [21] Commented [52] | Tom Brown | 6/20/2023 12:36:00 AM |

I think that competitors will definitely pursue "Claude the Robot" because it seems quite obvious that it's the approach that will most quickly provide the most economic value to users. [Author:Tom Brown],[Creator:1297307460],[Date:6/20/2023 12:36:00 AM]

| Page 6: [22] Commented [53] | Ben Mann | 6/20/2023 6:31:00 AM |

@tom@anthropic.com i see a lot of strong opinions from you on this front, but calling it obvious makes it hard to engage with how you came to the conclusion. i don't think it's obvious, and i'm pretty sure matt doesn't think so either. would you mind writing at least a few sentences making a case? [Author:Ben Mann],[Creator:1297307460],[Date:6/20/2023 6:31:00 AM]

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000184284