EXHIBIT 4

**From:** Notion <notify@mail.notion.so>
**Sent:** Wednesday, September 7, 2022 4:11 PM
**To:** dario@anthropic.com
**Subject:** 2 updates in Anthropic

[https://www.notion.so/image/https%3A%2F%2Fs3-us-west-2.amazonaws.com%2Fpublic.notion-static.com%2F313fda72-f225-4523-b8dc-560a1ce3858c%2Fheadshot.png?width=60&userId=&cache=v2]

nick edited Nick / Dario<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=edit_page_title> Wednesday, September 7, 2022 3:11 PM

<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#989749a6843d45e6b5e37968665fd7f6>

*
back-of-the-envelope cost to buy all the books in libgen

<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#be0ada976ee1420ea515dae9e2ba60e6>

*
also do journals

<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#08640dbdf87d45d99eeb37b370f8c0df>

*
estimate cost to buy all of them

<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#42d65023458548f5a12d1376cb8f6005>

*
probability for any given item we can buy it

<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#dd705f2a57ed4f1eb1bf29077809dce2>

*
is it fair use?

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000227005

[https://www.notion.so/image/https%3A%2F%2Fs3-us-west-2.amazonaws.com%2Fpublic.notion-static.com%2F313fda72-f225-4523-b8dc-560a1ce3858c%2Fheadshot.png?width=60&userId=&cache=v2]

nick edited Nick / Dario<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=edit_page_title>
Wednesday, September 7, 2022 2:25 PM


<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#acf3220c07ba4f24a10566b1eb5bf595>
@August 24, 2022
<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#75042d9a17b1432cb245817d19482f8f>
@August 24, 2022@Today
<https://www.notion.so/Nick-Dario-0fdb949cfcb14d95a6c519ec6b236889?n=email_digest&n=activity_block_edited&n=block_edit#a16d89a97fbe4ce39a05f86b98b727d5>

  *
I think the vision updates are really good


[https://www.notion.so/images/logo_64@2x.png]
Notion.so<https://www.notion.so/?n=email_digest&n=email_footer>, the all-in-one-workspace for your notes, tasks, wikis, and databases.
Unsubscribe<https://www.notion.so/unsubscribe?payload=2152beafb62d2c6c5d28c17638aca3b243bc021a26f3e582ac53c53072b4d71acc5477ce2fa1d785376da3f94bc3b608952f560687e6377f5bb698e1e5689d6e4fb7041aa6c2daa5fab3b50d6c6aad313692fc313da0737a04f796abc12a83b5a8dcba0346388ab0f390e72cfeb8a0db324f8d6f270f15d65bb1cb85f5a762b4f549735ccbe81062df9f&n=email_digest&n=email_unsubscribe>
Too many notifications? Give us your feedback to improve it<mailto:team@makenotion.com>

Highly Confidential – Attorneys' Eyes Only    ANT_BARTZ_000227006