# EXHIBIT 44

ORIGINALLY LODGED
ENTIRELY UNDER SEAL

**SA**  **Send a scheduled message**  May 15, 2024 9:00 AM

⏰ Time for stand-up! Please post what you got done yesterday, plan to get done today, and any blockers. cc @brendan @ed @pj @yudong @zee

**Y**  **yudong**  May 15, 2024 11:23 AM

CORE data need more dedup. Re-runing the dedup with more paper data.
- Dask version: after some tweaks, got the multiline version finish in ~1h. Re-running the eng version
- Tried Ray version: does not support the avro format
- Looking at Spark version: seems has some requirement on the existence of "rehash" column; will pair with Dickson later today.
I will let the Dask version run while poking Spark; let's see which version finish first. One dedup is done, Encode/Chopping will be straightforward

🐵 1

**L**  **liz**  May 15, 2024 11:32 AM

you could always have a very simple ray load/save job to convert to parquet

amaze 1

**Y**  **yudong**  May 15, 2024 11:46 AM

I should probably have done it earlier and I can re-partition as the same time. I will let the current Dask run (just finish one version, the other one looks promising for far) and do the covert if I cannot get it to finish

**D**  **devi**  May 15, 2024 11:48 AM

seems has some requirement on the existence of "rehash" columnthis is the hash of the minhash that we use for dedup. Believe there was a code-path/option to automatically add it if it was missing, but not sure how it's working right now

**L**  **liz**  May 15, 2024 11:55 AM

yeah and feel free to have big partition sizes as ray can handle that fine

**L**  **liz**  May 15, 2024 12:19 PM  |  Edited on May 15, 2024 12:19 PM

updated go/tokens mix (didn't set the weights or anything just got new data in there. rn core data is wrong bc not deduped properly yet)
https://docs.google.com/ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

Sent on May 15, 2024 12:19 PM
updated go/tokens mix https://docs.google.com/ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

🐵 1

**P**  **pj**  Replied on May 16, 2024 9:34 AM  |  Edited on May 16, 2024 9:40 AM

Nice! Is this sheet updated with the new number of tokens now?

We should figure out weights asap and get sign off from Pranay and Nick if we're planning on doing the update this morning

Sent on May 16, 2024 9:34 AM
Nice! Is this sheet updated with the new number of tokens now? We should figure out weights asap if we're planning on doing the update this morning

**P**  **pj**  Replied on May 16, 2024 9:42 AM  |  Edited on May 16, 2024 9:42 AM

@yudong can you please check the number of tokens too?

Sent on May 16, 2024 9:42 AM
@yudong can you check the number of tokens if you know?

**Y**  **yudong**  Replied on May 16, 2024 10:24 AM

Looks like the number has been updated. LG to me, thanks!

**P**  **pj**  Replied on May 16, 2024 10:25 AM  |  Edited on May 16, 2024 10:26 AM

It says (TOKENS NUMBER IS OLD) though. Can we delete that?

Edited on May 16, 2024 10:26 AM
It says "(TOKENS NUMBER IS OLD)" though. Can we delete that?

ANT_BARTZ_000389147

Sent on May 16, 2024 10:25 AM

It says "(TOKENS NUMBER IS OLD)" though

**liz** Replied on May 16, 2024 10:26 AM

i put that bc i put the ones before the most recent dedup

i think

unsure if someone changed it

**pj** Replied on May 16, 2024 10:27 AM | Edited on May 16, 2024 10:28 AM

I think the explore pages aren't updated. @yudong can we regenerate the explore pages?

CORE English Explore

CORE Multilang Explore

Edited on May 16, 2024 10:27 AM

I think the explore pages aren't updated

CORE English Explore

CORE Multilang Explore

Sent on May 16, 2024 10:27 AM

I think the explore pages are the same links after we regenerate them

CORE English Explore

CORE Multilang Explore

**liz** Replied on May 16, 2024 10:27 AM

do we have a final mix we are using for this?

**yudong** Replied on May 16, 2024 10:28 AM

We have the new explore pages:

+1 1

(I created some new datasets)

**liz** Replied on May 16, 2024 10:28 AM

you can also get numbers by going data shell -n {regex search of node name} and then selecting which one you want and it will print out the data node in full including n_tokens and n_epoch info

**liz** Replied on May 16, 2024 10:29 AM

you should be able to open files with this too but i think thats broken for ones with train/test splits

**pj** Replied on May 16, 2024 10:29 AM

I'm deleting (TOKENS NUMBER IS OLD) because it matches the explore page

Cool I didn't know you could run data shell!

**liz** Replied on May 16, 2024 10:30 AM

yeah it also lets you run get_node() after opening it to get new ones as it eventually just pops you into interactive ipython shell

**pj** Replied on May 16, 2024 10:31 AM  |  Edited on May 16, 2024 10:31 AM

What do we mean do we have a final mix we are using for this? Do you mean make a new mix in the code or finalize the mix and weights in the spreadsheet?

Sent on May 16, 2024 10:31 AM

What do we mean do we have a final mix we are using for this? Do you mean make a new mix in the code or finalize the mix in the spreadsheet?

**liz** Replied on May 16, 2024 10:31 AM

i updated the mix in some sense but like have we decided if what on the sheet is final

**yudong** Replied on May 16, 2024 10:31 AM

data shell is cool, thanks, Liz, just to double check, I am using the encoded version of the dataset (instead of the chopped one), is it correct?

**liz** Replied on May 16, 2024 10:32 AM

no
well
it should be roughly the same
but more accurate would be to grab the token count for chopped and divide by n_epochs

should be about the same though doubt it matters

whats the name of the new chopped nodes

**pj** Replied on May 16, 2024 10:33 AM

We don't know if it's final yet. I was about to post and get sign off from pranay devi nick, and I wanted to confirm the numbers first

**yudong** Replied on May 16, 2024 10:34 AM

██████████████████ and ████████████████

okay they are the same

**liz** Replied on May 16, 2024 10:35 AM

are they chopped even if they are █

**pj** Replied on May 16, 2024 10:35 AM

Thanks for double checking!

**liz** Replied on May 16, 2024 10:35 AM

sorry i mean are they chopped even though they are called encoded

**yudong** Replied on May 16, 2024 10:36 AM

yeah I was following the older name convention of core

**liz** Replied on May 16, 2024 10:36 AM

right now we def can't use it the numbers dont add up

**liz** Replied on May 16, 2024 10:39 AM

wait yudong are they all merged into the █ branch?

**pj** Replied on May 16, 2024 10:40 AM  |  Edited on May 16, 2024 10:41 AM

I'm glad we're figuring this out now, but would anyone be opposed to moving the update meeting to the afternoon so we have time to get sign off

Highly Confidential – Attorneys' Eyes Only

Sent on May 16, 2024 10:40 AM

I'm glad we're figure this out now, but would anyone be opposed to moving the update meeting to the afternoon so we have time to get sign off

+1 1

**yudong**  Replied on May 16, 2024 10:41 AM

Re ▮ branch: not yet, I was basically waiting for the sign-off

**liz**  Replied on May 16, 2024 10:41 AM

realizing less of this is done compared to what I thought:
what we need:
1. make sure we have PRs / all the nodes we need are in the ▮ branch
2. run 4l test model on new datamix ( i can do this pretty easily)
3. final numbers

**liz**  Replied on May 16, 2024 10:42 AM

https://docs.google.com ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

organization doc

**yudong**  Replied on May 16, 2024 10:43 AM

+1 to push the meeting later

**liz**  Replied on May 16, 2024 10:45 AM

yeah sure

**yudong**  Replied on May 16, 2024 10:45 AM

Liz, can we pair on this? I only have a rough idea about the steps from this doc @devi sent me:
https://docs.google.com ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**liz**  Replied on May 16, 2024 10:45 AM

yeah sure

**yudong**  Replied on May 16, 2024 10:47 AM

Let's figure out the time for the meeting first, the original schedule is in 11am

**pj**  Replied on May 16, 2024 10:48 AM

I'd also be down to pair w/ you two to learn but I'm enroute to the office. Will be there in ~10. Ff to start w/o me too

+1 1

**yudong**  Replied on May 16, 2024 10:49 AM

Liz I am ready anytime, when it is convenient for you.

**liz**  Replied on May 16, 2024 10:49 AM

whats the plan for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ running out tomorrow? cc @devi @Dickson
dove data runs out in two days. ill be OOO tomorrow but should have all my stuff chopped up by then for new code data without the PRs
(endless exactdedup issues but inshallah it shall work this time)

are you in office yudong

**yudong**  Replied on May 16, 2024 10:49 AM

I am working from home today

**liz**  Replied on May 16, 2024 10:50 AM

ill be ready in a min or two, pj will be in agave on 4f

+1 2

ANT_BARTZ_000389150

**yudong** Replied on May 16, 2024 10:50 AM

thanks, please take your time

**Dickson** Replied on May 16, 2024 10:58 AM

whats the plan for ███████████████ running out tomorrow?
PR https://github.com/anthropics.███████
████████████████████████████████████ Both datasets are committed.

**liz** Replied on May 16, 2024 11:14 AM

are they in ███ ?

like the branch i mean

**Dickson** Replied on May 16, 2024 11:15 AM

Ah they're not. Let me fix create a branch to merge into ████

**Dickson** Replied on May 16, 2024 11:22 AM

https://github.com/anthropics.██████████████

**devi** Replied on May 16, 2024 11:42 AM

Merged PR for cc_p8, @Dickson have you transferred the data to gcs and tried loading it in a scan on the ████ branch?

**Dickson** Replied on May 16, 2024 11:46 AM

Not yet, I can look at that now

🙏 1

**liz** Replied on May 16, 2024 11:46 AM

i can transfer it over if you want

**liz** Replied on May 16, 2024 11:47 AM

and was going to scan on ████ branch once we get all the new data we want over together. was thinking core + diffs + this at once

meow_heart 1

**Dickson** Replied on May 16, 2024 11:48 AM

Ah sounds good if you do that then. Let me fix the type error.

**devi** Replied on May 16, 2024 11:49 AM

Let me fix the type error doesn't matter, it works on master and I already merged this branch

+1 1

**liz** Replied on May 16, 2024 11:53 AM

@Dickson check the directory for ████████████████████████████. doesn't look like it has more than ████████

**devi** Replied on May 16, 2024 11:57 AM

that's actually ████████████████

**devi** Replied on May 16, 2024 11:58 AM

compare with the previous ██████████, which was ██████████████████████

**liz** Replied on May 16, 2024 11:59 AM

will it load that fine?

**devi** Replied on May 16, 2024 12:00 PM

ANT_BARTZ_000389151

I think it should definitely work for loading data, it might break the tokenslive epoch counting?

