# EXHIBIT 45

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

# Panama Data Partnerships Tech Ops Overview

Highly Confidential – Attorneys' Eyes Only

# Panama Data Partnerships Tech Ops Overview

## Purpose

Inventory and document the data partnerships team's "technical data ops" processes around Panama. Captured during many sessions with Gyula Lakatos!

## Biz Process Overview



Source: A_D_B Operations Flow

High level Panama process inventory and purpose

- Dedupe (what to order)
- Ordering
- Shipping
- **Receiving**
- Scanning
- **Ingestion**
- Analysis

**Commented [1]:** to compare with crabby corpus
▇▇▇@anthropic.com does this happen?
[Author:Adam
Ratana],[Creator:1297307460],[Date:11/7/2024 8:04:00
PM]

## Tech Processes

- **Deduplication**
  - Help Cecilia figure out what to order from vendors
  - Back and forth filtering - soul crushing (ex: people think there's 1M books and then we have 90% of them, and then of the 10% there's only a few)
  - -> New API will help.
- **Ordering** - how we communicate with vendors
  - Betterworld
    - Send an initial list - ████████, mark the books in the list as ordered in the db, in reality they didn't commit to send them all. So some books in DB marked as ordered, but may not ever get them.
      - Cecilia knows about this.
    - Doing a thing called "set aside"
      - When they find a book they can sell us and will be accepted by us based on criteria we created - they will throw extra books in (hence "set aside")
      - When loading shipping data - see books that were not in the ordering data!
    - Script that runs - newly set aside books - they put this list in an s3 bucket - can mark immediately as ordered
      - To avoid purchasing from other vendors (world of books)
      - 1 day lag / delay here
        - In this day, there's a chance of ordering twice. Small problem, acceptable risk.
    - Had own list on their end - tracking what already sent.
      - Can't work with multiple vendors / don't want to send lists across vendors.
    - Want them to move to API as well. OPsec is a concern going forward.
  - World of books (newer)
    - Because they're a new vendor, and we previously only worked with one - the dedupe run by vendor 1 doesn't work anymore / doesn't scale.
      - Wanted to work on system - realtime - respond on new books - do we want or not? They can then sell us more books.
      - API not working yet - but intended to solve this. Don't want to leak the list across. OPsec is a concern going forward.
    - ■
  - Ordering DB processes
    - Loading Book Data FROM Cecilia (varies by vendor)
      - One shot
        - Mark book as ordered, add data
        - CSV files to DB
        - Sometimes BIP doesn't have all metadata alone

ANT_BARTZ_000365929

- This could involve making the BIP Crawler immediately get additional metadata if the vendor files doesn't have all metadata (proactive - try to get complete data)
- **TODO: show example**
  - For each vendor
    - Different processes
      - ○ BWB, WoB
      - ○ Some smaller vendors (korean, japanese, etc) -> need to convert to bisac categories...
        - Use excel sheet for this, scripts
        - Inputting into Claude is an eng job
      - ○ -> goes to same db schema
  - ○ Books in Print Crawler (own thing - involved in ordering, statistics)
    - Keeping it alive + running
    - Gets ISBN from our books db -> pulls metadata for the book and saves the metadata to the db (helps with later analysis)
    - Tries to get book data as soon as sees a new ISBN, vendors do not have all the data fields that cecilia needs to order it, this catches up if Gyula hasn't run manually
- **Shipping** (varies by vendor)
  - ○ Loading shipping data
    - Usually for Betterworld only
      - "Set aside" script
      -
    - ***Can*** load for other vendors but don't.. Haven't automated for other
      - Everyone else sends in a different format - will remain in DB as ordered (not good, want to track how many shipped, but live with it for now)
    - Side Note: Tom or Cecilia wants to see how many coming from US or UK -> capacity
      - SBS - provide books from UK and US
      - This is why sometimes shipping data does need to be loaded otherwise it's unclear how many are in transit at one time.
    - Some books never get marked shipped
      - ***Later they will get marked as scanned, though, unless there's some egregious fatal error.***
- **Receiving**
  - ○ Today: we don't validate if what was shipped and what was received.
    - Should create column name for file that was the output of the scan.
    - No easy way for a researcher to make the connection between the db and the pdfs.
    - They can get a list of books from the db, but can't figure out the name of the pdf file, or vice versa.
  - ○ Hasn't been a priority, but would be useful.

- **Scanning**
  - (Part of shipping) Loading scanning data
    - Drop files manually from drive -> s3
      - scanning data from datamation  is automated
    - Updates the DB status.
  - datamation - sole vendor
    - Provide what was scanned in a [google drive folder] [link], weekly
    - Provide the PDF scans in another place [s3 bucket]
  - Researched do stuff with PDFs, may look at the database, etc, but Gyula not involved
    - Some researchers may be using the wrong branch. Haven't updated the main branch in the repo.
    - Main issue - Gyula doesn't have direct write access to main branch. Writes to feature branch, creates PR to merge to main, someone else has to merge it.
    - But sole developer on this.  Ideally should get security to approve to merge to main branch.
- **Ingestion**
  - We are not involved in this, other than the tracker piece that informs the payment (using the database)
- **Analysis / Statistics**
  - Tom / Cecilia / etc wants different types of info and can't use DB manually.
  - Adhoc investigation - Gyula runs queries
  - Fuzzy search
    - Authors
    - Titles
  - Ex. Cecilia wants cost analysis for each BISAC category - wants to use data to figure out how much to pay for books in certain categories..
    - Ex how much a STEM book should cost (new vs used)
      - BWB, WoB have used books
      - Other vendors have new books (ex baker & taylor)
  - Re: monitoring / Dashboarding
    - Streamlit is good - suggested by Nova - good with displaying stuff- different statistics
    - main.py just never got deployed.
    - Web facing application (API)- easy
    - Company facing (with only orange clearance) - not easy
      - Got nowhere, no time to push for more clearance, needed oauth
    - Worked locally back in the day, but barebones…
      - Easy to develop, but unable to deploy it, gave up on it.
    - May be hard to get to given everything else

ANT_BARTZ_000365931

## Database Schema

*Dumped via sqlite3 cli / PRAGMA table_info([table]);*

### Main Database

Book

| Name | Type | Notes |
|------|------|-------|
| id (pk) | TEXT (notnull) | |
| isbn | TEXT | Some books don't have ISBNs. 5% missing ID and vendor assigns custom ID. |
| title | TEXT | |
| distribution_source | TEXT | The vendor which provided the books.for example "udc" |
| distribution_id | TEXT | It is what the distributor uses in their system to identify a book. Sometimes we don't get an ISBN from the vendor but an ID that was generated by their own system.<br><br>For example, betterword sometimes sends IDs like BWB1000444. We need this ID to figure out the shipping data (which will have a shipping SKU that helps to figure out the scanning data for the book if it doesn't have an ISBN). |
| scanning_source | TEXT | |
| format | TEXT | |
| author | TEXT | |
| publisher | TEXT | |
| publication_date | date | |
| status | TEXT (notnull) | Status- "created" means identified, "ordered" - placed an order for it to a vendor - when de-duping comes into the picture; "shipped" - vendor shipped it to us, "scanned" - datamation scanned it (last status) |
| bisac_category | TEXT | SHOULD NOT BE IN USE** (see bisac table) ** But is- needs to be cleaned up - see data debt |

ANT_BARTZ_000365932

| | | table |
|---|---|---|
| edition_of | TEXT | (FK to editions table) - but referential integrity isn't there - some ISBNs are in multiple editions - needs to be cleaned up |
| list_price | INTEGER | in cents- MSRP, paid price - what we paid |
| paid_price | INTEGER | |
| page_count | INTEGER | |
| created_date | DATE | when identified - not all dates accurate - added columns after 3-5 months - missing dates for first orders |
| shipping_date | DATE | The date when the vendor handled over the books to the shipping company. Usually loaded from "shipping info" CSV files. Some vendors don't give us this info, it is only loaded consistently for BWB. |
| scanning_date | DATE | Most important<br>Helpful to determine which models book went into<br>If Scanning_date before the release date of the model - it's probably in the model |
| type | TEXT ('Book') (notnull) | "Book" vs "Textbook" - different / flagged in data sets - textbook - mostly university textbooks |
| asin | TEXT | amazon id - saving to get info on books not present in "books in print" db |
| bip_visited | BOOLEAN (FALSE) (notnull) | if crawler already visited this book |
| subtitle | TEXT | |
| list_price_currency | TEXT | |
| list_price_update_date | DATE | when it was updated in Bip |
| series_title | TEXT | The name of the book series (like "A Song of Ice and Fire"). |
| series_subtitle | TEXT | The subtitle for the series (if it exists). |
| series_volume_number | TEXT | The position of the book in the series (e.g. "A Game of Thrones" 1st book of "A Song of Ice and Fire"). Can be anything from the "First book" text to roman numerals, etc. |

| | | |
|---|---|---|
| found_in_bip | BOOLEAN (FALSE) (notnull) | If a book was crawled from bip (sometimes not found in bip database) |
| shipping_id | TEXT | id of book on pallet, or whole pallet |
| shipping_origin | TEXT | soon will order books from taiwan, japan, korea (today, us, and UK) To know when can expect the book in datamation's facility |
| ordering_date | DATE | |
| ordering_batch | TEXT | name the batch ex "bwb#4" - 4th order from the vendor . helps to identify where the book came from Sometimes orders aren't completely filled |
| bip_priority | INTEGER (0) | can set priority for the crawler - higher the number, more important book will be for the crawler - ex 5 is highest priority- crawled first from bip... can-pre-empt existing queue |

Edition

| Name | Type | Notes |
|---|---|---|
| isbn | text (notnull) | |
| id | text (notnull) | FK reference to "edition_of" in Books table |
| title | text | |
| description | text | |
| edition_number | int (-1) | |

Table Notes
- Each book that has different editions
- Bip called it "editions"
- But team thinks about them as "reprints"
  - Exact same content - listed under editions field
  - If you have an extended "second edition" - **handled as a different book (based on own experience)**
    - **Will be good to get definitive answer from bip - what they call an "edition" - need to validate**
  - 22% of books acquired are reprints of things we already have - don't want this
  - Dedupe script takes some into account.

Commented [2]: ███████@anthropic.com is this correct? [Author:Adam Ratana],[Creator:1297307460],[Date:11/5/2024 1:32:00 AM]

Commented [3]: Yes! [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/5/2024 10:48:00 AM]

Commented [4]: would it be fair to say there isn't referential integrity here? that is, I have found some books where they are in the editions table, but the edition_of is null ? I suspect this is why the book manager query is as it is and isn't simply joining edition_of ? [Author:Adam Ratana],[Creator:1297307460],[Date:11/14/2024 9:38:00 PM]

Commented [5]: Can you drop me the ISBNs here please? [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/15/2024 11:28:00 AM]

Commented [6]: I did some digging and yes, something shady is going on!

9780000003522 this ISBN is present in the editions table, but it's edition_of is set to null. Wtf. [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/15/2024 11:34:00 AM]

Commented [7]: This might be helpful for the investigation in the future:

SELECT isbn, COUNT(isbn) FROM edition GROUP BY edition.isbn HAVING count(isbn) > 1 LIMIT 10 [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/15/2024 11:34:00 AM]

ANT_BARTZ_000365934

- edition_of (from books table) -> search for in edition table - id, isbn - all the different versions (those isbns may not be in the books table - may not have been visible from vendors)

Language

| Name | Type | Notes |
|------|------|-------|
| isbn | text | FK |
| language | text (notnull) | Books can have multiple languages. |
| bcp_langage_tag | text | IETF BCP 47 tag, eg. "zh-Hant" |

Bisac

| Name | Type | Notes |
|------|------|-------|
| isbn | text | FK |
| category | text (notnull) | https://www.bisg.org/complete-bisac-subject-headings-list<br>• System to organize books into different categories<br>• Each has different subcategories with an ID<br>• Ex. https://www.bisg.org/antiques-and-collectibles<br>• Ex. gardening could have agriculture, architectural things (sheds, structures)<br>• Bip gives you a list of categories..and some vendors send a list - but not hierarchical<br>   ◦ Unclear ordering / hard to determine which is more important<br>   ◦ No more than 5 categories<br>Cecilia filters categories - to avoid certain types.. Ex comic books, children's book. She wants just 1 - Gyula picks the first one (limit 1 on the query)<br>• Accepted risk<br>• In what context is she filtering? After de-duplication - gyula sends back spreadsheet with bisac codes, then she filters that way |

## "Special" Databases

translate-*.db

- Translation databases - contain translated book titles, authors in different languages
  - Difference between listing books vs ordering books, is months..
  - Foreign key is isbn

ANT_BARTZ_000365935

- ○ Don't want to migrate to postgres database
- ○ These are created by running scripts on gyula's laptop
- ○ Temporary files until data is moved into postgres database
  - ■ If the deal goes through, will get there
- Might move the data into the book DB - save original japanese title, with translated title - rework database to support it
  - ○ Not happening due to lack of dev resources / priorities

| Name | Type | Notes |
|------|------|-------|
| isbn | text (notnull) | FK to book table |
| title | text | |
| author | text | |
| publisher | text | |
| genre1 | text | |
| genre2 | text | |
| genre3 | text | |
| genre4 | text | |
| genre5 | text | |

## Database Notes

- Book status state machine
  - ○ Created (start - some metadata loaded)
    - ■ -> Ordered (we have ordered from a vendor)
      - • -> Shipped (sometimes never marked this way - see below)
        - ○ -> Scanned (end)
  - ○ Note: Created = "Identified" in Tom's world, it's mentioned as "Created" everywhere in code.
- db/ Db folder - sqlite - then moved a few weeks ago postgresql on AWS
  - ○ Should be deleted eventually
  - ○ 2 - prod, staging
    - ■ Read only user for prod
- Gyula on dumps
  - ○ FYI, if you ever need to do an SQL dump, use this command:
  - ○ **nohup pg_dump --dbname=**████████████████ ██a-
    ████████████████████ ██t-
    █████████████████ ██" --schema='public' --table=public.bisac --

**table=public.book --table=public.edition --table=public.language --**
**file="███████████████████████████ql" --inserts &**

- o Instead of XXXX, use the real password + a real path for the output file. I sometimes do this manually because I don't trust the auto backup done by RDS.
- o You also need to have pg_dump installed (same major version as what's on the server afaik). On EC2 this works to do that:
  - ▪ ████████████████ 6
- o I usually do this before data loading, but we might config a cron for it as well. I upload the results to the panama-api-deployment bucket.

## Code Resources

- Codebase: https://github.com/anthropics ████████████████
- Cloud DB: []



- Panama API
  - o For World of Books
  - o Trying to move Betterworld to use this API as well.

## Infrastructure

- Security review:
  - o https://anthropic.████████████████████████
  - o "This was the deployment plan approved by security. Unfortunately, Lambda fell out of the picture as we discussed on the meeting and the code got deployed to EC2 instances.
  - o One more tech debt we should look into is that it would be cool to have linux scripts to package the Lambda/API code before deployment. ATM those are being packaged manually which is very brittle and error-prone (plus undocumented)."
- API for BWB
  - o When a vendor scans a book, and uses the POST method

ANT_BARTZ_000365937

- It will mark it as "ordered" and set ordering_batch to "api" and distribution_source will be the vendor, and ordering_date will be the time the api scanned it.
  - (monitoring and logging in progress)
  - ■
- ● ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ nts ? 
  - ○ Admin - short lived access
    - Has access to IAM - to create the roles and permissions?
  - ○ ▬▬
  - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬-east-
    - ▬▬▬▬▬
    - ■ ▬▬▬ s region - us-east-1)
  - ○
- DB
- Storage
- Tooling
- Etc
- List Storage
  - ○ Drive [External] D-B <> Anthropic
    - "we use with datamation and other vendors to share the shipping/scanning/set aside csvs."
    - 0. Books Set Side
    - 1. Books Shipped
      - 1a. BOLs
    - 2. Books Unscanned (Errors)
      - Consolidated Return Lists
    - 3. Books Scanned
      - ●
- Scans
  - ○ S3 bucket?

## 3P APIs

- **Books in Print API**
  - ○ ▬▬▬▬▬▬▬▬
    - ▬▬▬▬
    - ▬▬
    - ▬▬▬▬
    - ▬▬▬▬ 438-
      - ▬▬▬▬ ml



**Commented [8]** ▬▬▬ anthropic.com what's this? [Author:Adam Ratana],[Creator:1297307460],[Date:11/5/2024 1:35:00 AM]

**Commented [9]:** It is not strictly a BoL afaik, just a list for us and for Datamation on what to expect when planning for capacity, etc. [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/5/2024 10:53:00 AM]

**Commented [10]:** thank you, what does "BOL" mean? [Author:Adam Ratana],[Creator:1297307460],[Date:11/5/2024 4:17:00 PM]

**Commented [11]:** I guess "Bill of Lading". But that's just a guess given the context. https://www.freightquote.com/how-to-ship-freight/bill-of-lading/ [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/5/2024 4:29:00 PM]

**Commented [12]** ▬▬▬ @anthropic.com let's talk about this next time [Author:Adam Ratana],[Creator:1297307460],[Date:11/5/2024 1:35:00 AM]

**Commented [13]:** ⚠ TLDR, it's one more list (aka source of headaches) that we should ideally load to the DB but we never did. :/ [Author:Gyula Lakatos],[Creator:1297307460],[Date:11/5/2024 10:54:00 AM]

**Commented [14]:** got it. let's figure out where this fits in the debt lists! [Author:Adam Ratana],[Creator:1297307460],[Date:11/6/2024 3:23:00 AM]

ANT_BARTZ_000365938

- http://bms.bowker.com/rest/books/isbn/978-0-06-235438-9?fields=all&format=xml
    2. Documentation : http://bms.bowker.com/help
  - Bowker Image Service
    1. Example:
      - http://imageweb.bowker.com/rest/images/ean/978-0-06-235438-9?size=200x200  (small image)
      - http://imageweb.bowker.com/rest/images/ean/978-0-06-235438-9?size=original   (Image as received from publisher)
      - http://imageweb.bowker.com/rest/images/ean/9780747545576?size=400x400&noimage=auto1  (ISBN w/o image)
      - http://imageweb.bowker.com/rest/images/ean/9780747545576?size=400x400&related=1  (ISBN w/ related image)
      - http://imageweb.bowker.com/rest/images/ean/1594772169/?format=info&withdates=1  Check is image exists w/o returning an image
    2. Documentation : http://imageweb.bowker.com/help/bishelp.html

## Known "Data Debt"

| Item + Impact | Priority / Severity | Possible Mitigation Approach | Resolved? |
|---|---|---|---|
| Book table "bisac_category" field contains data not in bisac table<br><br>Impact: accuracy / correctness | Cecilia not too worried | Gyula "We need to move this value to the bisac table (whenever it is not there already) and remove this column. Some books have bisac info only in this column which is unfortunate. :/" | |
| Translated values are stored in a "special" database<br><br>Impact: complexity - multiple sources for information | | Migrate the source rows/values to the main books database / update the schema<br><br>Update processes going forward. | |

**Commented [15]:** ████████ @anthropic.com just found this one that I documented a few weeks ago. I guess we have to do some cleanup here per convo re: categories - my query only looks at the bisac table. I'm going by discrete domains (bisac, editions, translations, language, etc) and will have solutions to implement. [Author:Adam Ratana],[Creator:1297307460],[Date:11/22/2024 4:37:00 PM]

**Commented [16]:** yes, agreed...I think we want the full BISAC taxonomy/hierarchy [Author:Tom Turvey],[Creator:1297307460],[Date:11/23/2024 3:49:00 PM]

**Commented [17]:** I've started to think about and document a set of things to do in order to get to a world where we can navigate nuance and details better. There's a bunch of new tabs in this doc that capture some of those early thoughts   These cover the domains of: category (bisac, and others), editions, language.  Will be talking to Cecilia when she's back and helping get us all where we want to be based on what info needs we have today and will have tomorrow. [Author:Adam Ratana],[Creator:1297307460],[Date:11/23/2024 4:48:00 PM]

**Commented [18]:** sounds good, thx...a lot of this stuff was done quickly so I'm not surprised it may not perfectly reflect reality [Author:Tom Turvey],[Creator:1297307460],[Date:11/24/2024 1:57:00 PM]

**Commented [19]:** it shouldn't be wildly time consuming (famous last words, since lots to this point has been), but will be good to make updated decisions, document, and execute [Author:Adam Ratana],[Creator:1297307460],[Date:11/24/2024 2:45:00 PM]

ANT_BARTZ_000365939

| | | | |
|---|---|---|---|
| UDC: Biscac codes are incorrect (is not a dewey system, but used dewey -> biasac mapping) | Cecilia: Not much to do - waiting for them to send real codes to correct bisac codes retro-actively | For previous orders - inserted w/ title, author in chinese, with incorrect dewey, bisac categories - need to fix info in database for all UDC orders | |
| Scanned books delivered vs books in database:<br><br>▮scanned not accounted for.<br><br>Today: have ▮ scanned in bucket, but ▮ scanned marked in database | Cecilia - probably from betterworld - didn't get list of "saw these first" ("set aside" books) - some books scanned but not uploaded in database - as long as isbn, and scanned report has title author - should be able to upload as scanned.<br><br>Gyula should be looking at scanned metadata reports - to change status to scanned... hopes PDFs are included in scanned metadata and bring that into the db<br><br>Gyula: we get scanning info files from datamation. When we see a book in that file that's not in the database (or can't find it) - we are not going to create the book even though we know the title, isbn, or author - because we don't know the vendor who sent the book. Should be in shipping info, but there are race conditions, and small niche things - why cant datamation find books (1-2% error rate) and we we can't find them (will be a research effort) - not an easy answer. Probably should be some low | Reconcile | |

ANT_BARTZ_000365940

| | | | |
|---|---|---|---|
| | hanging fruits - filtered some books that should have been inserted. Datamation could make errors typing isbns. Hard with all daily ops. | | |
| No hard link between scanned book files (pdfs) and database entries (no filenames stored in database)<br><br>Impact: difficult to get list of pdfs based on db criteria | Cecilia - would want eventually..<br>What do researchers do today if they want to search for a book? | | |
| World of Books returns - need to be able to process | "Process for returns: ▇ in this first batch. Set that up with team so we can get replacements or credit. Mark in our database (reason for reject; if quality then we could accept new one; if format / BISAC don't want it again)" | | |
| Original received CSVs are not in a central place. Makes it hard to audit / re-run processes | | Adding them to some folders on the shared drive. "Original Received Files" perhaps inside each vendor. | |
| Editions table books are not in the main book database<br><br>Impact: will help to get additional info from BIP database to figure out if a reprint or a different edition - and make sure we don't lose out on different language versions of books etc | Different language percent of editions (22% of corpus) will be small. | Need to update the schema, or logic, to capture is a reprint or another version with a different language of a book. | |
| We are throwing away info either from the vendors we receive it from or from books in print. | | Add fields to schema to capture fields that we wind up using business logic to transform. | |

