# EXHIBIT 46

ORIGINALLY LODGED ENTIRELY UNDER SEAL

HIGHLY CONFIDENTIAL – SOURCE CODE

ANT_BARTZ_000533421

HIGHLY CONFIDENTIAL – SOURCE CODE

ANT_BARTZ_000533422