# EXHIBIT 47

ORIGINALLY LODGED

ENTIRELY UNDER SEAL

**jolyon** Sep 18, 2024 6:37 AM

I'm seeing evals showing up in antx under weird names like {bucket}/data_pipeline/books[redacted]/{split}/metadata.json which looks like an error somewhere?

**jolyon** Replied on Sep 18, 2024 6:37 AM

eg in run [redacted]

**jolyon** Replied on Sep 18, 2024 6:38 AM

Another example:
{bucket}/u/liz/spark_persists/tepui_noncode.chopped_v2_repatch_unique_id_test_set_fix_checkpoint/[redacted]/split={split}/metadata.json

**jolyon** Replied on Sep 18, 2024 6:39 AM

seeing it across a variety of current [redacted] runs now

**zee** Replied on Sep 18, 2024 7:55 AM

Those look like valid datasets in the new data pipeline!

**+1 1**

**jolyon** Replied on Sep 18, 2024 8:48 AM

oh boy... can we, err, get a "human name" for these evals somehow?

**zee** Replied on Sep 18, 2024 8:49 AM

I'm not sure if that would be better tbh, then we'd have to keep that mapping somewhere right?

**zee** Replied on Sep 18, 2024 8:50 AM

Probably post in #tokens-chatter though, they named it

**jolyon** Replied on Sep 18, 2024 8:51 AM

not sure I'm going to ever plot things with names like this lol. Too much cognition to decide "is this the code eval?"

**+1 2**

**kipply** Replied on Sep 18, 2024 9:18 AM

yeah it should also tell you the split anywho

i think it's very worth cleaning up the names, for both evals and tokens sanity lol

**pj** Replied on Sep 18, 2024 9:25 AM

As a short term solution, if you want to reference which loss evals we're using for the big models, you can find the names on go/pt-evals. You'll see the dataset name in eval args

Screenshot 2024-09-18 at51 KB

**kipply** Replied on Sep 18, 2024 9:25 AM

unfortunately the test set evals are per run and worth looking at :smiling_face_with_tear:

**pj** Replied on Sep 18, 2024 9:32 AM

I'm assuming @jolyon is running architecture experiments and not data experiments. I agree that the small architecture run mix may not match [redacted]

[redacted]

I'm unsure if we can expect tokens to fix this problem for us since they have their own naming convention that has more detail than what we want for evals because they have many versions of the same data

Z **zee** Replied on Sep 18, 2024 9:34 AM | Edited on Sep 18, 2024 9:34 AM

The other complication is that Jolyon and Kipply are probably talking about loss evals run by Jaxotron / Eval Suite, while we're using eval toolbox, so a renaming convention could need to straddle both

Edited on Sep 18, 2024 9:34 AM

The other complication is that Jolyon and Kipply are probably talking about loss evals run by Jaxotron / Eval Suite, while we're using eval toolbox, so a renaming concention would need to straddle both

Edited on Sep 18, 2024 9:34 AM

The other complication is that Jolyon and Kipply are probably talking about loss evals run by Jaxotron / Eval Suite, while we're using eval toolbox

Sent on Sep 18, 2024 9:34 AM

The other complication is that Jolyon and Kipply are probably talking about loss evals run by Jaxotron, while we're using eval toolbox

K **kipply** Replied on Sep 18, 2024 9:34 AM | Edited on Sep 18, 2024 9:35 AM

i mean even tepui_noncode.chopped_v2_repatch_unique_id_test_set_fix_checkpoint/[redacted] is much more sane to read and doesn't remove any information *

*other than the bucket name, which really shouldn't be relevant

Sent on Sep 18, 2024 9:34 AM

i mean even tepui_noncode.chopped_v2_repatch_unique_id_test_set_fix_checkpoint/[redacted] is much more sane to read and doesn't remove any informatino

**+1 1**

Z **zee** Replied on Sep 18, 2024 9:36 AM

Yeah, but if it's as standard as that we could also just replace it during plotting and it'd be easier than other solutions

J **jolyon** Replied on Sep 18, 2024 9:40 AM

Note: yes, I'm doing architecture experiments in jaxotron. I'm fine with ignoring any junk that looks like that (though I wonder why we put them in if that's the case). But if we're going to use some of these as our "These are the evals we think are worth considering when we look at architecture CMs" (now or in the future), then we definitely need new names...

**blobheart 1**

K **kipply** Replied on Sep 18, 2024 9:41 AM

posting in tokens!

