# EXHIBIT 49

Videotaped Deposition of

# Mycal Tucker

April 29, 2025

Volume I

Andrea Bartz, et al.

vs.

Anthropic PBC

**AEO - Under The Protective Order**



Case 3:24-cv-05417-AMO   Document 563-11   Filed 01/21/26   Page 3 of 16

Volume I                    AEO - Under The Protective Order          Andrea Bartz, et al. vs.
Mycal Tucker                                                                    Anthropic PBC

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   ANDREA BARTZ, ANDREA BARTZ,
     INC., CHARLES GRAEBER, KIRK
 6   WALLACE JOHNSON, and MJ + KJ,
     INC., individually and on
 7   behalf of others similarly
     situated,
 8
             Plaintiffs,
 9
        v.                                Case No.
10                                        3:24-cv-05417-WHA
     ANTHROPIC PBC,
11
             Defendants.
12   _____
13
14
15    ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER
16       VIDEORECORDED DEPOSITION OF MYCAL TUCKER
17              San Francisco, California
18              Tuesday, April 29, 2025
19                      Volume I
20
21   Reported by:
     CHRIS TE SELLE
22   CSR No. 10836
23   Job No. 10163809
24
25   PAGES 1 - 90
```

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5    ANDREA BARTZ, ANDREA BARTZ,
      INC., CHARLES GRAEBER, KIRK
 6    WALLACE JOHNSON, and MJ + KJ,
      INC., individually and on
 7    behalf of others similarly
      situated,
 8
              Plaintiffs,
 9
         v.                              Case No.
10                                       3:24-cv-05417-WHA
      ANTHROPIC PBC,
11
              Defendants.
12    _____
13
14
15
16        Attorneys' Eyes Only Under the Protective
17    Order Videorecorded Deposition of MYCAL TUCKER,
18    Volume I, held at the offices of Lieff Cabraser
19    Heimann & Bernstein, 275 Battery Street, 29th Floor,
20    San Francisco, California, beginning at 10:07 a.m.
21    and ending at 12:09 p.m., on Tuesday, April 29,
22    2025, before Chris Te Selle, Certified Shorthand
23    Reporter No. 10836.
24
25
```

Case 3:24-cv-05417-AMO   Document 563-11   Filed 01/21/26   Page 5 of 16

Volume I  
Mycal Tucker

AEO - Under The Protective Order

Andrea Bartz, et al. vs.  
Anthropic PBC

```
 1   APPEARANCES:

 2

 3   For Plaintiffs and the Proposed Class:

 4        LIEFF CABRASER HEIMANN & BERNSTEIN

 5        BY:  RACHEL GEMAN, ESQ.

 6             JACOB S. MILLER, ESQ., via Zoom

 7        250 Hudson Street, 8th Floor

 8        New York, New York 10013-1413

 9        212-355-9500

10        rgeman@lchb.com

11        jmiller@lchb.com

12

13   For the Witness and Defendant Anthropic PBC:

14        ARNOLD & PORTER KAYE SCHOLER LLP

15        BY:  DOUGLAS ANDREW WINTHROP, ESQ.

16        Three Embarcadero Center, 10th Floor

17        San Francisco, CA 94111-4024

18        415-471-3100

19        douglas.winthrop@arnoldporter.com

20

21

22   Also present:

23   Devon Hanley Cook, In-house Counsel, Anthropic

24   Ariana Delucchi

25   Steve Zavattero, videographer
```

| Volume I<br>Mycal Tucker | AEO - Under The Protective Order | Andrea Bartz, et al. vs.<br>Anthropic PBC |
|---|---|---|

```
 1                          INDEX

 2   WITNESS              EXAMINATION              PAGE

 3   MYCAL TUCKER
     Volume I
 4                    MS. GEMAN                      6

 5
                          EXHIBITS
 6   EXHIBIT NUMBER                                PAGE

 7   Exhibit 1   Plaintiffs' Notice of Deposition of   8
                 Mycal Tucker, 4 pp.
 8
     Exhibit 2   Declaration of Mycal Tucker in       10
 9               Support of Defendant Anthropic PBC's
                 Opposition to Plaintiffs' Motion for
10               Class Certification, 8 pp.

11   Exhibit 3   Books data exploration scaffolded    65
                 results, highly confidential
12               attorneys' eyes only, Bates
                 ANT_BARTZ_000273474 to 273486, 13 pp.
13
     Exhibit 4   document, Current opinions from      75
14               different, highly confidential
                 attorneys' eyes only, Bates
15               ANT_BARTZ_000279410, 11 pp.

16   Exhibit 5   text messages, highly confidential   38
                 attorneys' eyes only, Bates
17               ANT_BARTZ_000534120 to 534121, 2 pp.

18

19            DOCUMENTS/INFORMATION REQUESTED

20                      PAGE  LINE

21                       42    25

22

23                   MOTION TO STRIKE

24                      PAGE  LINE

25                       71    7
```

