# EXHIBIT 50

Videotaped Deposition of

# Mohit Iyyer

April 30, 2025

Andrea Bartz, et al.

vs.

Anthropic PBC

**Attorneys Eyes Only**



www.aptusCR.com | 866.999.8310

```
1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4      ANDREA BARTZ, ANDREA BARTZ,
       INC., CHARLES GRAEBER, KIRK
5      WALLACE JOHNSON, and
       MJ + KJ, INC., individually
6      and on behalf of others
       similarly situated,             Case No.
7                                      3:24-cv-05417-WHA
                 Plaintiffs
8
       vs.
9
       ANTHROPIC PBC,
10
                 Defendant.
11     _____

12              ATTORNEYS' EYES ONLY

13

14        VIDEOTAPED DEPOSITION OF MOHIT IYYER

15     Conducted via Zoom remote videoconference

16

17                   April 30, 2025

18

19     Reported by:
       Misty Klapper, RMR, CSR, RPR, RSA
20     CA CSR #14419, Maryland Notary Public
       Job No.: 10163810

21

22
```

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4    ANDREA BARTZ, ANDREA BARTZ,
      INC., CHARLES GRAEBER, KIRK
 5    WALLACE JOHNSON, and
      MJ + KJ, INC., individually
 6    and on behalf of others
      similarly situated,              Case No.
 7                                      3:24-cv-05417-WHA
                Plaintiffs
 8
      vs.
 9
      ANTHROPIC PBC,
10
                Defendant.
11    _____

12        Videotaped deposition of MOHIT IYYER, taken on

13    behalf of Plaintiffs, via Zoom remote

14    videoconference, beginning at 3:02 p.m. EDT on

15    Wednesday, April 30, 2025, before Misty Klapper,

16    RMR, CSR, RPR, RSA and Notary Public of the State of

17    Maryland.

18

19

20

21

22
```

1    APPEARANCES:

2     (ALL APPEARANCES VIA ZOOM REMOTE VIDEOCONFERENCE)

3    ON BEHALF OF PLAINTIFFS AND PROPOSED CLASS:

4              ROHIT D. NATH, ESQUIRE
               SUSMAN GODFREY L.L.P.
5              1900 Avenue of the Stars, Suite 1400
               Los Angeles, California 90067
6              (310) 789-3138
               E-mail: rnath@susmangodfrey.com
7

8    ON BEHALF OF DEFENDANT:

9              JOSEPH R. FARRIS, ESQUIRE
               ARNOLD & PORTER KAYE SCHOLER LLP
10             Three Embarcadero Center, 10th Floor
               San Francisco, California 94111
11             (415) 471-3100
               E-mail: joseph.farris@arnoldporter.com
12
               THOMAS A. BIRD, ESQUIRE
13             ARNOLD & PORTER KAYE SCHOLER LLP
               250 West 55th Street
14             New York, New York 10019-9710
               (212) 836-8000
15             E-mail: thomasbird@arnoldporter.com

16
     ALSO PRESENT:
17
               EMILY MURPHY, VIDEO OPERATOR
18
               KARL JOHNSTON
19

20

21

22

| Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC |
|---|---|---|

1       C O N T E N T S

2    WITNESS:         EXAMINATION BY:                    PAGE:

3    Mohit Iyyer      Mr. Nath                               6

4

5

6                     E X H I B I T S

7    NO.:             DESCRIPTION:                       PAGE:

8    Exhibit 1        Declaration of Mohit Iyyer

9                     in Support of Defendant

10                    Anthropic PBC's Opposition

11                    to Plaintiff's Motion for

12                    Class Certification, dated

13                    4/17/25                               23

14

15

16

17

18

19

20

21

22

| Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC |
|---|---|---|

