# EXHIBIT 59

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4    ANDREA BARTZ, ANDREA BARTZ,   )
      INC., CHARLES GRAEBER, KIRK   )
 5    WALLACE JOHNSON, MJ + KJ,     )
      INC., individually and on     )
 6    behalf of others similarly    )
      situated,                     )
 7                                  )
               Plaintiffs,          )
 8                                  )
      vs.                           )    No. 3:24-cv-05417
 9                                  )
      ANTHROPIC PBC,                )
10                                  )
               Defendant.           )
11    _____)
12
13          TRANSCRIPT DESIGNATED "CONFIDENTIAL"
14
15             VIDEO-RECORDED DEPOSITION OF
16                  ANDREA MARIE BARTZ,
17         Taken in her individual capacity and as
18         a 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.
19              Volume I - Pages 1 through 258
20    _____
21                Friday, March 7, 2025
22                San Francisco, California
23
24    Reported By:  JANE GROSSMAN, CSR No. 5225
25    Job No. SF 7222289
```

Page 1

CONFIDENTIAL

```
 1                       I N D E X
 2    VIDEO-RECORDED DEPOSITION OF ANDREA BARTZ, INDIVIDUALLY,
 3    AND AS A 30(b)(6) WITNESS FOR ANDREA BARTZ, INC.
 4    FRIDAY, MARCH 7, 2025
 5    VOLUME I
 6                                                        PAGE
 7    MORNING SESSION                                       10
 8    AFTERNOON SESSION                                    111
 9    EXAMINATION OF ANDREA BARTZ AS AN INDIVIDUAL
10           BY MR. FARRIS                                  13
11           (Pages 1 through 231)
12    EXAMINATION OF ANDREA BARTZ AS A 30(b)(6)
13    WITNESS FOR ANDREA BARTZ, INC.
14           BY MR. FARRIS                                 232
15           (Pages 232 through 252)
16                        ---oOo---
17                       E X H I B I T S
18       DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION
19       [* Document designated "HIGHLY CONFIDENTIAL."]
20          [** Document designated "CONFIDENTIAL"]
21                        ---oOo---
22    EXHIBIT NO.    DESCRIPTION                          PAGE
23    Exhibit 47    Multipage excerpt from the             68
                    LinkedIn page for Andrea
24                  Bartz (No Bates numbers)
25    / / / / /
```

Page 2

```
 1                      E X H I B I T S
 2                         (Continued)
 3    EXHIBIT NO.    DESCRIPTION                              PAGE
 4    Exhibit 48     Multipage document titled                 84
                    "PLAINTIFFS ANDREA BARTZ AND
 5                   ANDREA BARTZ, INC.'S FIRST
                     SUPPLEMENTAL RESPONSES TO
 6                   FIRST SET OF REQUESTS FOR
                     PRODUCTION OF DOCUMENTS
 7                   (NOS. 1-84)" (No Bates numbers)
 8    Exhibit 49     Two-page document on the letter-          95
                     head of ANDREA BARTZ, with
 9                   the heading "ABOUT ANDI"
                     (No Bates numbers)
10
      Exhibit 50     Multipage document, the first             96
11                   page of which is on the letter-
                     head of Page Vault, showing
12                   information regarding the
                     document titled "Stuff Hipsters
13                   Hate" (No Bates numbers)
14    Exhibit 51 **  Three-page e-mail dated 7/29/            119
                     2019, addressed to andreambartz@
15                   gmail.com, from LinkedIn
                     Customer Support "Subject:
16                   Notice of Copyright Infringe-
                     ment..." (BARTZ000003577 -
17                   BARTZ000003579)
18    Exhibit 52 **  Multipage document on the letter-        138
                     head of N.Y.S. DEPARTMENT OF
19                   STATE, titled "ONLINE FILING
                     RECEIPT," dated as "FILED:
20                   01/20/2016"(BARTZ000000274 -
                     BARTZ000000277)
21
      Exhibit 53     Two-page document on the letter-         145
22                   head of Copyright, United States
                     Copyright Office, titled "Public
23                   Catalog" (BARTZ000000266 -
                     BARTZ000000267)
24    / / / / /
25    / / / / /
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                    E X H I B I T S
 2                       (Continued)
 3    EXHIBIT NO.    DESCRIPTION                              PAGE
 4    Exhibit 54     Two-page document on the letter-          146
                    head of Copyright, United States
 5                  Copyright Office, titled "Public
                    Catalog" (BARTZ000000262 -
 6                  BARTZ000000263)
 7    Exhibit 55 ** Multipage e-mail chain, the top-            148
                    most of which is dated 9/28/
 8                  2020, addressed to Weishuhn,
                    Caroline, from Andrea Bartz,
 9                  "Subject: Re: THE HERD Page
                    Proofs" (BARTZ000003412 -
10                  BARTZ000003415)
11    Exhibit 56 ** Multipage document, the first              153
                    two pages of which are a letter
12                  on the letterhead of RANDOM
                    HOUSE, dated October 22, 2020,
13                  addressed to Andrea Bartz Inc.,
                    from William J. Takes
14                  (BARTZ000003382 - BARTZ000003385)
15    Exhibit 57     Two-page document on the letter-          156
                    head of Copyright, United States
16                  Copyright Office, titled "Public
                    Catalog" (BARTZ000000260 -
17                  BARTZ000000261)
18    Exhibit 58     Two-page document on the letter-          157
                    head of Copyright, United States
19                  Copyright Office, titled "Public
                    Catalog" (BARTZ000000264 -
20                  BARTZ000000265)
21    Exhibit 59 *   One-page document titled                  158
                    "ASSIGNMENT" dated as effective
22                  April 15, 2021 (BARTZ000002334)
23    Exhibit 60 ** One-page document titled                   164
                    "ASSIGNMENT" dated as effective
24                  February 28, 2025 (BARTZ000004686)
25    / / / / /
```

