# EXHIBIT 60

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---oOo---

ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, MJ + KJ, INC., individually and on behalf of others similarly situated,

Plaintiffs,

vs. No. 3:24-cv-05417

ANTHROPIC PBC,

Defendant.

TRANSCRIPT DESIGNATED "CONFIDENTIAL"

VIDEO-RECORDED DEPOSITION OF
CHARLES ANDREW GRAEBER
Volume I
Pages 1 through 235

Wednesday, March 5, 2025
San Francisco, California

Reported By: JANE GROSSMAN, CSR No. 5225

Job No. SF 7222284

I N D E X

VIDEO-RECORDED DEPOSITION OF CHARLES ANDREW GRAEBER
WEDNESDAY, MARCH 5, 2025
VOLUME I

| | | PAGE |
|---|---|---|
| MORNING SESSION | | 9 |
| AFTERNOON SESSION | | 146 |
| EXAMINATION BY: | MR. FARRIS | 11 |

---oOo---

E X H I B I T S

DEPOSITION EXHIBITS MARKED FOR IDENTIFICATION
[* Document designated HIGHLY CONFIDENTIAL."]
[** Document designated "CONFIDENTIAL"]

---oOo---

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Multipage excerpt from LinkedIn Re: Charles Graeber (No Bates numbers) | 60 |
| Exhibit 2 | Multipage excerpt from LinkedIn for Charles Graeber with the heading "Experience" (No Bates numbers) | 61 |
| Exhibit 3 | Multipage document titled "PLAINTIFF CHARLES GRAEBER'S FIRST SUPPLEMENTAL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-83)" (No Bates numbers) | 75 |

/ / / / /
/ / / / /

E X H I B I T S
(Continued)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 4 | One-page screenshot from a Twitter account with the Twitter handle "@TheGoodNurseBK" (No Bates number) | 81 |
| Exhibit 5 | Two-page printout of the bio page from the URL charlesgraeber.com (No Bates numbers) | 85 |
| Exhibit 6 | One-page screenshot from a Twitter account with the Twitter handle "@TheGoodNurseBK," dated March 26th, 2024 (No Bates number) | 93 |
| Exhibit 7 | Multipage document titled "FIRST AMENDED CLASS ACTION COMPLAINT" (No Bates numbers) | 97 |
| Exhibit 8 ** | Manuscript for The Good Nurse (BARTZ000001676 - BARTZ000001995) | 116 |
| Exhibit 9 | Two-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (BARTZ000000256 - BARTZ000000257) | 124 |
| Exhibit 10 * | Multipage agreement on the letter-head of GRAND CENTRAL PUBLISHING, dated September 6, 2007 (BARTZ000000207 - BARTZ000000224) | 127 |
| Exhibit 11 * | One-page document on the letter-head of WOODCUT MEDIA, titled "ADULT CONTRIBUTOR'S CONSENT FORM," dated as signed 08/20/2024 (BARTZ000000242) | 153 |

/ / / / /
/ / / / /

E X H I B I T S
(Continued)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 * | Multipage letter on the letter-head of 22nd Street Entertainment, LLC, "Dated as of December 16, 2019," addressed to Charles Graeber (BARTZ000004621 - BARTZ000004672) | 155 |
| Exhibit 13 * | Three-page document on the letter-head of Writers House LLC, addressed to Having & Selling LLC, titled "Consolidated 2024 Tax Statement..." (BARTZ000002331 - BARTZ000002333) | 158 |
| Exhibit 14 ** | Manuscript for The Breakthrough BARTZ000002011 - BARTZ000002330) | 175 |
| Exhibit 15 | One-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (BARTZ000000255) | 182 |
| Exhibit 16 ** | Multipage agreement on the letter-head of GRAND CENTRAL PUBLISHING, dated December 14, 2015, (BARTZ000000225 - BARTZ000000241) | 183 |
| Exhibit 17 | Two-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (No Bates numbers) | 189 |
| Exhibit 18 | One-page document on the letter-head of Copyright, United States Copyright Office, titled "Public Catalog" (No Bates number) | 192 |
| Exhibit 19 * | Multipage document on the letter-head of hachette Book Group, titled "The Good Nurse" (BARTZ000001996 - BARTZ000002010) | 197 |

/ / / / /

E X H I B I T S
(Continued)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 20 ** | Multipage document on the letter-head of hachette Book Group, titled "The Breakthrough" (BARTZ000003387 - BARTZ000003394) | 207 |
| Exhibit 21 * | Two-page document titled "SECOND PUBLICATION RIGHTS AGREEMENT," dated July 22, 2019, with hand-written interlineations (BARTZ000003763 - BARTZ000003764) | 224 |
| Exhibit 22 | Multipage document titled "PLAINTIFF CHARLES GRAEBER'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT ANTHROPIC PBC'S FIRST SET OF INTERROGATORIES (NOS. 1-15)" (No Bates numbers) | 226 |

---oOo---

Proceedings Commenced: 9:11 a.m.

RECESSES

10:16 a.m. until 10:27 a.m.

11:38 a.m. until 11:47 a.m.

Luncheon Recess: 12:44 p.m. until 1:21 p.m.

2:11 p.m. until 2:19 p.m.

3:17 p.m. until 3:31 p.m.

Proceedings Adjourned: 3:44 p.m.

---oOo---

A. Can you define "creative writing" for me? 09:35:50

Q. Like, to write a story, for example. Did you ever ask it to write a story? 09:35:55 09:35:57

A. No. 09:36:00

Q. Okay. Have you ever seen an output from any LLM, whether or not you were operating it, under any circumstances that -- that looked similar to your books? 09:36:00 09:36:18 09:36:21 09:36:24

A. Similar in what way? 09:36:28

Q. That had text that appeared to be similar to your books. 09:36:32 09:36:34

A. Similar? Can you give me another word for "similar"? 09:36:39 09:36:42

Q. Well, I'm -- I'm wondering if you have seen an output from any LLM under any circumstances that looked like, "That's text from my books." 09:36:44 09:36:46 09:36:50

A. That looked as if -- if it came from one of my books? 09:36:59 09:37:00

Q. Correct. 09:37:02

A. No. 09:37:03

Q. Do you believe LLMs currently are capable of generating writing of the quality of human authors? 09:37:26 09:37:30 09:37:34

A. Of -- of any or all human authors? 09:37:42

Q. Of any. 09:37:45

MS. SALINAS: Objection. Form. 09:37:48

THE WITNESS: I -- I don't know if my answer would be useful. 09:37:52 09:37:54

I -- I can imagine that there are humans that write in a way that an LLM also writes like. 09:37:59 09:38:04

BY MR. FARRIS: 09:38:12

Q. Okay. Do you believe that there's an LLM that's capable of writing -- producing writing at the same level of quality that you yourself produce? 09:38:12 09:38:18 09:38:22

A. I wouldn't know. 09:38:25

Q. Have you ever seen that? 09:38:26

A. I don't know that I could make a judgment like that. 09:38:33 09:38:36

Q. Okay. So if -- if you've never seen Claude output any text that looks like anything you've written in your books, how did Anthropic commit copyright infringement? 09:38:37 09:38:59 09:39:04 09:39:08

MS. SALINAS: Objection. Form. 09:39:11

THE WITNESS: I don't understand the question. 09:39:12 09:39:13

BY MR. FARRIS: 09:39:13

Q. Yeah. So you -- you do not allege that Claude has created an output that has infringed your copyright, do you? 09:39:15 09:39:18 09:39:22

A. I do not. 09:39:23

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; and that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [x] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: March 11, 2025

Jane Grossman

JANE GROSSMAN

CSR No. 5225