UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ET AL.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>　　　　　Defendant. | Case No.  3:24-cv-05417<br><br>**DECLARATION OF CHARLES GRAEBER IN SUPPORT OF REPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

- 1 -

DECLARATION OF CHARLES GRAEBER
CASE NO. 3:24-CV-05417

I, Charles Graeber, declare:

1. I am an author and journalist who resides in Nantucket, Massachusetts.

2. I am the author of The Breakthrough: Immunotherapy and the Race to Cure Cancer ("The Breakthrough") and The Good Nurse: A True Story of Medicine, Madness, and Murder ("The Good Nurse"). I am also the legal owner of the registered copyrights for The Breakthrough and The Good Nurse.

3. I am the sole owner of Having & Selling, LLC. On June 24, 2021, Having & Selling, LLC entered into a Memorandum of Agreement with La Nave di Teseo Editore Sri to license the publication of The Good Nurse in the Italian language ("Italian Agreement"). On March 3, 2023, Having & Selling, LLC entered into a Memorandum of Agreement with Nakladatelstvi Jota to license the publication of The Good Nurse in the Czech language ("Czech Agreement"). The Italian Agreement and the Czech Agreement do not reflect a change in the legal copyright ownership of the Good Nurse. I remain the legal owner of the registered copyright for The Good Nurse. I have never entered into any agreement assigning ownership rights of the registered copyright for the Good Nurse to Having & Selling, LLC.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: April 30, 2025

                                           Respectfully submitted,

                                           */s/* Charles Graeber
                                           Charles Graeber