Robert Sappington
4308 201st Ave NE
Sammamish, WA 98074

January 7, 2026

**VIA U.S. MAIL**

Class Action Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

RECEIVED

JAN 1 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Objection to Class Action Settlement

Case Name: Bartz et al. v. Anthropic PBC
Case Number: 3:24-cv-05417-WHA (N.D. Cal.)
Presiding Judge: Hon. William Alsup

Dear Class Action Clerk:

I, Robert Sappington, am a Class Member in the above-captioned matter. I am writing to formally object to the proposed Class Action Settlement with Anthropic PBC.

I. PROOF OF CLASS MEMBERSHIP

I am the legal owner of all copyrights for the following work included in the Settlement Class:

- **Title of Work:** Dense Space
- **ISBN / ASIN:** 0988775786 / B01MZ6IWZE
- **U.S. Copyright Reg. No:** TX0008394277
- I confirm this work appears on the Settlement Website's "Works List".

II. STATEMENT OF OBJECTION

I object to the Settlement for the reasons set forth below. I believe the Settlement is not fair, reasonable, or adequate under Rule 23(e) of the Federal Rules of Civil Procedure. My objection applies to the entire class.

1

1. Inadequate Compensation

The proposed payment of approximately $3,000 per work is insufficient compensation for the willful ingestion of my creative work into a commercial AI model. This amount fails to account for the perpetual commercial value Anthropic derives from my intellectual property. Further, the low penalty for such egregious infringement sets a bad precedent.

2. Release of Claims is Too Broad

The scope of the release is overly broad. It unfairly prevents Class Members from pursuing future claims related to the ongoing use of models already trained on our works, effectively granting a perpetual license without ongoing compensation.

3. Excessive Attorneys' Fees

The request for 25% of the settlement fund in attorneys' fees is disproportionate to the actual benefit delivered to the class, specifically considering the maximum penalty is $250,000 (18 U.S.C. §§ 2319(b), 3571(b)(3)). **The proposed settlement is 98.8% below the maximum penalty, which should be levied in willful and excessive violations such as Anthropic's infringement. I recommend the Court reduce the attorneys' fees by 98.8% to reflect their poor performance.** I suspect that if the Court adopts this approach the attorneys will no longer believe the settlement is adequate.

III. INTENT TO APPEAR

I DO NOT intend to appear and speak at the Final Fairness Hearing currently scheduled for April 23, 2026. I am not represented by counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sincerely,

Robert Sappington

2

Sappington
4308 201st Ave NE
Sammamish, WA 98074

SEATTLE WA 980

8 JAN 2026   PM 5  L

Class Action Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

RECEIVED

JAN 1 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

chambers
review

94102-348999