FILED

JAN 16 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sir or Madam:

I am writing to object to the settlement of *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.). The objection pertains to my sole-author book *Rethinking Western Approaches to Counterinsurgency: Lessons from post-colonial conflict* published by Routledge (ISBN 9781138819337) that has been identified as a work included in those from which material was taken by Anthropic.

The specific grounds for the objection is the limitation of the case's applicability to only authors whose works are formally registered with the U.S. Copyright Office. My rights as author have been asserted in accordance with sections 77 and 78 of the British Copyright, Designs and Patents At 1988 given its having a British publisher. (See pages 3 and 4 of the attached publishing agreement.) I assume this objective would apply to many US (American citizen) authors such as myself whose books have international publishers, making mine a subset of the prospective members of the Class. (Note that my address on the publishing agreement is an Australian one as I was on the faculty of the Australian National University at the time. I have since returned to and reside in the United States.)

I do not have legal representation for this objection, instead submitting it personally. I do not intend to appear at the final approval hearing.

Please contact me should you need further information or clarification.

My thanks,

Russell W. Glenn
104 Heritage Pointe
Williamsburg, VA 23188

Encl:
- Taylor & Francis contract with author of *Rethinking Western Approaches to Counterinsurgency*
- Copyright page to *Rethinking Western Approaches to Counterinsurgency*

 **Taylor & Francis**
Taylor & Francis Group



**This Publishing Agreement is made** this 15th May 2014

between

(1)    **Russell W. Glenn** (the 'Author', which includes the Author's executors, administrators, successors and assignees, as may be appropriate) of

**Russell W. Glenn**
**239A Hindmarsh Drive**
**Rivet ACT 2611**
**Australia**

and

(2)    Informa UK Limited trading as Routledge, an imprint of Taylor and Francis ('the Publishers'), which includes the Publishers' successors in business, of

**2 Park Square**
**Milton Park**
**Abingdon**
**Oxford**
**OX14 4RN**

**1      Author's Obligations**

1.1    The Author agrees to write, compile or edit, a work provisionally titled

**Rethinking Western Approaches to Counter-insurgency: Moving beyond the post-colonial era [working title]**

that incorporates the materials specified in Schedule 1 to this Agreement (the 'Work').

1.2    The Author will deliver to the Publishers by **31 July 2014** (the 'Due Date'):

(a) the complete typescript of the Work in Microsoft Word format or another recognisably generic format such as Rich Text Formatting (RTF) which will be no longer than **120,000** words (including the references, bibliography, figures, illustrations and index), and will be prepared according to the Publishers' Guide for Authors as amended from time to time;

(b) a completed marketing questionnaire, previously supplied by the Publishers; and

(c) all photographs, drawings, diagrams, tabular material and any other material as are necessary to illustrate and complete the Work (together the 'Illustrations'). The Illustrations supplied by the Author will be ready for reproduction, and the Author will be responsible for costs incurred if the Illustrations need correction or re-drawing. In addition, the Illustrations and other additional material will be returned to the Author if the Author requests this, but the Publishers will not be responsible for any accidental loss or damage to the material while it is in their possession.

1.3     The Author will:

(a) be responsible for obtaining and paying for any third party permissions for the use of copyright material to be used in the Work, and will deliver to the Publishers, with the typescript, a complete list of materials taken from other sources together with any relevant permissions;

(b) retain a duplicate copy of the Work, the Illustrations and all other material supplied to the Publishers; and

(c) by no later than the time that page proofs are approved for publication as described in Clause 6, compile an index for the Work, of a length and nature acceptable to the Publishers. Should the Author be unable or unwilling to compile an index the Publishers may arrange for its compilation and the cost will be charged to the Author and/or deducted from any payments that may become owed to the Author under Clauses 9 or 10.

**2       Acceptance for Publication**
2.1     If the Publishers decide not to publish the Work, they will give the Author their reasons in writing. The obligation to repay the Publishers any monies already paid to the Author will depend on the Publishers' reasons for not publishing the Work, and may be discussed when the Agreement is terminated.

