**DUNCAN FIRM, P.A.**
James H. Bartolomei III (Bar No. 301678)
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Email: james@duncanfirm.com

*Attorneys for Objector Brenda Hampton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Hon. Araceli Martinez-Olguin<br><br>Case No. 3:24-cv-05417-AMO<br><br>Hearing Date:   None Set Yet |

**DECLARATION OF BRENDA HAMPTON**

I, Brenda Hampton, declare as follows:

1. I am over the age of 18 and fully competent to make this declaration.

2. I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently do so.

3. I am a member of the Settlement Class in this action. I am the legal author and copyright claimant of at least 25 works that appear on the Settlement Works List, including one titled *No Justice, No Peace* (TX0006269765).  My work was included in the datasets pirated by Anthropic and I searched and located my book with an ISBN/ASIN of 9780976141082.

4. I have retained Duncan Firm, P.A. to represent my interest in this matter and to file an objection on my behalf as well as to protect and enforce my copyrights. I have reviewed the Objection

by Brenda Hampton to Proposed Class Settlement filed by my counsel, James H. Bartolomei III and fully agree with facts within my personal knowledge.

5. I fully agree with and adopt the arguments set forth in that Objection. Specifically, I object to the Class Notice because I believe the Notice is misleading and fails to allow me to make a voluntary, knowing, and intelligent decision regarding my rights after reviewing the Class Notice on the settlement website, especially in light of the newly unsealed documents and that other Class Members are faced with the same issues.

6. I object to the language in the Class Notice that frames the decision to "Opt Out" and exclude myself as a losing decision or that I will get nothing. The Notice repeatedly warns that if I exclude myself, I will "give up the right to receive any payment," without clearly balancing this warning with the corresponding truth: that by opting out, I can retain the right to seek individual statutory copyright damages of up to $150,000 per work for willful infringement. The Notice obscures this "risk-reward" trade-off, making it difficult for authors like me to understand the true value and potential of the rights we are being asked to surrender for approximately $3,000, and is confusing for nonlawyers. I believe the Notice should be corrected to give authors the full range of remedies available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 22nd 2026, in O'Fallon, Missouri.

*Brenda Hampton*

Brenda Hampton

*Objector / Class Member*

-2-

**DECLARATION OF BRENDA HAMPTON**