1  **DUNCAN FIRM, P.A.**
   James H. Bartolomei III (Bar No. 301678)
2  809 W. 3rd Street
   Little Rock, AR 72201
3  Telephone: (501) 228-7600
4  Email: james@duncanfirm.com

5  *Attorneys for Objector Chinonto Chakanga*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ANTHROPIC PBC,<br><br>　　　　　Defendant. | Hon. Araceli Martinez-Olguin<br><br>Case No. 3:24-cv-05417-AMO<br><br>Hearing Date:　None Set Yet |

**DECLARATION OF CHINONTO CHAKANGA**

I, Chinonto Chakanga, declares as follows:

1. I am over the age of 18 and fully competent to make this declaration.

2. I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently do so.

3. I am a member of the Settlement Class in this action. I am the legal author and copyright claimant of at least one work that appears on the Settlement Works List titled *Special* (Registration No. TXU002106133). My work was included in the datasets pirated by Anthropic and I searched and located my book with an ISBN/ASIN of 9781075673122. My pseudonym is Chino Chakanga.

4. I have retained Duncan Firm, P.A. to represent my interests in this matter and to file an objection on my behalf. I have reviewed the Objection by Chinonto Chakanga to Proposed Class

Settlement filed by my counsel, James H. Bartolomei III and fully agree with facts within my personal knowledge.

5. I fully agree with and adopt the arguments set forth in that Objection. Specifically, I object to the Class Notice because I believe the Notice is misleading and fails to allow me to make a voluntary, knowing, and intelligent decision regarding my rights after reviewing the Class Notice on the settlement website, especially in light of the newly unsealed documents.

6. I object to the language in the Class Notice that frames the decision to "Opt Out" and exclude myself as a losing decision or that I will get nothing. The Notice repeatedly warns that if I exclude myself, I will "give up the right to receive any payment," without clearly balancing this warning with the corresponding truth: that by opting out, I can retain the right to seek individual statutory copyright damages of up to $150,000 per work for willful infringement. The Notice obscures this "risk-reward" trade-off, making it difficult for authors like me to understand the true value and potential of the rights we are being asked to surrender for approximately $3,000, and is confusing for nonlawyers.

7. I further object to the insufficient time provided to review critical case evidence. I understand that tens of thousands of pages of summary judgment records and class certification briefs were only unsealed on January 21, 2026—leaving me and my counsel a mere eight (8) days to review them before the January 29, 2026 opt-out deadline. It is impossible for me to make a meaningful assessment of the strength of my claims or the fairness of the settlement offer within this compressed timeframe.

8. I respectfully request that the Court reject the Settlement Notice in its current form and extend the opt-out deadline by at least 60 days so that I, and other authors, can make an informed decision based on a neutral disclosure of our rights and a full review of the unsealed records just filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 22nd 2026, in Windhoek, Namibia

Chinonto Chakanga

*Objector / Class Member*