| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) | Rachel Geman (*pro hac vice*) |
| Alejandra C. Salinas (*pro hac vice*) | Jacob S. Miller (*pro hac vice*) |
| **SUSMAN GODFREY L.L.P.** | Danna Z. Elmasry (*pro hac vice*) |
| 1000 Louisiana Street, Suite 5100 | **LIEFF CABRASER HEIMANN** |
| Houston, TX 77002-5096 | **& BERNSTEIN, LLP** |
| Telephone: (713) 651-9366 | 250 Hudson Street, 8th Floor |
| jnelson@susmangodfrey.com | New York, New York 10013-1413 |
| asalinas@susmangodfrey.com | Telephone: (212) 355-9500 |
| | rgeman@lchb.com |
| Rohit D. Nath (SBN 316062) | jmiller@lchb.com |
| Michael Adamson (SBN 321754) | delmasry@lchb.com |
| **SUSMAN GODFREY L.L.P.** | |
| 1900 Avenue of the Stars, Suite 1400 | Daniel M. Hutchinson (SBN 239458) |
| Los Angeles, CA 90067-2906 | Jallé H. Dafa (SBN 290637) |
| Telephone: (310) 789-3100 | Amelia Haselkorn (SBN 339633) |
| rnath@susmangodfrey.com | **LIEFF CABRASER HEIMANN** |
| madamson@susmangodfrey.com | **& BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| Jordan W. Connors* | San Francisco, CA 94111-3339 |
| **SUSMAN GODFREY L.L.P.** | Telephone: (415) 956-1000 |
| 401 Union Street, Suite 3000 | dhutchinson@lchb.com |
| Seattle, WA 98101-2683 | jdafa@lchb.com |
| Telephone: (206) 516-3880 | ahaselkorn@lchb.com |
| jconnors@susmangodfrey.com | |
| | Betsy A. Sugar* |
| J. Craig Smyser* | **LIEFF CABRASER HEIMANN** |
| Samir Doshi* | **& BERNSTEIN, LLP** |
| **SUSMAN GODFREY L.L.P.** | 222 Second Ave., #1640 |
| One Manhattan West, 51st Floor, | Nashville, TN 37201-2375 |
| New York, NY 10001-8602 | Telephone: (615) 313-9000 |
| Telephone: (212) 336-8330 | bsugar@lchb.com |
| csmyser@susmangodfrey.com | |
| sdoshi@susmangodfrey.com | *Co-Lead Class Counsel* |
| | *(Pro Hac Vice) |
| *Co-Lead Counsel* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-AMO <br><br> **RE-NOTICE OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF SERVICE AWARDS (DKT. 506-1)** |

**PLEASE TAKE NOTICE THAT**, on April 23, 2026 at 2:00 p.m., or as soon as the matter may be heard, in Courtroom 10 of the United States District Court for the Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiffs will, and hereby do, move the Court for an order granting their Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Awards (Dkt. 506-1). Plaintiffs re-notice this Motion pursuant to the Court's Order Reassigning Case. Dkt. 532. Judge William H. Alsup previously set the hearing for the same day at 12:00 p.m.

The following documents are relevant to Plaintiffs' Motion:

- Plaintiffs' Notice of Motion and Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Awards (previously filed at Dkt. 505, and previously refiled at Dkt. 506-1);
- Exhibit 1 to Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Awards (previously filed at Dkt. 505-2);
- Declarations of Class Counsel and Justin A. Nelson and Rachel Geman (previously filed at Dkts. 505-1, and 505-3);
- Declaration of Publishers' Coordination Counsel Jay Edelson and Matthew J. Oppenheim (previously filed at Dkt. 505-4);
- Declaration of Authors' Coordination Counsel Nancy E. Wolff (previously filed at Dkt. 505-5);
- Declaration of Professor Samual Issacharoff (previously filed at Dkt. 505-6);
- Declaration of Professor Brian T. Fitzpatrick (previously filed at Dkt. 505-7);
- Declaration of Professor William B. Rubenstein (previously filed at Dkt. 505-8);
- Anthropic PBC's Response to Plaintiffs' Motion for Attorneys' Fees (previously filed at Dkt. 511);
- Judge Alsup's Memorandum Regarding Petitions for Fees and Costs, and Order (previously filed at Dkt. 515); and
- Declarations of Class Counsel Rachel Geman; Cowan, Debaets, Abrahams & Sheppard LLP; Samuel Issacharoff; Brenda M. Ulrich; David N. Slarskey; Class Counsel Justin Nelson; Jay Edelson; and Matthew J. Oppenheim in Response to Judge Alsup's Memorandum (previously filed at Dkts. 521–528).

