GAW POE LLP
CHRISTOPHER WIMMER (Bar Number 263275)
cwimmer@gawpoe.com
ONE EMBARCADERO, SUITE 1200
SAN FRANCISCO, CA 94111
Telephone: (415) 326-3957
Facsimile: (415) 737-0642


SLARSKEY LLC
DAVID N. SLARSKEY (*pro hac vice application pending*)
dslarskey@slarskey.com
767 THIRD AVENUE, 14TH FLOOR
NEW YORK, NY  10017

Attorneys for Proposed Intervenors
Textbook and Academic Authors Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC. CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>ANTHROPIC PBC,<br><br>     Defendants. | Case No. 3:24-cv-05417-WHA<br><br>**DECLARATION OF DAVID N. SLARSKEY IN RESPONSE TO JUDGE'S MEMORANDUM AND ORDER REGARDING PETITIONS FOR FEES AND COSTS** |

I, David Slarskey, declare and state as follows:

1.      I am an attorney, partner with the law firm of Slarskey LLC, and counsel for the Textbook and Academic Authors Association ("TAA").

2.      I am personally familiar with the facts contained in this declaration and make this declaration in response to the Court's Memorandum and Order Regarding Fees and Costs, issued December 23, 2025.

3.      Slarskey LLC has made no agreement to share any portion of any fee award to it in this class action or in any other class action(s) (putative or certified) involving any party (or class member) herein.

4.      Slarskey LLC has not made any proposal to anyone to share any portion of any fee awarded to it in this class action or in any other class action(s) (putative or certified) involving any party (or class member) herein.

5.      Slarskey LLC is not aware of any arrangement or proposal by which any class member would receive a recovery other than as approved by the Court.

6.      The only agreement Slarskey LLC is a party to that pertains to sharing of fees is the agreement referenced in the Declaration of Justin Nelson, Paragraph 20, which accurately discloses the agreement between Slarskey LLC and Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2025, in New York, New York.

Respectfully submitted,

_____
David Slarskey

CASE NO. 3:24-CV-05417-WHA
DECLARATION IN IN RESPONSE TO JUDGE'S MEMORANDUM AND ORDER REGARDING PETITIONS FOR FEES AND COSTS