UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br>  Defendant. | Case No. 24-cv-05417-AMO <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

At the case management conference held January 22, 2026, the Court addressed, among other topics, the extended opt-out and objection deadline and related notice issues, what motions, if any, require the Court's attention other than the motion for attorney fees and the forthcoming motion for final approval, the re-noticing of the pending motion for fees, and the hearing date for the forthcoming approval motion.  With respect to those matters, the Court **ORDERS** as follows:

Given that no notice accompanied the prior extension of the opt-out and objection deadlines, the parties **SHALL** meet and confer on a further extension of those deadlines and supplemental notice to the class regarding the extensions.

In light of Plaintiffs' representation that the only current motion requiring Court attention is the motion for attorney fees, Dkt. No. 505, all other pending motions are **ADMINISTRATIVELY TERMINATED**.  The Court notes that Plaintiffs re-noticed the motion for attorney fees for April 23, 2026.  They may notice their forthcoming motion for final approval for the same date, though it will be re-set by the Court at a later date.

**IT IS SO ORDERED.**

Dated: January 26, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**