Justin A. Nelson (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

Rachel Geman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500

*Co-Lead Class Counsel*

[Additional counsel listed in the signature block.]

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Jessica L. Gillotte (Bar No. 333517)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
jessica.gillotte@arnoldporter.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No.334228)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2071
(415) 693-2222 (fax)
khartnett@cooley.com

*Attorneys for Defendant Anthropic PBC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No.: 3:24-cv-05417-AMO<br><br>**JOINT RESPONSE TO COURT'S ORDER FOLLOWING CASE MANAGEMENT CONFERENCE [DKT. 579]** |

1  Pursuant to the Court's Order dated January 26, 2026 (Dkt. No. 579), the Parties in the above-captioned action submit this Joint Response seeking the Court's approval to disseminate additional class notice apprising the class of the Parties' proposed 11-day extension to the opt-out and objection deadlines. The proposed, supplemental class notice is attached herewith as Exhibit 1.

On January 15, 2026, the Parties submitted a joint case management report to the Court overviewing the procedural history of this matter, the structure and terms of the settlement agreement, the preliminary approval of the settlement by Judge Alsup, the ongoing efforts by Plaintiffs' counsel to administer the settlement, and the status of anticipated motions in this Court. *See* Dkt. 548. On January 22, 2026, the Court held a case management conference at which it addressed these topics, including the schedule for further proceedings in the settlement administration process. *See* Dkt. 570. Subsequently, on January 26, 2026, the Court issued an order requiring the Parties to "meet and confer on a further extension of" the opt-out and objection "deadlines and supplemental notice to the class regarding the extensions" to those deadlines. Dkt. 579 at 1.

The Parties have since conferred in compliance with the Court's order and, as a result, have agreed to extend the opt-out and objection deadlines by 11 days—*i.e.*, to February 9, 2026. The Parties have furthered agreed to disseminate, upon the Court's approval, a supplemental email notice to class members informing them of the modification in the opt-out and objection deadlines, as well as identifying other upcoming deadlines. That email is attached as Exhibit 1 for the Court's review. Upon the Court's approval of the email notice, Plaintiffs will immediately begin dissemination of the notice by email and will also immediately update the settlement administrator's website to reflect the modified deadlines.

The Parties thank the Court for its attention to this matter and are available to answer any questions that the Court may have.

Dated: January 15, 2026

By: */s/ Justin Nelson*

Justin A. Nelson (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

Respectfully submitted,

By: */s/ Douglas Winthrop*

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Jessica L. Gillotte (Bar No. 333517)
**ARNOLD & PORTER KAYE SCHOLER LLP**

jnelson@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

Samir H. Doshi (*pro hac vice*)
J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10001
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com
csmyser@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

*Co-Lead Counsel*

Rachel Geman (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com

Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
jessica.gillotte@arnoldporter.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No.334228)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2071
(415) 693-2222 (fax)
khartnett@cooley.com

*Attorneys for Defendant Anthropic PBC*

1 dhutchinson@lchb.com
jdafa@lchb.com
2 ahaselkorn@lchb.com

3 Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN**
4 **& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
5 Nashville, TN 37201
Telephone: (615) 313-9000
6 bsugar@lchb.com

8 Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
9 **LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
10 250 Hudson Street, 8th Floor
New York, New York 10013-1413
11 Telephone: (212) 355-9500
jmiller@lchb.com
12 delmasry@lchb.com

13 *Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2026

                                              */s/ Justin Nelson*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served January 27, 2026 upon counsel of record via service by ECF.

By: */s/ Justin Nelson*