| | |
|---|---|
| Justin A. Nelson (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br><br>Rachel Geman (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: (212) 355-9500<br><br>*Co-Lead Class Counsel*<br><br>[Additional counsel listed in the signature block.] | Douglas A. Winthrop (Bar No. 183532)<br>Joseph Farris (Bar No. 263405)<br>Jessica L. Gillotte (Bar No. 333517)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center 10th Floor<br>San Francisco, CA 94111-4024<br>(415) 471-3100<br>(415) 471-3400 (fax)<br>douglas.winthrop@aporter.com<br>joseph.farris@arnoldporter.com<br>jessica.gillotte@arnoldporter.com<br><br>Daralyn J. Durie (Bar No. 169825)<br>Ramsey Fisher (Bar No.334228)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>(415) 268-7522 (fax)<br>DDurie@mofo.com<br>RamseyFisher@mofo.com<br><br>Kathleen R. Hartnett<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>(415) 693-2071<br>(415) 693-2222 (fax)<br>khartnett@cooley.com<br><br>*Attorneys for Defendant Anthropic PBC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No.: 3:24-cv-05417-AMO<br><br>**JOINT RESPONSE TO COURT'S ORDER FOLLOWING CASE MANAGEMENT CONFERENCE [DKT. 579]** |

1    Pursuant to the Court's Order dated January 26, 2026 (Dkt. No. 579), the Parties in the above-captioned action submit this Joint Response seeking the Court's approval to disseminate additional class notice apprising the class of the Parties' proposed 11-day extension to the opt-out and objection deadlines. The proposed, supplemental class notice is attached herewith as Exhibit 1.

On January 15, 2026, the Parties submitted a joint case management report to the Court overviewing the procedural history of this matter, the structure and terms of the settlement agreement, the preliminary approval of the settlement by Judge Alsup, the ongoing efforts by Plaintiffs' counsel to administer the settlement, and the status of anticipated motions in this Court. *See* Dkt. 548. On January 22, 2026, the Court held a case management conference at which it addressed these topics, including the schedule for further proceedings in the settlement administration process. *See* Dkt. 570. Subsequently, on January 26, 2026, the Court issued an order requiring the Parties to "meet and confer on a further extension of" the opt-out and objection "deadlines and supplemental notice to the class regarding the extensions" to those deadlines. Dkt. 579 at 1.

The Parties have since conferred in compliance with the Court's order and, as a result, have agreed to extend the opt-out and objection deadlines by 11 days—*i.e.*, to February 9, 2026. The Parties have furthered agreed to disseminate, upon the Court's approval, a supplemental email notice to class members informing them of the modification in the opt-out and objection deadlines, as well as identifying other upcoming deadlines. That email is attached as Exhibit 1 for the Court's review. Upon the Court's approval of the email notice, Plaintiffs will immediately begin dissemination of the notice by email and will also immediately update the settlement administrator's website to reflect the modified deadlines.

The Parties thank the Court for its attention to this matter and are available to answer any questions that the Court may have.

Dated: January 15, 2026

By: */s/ Justin Nelson*

Justin A. Nelson (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

Respectfully submitted,

By: */s/ Douglas Winthrop*

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Jessica L. Gillotte (Bar No. 333517)
**ARNOLD & PORTER KAYE SCHOLER LLP**

jnelson@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

Samir H. Doshi (*pro hac vice*)
J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10001
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com
csmyser@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

*Co-Lead Counsel*

Rachel Geman (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com

Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
jessica.gillotte@arnoldporter.com

Daralyn J. Durie (Bar No. 169825)
Ramsey Fisher (Bar No.334228)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522 (fax)
DDurie@mofo.com
RamseyFisher@mofo.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2071
(415) 693-2222 (fax)
khartnett@cooley.com

*Attorneys for Defendant Anthropic PBC*

dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jmiller@lchb.com
delmasry@lchb.com

*Co-Lead Counsel*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2026

/s/ *Justin Nelson*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served January 27, 2026 upon counsel of record via service by ECF.


By: */s/ Justin Nelson*

# EXHIBIT 1

SUBJECT LINE: Notice of Revised Deadlines in the Anthropic Copyright Class Action Settlement

*A federal court authorized this email.*
*This is not junk mail, an advertisement, or a solicitation from a lawyer.*

You are receiving this email because you may be a Class Member in the Anthropic Copyright Settlement. We are the Court-appointed administrator, JND Legal Administration.

We previously sent you a Court-authorized Notice explaining the $1.5 billion Settlement, your legal rights, and your four options, which include:
1. Submit a claim form
2. Exclude (or "opt out") your works
3. Object to the settlement or
4. Do nothing.

The Court-approved notice is available here: LINK TO NOTICE

The Court has **extended certain deadlines.** The current deadlines are:
- February 9, 2026 – **Opt out of the Settlement** or **file an objection**
- March 9, 2026 – **Request re-inclusion** (if you previously opted out)
- March 30, 2026 – **Submit a claim for payment**

**If you already submitted a claim or an opt-out request, you don't need to resubmit it.** This e-mail is being sent to all Class Members to notify you of these deadline changes.

You can find details about the settlement, along with an online claim form and online opt out form, at the settlement: www.AnthropicCopyrightSettlement.com.

The Court had previously scheduled a final approval hearing for April 23, 2026, but the Court has indicated that date will be extended. When the Court sets the new date, the Settlement Website will be updated, so please check back soon.

Questions? Contact the Settlement Administrator at [EMAIL] or [TELEPHONE]. You can also contact the Class Counsel law firms at the email and phone numbers below:
[CONTACT INFORMATION]

Questions? Visit www.AnthropicCopyrightSettlement.com or call 1-877-206-2314

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-AMO<br><br>[PROPOSED] **ORDER REGARDING EXTENSION OF OPT-OUT AND OBJECTION DEADLINES** |

This matter is before the Court on the Parties' Joint Response to the Court's Order Following Case Management Conference, Dkt. 579. Having considered the moving papers and the record in this matter, the Court **ORDERS** as follows:

1. The opt-out and objections deadlines are hereby modified to be February 9, 2026.
2. Plaintiffs shall immediately disseminate the email notice attached as Exhibit 1 to the Joint Response.
3. Plaintiffs shall immediately update the settlement administrator's website to include the deadlines modified by this Order.

**IT IS SO ORDERED.**

DATED: _____January_____ __27__, 2026

_____
ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE