**TO:**                                                    **1/12/26**

Class Action Clerk
United States District Court (Northern Division)
50450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102


**FROM:**

George G. Burton MD
600 Summer Breeze Ct.
Dayton, OH 45429


**Subject: Objection** to the Settlement in the Case of Bartz vs. Anthropic,

PBC NO. 3:24-c.v.-05417-WHA

My full name and contact information appear above and my email address
is: Geo.Burton@gmail.com.

I am a Beneficial Owner and Full Class Member in this litigation. My Elsevier "Unique ID"
number is: WPZ6T5HGYN.

I am a Rights Holder in two works listed in the "Elsevier Works List." My primary interest is
in the work authored by Terry Des Jardins and myself: "*Clinical Manifestations and
Assessment of Respiratory Disease*," 8th Edition. Printed in 2020. It carries an ISBN number
of 9780323553698 and an ISBN-10 number of: 033255699.

My Copyright Interest in the work listed is that of a Co-Author as illustrated in the attached
Publishing Contract.

**I Object to the Settlement in in the Case of Bartz vs. Anthropic on the following basis:**

I.  On the Settlement's face, if there were 10,000 authors in the Class and the
award was set is $3000 per work, Anthropic and the Publishers would only need
to pay $30M to the authors, leaving $1.497 B to divide amongst various
attorneys, publishers, administrators, etc.
   a.  **Not all Titles have equal market penetration or sales.**
   b.  For example, the damages (if calculated based on last year's Royalty's)
to myself as a co-author would be, $10,000.

II.  There is excessive bias in favor of the Publisher (Elsevier) in this Settlement
(i.e.: 90% to the Publisher and 10%to the Authors).

III.  To my knowledge the authors have not been systematically informed of this
matter until November of 2025 and have not been allowed significant input into
the process.

IV. The long-standing loyalty of Elsevier's Authors will almost certainly be negatively impacted by this decision.

V. An additional objection to the Settlement is that there is no evidence regarding future protection of the authors from possible future harm resulting from the lack of evidence that Anthropic has truly removed from their systems and data sets all the information that was stolen and have not provided significant hold harmless and release of any future lawsuits, damages or harm.

VI. The "Health and Safety" nature of the works involved is significant. Any use, misuse or abuse of this material could result in harm or death unless performed by a professional healthcare workers. This represents a potential harm to the public when made available to lay persons. Imagine, for a moment, the following scenario... Suppose that our text states: "Intubation can be lifesaving in patients with end stage COPD exacerbation events." This information could be maliciously used by simply reversing the statement such that *failure* to Intubate such a patient can result in death.

Frankly, a Settlement Distribution based on Elsevier's sales volume would well be the most equitable option for all parties. Such sales volume data of the Works in question are easily available and known to both the Authors and the Publisher.

**Alternatives to the current method of Settlement Distribution are:**

I. Accurate determination of the market penetration of this work in the Respiratory Health Field is essential.

An simple approach to this would be to calculate the value of the work in the entire field of respiratory care and could be at least partially ascertained by considering the Total Addressable Market (TAM). This data is public and easily obtainable.

Sources for this information include

- The Commission on Accreditation of Respiratory Care (CoARC)- see attached
- The National Board for Respiratory Care (NBRC)
- In these data, one would find the number of students formally accepted into accredited education institutions as well those who are preparing for the Annual NBRC examination.
- Analysis of these numbers alone will indicate the significant penetration of our work in the specific market.

Additionally, an honest analysis of Elsevier's net profitability from these data would confirm that the penetration into the market of this text is excellent and that it more than justifies a reasonable settlement distribution, well above the $3000 settlement proposed.

**I am not a lawyer, but I join Elsevier in their attempts to renegotiate these points, going forward.**

Satisfactory resolution to this matter is crucial to us as physicians and educators. If this matter is not settled entirely, we may choose to notify several Editors of journals in our field including The American Journal of Respiratory Care and Medicine, CHEST, and JAMA.

We may indeed, warn the medical profession and educators that authors who publish and teach medicine that their works can be stolen, misused and poorly compensated for (if not misquoted and abused such that real harm may be done.

The topic of Medical Texts in AI and the use of AI in Medicine is of great concern. We recently became aware that the Stanford Law School and its Dept of Health Policy in the School of Medicine, and even the United States Government itself have expressed an interest in the matter (ref: See JAMA 335 (1) 90. January 6th, 2006.

A solid starting rubric for these concerns is found in the enclosed "AI in Medicine, How to Explain AI Use to Patients."

**No attorneys will represent me in this matter at this time, nor will they appear in the Northern Division of the United States District Court on my behalf for the Final Approval Hearing (FAH).**

I am of the strong opinion that this Objection applies to all the members of the Entire Class.

Please contact me if you have further questions.

S/S: _____

George G. Burton, MD.

**CC:**

Anthropic Copyright Settlement
C/O JND Legal Administration
PO BOX 91204
Seattle Washington, 9811


Rachel German and Daniel Hutchinson, Lieff Cabraser-Heimann, and Bernstein, LLP
275 Battery Street, 29th Floor
San Fransico, CA 94111


**Attached:**

Elsevier's Author Publishing Agreement Contract, the Front Page of COARC 2024 Annual Report, Completed Elsevier Claim Form.

# 2024 Report on Accreditation in Respiratory Care Education

Commission on Accreditation for Respiratory Care



Published
February 15, 2025

*The CoARC is recognized by the Council for Higher Education Accreditation (CHEA).* www.chea.org.

January 6, 2026

Dr. Burton,

Attached is the information you requested from the CoARC's latest Annual Report titled "2024 Report on Accreditation in Respiratory Care Education."

This report was published on February 15, 2025. It is a compilation of the data received from each CoARC accredited RC educational program in 2023.

Throughout this report, 409 RC Entry to Practice Programs are reporting data for the US in 2023. These programs are community college programs, bachelors, and master's programs that produce entry to practice graduates.

The total number of applications received for these 409 RC programs in 2023 was 14,867.

The total number of new enrollees for these 409 RC programs in 2023 was 7664.

The total number of graduates produced by these 409 programs in 2023 was 6343.

