


Retail

**U.S. POSTAGE PAID**
FCM LG ENV
OAKWOOD, OH 45409
JAN 23, 2026

94102

**$8.30**

RDC 99

S2324N501730-58

020 8914 50

DAYTON OHIO 45409 USPS

...ION CLERK

...es District Court (Northern Division)

...n Gate Ave. 16th Floor

...cisco, CA 94102

George G. Burton, M.D.
600 Summer Breeze Ct
Dayton, Ohio 45429

९589 0710 527C

**RECEIVED**

JAN 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Ac
United Sta
450 Gold
San Fran