# Amy Schapiro

4909 Newport Avenue, Bethesda, MD  20816 | 202-870-1135 | amyschap@gmail.com

January 19, 2026

Judge Araceli Martinez-Olguin
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Martinez-Olguin,

It has come to my attention that my biography of Rep. Millicent Fenwick entitled *Millicent Fenwick: Her Way* is included in the Anthropic Copyright Settlement (Unique ID: NL27ABQCUP). This book was published in 2003 by Rutgers University Press and had its origins as my senior thesis as a history major at American University and not as a federal employee. Unfortunately, because I am a federal employee, and have been for the past 25 years, I am not eligible to participate in the Anthropic Copyright Settlement. I urge you to make an exception for federal employees whose publications were not related to their employment.

My biography of Millicent Fenwick was written on my personal time and was in no way connected to my federal employment. I wrote the book as an independent scholar. My research for the book began in the 1990s, before I became a federal employee in 2001. My employer at the time was the Department of Justice Office of Community Oriented Policing Services, and while they were aware, and supportive, of my book it was in no way associated with my job at a federal grant-making agency.

I respectfully request that you make an exception to the rules and allow federal employees, such as myself, who have written books that were not affiliated with their federal employment to be claimants in the class action settlement. I cannot submit a claim form because I answered "Yes" to the last question: "Are you a director, officer, or employee of Anthropic, PBC, or personnel of a federal agency or the United States District Court?" By selecting "Yes" I received the following message: "Directors, officers, and employees of Anthropic, PBC, and personnel of a federal agency or the United States District Court are excluded from the Class and therefore cannot file a claim."

I believe the intent of excluding federal employees was to exclude authors of federal publications which are in the public domain and not to exclude individuals such as myself who have written books that are not affiliated with our federal employment. I respectfully request you amend the settlement terms or offer waivers on a case-by-case basis to individuals such as myself so we can file claims for publications that are included in the settlement.

Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Sincerely,

Amy Schapiro
Author

cc: Daniel Hutchinson; Lieff, Cabraser, Heimann & Bernstein



Ms Amy R Schapiro
4909 Newport Ave
Bethesda, MD 20816-1697







Retail



U.S POSTAGE PAID
FCM LETTER
WASHINGTON, DC 20004
JAN 22, 2026

94102

$5.30

RDC 99

S2324H500412-72

USA FOREVER

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



9589 0710 5270 3276 5823 38

JUDGE ARACELI MARTINEZ-OLGUIN
U.S. DISTRICT COURT for the N. DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

94102-348999