FILED

Mary H.K. Choi
New York NY 10002
Friday January 23, 2026

JAN 3 ⊃ 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**RE: OBJECTION TO PROPOSED ANTRHOPIC CLASS ACTION SETTLEMENT**

*Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.)

To the Honorable Court:

My name is Mary H.K. Choi and I am an author and member of the proposed settlement class.

I am the copyright owner of a book called Emergency Contact. The ISBN/ASIN are as follows: 9781534408968, 9781534408982. The copyright registration number is TX0008657231.

This book was my debut with Simon and Schuster, a New York Times bestseller and the culmination of decades of work and a long-held dream. Given how meaningful this book to me, I have to object, with respect, to the proposed settlement. It's not enough. Given the large-scale theft of all these books that hold such individual hopes, it's not nearly adequate. There is the fact that the offered $3,000 per work is so substantially less than the statutory damages of $150,000 per work, but mostly it's that the latter takes the issue of willful infringement under consideration.

Copyrights exist in this country for a reason.

I am not a super-star author. But as an author whose work is occasionally banned and whose work hopes to tell the stories of underrepresented characters, I have to say this is unfair.

A uniform payout to quiet us all undermines the purpose of copyrights and creativity.

If the court denied final approval to take into account what meaningful consideration would be, what it takes to write a book, I would be greatly reassured.

Thank you for your time,

Mary H.K. Choi

Member of the settlement class

M. CHOI
570 GRAND ST
#H905
NEW YORK, NY 10002





Retail

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY 10002
JAN 27, 2026

NEW YORK NY

94102

**$0.78**

RDC 99

S2324P503173-16

**RECEIVED**

JAN 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLASS ACTION CLERK
450 GOLDEN GATE AVE.
16TH FLOOR
SAN FRANCISCO, CA 94102

94102-342616