**Objection to Proposed Class Action Settlement**
**Bartz v. Anthropic PBC, Case No. 3:24-cv-05417-WHA**
**U.S. District Court for the Northern District of California**

## I. Objector

NEWTON COMPTON EDITORI SRL

with registered office in VIA PANAMA 22, 00198    ROMA, ITA  Italia
acting through its legal representative Raffaello Avanzini, CEO (the "Objector").

The Objector states that it is a member of the Settlement Class and a rightsholder of copyrighted works included in the Works List.

According to the Works List, the Objector is the rightsholder of **35 works**, as detailed in the attached list (Exhibit A).

## II. Objections

### 1. Arbitrary limitation of covered works

The proposed Settlement limits compensation to a narrow and arbitrary subset of titles, without adequately accounting for the use of multiple editions, translations, and non-English language works.

Such limitation does not reflect the actual scope of the alleged use of copyrighted works for AI training purposes and may result in an inequitable allocation of compensation among authors, translators, publishers, and other rightsholders.

### 2. No admission or determination of lawful use

The Objector notes that the Settlement does not, and should not be construed to, constitute a judicial determination or admission that the use of copyrighted works for AI training purposes qualifies as fair use or is otherwise lawful under applicable copyright law.

Any approval of the Settlement should therefore not be interpreted as resolving, on the merits, the legality of such uses.

### 3. Exclusion of works protected under the Berne Convention

The Objector notes that the proposed Settlement is structured in an excessively selective manner, covering only a limited subset of works despite the fact that the alleged training dataset is understood to have included millions of copyrighted titles.

As a result, a substantial number of works—presumptively including works in which the Objector holds rights—are excluded from any compensation.

In particular, the Settlement excludes works that were not registered with the U.S. Copyright Office, notwithstanding the fact that such works are fully protected in the United States pursuant to the **Berne Convention for the Protection of Literary and Artistic Works**, which is incorporated into U.S. copyright law.

The exclusion of such works reflects a settlement design choice rather than a lack of legal protection and results in material prejudice to publishers and other rightsholders, who are denied compensation for works that were allegedly copied and used without authorization.

## 4. No extraterritorial effect

Approval of the Settlement should not be interpreted as affecting or prejudicing the rights of authors, publishers, or other rightsholders under non-U.S. legal systems, including but not limited to European Union copyright law.

In particular, nothing in the Settlement should be construed as implying consent to text and data mining or AI training activities under jurisdictions where such uses are subject to different legal standards or require express authorization.

## III. Reservation of Rights

The Objector submits this objection while **remaining a member of the Settlement Class** and **does not opt out** of the proposed Settlement.

## IV. Signature

Signed on

| | | | | | | |
|---|---|---|---|---|---|---|
| NUA5FDJ82T | | 17 | Testament | TX0008417291 | 9788822715876 | David Gibbins | Newton Compton |
| NUA5FDJ82T | | 108 | Atlantis (Jack Howard Series Book 1) | TX0006920501 | 9788854176188 | David Gibbins, James Langton | Newton Compton |
| NUA5FDJ82T | | 12 | Flower | TX0008403935 | 9788822702746 | Elizabeth Craft, Shea Olsen | Newton Compton |
| NUA5FDJ82T | | 103 | Othello (Modern Library Classics) | TX0007048178 | 9788854138971 | Eric Rasmussen, John Dover Wilson, Jonathan Bate, Royal Shakespeare Company Staff, William Shakespeare | Newton Compton |
| NUA5FDJ82T | | 102 | Piraten! | TX0006079057 | 9788854138223 | Gideon Defoe | Newton Compton |
| NUA5FDJ82T | | 50 | The Terminal List | TX0008619839 | 9788830453418 | Jack Carr | Newton Compton |
| NUA5FDJ82T | | 128 | Lady Susan | TX0000680827 | 9788854124523 | James Edward Austen-Leigh, Jane Austen | Newton Compton |
| NUA5FDJ82T | | 26 | Good Girl | TXU002097573 | 9788822735065 | Jana Aston | Newton Compton |
| NUA5FDJ82T | | 18 | Honor | TX0008337910 | 9788822718617 | Jay Crownover | Newton Compton |
| NUA5FDJ82T | | 16 | Bad Romance: A Stepbrother Novel (Forbidden Love Book 1) | TX0008224080 | 9788822714725 | Jen McLaughlin | Newton Compton |
| NUA5FDJ82T | | 109 | That Boy | TXU001720374 | 9788854192171 | Jill Dodd, Jillian Dodd | Newton Compton |
| NUA5FDJ82T | | 22 | Kiss Me | TX0007628319 | 9788822726780 | Jillian Dodd | Newton Compton |
| NUA5FDJ82T | | 110 | That Baby | TXU001975155 | 9788854192300 | Jillian Dodd | Newton Compton |
| NUA5FDJ82T | | 13 | The Protector | TX0008359616 | 9788822704795 | Jodi Ellen Malpas | Newton Compton |
| NUA5FDJ82T | | 122 | Lockwood & Co. - Der Wispernde Schädel | TX0007960730 | 9788869189135 | Jonathan Stroud | Newton Compton |
| NUA5FDJ82T | | 24 | Private | TX0006402925 | 9788822728784 | Julian Peploe, Kate Brian | Newton Compton |
| NUA5FDJ82T | | 14 | P.s. I Like You | TX0008328835 | 9788822707598 | Kasie West | Newton Compton |
| NUA5FDJ82T | | 19 | Dirty | TX0008312692 | 9788822719188 | Kylie Scott | Newton Compton |
| NUA5FDJ82T | | 130 | Ben Hur (Ldp Litterature) (French Edition) | TX0006235941 | 9788854103696 | Lewis Wallace | Newton Compton |
| NUA5FDJ82T | | 21 | Royals (Italian Edition) | TX0008645645 | 9788822726476 | Rachel Hawkins | Newton Compton |
| NUA5FDJ82T | | 105 | L'estate Nera | TX0003377439 | 9788854156616 | Remo Guerrini | Newton Compton |
| NUA5FDJ82T | | 15 | Hero | TX0008069897 | 9788822712608 | Samantha Young | Newton Compton |
| NUA5FDJ82T | | 25 | King | TX0008788202 | 9788822732934 | T. M. Frazier | Newton Compton |
| NUA5FDJ82T | | 23 | The Silence | TX0008420612 | 9788822726865 | Tim Lebbon | Newton Compton |
| NUA5FDJ82T | | 127 | La citta del Sole/Cetatea Soarelui; Poesie filosofiche/Poezii filozofice (Romanian Edition) | TX0000668010 | 9788879839945 | Tommaso Campanella | Newton Compton |

