**Objection to Proposed Class Action Settlement**
**Bartz v. Anthropic PBC, Case No. 3:24-cv-05417-WHA**
**U.S. District Court for the Northern District of California**

---

## I. Objector

CASA EDITRICE NORD SURL

with registered office in VIA GIOVANNI GHERARDINI, 10, 20145    MILANO    MI,
ITA  Italia
acting through its legal representative Marco Tarò, CEO (the "Objector").

The Objector states that it is a member of the Settlement Class and a rightsholder of copyrighted works included in the Works List.

According to the Works List, the Objector is the rightsholder of **25 works**, as detailed in the attached list (Exhibit A).

---

## II. Objections

### 1. Arbitrary limitation of covered works

The proposed Settlement limits compensation to a narrow and arbitrary subset of titles, without adequately accounting for the use of multiple editions, translations, and non-English language works.

Such limitation does not reflect the actual scope of the alleged use of copyrighted works for AI training purposes and may result in an inequitable allocation of compensation among authors, translators, publishers, and other rightsholders.

---

### 2. No admission or determination of lawful use

The Objector notes that the Settlement does not, and should not be construed to, constitute a judicial determination or admission that the use of copyrighted works for AI training purposes qualifies as fair use or is otherwise lawful under applicable copyright law.

Any approval of the Settlement should therefore not be interpreted as resolving, on the merits, the legality of such uses.

---

### 3. Exclusion of works protected under the Berne Convention

The Objector notes that the proposed Settlement is structured in an excessively selective manner, covering only a limited subset of works despite the fact that the alleged training dataset is understood to have included millions of copyrighted titles.

As a result, a substantial number of works—presumptively including works in which the Objector holds rights—are excluded from any compensation.

In particular, the Settlement excludes works that were not registered with the U.S. Copyright Office, notwithstanding the fact that such works are fully protected in the United States pursuant to the **Berne Convention for the Protection of Literary and Artistic Works**, which is incorporated into U.S. copyright law.

The exclusion of such works reflects a settlement design choice rather than a lack of legal protection and results in material prejudice to publishers and other rightsholders, who are denied compensation for works that were allegedly copied and used without authorization.

## 4. No extraterritorial effect

Approval of the Settlement should not be interpreted as affecting or prejudicing the rights of authors, publishers, or other rightsholders under non-U.S. legal systems, including but not limited to European Union copyright law.

In particular, nothing in the Settlement should be construed as implying consent to text and data mining or AI training activities under jurisdictions where such uses are subject to different legal standards or require express authorization.

## III. Reservation of Rights

The Objector submits this objection while **remaining a member of the Settlement Class** and **does not opt out** of the proposed Settlement.

## IV. Signature

Signed on

| | | | | | | |
|---|---|---|---|---|---|---|
| NUA5FDJ82 T | 79 | Maximum Ride: Angel (Italian Edition) | TX0008024812 | 9788842921349 | James Patterson | Casa Editrice Nord |
| NUA5FDJ82 T | 91 | Maximum Ride: Forever (Italian Edition) | TX0008162290 | 9788842927792 | James Patterson | Casa Editrice Nord |
| NUA5FDJ82 T | 75 | Burned | TX0007278389 | 9788842918981 | Kristin Cast, P. C. Cast | Casa Editrice Nord |
| NUA5FDJ82 T | 78 | Destined | TX0007459481 | 9788842921066 | Kristin Cast, P. C. Cast | Casa Editrice Nord |
| NUA5FDJ82 T | 86 | Revealed: La Casa della Notte [vol. 11] (Italian Edition) | TX0007793148 | 9788842925156 | Kristin Cast, P. C. Cast | Casa Editrice Nord |
| NUA5FDJ82 T | 72 | Incubus Dreams | TX0006081666 | 9788842917052 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 73 | Cerulean Sins | TX0005740008 | 9788842917755 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 74 | Micah | TX0006351286 | 9788842918554 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 83 | Blood Noir | TX0007011018 | 9788842922032 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 84 | Skin Trade | TX0007031450 | 9788842922056 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 90 | Affliction | TX0007786164 | 9788842927716 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 92 | Dead Ice | TX0008161171 | 9788842928980 | Laurell K. Hamilton | Casa Editrice Nord |
| NUA5FDJ82 T | 141 | Apocalipsis Z | TX0007343397 | 9788842918820 | Manel Loureiro, Manuel Loureiro | Casa Editrice Nord |
| NUA5FDJ82 T | 77 | Black-out | TX0008667355 | 9788842920809 | Marc Elsberg | Casa Editrice Nord |
| NUA5FDJ82 T | 87 | Brilliance | TX0007675048 | 9788842926900 | Marcus Sakey | Casa Editrice Nord |
| NUA5FDJ82 T | 85 | Ender's Game | TX0005485417 | 9788842924265 | Orson Scott Card | Casa Editrice Nord |
| NUA5FDJ82 T | 93 | Suicide Club | TX0008642425 | 9788842932154 | Rachel Heng | Casa Editrice Nord |
| NUA5FDJ82 T | 139 | Gabriel's Redemption | TX0007833428 | 9788842925132 | Sylvain Reynard | Casa Editrice Nord |
| NUA5FDJ82 T | 142 | Gabriel's Rapture | TX0007567731 | 9788842923770 | Sylvain Reynard | Casa Editrice Nord |

