25 Hugo Road, Tufnell Park, London N19 5EU, United Kingdom.

cell +44-7803-907208 rubenlee.ofg@btinternet.com

Class Action Clerk,

United States District Court for the Northern District of California.

450 Golden Gate Avenue, 16th Floor,

San Francisco,

CA 94102,

USA.

Objection concerning case: *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.)

9th February 2026

Dear Sir,

I would like to file an objection to the Settlement Agreed in the case *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.). I am based in London and the only way I could file this objection by the date required, was electronically. However, I tried to file this objection via the Court's ECF and PACER systems, but found it impossible to do so. According, I sent a letter (a copy is attached) via email to amocrd@cand.uscourts.gov and to amopo@cand.uscourts.gov. I hope that you will be able to accept this objection. The details of the objection are as follows:

1.  My name is Ruben Lee, and my current address is 25 Hugo Road, Tufnell Park, London N19 5EU, United Kingdom

2.  I believe that I am a member of the Class in this Class Action, as my work is listed in the Works List discussed in the Settlement. It has a unique ID in the list - NHV57QSAG9.

3.  The work on the Works List in which I am a rightsholder is entitled "Running the World's Markets".

4.  My copyright interest in the work is that I am the author of the work.

5.  This objection applies only to myself, and not to a subset of the Class, or to the entire Class.

6.  The specific ground for my objection is that I believe the amount offered is paltry, and does not in any way reflect the full value of the unauthorized use of my work. The book provides a seminal foundation for understanding how financial markets are and should be governed. It has been used by governments, regulators and financial markets throughout the world.

7.  I have no attorneys representing, advising, or in any way assisting me in connection with the preparation or submission of this objection, or who may profit from the objection.

8.  I do not intend to appear at the final approval hearing.

Thank you for your consideration.

Yours sincerely,

Ruben Lee

25 Hugo Road, Tufnell Park, London N19 5EU, United Kingdom.

cell +44-7803-907208 rubenlee.ofg@btinternet.com

Judge Araceli Martínez-Olguín,

United States District Court for the Northern District of California.

Objection concerning case: *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.)

9th February 2026

Dear Judge Martínez-Olguín,

I would like to file an objection to the Settlement Agreed in the case *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.). I am based in London and the only way I can file this objection by the date required, namely today, is electronically. However, I have tried to file this objection via the Court's ECF and PACER systems, but have found it impossible to do so. According, I am sending this letter via email in the hope that it reaches you in time.

9. My name is Ruben Lee, and my current address is 25 Hugo Road, Tufnell Park, London N19 5EU, United Kingdom

10. I believe that I am a member of the Class in this Class Action, as my work is listed in the Works List discussed in the Settlement. It has a unique ID in the list - NHV57QSAG9.

11. The work on the Works List in which I am a rightsholder is entitled "Running the World's Markets".

12. My copyright interest in the work is that I am the author of the work.

13. This objection applies only to myself, and not to a subset of the Class, or to the entire Class.

14. The specific ground for my objection is that I believe the amount offered is paltry, and does not in any way reflect the full value of the unauthorized use of my work. The book provides a seminal foundation for understanding how financial markets are and should be governed. It has been used by governments, regulators and financial markets throughout the world.

15. I have no attorneys representing, advising, or in any way assisting me in connection with the preparation or submission of this objection, or who may profit from the objection.

16. I do not intend to appear at the final approval hearing.

Thank you for your consideration.

Yours sincerely,

Ruben Lee

Ruben Lee

Royal Mail

Great Britain
Recommandé

International
Tracked & Signed

**R**

RN 7178 2122 5GB
RN 7178 2122 5GB
RN 7178 2122 5GB
RN 7178 2122 5GB

Sig req
Sig req
Sig req
Sig req

PRIORITY MAIL
Signature Required

REGISTERED DELIVERY

Class

Action Clerk,
U.S. District Court for the Northern
District of California (
450 Golden Gate Avenue)
16th Floor
San Francisco,
CA 94102,
USA

· SINGLE USE ONLY ·

88004
2-84848970



Royal Mail.u
POSTAGE PAID UK.5
12/02/26 £8.50
ITS

RECEIVED

FEB 2 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA