

**FILED**

**FEB 17 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Alisa Smith
1-1126 West 13th Ave.
Vancouver BC
Canada V6H 1N3

February 7, 2026

Re:  Case name *Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.)*

To whom it may concern:

I write to object to the Settlement to the Bartz case. My full name and address are listed in the top right corner of this letter. I believe myself to be a member of the Class.

I am a rightsholder of the following work from the Works List:

1. *The 100-Mile Diet: A Year of Local Eating* by Alisa Smith and J.B. MacKinnon (Work One). Exhibit 1 and 2 attached.

I am a 50% copyright holder (by virtue of being a co-author) of Work One above, a book.

I object to the settlement.

I do not currently know if my objection applies only to me, or if others in the settlement also have works that appear to be eligible, but were excluded from the Bartz Works List for reasons of potential oversight or error. If yes, this objection applies to a subset of the Class.

I object because I have two additional books where I am the 100% sole author and copyright holder that appear to meet the eligibility criteria but were not included in the Works List. These books are:

2. *Speakeasy: A Novel* by Alisa Smith (Work Two). Exhibit 3 attached.
   - this Work has both an ASIN and ISBN. Exhibit 4 attached.

3. *Doublespeak: A Novel* by Alisa Smith (Work Three). Exhibit 5 attached.
   - this Work has both an ASIN and ISBN. Exhibit 6 attached.

I note that the Download Date in para. 1.14 of the Settlement Agreement is August 10, 2022

In the same manner as Work One on the Works List, Work Two and Work Three:

- are part of the LibGen dataset. Exhibit 7 attached.
- were registered with the United States Copyright Office within five years of publication. Exhibits 8, 9, 10, 11, 12, 13 and 14 attached.
- were registered before the Anthropic Download Date

1

- Work Two had effective date of Registration August 10, 2018. Exhibit 12 attached.
- Work Three had effective date of Registration April 11, 2019. Exhibit 14 attached.
- as noted above, Work Two and Work Three had ASIN and ISBN numbers. Exhibit 4 and 6 attached.

Based on meeting the above criteria, I believe Work Two and Work Three were overlooked as valid and eligible Works on the Settlement Works List, and should be added to the Works List.

If this Settlement covers global use rather than just US use, I object. Work One was separately published in Canada, Taiwan, and Korea as well as the US. Work Two and Work Three were separately published in Canada as well as the US.  It was my right as an author to negotiate payments for these separate publications of my copyrighted work. The Settlement amount per work is too low to adequately compensate for global use.

If Work Two and Work Three are somehow not eligible, I object to the criteria as unfair. I worked multiple years on the above two works that appear in the LibGen dataset, and they were published by US publishers and I am the sole author and copyright holder.

If this was indeed an error by Class Counsel, I object to Class Counsel being eligible for any related expenses. This error caused me to spend additional time to put documentation and this objection letter together, incurred mailing expenses, and caused me undue stress worrying that I may not receive compensation for all my works.

If this was a pervasive error by Class Counsel (significant number of authors impacted), then I object to the high 25% payment rate to Class Counsel, because their work was careless and may cause authors to be underpaid in this settlement.

As well as searching the Works List by author, I also searched by title and ISBN number, to confirm that Work Two and Work Three were excluded from the Settlement. They were not found. Exhibits 15, 16, 17, 18,19, 20, 21 and 22 attached.

No attorney represented, advised or assisted me in this objection. I do not intend to appear at the final approval hearing.

Best regards,

Alisa Smith

EXHIBIT 1

Bartz, et al. v. Anthropic PBC | Bartz v Anthropic | 3:24-cv-5417

Home   Key Dates   Important Documents   FAQ   Works List Lookup   Learn About Your Four Options and Due Dates   ⊕ English ∨

# Matches Found

We found the following books related to your search.

**New Search**

| ISBN(s)/ASIN(s) | Copyright-Registered Title | Copyright-Registered Author(s) | Copyright-Registered Claimant(s) | Identified Publisher(s) | Copyright Registration Number | Identified Title | Identified Author(s) | Education Work |
|---|---|---|---|---|---|---|---|---|
| 9780307371171 | THE 100-MILE DIET: A YEAR OF LOCAL EATING | Alisa Smith, J.B MacKinnon | Smith, Alisa; MacKinnon, J.B; Alisa Smith and J.B. MacKinnon | Random House of Canada | TX0006849081 | The 100-Mile Diet | Alisa Smith, J. B. Mackinnon | Not Education |

