ALISA SMITH
1-1126 WEST 13TH AVE.
VANCOUVER, BC
CANADA   V6H 1N3

Printed on FSC® Certified Paper
Imprimé sur papier certifié FSC®

FSC
www.fsc.org

MIX
Paper from responsible sources
Papier issu de sources responsables
FSC® C102599



Destination: 94102

58459

2026 -02- 0 8

GRANVILLE PARK PO
VANCOUVER BC
V6H 3J0

CANADA POSTES
POST CANADA

Date
2026.02.08
VANCOUVER BC V6H 3J0
1.0          CANADA

Postage – Port
$7.49 CAD
0.126 Kg

0000000    0103662149    0058459

Other Letter USA
Autre lettre – É.-U.

Do not cover chevron
Ne couvrez pas le chevron

CLASS ACTION CLERK

UNITED STATES DISTRICT COURT
   for the NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVE., 16TH FLOOR

SAN FRANCISCO, CA

U.S.A. 94102

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FEB 17 2026

RECEIVED





Printed on FSC® Certified Paper
Imprimé sur papier certifié FSC®

FSC
www.fsc.org

MIX
Paper from responsible sources
Papier issu de sources responsables
FSC® C102599