**Objection to Proposed Class Action Settlement**
**Bartz v. Anthropic PBC, Case No. 3:24-cv-05417-WHA**
**U.S. District Court for the Northern District of California**

## I. Objector

GARZANTI SRL

with registered office in VIA GIUSEPPE PARINI 14, 20121   MILANO         MI, ITA  Italia acting through its legal representative Stefano Mauri, CEO (the "Objector").

The Objector states that it is a member of the Settlement Class and a rightsholder of copyrighted works included in the Works List.

According to the Works List, the Objector is the rightsholder of **13 works**, as detailed in the attached list (Exhibit A).

## II. Objections

### 1. Arbitrary limitation of covered works

The proposed Settlement limits compensation to a narrow and arbitrary subset of titles, without adequately accounting for the use of multiple editions, translations, and non-English language works.

Such limitation does not reflect the actual scope of the alleged use of copyrighted works for AI training purposes and may result in an inequitable allocation of compensation among authors, translators, publishers, and other rightsholders.

### 2. No admission or determination of lawful use

The Objector notes that the Settlement does not, and should not be construed to, constitute a judicial determination or admission that the use of copyrighted works for AI training purposes qualifies as fair use or is otherwise lawful under applicable copyright law.

Any approval of the Settlement should therefore not be interpreted as resolving, on the merits, the legality of such uses.

### 3. Exclusion of works protected under the Berne Convention

The Objector notes that the proposed Settlement is structured in an excessively selective manner, covering only a limited subset of works despite the fact that the alleged training dataset is understood to have included millions of copyrighted titles.

As a result, a substantial number of works—presumptively including works in which the Objector holds rights—are excluded from any compensation.

In particular, the Settlement excludes works that were not registered with the U.S. Copyright Office, notwithstanding the fact that such works are fully protected in the United States pursuant to the **Berne Convention for the Protection of Literary and Artistic Works**, which is incorporated into U.S. copyright law.

The exclusion of such works reflects a settlement design choice rather than a lack of legal protection and results in material prejudice to publishers and other rightsholders, who are denied compensation for works that were allegedly copied and used without authorization.

### 4. No extraterritorial effect

Approval of the Settlement should not be interpreted as affecting or prejudicing the rights of authors, publishers, or other rightsholders under non-U.S. legal systems, including but not limited to European Union copyright law.

In particular, nothing in the Settlement should be construed as implying consent to text and data mining or AI training activities under jurisdictions where such uses are subject to different legal standards or require express authorization.

## III. Reservation of Rights

The Objector submits this objection while **remaining a member of the Settlement Class** and **does not opt out** of the proposed Settlement.

## IV. Signature

Signed on

Stefano Mauri
Ceo
For and on behalf of
GARZANTI SRL

*[signature]*

Exhibit A

List of works found in the settlement Work List

| Claimant Reference ID | Works Identifier | Title of Work | U.S. Copyright Office Registration Number | International Standard Book Number (ISBN) | Author | Publisher |
|---|---|---|---|---|---|---|
| NUA5FDJ82T | 2 | Moby Dick | TX0004926281 | 9788811131137 | Bob Harvey, Herman Melville, Herman. Melville | Garzanti |
| NUA5FDJ82T | 57 | Brother | TX0008624098 | 9788832962109 | David Chariandy | Chiarelettere |
| NUA5FDJ82T | 11 | Bullshit Jobs | TX0008626866 | 9788811605966 | David Graeber | Garzanti |
| NUA5FDJ82T | 82 | Witch & wizard - Il fuoco: Witch & Wizard 3 (Italian Edition) | TX0007789287 | 9788842921868;9788842928690 | Gabrielle Charbonnet, James Patterson, Jill Dembowski, Ned Rust | Garzanti |
| NUA5FDJ82T | 7 | Heidegger (Coleccion Conmemorativa 70 Aniversario nº 12) (Spanish Edition) | TX0000208155 | 9788811141617 | George Steiner | Garzanti |
| NUA5FDJ82T | 68 | Mindfulness-Based Cognitive Therapy for Depression | TX0007650114 | 9788833972787 | J. Mark G. Williams, John Teasdale, Jon Kabat-Zinn, Mark Williams, Trish Bartley, Zindel Segal | Garzanti |
| NUA5FDJ82T | 8 | Persuasion (AmazonClassics Edition) | TX0008730918 | 9788811148104 | Jane Austen | Garzanti |
| NUA5FDJ82T | 56 | Trump Sky Alpha | TX0008754481 | 9788832961836 | Mark Doten | Chiarelettere |
| NUA5FDJ82T | 4 | Timeline | TX0005144097 | 9788811136323 | Michael Crichton | Garzanti |
| NUA5FDJ82T | 5 | Micro (Italian Edition) | TX0007556734 | 9788811137276 | Michael Crichton, Richard Preston | Garzanti |

| | | | | | | |
|---|---|---|---|---|---|---|
| NUA5FDJ82T | 10 | Becoming | TX0008689864 | 9788811604662 | Michelle Obama | Garzanti |
| NUA5FDJ82T | 116 | Everest 1953 | TX0007853475 | 9788863806380 | Mick Conefrey | Corbaccio |
| NUA5FDJ82T | 9 | Mandragola (Classici) (Italian Edition) | TX0000734957 | 9788811367543 | Niccolò Macchiavelli, Niccolò Machiavelli | Garzanti |
| NUA5FDJ82T | 3 | Amleto | TX0005389147 | 9788811131441 | Victor Hugo, William Shakespeare | Garzanti |

TO:

Class Action Clerk

United States District Court

Northern District of California

450 Golden Gate Ave., 16th Floor

San Francisco, CA 94102



**Sender**

GARZANTI SRL
Via Giovanni Gheradini 10
20145 Milano (MI) ITALIA

Re: Bartz v. Anthropic PBC
Case No. 3:24-cv-05417-WHA



RA  1888 6596 5  IT

RECEIVED FEB 17 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

monodex plus
- BLASETTI

Incollare senza piegare / Coller sans plier

Incollare senza piegare / Coller sans plier

LATO APRIBILE PER L'ISPEZIONE POSTALE