UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-AMO<br><br>**DECLARATION OF COURT APPOINTED CLASS COUNSEL ROHIT NATH AND RACHEL GEMAN IN SUPPORT OF JOINT MOTION REGARDING ADDITIONS TO THE SETTLEMENT WEBSITE** |

Rohit Nath and Rachel Geman jointly declare and state as follows:

1. We are Class Counsel for Plaintiffs in the above-captioned case. We make this declaration in support of the Joint Motion regarding Additions to the Settlement Website.

2. I, Rohit Nath, am a partner at Susman Godfrey L.L.P. ("Susman Godfrey"), and serve as an attorney of record for Plaintiffs in the above-captioned class action. I am also a court-appointed Class Counsel. I am an active member in good standing of the bar of California, and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

3. I, Rachel Geman, am a partner at Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), and serve as an attorney of record for Plaintiffs in the above-captioned class action. I am also a court-appointed Class Counsel. I am an active member in good standing of the New York

State Bar, and am admitted *pro hac vice* to practice before this Court. *See* Dkt. 29. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

4. We are personally aware of direct email solicitations by ClaimsHero that have identified class members by name, included even their particular works on the Works list, and encouraged Class Members to contact ClaimsHero about a potential "AI Piracy" lawsuit.

5. We are personally aware of communications sent by Class Members to the Settlement Administrator or Class Counsel in which (i) the Class Member believed the Class Member had "filed a claim using ClaimsHero"; (ii) the Class Member stated the Class Member's co-author had "opted in through ClaimsHero"; (iii) the Class Member stated that "[o]ne of my works is included in this case, . . . I also received an email from ClaimsHero about something similar"; and (iv) the Class Member wrote that the Class Member "received an email from an organization called claims hero and i am wondering what their status is in this claims process."

***

I, Rohit Nath, declare under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Los Angeles, California on March 2, 2026.

I, Rachel Geman, declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, New York on March 2, 2026.

| /s/ Rohit Nath<br>Rohit Nath<br><br>**SUSMAN GODFREY L.L.P.**<br><br>*Co-Lead Class Counsel* | /s/ Rachel Geman<br>Rachel Geman (*Pro Hac Vice*)<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br><br>*Co-Lead Class Counsel.* |
|---|---|