**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:24-cv-05417-AMO<br><br>**[PROPOSED] ORDER REGARDING JOINT MOTION RE: ADDITIONS TO THE SETTLEMENT WEBSITE** |

This matter is before the Court on the Parties' Joint Motion Regarding Additions to the Settlement Website. Having considered the moving papers and the record in this matter, the Court **ORDERS** as follows:

1. The request to include a registration link on the front page of the Settlement Website for purposes of facilitating Class Counsel's 'office hours' proposal is **GRANTED**;

2. The request to include a registration link on the front page of the Settlement Website for upcoming webinars, and to include information about the time and substance of those webinars as reflected in the Parties' Joint Motion, is **GRANTED**;

3. The request to include additional FAQs and their responses, as drafted in the Parties' Joint Motion, is **GRANTED**.

   **IT IS SO ORDERED.**

DATED: _____ _____, 2026

_____
ARACELI MARTINEZ-OLGUIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING JOINT MOTION RE:
ADDITIONS TO SETTLEMENT WEBSITE