UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-AMO<br><br>**DECLARATION OF COURT APPOINTED CLASS COUNSEL JUSTIN A. NELSON IN SUPPORT OF JOINT STIPULATION REQUESTING ACCELERATION OF TIME TO CONSIDER THE JOINT MOTION FOR APPROVAL OF ADDITIONS TO THE SETTLEMENT WEBSITE** |

I, Justin A. Nelson, declare and state as follows:

1. I am a partner at Susman Godfrey L.L.P. ("Susman Godfrey"), and serve as an attorney of record for Plaintiffs in the above-captioned class action. I am also a court-appointed Class Counsel. I am an active member in good standing of the bar of Texas, and am admitted *pro hac vice* to practice before this Court. *See* Dkt. 34. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. I provide this declaration pursuant to Civil Local Rule 6-2 in support of the Joint Stipulation Requesting an Acceleration of Time to Consider the Joint Motion for Additions to the Settlement Website.

3. Good cause supports the Parties request for the Court to grant the joint motion without a hearing and on or before March 5, 2026. The Joint Motion concerns the inclusion of

additional materials on the Settlement Website. The first requested inclusion will aid Class Members who seek to directly communicate with Class Counsel by providing a registration link on the Website's homepage to sign up for 'office hours.' The second request inclusion will aid Class Members in receiving notice about and signing up for an information webinar that Class Counsel intend to host in advance of the March 9 re-inclusion deadline. The third requested inclusion concerns frequently asked questions regarding (i) the filing of claims, for which the deadline is upcoming on March 30, 2026; and (ii) the third-party ClaimsHero, about whom Class Members have recently expressed confusion.

4. It is important that the requested additions to the Settlement Website are made in a timely fashion if they are to have their desired effect—*i.e.*, informing class members of their rights in the ongoing claims process, which is expected to conclude in less than six weeks.

5. The Parties previously sought an acceleration of time with respect to the issuance to supplemental class notice regarding a communication sent by Sage Publishing. *See* Dkt. 530. Judge Alsup granted permission for issuance of the supplemental class notice on the same day the motion was filed. *See* Dkt. 531.

6. Except as noted above, no party has previously sought an acceleration or alteration of time with respect to the issuance of this or any other supplemental class notice.

7. Resolving the Joint Motion on or before March 5, 2026, will not affect any other case deadline.

\*\*\*

8. I, Justin A. Nelson, declare under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Austin, Texas on March 2, 2026.

*/s/ Justin Nelson*
_____
Justin A. Nelson

-2- DECLARATION OF JUSTIN NELSON
CASE NO. 3:24-CV-05417