| | |
|---|---|
| Justin A. Nelson (*pro hac vice*)<br>Alejandra C. Salinas (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br><br>Rohit D. Nath (SBN 316062)<br>Michael Adamson (SBN 321754)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-2906<br>Telephone: (310) 789-3100<br><br>Rachel Geman (*pro hac vice*)<br>Jacob S. Miller (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br><br>Daniel M. Hutchinson (SBN 239458)<br>Jallé H. Dafa (SBN 290637)<br>Amelia Haselkorn (SBN 339633)<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br><br>*Co-Lead Counsel* | Douglas A. Winthrop (Bar No. 183532)<br>Joseph Farris (Bar No. 263405)<br>Pieter de Ganon (Bar No. 320385)<br>Jessica L. Gillotte (Bar No. 333517)<br>Estayvaine Bragg (Bar No. 341400)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Three Embarcadero Center 10th Floor<br>San Francisco, CA 94111-4024<br>(415) 471-3100<br>(415) 471-3400 (fax)<br>douglas.winthrop@aporter.com<br>joseph.farris@arnoldporter.com<br>pieter.deganon@arnoldporter.com<br>estayvaine.bragg@arnoldporter.com<br>jessica.gillotte@arnoldporter.com<br>estayvaine.bragg@arnoldporter.com<br><br>Daralyn J. Durie (Bar No. 169825)<br>Ramsey Fisher (Bar No.334228)<br>Jackson Lane (Bar No. 351633)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>(415) 268-7522 (fax)<br>DDurie@mofo.com<br>RamseyFisher@mofo.com<br>jlane@mofo.com<br><br>*Attorneys for Defendant Anthropic PBC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:24-cv-05417-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITED FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

1  **WHEREAS**, the Parties have reached a proposed Settlement Agreement resolving the
2  claims asserted in this Action;

3  **WHEREAS**, the Court preliminarily approved the Settlement Agreement on September 25,
4  2025 via oral order (Dkt. 427), and issued a supplemental written order confirming the same on
5  October 17, 2025 (Dkt. 437);

6  **WHEREAS**, to sufficiently address the factors that the Court must consider to determine
7  whether final approval of the Settlement should be granted, Plaintiffs respectfully request up to
8  forty (40) pages for their memorandum of points and authorities in support of the forthcoming
9  motion for final approval;

10  **WHEREAS**, all parties consent to the relief sought herein.

11  **IT IS THEREFORE STIPULATED AND AGREED**, by the parties, through their
12  respective counsel of record, that, subject to the Court's approval, Plaintiffs may submit a
13  memorandum of points and authorities in support of the forthcoming motion for final approval of
14  up to forty (40) pages.

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19  DATED: _____          _____
20                                  The Honorable Araceli Martínez-Olguín
                                    United States District Court Judge

-1-   [PROPOSED] ORDER REGARDING JOINT MOTION RE:
      ADDITIONS TO SETTLEMENT WEBSITE

| | | |
|---|---|---|
| 1 | Dated: March 2, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | By: /s/Justin Nelson | By: /s/ Douglas A. Winthrop |

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi (*pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
rstoler@lchb.com
jdafa@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Counsel*

-3-  [PROPOSED] ORDER REGARDING JOINT MOTION RE: ADDITIONS TO SETTLEMENT WEBSITE