| | |
|---|---|
| Justin A. Nelson (*pro hac vice*) | Douglas A. Winthrop (Bar No. 183532) |
| Alejandra C. Salinas (*pro hac vice*) | Joseph Farris (Bar No. 263405) |
| **SUSMAN GODFREY L.L.P.** | Pieter de Ganon (Bar No. 320385) |
| 1000 Louisiana Street, Suite 5100 | Jessica L. Gillotte (Bar No. 333517) |
| Houston, TX 77002-5096 | Estayvaine Bragg (Bar No. 341400) |
| Telephone: (713) 651-9366 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | Three Embarcadero Center 10th Floor |
| Rohit D. Nath (SBN 316062) | San Francisco, CA 94111-4024 |
| Michael Adamson (SBN 321754) | (415) 471-3100 |
| **SUSMAN GODFREY L.L.P.** | (415) 471-3400 (fax) |
| 1900 Avenue of the Stars, Suite 1400 | douglas.winthrop@aporter.com |
| Los Angeles, CA 90067-2906 | joseph.farris@arnoldporter.com |
| Telephone: (310) 789-3100 | pieter.deganon@arnoldporter.com |
| | estayvaine.bragg@arnoldporter.com |
| Rachel Geman (*pro hac vice*) | jessica.gillotte@arnoldporter.com |
| Jacob S. Miller (*pro hac vice*) | estayvaine.bragg@arnoldporter.com |
| Danna Z. Elmasry (*pro hac vice*) | |
| **LIEFF CABRASER HEIMANN** | Daralyn J. Durie (Bar No. 169825) |
| **& BERNSTEIN, LLP** | Ramsey Fisher (Bar No.334228) |
| 250 Hudson Street, 8th Floor | Jackson Lane (Bar No. 351633) |
| New York, New York 10013-1413 | **MORRISON & FOERSTER LLP** |
| Telephone: (212) 355-9500 | 425 Market Street |
| | San Francisco, CA 94105 |
| Daniel M. Hutchinson (SBN 239458) | (415) 268-7000 |
| Jallé H. Dafa (SBN 290637) | (415) 268-7522 (fax) |
| Amelia Haselkorn (SBN 339633) | DDurie@mofo.com |
| **LIEFF CABRASER HEIMANN** | RamseyFisher@mofo.com |
| **& BERNSTEIN, LLP** | jlane@mofo.com |
| 275 Battery Street, 29th Floor | |
| San Francisco, CA 94111-3339 | *Attorneys for Defendant Anthropic PBC* |
| Telephone: (415) 956-1000 | |

*Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITED FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

1     **WHEREAS**, the Parties have reached a proposed Settlement Agreement resolving the
2 claims asserted in this Action;

3     **WHEREAS**, the Court preliminarily approved the Settlement Agreement on September 25,
4 2025 via oral order (Dkt. 427), and issued a supplemental written order confirming the same on
5 October 17, 2025 (Dkt. 437);

6     **WHEREAS**, to sufficiently address the factors that the Court must consider to determine
7 whether final approval of the Settlement should be granted, Plaintiffs respectfully request up to
8 forty (40) pages for their memorandum of points and authorities in support of the forthcoming
9 motion for final approval;

10     **WHEREAS**, all parties consent to the relief sought herein.

11     **IT IS THEREFORE STIPULATED AND AGREED**, by the parties, through their
12 respective counsel of record, that, subject to the Court's approval, Plaintiffs may submit a
13 memorandum of points and authorities in support of the forthcoming motion for final approval of
14 up to forty (40) pages.

16     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19     DATED: _____

20     The Honorable Araceli Martínez-Olguín
    United States District Judge

**DENIED**

Judge Araceli Martínez-Olguín

Dated: March 5, 2026

-1-      [PROPOSED] ORDER REGARDING JOINT MOTION RE: ADDITIONS TO SETTLEMENT WEBSITE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 2, 2026 | Respectfully submitted, |
| 3 | By: */s/Justin Nelson* | By: */s/ Douglas A. Winthrop* |

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MAdamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir H. Doshi *(pro hac vice*
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

| | |
|---|---|
| 1 | Daniel M. Hutchinson (SBN 239458) |
| 2 | Jallé H. Dafa (SBN 290637) |
|   | Amelia Haselkorn (SBN 339633) |
| 3 | **LIEFF CABRASER HEIMANN** |
|   | **& BERNSTEIN, LLP** |
| 4 | 275 Battery Street, 29th Floor |
|   | San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
|   | dhutchinson@lchb.com |
| 6 | rstoler@lchb.com |
|   | jdafa@lchb.com |
| 7 | |
|   | Betsy A. Sugar (*pro hac vice*) |
| 8 | **LIEFF CABRASER HEIMANN** |
|   | **& BERNSTEIN, LLP** |
| 9 | 222 2nd Avenue S., Suite 1640 |
|   | Nashville, TN 37201 |
| 10 | Telephone: (615) 313-9000 |
|   | bsugar@lchb.com |
| 11 | |
| 12 | *Co-Lead Counsel* |