UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED

MAR 12 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

ANDREA BARTZ, ANDREA BARTZ, INC.
CHARLES GRAEBER, KIRK WALLACE
JOHNSON, and MJ + KJ Inc.,

    Plaintiffs,

v.

ANTHROPIC PBC,

    Defendant.

No. 3:24-cv-05417-WHA

### REQUEST FOR CONTINUANCE FOR FINAL APPROVAL HEARING

1. I am a recognized member of the <u>Bartz</u> settlement class (unique ID#: N8HCUQZGBK) due to three of my novels appearing on the <u>Bartz</u> list of Works.

2. I timely filed my <u>OBJECTION TO SETTLEMENT on behalf of myself (Writer/Author) and a Subset of the Class</u> (Docket #569, labeled a "Letter" by the Docket Clerk).

3. I wish to argue my <u>OBJECTION TO SETTLEMENT on behalf of myself (Writer/Author) and a Subset of the Class</u> (Docket #569) at the Final Approval Hearing.

4. I will be out of the country, and without wi-fi, the date the Final Approval Hearing is scheduled: April 23, 2026. My out-of-the country travel was scheduled one-year ago, long before I (or any Class Member) was notified of this Court date.

5. I will be irreparably harmed if I am prevented from speaking at the Hearing.

6. Accordingly, I hereby request this honorable Court to re-schedule the Hearing to a date prior to April 17, 2026, or after April 27, 2026.

7. In addition to being a Class Member, I am an attorney, actively practicing law in Connecticut. In this matter, I am representing myself.

Stacy Lynn Werner, Esq. (licensed in CT)
200 Lake Ave., Trumbull, CT 06611
(203) 556-5596 stacywerner200@gmail.com

Respectfully Submitted,

/s/ _____
Stacy Lynn Werner, Esq.

S.C. Werner, Esq.
200 Lake Ave.
Trumbull, CT 06611

NEW YORK NY 100

7 MAR 2026 PM 14 L

Class Action Clerk
U.S. District Court for Northern Dist. of California
450 Golden Gate Ave, 16Th fl.
San Francisco, CA 94102

94102-342616