**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others situated, <br><br> Plaintiff, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.3:24-cv-05417-AMO <br><br> **DECLARATION OF COURT-APPOINTED CLASS REPRESENTATIVES IN SUPPORT OF FINAL APPROVAL** |

Pursuant to 28 U.S.C. § 1746, we jointly declare and state as follows.

1. We are authors and class representatives in this action. We are each over twenty-one (21) years of age and are fully competent to testify about the matters contained herein. The following statements are made within our personal knowledge and are true and correct.

**WHY WE SUPPORT THIS CASE**

2. We are proud of what this lawsuit has accomplished for copyright owners in the face of rampant digital theft. We strongly support this settlement, encourage authors and publishers to participate and claim their damages in it, and hope the Court will grant final approval.

3. To the best of our knowledge, this is the largest recovery in the history of US copyright litigation—and the Copyright Act has been around for centuries. This record-breaking payout is a first, corrective step and an important reckoning for an industry that has heretofore operated with little regard for copyright law or safeguarding intellectual property.

4. The class-action suit also brought to light something we'd long suspected but that hadn't been publicly confirmed: Anthropic chose to download our IP from known troves of pirated ebooks—illegal and infamous sites that courts and law enforcement have repeatedly shut down. And then it used these stolen goods to train its algorithm. Litigation and discovery revealed just

how brazen Anthropic's wide-scale theft was in the company's unchecked pursuit of "winning" the AI race and creating their immensely profitable commercial product.

5.      We're pleased the settlement terms include the destruction of our pirated works as well as reassurances that they were never—and will never be—used to create commercial models of Anthropic's chatbot, Claude. With this settlement, the book publishing industry sends a message to the almost unfathomably wealthy and powerful AI industry: Our intellectual property isn't yours for the taking, and you are not above the law.

6.      The settlement also represents an important step forward not just for authors but also for creators of all types—artists, journalists, screenwriters, filmmakers, musicians, and more—whose work AI companies steal and devalue. The nearly 500,000 books on the Works List comprise hundreds of millions of hours of labor, not to mention unquantifiable talent, dedication, and vulnerability. This settlement cannot undo that violation and theft. But it is a critical affirmation that piracy is a crime, and it is an important step towards making things right.

7.      Authors and publishers depend upon the protections of copyright. And we wholeheartedly support the court ruling that companies cannot download vast sets of pirated copyright-protected works to use as they see fit. Together, we support final approval for this landmark ruling.

### OUR WORK TO ENSURE THE SETTLEMENT'S SUCCESS

8.      When the three lead plaintiffs in this case exited the United States District Court for the Northern District of California on a sunny afternoon in September 2025, we took a moment to celebrate Judge Alsup's preliminary approval of the landmark settlement—the largest in the history of copyright law, both in terms of the number of class members and the size of the settlement. After a grueling year of litigation (which led to a close, forged-in-the-fire friendship among the three of us), our trio—Andrea Bartz, Charles Graeber, and Kirk Wallace Johnson—exchanged hugs and congratulated each other on our underdog victory.

9.      Jubilation aside, we knew our roles as class representatives were far from complete.

10. Aware we were representing the class, we worked to get the word out to potential class members and the general public about the terms of this deal—and why we were united in our support for it. This work included talking to fellow copyright holders, speaking to the press, discussing how to file a claim, and making sure the claims process was as seamless as possible.

11. Indeed, Ahead of the Works List's public release, we provided feedback and helped craft explainers and FAQs for both the settlement website and the Authors' Guild's info center, aware that authors would need intel and context about their own books' inclusion or exclusion, and would want the process of filing a claim to be as user-friendly as possible. Throughout, we've been fielding near-constant questions from the publishing community—as Kirk put it, "I don't think 72 hours have passed without an author writing to me for help or guidance." Charles, for example, has received numerous inquiries from writers, or sometimes the children or grandchildren of writers, asking for some plain-language guidance on the settlement, particularly once third parties started campaigns to solicit our fellow authors to opt-out.

12. In addition, in the months since the settlement was preliminarily approved, we've had regular check-in calls with our counsel (including while traveling over the winter holidays) to stay up-to-date on the claims process, opt-outs and objections, a motion and then hearing to address misleading solicitations, changes to claims deadlines, and orders from Judge Alsup (and, more recently, Judge Martínez-Olguín). Finally, we regularly brought to our counsels' attention relevant news articles about AI and the settlement process. We'll continue to take our duties as class representatives seriously through the final approval hearing—and beyond.

### CLASS MEMBERS SUPPORT THIS SETTLEMENT

13. Since the settlement was announced, all three of us have been on the receiving end of a steady stream of thank you's from our community. One writer joked that none of us should have to buy our own drink in the company of other authors ever again. Charles was even bought a beer! This at a Christmas party full of writers.

14.   Between us, we have had hundreds of conversations on this subject, with colleagues, friends, and strangers. All expressed a sense of hope, however small, kindled by this settlement, and gratitude for our part in it.

15.   For instance, here is what Lisa Unger, a New York Times bestselling author and co-president of International Thriller Writers, had to say (all emails shared with permission):

> *When I first realized that fourteen of my novels had been used to train AI, I'll admit to being somewhat mystified. What did this mean actually? And at the same time, I was overwhelmed, with a strong suspicion that what might happen next was outside of my control. I was angry, but also felt helpless, at a loss. This, after twenty-five years as a published writer and the co-president of International Thriller Writers.*
>
> *Luckily, you, on the other hand, turned your mystification and anger into action. So, I'd like to personally offer my thanks. I know there's a long way to go here, and the future of AI and its impact on our industry is a story still to be told. But I commend you on your willingness to walk into the fray, truly on behalf of us all. This effort couldn't have been easy and must have come at the sacrifice of your own work and well-being. So, on behalf of all of the writers Bartz vs. Anthropic has served, and for the precedent it sets, thank you.*

16.   In addition to statements like these, we received many unsolicited notes of thanks. To share a few examples, New York Times bestselling nonfiction author Amy Chozick wrote:

> *I have to thank you — on behalf of myself and ALL authors — for your fierce leadership and advocacy in the Anthropic case. I cannot tell you how grateful I am. I filed my class action claim, and shared it with so many authors, all because of you. Truly, you are an inspiration — in your work on and off the page.*

17.   New York Times bestselling thriller author Jenna Blum wrote:

> *I want to say THANK YOU for everything you've done for writers via the Anthropic settlement. You are a SUPERSTAR, somebody who has given more to the literary community than anyone I know. I am so indebted to you, as are my brother and sister writers who've had our work stolen. Thank you for seeking--and winning--redress!*

18.   Collectively, we could copy and paste hundreds of social media posts, DMs, texts, and other correspondence we've received sharing the same sentiment: gratitude, congratulations, hope, excitement, relief. We've been called fearless, brave, warriors, and "badasses." Other signs have hinted at high acceptance and approval of the settlement from the publishing community, including huge numbers of claims pouring in from the beginning and an extremely low opt-out rate.

19.     We are proud of our role in this case. Proud to continue supporting it. And hopeful that the Court will grant final approval.

Executed in New York City, New York on March 19, 2026.

/s/ *Andrea Bartz*
Andrea Bartz


Executed in Los Angeles, California on March 19, 2026.

/s/ *Kirk Wallace Johnson*
Kirk Wallace Johnson


Executed in Nantucket, Massachusetts on March 19, 2026.

/s/ *Charles Graeber*
Charles Graeber

5