**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 3:24-cv-05417-AMO<br><br>DECLARATION OF JENNIFER BOKAL, JULIE A. HENNRIKUS, KEVIN MCLAUGHLIN, MARY E. RASENBERGER, JACKI RENÉE, AND KATE RISTAU IN SUPPORT OF FINAL APPROVAL |

**DECLARATION OF NOT-FOR-PROFIT AUTHOR ORGANIZATIONS**

Pursuant to 28 U.S.C. § 1746, we, Jennifer Bokal, Julie A. Hennrikus, Kevin McLaughlin, Mary E. Rasenberger, Jacki Renée, and Kate Ristau, declare as follows:

**Novelists, Inc. (NINC)**

1.      My name is Kevin McLaughlin. I am over twenty-one (21) years of age and am fully competent to testify to the matters contained herein. I am the president of NINC and a member of the board of directors. NINC is a U.S.-based nonprofit organization which focuses on networking, education, and advocacy for professional authors of book-length fiction. NINC is unique in being the only organization for multi-published novelists across all genres and subgenres of fiction. I make the following statements based on my personal knowledge.

**Romance Writers of America, Inc. (RWA)**

2.      My name is Jacki Renée. I am over twenty-one (21) years of age and am fully competent to testify to the matters contained herein. I am the President of Romance Writers of America, Inc., and I supervise the affairs of the organization. I make the following statements based on my personal knowledge. Romance Writers of America® (RWA) is a nonprofit trade association whose mission is to advance the professional and common business interests of career-focused romance writers through networking and advocacy and by increasing public awareness of the romance genre. We are part of a coalition of similar organizations convened by the Authors Guild.

3.      My name is Jennifer Bokal. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am the President-Elect of Romance Writers of America and a board appointed representative to coalitions convened by the Authors Guild. I make the following statements based on my personal knowledge.

**Science Fiction & Fantasy Writers of America (SFWA)**

4.      My name is Kate Ristau. I am over twenty-one (21) years of age and am fully competent to testify to the matters contained herein. I am the President of the Science Fiction & Fantasy Writers of America (SFWA) and a representative to coalitions organized by the Authors Guild. SFWA, which is a national 501(c)(3) nonprofit organization representing approximately 2,500 authors of science fiction, fantasy, and related genres, participates in coalitions with the Authors Guild. I make the following statements based on my personal knowledge.

**Sisters in Crime (SinC)**

5.      My name is Julie A. Hennrikus, Executive Director of Sisters in Crime (SinC), a

2

501(c)(6) nonprofit. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein.

6.    SinC was founded in 1986 as an advocacy organization for women crime writers. Our mission, "to promote the ongoing advancement, recognition and professional development of women crime writers," has been expanded in recent years to include other marginalized writers. We support our 4000+ members by providing craft and business webinars, rich online resources, a robust online community, and advocacy for the entire genre. Our members include authors at all stages of their writing journey as well as other advocates for the community (librarians, booksellers, readers, agents, etc.). We communicate with our members via a weekly newsletter and social media. We also have 50+ chapters worldwide. We are part of a group of similar organizations convened by the Authors Guild. I make the following statements based on my personal knowledge.

**The Authors Guild (Guild)**

7.    My name is Mary E. Rasenberger. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I make the following statements based on my personal knowledge.

8.    I am the Chief Executive Officer ("CEO") of the Authors Guild, Inc. (the "Authors Guild" or "Guild") and our charitable and educational arm, the Authors Guild Foundation. I have held this position since 2014, when I joined the Guild (my title changed from Executive Director to CEO in 2020). Founded in 1912, the Guild is the oldest and largest author association in the country, made up of over 17,000 professional, published writers. We are a national non-profit association that represents the interests of authors and journalists from every genre, including historians, biographers, academicians, novelists, journalists,

3

textbook writers, children's book writers, and other writers of non-fiction and fiction. The members include thousands of textbook authors and academic authors, as well as over ten thousand authors who write books for the commercial marketplace, often referred to in the industry as "trade books." Our members include authors who publish through traditional publishers and who self-publish, from bestsellers to emerging writers.

