UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, I NC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No.  3:24-cv-05417-AMO |
| Plaintiff, | **DECLARATION OF JOHN DEGEN IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

I, John Degen, declare and state as follows:

1.      I am Chief Executive Officer of The Writers' Union of Canada, which represents over 3,000 authors across Canada. The Writers' Union of Canada was founded in 1973 and is the national organization of professionally published writers.

2.       The organization and its members are very interested in the proposed settlement of this litigation. The Writers' Union previously submitted a declaration in support of preliminary approval of this Settlement, pledging to support Class Notice by helping to distribute the court-approved Settlement Website to its members. *See* ECF No. 389.

3.      After the Court granted preliminary approval on September 25, 2025, the Writers' Union posted a link to the court-approved Settlement Website and court-approved notice on its website (writersunion.ca). In addition to members, many others use the organization's website as a source of information about important issues affecting Canadian writers.

4. The Writers' Union also sent an email to each of its members about the Settlement, which included a link to the court-approved Settlement Website and court-approved notice.

5. The Writers' Union also encouraged its members to share notice with their friends and acquaintances who are writers, publishers, or might otherwise be interested in the Settlement.

6. The Writers' Union members have expressed resounding support for this Settlement.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2026, in Toronto, Canada.

John Degen
*CEO, The Writers' Union of Canada*

- 2 -