UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, I NC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Case No.  3:24-cv-05417-AMO |
| Plaintiff, | **DECLARATION OF ANNA GANLEY IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

I, Anna Ganley, declare and state as follows:

1.     I am Chief Executive for the UK Society of Authors ("SoA") and am over 18 years of age. The SoA is the UK's largest trade union for professional writers, illustrators and literary translators. The SoA was established in 1884 and helps its 12,500+ members by advising them on all aspects of the profession, including confidential contract vetting.

2.     SoA previously submitted a declaration pledging to help distribute the Class Notice and the court-approved Settlement Website to its members and networks, which included hundreds of thousands of authors, should the Court grant preliminary approval of the proposed settlement. *See* ECF No. 391.

3.     After the Court granted preliminary approval on 25 September 2025, SoA broadcasted the Settlement Website to its networks. Specifically, SoA sent dedicated emails to its mailing lists, posted links to the Settlement Website across its social media channels, featured a link publicly on the SoA website (societyofauthors.org), and worked jointly with other UK industry groups—such as the Association of

Authors' Agents (which represents 131 agencies), the Authors' Licensing and Collecting Society (which represents 128,000 members), the British Copyright Council (which represents over 500,000 individual creators), the Creators' Rights Alliance (which represents circa 500,000 creators), and the Writers' Guild of Great Britain (which represents over 3,000 members)—to notify their members about the Settlement.

4. The SoA also notified the following international groups about the Settlement: the International Authors' Forum (which represents over 700,000 authors worldwide) and the European Writers' Council (which represents 53 organisations, representing 250,000 writers and literary translators in the book and text sector across Europe and publishing worldwide).

5. The SoA used its contacts with wider industry stakeholders to raise awareness of the Settlement and encouraged its members to do the same with their own contacts and networks. The SoA liaised with industry organisations and counterparts to seek a coordinated and consistent approach to external messaging about the notice of settlement and claims process to be followed.

6. Finally, on 18 November 2025 the SoA and Class Counsel jointly hosted an online webinar to answer questions from UK authors about the Settlement and claims process, which was attended live by 130 people.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 18 March 2026 in London, UK.


_____
Anna Ganley
*Chief Executive, Society of Authors, UK*

- 2 -