**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ANDREA BARTZ, ANDREA BARTZ, INC., )
CHARLES GRAEBER, KIRK WALLACE )   Case No.: 3:24-cv-05417-AMO
JOHNSON, and MJ + KJ, INC., individually )
and on behalf of others similarly situated, )
                              )
         Plaintiffs, )  **DECLARATION OF CATRIONA STEVENSON**
                              )  **IN SUPPORT OF PLAINTIFFS' MOTION FOR**
v.                           )  **FINAL APPROVAL OF CLASS SETTLEMENT**
                              )
ANTHROPIC PBC, )
                              )
         Defendant. )
                              )
_____ )

I, Catriona Stevenson, declare and state as follows:

1.      I am the General Counsel and Deputy CEO of The Publishers Association Limited ("PA"), a company limited by guarantee incorporated in England and Wales. The PA is the member organisation for UK publishing and represents approximately 140 publishers of all sizes and specialisms including major consumer, academic and education publishers. I am also Co-Chair of the Copyright Committee of the International Publishers Association ("IPA"), the world's largest federation of national, regional and specialist publishers associations with 107 members in 85 countries. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Settlement based on my personal knowledge and information learned through my role in this case.

2.      PA stays apprised of copyright litigation and policy developments in the U.S. but is primarily focused on representing UK publishers. PA members publish both in their home UK market as well as globally, including within the U.S.

3.      I have been in regular contact with Publishers' Coordination Counsel ("PCC") about developments in this litigation, including the proposed settlement. I also am aware and understand that many of PA's members have thousands of works included in the Works List. In furtherance of providing notice to class members associated with PA, I connected the PCC with member publishers, who were well-positioned to assist with the collection of author contact information and ensure our members' interests are accounted for in the settlement. PA shared notice of the settlement with its members, including by posting a link to the Settlement Website on its website.

4.      PA has also used its contacts with wider industry stakeholders to raise awareness of the notice of settlement, and encouraged its members to share notice with their contacts in the publishing and writing industries.

5.      Since the Court granted preliminary settlement approval, hundreds of PA and IPA members have attended virtual town hall webinars for publishers, conducted by the PCC, to support publishers in

understanding the case, the Court's rulings, the settlement terms, their rights, and the claims processes.

6.      I have personally interacted with leadership and wider legal and commercial stakeholders at of dozens of PA and IPA members regarding procedural aspects of the class action; explained criteria for copyrighted works to be included on the Works List based on the Court's class definition; assisted with press requests relating to this action; and encouraged publishers to assist in ensuring a robust notice process, including as to their authors; and many related topics.

7.      PA has also shared information about the settlement and claims process with other publishing industry organisations, both in the UK and internationally, including: the Independent Publishers Guild (IPG), a membership body representing the independent publishing sector in the UK with 600 members; Publishers Licensing Services (PLS) which oversees collective licensing for book, journal, magazine and website content with over 4000 members; the International Publishers Association (IPA), the world's largest federation of national, regional and specialist publishers associations with 107 members in 85 countries; the Federation of European Publishers (FEP), the federation of publishers associations in Europe, representing 31 national associations; and the International Association of Scientific Technical & Medical Publishers (STM), the global trade association that represents the world's leading scholarly publishers with approximately 160  members in 17countries.

8.      PA, IPA, and their members strongly support the settlement. This $1.5 billion settlement not only provides significant compensation to class members, but also sends an important message that AI companies cannot build their commercial models by illegally pirating books that are readily available for purchase or license on the lawful market.

9.      Given the framework of the case and the process undertaken to get to this point, I believe that the proposed Settlement is beneficial to all class members. I expect strong participation from PA and IPA members in this Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is

true and correct to the best of my knowledge, information, and belief.

Executed on March 19, 2026 in London, United Kingdom.

_____

Catriona Stevenson