**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | ) ) ) ) ) Case No.: 3:24-cv-05417-AMO |
| Plaintiffs, | ) ) **DECLARATION OF PETER M. BERKERY, JR.** |
| v. | ) **IN SUPPORT OF PLAINTIFFS' MOTION FOR** ) **FINAL APPROVAL OF CLASS SETTLEMENT** |
| ANTHROPIC PBC, | ) ) |
| Defendant. | ) ) ) |

Pursuant to 28 U.S.C. § 1746, I, Peter M. Berkery, Jr., declare as follows:

1. I am the Executive Director of the Association of University Presses ("AUPresses"), a non-profit professional organization that represents the interests of more than 160 mission-driven scholarly publishers. Among other things, AUPresses advocate for the essential role of its members in ensuring academic excellence and in cultivating and disseminating knowledge. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Settlement based on my personal knowledge and information learned through my role at AUPresses.

2. Our university press members are mission-driven, non-profit publishers charged with serving the public good by generating and disseminating scholarship. An extension of their parent institutions, university presses acquire, develop, produce, market and sell books and journals of scholarly, intellectual, or creative merit. These books typically provide an in-depth study of a single, specialized topic and/or focus on issues of regional community interest. University presses own or control the exclusive right to reproduce their works, with authors receiving negotiated royalties.

3. I have been in regular contact with the Publishers' Coordination Counsel ("PCC") about developments in this litigation, including the proposed settlement. I also am aware and understand that many of AUPresses' members cumulatively have thousands of titles included in the Works List. In furtherance of ensuring notice to class members who are part of AUPresses, I connected the PCC with the directors of all university press members, who were well-positioned to assist with the collection of author contact information and ensuring our member presses' interests are accounted for in the settlement. AUPresses shared notice of the settlement with its members, including by posting a link to the Settlement Website on its website.

4. AUPresses has also used its contacts with wider industry stakeholders to raise awareness of the notice of settlement and encouraged its members to share notice with their contacts in the publishing and writing industries.

DECL. OF PETER M. BERKERY, JR. ISO
PLAINTIFFS' MOT. FOR FINAL APPROVAL
CASE NO.: 3:24-CV-05417-AMO                    1

5.    Since the Court granted preliminary settlement approval, many AUPresses members have attended virtual town hall webinars for publishers, conducted by the PCC, to support publishers in understanding the case, the Court's rulings, the settlement terms, their rights, and the claims processes.

6.    I have personally interacted with directors and representatives of dozens of AUPresses members regarding procedural aspects of the class action; provided information on author-publisher contractual norms and exceptions; and encouraged publishers to assist in ensuring a robust notice process, including as to their authors; and many related topics.

7.    AUPresses and its members strongly support the settlement. This $1.5 billion settlement not only provides significant compensation to class members, but makes clear that AI companies cannot bypass the legal market to build their enterprises by pirating books.

8.    Given the framework of the case and the process undertaken to get to this point, I believe that the proposed Settlement is beneficial to all class members. I expect strong participation from AUPresses members in this Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 19, 2026 in London, UK.

Signed by:



/s/ Peter Berkery
8028574D30FA42B...

Peter M. Berkery, Jr.

DECL. OF PETER M. BERKERY, JR. ISO
PLAINTIFFS' MOT. FOR FINAL APPROVAL
CASE NO.: 3:24-CV-05417-AMO

2