**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorney for
Defendant Anthropic PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC <br><br> Defendant. | Case No.  3:24-cv-05417-AMO <br><br> **ANTHROPIC PBC'S NOTICE OF INTENT TO FILE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendant Anthropic PBC provides notice of its intent to file an administrative motion under Civil Local Rule 3-12(b) regarding two later-filed related cases: *Carreyrou v. Anthropic PBC*, No. 5:25-cv-10897-PCP (N.D. Cal.),[1] and *Chicken Soup for the Soul, LLC v. Anthropic PBC*, No. 5:26-cv-02333-LJC (N.D. Cal.).

Anthropic files this notice to satisfy its obligation to promptly notify the Court of related cases. *See* L.R. 3-12(b). Anthropic cannot yet move to formally relate these cases to *Bartz* because both name seven additional defendants. Anthropic has moved to sever its claims in both actions. Once severance is granted, Anthropic will promptly move to relate them to this action.

**Background.** In December 2025, six authors who opted out of the *Bartz* class settlement filed *Carreyrou*, naming Anthropic and seven other defendants—Google, OpenAI, Meta, xAI, Perplexity, Apple, and NVIDIA. As to Anthropic, the plaintiffs assert individual copyright infringement claims based on the same alleged conduct at issue here: using copyrighted books to train Anthropic's large language models. On March 17, 2026, another opt-out plaintiff filed a near-identical complaint in *Chicken Soup*, naming the same eight defendants and asserting the same claims as to different works in suit. Plaintiffs' counsel has indicated additional cases will follow.

**Relationship to This Action.** All three cases challenge the same Anthropic conduct, assert the same legal claims, and involve copyrighted works that were part of this litigation before plaintiffs opted out. They are related under L.R. 3-12(a).

**Why Anthropic Cannot Yet Move to Relate.** Relating *Carreyrou* and *Chicken Soup* in their current form would bring seven additional defendants—and their unrelated defenses—into this action. For this reason, two other defendants in *Carreyrou* and *Chicken Soup*—Google and Meta—have similarly abstained from moving to relate cases to their respective related class actions until the claims against each defendant are severed. Anthropic has moved to sever in *Carreyrou*, along with all other defendants in *Carreyrou*; no hearing date has been set. Anthropic will seek severance in *Chicken Soup* at the appropriate time. Once severance is granted in both actions, Anthropic will move promptly to relate them to *Bartz*.

---

[1] The first-listed plaintiff in this action has changed from John Carreyrou to Cambronne, Inc.

- 1 -

Dated: March 25, 2026

WHITE & CASE LLP

By:     */s/ Yar R. Chaikovsky*

Yar R. Chaikovsky

*Attorney for Defendant Anthropic PBC*

- 2 -