Lea Bishop
3627 N. Pennsylvania St.
Indianapolis, IN 46205
(203) 535-2560
lea.bishop@gmail.com
Pro Se

**FILED**

**APR 02 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED <br><br> PLAINTIFF, <br><br> VS. <br><br> ANTHROPIC, PBC <br><br> DEFENDANT. | CASE NO.: 3:24-CV-05417-AMO <br><br> **ADMINISTRATIVE MOTION TO UNSEAL THE FAIRNESS OBJECTIONS OF MOVANT LEA VICTORIA BISHOP (DKT. NO. 602) AND OTHER OBJECTORS** |

On January 15, 2026, the Court entered an order (Dkt. 547) directing that certain previously sealed materials be placed on the public docket, recognizing that judicial records in this proceeding should be accessible where no valid basis for sealing exists.

On February 13, 2026, the Clerk sealed the fairness objection of Professor Lea Victoria Bishop (Dkt. 602). No motion to seal appears on the docket. No judicial order authorizing sealing appears on the docket. Professor Bishop submitted her objection by mail on February 9, 2026, as directed by the Class Notice. Professor Bishop did not request sealing.

The Motion for Final Approval specifically asks the Court to overrule this objection and dispose of it after judgment. The Court—and the public— should have the opportunity to read it first.

-1-

Currently, the Proposed Order Granting Final Approval would note that "many objections were sealed" and that "Class Members should be able to review all Objections," but would delay that unsealing until two weeks after final approval. Dkt. 621, page 10, lines 9-11. That is too late.

Professor Bishop respectfully requests that the Court immediately unseal and restore to the public docket her objection, Dkt. 602, and other fairness objections sealed without motion or judicial order, so that the Court, absent Class Members, and the public may fully consider their points in advance of the fairness hearing rather than after final approval.

Pursuant to the Court's standing orders, undersigned counsel certifies that any content generated with AI software tools has been reviewed, edited, and approved by the undersigned, who takes full responsibility for the contents of this filing.

DATED: April 2, 2026

Signature:

*Lea V. Bishop*

By: Lea Victoria Bishop

*Pro se*

**DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION**

**(Re: Inability to Obtain Stipulation — Civil L.R. 7-11)**

I, Lea Victoria Bishop, declare as follows:

I am the movant in this administrative motion. I am appearing pro se. This motion is directed at the Court's administrative sealing of my own objection (Dkt. 602), which was sealed without my request. I did not seek a stipulation from class counsel because the relief sought — unsealing a document I submitted — is not a matter on which class counsel's agreement is required or appropriate. I make this declaration pursuant to Civil Local Rule 7-11(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 2, 2026.

*Lea V. Bishop*

Lea Victoria Bishop