# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**RECEIVED**

4/2/2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

      Plaintiffs,

  v.

ANTHROPIC PBC,

      Defendant.

Case No. 3:24-cv-05417-AMO

**[PROPOSED] ORDER TO UNSEAL DKT. NO. 602 AND OTHER FAIRNESS OBJECTIONS**

Having considered the **ADMINISTRATIVE MOTION TO UNSEAL THE FAIRNESS OBJECTIONS OF MOVANT LEA VICTORIA BISHOP (DKT. NO. 602) AND OTHER OBJECTORS** and good cause appearing:

IT IS HEREBY ORDERED that Dkt. Nos. 602 and all other fairness objections sealed without judicial order be unsealed and placed on the public docket immediately.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE