Lea Bishop
3627 N. Pennsylvania St.
Indianapolis, IN 46205
(203) 535-2560
lea.bishop@gmail.com
*Pro Se*

RECEIVED

APR 0 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*not signed*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | CASE No.: 3:24-cv-05417-AMO <br><br> **REQUEST TO BE HEARD AT FAIRNESS HEARING AND FOR LEAVE TO USE DEMONSTRATIVES AND SUPPORTING DECLARATION OF PROFESSOR LEA VICTORIA BISHOP** |

Professor Lea Victoria Bishop respectfully requests:

**1. Leave to be heard at the April 23, 2026 fairness hearing.**

Professor Bishop filed a timely objection to the proposed class action settlement (Dkt. 602) and is contemporaneously filing a Response to the Motion for Final Approval. She intends to appear at the hearing at her own expense and requests fifteen (15) minutes of argument time to address the Court on the issues raised therein, including:

1. Judge Alsup's December 2025 condemnation of "coordination" between Class Counsel and publishers; his order to the attorneys to preserve evidence; and his recommendation that his successor judge consider authorizing an independent investigation;

-1-

2. Judge Alsup's expressed concerns that the allocation might be unfair to authors; including the possibility that publishers have no legal right to share in author proceeds; and a copyright expert's evaluation of the legal merits of those concerns;

3. Other incompatibilities with the Copyright Act that jeopardize the proposed Settlement's ability to withstand appellate scrutiny; and a clear path forward by which the Court can correct those deficiencies before final approval.

**2. Leave to use demonstratives at the April 23, 2026 fairness hearing.**

Pursuant to the Standing Order of Judge Araceli Martínez-Olguín, at least 14 days prior to the hearing, Professor Bishop hereby requests leave to utilize visual demonstratives to assist the Court in immediately understanding issues.

She will provide copies of the visual demonstratives to the Court and to all parties no later than April 16, 2026.

She respectfully requests that the Court confirm the availability of a projector in Courtroom 10 for the April 23 hearing, or advise her of the appropriate equipment to arrange independently.

Pursuant to the Court's standing orders, the undersigned certifies that any content generated with AI software tools has been reviewed, edited, and approved by the undersigned, who takes full responsibility for the contents of this filing.

DATED: April 2, 2026

Signature:

*Lea V. Bishop*

By: Lea Victoria Bishop, *pro se*

-2-

2. Judge Alsup's expressed concerns that the allocation might be unfair to authors; including the possibility that publishers have no legal right to share in author proceeds; and a copyright expert's evaluation of the legal merits of those concerns;

3. Other incompatibilities with the Copyright Act that jeopardize the proposed Settlement's ability to withstand appellate scrutiny; and a clear path forward by which the Court can correct those deficiencies before final approval.

**2. Leave to use demonstratives at the April 23, 2026 fairness hearing.**

Pursuant to the Standing Order of Judge Araceli Martínez-Olguín, at least 14 days prior to the hearing, Professor Bishop hereby requests leave to utilize visual demonstratives to assist the Court in immediately understanding issues.

She will provide copies of the visual demonstratives to the Court and to all parties no later than April 16, 2026.

She respectfully requests that the Court confirm the availability of a projector in Courtroom 10 for the April 23 hearing, or advise her of the appropriate equipment to arrange independently.

Pursuant to the Court's standing orders, the undersigned certifies that any content generated with AI software tools has been reviewed, edited, and approved by the undersigned, who takes full responsibility for the contents of this filing.

DATED: April 2, 2026

Signature:

By: Lea Victoria Bishop, *pro se*

-2-

**DECLARATION OF LEA VICTORIA BISHOP**

I, Lea Victoria Bishop, declare as follows:

I am the objector whose fairness objection is docketed at Dkt. 602. I submitted that objection by mail on February 9, 2026, as directed by the Class Notice, and stated my intention to appear at the fairness hearing. I am a tenured professor of copyright law, a graduate of Yale Law School, a licensed attorney, a member of the Supreme Court bar, a former United Nations Special Consultant on copyright and human rights, and the author of *Ending Book Hunger* (Yale University Press, 2020). I will appear at the April 23, 2026 hearing at my own expense.

I did not seek a stipulation from class counsel because the relief sought is not a matter on which class counsel's agreement is required or appropriate. Civil L.R. 7-11(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 2, 2026.

DATED: April 2, 2026

Signature:

*Lea V. Bishop*

By: Lea Victoria Bishop, *pro se*

-3-

# DECLARATION OF LEA VICTORIA BISHOP

I, Lea Victoria Bishop, declare as follows:

I am the objector whose fairness objection is docketed at Dkt. 602. I submitted that objection by mail on February 9, 2026, as directed by the Class Notice, and stated my intention to appear at the fairness hearing. I am a tenured professor of copyright law, a graduate of Yale Law School, a licensed attorney, a member of the Supreme Court bar, a former United Nations Special Consultant on copyright and human rights, and the author of *Ending Book Hunger* (Yale University Press, 2020). I will appear at the April 23, 2026 hearing at my own expense.

I did not seek a stipulation from class counsel because the relief sought is not a matter on which class counsel's agreement is required or appropriate. Civil L.R. 7-11(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 2, 2026.

DATED: April 2, 2026

Signature:

By: Lea Victoria Bishop, *pro se*

-3-