## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**RECEIVED**

APR 0 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,

      Plaintiffs,

      v.

ANTHROPIC PBC,

      Defendant.

Case No. 3:24-cv-05417-AMO

**[PROPOSED] ORDER GRANTING REQUEST OF LEA VICTORIA BISHOP TO BE HEARD AT THE FAIRNESS HEARING WITH DEMONSTRATIVES**

Having considered the Request of Professor Lea Victoria Bishop to Be Heard at the Fairness Hearing and for Leave to Use Demonstratives, and good cause appearing:

IT IS HEREBY ORDERED that Professor Lea Victoria Bishop is granted leave to address the Court for fifteen (15) minutes at the April 23, 2026 fairness hearing.

IT IS FURTHER ORDERED that Professor Bishop is granted leave to use visual demonstratives at the hearing, subject to providing copies to the Court and all parties by April 16, 2026.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE