Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Samir Doshi (*pro hac vice*)
J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-AMO <br><br> **CLASS COUNSEL'S NOTICE OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO UNSEAL (DKT. 627), AND OPPOSITION TO REQUEST TO BE HEARD AT FINAL APPROVAL HEARING (DKT. 629)** <br><br> Judge: Hon. Araceli Martínez-Olguín |

**NOTICE OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO UNSEAL (DKT. 627) AND OPPOSITION TO REQUEST TO BE HEARD AT THE FINAL APPROVAL HEARING (DKT. 629)**

Movant Victoria Lee Bishop is not a party to this Action. She is also not a member of the class. She requests two things: (1) that all objections to and comments on the Settlement be unsealed (Dkt. 627); and (2) an opportunity to present argument at the final fairness hearing (Dkt. 629). Class Counsel do not oppose Movant Bishop's first request but do oppose the second.

As to the first request, Class Counsel agree that comments to the Settlement, including objections, should be unsealed. That is contemplated in the proposed order regarding final approval. *See* Dkt. 621 (Proposed Order re Final Approval) at 10 (seeking unsealing). No objector or commenter has requested that their objection be or remain sealed. The following objections and comments remain under seal: Dkt. Nos. 425; 539; 541–542; 544–546; 566–568; 584; 596; 598–602, 604–611. Class Counsel do not object to the immediate unsealing of these filings.

As for Movant Bishop's second request, the Court should permit any ***class member*** who has submitted a timely objection to address the Court at the final fairness hearing, which presently is scheduled for April 23, 2026. Movant Bishop, however, is ***not*** a class member; by her own admission, she is neither a legal nor a beneficial owner of any class work. *See* Dkt. 602 at 7 ("My works are not listed at the Settlement Website."). Because she is not a member of the class, none of Movant Bishop's rights will be affected by the settlement. She therefore "ha[s] no standing to object to the settlement." *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 2020 WL 1873554, at *4 (N.D. Cal. Mar. 11, 2020) (quoting *San Francisco NAACP v. San Francisco Unified School Dist.*, 59 F. Supp. 2d 1021, 1032 (N.D. Cal. 1999)). For this reason, Movant Bishop's request to present oral argument at the final fairness hearing should be denied.

Dated: April 7, 2026

By: */s/ Justin A. Nelson*
  Justin A. Nelson (*pro hac vice*)
  Alejandra C. Salinas (*pro hac vice*)
  **SUSMAN GODFREY L.L.P**
  1000 Louisiana Street, Suite 5100
  Houston, TX 77002-5096
  Telephone: (713) 651-9366
  jnelson@susmangodfrey.com
  asalinas@susmangodfrey.com

  Rohit D. Nath (SBN 316062)
  Michael Adamson (SBN 321754)
  **SUSMAN GODFREY L.L.P.**
  1900 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067-2906
  Telephone: (310) 789-3100
  RNath@susmangodfrey.com
  MAdamson@susmangodfrey.com

  J. Craig Smyser (*pro hac vice*)
  Samir Doshi (*pro hac vice*)
  **SUSMAN GODFREY L.L.P.**
  One Manhattan West, 51st Floor,
  New York, NY 10001
  Telephone: (212) 336-8330
  csmyser@susmangodfrey.com
  sdoshi@susmangodfrey.com

  *Co-Lead Counsel*

By: */s/ Rachel Geman*
  Rachel Geman (*pro hac vice*)
  Jacob S. Miller (*pro hac vice*)
  Danna Z. Elmasry (*pro hac vice*)
  **LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
  250 Hudson Street, 8th Floor
  New York, New York 10013-1413
  Telephone: (212) 355-9500
  rgeman@lchb.com
  jmiller@lchb.com
  delmasry@lchb.com

  Elizabeth J. Cabraser (SBN 83151)
  Daniel M. Hutchinson (SBN 239458)
  Jallé H. Dafa (SBN 290637)
  Amelia Haselkorn (SBN 339633)
  **LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
  275 Battery Street, 29th Floor
  San Francisco, CA 94111-3339
  Telephone: (415) 956-1000
  dhutchinson@lchb.com
  jdafa@lchb.com
  ahaselkorn@lchb.com

  Betsy A. Sugar (*pro hac vice*)
  **LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
  222 2nd Avenue S., Suite 1640
  Nashville, TN 37201
  Telephone: (615) 313-9000
  bsugar@lchb.com

  *Co-Lead Counsel*

NOTICE OF NON-OPPOSITION TO ADMINISTRATIVE
MOTION TO UNSEAL (DKT. 627) AND OF OPPOSITION TO
MOTION TO BE HEARD AT FINAL APPROVAL (DKT. 629)

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 7, 2026

/s/ Justin Nelson

- 1 -