UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA BARTZ, et al.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 24-cv-05417-AMO

**ORDER**

This order addresses certain pending motions, matters related to the upcoming final approval hearing, and one miscellaneous issue.

Objector Lea Victoria Bishop filed a motion to unseal her objection and those of other objectors on April 2, 2026.[1]  Dkt. No. 627.  Class Counsel does not object to the request.  Dkt. No. 631.  Accordingly, the motion to unseal is **GRANTED**.  The Clerk is directed to unseal the following correspondence from objectors:  Dkt. Nos. 425, 539-546, 549-552, 564-569, 584-585, 588-589, 593-612.

The Court has located additional objections that were received earlier this year but the docketing of which has been delayed.  Those objections are currently being processed for filing.  To allow time for that processing, the motion for final approval and motion for fees is hereby continued to May 14, 2026 at 2:00 p.m.[2]  Class members who have timely objected and wish to be

---

[1] Bishop also requests 15 minutes of argument time at the final approval hearing and requests to use demonstratives.  Dkt. No. 629.  These requests are **DENIED** because, as Class Counsel explains, Bishop is not a member of the class and therefore lacks standing to object to the settlement.  *See* Dkt. No. 631.

[2] Objector Stacy Lynn Werner filed a request to continue the final approval hearing on March 12, 2026.  Dkt. No. 618.  That request is now resolved given the new hearing date set forth above.

heard may join the hearing via Zoom using the following log-in information:

- Link:  https://cand-uscourts.zoomgov.com/j/1603329440?pwd=OW1ZZWlZcklySHBMcStTVDZvZDJoUT09

- Webinar ID:  160 332 9440

- Password:  426303

Participants are advised to log-in early to avoid any capacity or connectivity issues.

To the extent Class Counsel have received objections that have not been docketed, Class Counsel **SHALL FILE** those objections on the public docket by no later than April 10, 2026.  By no later than April 30, 2026, Class Counsel also **SHALL FILE** a revised proposed order addressing all additional objections, with a Word version emailed to amopo@cand.uscourts.gov.  Class Counsel shall include a redline to its prior proposed order.

Finally, the Court notes that Anthropic filed a notice of intent to file an administrative motion to consider whether cases should be related.  Dkt. No. 625.  Anthropic is on notice that while it is free to file its motion, the Court is unlikely to relate the cases listed in its notice.

Class Counsel **SHALL** serve a copy of this order on Werner and Bishop and file a certificate of service by no later than April 10, 2026.

**IT IS SO ORDERED.**

Dated: April 8, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**