Justin A. Nelson *(pro hac vice)*
Alejandra C. Salinas *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Samir Doshi *(pro hac vice)*
J. Craig Smyser *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br>         Plaintiffs, <br><br>v. <br><br> ANTHROPIC PBC, <br>         Defendant. | Case No.: 3:24-cv-05417-AMO <br><br> **CERTIFICATE OF SERVICE OF COURT'S ORDER (DKT. 632)** |

**CERTIFICATE OF SERVICE OF COURT'S ORDER (DKT. 632)**

In accordance with the Court's Order of April 8, 2026 at Docket 632 ("Order"), Class Counsel hereby certify that a true and correct copy of the Order was served today by email on Lea Victoria Bishop and Stacy Lynn Werner using the email addresses provided in their filings on the docket. *See* Dkt. 551 at 4 (Werner); Dkt. 627 at 1 (Bishop).

Dated: April 8, 2026

By: */s/ Justin A. Nelson*
 Justin A. Nelson (*pro hac vice*)
 Alejandra C. Salinas (*pro hac vice*)
 **SUSMAN GODFREY L.L.P**
 1000 Louisiana Street, Suite 5100
 Houston, TX 77002-5096
 Telephone: (713) 651-9366
 jnelson@susmangodfrey.com
 asalinas@susmangodfrey.com

 Rohit D. Nath (SBN 316062)
 Michael Adamson (SBN 321754)
 **SUSMAN GODFREY L.L.P.**
 1900 Avenue of the Stars, Suite 1400
 Los Angeles, CA 90067-2906
 Telephone: (310) 789-3100
 rnath@susmangodfrey.com
 madamson@susmangodfrey.com

 Samir H. Doshi (*pro hac vice*)
 J. Craig Smyser (*pro hac vice*)
 **SUSMAN GODFREY L.L.P.**
 One Manhattan West, 51st Floor,
 New York, NY 10001
 Telephone: (212) 336-8330
 sdoshi@susmangodfrey.com
 csmyser@susmangodfrey.com

*Co-Lead Counsel*

By: */s/ Rachel Geman*
 Rachel Geman (*pro hac vice*)
 Jacob S. Miller (*pro hac vice*)
 Danna Z. Elmasry (*pro hac vice*)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 250 Hudson Street, 8th Floor
 New York, New York 10013-1413
 Telephone: (212) 355-9500
 rgeman@lchb.com
 jmiller@lchb.com
 delmasry@lchb.com

 Elizabeth J. Cabraser (SBN 83151)
 Daniel M. Hutchinson (SBN 239458)
 Jallé H. Dafa (SBN 290637)
 Amelia Haselkorn (SBN 339633)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 275 Battery Street, 29th Floor
 San Francisco, CA 94111-3339
 Telephone: (415) 956-1000
 dhutchinson@lchb.com
 jdafa@lchb.com
 ahaselkorn@lchb.com

 Betsy A. Sugar (*pro hac vice*)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 222 2nd Avenue S., Suite 1640
 Nashville, TN 37201
 Telephone: (615) 313-9000
 bsugar@lchb.com

*Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 8, 2026

/s/ Justin Nelson

- 1 -

CERTIFICATE OF SERVICE OF COURT'S ORDER (DKT. 632)
CASE NO. 3:24-CV-05417