DUNCAN FIRM, P.A.
James H. Bartolomei III (Bar No. 301678)
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Email: james@duncanfirm.com

*Attorneys for Objector Laura Esquivel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Hon. Araceli Martinez-Olguin<br><br>Case No. 3:24-cv-05417-AMO<br><br>Hearing Date:    May 15, 2026 at 2:00pm<br><br>*[Declaration of Laura Esquivel concurrently filed as Exhibit A]* |

## OBJECTION BY LAURA ESQUIVEL TO PROPOSED CLASS ACTION SETTLEMENT

Class Member Laura Esquivel ("Esquivel") is the copyright holder and author of at least five (5) literary works that Anthropic pirated as confirmed on the settlement works list. *See* Declaration of Laura Esquivel ("Esquivel Decl.") at ¶3. Esquivel has standing, and her declaration is incorporated by reference here.  Esquivel does <u>not</u> intend to cause any delay for her fellow class members, but she does respectfully request that the Court direct the Anthropic Copyright Settlement Administrator to accept her opt out notice, even though it was filed after the expiration of the opt out period.

This Objection is filed pursuant to Federal Rule of Civil Procedure 23(e)(5) because the "Notice of $1.5 Billion Proposed Class Action Settlement Between Authors & Publishers and Anthropic PBC", (amended on or about January 8, 2026 per court order) (Dkt. 535) (the "Notice") was **not** received by Objector Esquivel until approximately March 3, 2026, almost a full month after the deadline to opt out

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT & OPT OUT DEADLINE**

of the class settlement had expired. *See* Esquivel Decl. at ¶5.

Additionally, Objector Esquivel does not speak English. She lives in Mexico and her language is Spanish. She could not speak to counsel until she was able to secure the assistance of her nephew (and co-author on a separate work), Jordi Castells to provide interpretation services during Objector Esquivel's Zoom meeting with counsel. *See* Esquivel Decl. at ¶6.

On March 30, 2026, I emailed the Anthropic Copyright Settlement Administrator an opt-out notice that they rejected. *See* Esquivel Decl. at ¶7, Ex. A.

For the foregoing reasons, Objector Esquivel respectfully requests that the Court direct the Anthropic Copyright Settlement Administrator accept her late opt out notice. Objector Esquivel respectfully requests a hearing on the approval of the settlement agreement and reserves all rights to engage in discovery, participate in the discovery, a hearing process and have a fair opportunity to be heard. Objector Esquivel's counsel intends to attend a hearing.

Dated: April 9, 2026                          Respectfully Submitted,

**DUNCAN FIRM, P.A.**

By: */s/James H. Bartolomei III*
James H. Bartolomei III (SBN: 301678)

*Attorneys for Objector Laura Esquivel*

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT & OPT OUT DEADLINE**

**PROOF OF SERVICE**

I served and filed the following document via the Court's ECF filing system to all counsel of record and the Court:

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT & OPT OUT DEADLINE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 9, 2026 at Little Rock, Arkansas.

*/s/James H. Bartolomei III*

James H. Bartolomei III

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT & OPT OUT DEADLINE**