**DUNCAN FIRM, P.A.**
James H. Bartolomei III (Bar No. 301678)
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Email: james@duncanfirm.com

*Attorneys for Objector Laura Esquivel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Hon. Araceli Martinez-Olguin<br><br>Case No. 3:24-cv-05417-AMO<br><br>Hearing Date:    May 15, 2026 at 2:00pm |

## DECLARATION OF LAURA ESQUIVEL

I, Laura Esquivel, declare as follows:

1.    I am over the age of 18 and fully competent to make this declaration.

2.    I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently do so. Jordi Castells translated this document from English to Spanish for me before I signed.

3.    I am a member of the Settlement Class in this action. I am the legal author and copyright claimant of at least five (5) works that appear on the Settlement Works List, including but not limited to *Like Water for Chocolate (Como Agua Para Chocolate)* (TX0003432934), the novel that was made into the iconic movie, *Like Water for Chocolate*. The five works included in the datasets pirated by

**DECLARATION OF LAURA ESQUIVEL**

Anthropic which I searched and located the books set forth in the opt out notice attached to this Declaration.

4. I have retained Duncan Firm, P.A. to represent my interest in this matter and to file an objection on my behalf as well as to protect and enforce my copyrights. I have reviewed the Objection by Laura Esquivel to Proposed Class Settlement filed by my counsel, James H. Bartolomei III and fully agree with facts within my personal knowledge.

5. I fully agree with and adopt the arguments set forth in that Objection. Specifically, I object to the Class Notice because I did not receive it until approximately March 3, 2026, almost a full month after the deadline to opt out had passed. I live in Mexico and I speak Spanish. Therefore, even when I received the Class Notice I was unable to understand it. No Spanish translation was provided.

6. I first learned of the class action and opt out windows from my friend, the screenwriter Zachary Sklar (who wrote the screenplay for Oliver Stone's *JFK*), on or about February 10, 2026. Mr. Sklar referred me to his New York counsel, Deborah Hrbek, to get more information. English is not my first language so I could not meet with a lawyer without an interpreter present. Therefore I alerted my nephew, Jordi Castells, to the situation and together we sought the advice of Ms. Hrbek. By the time we were first able to speak to Ms. Hrbek via Zoom on February 12, 2026, the opt out period had expired.

7. Upon the advice of counsel I submitted my opt out notice on March 30, 2026. A true copy of my opt out notice and the email response I received are attached to this Declaration.

8. The delay in filing my opt out notice is due to the fact that I suffered a stroke in the interim and it took me some time to recover.

9. I object to the opt-out deadline being applied to me because I was not made aware of the case, the settlement nor the expiration of the opt out window until after it was too late to opt out of the settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 9, 2026, in Mexico City, Mexico.

*Laura Esquivel*
_____

Laura Esquivel

*Objector / Class Member*

DECLARATION OF LAURA ESQUIVEL

CERTIFICATION OF ACCURACY

I, Jordi Castells, certify as follows:

1.  I am fluent in Spanish and English.

2.  I translated each line of the foregoing Declaration and associated Objection of Laura Esquivel into Spanish prior to Laura Esquivel executing the Declaration.

3.  The translation that I provided was an accurate translation from English to Spanish of the Declaration and Objection of Laura Esquivel.

Executed on April 9, 2026, in Atlanta, Georgia.

*Jordi Castells*
_____

Jordi Castells

**DECLARATION OF LAURA ESQUIVEL**