

---------- Forwarded message ---------
De: **info@AnthropicCopyrightSettlement.com** <info@anthropiccopyrightsettlement.com>
Date: lun, 30 mar 2026 a las 10:48
Subject: Re: opt-out
To: Laura Esquivel <chocolate.esquivel@gmail.com>


Dear Laura,

The deadline to exclude yourself from the settlement passed on February 9, 2026.

Regards,

Anthropic Copyright Settlement Administrator
Toll-Free: 877-206-2314
www.AnthropicCopyrightSettlement.com
[JH]

---

**From:** Laura Esquivel <chocolate.esquivel@gmail.com>
**Sent:** Monday, March 30, 2026 8:38 AM
**To:** info@AnthropicCopyrightSettlement.com <info@AnthropicCopyrightSettlement.com>
**Subject:** opt-out

I, Laura Esquivel, electronically sign this opt-out via email, or authorized my representative to sign on my behalf.

Please treat this as my opt-out request for Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.).

My name is: Laura Esquivel
My Current address: Rafael Oliva 141 San Diego Churubusco Coyoacán (04120) Ciudad de México México
I have identified the specific work(s) from the Works List that I seek to opt out for each book I authored:

Title: Como água Para Chocolate
Author: Laura Esquivel
U.S. Copyright Office Registration Number: TX0003432934
ISBN/ASIN: 9780307774019, 9788434589810, 9788557995080, B018SSS1NI
I am the author and have the copyright interest in the work.

Title: Malinche
Author: Laura Esquivel
U.S. Copyright Office Registration Number: TX0006460097
ISBN/ASIN: 9780743299916, 9781423776604, 9781847397188, 9789707311121
I am the author and have the copyright interest in the work.

Title: Mi Negro Pasado
Author: Laura Esquivel
U.S. Copyright Office Registration Number: TX0008623902
ISBN/ASIN: 9786073159081, 9788491290292
I am the author and have the copyright interest in the work.

Title: ESCRIBIENDO LA NUEVA HISTORIA (COMO DEJAR DE SER VICTIMA EN 12 SESIONES)
Author: Laura Esquivel
U.S. Copyright Office Registration Number: TX0007892106
ISBN/ASIN: 9780804171243
I am the author and have the copyright interest in the work.

Title: A Lupita le Gustaba Planchar / Lupita Always Liked to Iron
Author: Laura Esquivel
U.S. Copyright Office Registration Number: TX0008177564
ISBN/ASIN: 9781101969847
I am the author and have the copyright interest in the work.

I, Laura Esquivel, hereby request to be excluded from the proposed Class in Bartz v. Anthropic PBC, No. 3:24-cv05417-WHA (N.D. Cal.). I certify under penalty of perjury that all the information I have provided is true and correct.
I have electronically signed this opt-out via email, or authorized my representative to sign on my behalf.

This opt-out notice has been delivered via email by the Settlement Administrator by February 9th, 2026.

Laura Esquivel