DUNCAN FIRM, P.A.
James H. Bartolomei III (Bar No. 301678)
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Email: james@duncanfirm.com

*Attorneys for Objector Jordi Castells*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, | Hon. Araceli Martinez-Olguin |
| | Case No. 3:24-cv-05417-AMO |
| Plaintiffs, | Hearing Date:    May 15, 2026 at 2:00pm |
| vs. | *[Declaration of Jordi Castells concurrently filed as Exhibit A]* |
| ANTHROPIC PBC, | |
| Defendant. | |

**OBJECTION BY JORDI CASTELLS TO PROPOSED CLASS ACTION SETTLEMENT**

Class Member Jordi Castells ("Castells") is the copyright holder and author of at least one (1) literary work that Anthropic pirated as confirmed on the settlement works list. *See* Declaration of Jordi Castells ("Castells Decl.") at ¶3. Castells has standing, and his declaration is incorporated by reference here. Castells does not intend to cause any delay for his fellow class members, but he does respectfully request that the Court direct the Anthropic Copyright Settlement Administrator to accept his opt out notice, even though it was filed after the expiration of the opt out period.

This Objection is filed pursuant to Federal Rule of Civil Procedure 23(e)(5) because the "Notice of $1.5 Billion Proposed Class Action Settlement Between Authors & Publishers and Anthropic PBC", (amended on or about January 8, 2026 per court order) (Dkt. 535) (the "Notice") was never received by Objector Castells. Objector Castells did not become aware of the action or the settlement until alerted by

his aunt, Laura Esquivel on or about February 12, 2026, after the opt-out deadline.  *See* Castells Decl. at ¶5.

For the foregoing reasons, Objector Castells respectfully requests that the Court direct the Anthropic Copyright Settlement Administrator accept his late opt out notice. Objector Castells respectfully requests a hearing on the approval of the settlement agreement and reserves all rights to engage in discovery, participate in the discovery, a hearing process and have a fair opportunity to be heard.  Objector Castells' counsel intends to attend the hearing.

Dated: April 9, 2026                    Respectfully Submitted,

                                         **DUNCAN FIRM, P.A.**

                                         By: */s/James H. Bartolomei III*
                                         James H. Bartolomei III (SBN: 301678)

                                         *Attorneys for Objector Jordi Castells*

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT**

**PROOF OF SERVICE**

I served and filed the following document via the Court's ECF filing system to all counsel of record and the Court:

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 9, 2026 at Little Rock, Arkansas.

*/s/James H. Bartolomei III*

James H. Bartolomei III

OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT