**DUNCAN FIRM, P.A.**
James H. Bartolomei III (Bar No. 301678)
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Email: james@duncanfirm.com

*Attorneys for Objector Jordi Castells*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Hon. Araceli Martinez-Olguin<br><br>Case No. 3:24-cv-05417-AMO<br><br>Hearing Date:    None Set Yet |

## DECLARATION OF JORDI CASTELLS

I, Jordi Castells, declare as follows:

1.     I am over the age of 18 and fully competent to make this declaration.

2.     I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently do so.

3.     I am a member of the Settlement Class in this action. I am the legal author and copyright claimant of at least one work that appears on the Settlement Works List, namely *Pierced by the Sun* (TX0008684011).  My work was included in the datasets pirated by Anthropic and I searched and located my book with an ISBN/ASIN of 9781503954748.

4.     I have retained Duncan Firm, P.A. to represent my interest in this matter and to file an objection on my behalf as well as to protect and enforce my copyrights. I have reviewed the Objection

-1-
DECLARATION OF JORDI CASTELLS

by Jordi Castells to Proposed Class Settlement filed by my counsel, James H. Bartolomei III and fully agree with facts within my personal knowledge.

5. I fully agree with and adopt the arguments set forth in that Objection. Specifically, I object to the Class Notice because I never received it. I first learned of the class action and opt out windows from my aunt and Co-Author, Laura Esquivel, who heard something about it from a fellow author. Together we sought the advice of U.S. counsel but by the time we first spoke on February 12, 2026, the opt out period had expired.

6. Upon the advice of counsel I submitted my opt out notice on February 16, 2026 and received a response from the Anthropic Copyright Settlement Administrator on February 19, 2026 stating that "[t]he deadline to exclude [myself] from the settlement passed on February 9, 2026." A true copy of my opt out notice and the email received in response are attached to this Declaration.

7. I object to the opt-out deadline being applied to me because I was not made aware of the case, the settlement nor the expiration of the opt out window until after it was too late to opt out of the settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April __9__ 2026, in Atlanta, Georgia.

_____

Jordi Castells

*Objector / Class Member*

**DECLARATION OF JORDI CASTELLS**