

---------- Forwarded message ---------
From: **Jordi Castells** <jcastells9@gmail.com>
Date: Mon, Feb 16, 2026 at 2:58 PM
Subject: Opt Out
To: <info@anthropiccopyrightsettlement.com>


I, Jordi Castells, electronically sign this opt-out via email, or authorized my representative to sign on my behalf.

Please treat this as my opt-out request for Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.).

My name is: Jordi Castells
My Current address: 1005 Gresham Ave SE, Atlanta, GA 30316
I have identified the specific work(s) from the Works List that I seek to opt out for each book I authored:

Title: Pierced by the Sun
Author: Jordi Castells
Co-author: Laura Esquivel
U.S. Copyright Office Registration Number: TX0008684011
ISBN/ASIN: 9781503954748
I am the author and have the copyright interest in the work.


I, Jordi Castells, hereby request to be excluded from the proposed Class in Bartz v. Anthropic PBC, No. 3:24-cv05417-WHA (N.D. Cal.). I certify under penalty of perjury that all the information I have provided is true and correct.
I have electronically signed this opt-out via email, or authorized my representative to sign on my behalf.

This opt-out notice has been delivered via email by the Settlement Administrator by February 9th, 2026.


Jordi Castells

1 of 1

 Gmail

Laura Esquivel <chocolate.esquivel@gmail.com>

---

**Awaiting signed representation agreement**

**Jordi Castells** <jcastells9@gmail.com>                    9 de marzo de 2026 a las 12:15
Para: Deborah Hrbek <dhrbek@hrbeklaw.com>
Cc: "chocolate.esquivel@gmail.com" <chocolate.esquivel@gmail.com>

Hi Deborah,

I am sad to inform you that Laura is in the hospital, after suffering a thrombosis. We are hoping for a full recovery but she probably won't be able to sign for a few days. She did want me to tell you that last week she received the Anthropic letter in the mail. I'm attaching the scans her assistant sent me. She also wanted to inquire about any progress with cedro in Spain, as she is a member.
On my end, I sent the email your team drafted for me and got this response. BUT I also never received any written document from them beforehand.



Please let us know next steps.

Thanks!

📄 SOBRE ENVIO ANTHROPIC LAWSUIT.pdf

Jordi Castells

[El texto citado está oculto]

 **Anthropic Lawsuit LEV March 2026.pdf**
25463K