11900 Crayton Court
Herndon, VA 20170
April 1, 2026

The Honorable Judge Araceli Martínez-Olguín
c/o Class Action Clerk
United States District Court for the Northern District of California
Case: *Bartz v. Anthropic PBC,* No. 3:24-cv-05417-WHA (N.D. Cal.)
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

To the Honorable Judge Martínez-Olguín,

I am writing in regard to the *Bartz v. Anthropic* case, to appeal to you that I may be included in the class action settlement. In the settlement, it broadly states that no federal employees may be part of the case: "*Excluded are the directors, officers and employees of Anthropic, **personnel of federal agencies, and district court personnel.***"

I have been a published author since May 2007, and I did not begin working for the federal government until November 2019. Thirty-four of my books were stolen to train AI and would be eligible for the settlement, were it not for my day job (see attachment). These books are historical romance novels, and all but two were traditionally published and copyrighted prior to 2019 when I started as a government employee after my divorce. It seems beyond the spirit of the law to argue that no one working for a government federal agency can receive compensation—especially for works of fiction that have nothing to do with our day jobs. There are hundreds of thousands of government workers, like me, who have to keep a day job to survive. Very few authors can support themselves without a second job.

Would you reconsider allowing me to be a part of this case, despite my current employment status? Is there anything I can do?

Between 2007 and 2019, I was a full-time author and mother, and I supported myself with my book royalties. After my divorce in 2018, I kept custody of my three children and had to seek a steady day job to take care of them—which is why I began working for the government in November 2019.

If I were not an employee with this federal day job, I would be entitled to a settlement ranging from $60,000-$90,000. That amount of money would be life-changing. It would help with college expenses, help with debt, and as a significant stakeholder, I'm pleading with you to consider allowing me to at least claim the books that were written before I began as a federal employee in 2019, if not all of them.

I've spoken with general counsel, Reetu Sinha, and have asked her to mention this. I had initially misunderstood the language of the class action and had begun filing a claim (P3C7AYF4BZ), but then later realized that it really did mean all federal employees and not just district court personnel, so I contacted the legal team to correct my mistake.

I know that I am one of many authors who were impacted by the Anthropic case, but I feel that I was affected more heavily than most, given the volume of books that were stolen (see

attachment). And yet, under the current wording, I am ineligible as a member of the class action suit. I do hope you would be willing to allow federal employees to be part of the settlement, particularly those of us who write fiction and were victims of this book piracy.

Would it be possible to consider amending that language, or at least perhaps you might consider allowing me to remain a member of the class action, despite my recent employment?

Thank you so much for your time, and I certify on penalty of perjury that all the information I have provided is true and correct.

Thank you for your consideration,

Michelle Willingham Leonard,
Writing as Michelle Willingham and Avery Chandler

attachment. And yet, under the current wording, I am ineligible as a member of the class action suit. I do hope you would be willing to allow federal employees to be part of the settlement, particularly those of us who wrote fiction and were victims of this book piracy.

Would it be possible to consider amending that language, or at least perhaps you might consider allowing me to remain a member of the class action, despite my recent employment?

Thank you so much for your time, and I certify on penalty of perjury that all the information I have provided is true and correct.

Thank you for your consideration.

Michelle Willingham Leonard,
Writing as Michelle Willingham and Avery Chandler

Works included in the settlement (none are education):

