Michelle Leonard
11900 Crayton Court
Herndon, VA 20170

c/o Class Action
United States Dist
of California
Case: Bartz v. Anth
450 Golden Gate A
San Francisco, CA

RECEIVED

APR 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SOP-

AMO
& HHA
chambers
review

Clerk
rict Court for the Northern District

pic PBC
e, 16th Floor
94102