Edwin Miles
Lokomotivstrasse 34, 50733 Cologne, Germany
ed@modernnomads.com
Tel: +49 15114422670                                          25 January 2026

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Objection to Proposed Attorneys' Fees, Bartz et al. v. Anthropic PBC, Case No. 3:24-cv-05417-WHA**

Dear Judge Martinez-Olguin,

As a class member (English copyright holder as translator of "The Elven," "The Girl at Rosewood Hall" and five other titles in the class), I support the settlement overall.

I understand that Class Counsel are seeking an award equal to about 20% of the settlement fund of 1.5 billion dollars, plus costs and a reserve. While the case clearly involves crucial copyright questions about AI training, and while I recognize that Class Counsel has obtained an unprecedented result, I nevertheless feel that the fee being sought (~$300M on $1.5B) is exceptionally high for such a mega-fund.

I would ask the Court to reduce the amount awarded to counsel to 15%. Given the size of the pot, I would still consider this generous, and it would mean more money for those in the book industry whose books were used without permission.

While I realise the percentage method is normally applicable in such cases, I feel that a lodestar check should be applied to avoid or at least reduce the sense that Class Counsel is asking for a life- and/or company-changing windfall.

While I cannot be at the final approval hearing, I respectfully ask that the Court:
1. Approve the settlement on its merits;
2. Award Class Counsel a fee that does not exceed 15% of the common fund, plus reasonable costs, rather than the requested 20%; and
3. Explain in its judgement that the downward adjustment is appropriate given the mega-fund nature of the case, the lodestar cross-check, and the need to avoid an excessive windfall while fairly compensating both counsel and the authors affected.

Thank you for your consideration and for your careful oversight of this important case.

Sincerely,

Edwin Miles
Settlement Class Member