---

**From:** Sai Marie <saimariejohnson@gmail.com>
**Sent:** Friday, January 23, 2026 4:31 AM
**To:** info@AnthropicCopyrightSettlement.com <info@AnthropicCopyrightSettlement.com>
**Subject:** Objection to Proposed Settlement - Bartz v. Anthropic, No. 3:24-cv-05417

**To:** Clerk of the Court / Settlement Administrator

**Re:** Objection to Proposed Settlement in *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.)

I am writing to formally object to the proposed class action settlement in the above-referenced case. I am a member of the Settlement Class as an author whose work was included in the LibGen/PiLiMi datasets used by Anthropic.

**Name:** Sarah Johnson

**Pen Name:** Sai Marie Johnson

**Address:** 840 Holly Street #108 Junction City, Oregon 97448

**Rightsholder Status:** I am the sole legal and beneficial owner of the following work(s) included in the Works List:

- **Work Title:** Embracing His Empire
- **ISBN/ASIN:** 1612582753/9781612582757 / B072C8TGG5

**Basis for Objection:** I object to the entire Settlement on the grounds that it is inadequate, unfair, and creates an arbitrary barrier to justice for independent authors. Specifically:

1. **Unfair Eligibility Criteria:** The requirement for registration with the U.S. Copyright Office within specific, narrow windows (e.g., within 3 months of publication or before August 2022) ignores the fact that copyright is automatic upon creation. By using registration as a "filter," the settlement effectively allows Anthropic to retain the benefits of millions of pirated works while paying nothing to the authors it intentionally infringed upon.
2. **Inadequate Compensation:** The proposed payout is a fraction of the statutory damages typically associated with willful copyright infringement. It does not reflect the long-term loss of creative licensure or the devaluation of human-authored works caused by the training of LLMs on stolen data.
3. **Encouraging Infringement:** This settlement allows a multi-billion dollar AI company to "buy" its way out of massive piracy for a "discounted" rate, setting a dangerous precedent that it is cheaper to steal human IP and settle later than to license it fairly.

This objection applies to the **entire Class**. I do not have an attorney assisting me with this

objection, and I do not intend to appear at the final approval hearing on April 23, 2026.

**Signed,**

Sarah M. Johnson

AKA

--

*Sai Marie Johnson*

*"Bleeding words into tantalizing tales."*

**Sai Marie Johnson | Amazon Author Page**