My name is Nicole Ramsey Hootman. I live at 720 Everett St. in El Cerrito, California (94530). I am writing in regards to the case of Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.). My novel, *Courting Greta*, is included in the Works List, which makes me a member of the Class. I am writing to object to the proposed settlement. I am not being represented or advised by an attorney.

My Objection

When I decided I wanted to object to this settlement, I initially attempted to pull together a persuasive argument based on previous cases involving intellectual property and LLM technology. I am not, however, a lawyer; I am a storyteller. And as a novelist, I believe that stories have the power to convey truth on a deeper level than that represented only by facts and data. So I would like to tell you a story. It's an old story, but I want to tell it again, in my own way, because that's what storytellers do. This is what *humans* do.

King David saw a woman bathing on the rooftop. She was married, but he desired her, and so he took her into his bed. He was the king, after all; who could stop him? When the woman informed him that she was pregnant, David panicked and sent her husband to the front lines of battle, so that he would be killed. Then King David took the woman as his own.

David thought he'd gotten away with his crime until he was visited by a prophet, Nathan. Nathan told the king a story about a poor man who had one little lamb, which he cared for as if it were his own child. But a rich man, who already owned a whole flock of sheep, took the poor man's lamb and slaughtered it. When he heard this story, King David was outraged and declared that he would put the rich man to death for the evil he had done. Nathan said, "You, David, are the rich man."

I had a lamb, once. I called it *Courting Greta*, and it was my first published novel. I worked for an entire decade to craft this book, writing and rewriting it countless times until I got it just right. I successfully sold the publication rights for twenty thousand dollars--which was considered a good deal, although it's not even enough to live on for a single year. My novel wasn't commercially successful, but it was the book of my heart. I poured myself into *Courting Greta* just as the poor man in the story cared for his lamb.

Then Anthropic decided to take it from me. They had plenty of other books--everything in the public domain, the entirety of the open internet--but they also desired my one beloved lamb. Nobody at Anthropic read my book. Instead, they slaughtered it and fed it to a machine intended to replicate my art, robbing me of what little income my book already makes. They knew I would never consent to having my work defiled in such a

manner, but they are powerful and rich; who could stop them? So instead of seeking the consent they knew the law required, they simply took what was mine.

For his sin, King David lost the life of his firstborn child. What is Anthropic's penalty? A slap on the wrist. Three thousand dollars per work, by rough estimate, which I'll likely have to split with my publisher. And nothing at all for two other books they stole from me, since they aren't registered with the library of congress.

The people at Anthropic *knew* what they were doing was illegal, and they knew that if they were caught, they might be forced to pay. But they knew the vast majority of living writers would never grant them permission for any sum of money. So they simply took it, and now this settlement will give them exactly what they want: the ability to profit indefinitely from our work without our consent.

Anthropic cannot remove my book from their machine any more than the rich man could bring the poor man's lamb back to life. But they are still using that machine. They are still making money off of this violation, and will continue to do so. My work has been used--and continues to be used--to harm not only my own livelihood, but the livelihood of writers all over the globe.

Ostensibly this settlement is about the pirating of copyrighted work, but pirating is a one-time event. One person might download a book illegally and read it or distribute it to other individuals. But for one single payment, Anthropic will continue to benefit financially from my work *forever*. As long as the AI trained on my work is still in operation, justice has not been served.

When I sold publication rights to my work, the contract outlined the ways in which my publisher was legally permitted to use my book. I have no such contract with Anthropic, and yet they continue to profit from the work they stole from me. A one-time monetary judgement cannot make me whole. If they cannot remove my material from their training set, they ought to be required to make regular payments to me for the continued use of my work.

What is the law for, if not to protect the common citizen from bullies and tyrants? Will this court play the part of Nathan, and call the powerful to account, or will it settle for simply allowing the rich man to kill the poor man's lamb for the price of a few coins?

If this settlement is all I will ever get from the theft and rape of my work, I will take it, because I am poor, and it is better than nothing. But it is not justice.