HOOTMAN
720 Everett St.
El Cerrito CA
94530

RECEIVED

JAN 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
Bartz v. Anthropic PBC No.3:24-cv-05417-WHA
United States District Court for Nor. Cal.
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

94102-342616