Justin A. Nelson*
Alejandra C. Salinas*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
Samir Doshi*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman*
Jacob S. Miller*
Danna Z. Elmasry*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
*(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-WHA <br><br> **PLAINTIFFS' UPDATED CLAIMS REPORT** |

In accordance with the Joint Case Management Statement filed on January 15, 2026, Plaintiffs respectfully submit this updated claims report for the Court's review.  *See* Dkt. 548 at 9.

At present, the Class has filed claims for 440,490 of the 482,460 Works on the Works List, reflecting a **claims rate of 91.3%**. This is up from the 54% reported in Plaintiffs' motion for final approval filed on March 19, 2026 (Dkt. 619).

Dated: April 16, 2026

By: */s/ Justin A. Nelson*
 Justin A. Nelson (*pro hac vice*)
 Alejandra C. Salinas (*pro hac vice*)
 **SUSMAN GODFREY L.L.P.**
 1000 Louisiana Street, Suite 5100
 Houston, TX 77002-5096
 Telephone: (713) 651-9366
 jnelson@susmangodfrey.com
 asalinas@susmangodfrey.com

 Rohit D. Nath (SBN 316062)
 Michael Adamson (SBN 321754)
 **SUSMAN GODFREY L.L.P.**
 1900 Avenue of the Stars, Suite 1400
 Los Angeles, CA 90067-2906
 Telephone: (310) 789-3100
 RNath@susmangodfrey.com
 MAdamson@susmangodfrey.com

 Jordan W. Connors*
 **SUSMAN GODFREY L.L.P.**
 401 Union Street, Suite 3000
 Seattle, WA 98101-2683
 Telephone: (206) 516-3880
 jconnors@susmangodfrey.com

 J. Craig Smyser (*pro hac vice*)
 Samir H. Doshi (*pro hac vice*
 **SUSMAN GODFREY L.L.P.**
 One Manhattan West, 51st Floor,
 New York, NY 10019
 Telephone: (212) 336-8330
 csmyser@susmangodfrey.com
 sdoshi@susmangodfrey.com

 *Co-Lead Counsel*

By: */s/ Rachel Geman*
 Rachel Geman (*pro hac vice*)
 Jacob S. Miller (*pro hac vice*)
 Danna Z. Elmasry (*pro hac vice*)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 250 Hudson Street, 8th Floor
 New York, New York 10013-1413
 Telephone: (212) 355-9500
 rgeman@lchb.com
 jmiller@lchb.com
 delmasry@lchb.com

 Elizabeth J. Cabraser (SBN 083151)
 Daniel M. Hutchinson (SBN 239458)
 Jallé H. Dafa (SBN 290637)
 Amelia Haselkorn (SBN 339633)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 275 Battery Street, 29th Floor
 San Francisco, CA 94111-3339
 Telephone: (415) 956-1000
 ecabraser@lchb.com
 dhutchinson@lchb.com
 jdafa@lchb.com
 ahaselkorn@lchb.com

 Betsy A. Sugar (*pro hac vice*)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 222 2nd Avenue S., Suite 1640
 Nashville, TN 37201
 Telephone: (615) 313-9000
 bsugar@lchb.com

 *Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 16, 2026

*/s/ Rachel Geman*