**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., ) CHARLES GRAEBER, KIRK WALLACE ) JOHNSON, and MJ + KJ, INC., individually ) and on behalf of others similarly situated, ) ) Plaintiffs, ) ) v. ) ) ANTHROPIC PBC, ) ) Defendants. ) | Case No.: 3:24-cv-05417-AMO **SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING CLAIMS RECEIVED** |

I, JENNIFER M. KEOUGH, declare and state as follows:

1.     I am Chief Executive Officer, President, and Co-Founder of JND Legal Administration ("JND"). I have more than 20 years of legal experience creating and supervising notice and claims administration programs, and have personally overseen well over 1,000 matters. I oversee this matter personally as well. I am regularly called upon to submit declarations in connection with JND's notice and administration work.

2.     This Declaration is intended to supplement my previous Declaration regarding Notice Administration, filed September 5, 2025 ("Initial Keough Declaration"), my Supplemental Declaration, filed September 22, 2025, my Second Supplemental Declaration, filed November 19,

1

2025, and my Third Supplemental Declaration filed March 19, 2026. I submit this Declaration based on my personal knowledge, as well as upon information provided to me by experienced JND employees and Counsel for the Plaintiffs and Defendants.

3.    As of the date of this declaration, 91.3% of the Works on the Works List are claimed. JND has received a total of 119,876 timely claims. Those timely claims account for 440,490 of the 482,460 works on the Works List.

4.    I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2026 at Seattle, Washington.

_____

JENNIFER M. KEOUGH

2