RECEIVED

JAN 0 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Momijigaoka-Higashi 7-88

Kasuga City, Fukuoka Prefecture,

Japan 816-0833

steph_houghton@hotmail.com

Tel: 0081 80 3221 4816

Class Action Clerk,

United States District Court for the Northern District of California,

450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102.

25 December 2025

Dear Class Action Clerk,

I submit this letter to the Court, in writing. It relates to the following case: *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-WHA (N.D. Cal.). I believe myself to be a member of the Class as a rightsholder on one work on the Works List, namely a co-edited book with Damian J. Rivers entitled *Social Identities and Multiple Selves in Foreign Language Education* published by *Bloomsbury Publishing Plc.* My full name and current address are as follows:

- Name: Stephanie Ann Houghton
- Address: Momijigaoka-Higashi 7-88,
  Kasuga City, Fukuoka Prefecture,
  Japan 816-0833

I think my copyright interest in the work is as co-editor, with Damian J. Rivers, of the co-edited collection of book chapters by numerous authors of which I am a sole author of one chapter in the collection and co-author of the introduction to the book with Damian J. Rivers. My objection applies potentially to the definition of the entire class.

My grounds for objection are that the class seems impossible to define clearly from my limited standpoint for the following two reasons: (1) I was assigned two UNIQUE ID numbers even though only one of my books appears on the list of works. The lawyer failed to reply when I reported the issue and requested clarification by email. In the absence of a reply from the lawyer,

1

I filed two claims using each of my UNIQUE ID numbers, both of which were accepted by the system, listed as follows:

- The first submission based on the Unique ID NJB4D7Z2T6 has the file claim submission reference number P3SRYPU478.
- The second submission based on the Unique ID NFJZ5QS39T has the file claim submission reference number PWSTVCB2J3.

Is this acceptable? If not, please send me any documentation needed to cancel one of the claims if I am only entitled to one. More broadly, it seems possible that the number of members of the class may be erroneously inflated if some class members have been issued more UNIQUE ID numbers than they are entitled to.

In addition, when I came to file the above claims, the option of selecting a co-edited book with multiple contributors was NOT on the drop-down the list, so I selected AUTHOR and listed Damian J. Rivers, with whom I co-edited the whole book and co-authored one part of (i.e. the introduction) as mentioned above. However, this excludes the potential rights of the other chapter authors with whom I did not co-author anything. I have copied the notes in the book introducing those ten other contributors from the book, and attached them with this letter, so you can check their potential legal rights. I do not have their current contact details I'm afraid. More broadly, it seems possible that the number of members of the class may be erroneously deflated if chapter contributors to co-edited books have been excluded despite their copyrighted contributions.

I am not being assisted by any attorneys. I do not intend to appear at the final approval hearing. Thank you for your kind consideration in this matter.


Best wishes,


Stephanie Ann Houghton (Class Member)

2

# Social Identities and Multiple Selves in Foreign Language Education

Edited by
Damian J. Rivers and Stephanie Ann Houghton

BLOOMSBURY

# Contents

List of Illustrations                                                                vii

Acknowledgements                                                                viii

Notes on Contributors                                                           ix


Introduction: Identities in Foreign Language Education
    *Damian J. Rivers and Stephanie Ann Houghton*                          1

1   The Institutional and Beyond: On the Identity Displays of
    Foreign Language Teachers  *Jose Aguilar*                           13

2   Implications for Identity: Inhabiting the 'Native-Speaker'
    English Teacher Location in the Japanese Sociocultural Context
    *Damian J. Rivers*                                                      33

3   Professional Identities Shaped by Resistance to Target Language
    Only Policies  *Brian A. McMillan*                                 57

4   Language, Culture and Identity: Transcultural Practices and
    Theoretical Implications  *Claudia Kunschak and Felix Girón*       77

5   Social Identifications and Culturally Located Identities:
    Developing Cultural Understanding through Literature
    *Melina Porto*                                                         103

6   Reimagining Sociolinguistic Identification in Foreign
    Language Classroom Communities of Practice
    *Deborah Cole and Bryan Meadows*                                       121

7   The Foreign Language Imagined Learning Community:
    Developing Identity and Increasing Foreign Language
    Investment  *John W. Schwieter*                                   139

