Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Samir Doshi (*pro hac vice*)
J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No.: 3:24-cv-05417-AMO<br><br>**CLASS COUNSEL'S RESPONSE TO COURT'S ORDER REGARDING SUPPLEMENTAL PROPOSED ORDER (DKT. 632)**<br><br>Judge: Hon. Araceli Martínez-Olguín |

**CLASS COUNSEL'S RESPONSE TO COURT'S ORDER REGARDING SUPPLEMENTAL PROPOSED ORDER (DKT. 632)**

Class Counsel respectfully file the following documents in response to the Court's Order requiring submission of a supplemental proposed order to address additional Objections and comments received regarding approval of the settlement in this case. *See* Dkt. 632.

- Exhibit A is a clean copy of the supplemental proposed order.

- Exhibit B is a redlined version of the supplemental proposed order compared to Class Counsel's prior filing (Dkt. 621)).

- Exhibit C is an Objection that has not been docketed but which Class Counsel addressed in their original filing on March 19, 2026. *See* Dkt. 619 at 33 n.16 (discussing letter from Robert Jacobson).

- Exhibit D is a table which identifies the Objections and comments to the Settlement and provides pertinent information about each, including whether the individual is a Class Member and the docket number at which their Objection or comment can be located.

Finally, Class Counsel note that, on April 9, 2026, Laura Esquivel and Jordi Castells filed documents styled as "objections" that ask the Court to grant their untimely request to opt out six Works from the Settlement. Dkts. 635 & 636. Class Counsel has met and conferred with counsel for Anthropic. Anthropic opposes Esquivel and Castells's requested relief. Class Counsel takes no position on whether Esquivel and Castells can meet the legal standard for relief from missing the opt out deadline. But Class Counsel do not oppose their requested relief, provided that, before the final approval hearing, Esquivel and Castells can establish that all other legal or beneficial owners of these Works do not object to the Works being opted out of the Settlement. The current version of the proposed order submitted as Exhibit A denies Esquivel and Castells's request for an untimely opt out without prejudice, as at this time Esquivel and Castells have not made such a showing. *See* Ex. A at 11, 19.

Class Counsel will serve a copy of this filing and its attachments on counsel for Esquivel and Castells, as well as any parties who, in the Settlement Administrator's records, have either filed a claim for these six works or are listed as potential rightsholders. Class Counsel will also file proof of service after effecting service.

Dated: April 30, 2026

By: */s/ Justin A. Nelson*
 Justin A. Nelson (*pro hac vice*)
 Alejandra C. Salinas (*pro hac vice*)
 **SUSMAN GODFREY L.L.P**
 1000 Louisiana Street, Suite 5100
 Houston, TX 77002-5096
 Telephone: (713) 651-9366
 jnelson@susmangodfrey.com
 asalinas@susmangodfrey.com

 Rohit D. Nath (SBN 316062)
 Michael Adamson (SBN 321754)
 **SUSMAN GODFREY L.L.P.**
 1900 Avenue of the Stars, Suite 1400
 Los Angeles, CA 90067-2906
 Telephone: (310) 789-3100
 RNath@susmangodfrey.com
 MAdamson@susmangodfrey.com

 J. Craig Smyser (*pro hac vice*)
 Samir Doshi (*pro hac vice*)
 **SUSMAN GODFREY L.L.P.**
 One Manhattan West, 51st Floor,
 New York, NY 10001
 Telephone: (212) 336-8330
 csmyser@susmangodfrey.com
 sdoshi@susmangodfrey.com


 *Co-Lead Counsel*

By: */s/ Rachel Geman*
 Rachel Geman (*pro hac vice*)
 Jacob S. Miller (*pro hac vice*)
 Danna Z. Elmasry (*pro hac vice*)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 250 Hudson Street, 8th Floor
 New York, New York 10013-1413
 Telephone: (212) 355-9500
 rgeman@lchb.com
 jmiller@lchb.com
 delmasry@lchb.com

 Elizabeth J. Cabraser (SBN 83151)
 Daniel M. Hutchinson (SBN 239458)
 Jallé H. Dafa (SBN 290637)
 Amelia Haselkorn (SBN 339633)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 275 Battery Street, 29th Floor
 San Francisco, CA 94111-3339
 Telephone: (415) 956-1000
 dhutchinson@lchb.com
 jdafa@lchb.com
 ahaselkorn@lchb.com


 Betsy A. Sugar (*pro hac vice*)
 **LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
 222 2nd Avenue S., Suite 1640
 Nashville, TN 37201
 Telephone: (615) 313-9000
 bsugar@lchb.com

 *Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 30, 2026

/s/ Justin Nelson

CLASS COUNSEL'S RESPONSE TO COURT'S ORDER REGARDING
SUPPLEMENTAL PROPOSED ORDER (DKT. 632)