# EXHIBIT D

| Name | Class Member? | Postmark Date | Date Filed | Dkt. | Category of Objection or Comment | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Settlement Amount | Fee Request | Expansion of Class | Miscellaneous |
| Sarah Ruden | Yes | | 09/25/25 | 425 | | | | X |
| Judith A. Barrett | No | 10/20/25 | 10/20/25 | 438 | | | X | |
| Jaclyn Reding | Yes | 10/14/25 | 10/22/25 | 439 | X | | | |
| Richard Paolinelli Tuscany Bay Books (Richard Paolinelli) | No | | 01/14/25 | 539 540 | | | X | |
| George Tombs | No | | 01/14/26 | 541 | | | X | |
| Stephen M. Leahy | No | | 01/14/26 | 542 | | | X | X |
| Matthew Chase | Yes | | 01/14/26 | 543 | | | | X |
| Shannon Hale | Yes | 12/16/25 | 01/14/26 | 544 | X | | | X |
| Casey Golomski | Yes | 12/10/25 | 01/14/26 | 545 | X | X | | |
| Dames of Detection, Inc. (Matthew S. Johnston, attorney) | No | 10/27/25 | 01/14/26 | 546 | X | | X | |
| David Wayne Stewart | Yes | 12/15/25 - | 01/15/26 - | 549 568 | | | | X |
| Natasha Grace | Yes | 12/12/25 | 01/15/26 | 550 567 | | | X | X |
| Stacy Lynn Werner | Yes | 12/11/25 | 01/16/26 | 551 569 | X | X | X | X |
| Teresa K. Miller | No | 01/05/26 | 01/08/26 | 552 | | | X | |
| Robert Sappington | Yes | 01/08/26 | 01/13/26 | 564 | X | X | | X |
| Russell W. Glenn | Yes | | 01/21/26 | 565 | | | X | |
| Amelia Burke-Garcia | Yes | 01/15/26 | 01/20/26 | 566 | X | | | X |
| Brenda Hampton | Yes | | 01/23/26 | 571 | X | | | X |
| Chinonto Chakanga | Yes | | 01/23/26 | 572 | X | | | X |
| George Burton | Yes | 01/23/26 - | 01/12/26 02/04/26 | 584 593 | X | | | X |
| Jada Ryker | No | | 01/21/26 | 585 | | | X | |
| Amy Schapiro | No | 01/22/26 | 01/19/26 | 588 | | | | X |
| Heidi S. Bond | Yes | 01/20/26 | 01/19/26 | 589 | | X | | |
| Mary H.K. Choi | Yes | 01/27/26 | 01/30/26 | 594 | X | | | |
| Terry DesJardins | Yes | 01/29/26 | 02/02/26 | 595 | X | | | X |

| Name | Class Member? | Postmark Date | Date Filed | Dkt. | Category of Objection or Comment | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Settlement Amount | Fee Request | Expansion of Class | Miscellaneous |
| Ruben Lee | Yes | –<br>02/12/26 | 02/10/26<br>02/20/26 | 596<br>606 | X | | | |
| Dale C. Carson | Yes | 02/06/26 | 02/09/26 | 597 | X | | | |
| Liz Hyder | Yes | | 02/12/26 | 598 | X | | | |
| Pierce Bradley Story | Yes | | 02/13/26 | 599 | X | X | | X |
| James R. Sills | Yes | | 02/13/26 | 600 | | X | | X |
| Christine A. Larson | Yes | | 02/13/26 | 601 | X | | | |
| Lea Victoria Bishop | No | | 02/13/26<br>04/03/26 | 602<br>630 | | | X | X |
| Newton Compton Editori SRL (Italy) (Raffaello Avanzini, CEO) | Yes | 01/27/26 | 02/17/26 | 603 | | | X | X |
| Tea Tascabili Degli Editori ASS.SPA (Italy) (Marco Taro, CEO) | Yes | 01/27/26 | 02/17/26 | 604 | | | X | X |
| Casa Editrice Nord Surl (Italy) (Marco Taro, CEO) | Yes | 01/27/26 | 02/17/26 | 605 | | | X | |
| Bollati Boringhieri Editore SRL (Italy) (Elena Campominosi, CEO) | Yes | 01/27/26 | 02/17/26 | 607 | | | X | X |
| Adriano Salani Editore SRL (Italy) (Gianluca Mazzitelli, CEO) | Yes | 01/27/26 | 02/17/26 | 608 | | | X | |
| Alisa Smith | Yes | 02/08/26 | 02/17/26 | 609 | X | X | X | |
| Longanesi & C. SRL (Italy) (Stefano Mauri, CEO) | Yes | 01/27/26 | 02/17/26 | 610 | | | X | |
| Antonio Vallardi Editore SURL (Italy) (Gianluca Mazzitelli, CEO) | Yes | 01/27/26 | 02/17/26 | 611 | | | X | |
| Garzanti SRL (Italy) (Stefano Mauri, CEO) | Yes | 02/17/26 | 02/17/26 | 612 | | | X | |
| Laura Esquivel | Yes | | 04/09/26 | 635 | | | | X |
| Jordi Castells | Yes | | 04/09/26 | 636 | | | | X |
| Michelle Willingham Leonard | No | | 04/06/26 | 637 | | | | X |
| Edwin Miles | Yes | | 04/10/26 | 638 | | X | | |

| Name | Class Member? | Postmark Date | Date Filed | Dkt. | Category of Objection or Comment | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Settlement Amount | Fee Request | Expansion of Class | Miscellaneous |
| Watkins Media Limited and Collective Ink Limited (Etan Jonathan Ilfeld, CEO) | Yes | | 04/10/26 | 639 | | | X | |
| Sai Marie Johnson | Yes | | 04/10/26 | 640 | | | | X |
| Lea Victoria Pinder | Yes | | 04/10/26 | 641 | X | | | X |
| Nicole Ramsey Hootman | Yes | | 04/10/26 | 642 | X | | | |
| Shahid Mahmud | Yes | | 04/24/26 | 644 | | | | |
| Stephanie Ann Houghton | Yes | 12/25/26 | 01/09/26 | 645 | | | | X |
| Robert C. Jacobson | Yes | | 04/30/26 | 646-3 | X | | | X |