# EXHIBIT A

 Gmail

**Victoria Pinder <victoriapinder01@gmail.com>**

---

## Corrected Clarification Needed Regarding Multiple Works Under Copyright TX 8-716-839

1 message

---

**Victoria Pinder** <victoriapinder01@gmail.com>                                    Sat, Nov 15, 2025 at 6:25 AM
To: whapo@cand.uscourts.gov, AnthropicLawsuit <anthropiclawsuit@lchb.com>

I had forgotten the V in your email your honor.

Email was as follows:

Dear Counsel,

I am writing again to answer you and seek **specific and definitive clarification** regarding the inclusion of my copyrighted works in the settlement.

The document provided (U.S. Copyright Registration TX 8-716-839) registers a collection of works. The Content Titles listed in this single registration include:

- **Secret Crush** (Title of Work)
- **Secret Baby**
- **Secret Bet**
- **Secret Wish**
- **Secret Dad**
- **Secret Heir**
- **Secret Tryst**
- **Secret Date**
- **Secret Romeo**
- **Secret Caress**
- **Secret Match**
- **Secret Bridesmaid**
- **Forbidden Crown**
- **Forbidden Prince**
- **Forbidden Royal**
- **Forbidden Duke**

- **Forbidden Earl**
- **Forbidden Monsieur**
- **Forbidden Marquis**
- **Tempting Gabe**
- **Tempting James**
- **Tempting Conner**
- **Tempting Harry**
- **Tempting Navid**
- **Irresistibly Lost**
- **Irresistibly Found**
- **Irresistibly Charming**
- **Irresistibly Tough**
- **Irresistibly Played**
- **Irresistibly Rugged**
- **Hidden Gabriel**
- **Hidden Raphael**
- **Hidden Michael**
- **Hidden Uriel**
- **Favorite Crush**
- **Favorite Mistake**
- **Favorite Sin**
- **Favorite Scandal**
- **Electing Love**
- **Keeping the Spy**
- **Keeping the Captain**
- **Call of the Dragon**
- **Dawn of the Dragon**
- **Whispers of a Throne**

- **Makeup May Save Your Life**

- **Romancing Theseus**

My primary concern, which has not yet been addressed clearly, is as follows:

1. **Copyright TX 8-716-839 (TX0008716839) is a registration for a *collection* of all the titles listed above**. The Copyright Office notes confirm the first title was "used to identify collection".

2. Your correspondence states that the claimable work under TX0008716839 is only **Secret Crush, et al**, and that this registration "represents only one claimable Work".

**How are the other works, specifically listed above and protected under the same legal document (TX 8-716-839), being treated for the purpose of the settlement works list, given they are all part of this single group registration?**

I need to understand the status of every specific title registered under TX 8-716-839. Please provide a direct answer addressing the inclusion or exclusion of the titles listed in this email.

For any necessary discussion, I am available **Monday through Friday from 9:30 AM to 5:00 PM Eastern Standard Time (EST)**. However, I **strongly prefer to receive a complete, written response via email** detailing the legal basis for your position on the group registration.

Thank you for your prompt attention to this matter.

Sincerely,

Victoria Pinder USA Today Bestselling Author