# EXHIBIT B

 Gmail

Victoria Pinder <victoriapinder01@gmail.com>

---

## Anthropic Settlement - Inquiry Regarding Works List

---

**Victoria Pinder** <victoriapinder01@gmail.com>                                                      Mon, Dec 1, 2025 at 4:05 PM
To: "Dafa, Jallé H." <jdafa@lchb.com>
Cc: "Geman, Rachel" <rgeman@lchb.com>, "Hutchinson, Daniel M." <dhutchinson@lchb.com>, Craig Smyser <CSmyser@susmangodfrey.com>, whapo@cand.uscourts.gov

I do not understand the reasoning. They are titles. 'Contents field' tells me absolutely no reason why they were not included in the database other than it was coded differently. I have copyright and your answer was 'content field.' This doesn't answer the question on why they were not included other than the expert decided they were content field and not titles.
If I go to the doctor and order a test and they say they coded it wrong for the lab, they rerun the test or ask me for a new sample to test correctly.

So can correction be done?

Plea



# Victoria Pinder
USA Today Bestsellling Author

Love in a Book
w: victoriapinder.com
e: victoria@victoriapinder.com

      



[Quoted text hidden]