**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorney for
Defendant Anthropic PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC <br><br> Defendant. | Case No.  3:24-cv-05417-AMO <br><br> **ANTHROPIC PBC'S STATEMENT OF RECENT DECISION** |

Anthropic PBC respectfully submits this Statement of Recent Decision in connection with Anthropic's pending Motion to Relate Cases. Dkt. No. 656.  On May 11, 2026, Judge Chhabria issued an order relating the following cases to *Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417-VC (N.D. Cal.), a copyright class action already pending before him:

- *Chicken Soup for the Soul, LLC v. Meta Platforms Inc.*, No. 26-cv-02333-VC.
- *Carreyrou v. Meta Platforms, Inc.*, No. 26-cv-03725-PCP.
- *Cognella, Inc. v. Meta Platforms, Inc.*, No. 26-cv-04053-JST.

Judge Chhabria's order does for the Meta actions filed by Plaintiffs' counsel what Anthropic has asked this Court to do for its counterparts: relate them to the earlier-filed class action already pending before the same judge. The order (*Kadrey,* Dkt. No. 730) is attached hereto as **Exhibit A**.

Dated: May 11, 2026

WHITE & CASE LLP

By:    */s/ Yar R. Chaikovsky*

Yar R. Chaikovsky

*Attorney for Defendant Anthropic PBC*

- 1 -