| From: | Robert Jacobson |
|---|---|
| To: | jnelson@susmangodfrey.com; Geman, Rachel; info@anthropiccopyrightsettlement.com |
| Cc: | rnath@susmangodfrey.com; csmyser@susmangodfrey.com; asalinas@susmangodfrey.com; Hutchinson, Daniel M.; rstoler@lchb.com; Miller, Jacob S.; Elmasry, Danna Z.; Dafa, Jallé H. |
| Subject: | Bartz v. Anthropic, No. 3:24-cv-05417 — Request to Be Heard at May 14 Fairness Hearing, Objector Jacobson |
| Date: | Thursday, May 14, 2026 11:29:08 AM |

EXTERNAL Email

To Class Counsel and the Settlement Administrator:

I am Robert C. Jacobson, a class member and the author of Space Is Open for Business, which appears on the Settlement Works List. I write to provide notice that I intend to request the opportunity to be heard at the final approval hearing on May 14, 2026 at 2:00 p.m., in support of the objection I submitted on January 12, 2026.

My objection was submitted by email on January 12, 2026 to info@AnthropicCopyrightSettlement.com — the Settlement Administrator address identified in the Class Notice — within the objection deadline. It is now on the docket as Document 646-3, filed April 30, 2026 as Exhibit C to Class Counsel's filings. I understand from the Court's order continuing the hearing that the Court itself acknowledged a delay in docketing certain objections received earlier this year, and continued the hearing specifically to allow time for that processing.

Class Counsel's Motion for Final Approval (footnote 5) characterizes my objection as not properly filed. With respect, the objection was timely submitted through the channel the Class Notice provided to class members; any delay in docketing was administrative and outside my control. The Court's continuance of the hearing reflects awareness of this category of objections. I respectfully ask that I not be procedurally barred from being heard on that basis.

My objection raises three grounds under Rule 23(e)(2): (1) inadequate per-work compensation relative to the statutory damages available to registered works under 17 U.S.C. § 504(c), given the Court's prior ruling that the central library was not fair use; (2) the absence of any prospective relief or framework addressing ongoing commercial use of models trained on the class works; and (3) the lack of transparency regarding how class members' specific works were processed and used. I would address these briefly in  no more than two minutes  if granted the opportunity.

I plan to join the hearing via the Zoom information in the Court's order and, if recognized, to make this request on the record. I am providing this notice in advance as a courtesy.

Thank you for your attention.

Sincerely,
Robert Jacobson

Email tracked with Mailsuite · Opt out