Yinka Onayemi, NY Bar No. 5940614
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: 708-351-4497

*Counsel for Non-Party Fairmark Partners, LLP*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 4:24-cv-05417-AMO<br><br>**MOTION TO WITHDRAW AS ATTORNEY**<br><br>Judge: Hon. Araceli Martinez-Olguin |

### MOTION TO WITHDRAW AS ATTORNEY

Please take notice that I, Yinka Onayemi, respectfully move this Court for leave to withdraw my appearance as attorney of record for Non-Party Fairmark Partners, LLP, in the above-captioned matter. Fairmark Partners, LLP appeared for the limited purpose of appearing at the Motion Hearing re: 363 Motion for Preliminary Approval held on September 8, 2025, as ordered by District Judge William Alsup. It is not anticipated that Fairmark Partners, LLP will need to seek relief from this Court or appear at any further proceedings in this matter.

Date: May 19, 2025

Respectfully Submitted,

*/s/ Yinka E. Onayemi*
yinka@fairmarklaw.com

Attorney for Non-Party
Fairmark Partners, LLP

4:24-cv-05417-AMO