Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Samir Doshi (*pro hac vice*)
J. Craig Smyser (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor,
New York, NY 10001-8602
Telephone: (212) 336-8330
sdoshi@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 Second Ave., #1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No.: 3:24-cv-05417-AMO <br><br> **CLASS COUNSEL'S RESPONSE TO COURT'S ORDER REGARDING SECOND SUPPLEMENTAL PROPOSED ORDER (DKT. 664)** <br><br> Judge: Hon. Araceli Martínez-Olguín |

## CLASS COUNSEL'S RESPONSE TO COURT'S ORDER REGARDING SECOND SUPPLEMENTAL PROPOSED ORDER (DKT. 664)

Class Counsel respectfully file this response to the Court's Order requiring the submission of a second supplemental proposed order to address Objections and comments received regarding final approval of the settlement in this case. *See* Dkt. 664 (Order Following Final Approval Hearing).

First, Class Counsel provide as **Exhibit 1** a clean copy of the second supplemental proposed order and as **Exhibit 2** a redlined version of the second supplemental proposed order compared to Class Counsel's submission on April 30, 2026, Dkt. 646-1.

Second, in response to a question posed by the Court at the final approval hearing, Class Counsel reported there were five untimely opt outs, citing the March 19, 2026 declaration of the Settlement Administrator. Dkt. 619-3 at ¶ 102; 5/14/26 Hearing Tr. at 28:13-17. Since the March 19 declaration, an additional four late (and otherwise valid) opt outs were submitted to the Settlement Administrator, for a total of nine untimely opt outs. Two of those nine opt-out requests are Esquivel (Dkt. 635) and Castells (Dkt. 636). As reflected in the second supplemental proposed order submitted herewith, Class Counsel consent to the untimely opt-outs of Esquivel and Castells, to which no other rightsholders have objected. *See, e.g.*, *Bowman v. UBS Fin. Servs., Inc.*, 2007 WL 1456037, at *3 (N.D. Cal. May 17, 2007). Anthropic does object. *See* Dkt. 671. As for the remaining seven untimely opt outs, none have sought the Court's approval for relief from the opt-out deadline and therefore the operative proposed order recommends denying any such relief.

Third, consistent with the Court's instructions, Class Counsel have provided objection-by-objection responses to each of the 53 objections or putative objections filed with the Court. Class Counsel have also expanded their responses to each objection on a category-by-category basis, and have included additional material responsive to the Court's questions about the Settlement and attorneys' fees and expenses. Objections related to notice are addressed on pages 10–15; objections related to the Works List are addressed on pages 15–36; objections related to the settlement amount are addressed on pages 36–48; and objections related to attorneys' fees and expenses are addressed on pages 62–66.

Fourth, in response to the Court's question at the hearing, Class Counsel propose two substantive changes to the proposed Order for the Court's consideration related to attorneys' fees and expenses.

**(A)** With respect to attorneys' fees, the second supplemental proposed order requires Class Counsel to disclose in its post-distribution accounting whether its final lodestar is below Class Counsel's actual and

projected lodestar of $27,082,963.50 and, if below, by how much. As reflected in the prior proposed order and in this proposed order, Class Counsel have previously agreed that 10% of any fees awarded will be held back until the submission of the final post-distribution accounting. Class Counsel now further propose that, to the extent the final lodestar is less than Class Counsel's present projection of the final lodestar, the Court retains discretion to reduce Class Counsel's fee award from that holdback to account for the impact of any difference between the projected and actual final lodestar.

In the March 19 filing, Class Counsel described its time and lodestar through March 15, 2026. Since then, Class Counsel have spent substantial additional time administering the settlement and preparing for final approval proceedings. If the Court requests, Class Counsel can submit a supplemental declaration detailing Class Counsel's lodestar since March 15.

**(B)** With respect to Class Counsel's request for a cost reserve of $18,220,000, Class Counsel propose the submission of regular status reports—beginning on July 15, 2026 then and every two months thereafter—detailing (i) the costs that have been incurred since the prior status report for which Class Counsel seek to apply the cost reserve; (ii) the reason and purpose the costs were incurred; and (iii) an attestation that said costs were reasonable in the context of settlement and claims administration. No reimbursement would occur until at least 30 days after such submission.

Dated: May 21, 2026

By: */s/ Justin A. Nelson*
  Justin A. Nelson (*pro hac vice*)
  Alejandra C. Salinas (*pro hac vice*)
  **SUSMAN GODFREY L.L.P**
  1000 Louisiana Street, Suite 5100
  Houston, TX 77002-5096
  Telephone: (713) 651-9366
  jnelson@susmangodfrey.com
  asalinas@susmangodfrey.com

  Rohit D. Nath (SBN 316062)
  Michael Adamson (SBN 321754)
  **SUSMAN GODFREY L.L.P.**
  1900 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067-2906
  Telephone: (310) 789-3100
  RNath@susmangodfrey.com
  MAdamson@susmangodfrey.com

  Samir Doshi (*pro hac vice*)
  J. Craig Smyser (*pro hac vice*)
  **SUSMAN GODFREY L.L.P.**
  One Manhattan West, 51st Floor,
  New York, NY 10001
  Telephone: (212) 336-8330
  sdoshi@susmangodfrey.com
  csmyser@susmangodfrey.com

*Co-Lead Counsel*

By: */s/ Rachel Geman*
  Rachel Geman (*pro hac vice*)
  Jacob S. Miller (*pro hac vice*)
  Danna Z. Elmasry (*pro hac vice*)
  **LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
  250 Hudson Street, 8th Floor
  New York, New York 10013-1413
  Telephone: (212) 355-9500
  rgeman@lchb.com
  jmiller@lchb.com
  delmasry@lchb.com

  Elizabeth J. Cabraser (SBN 83151)
  Daniel M. Hutchinson (SBN 239458)
  Jallé H. Dafa (SBN 290637)
  Amelia Haselkorn (SBN 339633)
  **LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
  275 Battery Street, 29th Floor
  San Francisco, CA 94111-3339
  Telephone: (415) 956-1000
  dhutchinson@lchb.com
  jdafa@lchb.com
  ahaselkorn@lchb.com

  Betsy A. Sugar (*pro hac vice*)
  **LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
  222 2nd Avenue S., Suite 1640
  Nashville, TN 37201
  Telephone: (615) 313-9000
  bsugar@lchb.com

*Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2026

*/s/ Justin Nelson*

CLASS COUNSEL'S RESPONSE TO COURT'S ORDER REGARDING
SECOND SUPPLEMENTAL PROPOSED ORDER (DKT. 664)