**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., Individually and on Behalf of All Those Similarly Situated,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 4:24-cv-05417-AMO

[PROPOSED] ORDER TO WITHDRAW AS ATTORNEY

Judge: Hon. Araceli Martinez-Olguin

**ORDER**

Upon consideration of the Motion to Withdraw as Attorney filed by Yinka Onayemi as counsel for Non-Party Fairmark Partners, LLP, it is hereby **ORDERED** that counsel's motion is **GRANTED** and Yinka Onayemi shall be terminated as counsel for Fairmark Partners, LLP in the above-captioned matter.

**IT IS SO ORDERED** this __4__ day of ___June    2026_____.

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

4:24-cv-05417-AMO