# EXHIBIT A





**From:** Frerich, Stephanie <stephanie.frerich@simonandschuster.com>
**Sent:** Monday, April 20, 2026 7:01 AM
**To:** Donald S. Passman <dsp@gangtyre.com>
**Subject:** Re: Anthropic

**EXTERNAL**

Hi Don,

Tell me more about the new edition and the changes it'll cover! No rush but excited to talk about the next version when you're ready.

For Anthropic, I checked with our legal team, who said:
We don't know if it was, he would have needed to register on his own for compensation.
The publishers could not register authors for inclusion in the settlement – the authors needed to do so independently.

Hope you're well!
Stephanie

**From:** Donald Passman <dsp@gangtyre.com>
**Date:** Friday, April 17, 2026 at 7:51 PM
**To:** "Frerich, Stephanie" <stephanie.frerich@simonandschuster.com>
**Subject:** Anthropic

Do you know anything about the Anthropic settlement (other than, in my opinion, the only people that won were the lawyers)?

I wouldn't be surprised if my book was involved, but I haven't heard from anyone.

I'm starting to think seriously about the new edition and will be in touch soon.

Thanks.

Don

Donald Passman
Gang, Tyre, Ramer, Brown & Passman, Inc.
132 So Rodeo Dr.
Beverly Hills, CA 90212
310 777 7160
dsp@gangtyre.com