Kenneth D. Freundlich (SBN 119860)
Jonah A. Grossbardt (SBN 283584)
Hugh H. Rosenberg (SBN 360544)
**FREUNDLICH LAW, APC**
ken@freundlichlaw.com
jonah@freundlichlaw.com
Hugh@freundlichlaw.com
16133 Ventura Blvd., Suite 645
Encino, CA 91436
Telephone: 818-377-3790
Facsimile: 310-275-5351

Attorneys for Class Member and Movant Donald S. Passman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANDREA BARTZ and KIRK WALLACE JOHNSON, individually, and ANDREA BARTZ, INC., CHARLES GRAEBER, and MJ + KJ, INC., individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 4:24-cv-05417-AMO<br><br>**DECLARATION OF KENNETH D. FREUNDLICH IN SUPPORT OF APPLICATION FOR LEAVE TO SUBMIT LATE REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT; AND IN THE ALTERNATIVE, CONDITIONAL OBJECTION TO FINAL APPROVAL** |

I, Kenneth D. Freundlich, declare as follows:

1.     I am an attorney licensed to practice law in the State of California (SBN 119860). I am a partner and founder of Freundlich Law, APC, located at 16133 Ventura Blvd., Suite 645, Encino, California 91436. I am counsel of record for Class Member and Movant Donald S. Passman in this action. I have personal knowledge of the facts set

forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. On May 28, 2026, Donald S. Passman contacted Freundlich Law seeking legal counsel in connection with the class action settlement in this matter. At the time of initial contact, Mr. Passman advised me that he had received no class notice and had only recently received correspondence from the settlement administrator, JND Legal Administration, which he forwarded to our office.

3. Following Mr. Passman's initial contact, Freundlich Law conducted its intake review, a conflicts check, and an assessment of the relevant facts, procedural posture, and legal standards applicable to this matter. Given the complexity of the class action litigation, the procedural history of the settlement, and the legal standards governing late opt-out requests, that review required meaningful time to complete responsibly.

4. The engagement between Mr. Passman and Freundlich Law was formally finalized on June 24, 2026. This application is filed shortly thereafter. At no point between Mr. Passman's initial contact and the formal engagement did either Mr. Passman or Freundlich Law delay unnecessarily.

5. Once our firm confirmed that Mr. Passman retained the right to seek exclusion from the settlement through a court application, both Mr. Passman and Freundlich Law acted promptly to prepare and file this application. There has been no unnecessary delay since the engagement was finalized.

6. I am informed and believe, based on my review of the settlement record, that no final approval order has been entered as of the date of this filing.

**FREUNDLICH LAW, APC**
ENCINO, CALIFORNIA

7. I have personally confirmed the accuracy of all content generated by any AI tools. I, as lead trial counsel, bear full responsibility for this submission. I certify that I have personally verified the accuracy of all AI-generated content contained in this filing. I have maintained records of all prompts or inquiries submitted to any generative AI tools used in preparing this submission, and those records are available in the event they become relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2026, at Encino, California.


*/s/ Kenneth D. Freundlich*_____
Kenneth D. Freundlich