DOUGLAS A. WINTHROP (No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

DARALYN J. DURIE (No. 169825)
ddurie@mofo.com
RAMSEY FISHER (No.334228)
ramseyfisher@mofo.com
JACKSON LANE (No. 351633)
jlane@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

WHITNEY R. O'BYRNE (No. 325698)
WOByrne@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Defendant* ANTHROPIC PBC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, and MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 4:24-CV-05417-AMO<br><br>Action Filed: August 19, 2024<br><br>**DEFENDANT ANTHROPIC PBC'S OPPOSITION TO APPLICATION OF CLASS MEMBER DONALD S. PASSMAN FOR LEAVE TO SUBMIT LATE REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**<br><br>Judge: Honorable Araceli Martinez-Olguin |

---

ANTHROPIC'S OPP. TO LATE EXCLUSION                    No. 3:24-CV-05417-AMO

As set out in Defendant Anthropic PBC's Supplemental Brief Regarding Late Opt Outs filed on May 21, 2026 (Dkt. 671), "Deadlines have consequences and Anthropic should get the full benefit of the settlement." For the reasons given in Plaintiffs' Opposition to Application of Class Member Donald S. Passman for Leave to Submit Late Request for Exclusion from Class Settlement filed on July 10, 2026 (Dkt. 678), class member Donald Passman does not meet the standard for late exclusion and, further, his objections to the class action settlement in this matter are without merit. Mr. Passman's application should be denied.

Dated:  July 13, 2026

Respectfully Submitted,

Arnold & Porter Kaye Scholer LLP


By:   */s/ Douglas A. Winthrop*
　　　DOUGLAS A. WINTHROP

*Attorneys for Defendant*
ANTHROPIC PBC

- 1 -

ANTHROPIC'S OPP. TO LATE EXCLUSION                    No. 3:24-CV-05417-AMO

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to the within-entitled action; my business address is Four Embarcadero Center, 14th Floor, San Francisco, California 94111. On July 13, 2026, the foregoing **DEFENDANT ANTHROPIC PBC'S OPPOSITION TO APPLICATION OF CLASS MEMBER DONALD S. PASSMAN FOR LEAVE TO SUBMIT LATE REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**, were electronically served on all parties registered through the Court's ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed July 13, 2026 at San Francisco, California.

/s/ _____
JEROME E. FERRER

- 2 -

ANTHROPIC'S OPP. TO LATE EXCLUSION                    No. 3:24-CV-05417-AMO