Nancy E. Wolff (SBN 133334)
COWAN, DEBAETS, ABRAHAMS
& SHEPPARD, LLP
8447 Wilshire Boulevard, Suite 425
Beverly Hills, CA 90211
Telephone: (310) 340-6334
Telefax: (310) 492-4394
Email: nwolff@cdas.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA BARTZ, ANDREA BARTZ, INC., CHARLES GRAEBER, KIRK WALLACE JOHNSON, AND MJ + KJ, INC., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendants. | **Case No.: 3:24-cv-05417-AMO**<br><br>Hon. Araceli Martinez-Olguin<br><br>**COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Cowan, DeBaets, Abrahams & Sheppard LLP ("CDAS") appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on July 20, 2026 (ECF No. 680), solely relating to the District Court's Order Granting in Part Motion for Attorneys' Fees (and incorporated prior orders, including ECF No. 515; the "Order"). This appeal does not seek to alter the total amount of attorneys' fees awarded and is limited to the Order as it pertains to CDAS.

Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all the parties to the action, along with the names, addresses, and telephone numbers of their respective counsel.

Dated: August 19, 2026

Respectfully submitted,

COWAN DEBAETS ABRAHAMS
& SHEPPARD, LLP

By: /s/ Nancy E. Wolff

Nancy E. Wolff, Esq. (SBN 133334)
8447 Wilshire Boulevard, Suite 425
Beverly Hills, CA 90211
Telephone: (310) 340-6334
Telefax: (310) 492-4394
Email: nwolff@cdas.com

# REPRESENTATION STATEMENT

The undersigned represents Cowan, DeBaets, Abrahams & Sheppard LLP. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Cowan, DeBaets, Abrahams & Sheppard LLP submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| **PARTIES** | **COUNSEL OF RECORD** |
|---|---|
| Class Plaintiffs Andrea Bartz, Andrea Bartz, Inc., Charles Graeber, Kirk Wallace Johnson, MJ + KJ, Inc., and all others similarly situated | Justin A. Nelson (admitted *pro hac vice*)<br>jnelson@susmangodfrey.com<br>Alejandra C. Salinas (admitted *pro hac vice*)<br>asalinas@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel: 713.653.7806<br>Fax: 713.654.6666<br><br>Rohit D. Nath (SBN 316062)<br>rnath@susmangodfrey.com<br>Michael Adamson (SBN 321754)<br>madamson@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-2906<br>Tel: 310.789.3100<br><br>J. Craig Smyser (admitted *pro hac vice*)<br>csmyser@susmangodfrey.com<br>Samir Doshi (admitted *pro hac vice*)<br>sdoshi@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50st Floor |

| | |
|---|---|
| | New York, New York 10001<br>Tel: 212.336.8330<br><br>Jordan W. Connors (admitted *pro hac vice*)<br>jconnors@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000<br>Seattle, Washington 98101<br>Tel: 206.516.3880<br><br>Rachel Geman (admitted *pro hac vice*)<br>rgeman@lchb.com<br>Jacob S. Miller (admitted *pro hac vice*)<br>jmiller@lchb.com<br>Danna Z. Elmasry (admitted *pro hac vice*)<br>delmasry@lchb.com<br>Anna J. Freymann (admitted *pro hac vice*)<br>afreymann@lchb.com<br>Wesley Dozier (admitted *pro hac vice*)<br>wdozier@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Tel: 212.355.9500<br><br>Elizabeth J. Cabraser (SBN 083151)<br>ecabraser@lchb.com<br>Daniel M. Hutchinson (SBN 239458)<br>dhutchinson@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>Amelia Haselkorn (SBN 339633)<br>ahaselkorn@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |

| | |
|---|---|
| | Tel: 415.956.1000<br><br>Betsy A. Sugar (admitted *pro hac vice*)<br>bsugar@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>222 2nd Avenue South, Suite 1640<br>Nashville, Tennessee 37203<br>Tel: 615.313.9000<br><br>Jay Edelson (admitted *pro hac vice*)<br>jedelson@edelson.com<br>J. Eli Wade-Scott (admitted *pro hac vice*)<br>ewadescott@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Brandt Silverkorn (SBN 323530)<br>bsilverkorn@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>Matthew J. Oppenheim (admitted *pro hac vice*)<br>Matt@OandZLaw.com<br>Jeffrey M. Gould (admitted *pro hac vice*)<br>Jeff@OandZLaw.com<br>Corey Miller (admitted *pro hac vice*)<br>Corey@OandZLaw.com<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, Fifth Floor<br>Washington, DC 20016 |

