Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir Doshi (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 83151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., Suite 1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,,

Plaintiffs,

vs.

ANTHROPIC PBC,

Defendant.

Case No. 4:24-cv-05417-AMO

**STATUS REPORT**

## STATUS REPORT

Class Counsel files this status report to provide an update on the distribution of settlement funds to Class Members. As detailed below, Class Members should expect distributions to start by early November, and no later than November 15, 2026. After deduction of fees, services awards, and expenses, each Work is allotted approximately $2,203.56 of funds currently in the Settlement Fund, which does not yet include Anthropic's final payment of $450 million plus interest. Class Counsel seeks to ensure this update is available to Class Members on the Settlement Website.

1. This Court issued its Final Approval Order on July 20, 2026. No Class Member or Objector filed a timely appeal. Two notices of appeal were filed by counsel who had been excluded from the fee award, one involving law firms Edelson P.C. and Oppenheim + Zebrak, and the other involving Cowan DeBaets Abrahams & Sheppard LLP. Objector Stacy Werner mailed a document styled "Objector's Request to Appeal/Intervene in Appeal" postmarked on August 25, 2026. Because Objector Werner's document is not a notice of appeal and any notice of appeal that she does file would be untimely, the Court can deny the requested relief without further briefing.

2. Under the Settlement Agreement, the Effective Date occurs one business day following "the date upon which the time expires for filing or noticing any appeal of the Final Judgment" or the completion of any appeals, other than appeals "solely with respect to the Fee Award and/or service awards." Dkt. 363-3 ("Settlement Agreement") at ¶ 1.15. Because both of the appeals relate solely to the Fee Award, the Parties agree that the Effective Date of the Settlement has passed.

3. The current balance in the escrow account, inclusive of July interest, is $1,074,903,166.44. These funds include monies from Anthropic's first payment of $300,000,000 within five business days of Preliminary Approval, plus interest since deposit; its second payment of $300,000,000 within five days of Final Approval, plus interest since deposit; and its Scheduled Payment 1, in the amount of $450,000,000 plus interest as specified in the Settlement Agreement, paid on August 19, 2026. Settlement Agreement ¶¶ 2.1.a.i - 2.1.a.v.

4. Under the Settlement Agreement, there is one remaining outstanding payment, defined as Scheduled Payment 2, of $450 million plus interest. *See id* ¶ 2.1(a)(iv)-(v). The Settlement Agreement provides that Scheduled Payment 2 is due the earlier of September 25, 2027, or within 30 days of a

qualifying funding event for Anthropic. *Id* ¶ 2.1(a)(iv). To the extent any future reserves were needed in connection with the appeals, Scheduled Payment 2 would be more than sufficient to cover it.

5. The Settlement Agreement provides: "Within twenty-eight (28) days of the Effective Date, or such other subsequent date or dates as the Court may set or Class Counsel shall determine, the Settlement Administrator shall send Settlement Payments from the Settlement Fund to Class Members." *Id.* ¶ 2.d.

6. By September 4, 2026, the Settlement Administrator intends to send all claimants a consolidated form listing their percentage share of any settlement award(s), by work. Dkt. 401-1 (Plan of Allocation & Distribution ("POAD")) ¶ 3(c). These shares are based on the elections and determinations of the Class Members made during the claims process. The Settlement Administrator is sending these forms to ensure there is clarity prior to distribution. Claimants will have 30 days to contest the allocations.

7. For works where all rightsholders are in agreement and where all necessary payment information is provided, the Settlement Administrator will process and send payments to Claimants on or before November 15, 2026. For any works where multiple claimants do not (or do not yet) agree on the proposed per-work distribution, the claimants will take the Court-approved and required steps, including discussions facilitated by the Settlement Administrator or (absent agreement) utilization of the Court-appointed Special Master, for prompt resolution. POAD ¶ 3(c)(ii). For these works, payments will begin as soon as possible—after the claimants reach agreement or the disagreement is otherwise resolved by the Special Master—and the amount will be included in either the initial distribution or subsequent distributions.

8. The initial distribution on or before November 15, 2026 will be based on the money in the account at that time, which is expected to be approximately $1,083,000,000 inclusive of the additional expected interest until that date. Class Counsel will first subtract fees, expenses, services awards, and a reserve for future expenses as approved by the Court. *See* POAD ¶ 1(a).

a. This Court awarded attorneys' fees in the amount of $101,561,111. The amount in the trust, *excluding* interest earned in the escrow account and paid pursuant to the Settlement Agreement's terms is $1,050,000,000. That is 70% of the aggregate settlement payments owed by Anthropic ($1.5 billion), exclusive of any interest earned. Class Counsel's fee for this initial distribution will be 70% of the Court-awarded $101,561,111, for a total of approximately $71,092,777.70, subject to the 10% holdback described

below.

i. Class Counsel will reserve 10% of this fee, approximately $7,109,277.77, per this Court's Order withholding 10% of Class Counsel's fee award until the parties file a post-distribution accounting, Dkt. 680 at 22, and thus will receive approximately $63,983,499.93 from this distribution.

b. Class Counsel will additionally subtract the following from the initial distribution per the Court's Order (Dkt. 680 at 22):

i. $2,635,197.46 in Court-approved expenses.

ii. $45,000.00 for the three service awards.

iii. $18,220,000 for the cost reserve. Pursuant to separate motion, Class Counsel will seek approval related to payment of costs from the reserve.

9. Thus, the total amount available to distribute to Class Members in this distribution, after deduction of the above-described fees and expenses, is approximately $991,007,024.84, with the exact amount dependent on the remaining interest payments. The final number of Claimed Works is 449,731. On a per-work basis, this initial distribution should amount to $2,203.56, subject to adjustments for further interest earned or late claims accepted (*infra* ¶ 11).

10. Class Counsel proposes to update the Settlement Website to reflect the case status. One proposed edit is to the home page and the other is to the question in the "Frequently Asked Questions" section on the timing of payment. Anthropic has agreed to these updates. The parties will separately file a joint motion for the Court's approval to make these changes to the Settlement Website.

11. Since the hearing on final approval, the Settlement Administrator has received late-claims requests from a small number of Class Members who missed the claims deadline. Class Counsel is reviewing these requests and will, within the next two weeks, submit such requests for the Court's review.

12. Class Counsel is available at the Court's convenience should it wish to discuss any of these issues.

Dated: September 2, 2026

By: /s/ *Justin A. Nelson*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100

By: /s/ *Rachel Geman*
Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)

Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir Doshi *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 83151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., Suite 1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*