# EXHIBIT A

**PROPOSED CHANGES TO SETTLEMENT WEBSITE HOME PAGE**

# Welcome to the Anthropic Copyright Settlement Website

**You may be a Class Member if you are the legal or beneficial copyright owner of a book included in the Anthropic Copyright Settlement.**

# Welcome to the Anthropic Copyright

# Settlement Website

**You may be a Class Member if you are the legal or beneficial copyright owner of a book included in the Anthropic Copyright Settlement.**

## Current Status of the Settlement

On July 20, 2026, the Court granted final approval. A copy of the Court's order is available on the Important Documents page.

## Next Steps

Between September 2-4, 2026, the Settlement Administrator sent claim information notices to all claimants with a valid email address on file. For those who have not provided a valid email address, claim information notices were mailed shortly thereafter or will be mailed shortly.

These notices provide important information about the status of your claim and required next steps.

If you get a notice for a valid and timely claim, you may log in using the link below to see your

shared claim details. You will need the Claim Number and PIN included in your notice.

<Portal Link>

For claims where all claimants do not agree on the appropriate allocation for a work, claimants may submit additional information supporting their proposed allocation. The Settlement Administrator asks that claimants submit this information expeditiously and within 60 days of receiving access to the consolidated claim information. Please note that the 30-day period referenced in FAQ 26 (and referenced in the notices sent between September 2 and 4) has been extended to 60 days to permit Class Members more time to gather documents and attempt to resolve any disagreements. **For the avoidance of doubt, this initial time period (originally 30 days and now 60 days) does not the create a deadline by which all disagreements between co-claimants must be resolved.** The dispute-resolution process may, for some, take even longer than 60 days. Any works for which disputes are not resolved before the first distribution of Settlement payments will not be included in the first distribution and will instead be included in a subsequent distribution.

# Payments

The Parties have informed the Court of their agreement that the Effective Date has passed, assuming that no late-filed appeal is permitted to go forward. We currently expect to send the first round of payments on or before November 15, 2026 for works (a) on which claimants do not disagree on the appropriate allocation (or who

quickly reach agreement to resolve any disagreement) and (b) for which claimants have provided all the information required to process their payments. For other works, it may take some time to resolve disagreements and collect additional information before payments can be issued. For any works not included in the initial distribution, the payments otherwise due will be held temporarily in reserve in the escrow account holding the Settlement Fund.

Payments will be issued consistent with the payment method selected on each validly submitted Claim Form. Please inform the Settlement Administrator of any updates to your payment information after the submission of your Claim Form, including your current address if you chose payment by check.

Please check this website for updates.

# Your Legal Rights and Options

The Court advises Class Members to read the complete **Court-approved Class Notice** about the preliminarily approved Settlement and the **options available to Class Members** before deciding how to act. Your options include:

1. Submit a claim to receive a payment. You will give up your right to sue Anthropic separately for the legal claims resolved by this Settlement. **Deadline has passed.**

~~2. Exclude your works from the settlement or "opt out." **Deadline has passed**.~~
~~3. Object to the Settlement. **Deadline has passed**.~~
~~4. Do nothing. Your outcome will depend on what the other rightsholders for your works do.~~

~~If you would like to check if a work is on the works list, please use the Works List Lookup.~~

The deadline to submit a claim was March 30, 2026. The deadline to exclude yourself (opt-out) or object passed on February 9, 2026. **If you previously excluded your works, you can no longer reinclude them. The deadline to do so was March 9, 2026.** Please read the complete **Court-approved Class Notice** for more information.