# EXHIBIT B

# PROPOSED CHANGES TO SETTLEMENT WEBSITE FREQUENTLY ASKED QUESTIONS PAGE

Class Counsel propose that following text be added to the top of the Frequently Asked Questions Page, above the "Basic Information" header:

> Please note: many of the below FAQs are about deadlines that have passed or are no longer applicable in light of the Court's granting final approval of the Settlement on July 20, 2026, HERE. Because the Parties have informed the Court of their agreement that the Effective Date occurred, assuming that no late-filed appeal is permitted to go forward, payments are expected to begin shortly. Importantly, Question 35, which is "When and how will I receive a payment from the Settlement?" has been revised to now link to the current update.

Class Counsel also propose to revise FAQ 35 as follows:

> **35. When and how will I receive a payment from the Settlement?**
>
> ~~Payments will be issued only after the Court grants final approval and the Settlement becomes final (the "Effective Date"). The Effective Date is the first business day after both: (1) the Court has entered final approval and judgment, and~~

~~(2) all appeal periods have ended or any appeals are resolved.~~

~~The Settlement Administrator will calculate payments within 80 days after the deadline for all claims to be submitted. Payments may be made in up to three installments, depending on when Anthropic funds the settlement as described in~~ **Question 11**~~.~~ ~~Anthropic's funding alone does not trigger payments. No payments will be made before the Effective Date or the calculation of payment amounts.~~

~~Subsequent payments to Class Members may also occur, depending on the timing of Anthropic's installment payments into the Settlement Fund, as described in~~ **Question 11**~~. Please check this website for updates. The payments may be slower than predicted if the Settlement is appealed, or faster than predicted if Anthropic pays the Settlement on a faster timetable.~~

~~Payments will be issued consistent with the payment method selected on each validly submitted Claim Form. It is your responsibility to inform the Settlement Administrator of any updates to your~~

~~payment information after the submission of your Claim Form, including your current address if you choose payment by check.~~

~~The Settlement approval process may take time before any payments can be issued. Please check this website for updates.~~Please see the Home page for the latest information on Settlement payments.