**JOB SEREBROV**
**The Serebrov Law Firm**
jobserebrov@gmail.com

210 Farmers Top
Murphy, NC 28906

870.883.0167

Associate Justice, Oglala Supreme Court
Associate Justice, Bishop Paiute Appellate Court
Justice, Northern California Tribal Court Coalition

---

Honorable Yvonne Gonzalez Rogers
Chief District Judge
U.S. District Court, N.D. Cal.
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street, Suite 400 S.
Oakland, CA 94612

*RE: Bartz v. Anthropic*
*Case No. 3:24-cv-05417-WHA*
*Settlement Notification*

September 21, 2026

Dear Chief Judge Rogers

I am writing to you about this matter due to the retirement of Hon. Alsup who presided over the case. I represent my wife, Mari Serebrov, who is the author and copyright registration holder of *Mama Namibia*, one of the books on the Works List that was used in violation of copyright.

The Settlement requires the Settlement Administrator (JND) and others to:

> 4.2 compile the following data for all persons in the Class (to the extent such information is available through reasonable efforts) (The "Class List") as soon as practicable, but by no later than twenty-eight (28) days after receipt of the Works List: (1) all available contact information (including name, last known *e-mail address*, and last known mailing addresses) of each person or entity identified on the Works List as having copyright interests in the Works List; (2) the specific works from the Works List in which each Class Member has a copyright interest; and (3) the nature of each Class Member's copyright interest (e.g., legal or beneficial owner).
>
> 4.3 *Prior to mailing any Notice* or Settlement Payment, the Settlement Administrator will *update the addresses of Class Members on the Class List* using the National Change of Address database and other available resources deemed suitable by the Settlement Administrator. *The Settlement Administrator shall take all reasonable steps to obtain the correct address of any Class Members for whom Notice is returned by the U.S. Postal Service as undeliverable and shall attempt re-mailings.*
>
> 4.4 *No later than the Notice Date, the Settlement Administrator shall send Notice via e-mail, substantially in the form of that attached to the Motion for Preliminary Approval, to all potential Class Members for whom an email address is available, and shall send the Postcard Notice via First Class U.S. Mail, substantially in the form*

*of that attached to the Motion for Preliminary Approval, to all potential Class Members for whom a physical mailing address is available.*

It appears that in my client's case JND failed to comply with the notice requirements of the Settlement. Not only did the copyright holder not receive any notice of the Settlement, but she also only discovered it less than two weeks ago.

Attached are the emails from my correspondence with JND. I will let you draw any conclusion you believe correct; however, I would like to highlight a few points. First, JND refused to discuss this matter with me despite my identifying myself as the author and copyright holder's attorney. We also have the same last name. In all my decades of practice I have never run into this before. What makes it worse is if JND had performed a thorough copyright check it would have discovered my name on the author's related works *Mama Namibia* an original screenplay (2014) and *Jahorora and First Day* (2014) as the contact for Rights and Permissions (also see attached). Moreover, not only was the copyright holder's email listed (she never received an email from JND) but any reasonable update search for the copyright holder's current address would indicate that I also live there. Second, Mari Serebrov has lived at her current address for nearly seven years, and her email, phone number, and work contacts are in many places on the internet. A simple search would have revealed such.

My concern is that other author-copyright holders may have fallen through the cracks as well. I am requesting that the Court require an audit of this matter to determine who on the Works List failed to receive the required notice and that the Settlement be reopened and a reasonable time be given for those who were never noticed to respond.

Regards,

Job Serebrov

cc.
JND Legal Administration
1100 2nd Ave, Suite 300
Seattle, WA 98101

# Re: Bartz Settlement

From jobserebrov <jobserebrov@proton.me>

To info@jndla.com

Date Wednesday, September 16th, 2026 at 12:35 PM

If I fail to hear back from JND by Friday September 18th, I will be forced to write to the US District Court Judge.

Job Serebrov
Attorney at Law

Sent with Proton Mail secure email.

