Justin A. Nelson *(pro hac vice)*
Alejandra C. Salinas *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

Jordan W. Connors*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser*
Samir Doshi*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

Rachel Geman *(pro hac vice)*
Jacob S. Miller *(pro hac vice)*
Danna Z. Elmasry *(pro hac vice)*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., Suite 1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

*Co-Lead Class Counsel*
**(Pro Hac Vice)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ANDREA BARTZ, CHARLES GRAEBER, and KIRK WALLACE JOHNSON, individually and on behalf of others similarly situated,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 4:24-cv-05417-AMO

**JOINT STIPULATION AND [PROPOSED] ORDER APPROVING FURTHER UPDATES TO THE SETTLEMENT WEBSITE**

The parties to the above-referenced action, through their respective counsel of record, hereby enter into the following stipulation, subject to the Court's approval, to update the Settlement Website as detailed in Exhibit A filed herewith.

WHEREAS, Class Members rely on the Settlement Website for updates on Settlement status, administration, and distribution.

WHEREAS, since the Court granted final approval of the Settlement (Dkt. 680), Class Counsel have received questions from Class Members about what the order means and what comes next.

WHEREAS, the Court approved the parties' previous proposed updates to the Settlement Website. Dkt. 692.

WHEREAS, Class Counsel and the Settlement Administrator have received recurring questions about the claims process, claim allocations among co-claimants for the same work, and the allocation portal set up for claimants to make adjustments to their claimed allocations.

WHEREAS, to provide Class Members access to updated information about the claims process, the parties agree to further update the Settlement Website to address recurring Class member inquiries.

WHEREAS, while the Court previously directed that modifications to Class Notice be submitted by joint motion for approval, *see* Dkt. 453 at 5, and Class Notice already was effectuated, the Parties recognize that the Settlement Website remains a primary tool to communicate with the Class, *see* Dkt. 437 at 8, and accordingly notify the Court that they have stipulated to the following updates that are informative, responsive to recurring questions, and presented in a neutral manner.

WHEREAS, the proposed Settlement Website updates are also intended to reduce administration costs by answering questions that would otherwise be directed to the Settlement Administrator, and help Class Members prepare for next steps, including resolving any allocation disputes with fellow rightsholders and receiving Settlement payments.

WHEREAS, the Parties anticipate that the Settlement Administrator will send notices of agreed allocations on or before November 13, 2026, and the initial distribution of the Settlement

payments during the week of November 23, 2026.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to approval by the Court:

1. The proposed additions to the Frequently Asked Questions page (Exhibit A) will explain how Class Members can use the allocation portal to submit and update information regarding their claims, explain how Class Members may navigate claims by co-rightsholders, and explain relevant deadlines for the dispute resolution process.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __________, 2026.

______________________________
The Honorable Araceli Martínez-Olguín
United States District Court Judge

Dated: October 23, 2026

By: /s/ Rachel Geman

Rachel Geman (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 83151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
Amelia Haselkorn (SBN 339633)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
ahaselkorn@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 Second Ave., Suite 1640
Nashville, TN 37201-2375
Telephone: (615) 313-9000
bsugar@lchb.com

Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Respectfully submitted,

By: /s/ Douglas A. Winthrop

Douglas A. Winthrop (Bar No. 183532)
Joseph Farris (Bar No. 263405)
Pieter de Ganon (Bar No. 320385)
Jessica L. Gillotte (Bar No. 333517)
Estayvaine Bragg (Bar No. 341400)
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
(415) 471-3400 (fax)
douglas.winthrop@aporter.com
joseph.farris@arnoldporter.com
pieter.deganon@arnoldporter.com
estayvaine.bragg@arnoldporter.com
jessica.gillotte@arnoldporter.com
estayvaine.bragg@arnoldporter.com

*Counsel for Anthropic PBC*

Rohit D. Nath (SBN 316062)
Michael Adamson (SBN 321754)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
rnath@susmangodfrey.com
madamson@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir Doshi *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

*Co-Lead Class Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 23, 2026

*/s/ Rachel Geman*
Rachel Geman