# EXHIBIT A

DRAFT

**1. Why don't I see all my works in the Allocation Portal?**

All of your works may not appear on the first page. The first page shows works with **No Disagreements**. The second page shows works with **Disagreements**.

Please review the Allocation Portal Instructions for more information about the portal.

**2. How do I submit corrections or changes to my claims, and how can I confirm that the Settlement Administrator received them?**

You can submit corrections through the Allocation Portal. You will need your Claim Number and PIN to log in. If you do not have your Claim Number or PIN, contact the Settlement Administrator at info@AnthropicCopyrightSettlement.com or 1-877-206-2314.

You can also submit corrections by email to info@AnthropicCopyrightSettlement.com or receive assistance in submitting your corrections over the phone at 1-877-206-2314.

The Allocation Portal does not update immediately, so don't be alarmed if you don't see your changes right away. Changes are reviewed manually before they appear on the portal. When you submit your form, you will see a "Success" page confirming that the Settlement Administrator received your changes and listing the changes you submitted. Starting on October 16, 2026, claimants who submit changes through the Allocation Portal also receive an automatic email that summarizes the changes successfully submitted.

**3. I submitted claims for numerous works and received a spreadsheet summarizing my undisputed and disputed claims. As a bulk claimant, how should I submit changes to my claims?**

If you submitted a claim for more than 50 works covered by the Settlement, you should have received a bulk claim summary spreadsheet. You can make changes in that spreadsheet or through the Allocation Portal. If you use the spreadsheet, you can upload the completed spreadsheet here.

You can also submit changes by email to BulkClaimFiling@AnthropicCopyrightSettlement.com.

**4. Some of my works appear on the No Disagreement page, but I do not agree with the allocations. What should I do?**

In the Allocation Portal, you can select "Update Allocation" to transfer works from the No Disagreements Page to the Disagreement Page. Then, on the Disagreement Page, you may enter the percentage you believe is correct (for example, 50% instead of 25%). You can also upload any documents that you believe support your position.

If you received a bulk claim spreadsheet, you can make changes in that spreadsheet or through the Allocation Portal. If you use the spreadsheet, you can upload the completed spreadsheet here.

You can also email the Settlement Administrator at info@AnthropicCopyrightSettlement.com with the percentage you believe is correct, with or without a bulk claim spreadsheet or supporting documentation.

Please bear in mind that once you submit these changes, it may take some time before these changes are reflected in the Allocation Portal. You can contact the Settlement Administrator, by phone or email, to confirm whether your changes have been received.

**5. How can I contact other claimants who submitted claims for one or more of my works?**

If you do not have contact information for another claimant who submitted a claim for one of your works, you can request it from the Settlement Administrator by calling 1-877-206-2314 or emailing info@AnthropicCopyrightSettlement.com.

**6. I am not a U.S. resident. What tax withholding and reporting information should I use?**

If you are not a U.S. resident, provide Form W-8BEN, Form W-8BEN-E, or a similar form identified in the instructions for those forms. These forms allow you to certify your nonresident status.

You can upload your documentation through the Update Claimant Information Portal. You will need your Claim Number and the email address you used to submit your claim.

**7. I made changes in the Allocation Portal. When I log back in, I don't see those changes reflected. Why is that?**

The Allocation Portal does not update immediately, so your changes may not appear right away. All information submitted in the Allocation Portal is reviewed by the Settlement Administrator's staff before it is updated in the Allocation Portal. When you submit your form, you will see a "Success" page confirming that the Settlement Administrator received your changes and listing the changes you submitted. For example, you should see a screen that looks like this:

DRAFT



Success ✓

Your Allocation Form was submitted successfully!

We review every submission so it may take time for your allocation submission to appear in the portal. **If you log in again, the original claim details will display, but your changes have been recorded.**

You will have an opportunity to review updated allocation percentages before payments are sent.

Claim Number: **TESTID** Please save this number.

To keep a copy of these details, click **Print** below.

Print

**Updated Requested Allocations**

**TX000test – Test Book Name**

| Rightsholder Name | Type | Rightsholder? | Original Allocation | Updated Allocation |
|---|---|---|---|---|
| Author A | Author | Yes | 100% | 50% |
| Publisher A | Publisher | Yes | 50% | 50% |

You may want to print or take a screenshot of your "Success" page after submitting changes.

Starting on October 16, 2026, anyone who successfully submits changes through the Allocation Portal will also receive an automatic email confirmation summarizing the changes submitted.

**8. How can I change my contact information or payment method?**

Visit the Update Claimant Information Portal on the Settlement Website. You will need your Claim Number and email address. If you do not have your Claim Number, contact the Settlement Administrator at info@AnthropicCopyrightSettlement.com or 1-877-206-2314.

**9. What if I no longer have a copy of my relevant contracts?**

You can and should still provide information based on your best understanding or recollection. If you would like to request a copy of a contract from a co-claimant, the Settlement Administrator can assist with that.

**10. I did not file a claim for my work, but another co-rightsholder did and did not name me as a rightsholder. What should I do?**

Unfortunately, the deadline to submit a valid claim has passed.

**11. What happens at the end of the current 60-day meet-and-confer period (referenced in FAQ 26)?**

In November, at the end of the 60-day period (as extended from the original 30-day time period stated in FAQ 26), the Settlement Administrator will begin contacting Class Members to resolve any remaining discrepancies or disagreements among claimants.

DRAFT

If the rightsholders agree on how the payment for a work should be divided—either because there was no disagreement or because all disagreements have been resolved—the rightsholders will receive a notice showing the proposed final allocation. If no one disagrees with the proposed allocation, payment will be made in the initial distribution, currently scheduled for mid-November 2026.

For works that still have a discrepancy or disagreement, the Settlement Administrator will contact the claimants and attempt to help resolve the issue.

Rightsholders who are not included in the first distribution will not give up any rights. They will be included in a later distribution after any discrepancies are resolved.

**12. Will I have another opportunity to review the allocations before payments are sent?**

Yes. After the 60-day meet and confer period, the Settlement Administrator will send you a notice letting you know that you can review the allocations for works that are scheduled for payment. If you disagree with the allocation for any work scheduled for payment, you must request to stop payment **within 7 days of the notice**. In the case of such a request to stop payment, payment for that work will be held over until a later distribution.

You will also be able to review your works that are still in disagreement. The Settlement Administrator and Class Counsel will continue to help claimants review and resolve disagreements. These works will be included in a later distribution after the disagreements are resolved.

**13. How do I reach Class Counsel?**

Please see Question 37. [Link to it]

DRAFT