SLARSKEY LLC

David Slarskey
(646) 893-6082
825 3rd Ave., 32nd Fl
New York, NY 10022

October 27, 2026

BY NYSCEF
Hon. Araceli Martinez-Olguín
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re: *Bartz v. Anthropic PBC*, 3:2024-cv-05417

Dear Judge Martinez-Olguín:

This firm represents the Textbook and Academic Authors Association ("TAA"). We write to supply the Court with a letter from TAA's Executive Director, Kim Pawlak, concerning the recently filed Stipulation with Proposed Order (Dkt. 694), and her experience working with authors in connection with the settlement and allocation plan.

Respectfully submitted,

David Slarskey