**devi** Replied on May 16, 2024 12:01 PM

data loading is basically based on the metadata.json which is in the root folder and points to all the files with info about how many sequences they have

this has the same structure as the multiple epochs in separate directories we've gotten to work previously, since the model doesn't really track anything about epochs

**Dickson** Replied on May 16, 2024 12:02 PM

I believe ███████ was intended? Original request: https://anthropic.slack.com ███████████████████

@Dickson could you take a look at chopping ████████████████████████

**liz** Replied on May 16, 2024 12:02 PM

there is no root metadata json but there is for train/

**devi** Replied on May 16, 2024 12:02 PM

there is no root metadata json but there is for train/that's always the case, we split the metadata per train and test split

**liz** Replied on May 16, 2024 12:02 PM

figured just checking

anyways moving to gcs now

**liz** Replied on May 16, 2024 12:04 PM

**meow_100 1**

in the db

**liz** Replied on May 16, 2024 12:05 PM

thats fixable and outside of the loading i think tho

**devi** Replied on May 16, 2024 12:06 PM

argh, knew there was something I forgot in the concat implementation

**liz** Replied on May 16, 2024 12:15 PM

does any other cluster have access to ████████████████ or should i just 2pc and run it in oxygen

**devi** Replied on May 16, 2024 4:03 PM

this should be resolved now, but ftr don't believe we should need 2pc for training on oxygen or reading from that bucket outside of the teal namespace/security class

**liz** Replied on May 16, 2024 4:05 PM

correct it worked just in oxy without it

**yudong** May 15, 2024 12:27 PM

Got it, thanks! I just had a sync with @Dickson and he pointed out I need ███████████████████████ ███████ (thanks for the call again @Dickson)

**yudong** May 15, 2024 12:28 PM

I am able to finish the dedup with Dask for both eng and multiling at this point. So I will try the spark version separately as an experiment. I am running encode/chopping right now. Will start the Scan this afternoon after the chopping is done. Should be able to get some updated result later today

ANT_BARTZ_000389152

 2

**rh**  May 15, 2024 1:47 PM  |  Deleted on May 15, 2024 1:47 PM

summary of tuple with liz

I had a slight difference in my test code vs dask/ray dedup, I've fixed that
I have 3 tests:
- removing any 1 word from a document
- subsampling n%
- comparing 5 documents between redpajama and nougat extraction

**pj**  May 15, 2024 2:01 PM  |  Edited on May 15, 2024 2:04 PM

Datamix update pushed from today to tomorrow assuming the new CORE scan results by @yudong look just as good or better. This is b/c we saw signs of potential duplication of CORE and Mathpix data cc @pranay @nick

Edited on May 15, 2024 2:03 PM

Datamix update pushed from today to tomorrow assuming the new CORE scan results by @yudong look just as good or better. This is b/c we saw signs of potential duplication of CORE and Mathpix data.

Sent on May 15, 2024 2:01 PM

Datamix update pushed from today to tomorrow assuming CORE scan results look just as good or better.

 3

**yudong**  Replied on May 15, 2024 2:04 PM

Thanks PJ. The more comprehensive deduped is done. Running another scan now 

 1    1

**pj**  Replied on May 15, 2024 5:35 PM  |  Edited on May 15, 2024 5:36 PM

Excited to see the results whenever they're done!

I'm curious if our PDF dedupe will be good enough to improve the eval results after the last thread

If the the results are the same, I think we can plan to still add it to the mix and improve dedupe in parallel

Edited on May 15, 2024 5:36 PM

Excited to see the results whenever they're done!

I'm curious if our PDF dedupe will be good enough to improve the eval results after the last thread

If the the results are the same, I think we can plan to still add it to the mix and fix dedupe in parallel

Edited on May 15, 2024 5:36 PM

Excited to see the results whenever they're done!

I'm curious if our PDF dedupe will be good enough to improve the eval results after the last thread

If the the results are the same, I think we can plan to still add it to the mix and fix dedupe in parallel.

Sent on May 15, 2024 5:35 PM

Excited to see the results whenever they're done!

I'm honestly a little skeptical that our PDF dedupe works after the last thread.

If the the results are the same, I think we can plan to still add it to the mix and fix dedupe in parallel.

**yudong**  Replied on May 15, 2024 5:55 PM  |  Edited on May 15, 2024 5:55 PM



I am waiting for the larger run to finish (later tonight), for the ████ ████ There are still ████████ (adding @devi as well)

Sent on May 15, 2024 5:55 PM

I am waiting for the larger run to finish (later tonight), for the ████ ████ There are still ████████ (adding @devi as well)

Highly Confidential – Attorneys' Eyes Only

Screenshot 2024-05-15 ¡280 KB

**thinking_face** 1

**devi** Replied on May 15, 2024 8:57 PM

I think this is probably fine in that

| |

**yudong** Replied on May 16, 2024 9:41 AM

Results of the larger scans are in, they follow the same trend as the previous run. With all the recent discussion, this is now expected. just providing the update to be complete

Screenshot 2024-05-16 ¡100 KB

1

**pj** Replied on May 16, 2024 9:41 AM

Got it, thanks!

**pranay** Replied on May 16, 2024 9:42 AM

@yudong @pj is our current thinking that

**blob-yes** 1

**yudong** Replied on May 16, 2024 10:15 AM

That's the current theory, even if we deduped against the mathpix dataset, the current dedup may not be effective enough to filter out the docs in the eval dataset. I am trying to find some direct evidence as well, e.g., by checking whether some papers in the eval set exist in the new CORE dataset

+1 1

**yudong** Replied on May 16, 2024 3:51 PM

I was checking the eval data, most of the entries have "title", so I just join it with the new CORE data's titles (both to lower-case, no extra processing). Surprisingly there is no overlap on the title between these two sets at all (thanks @rh for calling out the dataset name in the graph, I did not realize it is just yet another dataset 😅). So maybe the overlap happens in some texts directly! ⊘

**yudong** Replied on May 16, 2024 6:58 PM

By doing a more relaxed matching (check whether the first 50 char of the eval doc title exist in CORE dataset's title), we found one paper "The young massive SMC cluster NGC 330 seen by MUSE" in both mathpix eval and the new CORE data; it is 1 out of 311 entries in the eval set. not sure whether it is significant enough to explain the 2x CM gain though

**pj** May 15, 2024 2:13 PM

last:
- Prepared for Teal datamix update

- Looked at CORE scan results and CORE dedup and decided as a group to update tomorrow
- Paired w/ @jennifer (ty!) on NDS ray encode and chopped
- Checked in on Panama and Samba

next:
- Check NDS dedupe and rerun if needed
- Meet w/ Ed on Multilang PDF scans
- Look at new CORE scan results and decide if we can update datamix tomorrow

**rh**  May 15, 2024 2:37 PM  |  Deleted on May 15, 2024 2:41 PM

**rh**  May 15, 2024 2:39 PM  |  Deleted on May 15, 2024 2:50 PM

oh sorry i didn't simplify the minhash set, one sec

**yudong**  May 15, 2024 3:47 PM

This is my current PR for adding more dedup; scan is still going,

The two new explore pages for the encoded data:
- 

👀 1

**pranay**  May 15, 2024 4:22 PM

📧 we received the initial books that are now ready to use! cc: @pj :blobexcited:

🫣 8    👀 2

**jared**  Replied on May 15, 2024 4:43 PM

Can we add them to Dove too!!?

➕ 1    +1 2

**pranay**  Replied on May 15, 2024 4:43 PM

yes we should!

**pj**  Replied on May 15, 2024 5:35 PM  |  Edited on May 15, 2024 5:38 PM

Looks like we received ▮ scanned books! Started a new thread for processing it. We'll add them to Dove after they're processed

> Sent on May 15, 2024 5:35 PM
>
> Looks like we received ▮ scanned books! Started a new thread for processing it. Excited to add them to Dove when they'er ready

**jared**  Replied on May 15, 2024 5:52 PM

Cool! I think ▮ books is a small enough sample that it doesn't matter much (maybe ▮ tokens), though having a simple pipeline for it seems good.

➕ 1



ANT_BARTZ_000389155

But seems ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

+1 1    ➕ 1

**pj** May 15, 2024 4:43 PM | Edited on May 15, 2024 5:00 PM

🖥 Panama cc @kefan who is owning this w/ @jennifer's help since he just joined

Edited on May 15, 2024 4:50 PM
🖥 Panama cc @kefan who might own this

Edited on May 15, 2024 4:44 PM
🖥 Panama

Sent on May 15, 2024 4:43 PM
🖥 Panama Books

blobexcited 1

**pj** Replied on May 15, 2024 4:44 PM | Edited on May 15, 2024 4:51 PM

According to email, data is stored in ▮▮▮▮▮▮▮▮▮  I don't have access to the data, so we'll need to make a security ticket for this

Edited on May 15, 2024 4:50 PM
According to email, data is stored in ▮▮▮▮▮▮▮▮

Sent on May 15, 2024 4:44 PM
According to email, data is stored in ▮▮▮▮▮▮▮▮▮

I don't have access, so I'll make a security ticket

**jennifer** Replied on May 15, 2024 4:44 PM

lmk if pairing would help!

**pj** Replied on May 15, 2024 4:51 PM

@kefan are you interested in starting with this and pairing w/ @jennifer?

**kefan** Replied on May 15, 2024 4:51 PM

just tried to ls, yeah, don't have access. which channel should I fire the ticket to?

**pj** Replied on May 15, 2024 4:51 PM | Edited on May 15, 2024 5:37 PM

#it-tickets . ~~Please request access for @ed-@brendan-@pj-@yudong-@jennifer-too~~

Edited on May 15, 2024 4:52 PM
#it-tickets . Please request access for @ed @brendan @pj @yudong @jennifer too

Sent on May 15, 2024 4:51 PM
#it-tickets

**kefan** Replied on May 15, 2024 4:52 PM

yeah, that would be fun!

**jennifer** Replied on May 15, 2024 4:54 PM

please ask for access from li_eph and from fluorine, not from particular people

➕ 1

**kefan** Replied on May 16, 2024 9:38 AM

the ticket of the it-security was not resolved over night, who should I ping to get it approved?

**pj** Replied on May 16, 2024 9:39 AM

cc @.security-oncall at the bottom of the ticket and explain that we're blocked

**+1** 1

**pj** Replied on May 16, 2024 11:25 AM

Once you load the data in data pipeline, you should be able to generate an explore page with data explore NODE_NAME

**kefan** Replied on May 16, 2024 11:29 AM

where the node could be the all access right?

**kefan** Replied on May 16, 2024 11:36 AM  |  Edited on May 16, 2024 11:58 AM

some quick updates:

- still trying to get the data access, hope it can resolve very soon, ticket
  https://anthropic.slack.com█████████████████████
- trying to get a PR to run through the general processing steps. Should be sending for some early feedback soonish.

Also some questions:

- for the dedup, do we do both exactdedup and dedup(which I think is fuzzy dedupe?)
- what are the general workflows to check some samples of the data? @jennifer showed me how to do it in ipython which I was asking if I can do it in colab. But wondering what is the workflow in general

Sent on May 16, 2024 11:36 AM

some quick updates:

- still trying to get the data access, hope it can resolve very soon
- trying to get a PR to run through the general processing steps. Should be sending for some early feedback soonish.

Also some questions:

- for the dedup, do we do both exactdedup and dedup(which I think is fuzzy dedupe?)
- what are the general workflows to check some samples of the data? @jennifer showed me how to do it in ipython which I was asking if I can do it in colab. But wondering what is the workflow in general

**pj** Replied on May 16, 2024 11:53 AM  |  Edited on May 16, 2024 11:58 AM

- I can't find the security ticket because it's not linked here, I saw it earlier. We want access from the li_eph and from fluorine clusters, not for specific people like @jennifer corrected me above
- Let's add in dedupe later after we have the other steps of the pipeline working because it fails frequently. Let's make sure the remainder of the pipeline works first. It's a small amount of data, so I expect we can iterate on it quickly
- Load up some data in an ipython notebook or collab, like you said. Our team usually uses ipython

Edited on May 16, 2024 11:58 AM

- I can't find the security ticket because it's not linked here, I saw it earlier. We want access from the li_eph and from fluorine clusters, not for specific people like @jennifer corrected me above
- Let's add in dedupe later after we have the other steps of the pipeline working because it fails frequently. Let's make sure the remainder of the pipeline works first. It's a small amount of data, so I expect we can iterate on it quickly
- Load up some data in an ipython notebook or colab. Our team usually uses ipython

Edited on May 16, 2024 11:57 AM

- I can't find the security ticket because it's not linked here, I saw it earlier. We want access from the li_eph and from fluorine clusters, not for specific people like @jennifer corrected me above
- Let's add in dedupe later after we have the other steps of the pipeline working because it fails frequently. Let's make sure the remainder of the pipeline works first. It's a small amount of data, so I expect we can iterate on it quickly

Sent on May 16, 2024 11:53 AM

I can't find the security ticket because it's not linked here, I saw it earlier. We want access from the li_eph and from fluorine clusters, not for specific people like @jennifer corrected me above

**kefan** Replied on May 16, 2024 11:57 AM

what do li_eph and fluorine mean?