ANT_BARTZ_000365941

| | | | |
|---|---|---|---|
| Ex: we are not storing BIP api responses, and could be discarding some valuable info. Ex: the title as provided by a chinese vendor, gets overwritten with an english version. Ex: the original category code a vendor provided.<br><br>Impact: if we need the info again, it may be difficult to get it, if our business logic changes, etc. | | E.g. capture thema, bic, cip, SC, KDC, etc. | |

## Known Tech Debt

| Item + Impact | Priority / Severity | Possible Mitigation Approach | Resolved? |
|---|---|---|---|
| Loading books: transactions should be around updating multiple tables for a single row (ex: adding bisac?)<br><br>Impact: ? | | | Resolved w/ use of transactions |
| Most scripts aren't parameterized, depend on hardcoded variables or env variables from the IDE (vs optionally loading from a file etc)<br><br>Impact: complexity | | | Resolved for newer loader scripts and deduping scripts |
| API - should have robust logging to catch any errors (given volume) - what types of errors / rejections - can aggregate in splunk(?) | | Use cloudwatch | Cloud watch logs, graphs, alarms |
| AWS infrastructure / Lambdas - have secrets as environment variables - should get via more robust | ? | Use AWS secrets manager | |

ANT_BARTZ_000365942

| method? | | | |
|---|---|---|---|
| Working off of branches instead of master | Medium/low | Push to master now that master block is gone (as of 1/2/25) | |
| "Click ops" infrastructure in place - should be using CI/CD / terraform | Unclear | Explore go/atlantis and terraform | |
| Some libraries need dependency approval | High | Submit them via deps request or go/help (submitted pyisbn) | Waiting for results for pyisbn |
| awslambda-psycopg2 - not approved by deps request | High / ASAP | Need to manually build and deploy and test | |
| awscurl not approved by deps request (dependencies) | Medium | Need another approved method for simple AWS requests (boto?) - we / vendors use this to test the api from the commandline | |
| Need to build and run project from a proper devbox - ensures proper security, dev practices, etc. | High | | |

Highly Confidential – Attorneys' Eyes Only

Panama Lambda information

Highly Confidential – Attorneys' Eyes Only

# What each Lambda is used for

| Lambda name | File name (with project path) | Description |
|---|---|---|
| panama-api-dev, panama-api-stg, panama-api-prod | api/api_lambda.py | The main lambda behind the API. Handles the PUT and POST requests to the /{isbn} path. Each connects to its corresponding database (dev->dev, etc). |
| panama-revert-order-dev, panama-revert-order-stg, panama-revert-order-prod | api/revert_order_lambda.py | The lambda that can revert ORDERED books to CREATED. Handles the DELETE requests to the /{isbn} path. Each connects to its corresponding database (dev->dev, etc). |
| bwb-shipping-data-loader | automated/bwb_shipping_data_loader.py | Loads the Betterworld shipping data to the database. The files should be placed into the bwb-shipping-information bucket. **It never got tested so points to the STG endpoint at the moment.** |
| dm-scanning-data-loader | automated/dm_scanning_data_loader.py | Loads the datamation scanning data to the database. The files should be placed into the scanning-information manually (migrated from Google Drive). It is tested, fully working and points to PROD. |
| panama-bwb-logs-processor | automated/bwb_set_aside_data_loader.py | Loads the set aside data to the database. The files should be placed into the betterworld-information bucket. **It never got tested so points to the STG endpoint at the moment.** |

ANT_BARTZ_000365945

# How to deploy new code to the Lambdas

- If you don't have the code for the Lambda, the easiest is to download it from the Lambda itself using the AWS Console:



- Once the code is downloaded, unzip it.

- Inside the now unzipped folder you will find the currently deployed code.



- You should remove the lambda_function.py and the script folder.
- Once those are removed, copy the new script folder to the place of the previous one and copy the lambda script you are trying to deploy (in this case api_lambda.py) to the folder as well. Always make sure that you deploy the same lambda as the one you downloaded

ANT_BARTZ_000365947

the file for!



ANT_BARTZ_000365948

- Rename the script file to lambda_function.py.



- In some cases you might want to add extra dependencies or update the existing ones. The python code can be copied from the .venv/lib/python3.12/site-packages folder. Just copy the whole library folder next to the existing ones.
  - psycopg is an exception to this routine! Its code is precompiled directly to Lambda's runtime and coming from this repository: https://github.com/jkehler/awslambda-psycopg2

> **Commented [20]:** flagged w/ security - rebuilding this from scratch on devbox [Author:Adam Ratana],[Creator:1297307460],[Date:1/7/2025 3:44:00 PM]

> **Commented [21]:** actually, was able to deploy the correct binary from pypi for psycopg2-binary (deps request approved) [Author:Adam Ratana],[Creator:1297307460],[Date:1/8/2025 6:19:00 PM]

ANT_BARTZ_000365949

- Select all of the files, and compress them (Right click > Compress).



ANT_BARTZ_000365950

- It is very important to compress the files, and **NOT** the whole folder! Once things are compressed, you will see an extra Archive.zip file.



- That Archive.zip file should be uploaded to the lambda for deployment (on the lambda's page):



- After the upload is done, refresh the page manually. Otherwise the editor might show an old version of the code. If everything was done correctly then the new code is deployed. It is recommended to test the changes via awscurl after each deployment (if the lambda is triggered by HTTP requests).
- **Lambda alarm here:**
- https://us-east-1.console.aws.amazon.com/cloudwatch/home?region=us-east-1#alarmsV2:alarm/panama-api-gateway-error-count

Highly Confidential – Attorneys' Eyes Only

Preparing the Lambda - sustainably

# Preparing the Lambda APIs - sustainably

Goal: properly build / deploy the lambda APIs.

- Build from source the psycopg2 binary for use in lambda  Get the proper binary package from pypi
- Use release tags / store artifacts in github (or somewhere standard)
- Build and deploy from proper devbox
- All lambda dependencies approved
- Make a little lambda deploy script.
- Consult with security chatter - get direction
  - Question on dealing with an already deployed dependency that wasn't approved by deps request.  A contractor deployed this package: https://github.com/jkehler/awslambda-psycopg2 on AWS lambda, which is a pre-compiled binary of psycopg2 that runs on AWS lambda against an AWS postgresql instance used by us and outside vendors (a simple CRUD database).  I'd like to remedy this and do a proper build of this using the instructions (build postgres from source, build psycopg2 from source, then deploy) - I've done the building part so far.  Just want to raise it here before going further in case there's other concerns to address.

Building psycopg2 from source:

- https://github.com/jkehler/awslambda-psycopg2 - following instructions from here (loosely)
- Download postgres source from: https://ftp.postgresql.org/pub/source/v9.4.3/postgresql-9.4.3.tar.gz
- Download psycopg2 source (zip) from: https://github.com/psycopg/psycopg2/releases/tag/2.9.10
- Running notes: TODO: get latest postgres? The ver used on aws ? makes sense to me…

```
☐tar -xzf postgresql-9.4.3.tar.gz
cd postgresql-9.4.3
./configure --prefix {path_to_postgresql_source} --without-readline --without-zlib
```

- ☐This breaks because santa doesn't allow executing of the c programs.
- Will try on a devbox

```
☐use-bo
coo devbox ratana-devbox
coo ssh ratana-devbox
```

ANT_BARTZ_000365955

- ☐This failed. Will re-run conda and git pull the master in ~/code/anthropic.

```
☐coo ssh ratana-devbox
mkdir postgres_source
cd postgres_source
wget https://ftp.postgresql.org/pub/source/v9.4.3/postgresql-9.4.3.tar.gz
```

- ☐Both wget and curl fail.  Also, coo sync from local fails.  Could this be another security/role related issue, using boron? Will now try to use fluorine

```
☐use-f
coo devbox ratana-f-devbox
coo ssh ratana-f-devbox
(separate terminal, locally) coo sync ratana-f-devbox
```

- ☐Note - this is working, the devbox seems to have no issues with setup, or connecting, or syncing. Now will move on to trying to get and build.

```
☐cd
mkdir postgres_source
mkdir postgresql
cd postgres_source
wget https://ftp.postgresql.org/pub/source/v9.4.3/postgresql-9.4.3.tar.gz
tar -xzf postgresql-9.4.3.tar.gz
cd postgresql-9.4.3
./configure --prefix /root/postgresql --without-readline --without-zlib
make
sudo make install

cd
mkdir psycopg2_source
cd psycopg2_source
wget https://github.com/psycopg/psycopg2/archive/refs/tags/2.9.10.zip
unzip 2.9.10.zip
cd psycopg2-2.9.10
vim setup.cfg
python setup.py build
```

- ☐In setup.cfg:
  - pg_config=/root/postgresql/bin/pg_config
  - static_libpq=1
- This worked - but isn't tested.
  - Binary is in: **~/psycopg2_source/psycopg2-2.9.10/build/lib.linux-x86_64-cpython-311/psycopg2**

ANT_BARTZ_000365956

- Let's do the same with 2.9.9 and compare against the binary in the github project.
  - (downloaded from https://github.com/psycopg/psycopg2/releases/tag/2.9.9 and ran the same above to build)
  - Ahh, but a binary diff isn't going to tell us much.

```
☐mkdir awslambda-psycopg2
cd awslambda-psycopg2
wget https://github.com/jkehler/awslambda-psycopg2/archive/refs/heads/master.zip
unzip master.zip
cd awslambda-psycopg2-master/psycopg2-3.11
```

☐
01/07/2025 -
- Goal – test the lambda on dev, re-deploy to dev, confirm
- Steps
  - First, configure the lambda against the dev database
  - Run a script to hit it.
  - Rebuild the lambda with updated binary
    - Downloaded the zip
    - Replaced psycopg2 dir
    - Added a string the function: logger.info(f'updated lambda -test - dev - 2025-01-07 updated psycopg2')
    - Upload the zip

```
☐zip -r panama-api-lambda-2025-01-07-dev.zip .
```
☐
  - Test it
    - Failed - couldn't find module _psycopg
      - Needed to rename file to _psycopg.so
    - This failed now with a different error: "[ERROR] OperationalError: FATAL: no pg_hba.conf entry for host "172.31.68.195", user "p4n4m4db1231", database "isbn_db", no encryption"
    - Hypothesis - need to actually build psycopg2 with encryption
  - Rebuild psycopg2
    - In setup.cfg:
      - pg_config=/root/postgresql/bin/pg_config
      - static_libpq=1
      - libraries=ssl crypto
    - Need to install ssl-dev
    - Did this
    - Still fails:
      - [ERROR] OperationalError: FATAL: no pg_hba.conf entry for host "172.31.68.195", user "p4n4m4db1231", database "isbn_db", no encryption

- 
- Traceback (most recent call last):
- File "/var/lang/lib/python3.12/importlib/__init__.py", line 90, in import_module
-     return _bootstrap._gcd_import(name[level:], package, level)
- File "<frozen importlib._bootstrap>", line 1387, in _gcd_import
- File "<frozen importlib._bootstrap>", line 1360, in _find_and_load
- File "<frozen importlib._bootstrap>", line 1331, in _find_and_load_unlocked
- File "<frozen importlib._bootstrap>", line 935, in _load_unlocked
- File "<frozen importlib._bootstrap_external>", line 995, in exec_module
- File "<frozen importlib._bootstrap>", line 488, in _call_with_frames_removed
- File "/var/task/lambda_function.py", line 34, in <module>
-     connection_manager.open()
- File "/var/task/script/shared/sql/connection_manager.py", line 32, in open
-     self.sql_connection = psycopg2.connect(
- File "/var/task/psycopg2/__init__.py", line 122, in connect
-     conn = _connect(dsn, connection_factory=connection_factory, **kwasync)

- This post suggest to rebuild postgres using --with-openssl when configuring.
  - Need to rebuild postgres, and rebuild psycopg2

```
./configure --prefix /root/postgresql --without-readline --without-zlib --with-openssl
```

- Error: checking for SSL_library_init in -lssl... no
- configure: error: library 'ssl' is required for OpenSSL
  - Need to figure out how to fix this
- Still breaking, let's try a more up to date version of postgres. Probably because our ssl libraries are too new.
- Let's use https://ftp.postgresql.org/pub/source/v16/postgresql-16.3.tar.gz
- pg_config=/root/postgresql16/bin/pg_config

```
# build postgres (with ssl)
mkdir postgres_source
cd postgres_source
wget https://ftp.postgresql.org/pub/source/v16.3/postgresql-16.3.tar.gz
tar -xzf postgresql-16.3.tar.gz
cd postgresql-16.3
mkdir /root/postgresql16
```

```
./configure --prefix /root/postgresql16 --without-readline --without-zlib --with-
openssl
make
make install

# build psycopg2 again (no ssl)
cd ~/psycopg2_source
cd psycopg2-2.9.10
rm -rf build
vim setup.cfg
# pg_config=/root/postgresql16/bin/pg_config
# static_libpq=1
python setup.py build
cd build/lib.linux-x86_64-cpython-311
mv psycopg2/_psycopg.cpython-311-x86_64-linux-gnu.so psycopg2/_psycopg.so
zip -r ~/devbox_files/out/psycopg2-2.9.10-ant-built-2025-01-07-309.zip psycopg2
```

Still getting errors

[ERROR] Runtime.ImportModuleError: Unable to import module 'lambda_function':
/var/task/psycopg2/_psycopg.so: undefined symbol: pg_strerror
Traceback (most recent call last):

- Let's try 15 - https://ftp.postgresql.org/pub/source/v15.9/postgresql-15.9.tar.gz

```
☐# build postgres (with ssl)
mkdir postgres_source
cd postgres_source
wget https://ftp.postgresql.org/pub/source/v15.9/postgresql-15.9.tar.gz
tar -xzf postgresql-15.9.tar.gz
cd postgresql-15.9
mkdir /root/postgresql15
./configure --prefix /root/postgresql15 --without-readline --without-zlib --with-
openssl
make
make install

# build psycopg2 again (with ssl - against postgres16 first.)
cd ~/psycopg2_source
cd psycopg2-2.9.10
rm -rf build
vim setup.cfg
# pg_config=/root/postgresql15/bin/pg_config
# static_libpq=1
```

ANT_BARTZ_000365959

```
# have_ssl=1 ( for windows only, but...?)
# libraries=ssl crypto
python setup.py build
cd build/lib.linux-x86_64-cpython-311
mv psycopg2/_psycopg.cpython-311-x86_64-linux-gnu.so psycopg2/_psycopg.so
zip -r ~/devbox_files/out/psycopg2-2.9.10-ant-built-2025-01-07-309.zip psycopg2
```

[ERROR] Runtime.ImportModuleError: Unable to import module 'lambda_function':
/var/task/psycopg2/_psycopg.so: undefined symbol: pg_hmac_freeTraceback (most recent call last):

- Let's try without open ssl

```
□# build postgres (with ssl)
mkdir postgres_source
cd postgres_source
wget https://ftp.postgresql.org/pub/source/v15.9/postgresql-15.9.tar.gz
tar -xzf postgresql-15.9.tar.gz
cd postgresql-15.9
mkdir /root/postgresql15
./configure --prefix /root/postgresql15 --without-readline --without-zlib
make
make install

# build psycopg2 again (with ssl - against postgres16 first.)
cd ~/psycopg2_source
cd psycopg2-2.9.10
rm -rf build
vim setup.cfg
# pg_config=/root/postgresql15/bin/pg_config
# static_libpq=1
# have_ssl=0
# libraries=
python setup.py build
cd build/lib.linux-x86_64-cpython-311
mv psycopg2/_psycopg.cpython-311-x86_64-linux-gnu.so psycopg2/_psycopg.so
zip -r ~/devbox_files/out/psycopg2-2.9.10-ant-built-2025-01-07-341.zip psycopg2
```

- Btw, this is the AWS advice: https://docs.aws.amazon.com/prescriptive-guidance/latest/patterns/import-psycopg2-library-lambda.html, so the docker approach may be the next step if this doesn't work.

[ERROR] Runtime.ImportModuleError: Unable to import module 'lambda_function':
/var/task/psycopg2/_psycopg.so: undefined symbol: scram_SaltedPassword
Traceback (most recent call last):

ANT_BARTZ_000365960

- Trying this approach here (it seems simple / fast enough):
  https://stackoverflow.com/questions/44855531/no-module-named-psycopg2-psycopg-modulenotfounderror-in-aws-lambda
    - Updating python in cloudshell https://makingdatameaningful.com/how-to-upgrade-python-version-from-cloud-shell-aws/#:~:text=In%20the%20AWS%20CloudShell%2C%20you,versions%20using%20tools%20like%20pyenv%20.&text=This%20will%20give%20you%20an%20idea%20of%20the%20current%20version.&text=It%20should%20now%20display%20the%20version%20you%20installed.

```
  1  python --version
  2  python3.11
  3  python3.12
  4  pyenv
  5   curl https://pyenv.run | bash
  6     exec $SHELL
  7  pyenv
  8  ls
  9  exec $SHELL
 10  pyenv
 11  export PYENV_ROOT="$HOME/.pyenv"
 12  [[ -d $PYENV_ROOT/bin ]] && export PATH="$PYENV_ROOT/bin:$PATH"
 13  eval "$(pyenv init - bash)"
 14  eval "$(pyenv virtualenv-init -)"
 15  pyenv
 16  pyenv install 3.12
 17  sudo yum install -y gcc zlib-devel bzip2 bzip2-devel readline-devel sqlite
sqlite-devel openssl-devel tk-devel libffi-devel
 18  pyenv install 3.12
 19  mkdir -p python/lib/python3.12/site-packages
 20  ip3
 21  pip3
 22  pip3  install --platform=manylinux1_x86_64 --target=python/lib/python3.12/site-
packages --only-binary=:all: psycopg2-binary
 23  pip3  install --platform=manylinux1_x86_64 --target=python/lib/python3.12/site-
packages --only-binary=:all: psycopg2-binary 2.9.10
 24  zip -r psycopg2-2.8.6-layer.zip python
 41  pip3 install --platform=manylinux_2_17_x86_64 --
target=python/lib/python3.12/site-packages --only-binary=:all: psycopg2-binary --
upgrade
```

ANT_BARTZ_000365961

# Conclusion

- OK. this was a wild journey. In the end all we just needed to get was this package from https://pypi.org/project/psycopg2-binary/#files
  - **psycopg2_binary-2.9.10-cp39-cp39-manylinux_2_17_x86_64.manylinux2014_x86_64.whl**
  - ○

```
psycopg2_binary-2.9.10-cp39-cp39-manylinux_2_17_x86_6

Uploaded Oct 16, 2024   CPython 3.9   manylinux: glibc 2.17
```

  - ○
- So now that we have it, we can make this a lambda layer to avoid needing to include this in every deploy.
  - ○ Rename the .so to _psycopg.so
  - ○ Zip, deploy as a lambda layer- can reuse across environments.  Should do this for the other dependencies.
  - ○ Fixed lambdas:
    - panama-api-prod
    - panama-api-dev
    - panama-api-stg
    - ~~dm-scanning-data-loader~~
    - ~~panama-revert-order-dev~~
    - ~~panama-revert-order-stg~~
    - ~~panama-revert-order-prod~~
    - panama-bwb-logs-processor (not used / tested / no external access)
    - bwb-shipping-data-loader (not used / tested / no external access)
- Will be well served by creating even a simple, scrappy "build + deploy" script for the lambda APIs
  - ○ Bonus: we must journal the build number / date / commit / etc - for auditability + good practice
  - ○ Package into the artifact
  - ○ Store the artifact in VCS
  - ○ Log the build / version number in the cloudwatch logs

> **Commented [22]:** need to test this. [Author:Adam Ratana].[Creator:1297307460].[Date:1/8/2025 4:56:00 PM]

> **Commented [23]:** TODO [Author:Adam Ratana].[Creator:1297307460].[Date:1/8/2025 5:29:00 PM]

Highly Confidential – Attorneys' Eyes Only

## DB Credentials

Highly Confidential – Attorneys' Eyes Only



ANT_BARTZ_000365964

API for external vendors

ANT_BARTZ_000365965

# API for external vendors

Infrastructure
- [Document where this lives in AWS - URLs]

Credentials
- World of Books
  - I deployed a new version of the API that supports the formats (as we discussed before). I also added a vendorId field that identifies WoB when making requests so we will know who to expect the book from (if we ever decide to move other vendors to the API as well). WoB's vendorId is [REDACTED]. Please include this in every request you fire against the API (as seen in the example below):
  - 
  - For **STG**:
    
  - For **PROD**:

- Betterworld Books
  - 
  - For **STG**:
  - For **PROD**:

ANT_BARTZ_000365966



Usage

- Each API call must be signed using AWS Signature Version 4. For assistance with the signing process, please refer to the AWS SDKs documentation.
- For command-line testing, we recommend using awscurl, available at: https://github.com/okigan/awscurl
- Where's the test documentation that explains all this with a working example?
  - Gyula todo

Commented [24]: @___a@anthropic.com did this go thru security review for internal usage? _Assigned to ___@anthropic.com_ [Author: Adam Ratana],[Creator:1297307460],[Date:11/22/2024 3:59:00 PM]

Commented [25]: (no) [Author: Adam Ratana],[Creator:1297307460],[Date:1/8/2025 6:29:00 PM]

ANT_BARTZ_000365967

API Endpoint Documentation

Highly Confidential – Attorneys' Eyes Only

Should be here: API Endpoint Documentation, copy just in case :)

# API Endpoint Documentation

## PUT /{isbn}

Returns information about Anthropic's willingness to acquire the provided book. This endpoint **does not** set the book in the database as ordered, only returns the result of the evaluation.

**Method:** PUT
**Path:** /{isbn}

**Request Body:**

The body of the post request should be a JSON. It should contain the following fields (and nothing else):

- **bisac** *(optional)* - a list of BISAC categories the book is assigned to.
- **thema** *(optional)* - a list of Thema categories the book is assigned to.
- **bic** *(optional)* - a list of Thema categories the book is assigned to.
- **title** *(optional)* - the title of the book.
- **author** *(optional)* - the author of the book.
- **language** *(optional)* - an array consisting from the name of the languages the book is written in. Can be a full name, an ISO standard code or an abbreviation.
- **publisher** - the publisher of the book or null if it is not known.
- **format** *(optional)* - the list of format data for books. This field contains a list of objects.
    - **type** - the type of the format metadata. Can be either *"AmazonProductType"*, *"format"* or *"bisac_binding_type_description"*.
    - **value** - the value of of the format
- **price** - this field contains an object.
    - **currency** - the currency of the price. We only accept USD at this point.
    - **value** - the price ***Anthropic should pay for the book*** (incl. everything except shipping costs) in the smallest integer subunit for (in cents or pences).
- **vendorId** - an identifier that uniquely identifies the book vendor who initiated the request.