P **pj** Replied on Sep 18, 2024 9:42 AM

I forwarded the message to #tokens-chatter earlier too

K **kipply** Replied on Sep 18, 2024 9:43 AM

oops [redacted]

J **jolyon** Replied on Sep 18, 2024 10:26 AM

Wondering why all these evals are running on jaxotron runs - I thought we only ran the ones that were listed?
[redacted]

K **kipply** Replied on Sep 18, 2024 10:28 AM

these are the test sets for data you used

**+1 1**

R **rohan** Replied on Sep 18, 2024 1:37 PM

I do think its really nice that the eval name is just directly the path on s3. We can def make the path less cursed tho

D **devi** Sep 18, 2024 8:03 AM

Have we tried looking for other types of books than multilingual in our books eval? Was thinking that selecting just the stem textbooks could be an interesting eval if there are enough



1

**zee** Replied on Sep 18, 2024 8:07 AM

@hongbin had extracted stem *problems* from textbooks and arxiv. We currently do loss evals on those as well. Not entire textbooks though

**devi** Replied on Sep 18, 2024 8:09 AM

Would be interested in taking a quick look at this pipeline if anyone has a link handy. Would expect some step to pick out the stem books before training on them

**zee** Replied on Sep 18, 2024 8:11 AM

"sl-arxiv-math-part1-part2-20-attempts-v0-310k" and "sl-arxiv-math-part3-20-attempts-v0-95k" are from arvix (same distribution)
"sl-books-math-v0-10-attempts-93k" is from books

"sl-arxiv-math-hard-v3-220k" and "sl-books-math-hard-v3-53k" are additionally-filtered versions of the above

These are spectra datasets

**nina** Replied on Sep 18, 2024 8:11 AM

I think this would be very useful! More granular loss evals in general seem great.

**zee** Replied on Sep 18, 2024 8:12 AM

Looks like they might live in spectra/spectra/datasets/finetuning.py

**pj** Replied on Sep 18, 2024 9:54 AM

Yeah, we're planning to create more loss datasets. One approach we're considering is sourcing subject-matter eval datasets from the web that aren't part of our training data (like the economist, substacks, stratechery plus, semianalysis, etc)

2

**devi** Replied on Sep 18, 2024 11:06 AM

@lzl has been classifying panama books with haiku, and will be running the same process on our evals books dataset ( [REDACTED] I believe), then we can get sub-evals of the form English math books vs English fiction etc

CC @mycal who may have already done this (though I think that was old panama books?)

**mycal** Replied on Sep 18, 2024 11:08 AM

Yeah, I have indeed done this on panama books. I think @lzl is up-to-speed on that code and knows all the secrets. Let me know if I can support

**lzl** Replied on Sep 18, 2024 11:08 AM

OK then I'll run this on book3. I somehow thought you have run it on books3

+1 1

**mycal** Replied on Sep 18, 2024 11:09 AM

Oh, sorry, yes, I have

**mycal** Replied on Sep 18, 2024 11:10 AM

[REDACTED]

mycal.books.books.books3_classified_isbn

**mycal** Replied on Sep 18, 2024 11:11 AM

Sneak peek of books3 categories available here: [REDACTED]

Screenshot 2024-09-18 ‹242 KB

**meow_heart 1**

L **lzl** Replied on Sep 18, 2024 11:14 AM

Thanks Mycal. I'll take a look at setup the eval

**meow_heart 1**

L **lzl** Replied on Sep 18, 2024 1:33 PM

@mycal it seems like the source book3 data you used wasn't splitted by language, and I found at least one chinese book in the mix. I assume for eval we mainly want English prose? cc @devi @pj

L **lzl** Replied on Sep 18, 2024 1:37 PM

The source seems to be [REDACTED]

P **pj** Replied on Sep 18, 2024 1:38 PM

Yeah, I think it'd be good to isolate what we're evaluating for

L **lzl** Replied on Sep 18, 2024 1:39 PM

OK. I'll reproduce what Mycal did but for each lang individually

**+1 1**

D **devi** Replied on Sep 18, 2024 1:42 PM

maybe faster to re-score the already categorized books with the fasttext classifier and filter out the ones with high English score, rather than classifying the English books?

L **lzl** Replied on Sep 18, 2024 1:44 PM

I think it's easier to just rerun mycal's classifier node given that I'm already familiar with it, and we can start from the evals.books3 nodes which presumably aligns better with the actual eval we have?

L **lzl** Replied on Sep 19, 2024 3:39 PM

Wondering where should I register the categorized books eval? Should I add it as part of the pt-loss eval suite? There are quite a lot of categories [REDACTED]

M **mycal** Replied on Sep 19, 2024 3:41 PM

Perhaps chat with @.guanghe about how he set up the multilingual books data? Seems like a similar vibe to me

**+1 1**

L **lzl** Replied on Sep 19, 2024 3:46 PM

@guanghe Wondering do you have suggestions here?

G **guanghe** Replied on Sep 19, 2024 3:48 PM

might be good to first set up a loss eval in jaxotron.run_tools.run_evals locally. If it seems useful we can add it to a hook?