Case 3:24-cv-05417-AMO   Document 563-11   Filed 01/21/26   Page 7 of 16

Volume I
Mycal Tucker

AEO - Under The Protective Order

Andrea Bartz, et al. vs.
Anthropic PBC

```
 1   because you felt that was more helpful?
 2        A.   I think that was our common methodology at
 3   the time.
 4        Q.   And do you think that was the right
 5   methodology?
 6        A.   In, I think it was the broad, broadly, the
 7   right idea.  I think there were some flaws to it.
 8        Q.   And you state, it's interesting and
 9   surprising that the combination of fiction plus
10   nonfiction helped most for prose.
11             Do you see that?
12   A.   Yes.
13        Q.   And does that mean that fiction plus
14   nonfiction together helped more than either fiction
15   on its own or nonfiction on its own?
16        MR. WINTHROP:  Object to the form.
17        THE WITNESS:  That's showing, yes, in the plot
18   that the, using the combination of fiction and
19   nonfiction resulted in the greatest loss, averaged
20   prose loss eval.
21   BY MS. GEMAN:
22        Q.   Okay.  And that was the, that was the
23   metric you were using for this document, correct,
24   the loss eval?
25        A.   That was one of the metrics that was
```

Case 3:24-cv-05417-AMO   Document 563-11   Filed 01/21/26   Page 8 of 16

Volume I                    AEO - Under The Protective Order        Andrea Bartz, et al. vs.
Mycal Tucker                                                         Anthropic PBC

```
 1   reporting.
 2          Q.   Okay.  And, why was that interesting?
 3          A.   A naive interpretation of data work is
 4   fundamentally linear.  You try to say, this type of
 5   data, like, type of data A improves performance on
 6   eval A.  The mapping is always imprecise.
 7               Here, I was analyzing fiction and
 8   nonfiction as the inputs and prose as the outputs.
 9   It's interesting that one data set alone didn't sort
10   of dominate the other in this eval.
11          Q.   Uh-huh.  And why was that surprising?  Is
12   it the same answer as interesting?
13          A.   Yeah.  Surprising and interesting, to me,
14   are similar meanings.
15          Q.   Okay.  And was that an accurate statement?
16          A.   In these loss evaluations and plots, yes,
17   it's an accurate statement.
18          Q.   Can you please turn to page 76, which is
19   the previous page, or two previous pages.
20          A.   Yes.
21          Q.   What is ISBN lookup?
22          A.   For Panama, we have some, or we had,
23   certainly, a database in which, based on either an
24   ISBN or some other identifier, we could look up for
25   a particular book we had purchased or scanned some
```

1  BISAC information, BISAC being the category.
2          And so this was, the ISBN lookup was, I
3  probably wrote some code to say, given a book's ISBN
4  number, look up, look it up in the table.
5       Q.   Was that very complicated code?
6       MR. WINTHROP:  Object to the form.
7  *MO  THE WITNESS:  I probably got someone else to do
8  a fair bit of the complicated bit.  One thing that
9  it is is it's certainly imprecise, and so it is, it,
10  I forget how complicated it was to do this.  I
11  certainly didn't manage to look up, based on ISBN,
12  metadata for every book.
13       MS. GEMAN:  Move to strike as nonresponsive.
14  BY MS. GEMAN:
15       Q.   You said you had IS-, you said, we have,
16  and then you corrected yourself to say you had ISBN
17  lookup.
18            Did you all delete that function?
19       A.   Not that I'm aware of.
20       Q.   Okay.  So was your understanding that the
21  company still has ISBN lookup?
22       MR. WINTHROP:  Object to the form.
23       THE WITNESS:  We likely still have the code
24  that I wrote.
25  BY MS. GEMAN:

Volume I
Mycal Tucker

AEO - Under The Protective Order

Andrea Bartz, et al. vs.
Anthropic PBC

1  model, and I was performing or I was providing the
2  technical insight.
3      Q.   Right.  So, certainly, the model does
4  suggest that, or the model that we were given does
5  suggest there was an earlier version of it.
6           So, can you describe the rechecking
7  process that you're talking about.
8      A.   There are a couple of ways in which our
9  willingness to pay might change.  One might be we
10 found that our prior analysis was based on flawed
11 assumptions.  Another might be our priorities are
12 different.
13          Based on my technical expertise, I can
14 help a lot about informing, technically, how good,
15 according to some evals, different types of data are
16 versus others, and supplement the analysis that way.
17     Q.   And the valuation model placed books as
18 having value; is that right?
19     A.   That is correct.
20     Q.   In every version of it that you've seen
21 have you seen that books have value?
22     A.   Yes, that's correct.
23          (Exhibit 4 was marked for identification
24 by counsel.)
25 BY MS. GEMAN:

1   A.   Yes.
2   Q.   Okay.  Are any of these individuals
3   economists?
4   A.   Not that I know of.  They may be.
5   Q.   Okay.  And do you know how they came up
6   with the numbers that are listed in the blue
7   columns?
8   A.   I don't know.
9   Q.   And, do you believe this document shows
10  that Anthropic will not pay anything for books?
11  A.   I don't believe -- or, sorry.
12       Can you repeat the question.
13  Q.   Do you believe this document shows that
14  Anthropic will not pay anything for books?
15  A.   No, I don't believe that.
16  Q.   Do you agree that Anthropic believes that
17  books, individually and collectively, whether
18  fiction, nonfiction or textbook, have value?
19       MR. WINTHROP:  Object to the form.
20       THE WITNESS:  I think the, this document shows
21  a willingness to pay with, some value, for some
22  categories of books.
23  BY MS. GEMAN:
24  Q.   Well, for all the categories of books
25  listed here; isn't that correct?