```
 1                    MR. FARRIS:  Can you hear me
 2         when I speak up?
 3                    MS. REPORTER:  Yes.
 4                    MR. FARRIS:  Okay.  I'll --
 5         I'll try to shout my objections, but
 6         I'll (inaudible) speak up a little
 7         bit.
 8                    THE WITNESS:  Sorry.  Can you
 9         repeat the question again?
10                    BY MR. NATH:
11         Q.    Does the mix of training data
12    used to train a large language model affect
13    the ultimate product at the end of the day?
14                    MR. FARRIS:  Same objection.
15                    THE WITNESS:  What do you mean
16         by affect?
17                    BY MR. NATH:
18         Q.    What -- what do you think I mean
19    by affect?
20         A.    I think last time you had said
21    the quality of the language model.  So I -- I
22    guess more specifically, are you referring to
```

Page 20

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 8 of 19

Attorneys Eyes Only           Andrea Bartz, et al. vs.
Mohit Iyyer                    Anthropic PBC

1    any particular capability of the model?
2         Q.    How does changing the mix of
3    training data affect the final large language
4    file?
5         A.    It's very hard to say.  It -- it
6    depends.  Changing the mixture of data could
7    certainly change the behavior of the model.
8    But in what way, it's -- it's very unclear.
9         Q.    How does -- can you describe what
10   the training process is?
11        A.    Yeah.  So, in general, you start
12   with a large collection of text data.  It can
13   be any type of text.  A language model at the
14   start is just a random collection of numbers.
15   And the goal is to produce a probability
16   distribution of what the next word would be,
17   given some previous words of context.
18              And so over the course of
19   training, we adjust the random numbers that
20   make up the language model's weights so that
21   it does a better job of predicting the next
22   word that's actually observed in some

1          BY MR. NATH:
2          Q.    Well, actually, let's turn to
3    your report, which I think I've marked as
4    Exhibit 1.
5                    (Thereupon, Iyyer Exhibit 1 w
6              marked for identification.)
7          BY MR. NATH:
8          Q.    And I'll turn you to page 3 of
9    your report.
10         A.    Okay.
11         Q.    Can you tell me what your
12   assignment was in this case.
13         A.    Yes.  So I had a couple different
14   assignments.  One was to look at the methods
15   of identifying books that were proposed by
16   Zhao in his declaration.  These included
17   looking at the metadata in the various
18   internet books datasets to see if a book
19   exists in there or not, looking at The
20   Atlantic's search tool to -- to make the same
21   determination, and, finally, to use this book
22   hash algorithm.

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 10 of 19

Attorneys Eyes Only                     Andrea Bartz, et al. vs.
Mohit Iyyer                                        Anthropic PBC

```
1              And so I was asked to look at
2     these methods and assess their reliability.
3     I was also asked to find examples of various
4     types of documents in these datasets.
5              So, for example, any books in the
6     datasets that were published within a certain
7     window of years or by foreign authors, things
8     like that.
9          Q.    Okay.  And the datasets that
10    you're talking about are listed in
11    paragraph 11 and 12 of your report, right?
12         A.    That is correct.
13         Q.    Okay.  So I want to start with
14    the books datasets that you described as the
15    internet books datasets.  That consists of
16    Books3, LibGen and Pirate Library Mirror; is
17    that correct?
18         A.    That's correct.
19         Q.    Okay.  And you were given access
20    to all three of those databases?
21         A.    Yes.
22               MR. FARRIS:  Object to form.
```

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 11 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

```
 1                    BY MR. NATH:
 2           Q.       You were given access to all
 3   three of those datasets?
 4           A.       I was given access to Anthropic
 5   copies of all three of those datasets.
 6           Q.       Okay.  And you were given -- so
 7   you were given access to Anthropic's copy of
 8   Books3, LibGen and Pirate Library Mirror; is
 9   that right?
10           A.       Yes.
11           Q.       Are Books3, LibGen and Pirate
12   Library Mirror all searchable?
13           A.       What do you mean by searchable?
14           Q.       Can you run queries on Books3,
15   Pirate Library Mirror and LibGen?
16           A.       Do you mean, like, can you search
17   for titles and authors in these datasets?
18           Q.       Well, I'm just asking -- I mean,
19   you're -- you're a computer scientist, right?
20           A.       Yes.
21           Q.       Do you understand what it means
22   to run a query?
```

Attorneys Eyes Only
Andrea Bartz, et al. vs.
Anthropic PBC
Mohit Iyyer

```
 1       millions of records.
 2            Q.    Over a million records?
 3            A.    Yes.
 4            Q.    Okay.  And how many -- how large
 5       of a sample would you need to be able to test
 6       Dr. Zhao's book hashing method at scale?
 7            A.    That's a tough question, because
 8       it -- it really depends on the consequences
 9       of false positives and false negatives and
10       their incidence.
11                  So I -- I don't think it's easy
12       to give a single, like, number, a sample size
13       that he had -- had to test.
14            Q.    What do you mean by consequences
15       of false positives and false negatives?
16            A.    Well, if you imagine, a false
17       positive here says that a book is in the
18       internet books datasets when it actually
19       isn't.  Right?
20                  And so if there's to be some sort
21       of action upon this knowledge, then, you
22       know, depending on if you're, you know,
```

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 13 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

1     review every single book or you would do this
2     on a book-by-book basis, it's possible that
3     there's an error rate in that, too, right?
4          A.   There -- there could be.  It
5     would likely be very small.
6          Q.   Humans make mistakes?
7          A.   Yes.
8          Q.   And, again, you don't know what
9     the error rate of Dr. Zhao's methodology
10    actually is, right?
11         A.   No.  But, again -- yeah, I -- let
12    me just say no.
13         Q.   And what would you do to improve
14    Dr. Zhao's methodology?
15         A.   Are you asking for a specific
16    improvement on -- can you be more specific?
17         Q.   How would you improve Dr. --
18    Dr. Zhao's methodology to reduce any likely
19    error rate?
20         A.   Are you talking about the book
21    hash method?
22         Q.   Correct.

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 14 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

1          A.     So I guess one important thing is
2     that the use of a hashing function here is
3     likely to result in a -- many mismatches.  So
4     a hash function will give you the -- the same
5     hash only if the string you're matching with
6     is verbatim identical to the one that you're
7     matching against.
8              And as you see in our -- in -- in
9     my declaration, there are -- maybe I should
10    point you to the specific table.
11             So on page 23, if you look at the
12    table at the bottom of the page, you can see
13    three sentences that are basically the same.
14    They differ only in the number of white space
15    characters.  So the second sentence has two
16    white space characters after -- after the
17    comma instead of one.  And, you know, ideally
18    your method for determining whether or not
19    these two sentences match would be robust to
20    this kind of change.
21             And clearly you can see this is
22    actually running Dr. Zhao's code.  Both these

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 15 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

1    sentences result in a different hash, which
2    would indicate that these two sentences are
3    not matches.
4        Q.    Are there ways to tweak his code
5    to -- to fix this problem?
6        A.    You could fix this specific
7    problem by adding some sort of logic in the
8    code to normalize all doubled white spaces
9    into a single white space.
10            But there are many other variants
11   of this problem that you would have to keep
12   patching, too many to even enumerate, really.
13   There's so many errors that could result from
14   different extractions of the eBooks, which
15   could result in mismatches like this.
16            So I think this whole method
17   overall where you have to keep, like,
18   patching these errors is just not -- not a
19   good one for this kind of task.
20       Q.    What would be a better method for
21   this kind of task?
22       A.    So if you are asking what someone

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 16 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