```
                         E X H I B I T S
                            (Continued)
    EXHIBIT NO.    DESCRIPTION                                  PAGE
    Exhibit 61 **  One-page letter on the letter-               167
                   head of ICM PARTNERS, undated,
                   unsigned, addressed "Dear
                   Andi," regarding "THE LOST
                   NIGHT" (BARTZ000000001)

    Exhibit 62 *   Multipage agreement on the letter-           172
                   head of Penguin Random House,
                   dated 2017, regarding "THE LOST
                   NIGHT" (BARTZ000000006 -
                   BARTZ000000022)

    Exhibit 63 **  Multipage agreement on the letter-           190
                   head of Penguin Random House,
                   dated the 12th day of November,
                   2019, regarding "Work #1: THE
                   VISITORS..."  (Designated
                   "CONFIDENTIAL - ATTORNEYS'
                   EYES ONLY") (BARTZ000003427 -
                   BARTZ000003454)

    Exhibit 64 **  Three-page listing of works                  195
                   in progress (Designated
                   "CONFIDENTIAL - ATTORNEYS'
                   EYES ONLY") (BARTZ000004687 -
                   BARTZ000004689)

    Exhibit 65     One-page printout on the letter-             197
                   head of Copyright, United States
                   Copyright Office showing a
                   search for the name "bartz
                   andrea" (No Bates number)

    Exhibit 66 **  Multipage letter on the letter-              209
                   head of CROWN Penguin Random
                   House, dated January 28, 2025,
                   addressed to Andrea Bartz Inc.,
                   with the heading "Royalty
                   Summary Statement For Period
                   April 01, 2024 to September 30,
                   2024" (Designated "CONFIDENTIAL -
                   ATTORNEYS' EYES ONLY")
                   (BARTZ000002339 - BARTZ000002342)
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                    E X H I B I T S
 2                       (Continued)
 3    EXHIBIT NO.    DESCRIPTION                          PAGE
 4    Exhibit 67 **  One-page document on the letter-      213
                     head of ICM PARTNERS, dated
 5                   02/12/2020, titled "Electronic
                     Transfer Detail" (Designated
 6                   "CONFIDENTIAL - ATTORNEYS' EYES
                     ONLY") (BARTZ000000278)
 7
       Exhibit 68    One-page document with the head-      214
 8                   ing "Penguin Random House Author
                     Portal..." for Andrea Bartz
 9                   (BARTZ000000957)
10    Exhibit 69     Multipage document with the head-     215
                     ing "Penguin Random House Author
11                   Portal..." for Andrea Bartz
                     (All pages numbered BARTZ000000960)
12
      Exhibit 70 **  One-page document on the letter-      216
13                   head of Penguin Random House,
                     titled "Author Portal, THE LOST
14                   NIGHT, Sales from Mar 02, 2019 -
                     Jan 04, 2025" (Designated
15                   "CONFIDENTIAL - ATTORNEYS' EYES
                     ONLY") (BARTZ000000958)
16
      Exhibit 71     Multipage document titled             233
17                   "ANTHROPIC PBC'S AMENDED NOTICE
                     OF 30(b)(6) DEPOSITION OF ANDREA
18                   BARTZ, INC." (No Bates numbers)
19                        ---oOo---
20                 PREVIOUSLY MARKED EXHIBITS
21                    REFERRED TO HEREIN
22    EXHIBIT NO.    DESCRIPTION                          PAGE
23    Exhibit 23     Multipage document titled "FIRST      111
                     AMENDED CLASS ACTION COMPLAINT"
24                   (No Bates numbers)
25                        ---oOo---
```