2.2     The reasons why the Publishers may decide not to publish the Work may include any of the following.

(a) The Author fails to deliver any item mentioned in Clause 1.2 by the Due Date, in which case the Publishers may decline to publish the Work, and have the right to demand the return of any royalty advance which has been paid under the terms of this Agreement and/or set off an amount against the royalties of other books contracted between the Author and Publishers if necessary.

(b) The Work is delivered, but does not conform to the scope or content of the specifications agreed, or to the academic standard that might reasonably be expected. In this event the Publishers will have the right to request the Author to make revisions to the Work. If the Publishers consider that such revisions are unsatisfactory in form and content, or the Author is unwilling to make such revisions, then the Publishers may terminate the contract with

2

written notification, and the Author will repay to the Publishers any monies already paid by the Publishers to the Author in connection with the Work. When the contract is terminated, all rights granted to the Publishers in this Agreement will revert to the Author.

(c) The Work delivered to the Publishers exceeds the agreed length by more than 10%.

If so the Publishers may either request the Author to make the necessary reductions, or reduce the royalty rates specified in Clauses 9.1 (a) and 9.1 (b) below by half on the first printing of the Work.

(d) The Publishers consider it necessary to submit the Work for legal or other professional review, in which case acceptance of the Work will be conditional until any changes which may be requested by the Publishers as a result of such review, have been made by the Author and accepted by the Publishers in writing.

## 3    Copyright

3.1    The copyright in the Work will remain the property of the Author. The copyright notice to be printed in the Work will be in the name of **Russell W. Glenn** with year of first publication.

3.2    (a) In consideration of the payment to the Author of the fee and/or applicable royalty percentages of the Publishers' receipts set out in Clause 9, the Author grants to the Publishers the sole and exclusive right and license to produce and publish, and to license others to produce and publish, the Work or any abridgement, adaptation or translation of the Work, or any part of the Work, in all forms and media, in all languages throughout the world for the full term of copyright, (including all renewals and extensions of that term).

(b) The rights granted to the Publishers in this Agreement, shall include but not be limited to:

(i) the rights specified in Clauses 9 and 10; and

(ii) the sole and exclusive right to edit, adapt, produce, publish, disseminate, enrich or otherwise make available and to license others to produce, publish, disseminate, enrich or otherwise make available the Work or any part of the Work in any digital, online or electronic form now known or later invented, in all languages throughout the world for the full term of copyright (including all renewals and extensions of that term) and the right to renew and extend such right.

3.3    The Author may use no more than 10% of material from the Work in academic or professional journals, and for the Author's professional purposes, provided that he/she informs the Publishers in advance, and acknowledges the Work and the Publishers.

3

3.4    The Author asserts to the Publishers their moral right to be identified as the Author of the Work in accordance with sections 77 and 78 of the Copyright, Designs and Patents Act 1988.

3.5    The Publishers undertake to place the following notice with due prominence in every copy of the Work published by them in the United Kingdom:

> 'The right of **Russell W. Glenn** to be identified as the author of this Work has been asserted by him/her in accordance with sections 77 and 78 of the Copyright, Designs and Patents Act 1988.'

3.6    Notwithstanding the provisions of Clause 20, no accidental or inadvertent failure by the Publishers or by any third party to include such a notice shall constitute a breach of this Agreement or the Author's rights.

## 4    Author's warranty and indemnity

4.1    The Author warrants to the Publishers that:

(a) the Author is the legal owner with full title guarantee of the copyright in the Work or to the extent that the Author is not, has obtained all necessary permissions, and thus has full power to make this Agreement;

(b) the Work is original (except for material in the public domain, and material included with written permission of the copyright owners), and that it has not previously been published in any form in the territories covered by this Agreement and does not violate or infringe any existing copyright or licence, or any other right of any person or party;

(c) the Work contains nothing libellous, obscene or unlawful, and that it respects the privacy of any individual(s) named therein and that all statements purporting to be facts are, to the best of the Author's knowledge and belief, true;

(d) all and any programmes in the Work have been prepared with due care and attention and have been adequately tested; and

(e) any recipe, formula or instruction in the Work will not, if followed correctly, cause physical injury or damage to any person.

4.2    The Author will indemnify the Publishers against any loss, injury or damage (including any legal costs or expenses, and any compensation costs paid by the Publishers) arising from any alleged facts or circumstances which, if true, would constitute a breach of the warranties.