Copies of all relevant documents are attached hereto for the Court's convenience, and will be re-posted on the Settlement Website, for the convenience of Class Members and the public. Also attached

1  hereto is an Amended Proposed Order Granting Plaintiffs' Motions for Attorneys' Fees, Reimbursement of
2  Expenses and Plaintiff Service Awards (previously filed at Dkt. 505-9) reflecting the reassignment. The
3  only change was to add Your Honor's name and initials.  The text is otherwise exactly the same as Dkt. 505-
4  9.  Chambers copies are being provided in accordance with the Court's Standing Order for Civil Cases.
5        Plaintiffs will also file a Reply Brief on or before March 19, 2026.

| | | |
|---|---|---|
| 1 | Dated: January 23, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Rachel Geman* |
| 4 | | Rachel Geman *(pro hac vice)* |
| 5 | | Jacob S. Miller *(pro hac vice)* |
| | | Danna Z. Elmasry *(pro hac vice)* |
| 6 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 7 | | 250 Hudson Street, 8th Floor |
| | | New York, New York 10013-1413 |
| 8 | | Telephone: (212) 355-9500 |
| | | rgeman@lchb.com |
| 9 | | jmiller@lchb.com |
| | | delmasry@lchb.com |
| 10 | | |
| 11 | | Elizabeth J. Cabraser (SBN 083151) |
| | | Daniel M. Hutchinson (SBN 239458) |
| 12 | | Jallé H. Dafa (SBN 290637) |
| | | Amelia Haselkorn (SBN 339633) |
| 13 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 14 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 15 | | Telephone: (415) 956-1000 |
| | | ecabraser@lchb.com |
| 16 | | dhutchinson@lchb.com |
| | | jdafa@lchb.com |
| 17 | | ahaselkorn@lchb.com |
| 18 | | Betsy A. Sugar (*pro hac vice*) |
| | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 19 | | 222 2nd Avenue S., Suite 1640 |
| 20 | | Nashville, TN 37201 |
| | | Telephone: (615) 313-9000 |
| 21 | | bsugar@lchb.com |
| 22 | | *Co-Lead Counsel* |
| 23 | | |
| 24 | | |
| 25 | | Justin A. Nelson (*pro hac vice*) |
| | | Alejandra C. Salinas (*pro hac vice*) |
| 26 | | **SUSMAN GODFREY L.L.P** |
| | | 1000 Louisiana Street, Suite 5100 |
| 27 | | Houston, TX 77002-5096 |
| | | Telephone: (713) 651-9366 |
| 28 | | jnelson@susmangodfrey.com |
| | | asalinas@susmangodfrey.com |

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

Jordan W. Connors *
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Counsel*

Scott J. Shoulder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
sshoulder@cdas.com
ccole@cdas.com

*Additional Counsel for the Class and Proposed Authors' Coordinating Counsel*

Jay Edelson*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
jedelson@edelson.com

Matthew J. Oppenheim*
**OPPENHEIM & ZEBRAK LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Telephone: 202.450.3958
matt@oandzlaw.com

*Publishers' Coordinating Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served January 23, 2026 upon counsel of record via service by ECF.

*/s/ Rachel Geman*
Rachel Geman