The attached pages show the breakdown of the types of schools.

| # | Type of school | Enrolled in 2023 | Graduates in 2023 |
|---|---|---|---|
| 244 | Community College | 4397 | 3663 |
| 97 | Four Yr College or University | 1264 | 1057 |
| 48 | Technical or Vocational School | 1462 | 1161 |
| 9 | Academic Health Science /Medical Center | 92 | 66 |
| 9 | Career Technical | 309 | 250 |
| 2 | US Military | 140 | 146 |
| 409 | Total | 7664 | 6343 |

I have attached the applicable pages of the report for your review.

FYI, Ohio has 21 Entry to Practice Programs: 16 AAS degree programs and 5 BS degree programs. We had 263 graduates in 2023 from all these programs.

Hope this helps,

COMMISSION ON ACCREDITATION FOR
RESPIRATORY CARE





Figure 9-Total New Entry into Practice RC Program and Satellite Enrollments and Maximum Annual Enrollment Capacities between 2013 and 2023

[1] The *maximum annual enrollment capacity* is defined as *the maximum number of new students that could be enrolled in a calendar year (defined as January 1 through December 31)*. This number is established by the CoARC based on information provided by the program and can only be increased upon approval of a request for a substantive change (see CoARC Policy 9.0).

### New RC Enrollments by Degree Offered

| Table 12 – RC Entry into Practice New RC Enrollments by Degree Offered between 2019 and 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree Offered | 2023 Max Annual Enrollment Capacity | | 2023 New Enrollments (N=409) | | 2022 New Enrollments (N=411) | | 2021 New Enrollments (N=404) | | 2020 New Enrollments (N=413) | | 2019 New Enrollments (N=402) | |
| | Total | Mean | Total | Mean | Total | Mean | Total | Mean | Total | Mean | Total | Mean |
| Associate | 10,540 | 32 | 6,646 | 20 | 6,814 | 20 | 6,549 | 19 | 6,793 | 20 | 6,989 | 21 |
| Baccalaureate | 1,822 | 26 | 944 | 13 | 963 | 15 | 1,041 | 15 | 956 | 15 | 992 | 16 |
| Masters | 168 | 24 | 74 | 11 | 74 | 17 | 85 | 17 | 66 | 17 | 46 | 12 |

**Table 12** shows the new annual enrollments in respiratory care in relation to the degree offered. The 331 programs offering associate degrees accounted for 87% of the 7,664 new enrollments in 2023. This is a 2.5% decrease compared to 2022 for this category and a 4.9% decrease compared to 2019. New enrollments in associate degree programs reached 63% of maximum capacity in 2023. The mean number of new enrollments per program for this category was 20 in 2023, 18 in 2022, 20 in 2021, 19 in 2020, and 20 in 2019.

The 71 programs offering baccalaureate degrees accounted for 12% of the total number of new enrollments in 2023. This is a 2% decrease compared to 2022 for this category, and a 4.8% decrease compared to 2019. New baccalaureate degree enrollments reached 52% of maximum capacity in 2023. The mean

## COMMISSION ON ACCREDITATION FOR RESPIRATORY CARE



number of new enrollments per program for this category was 13 in 2023/2022 and 15 in 2021, 2020, 2019.

The seven programs offering master's degrees accounted for 1% of the total number of new enrollments in 2023. There is no change compared to 2022, and a 4.8% decrease compared to 2019. New enrollments in these programs reached 44% of the maximum capacity in 2023. The mean number of new enrollments per program for this category was 11 in 2023, 10 in 2022, and 17 in 2021, 2020, 2019.

### New RC Enrollments by Institutional Type

| Table13 – RC Entry into Practice New Enrollments by Institutional Type between 2019 and 2023 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Institutional Type | 2023 Max Annual Enroll Capacity | | 2023 New Enrollments (N=409) | | 2022 New Enrollments (N=411) | | 2021 New Enrollments (N=404) | | 2020 New Enrollments (N=413) | | 2019 New Enrollments (N=402) | |
| | Total | Mean | Total | Mean | Total | Mean | Total | Mean | Total | Mean | Total | Mean |
| Community or Junior College | 6,820 | 28 | 4,397 | 18 | 4,367 | 18 | 4,543 | 19 | 4,375 | 18 | 4,561 | 19 |
| Four-Year College or University | 2,410 | 25 | 1,264 | 13 | 1,234 | 13 | 1,278 | 14 | 1,349 | 14 | 1,452 | 16 |
| Technical or Vocational School | 2,411 | 50 | 1,462 | 30 | 1,514 | 30 | 1,527 | 30 | 1,594 | 29 | 1,394 | 26 |
| Academic HSC/ Medical Center | 239 | 27 | 92 | 10 | 74 | 9 | 81 | 10 | 88 | 11 | 94 | 12 |
| Career or Technical College | 422 | 47 | 309 | 34 | 225 | 25 | 299 | 33 | 206 | 23 | 279 | 28 |
| U.S. Military | 228 | 114 | 140 | 70 | 146 | 73 | 123 | 62 | 118 | 59 | 137 | 69 |

**Table 13** shows the new enrollments in respiratory care programs in relation to institutional type. The 244 programs offered in community or junior colleges are the largest category and account for 57% of the 7,664 new enrollments in 2023. This is a .7% increase in enrollments compared to 2022, and a 3.6% decrease compared to 2019. New enrollments reached 64% of the maximum capacity in 2023. The mean number of new enrollments per program was 18 in 2023/2022, 19 in 2021, 18 in 2020, and 19 in 2019.

The 97 programs offered in four-year colleges or universities accounted for 16% of the total number of new enrollments in 2023. This is a 2.4% increase compared to 2022, and a 13% decrease compared to 2019. New enrollments reached 52% of maximum capacity in 2023. The mean number of new enrollments per program was 13 in 2023/2022, 14 in 2021, 2020, and 16 in 2019.

The 48 programs offered in technical or vocational schools accounted for 19% of the total number of new enrollments in 2023. This is a 3.4% decrease compared to 2022, but a 4.9% increase compared to 2019. New enrollments reached 61% of the maximum capacity in 2023. The mean number of new enrollments per program was 30 in 2023/2022 and 2021, 29 in 2020, and 26 in 2019.

The nine programs offered in academic HSC/medical centers accounted for 1% of the total number of new enrollments in 2023. This is a 24% increase compared to 2022, and a 2.1% decrease compared to 2019. New enrollments reached 38% of maximum capacity in 2023. The mean number of new enrollments per program was 10 in 2023, 9 in 2022, 10 in 2021, 13 in 2020, and 11 in 2019.