Raffaello Avanzini
Ceo
For and on behalf of
NEWTON COMPTON EDITORI SRL

## Exhibit A

## List of works found in the settlement Work List

| Claimant Reference ID | Works Identifier | Title of Work | U.S. Copyright Office Registration Number | International Standard Book Number (ISBN) | Author | Publisher |
|---|---|---|---|---|---|---|
| NUA5FDJ82T | 98 | Macbeth | TX0007667464 | 9788854133563 | A. J. Hartley, David Hewson, William Shakespeare | Newton Compton |
| NUA5FDJ82T | 101 | Thérèse Raquin | TX0000292418 | 9788854136908 | Adam Thorpe, Émile Zola, Robin Buss, TC | Newton Compton |
| NUA5FDJ82T | 100 | Notre-Dame de Paris | TX0001903219 | 9788854134133 | Alban Krailsheimer, Barry, Luc Olivier Merson, Victor Hugo | Newton Compton |
| NUA5FDJ82T | 20 | The Hunger | TX0008585368 | 9788822724984 | Alma Katsu | Newton Compton |
| NUA5FDJ82T | 96 | Nana | RE0000241617 | 9788854128521 | Amancio Peratoner, Burton Rascoe, Émile Zola, Émile. Zola, G. Charpentier (1881), Gladys Acosta, Licence Creatives Commons BY-SA, Luc Sante | Newton Compton |
| NUA5FDJ82T | 106 | The Martian | TX0007884552 | 9788854170520 | Andy Weir | Newton Compton |
| NUA5FDJ82T | 107 | Sopravvissuto: The Martian | TX0007884554 | 9788854170520 | Andy Weir | Newton Compton |
| NUA5FDJ82T | 99 | Oliver Twist | TX0006285871 | 9788854133587 | Charles Dickens, Jill Muller | Newton Compton |
| NUA5FDJ82T | 97 | Mansfield Park | TX0004732790 | 9788854128965 | Claudia L. Johnson, Jane Austen | Newton Compton |

| | | | Ivanhoe (eNewton Classici) (Italian Edition) | TX0003663907 | 9788854142886 | Walter Scott | Newton Compton |
|---|---|---|---|---|---|---|---|
| NUA5FDJ82T | | 104 | | | | | |



TO:

**Class Action Clerk**
**United States District Court**
**Northern District of California**
**450 Golden Gate Ave., 16th Floor**
**San Francisco, CA 94102**



*Registered Mail*

AR    CZBE

20157 MILANO (MI)

Posteitaliane    27.01.2026    15:09
Euro 013,00



T

Sender

NEWTON COMPTON EDITORI SRL

Via Panama 22

00198 Roma (RM)

RECEIVED

FEB 17 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: Bartz v. Anthropic PBC

Case No. 3:24-cv-05417-WHA



RA  1888 6599 6

Incollare senza piegare / Coller sans plier

Incollare senza piegare / Coller sans plier

LATO APRIBILE PER
L'ISPEZIONE POSTALE