Marco Tatò
Ceo
For and on behalf of
CASA EDITRICE NORD SURL

Exhibit A

## List of works found in the settlement Work List

| Claimant Reference ID | Works Identifier | Title of Work | U.S. Copyright Office Registration Number | International Standard Book Number (ISBN) | Author | Publisher |
|---|---|---|---|---|---|---|
| NUA5FDJ82T | 94 | Dracul | TX0008685073 | 9788842932468 | Dacre Stoker, J. D. Barker, J.D. Barker | Casa Editrice Nord |
| NUA5FDJ82T | 76 | Angelology: A Novel (Angelology Series Book 1) | TX0007178425 | 9788842919216 | Danielle Trussoni | Casa Editrice Nord |
| NUA5FDJ82T | 81 | The Gift | TX0007368105 | 9788842921844 | Gabrielle Charbonnet, James Patterson, James Patterson\|Ned Rust, Jill Dembowski, Ned Rust | Casa Editrice Nord |
| NUA5FDJ82T | 80 | Witch & Wizard - Il Nuovo Ordine: Witch & Wizard 1 (Italian Edition) | TX0007587682 | 9788842921820 | Gabrielle Charbonnet, James Patterson, Jill Dembowski, Ned Rust | Casa Editrice Nord |
| NUA5FDJ82T | 132 | Harry Potter and the Half-Blood Prince | TX0006179388 | 9788884516107 | J. K. Rowling, Mary GrandPré | Casa Editrice Nord |
| NUA5FDJ82T | 71 | The Final Warning: a Maximum Ride Novel | TX0007593581 | 9788842916581 | James Patterson | Casa Editrice Nord |

**RECEIVED**

FEB 1 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO:

**Class Action Clerk**

**United States District Court**

**Northern District of California**

**450 Golden Gate Ave., 16th Floor**

**San Francisco, CA 94102**





*Registered Mail*

AR    CZBE

*20157 MILANO (MI)*

Posteitaliane

27.01.2026    15:09
Euro 013.00

**Sender**

**CASA EDITRICE NORD SURL**
Via Giovanni Gheradini 10
20145 Milano (MI) ITALIA

Re: Bartz v. Anthropic PBC
Case No. 3:24-cv-05417-WHA



RA  1888 6597 9  IT

LATO APRIBILE PER
L'ISPEZIONE POSTALE

Incollare senza piegare / Coller sans plier

Posteitai

Ufficio di impostaz

Destinatario invio
UNITED ST
45o GOLDE
SAN FRA

Natura dell'invio

☐ Raccomar
   Reconnai

☐ Vaglia
   Mandat i

N° invio
N° de l'envoi

Da completare
L'invio sopra indi
L'envoi mentionn

Data - Date

Nome del destina
Nom du destinate

Incollare senza piegare / Coller sans plier