|◄ ◄ 1 ► ►|   25 ▼   items per page          1 - 1 of 1 items

EXHIBIT 1

EXHIBIT 2



Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26

EXHIBIT 3

Case 3:24-cv-05417-AMO   Document 60   Filed 02/11/25   Page 5 of 24



 Chrome   File   Edit   View   History   Bookmarks   Profiles   Tab   Window   Help          62%   Sat Feb 7 1:04 PM

a   Amazon.com: Speakeasy: A N   ×   +

https://www.amazon.com/Speakeasy-Novel-Alisa-Smith-ebook/dp/B075QKGS51/ref=sr_1_4?crid=30TG5S2RDJKRW&dib=eyJ2IjoiMSJ9.Up9aAopAA1FBb1b--9zliJXVuIZFSAH...     ☆   JB   ⋮

All Bookmarks

amazon   Deliver to Canada   Books ▾   alisa smith 🔍   EN ▾   Hello, sign in Account & Lists ▾   Returns & Orders   🛒 Cart

All   Today's Deals   Prime Video   Registry   Gift Cards   Customer Service   Sell

Books   Categories ▾   New & Trending ▾   Deals & Rewards ▾   Best Sellers & More ▾   Memberships ▾   Communities ▾   More ▾   Your Books ▾

International Kindle Paperwhite   Buy Now ▸

...oks › Literature & Fiction › Genre Fiction › Historical › 20th Century › World War II & Holocaust



# Speakeasy: A Novel (Lena Stillman Series Book 1) Kindle Edition

by Alisa Smith (Author)   |   Format: Kindle Edition

4.2 ★★★★☆ ▾ (29)
Book 1 of 2: Lena Stillman

See all formats and editions

**A WALTER SCOTT PRIZE ACADEMY RECOMMENDED BOOK OF 2018!**

**In this literate and action-packed historical thriller, set during World War II, a plucky code-breaker fights to keep a deadly secret as her Bonnie-and-Clyde past threatens to catch up with her.**

Thirty-year-old Lena Stillman is living a perfectly respectable life when a shocking newspaper headline calls up her past: it concerns her former lover, charismatic bank robber Bill Bagley. A romantic and charming figure, Lena had tried to forget him by resuming her linguistic studies, which led to her recruitment as a Navy code-breaker intercepting Japanese messages during World War II.

But can Lena keep her own secrets? Threatening notes and the appearance of an old diary that recalls her gangster days are poised to upset her new life.

Whom can she really trust? Is there a spy among the code-breakers? And who is it that wants her dead?

**"Alisa Smith's novel** *Speakeasy*, **set in the thirties and forties, is written with great authority. A wonderful read, and very convincing." —Richard Bausch, author of** *Something Is Out There* **and** *Peace*

| Kindle | Hardcover |
| CAD 13.64 | CAD 3.86 |
| Available instantly | |

| Paperback |
| from CAD 9.56 |

Other Used and New from CAD 3.86 ▾

**-33%** ^CAD **13**^64

Digital List Price: ~~CAD 20.47~~ ⓘ

**Buy now with 1-Click**

You will be charged USD 9.99

By placing an order, **you're purchasing a content license** & agreeing to Kindle's Store Terms of Use.

Sold by Amazon.com Services LLC.

Book 1 of 2   Print length   Language   Publisher   Accessibility

Case 3:24-cv-05417-AMO    Document 60    Filed 02/17/26    Page 6 of 24



Amazon.com: Speakeasy: A N ×    +

https://www.amazon.com/Speakeasy-Novel-Alisa-Smith-ebook/dp/B075QKGS51/ref=sr_1_4?crid=30TG5S2RDJKRW&dib=eyJ2IjoiMSJ9.Up9aAopAA1FBb1b--9zliJXVuIZFSAH...

All Bookmarks

Canada        EN    Account & Lists    & Orders    Cart

ALISA SMITH is the bestselling co-author of *Plenty: A Year of Eating Locally on the 100-Mile Diet* (Crown). Her freelance writing has been published in *Outside, Reader's Digest, Utne Reader, Ms. Magazine, Canadian Geographic, Elle Canada,* the*National Post*, and many others, winning two National Magazine Awards. She served as a judge for a various literary awards and has lectured widely on writing. She is based in Vancouver.