9. Beyond directly representing its 17,000-plus members, the Guild's reach extends to many tens of thousands of other professional authors across all genres through coalitions with other author and creator groups. We convene with these groups on a monthly basis and consult with them regularly about partnerships with advocacy organizations, public programs, and the Guild's newsletter and social media outreach.

10. In addition to the efforts reflected below, the Guild hosted two online, interactive webinars to allow Class Members to learn about the Settlement and ask questions of Class Counsel. Rachel Geman of Lieff Cabraser attended both webinars. Rohit Nath of Susman Godfrey attended one webinar and Michael Adamson of Susman Godfrey attended the other. The webinars both had very large attendance of more than 1,000 registrants each. Organizing and participating in those webinars involved additional collection of recurring questions, as well as facilitating the live answering of those questions by Class Counsel. The webinars were an unequivocal success; attendees informed us afterwards that they were thankful for our efforts and eager to participate in the Settlement, and I'm informed that scores of Class Members followed up with Class Counsel directly.

11. In addition, the Guild has maintained a dedicated page on the main website of the Authors Guild, entitled "What Authors Need to Know about the Anthropic Settlement," available at the following URL: https://authorsguild.org/advocacy/artificial-intelligence/what-authors-need-

to-know-about-the-anthropic-settlement/).  This website both directs Class Members to the Court-approval Settlement Website while also providing Class Members the ability to access complementary information directly on the Authors Guild webpage. Any posting the Guild undertakes about the Settlement also refers to the main Settlement Website, as we have found it to be user-friendly for authors. The Guild also dedicated webspace to informing authors about opt-out procedures, including as related to marketing submitted by ClaimsHero, which we understand Class Counsel have addressed with the Court previously. The Guild also helped Class members fill out claims, and collected recurring questions about the Settlement, which they conveyed to Class Counsel.

**Joint Statements**

12.    We are, individually and collectively, representatives of large, national author organizations. Neither we nor the organizations we serve are receiving any direct benefits from the settlement (except to the extent we may be legal or beneficial owners of the reproduction right in class works), our members and their publishers stand to receive important consideration, and we support the settlement.

13.    We submit this declaration for two purposes. First, we write to inform the Court of our unreserved support for final approval of the settlement, as we did for preliminary approval of the Settlement. Second, we write to inform the Court of the substantial efforts we and our organizations have devoted to ensure the success of the settlement throughout the claims administration process.

14.    To start, we support the settlement in this case, which we believe is in the best interests of authors. In our experience, authors share that enthusiasm. There has been significant engagement by authors in the settlement process, and they have been

overwhelmingly supportive of the Settlement throughout. That is reflected in the high claims rate thus far achieved, as reported by Class Counsel, and by our and our organizations' interactions with Class Members throughout the claims process.

15.    Those interactions have been significant. Each of our organizations disseminated information about the approved Class notice to our members to amplify the Notice and ensure that members could be directed to the Settlement website and to Class Counsel.

16.    Judged both by Class Member reactions to the Settlement that we have observed, as well as our extensive experience protecting the rights of author communities across the county, this Settlement is a genuine success. We are proud to support it.


I, Jennifer Bokal, hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I, Julie A. Hennrikus, hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I, Kevin McLaughlin, hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I, Mary E. Rasenberger, hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I, Jacki Renée, hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I, Kate Ristau, hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

6

Executed on March 19, 2026

/s/ Jennifer Bokal
Jennifer Bokal

/s/ Julie A. Hennrikus
Julie A. Hennrikus

/s/ Kevin McLaughlin
Kevin McLaughlin

/s/ Mary E Rasenberger
Mary E. Rasenberger

/s/ Jacki Renée
Jacki Renee

/s/ Kate Ristau
Kate Ristau

7