| Title | Publication & Copyright Year | US Copyright Office Registration | ISBN(s) for various editions | Author Name |
|---|---|---|---|---|
| 1. Her Irish Warrior | 2007 | TX0006564467 | 9781426801570 9781735084893 | Michelle Willingham |
| 2. The Warrior's Touch | 2007 | TX0006822837 | 9781426805660 9781735084886 | |
| 3. Her Warrior King | 2008 | TX0006954966 | 9781426811395 9781735084879 | |
| 4. Her Warrior Slave | 2008 | TX0007090957 | 9781426824302 9781735084862 | |
| 5. Surrender to an Irish Warrior | 2010 | TX0007257882 | 9781426866098 9781960198020 | |
| 6. The Viking's Forbidden Love-Slave | 2008 | TX0007221527 | 9781426826023 9781460339961 9781426852312 | |
| 7. The Warrior's Forbidden Virgin | 2009 | TX0007200745 | 9781426839832 9781460339978 | |
| 8. "A Wish to Build a Dream On" (in the Mammoth Book of Time Travel Romance) | 2009 | TX0007043321 | 9780762437818 | |
| 9. "An Accidental Seduction" | 2010 | TX0007349625 | 9780373295852 9781426846939 9781426850189 | |
| 10. The Accidental Countess | 2010 | TX0007133887 | 9780263209891 9781408916087 9781426848285 9781960198099 | |
| 11. The Accidental Prince | 2013 | TX0007710311 | 9781960198105 9781472003652 | |
| 12. Claimed by the Highland Warrior | 2011 | TX0007372079 | 9781459202146 9781488026935 9781960198044 | |
| 13. Seduced by Her Highland Warrior | 2011 | TX0007426106 | 9781459209497 9781488026942 9781960198075 | |
| 14. Tempted by the Highland Warrior | 2012 | TX0007558189 | 9781459233720 9781960198068 | |
| 15. Rescued by the Highland Warrior | 2017 | TX0007678486 | 9781459243255 9781472003744 9781960198075 | |

Works included in the settlement (none are education)

| Title | Publication & Copyright Date | U.S. Copyright Office Registration | ISBN(s) for various editions | Author Name |
|---|---|---|---|---|
| 1. Her Irish Warrior | 2007 | TX0006564467 | 9781420801570<br>9781725984891 | Michelle Willingham |
| 2. The Warrior's Touch | 2007 | TX0006822837 | 9781420805060<br>9781725084880 | |
| 3. Her Warrior King | 2008 | TX00066549[illegible] | 9781426811395<br>9781725084870 | |
| 4. Her Warrior Slave | 2008 | TX0007040457 | 9781420823402<br>9781725084803 | |
| 5. Surrender to an Irish Warrior | 2010 | TX00072[illegible]882 | 9781426846008<br>9781496419520 | |
| 6. The Viking's Forbidden Love-Slave | 2008 | TX0007221527 | 9781426825023<br>9781460039901<br>9781426852312 | |
| 7. The Warrior's Forbidden Virgin | 2009 | TX0007200745 | 9781426838852<br>9781460039978 | |
| 8. "A Wish to [illegible] Dream On" (in the Mammoth Book of Time Travel Romance) | 2009 | TX0007043321 | 9780762437818 | |
| 9. "An Accidental Seduction" | 2010 | TX0007349025 | 9780373295852<br>97814268[illegible]<br>9781426850196 | |
| 10. The Accidental Countess | 2011 | TX0007133887 | 9780373298901<br>9781408014607<br>978142084[illegible]<br>978[illegible] | |
| 11. The Accidental Prince | 2013 | TX0007710311 | 9781460198104<br>97814710[illegible] | |
| 12. Claimed by the Highland Warrior | 2011 | TX0007372079 | 9781459202146<br>978[illegible]12049<br>9781960198044 | |
| 13. Seduced by Her Highland Warrior | [illegible] | TX0007426106 | 9781459208497<br>9781408020942<br>9781960198075 | |
| 14. Tempted by the Highland Warrior | 2012 | TX0007531189 | 9781459221720<br>9781960148[illegible] | |
| 15. Rescued by the Highland Warrior | 2017 | TX00076[illegible] | 97814592[illegible]235<br>978[illegible]744<br>978[illegible] | |