8   Foreign Language Motivation and Social Identity Development
    *Lou Harvey*                                                           157

9   Emotive Accounts of the Self during an ERASMUS Sojourn
    Abroad  *Sonia Gallucci*                                                            177

10  Setting Standards for Intercultural Communication:
    Universalism and Identity Change  *Stephanie Ann Houghton*                          195

References                                                                             215
Index                                                                                  241

# Notes on Contributors

**Jose Aguilar** (Ph.D., Sorbonne Nouvelle-Paris 3 University, France) is a senior lecturer in applied linguistics at Sorbonne Nouvelle-Paris 3 University, in France. His research interests include interaction within institutional contexts, such as classroom situations, foreign language education, especially aspects in relation to language teachers' cognition and beliefs systems, and qualitative research methodology. He is involved in national projects interested in describing the language teachers' savoir faire, and in European research projects that try to answer questions on multilingualism, multiliteracies, the use of information and communication technology in educational contexts, and language teachers' development of professional identities. For more information see (http://aquilario.c.la/).

**Deborah Cole** (Ph.D., University of Arizona, USA) is an associate professor of linguistics in the Department of English at the University of Texas-Pan American. Her research interests include the ideologies of standardization and variation in institutional discourse and the performance and perception of accent and register in the semiotics of identity. Her ongoing fieldwork in Indonesia gives her a global perspective on diversity and language contact in the United States and informs her approach to pedagogy in classrooms of multilingual students. She currently serves as the programme coordinator and graduate advisor for the MA in ESL programme at her institution.

**Sonia Gallucci** (Ph.D., University of Birmingham, UK) is lecturer in Italian and Communication across Cultures in the Department of Languages and Cross-Cultural Communication, at Regents College, London. She is also a visiting lecturer at the School of Education, University of Birmingham where she provides dissertation supervision. Gallucci holds a joint MA in Italian Studies, Culture and Communication from the Universities of Warwick and Birmingham, and a BA in Modern Languages and Literatures from the University of Cagliari (Italy), with a specialization in Philology. Her current research focuses on the emotional and social dimensions of university level language learning during a year abroad.

**Felicia (Felix) Girón** (Ph.D., Cornell University, USA) is an associate professor at Shantou University, China. She holds a BA from Yale University and an MA from Cornell University. Her doctoral research focused on mobility, space and place, diaspora, and the performance of local subjectivity in Shantou. Her current research project investigates Shantou female entrepreneurs' creation of discourse communities and social space. Her pedagogical interests also include cross-disciplinary co-teaching, academic reading and writing for an international interpretative community, and English as a global language.

**Lou Harvey** holds an MA in English Language and Literature from the University of Edinburgh, an MA in TESOL and an M.Sc. in Educational Research from the University of Manchester, UK. She has taught English as a foreign language and English for academic purposes in Slovakia and in the United Kingdom, and currently teaches on pre-sessional English for academic purposes and the Manchester Leadership Programme at the University of Manchester. She is also a Ph.D. candidate in the Manchester University's School of Education. Her research adopts a Bakhtinian dialogic approach to the English-language learning motivation, identity and agency of international university students based in the United Kingdom.

**Stephanie Ann Houghton** (Ph.D., Durham University, UK) is an associate professor in Intercultural Communication at Saga University, Japan. She is author of *Intercultural Dialogue in Practice*, co-author of *Developing Criticality through Foreign Language Education* (with Etsuko Yamada), co-editor of *Becoming Intercultural: Inside and Outside the Classroom* (with Yau Tsai) co-editor of *Native-Speakerism in Japan: Intergroup Dynamics in Foreign Language Education* (with Damian J. Rivers) and co-editor of *Developing Critical Cultural Awareness: Managing Stereotypes in Intercultural (Language) Education* (in press, with Yumiko Furumura, Maria Lebedko and Li Song).

**Claudia Kunschak** (Ph.D., University of Arizona, USA) holds an MA in Translation and Interpreting from the University of Vienna. She has previously taught English, German and Spanish at universities in Austria, Scotland, Spain, the Ukraine and the United States, and most recently served as the executive director of the English Language Center at Shantou University, China. Currently she teaches English and German at different universities in Kyoto, Japan. Her research interests include language variation, multilingualism and foreign/ second/additional language teaching and testing. Her pedagogical interests also

comprise learner autonomy, task-based learning, computer-assisted language learning and bridging the gap between English for general purposes and English for specific purposes.