| | |
|---|---|
| | Tel: 202.480.2999<br><br>Samuel Issacharoff (admitted *pro hac vice*)<br>si13@nyu.edu<br>40 Washington Square South, Suite 411J<br>New York, New York 10012<br>Tel: 212.998.6580<br><br>Scott J. Sholder (admitted *pro hac vice*)<br>ssholder@cdas.com<br>Nancy E. Wolff (SBN 133334)<br>nwolff@cdas.com<br>COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP<br>60 Broad Street, 30th Floor<br>New York, New York 10004<br>Tel: 212.974.7474 |
| Plaintiff Rhoda Huffey | Rhoda Huffey<br>rhodahuffey@ca.rr.com<br>31 Clubhouse Avenue<br>Venice, California 90291-3202<br>Tel: 310.396.8441 |
| Defendant Anthropic PBC | Douglas Andrew Winthrop (SBN 183532)<br>douglas.winthrop@arnoldporter.com<br>Joseph Farris (SBN 263405)<br>joseph.farris@arnoldporter.com Jessica L. Gillotte (SBN 333517)<br>jessica.gillotte@arnoldporter.com<br>Estayvaine Bragg (SBN 341400)<br>estayvaine.bragg@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Four Embarcadero Center, 14th Floor<br>San Francisco, California 94111<br>Tel: 415.471.3100<br>Fax: 415.471.3400 |

Angel T. Nakamura (SBN 205936)
angel.nakamura@arnoldporter.com
Ryan Nishimoto (SBN 235208)
ryan.nishimoto@arnoldporter.com
Oscar D. Ramallo (SBN 241487)
oscar.ramallo@arnoldporter.com
Allyson C. Myers (SBN 342028)
ally.myers@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Tel: 213.243.4000
Fax: 213.243.4199

Assad H. Rajani (SBN 251143)
assad.rajani@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Tel: 650.319.4500
Fax. 650.319.4700

Daralyn J. Durie (SBN 169825)
ddurie@mofo.com
Ramsey Fisher (SBN 334228)
ramseyfisher@mofo.com
Jackson Lane (SBN 351633)
jlane@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000

Whitney R. O'Byrne (SBN 325698)
WOByrne@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000

| | |
|---|---|
| | Los Angeles, California 90017-3543<br>Tel: 213.892.5200<br>Fax: 213.892.5454<br><br>Fitz Beckwith Collings (admitted *pro hac vice*)<br>fcollings@mofo.com<br>Mary Prendergast (SBN 272737)<br>mprendergast@mofo.com<br>Aditya Kamdar (SBN 324567)<br>akamdar@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street NW, Suite 900<br>Washington, District of Columbia 20037<br>Tel: 202.887.1500<br>Fax: 202.887.0763<br><br>Kathleen R. Hartnett (SBN 314267)<br>khartnett@cooley.com<br>COOLEY LLP<br>Three Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Tel: 415.693.2000<br>Fax: 415.693.2222<br><br>Ephraim A. McDowell (admitted *pro hac vice*)<br>emcdowell@cooley.com<br>Alexander J. Kasner (SBN 310637)<br>akasner@cooley.com<br>COOLEY LLP<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, District of Columbia 20004-2400<br>Tel: 202.842.7800<br>Fax: 202.842.7899 |

| | |
|---|---|
| | Yar R. Chaikovsky<br>yar.chaikovsky@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 900<br>Palo Alto, California 94306-2109<br>Tel: 650.213.0320<br>Fax: 650.213.8158 |
| Non-Party Respondents Cognella, Inc. and Chicken Soup for the Soul, LLC | Christopher M. Rigali<br>crigali@stris.com<br>STRIS & MAHER LLP<br>1601 K Street NW, Suite 1050<br>Washington, District of Columbia 20006<br>Tel: 202.800.5749<br><br>Elizabeth Brannen (SBN 226234)<br>ebrannen@stris.com<br>John Stokes (SBN 310847)<br>jstokes@stris.com<br>Lauren Martin (SBN 294367)<br>lmartin@stris.com<br>STRIS & MAHER LLP<br>17785 Center Court Drive N, Suite 600<br>Cerritos, California 90703<br>Tel: 213.995.6800<br>Fax: 213.261.0299 |
| Class Members and Third Party Plaintiffs Matthew Sacks, Philip Shishkin, Lisa Barretta, John Carreyrou, Jane Adams, Michael Kochin, | Alex Potter (admitted *pro hac vice*)<br>apotter@fnf.law<br>FREEDMAN NORMAND FRIEDLAND LLP<br>155 East 44th Street, Suite 915<br>New York, New York 10017<br>Tel: 646.494.2900<br><br>Devin "Velvel" Freedman (admitted *pro hac vice*)<br>vel@fnf.law |