On Friday, September 11th, 2026 at 6:54 PM, jobserebrov <jobserebrov@proton.me> wrote:

> I represent Mari Serebrov, who is the author and copyright holder of *Mama Namibia*, one of the books she just discovered was listed in the *Bartz* case. Neither she nor her publisher were ever notified of the lawsuit. Obviously one cannot opt out or make a claim without due process notice.
>
> Please provide proof that you sent a notice to either Mari Serebrov at a correct address or the publisher, Kamel Press. Please keep in mind that since the author holds the copyright, notifying the publisher would not comport with due process requirements as the publisher has no legal obligation to contact the author about this.
>
> Regards,
>
> Job Serebrov
>
> Attorney at Law

# Re: Anthropic Copyright Settlement - Mari Serebrov

From jobserebrov <jobserebrov@proton.me>

To info@AnthropicCopyrightSettlement.com

Date Thursday, September 17th, 2026 at 1:46 PM

First, the Court is obviously unaware that apparently JND failed to comply with the notice terms of the Settlement Agreement. Second, I strongly recommend that you take a close look at the copyright registration information for *Mama Namibia* before refusing to discuss anything with me. I will be sending the Judge a letter next week unless you provide the information I requested.

Job Serebrov

Sent with Proton Mail secure email.

On Thursday, September 17th, 2026 at 1:12 PM, info@AnthropicCopyrightSettlement.com <info@AnthropicCopyrightSettlement.com> wrote:

> Dear Job Serebrov
>
> The Court granted Final Approval of the Settlement on July 20, 2026, finding that the class notice fully complied with the requirements of Federal Rule of Civil Procedure 23 and due process (ECF 680).
>
> As previously noted, we are unable to provide information concerning a third party without that person's express authorization. Please provide documentation showing that you are authorized to act on Mari's behalf or have her contact us at this email address to provide that authorization.
>
> Regards,
>
> Anthropic Copyright Settlement Administrator
> Toll-Free: 877-206-2314
> www.AnthropicCopyrightSettlement.com
> [ZJ]
>
> ---
>
> **From:** jobserebrov <jobserebrov@proton.me>
> **Sent:** Wednesday, September 16, 2026 10:38 AM

**To:** info@AnthropicCopyrightSettlement.com <info@AnthropicCopyrightSettlement.com>
**Subject:** Re: Anthropic Copyright Settlement - Mari Serebrov

I have identified myself as Mari Serebrov's attorney. I am not required to go beyond that as you know. However, I would be willing to restate my representation in an attached letter if you prefer.

To be clear, if you are not willing to provide the information requested I will simply write to the Judge and explain the situation. I'm sure that Ms. Serebrov isn't the only author who wasn't notified as required in the settlement agreement.

Job Serebrov

Sent with Proton Mail secure email.

On Wednesday, September 16th, 2026 at 12:55 PM, info@AnthropicCopyrightSettlement.com <info@AnthropicCopyrightSettlement.com> wrote:

> Dear Job Serebrov,
>
> Thank you for contacting JND Legal Administration regarding Mari Serebrov. We are unable to share information concerning a third party without that person's express authorization. Please either provide documentation showing that you represent Mari in this matter and have authorization to act on her behalf or ask Mari to contact us at this email address so that she can provide us with her express consent to discuss her record with you or we can answer her questions directly.
>
> Regards,
>
> Anthropic Copyright Settlement Administrator
> Toll-Free: 877-206-2314
> www.AnthropicCopyrightSettlement.com
> [ZJ]

Copyright Catalog
Displaying 1 of 4 entries

◂ Previous Next ▸

## Mama Namibia.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | TXU001852236 / 2013-02-11 |
| **Type of Work** | Text |
| **Certificate** | View PDF |
| **Title** | Mama Namibia. |
| **Application Title** | Mama Namibia. |
| **Date of Creation** | 2012 |
| **Copyright Claimant** | Mari Serebrov. Address: 128 Dodge Road, Plainfield. |
| **Authorship on Application** | Mari Serebrov; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions** | Mari Serebrov, 128 Dodge Road, Plainfield, (603) 709-7042, mari.serebrov@yahoo.com |
| **Description** | Electronic file (eService) |
| **Names** | Serebrov, Mari |