**brendan** Replied on May 16, 2024 12:00 PM

they're both clusters; go/clusters is usually pretty up to date on describing our clusters

**pj** Replied on May 16, 2024 12:14 PM  |  Edited on May 16, 2024 12:14 PM

ANT_BARTZ_000389157

I know this is all new! To clarify the initial end goal:
1. We want to look at samples since we've never looked at the data
2. We want to run the data pipeline on the data, which has 3 core steps - load, encode, chop
3. Generate an explore page for these
4. We want to add in the dedupe step too

Edited on May 16, 2024 12:14 PM

I know this is all new! To clarify the end goal:
1. We want to look at samples since we've never looked at the data
2. We want to run the data pipeline on the data, which has 3 core steps - load, encode, chop
3. Generate an explore page for these
4. We want to add in the dedupe step too

Sent on May 16, 2024 12:14 PM

I know this is all new! To clarify the end goal:
1. We want to look at samples since we've never looked at the data
2. We want to run the data pipeline on the data, which has 3 core steps - load, encode, chop
3. We want to add in the dedupe step too

**kefan**  Replied on May 16, 2024 1:13 PM

Thank for the clarification! have a quick PR here for the purpose of the end goal. https://github.com 
███ still need the chop part but wanna to get some quick suggestions on the dedup part first.

**pj**  Replied on May 16, 2024 1:23 PM  |  Edited on May 16, 2024 1:24 PM

I think it's easiest for you to delete the dedup step for now. We might have a new dedup soon

Sent on May 16, 2024 1:23 PM

I think it's easiest for you to delete the dedup step for now. We might have a new dedup in a day or two

**pj**  Replied on May 16, 2024 2:33 PM  |  Edited on May 16, 2024 2:33 PM

Example of explore page for a new sample of data: https://anthropic.slack.com ██████████

Maybe ask @Arian if you can reuse the code for Panama too?

Sent on May 16, 2024 2:33 PM

Example of explore page: ████████

**Arian**  Replied on May 16, 2024 2:37 PM

when you say reuse the code, do you mean the processing to get the raw data node to generate a sample? I'm not sure how reusable it'll be since I assume the papers are a different format

**Arian**  Replied on May 16, 2024 2:39 PM

i think if i were doing this, the first step would be to run the panama data through a processing pipeline to spit out a parquet file(s):
{book_title, text, author, published}

Whats the size of the data? If its very large then you'll need to use dask/ray/spark otherwise just a simple script will do

once we have that we can generate the explore page

**pj**  Replied on May 16, 2024 2:40 PM

It's small - only ██ books. We basically want a way to look at the data since we've never looked at it before. I think running the panama data through a data pipeline to get the explore page works. @Arian your explore page looks like it has a few additional thoughts that I thought were interesting if we can get those too. If it's not re-usable, we should just do a new data pipeline

**Arian**  Replied on May 16, 2024 2:42 PM

yea fair, if its only ██ books then literally ████████████████████████ @kefan once you have that hit me up and i'll help you make an explore page like i did

**Arian**  Replied on May 16, 2024 2:43 PM

the fields i said were first thought btw, should preserve any other potentially interesting metadata

Highly Confidential – Attorneys' Eyes Only

**kefan**  Replied on May 16, 2024 4:24 PM

I'm seeing this error

is it against the policy that I can copy the data into

where I feel it might make things easier?

**jennifer**  Replied on May 16, 2024 4:26 PM  |  Edited on May 16, 2024 4:26 PM

where are you seeing this? also prefer                           over

Sent on May 16, 2024 4:26 PM

where are you seeing this? also prefer                  over

+1 1

**kefan**  Replied on May 16, 2024 4:26 PM

I'm trying a pipeline of the books I did that reading books data from

**kefan**  Replied on May 16, 2024 4:27 PM

the first step seems marking some _SUCCESS into the directory, which might be the cause of the error

**jennifer**  Replied on May 16, 2024 4:27 PM

ah because it's read-only

**jennifer**  Replied on May 16, 2024 4:28 PM

yeah you should copy it over

**Arian**  Replied on May 16, 2024 4:28 PM

you shouldn't be saving to that bucket anyways right? copy it over into one of our buckets

^ what jennifer said lol

**jennifer**  Replied on May 16, 2024 4:28 PM

you should copy it over anyway so the pipeline is reproducible

**jennifer**  Replied on May 16, 2024 4:29 PM

in order to do this, don't set custom_path= and then inside the body just directly copy from                           to

**pj**  Replied on May 16, 2024 4:32 PM  |  Edited on May 16, 2024 4:33 PM

I think it's annoying to copy data that we're going to be getting new dumps from every week. What if we just got write perms?

Edited on May 16, 2024 4:32 PM

I think it's annoying to copy data that we're going to be getting new dumps from every week. What if we just wrote to the bucekt?

Sent on May 16, 2024 4:32 PM

I think it's annoying to copy data that we're going to be getting new dumps from every week

**jennifer**  Replied on May 16, 2024 4:33 PM

i think that's a very bad idea

**pj**  Replied on May 16, 2024 4:33 PM

Yeah I guess it's data that we're buying and we don't want to accidentally over write

**jennifer**  Replied on May 16, 2024 4:33 PM

copying is fast and you don't want to fat finger a bad deletion

**Arian**  Replied on May 16, 2024 4:33 PM

PJ whats annoying about it? We could just have a simple cron that s5cmds everything over

**pj**  Replied on May 16, 2024 4:34 PM

I thought delete object was a different S3 perm

**pj**  Replied on May 16, 2024 4:35 PM  |  Edited on May 16, 2024 4:35 PM

Yeah, if we have copy job that can copy everything over, let's re-use it. It's not that annoying for me, I'm just trying to reduce overhead for someone that's new and just trying to get the first step of the data pipeline working

Sent on May 16, 2024 4:35 PM

Yeah, if we have copy job that can copy everything over, let's re-use it. It's not that annoying for me, I'm just trying to reduce overhead for someone that's new and just trying to get the pipeline working

**jennifer**  Replied on May 16, 2024 4:36 PM

copying is easy; shortcutting this is not worth the downsides

**pj**  Replied on May 16, 2024 4:37 PM

I just looked at the data is saved as PDFS so data pipeline can't ingest it anyways. We'll copy it

**Arian**  Replied on May 16, 2024 4:37 PM

ah so it needs to go through text extraction

**jennifer**  Replied on May 16, 2024 4:37 PM

im not sure what you mean by that, we have various data pipeline steps that do pdf extraction

**Arian**  Replied on May 16, 2024 4:38 PM

yea thats all i mean

**pj**  Replied on May 16, 2024 4:43 PM

These PDFs are image scans as opposed to having text in the PDF. Do we do OCR as a part of the data pipeline already?

**pj**  Replied on May 16, 2024 4:43 PM  |  Edited on May 16, 2024 4:44 PM

@devi and @liz is helping find an example IRL

Sent on May 16, 2024 4:43 PM

@devi is helping find an example IRL

**jennifer**  Replied on May 16, 2024 4:44 PM  |  Edited on May 16, 2024 4:44 PM

ah we don'tmay or may not; how are we planning on doing the OCR, ship to mathpix or run a thing?

Sent on May 16, 2024 4:44 PM

ah we don't; how are we planning on doing the OCR, ship to mathpix or run a thing?

**devi**  Replied on May 16, 2024 4:44 PM

So it seems like we have some pdf extraction code in data_pipeline

▬▬▬▬▬▬ has the raw dataset pdfdrivesample and we should be able to do something similar here

**devi**  Replied on May 16, 2024 4:45 PM

tbc, this is very much a first pass and we can extract a lot more value from the books by doing something more sophisticated than just pdftotext

**kefan**  Replied on May 16, 2024 4:50 PM  |  Edited on May 16, 2024 4:50 PM

ok, maybe the way to go is to
- just overwrite the path to save the data to our bucket,
- run the pdftotext,
- then check the output.

Sent on May 16, 2024 4:50 PM

ok, maybe the way to go is to
- just overwrite the path to save the data to our bucket, run the pdftotext, then check the output.

**jennifer** Replied on May 16, 2024 4:51 PM

yeah try it, lmk how it goes

**jennifer** Replied on May 16, 2024 4:52 PM

oh you probably need to tell fishpath what region datamation-scans is, hold on, I'll send you a diff for that

**jennifer** Replied on May 16, 2024 4:53 PM

ok if you ever see █████████████████████████████████████████████████████████████

**jennifer** Replied on May 16, 2024 4:59 PM

sample pdf: █████████████████████████████████████
pdftotext'd: ██████████████████████████████████████████

**jennifer** Replied on May 16, 2024 5:02 PM

oh @kefan you can post sharable samples of stuff by copying it to ███████████████ tho data clusters only have write access to prefix
████████████████████████████████████████

**pj** Replied on May 20, 2024 11:20 AM

Do we have explore pages for Panama yet? I'd like to confirm that the samples look good and that we're able to extract the data since they're continuing to collect data for us this week

**pj** Replied on May 20, 2024 12:00 PM  |  Edited on May 20, 2024 12:03 PM

Just synced w/ @kefan. Here's w

Luckily the sample is small and the data pipeline runs fast and works (cc @pranay who asked for a status update on panama)

These are the next steps we discussed so we can finish this up today:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████
    ╵ ╵

Edited on May 20, 2024 12:02 PM

Ok just synced w/ @kefan.

Luckily the sample is small and the data pipeline runs fast and works. These are the next steps we discussed so we can finish this up today:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████

Edited on May 20, 2024 12:01 PM

Ok just synced w/ @kefan. Luckily the sample is small and the data pipeline runs fast and works. These are the next steps we discussed so we can finish this up today:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████

Sent on May 20, 2024 12:00 PM

Ok just synced w/ @kefan. Luckily the sample is small and the data pipeline runs fast and works. These are the next steps we discussed:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████

ANT_BARTZ_000389161

**pj**  Replied on May 20, 2024 1:31 PM

@kefan requested access to doc

**pj**  Replied on May 20, 2024 5:51 PM

Looking at doc

**pj**  Replied on May 20, 2024 6:05 PM  |  Edited on May 20, 2024 6:05 PM

Do you think you can figure out a way to convert PDF to image for this case?

I think it should be one-line with the correct library (see pdf2image, PyPDF2), although you will need to figure out how to install it. We used to be able to install whatever we want, but now it might need to be approved

We're going to working on testing and improving PDF extraction next and we all will want to be able to view the PDF as an image for pdf-extraction evals

> Sent on May 20, 2024 6:05 PM
>
> Do you think you can figure out a way to convert PDF to image for this case?
>
> I think should be one-line with the correct library (see pdf2image, PyPDF2), although you will need to figure out how to install it. We used to be able to install whatever we want, but now it might need to be approved
>
> We're going to working on testing and improving PDF extraction next and we all will want to be able to view the PDF as an image for pdf-extraction evals

👍 1

**pj**  Replied on May 20, 2024 6:14 PM

I know you've been working with a copy of the original dataset. Have we checked if the original data path recently for any updates or new data that may have come in? I'm curious if we have new data that we can run the pipeline on

**kefan**  Replied on May 20, 2024 6:15 PM

yeah, there are new datasets coming over the weekend as I mentioned. Also added a figure to track the progress.