**Example:**

```
{
    "bisac": [
        "ART015020",
```

ANT_BARTZ_000365969

```
      "ART037000"
   ],
   "thema": ["XR", "WCF", "KJD"],
   "bic": ["YDC", "YQTF"],
   "title": "The Grass Crown (Masters of Rome, 2)",
   "author": "Colleen McCullough",
   "language": ["English", "ENG", "Latin"],
   "publisher": null,
   "format": [
       {
           "type": "AmazonProductType",
           "value": "Book"
       },
       {
           "type": "format",
           "value": "Deluxe Edition"
       }
   ],
   "price": {
       "currency": "USD",
       "value": 500
   },
   "vendorId": "1234asdf"
}
```
□

**Response:**

The response contains the following fields:

- **acceptedForDelivery** -  true if we need the book, false otherwise
- **reason** - a short string description of the reason why we came into this decision, most of
  the values should be self describing here, the possible reasons are listed in here:
    - **ERROR_INTERNAL_ERROR** - something was wrong in the server
    - **ERROR_INVALID_ISBN** - the provided ISBN was invalid
    - **ERROR_INVALID_OR_UNKNOWN_BISAC** - one of the provided BISAC
      categories was invalid
    - **ERROR_INVALID_OR_UNKNOWN_THEMA** - one of the provided thema
      categories was invalid
    - **ERROR_INVALID_VENDOR_ID** - invalid or unknown vendorId was provided
    - **SUCCESS_ALREADY_ACQUIRED** - everything was correct but we already
      have enough copies of the book
    - **SUCCESS_BANNED_BISAC** - everything was correct but we don't need the
      book because it contains a BISAC category that we doesn't need books in
    - **SUCCESS_BANNED_THEMA** - everything was correct but we don't need the
      book because it contains a thema category that we doesn't need books in

ANT_BARTZ_000365970

- ○ **SUCCESS_NO_BISAC** - everything was correct but we were unable to get any BISAC information for the book and we don't intend to buy books that we can't categorize
- ○ **SUCCESS_BANNED_PUBLISHER** - everything was correct but  the book's publisher is on our "do-not-acquire books from" list (probably self-published)
- ○ **SUCCESS_TOO_EXPENSIVE** - everything was correct but the book is too expensive at this time
- ○ **SUCCESS_INVALID_FORMAT** - everything was correct but the book has a format/form factor that we are not interested in
- ○ **SUCCESS_ACCEPT** - everything was correct and we need the book on the given price

**Example:**

```
{
    "acceptedForDelivery": false,
    "reason": "SUCCESS_BANNED_BISAC"
}
```

## POST /{isbn}

Returns information about Anthropic's willingness to acquire the provided book and **mark the book in our database as ordered**. The input and output parameters are the same as for the *PUT /{isbn}* endpoint.

## DELETE /{isbn}

**Reverts a book's ordered status** in the system. Should be used when a book cannot be shipped for any reason.

**Method:** DELETE
**Path:** /{isbn}

**Request Body:**

The body of the post request should be a JSON. It should contain the following fields (and nothing else):

- ● **vendorId** - an identifier that uniquely identifies the book vendor who initiated the request.

**Example:**

ANT_BARTZ_000365971

```
{
    "vendorId": "1234asdf"
}
```

**Response:**

The response contains the following fields:

- **reason** - a short string description of the reason why we came into this decision, most of the values should be self describing here, the possible reasons are listed in here:
    - **ERROR_INVALID_VENDOR_ID** - invalid or unknown vendorId was provided
    - **ERROR_INVALID_STATUS** - the status of the book is not ordered, maybe it was reversed before already?
    - **ERROR_VENDOR_ID_MISMATCH** - the vendor who tries to revert the order is not the one we ordered the book from
    - **SUCCESS_ORDER_REVERTED** - the book order was reverted, all the order-related information was removed from the system

**Example:**

```
{
    "reason": "SUCCESS_ORDER_REVERTED"
}
```

ANT_BARTZ_000365972

# Database Backups and Snapshots

Highly Confidential – Attorneys' Eyes Only

# Database Backups and Snapshots

- Decide if you want to recreate from an existing snapshot or take a new snapshot with the latest data
    - In case when you want to take a new snapshot with the latest database state
        - Open the database's or the cluster's page



- Open the **Maintenance & Backups** tab

ANT_BARTZ_000365974



- Scroll to snapshots and click on the **Take snapshot** button

ANT_BARTZ_000365976



ANT_BARTZ_000365977

- Make sure you take a **cluster snapshot** whenever you are backing up a cluster. You also need to provide a snapshot name (which you should remember).

## Take DB Snapshot

### Preferences

To take a DB Snapshot, choose a database and name your DB Snapshot.

**Snapshot type**

○ DB instance

● DB cluster

**DB cluster**

restored-test-db-cluster

**Snapshot name**

Identifier for the DB Snapshot.

example-snapshot

Snapshot identifier is case insensitive, but stored as all lower-case, as in "mysnapshot". Cannot b end with a hyphen or contain two consecutive hyphens.

- Wait until the snapshot's state is modified from Creating to Available then click on the newly created snapshot. Follow the next steps below.
  - In case you want to use an existing snapshot:
    - Open the database's or the cluster's page

ANT_BARTZ_000365978



ANT_BARTZ_000365979

■  Open the **Maintenance & Backups** tab

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000365980



ANT_BARTZ_000365981

- You will see all the automatically created snapshots/backups. Choose one you like and click on its name then follow the instructions below.

## Snapshots (35)

🔍 *Filter by snapshots*

☐ | **Snapshot name**                                    ▲ |

☐   rds:panama-database-prod-2024-11-06-10-29

☐   rds:panama-database-prod-2024-11-07-10-29

☐   rds:panama-database-prod-2024-11-08-10-29

☐   rds:panama-database-prod-2024-11-09-10-29

☐   rds:panama-database-prod-2024-11-10-10-29

☐   rds:panama-database-prod-2024-11-11-10-30

☐   rds:panama-database-prod-2024-11-12-10-29

☐   rds:panama-database-prod-2024-11-13-10-30

Highly Confidential – Attorneys' Eyes Only

- Once the snapshot is selected then click on **Action > Restore snapshot**:

ANT_BARTZ_000365984

# example-snapshot

## Details

**ARN**
arn:aws:rds:us-east-1:999918295580:cluster-snapshot:example-snapshot

**Instance/Cluster Name**
restored-test-db-cluster(DB cluster)

**Master username**
postgres

**DB snapshot name**
example-snapshot

**Snapshot type**
manual

**DB engine**
postgres

**Option group**
N/A

**Zone**
N/A

**KMS key ID**
arn:aws:kms:us-ea:
1:999918295580:k
fa3b63550566

**Source region**
N/A

**Snapshot Creatior**
December 10, 202

**Instance/Cluster (**
December 10, 202

- The defaults should suffice. Just make sure you create a Multi-AZ cluster if you are backing up a cluster. You also need to provide a cluster name:

Highly Confidential – Attorneys' Eyes Only

## Availability and durability

### Deployment options   Info
The deployment options below are limited to those supported by the engine you selected above.

🔘 Multi-AZ DB Cluster
Creates a DB cluster with a primary DB instance and two readable standby DB instances, with each
serve read workloads.

⚪ Multi-AZ DB instance
Creates a primary DB instance and a standby DB instance in a different AZ. Provides high availabilit

⚪ Single DB instance
Creates a single DB instance with no standby DB instances.

## Settings

**DB snapshot ID**
The identifier for the DB snapshot.

example-snapshot 🔗

**DB cluster identifier**   Info
Enter a name for your DB cluster. The name must be unique across all DB clusters owned by your AWS a

example-cluster-name

The DB cluster identifier is case-insensitive, but is stored as all lowercase (as in "mydbcluster"). Constrai
Can't end with a hyphen.

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000365987

- Provide the instance configuration you want to use. Previous instances always used public availability and manual passwords. **If** you select password authentication for the restored cluster as well, then the username/password will be the same as the one that was used to access the cloned database. Once you are done, click on the **Restore db**

**cluster** button.

Highly Confidential – Attorneys' Eyes Only



**Account**

**KMS key ID**

## Tags - *optional*

A tag consists of a case-sensitive key-value pair.

No tags associated with the resource.

( **Add new tag** )

You can add up to 50 more tags.

▶ **Additional configuration**

Database options, backup turned on, backtrack turned off, CloudWatch Logs, mainter

Highly Confidential – Attorneys' Eyes Only

- If you get the error below following error then do the following:

  ▶ **Additional configuration**

  Database options, backup turned on, backtrack turned off, CloudWatch Logs, mainter

  ⊗ You can't specify IOPS or storage throughput for engine postgres and a storage size le

  - ○ Scroll to storage
  - ○ Choose **Provisioned IOPS SSD (io2)**.
  - ○ Scroll to the bottom of the page and click on **Restore DB cluster** again. It should work this time.
- **Use Public access**

ANT_BARTZ_000365991

- Wait until the database moves from **Creating** state to **Available**. It will take some time. Once all of the instances are Available, you should be ready to connect.

| | | | |
|---|---|---|---|
| ○ | | crabby-db-prod-1 | ⊘ Available |
| ○ | | downloader-db-dev-1 | ⊘ Available |
| ○ | ⊟ | example-cluster-name | ◷ Creating |
| ○ | | example-cluster-name-instance-1 | ◷ Creating |
| ○ | | example-cluster-name-instance-2 | ◷ Creating |
| ○ | | example-cluster-name-instance-3 | ◷ Creating |
| ○ | ⊟ | ludwig-test-db-1 | ⊘ Available |
| ○ | | ludwig-test-db-1-instance-1 | ⊘ Available |

Highly Confidential – Attorneys' Eyes Only

- To get the host you need to connect to click on the cluster name, and scroll down to **Connectivity & security**:



⟨    **Connectivity & security**  |  **Monitoring**  |  **Logs & events**

## Endpoints (2)

🔍  *Find resources*

    |  **Endpoint name**

⬤    🗖  panama-database-stg-new.cluster-cwquf2n3ulhm.us-east-1.rc

⬤    🗖  panama-database-stg-new.cluster-ro-cwquf2n3ulhm.us-east-1

- **Changing the password**
  - Click Modify on the instance
  - Autogenerate master password
  - Continue -> it will show the new password
  - Apply immediately
- **Add Performance Insights (modify cluster) -** Note- this can take a while...

Highly Confidential – Attorneys' Eyes Only

# DB Schema Changes TODO

Highly Confidential – Attorneys' Eyes Only

# DB Schema Changes TODO

Capturing schema changes we should implement.

| Table | Change | Impact | Done? |
|-------|--------|--------|-------|
| bisac | **Relax constraint** on bisac table to accept CUR in prod. | Allows classification of books with deprecated CUR category (better than nothing) | yes |
| bisac | **Add field** - Capture level of bisac in category hierarchy | Allows us to filter / count books deeper in bisac hierarchy | No |
| category | **Add table category** Should have book_id isbn category_type (bisac, sc, cip, kdc, dewey, etc category_level (place in hierarchy)<br><br>create table category (<br>    category_type text not null,<br>    category      text not null,<br>    isbn        text,<br>    book_id      text not null<br>); | Lets us not lose category data, if we need to re-translate / re-map. | Yes, Prod and Stage |
| language | **Add fields: original field, i18n field (pick a standard beyond 639-3)**, for better i18n norms, backfill data<br><br>Added **bcp_language_tag,** | Allows distinction between zh-t and zh-s (simplified, traditional chinese) Today, only uses 'zho' for chinese via iso639-3 Stops us from throwing away data from BIP.<br><br>Using : https://en.wikipedia.org/wiki/IETF_language_tag | Yes, Prod and Stage |

ANT_BARTZ_000365995

| | book_id | | |
|---|---|---|---|

## Under Discussion - to determine if necessary

| Table | Change | Impact | Done? |
|---|---|---|---|
| book | **Add fields** - for original author, original title, if translating to english | We are losing these today, and we're not properly capturing the original language of the book, either | |
| language | **Adjust constraint** on language (if we don't add fields) | | |
| category | **Add field - capture category hierarchy?** | Let's figure out how we use this first. | |

ANT_BARTZ_000365996

BIP Crawler TODO

ANT_BARTZ_000365997

# BIP Crawler TODO

Capturing changes we should implement.

| Change | Impact | Done? |
|--------|--------|-------|
| Don't throw away language data | | No |
| Don't overwrite vendor info with BIP info - only use what's missing | | No |
| Store BIP responses in a separate database cache | Lets us go back to BIP data as needed... | NO |
| | | |

Highly Confidential – Attorneys' Eyes Only

Data Backfills TODO

ANT_BARTZ_000365999

# Data Backfills TODO

Capturing changes we should implement.

| Backfill | Impact | Done? |
|---|---|---|
| UDC Order #1 - use original title, author values provided by vendor, don't overwrite with BIP.<br><br>Discussion- which source is more reliable - BIP or og vendor? | | No |
| UDC #1 - backfill category (CIP), backfill language (bcp-47)  - capture traditional chinese | Have better sense of language of books in our database - important. | No |
| Take ISBN entries in Edition table that aren't in Book and add them as created - and backfill with BIP info | Gives us more intelligence about editions and languages | No |
| Betterworld - automated shipments - set language to english? | Fills in "no language gaps" in database | No |
| World of books - set language to english? | Fills in "no language gaps" in database | No |
| Bisac - add book_id, backfill | Allows to account for chinese books with invalid ISBN<br>Allows for more precise data integrity | No |
| UDC Order #3 - fix language for SC/ vs TC for some of the items…<br>**Reload - and overwrite the data for language** | | |
| UDC Order #2,3 - pricing info - should use a specific column - L<br>**Reload - and overwrite the data for pricing.** | | |

ANT_BARTZ_000366000

DeDupe Logic TODO

ANT_BARTZ_000366001

# DeDupe Logic TODO

Capturing changes we should implement.

| Change | Impact | Done? |
|---|---|---|
| Don't outright reject editions we have - check for language first, that is, if we have a book in language X, and we see a book in language Y, accept the book in language Y. (today we reject the book in language Y) | | No |
| | | |
| | | |

ANT_BARTZ_000366002

Nippan Loader

Highly Confidential – Attorneys' Eyes Only

# Nippan Loader

Category Decimal Classification for Asian Partners - using this mapping
C clarification
Nippan worksheet - worksheet

1. C code = 0, NDC has NDC code = use NDC code -> bisac
2. C Code = 4 digits, NDC has NDC code = extract format from c code, for NDC:  ??? (use codes from both C+ D columns -> bisac?)
3. C Code =4 digits, NDC = 0, extract fomat from C code, extract NDC from C code -> bisac
4. 0 for both. No format or category.

Highly Confidential – Attorneys' Eyes Only

| ISBN | Stock Stat | C clarifica | NDC | Publisher |
|---|---|---|---|---|
| 9784805919606 | confirmed po | 3060 | 509.8 | Central Labor Disaster Prevention Associa |
| 9784805919415 | confirmed po | 3060 | 498.8 | Central Labor Disaster Prevention Associa |
| 9784805919866 | confirmed po | 3060 | 509.8 | Central Labor Accident Prevention Associ |
| 9784809079771 | out of print | 7021 | 0 | Tokyo Horei Publishing |
| 9784905522843 | confirmed po | 0 | 0 | Daijorin Publishing |
| 9784809063619 | out of print | 7021 | 210 | Tokyo H¤çrei Publishing |
| 9784578261292 | out of stock | 7382 | 0 | Bungeido |
| 9784805919767 | confirmed po | 3036 | 498.8 | Central Industrial Accident Prevention As |
| 9784877502294 | confirmed po | 16 | 198.2 | Catholic Bishops' Conference of Japan |
| 9784873102405 | out of stock | 3041 | 414.1 | Dark Communications Syndicate |
| 9784469268881 | out of stock | 0 | 780 | Taishukan Publishing Company |
| 9784905522898 | confirmed po | 15 | 188.9 | Dainichi Lotus Publications |
| 9784905522973 | in stock | 15 | 188.9 | Dainichrenkoubutsusya Publishing |
| 9784807165599 | out of print | 7025 | 0 | Teikoku Shoin |
| 9784410603488 | confirmed po | 7037 | 414 | Soken Shuppan |
| 9784410603501 | confirmed po | 7037 | 414 | Suken Publishing |
| 9784410603495 | confirmed po | 7037 | 411 | Suuriken Publishing |
| 9784010411827 | confirmed po | 7082 | 834 | Obunsha |
| 9784010411810 | confirmed po | 7082 | 834 | Obunsha |
| 9784010411803 | confirmed po | 7082 | 834 | Obunsha |
| 9784410740282 | confirmed po | 7037 | 414 | Shuken Publishing |
| 9784410740978 | confirmed po | 7037 | 414 | S≈´ken Publishing |
| 9784410740930 | confirmed po | 7037 | 414 | S≈´ken Publishing |
| 9784410740770 | confirmed po | 7037 | 411 | S≈´ken Publishing |
| 9784410740671 | confirmed po | 7037 | 411 | Suken Publishing |
| 9784410603440 | confirmed po | 7037 | 414 | S≈´ken Publishing |
| 9784410603471 | confirmed po | 7037 | 411 | S≈´ken Publishing |
| 9784873102412 | in stock | 42 | 421.3 | Ankoku Tsushindan |
| 9784807306381 | confirmed po | 0 | 169.1 | Tenrikyo D≈çy≈´sha |
| 9784873102467 | in stock | 7045 | 0 | Dark Communications |
| 9784805919439 | confirmed po | 0 | 509.8 | Central Labor Disaster Prevention Associa |
| 9784805919774 | confirmed po | 3060 | 498.8 | Japan Industrial Safety and Health Associa |
| 9784410741289 | confirmed po | 7037 | 414 | Suuken Publishing |
| 9784410741241 | confirmed po | 7037 | 414 | S≈´ken Publishing |

Highly Confidential – Attorneys' Eyes Only

```
nohup python3.12 -um script.loader.nippan.nippan_loader --env-file /home/ec2-user/panama-
wob-loader/nippan/config/db_config_prod_write.yaml --input-file /home/ec2-user/panama-wob-
loader/nippan/nippan_order_11_08_24.csv --output-file /home/ec2-user/panama-wob-
loader/nippan/nippan_order_11_08_24_loaded.csv --output-already-loaded-file /home/ec2-
user/panama-wob-loader/nippan/nippan_order_11_08_24_already.csv --output-error-file
/home/ec2-user/panama-wob-loader/nippan/nippan_order_11_08_24_errors.csv --order-batch-
id nippan#1 --isbn-strategy validate_length_digits_only --status-to-load ORDERED --update-
already-present > nippan_loader_12_6_24_log.txt 2>&1 &
```

# UDC ORDER Loading Notes

Highly Confidential – Attorneys' Eyes Only

# UDC Notes

## UDC Background

- Need to update languages for chinese - trad + simplified

Ex:

INSERT INTO languages (isbn, language) SELECT DISTINCT b.isbn, 'zho' FROM book b
WHERE b.distribution_source = 'udc' AND NOT EXISTS ( SELECT 1 FROM languages l
WHERE l.isbn = b.isbn AND l.language = 'zho' );

- Track UDC Orders. Order 1 is mapped to an ordering_batch already (udc#1). This way we can backfill titles, names

UPDATE book
SET distribution_id = 'udc_order_1'
WHERE distribution_source = 'udc'
AND distribution_id IS NULL;

UPDATE book
SET distribution_id = NULL
WHERE distribution_source = 'udc'
AND distribution_id = 'udc_order_1';

- Crawler - needs to not override existing info with BIP info if it exists for UDC orders...
  - Re-fill UDC #1?
  - Modify crawler logic...

## Loading Order #2, 3

- Files here: UDC Taiwan
- Scratchpad: UDC ScratchPad
- Will insert language 'zho' for anything loaded
- Will set ordering_batch = 'udc#2'
- Decisions

| Issue | Decision |
|-------|----------|
|       |          |

    ANT_BARTZ_000366008

| Invalid ISBN | Don't load. Capture a file with the invalid ISBNs for inspection. Note: if too many of these could affect the de-dupe. |
|---|---|
| Language | Insert 'zho' for all entries. **Adding bcp 47 to language table** - filling with zh-Hant or zh-Hans to capture traditional vs simplified |
| CIP Code, No BISAC | Added new category table for this. |
| | |

-- this is the ddl

```
create table category
(
   category_type text not null,
   category     text not null,
   isbn        text,
   book_id      text not null
);

create index category_book_id_index
   on category (book_id);

create unique index category_category_book_id_category_type_uindex
   on category (category, book_id, category_type);

create index category_isbn_index
   on category (isbn);

alter table category
   add constraint category_pk
      unique (category, book_id, category_type);
```

- Notes: Prepping files
  - Order 2: the first 300 rows look sketchy (author / publisher)
    - CIP is in column H
  - Order 3-
    - CIP blank for many
- **Let's try to run order #3 on a devbox - copy files TO the devbox**

                          ANT_BARTZ_000366009

- ○ scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
  panama_udc_loader.zip ec2-user@100.28.129.34:~/panama_udc_loader.zip
- ○ scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
  ~/Downloads/udc/db_config_prod_write.yaml ec2-
  user@100.28.129.34:~/panama_udc_loader/udc_files/
- ○ scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
  ~/Downloads/udc/udc_order_*.csv ec2-
  user@100.28.129.34:~/panama_udc_loader/udc_files/
- **Do some Dry Runs**
  - ○ python3.12 -m script.loader.udc.udc_order_loader_2 --dry-run --order-batch-id 3 -
    -input-file /home/ec2-user/panama_udc_loader/udc_files/udc_order_3.csv --
    output-file /home/ec2-
    user/panama_udc_loader/udc_files/output/udc_order_3_loaded.csv --output-
    error-file /home/ec2-
    user/panama_udc_loader/udc_files/output/udc_order_3_errors.csv
  - ○ **dry run:**

nohup python3.12 -um script.loader.udc.udc_order_loader_2 --dry-run --order-batch-id udc#3 --
input-file /home/ec2-user/panama_udc_loader/udc_files/udc_order_3.csv --output-file
/home/ec2-user/panama_udc_loader/udc_files/output/udc_order_3_loaded.csv --output-error-
file /home/ec2-user/panama_udc_loader/udc_files/output/udc_order_3_errors.csv >
udc_order_3_log.txt 2>&1 &

- **Real run - order #3 against prod**

nohup python3.12 -um script.loader.udc.udc_order_loader_2 --order-batch-id udc#3 --input-file
/home/ec2-user/panama_udc_loader/udc_files/udc_order_3.csv --output-file /home/ec2-
user/panama_udc_loader/udc_files/output/udc_order_3_loaded.csv --output-error-file
/home/ec2-user/panama_udc_loader/udc_files/output/udc_order_3_errors.csv >
udc_order_3_log.txt 2>&1 &

- **Copy output FROM ec2**

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ec2-
user@100.28.129.34:/home/ec2-user/panama_udc_loader/udc_files/output/\*.csv
./order_3_results/

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ec2-
user@100.28.129.34:/home/ec2-user/panama_udc_loader/udc_order_3_log.txt
./order_3_results/

- **Output (Approx 16 min to process ▮▮▮▮ books)**

nohup: ignoring input
Running in dry run mode: False
Running in print only mode: False
Using batch id: udc#3
2024-11-23 22:35:46.669614 - (1) Creating Book for ISBN: 9789620871375
2024-11-23 22:51:48.977083 - Finished processing ▮▮▮▮ rows
▮▮▮▮ ) books created.