**👀 1**

G **guanghe** Replied on Sep 19, 2024 3:49 PM

it's very simple to run, and you can refer to multilingual_loss as an example in that script: [REDACTED]

**+1 1**

**lzl** Replied on Sep 19, 2024 3:49 PM

Cool! Thank you!

**zee** Sep 18, 2024 9:38 AM

🧵 9/18

**zee** Replied on Sep 18, 2024 9:39 AM

We should have most st_qa and multimodal evals! Just need to enable them on the dashboard for [REDACTED]

**zee** Replied on Sep 18, 2024 9:40 AM | Edited on Sep 18, 2024 9:41 AM

once we plot we can decide exactly which evals we want to keep running as part of the syncer. Not all evals are informative right now since it's so early

Sent on Sep 18, 2024 9:40 AM

once we plot we can decide exactly which evals we want to keep running as part of the syncer

**shijie** Replied on Sep 18, 2024 9:43 AM

trying to find id of @.pt-evals-team

@pj ^

**pj** Replied on Sep 18, 2024 9:44 AM

**shijie** Replied on Sep 18, 2024 9:44 AM

got it

**shijie** Replied on Sep 18, 2024 9:47 AM

for some reason can't get the slack bot to post in a new channel so i am going to post to #jobs-monitor

**zee** Replied on Sep 18, 2024 9:47 AM

Hm could we relaunch the [REDACTED] dashboard with the latest code for now

**shijie** Replied on Sep 18, 2024 9:48 AM

i wasn't seeing any point earlier, rerunning again

**zee** Replied on Sep 18, 2024 9:48 AM

(just want to see the evals plotted with Teal/Dove), could be --dev as well

(also add the mapping from [REDACTED] in variables.py)

+1 1

**shijie** Replied on Sep 18, 2024 9:49 AM

[REDACTED]

no st_qa is showing up

nvm it's showing up slowly now

**pj** Replied on Sep 18, 2024 9:49 AM

One issue we've had in the past is that slackbots weren't able to post in pretraining workspace. Unsure if it was actually an issue or still an issue

til 1

**pj** Replied on Sep 18, 2024 9:50 AM

#jobs-monitor SGTM

**zee** Replied on Sep 18, 2024 9:50 AM

Yeah I see them in the database

S **shijie** Replied on Sep 18, 2024 10:27 AM

i only see one match with
import antx
df = antx.eval_data(run=[REDACTED], eval_names=["multimodal_dataset_loss"])on
multimodal.cc_pdf_ocr_j49_v2[REDACTED]

S **shijie** Replied on Sep 18, 2024 10:28 AM

so can't test right now so i am going to yolo it for now

S **shijie** Replied on Sep 18, 2024 10:31 AM

[REDACTED]

1 ✅ 1

S **shijie** Replied on Sep 18, 2024 10:32 AM

updated dashboard & outline

Z **zee** Replied on Sep 18, 2024 10:32 AM

Yeah the multimodal are still queued but haven't run yet

+1 1

Z **zee** Replied on Sep 18, 2024 10:33 AM

(but they should be fast once we get to them

S **shijie** Replied on Sep 18, 2024 10:33 AM | Edited on Sep 18, 2024 10:33 AM

will go back and fix the description once it's added

Sent on Sep 18, 2024 10:33 AM
will go back and fix the ui once it's added

Z **zee** Replied on Sep 18, 2024 10:49 AM

Btw I think the multilang suite is still using QA instead of st_qa

S **shijie** Replied on Sep 18, 2024 10:50 AM

which one?

Z **zee** Replied on Sep 18, 2024 10:50 AM

Oh wait maybe I forgot to update it in my branch

Z **zee** Replied on Sep 18, 2024 10:52 AM

My bad, I was on a branch for running robert's evals and didn't update that file by accident

P **pj** Replied on Sep 18, 2024 11:10 AM

Reposting this in case we should add something: [REDACTED]

P **pj** Replied on Sep 18, 2024 11:11 AM

Just saw the #jobs-monitor notifications: [REDACTED]

Nice!

2

P **pj** Replied on Sep 18, 2024 11:16 AM

Nice to see MM sampling evals on go/pt-evals too!

- Should we add a note explaining the [REDACTED] so people like dario understand?
- Are we still adding mm test split evals? I don't see them on the dash yet



Screenshot 2024-09-18 at26 KB

Z **zee** Replied on Sep 18, 2024 11:17 AM

I'd guess the MM test split are there, it's just we don't have any data points for them yet

I probably need to backfill a bit more aggressively for those

P **pj** Replied on Sep 18, 2024 11:17 AM | Edited on Sep 18, 2024 11:18 AM

They haven't shown up yet. Is this an old version of the dash?