| Volume I | AEO - Under The Protective Order | Andrea Bartz, et al. vs. |
| Mycal Tucker | | Anthropic PBC |

```
 1        A.   For all the categories of books listed
 2   here it expresses a willingness to pay, yes.
 3        Q.   Do you consider the difference between
 4   █████ and █████ significant?
 5        MR. WINTHROP:  Object to the form.
 6        THE WITNESS:  I think without context it's hard
 7   to say what's a significant difference.
 8   BY MS. GEMAN:
 9        Q.   Well, the context is your declaration.
10             So, let's, do you see, do you see in
11   paragraph 10, do you see it says, quote, Anthropic's
12   currently willing to pay significantly more for, and
13   then it lists examples, than it is willing to pay
14   for, and then it lists other examples?
15        A.   Yes, I see that.
16        Q.   So, using your own words, do you consider
17   the difference between █████ and █████
18   significant?
19        A.   Yes.
20        Q.   And do you consider the difference between
21   █████ and █████ significant?
22        A.   Can you repeat the numbers.
23        Q.   █████ and █████
24        A.   Yes.
25        Q.   Would you say that, and, I'm sorry, is
```

| Volume I | AEO - Under The Protective Order | Andrea Bartz, et al. vs. |
| Mycal Tucker | | Anthropic PBC |

```
 1   this the, is this model the basis of your statement
 2   that, about Anthropic's willingness to pay?  I'm
 3   sorry.  By, this document, I mean is what's been
 4   marked as Tucker Exhibit 4 the basis of your
 5   statement in your declaration about Anthropic's
 6   willingness to pay?
 7        A.   Yes.
 8        Q.   Is this an important document, this
 9   valuation model?
10        A.   It's, that's a judgment call.  Yes, it's
11   important for Anthropic, I guess I would say, but
12   it's probably important to different people to
13   different degrees.
14        Q.   And is this the, is this the primary
15   willingness to pay document?
16        A.   Yes, I believe so.
17        Q.   And, sorry, going back for a second to the
18   ▮▮▮▮▮, and you can look to the second page of this
19   to see where I got that number --
20        A.   Uh-huh.
21        Q.   -- what does, according to this model,
22   what does that ▮▮▮▮▮ pay for?
23        A.   According to this model, and reading from
24   the label, it would pay for a single book with
25   180,000 tokens.
```

1  Q. Okay. So, I'm looking where it says,
2  books, consumer fiction.
3  A. Yes.
4  Q. So, according to this, your testimony is
5  Anthropic is willing to pay ▇▇▇ for a single copy
6  of a fiction book.
7  A. This document is saying it would be
8  willing to pay ▇▇▇ for a single book with 180,000
9  tokens.
10 Q. Okay. And, what does that ▇▇▇ get?
11 MR. WINTHROP: Object to the form.
12 THE WITNESS: I don't think this explicitly
13 says. It seems to be, at a high level, saying
14 180,000 tokens.
15 BY MS. GEMAN:
16 Q. And is it, and that book that is
17 purchased, is it for use over many years?
18 A. I don't think this document says.
19 Q. Well, what's your understanding as someone
20 who, as you said, worked on this document from a
21 technical perspective and is familiar with it?
22 A. I think this is saying for acquiring
23 180,000 tokens that you can, yeah, that you keep.
24 Does that answer your question?
25 Q. So, is it your understanding that a book

1  that Anthropic buys for ▮ can be used for many
2  models over many years?
3      A.  I think that's, yes, that is right.
4      Q.  Is it your understanding that that ▮
5  can pay for however many copies of the book
6  Anthropic makes?
7      MR. WINTHROP:  Object to the form.
8      THE WITNESS:  I think this document is saying
9  we would be willing to pay that much money for a
10 single book with 180,000 tokens without specifying
11 either, yeah, the duration of how long we keep it,
12 or, as you were asking, how many copies.
13 BY MS. GEMAN:
14     Q.  Okay.  Do you have a sense of how many
15 copies Anthropic would make of a book that it bought
16 for ▮
17     MR. WINTHROP:  Object to the form.
18     THE WITNESS:  I don't have a, an immediate
19 sense.
20 BY MS. GEMAN:
21     Q.  Can you show me where in this document --
22 sorry.  I have all these staples.
23         Can you show me where on this, on the
24 front of this document it discusses different,
25 different book genres.

1  I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4  That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the proceedings.
12 Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ X ] was [ ] was not requested.
16 I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or party to this action.
19 IN WITNESS WHEREOF, I have this date subscribed
20 my name.
21
22 Dated: 4-30-2025
23
24 _____
   CHRIS TE SELLE
   CSR No. 10836
25