```
 1                  BY MR. NATH:
 2          Q.      The answer is yes?
 3          A.      Again, based on what I can think
 4   of right now and scope to methods that
 5   require the setting of a threshold.  So I
 6   can't say it more clearly than that.
 7          Q.      Okay.  Look, I'm sorry to -- to
 8   keep coming back to this question, but you're
 9   not answering the -- the actual question --
10   question that's being asked.
11                  Do you mind if I ask it again?
12          A.      Sure.
13          Q.      Okay.  The -- to the best of your
14   knowledge, sitting here today as Anthropic's
15   expert, all methods, whether human or
16   automated, will run into this threshold
17   problem that you described, right?
18                  MR. FARRIS:  Object to the
19          form.
20                  THE WITNESS:  And can you just
21          clarify what the threshold problem is?
22                  BY MR. NATH:
```

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 17 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

1    Q.    Yeah.  Why don't you describe it.

2    A.    My interpretation of what you're

3    saying is that any method that requires the

4    setting of a specific threshold that applies

5    to all books when they're being matched, that

6    determines -- you know, if the number of

7    matching sentences or words or whatever is

8    above some threshold, you -- will determine

9    that work to be in the collection or not.

10   That -- that's your definition of a

11   thresholding-based method, I guess?

12   **Q.    I think that's fair, that it's --**

13   **it's -- that -- there's a question of how to**

14   **define what a match is, right?**

15   A.    Yes.

16   **Q.    And sitting here today, you can't**

17   **think of any method that would solve that**

18   **problem, right?**

19   A.    I will say there are methods

20   from, for example, DNA sequencing that look

21   for matches in a -- in a more -- how do I say

22   this -- they consider the position of the

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 18 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

1  matches in the document, as well as the
2  existence of the match.  These are alignment
3  algorithms.
4           These also result to setting a
5  threshold, but you might be able to trust
6  their outputs more.  But, yeah, at the end of
7  the day you still have this problem with a
8  threshold.
9           So, yeah, as far as what I can
10 think of right now, all automatic methods
11 that you would use for this task rely on the
12 setting of a threshold.  And that is a
13 problem for, you know, having nonzero false
14 positive/false negative error rates.
15      Q.   And that also applies to human
16 methods, right?
17      A.   So that's a little less clear to
18 me.  If you train a human, like you define
19 exactly what it means to be a match and you
20 tell a human -- or you train them in this
21 way, perhaps their error rates would be
22 extremely low.  But that said, that supposes

Case 3:24-cv-05417-AMO   Document 563-12   Filed 01/21/26   Page 19 of 19

Mohit Iyyer | Attorneys Eyes Only | Andrea Bartz, et al. vs. Anthropic PBC

1          CERTIFICATE OF REPORTER

2                    I, MISTY KLAPPER, the officer

3     before whom the foregoing deposition was taken,

4     do hereby certify that the witness whose testimony

5     appears in the foregoing deposition was duly sworn

6     by me; that the testimony of said witness was taken

7     by me in shorthand and thereafter reduced to

8     typewriting by me; that said deposition is a true

9     record of the testimony given by said witness; that

10    I am neither counsel for, related to, nor employed

11    by any of the parties to the action in which this

12    deposition was taken; and, further, that I am not a

13    relative or employee of any attorney or counsel

14    employed by the parties hereto, nor financially or

15    otherwise interested in the outcome of this action.

16

17    _____

18    Misty Klapper, RMR, CRR, CSR, RSA
      and Notary Public

19

20

21

22