```
 1    say.                                                    09:38:17
 2    BY MR. FARRIS:                                           09:38:18
 3        Q.   Okay.  Do you believe LLMs, based on the        09:38:19
 4    current state of the technology, have the ability to     09:38:24
 5    replace human authors?                                   09:38:26
 6             MS. GEMAN:  Objection.                          09:38:31
 7             THE WITNESS:  In what -- in what way?           09:38:32
 8    BY MR. FARRIS:                                           09:38:34
 9        Q.   In any way do you think LLMs, based on          09:38:34
10    the technology in the world you've seen today, that      09:38:36
11    they're replacing human authors?                         09:38:39
12             MS. GEMAN:  Objection.                          09:38:43
13             THE WITNESS:  I think LLMs, as they are         09:38:46
14    today, are encroaching on work that was once done        09:38:48
15    exclusively by writers.                                  09:38:52
16    BY MR. FARRIS:                                           09:38:55
17        Q.   Where have you seen that happen?                09:38:55
18        A.   To give one example, there is a forger          09:39:03
19    that I follow on social media, who creates her own       09:39:11
20    content.  And she shared that, on Amazon, one of the     09:39:15
21    best-selling forging guides --                           09:39:20
22             MS. GEMAN:  Excuse me.                          09:39:25
23             THE WITNESS:  Bless you.                        09:39:25
24             -- forging guides was written by AI.  And       09:39:28
25    there were reports of people buying this book that,      09:39:31
```

Page 35

| | | |
|---|---|---|
| 1 | clearly, had a lot of errors and actually getting | 09:39:33 |
| 2 | sick from it. | 09:39:39 |
| 3 | But, to me, that shows me that somebody | 09:39:40 |
| 4 | went to Amazon looking to buy a book about forging | 09:39:42 |
| 5 | and, instead of buying it from a human, gave their | 09:39:46 |
| 6 | money to this book by -- written by AI. | 09:39:50 |
| 7 | BY MR. FARRIS: | 09:39:54 |
| 8 | Q.   What's the name of the human author? | 09:39:54 |
| 9 | A.   I don't know her name, but I believe her | 09:39:58 |
| 10 | handle on Instagram, et cetera, is Black Forger or | 09:39:59 |
| 11 | The Black Forger, but I'm not positive. | 09:40:05 |
| 12 | Q.   And I'm -- I'm sorry. | 09:40:09 |
| 13 | Do you know her personally, or do you just | 09:40:10 |
| 14 | know her from following her on social media? | 09:40:11 |
| 15 | A.   From following her on social media. | 09:40:15 |
| 16 | Q.   Okay.  So I take it she posted about this | 09:40:17 |
| 17 | experience. | 09:40:20 |
| 18 | Is that how you learned about it? | 09:40:21 |
| 19 | A.   Yes. | 09:40:23 |
| 20 | Q.   Do you recall what social media site you | 09:40:23 |
| 21 | would have seen it on? | 09:40:25 |
| 22 | A.   I believe it was Instagram. | 09:40:27 |
| 23 | Q.   And do you recall if the circumstances of | 09:40:36 |
| 24 | that were that it was an author -- a human author | 09:40:38 |
| 25 | using AI or an entirely AI-generated book? | 09:40:43 |

| | | |
|---|---|---|
| 1 | A.   I don't know the origin story of this | 09:40:48 |
| 2 | book, but all of the evidence pointed to the named | 09:40:52 |
| 3 | author not being a real person. | 09:40:55 |