4.3    All warranties and indemnities in Clause 4 (this clause) will survive any termination of  this Agreement.

## 5    Publishers' Activities

4

5.1    If the Publishers accept the Work for publication in accordance with the provisions of Clause 2, then unless they are prevented from doing so by circumstances beyond their reasonable control, the Publishers will publish the Work at their own expense as soon as practicable and no later than eighteen months after full delivery of accepted Work from the Author.

5.2    The Publishers will have the right to make any decisions they see fit concerning the production, design, publication, marketing, sales, distribution, licensing, permissions and pricing of the Work, including the number of copies printed, format, paper, printing, binding, jacket and cover designs.

5.3    The Publishers will not be responsible for any accidental loss or damage to the Work while it is in their custody, or in the course of production.

**6    Proofs and alterations**

Following acceptance by the Publishers of the Work, the Publishers will prepare and deliver proofs to the Author. The Author will read and correct the proofs of the Work and will promptly return them to the Publishers. If the Author fails to return the corrected proofs at the time agreed with the Publishers, the Publishers will consider the proofs as being approved by the Author for publication. Any alterations made by the Author to the proofs, or to the finished artwork (other than the correction of the Publishers' or printers' errors) may be charged to the Author at cost per line changed. The Publishers may request the Author to pay these charges directly to the Publishers, or they may be deducted from any payment specified in this Agreement.

**7    Free copies**

7.1    The Publishers will send to the Author immediately after first publication of the Work 6 (six) free copies of the Work in the first format in which it is published. If the Work is published in hardback and paperback simultaneously, the Author will receive 2 (two) hardbacks and 9 (nine) paperback copies.

7.2    The Author will be entitled to purchase directly from the Publishers at normal trade terms additional copies for personal use (but not for resale). The Author will also have the right to purchase other publications of the Publishers on trade terms for personal use only. The Author will pay the Publishers in advance for any such orders, and except for orders sent by surface mail to addresses in the UK and Western Europe, will pay the postage costs.

7.3    The Publishers will also provide the Author with access to one copy of any eBook or online version of the Work that they produce.

**8    Conflicting publications**

Subject to the provisions of Clause 3.3, the Author warrants that during the continuance of this Agreement no material written or edited by the Author will be published which may reasonably be considered by the Publishers to

5

directly compete with or tend to lessen the sale of the Work (a 'Conflicting Publication'), unless the Author has sought and the Publishers have granted permission for that material to be published. In addition, the Author warrants to the Publishers that no Conflicting Publication has already been published and undertakes that he/she will not enter into any agreement to publish a Conflicting Publication.

**9      Rights, Royalties and Payments to the Author**

9.1     Unless otherwise agreed in writing by the parties the Publishers will pay royalties at the rates set out in Clause 9.1 (this clause) to **Russell W. Glenn** in respect of the following sales of the Work.

(a)  Hardback sales:
2.5% up to the sale of 200 copies rising to 5% thereafter (also referred to as net receipts) received by the Publishers on all copies sold throughout the world

(b) Paperback sales:
5% of the actual amounts received by the Publishers on all copies sold throughout the world.

(c) Rental of whole or part of the Work:
5% of the actual amounts received by the Publishers on receipts from rentals throughout the world.

(d) Sales of the book in electronic form (i.e. a copy of the Work which can be or is read, viewed, downloaded, or podcasted by the reader in or by a digital format, whether or not available over the World Wide Web):
5% of the actual amounts received by the Publishers on all copies sold throughout the world.

(e) Book club sales:
5% of the actual amounts received by the Publishers.

(f) Special discount sales:
On all sales at 50% or more off the UK or US published price, 5% of the actual amounts received by the Publishers.

(g) Customized text sales:
If the Publishers include a substantial part of the Work with the Work of other Authors, e.g. for course use, the Author will receive a share of the royalties in the customized text in proportion to the percentage of the Author's text used. The maximum royalties payable on any customized text will be 10% of the Publishers' net receipts.

(h) Remainder sales:
5% of the actual amount received by the Publishers in respect of all copies of the Work remaindered above cost.