The nine programs offered in career or technical colleges accounted for 4% of the total number of new enrollments in 2023. This is a 37.3% increase compared to 2022, and a 10.8% increase compared to 2018. New enrollments reached 73% of the maximum capacity in 2023. The mean number of new enrollments per program was 34 in 2023, 25 in 2022, 33 in 2021, and 23 in 2020 and 2019.

The two programs offered in the U.S. military accounted for 2% of the total number of new enrollments

**COMMISSION ON ACCREDITATION FOR RESPIRATORY CARE**



in 2023. This is a 4.1% decrease compared to 2022, and a 2.2% increase compared to 2019. New enrollments reached 61% of the maximum capacity in 2023. The mean number of new enrollments per program was 70 in 2023, 73 in 2022, 62 in 2021, 59 in 2020, and 69 in 2019.

**New RC Enrollments by Institutional Control/Funding**

| Table 14 – RC Entry into Practice New Enrollments by Institutional Control/Funding between 2019 and 2023 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Institutional Control/Funding | 2023 Max Annual Enroll Capacity | | 2023 New Enrollments (N=409) | | 2022 New Enrollments (N=411) | | 2021 New Enrollments (N=404) | | 2020 New Enrollments (N=413) | | 2019 New Enrollments (N=402) | |
| | Total | Mean | Total | Mean | Total | Mean | Total | Mean | Total | Mean | Total | Mean |
| Public/Not-For-Profit | 8,514 | 26 | 5,219 | 16 | 5,346 | 16 | 5,512 | 17 | 5,468 | 17 | 5,575 | 17 |
| Private/For-Profit (Proprietary) | 2,831 | 67 | 1,876 | 45 | 1,695 | 41 | 1,830 | 45 | 1,605 | 39 | 1,524 | 36 |
| Private/Not-For-Profit | 957 | 25 | 429 | 11 | 373 | 10 | 386 | 11 | 348 | 10 | 602 | 16 |
| Federal Government | 228 | 114 | 140 | 70 | 146 | 73 | 123 | 42 | 254 | 42 | 118 | 59 |

Table 14 shows the new enrollments in respiratory care programs in relation to institutional control/funding. The 326 programs controlled/funded by public/not-for-profit institutions are the largest category and account for 68% of the 7,664 new respiratory care enrollments in 2023. This is a 2.4% decrease compared to 2022, and a 6.4% decrease compared to 2019. New enrollments were at 61% of maximum capacity in 2023 for programs in this category. The mean number of new enrollments per program was 16 in 2023/2022 and 17 in 2021/2020/2019.

The 42 programs controlled /funded by private/for-profit (proprietary) institutions accounted for 24% of the total number of new enrollments in 2023. This is a 10.7% increase compared to 2023, and a 23% decrease compared to 2019. New enrollments reached 66% of maximum capacity in 2023 for programs in this category. The mean number of new enrollments per program was 45 in 2023, 41 in 2022, 45 in 2021, 39 in 2020, and 35 in 2019.

The 39 programs controlled/funded by private/not-for-profit institutions accounted for 6% of the total number of new enrollments in 2023. This is a 15% increase compared to 2022, and a 28.7% decrease compared to 2019. New enrollments reached 45% of the maximum capacity in 2023 for programs in this category. The mean number of new enrollments per program was 11 in 2023, 10 in 2022, 11 in 2021, 10 in 2020, and 16 in 2019.

The two programs controlled/funded by the federal government accounted for 2% of the total number of new enrollments in 2023. This is a 4.1% decrease compared to 2022, and a 19% increase compared to 2019. New enrollments reached 61% of the maximum capacity in 2023. The mean number of new enrollments per program was 70 in 2023, 73 in 2022, 42 in 2021/2020, and 59 in 2019.



# *AUTHOR PUBLISHING AGREEMENT*

**AGREEMENT** made this *5ᵗʰ* day of *June, 2013*, by and between **ELSEVIER INC.**, with offices at 1600 John F. Kennedy Boulevard, Suite 1800, Philadelphia, Pennsylvania 19103-2899 (the "Publisher"), and ***Terry Des Jardins*** whose address is *4 Greenfield Court, Savoy, IL 61874* and ***Dr. George Burton*** whose address is *600 Summer Breeze Court, Dayton, OH 45429* (collectively, the "Author").

*WHEREAS, the sixth edition of the Work was published pursuant to a prior agreement between the parties dated January 15, 2008 ("Prior Agreement"), and the parties desire that this Agreement will replace and supercede the Prior Agreement with respect to the seventh edition and subsequent editions of the Work.*

WHEREAS, the parties agree to the publication by the Publisher of that certain work tentatively entitled **CLINICAL MANIFESTATIONS AND ASSESSMENT OF RESPIRATORY DISEASE, Seventh Edition** as more fully described below upon the terms and conditions set forth below:

1.    **Manuscript Delivery.**

a.    <u>Delivery obligations</u>. The Author shall deliver to the Publisher on or before the *1ˢᵗ* day of *April, 2014*, time being of the essence, a final complete manuscript in the English language, in the format and with all deliverables noted on Annex 1 (the "Work"), in form and content consistent with the obligations noted herein and satisfactory in the Publisher's sole discretion. The Author shall retain a complete copy of all deliverables required to be delivered to the Publisher under this Agreement.

b.    <u>Permissions/Patient Consents</u>.

(i)    <u>Permissions</u>. If the Author incorporates in the Work any material from third parties, the Author shall have procured prior to the date of manuscript delivery specified in Section 1(a), at the Author's expense, permission in writing from each copyright holder of such material to use such material in the Work consistent with the terms of the rights granted pursuant to Section 3 hereof. All previously published material shall be fully acknowledged in the Work. If such permissions are not obtained in a timely manner or in satisfactory form, the Author will cooperate with the Publisher in identifying substitute material and revising the Work accordingly, and the Author will obtain the requisite substitute permissions.