## Product details

**ASIN :** B075QKGS51

**Publisher :** Thomas Dunne Books

**Accessibility :** Learn more

**Publication date :** April 10, 2018

**Language :** English

**File size :** 4.4 MB

**Screen Reader :** Supported

**Enhanced typesetting :** Enabled ˅

**X-Ray :** Not Enabled

**Word Wise :** Enabled ˅

**Print length :** 228 pages ˅

**ISBN-13 :** 978-1466892200

**Page Flip :** Enabled ˅

**Book 1 of 2 :** Lena Stillman

Case 3:24-cv-05417-AMO   Document 609   Filed 02/11/25   Page 7 of 24

EXHIBIT 5



amazon   Deliver to ⊙ Canada   | Books ▾ | alisa smith | 🔍 |   ☰ EN ▾   Hello, sign in **Account & Lists** ▾   Returns **& Orders**   🛒 Cart

All   Today's Deals   Prime Video   Registry   Gift Cards   Customer Service   Sell

books   Categories ▾   New & Trending ▾   Deals & Rewards ▾   Best Sellers & More ▾   Memberships ▾   Communities ▾   More ▾   Your Books ▾



Café Wars: A Historical War Novel (The Airmen Series Bo...   CAD14⁰⁰   Shop now

4.5 ★★★★½ 1,021

Sponsored ⓘ

Books › Literature & Fiction › Genre Fiction › Historical › 20th Century › World War II & Holocaust

# Doublespeak: A Novel (Lena Stillman Series Book 2) Kindle Edition

by Alisa Smith (Author)   |   Format: Kindle Edition

4.3 ★★★★☆ ▾ (6)

Book 2 of 2: Lena Stillman

See all formats and editions

**The followup to the literate and action-packed historical thriller *Speakeasy*, *Doublespeak* finds plucky protagonist Lena on a journey back to her past.**

Lieutenant Lena Stillman has been left, nearly alone, on her code-breaking mission in remote Alaska. World War II has been over for a month, but due to crimes committed a lifetime ago, Lena is still under the control of the powerful Miss Maggie.

Shaken by her role in the disappearance of Corporal Link Hughes—and by her own misjudgment of his character—Lena yearns for an opportunity to redeem them both. Then she receives a shocking message containing Link's potential location: Siam. Embarking on a clandestine rescue mission to Bangkok, Lena is reunited with shadows from her past—including loyal friend Byron who is eager to escape his safe, dull life and the attractive yet dangerous "William Yardly." As personal and political allegiances shift in the postwar maelstrom, it seems impossible to know who is good or bad, innocent or culpable and whether they are motivated by love or revenge. Overlaying rich historic detail and an intricate plot, *Doublespeak* is an entrancing sequel to Alisa Smith's first novel *Speakeasy*, which received the honor of being a Walter Scott Prize Academy recommended book of 2018.

| Kindle **CAD 16.37** Available instantly | Hardcover **CAD 23.21** |
|---|---|

Paperback **from CAD 13.64**

Other Used and New from CAD 6.13 ⌄

-33% ᶜᵃᴰ16³⁷

Digital List Price: ᴄᴀᴅ24.56 ⓘ

**Buy now with 1-Click**

You will be charged USD 11.99

By placing an order, **you're purchasing a content license & agreeing to** Kindle's Store Terms of Use.

Sold by Amazon.com Services LLC.



↑ Top          About this item          Similar          From the Author          Reviews

Doublespeak: A Novel (Lena Stillman Series Book 2)