| Title | Publication & Copyright Year | US Copyright Office Registration | ISBN(s) for various editions | Author Name |
|---|---|---|---|---|
| 16. Craving the Highlander's Touch | 2011 | TX0007420431 | 9781459212992 | Michelle Willingham |
| 17. Pleasured by the Viking | 2010 | TX0007304266 | 9781426889424 9781426852312 9781426852909 9781460339985 | |
| 18. Highlanders | 2017 | TX0007678486 | 9781459243255 9781472003744 | |
| 19. Undressed by the Earl | 2014 | TX0007944323 | 9781477819814 | |
| 20. Undone by the Duke | 2013 | TX0007800365 | 9781611098839 | |
| 21. Unlaced by the Outlaw | 2014 | TX0008305040 | 9781477826010 | |
| 22. Good Earls Don't Lie | 2016 | TX0008336245 | 9781503939769 B01EFRSA8M | |
| 23. To Sin with a Viking | 2013 | TX0007762744 | 9781460316993 | |
| 24. To Tempt a Viking | 2014 | TX0007849775 | 9781460325216 | |
| 25. A Viking for the Viscountess | 2014 | TX0008070192 | 9780990634508 9780990634515 | |
| 26. A Maiden for the Marquess | 2016 | TX0008472980 | 9780990634539 9780990634522 | |
| 27. Warrior of Ice | 2015 | TX0008172143 | 9781460384626 | |
| 28. Warrior of Fire | 2015 | TX0008223890 | 9781460387788 | |
| 29. Forbidden Night with the Warrior | 2017 | TX0008664600 | 9781488021527 | |
| 30. Forbidden Night with the Prince | 2018 | TX0008669675 | 9781488086519 9781488086878 | |
| 31. The Highlander and the Governess | 2019 (Oct) | TX0008847388 | 9781488047558 | |

Books in the settlement that are past November 2019 after I became a federal employee

| Title | Publication & Copyright Year | US Copyright Office Registration | ISBN(s) for various editions | Author Name |
|---|---|---|---|---|
| 32. Christmas in His Arms | 2020 | TX0009023048 | 9781735084817 | Avery Chandler |
| 33. Stolen by the Viking | 2020 | TX0009022148 | 9781488065545 | Michelle Willingham |
| 34. The Highlander and the Wallflower | 2020 | TX0009017789 | 9781488065835 | |

| Title | Publication & Copyright Year | US Copyright Office Registration | ISBN(s) for various editions | Author Name |
|---|---|---|---|---|
| Craving the Highlander's Touch | 2011 | TX0007420431 | 9781420112992 | Michelle Willingham |
| 17. Treasured by the Viking | 2010 | TX0007306276 | 9781426839429<br>9781426855512<br>9781426852909<br>9781460319985 | |
| 18. Highlanders | 2017 | TX0007678486 | 9781459402235<br>9781472003744 | |
| 19. Unlaced by the Earl | 2014 | TX0007964022 | 9781477813614 | |
| 20. Undone by the Duke | 2013 | TX0007800965 | 9781611093839 | |
| 21. Untamed by the Outlaw | 2014 | TX0008055040 | 9781477825016 | |
| 22. Good Earls Don't Lie | 2016 | TX0008376245 | 9781503059769<br>B01HFR8A8M | |
| 23. To Sin with a Viking | 2015 | [illegible] | 9781460316993 | |
| 24. To Tempt a Viking | 2011 | TX0007817725 | 9781459225116 | |
| 25. A Viking for the Viscountess | 2014 | TX0007970192 | 9780990634508<br>9780990634515 | |
| 26. A Maiden for the Marquess | 2016 | TX0008472980 | 9780990634539<br>9780990634522 | |
| 27. Warrior of Ice | 2015 | TX0008172143 | 9781460384206 | |
| 28. Warrior of Fire | 2015 | TX0008223490 | 9781460387238 | |
| 29. Forbidden Night with the Warrior | 2017 | TX0008664600 | 9781488021527 | |
| 30. Forbidden Night with the Prince | 2018 | TX0008669675 | 9781488086339<br>9781488086378 | |
| 31. The Highlander and the Governess | 2019 (Oct) | TX0008847586 | 9781488047558 | |

Books in the settlement that are past November 2019 when I became a federal employee

| Title | Publication & Copyright Year | US Copyright Office Registration | ISBN(s) for various editions | Author Name |
|---|---|---|---|---|
| 32. Christmas in the Year | 2020 | TX0008902346 | 9781735084017 | Amanda Handler |
| 33. Stolen by the Viking | 2020 | TX0008907146 | 9781335805845 | Michelle Willingham |
| 34. The Highlander and the Wallflower | 2020 | TX0009001789 | 9781335805855 | |