**Brian A. McMillan** (M.Ed., University of Prince Edward Island, Canada) currently finds himself at a crossroads in his career after spending a number of years teaching French immersion in Canada and English as a foreign language at Kanda University of International Studies and Hiroshima Bunkyo Women's University in Japan. His research interests include the role of the first language in second language learning, teacher beliefs and the influence of language policy on teaching practice, forms of collaborative and self-driven professional development which empower teachers as researchers, and issues surrounding academic freedom.

**Bryan Meadows** (Ph.D., University of Arizona, USA) is an assistant professor of second language acquisition at Fairleigh Dickinson University where he teaches courses in Second Language Teacher Education (SLTE). His main research area is the relationship between nationalism and language education, but his research extends to teacher education, intercultural education, critical discourse analysis and functional linguistics. His research has been published in peer-reviewed journals such as *Critical Discourse Studies, Teaching and Curriculum Dialogue, Critical Inquiry in Language Studies* and *Critical Approaches to Discourse Analysis across Disciplines*, among other venues. Together with a co-author, he recently received the Francis P. Hunkins Distinguished Article Award in Teaching.

**Melina Porto** (Ph.D., Universidad Nacional de La Plata, Argentina) is a researcher at CONICET (Consejo Nacional de Investigaciones Científicas y Técnicas) in Argentina and a professor of English Language II at UNLP. She holds an MA in English Language Teaching from the University of Essex, UK. In addition to publishing several articles internationally, she is co-author of the *New English Curriculum Design for Primary Schools* in the Province of Buenos Aires, Argentina. She also serves as a member of the *Language Diversity Committee* of the *International Reading Association* and on several other editorial review boards.

**Damian J. Rivers** (Ph.D., University of Leicester, UK) is an associate professor in the Graduate School of Language and Culture at Osaka University, Japan. His main research interests concern the management of multiple identities in relation

to Self and Otherness, the impact of national-level identities upon a variety of foreign language education processes, and social processes underpinning intergroup stereotypes. He has published articles in peer-reviewed journals such as the *ELT Journal, International Journal of Intercultural Relations, Journal of Higher Education Policy and Management, Language Awareness, Language and Intercultural Communication, System* and *World Englishes*. He is also co-editor of *Native-Speakerism in Japan: Intergroup Dynamics in Foreign Language Education* (2013, Multilingual Matters) and editor of *Resistance to the Known in Foreign Language Education* (in press, Palgrave Macmillan).

**John W. Schwieter** (Ph.D., Florida State University, USA) is an associate professor of Spanish and linguistics at Wilfrid Laurier University in Waterloo, Ontario, Canada. His research interests include psycholinguistics, bilingualism and second language acquisition. His in-print and forthcoming books include: *Innovative Research and Practices in Second Language Acquisition and Bilingualism* (John Benjamins Publishing), *Studies and Global Perspectives of Second Language Teaching and Learning* (Information Age Publishing), *Cognition and Bilingual Speech: Psycholinguistic aspects of Language Production, Processing, and Inhibitory Control* (Lambert Academic Publishing) and *The Development of Translation Competence: Theories and Methodologies from Cognitive Science* (Cambridge Scholars Publishing). His other studies have appeared in journals such as *Bilingualism: Language and Cognition, Diaspora, Indigenous, and Minority Education, Language Learning, Linguistic Approaches to Bilingualism* and *the Mental Lexicon*.

CLASS ACTION CLERK,
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA,
450 GOLDEN GATE AVE.,
16TH FLOOR, SAN FRANCISCO
CA 94102          USA

RECEIVED NOV 09 2026 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

日本郵便 NIPPON
*680
春日ちくし台 KASUGA CHIKUSHIDAI
通用当日限り
*07*
26.12.25

RECOMMAN

U.S. BEHALU

RR 970608027 JP

FROM.
STEPHANIE ANN HOUGHTON
MOMIJIGAOKA. HIGASHI 7.88
KASUGA CITY
FUKUOKA PREFECTURE
JAPAN 816. 0833