| | |
|---|---|
| | FREEDMAN NORMAND FRIEDLAND LLP<br>1815 Purdy Avenue<br>Miami Beach, Florida 33139<br>Tel: 786.924.2900<br><br>Elizabeth Brannen (SBN 226234)<br>ebrannen@stris.com<br>STRIS & MAHER LLP<br>17785 Center Court Drive N, Suite 600<br>Cerritos, California 90703<br>Tel: 213.995.6800<br>Fax: 213.261.0299<br><br>Ivy Ngo (SBN 249860)<br>ingo@fnf.law<br>FREEDMAN NORMAND FRIEDLAND LLP<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Tel: 646.494.2900 |
| Class Member and Third Party Plaintiff Donald S. Passman | Kenneth D. Freundlich (SBN 119860)<br>ken@freundlichlaw.com<br>Jonah A. Grossbardt (SBN 283584)<br>jonah@freundlichlaw.com<br>Hugh H. Rosenberg (SBN 360544)<br>hugh@freundlichlaw.com<br>FREUNDLICH LAW, APC<br>16133 Ventura Boulevard, Suite 645<br>Encino, California 91436<br>Tel: 818.377.3790<br>Fax: 310.275.5351 |
| Third Party ClaimsHero Holdings LLC | Alex Potter (admitted *pro hac vice*)<br>apotter@fnf.law<br>FREEDMAN NORMAND FRIEDLAND LLP<br>155 East 44th Street, Suite 915<br>New York, New York 10017<br>Tel: 646.494.2900 |

| | |
|---|---|
| | Devin "Velvel" Freedman (admitted *pro hac vice*)<br>vel@fnf.law<br>FREEDMAN NORMAND FRIEDLAND LLP<br>1815 Purdy Avenue<br>Miami Beach, Florida 33139<br>Tel: 786.924.2900<br><br>Ivy Ngo (SBN 249860)<br>ingo@fnf.law<br>FREEDMAN NORMAND FRIEDLAND LLP<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Tel: 646.494.2900 |
| Objectors Brenda Hampton, Chinonto Chakanga, Laura Esquivel, Jordi Castells | James H. Bartolomei III (SBN 301678)<br>james@duncanfirm.com<br>DUNCAN FIRM, P.A.<br>809 West 3rd Street<br>Little Rock, Arkansas 72201<br>Tel: 501.228.7600 |
| Objector Ruben Lee | Ruben Lee<br>rubenlee.ofg@btinternet.com<br>25 Hugo Road<br>Tufnell Park, London N19 5EU, United Kingdom<br>Tel: +44 7803.907208 |
| Objector Pierce Bradley Story | Pierce Bradley Story<br>2108 Tara Hill Drive<br>Knoxville, Tennessee 37919 |
| Objector James R. Sills | James R. Sills, Med. RRT, CPFT<br>jrsills@charter.net<br>9410 West Sleepy Valley Drive<br>Empire, Michigan 49630<br>Tel: 213.326.6600 |

| | |
|---|---|
| Objector Judith A. Barrett | Judith A. Barrett<br>judithabarrettauthor@gmail.com<br>994 Mill Pond Road<br>Pelham, Georgia 31779 |
| Objector Matthew Chase | Matthew Chase<br>matthew.andrew.chase@gmail.com<br>899 Crossing Rock Drive<br>Lawrenceville, Georgia 30043<br>Tel: 404.376.7520 |
| Objector David Wayne Stewart | David Wayne Stewart<br>2117 Loudon Hill<br>Spring Hill, Tennessee 37174 |
| Objector Natasha Grace | Natasha Grace<br>natashagrace34@gmail.com<br>1950 W Corporate Way #50946<br>Anaheim, California 92801 |
| Objector Christine A. Larson | Christine A. Larson<br>c.larson@qx.net<br>Post Office Box 7162<br>Louisville, Kentucky 40257<br>Tel: 502.341.3370 |
| Objector Lea Victoria Bishop | Lea Bishop<br>lea.bishop@gmail.com<br>3627 North Pennsylvania Street<br>Indianapolis, Indiana 46205<br>Tel: 203.535.2560 |
| Objector Stacy Lynn Werner | Stacy Lynn Werner, Esq.<br>stacywerner200@gmail.com<br>200 Lake Avenue<br>Trumbull, Connecticut 06611<br>Tel: 203.556.5596 |