◂ Previous Next ▸

Public Records System

Home / Search / Detailed Record View

| Title | Mama Namibia | Search |
|---|---|---|

Advanced Search

# Detailed Record View

## Registration record TX0007893334

Copyright Catalog

Displaying 2 of 4 entries

◂ Previous Next ▸

## MAMA NAMIBIA.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | TX0007893334 / 2013-09-16 |
| **Previous Registration** | 2013, TXu 001852236. |
| **Type of Work** | Text |
| **Certificate** | View PDF |
| **Title** | MAMA NAMIBIA. |
| **Application Title** | MAMA NAMIBIA. |
| **Date of Creation** | 2013 |
| **Date of Publication** | 2013-04-14 |

| | |
|---|---|
| **Copyright Claimant** | MARI SEREBROV, 1957-. Address: P O BOX 93, PLAINFIELD, NH, 03781. |
| **Authorship on Application** | MARI SEREBROV, 1957-; Citizenship: United States. Authorship: ENTIRE TEXT. |
| **Description** | Book. |
| **Nation of First Publication** | Namibia |
| **Names** | SEREBROV, MARI 1957- |

Previous Next

Menu
Home
Recent Records
Recent Searches
Name Directory
Help

Resources
Request a Copy Estimate
Request a Search Estimate
FAQs

Contact
Contact Us
Feedback

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

Public Records System

Home / Search / Detailed Record View

Title | Mama Namibia | Search

Advanced Search

# Detailed Record View

## Registration record TXu001900627

Copyright Catalog

Displaying 3 of 4 entries

Previous Next

## MAMA NAMIBIA an original screenplay by Mari Serebrov.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | TXU001900627 / 2014-01-21 |
| **Type of Work** | Dramatic Works; or Choreography |
| **Certificate** | View PDF |
| **Title** | MAMA NAMIBIA an original screenplay by Mari Serebrov. |
| **Application Title** | MAMA NAMIBIA an original screenplay by Mari Serebrov. |
| **Date of Creation** | 2013 |

| | |
|---|---|
| **Copyright Claimant** | Mari Edith Serebrov, 1957-. Address: PO Box 93, Plainfield, NH, 03781, United States. |
| **Authorship on Application** | Mari Edith Serebrov, 1957-; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions** | Job Serebrov, PO Box 93, Plainfield, NH, 03781, United States, (603) 398-2158, (603) 709-7062, jobserebrov@gmail.com |
| **Description** | Electronic file (eService) |
| **Names** | Serebrov, Mari Edith 1957- |

◂ Previous Next ▸

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

Contact

Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a

Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

Public Records System

Home / Search / Detailed Record View

Name | Mari Serebrov | Search

Advanced Search

# Detailed Record View

## Registration record TXu001922101

Copyright Catalog

Displaying 5 of 8 entries

Previous Next

## Jahorora and First Day.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | TXU001922101 / 2014-09-11 |
| **Type of Work** | Text |
| **Certificate** | View PDF |
| **Title** | Jahorora and First Day. |
| **Application Title** | Jahorora and First Day. |
| **Date of Creation** | 2014 |
| **Copyright Claimant** | Mari Serebrov. Address: PO Box 93, Plainfield, NH, 03781, United States. |

**Authorship on Application** Mari Serebrov; Citizenship: United States. Authorship: text.

**Rights and Permissions** Job Serebrov, The Serebrov Law Firm, PO Box 93, Plainfield, NH, 03781, United States, (603) 398-2158, jobserebrov@gmail.com

**Description** Electronic file (eService)

**Copyright Note** C.O. correspondence.

**Names** Serebrov, Mari

◂ Previous Next ▸

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

Contact

Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Accessibility | Privacy Policy