👍 2    **blobexcited 1**

**kefan**  Replied on May 20, 2024 6:17 PM

on a side note, where should I add the explore pages?

+1 1

**pj**  Replied on May 20, 2024 6:24 PM  |  Edited on May 20, 2024 6:24 PM

Thanks I didn't see where ever you mentioned that. Feel free to post them here and in your doc. I checked go/data and I only see it for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Usually we create separate explore pages for chopped and encoded to check if the data looks good, but it's not a blocker since we aren't using this data in prod yet

> Sent on May 20, 2024 6:24 PM
>
> Thanks I didn't see where ever you mentioned that. Feel free to post them here and in your doc. I checked go/data and I only see it for ▓▓▓▓▓▓▓▓▓ Usually we create separate explore pages for chopped and encoded,
> but it's not a blocker since we aren't using this data in prod yet

**kefan**  Replied on May 20, 2024 11:58 PM

@pj good idea on converting them into images. Having a colab working pretty nicely to show side by side of one of samples. Also added a figure for daily data trend. With more and more data being processed, we should see the lines being updated. ▓▓▓▓▓▓

👀 1

**pj**  Replied on May 21, 2024 11:41 PM  |  Edited on May 21, 2024 11:42 PM

Nice! A few quick thoughts:
- It's nice to have stats! We usually communicate data stats in terms of tokens, so it'd be great if we can update to that metric - tokens received from panama per dump, histogram of tokens per book
- Is number of lines histogram number of lines per book? It's not obvious to me what the first two charts communicating differently from a skim It'd be excellent if we can add descriptive titles so people can quickly understand the plot before going back to their busy days
- I think it takes a few seconds for the text to show up side by side with the pdf, so I'd add a comment explaining that too
- I think you were running this on a second dump too, so we should rerun data-pipeline and update the numbers in this notebook before wrapping this up. I think you were already working on this

Edited on May 21, 2024 11:42 PM

Nice! A few quick thoughts:

- It's nice to have stats! We usually communicate data stats in terms of tokens, so it'd be great if we can update to that metric - tokens received from panama per dump, histogram of tokens per book
- Is number of lines histogram number of lines per book? It's not obvious to me what the first two charts are communicating differently from a skim It'd be excellent if we can add descriptive titles so people can quickly understand the plot before going back to their busy days
- I think you were running this on a second dump too, so it'd be nice to see those numbers of tokens included in the chart too
- I think it takes a few seconds for the text to show up side by side with the pdf, so I'd add a comment explaining that too

Edited on May 21, 2024 11:42 PM

Nice! A few notes:

- It's nice to have stats! We usually communicate data stats in terms of tokens, so it'd be great if we can update to that metric - tokens received from panama per dump, histogram of tokens per book
- Is number of lines histogram number of lines per book? It's not obvious to me what the first two charts are communicating differently from a skim It'd be excellent if we can add descriptive titles so people can quickly understand the plot before going back to their busy days
- I think you were running this on a second dump too, so it'd be nice to see those numbers of tokens included in the chart too
- I think it takes a few seconds for the text to show up side by side with the pdf, so I'd add a comment explaining that too

Sent on May 21, 2024 11:41 PM

Nice! A few questions:

- It's nice to have stats! We usually communicate data stats in terms of tokens, so it'd be great if we can update to that metric - tokens received from panama per dump, histogram of tokens per book
- Is number of lines histogram number of lines per book? It's not obvious to me what the first two charts are communicating differently from a skim It'd be excellent if we can add descriptive titles so people can quickly understand the plot before going back to their busy days
- I think you were running this on a second dump too, so it'd be nice to see those numbers of tokens included in the chart too
- I think it takes a few seconds for the text to show up side by side with the pdf, so I'd add a comment explaining that too

**blobheart 1**

 **kefan**  Replied on May 22, 2024 10:10 AM

- For the tokens, can you point me to the tokenizer we are using and is it possible for me to use it in notebook? Bytes is normally a good metric but agree we should make it more accurate.
- good suggestions, will update that.
- and yes, running DP on new data dumps.

 **kefan**  Replied on May 22, 2024 10:11 AM

Btw, the explore page should be in already so please take a look

**jennifer**  Replied on May 22, 2024 10:12 AM  |  Edited on May 22, 2024 10:13 AM



Sent on May 22, 2024 10:12 AM

**kefan**  Replied on May 22, 2024 10:15 AM  |  Edited on May 22, 2024 10:15 AM

it works! thank you

Sent on May 22, 2024 10:15 AM

nice! it works!

**pj**  Replied on May 22, 2024 1:48 PM

Yeah, we have the old explore page, but we should update the explore page after we process the new data dumps too. It'll update the number of tokens and the samples shown

**pj**  Replied on May 22, 2024 10:38 PM

Data partnerships said ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and was curious about the status of our data processing.
Do we have results from the newer dump of data yet?

**kefan**  Replied on May 22, 2024 11:12 PM

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ please check this for the daily generation

👀 1

there are some data pipeline issue, mostly I can't get the ray cluster to connect to workers etc

**kefan**  Replied on May 22, 2024 11:13 PM

Data partnerships said ██████████████████████████████████ and was curious about the status of our data processing. Do we have results from the newer dump of data yet?would it be possible for me to be in the data partner channel or something? wanna get to know more of the context.

**kefan**  Replied on May 22, 2024 11:17 PM  |  Edited on May 22, 2024 11:24 PM

we have a bit over ████ books now, or a bit over ████ tokens,

some requests to get things going:
- can you share some dedup code pointer for me to get it going? My plan is to dedup it, ██████████████ and run a scan to check if we can have a win on this data
- what is the timeline and process (like 1.xx CM can prove that this is worthy to be added, the trend etc), point of contact, if we want to add it to Teal or Dove?
- when you say ██████████████████████ what is the specific arrangement are we talking about it here, some stats such as expected daily books, metadata of the books (still don't have it), total number we expected, etc, would be appreciated.
- and do we have an internal scheduler that I can config a daily run for the processing and data-pipeline?

    Edited on May 22, 2024 11:18 PM

    some requests to get things going:
    - we have a bit over ████ books now, or a bit over ████ tokens, can you share some dedup code pointer for me to get it going? My plan is to dedup it, get 5ish epochs, and run a scan to check if we can have a win on this data
    - what is the timeline and process (like 1.xx CM can prove that this is worthy to be added, the trend etc) if we want to add it to Teal or Dove?

    Sent on May 22, 2024 11:17 PM

    some requests to get things going:
    - we have a bit over ████ books now, or a bit over ████ tokens, can you share some dedup code pointer for me to get it going? My plan is to dedup it, get 5ish epochs, and run a scan to check if we can have a win on this data
    - what is the timeline here if we want to add it to Teal or Dove?

**pj**  Replied on May 23, 2024 1:37 AM

- Daily generation stats look good. I'm sure it's on your list to swap number of chars/lines to tokens from yesterday
- If you're having trouble with Ray or anything else, feel free to post in #tokens-onboarding-03-19-devhelp ( @jennifer is the ray superstar)
@pranay
    ○ do you want to rename the channel and remove the date? I think it'd be helpful for tokens new joiners next week too
- go/panama has details about panama and you can ask @pranay about anything else

- Dedupe is still in flux. You can pair w/ @yijie or @brendan to run the new version that's in a branch. This dataset should work ██████████
  This shouldn't be a blocker to running the pipeline e2e first because we should know how many tokens we have pre-dedupe anyways
- Timeline depends on the number of tokens, which we will get when you update the explore page and stats page with the newest dump. I'd expect on the order of ████████████ as that's our
  █████████████
- █████████████ We'll be receiving new data ██████████ and we should rerun the pipeline with whatever new data we have ██████  See go/panama
- No, we don't have one. @brendan was handy and hacked something together for crabby

**yijie**  Replied on May 23, 2024 8:50 AM

@kefan scheduled a time to pair

**kefan**  Replied on May 23, 2024 1:46 PM

Hi @pj @jennifer @devi can you please take a look at this pr ██████████████████████████? it has ran successfully e2e

👀 1

**jennifer**  Replied on May 23, 2024 1:47 PM

kefan can you resubmit the PR without the messed up git history

**kefan**  Replied on May 23, 2024 1:57 PM

ah the branch has been a while and hard to rebase, recreate a new one

**blobty 1**

**kefan**  Replied on May 23, 2024 4:08 PM

sorry for the delay, here is the new PR ██████████████████████

**kefan** Replied on May 23, 2024 5:17 PM

can I have some feedback on the PR? @jennifer @pj @devi

✅ 1

and write down some thoughts on the next steps ███████████████████████
████████████████ feedbacks are welcomed

👀 1

**jennifer** Replied on May 23, 2024 5:31 PM

sorry, just got back from appointment, reviewing now

+1 1

**pj** Replied on May 23, 2024 7:09 PM

Nice, left comments on PR and doc!

**kefan** Replied on May 23, 2024 8:39 PM

thank you both! I'm lacking some of the context of some of the comments. Can you please take another look? thanks!

✅ 1

**kefan** Replied on May 24, 2024 5:44 PM

The OCR from Haiku is so good! Launching an inference, will have a more detailed estimation of the run time on OCR later. cc @pranay @pj @lzl @tom who might be interested.

Also the scan of a 4x epochs current books data (████████████ tokens per epoch) just finished. How can I get the downstream evals?

🙌 2

**pranay** Replied on May 24, 2024 7:35 PM

How can I get the downstream evals?cc: @kipply

**kipply** Replied on May 24, 2024 7:41 PM

have loss evals run yet?

**kipply** Replied on May 24, 2024 7:42 PM

and is there a one epoch baseline?

**kefan** Replied on May 26, 2024 3:11 PM

have loss evals run yet?yes, the loss evals ran with names ███████████████████████. wondering if we have a colab to plot the CM on different evals.

the amount of data is ████████████ or I should ████████████████████████████████;
████████████

**kipply** Replied on May 26, 2024 3:23 PM

all our notebooks are shared in /mnt/notebooks, if you look in ████████████████ then there's an example notebook!

+1 1

we should build a thing that just auto notebooks + generates plots for you though c:

**kefan** Replied on May 26, 2024 3:38 PM

Appreciate it! will get some analysis based on that. Yeah, if we have colab already, seems like a glue job 😊

**pj** May 15, 2024 5:03 PM | Edited on May 15, 2024 5:59 PM

💻 MM Synthetic Charts Thread 2 + Jaxotron Data Scan [ prev thread] cc @lzl who is owning this

Highly Confidential – Attorneys' Eyes Only

It looks like we're currently

Edited on May 15, 2024 5:30 PM

🖥 MM Synthetic Charts Thread 2 + Jaxotron Data Scan [ prev thread] (still looking for an owner pending tokens input on thread)

It looks like we're currently

Edited on May 15, 2024 5:30 PM

🖥 MM Synthetic Charts Thread 2 + Jaxotron Data Scan [ prev thread] (still looking for an owner pending tokens input)

It looks like we're currently

Edited on May 15, 2024 5:16 PM

🖥 MM Synthetic Charts Thread 2 + Jaxotron Data Scan [ prev thread] (still looking for an owner)

It looks like we're currently

Edited on May 15, 2024 5:13 PM

🖥 MM Synthetic Charts Thread 2 [ prev thread] (still looking for an owner)

We need to

Edited on May 15, 2024 5:07 PM

🖥 Spectra -> Jaxotron scan port (looking for a owner)

We're currently

Edited on May 15, 2024 5:03 PM

🖥 Spectra -> Jaxotron scan port (looking for a owner)

We're currently

Someone should

Sent on May 15, 2024 5:03 PM

🖥 Spectra -> Jaxotron scan port (looking for a owner)

We're currently

✅ 1

**lzl** Replied on May 15, 2024 5:08 PM

I can give it a try?