ANT_BARTZ_000366010

▉ books updated.
▉ books already ordered.
books already shipped.
books already scanned.
▉ errors: ISBN rejected.
errors: Other errors.

- **Explore errors**

grep -i "Error" udc_order_3_log.txt |less
  - ○ Need to look into this error: "2024-11-23 22:48:52.491361 - (70386) ERROR (rollback) for ISBN: 9789573286288 got an exception: duplicate key value violates unique constraint "language_isbn_language_key""
- **Thoughts on…filling in data from BIP as we load them??!**

- **Order 2 output**

2024-11-23 18:29:05.295471 - Finished processing ( ▉ ) rows
▉ books created.
▉ books updated.
▉ books already ordered.
▉ books already shipped.
books already scanned.
▉ ) errors: ISBN rejected.
errors: Other errors.

Process finished with exit code 0

## Deduping order 4

- Note:
  - ○ First, loaded Orders 2 and 3.
  - ○ using same logic as awesome books:
    - ■ Rejecting editions that exist that are ordered, scanned, or shipped.
    - ■ Not taking into account language.
  - ○ Adding new logic based on loading:
    - ■ Rejecting "invalid" ISBNs.
    - ■ Rationale: if we won't LOAD invalid ISBNs, why would we consider them unique to buy?
      - • This needs to be resolved for consistency.

- ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ .

**Crawling Order 2,3**

> **Commented [26]:** this is because we are adding bcp 47 in addition to language and isbn that's already there. need to look into this case to set bcp_47 for UDC where it doesn't exist afterwards. but the row didn't load, so need to reload. [Author:Adam Ratana].[Creator:1207307460].[Date:11/23/2024 11:13:00 PM]

ANT_BARTZ_000366011

```
nohup python3.12 -um script.crawler.bip_crawler_multi --bip-priority 99 --batch-size 100 >
panama_bip_prod_11_26_24.txt 2>&1 &
```

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366012

# Creating an S3 Bucket for MathPix

ANT_BARTZ_000366013

# Creating an S3 Bucket for MathPix

Anna: "**Can you please create an S3 bucket that we can share with Mathpix? We will be sharing 1k documents with them for them to process a sample test, so whatever access level is required for that.** Early next week is fine."

Steps
- Note: this is to share **with** mathpix
- Go to buckets: https://us-east-1.console.aws.amazon.com/s3/home?region=us-east-1#
- Create bucket - all defaults -

- View details: https://us-east-1.console.aws.amazon.com/s3/buckets/ext-mathpix-data?region=us-east-1&bucketType=general&tab=objects
  - **arn:aws:s3:::ext-mathpix-data**
- Create user + access policy
- Now, log in with administrator access
  - https://d-92670b7aa6.awsapps.com/start/#/?tab=accounts
- Create a policy
  - Go to IAM https://us-east-1.console.aws.amazon.com/iam/home?region=us-east-1#/home
  - Policies
  - See adept - this has similar to what we would use

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366014

○    ⊟    <u>adept-policy</u>                    Customer man...          P

## adept-policy

```
 1 ▾ {
 2        "Version": "2012-10-17",
 3 ▾      "Statement": [
 4 ▾          {
 5                  "Effect": "Allow",
 6 ▾                "Action": [
 7                      "s3:PutObject",
 8                      "s3:ListBucket"
 9                  ],
10 ▾                "Resource": [
11                      "arn:aws:s3:::adept-dataset",
12                      "arn:aws:s3:::adept-dataset/*"
13                  ]
14              }
15          ]
16    }
```

- ○
- ○  Can copy json
- ○  Go to create policy
    - ■  Go to json - paste, then replace the bucket

# Specify permissions Info

Add permissions by selecting services, actions, resources, and cor

## Policy editor

```
1  ▼ {
2        "Version": "2012-10-17",
3  ▼     "Statement": [
4  ▼        {
5                "Effect": "Allow",
6  ▼             "Action": [
7                    "s3:PutObject",
8                    "s3:ListBucket",
9                    "s3:GetObject"
10               ],
11 ▼             "Resource": [
12                   "arn:aws:s3:::ext-mathpix-data",
13                   "arn:aws:s3:::ext-mathpix-data/*
14               ]
15           }
16       ]
17 }
```

ANT_BARTZ_000366016

- ○ Next - name the policy- ex [vendor]-policy, give it a description. Save it.
- Create a boundary policy - a boundary is the MAX set of permissions, even if another policy allows more.

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366017

- See this policy for an example

ANT_BARTZ_000366018

⊘ **Policy ext-mathpix-boundary-policy created.**

# ext-mathpix-boundary-policy Info

The boundary policy for the external mathpix s3 bucket.

## Policy details

Type
Customer managed

Creation time
December 04, 2024, 11:37 (UTC-

**Permissions**    Entities attached    Tags    Policy versions
(1)

## Permissions defined in this policy Info

Permissions defined in this policy document specify which actions are allowed or

```
 1    {
 2        "Version": "2012-10-17",
 3        "Statement": [
 4            {
 5                "Effect": "Allow",
 6                "Action": [
 7                    "s3:PutObject",
 8                    "s3:ListBucket",
 9                    "s3:GetObject"
10                ],
11                "Resource": [
12                    "arn:aws:s3:::ext-mathpix-data",
13                    "arn:aws:s3:::ext-mathpix-data/*"
14                ]
```

Highly Confidential – Attorneys' Eyes Only    ANT_BARTZ_000366019

- Create a user for the policy
    - Ext-mathpix-data-user (no console access)
    - Attach policies directly

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366020

## Permissions policies (1/1387)

Choose one or more policies to attach to your new user.

Filter b

| | | Policy name [↗] | ▲ | Type |
|---|---|---|---|---|
| ☐ | ⊞ | ext-mathpix-boundary-policy | | Customer man |
| ☑ | ⊞ | ext-mathpix-policy | | Customer man |

## ▼ Set permissions boundary - *optional*

Set a permissions boundary to control the maximum permissions for this
others. Learn more [↗]

☑ Use a permissions boundary to control the maximum permissions
   You can select one of the existing permissions policies to define the boundary.

## Permissions policies (1/1387)

Select policy to set the permissions boundary.

Filter b

🔍 ext-m                                          ✕         All ty

## User details

**User name**
ext-mathpix-data-user

**Console password ty**
None

## Permissions summary

| Name [↗] | ▲ | Type |
| --- | --- | --- |
| ext-mathpix-boundary-policy | | Customer ma |
| ext-mathpix-policy | | Customer ma |

## Tags - *optional*

Tags are key-value pairs you can add to AWS resources to help identify, or
this user.

No tags associated with the resource.

**Add new tag**

You can add up to 50 more tags.

Highly Confidential – Attorneys' Eyes Only

- ○ *Blocked, raise IT Ticket.*
  - ■ *https://anthropic.PS-*
    e
- ○ Setting the **VendorIAMUserPermBoundary** let us create the user, then it was possible to change the boundary policy to the newly created **ext-mathpix-boundary-policy**.
- After the user creation we should create the access credentials for the user:
  - ○ https://us-east-1.console.aws.amazon.com/iam/home?region=us-east-1#/users/details/mathpix-user?section=permissions

ANT_BARTZ_000366023



# mathpix-user Info

## Summary

ARN
arn:aws:iam::999918295580:user/mathpix-user

Console access
Disabled

Created
December 09, 2024, 18:35 (UTC+01:00)

Last console sig
-

**Permissions** | Groups | Tags | Security credentials

## Permissions policies (1)

Permissions are defined by policies attached to the user directly or throu

ANT_BARTZ_000366024

- Before sending the credentials to the vendor, they should be tested:
  - export AWS_ACCESS_KEY_ID=...
  - export AWS_SECRET_ACCESS_KEY=...
  - aws s3 cp ./testfile s3://ext-mathpix-data/testfile
  - Delete the testfile after upload
  - Try to upload the same file to a different ant-owned repository just to check that the access is limited to that one bucket.

## Other topics

- Creating cross account access:
  - See this bucket policy here: https://

# Panama DB Tools Use Cases

ANT_BARTZ_000366026

# Panama DB Tools Use Cases

Documenting some specifics of what we use **tools** for, to think about refactoring and modifications for efficiency (time, duration, effort) purposes.

| Concept | Detail | Notes |
|---|---|---|
| Loading (Insert) | Creates entries, to gather information from the books in print database. | |
| Loading (Update) | | |
| | | |
| | | |

Highly Confidential – Attorneys' Eyes Only

AMZ HPB Loader

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366028

AMZ HPB Loader

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem panama_amz_loader.zip ec2-user@100.28.129.34:~/panama-amz-loader.zip

CREATED

CREATED

**WRITING RUN**

Crawling:

ANT_BARTZ_000366029

Copying files to local machine:



ANT_BARTZ_000366030

AWB Dedupe

ANT_BARTZ_000366031

Retail

2024-11-27 16:54:10.747249 - ████ rows. ████ uniques. ████ duplicates. ██ errors.
2024-11-27 16:54:10.748673 - Successfully processed ████ rows.

wc -l AB_Retail_81124.txt
  431394 AB_Retail_81124.txt

**Note - something got cut off or mangled in the TSV file for retail. Need to fix if we want to move forward.**

Wholesale:
2024-11-27 17:15:00.916296 - ████ rows. ████ uniques. ████ duplicates. ██ errors.
found additional 5 edition dupes for 27 uniques. returning 22 uniques
2024-11-27 17:15:01.245609 - ████ rows. ████ uniques. ████ duplicates. ██ errors.
found additional 11 edition dupes for 28 uniques. returning 17 uniques
An error occurred: dict contains fields not in fieldnames: None


**For both: fixed the TSV files and re-ran**

**Results are here.**

In the end there are plenty of uniques now:
**Wholesale:** ████ rows. ████ uniques. ████ duplicates. ██ errors.
**Retail:** ████ rows. ████ uniques. ████ duplicates. ██ errors.

==Notes: we really want to first: load, crawl, then dedupe. This will be more efficient than dedupe, load, crawl, dedupe again.==

Highly Confidential – Attorneys' Eyes Only

# Dedupe Analysis

ANT_BARTZ_000366033

## Dedupe Analysis

Initial cut - 680_panama_dupes



scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
~/Downloads█████panama_dupes/* ec2-user@100.28.129.34:~/panama-wob-
loader█████_panama_dupes/

nohup python3.12 -um script.verifier.analysis.dedupe_analysis  /home/ec2-user/panama-wob-
loader█████_panama_dupes/█████_panama_dupes_input.csv /home/ec2-user/panama-wob-
loader█████_panama_dupes/█████_panama_dupes_info.csv /home/ec2-user/panama-wob-
loader█████_panama_dupes/db_config_prod_read.yaml >█████_panama_dupes_log.txt 2>&1 &

ANT_BARTZ_000366034

Log of running multi crawler

Highly Confidential – Attorneys' Eyes Only

Adam's running the crawler on stage diary
Tl;dr - database / CPU is the bottleneck. Running multiple processes didn't speed it up. Need to just run one process.

python -um script.crawler.bip_crawler_multi --dry-run --only-priority-status --batch-size 100 --env-file /Users/ratana/Downloads/db_config_stg.yaml --bip-priority 0 2>&1 | tee crawler_stg_0.txt
python -um script.crawler.bip_crawler_multi --dry-run --only-priority-status --batch-size 100 --env-file /Users/ratana/Downloads/db_config_stg.yaml --bip-priority 1 2>&1 | tee crawler_stg_1.txt
python -um script.crawler.bip_crawler_multi --dry-run --only-priority-status --batch-size 100 --env-file /Users/ratana/Downloads/db_config_stg.yaml --bip-priority 2 2>&1 | tee crawler_stg_2.txt
python -um script.crawler.bip_crawler_multi --dry-run --only-priority-status --batch-size 100 --env-file /Users/ratana/Downloads/db_config_stg.yaml --bip-priority 3 2>&1 | tee crawler_stg_3.txt

Observed high CPU for insert_bisacs

ANT_BARTZ_000366036



**Removed this check on stage:**

alter table bisac

   drop constraint bisac_category_check;

alter table public.bisac

   add constraint bisac_category_check

     check ((category ~~ 'ANT%'::text) OR (category ~~ 'LCO%'::text) OR (category ~~
'ARC%'::text) OR

       (category ~~ 'LIT%'::text) OR (category ~~ 'ART%'::text) OR (category ~~
'MAT%'::text) OR

       (category ~~ 'BIB%'::text) OR (category ~~ 'MED%'::text) OR (category ~~
'BIO%'::text) OR

       (category ~~ 'MUS%'::text) OR (category ~~ 'OCC%'::text) OR (category ~~
'NAT%'::text) OR

       (category ~~ 'BUS%'::text) OR (category ~~ 'PER%'::text) OR (category ~~
'CGN%'::text) OR

ANT_BARTZ_000366037

```
       (category ~~ 'PET%'::text) OR (category ~~ 'COM%'::text) OR (category ~~
'PHI%'::text) OR
       (category ~~ 'CKB%'::text) OR (category ~~ 'PHO%'::text) OR (category ~~
'CRA%'::text) OR
       (category ~~ 'POE%'::text) OR (category ~~ 'DES%'::text) OR (category ~~
'POL%'::text) OR
       (category ~~ 'DRA%'::text) OR (category ~~ 'PSY%'::text) OR (category ~~
'EDU%'::text) OR
       (category ~~ 'REF%'::text) OR (category ~~ 'FAM%'::text) OR (category ~~
'REL%'::text) OR
       (category ~~ 'FIC%'::text) OR (category ~~ 'SCI%'::text) OR (category ~~
'FOR%'::text) OR
       (category ~~ 'SEL%'::text) OR (category ~~ 'GAM%'::text) OR (category ~~
'GAM%'::text) OR
       (category ~~ 'SOC%'::text) OR (category ~~ 'GAR%'::text) OR (category ~~
'SPO%'::text) OR
       (category ~~ 'HEA%'::text) OR (category ~~ 'STU%'::text) OR (category ~~
'HIS%'::text) OR
       (category ~~ 'TEC%'::text) OR (category ~~ 'HOM%'::text) OR (category ~~
'TRA%'::text) OR
       (category ~~ 'HUM%'::text) OR (category ~~ 'TRV%'::text) OR (category ~~
'JUV%'::text) OR
       (category ~~ 'TRU%'::text) OR (category ~~ 'JNF%'::text) OR (category ~~
'YAF%'::text) OR
       (category ~~ 'LAN%'::text) OR (category ~~ 'YAN%'::text) OR (category ~~
'LAW%'::text) OR
       (category ~~ 'MIS%'::text) OR (category ~~ 'MIS%'::text) OR (category ~~
'MIS%'::text) OR
       (category ~~ 'NON%'::text));
```

## Deploying and running on prod

```
unzip panama-bip-prod-crawler-deploy-11-19-24.zip
mv  panama-bip-prod-crawler-deploy-11-19-24 panama-bip-prod-crawler

# run the stage crawler using env variables that are stage.
python3.12 -um script.crawler.bip_crawler_multi --dry-run --only-priority-status --batch-size 100
2>&1 | tee crawler_stg_0.txt
```

```
# run the prod crawler (dry run)
nohup python3.12 -um script.crawler.bip_crawler_multi --dry-run --only-priority-status --batch-
size 100 > panama_bip_prod_11_19_24.txt 2>&1 &

#run the prod crawler (no dry run)
nohup python3.12 -um script.crawler.bip_crawler_multi --only-priority-status --batch-size 100 >
panama_bip_prod_11_19_24.txt 2>&1 &
```

Running fast…
Can remove the count *?
Processed ▇▇▇ items in 0:07:56.598370
Speed: ▇▇ items/second
     ▇▇▇ items/minute
     ▇▇▇▇ items/hour
     ▇▇▇▇ items/day

Processed ▇▇▇ items in 1:00:39.261639
Speed: ▇▇ items/second
     ▇▇▇ items/minute
     ▇▇▇ items/hour
     ▇▇▇▇ items/day

ANT_BARTZ_000366039



2024-11-20 02:17:29.615279 - Error (rollback) for book ID: 8e3869d2-dadc-4e16-9b98-02e99c91641c, ISBN: 9780571154425: Invalid BISAC category: CHP000140 for book: 9780571154425

2024-11-20 02:17:29.615300 - [Updating] with BIP info for isbn: 9780907325499 id: 64f4ea37-95f3-4520-9b8c-036846527453

2024-11-20 02:17:29.615322 - Error (rollback) for book ID: 64f4ea37-95f3-4520-9b8c-036846527453, ISBN: 9780907325499: Invalid BISAC category: CBK041000 for book: 9780907325499

2024-11-20 02:17:29.615338 - [Updating] with BIP info for isbn: 9780812991826 id: 33231b2d-61f9-4e93-9781-5c1895cf54b3

2024-11-20 02:17:29.616820 - Error (rollback) for book ID: 33231b2d-61f9-4e93-9781-5c1895cf54b3, ISBN: 9780812991826: new row for relation "bisac" violates check constraint "bisac_category_check"

DETAIL: Failing row contains (9780812991826, CUR000000).

2024-11-20 02:17:29.616860 - [Updating] with BIP info for isbn: 9780736717977 id: 6876857b-a059-47f7-817b-f253cfd6e4a3

2024-11-20 02:17:29.616888 - Error (rollback) for book ID: 6876857b-a059-47f7-817b-f253cfd6e4a3, ISBN: 9780736717977: Invalid BISAC category: ZAN005000 for book: 9780736717977

2024-11-20 02:17:29.616906 - [Updating] with BIP info for isbn: 9780140129021 id: dee9b13d-aacc-4df2-9855-4279db851f7b

2024-11-20 02:17:29.617032 - Error (rollback) for book ID: dce9b13d-aacc-4df2-9855-4279db851f7b, ISBN: 9780140129021: Invalid BISAC category: CHP000140 for book: 9780140129021

2024-11-20 02:17:29.617132 - [Updating] with BIP info for isbn: 9780880851695 id: 2b0a2ca7-534a-4fcd-bf73-ff8b0dd267b4

2024-11-20 02:17:29.617190 - Error (rollback) for book ID: 2b0a2ca7-534a-4fcd-bf73-ff8b0dd267b4, ISBN: 9780880851695: Invalid BISAC category: ZAN005000 for book: 9780880851695

2024-11-20 02:17:29.617216 - [Updating] with BIP info for isbn: 9780736718370 id: 294f4dd7-24f8-4a3f-8383-34bae694844e

2024-11-20 02:17:29.617283 - Error (rollback) for book ID: 294f4dd7-24f8-4a3f-8383-34bae694844e, ISBN: 9780736718370: Invalid BISAC category: ZAN005000 for book: 9780736718370

2024-11-20 02:17:29.617303 - [Updating] with BIP info for isbn: 9780819146229 id: bc05a1a2-d38b-413c-ad43-fb13a1487f54

2024-11-20 02:17:29.618548 - Error (rollback) for book ID: bc05a1a2-d38b-413c-ad43-fb13a1487f54, ISBN: 9780819146229: new row for relation "bisac" violates check constraint "bisac_category_check"
DETAIL:  Failing row contains (9780819146229, CUR006000).


Processed  items in 2:43:05.742441
Speed: items/second
items/minute
items/hour
items/day

2024-11-20 04:02:55.659927 - [Update Complete] ALL books (1) where ISBN is null or blank to visited.

2024-11-20 04:03:02.999747 - found batch to visit out of total .

2024-11-20 04:03:02.999845 - processing batch of  books

2024-11-20 04:03:03.063746 - [Updating] with BIP info for isbn: 9780571154425 id: 8e3869d2-dadc-4e16-9b98-02e99c91641c

2024-11-20 04:03:03.063825 - Error (rollback) for book ID: 8e3869d2-dadc-4e16-9b98-02e99c91641c, ISBN: 9780571154425: Invalid BISAC category: CHP000140 for book: 9780571154425

2024-11-20 04:03:03.063843 - [Updating] with BIP info for isbn: 9780907325499 id: 64f4ea37-95f3-4520-9b8c-036846527453

ANT_BARTZ_000366041

2024-11-20 04:03:03.063860 - Error (rollback) for book ID: 64f4ea37-95f3-4520-9b8c-036846527453, ISBN: 9780907325499: Invalid BISAC category: CBK041000 for book: 9780907325499

2024-11-20 04:03:03.063873 - [Updating] with BIP info for isbn: 9780812991826 id: 33231b2d-61f9-4e93-9781-5c1895cf54b3

2024-11-20 04:03:03.065274 - Error (rollback) for book ID: 33231b2d-61f9-4e93-9781-5c1895cf54b3, ISBN: 9780812991826: new row for relation "bisac" violates check constraint "bisac_category_check"
DETAIL:  Failing row contains (9780812991826, CUR000000).