Sent on Sep 18, 2024 11:17 AM
They haven't shown up yet

Screenshot 2024-09-18 at37 KB

Z **zee** Replied on Sep 18, 2024 11:18 AM

The whole section hides if there's no data point for any runs

S **shijie** Replied on Sep 18, 2024 11:18 AM

yep we don't show empty plot

P **pj** Replied on Sep 18, 2024 11:18 AM | Edited on Sep 18, 2024 11:19 AM

Cool that makes sense. Let's increase job priority if we need to

Edited on Sep 18, 2024 11:19 AM
Cool that makes sense. let's increase priority if we need to

Sent on Sep 18, 2024 11:18 AM
Cool that makes sense

P **pj** Replied on Sep 18, 2024 11:21 AM

Btw @lzl ty for the slackbot alerting implementation - we enabled it toddayǃ

**ty-thankyou 1**

Z **zee** Replied on Sep 18, 2024 11:21 AM

Yeah I think the end point might be:

1. A frequent set that we run 1-2x every day: this should have small / impactful evals
2. A full set that we run every 3-4 days?

Z **zee** Replied on Sep 18, 2024 11:21 AM | Edited on Sep 18, 2024 11:24 AM

E.g. do we want to run mmlu_test and mmlu_pro_test every day? Each is 14k questions and takes like an hour by itself

But yeah I'm running the full set for 140B and 160B for now so we can better pick which ones to run at what frequency

Edited on Sep 18, 2024 11:22 AM

E.g. do we want to run mmlu_test and mmlu_pro_test every day? Each is 14k questions and takes like an hour by itself

Edited on Sep 18, 2024 11:22 AM

E.g. do we want to run mmlu_test and mmlu_pro_test every day? It's 14k questions and takes like an hour by itself

Sent on Sep 18, 2024 11:21 AM

E.g. do we want to run mmlu_pro_test every day? It's 14k questions and takes like an hour by itself

L **lzl** Replied on Sep 18, 2024 11:23 AM

Nice! That is the one we implemented a long long time ago?

**blob-yes 1**

P **pj** Replied on Sep 18, 2024 11:30 AM | Edited on Sep 18, 2024 11:30 AM

I vote for running all evals once daily

Re MMLU, let's do research to figure out what's the min number of questions that gives non-noisy signal and switch to that. @zee are there any other evals that take a long time?

Cons to running evals every 3 days:

1. We don't know what days we merge master into ██ which is one of the main causes for issues, so I prefer running everyday
2. Infrequent runs risk eval failures, potentially causing backfilling emergencies
3. Daily runs help account for noise in some evaluations by providing more data points

Sent on Sep 18, 2024 11:30 AM

I vote for running all evals once daily

Re MMLU, let's do research to figure out what's the min number of questions that gives non-noisy signal and switch to that. @zee are there any other evals that take a long time?

Cons to running evals every three days:

1. We don't know what days we merge master into ██, which is one of the main causes for issues, so I prefer running everyday
2. Infrequent runs risk eval failures, potentially causing backfilling emergencies
3. Daily runs help account for noise in some evaluations by providing more data points

 1

Z **zee** Replied on Sep 18, 2024 11:33 AM

I think some evals like mmlu_pro_test have a "canonical" number of problems that people typically expect

P **pj** Replied on Sep 18, 2024 11:34 AM

Are you saying people expect 14k questions?

Z **zee** Replied on Sep 18, 2024 11:34 AM

Yeah I think so, so I don't know if we should be reducing problems. From a noise point of view, I think 1k is definitely sufficient for an eval to not be noisy

S **shijie** Replied on Sep 18, 2024 11:34 AM

if we downsample key dataset, we prob need to make sure that we don't increase the variance

Z **zee** Replied on Sep 18, 2024 11:35 AM

possibly as low as 512 or 256 makes an eval not noisy

Z **zee** Replied on Sep 18, 2024 11:35 AM | Edited on Sep 18, 2024 11:36 AM

So currently the biggest evals to run are

1. mmlu_pro_test/mmlu_test: 12k/14k
2. multilingual evals (mmlu, m3exam_text): 1-2k per language

Sent on Sep 18, 2024 11:35 AM

So currently the biggest evals to run are

1. mmlu_pro_test/mmlu_test: 12k/14k
2. multilingual evals: 1-2k per language

P **pj** Replied on Sep 18, 2024 11:36 AM | Edited on Sep 18, 2024 11:36 AM

I'm happy to talk to nick about his preferences again, but last i heard - once a day, cut down sample numbers (specifically mentioned mmlu pro)

Sent on Sep 18, 2024 11:36 AM

I'm happy to talk to nick about his preferences again, but last i heard - once a day, cut down sample numbers

Z **zee** Replied on Sep 18, 2024 11:36 AM

Yeah that would def work! I don't mind cutting number for any evals (once we verify noise)

S **shijie** Replied on Sep 18, 2024 11:37 AM

is biggest evals=biggest runtime?