| 4 | Q.   Okay.  Okay.  Can you think of any other | 09:41:03 |
| 5 | examples of LLMs encroaching on the work of human | 09:41:09 |
| 6 | authors that you've seen? | 09:41:16 |
| 7 | A.   Yes. | 09:41:19 |
| 8 | Jane Friedman is a author and kind of | 09:41:22 |
| 9 | expert in self-publishing. | 09:41:29 |
| 10 | And she, I believe, has written books | 09:41:32 |
| 11 | herself that she sells about how to -- sort of do | 09:41:38 |
| 12 | self-publishing, guides to self-publishing. | 09:41:42 |
| 13 | And she discovered and shared on her | 09:41:46 |
| 14 | platforms that someone was using her name to sell | 09:41:48 |
| 15 | AI-written books. | 09:41:55 |
| 16 | So, again, people who were coming to | 09:41:57 |
| 17 | Amazon to buy a Jane Friedman book might be giving | 09:42:00 |
| 18 | their money to whoever uploaded this AI-written | 09:42:04 |
| 19 | book, instead of Jane. | 09:42:08 |
| 20 | Q.   Okay.  Is Ms. Friedman someone you know | 09:42:09 |
| 21 | personally or someone you know from social media | 09:42:22 |
| 22 | or -- or the like? | 09:42:25 |
| 23 | MS. GEMAN:  Objection. | 09:42:26 |
| 24 | THE WITNESS:  I know her from social | 09:42:27 |
| 25 | media. | 09:42:28 |

Page 37

| | | |
|---|---|---|
| 1 | BY MR. FARRIS: | 09:42:29 |
| 2 | Q.  Okay.  So the story about Ms. Friedman, | 09:42:29 |
| 3 | would you have learned about it via social media? | 09:42:32 |
| 4 | A.  I can't remember how I learned about it. | 09:42:35 |
| 5 | Q.  Okay.  I can't remember if you said or | 09:42:37 |
| 6 | not, so apologies if you already said. | 09:42:42 |
| 7 | Do you follow her on Instagram or | 09:42:44 |
| 8 | something else? | 09:42:46 |
| 9 | A.  I'm not sure where I follow her. | 09:42:50 |
| 10 | Q.  Okay.  Okay.  Any other examples you can | 09:42:52 |
| 11 | think of where you've seen LLMs potentially encroach | 09:42:59 |
| 12 | into the work of human authors? | 09:43:03 |
| 13 | A.  The last thing that comes to mind is a | 09:43:08 |
| 14 | friend of mine, who is a pop culture writer, | 09:43:10 |
| 15 | discovered that someone is selling an AI-written | 09:43:14 |
| 16 | biography of her full of complete falsehoods. | 09:43:19 |
| 17 | But, presumably, if somebody did want to | 09:43:28 |
| 18 | write a biography of her, you know, instead of a | 09:43:31 |
| 19 | human doing it, now there's an AI-written book.  So | 09:43:35 |
| 20 | that potentially could take away the -- the work of | 09:43:39 |
| 21 | a biographer, for example. | 09:43:42 |
| 22 | Q.  Yeah.  What -- what's the name of this | 09:43:44 |
| 23 | person? | 09:43:45 |
| 24 | A.  Her name is Jennifer Keishin Armstrong. | 09:43:46 |
| 25 | Q.  Do you mind spelling that one? | 09:43:50 |

Page 38

| | | |
|---|---|---|
| 1 | A. Sure. Jennifer is with a J, | 09:43:52 |
| 2 | J-e-n-n-i-f-e-r; Keishin is K-e-i-s-h-i-n; and | 09:43:56 |
| 3 | Armstrong is the typical spelling. | 09:44:05 |
| 4 | Q. And she's a personal friend of yours? | 09:44:12 |
| 5 | A. Yes. | 09:44:14 |
| 6 | Q. How do you know Ms. Armstrong? | 09:44:14 |
| 7 | A. She was a mentor of mine when I was an | 09:44:17 |
| 8 | intern nearly 20 years ago. | 09:44:21 |
| 9 | Q. Okay. Did she tell you in a face-to-face | 09:44:23 |
| 10 | conversation about this incident with the biography? | 09:44:28 |
| 11 | A. She told me about it via text. | 09:44:32 |
| 12 | Q. Okay. Do you know if she did anything to | 09:44:34 |
| 13 | get that work taken down or how she responded to it? | 09:44:42 |