(i) Audio and video rights:
5% of the actual amounted received by the Publishers.

9.2    All royalties specified in Clause 9.1 will be calculated on the Publishers' sales exclusive of any copies remaindered at or below cost, returned, destroyed in transit, provided for review, or given free to the Author.

## 10    Subsidiary rights and Royalties

10.1    Unless otherwise agreed in writing by the parties the Publishers will pay to the Author the following percentages of the net amounts received by the Publishers from any sales of the following rights in the Work.

(a) Anthology and quotation rights                              25%
*i.e. The exclusive right to publish, and to license others to publish, extracts from the Work in book or eBook form, including all original maps, plans or illustrations supplied by the Author.*

(b) Book club rights (where the book club produces its own edition)    50%

(c) Reprint rights licensed to another publisher              50%

(d) Translation rights                                        50%

(e) Coursepack rights                                         10%
*i.e. The right to reproduce, or license others to reproduce, extracts from the Work in a collection of material designed to support a module or course of study.*

(f) Electronic and Mechanical reproduction rights             25%
*i.e. The right to license others to reproduce the Work, or parts of it, by electronic, mechanical or any other form of copying, recording or transmission, including without limitation, copying or recording by phonographic, photographic, magnetic or laser means onto film, microfiche, slides, filmstrips, transparencies, audio and video cassettes and CDs, floppy disks, computer software media, or any other human or machine-readable medium, and the broadcast or transmission of these. ·*

(g) Non-commercial rights for the Print Handicapped
*i.e. The Publishers may authorize free of charge the reproduction or recording of the Work in Braille or as a Talking book, or as a microfilm, cassette or PDF file for the exclusive use of blind or handicapped people. This permission will only be granted for the material to be used on a non-commercial basis.*

(h) Serial rights, film rights, drama and performance right, merchandising and commercial rights                                          10%

7

(i) In respect of any subsidiary rights not specified above, payments to the Author    shall be mutually agreed in writing.

10.2    The rights granted by the Author in this Agreement shall include (where appropriate) the right to publish or license the publication of the Work in all formats now known or later invented.

## 11    Royalty Disputes

The existence of a dispute over the royalties shall not prevent the Publishers continuing to exploit the rights granted under this Agreement.

## 12    Copyright Licensing Agency

The Publishers have empowered the Copyright Licensing Agency (CLA) to grant non-exclusive licences to reproduce by photocopying, other reprographic means, and digitally in electronic form, works published by the Publishers.

The Work will be included with those works, and the CLA will divide the proceeds from reprographic reproduction of the Work authorised by CLA equally between the Author and the Publishers.

The Author will receive the Author's share of the proceeds through the Authors' Licensing and Collecting Society (ALCS) in accordance with ALCS standard terms and conditions.

## 13    Royalty Accounting

13.1    The Publishers will prepare once annually clear statements of the sales of the Work to the 31st day of December, and these accounts will be sent to the Author, together with any payment due, on the following 1st May. If the Author's earnings from each separate right licensed in any accounting period are less than £25, no statement will be sent, or payment made, and the amount will be carried over to the next accounting period.

13.2    The Author or his/her representative may, if they make a written request with reasonable notice, examine the Publishers' accounts as they relate to the Author's Work, once in any accounting year.

## 14    Tax

The Publishers will deduct, from any money due to the Author under the terms of this Agreement, any payments that the Publishers have a legal obligation to deduct in respect of tax, duty, or similar levy.

## 15    Copyright infringement

15.1    If the Publishers consider that the copyright in the Work has been infringed they may at their sole discretion be entitled to take proceedings in their sole name and shall retain any sum received by way of damages. The Publishers shall be entitled to use the Author's name in proceedings but shall indemnify the Author against any damages and costs which may arise out of proceedings taken, provided that the Author is not in breach of any of their obligations under the Agreement and that the Author shall make no response to or admission in relation to any such claim, without the consent of the

Publishers. The Publishers shall retain the right to defend any such claim or shall, if the Publishers deem appropriate, make a settlement on any such claim, at the Publishers' own discretion, and the Author shall co-operate fully in defence of any such claim.

15.2    The Author agrees to execute any documents and do any acts reasonably appropriate to give effect to the rights of the Publishers granted by this clause.