1

**Des Jardins and Burton: CLINICAL MANISFESTATIONS AND ASSESSMENT OF RESPIRATORY DISEASE, Seventh Edition**

payments and to offer the Work to the Publisher shall survive the termination of this Agreement.

g.      Prompt Publication/ Reversion.   If the Publisher does not produce the Work within a reasonable time after receipt of the final, complete accepted manuscript and all deliverables set forth in Annex 1, the Author may by written notice to the Publisher request that the manuscript be published within six (6) months from Publisher's receipt of such notice.   If the manuscript is not published by that date, this Agreement will terminate and all rights granted by the Author to the Publisher under this Agreement shall revert to the Author.   In the event that this Agreement is terminated in accordance with the preceding sentence, neither party shall have any further obligations, duties or liabilities to the other.

h.      Index.   ~~Unless otherwise agreed in writing by the Publisher, the Publisher shall prepare a subject index for the Work and shall deduct the cost thereof from any fees or royalties due to Author.~~   *The Publisher shall prepare a subject index for the Work at its own expense.*

2.      **Manuscript Editing, Production & Distribution.**

The Publisher shall have the right to make such editorial changes in the Work (including Illustrations) as it deems necessary or advisable, provided such changes do not substantially change the meaning of the text. The Author shall read and correct proofs of the Work, and return to the Publisher the corrected proofs, within the time frame designated by the Publisher after the receipt thereof.   **Should the cost of making the Author's proposed changes to the proofs, including changes to illustrations, other than correcting typographical errors or errors introduced by the Publisher or the Publisher's contractors, exceed ten percent (10%) of the cost of the original typesetting, the Publisher may deduct** such excess cost from any sums due to the Author.   If the Author does not respond within the deadline noted above, the Publisher may make such revisions as it deems fit, provided such revisions do not change textual context or meaning, and may deduct the cost of such revisions from any sums due to the Author.

It is the Publisher's intention to publish the Work under the Publisher's Mosby imprint.   All details of production, advertising, licensing, sale and distribution of the Work, including title, pricing, and imprint shall be decided by the Publisher in its sole discretion.

3.      **Rights.**

The Author assigns and transfers exclusively to the Publisher, to the maximum extent possible, the copyright and all other rights throughout the world in and to the Work, including without limitation the exclusive right to produce, publish, reproduce, transmit, sell and distribute the Work or any part of the Work, in all media now known or hereafter devised, including without limitation all electronic and digital media, to create or have created any revision thereof, to make derivative works, adaptations, abridgements or translations, and to license and authorize others to do so, and all other subsidiary rights. The Author understands that this assignment and transfer means that the Author has no independent right to assign or transfer the Work in whole or in part to third parties or to directly exploit the Work.

3

**Des Jardins and Burton: CLINICAL MANISFESTATIONS AND ASSESSMENT OF RESPIRATORY DISEASE, Seventh Edition**

In the event the Author wishes to utilize the material contained in the Work in the Author's other works or presentations, the Author shall request permission from the Publisher, which permission shall not be unreasonably withheld for proposed uses that do not materially interfere with the rights granted to the Publisher hereunder. Notwithstanding the foregoing, the Author shall be entitled to use the material contained in the Work without obtaining the Publisher's permission in preparing articles for publication in scholarly or professional journals, in contributions to symposia, in a single chapter in a book, in the Author's classroom lectures and training (and may use and make copies of excerpts of up to ten percent (10%) of the Work for this purpose), and for presentations or lectures at professional meetings, and may place a summary of the Work online, all provided that the Publisher and the Work are appropriately identified and that such use by Author does not materially interfere with the rights granted to Publisher hereunder.

4.    **Author's Representations, Warranties and Indemnities.**

a.    **Author's Representations and Warranties.** The Author represents and warrants that: (i) the Author is the sole author and owner of the Work and has full right, power, and authority to enter into this Agreement; (ii) the Work is original and previously unpublished except for third-party material that is either public domain or for which appropriate permission has been obtained; (iii) the Work does not infringe any copyright, violate any other intellectual property, privacy or other right of any person or entity; or contain any libelous, unlawful or otherwise actionable matter; (iv) the Work includes appropriate warnings; (v) to the best of the Author's knowledge, the material contained in the Work is accurate and would not cause injury if accurately used or followed; (vi) the Author is familiar with all applicable conflict of interest and outside compensation laws and regulations as well as policies and rules of the Author's employer or institution (if applicable), and that the Author's acceptance of this appointment (including the acceptance of any complimentary copies of the Work), and the terms of this Agreement and the Author's performance under this Agreement, including the Author's participation in editor conferences, trainings and meetings and acceptance of transportation, hospitality, food and lodging provided by the Publisher to the Author in connection therewith, is and will be in compliance with those laws, regulations, policies and rules; and (vii) the Author has obtained all consents required by applicable law in accordance with Section 1(b)(ii) and complied with the Publisher's policies relating to the use of patient information as set out on the Publisher's website.

b.    **Author Indemnities.** The Author hereby indemnifies and agrees to hold the Publisher and its assignees, licensees, printers and distributors, harmless from and against any liability, damage, costs and expense (including reasonable attorneys' fees), arising from or in connection with any breach of the representations or warranties contained herein. These warranties and indemnities shall survive the termination of this Agreement.

5.    **Revised Editions.**

a.    **Revisions/Updates.** If the Publisher plans a revision or update of the Work, it shall notify the Author, and the Author shall have the option as to whether or not to participate. If the Author chooses to participate, the Author shall revise the Work pursuant to a reasonable schedule set forth by the Publisher. All terms and conditions set forth in this Agreement shall be in force and shall apply to such revisions.

4

Des Jardins and Burton: CLINICAL MANISFESTATIONS AND ASSESSMENT OF RESPIRATORY DISEASE, Seventh Edition

b.  Other Revisors. Notwithstanding the foregoing, the Publisher shall have the right to have the Work revised by a revisor chosen by the Publisher in its sole discretion if: (i) the Author is unwilling or unable to comply with the Publisher's request for revision to the Publisher's satisfaction within a reasonable period of time; or (ii) in the reasonable judgment of the Publisher the Author would not be effective in the preparation of such revision.

c.  Non-Participating Author. In the event the Author does not participate in a revision, the Author shall continue to be paid royalties as set forth hereunder for such revision, less any compensation paid to the revisor, which shall be calculated in the sole discretion of the Publisher based on the Publisher's determination of an equitable allocation in light of the scope and extent of the revisions. In the event of non-participation in a revision for any reason, the participation of the Author in subsequent revisions shall only occur upon mutual written agreement.

d.  Credits. When publishing revisions or new editions, and in the promotion thereof, the Publisher may give credit to the Author and any successor of a person comprising the Author in such order and manner which, in the judgment of the Publisher, fairly reflects their relative contributions to such revision or new edition, and, if appropriate, in the judgment of the Publisher, eliminate or retain the name or names of the person or persons comprising the Author who do not participate or collaborate in such revision or new edition.