# Product details

**ASIN** : B07D2C1GQR

**Publisher** : St. Martin's Press

**Accessibility** : Learn more

**Publication date** : April 16, 2019

**Language** : English

**File size** : 2.9 MB

**Screen Reader** : Supported

**Enhanced typesetting** : Enabled ⌄

**X-Ray** : Not Enabled

**Word Wise** : Enabled ⌄

**Print length** : 260 pages ⌄

**ISBN-13** : 978-1250097866

**Page Flip** : Enabled ⌄

**Book 2 of 2** : Lena Stillman

Case 3:24-cv-05417-AMO     Document 609     Filed 02/17/26     Page 9 of 24

EXHIBIT 7



Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26    Page 10 of 24



EXHIBIT 8

EXHIBIT 9



EXHIBIT 10

# THE 100-MILE DIET: A YEAR OF LOCAL EATING.

Share ↗    Actions ⌄

| | |
|---|---|
| **Registration Number / Date** | TX0006849081 / 2008-02-05 |
| **Type of Work** | Text |
| **Title** | THE 100-MILE DIET: A YEAR OF LOCAL EATING. |
| **Application Title** | THE 100-MILE DIET: A YEAR OF LOCAL EATING. |
| **Alternative Title on Application** | PLENTY: ONE MAN, ONE WOMAN, AND A RAUCOUS YEAR OF EATING LOCALLY |
| **Date of Creation** | 2006 |
| **Date of Publication** | 2007-03-12 |
| **Copyright Claimant** | Alisa Smith and J.B. MacKinnon. Address: c/o Fletcher & Parry, LLC of The Carriage House, 121 East 17th Street, New York, NY, 10003 |
| **Authorship on Application** | Alisa Smith; Citizenship: Canada. Authorship: Co-author of entire text and recipes excluding ingredients and brief quotes from other sources. |
| | J.B. MacKinnon; Citizenship: Canada. Authorship: Co-author of entire text and recipes excluding ingredients and brief quotes from other sources. |
| **Basis of Claim** | Entire text and recipes excluding ingredients and brief quotes from other sources. |
| **Material Excluded** | Recipe ingredients and brief quotes from other sources. |
| **Description** | Book, 264 p. |
| **Edition** | 1st US ed. |
| **Nation of First Publication** | Canada |
| **Names** | Smith, Alisa |
| | MacKinnon, J.B. |

EXHIBIT 1



◄ Previous   Next ►

# SPEAKEASY.

Share ↗   Actions ⌄

| | |
|---|---|
| **Registration Number / Date** | TX0008648784 / 2018-08-10 |
| **Type of Work** | Text |
| **Certificate** | View PDF |
| **Title** | SPEAKEASY. |
| **Application Title** | SPEAKEASY. |
| **Date of Creation** | 2016 |
| **Date of Publication** | 2017-03-07 |
| **Copyright Claimant** | ALISA SMITH. Address: *C/O MACMILLAN PUBLISHING GROUP LLC D/B/A ST. MARTIN'S PRESS, 175 FIFTH AVENUE, NEW YORK, NY, 10010. |
| **Authorship on Application** | ALISA SMITH; Domicile: Canada. Authorship: text. |
| **Description** | Book, 233 p. |
| **Nation of First Publication** | Canada |
| **Names** | SMITH, ALISA |

◄ Previous   Next ►

EXHIBIT
12

**Registration Number**

## TX 8-648-784

**Effective Date of Registration:**
August 10, 2018

## Title _____

      **Title of Work:**   SPEAKEASY

## Completion/Publication _____

      **Year of Completion:**   2016
      **Date of 1st Publication:**   March 07, 2017
      **Nation of 1st Publication:**   Canada

## Author _____

      •    **Author:**   ALISA SMITH
      **Author Created:**   text
      **Domiciled in:**   Canada

## Copyright Claimant _____

      **Copyright Claimant:**   ALISA SMITH
      *C/O MACMILLAN PUBLISHING GROUP LLC D/B/A ST. MARTIN'S
      PRESS, 175 FIFTH AVENUE, NEW YORK, NY, 10010

## Certification _____

      **Name:**   RIA ALMESTICA
      **Date:**   June 18, 2018



Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26    Page 15 of 24

EXHIBIT 13

## Registration record TX0008740477

Copyright Catalog
Displaying 15 of 28 entries

◀ Previous    Next ▶

# DOUBLESPEAK.                                                                 Share ➔   Actions ∨

| | |
|---|---|
| **Registration Number / Date** | TX0008740477 / 2019-04-11 |
| **Type of Work** | Text |
| **Certificate** | View PDF |
| **Title** | DOUBLESPEAK. |
| **Application Title** | DOUBLESPEAK. |
| **Date of Creation** | 2016 |
| **Date of Publication** | 2019-03-28 |
| **Copyright Claimant** | Alisa Smith. Address: Macmillan Publishing Group LLC dba St. Martin's Press, 175 Fifth Avenue, New York, NY, 10010, United States. |
| **Authorship on Application** | Alisa Smith; Domicile: Canada. Authorship: text. |
| **Description** | Book, 266 p. |
| **Nation of First Publication** | United States |
| **Names** | Smith, Alisa |

EXHIBIT
14

**Registration Number**

# TX 8-740-477

**Effective Date of Registration:**
April 11, 2019

## Title

**Title of Work:**   DOUBLESPEAK

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   March 28, 2019
**Nation of 1st Publication:**   United States

## Author

● **Author:**   Alisa Smith
**Author Created:**   text
**Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   Alisa Smith
Macmillan Publishing Group LLC dba St. Martin's Press, 175 Fifth Avenue, New York, NY, 10010, United States

## Certification

**Name:**   Matthew White
**Date:**   April 05, 2019

EXHIBIT 15



## Anthropic Works List Lookup

To see if your book is included in the settlement, select how you would like to search and enter your search terms.