| | |
|---|---|
| Objector Bhu Srinivasan | Bhu Srinivasan<br>bhu@bhumedia.com<br>25801 Pacific Coast Highway<br>Malibu, California 90265<br>Tel: 917.576.1913 |
| Objector Victoria Pinder | Victoria Pinder<br>victoriapinder01@gmail.com<br>4340 Glen Castle Way<br>Winterville, North Carolina 28590<br>Tel: 954.258.9717 |
| Objector Robert C. Jacobson | Robert C. Jacobson<br>hello@robertjacobson.com<br>PO Box 18404<br>Tampa, Florida 33679<br>Tel: 310.625.6889 |
| Objector Stephen M. Leahy | Stephen M. Leahy<br>skilleahy@gmail.com<br>3106 W. High Street<br>Davenport, Iowa 52804<br>Tel: 563.204.0583 |
| Objector Sarah Ruden | Sarah Ruden<br>sarahruden@gmail.com<br>255 Riverside Drive<br>Hamden, Connecticut 06518<br>Tel: 203.901.9639 |
| Objector Jaclyn Reding | Jaclyn Reding<br>jaclyn@jaclynreding.com<br>5 Rice Corner Road<br>Brookfield, Massachusetts 01506<br>Tel: 508.735.9537 |
| Objector Richard Paolinelli | Richard Paolinelli<br>Tuscany Bay Books |

| | |
|---|---|
| | PO Box 466<br>Steele, North Dakota 58482-0466 |
| Objector George Tombs | George Tombs<br>george.tombs@evidentia.net<br>6355 rue Fraser<br>Lévis, Québec, Canada<br>G6V 3R8<br>Tel: 514.231.8354 |
| Objector Shannon Hale | Shannon Hale<br>4908 W. Lake Avenue<br>South Jordan, Utah 84009 |
| Objector Casey Golomski | Casey Golomski<br>casey.golomski@unh.edu<br>43 Ashland Street, Unit 1<br>Medford, Massachusetts 02155 |
| Objector Dames of Detection, Inc. | Matthew S. Johnson<br>Counsel for Dames of Detection, Inc.<br>matt@johnson-legal.com<br>122 E. Patrick Street, #103<br>Frederick, Maryland 21701<br>Tel: 240.351.9944 |
| Objector Teresa K. Miller | Teresa K. Miller<br>7617 44th Avenue SW<br>Seattle, Washington 98316 |
| Objector Robert Sappington | Robert Sappington<br>4308 201st Avenue NE<br>Sammamish, Washington 98074 |
| Objector Russell W. Glenn | Russell W. Glenn<br>104 Heritage Pointe<br>Williamsburg, Virginia 23188 |

| | |
|---|---|
| Objector Amelia Burke-Garcia | Amelia Burke-Garcia<br>amelia.burke@gmail.com<br>818 South Arlington Mill Drive, #201<br>Arlington, Virginia 22204<br>Tel: 202.320.5060 |
| Objector George G. Burton | George G. Burton<br>geo.g.burton@gmail.com<br>600 Summer Breeze Court<br>Dayton, Ohio 45429 |
| Objector Deborah L. Carwile, pseudonym Jada Ryker | Deborah L. Carwile, pseudonym Jada Ryker<br>117 Venetian Way<br>Bardstown, Kentucky 40004<br>Tel: 859.229.4286 |
| Objector Amy Schapiro | Amy Schapiro<br>amyschap@gmail.com<br>4909 Newport Avenue Bethesda, Maryland 20816-1697<br>Tel: 202.870.1135 |
| Objector Heidi S. Bond | Heidi S. Bond<br>9525 W. 53rd Place<br>Arvada, Colorado 80002 |
| Objector Mary H.K. Choi | Mary H.K. Choi<br>570 Grand Street #905<br>New York, New York 10002 |
| Objector Terry DesJardins | Terry DesJardins<br>4 Greenfield Court<br>Savoy, Illinois 61874 |
| Objector Dale C. Carson | Dale C. Carson<br>XFBIAgent@gmail.com<br>415 East Monroe Street, 2nd Floor<br>Jacksonville, Florida 32202 |