**pj** Replied on May 15, 2024 5:23 PM  |  Edited on May 15, 2024 5:34 PM

@pranay @devi this is the first non-text dataset task, so lmk if there's any other text datasets. ( @lzl

)

The current text datasets are already owned and in progress:

Sent on May 15, 2024 5:23 PM

@pranay @devi this is the first non-text dataset task, so lmk what you think. ( @lzl

)

The current text datasets are already owned and in progress:

Lmk if there are any other ones that @lzl should work on first

+1 1

**lzl** Replied on May 15, 2024 5:29 PM

If there's a text dataset or other higher priority things I'm happy to take on that instead

**pj**   Replied on May 15, 2024 5:53 PM  |  Edited on May 15, 2024 5:58 PM

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell has run the most jaxotron scans, so he might have additional notes on the below

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

Edited on May 15, 2024 5:58 PM

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell has run the most jaxotron scans, so he might have additional notes on the below

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

Edited on May 15, 2024 5:57 PM

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell has run the most jaxotron scans, so he might have additional notes on the below

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

Edited on May 15, 2024 5:57 PM

ANT_BARTZ_000389167

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell has run the most jaxotron scans, so he might have additional notes on the below

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

Edited on May 15, 2024 5:56 PM

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell has run the most jaxotron scans, so he might have additional notes on the below

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

Edited on May 15, 2024 5:56 PM

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389168

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell has run the most jaxotron scans, so he might have additional notes on the below

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

Edited on May 15, 2024 5:53 PM

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell can help provide pointers too.

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

Two - update the mixname here.

Three - Run a command like this:

Four -

@mitchell has run the most scans in Jaxotron, so he might have additional input.

Sent on May 15, 2024 5:53 PM

Highly Confidential – Attorneys' Eyes Only

Ok! I think this is a good place to start at least for now as I don't think it should take more than a day. I'm happy to pair too. @mitchell can help provide pointers too.

Here's a PR with an example scan. The code is simple.

One - You'll want to update the mix to something like this:

███████████████████████████

███████████████████████

███████████████████████████████████

Two - update the mixname here.

██████████████████████

██████████

██████████████

████████████████████████████

██████████████

████████████████████████

█████████████

████████

)

Three - Run a command like this:

████████████████████████████████████████████████████

@mitchell has run the most scans in Jaxotron, so he might have additional input.

🙌 1

**lzl**  Replied on May 15, 2024 5:59 PM

Thanks @pj for the detailed instructions! I'll schedule a pair with @mitchell.

**pj**  Replied on May 15, 2024 6:01 PM  |  Edited on May 15, 2024 6:02 PM

Great, we can take a look and provide comments async if you create a PR beforehand too

Sent on May 15, 2024 6:01 PM

Great, it might save time if you start a PR for this, so we can provide any comments async before hand too

**lzl**  Replied on May 15, 2024 6:03 PM

SG! Let me give it a try first

+1 1

**pranay**  Replied on May 16, 2024 4:49 AM

go/deepcrawls has a ton of sources that we can triage and prio, as needed 😊

+1 2

**lzl**  Replied on May 16, 2024 8:23 AM

Hmm encountered a weird error: ████████████████████ when running on both local laptop env and on devbox. I ran this command:
████████████████. I believe I have the right python env py311 on laptop.

**mitchell**  Replied on May 16, 2024 8:24 AM

Jaxotron runs on TPUs, and the error suggests you're not on a cluster with TPUs. Try use-sodium-beta.

**lzl**  Replied on May 16, 2024 8:30 AM

Thanks. Trying

**pj**  Replied on May 16, 2024 11:24 AM

@lzl did you get around this?

**lzl**  Replied on May 16, 2024 11:25 AM

Yep, I managed to get a dev box with 16x16 tpus. Running it now

Still running tho

**pj**  Replied on May 16, 2024 11:26 AM

Are you coo tailing the jobs? Are the jobs stepping?

**lzl**  Replied on May 16, 2024 11:27 AM

Are you coo tailing the jobsHmm I don't really understand this.
Are the jobs stepping?Unfortunately, it has just failed...

**mitchell**  Replied on May 16, 2024 11:27 AM

can you post the error

**blobty 1**

**lzl**  Replied on May 16, 2024 11:28 AM

Trying to do it. The stack dump is very long

**mitchell**  Replied on May 16, 2024 11:28 AM

is it possible to follow the recommendations from the docs and not launch on devbox

**lzl**  Replied on May 16, 2024 11:28 AM

OK I think the root error is ██████████████████████████████████████

**mitchell**  Replied on May 16, 2024 11:28 AM

PJ's example command above ████████████████████████████
████████████████████ is meant to be run from your laptop

**lzl**  Replied on May 16, 2024 11:28 AM

Likely a bug in my code

**mitchell**  Replied on May 16, 2024 11:29 AM

yea that looks like a non-jaxotron issue

**lzl**  Replied on May 16, 2024 11:29 AM

I see. I think last time I tried to run it on my laptop it says not a TPU cluster

**mitchell**  Replied on May 16, 2024 11:30 AM

you have to do use-sodium-beta first

that will tell your laptop to launch on the TPU cluster

**lzl**  Replied on May 16, 2024 11:30 AM

Oh I see. I thought it's for launching the TPU devbox

Thank let me give it a try

**mitchell**  Replied on May 16, 2024 11:30 AM

thanks!

**lzl**  Replied on May 16, 2024 11:34 AM

I think this means it's working?

image.png          1014 KB

Where can I monitor the jobs?

**mitchell** Replied on May 16, 2024 11:35 AM

from your mac you can run coo tail <job-name>

or use go/jaxodash and enter the job name

but you'll still have that data pipeline error

**mitchell** Replied on May 16, 2024 11:36 AM

that's not to do with jaxotron, it means that dataset is not there? did you transfer it from s3 to gcs?

**lzl** Replied on May 16, 2024 11:36 AM

Browser says go/jaxodash connection is not secure? Is it expected

**mitchell** Replied on May 16, 2024 11:36 AM

yes

+1 1

**lzl** Replied on May 16, 2024 11:36 AM

Yeah I just commented that dataset out to get the pipeline running first

**pj** Replied on May 16, 2024 11:51 AM  |  Edited on May 16, 2024 11:51 AM

I didn't know we had to move data, but I'm not surprised. I'm guessing we just use Google STS?

Sent on May 16, 2024 11:51 AM

I didn't know we had to move data, but I'm not surprised. I'm guessing we just juse Google STS?

**devi** Replied on May 16, 2024 11:53 AM

I didn't know we had to move data, but I'm not surprised. I'm guessing we just use Google STS? (edited)yeah, there are some steps in this doc for new datasets for big models, feel free to skip non-applicable steps and substitute relevant bucket (the one used for csp_bucket_override)

**mitchell** Replied on May 16, 2024 11:53 AM

you can just change csp_bucket_override and do egress

**pj** Replied on May 16, 2024 11:54 AM

Right, okay. @lzl for your first scan just change csp_bucket_override. Once that's working, let's figure out the data

**mitchell** Replied on May 16, 2024 11:55 AM

i don't actually know what to change that to

but yea that should work

**lzl** Replied on May 16, 2024 11:55 AM

Got it. Just to double check this is the data we want to add the to the mixture right?

    ANT_BARTZ_000389172

**pj**  Replied on May 16, 2024 11:55 AM

Yes, that's the data

**lzl**  Replied on May 16, 2024 11:57 AM

I see. Should I also "define" the dataset in the codebase? Can't really find the implementation, and I think that's what the previous error message is saying

Also any pointers on where to update csp_bucket_override?

**devi**  Replied on May 16, 2024 11:59 AM

not familiar with jaxotron, but it's generally set on the dataset configuration, not sure how this is handled with the inheritance structure and overrides

**mitchell**  Replied on May 16, 2024 12:00 PM

in a meeting now but yes

its an argument to the dataset

**mitchell**  Replied on May 16, 2024 12:01 PM

specifically the JaxotronImageTokenDatasetV2

**lzl**  Replied on May 16, 2024 12:01 PM

Ah I see

Thanks!

**lzl**  Replied on May 16, 2024 12:03 PM

What's the way to translate the names like ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ in the samples html to the actual dataset definition in the codebase?

Aka how can I find out the actual name to put into DatasetMix

**devi**  Replied on May 16, 2024 12:05 PM

⬛⬛⬛⬛⬛⬛⬛ part means the dataset is defined in ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ and the ⬛⬛⬛⬛ means that it's named this either explicitly with a name parameter, or implicitly by assigning a variable/function name to this, or both

the values like ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ are the keys in the DatasetMix

**lzl**  Replied on May 16, 2024 1:03 PM

Thanks @devi!

**pj**  Replied on May 16, 2024 3:22 PM  |  Edited on May 16, 2024 3:30 PM

Running evals PR by @mitchell from slack which mentioned vqa_pt and chartqa_pt, those are what you want to run too

#eval-toolbox-users is another slack channel for help related to evals

Replace sandbox/sandbox/mitchell/snapshot_lists/eider_scan.txt with just your model name

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

> Edited on May 16, 2024 3:29 PM
>
> Running evals PR by @mitchell from slack which mentioned docvqa_pt and chartqa_pt, those are what you want to run too
>
> #eval-toolbox-users is another slack channel for help related to evals
>
> Replace sandbox/sandbox/mitchell/snapshot_lists/eider_scan.txt with just your model name
>
> ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

> Edited on May 16, 2024 3:29 PM

ANT_BARTZ_000389173



Running evals PR by @mitchell from slack which mentioned docvqa_pt and chartqa_pt

#eval-toolbox-users is another slack channel for help related to evals

Replace sandbox/sandbox/mitchell/snapshot_lists/eider_scan.txt with just your model name

Edited on May 16, 2024 3:27 PM
Running evals PR by @mitchell from slack

#eval-toolbox-users is another slack channel for help related to evals

Replace sandbox/sandbox/mitchell/snapshot_lists/eider_scan.txt with just your model name

Edited on May 16, 2024 3:25 PM
Running evals PR by @mitchell from slack

#eval-toolbox-users is another slack channel for help related to evals

Edited on May 16, 2024 3:23 PM
Running evals

#eval-toolbox-users

Example commands:

Sent on May 16, 2024 3:22 PM
Running evals

#eval-toolbox-users

Example commands:

**rh**  Replied on May 16, 2024 3:33 PM

@lzl

**lzl**  Replied on May 17, 2024 4:44 PM

Eval done:                    is the baseline model that                    (note that this run also doesn't have
              dataset, so weighting might be different here), and              is the one with the dataset. Overall,
                                                    . Let me know if this makes sense, or I should have a proper baseline
using the computer use dataset

image.png          755 KB

**rh**  Replied on May 17, 2024 4:50 PM

any idea why

**mitchell**  Replied on May 17, 2024 4:52 PM

These evals

**mitchell**  Replied on May 17, 2024 4:57 PM

can you send loss throughout training?