2024-11-20 04:03:03.065307 - [Updating] with BIP info for isbn: 9780736717977 id: 6876857b-a059-47f7-817b-f253cfd6e4a3

2024-11-20 04:03:03.065330 - Error (rollback) for book ID: 6876857b-a059-47f7-817b-f253cfd6e4a3, ISBN: 9780736717977: Invalid BISAC category: ZAN005000 for book: 9780736717977

2024-11-20 04:03:03.065344 - [Updating] with BIP info for isbn: 9780140129021 id: dce9b13d-aacc-4df2-9855-4279db851f7b

2024-11-20 04:03:03.065362 - Error (rollback) for book ID: dce9b13d-aacc-4df2-9855-4279db851f7b, ISBN: 9780140129021: Invalid BISAC category: CHP000140 for book: 9780140129021

2024-11-20 04:03:03.065374 - [Updating] with BIP info for isbn: 9780880851695 id: 2b0a2ca7-534a-4fcd-bf73-ff8b0dd267b4

2024-11-20 04:03:03.065390 - Error (rollback) for book ID: 2b0a2ca7-534a-4fcd-bf73-ff8b0dd267b4, ISBN: 9780880851695: Invalid BISAC category: ZAN005000 for book: 9780880851695

2024-11-20 04:03:03.065402 - [Updating] with BIP info for isbn: 9780736718370 id: 294f4dd7-24f8-4a3f-8383-34bae694844e

2024-11-20 04:03:03.065428 - Error (rollback) for book ID: 294f4dd7-24f8-4a3f-8383-34bae694844e, ISBN: 9780736718370: Invalid BISAC category: ZAN005000 for book: 9780736718370

2024-11-20 04:03:03.065448 - [Updating] with BIP info for isbn: 9780819146229 id: bc05a1a2-d38b-413c-ad43-fb13a1487f54

2024-11-20 04:03:03.066554 - Error (rollback) for book ID: bc05a1a2-d38b-413c-ad43-fb13a1487f54, ISBN: 9780819146229: new row for relation "bisac" violates check constraint "bisac_category_check"
DETAIL:  Failing row contains (9780819146229, CUR006000).

2024-11-20 04:03:03.066585 - [Updating] with BIP info for isbn: 9780547582313 id: 5ed1d4df-8546-4548-a311-db9d28c5f405

2024-11-20 04:03:03.066612 - Error (rollback) for book ID: 5ed1d4df-8546-4548-a311-db9d28c5f405, ISBN: 9780547582313: Invalid BISAC category: JNG035000 for book: 9780547582313

2024-11-20 04:03:03.066637 - [Updating] with BIP info for isbn: 9781462122707 id: af06cb47-0ab4-42c1-ba4a-1e65e310923c

Highly Confidential – Attorneys' Eyes Only

2024-11-20 04:03:03.066663 - Error (rollback) for book ID: af06cb47-0ab4-42c1-ba4a-1e65e310923c, ISBN: 9781462122707: Invalid BISAC category: CDB005000 for book: 9781462122707
2024-11-20 04:03:03.066677 - [Updating] with BIP info for isbn: 9780385506809 id: 2d556515-c8ad-45e8-9510-f24be948dc58
2024-11-20 04:03:03.067748 - Error (rollback) for book ID: 2d556515-c8ad-45e8-9510-f24be948dc58, ISBN: 9780385506809: new row for relation "bisac" violates check constraint "bisac_category_check"
DETAIL:  Failing row contains (9780385506809, CUR001000).

2024-11-20 04:03:03.067783 - [Updating] with BIP info for isbn: 9780385495035 id: 50c1c695-a4d3-4390-89c0-5f6f29a134ff
2024-11-20 04:03:03.069033 - Error (rollback) for book ID: 50c1c695-a4d3-4390-89c0-5f6f29a134ff, ISBN: 9780385495035: new row for relation "bisac" violates check constraint "bisac_category_check"
DETAIL:  Failing row contains (9780385495035, CUR009000).

2024-11-20 04:03:03.069063 - [Updating] with BIP info for isbn: 9780736724517 id: e398bd7f-12d1-4cb1-a15e-df18325453cc
2024-11-20 04:03:03.069086 - Error (rollback) for book ID: e398bd7f-12d1-4cb1-a15e-df18325453cc, ISBN: 9780736724517: Invalid BISAC category: ZAN005000 for book: 9780736724517
2024-11-20 04:03:03.069127 - [Updating] with BIP info for isbn: 9781558177932 id: cf4de6da-a7a5-4419-ae74-7cab815cb9e3
2024-11-20 04:03:03.069154 - Error (rollback) for book ID: cf4de6da-a7a5-4419-ae74-7cab815cb9e3, ISBN: 9781558177932: Invalid BISAC category: CHP000140 for book: 9781558177932
2024-11-20 04:03:03.069182 - [Updating] with BIP info for isbn: 9781903018101 id: 3b23feb4-9880-470b-821b-52e5df7ba422
2024-11-20 04:03:03.069201 - Error (rollback) for book ID: 3b23feb4-9880-470b-821b-52e5df7ba422, ISBN: 9781903018101: Invalid BISAC category: CBK041000 for book: 9781903018101
2024-11-20 04:03:03.069214 - [Updating] with BIP info for isbn: 9780743417990 id: 76552285-98ca-4f73-9f1e-9026bf42ce25
2024-11-20 04:03:03.070414 - Error (rollback) for book ID: 76552285-98ca-4f73-9f1e-9026bf42ce25, ISBN: 9780743417990: new row for relation "bisac" violates check constraint "bisac_category_check"
DETAIL:  Failing row contains (9780743417990, CUR006000).

Running WoB Loader

Highly Confidential – Attorneys' Eyes Only

# Running WoB Loader

ssh -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ec2-user@100.28.129.34

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem panama-wob-loader.zip ec2-user@100.28.129.34:~/panama-wob-loader

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ~/Downloads/wob_9.6m/*.csv ec2-user@100.28.129.34:~/panama-wob-loader/wob████

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ~/Downloads/wob_9.6m/config/* ec2-user@100.28.129.34:~/panama-wob-loader/wob████/config/

**dry run - 1 file**

python3.12 -um script.loader.worldofbooks.wob_loader_2 --dry-run --env-file /home/ec2-user/panama-wob-loader/wob████/config/db_config_prod_write.yaml --multi-file-path-prefix /home/ec2-user/panama-wob-loader/wob████/full_list_meta0000000000 --multi-file-count 1 --order-batch-id wob████_load --isbn-strategy validate_length_digits_only --status-to-load CREATED

**Dry run - log to file, nohup**

nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --dry-run --env-file /home/ec2-user/panama-wob-loader/wob████/config/db_config_prod_write.yaml --multi-file-path-prefix /home/ec2-user/panama-wob-loader/wob████/full_list_meta0000000000 --multi-file-count 1 --order-batch-id wob████_load --isbn-strategy validate_length_digits_only --status-to-load CREATED > wob_load_12_03_log.txt 2>&1 &

**Prod run -**

nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --env-file /home/ec2-user/panama-wob-loader/wob████/config/db_config_prod_write.yaml --multi-file-path-prefix /home/ec2-user/panama-wob-loader/wob████/full_list_meta0000000000 --multi-file-count █ --order-batch-id wob████_load --isbn-strategy validate_length_digits_only --status-to-load CREATED > wob_load_12_03_log.txt 2>&1 &

**Crawling:**

nohup python3.12 -um script.crawler.bip_crawler_multi --batch-size ███ > panama_bip_prod_12_3.txt 2>&1 &

ANT_BARTZ_000366045

**Ran out of space!**

**Copying files to local machine**
scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ec2-
user@100.28.129.34:/home/ec2-user/panama-wob-loader/wob█████/\*_loaded.csv
./loader_results/

**Running the last file**

Dry run:
python3.12 -um script.loader.worldofbooks.wob_loader_2 <mark>--dry-run</mark> --env-file /home/ec2-
user/panama-wob-loader/wob█████config/db_config_prod_write.yaml --input-file /home/ec2-
user/panama-wob-loader/wob█████full_list_meta000000000082.csv --output-file /home/ec2-
user/panama-wob-loader/wob█████full_list_meta000000000082_loaded_2.csv --output-error-
file /home/ec2-user/panama-wob-loader/wob_9.6m/full_list_meta000000000082_errors_2.csv --
order-batch-id wob█████load --isbn-strategy validate_length_digits_only --status-to-load
CREATED > wob_load_12_04_log.txt 2>&1

Prod run:
nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --env-file /home/ec2-
user/panama-wob-loader/wob█████config/db_config_prod_write.yaml --input-file /home/ec2-
user/panama-wob-loader/wob█████full_list_meta000000000082.csv --output-file /home/ec2-
user/panama-wob-loader/wob█████full_list_meta000000000082_loaded_2.csv --output-error-
file /home/ec2-user/panama-wob-loader/wob_9.6m/full_list_meta000000000082_errors_2.csv --
order-batch-id wob█████load --isbn-strategy validate_length_digits_only --status-to-load
CREATED > wob_load_12_04_log.txt 2>&1 &

**Reloading errors** (with cur fixed)

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
~/Downloads/wob█████/loader_results/\*_errors.csv ec2-user@100.28.129.34:~/panama-wob-
loader/wob█████/to_reload/

for file in \*_errors.csv; do mv "$file" "err_${file%_errors.csv}.csv"; done

**Dry run:**
nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 <mark>--dry-run</mark> --env-file /home/ec2-
user/panama-wob-loader/wob█████config/db_config_prod_write.yaml --multi-file-path-prefix
/home/ec2-user/panama-wob-loader/wob█████to_reload/err_full_list_meta0000000000 --multi-
file-count 1 --order-batch-id wob█████load --isbn-strategy validate_length_digits_only --status-
to-load CREATED > wob_load_12_04_err_rerun_log.txt 2>&1 &

**Prod run:**

ANT_BARTZ_000366046

```
nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --env-file /home/ec2-
user/panama-wob-loader/wob_█████/config/db_config_prod_write.yaml --multi-file-path-prefix
/home/ec2-user/panama-wob-loader/wob_████to_reload/err_full_list_meta0000000000 --multi-
file-count ██ --order-batch-id wob_████████_load --isbn-strategy validate_length_digits_only --
status-to-load CREATED > wob_load_12_04_err_rerun_log.txt 2>&1 &


scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem ec2-
user@100.28.129.34:/home/ec2-user/panama-wob-loader/wob_█████*_loaded.csv
./loader_results/
```

Highly Confidential – Attorneys' Eyes Only

# WOB Loader / Crawler / Deduper Olympics

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366048

# WOB Loader / Crawler / Deduper Olympics

**1) with ▮ batch - load against dev, crawl against dev. dedupe against dev.**

**Copy files:**
scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
~/Downloads/wob_▮/dedupe_3/* ec2-user@100.28.129.34:~/panama-wob-loader/wob_dedupe_3

**Run crawler against dev env:**
nohup python3.12 -um script.crawler.bip_crawler_multi --batch-size ▮ --env-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/db_config_dev-12-18.yaml > crawler_dev_12_18_log.txt 2>&1 &

**Run loader against dev env with status CREATED:**
nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --env-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/db_config_dev-12-18.yaml --input-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4.csv --output-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_loaded.csv --output-error-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_errors_csv --order-batch-id wob▮ load --isbn-strategy validate_length_digits_only --status-to-load CREATED > wob_list4_12_18_load_log.txt.txt 2>&1 &

(tl;dr - nothing loaded, already loaded..)

**Also run the loader and crawler for the ▮ list:**
nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --env-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/db_config_dev-12-18.yaml --input-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located.csv.csv --output-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_loaded.csv --output-error-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located.csv_errors_csv --order-batch-id wob▮ load --isbn-strategy validate_length_digits_only --status-to-load CREATED > wob_full_inv_located_12_18_log.txt 2>&1

```
□2024-12-18 19:11:46.977473 - Finished processing ▮4) rows
▮) books created.
▮) books updated.
▮) books already ordered.
▮) books already shipped.
```

ANT_BARTZ_000366049



```
) books already scanned.
) errors: ISBN rejected.
) errors: Other errors.
```

**2) dedupe against dev, title/author hash.**
**3) dedupe against same order - edition and title/author**

**(2+3 are both done at once) - ██ order**
```
/Users/ratana/.local/share/virtualenvs/panama-book-tracker-G5q_UB-i/bin/python
/Users/ratana/panama-book-tracker/script/shared/dedupe/smart_deduper.py --env-file
/Users/ratana/Downloads/db_config/db_config_dev-12-18.yaml --input-file
/Users/ratana/Downloads/wob██/dedupe_3/list4.csv --output-accepts-file
/Users/ratana/Downloads/wob██/dedupe_3/list4_accepts.csv --output-rejects-file
/Users/ratana/Downloads/wob██/dedupe_3/list4_rejects.csv --output-duplicates-file
/Users/ratana/Downloads/wob██/dedupe_3/list4_duplicates.csv --output-error-file
/Users/ratana/Downloads/wob██ --dedupe_3/list4_errors.csv --isbn-strategy
validate_length_digits_only --mode all
```

```
□Preparing preorder table: updating editions.
Updated ████ rows

Preparing preorder table: grouping editions.

2024-12-18 14:23:43.600915 Preparing preorder table: edition matches: 3f450572-67ba-
48a8-a032-20bcd2967901
Grouped 86 rows into edition groups
Statistics for preorder 3f450572-67ba-48a8-a032-20bcd2967901:
Total items in preorder: ████
Total items in groups: █ (0.1%)
Items to be selected (one per group): █ (0.1%)
Items to be rejected: █(0.1%)
Number of ungrouped items: ████(99.9%)

Group details:
Total number of groups: █
Minimum group size: 2
Maximum group size: 2

Group size distribution:
  Groups with 2 items: █ (█ items, ████ of total)

2024-12-18 14:23:43.942496 Preparing preorder table: norm author/title hash matches.
```



No Stats to print for preorder_id: 3f450572-67ba-48a8-a032-20bcd2957901

2024-12-18 14:23 █████ Processed ████ rows. Found █████ final uniques. Found █████) additional duplicate rows. ████ edition deduped.

☐

**(2+3 are both done at once) -████ order**

nohup python3.12 -um script.shared.dedupe.smart_deduper --env-file /home/ec2-user/panama-wob-loader/db_config/db_config_dev-12-18.yaml --input-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located.csv --output-accepts-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located_accepts.csv --output-rejects-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located_rejects.csv --output-duplicates-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located_duplicates.csv --output-error-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/full_inv_located_errors.csv --isbn-strategy validate_length_digits_only --mode all > wob.████_dedupe_12_18_log.text 2>&1 &

☐2024-12-18 22:24:22.████ - (█████) rows. (█████) uniques. (█████) rejects. █████ duplicates. ████ errors.

2024-12-18 22:26:11.828205 Processed █████ rows. Found █████ edition-checked uniques. Found █████) additional duplicate rows.

2024-12-18 22:26:20.████02 Processed █████ rows. Found █████ final uniques. Found █████) additional duplicate rows. █████) edition deduped.
☐

**4) once we know we will take these. will need to load as ORDERED into prod. crawl in prod.**

**Run loader against prod env with status ORDERED (list4 -████:**

(dry run)

python3.12 -um script.loader.worldofbooks.wob_loader_2 **--dry-run** --env-file /home/ec2-user/panama-wob-loader/db_config/db_config_prod_write.yaml --input-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_final_accepts_corrected.csv --output-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_final_accepts_loaded.csv --output-error-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_final_accepts_errors.csv --order-batch-id wob████ load --isbn-strategy validate_length_digits_only --status-to-load ORDERED --update-already-present

(real run)

```
nohup python3.12 -um script.loader.worldofbooks.wob_loader_2 --env-file /home/ec2-
user/panama-wob-loader/db_config/db_config_prod_write.yaml --input-file /home/ec2-
user/panama-wob-loader/wob_dedupe_3/list4_final_accepts_corrected.csv --output-file
/home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_final_accepts_loaded.csv --output-
error-file /home/ec2-user/panama-wob-loader/wob_dedupe_3/list4_final_accepts_errors.csv --
order-batch-id wob█████_load --isbn-strategy validate_length_digits_only --status-to-load
ORDERED --update-already-present > wob_list4_final_12_18_load_log.txt 2>&1 &
```



panama-book-tracker notes

Highly Confidential – Attorneys' Eyes Only

# panama-book-tracker Notes

Repo: https://github.com/anthropic ▓▓▓▓▓▓▓▓▓▓▓▓

Getting it up and running:
- Prerequisites
  - Install pipenv
    - brew install pipenv
  - Install git lfs (to get large files)
    - git lfs install
- Clone the repo
  - git clone https://github.com/anthropics/panama-book-tracker.git
- Checkout a branch
  - cd panama-book-tracker
  - git checkout real-real-master
- Fix issues

Notes from Gyula Discussion:
- By default repo doesn't work.
- Streamlit app was an idea but it was never deployed internally. Goal was to let non-tech folks query it.
- DistributedConnectionManager - based on limitations of git lfs - ▓▓▓ - so is inserting into the smallest sqlite db (and # of dbs grows)
  - Newest version (cloud postgres) will not need this! Scripts being updated to point to the cloud db instance.. Slowly but surely. Some one-offs may not be converted.
- 

ANT_BARTZ_000366054

Bwb – shipping updates

Highly Confidential – Attorneys' Eyes Only

## Betterworld - updating shipping data

- Reports are here 1. Books Shipped
- Should be the end of it due to API use.

scp -i ~/ssh_creds/ratana-panama-crawler-dev-keypair.pem
~/Downloads/betterworld_to_load/bwb_combined_shipping_reports.csv ec2-
user@100.28.129.34:~/panama-wob-loader/betterworld_to_load/


nohup python3.12 -um script.loader.betterworld.bw_load_shipping_data_2 --env-file /home/ec2-
user/panama-wob-loader/betterworld_to_load/config/db_config_prod_write.yaml --input-file
/home/ec2-user/panama-wob-loader/betterworld_to_load/bwb_combined_shipping_reports.csv -
-output-file /home/ec2-user/panama-wob-
loader/betterworld_to_load/bwb_combined_shipping_reports_created.csv --output-updated-file
/home/ec2-user/panama-wob-
loader/betterworld_to_load/bwb_combined_shipping_reports_updated.csv --output-error-file
/home/ec2-user/panama-wob-
loader/betterworld_to_load/bwb_combined_shipping_reports_errors.csv >
bwb_load_12_9_log.txt 2>&1 &


Running the errors
nohup python3.12 -um script.loader.betterworld.bw_load_shipping_data_2 --env-file /home/ec2-
user/panama-wob-loader/betterworld_to_load/config/db_config_prod_write.yaml --input-file
/home/ec2-user/panama-wob-
loader/betterworld_to_load/bwb_combined_shipping_reports_errors.csv --output-file /home/ec2-
user/panama-wob-
loader/betterworld_to_load/err_load_bwb_combined_shipping_reports_created.csv --output-
updated-file /home/ec2-user/panama-wob-
loader/betterworld_to_load/err_load_bwb_combined_shipping_reports_updated.csv --output-
error-file /home/ec2-user/panama-wob-
loader/betterworld_to_load/err_load_bwb_combined_shipping_reports_errors.csv >
err_load_bwb_load_12_9_log.txt 2>&1 &

## Scanning - updating scanning data

- Scanning data is here 3. Books Scanned
- Needs to be dropped into s3 bucket here:



Highly Confidential – Attorneys' Eyes Only

- Lambda here processes 

ANT_BARTZ_000366057

# Norm / Fuzzy Matching Implementation

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366058

# Norm / Fuzzy Matching Implementation

- Normalizing title and author, combining, and hashing, seems to have a good hit rate. Starting there.
- Things to think about
  - What if title author changes for a book -
    - Why would it change?
      - BIP info comes in
      - We load an order manually
      - In both cases we want to load missing info
  - The goal is deduping
    - If we have a hit for a book, and the book is part of an edition, then we have a hit for the edition
  - Some books don't have ISBNs
    - Only books with ISBNs belong to editions
    - So we can't rely on ISBN
    - The API only takes ISBNs…
      - But we will still do manual orders?
- Taking that into account creating a table for the normalized author and title hashes and critical info about its desirability

book_norm_author_title_hash
book_id (not null obv), isbn (nice to have), norm_title, norm_author, exact_hash, is_stale (for invalidation)

Future?: is_oss (is the book ordered shipped or scanned),is_edition_oss (is any book in the edition ordered shipped or scanned)

Index: exact_hash

How to create and maintain?
- A script to populate this
  - Creates the table
  - Creates the index
  - Starts with ordered, shipped, or scanned books and fills it in
  - Can be re-run to recreate the entries.
  - TODO: build a version that can run as a job and auto-populate? Or build that into the crawler?
- An update to the crawler
  - Should populate whenever there's updated BIP info
    - We like to fill in title, author if missing…

ANT_BARTZ_000366059

- So if we have those / refreshed them, can update / create new hashes.
  - Should add some logic that looks for items to generates new hashes for?
    - First priority - anything in OSS that doesn't yet have a hash.
      - Ex. reserved orders coming from the API.
    - Second priority - anything in general that was just crawled
      - We have the data, pre-compute…
    - Third-ish priority-
      - Anything where the hash is stale.
      - Why would it be stale?
        - We can use the is_stale flag when loading in data for books from manual orders where we might update the title and author - when we prefer our manual data over what's in the database (and it's sometimes more complete)
      - This is really only to maintain consistency.
        - We don't really have a sense of data quality - whether BIP is better than our vendors.
        - We won't be generating hashes if either author or title is blank, so this consistency won't be a huge value add, but keeps things neat and tidy.
- API updates
  - API just needs to check for this new matching when excluding. Should work quickly.
- An update to the loader / dedupe operation
  - Should populate whenever there's a new book created (when there's author/title info)
  - Since we want a loader/deduper to check a large order against itself, we need to think about how to do this.
  - **Option 1)**
    - Use a special status like pre-order (vs created). Generate hashes for the pre-order.  This is like a "pre-dedupe" step, ie, like when loading things to be crawled by the crawler. So.. if the crawler creates these hashes, problem solved.
    - When now going through the pre-order, we can find other dupes in the pre-order state.
    - We need to be careful with the logic here - we don't want an item to dedupe itself.  So the assumption must be that items in a pre-order state are there because they are unique ISBNs and they are not already ordered,shipped,or scanned, nor is any edition.
    - Advantages: this is fairly straightforward and easy to handle failures - since the operation goes one way (created -> preordered)
    - Disadvantages: this is messing with the book table a bit too much, and the book table currently has a constraint on acceptable statuses.  Much other logic depends on the existing set of statuses (API, all current loader / dedupe programs)

ANT_BARTZ_000366060

- ○ **Option 2)**
  - ■ Use a separate table to handle this pre-order logic. Let's call it book_preorder.
    - ● book_id, isbn, norm_hash, pre_order_id, group_id
    - ● Index on isbn, normhash
  - ■ **Modifications to the process - here's how a dedupe + order would go:**
    - ● Assumptions:
      - ○ everything has been loaded. Everything in the file would have a book_id, BIP info including edition info if there is any.
      - ○ Tracking pre-ordered books should be a stateless and repeatable process until we mark them ordered.
    - ● [current] For each row in a given order, check against the database: anything with same ISBN already ordered shipped and scanned? Editions ordered shipped or scanned? Filter out if there's a hit. This hit would not include our book in question since it's not been marked ordered.
      - ○ [new] Now deduplicate against the same order:
        - ■ come up with a pre-order-id for use to track this pre-order
          - ● Pre-order table for this order starts empty.
        - ■ For each row - check for title author match (exact hash). against anything already ordered shipped and scanned. Filter out if there's a hit. This hit would not include our book in question since it's not been marked ordered.
        - ■ For each row - Check for title, author match (exact hash) against books in the **preorder** table. Filter out if there's a hit. This is what eliminates same-order duplicates.
          - ● If not, add to the preorder table. If the book doesn't have a title_author hash add it to the pre-order table.
        - ■ Export the rows that match our pre-order table.
          - ● [if we are sure we want to order these, we mark them ordered at this point]
        - ■ Done: now we can remove the entries in the preorder table for this pre-order-id.
    - ● [new] when we decide to make the order with the vendor:
      - ○ Take the exported rows / or some subset after negotiation with the vendor.
      - ○ Repeat the steps above

<div style="border:1px solid">

**Commented [27]:** this would work, but would run really slowly due to the number of queries needed.  The way I actually implemented this  using a single query. group the items in the preorder table together by norm_hash and assign them group ids.   get the groups from the database. while going through the rows in a file, if a row's normhash matches one of the groups, if it's the first isbn in the group, accept it, if not, throw it away. this works deterministically and reasonably fast. [Author:Adam Ratana],[Creator:1297307460],[Date:12/14/2024 8:19:00 PM]

</div>

ANT_BARTZ_000366061

- ○ Additional step -
  - ■ [current] mark the book ordered in the database with the order date, ordering_batch, etc. (noted this in above process)
- ■ Assumption is that everything in book_preorder also exists in the book table in the db.
  - ● We would have wanted to load and crawl things beforehand.
    - ○ And generate hashes... if this all works, that should generally be an ongoing job via "crawler" which becomes more of a background data augmentation / cleaning / etc operation that's always on.
  - ● Q: are we still planning to accept anything without an ISBN?
    - ○ A: no
- ■ Assumption - everything in book_preorder also has hashes generated... in book.
  - ● Would be part of that load/crawl operation before "deduping"
- ■ Advantages - doesn't pollute the main book table, it's a staging area that is more forgiving. For very large data sets, able to use the power of the database to our advantage (speed, set matching operations / calculations). It is a discrete solution outside of the book table, and encapsulates the complexity off this away from the book table which is used by the API and other consumers.
- ■ Disadvantages - additional data and tables to manage
- ○ **Choice - going with Option 2.**

**Running this on an ec2 box:**

nohup python3.12 -um script.shared.dedupe.smart_deduper --env-file /home/ec2-user/panama-wob-loader/wob_____/dedupe_2/config/db_config_dev-12-12.yaml --input-file /home/ec2-user/panama-wob-loader/wob_____/dedupe_2/wob_main_lte5.csv --output-accepts-file /home/ec2-user/panama-wob-loader/wob_____/dedupe_2/wob_lte5_accepts.csv --output-rejects-file /home/ec2-user/panama-wob-loader/wob_____/dedupe_2/wob_lte5_rejects.csv --output-duplicates-file /home/ec2-user/panama-wob-loader/wob_____h/dedupe_2/wob_lte5_duplicates.csv --output-error-file /home/ec2-user/panama-wob-loader/wob_____/dedupe_2/wob_lte5_errors.csv --isbn-strategy validate_length_digits_only > wob_lte5_ta_dedupe_log.txt 2>&1 &

# Output

**(1) Database author/title match dedupe** (against dev db - data as of 12/12 - title author match)

2024-12-15 02:19:56.007801 - ██████ rows. ██████ uniques. ██ rejects. ██████ )
duplicates. ██ errors.