S **shijie** Replied on Sep 18, 2024 11:38 AM

@pj plot for the amazon code report

scatter_plots.png 564 KB

**blobty 1** 👀 **1** 🙌 **1**

Z **zee** Replied on Sep 18, 2024 11:38 AM

Yeah, b/c [REDACTED] for now

S **shijie** Replied on Sep 18, 2024 11:39 AM

these datasets rarely hit 7-8k right?

Z **zee** Replied on Sep 18, 2024 11:42 AM

Yeah that's true, right now everything is usign 7-8k because we enabled image encoder and everything goes through that code path, and picobatching with image encoder needs additional figuring-out

Z **zee** Replied on Sep 18, 2024 11:42 AM | Edited on Sep 18, 2024 11:42 AM

I could probably disable the image encoder for text evals and use 3840 picobatch size

Sent on Sep 18, 2024 11:42 AM

I could probably disable the image encoder and use 3840 picobatch size

S **shijie** Replied on Sep 18, 2024 11:44 AM

the image encoder is padding text only input? i have no idea how it works 😅

Z **zee** Replied on Sep 18, 2024 11:45 AM

[REDACTED]

Z **zee** Replied on Sep 18, 2024 11:45 AM | Edited on Sep 18, 2024 11:45 AM

Spectra image encoder is very hacked together right now, it doesn't support basic functionalities that you'd expect to work

Sent on Sep 18, 2024 11:45 AM

Spectra is very hacked together right now, it doesn't support basic functionalities that you'd expect to work

S **shijie** Replied on Sep 18, 2024 11:46 AM

gotcha - can we prepad to smaller length?

Z **zee** Replied on Sep 18, 2024 11:47 AM

I'm not sure, because we also have evals that need 7680 context length

+1 1

Z **zee** Replied on Sep 18, 2024 11:49 AM | Edited on Sep 18, 2024 11:49 AM

Yeah right now things are running, there's possible room for optimization if we want (though maybe forward_rect will come out at some point so unclear if worth)

Edited on Sep 18, 2024 11:49 AM

Yeah right now things are running, there's possible room for optimization if we want (though maybe forward_rect will come out at some point)

Sent on Sep 18, 2024 11:49 AM

Yeah right now things are running, there's possible room for optimization if we want

Z **zee** Replied on Sep 18, 2024 11:50 AM

I think ideally we'd be able to use the same pgyro for all text evals and pad/picobatch to 1920, 3840, 7680 depending on length of the text inputs, but unclear to me how possible this is

P **pj** Replied on Sep 18, 2024 11:51 AM | Edited on Sep 18, 2024 11:52 AM

I agree that we should optimize if it's easy to do. I trust you to decide if it's worth it! There's other evals work that's blocking other work too so we should consider the opportunity cost too.

Edited on Sep 18, 2024 11:51 AM

I agree that we should optimize if it's easy to do. I trust you to decide if it's worth it! There's definitely other evals work that's blocking other work too so we should consider the opportunity cost too

Sent on Sep 18, 2024 11:51 AM

I agree that we should optimize if it's easy to do. I do think this is a slippery slope and I trust you to decide if something is a time sink or not. There's definitely other evals work that's blocking other work too so we should consider the opportunity cost too

+1 1

Z **zee** Replied on Sep 18, 2024 11:52 AM

I might give it a shot later today when we're a bit more backfilled, since neon2 is tight still

+1 1

Z **zee** Replied on Sep 18, 2024 11:52 AM | Edited on Sep 18, 2024 11:52 AM

Any news on Oxygen?

Sent on Sep 18, 2024 11:52 AM

Any new on Oxygen?

➕ 1

S **shijie** Replied on Sep 18, 2024 11:52 AM

looking at it now

Z **zee** Replied on Sep 18, 2024 11:53 AM

Thanks! I think the systems people seem pretty busy with stuff lately, do we need their help on this?

S **shijie** Replied on Sep 18, 2024 11:54 AM

i think they are working on this in parallel. i am checking what other logic is missing

Z **zee** Replied on Sep 18, 2024 12:27 PM

@shijie I'm trying the adaptive picobatch size now, 🤞

🙌 1

Z **zee** Replied on Sep 18, 2024 12:41 PM

Looks like [REDACTED] has inputs with [REDACTED] we'll skip that for now

Also need to look into race_with_n_problems, possibly also failing due to length

Z **zee** Replied on Sep 18, 2024 12:42 PM

Oh it has k_shots=20 lol... probably just too long



**zee** Replied on Sep 18, 2024 12:43 PM

Yeah longest race is [REDACTED] I'm skipping those two evals for now for [REDACTED]-related stuff

**shijie** Replied on Sep 18, 2024 1:33 PM

[REDACTED]

**shijie** Replied on Sep 18, 2024 1:36 PM

[REDACTED]

**zee** Replied on Sep 18, 2024 2:08 PM | Edited on Sep 18, 2024 2:08 PM

[REDACTED] Json seralization error which was causing all loss evals to not save their per-question answers, and instead throwing a reallllly long error message (in yellow and red)