| 14 | A. I don't know. | 09:44:45 |
| 15 | Q. Did she say anything about how she knew | 09:44:48 |
| 16 | the biography was written by AI, as opposed to just | 09:44:50 |
| 17 | being written by a human? | 09:44:54 |
| 18 | A. Well, her belief that it was written by AI | 09:44:56 |
| 19 | included the fact that the named author didn't seem | 09:45:00 |
| 20 | to exist, and the facts were incorrect. | 09:45:03 |
| 21 | But she could sort of trace the origin of | 09:45:12 |
| 22 | why -- for example, her -- her middle name, Keishin, | 09:45:15 |
| 23 | is because -- is a Buddhist given name, but the | 09:45:21 |
| 24 | biography said that she has a Japanese mother. And | 09:45:24 |
| 25 | so we could see how it appeared to be extrapolating | 09:45:27 |

Page 39

| | | |
|---|---|---|
| 1 | from actual facts about her. | 09:45:31 |
| 2 | Q. Okay. Anything else that she said that | 09:45:35 |
| 3 | caused her to believe it was written by AI? | 09:45:37 |
| 4 | A. I'm not sure. | 09:45:46 |
| 5 | Q. Okay. Okay. Sitting here today, do you | 09:45:47 |
| 6 | think LLM technology is a good thing or a bad thing? | 09:46:10 |
| 7 | MS. GEMAN: Objection. | 09:46:13 |
| 8 | THE WITNESS: I -- I think it is a tool, | 09:46:16 |
| 9 | and I don't think -- like all tools, I don't think | 09:46:18 |
| 10 | it's all good or all bad. | 09:46:21 |
| 11 | BY MR. FARRIS: | 09:46:23 |
| 12 | Q. Do you think there are some potential | 09:46:23 |
| 13 | benefits to society from LLMs? | 09:46:25 |
| 14 | A. Yes. | 09:46:28 |
| 15 | Q. Okay. Do you think there are also | 09:46:29 |
| 16 | potential harms to society from LLMs? | 09:46:31 |
| 17 | A. Yes. | 09:46:35 |
| 18 | Q. Okay. What are you hoping to get out of | 09:46:36 |
| 19 | this case? | 09:46:42 |
| 20 | MS. GEMAN: Objection. | 09:46:43 |
| 21 | THE WITNESS: Well, as the Complaint | 09:46:46 |
| 22 | states, I think the hope is that the authors | 09:46:48 |
| 23 | whose copyrighted works were used without their | 09:46:54 |
| 24 | permission, used duplicated and -- used as training | 09:46:58 |
| 25 | data without their consent or any licensing offered, | 09:47:03 |

Page 40

```
 1                    CERTIFICATE OF REPORTER
 2              I, the undersigned, a Certified Shorthand
 3      Reporter of the State of California, do hereby
 4      certify:
 5              That the foregoing proceedings were taken
 6      before me at the time and place herein set forth;
 7      that any witnesses in the foregoing proceedings,
 8      prior to testifying, were administered an oath; that
 9      a record of the proceedings was made by me using
10      machine shorthand which was thereafter transcribed
11      under my direction; and that the foregoing
12      transcript is a true record of the testimony given.
13              Further, that if the foregoing pertains to
14      the original transcript of a deposition in a Federal
15      Case, before completion of the proceedings, review
16      of the transcript [X] was [ ] was not requested.
17              I further certify I am neither financially
18      interested in the action nor a relative or employee
19      of any attorney or any party to this action.
20              IN WITNESS WHEREOF, I have this date
21      subscribed my name.
22                         Dated:  March 12, 2025
23                         [signature: Jane Grossman]
24
                           JANE GROSSMAN
25                         CSR No. 5225
```