## 16    New editions

16.1    If the Publishers consider that a new edition of the Work is needed, they will notify the Author in writing.

16.2    At the Publisher's request and subject to such other terms and conditions as it may reasonably specify in its sole discretion, the Author shall prepare and deliver a manuscript for a revised edition of the Work.  Subject to the provisions of this Clause 16,  each revised edition shall be deemed to be covered by the terms and conditions of this Agreement to the same extent as if it were the Work referred to in this Agreement; except that there shall be no advances or grants payable in connection with revisions or future editions (if any) of the Work unless such advances and/or grants are expressly agreed to in writing by the Publisher and the Author.

16.3    If the Author alone is unable or unwilling to revise and update the Work, the Publishers may, after informing the Author of their intention in writing, arrange for a competent person(s) to do so, and may deduct any cost reasonably incurred by Publishers of doing this from any sums payable to the Author.

~~17    Option on Future Work~~

~~The Author grants to the Publishers the first refusal of (including the first opportunity to read and consider for publication) the Author's next work suitable for publication in volume and/or electronic form, and the Author will not offer such work for publication to any other publisher until an offer made by the Publishers has been considered and declined. If terms for publication of the new work have not been agreed with the Publishers within three months of receipt by the Publishers, the Author will be free to enter into an agreement with any other publisher.~~

## 18    Death of the Author

18.1    All sums payable to the Author under the terms of this Agreement will continue to be paid to the deceased Author's representatives on any edition of the Work available from the Publishers at the time of his/her death and on any reprints and sub-leases of those editions.

18.2    All sums payable to the Author under the terms of this Agreement will continue to be paid to the Author's representatives on the next revised edition of the Work following the Author's death, including any reprints and

9

sub-leases, less any fees or royalties payable to an editor or reviser in the course of preparing that edition for publication.

18.3   On any further revised editions of the Work (after that specified in Clause 18.2) the Author's representatives will not be paid.

## 19   Out of Print

When, in the sole judgement of the Publishers, the demand for the Work is no longer sufficient to warrant keeping it available for purchase, the Work may be allowed to go out of print. If within six months of a written request by the Author, the Publishers do not make the Work available for purchase in at least one English language edition, in any format, including copies manufactured on demand or electronically transmitted, then this Agreement will terminate, and all rights granted to the Publishers under this Agreement will revert to the Author.

## 20   Termination

20.1   Should the Publishers by themselves or anyone acting on their behalf fail to fulfil or comply to a material extent with any of the conditions accepted by them in this Agreement within 60 days of receipt of written notice from the Author of that failure, or should the Publishers go into liquidation (other than voluntary liquidation for the purpose of reconstruction only), or have a Receiver appointed of the Publishers' business then all rights will revert to the Author and this Agreement will terminate automatically.

20.2   If the Agreement is terminated under Clauses 19 or 20.1, all rights will revert to the Author with the exception of:
(a) subsidiary rights properly entered into by the Publishers; and
(b) the right of the Publishers to continue to sell any copies they have in stock at the date the contract is terminated and honour any existing subscription, access or licensing arrangements already entered into.

## 21   Entire Agreement

This Agreement constitutes the entire and sole Agreement between the parties with respect to its subject matter and supersedes any and all previous Agreements and understandings, whether written or oral. No addition to or modification of any provision of this Agreement or consent granted pursuant to it, shall be binding upon the parties unless it is in writing and signed on behalf of the Author and the Publishers.

## 22   Arbitration

If any difference arises between the Author and the Publishers concerning the meaning of this Agreement or the rights and liabilities of the parties, it will in the first instance be referred to the Informal Disputes Settlement Scheme of the Publishers Association, and failing Agreement under this Scheme, will be referred to the arbitration of two persons (one to be named by each party) or their mutually agreed umpire in accordance with the provisions of the Arbitration Act 1996, or any amending or substituted statute for the time being in force.

**23    Assignment**

23.1    The Author may not assign, sublicense, subcontract or otherwise transfer his/her rights or obligations under this Agreement without the prior written consent of the Publishers.

23.2    The Publishers may assign, sublicense, subcontract or otherwise transfer its rights or obligations under this Agreement.