6.  **Royalties/Consideration.**

a.  Royalty Rates. The Publisher shall pay to the Author royalties on Net Sums Received from the following:

    (i) *Print Rate for English-language Editions:* Unless otherwise provided for herein, a royalty of ten percent (10%) with respect to the first 5,000 copies [1-5,000], twelve and one-half percent (12.5%) with respect to the copies sold in excess of 5,000 and up to 7,500 [5,001-7,500], and fifteen percent (15%) thereafter [7,501+] for print editions of all or portions of the Work sold in the United States, and a royalty of five percent (5%) for print editions of the Work sold outside of the United States;

    (ii) *Online Access or Other Electronic Distribution.* For any English-language edition of the Work or portion thereof in any electronic media now known or hereafter devised that is sold or licensed, a royalty of ten percent (10%);

    (iii) *Affiliate Editions:* For sales by the Publisher's affiliates of printed sheets or copies (print or electronic) of translated, localized or licensed reprint editions of all or any portions of the Work, a royalty of five percent (5%);

    (iv) *Discount Sales:* For any edition of the Work sold at a discount in excess of fifty percent (50%) but less than eighty percent (80%) from the retail list price, a royalty of five percent (5%);

**Des Jardins and Burton: CLINICAL MANISFESTATIONS AND ASSESSMENT OF RESPIRATORY DISEASE, Seventh Edition**

(v) *Translation Rights.* For licenses or authorizations to third parties from the **Publisher or the Publisher's affiliates** for the right to translate, publish and distribute the Work or portions thereof, a royalty of fifty percent (50%);

(vi) *Other Subsidiary Rights.* For the license of any right to publish or distribute the Work for which a royalty is not otherwise specifically provided in this Agreement, or for all other uses of the Work for which a royalty is not otherwise specifically provided herein (except for uses for which it is specified in this Agreement that no royalties shall be payable), a royalty of ten percent (10%).

b.   "Net Sums Received" Defined. As used herein, "Net Sums Received" shall mean monies actually received by Publisher from third parties including affiliates (or monies actually **received by Publisher's affiliates in the case of Affiliate Editions and Translation Rights** licensed or sold by such affiliates) in payment for copies of or access to the Work or for the right to distribute, translate or otherwise exploit the Work, or for portions or derivatives thereof; after deduction of any discounts, commissions, returns, postage, shipping, insurance or taxes in connection with the distribution of the Work and any direct expenses in connection with any license.

c.   Non-Royalty Sales/Transfers. No royalties shall be payable with respect to any copies of any edition of the Work sold or disposed of at or below the cost of manufacture or on copies disposed of at a discount of eighty (80%) percent or more from the retail list price. No royalties shall be payable for copies destroyed, discounted copies sold to the Author, or copies or excerpts or summaries thereof furnished in any media now known or hereafter devised for review, advertising, publicity, promotion, sample or similar purposes. No royalties shall be payable for copies of the Work converted to Braille or recorded in other special formats (free of charge) for use by individuals who are unable to read ordinary print in the conventional manner. No royalties shall be payable if Illustrations or other deliverables that are not developed by or paid by the Author, from any edition of the Work are used by the Publisher or licensed to third parties for inclusion in other works or products not affiliated with the Work.

d.   Bundled/Custom Sales. In the event that the Publisher sells copies of or excerpts from the Work (in any medium) with or within other works or parts of works (including the Work in a different medium) as a combined package for a single total price (e.g. coursepacks, electronic subscriptions to multiple publications), the Publisher shall allocate the Net Sums Received in such manner as it reasonably determines is equitable in light of the relative value, quantity, or usage of the publications contained in such package.

e.   Allocation. The royalties or fees noted above shall be divided among the participating or performing co-authors as follows, unless the Publisher is subsequently instructed to the contrary in writing by all parties identified as the Author. **Sixty-Six and Two-Thirds percent (66 2/3%) to Terry Des Jardins and Thirty-Three and One-Third (33 1/3%) to Dr. George Burton.**

6

Des Jardins and Burton: CLINICAL MANISFESTATIONS AND ASSESSMENT OF
RESPIRATORY DISEASE, Seventh Edition

c.  Waiver.  The failure of a party to exercise or enforce any right under this Agreement shall not be deemed to be a waiver of that right, nor operate to bar the exercise or enforcement of that right at any time thereafter.

d.  Relationship Between Parties.  Nothing in this Agreement shall be deemed to create any employer/employee, agency, fiduciary, joint venture or other similar relationship between the parties.

e.  No Benefit to Others.  The provisions set forth in this Agreement are for the sole benefit of the parties hereto and their respective successors and assigns and shall not be construed as conferring any rights on any other persons or entities.

f.  Care of Manuscript.  After receipt of the manuscript and all other materials required to be delivered to Publisher under this Agreement, the Publisher will take reasonable care but shall not be held liable for accidental loss or damage thereof.

g.  Multiple Authors.  If there are multiple authors under this Agreement, the obligations of all the authors shall be joint and several unless otherwise expressly provided in this Agreement, but the Publisher reserves the right to exercise any or all of its remedies against one or more individual authors comprising the Author in the event of a breach of Author obligations hereunder.

**IN WITNESS WHEREOF**, the parties hereby sign this Agreement as of the date first set out above.

**ELSEVIER INC.**

By: _____

Name: __Sally Schrefer_____

Title: __Managing Director, Nursing & HP____

Date: __6/20/13_____

**FOR THE AUTHOR:**

_____    __U.S._____    __6/10/13_____
Terry Des Jardins                     Citizenship/Residence         Date

_____    __U.S._____    __6/17/13_____
Dr. George Burton                     Citizenship/Residence         Date

9

**Must be postmarked by mail no later than March 30, 2026**

ANTHROPIC COPYRIGHT SETTLEMENT
C/O JND LEGAL ADMINISTRATION
PO BOX 91204
SEATTLE, WA 98111
www.AnthropicCopyrightSettlement.com

# ANTHROPIC COPYRIGHT SETTLEMENT CLAIM FORM

You may be eligible to receive a cash payment if:

1. You are a legal, beneficial, or sole owner of the exclusive right to reproduce a copyrighted work;

2. The work is included in the Works List; and

3. You are not a director, officer, or employee of Anthropic, PBC, and you are not personnel of federal agencies or of the United States District Court.