For help with the lookup tool, please read our **search tips**.

More information about how the Works List was created is available in **FAQ 49**.

○ Search by ISBN/ASIN

● Search by Title

**Title** *

speakeasy

Search by Author

Search by Publisher

Search by Copyright Registration Number

Search

Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26    Page 18 of 24



EXHIBIT 16

Bartz, et al. v. Anthropic PBC | Bartz v Anthropic | 3:24-cv-5417

Home    Key Dates    Important Documents    FAQ    Works List Lookup    Learn About Your Four Options and Due Dates    ⊕ English ⌄

# Matches Found

We found the following books related to your search.

**New Search**

| ISBN(s)/ASIN(s) | Copyright-Registered Title | Copyright-Registered Author(s) | Copyright-Registered Claimant(s) | Identified Publisher(s) | Copyright Registration Number | Identified Title | Identified Author(s) | Education Work |
|---|---|---|---|---|---|---|---|---|
| 9781580082532, 9781607740872 | SPEAKEASY Classic Cocktails Reimagined, From New York's EMPLOYEES ONLY Bar | Dushan Zaric, Jason Kosmas | Kosmas, Jason; Zaric, Dushan; Jason Kosmas; Dushan Zaric | Random House Digital Inc. | TX0007241461 | Speakeasy | Dushan Zaric, Jason Kosmas | Not Education |
| 9780990803324 | Speakeasy Dead | Vicky Lynn Loebel | Loebel, Vicky Lynn; Vicky Lynn Loebel | Pentachronistic Press | TX0007990299 | Speakeasy Dead | Vicky Loebel | Not Education |

|◄  ◄  1  ►  ►|    25  ▼ items per page                                                                1 – 2 of 2 items

Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26    Page 19 of 24

EXHIBIT 17



Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26    Exhibit 18

Chrome  File  Edit  View  History  Bookmarks  Profiles  Tab  Window  Help          58%  Sat Feb 7  1:22 PM

Works Lookup

https://secure.anthropiccopyrightsettlement.com/lookup/results

All Bookmarks

| ISBN(s)/ASIN(s) | Copyright-Registered Title | Copyright-Registered Author(s) | Copyright-Registered Claimant(s) | Identified Publisher(s) | Copyright Registration Number | Identified Title | Identified Author(s) | Education Work |
|---|---|---|---|---|---|---|---|---|
| 9780060161347, 9781632460189 | Doublespeak : from "revenue enhancement" to "terminal living" : how government, business, advertisers, and others use language to deceive you | William Lutz | Lutz, William; Blonde Bear, Inc | HarperCollins Publishers, Ig Publishing, Incorporated | TX0002715138 | Doublespeak – From Revenue Enhancement to Terminal Living | William D. Lutz | Not Education |
| 9780062734129 | Doublespeak defined | William Lutz | Lutz, William; William Lutz | HarperCollins Publishers | TX0005012042 | Doublespeak Defined | William D. Lutz | Not Education |
| 9780060171346 | The new doublespeak : why no on knows what anyone's saying anymore | William Lutz | Lutz, William; William Lutz, 1940- | HarperCollins Canada, Limited | TX0004406407 | The New Doublespeak | William Lutz | Not Education |
| 9780674003576 | Actors in the audience : theatricality and doublespeak from Nero to Hadrian | Harvard University. President and Fellows of Harvard College, Shadi Bartsch | Harvard University. President and Fellows of Harvard College (employer for hire on supplemental editing & index); Harvard University. President and Fellows of Harvard College | Harvard University Press | TX0003927037 | Actors in the Audience | Shadi Bartsch | Not Education |
| 9780691125633, 9781400827435 | DOUBLE VISION: MORAL PHILOSOPHY & SHAKESPEAREAN DRAMA | TZACHI ZAMIR | PRINCETON UNIVERSITY PRESS | Princeton University Press | TX0006868565 | Double Vision | Tzachi Zamir | Not Education |

|◄  ◄  1  ►  ►|   25  ▼  items per page                                                        1 - 5 of 5 items



Case 3:24-cv-05417-AMO     Document 609     Filed 02/17/26     Page 21 of 24

EXHIBIT 19





Case 3:24-cv-05417-AMO    Document 609    Filed 02/17/26    Page 24 of 24

Exhibit 22