| | |
|---|---|
| | Tel: 904.355.6777 |
| Objector Liz Hyder | Liz Hyder<br>liz@lizhyder.co.uk<br>72 Julian Road<br>Ludlow<br>Shropshire, England SY8 1HD<br>Tel: +44(0)7939 372 865 |
| Objector Raffaello Avanzini (Newton Compton Editori SRL) | Raffaello Avanzini<br>Newton Compton Editori SRL<br>Via Panama 22<br>00198 Roma, Italia |
| Objector Marco Tarò (Tea Tascabili Degli Editori ASS. SPA | Marco Tarò<br>Tea Tascabili Degli Editoria ASS. SPA<br>Via Giovanni Gherardini 10<br>20145 Milano, Italia |
| Objector Marco Tarò (Casa Editrice Nord SURL) | Marco Tarò<br>Casa Editrice Nord Surl<br>Via Giovanni Gherardini 10<br>20145 Milano, Italia |
| Objector Elena Campominosi (Bollati Boringhieri Editore SRL) | Elena Campominosi<br>Bollati Boringhieri Editore SRL<br>Corso Vittorio Emanuele II 86<br>10121 Torino, Italia |
| Objector Gianluca Mazzitelli (Adriano Salani Editore SRL) | Gianluca Mazzitelli<br>Adriano Salani Editore SRL<br>Via Giovanni Gherardini 10<br>20145 Milano, Italia |
| Objector Alisa Smith | Alisa Smith<br>1-1126 West 13th Avenue<br>Vancouver, British Columbia<br>Canada V6H 1N3 |

| | |
|---|---|
| Objector Stefano Mauri (Longanesi & C. SRL) | Stefano Mauri<br>Longanesi & C. SRL<br>Via Giovanni Gherardini 10<br>20145 Milano, Italia |
| Objector Gianluca Mazzitelli (Antonio Vallardi Editore SURL) | Gianluca Mazzitelli<br>Antonio Vallardi Editore SURL<br>Via Giovanni Gherardini 10<br>20145 Milano, Italia |
| Objector Stefano Mauri (Garzanti SRL) | Stefano Mauri<br>Garzanti SRL<br>Via Giuseppe Parini 14<br>20121 Milano, Italia |
| Objector Michelle Willingham Leonard | Michelle Willingham Leonard<br>11900 Crayton Court<br>Herndon, Virginia 20170 |
| Objector Edwin Miles | Edwin Miles<br>ed@modernnomads.com<br>Lokomotivstrasse 34<br>50733 Cologne, Germany<br>Tel: +49 15114422670 |
| Objector Etan Jonathan Ilfeld (Watkins Media Limited and Collective Ink Limited) | Etan Jonathan Ilfeld Watkins Media Limited and Collective Ink Limited<br>ilfeld@gmail.com<br>19 Cecil Court<br>London, United Kingdom WC2N 4EZ<br>Tel: +44 7939592820 |
| Objector Sarah M. Johnson, pseudonym Sai Marie Johnson | Sarah M. Johnson, pseudonym Sai Marie Johnson<br>saimariejohnson@gmail.com<br>840 Holly Street #108<br>Junction City, Oregon 97448 |

| | |
|---|---|
| Objector Nicole Ramsey Hootman | Nicole Ramsey Hootman<br>720 Everett Street<br>El Cerrito, California 94530 |
| Objector Stephanie Ann Houghton | Stephanie Ann Hougton<br>steph_houghton@hotmail.com<br>Momijigaoka-Higashi 7-88<br>Kasuga City, Fukuoka Prefecture<br>Japan 816-0833<br>Tel: 0081 80 3221 4816 |
| Non-Party Joseph Saveri Law Firm, Inc. | Joseph R. Saveri (SBN 130064)<br>jsaveri@saverilawfirm.com<br>SAVERI LAW FIRM, LLP<br>550 California Street, Suite 910<br>San Francisco, California<br>Tel: 415.500.6800<br>Fax: 415.395.9940 |
| Non-Party OpenAI, Inc. | Michael S. Kwun (SBN 198945)<br>mkwun@kblfirm.com<br>KWUN BHANSALI LAZARUS LLP<br>555 Montgomery Street, Suite 750<br>San Francisco, California 94111<br>Tel: 415.630.2350 |
| Non-Party Fairmark Partners, LLP | Yinka E. Onayemi (admitted *pro hac vice*)<br>yinka@fairmarklaw.com<br>FAIRMARK PARTNERS, LLP<br>400 7th Street NW, Suite 304<br>Washington, District of Columbia 20004<br>Tel: 708.351.4497 |
| Intervenor Textbook and Academic Authors Association | David Slarskey (admitted *pro hac vice*)<br>dslarskey@slarskey.com<br>SLARSKEY LLC<br>825 Third Avenue, 32nd Floor<br>New York, New York 10022 |

| | |
|---|---|
| | Tel: 212.658.0661<br><br>Christopher A. Wimmer (SBN 263275)<br>cwimmer@gawpoe.com<br>GAW POE LLP<br>One Embarcadero, Suite 1200<br>San Francisco, California 94111<br>Tel: 415.326.3957 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I further certify that those individuals of record not registered within the CM/ECF system will be served by email or physical mail, using the email addresses or physical addresses provided in their filings on the docket.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2026

/s/ Nancy E. Wolff

Nancy E. Wolff