Highly Confidential – Attorneys' Eyes Only

there should also be loss evals throughout training we can look at

**mitchell**  Replied on May 17, 2024 4:58 PM

but actually idk how useful those will be if training was entirely done on the source

**lzl**  Replied on May 17, 2024 6:18 PM

Hmm not sure why ███████████ Could it be ██████████ ?

**lzl**  Replied on May 17, 2024 6:20 PM

What's the reasonable range for those tasks? Not super familiar with these tasks

**lzl**  Replied on May 17, 2024 6:25 PM

Training loss looks ████████████████████████

image.png          255 KB



**lzl**  Replied on May 17, 2024 6:26 PM

Test loss during training is ███████████████████████████

image.png          410 KB

**mitchell**  Replied on May 17, 2024 6:26 PM

can you link loss plots with spikes?

**lzl**  Replied on May 17, 2024 6:27 PM

Hmm not sure how to share a specific plot from go/jaxodash? Is screenshot ok?

**mitchell**  Replied on May 17, 2024 6:28 PM

@rh what were you referring to?

**lzl**  Replied on May 17, 2024 6:29 PM

This is the train loss ████████████████

Highly Confidential – Attorneys' Eyes Only



Highly Confidential – Attorneys' Eyes Only



**+1** 1

**pj**  Replied on May 19, 2024 11:09 PM  |  Edited on May 20, 2024 12:53 AM

Here's an example of previous results. It looks like ███████████████ I just saw your results in your
notebook too. Maybe try running the evals starting w/ the ████████████

Edited on May 19, 2024 11:13 PM

Here's an example of previous results. It looks like ██████████████████████████

Edited on May 19, 2024 11:11 PM

Here's an example of previous results. Looks like █████████████████

We know that ██████████████████████████████████████████

Sent on May 19, 2024 11:09 PM

Here's an example of previous results. Looks like ███████████████

**lzl**  Replied on May 20, 2024 2:03 PM

Eval run comparing with and without synthetic charts on different model sizes. Generally it seems like ██████████████████
██████████████████████

newplot.png                    56 KB

1

**lzl**  Replied on May 20, 2024 3:39 PM

newplot (3).png

newplot (3).png                62 KB

**pj**  Replied on May 20, 2024 4:19 PM  |  Edited on May 20, 2024 4:19 PM

@lzl can you please share your visualization links here too?

Highly Confidential – Attorneys' Eyes Only

Sent on May 20, 2024 4:19 PM

@lzl can you please share your visualization links here? I wanted to share it with other people to show that the current baselines don't help us evaluate

**rh**  Replied on May 20, 2024 4:24 PM

linking jaxotron thread about passing a seed during temperature sampling: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**pj**  Replied on May 20, 2024 4:29 PM

relevant thread

**lzl**  Replied on May 20, 2024 5:19 PM  |  Edited on May 20, 2024 5:22 PM

Vis links:



Edited on May 20, 2024 5:21 PM

Vis links:

Sent on May 20, 2024 5:19 PM

Vis links:

**lzl**  Replied on May 20, 2024 5:47 PM

Only ▮ model shows ▮▮▮▮▮▮▮▮▮

Highly Confidential – Attorneys' Eyes Only



**image.png**     152 KB

**P**  **pj**  Replied on May 20, 2024 5:47 PM

Maybe post that in the above relevant thread?

**P**  **pj**  Replied on May 20, 2024 5:48 PM

@rh @lzl and I paired and decided to table this here b/c there's more work for the evals and an mm person should probably own that cc @ed who might pick it up. @lzl you should plan to write this up and maybe move onto pdfs

**L**  **lzl**  Replied on May 20, 2024 5:48 PM

Is it prev thread you linked to above?

**P**  **pj**  Replied on May 20, 2024 5:49 PM

Yeah or I think writing down your results in a doc and letting multimodal people see and comment on it might be useful too

**L**  **lzl**  Replied on May 20, 2024 5:49 PM

Sounds good. I'll do a doc which seems to be cleaner than copying everything over to another thread

+1 1

**L**  **lzl**  Replied on May 20, 2024 9:26 PM

Wrote a doc for it ██████████████████████████████████

🙌 1    👀 1

**P**  **pj**  Replied on May 20, 2024 11:43 PM

Nice! Left a few comments

**P**  **pj**  Replied on May 22, 2024 10:35 PM

Considering this thread of work done for now although there are more threads to pull on in the future!

+1 1

**T**  **tedm**  May 15, 2024 5:04 PM
*Joined the conversation.*

**R**  **rh**  May 15, 2024 6:00 PM  |  Deleted on May 15, 2024 6:00 PM

with this, my current favorite:

████████  ██  ██  ████████████

**P**  **pj**  May 15, 2024 6:16 PM  |  Edited on May 15, 2024 6:42 PM

🖥 The dedupe doesn't work for PDFs or multilang (it does for non-pdf). I think deduping correctly will be a CM for all our datasets, and we should fix it.

We're seeing this affect the CORE scan even after we added additional datasets to dedupe against, where we see a 2x CM on mathpix pdfs, (ty @yudong for rerunning) which shouldn't happen unless the data is duplicated or the test set is in the training mix.

Notes:
1. We think we are deduping against the test set correctly.
2. We have numbers and plots that show PDF isn't working well now
3. Other things being discussed by @brendan @dawn @liz @rh here

The options are:
1. We update mix with code diffs tomorrow, and wait to update CORE.

ANT_BARTZ_000389179



Edited on May 15, 2024 6:42 PM

Edited on May 15, 2024 6:41 PM

Edited on May 15, 2024 6:38 PM

Edited on May 15, 2024 6:37 PM

Edited on May 15, 2024 6:36 PM

Edited on May 15, 2024 6:31 PM

Edited on May 15, 2024 6:31 PM

Edited on May 15, 2024 6:29 PM

Edited on May 15, 2024 6:26 PM

Edited on May 15, 2024 6:18 PM

Edited on May 15, 2024 6:17 PM

Edited on May 15, 2024 6:16 PM

Sent on May 15, 2024 6:16 PM

ANT_BARTZ_000389182

blobpain 4     raised_hands::skin-tone-2 1

**J**  **jennifer**  Replied on May 15, 2024 6:20 PM  |  Edited on May 15, 2024 6:22 PM

How good of an understanding do we have as to ████████████? Is it ████████████

> Sent on May 15, 2024 6:20 PM
>
> How good of an understanding do we have as to ████████? Is it ██████
> ████?

**R**  **rh**  Replied on May 15, 2024 6:25 PM

@jennifer ████████████████████████████
enjoy a giant thread about ████

👀 1

**Y**  **yudong**  Replied on May 15, 2024 6:29 PM

Thanks for starting the thread, PJ! I am also wondering, as @rh brought up, what is the testset (especially the mathpix test set) we are using?
Is it all in unpaywall.mathpix_outputs_filtered_deduped?

**R**  **rh**  Replied on May 15, 2024 6:31 PM

isn't it the aug23 mathpix in the chart title here? ████████████████

**D**  **devi**  Replied on May 15, 2024 9:13 PM

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

+1 2

**S**  **shauna**  May 15, 2024 6:26 PM
*Joined the conversation.*

**D**  **dianne**  May 15, 2024 7:12 PM

I can't find the thread but here are ████████████████████████ Which is ████████████ is new

Top languages we want for App localization:
1. P0 - ████████████████████
2. P1 - ████

**P**  **pj**  Replied on May 15, 2024 7:14 PM  |  Edited on May 15, 2024 7:15 PM

Thread here. I think we have ████ ██ ████ cc @ed can we ████████

> Sent on May 15, 2024 7:14 PM
>
> Thread here. We have ████████

🙏 1

**dianne** Replied on May 15, 2024 7:38 PM

They didn't ask for this but I think we ████████ already? ████████████████████

**dianne** Replied on May 15, 2024 8:16 PM

also lower priority but ████████████████████

**ed** Replied on May 16, 2024 6:00 AM

Also do we want ████████████████████

(running ████████ now)

**pj** May 15, 2024 9:45 PM | Edited on May 16, 2024 12:18 AM

████████████████████████████████

💬 Deduplication summary of this thread w/ 400 messages

TLDR: ████████████████████████████

The method we're currently using resulted in ████████████████████████
████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it.

More details on our current deduplication methods, the new method, and future work in the thread.

Edited on May 15, 2024 10:47 PM

████████████████████████████████

💬 Deduplication summary of this thread w/ 400 messages

TLDR: ████████████████████████████
████████████████████ ⌡ ⌡

The method we're currently using resulted in ████████████████████
████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it.

More details on our current deduplication methods, the new method, and future work in the thread.

Edited on May 15, 2024 10:25 PM

████████████████████████████████

💬 Deduplication summary of this thread w/ 400 messages

TLDR: ████████████████████████████
████████ ⌡⌡

The method we're currently using resulted in ████████████████████
████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it.
More details on our current deduplication methods, the new method, and future work in the thread.

Edited on May 15, 2024 9:49 PM

████████████████████████████████

💬 Deduplication summary of this thread w/ 400 messages

TLDR: ████████████████████████████
████████

The method we're currently using resulted in ████████████████████
████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it. Is anyone interested in implementing and testing the new version?

More details on our current deduplication methods, the new method, and future work in the thread.

Highly Confidential – Attorneys' Eyes Only

Edited on May 15, 2024 9:48 PM

████████████████████████████████████    ██████████████████████████████

🖥 Deduplication summary of this thread w/ 400 messages

TLDR: █████████████████████████████████████████████████████████████████
████████████

The method we're currently using resulted in ██████  ██
████████████████████████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it. Is anyone interested in implementing and testing the new version?

More details on our current deduplication methods, the new method, and future work in the thread.

Edited on May 15, 2024 9:46 PM

████████████████████████████████    ██████████████████████████████

🖥 Deduplication summary of this thread w/ 400 messages

TLDR: ████████████████████████████████████████████████████████████████
████

The method we're currently using resulted in ██████████████████████████████████
████████████████████████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it. Is anyone interested in implementing and testing the new version?

More details on our current deduplication methods, the new method, and future work in the thread.

Sent on May 15, 2024 9:45 PM

████████████████████████████████    ██████████████████████████████

🖥 Deduplication summary of this thread w/ 400 messages

TLDR: ████████████████████████████████████████████████████████████████
██████████

The method we're currently using resulted in ██████████████████████████████
████████████████████████████████████████████████ It sounds like the group that looked
into this all align on this new approach, and we just need to implement it. Is anyone interested in implementing and testing the new version?

More details on our current deduplication methods, the new method, and future work in the thread.

🙌 10   📱 2   **raised_hands::skin-tone-2 1**

Ⓟ **pj**  Replied on May 15, 2024 9:54 PM  |  Edited on May 15, 2024 10:38 PM

New dedupe methodology by @rh:

████████████████████████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████

Other things tried:

• ██████████████████████████████████████████████

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

• ████████████████████████████
███████████████████████████████████

Other deduplication methods in the codebase:

██████████████████████████████████████████████████████████
████████████████████████████████████

Future Work

Edited on May 15. 2024 10:23 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:15 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:14 PM

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389186

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:12 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:12 PM

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389187

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:11 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs. It's implemented differently on ray and dask, so different datasets are using different methods.