- tl;dr: ██████████ rows ████ dupes - **7.5% duplicates to remove matching against the database** - includes a few additional edition matches likely due to API)

**(2) Pre-order grouping by matching title/author:**
Statistics for preorder 8c44a34a-6a47-4156-99dc-9¹bfd357c2f7:
Total items in preorder: ████████2
Total items in groups: ████████
Items to be selected (one per group): ████████
Items to be rejected: ████████
Number of ungrouped items: ████████

- tl;dr:
- **15.9% are matching other books in some way in the same order.**
- **9.1% additional duplicates to remove.**

Group details:
Total number of groups: ████████
Minimum group size: 2
Maximum group size: 133

Group size distribution:



Highly Confidential – Attorneys' Eyes Only



**(3) Final results - same order deduping.**

Processed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ rows.

- Result csvs in this drive folder: dedupe_results
- tl;dr : ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇
- Overall for this entire process: **removed 16% total additional duplicates** via normalized author/title matching against the database and the order itself

**(4) bonus - opportunity**

- Additionally, I was thinking through some of the logic. It's possible there's also rows in an order that belong to the same edition. We could:
  - Get edition info for all books in the order

ANT_BARTZ_000366064

- ○ Group them by edition (at this point, anything belong to an edition that already has a book ordered will have been filtered out...)
- ○ Pick only 1

# Deploying to a new env:

- Run the create_and_load_hash_data.py - create and load the indexes
- Start the background job to update the hashes

```
nohup python3.12 -um script.shared.dedupe.update_norm_hash --config /home/ec2-
user/panama-wob-loader/db_config/db_config_dev-12-17.yaml --sleep 10 >
update_norm_hash_12_17_log.txt 2>&1 &
```

## Productionization Plan:

- ~~Decide: how do we want to populate and keep the hash up to date~~
  - ~~Simplest is to do it for all books and join with book table.~~
  - Have to make sure processes that create books keep this up to date - ongoing process.
  -
- In API - when setting ordered - create the hash
- In API - when revoking - remove the hash
- In create_and_load_hash_data - log what's normalizing to blank - title and author - for further debugging.
- ~~Crawler - should create the hash if missing for a book needing a crawl (this won't do too much)~~
- Loaders - should create the hash when loading as ordered, shipped, or scanned, if it doesn't exist.
- DB performance: if we can figure out a way instead of just maintaining an "ordered,shipped,scanned" bit we can just have hashes for everything and our queries are all optimized and simpler.  Should this be prioritized? Or do the dumb and clunky thing first and refactor? Are there any other approaches not considered?]
  - Tried indexes, partial indexes etc. settling on an is_owned flag. Will need to update a few places (loaders, book manager, apis, lambdas), but, this should at least be reasonably stable.
  - Will attempt to create the hash for ALL books and see how the query performance is with our new is_owned flag.
  - Then it's fairly simply. Just look for books we own matching the norm_hash and if there's a hit, we don't want it.
    - We do need to test the performance of this join.
- Steps - Plan A

<div style="border:1px solid #c88; background:#fdecea; padding:4px">
Commented [28]: this is pinning the database -- due to table scans. need to think of more systematic way to do this, that's simple to maintain [Author:Adam Ratana],[Creator:1297307460],[Date:1/6/2025 10:16:00 PM]
</div>

<div style="border:1px solid #c88; background:#fdecea; padding:4px">
Commented [29]: solution - we're just not going to do this. we'll just keep a hash for everything and use indexes for fast querying. [Author:Adam Ratana],[Creator:1297307460],[Date:1/10/2025 9:42:00 PM]
</div>

ANT_BARTZ_000366065

- Create column (is_owned)
- Create status index
- Create is_owned index
- Fill is_owned
- Create author, title hash - table, indexes
- Populate author, title hash - table, indexes
- Have a process running to populate author, title hash across the whole DB where it does not exist?
- Get API Test working - run first
- Update various biz logic- places to update for the flag and author, title - update the is_owned flag accordingly in book_manager and other places.  Generate the norm hash anywhere updating title and author.
    - api_lambda
        - BookManager
        - ApiService
        - Update_author, update_title - should be one update, not two, along with mark ordered.  This should also generate the hash.
        - Create book - should include setting is_ordered, and should create the author,title hash if it doesn't exist for the book.
    - revert_order_lambda
        - Makes call to book_manager.revert_order
    - BookManager - API use
        - mark_ordered - should set flag
        - create_book - should set flag
        - revert_order - should set flag to false.
    - ApiService
        - accept_book (also reorder logic so additional database calls are last).
            - Is_ordered_status (maybe)
        - author_title_dedupe_enabled
            - hit the hash
            - should just return already_acquired, not dupe
    - Loader (aim to have a single loader that handles multiple vendors)
        - Set is_owned appropriately
        - Update author, title hash where loading new info TO the panama database
    - Crawler
        - Update author, title hash where loading new info from the BIP database TO the panama database

Scratchpad -
First - adding an is_owned column to speed things up:

```
ALTER TABLE book ADD COLUMN is_owned boolean DEFAULT false;
CREATE INDEX CONCURRENTLY idx_book_is_owned ON book (is_owned);
```

CREATE INDEX CONCURRENTLY idx_book_owned_status ON book (id, status)
WHERE status IN ('ORDERED', 'SHIPPED', 'SCANNED');

Populating it for the books we own.
python -um script.shared.dedupe.create_and_load_is_owned --config
/root/code/devbox_files/db/db_dev-12-18.yaml

- Looking at just our partial index results of trying to find a matching hash - this looks like
  we might not need is_owned… Just the creation of this partial index. This is another
  good lesson of why profiling is critical.

```
EXPLAIN ANALYZE
SELECT EXISTS (
    SELECT 1
    FROM book_author_title_hash bath
    JOIN book b ON b.id = bath.book_id
    WHERE bath.norm_hash = '36acf2ec04f1873d9323e171f19c838f'
    AND b.status IN ('ORDERED', 'SHIPPED', 'SCANNED')
);
```

Result  (cost=25.74..25.75 rows=1 width=1) (actual time=0.019..0.020 rows=1 loops=1)
 InitPlan 1 (returns $1)
   -> Nested Loop  (cost=1.11..25.74 rows=1 width=0) (actual time=0.017..0.018 rows=1
loops=1)
     -> Index Scan using idx_bath_norm_hash on book_author_title_hash bath
(cost=0.56..12.59 rows=2 width=37) (actual time=0.009..0.009 rows=1 loops=1)
         Index Cond: (norm_hash = '36acf2ec04f1873d9323e171f19c838f'::text)
     -> Index Only Scan using idx_book_owned_status on book b  (cost=0.56..6.58 rows=1
width=37) (actual time=0.007..0.007 rows=1 loops=1)
         Index Cond: (id = bath.book_id)
         Heap Fetches: 0
Planning Time: 0.282 ms
Execution Time: 0.035 ms

Highly Confidential – Attorneys' Eyes Only

- Steps - Plan B (simpler plan)
    - ~~First, update the normalization algorithm for title and author, and test ( done w/~~ ~~py test examples, fixed classes of issues here that were completely blanking out~~ ~~the title or author: Normalized Author/Title Blanks 1/10/2025 (6.7K, out of 16.1M)~~
    - ~~Create book owned status partial index (no need for is_owned) (takes a few~~ ~~minutes - can do concurrent)~~
        - ~~Stage~~
        - ~~Prod~~

```
CREATE INDEX CONCURRENTLY idx_book_owned_status ON book (id, status)
WHERE status IN ('ORDERED', 'SHIPPED', 'SCANNED');
```

- ~~Populate author, title hash - table, indexes (will take about 12h / 12 day)~~
    - ~~For ALL the records~~
    - ~~Log the blank entries for improving our algorithm~~
    - ~~Dev~~
    - ~~Stage~~
    - ~~Prod~~
- ~~Create author, title hash - table, indexes (fast)~~
    - ~~Stage~~
    - ~~Prod~~

```
nohup python3.12 -um script.shared.dedupe.create_and_load_hash_data --config
/home/ec2-user/devbox_files/db/db_prod_write.yaml --mode replace-load-data >
create_and_load_hash_data_prod_01_10_25.txt 2>&1 &
```

Note: **At this stage, we have the ability to do our smart deduping against the prod database** — But, until the API is modified, new books won't create the hashes. Adhoc backfills are a stopgap until the API is modified which hopefully doesn't lag much.

- ~~Get API Test working with toy db - run first~~
    - ~~Add tables + data to toy db (update test scripts)~~
    - ~~Needed to create: script to create the test database.~~
- Updates to the api test
    - ~~Modify all tests which now fail due to missing author/title~~
    - Add test for author, title required
    - ~~Add test for author, title saving into db~~
    - Add in the hash table
    - Create the hashes for the created books
    - Test against the hashed data
- Updates to dev logging / monitoring
    - Need to change to $.reason to observe that actual reason (author/title dedupe - since we won't expose to vendors)

Commented [30]: @█████@anthropic.com FYI here's the rough "plan B" [Author:Adam Ratana].[Creator:1297307460].[Date:1/6/2025 8:10:00 PM]

Commented [31]: there's still a few weird cases where everything in the title column is in brackets, but for now, we eliminated the majority of common cases. [Author:Adam Ratana].[Creator:1297307460].[Date:1/10/2025 9:30:00 PM]

- Update various biz logic- places to update for the flag and author, title - update the is_owned flag accordingly in book_manager and other places.  Generate the norm hash anywhere updating title and author.
  - Api_lambda (P0)
    - ~~Require author, title fields~~
    - BookManager (see below) - create book, update_author, update_title
    - ApiService (see below) - accept book
    - Update_author, update_title - should be one update, not two, This should also (re-)generate the hash.
  - BookManager - API use (just needs to create hash)
    - create_book - should create hash
    - update_author
    - update_title
  - ApiService
    - reorder logic so additional database calls are last
    - Accept book / author_title_dedupe_enabled
      - hit the hash
      - should just return already_acquired, not a special additional status
  - Loader (aim to have a single loader that handles multiple vendors - we're on the way to this)
    - Update author, title hash where loading new info TO the panama database
  - Crawler
    - Update author, title hash where loading new info from the BIP database TO the panama database
  - Deduper - Which… is really part of a loading process
    - Make use of the hashes (already part of the "smart deduper")
- Testing
  - Dev (ongoing)
  - Stage
  - Prod
- One time backfill of remaining hash data.

Highly Confidential – Attorneys' Eyes Only

Booxen Loader

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366070

## Booxen Loader



ANT_BARTZ_000366071

Oct 31, 2024 | Introduction meeting

Highly Confidential – Attorneys' Eyes Only

## Oct 31, 2024 | Introduction meeting

Attendees: Gyula Lakatos Adam Ratana

Notes
- Recording:
  - Introduction meeting – 2024/10/31 22:01 CET – Recording
  - Introduction meeting – 2024/10/31 22:01 CET – Transcript
- Intros -
  - Gyula
    - 2 years @ anthropic - crawler project - few B pdf files
      - Then project called grabby - anthropic big crawler
      - Then moved onto this project 9mo ago
        - (Panama)
    - Been a contractor - Last day dec 31
  - Adam
    -
- Sense of projects / timeline / any transitions?
  - panama-book-tracker (github)
    - Python scripts bundled
    - (gyula uses pycharm) - to learn to be "pythonic" :)
    - db/ Db folder - sqlite - then moved a few weeks ago postgresql on AWS
      - Should be deleted eventually
      - 2 – prod, staging
        - Read only user for prod
      - Database purpose and structure
        - 4 tables -
        - "book" -
          - Some books don't have ISBNs. 5% missing ID and vendor assigns custom ID.
          - Scanning - done by co called "datamation"
          - Status- "created" means identified, "ordered" - placed an order for it to a vendor - when de-duping comes into the picture; "shipped" - vendor shipped it to us, "scanned" - datamation scanned it (last status)
          - bisac_category - don't use
          - edition_of - complicated
          - List_price - in cents- MSRP, paid price - what we paid
          - dates

ANT_BARTZ_000366073

- Created_date - when identified - not all dates accurate - added columns after 3-5 months - missing dates for first orders
- Scanning_date - most important
  - Helpful to determine which models book went into
    - If Scanning_date before the release date of the model - it's probably in the model
- tom/cecilia use dates to track books on the way etc
- Type
  - BOOK vs Textbook - different / flagged in data sets - textbook - mostly university textbooks
- ASIN - amazon id - saving to get info on books not present in "books in print" db
  - Could get category info, page count etc
- bip_visited - if crawler already visited this book
- list_price_update_date - when it was updated in Bip
- found_in_bip - sometimes not found in bip database
  - If a book was crawled from bip
- shipping_id - id of book on pallet, or whole pallet
- shipping_origin - soon will order books from taiwan, japan, korea (today, us, and UK)
  - To know when can expect the book in datamation's facility
- ordering_batch - name the batch ex "bwb#4" - 4th order from the vendor . helps to identify where the book came from
  - Sometimes orders aren't completely filled
- bip_priority - can set priority for the crawler – higher the number, more important book will be for the crawler - ex 5 is highest priority- crawled first from bip… can-pre-empt existing queue
- "language"
  - Isbn, language (books can have multiple languages)
- "Bisac"
  - https://www.bisg.org/complete-bisac-subject-headings-list
    - System to organize books into different categories

ANT_BARTZ_000366074

- - - Each has different subcategories with an ID
      - Ex. https://www.bisg.org/antiques-and-collectibles
      - Ex. gardening could have agriculture, architectural things (sheds, structures)
      - Bip gives you a list of categories.. and some vendors send a list - but not hierarchical
        - Unclear ordering / hard to determine which is more important
        - No more than 5 categories
    - isbn, category
    - Cecilia filters categories - to avoid certain types.. Ex comic books, children's book. She wants just 1 - Gyula picks the first one (limit 1 on the query)
      - Accepted risk
      - In what context is she filtering?
      - After de-duplication - gyula sends back spreadsheet with bisac codes, then she filters that way
      - 
  - "edition" - "a headache"
    - Each book that has different editions
    - Bip called it "editions"
    - But team thinks about them as "reprints"
      - Exact same content - listed under editions field
      - If you have an extended "second edition" - **handled as a different book (based on own experience)**
        - **Will be good to get definitive answer from bip - what they call an "edition" - need to validate**
      - ▮ of books acquired are reprints of things we already have - don't want this
      - Dedupe script takes some into account.
    - edition_of (from books table) -> search for in edition table - id, isbn - all the different versions (those isbns may not be in the books table - may not have been visible from vendors)
    - Isbn
- script/ (most important - bunch of scripts for various things)
  - Cecilia - create custom scripts for the project

ANT_BARTZ_000366075

- Could be refactored while still here - ask about them. Was figuring out as the project went along - became more complex than thought it would
- admin/ - admin stuff on db - generating statistics
  - Most of these are obsolete - try to do stuff on old db -
  - Gyula will show how to switch to new db
- crawler/
  - Accessing a service - books in print
  - Send an isbn - returns data on a book that isbn belongs to
    - ISBN "unique" but Gyula saw duplications
  - bip_crawler - not ported to new db - gathers info from db
    - Will migrate this week or next week
- How ordering works
  - List of books from vendor
  - Data massaging / de-cuping
  - Goes to cecilia - she filters on books, gets list of books to order
  - Send list to vendor, they say OK to some of them - usually not all (may not be in stock)
  - Send back final list - they accept as the order
  - Load that final list in database w/ ordering data… set book to ordered
  - Script for every vendor in the loader/ folder
    - Ex. bnt_order_loader - ordering for baker and taylor
- Data-partnerships (Anna project)
  - 
- Work will come from 2 people
  - Anna - working w/ various partners (not panama related) - buying data sets from people - big chunks of language, text, videos
    - Create AWS bucket – dropoff, copy to somewhere else - will show workflow
  - Cecilia - create custom scripts for the project - panama
- Other info
  - If vendor sends a spreadsheet with unknown BISAC - will need to get info from bip - ex. if "subjects" is category, will need to go get
  - Crawler runs on 1 thread, can crawl ███ ███ books per day
    - One spreadsheet has ███
  - Gyula - moving processes into cloud…
    - Everything built around crawler being single threaded
    - Need to run multiple instances of python
    - But need to write things to avoid multi-threading issues
    - Started cloud migration 2-3 weeks ago - still underway - not trivial - need to get used to cloud workflow..
    - 3 requests a second via single thread
      - Max was 20 requests per second - never rate limited

ANT_BARTZ_000366076

- Not a problem to have one crawler instance, because will run out of books at some point…

Action items
-

Nov 4, 2024 | Gyula / Adam continued

ANT_BARTZ_000366078

## Nov 4, 2024 | Gyula / Adam continued

Attendees: Gyula Lakatos  Adam Ratana

Notes

- Prev meeting: Adam / Gyula - Notes - Introduction meeting
- Adam notes:
  - Got streamlit page from a branch running (real-real-master) locally
  - Had to manually edit some files - couldn't solve where dependencies get injected, hacked it together :)
- Would be helpful for Adam to be able to -
  - get a branch of project from github
  - Using pycharm|vscode|etc,
    - setup the environment correctly
  - Run the project
  - (adam can document what's necessary)

Getting the branch working
- brew install pipenv
- git clone https://github.com/anthropics ▓▓▓▓▓▓▓▓▓▓▓▓
- ~~git checkout origin/real-real-master (don't need)~~
- git checkout real-real-master
- in main.py replace ConnectionManager with DistributedConnectionManager (and import it)
  - Remove "ReadOnly" flag
- Replace line 105 in main.py with
  - bisac_category = "ANT000000"
  - Additional error on 186
- 
- 

Notes

- DistributedConnectionManager - based on limitations of git lfs - 5gb - so is inserting into the smallest sqlite db (and # of dbs grows)
  - Newest version (cloud postgres) will not need this! Scripts being updated to point to the cloud db instance.. Slowly but surely.  Some one-offs may not be converted.
- Gyula is currently trying to automate weekly scripts
  - Creating AWS lambdas - listening for s3 upload events
    - Ex External vendors upload things in google drive - then Gyula moves to the bucket - triggers script to load data in the file into the database.
- Q: where does scanning data go?
  - PDF -> S3
  - CSV file end of every week - contains all the books scanned last week

ANT_BARTZ_000366079

- No connection to PDF location
- List of books scanned - a list sent to us
  - Csv file
- Book scans are uploaded into an s3 bucket - Gyula hasn't looked into this bucket.
  - File convention - ISBN as far as gyula knows - use shipping ID or distributor ID or some parameter in the SQL file - if not found, use title, author, etc.
  - Whenever loading done for scan data - 1% error rate - accepted at this point. 1-2% - and marked as scanned in the database - try best to find them but can't find occasionally.
- Example file:
  - Some have ISBNs, but maybe switch - some nonsense in it
  - Error rate - people aren't currently concerned. Haven't looked into it yet.
  - Some errors:
    - We can find the scans based on IDs in the file, but can't find the book in the database - but error margin is small % - could come from people typing things incorrectly as humans.



- Some processes not documented… yet

- Gyula - try to get more hands on this..
  - A lot for one person to keep up with everything

- **Moved Discussion of Processes to Document tab:**
  https://docs.google.c █████████████████████

- Other things (Anna)
  - (note: simpler - manual, though)
  - Process
    - ■
  - Infra
    - ■

- Priorities
  - Get Adam used to daily things...
    - Deduplicating etc
    - Cart will fall to pieces without getting the daily stuff handled
  - dashboarding + monitoring - may come second or never!!
- Bonus items
  - Nova created repo - with license.
    - Nova hired Gyula based on open source project - collecting pdf files from internet - TB scale - scaling to Petabytes :)
    - Heard interview on the radio in NYC - lucky coincidences

Action items
- Tomorrow - connection to staging db
- Adam to setup more sessions...