Sent on Sep 18, 2024 2:08 PM

[REDACTED] Json seralization error which was causing all loss evals to not save their answers, and instead throwing a reallllly long error message (in yellow and red)

**zee** Replied on Sep 18, 2024 2:09 PM

'

**blobheart 1**

It's been annoying me for months now, finally found the cause

🙌 1

I like how PJ blobhearted my ' message

**pj** Replied on Sep 18, 2024 3:51 PM

just saw this thanks for adding to the doc zee

Screenshot 2024-09-18 ·304 KB

**npnpnp 1**

**pj** Replied on Sep 18, 2024 3:52 PM | Edited on Sep 18, 2024 3:52 PM

had an HMS and have 2 candiates coming for HH so will be away for a bit

Sent on Sep 18, 2024 3:52 PM

had an HMS and have 2 canddiates coming for HH so will be away for a bit

**zee** Replied on Sep 18, 2024 5:55 PM | Edited on Sep 18, 2024 8:33 PM

State of [REDACTED] evals running:

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

Edited on Sep 18, 2024 6:10 PM



State of evals running:
Edited on Sep 18, 2024 6:04 PM
State of evals running:
Edited on Sep 18, 2024 5:59 PM
State of evals running:
Edited on Sep 18, 2024 5:56 PM
State of evals running:
Edited on Sep 18, 2024 5:55 PM
State of evals running:
Sent on Sep 18, 2024 5:55 PM
State of evals running:
2
shijie Replied on Sep 19, 2024 7:42 AM
:portal-to:
kipply Sep 18, 2024 11:34 AM
smol request for the dashboard; can we plot accuracy and loss_correct_answer?

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000389533



[REDACTED] improves but would like to see it :blobooh:

**pj** Replied on Sep 18, 2024 11:34 AM

We will eventually. Non-loss evals aren't implemented for [REDACTED] yet until we have foward_rect

**kipply** Replied on Sep 18, 2024 11:35 AM

oh right :blobderpok:

**zee** Replied on Sep 18, 2024 11:37 AM | Edited on Sep 18, 2024 11:38 AM

We do have loss_correct_answer I think (in the database)

Sent on Sep 18, 2024 11:37 AM

We do have loss_correct_answer I think

**blobheart 1**

**zee** Replied on Sep 18, 2024 11:37 AM

for the st_qa evals

**zee** Replied on Sep 18, 2024 11:38 AM

Accuracy is already plotted of course

**kipply** Replied on Sep 18, 2024 11:38 AM

also I'm going to police on saying "dataset" and "multiple choice" eval because loss isn't a type of eval but a type of scoring 😕

**zee** Replied on Sep 18, 2024 11:40 AM

If you want loss_correct_answer, we could eventually help give you a query for it, but unclear if it's a metric that people typically look at on the dashboard? PJ what do you think?

**pj** Replied on Sep 18, 2024 11:46 AM

Sorry, I misunderstood the original question! I think there's multiple types of accuracy too

**+1 1**

**pj** Replied on Sep 18, 2024 12:06 PM

I wonder if [REDACTED] shows similar behavior. If the data's already in the stqa database, we could probably whip up a quick preview with this plot to check if it's useful to add. I'll add it to our open questions on Asana

**+1 1**

**pj** Replied on Sep 18, 2024 1:36 PM

@kipply is this the related post? [REDACTED]

**kipply** Replied on Sep 18, 2024 1:36 PM

yee

**evanmiller** Sep 18, 2024 12:29 PM

Happy to help add standard errors / CIs to PT's eval dashboards if people think it would be informative for PT use-cases. cc @zee @shijie [REDACTED]

🙌 3 👀 1 ❤️ 1

**pj** Replied on Sep 18, 2024 12:53 PM | Edited on Sep 18, 2024 12:54 PM

Nice! How are these implemented? Curious if there's an eval toolbox flag we can use

Sent on Sep 18, 2024 12:53 PM

Nice! How are these implemented? Curious if there's an eval toolbox flag we can just use

**evanmiller** Replied on Sep 18, 2024 1:03 PM

[REDACTED]

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000389534

P **pj** Replied on Sep 18, 2024 1:45 PM

Gotcha! I'm curious what the confidence intervals look like on our big model runs too

I think @zee's first project was looking at confidence intervals in pt evals too. @zee what happened to that? Was it only for small model data evals?

Z **zee** Replied on Sep 18, 2024 1:46 PM

Yeah that was for jaxotron/run_tools/plot_evals.py

P **pj** Replied on Nov 15, 2024 6:12 PM

cc @hailey who's looking at this now

A **andyshih** Sep 18, 2024 2:02 PM

im looking to run the pm_score_regression eval, and naively it seems like I just need to replace "agent" with "policy_agent" and set max_n_ctx to [REDACTED] Is there a way to see the maximum ctx required for an eval, or to skip a prompt instead of crashing if it exceeds maximum ctx?