**24    Force Majeure**

The Publishers shall not be in breach of this Agreement if they are prevented from carrying out any of their obligations because of circumstances beyond their reasonable control in which case the time permitted for the Publishers to fulfil those obligations shall be extended by a period equal to the period of the effect of those circumstances or that delay.

**25    Legal interpretation**

Each party to this agreement irrevocably agrees that this Agreement will be subject to and will be interpreted in all respects in accordance with English law and that any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by arbitration in the United Kingdom in accordance with the provisions of Clause 22.

**26    Series**

The Work will be published as part of the Publisher's series Studies in Insurgency, Counterinsurgency and National Security and shall be completed to the satisfaction and approval of the series editors Paul Rich and Isabelle Duyvesteyn.

**VAT Registration No. (if applicable)** .....................

**Tax Exemption No. (if applicable)** ...................................

_____

**For and on Behalf of the Publishers**

**Date**...............................................................................

_____

**Author Signature**

11

Date................................................................................................

## Schedule 1

### Electronic version of the manuscript

A copy of the final version of the manuscript should be supplied electronically via email, USB, or CD.  Each chapter should be stored in a separate folder (labelled clearly e.g. Ch_1, Ch_2 etc) and a separate text document.

Each illustration must be supplied as a separate file, e.g. fig1.1, and table 1.1.  The files should be placed in the appropriate chapter folder.

Please use Microsoft Word for the text.  Illustrations should be supplied in TIFF or JPEG format at 300 dpi with a minimum proportional width of 4 inches (100mm).  We occasionally accept images in other file formats, however, other formats may incur extra production costs and we reserve the right to reject them should they not be suitable. If in doubt, please ask your Editor to contact Production.

### Abstracts

An abstract for each chapter, supplied both as a separate text document, and as a separate electronic folder should be supplied with the manuscript.

### Copyright/permissions

Permission needs to be sought and gained for the use of material from third-party sources, and all related correspondence needs to be supplied with the manuscript (unless an agreement to the contrary has been made with the editor). Please ensure you obtain permission to use third-party material in both the electronic and print versions of your book as we publish most of our books simultaneously in print and eBook formats.

### Marketing Questionnaire

Please complete and return the Marketing Questionnaire as soon as possible, at the latest with the finished script.

First published 2015
by Routledge
2 Park Square, Milton Park, Abingdon, Oxon OX14 4RN

and by Routledge
711 Third Avenue, New York, NY 10017

*Routledge is an imprint of the Taylor & Francis Group, an informa business*

© 2015 Russell W. Glenn

The right of Russell W. Glenn to be identified as author of this work has been asserted by him in accordance with sections 77 and 78 of the Copyright, Designs and Patents Act 1988.

All rights reserved. No part of this book may be reprinted or reproduced or utilised in any form or by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying and recording, or in any information storage or retrieval system, without permission in writing from the publishers.

*Trademark notice*: Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

*British Library Cataloguing-in-Publication Data*
A catalogue record for this book is available from the British Library

*Library of Congress Cataloging-in-Publication Data*
Glenn, Russell W.
Rethinking western approaches to counterinsurgency : lessons from post-colonial conflict / Russell W. Glenn.
    pages cm. – (Studies in insurgency, counterinsurgency and national security)
    Includes bibliographical references and index.
    1. Counterinsurgency. 2. Counterinsurgency–Case studies. I. Title.
    U241.G544 2015
    355.02'18–dc23                                    2014043676

ISBN: 978-1-138-81933-7 (hbk)
ISBN: 978-1-315-74165-0 (ebk)

Typeset in Baskerville
by Wearset Ltd, Boldon, Tyne and Wear

Every effort has been made to contact copyright holders for their permission to reprint material in this book. The publishers would be grateful to hear from any copyright holder who is not here acknowledged and will undertake to rectify any errors or omissions in future editions of this book.

To all who read to learn
Who learn to improve
Who improve to serve
And who serve with an open mind for the greater good



Plenn
104 Heritage Pointe
Williamsburg VA
23188

RECEIVED

JAN 16 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

forever usa MANATEE    forever usa MANATEE

Class Action Clerk
US District Court for the Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA  94102

9410283426 C004