Typically, a contract between a **publisher** and **author** establishes these rights. In some cases, a contract may specify whether and/or how litigation proceeds will be split between **authors** and **publishers**.

For purposes of this claims process:

A **legal owner** of a work holds the exclusive right to publish and reproduce that work. Often, the legal owner of the work is the publisher because it holds the right to reproduce by contract.

A **beneficial owner** of a work is a former legal owner who assigned the exclusive right to publish and reproduce the work to another in exchange for royalty payments. Often, authors are beneficial owners.

A **sole owner** holds all rights to reproduce the work. Examples of sole ownership include:

- An author whose rights in the work have **reverted** from the publisher.

- An author whose rights assigned to the publisher have **terminated**.

- A self-published author who did not work with a co-author and never assigned rights to a publisher.

- A publisher that commissioned a work-for-hire, as defined in the Copyright Act.

- A publisher to which all rights in a work have been assigned, with no royalty obligations to an author or anyone else.

If you are not sure, **consult your contract** or **contact Class Counsel**.

You may search the Works List online at www.AnthropicCopyrightSettlement.com/lookup

If your work does not appear on the Works List, your work is not part of the settlement, your claims about that work are not being released, and you should not submit a claim for that work.

**The easiest way to file is online at
www.AnthropicCopyrightSettlement.com.**

## INSTRUCTIONS FOR COMPLETING THIS CLAIM FORM

1. **Please provide below, and on page 11, the Unique ID contained in the email or on the notice that you received.** If you did not receive a notice, or if you cannot locate your notice, write "unavailable."

   WPZ6T5HGYN

   **UNIQUE ID:**   WPZ6P5HGYN

2. **Section A:** Please provide your contact information.

3. **Section B:** Please provide your works information. If you are the sole owner of all works listed, after completing Section B, please skip to Section F.

4. **Section C:** If you are not the sole owner, please provide contact information for any other rightsholders. Please note that many works will have both a legal and beneficial owner because even if an **author** or **publisher** owns the copyright, the other party may still be entitled to royalties.

5. **Section D:** Please review this section for an explanation of default author/publisher percentage of recovery splits for all works other than Education Works, such as **trade** and **university press** works.

6. **Section E:** Please review this section for the distribution of settlement proceeds **for Education Works only**. Education Works are works published by education publishers. Education publishers specialize in creating and publishing works, including but not limited to textbooks, for the instruction of students and professionals, which are distributed for and through educational and professional markets. The searchable directory of works accessible on www.AnthropicCopyrightSettlement.com/lookup identifies which works are Education Works.

7. **Section F:** Please complete and provide your payment method election.

8. **Section G:** You must sign the claim form certification and mail it to the address below, postmarked by **March 30, 2026**, for your claim to be considered. Or you can quickly complete this claim form online at www.AnthropicCopyrightSettlement.com.

   Anthropic Copyright Settlement
   C/O JND Legal Administration
   PO Box 91204
   Seattle, WA 98111

9. Please review the checklist on page 12 before submitting your claim.

   *By submitting this claim form, you consent to the disclosure and use of your information by the Settlement Administrator. The information you provide on this claim is confidential and will be used solely to contact you and process your claim. It will not be used for any other purpose. As detailed below, some of the information you provide may be shared with other legal or beneficial owners of your works.*

10. *To ensure eligibility for a payment, you **must** submit your claim form online or postmarked by **March 30, 2026**. Do not mail or deliver your claim form to the Court.*

## SECTION A: CLAIMANT INFORMATION

| | | |
|---|---|---|
| 1. | CLAIMANT NAME: | George G. Burton |
| 2. | PEN NAME/PSEUDONYM: | N/A |

3. MAILING ADDRESS:

Street Address Line 1
600

Street Address Line 2
Summer Breeze CT.

| City | State | Zip |
|---|---|---|
| Dayton | OH | 45429 |

| | | |
|---|---|---|
| 4. | COMPANY CONTACT NAME AND TITLE: (IF APPLICABLE) | N/A   N/A |
| 5. | PHONE NUMBER: | (937) 435-2448 |
| 6. | EMAIL ADDRESS: | geo. g. Burton @ gmail. com. |

7. CLAIMANT TYPE

- ☒ Author
- ☐ Publisher
- ☐ Author Loan-Out Company
- ☐ Literary Trust
- ☐ Literary Estate
- ☐ Other (please describe) _____

8. ARE YOU A DIRECTOR, OFFICER, OR EMPLOYEE OF ANTHROPIC, PBC, OR PERSONNEL OF A FEDERAL AGENCY OR OF THE UNITED STATES DISTRICT COURT?

- ☐ Yes
- ☒ No



# SECTION B: WORKS INFORMATION

Please provide the following information for each work you are claiming from the Works List. If any information is unavailable, you may leave it blank.

If you require more space than the chart below provides, **you should file online at www.AnthropicCopyrightSettlement.com.** Or, you may make multiple copies of this page or submit the information on a spreadsheet.

| | Title of Work | Author | Publisher | U.S. Copyright Office Registration Number* | Optional: International Standard Book Number (ISBN) or Amazon Standard Identification Number (ASIN) If multiple, please list all | Are you the sole owner of the reproduction rights? (Yes/No)** |
|---|---|---|---|---|---|---|
| 1. | CLINICAL MANIFESTATION AND ASSESMENT OF RESPIRATORY DISEAST [8th ed] | TERRY DES JARDINS AND GEORGE BURTON | MOSBY. ELSEVIER | TX00088479408 | ISBN: 9780323553698 | No |
| | | | | | | |
| 2. | THE RESPIRATORY SYSTEM AT A GLANCE (? ED.) | DEAN HESS | MOSBY ELSEVIER | TX0004538132 | ? | No |
| | | | | | | |

* The Registration Number refers to the registration number recorded with the United States Copyright Office. You can search for the copyright registration number on the Settlement Website at www.AnthropicCopyrightSettlement.com.