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:11 PM

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000389188

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:10 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:10 PM

Highly Confidential – Attorneys' Eyes Only

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

New

Future Work

Edited on May 15, 2024 10:08 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

New

Future Work

Edited on May 15, 2024 10:07 PM

Highly Confidential – Attorneys' Eyes Only

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

New

Future Work

Edited on May 15, 2024 10:07 PM

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

Future Work

Edited on May 15, 2024 10:06 PM

ANT_BARTZ_000389191

New dedupe methodology by @rh:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

New

Future Work

Edited on May 15, 2024 9:57 PM

(editing still with links and stuff pls)

New dedupe methodology:

This is the deduplication methods we're currently using for PDFs:

Other deduplication methods in the codebase:

New

Future Work

Edited on May 15, 2024 9:57 PM

ANT_BARTZ_000389192

(editing still with links and stuff pls)

This is the deduplication methods we're currently using for PDFs:

- Min hash dedupe █████████████████████████████████
  - ███████████████████████████████████
  - ███████████████████████

Other deduplication methods in the codebase:

██████████████████████████████████████████████
██████████████████████████████

### New

- New Min Hash Dedupe ████████████████████
  - ███████████████████████████
  - █████████████████████████████████████████████
  - ██████████████████████████

### Future Work

████████████████████████████████████████████████████████

Edited on May 15, 2024 9:55 PM

(editing still with links and stuff pls)

This is the deduplication methods we're currently using for PDFs:

- Min hash dedupe ████████████████████████
  - ████████████████████████

Other deduplication methods in the codebase:

████████████████████████████████████████████

### New

- ███████ Min Hash Dedupe █████████████████████
  - ████████████████████████████████████████
  - ████████████████████████████████████████████████
  - ████████████████████████████

### Future Work

████████████████████████████████████████████████████████

Edited on May 15, 2024 9:54 PM

ANT_BARTZ_000389193

(editing still)

This is the deduplication methods we're currently using for PDFs:

- Min hash dedupe ████████████████████

█ ████████████████

Other deduplication methods in the codebase:

████████████████████████████████████████████

████████████

New

████ Min Hash Dedupe███████████████

█ ████████████████████████████████████

███████████████████████████████████████

█ ████████████████████

█ ████████████████████

Future Work

████████████████████████████████████████████████████████

---

Sent on May 15, 2024 9:54 PM

This is the deduplication methods we're currently using for PDFs:

- Min hash dedupe ████████████████████

█ ████████████

Other deduplication methods in the codebase:

████████████████████████████████████████████

████████████

New

• ████ Min Hash Dedupe███████████████

█ ██████████████████████████████████

███████████████████████████████████████

█ ████████████████████

█ ████████████████████

█ ████████████████████

Future Work

█████████████████████████ ██ ██████████████████████████

---

**liz**  Replied on May 15, 2024 9:54 PM

yeah i talked to devi about this and realized i didnt actually check that lol.

+1 2

**rh**  Replied on May 15, 2024 9:54 PM

yall pj is trying to post the initial thread still

berk 1    meow_heart 1    thread_police 1    no-thread 1    typingcat 1

**liz**  Replied on May 15, 2024 9:54 PM

lmao

**dawn**  Replied on May 15, 2024 9:54 PM

haha

**dawn**  Replied on May 15, 2024 9:56 PM

Ryan in what sense did you ██████████████ Is that ████ of docs with a jaccard similarity above ███ with themselves?

please-thread 1

**rh**  Replied on May 15, 2024 10:16 PM  |  Edited on May 15, 2024 10:16 PM

████████████████████████████████████████

Sent on May 15, 2024 10:16 PM

████████████████████████████████

**kipply**  Replied on May 15, 2024 10:16 PM

wait ███████████████  should be like █████████████████████

**rh**  Replied on May 15, 2024 10:16 PM  |  Edited on May 15, 2024 10:17 PM

that's just all the parts of the mix that are labeled as having pdfs in there somewhere, it's hard to say from the mix itself which part is pdf

Sent on May 15, 2024 10:16 PM

that's just all the parts of the mix that have pdfs in there somewhere, it's hard to say from the mix itself which part is pdf

**pj**  Replied on May 15, 2024 10:18 PM  |  Edited on May 15, 2024 10:20 PM

Pre-new weights:

████████████████████████████████

Sent on May 15, 2024 10:18 PM

████████████████████████████████

**kipply**  Replied on May 15, 2024 10:19 PM

oooh counting ████████████████

that adds up

**rh**  Replied on May 15, 2024 10:19 PM  |  Edited on May 15, 2024 10:20 PM

idk ███████████ █ ████████████████

Sent on May 15, 2024 10:19 PM

idk ███████████

**pj**  Replied on May 15, 2024 10:20 PM  |  Edited on May 15, 2024 10:25 PM

I think ████████████████████████████████████████

Edited on May 15, 2024 10:21 PM

I think ████████████████████████████████████

Edited on May 15, 2024 10:20 PM

I think ████████████████████████

Sent on May 15, 2024 10:20 PM

I think ████████████████████████

**rh**  Replied on May 15, 2024 10:21 PM

also doesn't necessarily make sense to only look at the new rate because if these are overly duplicated we've already done extra epochs on the data that we can't take back

**kipply**  Replied on May 15, 2024 10:21 PM

yeah :(

ANT_BARTZ_000389195

i mean also everything was deduped the same bad way

some things were just naturally worse

**pj**  Replied on May 15, 2024 10:22 PM

We can fix it now 😬

**rh**  Replied on May 15, 2024 10:22 PM  |  Edited on May 15, 2024 10:22 PM

pdfs were hit especially hard i think because different pdf extractors output the formatting in completely different ways despite having the same text content

Edited on May 15, 2024 10:22 PM

pdfs were hit especially hard i think because different pdf extractors output the formatting in completely different ways

Sent on May 15, 2024 10:22 PM

pdfs were hit especially hard i think because different pdf extractors output a the formatting in completely different ways

**dawn**  Replied on May 15, 2024 10:22 PM

███████ of how many minhashes each?

**rh**  Replied on May 15, 2024 10:22 PM  |  Edited on May 15, 2024 10:22 PM

███

Sent on May 15, 2024 10:22 PM

███

+1 1

**dawn**  Replied on May 15, 2024 10:23 PM

██████████████ Won't there be ████████ then?

**rh**  Replied on May 15, 2024 10:23 PM

no

**rh**  Replied on May 15, 2024 10:23 PM  |  Edited on May 15, 2024 10:23 PM

███

Sent on May 15, 2024 10:23 PM

███

**dawn**  Replied on May 15, 2024 10:23 PM

██████████

**dawn**  Replied on May 15, 2024 10:24 PM

that makes more sense



image.png    56 KB

**liz**  Replied on May 15, 2024 10:35 PM

Highly Confidential – Attorneys' Eyes Only

im somewhat skeptical how much the ███████ numbers mean mostly because ███ ███████████████████████████████████

➕ 1

**rh**  Replied on May 15, 2024 10:35 PM

████████████████████████████████████████████████████

**liz**  Replied on May 15, 2024 10:36 PM

i think its prolly ███████ on that for sure but i dont think its as wildly different as it looks

esp bc i also think same documents having ████████████████████████

**rh**  Replied on May 15, 2024 10:36 PM | Edited on May 15, 2024 10:36 PM

you can treat it as precision/recall or whatever for a smoother representation, but the histograms are overall *way* better with norm

Sent on May 15, 2024 10:36 PM

you can treat it as precision/recall or whatever, the histograms are *way* better with norm

➕ 2

**dawn**  Replied on May 15, 2024 10:36 PM

I think using ███████ or something to get ████████ is good, so long as we then do the quadratic thing within each cluster or something

+1 1

yeah ████████████████████

**liz**  Replied on May 15, 2024 10:37 PM

yeah the histograms looked ███████ for sure

yes i think ideal is doing that

**liz**  Replied on May 15, 2024 10:38 PM

i have a really shitty impl in spark i haven't tested whatsoever using the native spark.ml minhash impl that can do something like this but i have no idea how annoying it will be to get it to scale / how well it is written under the hood (plus my impl is not great)

████████████████████████████████████████

**jennifer**  Replied on May 15, 2024 10:40 PM

hm I can try to help scale this tomorrow

**rh**  Replied on May 15, 2024 10:41 PM

:teleport: ██████████████████████████████

**Arian**  Replied on May 15, 2024 10:44 PM

How close is yijies spark implementation to scaling? If I recall he's gotten pretty far with it and it does multi band

His PR is still in progress and he last had a memory issue but I don't think it's too far from being scaled

**liz**  Replied on May 15, 2024 10:46 PM

yeah it looked good from what ive saw i think dawn said it wasn't scaling or something? so i assumed it had issues with it. but like didn't see any reason why it inherently wouldn't

**liz**  Replied on May 15, 2024 10:54 PM | Edited on May 15, 2024 10:59 PM

if its ooming bc key skew in the Window.partitionBy stage might be work swapping it out for aggregateByKey() instead of sorting and getting top idx

Edited on May 15, 2024 10:55 PM

ANT_BARTZ_000389197

if its ooming bc key skew in the Window.partitionBy stage might be work swapping it out for reduceByKey() instead of sorting and getting top idx

Sent on May 15, 2024 10:54 PM

if its ooming in the Window.partitionBy stage might be work swapping it out for reduceByKey() instead of sorting and getting top idx

**liz**  Replied on May 15, 2024 10:57 PM

i wonder if F.first() would have any under the hood optimizations for this either

**jennifer**  Replied on May 15, 2024 11:02 PM

where is @yijie's PR? is it ███████ ? seems out of date

**liz**  Replied on May 15, 2024 11:03 PM

oh i was just looking in master lol

**brendan**  Replied on May 16, 2024 3:41 AM

Hmm, I'm worried that ████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

**+1** 1

**yijie**  Replied on May 16, 2024 8:52 AM

@jennifer I think it's this one ███████████████████████

**yijie**  Replied on May 16, 2024 8:53 AM

what's size of the dataset we are trying to run ████████ on? I can help to scale the spark version

**Arian**  Replied on May 16, 2024 8:55 AM

what about the current implementation wasn't scaling yijie?

was it ooming on a shuffle?

**rh**  Replied on May 16, 2024 8:56 AM  |  Edited on May 16, 2024 9:02 AM

I'm worried that █████████████████████████████████████████ ▐▌ ██████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

Edited on May 16, 2024 9:01 AM

I'm worried that █████████████████████████████████████████ ▐▌ ██████████████

████████████████████████████████████████████████████

██████

Edited on May 16, 2024 8:59 AM

I'm worried that ████████████████████████████████████████████

████████████████████████████████████████████

Edited on May 16, 2024 8:59 AM

Highly Confidential – Attorneys' Eyes Only

I'm worried that

Edited on May 16, 2024 8:58 AM
I'm worried that

Edited on May 16, 2024 8:58 AM
I'm worried that

Edited on May 16, 2024 8:57 AM
I'm worried that

Edited on May 16, 2024 8:57 AM
I'm worried that

Sent on May 16, 2024 8:56 AM
I'm worried that

**yijie**  Replied on May 16, 2024 8:58 AM

I just haven't tested it on a large dataset, it may suffer from some data skew I guess. but we can find ways to fix, spark itself works very well if we do it right (I'm able to run the ngram hash dedup on the whole

🐿️ 1

**brendan**  Replied on May 16, 2024 9:04 AM

yeah, I'm definitely convinced

**rh**  Replied on May 16, 2024 9:04 AM  |  Edited on May 16, 2024 9:05 AM

my original test also included just subsampling a pdf against itself, which we performed           as well

Sent on May 16, 2024 9:04 AM
my original test also included just subsampling an existing pdf

**rh**  Replied on May 16, 2024 9:06 AM

i understand it's quite a long thread but imo my methodology was very thorough and our existing dedup is bad

**rh**  Replied on May 16, 2024 9:08 AM

subsampling

**rh**  Replied on May 16, 2024 9:08 AM  |  Edited on May 16, 2024 9:14 AM

even with documents that contain

Edited on May 16, 2024 9:09 AM

even with documents that contain ███████████████████████████████████████████

Edited on May 16, 2024 9:09 AM
even with documents that contain ███████████████████████████████████████

Edited on May 16, 2024 9:09 AM
even with documents that contain ███████████████████████████████████████████

Edited on May 16, 2024 9:09 AM
even with documents that contain ██████████████████████

Sent on May 16, 2024 9:08 AM
even with documents that contain ███████████████████████████████

**rh** Replied on May 16, 2024 9:10 AM | Edited on May 16, 2024 9:11 AM

if i randomly messed up ███████████████████████████████████████

Edited on May 16, 2024 9:11 AM
if i randomly messed up ███████████████████████████████████

Edited on May 16, 2024 9:11 AM
if i randomly messed up ████████████████████████████████████
███

Edited on May 16, 2024 9:10 AM
if i randomly messed up ███████████████████████████████

Sent on May 16, 2024 9:10 AM
if i randomly messed up ███████████████████████████████████

**rh** Replied on May 16, 2024 9:13 AM | Edited on May 16, 2024 9:13 AM

and on top of that ████████████████████████████

Sent on May 16, 2024 9:13 AM
and on top of that █████████████████

**+1** 1

**brendan** Replied on May 16, 2024 9:14 AM

agreed that this was very thorough!