Highly Confidential – Attorneys' Eyes Only

Nov 5, 2024 | Gyula / Adam (continued)

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366082

## Nov 5, 2024 | Gyula / Adam (continued)

Attendees: Adam Ratana Gyula Lakatos

Notes

- Gyula / Adam (continued) – 2024/11/05 08:58 PST – Transcript
- Gyula / Adam (continued) – 2024/11/05 08:58 PST – Recording
- [Adam trying to document - see first tab]
- Chinese book vendor task
  - To load data into staging
  - Using new infrastructure
  - Not sure Adam will connect to postgres - gyula - using pycharm data window
- Get Pycharm professional

Review loading data into the database

- Review SQL classes
- Connect to DB from code
- Manipulate books from scripts (standard way)
- Sample scripts for ordered book loading into the DB
- Note: not much is repeatable (or has been repeatable)
- Chinese vendor - translation data to look into
- scripts/shared/sql
  - Distributed connection manager - used a bunch - don't use it (deprecated)
  - Remove "distributed" from title to use old scripts
  - Sqlite_connection_manager - connects to sqlite - has some translation info
    - Doesn't support transactions
    - Access
      - db/special/*
      - Translation databases - contain translated book titles, authors in different languages
        - Difference between listing books vs ordering books, is months..
        - Foreign key is isbn
        - Don't want to migrate to postgres database
        - These are created by running scripts on gyula's laptop
        - Temporary files until data is moved into postgres database
          - If the deal goes through, will get there
      - Might move the data into the book DB - save original japanese title, with translated title - rework database to support it
        - Not happening due to lack of dev resources / priorities
      - thema_mapper - UK uses this instead of BISAC - mapped from thema to bisac one day.
        - thema_mapper.py did the mapping

- - Probably not needed at this point
    - thema_converter.py is a translator script that will do this now programmatically
  - ■
- ○ connection_manager connects to postgres
  - ■ Gets from environment variables
  - ■ Pycharm -> run configurations
    - ● Convention for naming - stg, prod
  - ■ Readonly - defaulting to true
  - ■ Transaction management - get a cursor from start_transaction
    - ● Used in api
- ○ shared/book/book_manager.py
  - ■ Business logic
  - ■ Has pydocs for some of the non-obvious parts
  - ■ Reviewing 5-10 methods
  - ■ Constructed w/ a connection_manager
  - ■ Methods support 3-4 different ids to get books (as one string input)
  - ■ Get_book_info - what it says
  - ■ Is_exists – does the book exist
  - ■ Is_ordered - looks for the book by ISBN - returns true
    - ● If not found - will look into editions table - and look thru all editions for ordered shipped or scanned
    - ● We call "reprints" editions - this is the same content, new printing
    - ● Example: book has status "created"
      - ○ So will look for isbn in editions table
    - ● Why would there be an edition ordered but not the book
      - ○ In an ideal condition- all editions rows present in the book table as well
    - ● Where does the edition ID come from - UUID
    - ● How do multiple ISBNs get the same edition ID
      - ○ Group of books that are reprints of each other
      - ○ Get a response from BIP that ISBN A, shares an edition with ISBNS, B, C, D, E (and vice versa)
  - ■ get_editions - set of books in an edition
  - ■ We want "a" printing of a book. Hence editions / book logic.
  - ■ **mark_ordered - marks as ordered**
    - ● If book has already been marked ordered or scanned -
    - ● Not safe, will overwrite
    - ● Good idea to only update books in proper status. Silently fails as well.
  - ■ update_ordering_info - updates some portion of data
  - ■ **mark_scanned** - marks as scanned - no checks
  - ■ **mark_shipped** - similar
  - ■ update_shipping_info, update_shipping_origin – updates some fields

ANT_BARTZ_000366084

- Only some support ASIN, others only support ISBN or distribution ID
  - Only had to call with those params, others were extended as needed
- get_source - figures out if reprint or returns the distribution_source
  - Example distribution source = betterworld / wob / bnt
  - May have a bug - doesn't look for ordered or not, ex only return reprint if we already have one of them
  - Used in dedupes - pretty annoying bug
- update_* - update various things
- create_book
  - Most important one - creates a book
  - loader/
    - Folders for each vendor (except new ones we didn't load anything for)
    - udc/
      - udc_order_loader.py
        - Uses distributed connection manager (shouldn't)
        - dewey_converter - chinese vendor doesn't use dewey, just looks like it (similar to bisac) - convert dewey #s to bisac numbers. Provided something that looks like dewey , but isn't - everything is inconsistent – so just use the dewey_converter , in the future, need to update BISAC values
          - All the data is inconsistent in the same way w/r/t UDC bisac values
      - Open a file
      - Validates
      - Discount - hardcoded currency conversion to cents + discount
      - Ordering_date should be today (fix it)
      - Bisac if already there, update it
      - Prints status
      - Need to use excel - millions of books, and download csv.
  - Env variables, from
- api.py - deployed to ec2 vendors will use
  - 2 endpoints
    - do we want the book yes or no?
    - Set book to ordered in database, and returns do we want it or not?
      - Some vendors want to know ahead of time.
  - To revisit in a future session
  - Covered in tests

Action items
- ~~Adam to get Pycharm professional (requested)~~
- ~~Adam to get MS Excel~~

- Review provisioning of External API (Record the meeting)
  - And document that security to review

**Books DB connection info:**



Highly Confidential – Attorneys' Eyes Only

Nov 6, 2024 | Gyula / Adam (continued continued)

ANT_BARTZ_000366087

## Nov 6, 2024 | Gyula / Adam (continued continued)

Attendees: Adam Ratana  Gyula Lakatos

Notes

- Gyula / Adam (continued continued) – 2024/11/06 09:15 PST – Transcript
- Gyula / Adam (continued continued) – 2024/11/06 09:15 PST – Recording
- Gyula / Adam – 2024/11/06 10:05 PST – Transcript
- Gyula / Adam – 2024/11/06 10:05 PST – Recording
- Adam notes
  - Made a parameterized version of the UDC one.
    - Got it using claude to translate.
    - Got it making database calls.
    - Some observations - noted in "tech" and "data" debt sections of the tech ops doc.
  - One q: are we sure bisac mapping from dewey is correct? Seems to be categorizing some books as religious text, when translating the title and category, and "classification" shows otherwise (just looking at first few rows).
    - A: Gyula: all these are incorrect. They are not dewey. For previous orders - inserted w/ title, author in chinese, with incorrect dewey, bisac categories - need to fix info in database for all UDC orders
      - Have a ticket to do proper conversion…
      - In Cecilia's spreadsheet (not jira)
  - Random thoughts
    - It feels like there's a few ways to optimize this stuff, but need to understand a few things first
    - What's taking the most time / the most manual work that gets repeated?
      - Not necessarily in a true repetitive sense, but,things like the setup work, etc.
    - The order of operations / spread of data across DBs - how much time is spent managing complexity / error checking / error correcting?
    - How much back and forth is there between Gyula and Cecilia with any given file?
  - UDC - is the price correct?
    - Was TWD (not chinese yuan) - today - 33 TWD to USD
    -
- If you use "with" connection manager - it will open and close it..
- Todo / Review:
  - Chinese book order loading
    -
  - API (recorded meeting)

ANT_BARTZ_000366088

- ■ Security Ticket / Review for external API

recording
- ● Show how different CSV jobs are being loaded into the new database automatically
  - ○ Sequence: Create Policy, Create Role, Create Lambda
  - ○ Using Amazon RDS - 3 instances of prod
    - ■ 1 Writer instance, 2 reader instances (replicas)
  - ○ Lambdas - in panama-book-tracker - "automated"
    - ■ IAM - has policies
      - ● Gives access to s3 bucket for lambda - set in config - permissions
    - ■ dm-scanning-book-loader - as it says
      - ● Loading scanning info from datamation
        - ○ Books-scanned text files provided by datamation
        - ○ Download and upload into correct bucket - automatically trigger the lambda - mark the books mentioned in csv scanned.
        - ○ Never creates new books - only marks books as scanned
          - ■ If not in the database - it's a problem
          - ■ Hence need to load shipping data first, then scanning data
        - ○ Ex - didn't find ▮ books, out of a total of ▮
          - ■ Need to rerun the lambda with latest shipping info - to try to mark the books as scanned
          - ■ Not a problem to run it multiple times
        - ○ Today: how many books - scanned but not found?
          - ■ Does anyone ensure correctness across these things?
          - ■ Today: have ▮ scanned in bucket, but ▮ scanned marked in database
            - ● ▮ we have scans for..
            - ● Something to fix
      - ● Triggers - by S3 - upload done into scanning info bucket
      - ● Manually moving items from google drive to s3 bucket - triggers the lambda
      - ● Logging? Will look into later
        - ○ Goes to cloudwatch
        - ○ Log groups - have aws/lambda/[function name]
          - ■ Shows standard out
      - ● Set env variables
      - ● Uploading new version of the script
        - ○ Can download function code
      - ● Deployment - copy the script - rename to lambda_function
        - ○ The libs should be deployed with it - dependencies used
        - ○ Script/ folder copied from panama-book-tracker
        - ○ Compress the files

ANT_BARTZ_000366089

- Can run a test - test events to trigger the lambda
- Env variables - hardcoded db credentials
- Could get from a secret vault?
  - Add to tech debt list.
- panama-bwb-logs-processor - setaside script
  - Loads set aside book info from betterworld into the system
  - Points just to staging env right now
    - How to point - manually change connection info.
    - In theory - multiple lambdas - staging versions and prod versions?
      - Would be advised
  - Marked as ordered so that WoB
  - Set aside is "betterworld finds books that they freshly acquired but we haven't asked for but matches our filtering criteria, has the right bisac categories, ███████, etc". They will just send them with the next order.
  - They will eventually show up in the shipping info - want to load as soon as possible so other vendors (users of api) don't try to sell us them.
  - Need to create a function that loads the shipping csv files as well.
    - Code exists - but need to create a lambda function.

Recording#2 - API
- API - where deployed
  - AWS API Gateway
  - panama-api
  - Panama-staging-api
  - Routes - 2 different endpoints - http verbs - expects same request, expects same response, except post modifies the database (to explore code more)
    - Post -> integration -
    - Put -> backend -
  - Why using this and not a domain?
    - Want authorization
    - Handled thru IAM users
      - panama-api-user
      - Panama-staging-api-user
        - Has roles to make keys
        - Has access keys - callers can sign requests with
    - Key given to client - AWS API key
      - The client signs the request with the API key -
      - Primary client - WoB
  - VPC link
    - Virtual Private Cloud
    - Gives access for API gateway to machines inside that VPC
    - Backend machines aren't exposed to the internet

ANT_BARTZ_000366090

- So gives access to EC2 VMs running the python backend for the API
  - Initial plan was to be lambda / was initial idea
  - Ended being VM instead of lambda - lambda can only deploy half a gig - already had > multiple GB of database files...
  - Impossible to deploy whole app with sqlite db with lambda
  - (data wasn't stored in the cloud, now it is)
  - Whole thing could be refactored to aws lambda.
- Letting the API gateway connect to EC2 load balancers - connecting to instances - load balancing between them - 1 instance per endpoint
- Tradeoff - lambda - need to make sure response time is low if we move this to lambda from the application.
  - API gateway -
    - Proxy
  - Headache - need to set up security groups
    - Firewalls on everything
    - Set the right security group / credentials - vpc link, load balancer, each instance to communicate with each other.
    - Today: allows all communication
    - On load balancer - yet more security rules
      - Only allows communication inside the VPC (private IP range)
        - Same for instances
    - Inbound and outbound rules
      - Spent a day figuring it out
    - Every tiny link in the chain should have the correct security input/output rules
  - Security review checked this..
  -
- 2 endpoints
  - 1) do we accept the book
    -
  - 2) if we say yes we accept - marks it as ordered in db
    - Each vendor who calls it - has a unique secret ID
    - Mark book as ordered from the vendor
- Adam <> Cecilia convo
  - Invalid ISBN -> shouldn't be an issue for intl books
  - Goal is to triple the volume, so will want robustness
    - Want to keep biz running while doing it
    - Hard balance
  - Evals is non-panama stuff
    - Anna's work
    -

Action items
-

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366092

Nov 7, 2024 | Gyula / Adam (even more cont'd)

ANT_BARTZ_000366093

## Nov 7, 2024 | Gyula / Adam (even more cont'd)

Attendees: Adam Ratana Gyula Lakatos

Notes

- Gyula / Adam (even more cont'd) – 2024/11/07 09:02 PST – Transcript
- Gyula / Adam (even more cont'd) – 2024/11/07 09:02 PST – Recording
- Today: not everything has a valid ISBN in the database.
- Good goal - anything scanned -> maps to a database entry.
- Idea - yeah it would make sense in an ideal world - each set of files just goes into its own table, source of truth is reconciling the tables...
- The more books, vendors we get, the more complexity...
  - Will want to take some time to refactor to make things less complex
- Today: in Drive folder - D-B
- Rejected books?
  - A problem we don't take into consideration
  - Some books are being rejected
  - Books unscanned (errors)
    - Xlsx - datamation
    - Rejecting some books and returning them
    - But marked in the database as ordered
    - No scripts to handle errors.
  - Impact to the database
    - Not showing up the scanned list
    - Will be in the database as "shipped" -> but will never be set to scanned.
  - They are received and rejected
  - What is the consolidated return lists?
  - There is an overestimate of things in transit in "Shipped" status as a result
    - Some have been received, but have been rejected.
- BIP_Crawler was loaded in AWS
  - Much faster running the script in AWS
- API - should be some logging
  - To monitor - see what's being rejected and why
- What's the volume of scans
  - ███ requests per second...
- Look up in go/artifactory any packages.
  - Get approvals for anything not in the list

Action items

- 

<aside>
**Commented [32]:** @████@anthropic.com
_Assigned to ratana@anthropic.com_ [Author: Adam Ratana], [Creator: 1297307460], [Date: 11/7/2024 6:00:00 PM]

**Commented [33]:** @████@anthropic.com I submitted pyisbn for approval, the others seemed to be approved. Are you using iso639-lang  or lingua-language-detector ?
_Reassigned to ████ @anthropic.com_ [Author: Adam Ratana], [Creator: 1297307460], [Date: 11/8/2024 2:29:00 AM]

**Commented [34]:** or "aws-requests-auth" ? these 3 are not in the approved list. [Author: Adam Ratana], [Creator: 1297307460], [Date: 11/8/2024 2:30:00 AM]

**Commented [35]:** aws-requests-auth, iso639-lang are both now approved. todo: pyisbn, awscurl [Author: Adam Ratana], [Creator: 1297307460], [Date: 1/2/2025 5:34:00 PM]

**Commented [36]:** pyisbn was approved earlier: https://anthropic████████████o Author: Adam Ratana], [Creator: 1297307460], [Date: 1/8/2025 5:31:00 PM]
</aside>

ANT_BARTZ_000366094

Nov 12, 2024 | Gyula / Adam time

Highly Confidential – Attorneys' Eyes Only

## Nov 12, 2024 | Gyula / Adam time

Attendees: Adam Ratana Gyula Lakatos

Notes

- Gyula / Adam time - 2024/11/12 12:45 EST - Transcript
- Gyula / Adam time - 2024/11/12 12:45 EST - Recording
- Topics to cover
  - ○ WoB Dedupe + filtering
    - ■ How adam can learn to run this
    - ■ Wasn't meant to be run multiple times
    - ■ May not be worth the effort to optimize..
  - ○ BIP_Crawler review
    - ■
  - ○ ~~Updating banned_bisac list - bisac_service.py~~
    - ■
  - ○ Any more package approvals
    - ■ Using these anywhere? Adam will ask for approval:
      - • Iso639-lang (bip client)
      - • lingua-language-detector (ingram books)
      - • aws-requests-auth (used in perf test tool)
  - ○ Return lists: processing returns from WoB
    - ■ Need to mark as created again - otherwise we never get them
    - ■ ▮▮ ▮▮ s / week - not a high priority
    - ■
  - ○ Today:
    - ■ Asian decimal classifications
      - • Looking at Japanese
      - • They send us a list of books with some classification in it - "C Classification" Overall goal - get format, and bisac categories
        - ■ Format is for filtering - need to filter out some formats
        - ■ Childrens books
        - ○ NDC - nippan classification
        - ○ C Code is format AND bisac
        - ○ Theres an excel describing the mapping from the number to something more meaningful
        - ○ Some books have c code only
      - • KDC mapping from Booxen format, category to BISAC
      - • How this is done w/ claude
    - ■ ▮▮ marked as created but distribution source is betterworld
      - • Why?
      - • How?

ANT_BARTZ_000366096

- Gyula may have missed marking the status flag as ordered, when everything was manual
    - Error was there from the beginning
    - Could find an old commit to see if in the db by finding which commit added the books and what Gyula did
- Or, could just mark as ordered - a nasty fix - won't double order them
    - If you mark them as ordered - may not be ordered
    - Some are marked as ordered, but might not get delivered
    - Initially they sent a list of ▮ books - loaded into db, some got sold, so some never delivered..
- Today - no way to mark a book in database that we want -
    - Complicated - differs on price , vendor
- High level - Strategy to handle false negatives from API ?
- High level - how to try to get books from the db that are marked as ordered from betterworld that we never got and will never get?
    - What to do here - intention is to try to get them
- Initial list may have been ones they could get but didn't get and wanted to ignore from other vendors..
- 
  - ○

Action items
- ~~Adam to work on Korean books for Cecilia~~
- Dedupe for Anna if time.
    - Add separator …  Need to run on AWS - database queries -
        - Ssh to ec2 instance - uploaded to s3 bucket, pulled down, pulled down csv, installed python 3.12, ran the script
    - Q: are ISBNs in the edition table also in the book table? Some of them, but not all. Some we don't have info on. So for deduping - we want to match the ISBN or edition where something is ordered, shipped, or scanned, and **look at the book manager is ordered…**  https://github.com/anthropics/▮▮▮ok-
      ▮▮▮▮▮▮▮▮▮▮▮cr▮▮▮▮▮▮h
      ▮▮▮▮▮▮▮▮▮▮y

Highly Confidential – Attorneys' Eyes Only

Nov 13, 2024 | Gyula / Adam

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366098

## Nov 13, 2024 | Gyula / Adam

Attendees: Adam Ratana Gyula Lakatos

Notes

- Gyula / Adam - 2024/11/13 11:04 EST - Recording
- Gyula / Adam - 2024/11/13 11:04 EST - Transcript
- WoB Dedupe + filtering
  - phase_2_details_price - extended - bisac-added - converted-thema - unified-bisac - bisac-filtered - filtered-format - filtered-publisher - isbn-unique - filtered-binding.csv
    - script/verifier/check_for_isbns_in_db_from_csv.py
      - Dedupes from db - anything ordered and scanned and shipped, editions too - adds new columns - ordered, status, source
      - Rows not eliminated, but now gives a sense of what the duplicates are and where they came from and a sense of will we get them?
      - Dedupe script checks for isbns to reject multiple isbns
    - script/loader/worldofbooks/wob_isbn_loader.py
      - Loads CSV data to DB
        - Crawler goes and updates…
        - Tries to get in our own way from BIP when no BISAC
    - script/crawler/bip_crawler.py
      - Run the Crawler (TBD)
    - script/verifier/extend_with_bisac_from_db.py
      - And then, outputs an updated CSV with the database
    - These can be merged - no db access
      - script/verifier/worldofbooks/wob_thema_converter.py
        - Thema - similar to bisac (british)
        - Bisac is the golden standard
        - Adds thema codes
        - Some won't have bisac but will have thema
          - Converts thema to bisac
        - If Bisac is empty and BIP didn't have anything.
      - script/verifier/worldofbooks/wob_merge_bisac.py
        - Unified bisac
        - Merging all the various decorated bisacs into a "final_bisac" column
        - Every book should have bisac.
      - script/verifier/worldofbooks/wob_filter_favoured_bisac.py
        - Checks if bisac is banned - removes it from the list.
        - Originally due to csvs being too large.
        - Usually done by cecilia in excel, but was more advantageous to run it this way.

    ANT_BARTZ_000366099

- In theory anything that gets filtered out should be in the db.
  - script/verifier/worldofbooks/wob_custom_publisher_filter.py
    - Filters for publisher, format, and binding
    - Publisher list: rejects publishers in list
    - Binding: rejects bindings in list
    - Format: WoB has 1900 format types. Easier to build allowlist.
    - Used to run has_unique_isbn - but this is in dedupe script
    - Runs first 2 (db access) in ec2 instance.
  - Maybe adam rewrites for next time
- BIP Crawler Review
  - Should sleep for a few minutes and then resume crawling
  - BIP client
    - We pay for access and have an API Key
    - Can really learn how editions work in this code
  - We prefer BIP data - tends to be better, but not sure about this
  - BIP Client
    - Hardcoding to transform the language into ISO codes from the BIP result
    - Uses language package to do the mapping
      - Crawler dies due to unmappable language, so Gyula adds it.
      - https://en.wikipedia.org/wiki/ISO_639:a
        - If not in here - searched google

Action items
- Gyula to send BIP client info (api key, access info)
- Gyula to note where the crawler is running on AWS and how to monitor it
  - Future session - Adam runs on AWS
- Adam to submit approval for these
  - Iso639-lang (bip client)
  - lingua-language-detector (ingram books)
  - aws-requests-auth (used in perf test tool)

Nov 14, 2024 | Gyula / Adam time

Highly Confidential – Attorneys' Eyes Only

## Nov 14, 2024 | Gyula / Adam time

Attendees: Gyula Lakatos  Adam Ratana

Notes

- Gyula / Adam time - 2024/11/14 09:30 EST - Recording
- Gyula / Adam time - 2024/11/14 09:30 EST - Transcript
- API News
  - Deployed on AWS Lambda
  - Migrated tests
  - Dev env… points to stage db.
  - More testing tomorrow, done by EOD tomorrow
  - Sql lite migrated fully to postgres
    - Haven't touched sqlite files yet.
    - Special databases - not meant to be in postgres db - throwaway.
    - Only used for special scripts…
    - Not used in API or any stats
- World of Books Weekly Shipping Automation (Panama)
  - The service account IS sp-cluster…
    - AdministratorAccess…
  - What role do existing lambda's run under - administrator access…
  - API - create a new role for each lambda
  - Create a separate bucket for processing.
    - Avoid recursive lambda …
    - Infosec / Opsec
    - Can manually trigger the lambda
  - Create some kind of script to package things…
  - Pip - package installer..
  - CI / CD for AWS
  - Cloudwatch- log groups
- Gyula to note where the crawler is running on AWS and how to monitor it
  - Adam runs on AWS
- API discussion w/ BWB
  - Bisac - accepting anything we are not rejecting - should change to accept valid, and reject invalid
  - Uptime questions
  - 

Action items

-

Nov 15, 2024 | Gyula / Adam

Highly Confidential – Attorneys' Eyes Only

## Nov 15, 2024 | Gyula / Adam

Attendees: Adam Ratana Gyula Lakatos
Gyula / Adam - 2024/11/15 09:59 EST - Transcript
Gyula / Adam - 2024/11/15 09:59 EST - Recording

Notes
- WOB API Discussion Notes (if necessary)
  - Staging env
  - Looking to deploy and test next week
    - More work needed on intake system
    - Another week, plus a few days to test and review
  - Looking like 11/27
  - UK and US?
    - Plan was to deploy in both
  - Let Gyula know when you start calling prod API
    - Victor + someone else will be informing
- Zsolt on response time, API
  - All good - content w/ API, signature of it, how it works
  - Aligned + happy.
  - **Have Victor hit lambda hard in staging**
- API
  - Maintenance window?
  - Find maintenance window with WoB, BWB
  - WoB engineers are in Hungary so easy to communicate
- SQL dump
  - WoB order information - just wanted to be sure nothing gets messed up - if something happens, have a backup
  - FYI, if you ever need to do an SQL dump, use this command:
  - nohup pg_dump --dbname=█████████████████na-
    █████████████████████h_█" --
    schema='public' --table=public.bisac --table=public.book --table=public.edition --table=public.language --file="/home/ec2-user/{database}-{timestamp}-dump.sql" --inserts &
  - Instead of XXXX, use the real password + a real path for the output file. I sometimes do this manually because I don't trust the auto backup done by RDS.
  - You also need to have pg_dump installed (same major version as what's on the server afaik). On EC2 this works to do that:
  - sudo yum install postgresql16
  - I usually do this before data loading, but we might config a cron for it as well. I upload the results to the panama-api-deployment bucket. (edited)
  - Should do this every other day?