Z **zee** Replied on Sep 18, 2024 2:03 PM | Edited on Sep 18, 2024 2:04 PM

Would be a question for eval toolbox, but I did something like this today to see ctx lengths

[REDACTED]

)

[REDACTED]

*,
agent: AutoregressiveAgent,

[REDACTED]

)

[REDACTED]

You'd need to adapt it to your eval

Sent on Sep 18, 2024 2:03 PM

Highly Confidential – Attorneys' Eyes Only ANT_BARTZ_000389535

Would be a question for eval toolbox, but I did something like this today to see ctx lengths
[redacted]
)
[redacted]
*,
[redacted]
)
[redacted]

thankyou 1

A **andyshih** Replied on Sep 18, 2024 3:20 PM

i'm getting OOM so i set this line to 1, but still getting OOMs. Is the next best thing to try to increase the [redacted]

✅ 1

J **jamieS** Replied on Sep 18, 2024 3:23 PM

What is your context length?

A **andyshih** Replied on Sep 18, 2024 3:24 PM

i set it to [redacted]

J **jamieS** Replied on Sep 18, 2024 3:25 PM | Edited on Sep 18, 2024 3:26 PM

And what is the model?

Sent on Sep 18, 2024 3:25 PM
And what is the model/.

A **andyshih** Replied on Sep 18, 2024 3:26 PM | Edited on Sep 18, 2024 3:26 PM

its a small model (jul24 32L): andyshih-v0-july24-15don-dre-10e-32l

Sent on Sep 18, 2024 3:26 PM
its a small model (32L): andyshih-v0-july24-15don-dre-10e-32l

J **jamieS** Replied on Sep 18, 2024 3:26 PM

Was it long-ctx trained?

A **andyshih** Replied on Sep 18, 2024 3:26 PM

it was not

J **jamieS** Replied on Sep 18, 2024 3:27 PM

I think you will have a significant performance issue then running it [redacted]

+1 1

(in terms of ML performance)

A **andyshih** Replied on Sep 18, 2024 3:28 PM

yes thats true, let me just skip all the prompts above 7680 then

+1 1

J **jamieS** Replied on Sep 18, 2024 3:30 PM

The answer otherwise is that I added flags to use the long-ctx layout and context sharding to run eval-toolbox evals

A **andyshih** Replied on Sep 18, 2024 3:31 PM

thanks! yes i see the ultra_long_context_mode flag now

A **andyshih** Replied on Sep 18, 2024 3:32 PM

i also saw some posts about evals using YaRN to extend ctx [REDACTED]

J **jamieS** Replied on Sep 18, 2024 3:32 PM | Edited on Sep 18, 2024 3:33 PM

It will help for sure doing [REDACTED] but we see worse generalization to longer contexts without any training on "sufficiently" long contexts

Sent on Sep 18, 2024 3:32 PM

It will help for sure doing [REDACTED], but we worse generalization to longer contexts without any training on "sufficiently" long contexts

+1 1

J **jamieS** Replied on Sep 18, 2024 3:33 PM

I have a PR to add YaRN into eval-toolbox as well, but it isn't merged

🙌 1

M **mitchell** Sep 18, 2024 2:33 PM | Edited on Sep 18, 2024 2:34 PM

did you decide what to do about the tepui rewind? anything I can help with? it would be really awesome to show the new run as a different color maybe, so we can look at how evals compare during the overlap period

Edited on Sep 18, 2024 2:34 PM

did you decide what to do about the tepui rewind? anything I can help with? it would be really awesome to show the new run as a different color maybe, so we can look at how evals compare during the overlap data

Sent on Sep 18, 2024 2:33 PM

did you decide what to do about the tepui rewind? anything I can help with? it would be really awesome to show the new run as a different color maybe, so we can look at how evals compare during the period with SL data

Z **zee** Replied on Sep 18, 2024 2:35 PM

Sounds doable, kicking off evals on the new model now

🙌 1

A **andyshih** Sep 18, 2024 3:19 PM | Deleted on Sep 18, 2024 3:20 PM

i'm getting OOM so i set this line to 1, but still getting OOMs. Is the next best thing to try to increase the tpu topology? (but im currently already [REDACTED]

A **andyshih** Sep 18, 2024 3:20 PM

replied to a thread: im looking to run the pm_score_regression eval, and naively it seems like I just need to replace "agent" with "policy_agent" and set max_n_ctx to [REDACTED] Is there a way to see the maximum ctx required for an eval, or to skip a prompt instead of crashing if it exceeds maximum ctx?

i'm getting OOM so i set this line to 1, but still getting OOMs. Is the next best thing to try to increase the tpu topology? (but im currently already using 16x16)

✅ 1

S **scott** Sep 18, 2024 3:23 PM

Trying to understand which evals to use to understand @.andyshih's over-epoched scan and @.cem's optimized-for-top1 scan, where there are large disagreements between different evaluation methods and we want to measure something closer to what we care about downstream (so, I think not multiple

choice but something more like task completion). @.yolo has shown that codex works down to relatively small scale and that seems like a pretty appealing option. Other suggestions? @pj @ludwig

K **kipply** Replied on Sep 18, 2024 3:27 PM

@rohan has hfi interface now!