**If you answered "No", please complete Section C.



## SECTION C: OTHER RIGHTSHOLDERS

If you have not done so already, you are required to identify and provide any contact information you have or can readily obtain for anyone you believe may be entitled to submit a claim related to the claimed work. This includes **authors**, **co-authors**, **co-owners**, and **publishers** of the claimed work. If you have already submitted such contact information to Class Counsel or the Settlement Administrator, please check the following box:

| | **Yes**, I have already submitted the required contact information to Class Counsel or the Settlement Administrator. |

Otherwise, please provide any current contact information you have or can readily obtain (including if it is through another party) or last known contact information. Failure to provide this information may result in denial of your claim.

If you require more space than the chart below provides, **you should file online at www.AnthropicCopyrightSettlement.com**. Or, you may make multiple copies of this page or submit the information on a spreadsheet.

| | Title of Work | Full Name of Additional Rightsholder (Such as Parent Publisher or Author Name) | Rightsholder Type (Author, Author Loan-Out, Literary Trust, Literary Estate, Publisher, or Other) | Address Line 1 (if applicable) | City, State Zip | Email Address (if applicable) |
|---|---|---|---|---|---|---|
| 1. | CLINICAL MANIFESTATIONS AND ASSESMENT OF RESPIRATORY DISEASE 9th ed. | TERRY DES JARDINS | AUTHOR | 784 ELIOTT | THE VILLAGES FL 32163 | TDESJARDINS7@GMAIL.COM |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SECTION C: OTHER RIGHTSHOLDERS



*If you have not done so already, you are required to identify and provide any contact information you have or can readily obtain for anyone you believe may be entitled to submit a claim related to the claimed work. This includes **authors**, **co-authors**, **co-owners**, and **publishers** of the claimed work. If you have already submitted such contact information to Class Counsel or the Settlement Administrator, please check the following box:*

| | **Yes**, I have already submitted the required contact information to Class Counsel or the Settlement Administrator. |
|---|---|

*Otherwise, please provide any current contact information you have or can readily obtain (including if it is through another party) or last known contact information. Failure to provide this information may result in denial of your claim.*

*If you require more space than the chart below provides, **you should file online at www.AnthropicCopyrightSettlement.com**. Or, you may make multiple copies of this page or submit the information on a spreadsheet.*

| Title of Work | Full Name of Additional Rightsholder (Such as Parent Publisher or Author Name) | Rightsholder Type (Author, Author Loan-Out, Literary Trust, Literary Estate, Publisher, or Other) | Address Line 1 (if applicable) | City, State Zip | Email Address (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | |  N/A | | | |
| | | | | | |
| | | | | | |



## SECTION D: EXPLANATION OF DEFAULT PUBLISHER/AUTHOR PERCENTAGES FOR ALL WORKS OTHER THAN EDUCATION WORKS

**NOTE: This Section describes the default percentage of recovery split ("Default Option") for all works (including trade books and university press books) other than Education Works. The Default Option does not apply to Education Works. For any Education Works, complete Section E.**

The Settlement provides that, in situations where a work has a legal owner (often the publisher(s)) and a beneficial owner (often the author(s)), for all works other than Education Works, the default payment will be split 50/50 between **authors** and **publishers** that submit valid claims for the same work.[1] This Section D and this 50/50 Default Option do not apply to Education Works.

**You are not required to agree to the 50/50 Default Option. The Default Option may or may not be consistent with your contractual arrangement for the claimed work. If your contract provides for a split that is different than 50/50, you have the option to claim what your contract provides under the Alternative Option. Other owners of your work can also choose the Alternative Option. If all owners accept the Default Option, that is how you and the others will be paid.** If multiple **authors** or **publishers** file valid claims for the same work, the **author** share will be split equally among all **authors** who file a valid claim, and the **publisher** share will be split equally among all **publishers** who file a valid claim, unless otherwise specified.

### DEFAULT OPTION

- **If you accept the Default Option**, you are **NOT** required to provide any additional data or evidence in support of your claim at this time. If you do not accept the Default Option, you should follow the instructions below for the Alternative Option.

- If another claimant's filing affects your claim, you will be provided with an opportunity to respond later.

### ALTERNATIVE OPTION

- If you want to claim an alternative contractual split instead of the Default Option, you must complete the table on page 7 **AND** provide documents (i.e., contracts) to support the percentages you list in the table.

- The Settlement Administrator will review your submission. If there is a dispute, the Settlement Administrator will follow the process for Resolving Any Disputes on Page 10.

---

[1] For purposes of this Default Option, a Literary Trust or Estate or an author's loan-out company will be deemed an "author." If the rightsholder type is designated "Other" in Section C above, the Settlement Administrator will contact the claimant and/or rightsholder to collect additional information as needed to facilitate the Default Option.

## SECTION D CONTINUED...

**STOP:** If you want to use the Default Option, **DO NOT** FILL OUT THIS SECTION.

If you would like to claim the **Alternative Option** instead of receiving the Default Option, please state the percentage you believe you are entitled to based on your publishing agreement or other documents.

| Title | Percentage (%) |
|---|---|
| | |
| *EDUCATION WORK DOES NOT APPLY* | |
| | |
| | |
| | |
| | |
| | |
| *NOTE:* | |
| *WE ARE ONLY OBJECTING* | |
| *TO PORTIONS OF THE SETTLEMENT.* | |
| | |

**REMINDER:** *If you choose to apply for an alternative percentage, you must provide documents with this claim form supporting the percentage you claim. If completing this form online, you can upload those documents here. If you fill out this chart to apply for an alternative percentage without providing additional documentation, the Default Option will be applied to your claim.*



# SECTION E: DISTRIBUTION OF SETTLEMENT FUNDS FOR EDUCATION WORKS

**NOTE:** This Section describes the distribution of settlement funds for Education Works. Education Works are works published by education publishers. Education publishers specialize in creating and publishing works, including but not limited to textbooks, for the instruction of students and professionals, which are distributed for and through educational and professional markets. The searchable directory of works accessible on www.AnthropicCopyrightSettlement.com identifies which works are Education Works. This Section **does** **not** apply to works    other than Education Works, such as trade books and university press books. For works other than Education Works, you should fill out Section D.