I think maybe there's two problems we're pulling at here:

████████████████████████████████████████████
████████████████████████████████████
█
████████████████████████████████████████████
█████████████████████████████████

**rh** Replied on May 16, 2024 9:14 AM | Edited on May 16, 2024 9:15 AM

████████████████████████████████████

Edited on May 16, 2024 9:15 AM
████████████████████████████████████

Edited on May 16, 2024 9:15 AM
████████████████████████████████

Highly Confidential – Attorneys' Eyes Only

Edited on May 16, 2024 9:14 AM

███████████████████████ █ █████████████████████

Sent on May 16, 2024 9:14 AM

████████████████████████████████████

**rh**  Replied on May 16, 2024 9:16 AM

i think when you look at common crawl there's probably no way we ran ray dedup across all of our data anyway

**rh**  Replied on May 16, 2024 9:17 AM  |  Edited on May 16, 2024 9:17 AM

this is issue #3, our document dedups don't scale and we haven't actually done whole corpus dedup afaik besides exactdedup (which isn't document level)

Sent on May 16, 2024 9:17 AM
this is issue #3, our document dedups don't scale and we haven't actually done whole corpus dedup afaik besides exactdedup

**brendan**  Replied on May 16, 2024 9:18 AM

common crawl, and the pdfs in pdfs v1 and v2, were all deduped with the spark fuzzy dedupe (which I believe the dask one was modeled off of)

**rh**  Replied on May 16, 2024 9:19 AM  |  Edited on May 16, 2024 9:19 AM

can you link to the specific one we used

Sent on May 16, 2024 9:19 AM
can you link to it

**brendan**  Replied on May 16, 2024 9:19 AM

(issue #4: we have too damn many dedupe impls)

**rh**  Replied on May 16, 2024 9:19 AM

my understanding is even if individual datasets have been deduped, we don't have full corpus document dedup

+1 1

**rh**  Replied on May 16, 2024 9:20 AM

we need exactly one document level dedup that scales to corpus level and has actually been evaluated on the kinds of things we want to dedup

+1 1

**brendan**  Replied on May 16, 2024 9:20 AM

here's v2:

████████████████████████████████████

**rh**  Replied on May 16, 2024 9:21 AM  |  Edited on May 16, 2024 9:21 AM

and go patch all the other dedups to throw a runtime error or just delete them outright so people stop using them

Sent on May 16, 2024 9:21 AM
and go patch all the other dedups to throw a runtime error or just delete them outright

1000 2

**brendan**  Replied on May 16, 2024 9:21 AM

here's v1:

████████████████████████████████████

**liz**  Replied on May 16, 2024 9:21 AM

might be interesting to scale the target jaccard by the avg overlap of two documents in the set we are deduping against or something.

problem is i think the ██████████████ are just very ███████████████████
███████████.

theres also issues comparing things with very different avg doc lengths. jaccard in general penalizes larger sets. ie a large doc can have a smaller one entirely container within it and have a pretty low jaccard.

def need to scale the dedup though asap

**rh** Replied on May 16, 2024 9:21 AM | Edited on May 16, 2024 9:21 AM

why do those say v1 and v2 in the opposite order

> Sent on May 16, 2024 9:21 AM
>
> why do those say v1 and v2 in the opposite ordedr

**rh** Replied on May 16, 2024 9:21 AM | Edited on May 16, 2024 9:22 AM

also exact same thing with shuffle (just less about correctness, more about our pipelines working)

> Edited on May 16, 2024 9:21 AM
>
> also exact same thing just less so about correctness with shuffle
>
> Sent on May 16, 2024 9:21 AM
>
> also exact same thing just less so with shuffle

**Arian** Replied on May 16, 2024 9:22 AM

i agree with ryan on one dedup. It gets very confusing when we have all of these dedups, some of which work at some scales and others that don't (all with slightly different implementations)

**brendan** Replied on May 16, 2024 9:22 AM

why do those say v1 and v2 in the opposite order (edited)i think v2 says "against v1" because we're trying to do like dedup(v2) - deduped(v1)

**rh** Replied on May 16, 2024 9:23 AM

@brendan the first one is implemented as rc.mark_successful

**liz** Replied on May 16, 2024 9:23 AM

i think its prolly worth it having some sense of a fuzzy v exact one but yes we have way way more than necessary lol

**rh** Replied on May 16, 2024 9:23 AM

is the spark dedup somewhere else in the file? you linked to the empty datanode

**brendan** Replied on May 16, 2024 9:23 AM

yeah, unfortunately the "convention" in spark is to run it outside of data pipeline, and then plop the output into a datanode

(or at least, was at the time)

**rh** Replied on May 16, 2024 9:23 AM

ok but linking to the datanode tells me nothing

**brendan** Replied on May 16, 2024 9:25 AM

███████████████████████████████████████████████████

**liz** Replied on May 16, 2024 9:26 AM

████████████████

**rh** Replied on May 16, 2024 9:29 AM

is num hash tables the same as num perms?

where are the bands

**liz** Replied on May 16, 2024 9:29 AM

the spark one is kinda cursed

✚ 1

like the pyspark.ml one

https://stackoverflow.com/questions/65259348/is-the-number-of-rows-always-1-in-each-band-in-the-spark-implementation-of-minha

**liz**  Replied on May 16, 2024 9:30 AM

looks like numHashTables is n bands? but it uses one hash per band

**rh**  Replied on May 16, 2024 9:31 AM

+1 1

**liz**  Replied on May 16, 2024 9:31 AM

yes

**rh**  Replied on May 16, 2024 9:31 AM

where are they actually grouping by the bands

**liz**  Replied on May 16, 2024 9:32 AM

im a lil confused tho

bc normally youd go like approxSimilarityJoin() and it would get you the candidate pairs

**rh**  Replied on May 16, 2024 9:32 AM

i don't see anything that would be grouping by each band

**brendan**  Replied on May 16, 2024 9:32 AM

i think its single-banded, like ray

**rh**  Replied on May 16, 2024 9:32 AM

ya so that's bad

+1 1

if so we can prob just use the ray numbers here

**liz**  Replied on May 16, 2024 9:32 AM

so i think its like using MinHash to hash it but then a single band after?

+1 1

**rh**  Replied on May 16, 2024 9:33 AM  |  Edited on May 16, 2024 9:33 AM

Sent on May 16, 2024 9:33 AM

**liz**  Replied on May 16, 2024 9:33 AM

well it does regextokenizer with \\s+

**rh**  Replied on May 16, 2024 9:33 AM  |  Edited on May 16, 2024 9:33 AM

\s+ is .split()

Sent on May 16, 2024 9:33 AM
\s+ is split

**liz**  Replied on May 16, 2024 9:33 AM

yeah

ANT_BARTZ_000389203

**liz** Replied on May 16, 2024 9:35 AM

@yijie's one is much better

**brendan** Replied on May 16, 2024 9:57 AM

my methodology was very thorough and our existing dedup is badyeah, i'm convinced

**brendan** Replied on May 16, 2024 10:00 AM

i'd be happy to pitch in on experiments (eg, adding banding + normalization to the older spark implementation, and running on pdfs v1 and v2) but also happy to just delurk if others want to do it / its already in progress

**yijie** Replied on May 16, 2024 10:40 AM

@liz what's the dataset we want to run it on? I'd be happy to have a try

**brendan** Replied on May 16, 2024 11:05 AM

i might suggest pdfs_v1 and v2

+1 1

**jennifer** Replied on May 17, 2024 12:52 AM

@yijie if you've got the experiment set up already you could also try rebasing this and then j49_word_split will probably give you something identical to \s+ but better at cjk

+1 2

**rh** Replied on May 17, 2024 8:44 AM

\s+ is much worse than normalization for pdf extraction though

**jennifer** Replied on May 17, 2024 12:05 PM

I might be misunderstanding because I thought normalization was orthogonal to splitting. Wdym by normalization? Do you have a link to a notebook?

**dawn** May 15, 2024 9:51 PM  |  Deleted on May 15, 2024 9:56 PM

has found a method that gets ███████ correctwhat exactly is this method?

**dawn** May 15, 2024 9:52 PM  |  Deleted on May 15, 2024 9:55 PM

Also, Liz said at one point:

████████████████████████████████████████████



image.png          69 KB

**rh** May 15, 2024 9:55 PM  |  Deleted on May 15, 2024 9:56 PM

pls clean up

**pj** May 15, 2024 9:58 PM  |  Deleted on May 15, 2024 10:15 PM

i'll tag yall as soon as im done

**pj** May 15, 2024 9:58 PM  |  Deleted on May 15, 2024 10:15 PM

pls take a water break idk

Highly Confidential – Attorneys' Eyes Only

**pj** May 15, 2024 10:37 PM | Edited on May 16, 2024 12:36 AM

Is anyone interested in implementing and testing the new version e2e? cc @brendan @liz @dawn @jennifer who have been involved in this discussion from the beginning

> Sent on May 15, 2024 10:37 PM
>
> Is anyone interested in implementing and testing the new version? cc @brendan @liz @dawn @jennifer who have been involved in this discussion from the beginning

**liz** Replied on May 15, 2024 10:41 PM

:portal-from: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**liz** Replied on May 15, 2024 10:42 PM

(rn main issue with it is that i used a bunch of half baked spark helpers i never tested so ive just been debugging those instead of testing it lol)

**liz** Replied on May 15, 2024 10:43 PM

@yijie also has a spark version that looks p good imo

if it can be scaled well enough

**pj** Replied on May 15, 2024 10:44 PM

Ok I think it might even be for more than one person from tokens to work on this together b/c more than one person should have context if it's something we're going to use across jobs if anyone else is interested in pairing w/ you

**liz** Replied on May 15, 2024 10:44 PM

ill be out of office friday though

as fyi

**rh** Replied on May 15, 2024 10:45 PM

this feels important enough imo to throw several people at medium to high prio immediately

+1 2

**liz** Replied on May 15, 2024 10:45 PM

i think it wouldn't be that hard to patch the ray version into doing it a few times over though

+1 1

to at least get to like a few bands + normalization

**rh** May 15, 2024 10:40 PM | Deleted on May 15, 2024 10:41 PM

:teleport: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ANT_BARTZ_000389205