ANT_BARTZ_000366104

- - RDS does this every other day, but Gyula is more confident seeing the sql files.
  - ■ ▇▇▇ - 5-10 minutes in AWS - devbox
- AWB dedupe review
  - Editions
- BIP Crawler and monitoring
- Editions Table
  - Some bug - there are multiple editions in there multiple times..
- https://www.linkedin.com/pulse/how-install-python-312-amazon-linux-krishan-kumar-bdepc

ssh -i /Users/ratana/Downloads/ratana-panama-crawler-dev-keypair.pem ec2-user@100.28.129.34


sudo yum update -y

sudo yum groupinstall -y "Development Tools"

sudo yum install -y openssl-devel bzip2-devel libffi-devel zlib-devel wget make

cd /usr/src

# make sure to get the right version!
sudo wget https://www.python.org/ftp/python/3.12.6/Python-3.12.6.tgz

sudo tar xzf Python-3.12.6.tgz

cd Python-3.12.6
sudo ./configure --enable-optimizations
sudo make altinstall


Here's a step-by-step guide to installing Python 3.12 on Amazon Linux:

### Step 1: Update the system

First, update the package lists and install required dependencies:

```sh

sudo yum update -y

sudo yum groupinstall -y "Development Tools"
```

ANT_BARTZ_000366105

```sh
sudo yum install -y openssl-devel bzip2-devel libffi-devel zlib-devel wget make
```

### Step 2: Download and extract Python 3.12

Navigate to the /usr/src directory and download the Python 3.12 source code:

```sh
cd /usr/src
sudo wget https://www.python.org/ftp/python/3.12.0/Python-3.12.0.tgz
sudo tar xzf Python-3.12.0.tgz
```

### Step 3: Compile and install Python 3.12

Change to the Python source directory, configure the build, and install Python:

```sh
cd Python-3.12.0
sudo ./configure --enable-optimizations
sudo make altinstall
```

### Step 4: Verify the installation

Verify that Python 3.12 and pip3.12 have been installed correctly:

```sh
python3.12 --version
pip3.12 --version
```

ANT_BARTZ_000366106

### Step 5: Ensure pip is installed and updated

If pip is not installed, you can install it manually:

—

Add credentials (temporary) by setting env variable

Install dependencies via PIP

11:08

11:08

ANT_BARTZ_000366107

11:08
python3.12 -m pip install iso639-lang
python3.12 -m pip install asyncio
python3.12 -m pip install aiohttp
python3.12 -m pip install pyyaml


Add bip credentials to .bashrc
Add sql connnection params as well
# Adding to bashrc lets the tail of the log run in realtime
PYTHONUNBUFFERED=1
Test it -
python3.12 -m script.crawler.bip_crawler_multi


nohup python3.12 -m script.crawler.bip_crawler_multi &

nohup python3.12 -m script.crawler.bip_crawler_multi > panama_bip_stg_11_18.log 2>&1 &

Action items
- ~~Adam to update crawler, to not ever exit…. and deploy to his EC2 instance, and try against stage~~
  - Crawler could also update full metadata for editions in the editions table in the main book table.
- 

ANT_BARTZ_000366108

Nov 18, 2024 | Gyula / Adam

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366109

## Nov 18, 2024 | Gyula / Adam

Attendees: Adam Ratana Gyula Lakatos

Notes
- Review BIP Crawler
  - ○
- Questions
  - ○ how many duplicate ISBNs exist, if any? (easy to find out)
    - ■ No, should be rare, and enforced in any data clean up…

```
SELECT isbn, COUNT(*) as num_entries
FROM book
WHERE isbn IS NOT NULL
GROUP BY isbn
HAVING COUNT(*) > 1
ORDER BY COUNT(*) DESC;
```

None

Null ISBN = 181,824

  - ○ what's the integrity of the editions data? I've observed not all ISBNs with editions
    have a value for "edition_of" (a FK reference). Are any ISBNs a member of
    multiple, separate editions? Would be good to get a sense of problem size.
    - ■ TODO: Let's count them (FK reference)

```
SELECT COUNT(*)
FROM book b
WHERE (b.edition_of IS NULL OR b.edition_of = '')
AND EXISTS (
  SELECT 1
  FROM edition e
  WHERE e.isbn = b.isbn
);
```

███████

```
SELECT COUNT(DISTINCT e.isbn)
FROM edition e
WHERE NOT EXISTS (
  SELECT 1
  FROM book b
  WHERE b.isbn = e.isbn
```

**Commented [37]:** @███████anthropic.com FYI on
stage it says that there are ████ entries that have
edition_of blank or null but exists in the edition table.
[Author:Adam
Ratana],[Creator:1297307460],[Date:11/19/2024
12:38:00 AM]

);

███████████

**Commented [38]:** @████@anthropic.com ██████ ISBN in edition that are not in book [Author:Adam Ratana].[Creator:1297307460],[Date:11/19/2024 2:52:00 PM]

- Some editions have multiple of the same ISBN in the table as well.
  - TODO: let's clean that up
- How many books belong to more than 1 edition?
  - TODO: Count them?
  - Need to remove Extra edition ISBNs if we have them.
  - Do this before setting edition_of

```
SELECT COUNT(*)
FROM (
  SELECT isbn
  FROM (
    SELECT DISTINCT isbn, id
    FROM edition
  ) unique_pairs
  GROUP BY isbn
  HAVING COUNT(id) > 1
) dupes
```

███████████

**Commented [39]:** ████@anthropic.com FYI we ██████ ██████ entries in the stage DB where an isbn belongs to two unique edition IDs
1 total reaction
Gyula Lakatos reacted with 👍 at 2024-11-19 06:39 AM [Author:Adam Ratana].[Creator:1297307460],[Date:11/19/2024 12:35:00 AM]

**Commented [40]:** I see. It would be good to first figure out why this happens (just run one of them through the crawler?) then fix the inconsistency. [Author:Gyula Lakatos].[Creator:1297307460],[Date:11/19/2024 2:39:00 PM]

- Then, migrate editions to book table -and recrawl those.
  - This way we have a sense of languages, etc.
  - Wouldn't get rid of editions table.
  - Be careful : 1 edition ID for each book.
  - have transient failures led to books with books in print info otherwise not having that info in the database, in the past, but marked as visited? If so, worth a one time backfill?
    - Don't think so!
  - How is the staging database created? Is it a replica of prod? how frequently if at all is it refreshed, if so?
    - Initially a replica of prod, but didn't get refreshed.
    - Can we set it to be an automatic replica of prod
      - Need to do the backup as well.
    - How often?
    - Dev env? Adam - figure out how to make dev env out of prod?
  - How often are we generating stats, if at all, of our inventory in the panama database? At a minimum it will be great to monitor even in a scrappy way, to get a sense of what's changing over time.

- - - We are not yet.
    - Sometimes do adhoc queries
    -
  - How important is it to make sure there is a stronger connection between what's being scanned and used downstream and a row in the db? I understand there's mismatches here - what's the size of the problem and impact?
    - Ask to whomever is using the DB
    - Who is using the DB? Ldaps? Cecilia Latapie may know.

-

Action items
- ~~Adam to run BIP crawler on stage~~
  - Prod later with Gyula approval.
- Adam to copy prod db to a dev instance?
  - Via sql dump or automated means?
- Adam to run some queries to get intelligence on editions table
- Adam to work on shipping updates WoB Lambda..

ANT_BARTZ_000366112

Nov 19, 2024 | Gyula / Adam lambda
discussion

ANT_BARTZ_000366113

## Nov 19, 2024 | Gyula / Adam lambda discussion

Attendees: Adam Ratana Gyula Lakatos

Notes
- Misc questions
  - The prod read replicas - how often are they being created, or are they followers of the prod RDS?
    - RDS - can specify number of replicas... replication factor. They stay in sync
    - Can tweak things.
    - May only have one write instance
  - Strategy for dev / stg -
    - Eventbridge + lambda -> create copy of prod -> stg -> dev
    - Sounds good? yes.
  - Adding fields for api / etc
    - Capture ddl in github?
    - Java -> flyweight -> schema in xml -> converted to changelogs in db -> can run them on various databases
      - RoR -> "migrations"
  - Edition issues (numbers from STG)
    - ISBN associated with multiple distinct edition ID -
      - ▓▓▓▓▓▓
      - Solution: Need to merge
    - Empty edition_of where the ISBN is in an edition -
      - ▓▓▓▓▓▓
      - Solution: need to backfill (only after a merge)
      - Crawler was not updating this! Maybe something else was.
    - ISBN in edition table but not in book table
      - ▓▓▓▓▓▓
      - Solution: add to book and crawl? (eventually?)
        - Maybe - if we eventually want to go back and really go deep on language...
        - ... or BISAC? Some editions might have different bisac
    - Why did this happen? Don't want to do merge more than once.
    - **Don't dedupe out other languages...**
    - BWB - was automated - weren't reviewing the list beforehand...
- Data origins question
  - Distribution_source problems?
  - Audit trail
    - Create table to track things..
- Crawler strategy
  - Shard on priority, run via multiple process - Adam prefers this - simple

ANT_BARTZ_000366114

- ○ Just start it in prod, and run it continuously… for a day.
- ○
- ○
- WOB lambda - World of Books Weekly Shipping Automation (Panama)
- What should adam do when, this week:
  - ○ Async - be on top of vendors
    - ■ Email WOB - what to do to deploy this week?
      - • When do you plan to test?
      - • ▉t@worldofbooks.com
      - • ▉worldofbooks.com
      - • ▉@worldofbooks.com
    - ■ Email BWB - what do you need?
      - • When do you plan to test?
      - • ▉@betterworldbooks.com
      - • ▉@betterworldbooks.com
    - ■ Maint window ?
    - ■ What are the emails for the BWB - matt byers, paul
  - ○ Crawler backfill -
    - ■ Update bisac service - Take in CUR.
    - ■ Run query - how many ordered, shippd, scanned not BIP visited?
      - • ▉▉
      - • **Update priority for ordered, shipped, scanned, should be high**
    - ■
  - ○ Half price books
    - ■ Need to add bisac categories / fix / use claude to do the mapping
    - ■ Using BisacConverter
    - ■ Find all bisacs still missing via BIP crawler.
  - ○ BWB ISBN - marking them as ordered (Gyula did this)
  - ○ WOB Shipping Lambda
    - ■ Important for adam to learn how to work w/ lambda
  - ○
  - ○ Dedupe - UDC order 4 + chinese category mapping.
  - ○
- Gyula - API
  - ○ BWB - add xyz category to aPI
  - ○ Monitoring
  - ○ Logging
    - ■ Splunk

Action items
- •

Nov 20, 2024 | Gyula / Adam [hold if needed]

Highly Confidential – Attorneys' Eyes Only

## Nov 20, 2024 | Gyula / Adam [hold if needed]

Attendees: Adam Ratana Gyula Lakatos

Notes
- API info
  - API Credentials
    - For **STG**:

    ████████████████████████████████████

- API doc / instructions
  - https://anthropic.enterprise.slack.com ███████████████
  - API Endpoint Documentation
- UDC deduping
  - See attached the full list for a potential order 4 from UDC.
  - These books would be coming directly from mainland China and all use the Simplified Chinese categorization (SC).
  - Could you please:
  - 1) Deduplicate this list of ██████ against anything we've already ordered from UDC (order 1, 2 & 3) and other sources? Note that for UDC order 3, we have the list of ISBNs so can dedupe against those (see task "Add UDC order 3 books to database"). What we don't yet have is the final categorization so we will need to **update that at a later stage** when they send the final file with category codes (pending).
    - **Adam Q: what's been done for 1,2,3 by Gyula in prod db, or otherwise?**
    - UDC order 1
      - Was loaded to DB

      ```
      SELECT ordering_batch, COUNT(1) FROM book WHERE
      distribution_source = 'udc' GROUP BY ordering_batch
      SELECT COUNT(1) FROM book WHERE  distribution_source
      = 'udc'
      ```
      -
    - UDC order 2 - load as ORDER 2 (dist id)
      - NOT loaded to DB

ANT_BARTZ_000366117

- Deduped?
- 
- UDC order 3 - load as ORDER 3 (dist id)
    - Deduped?
    - NOT loaded to DB
- UDC order 4
    - Dedupe against db
- **script/loader/udc/udc_order_loader.py**
    - ordering_batch & ordering_date should be replaced for sure!
    - Both for the mark_ordered and the create_book calls.
    - Disable BISAC loading as well. (incorrect - not mapped)
- 2) Map the Simplified Chinese category codes in column J to BISAC using Claude? See the code to category description mapping here. @Adam Ratana This is a similar exercise to the one we did for Traditional Chinese and Korea.
    - **Adam to do this.**
- Once completed, we'll be able to filter for any duplicates and remove any unwanted categories.
- I can then create a SCALE doc for Pranay's review.
- I've added this task in the tracker here. **If we can finalize the deduplication and category mapping this week** I can share the SCALE doc with Pranay on Monday 11/25.
- 

Action items
- 

ANT_BARTZ_000366118

Nov 21, 2024 | Gyula / Adam various topics

Highly Confidential – Attorneys' Eyes Only

Nov 21, 2024 | Gyula / Adam various topics

Attendees: Adam Ratana Gyula Lakatos

Notes
- API
  - Added thema for BWB
  - Added revert method
  - Bug - in lambda migration - may be a problem in the future
    - Did not mark books ordered in db
    - Not dirty reads.
    - Forgot to close the transaction in the code
  - Language field - not required, preferred…
  - Title, author - required..
- Discuss API revert
  - May be provided by a 3p, only want to order it if they can set as ordered if they are sure we can take it.. And be sure we will take it.
  - Then they will order it
  - Maybe it doesn't arrive (1%?)
  - Then they want to revert the order - mark as "created" so another vendor can fulfill it
  - What's the delay between "reserve" -> "order" ?
  - Intended to be an edge case…
  - **Let's figure out what kinda volume this will be…**
- Dedupe / Language
  - If aware, backfill
  - bwb - could assume english
  - Want to reject duplicates in the same language
  - Want to accept translations
  - Want to avoid overwriting with BIP info if we have the info
  - 
  - Should be able to get language metadata when coming in from vendors
  - API
    - **ISBN**, title, author, publisher, bisac category, ant cost, format
      - **V2 - language**
  - 
  - Shouldn't have a problem telling us with API
  - 
  - For TW, KR, etc we could make assumptions
- Language cleanup
  - Need to think about how to handle this going forward… let's not throw away anything
  - Strategy

ANT_BARTZ_000366120

- UDC loader + backup
  - Try on stage first, then prod.
- Adam to lock at shipping manifest - language
  - 



**nohup pg_dump --dbname=**

**db"**

**table=public.language**

**inserts &**

**Gyula - puts dumps here**

- 

Action items
- 

ANT_BARTZ_000366121

Nov 25, 2024 | Gyula / Adam discuss UDC

ANT_BARTZ_000366122

Nov 25, 2024 | Gyula / Adam discuss UDC / other topics

Attendees: Adam Ratana Gyula Lakatos

Notes

- API Monitoring - how to monitor it
    - Versioning - lambda does it
    - Could do it gitwise - releases
    - Where can adam see the logs and info
    - CloudWatch - log groups
        - /aws/lambda/panama-api-stg
        - /aws/lambda/panama-api-prod
        - Anomaly detection - not configured
- API other
    - Will use category table for BIC
    - Adam needs to request aws-requests-auth
- UDC and choices
    - 

Action items

-

Dec 2, 2024 | Gyula / Adam - API check in

Highly Confidential – Attorneys' Eyes Only

## Dec 2, 2024 | Gyula / Adam - API check in

Attendees: Adam Ratana  Gyula Lakatos

Notes
- API changes
  - Moved connection outside the function…
  - So not getting a new connection every function. Just per request.
- Logging:
  



Highly Confidential – Attorneys' Eyes Only

Dec 17, 2024 | Gyula / Adam more time

ANT_BARTZ_000366126

## Dec 17, 2024 | Gyula / Adam more time

Attendees: Adam Ratana  Gyula Lakatos

Gyula / Adam more time as needed - 2024/12/18 14:02 EST - Transcript
Gyula / Adam more time as needed - 2024/12/18 14:02 EST - Recording

Notes
- Things to cover before Adam is gone on Thurs:
  - ~~Verifying db changes happen thru api updates~~
    - ~~How to know what in db came through API?~~
  - ~~Bucket layouts for data partnerships~~
    - ~~(record)~~
  - ~~Dashboards - understanding~~
    - ~~How from a log -> gets dashboarded..~~
  - Deploying API changes
    - Adam todo
    - Download the function

ANT_BARTZ_000366127





- ■ Rename api_lambda.py to lambda_function.py
- ■ Get binaries from virtual env:
- ■ /Users/ratana/.local/share/virtualenvs/panama-book-tracker-G5q_UB-
  i/bin/python … site-packages
- ○ Testing API (Locust)
  - ■ Adam todo
- ○
- ○ API Endpoint Documentation
- ○
- Gyula's list
  - ○ ~~P(-1): deploy API fixes :)~~
  - ○ ~~P0: Revert endpoint~~
    - ■ ~~Done, deployed~~
    - ■ ~~Testing / staging db updates / etc~~
    - ■ ~~Docs for it for Vendors~~
  - ○ ~~P0: Dashboarding / Logging~~
  - ○ ~~P1: Accept title/author with a feature flag in API (ex, flip the flag, reject if missing title or author)~~
    - ■ ~~Should update the book table with these fields, if the book doesn't exist.~~
    - ■ ~~If the book does exist,~~
      - ● ~~And the values don't exist, add them (simple)~~
      - ● ~~If the values already exist – ?~~
        - ○ ~~should update the values and overwrite them.~~
          - ■ ~~Can get books in print info later if needed.. Can't get API data later without lots of effort…~~
        - ○ ~~Assuming they are not empty once stripped.~~
  - ○ ~~P1: upload download folder (ANT stuff) to drive~~
  - ○ ~~P1 update API Endpoint Documentation with new statuses,~~
    - ■ ~~Including, additional statuses we will send when author, title are required.~~ *(Note from Gyula: we have a standard way of saying that a required parameter is missing, so this scenario doesn't require special treatment in the docs.)*
  - ○ ~~P1 add some alarms to lambdas - send email~~
  - ○ ~~P1.5: normalized title / author match against DB (nice to have) w/ feature flag~~
    - ■ ~~Do want to track fuzzy match rejects because we will be tuning it over time…~~
      - ● ~~Don't necessarily want to expose to the vendor, but want to track it for our sake - simplest approach IS to expose it, but can be nebulous like SUCCESS_ALREADY_HAVE_2~~
    - ■ ~~If possible, P1: the HOOK for this call in place… with response ready (SUCCESS_ALREADY_HAVE.. etc)~~
    - ■ Dependency: prod db needs to have the book_author_title_hash database created, and filled

ANT_BARTZ_000366129

- - Adam to copy prod to dev again, test out all deployment stuff... so it can then be run confidently on prod as is...
    - Dependency: crawler logic needs to be updating the hash data...
      - Adam to build into crawler this.
  - P2: merge into master/main on github, so we can work off of main
    - With Adam, have Adam approve the PR!
    - Delete the isbn databases.. Before.
    - See: https://anthropic.atlassian.ne~~~~~~PS-
      ~~~~e
  - P2: Create vendor ID for anthropic for use by API

**Lambda alarm here:**
- https://us-east-1.console.aws.amazon.com/cloudwatch/home?region=us-east-1#alarmsV2:alarm/panama-api-gateway-error-count

Action items
-

ANT_BARTZ_000366130

Running panama-book-tracker from a devbox

ANT_BARTZ_000366131

# Running panama-book-tracker from a devbox

- Running this from a devbox:
- Creates the dir inside the mono-repo, ignores it, syncs it to devbox

```
☐cd ~/code/anthropic
echo -e "\npanama-book-tracker/" >> .gitignore
mkdir panama-book-tracker
cd panama-book-tracker
git clone https://github.com/anthropics/panama-book-tracker.git .
git checkout new-master-db-rework
use-f
coo sync ratana-f-devbox
```

☐Now, on the devbox:

```
☐cd ~/code/panama-book-tracker
uv pip install -r requirements.txt
```

- ☐Run files as usual.. E.g. python -um <python module>

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366132

Tab 43

Highly Confidential – Attorneys' Eyes Only
ANT_BARTZ_000366133

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366134

Tab 44

Highly Confidential – Attorneys' Eyes Only

Scanned lists
- Should think about what to do with this
- Should create a scanning reports table and just load the data in

Returned lists
- Need to do something about it

Shipping lists
- Should store in a separate table, just take in all the info.

Highly Confidential – Attorneys' Eyes Only

ANT_BARTZ_000366136