K **kipply** Replied on Sep 18, 2024 3:28 PM

[redacted]

S **scott** Replied on Sep 18, 2024 3:37 PM

Ya, Andy did actually put models on this and it's helpful! But I'd be excited for something a bit more repeatable and whatnot.

R **rohan** Replied on Sep 18, 2024 3:38 PM

Andy did actually put models on thismaybe Andy put this on the actual FT HFI? mine just hosts a couple dcant models rn

btw, what were the results from that? i'd be very interested

1

K **kipply** Replied on Sep 18, 2024 3:39 PM

I'm optimistic that the hfi will teach us which evals have good signal/correlation, and I'm imagining we work with that as a primary eval for a while in order to learn which evals are correlated and good signal. I'm not sure there's a better way to narrow ourselves down to a set of evals we trust for this sort of thing

A **andyshih** Replied on Sep 18, 2024 3:40 PM

maybe Andy put this on the actual FT HFI? mine just hosts a couple dcant models rnah i was tweaking @.yolo's streamlit app to do something very similar to your HFI interface, and trying it on some dove-transcript-ft'ed models (but was just playing with it myself)

R **rohan** Replied on Sep 18, 2024 3:41 PM

yeah ok this sounds very similar to what we just did

@andyshih wanna talk in person for a bit?

A **andyshih** Replied on Sep 18, 2024 3:41 PM

sure im not in office but can tuple

R **rohan** Replied on Sep 18, 2024 3:42 PM

kk lemme find room

P **pj** Replied on Sep 18, 2024 4:10 PM

Had an HMS and now have to entertain candidates at HH, but can get back to you later

S **scott** Replied on Sep 18, 2024 4:31 PM

Talked with @vs and @ludwig. I think we agree that the place to start is codex, and there are other code evals that can be run after. From @vs : [redacted]
[redacted] 15( @andyshih @Cem Anil)

+1 2 blobheart 1

R **rohan** Replied on Sep 18, 2024 4:33 PM

we should do both in parallel

blobheart 1

R **rohan** Replied on Sep 18, 2024 4:34 PM

for codex, do we have 2 models where model A is much better on repo loss and model B is much better on codex? i think the first thing is to make sure we can find such anti-correlated patterns as we have with loss + prose downstream

❤️ 1

A **andyshih** Replied on Sep 18, 2024 4:44 PM

model A is much better on repo loss and model B is much better on codexyeah ill run the codex evals and test this
one perspective is that codex is close enough to what we care about (generating useful code), that we'd just prefer the one with better codex perf

whereas the anti-correlation for loss/acc was interesting to keep testing because neither loss/acc are really how users use models

➕ 1

**rohan** Replied on Sep 18, 2024 6:01 PM

yea

**pj** Replied on Sep 18, 2024 6:08 PM

It's easy to run imbue code comprehension too

**+1::skin-tone-4 1**

**felipe** Replied on Sep 19, 2024 3:44 PM

[redacted]

**kipply** Sep 18, 2024 3:54 PM | Edited on Sep 18, 2024 3:54 PM

[redacted]

Sent on Sep 18, 2024 3:54 PM

[redacted]

**raised_hands::skin-tone-4 1** **blobheart 3** 🙌 **5**

**rohan** Replied on Sep 18, 2024 4:01 PM

mid-long term we should def automate this with crowdworkers (we can have a tight feedback loop that gives us results in <1 hr)

there are also these alternate eval directions [redacted]

**blobheart 1**

**kipply** Replied on Sep 18, 2024 4:02 PM

can we train a classifier on lmsys data or something 😛

**pj** Replied on Sep 18, 2024 4:05 PM | Edited on Sep 18, 2024 4:06 PM

Yeah, I agree that using HFI to compare SLed PT models will help build trust in our evals!

How can we make sure we get a statistically significant number of data points for all the different things our evals cover? Prose, code, multilang, multimodal etc

Sent on Sep 18, 2024 4:05 PM

Yeah, I agree that using HFI to compare SLed PT models will help build trust in our evals!

How can we make sure we get a statistically significant number of data points for all the different things our evals cover? Multilang etc

**andyshih** Replied on Sep 18, 2024 4:06 PM

FT has a lmsys PM that we could probably use

**blobheart 1** **+1::skin-tone-4 1**