The information that you submit for this Section E as it pertains to a given work will be shared with other claimants for that work.

If you don't know the percentage recovery you and others are entitled to, check the following box: ☐ You may upload a copy here of any relevant publishing agreement(s) or other documents to the Settlement Administrator, who will determine the amount, if any, to which you are entitled.

Otherwise, for each of your claimed works, if you have an understanding as to the percentage of the recovery to which you are entitled, please make a good-faith representation regarding the percentage of recovery you believe you are entitled to receive, between 0% and 100%.

| Title of Education Work | Percentage of Recovery to Which You Believe You Are Entitled |
|---|---|
| 1. CLINICAL MANIFESTATION AND ASSESSMENT. | 60 % |
|  | ___ % |
| 2. RESPIRATORY SYSTEM AT A GLANCE | ? % |

For each of your claimed works, if you have an understanding, please make a good-faith representation regarding the percentage of recovery you believe *any other* rightsholders are entitled to receive. For each work, the sum of percentages among you and any other rightsholders should be 100%.

| Title of Education Work | Full Name of Additional Rightsholder (Such as Parent Publisher or Author Name) | Percentage of Recovery to Which You Believe Other Rightsholder Is Entitled |
|---|---|---|
| 1. CLINICAL MANIPESTATION AND ASSESSMENT | TERRY DES TARROW | 50 % |
| 2. RESPIRATORY SYSTEM AT A GLANCE | DEAN HESS et al | ? % |



## SECTION E CONTINUED...

For each of your claimed works, you may, but are not required, to submit any relevant publishing agreement(s) or other documents at this point. If you choose to submit such documentation now, please upload it here or include it in an envelope with your mailed form.

If you would like to share any additional information, you can do so here:

NONE. SEE COMMENTS
RE PUBLICATION #2.
I HAVE HAD NO CONTACT WITH
THE OTHER AUTHORS, OR THE
PUBLISHER, FOR AT LEAST 10
YEARS. SO ASSESSING MY WORK
IN THAT WORK/SETTLEMENT
IS VERY DIFFICULT!
BE VERY CLEAR!
WE ARE OBJECTING TO PORTION OF THE
SETTLEMENT.

The Settlement Administrator will review your submission. If there is a dispute, the Settlement Administrator will follow the process for Resolving Any Disputes described below.

 **RESOLVING ANY DISPUTES**

If all claimants for a given work do not agree on the percentage of recovery, or if any claimant does not know the amount to which they are entitled, the Settlement Administrator will notify each claimant of the situation. The claimants will then have an opportunity to meet and confer on the issue and can amend their request. If the claimants cannot resolve any disagreement, they may, within 30 days of being notified of the situation by the Settlement Administrator, confidentially submit the contractual basis for their position, including any supporting documents (for example, the relevant contract) to the Settlement Administrator. The Settlement Administrator will then work with the parties to resolve their dispute based on the supporting documents. The Settlement Administrator may require you to submit your contract. If the parties do not resolve their dispute, they may then submit the dispute to a Court-appointed Special Master at no cost to the claimants, and with no requirement to meet in person.

The Special Master will endeavor to quickly resolve all disputes based on the law. The positions any claimant takes and the decisions of the Settlement Administrator or Special Master respecting them will not be discoverable by claimants in this same litigation for use as to other works in this litigation. Such procedure would be unworkable.

The decisions of the Special Master, however, will mark the final end of that particular dispute and will bind without a right of appeal all claimants and potential claimants to the work occasioning that dispute. By not opting out, all class members who remain in this action are bound to this procedure.

Also, all claim forms, all submissions in support thereof, and all decisions on them will be submitted confidentially and not publicly docketed but will be maintained by the Settlement Administrator and/or Special Master. And, all such records may be discoverable by third parties in other litigation for good cause and upon court order.

Finally, notwithstanding anything above, what claim awards are distributed and to whom will be public information (such as in a table of payments that always shows amounts paid by legal name by copyright registration while redacting banking information and non-corporate contact information). Class Members are entitled to know the final approved plan of distribution and to whom the money is paid.



## SECTION F: PAYMENT ELECTION

Please let us know how you would like to receive your settlement payment if your claim is deemed valid. **You may only check one box below.**

*Final determinations of claim amounts will not be made until after processing by the Settlement Administrator is complete.*

I would like to receive my payment by...

☐ ACH      ☐ Zelle      ☒ Check

---

## YOU, THE CLASS MEMBER, MUST PERSONALLY SIGN[2] AND DATE YOUR CLAIM FORM BELOW TO BE ELIGIBLE FOR A PAYMENT

## SECTION G: SIGNATURE

By signing below, I agree to allow Class Counsel and JND, as the Court-Appointed Settlement Administrator, to retain and use the information provided in this form solely to complete claims processing related to the Settlement proceedings including but not limited to contacting me with questions, updates, or information and sharing certain relevant information with co-claimants, as described above.

By signing below, I am also certifying that this Claim Form, and any worksheets or other documentation submitted with it, contains true and correct information to the best of my knowledge, and I make this submission under penalty of perjury.

WPZ6T5HGYN

**UNIQUE ID:** WPZ6T5HGYN

| Signature: *Geo. G. Burton, MD* | Dated: 1-13-26 |
| Print Name: Geo. G. BURTON, M.D. | Title (if signing on behalf of company/business): |

---

[2] If the Class Member is not an individual but a legal entity then an officer or managing agent may sign.

## CHECKLIST

☒ Did you include your Unique ID on page 2 and page 11? Or, if you do not have a Unique ID, did you write "unavailable"?

☒ Did you complete all fields in Sections A, B, and C, as applicable?

☐ If you elected the Alternative Option in Section D, did you include supporting documentation or information?

☐ Did you complete Section D for any works    that are not Education Works?

☒ Did you complete Section E for any Education Works?

☒ Did you complete Section F and tell us how you want to receive payment?

☒ Did you sign and date the claim form at Section G?

☒ Did you mail or submit your form online prior to the deadline?

*If any of your contact information changes, you must promptly notify us by emailing info@AnthropicCopyrightSettlement.com.*

*Please note that Settlement benefits will be distributed after the Settlement is approved by the Court and final. Please be patient.*